**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
|     DRYWALL PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION: L |
| | * | |
| | * | JUDGE FALLON |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**APPLICATION OF HUGH P. LAMBERT, ESQ. TO
THE PLAINTIFFS' STEERING COMMITTEE**

NOW INTO COURT, comes Hugh P. Lambert, Esq. who respectfully requests that this Honorable Court appoint Hugh P. Lambert, Esq. as a member of the Plaintiffs' Steering Committee to represent the interests of his clients in this matter, as well as the interests of all other Complainants in the above captioned matter. Hugh P. Lambert, Esq. files this Application to inform this Honorable Court of his willingness and capacity to serve on any committee(s) to be formed and/or appointed by the Court in this matter. Established in 1977, the law firm of Lambert & Nelson, PLC offers the following information for the Court's consideration.

The firm has extensive experience with class actions and mass torts. Because of Mr. Lambert's engineering degree, he is often asked to work with liability experts in mass torts and class actions involving complex science issues.

Recently, Lambert & Nelson, PLC served as Chair of the Science and Expert Committee in the matter entitled <u>Patrick Turner, et al v. Murphy Oil USA, Inc.</u>, United States District Court for the Eastern District of Louisiana, Case No. 05-4206 and was asked to take a large role in the Class Certification Hearing recently conducted in United States District Court for the Eastern District of Louisiana on January 12-13, 2006 before this

Honorable Court. This matter was recently resolved for Three Hundred Thirty-Three Million Dollars ($330,000,000.00) plus Thirty-Three Million Seven Hundred Forty-Six Thousand Two Hundred Forty-One Dollars and Eighty-Eight Cents ($33,746,241.88) in attorneys' fees.

Hugh P. Lambert, Esq. and Linda J. Nelson, Esq. of Lambert & Nelson, PLC participated as co-counsel with a leadership role in <u>Anthony Talalai, et al v. Cooper Tire & Rubber Co.</u> in Superior Court, Middlesex County, New Jersey before the Honorable Judge Marina Corodemus. The settlement was valued by the court at between $1 billion ($1,000,000,000.00) and $3 billion ($3,000,000,000.00) in benefits to class members.

Hugh P. Lambert, Esq. and Linda J. Nelson, PLC were also instrumental in the settlement and disbursement of the matter entitled <u>Kent Acosta, et al v. Georgia Gulf Corporation, et al</u> in the United States District Court, Middle District of Louisiana which was resolved for an amount in excess of One Hundred Fifty Million Dollars ($150,000,000.00).

Additionally, Lambert & Nelson, PLC was one of five (5) class counsel in the matter entitled <u>Gracie S. Atkins, et al v. Harcros Chemicals, Inc</u>. The claim involved a New Orleans area pesticide plant and involved approximately 3,800 claimants. It was resolved for an amount in excess of Fifty One Million Dollars ($51,000,000.00).

Lambert & Nelson, PLC has also served as lead trial counsel in other large toxic tort claims in various other states. Hugh Lambert, Esq. and Linda J. Nelson, Esq. also served as liaison counsel in the M/V Brightfield/ Riverwalk disaster having been appointed by Chief Judge Morey L. Sear, United States District Court, Eastern District of Louisiana, in that capacity.

Lambert & Nelson, PLC recently served as co-lead counsel in multi-district litigation

involving cases filed in nine states in connection with actions involving Push-In Electrical Receptacles which may present a public health hazard to consumers throughout the United States, where the case was settled under their leadership.

Lambert and Nelson, PLC also served as one of the seven (7) firms on the Plaintiffs' Master Committee in the In Re: Katrina Canal Breaches Consolidated Litigation before the Honorable Judge Stanwood Duval in the Eastern District of Louisiana.

Hugh P. Lambert, Esq. was admitted to practice in the following courts on the dates stated below:

    1973  Circuit Court for the County of Washtenaw, State of Michigan
    1974  State of Louisiana
    1974  United States District Court for the Eastern District of Louisiana
    1974  United States Court of Appeals for the 5th Circuit
    1974  State of Michigan
    1979  United States District Court for the Middle District of Louisiana
    1979  United States Tax Court
    1995  United States District Court for the Western District of Louisiana
    2008  United States District Court for the Northern District of Florida

Additionally, Hugh P. Lambert, Esq. received his Bachelor of Science in Engineering from the University of Michigan in 1969 and he practiced in the field of Engineering. Subsequently, Hugh P. Lambert, Esq. attended law school at Loyola University where he was a member of the Blue Key Honor Society, a member of the Loyola Law Review in 1971 and Editor of the Loyola Law Review from 1972-1974.  Hugh P. Lambert, Esq. received his Juris Doctorate from Loyola University in 1973.

Hugh P. Lambert, Esq. was an Instructor of Legal Research and Writing at Loyola Law School from 1973-1974.  From 1973-1975, he served as Law Clerk to Honorable Judge R. Blake West of the United States District Court, Eastern District of Louisiana. Hugh P. Lambert, Esq. is a Member of the Louisiana State Bar Association, Federal Bar

Association, American Bar Association, American Trial Lawyers Association and the State Bar of Michigan.  Hugh P. Lambert, Esq. has tried cases in state and federal courts in Louisiana, Mississippi and Tennessee.

For the foregoing reasons, the undersigned requests that this Application be given this Honorable Court's review and consideration.

Respectfully submitted;

>/s/Hugh P. Lambert
>HUGH P. LAMBERT, T.A.  (#7933)
>LINDA J. NELSON         (#9938)
>LAMBERT & NELSON, PLC
>701 Magazine Street
>New Orleans, LA 70130
>Telephone: 504-581-1750
>Facsimile: 504-529-2931

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 17th day of June, 2009 served a copy of the foregoing via the Court's CM/ECF electronic filing system.

>/s/Hugh P. Lambert
>HUGH P. LAMBERT, ESQ.