## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | MDL No. 2047 |
| This Document Relates to: 09-3488 Kenneth Wiltz, et. Al vs. Knauf Gips KG. et. al USDC, EDLA No. 09-3488 | * * * * * | SECTION: L  JUDGE: FALLON  Mag. Judge Wilkinson |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### MOTION TO ENROLL ADDITIONAL ATTORNEYS AS CO-COUNSEL OF RECORD

On motion of Jeffrey P. Berniard attorney for Plaintiffs, Kenneth Wiltz, and Barbara Wiltz, on behalf of themselves and all others similarly situated, on suggesting to the court that Plaintiffs have retained Gregory P. Dileo, LSBA #4943, Jennifer B. Eagan, LSBA #19847, attorneys at law, and Allan Kanner, LSBA #20580 and Cynthia St. Amant, LSBA #24439 of Kanner & Whiteley, LLC, as co-counsel to represent Kenneth Wiltz, and Barbara Wiltz, on behalf of themselves and all others similarly situated.

**WHEREFORE**, Jeffrey P. Berniard respectfully moves that this Honorable Court grant this motion to enroll the aforementioned as co-counsel of record.

Respectfully Submitted,

BERNIARD LAW FIRM

*/s/ Jeffrey Berniard*
JEFFREY BERNIARD (29088)
625 Baronne St.
New Orleans, La. 70113
Telephone: (504) 527-6225
Facsimile: (504) 617-6300
Email: JeffBerniard@laclaim.com

AND

Gregory P. Dileo, LSBA #4943
gregorydileo@gmail.com
Jennifer B. Eagan, LSBA #19847
jeagan@bellsouth.net
300 Lafayette Street, Suite 101
New Orleans, LA  70130
Telephone:  (504) 522-3456
Facsimile:      (504) 522-3888


Allan Kanner (La. Bar No. 20580)
a.kanner@kanner-law.com
Cynthia St. Amant (La. Bar No. 24439)
c.stamant@kanner-law.com
KANNER & WHITELEY, LLC
701 Camp Street
New Orleans, Louisiana  70130
Telephone:  (504) 524-5777
Facsimile:  (504) 524-5763
Attorneys for the Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th of June, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.


*/s/ Jeffrey P. Berniard*