UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | MDL No. 2047 |
| This Document Relates to: 09-3488 Kenneth Wiltz, et. Al vs. Knauf Gips KG. et. al USDC, EDLA No. 09-3488 | * * * * * | SECTION: L JUDGE: FALLON Mag. Judge Wilkinson |

**************************************

## ORDER

Considering the foregoing motion:

**IT IS ORDERED** that Gregory P. Dileo, Jennifer B. Eagan, attorneys at law, and Allan Kanner, and Cynthia St. Amant, of Kanner & Whiteley, LLC, are hereby enrolled as counsel of record for plaintiffs in the above entitled matter.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
JUDGE