UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| This Document Relates to:  ALL CASES | JUDGE ELDON E. FALLON<br>MAG. JUDGE WILKINSON |

**************************************************************************

### APPLICATION OF JOSEPH M. BRUNO
### FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE

NOW COMES, JOSEPH M. BRUNO, counsel for plaintiffs in the matter of *Sandra E. Perez Wife Of and Pedro Perez v. Knauf Gips Kg, et al.,* 09-3384, ED, La, and pursuant to the Orders of this court as set forth in Pre Trial Order No. 1, makes application to serve on the Plaintiffs Steering Committee, addressing each of the Court's criteria for membership as set forth in Paragraph 17(a)-(d) as follows:

### I.

### WILLINGNESS AND AVAILABILITY

Mr. Bruno is highly motivated, willing, and available to commit the time and resources necessary to facilitate the expeditious, economical, and just administration of this litigation. Mr. Bruno has successfully concluded several major complex cases on which he has served as PSC chair or PSC member. Most recently, Mr. Bruno was appointed by United States District Judge Stanwood

Duval, Jr. to serve as Liaison Counsel for the plaintiffs in the massive Katrina related litigation: *In re Katrina Canal Breaches Litigation, 05-4182 "K"(2)*

Mr. Bruno has the resources in terms of both staffing and finances to ensure unlimited and equitable representation. Mr. Bruno is prepared to commit his personal time and skills to all PSC duties that this Court may assign to him. Mr. Bruno is not affiliated or contractually bound with any parties or interests which would restrict or conflict, either ethically or financially, with his advocating the pure common benefit interests of the plaintiffs in this litigation

## II.

### ABILITY TO WORK COOPERATIVELY WITH OTHERS

Mr. Bruno has a national reputation for his ability to work harmoniously and effectively with others in complex litigation. He has been appointed by judges—state and federal– to undertake the role of PSC Liaison Counsel, chair or member, most recently being appointed as Liaison Counsel by United States District Judge Stanwood Duval in *In re Katrina Canal Breaches Litigation*, 05-4182, USDC, ED La.,

## III.

### PROFESSIONAL EXPERIENCE

Mr Bruno has the experience that the Court demands. He has the resources, professional experience, motivation, competence, and support personnel necessary to handle this type of litigation. Mr. Bruno has a proven track record of approximately thirty years experience in complex litigation.[1]

---

[1] See attached curriculum vitae.

## IV.

## WILLINGNESS TO COMMIT THE NECESSARY RESOURCES

As stated previously herein, Mr. Bruno has been engaged in the practice of mass tort law and complex litigation for thirty years. He possesses the necessary resources for a case of this magnitude, and is ready and willing to commit those resources to facilitate the expeditious, economical, and just administration of this litigation.

It is respectfully suggested to this Court that Mr. Bruno possesses all of the qualifications, and meets or exceeds all of the requirements stated by this Court as necessary for membership to the Plaintiffs' Steering Committee. Mr. Bruno respectfully requests that the Court order his appointment to the Plaintiffs Steering Committee.

Respectfully submitted:

**THE LAW OFFICES OF JOSEPH M. BRUNO, APLC**

 **/s/ Joseph M. Bruno**
**Joseph M. Bruno** (La Bar No. 3604)
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 561-6776
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this Motion upon all known counsel for all parties, as well as all persons listed on the Panel Service List (Rec. Doc. 4–3) via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this 24th day of June, 2009.

                                              s/ Joseph M. Bruno
                                            **JOSEPH M. BRUNO**