UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | * | **MDL NO. 2047** |
| **IN RE: CHINESE-MANUFACTURED DRYWALL** | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION: L** |
| | * | |
| | * | **JUDGE FALLON** |
| | * | **MAG. JUDGE WILKINSON** |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### APPLICATION FOR APPOINTMENT OF RUSS M. HERMAN AS LIAISON COUNSEL FOR ALL PLAINTIFFS

On June 15, 2009, the Judicial Panel on Multidistrict Litigation issued a Transfer Order, pursuant to 28 U.S.C. § 1407, transferring and assigning all Chinese Drywall cases to the United States District Court for the Eastern District of Louisiana, Section L, for consolidated pretrial proceedings.

On June 16, 2009, the Court issued Pre-Trial Order No. 1. Section 16 of Pre-Trial Order No. 1 addressed the potential selection and appointment of Liaison Counsel. Russ M. Herman and the law firm of Herman, Herman, Katz & Cotlar, LLP, submits this application to be appointed as liaison counsel in MDL # 2047. Russ M. Herman and the law firm of Herman, Herman, Katz & Cotlar, LLP, have extensive experience and involvement in handling administrative and substantive matters that are necessary to be performed by liaison counsel and PSC Counsel. The appointment of Russ M. Herman and Herman, Herman, Katz & Cotlar, LLP, will help further the goals of efficiency and fairness, which are crucial to consolidated multidistrict litigation, and to assist the Plaintiffs' Steering Committee and other management structure of the MDL. The experience and ability to manage and

administer large complex litigation from inception to end game has been repeatedly displayed in other litigation handled by Russ M. Herman and Herman, Herman, Katz & Cotlar, LLP. For a review of the law firm and its members, please visit the Martindale-Hubbell website at www.martindale.com for a listing of credentials, and the firm's website at www.hhkc.com.

Currently, Mr. Herman serves as Liaison and Executive Committee Member before this Court in *In re Vioxx Prod. Liab. Litig.*, MDL # 1657, and as Liaison and Lead Counsel in *In re Propulsid Prod. Liab. Litig.*, MDL # 1355. Both of those matters have resulted in settlement programs that have become novel, model programs which now have been viewed as innovative methodology for resolution of mass tort litigation. He and his firm, Herman, Herman, Katz & Cotlar, LLP, have a long history of work in class action and complex litigation, including the following cases: *Thompson v. Metropolitan Life Ins.* (No. 00-CIV.-5071, SDNY), *Dumas v. Angus Chemical Corp.* (No. 92-1707, LA-4th JDC), *Scott v. American Tobacco Co.* (No. 96-8461, Orleans CDC), *Brodie, et al v. Physicians Mutual Insurance Company* (No. 94-CI-04251), *In re Industrial Life Ins. Litig.* (MDL #1371), *In re Managed Care litigation* (MDL # 1334), *In re Rezulin Product Liability Litigation* (MDL # 1347), *In the Matter of the Complaint of the Clearsky Shipping Corporation* (No. 96-4099), and *In re Phenylpropanolamine (PPA) Products Liability Litigation* (MDL # 1407). Further, Mr. Herman is well respected by his colleagues. Russ M. Herman has an AV rating by Martindale-Hubbell. Herman, Herman, Katz & Cotlar, LLP, has the resources and the commitment to handle the responsibilities of liaison counsel. The firm was originally established in 1942 and has since earned a reputation for promoting and protecting the rights of all citizens and achieving significant victories on behalf of their clients.

Partners in the law firm of Herman, Herman, Katz & Cotlar, LLP, in other large complex matters have worked closely with members of the plaintiffs' steering committees or lead counsel to administer the role of liaison counsel. Partners and associates of HHKC are likewise committed to handling this litigation. As an example, Leonard A. Davis, with an AV rating on Martindale-Hubbell, a partner in the Herman, Herman, Katz & Cotlar, LLP, law firm, has actively assisted in the liaison role for plaintiffs in MDL # 1657, *In re Vioxx Prod. Liab. Litig.*, as well as in MDL # 1355, *In re Propulsid Prod. Liab. Litig.*, and in other matters. His expertise in administration matters has been successfully utilized in several large complex cases.

WHEREFORE, it is respectfully requested that Russ M. Herman and Herman, Herman, Katz & Cotlar, LLP, be appointed as Plaintiffs' Liaison Counsel.

Respectfully submitted,

*/s/ Russ M. Herman*

**RUSS M. HERMAN, T.A. (La. Bar #6819)**
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Phone:     (504) 581-4892
Fax:         (504) 561-6024

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served electronically on all plaintiffs' counsel known to have a federal Chinese Drywall case pending, this ___ day of June, 2009.

_____

# RUSS M. HERMAN
## 820 O'Keefe Avenue, New Orleans, Louisiana 70113
## Telephone (504) 581-4892, Facsimile (504) 561-6024

## BIOGRAPHY

RUSS HERMAN is a Senior Partner in the firm of Herman, Herman, Katz & Cotlar of New Orleans, Louisiana. He graduated from Tulane University with a B.A. Degree and L.L.B. in 1966. In 1977, he was chosen "Outstanding Trial Lawyer" by the Louisiana Trial Lawyers Association, and was LTLA President in 1980-81.

He has authored over 200 articles, papers and books in various aspects of Civil Trial Practice and has been published in various works including Am Jur; Trials; Shepard's/McGraw Hill; The National Business Institute; Trial Magazine; The Forum; and Personal Injury Annual by Matthew Bender.

Mr. Herman has served on the faculty of the Practicing Law Institute - The National College of Trial Advocacy and has lectured at Tulane, L.S.U., Loyola, Georgetown, Hastings and other law schools.

Mr. Herman served as President of the (ATLA) Association of Trial Lawyers of America (1989-1990); President of the Civil Justice Foundation (1987-1988); and President of the Roscoe Pound Foundation (1991-1993). He is a Diplomate of the American Board of Professional Liability attorneys; a Diplomate of the National College of Advocacy, a Fellow and Director of the International Academy of Trial Lawyers, a member of the American Board of Trial Advocates (ABOTA),a Fellow of the International Society of Barristers, a Barrister of the American College of Barristers. In July of 2001, Mr. Herman was selected for The Leonard M. Ring Champion of Justice Award, which is the highest honor bestowed by ATLA. He has also received the ATLA Lifetime Achievement Award (1999) and the Joe Tonahill Award (1998); Pursuit of Justice Award (American Bar Association Tort Trial & Insurance Practice Section (TIPS) 2005) and; City Business' Top 100 Leaders in Law for 2005and 2006.

Mr. Herman has been selected for listing by Naifeth and Smith in their book "Best Lawyers in America" in Personal Injury, Maritime, Complex Litigation and Appellate Trial Practice areas.

He is the author and performer of ATLA's best selling, 6-Volume Video Trial Practice Series, "Courtroom Persuasion: Art, Drama & Science" and a 443-page book by the same title published by West Group, Clark Boardman Thomson and ATLA Press and is the author for West Group's two-volume series Louisiana Personal Injury.

The National Law Journal named Mr. Herman as one of Louisiana's top ten litigators and the American Law Journal highlighted Mr. Herman in its June 1999 issue, and Fortune Magazine featured his litigation accomplishments in the July 3, 2000, issue.

In April 2003, the Third Edition of Chamber's USA "America's Leading Business Lawyers" (2003-2004) listed Mr. Herman as the leading individual trial lawyer in Louisiana in General and Commercial Litigation and he has been listed in the top tier lawyers continuously. Peer comments from 2004 through 2009 have described him thus:

> 2004 - "Extraordinarily talented" Russ Herman - was singled out for his trial skills";
> 2005 - "Russ Herman's "tenacity personified" in the eyes of commentators";
> 2006 - "Is phenomenal in Court" which sees him involved in a great deal of national litigation cases";
> 2007 - "Hugely amicable personality before juries. A "star" both at the Bar and in his firm". Best Lawyers In America continuously since 1st publication in 1983 - "Personal Injury"; "Maritime"; "Complex Litigation"; and "Appellate Practice".

In 2004, a jury returned a $591,000,000 verdict in Scott v American Tobacco, et al. (96-8461, Orleans Parish, Civil District Court). Mr. Herman was lead trial counsel in this case. Mr. Herman is Court Appointed: Liaison and Lead Counsel in In Re Propulsid: MDL 1355 case; Liaison Counsel and Member of PSC Executive Committee in In Re Vioxx: MDL1657.

Since 2005, Mr. Herman has been selected from over 15,000 nation-wide nominees as one of American's 500 Leading Lawyers and Jurists by "Lawdragon" publications and since 2005, as one of America's Top 500 Litigators. From 2007 to date, he was selected by "The Legal 500" as one of the 500 top litigators in the country. In December 2007, was selected by Lawyers' Weekly, USA as "Lawyer Of The Year". In 2008-2009 was selected as one of the "Top 100 Trial Lawyers" in the country by the American Trial Lawyers Association.