UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:   CHINESE-MANUFACTURED DRYWALL            MDL NO. 2047
         PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES

## APPLICATION OF DANIEL E. BECNEL, JR. FOR APPOINTMENT TO BE LEAD COUNSEL OF THE PLAINTIFFS STEERING COMMITTEE

Daniel E. Becnel, Jr. makes this application to be appointed as Lead Counsel of the Plaintiffs' Steering Committee based on the work which began in this case in December of 2008 and all efforts thereafter.

The Becnel Law Firm, LLC discovered there was a problem with Chinese Drywall Litigation as a result of the numerous clients they had accumulated who had previously lived in FEMA Trailers and were exposed to formaldehyde, as well as the thousands of clients we represent in the Katrina Litigation against the U.S. Army Corps of Engineers. Clients in some of those cases began making complaints. Our office investigated and, after confirmation, my office hired numerous experts in this case including Dr. Patricia Williams, Dr. Richard Lipsey, Dr. Vince Wilson and Dr. Nachman Brautbar, Toxicologists; Dr. Michael Barclay, Industrial Hygienist; Dr. Erno Sajo, Physicist and Air Modeling Expert; Marco Kaltofen, Scientist and Sampling Expert; and Dr. Harold Ginzburg, Psychiatrist. All of our retained experts will be made available to the MDL.

My office filed one of the first class action complaints in the Chinese Drywall Litigation in Louisiana, civil action number 09-2981, Jill Donaldson, et al v. Knauf et al, on March 3, 2009. Our office then moved for the MDL on March 13, 2009 and actually argued the case before the MDL Panel in Louisville, Kentucky on May 27, 2009 requesting that the case be sent to the Eastern District of Louisiana, U.S. District Judge Eldon Fallon.

I have filed 34 lawsuits representing 164 individuals and 80 households and have numerous other clients. All of the clients we have filed suits on have had their homes inspected by numerous experts, with personal inspections by as many as two to three lawyers at each home inspection. Our office has sent these samples to testing laboratories in California, Texas and Massachusetts. Because of the large number of cases being received by our office, individually and through referral sources, we asked Russ Herman to become involved in this litigation and have co-counseled on numerous cases throughout Louisiana, Mississippi and other parts of the country. In fact, Lenny Davis and I are coordinating inspections over the next four days of 60 homes in Mississippi and Louisiana by our lawyers and experts.

I have personally devoted a great deal of time to try and seek resolution in this case as soon as possible by meeting with defense counsel, who represents Knauf. Because Knauf is a German company, it should be noted that my office has two attorneys who speak fluent German and, in fact, have been working on German documents for the last year, translating documents in the Trasylol case, MDL No. 1928 presently pending in West Palm Beach, Florida before U.S. District Judge

Donald M. Middlebrooks. Should this case involve extensive discovery, these two lawyers (Kristie Holm and Marisha Fraaza) will be critical in handling discovery, much of which may be written in German.

My office has been one of the leaders throughout the country in MDL's having been involved in one of the first civil MDL's in the country MDL No. 330 Swine Flu Immunization Products Liability Litigation.

I have worked very closely throughout my entire career with lawyers throughout the country and, in particular, in reference to MDL 926 In re Breast Implant Products Liability Litigation, my office supplied and supervised thirty-five attorneys, full-time, for over two years to the document depository in Cincinnati, Ohio.

I come from a family of lawyers. My father was a World War II war crimes prosecutor. My wife, Mary Hotard Becnel, has spent over 40 years in the courtroom, as a court reporter, a lawyer and the last sixteen years as a district judge. My son, Daniel E. Becnel, III, operates out of my office in Colorado. Both he and his wife, Kathryn Becnel, are licensed in Colorado. Kathryn was a former Assistant U.S. Attorney working in the Eastern District of Louisiana. Daniel E. Becnel, III, has acquired numerous Chinese Drywall cases, including Coach Sean Payton of the New Orleans Saints. He has been working almost fulltime on this litigation. My son, Christopher Devon Becnel, worked for the U.S. House of Representatives for over five years and his wife, Toni Sutton Becnel, worked for Senator Mary Landrieu in the U.S. Senate for over six years. All are attorneys dedicated to the practice of litigation in Chinese Drywall. My son, Bradley Becnel, who previously worked with my firm, now works for the White House for advance for President Obama, Vice President Biden, and the Cabinet. He has been to the Middle East on three separate occasions in the last few weeks and is presently headed to Italy for the G8 Conference for President Obama to do the necessary advance work.

In addition, our office has helped Madeline Landrieu's secretary, by providing our experts at no costs to her attorney, Gerald Meunier, in having her house inspected.

Russ Herman's office, Morris Bart's office, Michael Hingle's office and I have been having our teams of experts inspect each and every house as we acquire theses cases. The Becnel firm and the Herman firm are co-counsel on all of these cases. Each plaintiff has been interviewed by at least one attorney and many times two and three at each inspection. Our office has developed a Plaintiff Profile Form as a screening tool to handle these cases. We have coordinated our efforts at numerous meetings with lawyers from throughout the country, including the lawyers with the largest inventory of clients in Florida and Alabama. They include Arnold Levin, Ervin Gonzales, Jerry Parker of Parker, Waichman, Scott Weinstein of Morgan & Morgan, Archie Lamb and Mike Papantonio. We held meetings in Louisville, Kentucky prior to the MDL hearing to coordinate efforts. Yesterday we held a major organizational meeting and I nominated Russ Herman to be Liaison Counsel. This was approved unanimously.

Russ Herman, Stephen Herman, Lenny Davis, as well as Matt Moreland, Sal Christina, Daniel E. Becnel, III, Christopher Devon Becnel, Robert Becnel and Diane Zink have been getting all of our cases trial ready for immediate trials.

Our office has been involved in pro bono work during the recent Hurricane Katrina disaster. Our office assisted in obtaining a $20 million settlement for the victims of Hurricane Katrina which we obtained from various insurance carriers that insured levee failures in New Orleans. This entire piece of litigation was as a result of pro bono work.

Our office has been one of the leaders in mass torts, products liability, plant explosions, train derailments, air crashes, ship collisions and anti-trust litigation across the country. Specifically, in reference to mass torts, the following are a few of the representative cases our office has served as either Lead Counsel, Executive Committee member, PLC member or as Trial Attorney for most of these MDL's. I also initiated many of the below-listed as a mass tort before the MDL Panel: Dianne Castano, et al v. The American Tobacco Company, et al; MDL 1038 Norplant Contraceptive Products Liability Litigation; MDL 1057 Telectronics Pacing Systems, Inc., Accufix "J" Leads Products Liability Litigation; In re Chemical Release at Bogalusa; MDL 1148 In re Latex Gloves Products Liability Litigation; Jimmie Badon, Jr., et al v. DSI Transports, Inc., et al, 19th Judicial District Court, Number 450,957; Carl Bell, et al v. Kaiser Aluminum and Chemical Corporation, 23rd Judicial District Court, No. 25,975; MDL 1355 Propulsid Products Liability Litigation; MDL 1431 In Re Baycol Products Liability Litigation; MDL 1477 In Re Serzone Products Liability Litigation; MDL 1535 In Re Welding Rod Products Liability Litigation; MDL 1626, In Re Accutane Products Liability Litigation; MDL 1629 In Re Neurontin Marketing and Sales Practices Litigation; MDL 1691 In Re Bextra and Celebrex Litigation; MDL 1708 In Re Guidant Corp. Implantable Defibrillators Products Liability Litigation; MDL 1726 In Re Medtronics, Inc. Implantable Defibrillators Products Liability Litigation; Patrick Joseph Turner, et al . v. Murphy Oil USA, Inc., USDC No. 05-4206, Eastern District of Louisiana; MDL 1742 In Re Ortho Evra Products Liability Litigation; MDL1763 In Re Human Tissue Products Liability Litigation; MDL 1845 In Re ConAgra Peanut Butter Products Liability Litigation; MDL 1785 In Re Bausch & Lomb Inc. Contact Lens Solution; MDL 1953, In Re Heparin Products Liability Litigation; Katharine Christiano, et al v. Napp Technologies, Inc.; MDL 1203 In re Diet Drug (Phentermine/Fenfluramine/Dexfenfluramine) Product Liability Litigation; MDL 1401 Sulzer Inter-Op Hip Prosthesis Products Liability Litigation; MDL 1632 In re High Sulfur Content Gasoline Products Liability Litigation; Lelia Tassin, et al v. Frank Bedell, et al, CDC No. 99-7665 (Mother's Day Bus Crash); Jeanette Adams, et al v. DPC Enterprises, et al, Circuit Court of Jefferson County, State of Missouri (DPC Chlorine Release in Festus, Missouri); Trina Mehl, et al v. Canadian Pacifica Railway, et al, USDC No. A4-02-009, For the District of North Dakota (Minot North Dakota Train Derailment); MDL 1785, In Re Bausch & Lomb Inc. Contact Lens Solution; and MDL 1873, In Re FEMA Trailer Formaldehyde Litigation.

In the Mother's Day Bus Crash, I tried the case against the State of Louisiana, DOTD resulting in a judgment of 50% liability on the State. This judgment has been affirmed by the Court of Appeals, as well as the Louisiana Supreme Court. When Writs were taken to the U.S. Supreme Court, I wrote the Opposition Brief and the U.S. Supreme Court denied the Writs.

This Court is aware of the thousands of insurance cases we have resolved over the past year as a result of Hurricane Katrina. The Drywall case will involve insurance cases as well because of the denial of claims based on "Pollution Exclusion." We are in the process of putting these cases together in groups and, therefore, this Court will have those issues as part of this MDL.

Most of the above MDL cases have been resolved or in the process of being resolved. Therefore, I have a great deal of free time at this time to devote most of my efforts to the Chinese Drywall case.

Over my career I have been involved in many cases but this is one of the most tragic cases I have ever seen with desperate clients worried about their homes, as well as the health and safety of their families.

Our office has invested hundreds of thousands of dollars in the investigation and preparation of these cases for trial. I can assure the Court that not only I, but my entire office, will devote as much time as is necessary to conclude this litigation. In addition, I own a 100,000 sq. ft. industrial building to store sheetrock samples, not only in Louisiana, but from throughout the country should that be necessary, as well as numerous buildings that can house a document depository.

I have spoken with numerous defense counsel, insurance adjusters, testing companies and have spoken at the Chinese Drywall Litigation Conference in Orlando, to teach people about this litigation. I have presented numerous papers dealing with the subject and our office, along with Mr. Herman's office, is attempting to form a Litigation Group for AAJ at the San Francisco Convention in July.

If the Court allows me to serve as Lead Counsel of the Plaintiffs' Steering Committee, I can assure the Court I will do all within my power to make this case move as quickly as possible at the Court's direction. Our office has devoted the last six months of our practice to this litigation and, believe it is one of the most important issues facing residents in the United States. The serious risks faced by the many residents forced to stay in their new homes filled with Chinese Drywall require immediate attention. I, along with several of my clients, including the Fire Chief of St. Bernard Parish, have personally testified before a Senate Committee investigating Chinese Drywall. Russ Herman and I are personally working with U.S. Senators and Congressmen on the Drywall issue. We recently met with Walter Leger in connection with the Road Home funds not presently committed, as a stop gap measure to allow people to repair their homes with these funds pending this litigation. In order to expedite this matter, Russ and I have obtained the services of Norma Jane Sabistan to help us in this effort. My office has allowed Dr. Patricia Williams, our Toxicologist, to speak at numerous seminars concerning issues dealing with the health of people residing in homes with contaminated drywall. She has developed a Health Profile Form and is attempting to determine the necessity of a medical monitoring program. Dr. Nachman Brautbar was hired by the Wall Street Journal to address medical issues for the article written in the Wall Street Journal. Mr. Herman and I have retained this expert for all of our clients, as well as the MDL.

Our office is dedicated to a prompt resolution of this matter in order to help residents of Louisiana, Florida and other affected states to remove Chinese Drywall from their homes, repair the wiring, recover for damaged appliances, as well as health effects caused by this contaminated product. I can assure the Court I will commit whatever resources are necessary to make this Court proud of my work ethic and commitment to make this MDL a success.

Respectfully submitted,

DANIEL E. BECNEL, JR. (La. Bar No. 2926)
BECNEL LAW FIRM, LLC
P. O. Drawer H
106 West Seventh Street
Reserve, Louisiana 70084
Phone: (985) 536-1186
Fax:   (985) 536-6445
E-mail: dbecnel@becnellaw.com