**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED    * | | MDL No. 2047 |
|         DRYWALL PRODUCTS           * | | |
|         LIABILITY LITIGATION         * | | SECTION: L |
|                                         * | | JUDGE FALLON |
| This document relates to all cases        * | | MAG. JUDGE WILKINSON |
| ****************************************** | | |

**APPLICATION OF RUSSELL W. BUDD, ESQ. OF**
**BARON & BUDD, P.C. FOR APPOINTMENT TO**
**THE PLAINTIFFS' STEERING COMMITTEE**

TO THE HONORABLE ELDON E. FALLON:

       COMES NOW Russell W. Budd, Esq. of Baron & Budd, P.C. and, pursuant to Pretrial Order #1 ¶ 17, files this application respectfully requesting that this Honorable Court appoint him to the Plaintiffs' Steering Committee ("PSC") in MDL No. 2047:

       Russell Budd helped build Baron & Budd into one of the largest national trial firms in the country and was a major force behind plaintiffs' success in toxic tort litigation. Mr. Budd has been a named shareholder for more than 20 years and has served as managing shareholder and president of the firm since 2002. With more than 50 attorneys and approximately 200 staff members, Baron & Budd has offices in Louisiana, Texas, and California. The formidable resources of this stalwart plaintiffs' firm, combined with Mr. Budd's decades of experience in complex litigation and specifically his expertise in serving on numerous federally appointed claimants' committees, will allow Mr. Budd and his firm to ably satisfy the PSC qualifications set by the Court. (*See* Baron & Budd, P.C. Firm Resume, attached hereto as "Ex. A.").

**1.**        **Applicant Russell W. Budd Will Comply with the Court's PSC Criteria.**

       The Court's Pretrial Order No. 1 promulgates four criteria for membership in the PSC:

       **a.**        **Willingness and availability to commit to a time-consuming project (PTO 1, p. 10 ¶ 17(a)).**

       The Court's first Pre-Trial Order identifies the various commitments and duties the PSC is expected to fulfill on a coordinated and cooperative basis for the benefit of all plaintiffs (PTO 1, pp. 10-

13). Mr. Budd will commit his and his firm's resources to these PSC duties.

If past is prologue, Russell Budd's commitment to demanding, hard-fought litigation is proven historically. Over Baron & Budd's thirty-year history, the law firm has represented many thousands of individuals from coast to coast. The firm's experience and capacity in complex litigation is virtually unmatched. Since it was founded in 1977, Baron & Budd has garnered national acclaim for championing the rights of people and communities harmed by corporate misconduct:

- The firm has been named to *The National Law Journal*'s "Plaintiffs' Hot List" of exemplary plaintiffs' firms almost every year since the award's inception (2002-2006 & 2008).
- In 2007, Russell Budd and Baron & Budd attorney Burton LeBlanc were among 14 attorneys nationwide to be honored with the Wiedemann Wysocki National Finance Council Award from the American Association for Justice in recognition of their commitment to the legal profession and their efforts to improve the civil justice system.
- In 2006, Baron & Budd attorneys received the Trial Lawyer of the Year award from Trial Lawyers for Public Justice for their combined work on two cases over 21 years involving over 1,600 plaintiffs injured by groundwater contamination in Tucson, Arizona. By the time the litigation was concluded the total recovery was more than $150 million.
- In 2004, *American Lawyer* named the firm one of the sixteen most successful plaintiffs' firms in the country.
- Baron & Budd has been selected repeatedly by the legal directory *The Legal 500* for its list which represents a qualitative assessment of the country's finest legal practices.[1]
- *Lawdragon*'s fourth annual list and the *Best Lawyers in America*, 2007-2009 editions, have recognized a Baron & Budd shareholder.

  b.      **Ability to work cooperatively with others (PTO 1, p. 10 ¶17(b)).**

Russell Budd has years of experience serving on committees that represent the collective interests of claimants. As chair and member of several asbestos creditors' bankruptcy committees, Mr. Budd successfully resolved over 100,000 victims' claims with some of the largest multi-national corporations. He served to protect the interests of trust beneficiaries in the following cases:

---

[1] *See, e.g.,* http://www.legal500.com/firms/51170-baron-budd-pc/offices/53699-dallas.

| Bankrupt Entities with Confirmed Plans | Bankrupt Entities without Confirmed Plans |
|---|---|
| Armstrong World Indus., Trust Advisory Committee<br>ACMC, Trust Advisory Committee<br>Babcock & Wilcox, Trust Advisory Committee<br>Combustion Engineering, Trust Advisory Committee<br>Fuller Austin, Chair of Trust Advisory Committee<br>Johns Manville, Selected Counsel for the Beneficiaries<br>JT Thorpe Co. (TX), Trust Advisory Committee<br>Owens Corning/Fibreboard, Trust Advisory Committee<br>Swan Transp., Chair of Trust Advisory Committee<br>USG , Trust Advisory Committee | ASARCO , Asbestos Creditors Committee<br>Federal Mogul, Asbestos Creditors Committee<br>G-I Holdings, Asbestos Creditors Committee<br>NARCO, Asbestos Creditors Committee<br>Pittsburgh Corning Corp., Asbestos Creditors Committee<br>WR Grace, Co-Chair of Asbestos Creditors Committee |

Russell Budd was a chief negotiator of a national settlement with Halliburton Co. which allocated $4 billion of the company's assets to asbestos victims *(In re Mid-Valley, Inc. and DII Indus., LLC*, No. 03-35592 (W.D. Pa.)(filed 12/16/2003 and terminated 02/03/2009)). He participated in the multi-billion settlement with W.R. Grace Co. to fund the bankruptcy trust that will compensate Grace's asbestos victims (*In re W.R. GRACE & CO. and W.R. Grace & Co.*, No. 01-01139 (D. Del.) (filed 04/02/2001)). Mr. Budd also was a member of the negotiating committee for the Asbestos Creditors' Committee that negotiated a $3.9 billion dollar settlement with United States Gypsum (*In re USG Corp.,* Case No. Case No. 01-02094 (D. Del.) (filed 06/25/2001)).

  **c.**  **Professional expertise in this type of litigation (PTO 1, p. 10 ¶17(c)).**

Baron & Budd has over 30 years' experience in complex, mass tort litigation addressing the toxic properties of construction and building materials (Ex. A). Baron & Budd, a leader in asbestos litigation since its inception, continues to successfully litigate asbestos cases and has expanded its practice to include *inter alia* other occupational and environmental exposures, air pollution, water contamination cases, insurance litigation and even the recent Katrina litigation.

Specifically, the firm has demonstrated its professional expertise in notable cases below:

- Russell Budd is one of the plaintiffs' attorneys in *In re Katrina Canal Breaches Cons. Litig. (Robinson),* No. 06-2268 (E.D. La.), pending in this District before Judge Duvall. The *Robinson* litigation relates to the U.S. Army Corps of Engineers' engineering errors in

3

maintaining and operating the Mississippi River Gulf Outlet.

- In addition, a Baron & Budd shareholder served as co-lead counsel and treasurer of the Plaintiffs' Steering Committee in *In re Methyl Tertiary Butyl Ether ("MTBE") Products Liab. Litig.,* MDL No. 1358 (S.D. N.Y.). Baron & Budd attorneys conducted voluminous discovery and argued a variety of complex legal issues in *In re MTBE*. In a national settlement, a bulk of the country's oil refineries have agreed to pay $422 million and provide a 30-year abatement guarantee.

- Other Baron & Budd counsel serve on plaintiffs' committees in the state equivalents of MDLs in litigation addressing toxic construction components and toxic exposures (*see* Ex. B).

    **d.    Willingness to commit the necessary resources to pursue this matter (PTO 1, p. 10 ¶17(d)).**

Baron & Budd, P.C. is a staid firm that has enjoyed considerable historic successes enabling it to commit the resources necessary to diligently represent Chinese-Manufactured Drywall plaintiffs.

**2.    The Applicant Has Filed Civil Actions in this Litigation** (**PTO 1, p. 10 ¶17**).

Russell Budd is counsel for plaintiffs in the federal Chinese drywall cases *Garcia, et al v. Lennar Corp., et al*, No. 09-20739CIV-UNGARO (S.D. Fla.), and *Foster v. Northstar Holdings, Inc., et al*, No. 9-09-8035CIV-COHN (S.D. Fla). His firm is co-counsel with the Law Offices of Alters, Boldt, Brown, Rash, Culmo, P.A. on 11 cases filed in Federal Court, represents over 350 clients and continues to receive daily inquiries from individuals effected by Chinese dry wall. The firm is preparing several more Federal cases on behalf of its clients in Louisiana, Florida and Texas, and hopes to have them on file with the Court in advance of the July 9th Status Conference.

Date: June 26, 2009.                                          Respectfully Submitted,
                                                                             Baron & Budd, P.C.

                                                                             By: /s/ Bruce W. Steckler

| | |
|---|---|
| Baron & Budd, P.C. | Russell W. Budd (Texas State Bar No. 03312400) |
| J. Burton LeBlanc, IV (#20491) | Bruce W. Steckler (Texas State Bar No. 00785039) |
| S. Ann Saucer (#21368) | Baron & Budd, P.C. |
| 9015 Bluebonnet Blvd. | 3102 Oak Lawn Ave., Suite 1100 |
| Baton Rouge, Louisiana 70810 | Dallas, Texas 752119 |
| 225-927-5441 | 214-521-3605 |

4

**Certificate of Service**

I hereby certify that I have served a copy of the foregoing Application of Russell W. Budd, Esq. of Baron & Budd, P.C. for Appointment to the Plaintiffs' Steering Committee, and Proposed Order upon all known counsel for all parties, as well as all persons listed on the Panel Service List via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this 26th day of June, 2009.

/s/ Bruce W. Steckler
Bruce W. Steckler