# EXHIBIT 'A'

# BARON & BUDD, P.C.™

| www.baronbudd.com | 3102 Oak Lawn, Ave, Suite 1100 | Dallas, TX  75219-4281 | |

Tel:  214.521.3605
Fax: 214.520.1181

June 2009



## Firm Resume

**The Firm's Practice and Achievements**

    **Firm Overview** ............................................................. 2

    **Significant Cases** ........................................................ 3

        **Occupational & Environmental Personal Injury Cases** ..... 3

        **Pharmaceutical Injury Cases** ................................. 6

        **Environmental Damage Cases** ............................... 6

        **Securities Litigation** ........................................... 8

        ***Qui Tam* / False Claims Act** ................................. 8

        **Property Damage Cases** ....................................... 8


**Professional Biographies**

    **Shareholders** ......................................................... 10

    **Special Counsel** ...................................................... 13

    **Of Counsel** ............................................................. 14

    **Associates** ............................................................. 15

BARON & BUDD, P.C.™

## The Firm's Practice and Achievements

### Firm Overview

Baron & Budd is one of the largest and most accomplished plaintiffs' law firms in the country.  Since it was founded in 1977, Baron & Budd has garnered national acclaim for championing the rights of people and communities harmed by corporate misconduct.

The firm has virtually unparalleled experience in representing individuals with occupational injuries such as mesothelioma and other asbestos-related diseases.  In addition to occupational injuries, Baron & Budd has extensive experience representing individuals injured by environmental exposure to toxic substances.  The firm has also represented individuals injured by unsafe pharmaceuticals.  In the past several years, Baron & Budd has become a leader in representing public entities seeking clean-up costs for drinking water contamination.  With the addition in 2007 of former Texas Assistant Attorney General Patrick O'Connell, who has had phenomenal success in recovering money stolen from public funds by corporate fraud, the law firm is well positioned to represent government entities and whistleblowers fighting corporate fraud.  The firm continues to develop a successful practice in securities and class action litigation, working to protect investors and consumers defrauded by corporate wrongdoing.  And most recently, Baron & Budd has turned the firm's resources and expertise to handling insurance and Chinese drywall litigation.

Baron & Budd has been named to the *National Law Journal*'s "Plaintiffs' Hot List" of exemplary plaintiffs' firms in the United States for six of the seven years the list has been published.  In 2004, *American Lawyer* named Baron & Budd one of the sixteen most successful plaintiffs' firms in the country.  And in 2006, the Washington, D.C.-based non-profit Public Justice named a team of Baron & Budd attorneys "Trial Lawyer of the Year" for the firm's work on behalf of a Tucson, Arizona community injured by groundwater contamination.

With more than 40 attorneys and approximately 200 staff, Baron & Budd has the resources to prosecute even the largest and most complex claims.

Additional information regarding the firm can be found at the firm's website, www.baronandbudd.com.

BARON & BUDD, P.C.™

## Significant Cases

### Occupational and Environmental Personal Injury Cases

Since Baron & Budd was established in 1977, the law firm has represented thousands upon thousands of individuals injured by toxic exposures in the workplace.  The firm has represented others who were exposed to toxins that came home on the clothes of their husbands or fathers.  The majority of these cases involve asbestos exposure, but not all.  Some Baron & Budd clients have been injured by exposure to benzene, solvents and other chemicals.

Baron & Budd attorneys have dedicated untold hours to understanding the sources of these exposures and uncovering what the defendants knew about the risk they were creating.  Baron & Budd attorneys have won, and defended on appeal, some of the most substantial occupational injury awards in the country.  A $55.5 million verdict awarded to a Baron & Budd client and his family by an El Paso, Texas jury in 2001 is the largest asbestos verdict on behalf of a single family of which the law firm is aware.  Just last year, a jury in Northern California awarded damages of $20million for a Baron & Budd client and her husband.  Also in 2008, a Philadelphia jury awarded a $12 million damages verdict to a Baron & Budd asbestos client who was exposed to asbestos as a former paper mill boiler mechanic.  Our trial attorneys have thus won verdicts for asbestos victims on the East and West Coasts and many courts in between.

In addition, Baron & Budd attorneys have participated in negotiations with asbestos manufacturers and their insurers that resulted in many billions of dollars being made available for asbestos victims:

- Baron & Budd managing shareholder Russell Budd was a chief architect of an accord with Halliburton Co. in December 2002 that created a $4 billion trust fund for asbestos victims.

- Russell Budd was a member of the negotiating committee for the Asbestos Creditors' Committee that negotiated a $3.9 billion dollar settlement with United States Gypsum Co. (USG).

- In 2008, Russell Budd and Steve Baron participated in the negotiations that led W.R. Grace Co. to agree to fund a bankruptcy trust on behalf of asbestos claimants with $2.87 billion in cash and stock equity.

- Baron & Budd secured a $400+ million settlement in May 2004 with Travelers Insurance Co. to resolve a suit involving bad faith settlement practices in asbestos cases by the insurance company.  The settlement was upheld by the United States Supreme Court.

For many years, senior Baron & Budd attorneys like Russell Budd, Brent Rosenthal and Steve Baron have served on the asbestos creditors' bankruptcy committees for various bankruptcy trusts to protect the interests of the asbestos victims the trusts are intended to benefit.

Groundbreaking Water Contamination Case in Tucson, Arizona

In 1985, Baron & Budd filed suit on behalf of more than 1,600 Tucson-area residents against an aircraft manufacturer, the City of Tucson and the Tucson Airport Authority over TCE contamination of the community's groundwater.  Tucson, Arizona is the largest city in the United States that receives all of its drinking water from underground sources.  Starting in the early 1950s, industrial solvents containing trichloroethylene, or TCE, began seeping through the sandy soil at the airport and a nearby aircraft company, polluting the wells that supplied water to Tucson's Sunnyside community.

No one knew that the wells had been polluted, however, until an EPA-sponsored researcher discovered high levels of TCE and other solvents classified as probable and suspected carcinogens. Baron & Budd's clients suffered a variety of injuries—including cancer—caused by their exposure to contaminants in the city's water supply.  Experts hired by Baron & Budd discovered that several unusual forms of cancer—particularly among children in the area—were at almost epidemic levels.

By the time the litigation concluded in June 2006, the total recovery was more than $150 million.  Through this 21-year legal battle, Baron & Budd helped define Arizona law on pollution coverage issues.  The case is widely considered among the most important in U.S. history involving personal injuries caused by water pollution.

The non-profit legal organization Public Justice presented the Baron & Budd legal team with its "Trial Lawyer of the Year Award" in 2006 for their work on this case.  The award recognizes the trial attorney or attorneys who have made the greatest contribution to the public interest each year by trying or settling a precedent-setting case or cases.


Lawsuit that Closed Down the West Dallas Lead Smelter

In the West Dallas Lead Smelter case, Baron & Budd took on environmental contamination in our own backyard to protect future generations of children from exposure to lead, a potent neurotoxin.  One of Dallas' largest public housing projects sat in a low-income neighborhood directly across the street from a secondary lead smelter. For many years, the smelter converted used automotive batteries into lead components for resale.  Particulate emissions from the factory smokestacks literally blanketed the surrounding community with lead-bearing soot.

Baron & Budd represented more than 200 families in a lawsuit that eventually closed the lead smelter and paid sizable confidential settlements to court-supervised trusts for 445 children affected by lead poisoning.  Although the neurological damage to these children is irreversible, the funds recovered in the settlement have enabled them to move into adulthood with medical, rehabilitative and vocational assistance. Closing the lead smelter and requiring the company to fund a community soil clean-up project also prevents future damage to other neighborhood children.


Settlement for Central Texas Residents Injured by Lead Exposure

Baron & Budd attorney Laura Baughman represented 137 individuals who were exposed to high levels of lead and other toxic substances while growing up in a small town in

BARON & BUDD, P.C.™

Central Texas. For many years, children played at an abandoned oil refinery which had no fence, gate or warning signs to discourage the children from playing there.  Because of lead oxide (or litharge) used in the refining process, extremely high levels of lead contamination were found in areas where the children played on the property.  The soil at the refinery site also contained concentrations of other carcinogenic substances that were hundreds of times over levels considered safe. Moreover, oil tanks at the refinery had leaked and overflowed for decades, and there had been several large spills of crude oil at the site.  Experts found that the plaintiffs suffered a decrease in IQ, neurological impairments, and learning disabilities as a result of their lead exposure.  Baron & Budd obtained a sizeable confidential settlement for our clients, providing them with the resources to pay for rehabilitative, psychological and other medical expenses.

Settlement for Injuries Caused by Pipeline Leak

Baron & Budd successfully represented more than 850 workers injured by exposure to ethylene dichloride (EDC) in Lake Charles, Louisiana as a result of the negligent and reckless conduct of Conoco, Inc., Condea Vista Chemical Company, and a number of contractors that caused one of the largest chemical spills in U.S. history.  In addition to its status as a probable human carcinogen, EDC exposure can result in serious and permanent damage to the heart, central nervous system, liver, kidneys, lungs, gastrointestinal system, eyes and skin, and commonly results in depression, memory loss and adverse personality changes.

Knowing that the pipeline was in poor condition and had a high risk of leakage or failure, the defendants continued to use the pipeline to transport EDC.  In 1993 and 1994, millions of pounds of EDC were released into the soil.  Defendants' workers were sent to clean up the site without proper training or equipment or warnings about the risk they faced.  On behalf of these injured workers, Baron & Budd pursued and successfully resolved the claims, obtaining a very substantial settlement on behalf of the injured workers.

U.S. Supreme Court Cases that Curbed Class Action Abuse in Personal Injury Cases

Two of Baron & Budd's most significant cases in terms of the precedent they set were *Amchem Products v. Windsor* and  *Ortiz v. Fibreboard Corp.,* in which the U.S. Supreme Court agreed with Baron & Budd that asbestos companies could not cap their future liabilities to claimants who had not yet been diagnosed with an asbestos-related disease by including them in class action settlements.

Teaming up with other committed advocates, Baron & Budd argued that these unfair class action settlements violated the due process clause of the U.S. Constitution because they unconstitutionally limited the ability of individual asbestos victims to seek individual compensation for harms suffered. After a lengthy battle, the United States Supreme Court agreed with us, ultimately holding that both settlements were illegal and improper.  These cases stopped powerful business interests from manipulating class action procedures to limit corporate liability to the people they harm

**BARON & BUDD, P.C.**

<u>Precedent-setting Case to Hold U.S. Chemical Companies Accountable at Home for Harm They Caused Abroad</u>

Too often, when their toxic products become unwelcome in their own country, companies will export them to countries with fewer protections for workers—countries where they will not be held liable for the harm they cause.  In Alfaro v. Dow Chemical, Baron & Budd fought successfully to bring U.S. chemical companies into court in the United States to account for the harm they caused to workers overseas.

On behalf of young Costa Rican banana plantation workers, Baron & Budd sued large chemical companies like Dow Chemical for exporting DBCP, a pesticide used to sterilize the worms that cause damage to banana trees. Unfortunately, DBCP caused sterilization not only in the worms but also in the workers who labored in the plantations, and the chemical companies knew about the problem.

Baron & Budd brought suit in Houston, Texas, world headquarters for one of the large chemical companies.  The chemical companies protested that the lawsuit could only be brought in Costa Rica—where the workers would never be compensated for their injuries.  Baron & Budd argued that many of the corporate decisions regarding the manufacturing, testing and sale of DBCP took place in Houston.  In 1990, after years of litigation, the Texas Supreme Court held that Houston, Texas was an appropriate forum for the case, paving the way for compensation for the injured workers and forcing the chemical companies to deal with the harm they caused thousands of miles away.

**Pharmaceutical Injury Cases**

<u>Settlement of FenPhen Class Action</u>

Baron & Budd has played a lead role in representing plaintiffs injured by the diet drugs commonly known as "Fen-Phen" in claims filed both with the AHP Settlement Trust and in numerous state courts.  The firm was instrumental in negotiating the Seventh Amendment to the AHP Settlement Agreement, which commits the defendants to an additional $1.275 billion in funds to the Trust, plus a guaranteed surgery benefit for progression claims for most Level I and II Matrix claims on-file with the Trust.

**Environmental Damage Cases**

<u>Historic $422 Million MTBE settlement:</u>

In May 2008, the largest grouping of Methyl Tertiary Butyl Ether (MTBE) cases in U.S. history was settled with the bulk of the nation's leading gasoline refiners for $422 million, plus a 30-year commitment to treat wells contaminated by MTBE in the future that qualify under the terms of the agreement. The settlement was negotiated on behalf of 153 water providers in 17 states–all represented by Baron & Budd. The settlement requires gasoline refiners to pay the water providers' costs to remove MTBE contamination from public drinking water wells that are contaminated with MTBE and

further requires refiners to pay for treatment of qualifying wells that become contaminated in the next 30 years. Approximately 3,385 public drinking wells–which provide drinking water to approximately 7 million people–will receive well protection under the agreement. Plaintiffs' cases were initially filed in their respective state courts before they were transferred to a Multi-District Litigation (MDL) court in New York. Baron & Budd shareholder Scott Summy, who filed the first-ever MTBE case over 13 years ago, served as national co-lead counsel; Baron & Budd shareholders Celeste Evangelisti, Cary McDougal, Laura Baughman, Carla Burke and Stephen Johnston also represented the plaintiffs.

<u>$34.9 Million Settlement results in clean buses for California school children</u>

Baron & Budd attorneys Laura Baughman and Thomas Sims represented three San Francisco Bay-area environmental organizations—Environmental Law Foundation, Our Children's Earth, and Communities for a Better Environment—in reaching a settlement with Laidlaw Transit, Inc., under which Laidlaw will provide California's school children with newer and cleaner buses. Under the agreement, Laidlaw will invest a minimum of $4.7 million dollars over the next five years to continue retrofitting buses in its California fleet that are more than five years old with air pollution control devices to reduce diesel exhaust. In addition, Laidlaw will invest $23.6 million in its fleet over the next seven years by either retrofitting additional buses or purchasing new buses that meet the most stringent air pollution standards in the country. Also, Laidlaw will pay $6.6 million in fees and costs to the plaintiffs and their counsel.

<u>California Proposition 65 Case that Helped Clean Up California Groundwater</u>

In 2004, Baron & Budd attorneys Scott Summy and Laura Baughman, representing the California non-profit Communities for a Better Environment (CBE), negotiated settlements that required several major oil companies to upgrade gas stations, clean up groundwater contamination and take steps to prevent gasoline leaking from more than a thousand underground storage tanks in California.  Monetary and injunctive relief granted in this case was valued at $107 million.

<u>Landmark MTBE Settlement on Behalf of the City of Santa Monica</u>

In 2003, Baron & Budd represented the City of Santa Monica in a landmark MTBE contamination settlement with the major oil companies.  MTBE contaminated five of Santa Monica's eleven wells, forcing the city to begin importing water in 1996 for $3 million per year.

In total, the oil companies paid $250 million, which provides the city with money to build a needed water treatment system to clean MTBE from the city's water supply.  It will also allow the city to continue buying water until the city's own supply is clean and to monitor groundwater quality during and after the clean up.  Design of the water treatment facility is underway, and the city expects to be able to distribute clean water from the city's wells again sometime in 2010.

**BARON & BUDD, P.C.**

**Securities Litigation**

<u>Suit to Protect Shareholders' Interest in Transition from Public-Traded to Privately-Held Entity</u>

As co-lead counsel in *In re 7-Eleven, Inc. Shareholders Litigation*, Baron & Budd represented shareholders in an effort to increase the amount of a tender offer in a transaction turning a publicly-traded company into a privately-held entity.  Baron & Budd achieved a $5 per share increase in the tender offer which provided an additional $145 million to 7-Eleven shareholders.

<u>Settlement of Mutual Fund Advisors' Breaches of Fiduciary Duties</u>

Baron & Budd represented shareholders in recovering funds in various mutual fund families against the fund advisors for their breach of their fiduciary duties for failing to file proof of claim forms in settled securities cases for which the funds were eligible. Baron & Budd reached a series of confidential settlements resulting in money being returned from the fund advisor to the mutual fund.

<u>Suit to Recover for Damages Caused by Stock Grant Backdating</u>

Baron & Budd has been appointed co-lead counsel in *Middlesex County Retirement System v. Semtech Corp.*, pending before the United States District Court for the Central District of California.  The plaintiffs allege that Semtech manipulated grant dates for stock options to its directors, resulting in understatement of Semtech's compensation expenses and overstatement of its reported income.  Semtech's scheme became the subject of an SEC inquiry and a grand jury investigation.

***Qui Tam* / False Claims Act**

<u>$21.3 Million Ruling in Online Travel Company Tax Fraud Case</u>

An Anaheim hearing officer issued a ruling earlier this year that online travel companies like Travelocity, Expedia and Hotels.com must pay to Baron & Budd client the City of Anaheim unpaid transient occupancy taxes, penalties and interest totaling $21.3 million. These taxes have been underpaid by the online travel companies for years.  The companies contract with hotels for rooms at discounted or "wholesale" prices, then mark up the prices and sell the rooms to the public at higher "retail" rates; however, instead of paying occupancy taxes based on the retail rates paid by consumers, they have only paid taxes on the lower wholesale prices they negotiate with the hotels.  Baron & Budd

**BARON & BUDD, P.C.**

represents over 30 California cities and has been named class co-counsel in a Texas class action suit involving claims for unpaid hotel occupancy taxes.

**Property Damage Claims**

<u>Insurance Claims</u>

Baron &Budd has expanded its practice to address the needs of property insurance policyholders after natural disasters like hurricanes, fires or floods.  Baron & Budd's experience in complex litigation and tough negotiation make the firm a strong ally for policyholders who are struggling to get a fair recovery from their insurers.

<u>Chinese Drywall Litigation</u>

The problem of Chinese drywall has burst onto the national consciousness.  Having defective drywall in the home can cause serious and ongoing property damage, as well as risk the possibility of health effects.  The only solution is full remediation of the defective drywall.  Baron & Budd's experience in litigating to recover the funds needed for environmental remediation, as well as the firm's experience in assessing toxic exposures, has put Baron & Budd in an excellent position to address the complex issues involved in Chinese drywall litigation.

## Professional Biographies

### The Firm's Shareholders

**Russell W. Budd** has been a Baron & Budd shareholder for more than 20 years and managing shareholder and president of the firm since 2002. Russell has successfully navigated the growth and diversification of Baron & Budd's many practice areas. Prior to devoting his time to management, Russell was a major force in asbestos litigation, helping to build Baron & Budd into one of the largest trial firms in the country. Russell was a chief negotiator of a national settlement with Halliburton Co. which allocated $4 billion of the company's assets to asbestos victims. And more recently, he participated in the multi-billion settlement with W.R. Grace Co. to fund the bankruptcy trust that will compensate Grace's asbestos victims. As chair and member of several asbestos creditors' bankruptcy committees, Russell successfully resolved over 100,000 victims' claims with some of Wall Street's biggest companies. Russell is AV-rated by Martindale-Hubbell Law Directory, its highest rating. He serves on the American Association for Justice's Board of Directors. Russell is licensed to practice in Michigan and Texas.

**Steve Baron** oversees Baron & Budd's asbestos litigation teams and is one of the law firm's chief negotiators. Steve's efforts have helped provide compensation to thousands of asbestos victims. Along with Russell Budd, Steve participated in the Halliburton and W.R. Grace negotiations that set aside billions of dollars for the benefit of asbestos victims. Steve also serves on advisory and claimants committees for various asbestos bankruptcy trusts to protect the rights of asbestos victims.

**Laura Baughman** has handled a variety of toxic tort cases throughout the country, including cases involving exposure to mercury, lead, chromium, dioxin, PCBs, TCE, and water contaminated with MTBE, benzene and toluene. In addition to her law degree, Laura holds a master's degree in civil (environmental) engineering. Laura served as co-lead counsel in a California Proposition 65 water contamination case filed against several oil companies, culminating in a precedent-setting settlement providing significant funding for improvement projects to protect and clean up California drinking water supplies. Laura is AV-rated by Martindale-Hubbell Law Directory and is licensed to practice law in Texas, California and New York.

**Carla Burke**, now a part of Baron & Budd's water contamination litigation group, began her legal career with the firm's appellate section. Carla has taken a prominent role in the briefing and legal analysis of MTBE Multi-District Litigation cases. Carla has also authored and presented numerous papers and presentations on the topics of toxic tort and water contamination litigation and premises liability law. In addition to her responsibilities at the firm, Carla has served as an adjunct clinical instructor of law at the Southern Methodist University School of Law Legal Clinic and, before law school, an English professor at a local college. Carla is licensed to practice law in Texas and New York.

**Burton LeBlanc** has spent much of his career representing people in Louisiana who have been harmed by workplace exposure to harmful substances. LeBlanc & Waddell, LLC, the firm Burton founded, was designated occupational disease counsel to both the Louisiana AFL-CIO and the Louisiana NAACP. Burton is Parliamentarian and

BARON & BUDD, P.C.

Treasurer Elect of the American Association for Justice, which awarded him the Wiedemann Wysocki National Finance Council Award in 2008 for his commitment to the civil justice system.   He is past president of the Louisiana Association for Justice and serves as Vice-President of the Council of Presidents for State Trial Lawyer Associations.  Burton has been appointed to numerous committees by federal courts and the Louisiana Supreme Court. He has testified before the Louisiana legislature, appeared on radio and television, and spoken at numerous legal seminars.   Burton is licensed to practice law in Texas and Louisiana.

**Denyse Clancy** is an accomplished litigator focusing on occupational injuries. She frequently handles cases involving injuries caused by exposure to asbestos, benzene and other toxic solvents and chemicals. In addition to her toxic tort practice, Denyse has litigated medical malpractice, breach of contract, fraud, product defect and personal injury cases, as well as tax matters.  Valedictorian of her class at the Southern Methodist University School of Law and an Editor of the SMU Law Review, Denyse also earned a master's degree from Columbia University and her bachelor's degree, magna cum laude, from Yale University.  Denyse is licensed to practice in Texas and California.

**Celeste Evangelisti** has devoted her career to representing individuals, municipalities, and water suppliers seeking funds to clean up contaminated community water supplies.  Along with Baron & Budd shareholder Scott Summy, Celeste was part of the legal team for Communities for a Better Environment  that received the *California Lawyer* "Attorneys of the Year" Award for Environmental Law for the resolution of a precedent-setting case requiring major oil companies to clean up more than a thousand sites contaminated by the gasoline additive MTBE.  Celeste is AV-rated by Martindale Hubbell Legal Directory.  She is also a frequent speaker and presenter on legal topics concerning the prosecution of water contamination cases involving the gasoline additive MTBE and other water contaminants.   Celeste is licensed to practice law in Texas, California and New York.

**Melissa Hutts** is an accomplished trial lawyer who has won significant jury awards in Texas and Louisiana on behalf of workers who developed mesothelioma and other asbestos-related diseases.  Melissa has also handled cases for people hurt by defective pharmaceuticals as well as victims of sexual harassment. Melissa has published and lectured on a variety of topics, including products liability, premises liability, and sexual harassment.  Melissa currently plays a significant role in firm management.  Melissa is licensed to practice law in Texas and Missouri.

**Stephen Johnston**, who has an undergraduate degree in Wildlife and Fisheries Science, is a member of Baron & Budd's water contamination litigation team.  Prior to joining the water group, Stephen spent several years in the firm's asbestos litigation group, representing victims of mesothelioma and other asbestos-related diseases. Stephen earned his law degree at Texas Tech University and his undergraduate degree, cum laude, at Texas A&M University.

**John Langdoc** is an attorney in the asbestos litigation group who has developed an impressive trial record.  For example, John was the lead trial attorney in a Northern California trial that resulted in a $20 million verdict for the family of a mesothelioma victim.  During law school, at the University of Houston Law Center, John was awarded national Best Speaker/Best Advocate honors.  John is licensed to practice law in Texas and California.  Before becoming a lawyer, John worked as a research scientist at Baylor College of Medicine studying how the brain works in the

context of schizophrenia, depression and autism. Earlier, in graduate school, he helped discover that some prescription anti-depressants can cause birth defects in the brain.

**Cary McDougal** has served as lead attorney in over 75 jury trials in state and federal court. He has tried cases involving such diverse areas of the law as premises liability, product liability, general personal injury, medical malpractice, insurance litigation, and environmental litigation.  As manager of Baron & Budd's groundwater contamination litigation practice, Cary currently represents over 200 municipalities and water providers across the country that are seeking clean-up costs for the contamination of their water supplies. His practice includes management of Baron & Budd's cases in the Multi District (MDL) MTBE water contamination litigation, which is considered one of the most complex pieces of litigation in the country. He also manages other environmental contamination cases involving chemicals such as TCP, TCE and Dioxin. In addition to his law degree, Cary has a Masters of Public Policy degree from the University of Texas LBJ School of Public Affairs. He continues to serve as a consultant to the LBJ school on issues concerning public policy. He has authored numerous legal papers on civil litigation and trial practice and has spoken at seminars before health care professionals, consumer groups, the insurance industry and attorneys on issues related to civil litigation.   Cary has been inducted into the prestigious American Board of Trial Advocates (ABOTA), a recognition by his peers for his jury trial experience, commitment to the jury process, and ethics. He is AV-rated by Martindale-Hubbell Law Directory.

**Renée Melançon** is an attorney with Baron & Budd's appellate section. Since joining the firm in 2001, Renée has worked on a variety of toxic tort cases involving complex and novel legal issues. Renée was a member of the team that was awarded the Public Justice "Trial Lawyer of the Year" award in 2006.  Renée has argued cases before appellate courts in New York, Louisiana and California.  She earned her law degree, magna cum laude, from the University of Arizona, where she was elected to the Order of the Coif and was a member of the Arizona Law Review.  Renée also earned her master's degree at the University of Arizona.  Her undergraduate degree was earned, cum laude, at the University of Florida.  After law school, Renée served as a judicial law clerk for the Honorable Robert E. Jones of the United States District Court for the District of Oregon and the Honorable Martha Craig Daughtrey of the United States Court of Appeals for the Sixth Circuit. Before joining Baron & Budd, Renée lived in Asia and Europe, where she volunteered with nonprofit organizations focusing on women's rights and environmental issues in developing countries.  Renee is licensed to practice law in Texas and Louisiana.

**Lance Pool** is Baron & Budd's executive director and is deeply involved in firm management and administrative decisions.  Prior to joining Baron & Budd, Lance served as vice president and general counsel for a subsidiary of American Financial Group and later as chief executive officer for Celotex Trust.  Lance is licensed to practice law in Texas and Oklahoma.

**John Spillane** oversees the firm's asbestos litigation practice in several jurisdictions.  John successfully argued at the trial court level that changes to Georgia law eliminating certain rights of asbestos victims was unconstitutional, a decision that was affirmed in 2006 by the Georgia Supreme Court. He also testified to the Texas Legislature in 2006 about the status of the Texas Multi-District Litigation (MDL) system and its affect on Texas asbestos victims, recommending improvements to it. He played a key role in three significant hearings in Texas and Delaware involving the application of

scientific evidence in asbestos cases, resulting in trial court decisions considered among the most important in asbestos cases in recent years. He has handled major hearings before courts in several states on important issues potentially impacting the lives and families of thousands of current and future of asbestos claimants, and has taken asbestos victims' cases to trial. John is a frequent speaker on issues involving mass torts, asbestos litigation, and trial advocacy, and he is AV-rated by Martindale-Hubbell Law Directory.

**Bruce Steckler** has successfully litigated toxic tort, medical malpractice, products liability and personal injury cases. He has been a leader in the litigation of occupational hearing loss cases and is currently spearheading litigation involving property damage insurance claims and Chinese drywall product liability. Bruce has been a member of the State Bar of Texas Grievance Committee. He has authored numerous papers on civil litigation and trial practice and has spoken at several seminars on various civil litigation topics before attorneys, health care professionals, and the insurance industry. Bruce has previously represented health care providers in state and federal courts, peer review committees, the State Board of Medical Examiners and State Board of Dental Examiners. He is AV-rated by Martindale Hubbell Law Directory.

**Scott Summy**, who successfully filed and litigated the first MTBE groundwater case in the U.S., leads Baron & Budd's water contamination litigation practice, which is recognized as among the largest of its kind nationwide. Currently, the firm represents over 180 municipalities, water providers, and private well owners in 19 states in MTBE groundwater contamination litigation, as well as in water contamination cases involving TCP, atrazine, and TCE. Scott is one of the attorneys appointed as lead plaintiffs' counsel in the MTBE Multi-District Litigation (MDL). A frequent lecturer on the legal issues regarding groundwater contamination, Mr. Summy's work on behalf of communities facing pollution of their water supplies makes him a nationally recognized litigator. Scott has been selected by his peers for inclusion in the 2006 and 2007 editions of *The Best Lawyers in America*. In addition his work as lead counsel on behalf of a California environmental group earned his team the "Attorneys of the Year" award from *California Lawyer* in 2001. Scott is licensed to practice law in Texas, North Carolina and California.

### Special Counsel

**Patrick O'Connell** joined Baron & Budd in 2007 to lead the firm's *Qui Tam* litigation section, established to represent governmental entities and individual whistleblowers to recover damages caused by corporate fraud. Before joining Baron & Budd, Pat was head of the Texas Attorney General's Civil Medicaid Fraud Section. He led a team of ten lawyers who recovered more than $216 million in restitution, penalties, attorneys' fees and other costs for state and federal taxpayers. Three times, Pat has been called upon to testify before committees of the U.S. Congress on Medicaid fraud issues. In September 2007, Pat received the Honest Abe Integrity in Government Award from Taxpayers Against Fraud for making Texas a leader in curbing fraud through the use of a state False Claims Act. Pat was the first state government lawyer ever honored with the award. He is AV-rated by Martindale-Hubbell Law Directory.

**Jan Soifer** works in the law firm's *Qui Tam* litigation team. Jan brings to Baron & Budd more than 27 years of legal experience protecting taxpayers, consumers, nonprofit and governmental entities from the effects of fraud.  In addition to her experience in federal and state *Qui Tam* or False Claims Acts, Jan has successfully represented plaintiffs suing officers and directors who breach their fiduciary duties and commit fraud against nonprofit organizations. She formerly served as Chief of the Texas Attorney General's Charitable Trusts Section and Deputy Chief of the Consumer Protection Division.  Jan is a former Director of the State Bar of Texas and a former Trustee of the Texas Bar Foundation.  She has also served as a member of the Supreme Court Gender Bias Reform Implementation Committee and the Council of the Antitrust and Business Litigation Section of the State Bar of Texas.

**Of Counsel**

**Misty Farris**, a former shareholder now Of Counsel to the firm, spent more than a decade with the firm's appellate section, where she represented clients through appeals and dispositive motions in more than a dozen state and federal courts.  Misty was a member of the legal team that received Public Justice's 2006 "Trial Lawyer of the Year" Award for her work on the Tucson, Arizona groundwater contamination case.  She has successfully defended several significant trial verdicts on appeal for people with mesothelioma and other diseases caused by exposure to asbestos.  She represented the organization Public Justice as Amicus Curiae in a case before the United States Supreme Court and has also served as Amicus Curiae for the Texas chapter of the American Board of Trial Advocates (Tex-ABOTA) and other groups.  Misty served for several years as a member of the Amicus Committee of the American Association for Justice and represented the organization as Amicus Curiae in a case brought against handgun manufacturers.  Misty has lectured and published extensively on topics including asbestos litigation, bankruptcy, premises liability, and mass torts.  Recently, Misty has turned her talents to communicating with the public through the law firm's blog, news and website content, as well as newsletters, articles and editorial submissions.  Misty also assists in legal oversight of the firm's marketing and public relations efforts.

**Laurie Meggesin**, another former shareholder now Of Counsel to the firm, currently assists with new case evaluation and provides consultation for the firm's marketing and public relations efforts.  Originally an attorney with the firm's appellate section, Laurie has briefed and argued appeals in Texas and Louisiana.  For her dedication to pro bono service, Laurie was named a member of the Pro Bono College of the State Bar of Texas in 2003 and 2004.  Laurie also has served on the boards of several non-profit organizations, including Dallas SER—Jobs for Progress, Inc.; the Women's Advocacy Project; and Texas Law Fellowships, Inc.

**Kelly Reddell** represents clients who have experienced occupational injuries.  She joined Baron & Budd with a demonstrated commitment to fighting difficult battles for her clients.  In her most publicized case, Kelly represented the family of a disabled man in an attempt to hold the Denton State School accountable for the beating that punctured his intestines and left him nearly paralyzed, depending on a feeding tube and confined to a wheelchair.  The legal doctrine of sovereign immunity prevented the family of Kelly's client from receiving compensation that would have helped them care

for their injured son, despite Kelly's heroic efforts to change the law that protected the institution; but the case did attract the attention of the media and prompted a federal investigation of conditions at Denton State School.

**Brent Rosenthal**, also a former shareholder who is now Of Counsel to Baron & Budd, founded the law firm's appellate section.  In 2007, Brent was elected to the American Law Institute, and in 1990 he was named to the American Bar Association's Committee on Analyzing the State of Expert Testimony.  Certified in Civil Appellate Law by the Texas Board of Legal Specialization, Brent has briefed and argued cases impacting the rights of the injured and the integrity of our civil justice system before the United States Supreme Court, the Texas Supreme Court, the Alabama Supreme Court, the United States Courts of Appeals for the Fifth and Eleventh Circuits, and several other state and federal courts.  In 1993, Brent received the Public Justice Achievement Award from Public Justice for his "outstanding contribution to environmental protection and the public interest" while representing the National Wildlife Federation in litigation involving the infamous Exxon Valdez oil spill. He was also instrumental in the briefing and preparation of two landmark cases on class certification in the United States Supreme Court, both of which resulted in important protections for plaintiffs' rights. Brent has served on the three-member Trustees' Advisory Committee in the H.K. Porter bankruptcy proceedings since 1998.  He is a frequent speaker on issues in civil litigation, appellate law and mass torts, and he has served as an adjunct professor for the Southern Methodist University Dedman School of Law for over a decade.  Brent holds an AV rating from Martindale Hubbell Law Directory.

**John Yates** is a member of the firm's water contamination litigation section. Before joining Baron & Budd, John ran his own law firm in Fort Worth for more than a decade, representing individuals in catastrophic personal injury cases, insurance disputes and commercial matters.  He also has extensive experience in litigation involving construction-related and industrial accidents, railroad accidents and products liability claims.  Board Certified in Personal Injury Trial Law since 1992, John is also AV-rated by the Martindale-Hubbell Law Directory and a member of the American Board of Trial Advocates (ABOTA).  John served for several years on the State Bar of Texas Grievance Committee.


**Associates**

**Sharon Bautista** is an attorney who focuses on researching and briefing legal issues raised by the firm's complex litigation.  She joined the firm in 2005 after graduating with honors from the University of Texas School of Law.  During law school, Sharon interned with the Equal Justice Center/Central Texas Immigrant Workers Rights Center, where she helped low-income workers recover unpaid wages owed to them.  Before attending law school, Sharon taught high school English for fourteen years.

**Jennifer Berg** works with the firm's California clients who suffer from mesothelioma.  Jenny has also represented people who have experienced other types of catastrophic injuries, victims of elder abuse and plaintiffs in employment law cases.

**Stephen Blackburn** works in Baron & Budd's California office as a member of the law firm's water contamination litigation group.  As an intern with the American

BARON & BUDD, P.C.

Civil Liberties Union before joining the firm, Stephen worked on an amicus brief for the landmark environmental case *Chavez v. Martinez*, 538 U.S. 760 (2003).  Stephen attended the University of Michigan School of Law and earned his B.A., magna cum laude, from the University of Florida.  Stephen is licensed in Texas and California.

**Jed Borghei** joined the law firm's asbestos litigation group in 2007, and in his first year, he participated in a trial that resulted in a substantial verdict for a mesothelioma victim and his family.  Jed graduated *magna cum laude* from Georgetown University Law Center, where he was elected to membership in the Order of the Coif.  Jed was Submissions Editor for the Georgetown Journal of Law and Public Policy.  Jed also has a master's degree in philosophy from the Graduate Center of the City University of New York and a bachelor's degree from the College of William and Mary.

**Eric Brown** is a member of Baron & Budd's asbestos litigation section working in the firm's California office.  He recently joined Baron & Budd after handling cases on behalf of plaintiffs with another California firm, where he was part of a team that secured a significant judgment against an insurance company for bad faith denial of insurance coverage.  Eric earned his J.D. from Pepperdine University School of Law and his B.A. from the University of California at Berkeley.

**Christopher Colley** works with Baron & Budd clients who suffer from mesothelioma.  Chris worked with the Dallas-based law firm Silber Pearlman until the firm consolidated with Baron & Budd in 2008.  He is licensed to practice law in Texas and Louisiana.

**Chad Cotton** practices law as an attorney with Baron & Budd's asbestos litigation section, representing individuals with mesothelioma and other asbestos-related diseases. He concentrates his practice on the liability of employers and the owners of the premises where his clients were exposed to asbestos.   Chad earned his J.D. from Southern Methodist University's Dedman School of Law and his B.A., with honors, from the University of Mississippi.

**Tiffany Dickinson** joined Baron & Budd's asbestos litigation section in 2000.  Tiffany received her undergraduate degree from Vanderbilt University and her law degree from South Texas College of Law. She is currently litigation manager for several jurisdictions where the firm practices, overseeing lawsuits on behalf of people with mesothelioma.  She has second-chaired trials on behalf of mesothelioma victims in Texas as well as a Mississippi case on behalf of a man who developed cancer caused by dioxin and other harmful chemicals released from a chemical plant in his community.

**Frank Fleming** is an attorney who works on probate issues for the law firm's personal injury clients.  Before joining Baron & Budd, Frank had a solo law practice in Dallas.  While an undergraduate at the University of Texas at Austin, Frank served as President of the student body. He was also selected for membership in the Friar Society, the university's oldest and one of its most prestigious honor societies. Frank also received the Arno Nowotny Award in recognition of his outstanding service to the university.

**Ann Harper** has spent her career representing workers who have developed mesothelioma and other serious illnesses caused exposure to asbestos.  She is an attorney in Baron & Budd's settlement department, where she works through the issues

necessary to get the firm's clients compensation in their lawsuits and to pursue their claims through bankruptcy trust funds.

**J. Todd Kale** joined Baron & Budd in 2008 when the firm consolidated with Dallas-based law firm Silber Pearlman.  Todd worked with mesothelioma sufferers and other victims of asbestos-related disease at Silber Pearlman from 1993, shortly after the law firm was founded, and continues that work at Baron & Budd.

**Jo Ann Lea** is an attorney in Baron & Budd's Louisiana office, where she represents individuals suffering from mesothelioma and other asbestos-related diseases. Jo Ann joined Baron & Budd when the law firm consolidated with Baton Rouge-based LeBlanc & Waddell.  Jo Ann has been inspired to represent American workers, in part by her own experience as a laborer in a paper mill.

**Roxanne McKenzie** is an attorney in Baron & Budd's Louisiana office, where she works with victims of asbestos exposure.  Roxanne earned her law degree and her undergraduate degree at Louisiana State University.  While in law school, Roxanne was named to the Chancellor's List and earned the CALI Excellence for the Future Award for achievement in the study of Comparative Environmental Law.

**Marty Morris** works with the firm's asbestos litigation group, representing people with mesothelioma and other asbestos-related diseases and assisting with the oversight of the firm's intake department and other firm-wide special projects.  Marty was an attorney with a well-known commercial litigation firm for several years before joining Baron & Budd in 1999.  Marty earned his J.D. at South Texas College of Law, where he was honored with the Order of the Coif.  He was also a member of the South Texas Law Review and the Advocacy Program.  Marty earned his B.A. at the University of Texas at Austin.

**Christopher Norris** started his career at Baron & Budd years ago as a paralegal, honing his skills and understanding of the law through the intensity of trial. After law school, Chris returned to Baron & Budd to represent individuals suffering from mesothelioma and other asbestos-related cancers.

**Jeffrey O'Connell**, formerly an attorney with Dallas-based law firm Silber Pearlman which consolidated with Baron & Budd in 2008, has spent his legal career in the service of asbestos victims.  At Baron & Budd, he has continued to work on behalf of clients suffering from malignant mesothelioma.

**Jason Placke** is a native Louisianan who works in Baron & Budd's Baton Rouge, Louisiana office on behalf of the law firm's asbestos clients.  He joined the firm when it consolidated with Baton Rouge-based LeBlanc Waddell.  Right after law school, Jason clerked for a number of district judges in Ouachita and Morehouse Parishes.  He clerked for Judge James Boddie, researching many of the legal issues that arose on the judge's active asbestos docket.

**M. Christina Sanchez** is an attorney with the firm's water contamination litigation group, representing municipalities, water providers, and private well owners seeking clean-up costs for polluted drinking water supplies.  Christina earned her J.D. at Southern Methodist University's Dedman School of Law, where she was the National Champion and won the Best Brief Award and Second Place Oralist in the 2002 Hispanic National Bar Association Moot Court Competition. She also won First Place in the 2001 Southern Methodist University Client Counseling Competition and served as Chief

BARON & BUDD, P.C.

Counsel for SMU's Criminal Defense Legal Clinic in 2002.   Christina earned her undergraduate degree in biological sciences with a minor in chemistry at the University of Southern Mississippi.

**Thomas Sims** has worked on a variety of toxic tort cases, representing individuals who had been injured by exposure to mercury, chromium, dioxin, PCBs, TCE and beryllium.  In the Tucson, Arizona groundwater contamination case, Tom was trial counsel in two lengthy bench trials involving insurance coverage issues, both of which produced favorable verdicts for his clients.   Tom was also on the legal team that was awarded the 2006 Public Justice "Trial Lawyer of the Year" Award for work on this case.  Tom earned his law degree, with honors, from the University of Texas School of Law.  His undergraduate degree was earned at New College.

**Chad West** is an attorney with Baron & Budd's water contamination litigation section.  Chad earned his J.D., with honors, from Texas Tech University, his M.B.A. from Webster University and his B.A. from Washington University in St. Louis.  Chad is already published four times over in law reviews and legal publications.

**Jeff Whitfield** is an attorney in Baron & Budd's asbestos litigation section.  Prior to becoming an attorney, Jeff Whitfield was a Captain in the United States Air Force and a distinguished graduate of the United States Air Force Academy. In fact, Jeff was the Outstanding Graduate in Legal Studies from the Class of 1996. During his more then ten years in uniform, he served in many capacities: with the Air Force Legislative Liaison Office; as an Air Force negotiator; as a military aide and executive officer; and as an Air Force spokesperson to communities throughout Arizona, Nevada, Utah, Idaho and Texas. Following his active duty Air Force service, he was a Fulbright Scholar and Rotary World Peace Fellow studying conflict resolution and international politics in England.  Before joining Baron & Budd, he served for a year as judicial clerk to Judge Rhesa Hawkins Barksdale of the United States Fifth Circuit Court of Appeals.