# Exhibit 'B'

1. *In Re: Texas State Silica Products Liability Litigation*; Master Docket 2004-70000, in the 295th Judicial District Court, Harris County, Texas

2. *In Re: Asbestos Litigation Multidistrict Litigation*; Cause No. 2004-03964, in the 11th Judicial District Court, Harris County, Texas

3. *In re Methyl Tertiary Butyl Ether ("MTBE") Products Liab. Litig.*, MDL No. 1358 (S.D. N.Y.)