UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL  :  MDL NO.2047
PRODUCTS LIABILITY LITIGATION  :
:  SECTION: L
:
This Document Relates to All Cases
:  JUDGE FALLON
   MAG. JUDGE WILKINSON
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

## APPLICATION FOR APPOINTMENT TO PLAINTIFFS STEERING COMMITTEE

The undersigned is counsel of record in RAYFIELD, et al vs KNAUF GIPS KG, KNAUF PLASTERBOARD TIANJIN CO., LTD., TAISHAN GYPSUM CO. LTD. f/k/a SHANDONG TAIHE DONGXIN CO. LTD., USG CORPORATION, L&W SUPPLY CORPORATION d/b/a SEACOAST SUPPLY, BUILDING MATERIALS WHOLESALE, INC., GULFEAGLE SUPPLY, INDEPENDENT BUILDERS SUPPLY ASSOCIATION, INC., ROTHCHILT INTERNATIONAL LIMITED and BANNER SUPPLY CO. CV-09-255 filed in the Southern District of Alabama . In addition to being counsel of record in the RAYFIELD , et al vs KNAUF, et al case this firm represents over a hundred victims of the conduct of the defendants in this litigation and we continue to meet with and accumulate affected clients. As a point of information the RAYFIELD , et al vs KNAUF, et al case was omitted from Schedule A of the PRETRIAL ORDER #1. The undersigned appeared on May 27, 2009 and argued in the MDL Hearing for the case to be transferred to the Eastern District of Louisiana. The undersigned is willing and available to commit time to this litigation. We have previously

worked effectively with many of the law firms and counsel involved in this litigation. Our firm resume is attached and contains a summary of our professional experience. We are willing to commit all resources to successfully prosecute this litigation.

By: _____/s/ Archie C. Lamb_____
Archie C. Lamb
Alabama Bar Number [LAM 010]
**THE LAMB FIRM, LLC**
2900 First Avenue South
Birmingham, AL 35233
Telephone: (205)324-4644
Facsimile: (205) 324-4749
Email: alamb@archielamb.com