# THE LAMB FIRM, LLC

2900 First Avenue South
Birmingham, AL 35203
(205) 324-4644
(800) 324-4425

www.archielamb.com
www.hmocrisis.com

## FIRM BIOGRAPHY

**THE LAMB FIRM, LLC** was established in January of 1999 and is located in Birmingham, AL. The firm is managed by general partner and attorney Archie Lamb. Mr. Lamb has been practicing law since 1987 and has specialized in complex class action litigation, including healthcare, insurance, anti-trust, pharmaceutical mass tort and consumer litigation. The firm also continues to handle fraud, personal injury, wrongful death and product liability cases. For the past 7 years the firm has represented over 700,000 physicians nationwide against the managed care industry and has been instrumental in implementing many changes that will benefit not only the physicians but also the patients. As a result of its passion to protect the rights of individuals and businesses against controlling, unjust and dysfunctional systems, the firm has been involved in many multi-district litigation cases and has held leadership positions on steering committees, making the firm one of the leaders in MDL litigation. The firm has been a driving force in national class-action litigation concerning major healthcare and business issues. Its experience and expertise on healthcare policy and small business interests along with its record in multi-district class-action litigation has garnered national recognition

### Class & Complex Litigation

#### Insurance Litigation

The Lamb Firm, LLC is involved in complex litigation against some of the largest insurance and managed care companies across the world and holds leadership positions in most of the cas

***In Re: Managed Care Litigation, MDL* Docket No. 1334.** The Lamb Firm, LLC represents over 700,000 physicians nationwide against some of the largest managed care providers in the United States, including AETNA,, Inc., CIGNA Corporation,, PacifiCare Health Systems, Inc., United Healthcare, Coventry Health Care, Inc., , Prudential Insurance Company, Humana, Inc., Foundation and Wellpoint Health Networks, Inc. The suit claims these defendants engaged in civil conspiracy in violation of RICO to wrongfully and fraudulently compensate physicians for the services they provided to their patients, in an amount much less than which they are entitled. Archie Lamb, managing partner for the firm, was named as Co-lead Counsel for the Steering Committee in this litigation. Settlements have been reached with some of the defendants reaching a total of over a $2 Billion Dollars

***Thomas v. Blue Cross and Blue Shield Association et al*** - The Lamb Firm, LLC represents a putative class of physicians against more than 60 Blue Cross Blue Shield entities across the nation. The suit alleges that the defendants have engaged in a RICO conspiracy scheme which wrongfully and fraudulently reimbursed physicians at a lower rate than they were entitled, for the services they provide to their patients. The case is currently pending n the United States District Court for the Southern District of Florida, Miami Division. The parties recently entered into a settlement with twenty-three of the Blue Cross Blue Shield Associations for a value of approximately $128 Million dollars.

***Flores v. Doral Financial Corporation, et al*** – The Lamb Firm, LLC represented a class of individuals who were fraudulently and wrongfully treated financial by Doral Financial Corporation. The case was filed in the United States District Court, District of Puerto Rico. The case was recently settled for $124 Million Dollars.

## Anti-trust Litigation

***In Re: Puerto Rican Cabotage Antitrust Litigation*** – Before the Judicial Panel on Multi-District Litigation; MDL 1960. The Lamb Firm, LLC represents the interest of multiple plaintiffs concerning this very complex antitrust litigation. The Lamb Firm is on the Plaintiff's Steering Committee and Archie Lamb has been named Chairman of the Settlement Negotiation Committee.

***North Jackson Pharmacy v. Medco, et al*** - This suit involves a putative nationwide class brought by independent pharmacies against the largest Prescription Benefit Management companies in the United States. Allegations in the suit include that the PBMs conspired and engaged in horizontal price fixing of the of the reimbursement rates paid to independent pharmacies. These actions are consolidated in MDL proceedings in the Eastern District of Pennsylvania. The Lamb Firm, LLC serves as co-counsel for plaintiff North Jackson Pharmacy.

## Environmental Litigation -

***Marshall, et al v. CSX Corporation, et al ; and Wilson v. CSX Corporation, et al*** - The Lamb Firm, LLC represents a class of residents of DeSoto County against CSX Corporation for creosote contamination emanating from an old creosote treatment site. The suit alleges that as a result of this contamination, the plaintiffs have suffered bodily injury as well as a diminution in property values. The case was pending in the Circuit Court of the 20th Judicial Circuit of DeSoto County, Florida. Successful settlements were reached for each of our plaintiffs in this litigation.

## Defamation of Character Litigation

***Ray Keller v. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, ET AL –*** This case was filed in the circuit Court of Jackson County, Alabama; Case No. 04-0028-WWH. The Lamb Firm, LLC represented the plaintiff in a trial that lasted over seven weeks against the NCAA. This case brought for defamation of character and other wrong-doing resulted in the largest trial verdict ever received against the NCAA.

## Pharmaceutical Product Litigation

***In Re: Vioxx - Products Liability Litigation - MDL docket No. 1657 -*** The Lamb Firm is actively involved in the Cox II Inhibitor litigation against Merck.. Currently representing over 500 individuals in six separate lawsuits across the nation, including Puerto Rico. The suits allege the defendants knowingly manufactured, distributed, and marketed Vioxx, even though they knew there were high risks involved to those who ingested the drug. Further, the suit alleges failure to properly warn of the said side affects. The cases are currently pending in the United States District Court, Eastern District of Louisiana.

***In Re: FenPhen Litigation -*** The Lamb firm, LLC was involved in the initial FenPhen litigation and represented hundreds of individuals who were harmed by taking the product.

***In Re: Resulin Litigation*** - The Lamb Firm, LLC successfully represented over a 1,000 individuals in claims arising from injuries suffered after having ingested Resulin. Settlement negotiates with the defendants allowed us to recover for all of our clients.

**OxyContin -** The Lamb Firm, LLC also represented several hundred individuals who took the Oxy Contin drug and suffered several life-changing side affects. Although a very difficult case because the drug is still on the open market, the firm was able to recover for almost all of its clients.

***In Re: Metabolife Litigation*** - The Lamb Firm, LLC has been involved in the

Metabolife and Ephedra litigation from the very beginning. In November of 2002 the firm led a landmark case against the makers of Metabolife. It was the first case of its kind to be decided on behalf of four injured purchasers of the product and their families.

*In Re: Bausch & Lomb Contact Lens Solution Product Liability Litigation* - The Lamb Firm, LLC is involved in the this litigation which is currently pending in the U.S. District Court, Charleston Division; MDL No. 1785. The firm represents several plaintiffs who have suffered severe eye damages as a result of using the moisture lock solution.

*In Re: Heparin Litigation:* The Lamb Firm, LLC is also involved in the Heparin Litigation MDL 1953. As a result of the deadly side affects caused by the Heparin drug used following surgery; the firm represents many individuals who suffered serious side affects; some of which resulted in death. Members of the consortium of lawyers working with the Lamb Firm in this case serve in various capacities on the Steering Committee.

## DIET SUPPLEMENTS

*In Re: Total Body Essential Nutrition, Inc., Products Liability Litigation; MDL 1985;* currently pending in the U.S. District Court of the Northern District of Alabama; Southern Division. This case arises from a diet supplement that is promoted to assist with the dietary nutritional needs of individuals and to maintain a health body. Improper mixing of the formula ingredients contained in the supplement caused severe side affects including, but not limited to, loss of hair, loss of finger-nails, and paralysis. The Lamb Firm, LLC represents many of the individuals who ingested this batch of supplements containing excessive amounts of selenium. This litigation is in the early stages of development. It is expected, however, that the Lamb Firm will serve on the steering committee for this MDL.