# Judicial Panel on Multidistrict Litigation - Panel Service List for MDL 2047 - IN RE: Chinese-Manufactured Drywall Products Liability Litigation

Atlas, Jan Douglas
ADORNO & YOSS LLP
350 East Las Olas Blvd
Suite 1700
Fort Lauderdale, FL 33301
Banner Supply Co.*
Phone: (954) 766-7823 Fax: (954) 766-7800 Email: jda@adorno.com

Bass, Hilarie
GREENBERG TRAURIG LLP
1221 Brickell Avenue
Miami, FL 33131
Lennar Corp.*; Lennar Homes, LLC fka Lennar Homes, Inc.*; U.S. Home Corp.*
Phone: (305) 579-0500 Fax: (305) 579-0717 Email: bassh@gtlaw.com

Baumann, Gary F.
FULMER LEROY ALBEE BAUMANN & GLASS
2866 East Oakland Park Blvd.
Ft. Lauderdale, FL 33306
Independent Builders Supply Association, Inc.*
Phone: (954) 707-4430 Fax: (954) 707-4431 Email: gbaumann@fulmerleroy.com

Becnel, Jr, Daniel E.
BECNEL LAW FIRM LLC
106 West Seventh Street
P.O. Drawer H
Reserve, LA 70084
Donaldson, Jill M.; Oertling, John
Phone: (985) 536-1186 Fax: (985) 536-6445 Email: dbecnel@becnellaw.com

Boldt, Kimberly L.
ALTERS BOLDT BROWN RASH & CULMO PA
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Barrozo, Hector*; DeBarrozo, Maria Ines Pinar*; Garcia, Angela*; Garcia, Lorena*
Phone: (305) 571-8550 Fax: (305) 571-8558 Email: kimberly@abbrclaw.com

Briscoe, Edward J.
FOWLER WHITE BURNETT PA
Espirito Santo Plaza
1395 Brickell Avenue
14th Floor
Miami, FL 33131-3302
Black Bear Gypsum Supply, Inc.*
Phone: (305) 789-9252 Fax: (305) 789-9251 Email: EJB@Fowler-White.com

Burge, S. Greg
BURR & FORMAN LLP
420 North 20th Street
Suite 3400
Birmingham, AL 35203
Rightway Drywall, Inc.*
Phone: (205) 458-5101 Fax: (205) 244-5612 Email: gburge@burr.com

Casper, Christopher C.
JAMES HOYER NEWCOMER & SMILJANICH PA
One Urban Centre
4830 West Kennedy Boulevard

Suite 550
Tampa, FL 33609-2589
Culliton, Kristin Morgan*
**Phone: (813) 286-4100 Fax: (813) 286-4174 Email:** ccasper@jameshoyer.com

**ATTORNEY - FIRM REPRESENTED PARTY(S)**
Cole, Susan J.
BICE COLE LAW FIRM
999 Ponce De Leon Boulevard
Suite 710
Coral Gables, FL 33134
L&W Supply Corp. dba Seacoast Supply*; USG Corp.*
**Phone: (305) 444-1225 Fax: (305) 446-1598 Email:** cole@bicecolelaw.com

Coutroulis, Chris S.
CARLTON FIELDS PA
P.O. Box 3239
4221 West Boy Scout Boulevard
Suite 1000
Tampa, FL 33601-3239
M/I Homes, Inc.*
**Phone: (813) 223-7000 Fax: (813) 229-4133 Email:** ccoutroulis@carltonfields.com

Diaz, Jr., Victor Manuel
PODHURST ORSECK JOSEFSBERG ET AL
City National Bank Building
Suite 800
25 W. Flagler Street
Miami, FL 33130
Green, Dajan*; Morris-Chin, Janet*
**Phone: (305) 358-2800 Fax: (305) 358-2382 Email:** vdiaz@podhurst.com

Gilman, Kenneth G.
GILMAN & PASTOR LLP
6363 Highcroft Drive
Naples, FL 34119
Ankney, Duane
**Phone: (239) 213-9960 Fax: (239) 213-9946 Email:** kgilman@gilmanpastor.com

Interior Exterior Bldg.,
727 S. Cortez
New Orleans, LA 70119
Interior Exterior Building Supply

Knauf Gips KG,
Ridham Dock, Kemsley
Sittingbourne, Kent ME 9 8SR, UK
Gebr Knauf Verwaltungsgesellschaft KG; Knauf Gips KG

Knauf Plasterboard,
North Yinhe Bridge, East Jingjin Road
Beichen District
Tianjin, China 300400 P.R.C.
Knauf Plasterboard (Tianjin) Co., Ltd.

Knauf Plasterboard,
No. 2 Gang Wan Road
RC-241009 Whuhu Anhui, China
Knauf Plasterboard (Dongguan) Co., Ltd.; Knauf Plasterboard (Wuhu) Co., Ltd.

Knauf Plasterboard,
No. 2 Xinsha Development Zone

RC-52347 Guangdong, China
Knauf Plasterboard (Dongguan) Co., Ltd.

La Suprema Enterprise,
221 NE 164th Street
North Miami Beach, FL 33160
La Suprema Enterprise, Inc.

La Suprema Trading, Inc.,
221 NE 164th Street
N. Miam Beach, FL 33160
La Suprema Trading, Inc.

Landskroner, Jack
LANDSKRONER GRIECO MADDEN LTD
1360 West 9th Street
Suite 200
Cleveland, OH 44113
Minafri, Steven
**Phone: (216) 522-9000 Fax: (216) 522-9007**

Levin, Arnold
LEVIN FISHBEIN SEDRAN & BERMAN
510 Walnut Street
Suite 500
Philadelphia, PA 19106-3697
Martinez, Felix*; Martinez, Jenny*; Niemczura, Walter*; Raphael, Gene*; Santiago, Jason*; Tarzy, Jim*; Vickers, Karin*
**Phone: (215) 592-1500 Fax: (215) 592-4663 Email:** alevin@lfsblaw.com

Loredo, Raul Ricardo
MINTZER SOROWITZ & ZERIS
255 Alhambra Circle
Suite 1150
Coral Gables, FL 33134
Interior Exterior Building Supply, LP*
**Phone: (304) 774-9966 Fax: (305) 774-7743 Email:** rloredo@defensecounsel.com

Nicholas, Steven L.
CUNNINGHAM BOUNDS LLC
1601 Dauphin Street
P.O. Box 66705
Mobile, AL 36660
Mitchell Co., Inc. (The)*
**Phone: (251) 471-6191 Fax: (251) 479-1031 Email:** sln@cunninghambounds.com

Reise, Jack
COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
120 East Palmetto Park Road
Suite 500
Boca Raton, FL 33432
Riesz, Lawrence*; Schnee, Jennifer*
**Phone: (561) 750-3000 Fax: (561) 750-3364 Email:** jreise@csgrr.com

Rothchilt International,
N-510 Chia Hsn Bld.
Annex 96 Chung Shan N. Rd. Sec. 2
Taipei, Taiwan R.O.C.
Rothchilt International Ltd.

Sivyer, Neal A.
SIVYER BARLOW & WATSON PA
401 East Jackson Street
Suite 2225
Tampa, FL 33602

Taylor Morrison Services, Inc. dba Morrison Homes; Taylor Woodrow Communities at Vasari, LLC*
**Phone: (813) 221-4242 Fax: (813) 227-3598**

South Kendall Constructio,
2368 SE 17th Ter.
Homestead, FL 33035
South Kendall Construction Corp.

Steckler, Bruce
BARON & BUDD
3102 Oak Lawn Ave, Ste 1100
Foster, Katherine L.*
**Phone: (214) 521-3605 Fax: (214) 520-1181 Email: bsteckler@baronbudd.com**

Taishan Gypsum Co., Ltd.,
Dawenkou, Taian
Shandong, China 271026
Taishan Gypsum Co., Ltd. fka Shandong Taihe Dongxin Co., Ltd.

Weinstein, Scott Wm.
MORGAN & MORGAN PA
12800 University Drive
Suite 600
Fort Myers, FL 33907-5337
Allen, Nicole J.*; Allen, Shane M.*
**Phone: (239) 433-6880 Fax: (239) 433-6836 Email: sweinstein@forthepeople.com**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of Courts this __22__ day of June, 2009, by using the CM/ECF system which will send notice of electronic filing to all parties of record at the email addresses on file with the Court.

By: ___/s/ Archie C. Lamb___
Archie C. Lamb
Alabama Bar Number [LAM 010]
**THE LAMB FIRM, LLC**
2900 First Avenue South
Birmingham, AL 35233
Telephone: (205)324-4644
Facsimile: (205) 324-4749
Email: alamb@archielamb.com