UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO ALL CASES

**APPLICATION OF SCOTT WM WEINSTEIN
FOR PLAINTIFFS' STEERING COMMITTEE**

Undersigned, SCOTT WM WEINSTEIN, of Morgan & Morgan, P.A. (Plaintiff's counsel in *Allen v. Knauf Plasterboard Tianjin Co., Ltd., et al.;* Case No. 2:09-cv-54-FtM-99 DNF and *Smith v. Knauf Gips Kg, et al;* Case No. 2:09-cv-418-FtM-29 SPC, both filed in the Middle District of Florida) submits this application for appointment to the Plaintiffs' Steering Committee in accordance with PTO #1.

Undersigned has carefully read PTO #1 and fully understands the Court's sentiment as set forth in the introduction.

    A.    <u>WILLINGNESS AND AVAILABILITY TO COMMIT TO A TIME-CONSUMING PROJECT</u>

Undersigned is fully and unequivocally committed to this case. Morgan & Morgan, P.A. filed the county's first federal Chinese Drywall action in the Middle District of Florida. At that time, the broad scope of the problem was not yet known.

Undersigned practices out of the firm's Fort Myers office. As it happens, Fort Myers is the epicenter of the Chinese Drywall problem. Because of Morgan & Morgan's visibility in the market, hundreds of clients contacted undersigned beginning in late 2008 when word got out about Chinese

Drywall. Our firm immediately hired experts and consultants and began to evaluate these cases from all aspects. Our firm, from the very beginning, has been analyzing homeowner's insurance policies, contractors' general liability policies, warranties and all other documents to evaluate coverage and related matters. We have retained consultants to inspect multiple homes and evaluate the problem. In light of the scope, we have hired additional in-house staff, including lawyers and paralegals to exclusively work with clients on the Chinese Drywall matter. Undersigned has committed to supervising the entire Chinese Drywall project and is committed to personally serving on the Plaintiffs' Steering Committee if appointed. There is no question that this service will be extremely time-consuming and will require regular travel to New Orleans. Undersigned understands and is prepared to take on this responsibility and to devote all necessary resources to such service.

Undersigned travelled to New Orleans for the Initial Meeting of counsel on June 24, 2009 and will be present at the July 9, 2009 Pretrial Conference.

B.     ABILITY TO WORK COOPERATIVELY WITH OTHERS

Undersigned is committed to working cooperatively with all counsel in this case. Most if not all of the lawyers involved in this litigation have spoken and/or met on several occasions. Undersigned has travelled around the State of Florida on several occasions to meet with Plaintiffs' counsel involved in this litigation.

Undersigned was the lead-off speaker at the "Chinese Drywall Litigation Conference" sponsored by publisher, HarrisMartin, on June 4 and 5, 2009 in Orlando, Florida. More than 250 attendees met and discussed the problem. Many connections and relationships were built at that meeting which will carry through positively on the Plaintiffs' Steering Committee.

Undersigned travelled to Louisville, Kentucky to appear before the JPML in this matter. Many of the counsel involved in this case met in Louisville to discuss issues going forward in this litigation.

There are many Plaintiffs' counsel who do not have the resources or desire to serve on the Plaintiffs' Steering Committee, but who have reached out to undersigned to work together in this litigation. From the standpoint of professionalism, undersigned is a former chairman of a Florida Bar Grievance Committee and currently serves as a member of the Florida Bar Board of Governors and is the Designated Reviewer for two Florida Bar Grievance Committees. Undersigned co-founded the Professionalism Committee and Peer Review Committee of Florida's 20th Judicial Circuit. If this Court wishes, undersigned believes Chief Judge Keith Cary of the 20th Judicial Circuit of Florida, (239) 533-9140, past Chief Judge Hugh Hayes (239) 252-8116, and United States District Judge John E. Steele of the Middle District of Florida, (239) 461-2140 would be willing to discuss undersigned's qualifications.

      C.      <u>PROFESSIONAL EXPERIENCE IN THIS TYPE OF LITIGATION</u>

Undersigned serves as the Managing Partner of Morgan & Morgan's Consumer Class Action and Mass Tort Department which is involved in complex litigation nationwide. Undersigned has been court appointed to the following Plaintiffs' Steering Committees: *In re: Heparin Products Liability Litigation*, MDL 1953; *In re: Digitek Products Liability Litigation*, MDL 1968; *In re: Total Body Formula Products Liability Litigation*, MDL 1985; *In re: Bayer Corp. Combination Aspirin Products Marketing and Sales Practices Litigation*, MDL 2023, and is well-experienced in the workings of MDL's. Undersigned has for many years practiced in the area of consumer class action litigation, first as a defense lawyer, defending major consumer class actions, and later, on behalf of Plaintiff classes, having served as lead counsel in many such cases. Undersigned is an experienced trial lawyer and co-founded the Naples-Ft. Myers Chapter of the American Board of Trial Advocates ("ABOTA"). Undersigned was recently named to Florida Trend magazine's "Legal Elite" in civil trial law, and is "AV" rated by Martindale-Hubbell.

D.        WILLINGNESS TO COMMIT NECESSARY RESOURCES TO PURSUE THIS MATTER

Morgan & Morgan is the largest Plaintiffs' firm in Florida, and one of the largest in the country. With 120 lawyers and 700 support staff, we have the staffing and financial resources to pursue this matter. On a personal level, undersigned is completely committed to this matter and for the past 6 months has devoted a majority of his professional time to the Chinese Drywall matter. Undersigned is committed to continuing to devote as much time as necessary to pursue this matter.

Undersigned has familiarized himself with the *Manual for Complex Litigation – Fourth* and understands this Court will proceed in accordance with the provisions and principals contained therein.

On a final note, I have lived in Southwest Florida for two decades and am well-entrenched in this community. Everybody in Southwest Florida knows somebody whose home was built or renovated with Chinese Drywall. The problem in Southwest Florida is palpable and is the subject of daily news coverage. Each day I talk to friends, neighbors and clients about Chinese Drywall. The building boom which has turned to bust in Southwest Florida has left many suffering with this problem. Many of the smaller law firms in Southwest Florida are turning to us to establish co-counsel relationships. Our intake specialists have literally spoken to thousands of potential clients who have contacted our office, and our firm is in the process of evaluating and, if appropriate, signing these clients. We have signed contracts with several hundred clients and have entered into co-counsel relationships with counsel for many more.

WHEREFORE, undersigned SCOTT WM WEINSTEIN, respectfully moves that this Court appoint him to serve on the Plaintiffs' Steering Committee in this litigation. A copy of undersigned's curriculum vitae is attached as Exhibit A.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been electronically filed with the Clerk of Court this 1st day of July, 2009, by using the CM/ECF system which will send notice of electronic filing to all parties of record at the email addresses on file with the Clerk of Court, as well as to all parties listed on Schedule B of PTO #1.

By:     /S/ Scott Wm. Weinstein
Scott Wm. Weinstein
Fla. Bar No.: 563080
Morgan & Morgan, P.A.
P. O. Box 9504
Ft. Myers, FL  33906-9504
Telephone:  (239) 433-6880
Facsimile:  (239) 433-6836
Email:sweinstein@forthepeople.com

**Scott Wm Weinstein**
**Morgan & Morgan, P.A.**
**12800 University Drive**
**Suite 600**
**Fort Myers, Florida 33907**

**Born and raised:** Miami, Florida.

**Education:**   University of Florida
                 BS, 1982
                 JD,1985

   Member, Florida Blue Key

**Bar and Court Admissions:**  The Florida Bar (admitted 1986); United States District Court, Middle District of Florida; United States District Court, Southern District of Florida; United States Court of Appeals, Eleventh Circuit.

**Honors Affiliations and Certifications:**. Member, Florida Bar Board of Governors; Past President, Lee County (Florida) Bar Association; Past Chair, The Florida Bar Grievance Committee "A" Twentieth Judicial District; member, Twentieth Judicial Circuit Peer Review Committee; Past President, Naples/Fort Myers Chapter, American Board of Trial Advocates ("ABOTA"); Martindale-Hubbell ® Peer Review "AV" Rating; 2009 Florida "Legal Elite" (Civil Trial Law); Florida Supreme Court Certified Circuit and County Mediator; Florida Supreme Court approved Arbitrator.

**Practice Experience:**
1986-2007: Civil Trial Lawyer, Weinstein, Bavly & Moon, P.A., Miami and Fort Myers, Florida. Practice focused on insurance defense, complex litigation, commercial litigation, insurance coverage matters; tried approximately 50 jury trials to verdict.

January, 2007-present, Trial Lawyer, Morgan & Morgan, P.A.  Managing Partner of national consumer class action and mass tort practice group in 100+-member Florida-based civil justice law firm.

Served as lead settlement class counsel in many class actions, i.e., *Turner v. General Electric*, Case number 2:05-cv-186, United States District Court, Middle District of Florida.

**Court appointed to Plaintiff's Steering Committees**:
*In re: Heparin Products Liability Litigation,* MDL No. 1953
*In re: Digitek Products Liability Litigation,* MDL No 1968
*In re: Total Body Formula Products Liability Litigation,* MDL No. 1985
*In re*: *Bayer Corp. Combination Aspirin Products Marketing and Sales Practices Litigation, MDL No. 2023*

EXHIBIT "A"
