UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION: L
:
This Document Relates to All Cases : JUDGE ELDON E. FALLON
: MAG. JUDGE WILKINSON

## APPLICATION FOR APPOINTMENT OF JERROLD S. PARKER, ESQ. TO THE PLAINTIFFS' STEERING COMMITTEE

In accordance with Pre-Trial Order #1, the undersigned, JERROLD S. PARKER, ESQ. of Parker Waichman Alonso LLP (counsel for plaintiffs in *Allen v. Knauf Plasterboard Tianjin Co. Ltd., et al.;* Case No. 2:09-cv-54-FtM-99 DNF and *Schatzle v. Knauf Gips KG, et al.;* Case No. 2:09-cv-419-FtM-99 DNF, both filed in the Middle District of Florida, Fort Myers Division), submits this application for appointment to the Executive Committee of the Plaintiffs' Steering Committee for the Chinese-Manufactured Drywall Products Liability Litigation.

### A. I AM AVAILABLE TO COMMIT TO THIS PROJECT AND WILLING TO DEDICATE THE RESOURCES NECESSARY TO PURSUE THIS MATTER

Parker Waichman Alonso LLP received its first Chinese-Manufactured Drywall client in early January 2009 and has been actively involved with Chinese-Manufactured Drywall ever since. Since that time one of my primary focuses in this litigation has been consulting, interviewing and retaining experts in an effort to evaluate the issues attendant to this matter.

We are currently retained by approximately 1,000 clients, all of whom have suffered serious and significant property damage and personal injuries as a result of the defective drywall, which emits various sulfide gasses and/or other volatile organic chemical compounds through "off-gassing" that causes corrosion of HVAC coils, refrigerator units, televisions, computers and other

household items and personal injuries including allergic reactions, sinus and throat infections, eye irritations, headaches, respiratory problems and other health concerns.

Both I and my firm have been and will continue to be fully committed to devoting the necessary time, attention and resources to insure that this multi-district litigation is successful for our clients and all of the other litigants. To this end, in addition to myself, I employ attorneys and paralegals whose time will be almost exclusively dedicated to the Chinese-Manufactured Drywall Products Liability Litigation to ensure the proper handling of the anticipated work load. In addition, our firm has recently added significant additional office space which will be solely devoted to mass-torts in general and Chinese-Manufactured Drywall Products Liability Litigation in particular.

### B. MY ABILITY TO WORK COOPERATIVELY WITH OTHERS IS ILLUSTRATED BY MY PRIOR PROFESSIONAL EXPERIENCE IN THIS TYPE OF LITIGATION

I have had the pleasure of previously working with many of the other law firms involved in the Chinese-Manufactured Drywall Products Liability Litigation in other mass-tort litigation as well as various other projects and single event cases. With most, we enjoy a very close, professional relationship. I believe that the cooperative work of these firms will ensure a smooth MDL process.

I, along with my partner, Andres F. Alonso, as well as other attorneys from our office, have been invited to attend and have attended numerous meetings of relatively small groups of lawyers held focused on Chinese-Manufactured Drywall litigation with the express purpose of coordinating, organizing, and developing appropriate strategy to be employed in this litigation. We anticipate we will continue to do so throughout the course of the litigation. Furthermore, the lawyers at Parker Waichman Alonso LLP have participated and presented at several Chinese Drywall Litigation Conferences held in Florida and Louisiana and have held a series of town hall meetings educating the public about the dangers of Chinese drywall and providing free information to homeowners about many of the issues the Chinese drywall litigation presents.

My ability to work cooperatively with others and my professional experience in this type of litigation is perhaps best illustrated, however, by my prior service on numerous mass tort and plaintiffs' steering committees: I have served as a member of the Executive Committee in Prozac Product Liability Litigation (MDL No. 907), the Plaintiffs' Steering Committee in the World Trade Center Bombing Litigation, the State Steering Committee for Rezulin Litigation, the State Steering Committee for Diet Drug Litigation, the Plaintiffs' Steering Committee and Discovery Sub-committees in the Zyprexa Product Liability Litigation (MDL No. 1596), the National Steering Committee for Vaccine Litigation, and the Plaintiffs' Steering Committee for Accutane Products Liability Litigation (MDL No. 1626). Additionally, I am currently serving as Co-Chair of the Executive Committee of the Plaintiffs' Steering Committee in the Ortho Evra Products Liability Litigation (MDL No. 1742) and as a member of the Plaintiffs' Steering Committee for the New York State Bausch & Lomb ReNu with MoistureLoc Contact Lens Solution Products Liability Litigation.

Parker Waichman Alonso LLP has been recognized as a leader in the field of defective drug liability, defective medical devices, products liability, toxic torts, products liability, vaccine injury, medical malpractice, nursing home negligence, aviation accidents, explosions/fires, consumer fraud, automobile accidents, and general personal injury negligence litigation. We are committed to our clients, the Court, and the legal profession to insure a just result is obtained for our clients in an expeditious manner.

My personal dedication and devotion to mass-tort litigation was formally recognized by several governmental agencies including the United States Congress (receipt of a Proclamation and a Congressional Achievement Award). I have also received a Proclamation from the City Counsel of the City of New York, a Senate Proclamation from the New York State Senate, a Citation from the

3

New York State Assembly, and a Citation of Honor from the Queens Borough President for my firm's work representing children who were victims of childhood vaccines.

It is because of this dedication and my prior experience that I respectfully request that the Court provide me with the opportunity to serve on the Executive Committee of the Plaintiffs' Steering Committee in Chinese-Manufactured Drywall Products Liability Litigation MDL No. 2047. I am confident that my history of involvement in Chinese-Manufactured Drywall litigation since its inception, my experience in similar litigation, and my ability, determination and qualifications will serve the Plaintiffs' Steering Committee, the litigants, and this Court well.

WHEREFORE, undersigned JERROLD S. PARKER, respectfully moves that this Honorable Court appoint him to serve on the Plaintiffs' Steering Committee in this litigation.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been electronically filed with the Court on this 1st day of July, 2009, by using the CM/ECF system, which will send notice of electronic filing to all parties of record at the email addresses on file with the Clerk of the Court, as well as to all parties listed on Schedule B of PTO #1.

By: /S/ Jerrold S. Parker
JERROLD S. PARKER
PARKER WAICHMAN ALONSO LLP
111 Great Neck Road, 1st Floor
Great Neck, New York 11021
Telephone: (516) 466-6500
Facsimile: (516) 466-6665
Email: jerry@yourlawyer.com