IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL No. 2047 :<br>: Section L<br>:<br>: JUDGE FALLON |
| This Document Relates to:<br>ALL ACTIONS | : MAG. JUDGE WILKINSON : |

## APPLICATION OF ARNOLD LEVIN FOR
## APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

COMES NOW Arnold Levin and makes this application for appointment to the Plaintiffs' Steering Committee. In support thereof, he states:

Arnold Levin is a member of the firm of Levin, Fishbein, Sedran & Berman. He graduated from Temple University (B.S., in 1961) with Honors and Temple Law School, LLB (1964). He was Articles Editor of the Temple Law Quarterly. He is a member of the Philadelphia, Pennsylvania, American and International Bar Associations; Philadelphia Trial Lawyers Association; and the Pennsylvania and American Association of Justice. He is admitted to the Supreme Court of Pennsylvania, United States District Court for the Eastern District of Pennsylvania, United States District Court for the Middle District of Pennsylvania, the Third, Fourth, Sixth, Seventh, Tenth and Eleventh Circuit Courts of Appeals and the United States Supreme Court. He has lectured on class actions, environmental, antitrust and tort litigation for various bar associations.

Mr. Levin is a past Chairman of the Commercial Litigation Section of the Association of Trial Lawyers of America. He is a fellow of the Roscoe Pound Foundation and the International Society of Barristers and past Vice-Chairman of the Maritime Insurance Law Committee of the American Bar Association. He also has an "av" rating in Martindale-Hubbell and is listed in it's Directory of Preeminent Attorneys as well as in "Best Lawyers in America." His law firm and his partners and associates, and particularly his partners, Michael D. Fishbein and Fred S. Longer (who are committed to take a material role in the instant action) have extensive trial experience. Mr. Levin and his firm are willing and able to commit time and financial resources to this consuming project and have cooperated with others on Plaintiffs' steering committees as listed below. In

1

particular this Court has observed their work ethic in *In re Propulsid Products Liability Litigation*, MDL No. 1355 (E.D.La.) and *In re Vioxx Products Liability Litigation*, MDL No. 1657 (E.D.La.).

Mr. Levin has been on scores of Executive Committees in antitrust, securities and product liability litigations. He has extensive experience in federal litigation. He has served in Court appointed positions in the following mass tort cases: he was lead trial counsel in *In re Asbestos School Litigation*, U.S.D.C. (E.D. Pa., Master File No. 83-0268), and on Plaintiffs' Steering Committees in *In re Copley Pharmaceutical, Inc., "Albuterol" Products Liability Litigation*, MDL Docket No. 94-140-1013 (D.Wy.); *In re Norplant Contraceptive Products Liability Litigation*, MDL No. 1038 (E.D. Tex.); *In re Telectronics Pacing Systems, Inc., Accufix Atrial "J" Lead Products Liability Litigation*, MDL No. 1057 (S.D. Ohio); *In re Baxter Healthcare Corporation Gammagard Products Liability Litigation*, MDL No. 95-1060-R (C.D.Cal.) and *Silicone Gel Breast Implants Products Liability Litigation*, Master File No. CV-92-P-10000-S. He is also a member of a four person Executive Committee in *In re Rezulin Products Liability Litigation,* MDL No. 1348 (S.D.N.Y.) and a member of the Steering Committee in *In re Propulsid Products Liability Litigation*, MDL No. 1355 (E.D.La.). Most recently, Mr. Levin has served as a member of the Plaintiffs' Steering Committee in *In re Vioxx Products Liability Litigation*, MDL No. 1657 (E.D.La.), as well as being a member of the Negotiating Plaintiffs' Counsel and Fee Allocation Committee.

Mr. Levin is co-lead and liaison counsel of the Plaintiffs' Legal Committee in *In re Orthopedic Bone Screw Products Liability Litigation*, MDL 1014 (E.D.Pa.), and co-chairman and liaison counsel to the Plaintiffs' Management Committee and Class Counsel in *In re Diet Drug Litigation*, MDL 1203 (E.D.Pa.). He was also a member of the Trial and Discovery Committees in the *Exxon Valdez Oil Spill Litigation*, No. 89-095 (D.Alaska).

In addition to managing MDL mass tort litigation, including *Diet Drugs*, wherein there are an excess of 35,000 individual cases being coordinated along with a class settlement, Mr. Levin has extensive experience interfacing with the District Court Clerk's office in the management of an MDL docket. This experience will prove itself to be invaluable given the extensive state/federal coordination of cases anticipated in this litigation.

Mr. Levin has also been instrumental in the negotiations, structure and administration of MDL class and global settlements in *Gammagard, supra, Copley, supra,* and *Teletronics, supra.* He was class counsel in the pre-*Ortiz* mandatory settlement of the AcroMed defendant in *Orthopedic Bone Screws*, and the multi-billion dollar

settlement in *Diet Drugs*. That prolix settlement has received favorable comments by academia. *See* Nagareda, R., "Autonomy, Peace, and 'Put' Options in the Mass Tort Class Action," 115 Harv.L.Rev. 747, 756 (2002). Recently, he served on the Negotiating Plaintiffs' Counsel committee in *In re Vioxx* that successfully resolved the claims of thousands of Vioxx claimants that suffered MI, ischemic stroke and sudden death for $4.85 billion.

## CHINESE DRYWALL EXPERIENCE

Mr. Levin is co-counsel in over 20 filed Chinese drywall[1] actions (both class and binary) in state and federal courts. Each filed case involves a Chinese drywall litigation claim for property damage and/or personal injuries. He is presently reviewing approximately 170 individual Chinese drywall litigation claims referred to him by various attorneys throughout the United States, and will shortly file those claims that are appropriate for litigation. Because diversity jurisdiction is not present in all Chinese drywall cases, Mr. Levin recognizes the need for state/federal coordination and is committed to promoting the most efficient intercourse between jurisdictions while recognizing that the gravitas of the litigation must be with the MDL court.

Mr. Levin is co-counsel in *Vickers, et al. v. Knauf Gips KG, et al.*, Case No. 1:09-cv-20510 (S.D. Fla.). On behalf of the Vickers, Mr. Levin was the moving counsel before the Judicial Panel on Multidistrict Litigation. Mr. Levin presented argument to the panel seeking consolidation of all Chinese drywall litigation. The *Vickers* action is the most advanced case in the Southern District of Florida and the first case transferred to the docket of MDL No. 2047. The *Vickers* action is well ahead of other litigations in terms of service on the Knauf entities in Germany and China. Substantial investments have already been expended to have the complaint translated and presented to the foreign departments for service of process. In addition, all of the domestic defendants in that action have either

---

[1]*See Busbee v. Knauf Gips KG, et al.*, Case No. 1:09-cv-21389 (S.D.Fla.); *Deane v. Knauf Gips KG, et al.*, Case No. 1:09-cv-21666 (S.D.Fla.); *Feliciano, et al. v. Knauf Gips KG, et al.*, Case No. 1:09-cv-21027 (S.D.Fla.); *Fernandez et al. v. Kanuf Gips, KG, et al.*, Case No. 1:09-cv-21028 (S.D. Fla.); *Flores, et al. v. Knauf Gips KG, et al.*, Case No. 1:09-cv-21060 (S.D.Fla.); *Galvin, et al. v. Knauf Gips KG, et al.*, Case No. 1:09-cv-20847 (S.D.Fla.); *Garcia v. Knauf Gips KG, et al.*, Case No. 1:09-cv-21535 (S.D.Fla.); *Leben et al. v. Knauf Gips, KG, et al.*, Case No. 1:09-cv-21063 (S.D.Fla.); *Oves v. Knauf Gips KG, et al.*, Case No. 1:09-cv-21062 (S.D.Fla.); *Pelligra v. Knauf Gips KG, et al.*, Case No. 1:09-cv-21055 (S.D.Fla.); *Rizzo-Alfonso, et al. v. Knauf Gips KG, et al.*, Case No. 1:09-cv-21057 (S.D.Fla.); *Sardina, et al. v. Knauf Gips KG, et al.*, Case No. 1:09-cv-21146 (S.D.Fla.); *Seifart v. Knauf Gips KG, et al.*, Case No. 1:09-cv-38887 (S.D.Fla.); *Trepkowski, et al. v. Knauf Gips, KG, et al.*, Case No. 1:09-cv-21250 (S.D.Fla.); *Valdes, et al. v. Knauf Gips KG, et al.*, Case No. 1:09-cv-21061 (S.D.Fla.); *Vickers, et al. v. Knauf Gips KG, et al.*, Case No. 1:09-cv-20510 (S.D. Fla.); *Villalta, et al. v. Knauf Gips KG. et al*, Case No. 1:09-cv-21145 (S.D.Fla.); *Ameneiro v. Knauf Gips KG*, Civ. No. 09-21657 (Fla. Cir.Ct.); *Deane v. Knauf Gips KG*, Civ. No. 09-21660 (Fla. Cir.Ct.); *Seifart v. Knauf Gips KG*, Civ. No. 09-38887 (Fla. Cir.Ct.), and *Nyugen v. Venture Supply Inc*, CL09-3105 (Cir.Ct. City of Norfolk, Va.).

answered the complaint or presented responsive motions to the pleading. All of the motions have been fully briefed and are now ripe for adjudication before this court. The following motions are currently pending before the court: 1) Taylor Woodrow Communities at Vasari LLC's Motion to dismiss the complaint for improper venue or, in the alternative, to sever and transfer and motion to abate; 2) Banner's Motion to stay amended complaint, motion to dismiss amended complaint, motion to strike amended complaint; and 3) Plaintiffs' motion for extension of time for the parties to hold a scheduling conference and related case management relief.

Mr. Levin is also co-counsel in two actions pending in Virginia and North Carolina involving a new and wholly separate Chinese drywall manufacturer, Taishan Gypsum Co. Ltd. f/k/a Shandong Taihe Dongxin, Co. Ltd. ("Taishan"), as well as other suppliers and builders. These two actions *Germano v. Taishan Gypsum Co. Ltd. f/k/a Shandong Taihe Dongxin, Co. Ltd. ("Taishan"), et al.*, No. 2:09-CV-202 (E.D.Va..) and *Hinkley v. Taishan Gypsum Co. Ltd. f/k/a Shandong Taihe Dongxin, Co. Ltd. ("Taishan"), et al.*, No. 2:09-CV-00025 (E.D.N.C.). The domestic defendants in these actions have filed (or are expected to file) responsive motions to the complaints. In Germano, four motions have been filed and fully briefed. Defense counsel in both actions have contested federal jurisdiction and the Conditional Transfer Order of the JPML. Mr. Levin, in due course, will present argument to the JPML in favor of transfer to this Court.

Mr. Levin and his co-counsel have retained experts to inspect homes of his clients and is rapidly developing a cache of files on the defect present in Chinese Drywall.

Given his experience in complex litigation, leadership qualities, ability to work with others in this demanding case, and the pre-transfer role in this particular litigation, Arnold Levin and Levin, Fishbein, Sedran & Berman respectfully requests appointment to Plaintiffs' Steering Committee.

Respectfully submitted,

_____
Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the forgoing Application of Arnold Levin for Appointment to the Plaintiffs' Steering Committee was filed electronically on the below date and is available for viewing and downloading from the ECF System of the United States District Court for the Eastern District of Louisiana.

The undersigned further certifies that on the below date he caused a true and correct copy of the this Application was mailed, via first class mail, postage prepaid to all counsel on the attached Service list.

Dated: July 2, 2009

_____
ARNOLD LEVIN, ESQUIRE

Case 2:09-md-02047-EEF-MBN   Document 17   Filed 07/02/09   Page 6 of 9

**Judicial Panel on Multidistrict Litigation - Panel Service List**  Page 1

Docket: 2047 - IN RE: Chinese-Manufactured Drywall Products Liability Litigation
Status: Transferred on 06/15/2009
Transferee District: LAE    Judge: Fallon, Eldon E.                                Printed on 06/15/2009

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Atlas, Jan Douglas<br>ADORNO & YOSS LLP<br>350 East Las Olas Blvd<br>Suite 1700<br>Fort Lauderdale, FL 33301 | =>Phone: (954) 766-7823  Fax: (954) 766-7800  Email: jda@adorno.com<br>Banner Supply Co.* |
| Bass, Hilarie<br>GREENBERG TRAURIG LLP<br>1221 Brickell Avenue<br>Miami, FL 33131 | =>Phone: (305) 579-0500  Fax: (305) 579-0717  Email: bassh@gtlaw.com<br>Lennar Corp.*; Lennar Homes, LLC fka Lennar Homes, Inc.*; U.S. Home Corp.* |
| Baumann, Gary F.<br>FULMER LEROY ALBEE BAUMANN & GLASS<br>2866 East Oakland Park Blvd.<br>Ft. Lauderdale, FL 33306 | =>Phone: (954) 707-4430  Fax: (954) 707-4431  Email: gbaumann@fulmerleroy.com<br>Independent Builders Supply Association, Inc.* |
| Becnel, Jr, Daniel E.<br>BECNEL LAW FIRM LLC<br>106 West Seventh Street<br>P.O. Drawer H<br>Reserve, LA 70084 | =>Phone: (985) 536-1186  Fax: (985) 536-6445  Email: dbecnel@becnellaw.com<br>Donaldson, Jill M.; Oertling, John |
| Boldt, Kimberly L.<br>ALTERS BOLDT BROWN RASH & CULMO PA<br>4141 N.E. 2nd Avenue<br>Suite 201<br>Miami, FL 33137 | =>Phone: (305) 571-8550  Fax: (305) 571-8558  Email: kimberly@abbrclaw.com<br>Barrozo, Hector*; DeBarrozo, Maria Ines Pinar*; Garcia, Angela*; Garcia, Lorena* |
| Briscoe, Edward J.<br>FOWLER WHITE BURNETT PA<br>Espirito Santo Plaza<br>1395 Brickell Avenue<br>14th Floor<br>Miami, FL 33131-3302 | =>Phone: (305) 789-9252  Fax: (305) 789-9251  Email: EJB@Fowler-White.com<br>Black Bear Gypsum Supply, Inc.* |
| Burge, S. Greg<br>BURR & FORMAN LLP<br>420 North 20th Street<br>Suite 3400<br>Birmingham, AL 35203 | =>Phone: (205) 458-5101  Fax: (205) 244-5612  Email: gburge@burr.com<br>Rightway Drywall, Inc.* |
| Casper, Christopher C.<br>JAMES HOYER NEWCOMER & SMILJANICH PA<br>One Urban Centre<br>4830 West Kennedy Boulevard<br>Suite 550<br>Tampa, FL 33609-2589 | =>Phone: (813) 286-4100  Fax: (813) 286-4174  Email: ccasper@jameshoyer.com<br>Culliton, Kristin Morgan* |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Cole, Susan J.<br>BICE COLE LAW FIRM<br>999 Ponce De Leon Boulevard<br>Suite 710<br>Coral Gables, FL 33134 | =>Phone: (305) 444-1225  Fax: (305) 446-1598  Email: cole@bicecolelaw.com<br>L&W Supply Corp. dba Seacoast Supply*; USG Corp.* |
| Coutroulis, Chris S.<br>CARLTON FIELDS PA<br>P.O. Box 3239<br>4221 West Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33601-3239 | =>Phone: (813) 223-7000  Fax: (813) 229-4133  Email: ccoutroulis@carltonfields.com<br>M/I Homes, Inc.* |
| Diaz, Jr., Victor Manuel<br>PODHURST ORSECK JOSEFSBERG ET AL<br>City National Bank Building<br>Suite 800<br>25 W. Flagler Street<br>Miami, FL 33130 | =>Phone: (305) 358-2800  Fax: (305) 358-2382  Email: vdiaz@podhurst.com<br>Green, Dajan*; Morris-Chin, Janet* |
| Gilman, Kenneth G.<br>GILMAN & PASTOR LLP<br>6363 Highcroft Drive<br>Naples, FL 34119 | =>Phone: (239) 213-9960  Fax: (239) 213-9946  Email: kgilman@gilmanpastor.com<br>Ankney, Duane |
| Interior Exterior Bldg.,<br>727 S. Cortez<br>New Orleans, LA 70119 | =><br>Interior Exterior Building Supply |
| Knauf Gips KG,<br>Ridham Dock, Kemsley<br>Sittingbourne, Kent ME 9 8SR, UK | =><br>Gebr Knauf Verwaltungsgesellschaft KG; Knauf Gips KG |
| Knauf Plasterboard,<br>North Yinhe Bridge, East Jingjin Road<br>Beichen District<br>Tianjin, China 300400 P.R.C. | =><br>Knauf Plasterboard (Tianjin) Co., Ltd. |
| Knauf Plasterboard,<br>No. 2 Gang Wan Road<br>RC-241009 Whuhu Anhui, China | =><br>Knauf Plasterboard (Dongguan) Co., Ltd.; Knauf Plasterboard (Wuhu) Co., Ltd. |
| Knauf Plasterboard,<br>No. 2 Xinsha Development Zone<br>RC-52347 Guangdong, China | =><br>Knauf Plasterboard (Dongguan) Co., Ltd. |
| La Suprema Enterprise,<br>221 NE 164th Street<br>North Miami Beach, FL 33160 | =><br>La Suprema Enterprise, Inc. |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| La Suprema Trading, Inc.,<br>221 NE 164th Street<br>N. Miam Beach, FL 33160 | =><br>La Suprema Trading, Inc. |
| Landskroner, Jack<br>LANDSKRONER GRIECO MADDEN LTD<br>1360 West 9th Street<br>Suite 200<br>Cleveland, OH 44113 | =>Phone: (216) 522-9000  Fax: (216) 522-9007<br>Minafri, Steven |
| Levin, Arnold<br>LEVIN FISHBEIN SEDRAN & BERMAN<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106-3697 | =>Phone: (215) 592-1500  Fax: (215) 592-4663  Email: alevin@lfsblaw.com<br>Martinez, Felix*; Martinez, Jenny*; Niemczura, Walter*; Raphael, Gene*; Santiago, Jason*; Tarzy, Jim*; Vickers, Karin* |
| Loredo, Raul Ricardo<br>MINTZER SOROWITZ & ZERIS<br>255 Alhambra Circle<br>Suite 1150<br>Coral Gables, FL 33134 | =>Phone: (304) 774-9966  Fax: (305) 774-7743  Email: rloredo@defensecounsel.com<br>Interior Exterior Building Supply, LP* |
| Nicholas, Steven L.<br>CUNNINGHAM BOUNDS LLC<br>1601 Dauphin Street<br>P.O. Box 66705<br>Mobile, AL 36660 | =>Phone: (251) 471-6191  Fax: (251) 479-1031  Email: sln@cunninghambounds.com<br>Mitchell Co., Inc. (The)* |
| Reise, Jack<br>COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP<br>120 East Palmetto Park Road<br>Suite 500<br>Boca Raton, FL 33432 | =>Phone: (561) 750-3000  Fax: (561) 750-3364  Email: jreise@csgrr.com<br>Riesz, Lawrence*; Schnee, Jennifer* |
| Rothchilt International,<br>N-510 Chia Hsn Bld.<br>Annex 96 Chung Shan N. Rd. Sec. 2<br>Taipei, Taiwan R.O.C. | =><br>Rothchilt International Ltd. |
| Sivyer, Neal A.<br>SIVYER BARLOW & WATSON PA<br>401 East Jackson Street<br>Suite 2225<br>Tampa, FL 33602 | =>Phone: (813) 221-4242  Fax: (813) 227-3598<br>Taylor Morrison Services, Inc. dba Morrison Homes; Taylor Woodrow Communities at Vasari, LLC* |
| South Kendall Constructio,<br>2368 SE 17th Ter.<br>Homestead, FL 33035 | =><br>South Kendall Construction Corp. |
| Steckler, Bruce<br>BARON & BUDD<br>3102 Oak Lawn Ave, Ste 1100 | =>Phone: (214) 521-3605  Fax: (214) 520-1181  Email: bsteckler@baronbudd.com<br>Foster, Katherine L.* |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Dallas, TX 75219-4281 | |
| Taishan Gypsum Co., Ltd., <br> Dawenkou, Taian <br> Shandong, China 271026 | => <br> Taishan Gypsum Co., Ltd. fka Shandong Taihe Dongxin Co., Ltd. |
| Weinstein, Scott Wm. <br> MORGAN & MORGAN PA <br> 12800 University Drive <br> Suite 600 <br> Fort Myers, FL 33907-5337 | =>Phone: (239) 433-6880  Fax: (239) 433-6836  Email: sweinstein@forthepeople.com <br> Allen, Nicole J.*; Allen, Shane M.* |

*(Panel Attorney Service List for MDL 2,047 Continued)*                                                                                                Page 4

Note: Please refer to the report title page for complete report scope and key.