UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: 09-4117 (*VICKERS*) 09-4119 (*MORRIS-CHIN*) | JUDGE FALLON MAG. JUDGE WILKINSON |

**NOTICE OF APPEARANCE OF COUNSEL**

NOW COME the defendant entities identified in the following paragraphs, who file this Notice of Appearance, showing as follows:

1.

In case no. 09-4119 (*Morris-Chin*), Kerry J. Miller, Esq.  (LA. Bar #24562), Kyle A. Spaulding (LA. Bar #29000) and Paul C. Thibodeaux (LA. Bar # 29446) of Frilot L.L.C., and Donald J. Hayden (FL. Bar #0097136), Douglas B. Sanders (IL. Bar #6256621) and Richard M. Franklin (IL. Bar #0864390) of Baker & McKenzie LLP hereby appear as counsel on behalf of Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., and Knauf Gips KG.

2.

In case no. 09-4117 (*Vickers*), Kerry J. Miller, Esq.  (LA. Bar #24562), Kyle A. Spaulding (LA. Bar #29000) and Paul C. Thibodeaux (LA. Bar #29446) of Frilot L.L.C., and Donald J. Hayden (FL. Bar #0097136), Douglas B. Sanders (IL. Bar #6256621) and Richard M. Franklin (IL. Bar #0864390) of Baker & McKenzie LLP hereby appear as counsel on behalf of Knauf Plasterboard (Wuhu) Co., Ltd.

3.

This appearance is submitted without waiver of objections to jurisdiction, venue or service on behalf of the clients represented by Frilot L.L.C. and Baker & McKenzie LLP in accordance with Pre-Trial Order no. 1.  See Pre-Trial Order no. 1 at paragraph 6.

Respectfully submitted,

BY:/s/ Kyle A. Spaulding
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
**FRILOT L.L.C.**
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile:  (504)599-8145
Email: kspaulding@frilot.com

-AND-

DONALD J. HAYDEN (FL Bar No. 0097136)
**BAKER & MCKENZIE LLP**
Mellon Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL  33131
Telephone:    (305) 789-8966
Facsimile:    (305) 789-8953
Email:  donald.j.hayden@bakernet.com

DOUGLAS B. SANDERS (IL Bar No. 6256621)
RICHARD M. FRANKLIN (IL Bar No. 0864390)
**BAKER & MCKENZIE LLP**
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL  60601
Telephone:    (312) 861-8075
Facsimile:    (312) 698-2375
Email:  douglas.b.sanders@bakernet.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served electronically on all counsel of record this 2nd day of July, 2009.

/s/ Kyle A. Spaulding

202622