# EXHIBIT "B"

7/2/2009          Untitled Document





**DAVID F. BIENVENU**
PARTNER
DIRECT: (504) 569-2930
FAX: (504) 569-2999
davidb@spsr-law.com

**PRACTICE AREAS:**

Tort and Insurance Litigation, Commercial Litigation

**EDUCATION:**

Loyola University - JD, 1980
Louisiana State University - BA, 1975

**PROFILE:**

David Bienvenu has extensive litigation experience in state and federal courts throughout Louisiana, representing corporate and insurance clients in general casualty, maritime, product liability, toxic tort and environmental matters, as well as class action defense, insurance coverage, construction, and contract disputes.

In Law School, he was a member of the Moot Court Board and recipient of the Milton Sheen Award in recognition of his leadership and service to the law and community. Upon graduation, he served as Law Clerk to United States District Judge Patrick E. Carr in the Eastern District of Louisiana. He is a recipient of the Gillis Long Public Service Award and currently serves as Vice-Chair of the University's Law School Visiting Committee.

Mr. Bienvenu has been an active bar leader for many years, serving as President of the Louisiana State Bar Association (1997-98) and as President of the Louisiana Bar Foundation (2004-2005). He has served on numerous committees of the American Bar Association and is a member of its House of Delegates, currently serving as the Louisiana State Delegate and on the ABA Nominating Committee. He is an active member of the Section of Litigation and the Tort Trial and

Insurance Practice Section. A member of the ABA Standing Committee on Delivery of Legal Services, he has served for many years as a Peer Consultant for the ABA Center for Pro Bono, and has continued to contribute his time addressing the legal needs of the poor, by establishing the LSBA's Access to Justice Program, serving as Chair of the New Orleans Pro Bono Project, on the Boards of New Orleans Legal Assistance Corporation and Legal Aid Bureau, and most recently as Chair of the Campaign for Legal Assistance in the Greater New Orleans area.

Mr. Bienvenu has served as an instructor in the Loyola Skills Curriculum Faculty and has spoken at CLE seminars and client presentations on a variety of topics including insurance, Louisiana Tort law, maritime law, litigation skills, professionalism and ethics. He is president of The Historical Society of the Louisiana Supreme Court, a member of the Louisiana Law Institute, the Defense Research Institute and the Bureau of Governmental Research.

**BAR ADMISSIONS:**

All State and Federal courts in Louisiana
United States Fifth Circuit Court of Appeals