# EXHIBIT "C"



# Hilarie Bass

Global Operating Shareholder
Litigation
bassh@gtlaw.com

# Greenberg Traurig

Greenberg Traurig, P.A.
1221 Brickell Avenue
Miami, FL 33131
Phone: (305) 579-0745
Fax: (305) 579-0717

Hilarie Bass is the Global Operating Shareholder of Greenberg Traurig, having recently completed an eight-year term as the national chair of the 500-member litigation department. She also serves on the firm's Executive Committee. During her more than 25-year career, she has successfully represented clients in scores of commercial cases in jury and non-jury trials involving hundreds of millions of dollars in controversy.

**Areas of Experience**

- Complex commercial litigation and arbitrations
- Class action defense
- Multi-District litigation
- Receiverships
- Securities fraud defense
- Banking litigation
- Jury and non-jury trials
- Alternative dispute resolution

**Key Clients**

- Microsoft
- Lennar
- Hilton Hotels Corporation
- Interval International
- Southeast Banking Corporation
- Regions Bank
- Aetna, Inc.

**Significant Representations**

- Served as Defense Liaison Counsel in MDL RICO class action against managed care companies throughout the country, representing Aetna, Inc.
- Representation of Microsoft Corporation in defense of the Florida class action brought under Florida Unfair Trade Practices Act. Main action resulted in class action settlement; attorneys' fees issue resolved after four-day evidentiary hearing in Dade County Circuit Court action.

- Defended Hilton Hotels Corporation in a five-week arbitration for breach of fiduciary duty claims in which plaintiff sought in excess of $100 million, resulting in a judgment in favor of the defense.
- Prosecuted claims on behalf of Interval International in eight-day trial leading to entry of permanent injunction on breach of fiduciary duty and theft of trade secret claims.
- Represented company and officers in securities class action against Sportsline.com which was dismissed by federal court at pleadings stage.
- Represented Hilton Hotels Corporation in defense of an action by Fontainebleau Hilton seeking to enjoin $3 billion merger with Promus Hotel Corporation through enforcement of overly broad restrictive covenant in Management Agreement; injunction was denied and case thereafter settled.
- Served as chief litigation counsel for the Trustee of Southeast Banking Corporation in suit against the FDIC, which was resolved with payment of a settlement to our client in excess of $300 million.
- Served as an SEC Receiver for corporation found to be improperly selling limited partnership interests in deregulated power industry in California.
- Served as an FTC Receiver for a travel company enjoined from continuing its fraudulent sales tactics in the sale of travel packages.
- Represented the Government of Brazil in obtaining a jury verdict in the amount of $125 million in action against ex-patriate residing in the South Florida area for fraud, civil theft and breach of duty.
- Obtained $25 million judgment against ex-president of bank on behalf of an agency of the government of Venezuela.
- Successfully defended a federal court class action in $50 million claim filed against the Trustee regarding the pension plan of Southeast Bank.
- Successfully defended employment benefits company in a jury trial in Nashville, Tennessee against claims of breach of contract and breach of fiduciary duty.
- Represented Goldman, Sachs & Co.; Dain Bosworth, Inc.; Merrill Lynch & Co.; and Furman Selz, LLC in defense of a securities fraud class action case. Claims against the clients were dismissed by the federal district court on the pleadings.
- Successfully represented Equitrac Corp. and its officers and directors in a shareholder class action alleging that Equitrac and its senior officers and directors attempted to complete a recapitalization transaction for a share price unfair to shareholders.

**Professional & Community Involvement**

- American Bar Association
  - Vice-Chair, Litigation Section
  - Chair, Legal Opportunity Scholarship Committee (2005 - 2008)
  - Chair, Host Committee for the Miami '07 ABA Mid-Year Meeting
  - Chair, Select Committee of the House of Delegates (2006 - 2008)
  - Member, Task Force on Attorney Client Privilege (2004 - )
  - Member, Commission on Women in the Profession (2002 - 2005)
  - Chair, Council for the Fund for Justice and Education (1999 - 2002)

- Chair, Admissions and Credentials Committee, House of Delegates (2002 - 2004)
- Chair, Standing Committee on Meetings and Travel (1998 - 1999)
- Chair, Committee on Public Education and the Law (1993 - 1996)
- Member, Board of Governors (1990 - 1993)
- Member, House of Delegates (1988 - 1995; 2000 - )
- Member, Litigation Section Council (2002 - 2005)
- Chair, Judicial Intern Opportunity Program, Litigation Section (2005-)
- Chair, ABA Resource Committee, Litigation Section (2005 - 2008)
- Chair, Trial Practice Committee, Litigation Section (1998 - 2001)
- Chair, Host Committee for the Miami '95 ABA Mid-Year Meeting
- President, The Florida Bar Foundation
  - Member, Board of Directors (1988 - 1993)
  - Chair, Administration of Justice IOTA Grant Committee (1991 - 1993)
- The Florida Bar
  - Member, Rules of Civil Procedure Committee
  - Dade County Bar Association, Board of Directors
  - President, Young Lawyers Section, Dade County Bar Association
- United Way of Dade County
  - Chair, Board of Directors (1997 - 1999)
  - Member, Board of Directors (1992 - 2005)
  - Chair, Success by Six Program (1999 - )
  - Member, Executive Committee (1995 - 2005)
  - Chair, Strategic Planning Committee (1995 - 1997)
- Chair, Legal Committee, Florida Chamber of Commerce
- Secretary/General Counsel, Orange Bowl Committee (2003 - 2006)
- Chair, Orange Bowl Parade (2001 - 2002)
- Member, Executive Committee, University of Miami Board of Trustees (2005 - )
- Member, Board of Governors, Miami-Dade Chamber of Commerce
- Member, Super Bowl Host Committee
- Member, 11th Judicial Circuit Committee on Professionalism
- Member, International Women's Forum
- Adjunct Professor of Litigation, University of Miami School of Law

## Articles, Publications & Lectures

### Articles

- Featured, "View From the Top: Q&A with Legal Women Leaders," *Vault,* August 2006

### Lectures

- Extensive lecturing on rules of procedure and evidence, expert testimony, creditors' rights and foreclosure issues, rainmaking, professionalism, and women lawyer issues.

**Awards & Recognition**

- Recipient, 2009 C. Clyde Atkins Civil Liberties Award, presented by ACLU of Florida Greater Miami Chapter, May 2009
- Miami-Dade Florida Association of Women Lawyers (FAWL) "Women Making History Award"
- Listed, *Best Lawyers in America*, 2007-2009
- Listed, *Chambers & Partners USA Guide*, an annual listing of the leading business lawyers and law firms in the world, 2005-2009 (every edition)
- Listed as one of the "Lawdragon 500 Leading Litigators in America," Lawdragon.com, 2006
- Listed as one of the "Lawdragon 3000 Leading Lawyers in America," Lawdragon.com, 2006
- Listed, Commercial Litigation, *Who's Who Legal: Florida 2008*
- Selected by *Super Lawyers* magazine, 2006-2009
    - Selected as one of the Top 50 Female Lawyers in Florida, 2006 and 2007
- Listed, Securities - Shareholder Litigation, *The Legal 500 US: Volume III (Litigation)*
- Listed, "Legal Elite," *Florida Trend* magazine, listing of Florida's top attorneys as selected by their peers, 2007, 2009
- Listed as one of the "Best of the Best Rainmakers" by *Coral Gables Living Magazine*, July - September 2003
- Listed as one of "South Florida's Top Lawyers" by the *South Florida Legal Guide*, 2001 - 2005
- Selected by Secretary of Defense Rumsfeld to participate in the Defense Department's Joint Civilian Orientation Conference, April 2002
- Named Business Woman of the Year, *South Florida Business Journal*, 2001
- United Way of Miami-Dade's 2000 Dorothy Shula Award for Volunteerism
- United Home Care 1999 Claude Pepper Memorial Award
- Jewish Museum of Florida "Breaking the Glass Ceiling Award"
- *South Florida Business Journal,* Up & Comer Award
- YMCA Woman In Business Award
- President's Conference on Volunteerism

**Education**

- J.D., *summa cum laude*, University of Miami School of Law, 1981
    - Editor of the *Law Review*
- B.A., *magna cum laude*, George Washington University, 1975

**Admitted to Practice**

- Florida
- U.S. Court of Appeals, Eleventh Circuit
- U.S. District Court for the Middle District of Florida
- U.S. District Court for the Southern District of Florida
- Supreme Court of the United States