UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED      :
DRYWALL PRODUCTS                  :       MDL No. 2047
LIABILITY LITIGATION              :
                                  :       SECTION:  L
                                  :
                                  :       JUDGE FALLON
                                  :       MAG. JUDGE KNOWLES
-------------------------------------------------------------:

APPLICATION OF CHRISTOPHER A. SEEGER FOR
APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE

This Application is submitted pursuant to this Court's Pretrial Order No. 1, dated June 16, 2009, in support of my application for appointment to the Plaintiffs' Steering Committee (the "PSC") in these MDL proceedings.

I am founding partner of the firm Seeger Weiss LLP, a twenty seven-lawyer firm with offices in New York, New Jersey, Pennsylvania and Oklahoma.  Seeger Weiss LLP is one of nation's leading trial law firms handling complex individual, mass and class action litigation on behalf of consumers, investors and injured persons. The firm represents plaintiffs in a variety of practice areas, including pharmaceutical injury, securities and investment fraud, consumer protection, environmental and asbestos exposures, personal injury and medical malpractice, product defect, antitrust, and commercial disputes.

I have personally served in leadership roles in many major pharmaceutical MDLs throughout the country including, *In re Vioxx  Prod. Liab. Litig.*, (MDL. No. 1657) (Co-Lead);  *In re Zyprexa Products Liability Litigation*, (MDL No. 1596) (Liaison Counsel); *New Mexico United Food and Commercial Workers Union, et al v. Perdue Pharma LP*, No.07-CV-6916-JGK (S.D. N.Y.) (Co-Lead);  *In re Vytorin/Zetia Marketing, Sales*

*Pract.s & Prod. Liab. Litig* (MDL No. 1938) (Co-Liaison Counsel); *In re: Bextra and Celebrex Marketing Sales and Prod. Liab. Litig. (*MDL No. 1699) (Plaintiffs' Steering Committee); *In re Propulsid Products Liability Litigation*, (MDL No. 355) (Plaintiffs' Steering Committee); *In re Rezulin Products Liability Litigation*, (MDL No.1348) (Plaintiffs' Steering Committee); and *In re PPA Products Liability Litigation*, (MDL No. 1407) (Plaintiffs' Steering Committee); and  I have also served as liaison counsel in several state court coordinated product liability litigations, including *In re Vioxx Products Liability Litigation* in New Jersey, and *In re Rezulin Products Liability Litigation* and *In re PPA Products Liability Litigation* in New York.

In these cases and through these appointments, I have experience resolving cases either by negotiation or trial.  In the Vioxx litigation, for example, as part of my position as a Co-Lead Counsel and one of three members of the Executive Committee, I served on the Negotiating Committee which resulted in the landmark $4.85 billion Global Resolution of Vioxx-related claims against Merck & Co., entered on November 9, 2007 in this Court. I was lead counsel and lead negotiator in the nationwide settlement of all PPA-related injuries resulting from the ingestion of Dexatrim, which received final approval from Judge Rothstein in MDL 1407. I also successfully negotiated a national $700 million settlement from Eli Lilly & Co. for patients who claimed that they had developed diabetes while taking Zyprexa in MDL 1596.  In addition, I have also served as a Lead Counsel in numerous types of class actions that resulted in significant settlements for the class, ranging from product defects (i.e. automobiles and computer components) to ERISA matters.

With respect to trial successes, by way of example, I obtained a $47.5 million jury verdict in 2007 on behalf of Frederick "Mike" Humeston in a Vioxx related personal

injury lawsuit in Atlantic City, New Jersey. In 2002, I was the lead trial lawyer in a six-week jury trial against Pfizer on behalf of a woman who was injured by the since-withdrawn diabetes medication, Rezulin.  That case, the first Rezulin case tried in New York, resulted in a verdict for the plaintiff.

With respect to Chinese Drywall cases filed prior to the MDL transfer to this Court, my firm was counsel in the matter pending before this Court captioned, *Chauffe et. al v. Knauf Gips Ag, No 09-3125* (E.D. La. Apr. 2, 2009*).*

If asked to serve on the Plaintiffs' Steering Committee, I do not foresee any conflicts or strain on my firm's resources.

WHEREFORE, it is respectfully requested that Christopher A. Seeger be appointed to Plaintiffs' Steering Committee.

Dated:  July 2, 2009

Respectfully Submitted,

_____
Christopher A. Seeger
SEEGER WEISS LLP
One William Street
New York, New York 10004
Phone: (212) 584-0700