UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION:  L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

<u>**PRETRIAL ORDER #3**</u>

Pursuant to Pretrial Order #1 issued by this Court on June 16, 2009 counsel for the plaintiffs have conferred and presented to the Court the recommendation that Russ Herman be designated as Plaintiffs' Liaison Counsel.  The Court concludes that the designee is well qualified to carry out the duties and responsibilities of the position.  Accordingly, the Court accepts this recommendation and hereby appoints Russ Herman, 820 O'Keefe Ave., New Orleans, Louisiana, 70113, as Plaintiffs' Liaison Counsel.

The responsibilities of Plaintiffs' Liaison Counsel shall be the following:

1. to serve as the recipient for all Court orders on behalf of all of the plaintiffs;

2. to coordinate service and filings for all plaintiffs whether presently included or subsequently added;

3. to maintain and distribute to co-counsel and to Defendants' Liaison Counsel an up-to-date service list;

4. to receive and distribute pleadings, orders, and motions by overnight

        courier service and/or telecopier within two days after receipt, unless such service has been waived, in writing, by a receiving counsel (until some program for electronic service can be arranged and agreed upon);

5.    to coordinate the establishment of a document depository, real or virtual, to be available to all participating plaintiffs counsel;

6.    to maintain and make available to all participating plaintiffs counsel of record at reasonable hours a complete file of all documents served by or upon each party (except such documents as may be available at a document depository); and

7.    to prepare agendas for court conferences and periodically report regarding the status of the case

8.    to carry out such other duties as the Court may order.

Liaison Counsel shall be entitled to seek reimbursement for costs expended at the time and in a manner approved by the Court.

New Orleans, Louisiana, this __2nd__ day of __July__.

_/s/ Eldon E. Fallon_
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE