UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

**PRETRIAL ORDER #4**

In response to Pretrial Order #1 issued on June 16, 2009, the Court received an application from Kerry J. Miller to be Defendants' Liaison Counsel. The Court has reviewed the application and concludes that this applicant is well qualified to carry out the duties and responsibilities of this position. Accordingly, the Court hereby appoints Kerry J. Miller to be Defendants' Liaison Counsel.

The responsibilities of Defendants' Liaison Counsel shall be the following:

1. to serve as the recipient for all Court orders for and on behalf of all defendants;

2. to coordinate service and filings for all defendants whether presently included or subsequently added;

3. to receive and distribute pleadings, orders, and motions by overnight courier service and telecopier within two days after receipt, unless such service has been waived, in writing, by a receiving counsel (until some program for electronic service can be arranged and agreed upon);

4. to draft agendas for court conferences and periodically report to the Court regarding the status of the case

5. to carry out such other duties as the Court may order.

New Orleans, Louisiana, this <u>2nd</u> day of <u>   July   </u>

                                            ELDON E. FALLON
                                            UNITED STATES DISTRICT JUDGE