UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## APPLICATION OF ROBERT M. BECNEL, ATTORNEY TO THE PLAINTIFFS STEERING COMMITTEE

I am a member of the Louisiana Association of Justice, American Association of Justice and Vice President of the 40th Judicial District Bar Association. I have served as Chairman of the Indigent Defender Board of the 40th Judicial District Court for six years and am currently in my 12th year serving as Assistant District Attorney in St. John the Baptist Parish specializing in high profile drug cases. I also served as a Special Prosecutor (homicides) for Orleans Parish from February 2005 through January 2009.

My practice is primarily focused on personal injury, especially in class action litigation. I was actively engaged in the Shell Oil explosion in 1988 which resulted in a settlement of $172,000,000.00 (one hundred seventy-two million dollars) in 1992. Additionally, I was a member of the Koch Nitrogen Class Action PSC Committee which settled in 1998 for $35,000,000.00 (thirty-five million dollars), the Occidental Class Action PSC in St. Charles Parish, Monsanto Class Action PSC (Release - May 4, 2000) St. Charles Parish, PSC Member Cytec Melamine and Ammonia Release (January 5, 1999) St. Charles Parish, PSC Member Gasoline Products Liability litigation, In Re: High Sulfur Content MDL No.1632 Eastern

District, Louisiana, which settled in excess of $100,000,000.00 (one-hundred million dollars) PSC Member, Kaiser Explosion in St. James Parish (Explosion - July 5, 1999), PSC Member In Re: Train Derailment at Amite, U.S.D.C., E.D.LA No. 1531 "A" and worked on the Gaylord Explosion in Bogalusa. I am a member of the PSC and represent numerous victims in the Mother's Day Custom Bus Crash in May 1999 in New Orleans and served on the PSC in the litigation against the Louisiana Department of Transportation and Development resulting in 50% liability against the Louisiana Department of Transportation and Development, which was upheld by the U.S. Supreme Court. I am a PSC Member In Re: Katrina Canal Breaches Consolidated Litigation, MRGO and Levee Cases, U.S.D.C., E.D.LA, No. 05-4182, Division "K" and was a member of the PSC in the Murphy Oil spill case in St. Bernard Parish and was co-chair of the claims office and was instrumental in the working with Senator Landrieu, Congressman Melancon and Governor Blanco in securing a waiver of the payback provision by the U.S. Government for the Road Home money received by the victims of the oil spill, Turner v. Murphy Oil USA, Inc., No. 2:05-CV-4206 U.S.D.C., E.D.LA.

On a national level, I am deeply involved in and represented numerous clients in the Baxter, Bristol Meyer Squib, and Dow Corning Breast Implant litigation MDL No. 926, Norplant (birth control device litigation) MDL No. 1038, Fen-phen Diet Drug litigation MDL No. 1203, Rezulin (Diabetes II) litigation, Propulsid (anti-acid) litigation MDL No. 1355, as well as Vioxx MDL No. 1657, Meridia and Serozone Products MDL No. 1477, Baycol Products litigation No. 1431, Neurontin Marketing and Sales Practices litigation MDL No. 1629 and Welding Rod litigation MDL No.1538.

I am a PSC member in the FEMA Formaldehyde Litigation and have timely paid all assessments. I serve on the Trial Team Committee and the Politics/Media Committee and as a result, I attended numerous congressional hearings in Washington, D.C. Additionally, I was charged with the responsibility of setting up the claims offices at 4731 Canal Street. Jerry Meunier, liaison counsel, appointed me to defend approximately 25 depositions of class representatives and named plaintiffs. Additionally, I was requested to serve on the Bellwether Trial Selection Committee, which consisted of reviewing all of the Plaintiff Fact Sheets at the claims office and selection of potential bellwethers for trial. I am trial counsel with Raul Bencomo for the second bellwether trial set for October 26, 2009 before Judge Engelhardt.

As to the Chinese Drywall Litigation, I have filed the following suits in Federal Court:

1. Penny Alexander and Henry Alexander, Plaintiffs v. Knauf Gips KG, et al # 09-3135, Section R, Mag. 2, filed March 24, 2009.

2. Marc Staub, et al, Plaintiffs v. Knauf Gips KG, et al, # 09-4100, Section L, Mag. 2, filed June 15, 2009

Additionally, I have worked with experts, Marco Kaltofen, Toxicologist; Michael Barclay, Environmental Expert; and Richard Lipsey, Ph.D., Forensic Toxicologist, and personally inspected homes in the following locations with the aforementioned experts:

1. Louisiana:   Pearl River, Mandeville, Madisonville, Hammond, Metairie, New Orleans, Marrero, Mereaux, Slidell, and Chalmette.

2. Mississippi:   Biloxi, Gulfport, Bay St. Louis, and Ocean Springs.

As this Court is aware, I voluntarily gave up working in the Vioxx Litigation to concentrate on working in the Murphy Oil case, spending approximately five (5) months working out of a trailer in St. Bernard Parish assisting claimants.

3

I am available to commit the time and have the financial resources to fund this litigation.

Finally, I have personally briefed Senator Landrieu and Congressman Melancon on the issues related to Chinese Drywall.

I would consider it an honor and privilege to serve on this most important PSC. In the alternative, should I not be selected to serve on the PSC, I would like to work on the Discovery Committee, Expert Committee, Trial and Trial Package Committee and Chair the Legislative Political Committee.

Respectfully submitted,

_____
Robert M. Becnel #14072
425 West Airline Highway
Suite B
LaPlace, LA 70068
Telephone: 985-359-6100
Facsimile: 985-651-6104

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served electronically on all plaintiffs counsel known to have a federal Chinese Drywall case pending on this 6th day of July 2009.

_____
Robert M. Becnel