ROBERT M. BECNEL, ATTORNEY
1636 VALENCE STREET
NEW ORLEANS, LA 70115
Email: robbecnel@aol.com
Phone:  O:  985-359-6100
H: 504-894-9743
C: 504-343-3498

## BIOGRAPHY

**EDUCATION:**

| | |
|---|---|
| Holy Cross High School | Graduated: 1965 |
| L.S.U. and Loyola | Graduated: 1971 |
| Southern University Law School | Graduated: 1984 |

**EMPLOYMENT:**

| | |
|---|---|
| National American Bank | 1972-1974 |
| Secretary/Treasurer - Parish Administrator | |
| St. John the Baptist Parish | 1974 - 1980 |
| Undersecretary, Louisiana Department of Urban and Community Affairs | 1983 |
| Executive Assistant to Governor Dave Treen | 1983 - 1984 |
| Becnel Law Firm - Law Offices of Robert M. Becnel | 1984 - present |
| Assistant District Attorney, St. John the Baptist Parish | 1997 - present |
| Special Prosecutor, Orleans Parish | 2005 - 2009 |

**MILITARY:**

| | |
|---|---|
| U.S. Army,  2nd Lieutenant | Honorable Discharge |

**BOARDS & COMMISSIONS:**

Louisiana Coastal Zone Advisory Commission
South Louisiana Port Commission
Chairman, LaPlace Sewerage District

Robert M. Becnel, Esq. p. 2

       Chairman, St. John Parish Indigent Defender Board
       Board of Directors, Riverlands National Bank
       Board of Directors, Bank of St. John
       Advisory Board, Hibernia National Bank

**COMMUNITY ORGANIZATIONS:**

       New Orleans Museum of Art - Fellow
       Historic New Orleans Collection - Laussat Society
       Longue Vue Gardens - Longue Vue Viewer
       Audubon Institute
       Preservation Resource Center
       Preservation Society of Newport County
       Advisory Board, University of Alabama at Birmingham Transplantation Program

**PERSONAL:**

       Married to Diane K. Zink, Attorney