UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

## APPLICATION FOR APPOINTMENT OF LANCE A. HARKE TO THE PLAINTIFFS' STEERING COMMITTEE

Pursuant to paragraph seventeen of this Court's Pretrial Order #1 Setting Initial Conference Order dated June 16, 2009 [D.E. 2], I, Lance A. Harke, P.A. of the law firm Harke & Clasby LLP, respectfully submit this Application for Appointment to the Plaintiffs' Steering Committee.[1]

Although there is no shortage of talented and highly accomplished lawyers willing and available to serve the plaintiffs in this action, I believe my legal background offers a unique perspective that would be of value to the plaintiffs and the lawyers selected by this Court to serve them.  In particular, my prior experience as a defense lawyer practicing for a blue-chip Florida defense firm -- defending large corporations such as DuPont, Florida Power & Light, New York Life, Arthur Andersen, and other Fortune 100 corporations in complex class actions and high-value complex commercial litigation -- distinguishes me from other applicants in that I can bring a real-world corporate class action/mass tort defense perspective to the plaintiffs' bar assembled to prosecute this action.

---

[1] My firm represents Plaintiff Arif Shakoor in the matter of *Arif Shakoor v. Knauf Gips KG et al.*, Case No 09-14115, which was filed in the United States District Court for the Southern District of Florida.

I am an AV-rated attorney and managing partner at Harke & Clasby, LLP, an AV-rated commercial litigation firm located in Miami, Florida.  My practice concentrates in multi-state consumer class action litigation, products liability litigation, as well as general and complex commercial litigation.  I have an impeccable reputation for providing quality representation and delivering excellent results on behalf of my clients and the consumers I represent.

I received my Bachelor of Arts degree in philosophy, with honors, from the University of Florida in 1987, and my Juris Doctor degree, *magna cum laude*, from the University of Miami School of Law in 1990.  Further, I served as Editor-in-Chief of the University of Miami Law Review and was the recipient of the Soia Mentschikoff Award for Excellence in Scholarly Writing.

Following law school, I served as the judicial law clerk for the Honorable Magistrate Judge Barry L. Garber in United States District Court for the Southern District of Florida.  Thereafter, I joined the law firm of Steel Hector and Davis LLP for 8 years, where I became a partner and practiced in the fields of products liability defense, class action defense, accountant malpractice, and insurance defense.  After leaving Steel Hector and Davis LLP in 1998, I formed Harke & Clasby LLP and have focused my practice almost exclusively in complex commercial litigation and consumer class litigation at both the trial and appellate levels.

I am admitted to practice law in the state of Florida, the United States District Courts for the Southern and Northern Districts of Florida, and the United States Court of Appeals for the Eleventh Circuit.  In addition to Florida, I have tried matters to verdict in a number of states and federal venues, including Pennsylvania, Nevada, New Mexico, Iowa, Illinois, and New York.  A copy of my resume and that of my partners, Howard M. Bushman, P.A. and Sarah C. Engel, P.A. are attached hereto as Exhibit 1.

**1.      Willingness and ability to commit to a time-consuming project.**

My partners and I are ready, willing, and able to pursue this action to completion. I have been relied upon over several years by my colleagues across the country to provide quality written and oral advocacy and legal research and analysis on challenging issues, and under demanding conditions, and I and my firm have willingly assisted in the broad array of tasks necessary to any successful PSC's function.

Additionally, my firm will commit its financial resources fully to this litigation. We have never failed to promptly pay a requested Plaintiff costs assessment – in some instances for several hundreds of thousands of dollars -- and have always provided specific dedicated lawyers and administrative staff for each litigation. This includes a minimum of two additional partners dedicated expressly to this litigation, if the work volume demands it.

**2.      Ability to Work Cooperatively with Others.**

My firm has a proven track record of working cooperatively with other plaintiffs' firms, and values its reputation in this regard. In fact, my firm has personally co-counseled with many of the firms seeking leadership positions in this litigation.

My firm has in the past or are presently serving as co-lead class counsel or as a member of the Plaintiffs' Steering Committee in a host of matters with most of the large plaintiffs class action firms around the country. I, and my firm, have the resources, willingness, desire, and availability to commit to this time-consuming and challenging project. I intend to see this matter to its just conclusion, and promise to work closely and cooperatively with the attorneys selected by this Honorable Court to assure that our clients receive the maximum relief possible under the law.

3

### 3. Professional Experience in This Type of Litigation

As set forth above and in the attached Exhibits, my firm has unique credentials litigating consumer class actions and complex commercial matters from both the plaintiff and defense perspective. We submit that our experience serving on both sides of the aisle gives us particular insight in how best to litigate and potentially resolve actions of this kind.

### 4. Willingness to Commit the Necessary Resources to Pursue this Matter.

As discussed earlier in this application, my firm has and is willing to commit the resources, labor and financial, necessary for this litigation. Further, we have always provided our share of any financial expenses required to prosecute the litigation, including assessments of several hundreds of thousands of dollars in multiple matters. This case will be no different.

Thank you for the opportunity to be heard on this matter, and I look forward to participating in this litigation at whatever level the Court deems appropriate.

Date: July 6, 2009                                            Respectfully submitted,


/s/ Lance A. Harke_____
Lance A. Harke, P.A.
Florida Bar No. 863599
Howard M. Bushman, Esq.
Florida Bar No. 0364230

HARKE & CLASBY LLP
155 South Miami Ave., Suite 600
Miami, Florida 33130
Telephone:    (305) 536-8220
Telecopier:    (305) 536-8229

## CERTIFICATE OF SERVICE

I, Lance A. Harke, declare: I am a citizen of the United States and employed in Miami, Florida. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 155 South Miami Ave., Suite 600, Miami, FL 33130.

On July 6, 2009, I caused to be served a copy of the within document:

**APPLICATION FOR APPOINTMENT OF LANCE A. HARKE
TO THE PLAINTIFFS' STEERING COMMITTEE**

by placing a true copy of the document listed above in sealed envelope with the U.S. Postal Service to the addressees set forth below.

[SEE ATTACHED SERVICE LIST]

I am readily familiar with the Firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postal meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of Florida that the above is true and correct.

Executed on July 6, 2009, at Miami, Florida

/s/ Lance A. Harke
Lance A. Harke, P.A.

5