EXHIBIT

I

## RESUME OF LANCE A. HARKE

**EDUCATIONAL BACKGROUND**

Mr. Harke received his Bachelor of Arts degree in philosophy, with honors, from the University of Florida in 1987, and his Juris Doctor degree, *magna cum laude*, from the University of Miami School of Law in 1990. Mr. Harke served as Editor-in-Chief of the University of Miami Law Review. He was the recipient of the Soia Mentschikoff Award for Excellence in Scholarly Writing.

**LEGAL BACKGROUND**

Following law school, Mr. Harke served as the judicial law clerk for the Honorable Magistrate Judge Barry L. Garber in United States District Court for the Southern District of Florida. Thereafter, Mr. Harke joined the law firm of Steel Hector and Davis LLP for 8 years, where he became a partner and practiced in the fields of products liability defense, class action defense, accountant malpractice, and insurance defense. After leaving Steel Hector and Davis LLP in 1998, Mr. Harke formed his own firm and has focused his practice almost exclusively in complex commercial litigation and consumer class litigation at both the trial and appellate levels. Currently, Mr. Harke is a founding partner of the law firm Harke & Clasby LLP where his practice concentrates in multi-state consumer class action litigation, insurance litigation, employment matters, professional malpractice, products liability defense, and general and complex commercial litigation.

Mr. Harke is admitted to practice law in the state of Florida, the United States District Courts for the Southern and Northern Districts of Florida, and the United States Court of Appeals for the Eleventh Circuit. In addition to Florida, Mr. Harke has tried matters to verdict in a number of states and federal venues, including Pennsylvania, Nevada, New Mexico, Iowa, Illinois, and New York. He is AV rated by the Florida Bar.

Over the last two years, Mr. Harke serving as Lead Class Counsel or as a member of the Plaintiffs' Steering Committee, obtained over $225 million for consumers in both mass tort and class action litigation. Some of the notable cases that were successfully litigated include:

*Eugene Francis v. Serono Laboratories, Inc., et al.* ("Serostim")*,* Case No. 06-10613 PBS (U.S. District Court of Mass.) (As Co-Class Counsel obtained a $24 million cash settlement in a nationwide class action litigation against multiple entities regarding the deceptive and illegal marketing, sales and promotional activities for the AIDS wasting prescription drug Serostim).

*In Re: Guidant Corp. Implantable Defibrillators Products Liability Litigation*, MDL No. 1708 (currently pending in the United States District Court for the District of Minnesota Court) (as a member of the Plaintiff's Steering Committee, obtained a $245 million dollar settlement for patients in this nationwide mass tort class action regarding the sale of defective cardiac defibrillators and pacemakers).

*Carlos Perez, et al. v. Asurion Corporation, et al.,* Case No.: 06-20734-CIV-SEITZ/MCALILEY (S.D. Fla) (served as Co-Lead Counsel in a nationwide class action involving deceptive marketing of replacement cell phones and obtained a multi-million dollar settlement).

*Lockwood et al. v. Certegy Check Services, Inc.,* Case No.: 8:07-CV-01657-SDM-MSS (M.D. Fla.) (served as Co-Lead Class Counsel in a class action on behalf of millions of consumers nationwide who had their private financial information sold to various third party marketing companies without authorization, and secured a settlement valued at over $75 million dollars).

*In Re High Sulfur Content Gasoline Products Liability Litigation* ("Shell"), MDL No. 1632 (acted as Class Counsel and member of Plaintiffs' Steering Committee in a nationwide class action litigation that obtained millions of dollars in benefits to class members regarding the sale of defective and dangerous gasoline products to the consuming public).

*In Re Bextra and Celebrex Marketing, Sales Practices, and Product Liability Litigation,* MDL No.: 05-01699 (selected as Consumer Allocation Counsel on behalf of all consumers who purchased Bextra, as well as a member of the Purchaser Claims Committee in a mass tort action on behalf of millions of consumers nationwide).

*In re Grand Theft Auto Video Game Consumer Litigation,* MDL Docket No. 1739 (obtained a multi-million dollar settlement as a member of the Plaintiff's Steering Committee for this nationwide consumer class action regarding the sale of video games with hidden pornographic material embedded inside the games without disclosure to the consuming public).

*Brian Shapiro v. Seaway Hotels Corporation,* Case No.: 03-12917-CA-10 (Fla. 11th Jud. Cir. Ct.) (acted as Lead Class Counsel in a nationwide litigation regarding alleged deceptive charges regarding hotel fees).

*Rosen v. Kryptonite Corporation,* Case No. 04 CH 15345 (Cir. Ct. of Cook Co., Ill.) (acted as Co-Lead Class Counsel in a nationwide defective bike locks litigation, obtaining substantial relief for the class).

*Fernandez, et al. v. Vitamin Shoppe Industries Inc., et al.,* Case No.: 03-25607-CA-30 (Fla. 11th Jud. Cir. Ct.) (acted as Co-Lead Class Counsel in a nationwide litigation regarding alleged deceptive pricing scheme perpetrated by the defendants).

*Maravilla v. Buy.com,* Case No. 02-5237-CA-08 (Fla. 11th Jud. Cir. Ct.) (acted as primary counsel for a consumer class action regarding alleged deceptive shipping charges by the defendant).

*In re MP3 Power Razor Marketing & Sales Practices Litigation,* MDL Docket No. 1704 (appointed as a member of the Plaintiff's Steering Committee for this nationwide consumer class action regarding the deceptive practices of the Gillette Company in the sale and marketing of its MP3 power razor systems).

*In re: Bausch & Lomb Contact Lens Solution Products Liability Litigation*, MDL Docket No. 1785 (appointed as a member of the Plaintiff's Steering Committee for this nationwide consumer class action regarding the sale of defective nature of the design and manufacture of ReNu contact lens solutions).

*In re: Live Concert Antitrust Litigation*, MDL Docket No. 1745 (C.D. Cal.) (appointed to the Executive Committee by the Honorable Stephen V. Wilson in a nationwide antitrust class action regarding the alleged fixing of prices for live concert tickets).

*Hoyos v. McDonald's Corporation, et al.*, Case No.: 01-20463-CA-24 (Fla. 11th Jud. Cir. Ct.) (acted as counsel for Florida consumers in a litigation concerning certain McDonald's promotional games and arose from the fraudulent removal of winning game pieces from random public distribution. The settlement of this case is valued at approximately $20 million, which included fifteen $1 million prizes given away by McDonald's).

*Marguerite Miles, et al. v. America Online, Inc.*, Case No. 8:00cv273-T-24C, (M.D.Fla. 2000) (acted as primary counsel for a class of consumers for alleged deceptive practices of the defendant as well as violation of the Computer Fraud and Abuse Act).

*E.I. du Pont de Nemours and Company, Inc., ("DuPont")* (defense of numerous products liability suits against one of the largest chemical companies in the world).

*Julio Rumbaut v. Spanish Broadcasting System*, Case No. 01-14249 CA 09 (Fla. 11th Jud. Cir. Ct.) (successful defense at trial of second largest Hispanic radio corporation regarding employment compensation claim, including appeal, settled on appeal).

*In Re Vioxx Products Liability Litigation*, MDL 1657(acted as a member of the State Purchaser Committee in a products liability mass tort action which resulted in a $4.5 billion settlement for consumers).

United States District Judge Patricia Seitz of the Southern District of Florida, recently commented as follows:

> The firms that comprise Class Counsel have the experience, reputation and ability to litigate complex class actions, as the Court has already found in preliminarily approving the Settlement.
>
> …
>
> Class Counsel Harke & Clasby also has experience in class action litigation, particularly in consumer class actions, having represented plaintiffs in nationwide class actions including consumer product and deceptive marketing class actions and other complex, large-scale litigations throughout the United States in both state and federal courts.

*See* Order Granting Class Counsel's Motion in Support of Request for Attorneys' Fees and Costs and Incentive Awards to Named Plaintiffs dated August 8, 2007 in the matter of *Carlos Perez, et al. v. Asurion Corporation, et al.,* Case No.: 06-20734-CIV-SEITZ/MCALILEY (S.D. Fla.).

In December 2008, The South Florida Daily Business Review named Harke & Clasby LLP as one of South Florida's Top Litigation Shops of 2008.

Mr. Harke was also selected as one of South Florida's Most Effective Litigators for 2008 by The South Florida Daily Business Review.

Further, in 2009, Mr. Harke was named a Super Lawyer by Florida Super Lawyers Magazine.

## PUBLICATIONS

*The Scope of Discovery in the Federal Courts: A Survey of Published, Post-1980 Cases From the Federal Courts Regarding the Scope of Permissible Discovery in Civil Litigation*, Editor, published by the American Bar Association Section of Litigation.

*Product Liability Desk Reference: A Fifty State Compendium*, Contributing Author, published by Aspen Law and Business.

## SARAH CLASBY ENGEL, P.A.

Sarah Clasby Engel is a founding partner at Harke & Clasby LLP, an AV rated law firm.

**Areas of Practice**

- Consumer Class Action Litigation
- General Commercial Litigation
- Products Liability
- Insurance Litigation
- Employment Matters

**Bar Admissions**

- The Florida Bar, 1993
- U.S. District Court, Southern District of Florida
- U.S. District Court, Middle District of Florida
- U.S. Court of Appeals, 11th Circuit, 1997

**Education**

- *Juris Doctor.* University of Miami School of Law, Coral Gables, Florida, 1993
  - *Magna Cum Laude*
  - Editor-in-Chief, The University of Miami Inter-American Law Review
  - Member, Moot Court Board
  - Member, Order of the Court
- Boston College, Boston, Massachusetts, 1990
  - *Magna Cum Laude*
  - Major: English

**Published Works**

- *"Understanding Testimony: Official Translation and Bilingual Jurors in Hernandez v. New York."* The University of Miami Inter-American Law Review
- *"Mediation Confidentiality."* DCBA Bulletin, March 2008

**Honors and Awards**

- AV Rating from Martindale Hubbell
- Named One of South Florida's Up and Coming Attorneys, South Florida Legal Guide, 2004 – 2009
- Named One of the State's Legal Leaders by South Florida Trend's Legal Elite, 2004 – 2007
- Named a Super Lawyer by Florida Super Lawyers Magazine 2009
- Harke & Clasby LLP named a "Top Litigation Shop," Daily Business Review, 2008

**Professional Association Memberships**

- Dade County Bar Association (DCBA), Member
  - DCBA Legal Aid and Office of Public Service Committee
- Florida Association of Women Lawyers, Member

**Community Activities**

- Junior League of Miami, Inc.
  - Volunteer with children and families at risk since 1998
- March of Dimes
  - Host Committee for national pilot fundraiser

**Expert Witness Services**

- Qualified and served as an expert witness on numerous attorneys' fee matters in South Florida

**Mediation Services**

- Certified County and Circuit Civil Mediator

**HOWARD M. BUSHMAN**

Howard M. Bushman is a partner at Harke & Clasby LLP whose practice includes multi-state consumer class action litigation, mass tort litigation, insurance litigation, employment matters, criminal defense, professional malpractice, and general and complex commercial litigation.

Mr. Bushman received an undergraduate degree in Hospitality Business from Michigan State University (B.A., 1997) and is a graduate of the University of Miami School of Law (J.D., *cum laude*, 2000).  While at the University of Miami, Mr. Bushman served as the Executive Editor of *The University of Miami Business Law Review* and authored the Article, "ERISA Preemption: Fallacies and Liabilities."  Additionally, Mr. Bushman was a member of the National Mock Trial Team.  Mr. Bushman was also involved with Phi Delta Phi.

Prior to joining Harke & Clasby LLP in September of 2000, Mr. Bushman served as a Certified Legal Intern for the Dade County Public Defender's Office, and interned with the Honorable Marvin J. Garbis, United States District Court for the District of Maryland.

Mr. Bushman is a member of the Florida Bar.  He is admitted to practice in the United States District Courts for the Southern, Middle, and Northern Districts of Florida.

Mr. Bushman was selected as one of South Florida's Most Effective Litigators for 2008 by The South Florida Daily Business Review.

He received the Eleventh Judicial Circuit and Dade County Bar Associations' "Put Something Back" Pro Bono Service Award in April 2008.

In 2009, Mr. Bushman was named a Rising Star by Florida Super Lawyers Magazine.