UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: ) | MDL No. 2047 |
| CHINESE-MANUFACTURED ) | |
| DRYWALL PRODUCTS LIABILITY ) | SECTION: L |
| LITIGATION ) | |
| ) | JUDGE FALLON |
| THIS DOCUMENT RELATES TO ) | |
| ) | |
| 2:09-cv-04120 ) | |
| *Minafri v. M/I Homes, Inc.* ) | |
| ) | |

**MOTION TO ENROLL ADDITIONAL ATTORNEYS
AS CO-COUNSEL OF RECORD**

On motion of Jack Landskroner, attorney for plaintiff Steven Minafri, on suggesting to the Court that Plaintiff has retained Andrew A. Lemmon, LSBA #18302; Harry T. Lemmon, LSBA #08311; and Irma L. Netting, LSBA #29362 of the Lemmon Law Firm, LLC, as co-counsel to represent Steven Minafri.

Pertinent information for said attorneys is as follows:

> Andrew A. Lemmon, Esq. (LSBA #18302)
> Harry T. Lemmon, Esq. (LSBA #08311)
> Irma L. Netting, Esq. (LSBA #29362)
> LEMMON LAW FIRM, LLC
> P.O. Box 904 (mailing address)
> 15058 River Road
> Hahnville, LA 70057
> (985) 783-6789
> (985) 783-1333 (fax)
> andrew@lemmonlawfirm.com
> harry@lemmonlawfirm.com
> irma@lemmonlawfirm.com

WHEREFORE, Jack Landskroner respectfully moves that this Honorable Court grand this motion to enroll the aforementioned as co-counsel of record.

LANDSKRONER • GRIECO • MADDEN, LLC

s/Jack Landskroner
Jack Landskroner (Ohio Bar No. 0059227)
Landskroner • Grieco • Madden, LLC
1360 West 9th Street, Ste. 200
Cleveland, OH 44113-1254
(216) 522-9000
(216) 522-9007 (Fax)
jack@lgmlegal.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of this Application upon all known counsel for all parties, as well as all persons listed on the Panel Service List via the Court's CM/ECF system, or by placing same in the U.S. mail, properly addressed and with first-class postage prepaid, or other electronic transmission this 6th day of July, 2009.

          s/Jack Landskroner
          Jack Landskroner, Esq.