UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: ) | MDL No. 2047 |
| CHINESE-MANUFACTURED ) | |
| DRYWALL PRODUCTS LIABILITY ) | SECTION: L |
| LITIGATION ) | |
| ) | JUDGE FALLON |
| THIS DOCUMENT RELATES TO ) | |
| ) | |
| 2:09-cv-04120 ) | |
| *Minafri v. M/I Homes, Inc.* ) | |
| ) | |

**ORDER**

Considering the foregoing motion,

IT IS ORDERED that Andrew A. Lemmon, Harry T. Lemmon, and Irma L. Netting, of the Lemmon Law Firm, LLC, are hereby enrolled as counsel of record for plaintiff Steven Minafri in the above-entitled matter.

New Orleans, Louisiana, this _____ day of July, 2009

_____
JUDGE