MINUTE ENTRY
FALLON, J.
JULY 2, 2009

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRY WALL     :     MDL NO. 2047
          PRODUCTS LIABILITY LITIGATION         :
                                                     :     SECTION: L
                                                      :
                                                      :     JUDGE FALLON
                                                      :     MAG. JUDGE WILKINSON
............................................... :

**THIS DOCUMENT RELATES TO ALL CASES**

      The Court is in receipt of two applications for liaison in the above captioned matter. The first is from Russ M. Herman and is an Application for Appointment as Liaison Counsel for All Plaintiffs. The second is from Kerry J. Miller and is an Application for Appointment as Liaison Counsel for All Defendants. The aforementioned applications are attached.

*[signature]*