# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:<br><br>CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILTY LITIGATION<br><br>This Document Relates to the "Tag-Along" Action:<br><br>*Derrick Peterson and Robin Peterson, et al. vs. Treasure Coast Homes LLC, et al.*, Case No. 09-14154 (United States District Court for the Southern District of Florida) | MDL Docket No. 2047<br><br>**NOTICE OF ASSOCIATION OF COUNSEL**<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

///

///

///

The undersigned hereby associates, Allan Kanner (Louisiana Bar No. 20580) and the law firm of Kanner & Whiteley LLC, 701 Camp Street, New Orleans, Louisiana, 70130, telephone: (504) 524-5777, facsimile: (504) 524-5763, email: a.kanner@kanner-law.com, as counsel in *Derrick Peterson and Robin Peterson, et al. vs. Treasure Coast Homes LLC, et al.*, Case No. 09-14154 (United States District Court for the Southern District of Florida) for Plaintiffs and the Proposed Class. Please include Mr. Kanner on all proofs of service, correspondence and other communications.

DATED: July 6, 2009                    Respectfully Submitted,

                                        ROBERTS & DURKEE, P.A.
                                      **Attorneys for Plaintiffs**
                                      Alhambra Towers, Penthouse I
                                      121 Alhambra Plaza, Suite 1603
                                      Coral Gables, Florida 33134

                            By: _____
                                      C. David Durkee
                                      Florida Bar No. 998435

I, Allan Kanner, certify under penalty of perjury under the laws of the United States that I have the concurrence of the above signatory to file this document electronically with the Court.

DATED: July 6, 2009                    By: _____
                                        Allan Kanner
                                        Louisiana Bar No. 20580