UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE CHINESE-MANUFACTURED        MDL No. 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION                        SECTION: L

This Document Relates to All Cases.        Judge Fallon
                                           Mag. Judge Wilkinson
_____/

**APPLICATION OF CHRISTOPHER CASPER
FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE**

Christopher Casper, of the firm James, Hoyer, Newcomer, Smiljanich & Yanchunis, P.A., pursuant to Pretrial Order #1, hereby requests that this Honorable Court appoint him to the Plaintiffs' Steering Committee. In support of this application Mr. Casper states as follows:

Mr. Casper and his firm possess a wealth of experience in the prosecution of complex litigation on behalf of consumers. Since 1993 James Hoyer has represented plaintiff classes in settlements that cumulatively have resulted in over $3 billion in aggregate recovery. Appointing Mr. Casper to the PSC will bring into the fold the invaluable experience of the firm's former prosecutors, FBI agents, and investigative reporters. In this action, Mr. Casper has enhanced this experience by co-counseling with one of the premier construction litigation firms in the state of Florida, Norton, Hammersley, Lopez & Skokos, P.A ("Norton Hammersley"). Together, these two firms cover the geographic area with the highest concentration of affected homes (Southwest Florida), and therefore the firms have ready access to and familiarity with qualified professionals such as inspectors, contractors, and testing facilities that will undoubtedly be utilized going forward.

Mr. Casper and his co-counsel, Darren Inverso of Norton Hammersley, filed the putative class action *Culliton v. Taylor Morrison, et al.* on January 26, 2009. *Culliton* is the earliest-filed class action pending in Florida, and is believed to be the earliest-filed Chinese drywall class action pending

anywhere in the nation. The lawsuit asserts certain property-related claims and seeks certification of a Florida class against Defendants Taylor Morrison, Knauf Tianjin, Knauf Gips, Banner Supply, USG Corporation, Rothchilt International, and L&W Supply. From the inception of this litigation, Mr. Casper has worked tirelessly to achieve relief for homeowners afflicted with defective Chinese drywall.

I. **Willingness and availability to commit to a time-consuming project.**

Mr. Casper's firm has demonstrated its willingness and availability to commit to the vigorous prosecution of the claims of affected homeowners, not just through promises and assurances, but also through their actions. In the course of the last six months Mr. Casper and his co-counsel have:

- Filed *Culliton,* believed to be first filed class action in the nation that is currently pending (filed January 26, 2009);

- Translated the complaint and process and served foreign ministries of justice pursuant to the Hague Convention;

- Served pre-suit notices on all American Defendants pursuant to Florida Statute Chapter 558 on behalf of Ms. Culliton and all others similarly situated;

- Interviewed dozens of victims and former employees of drywall suppliers and builders;

- Attended home inspections and consulted with several potential experts;

- Opposed efforts of Defendant Taylor Morrison to eliminate homeowners' potential claims by offering individual settlements that condition repair of their homes on release and assignment of claims against all potential defendants. Mr. Casper obtained a protective order requiring Taylor Morrison to inform homeowners that they should contact an attorney before signing any agreement;

- Worked extensively with the Florida Department of Health, Consumer Product Safety Commission, and Sen. Bill Nelson to investigate the scope and cause of the drywall problem; and

- Reviewed shipping reports of Chinese drywall imports and identified sources from which complete import data can be collected in order to specifically identify

manufacturers and suppliers of Chinese drywall and potentially trace the drywall to specific addresses.

These efforts have already benefitted affected homeowners.  In response to the shortcomings that Mr. Casper raised while seeking the aforementioned protective order, Taylor Morrison has repeatedly modified and improved its standard Relocation and Repair Agreement.  For example, Taylor Morrison doubled the amount offered as reimbursement for damaged personal property.  These prior efforts are a testament to the commitment of Mr. Casper and his co-counsel to vigorously prosecute this action, a commitment which will continue to be honored in the capacity of a PSC member should the Court elect to appoint Mr. Casper to the position.

**II.     Ability to work cooperatively with others.**

Applicant Casper has already had several communications and interactions with Plaintiffs' Liaison Counsel and many of the applicants for the PSC.   Based on these interactions, Mr. Casper is both optimistic and confident that he will be able to work in a cooperative and productive manner with whichever attorneys are appointed to the PSC as well as the various other committees likely to be formed in this action.  In nearly every class action listed in the James Hoyer resume attached hereto as Exhibit A, the class was represented by more than one firm, and success was only achieved as a result of the various attorneys working together cooperatively.  Mr. Casper commits to do so as well here, should he be appointed to the PSC.

**III.    Professional experience in this type of litigation.**

As set forth in the firm resume (Exhibit A), the James Hoyer firm and Mr. Casper possess extensive experience in complex class litigation.  Mr. Casper in the last three years alone has been appointed Class Counsel in three Florida statewide class actions[1], and has served as Co-Lead Counsel

---

[1] *Check N Go, Buckeye Check Cashing, Check Cashing Store*, see Exhibit A Class Actions page 5.

in federal class actions ranging from securities fraud cases[2] to Fair Debt Collection actions.[3]  The James Hoyer firm has also served in leadership roles in several MDL actions in recent years.[4]  Moreover, senior partners at James Hoyer have extensive complex construction litigation experience, including experience in asbestos litigation and related insurance coverage issues.

Further, co-counsel Darren Inverso of Norton Hammersley specializes in construction litigation, and has concentrated his practice in that area for over ten years.  See Exhibit B.  Mr. Casper realizes that a PSC appointment is specific to an individual lawyer, however, if appointed to the PSC Mr. Casper intends to continue to work together with Mr. Inverso to draw upon his extensive experience in construction litigation and working knowledge of the construction practices undertaken by the various defendants in this action.

### IV.     Willingness to commit the necessary resources to pursue this matter.

As detailed in Section I above, Mr. Casper and his co-counsel have demonstrated a willingness to commit the time and money necessary to a successful prosecution of this matter. For example, Mr. Casper's firm has incurred the substantial translation and service expense involved in the process of effecting service on the foreign Defendants.  This is but one illustration of the James Hoyer firm's desire to push forward in prosecuting the claims in this action.  Should the Court appoint Mr. Casper to the PSC, he affirms that James Hoyer will commit to expend the resources required for the efficient prosecution of this matter.

---

[2] *Lifsey v. PowerCerv*, see Exhibit A Class Actions page 1.
[3] *Clark v. General Revenue Corporation*, see Exhibit A Class Actions page 5.
[4] *In re Conseco Life Insurance Cost of Insurance Litigation*, MDL No. 1610 (Plaintiffs' Executive Committee);  *In re The Progressive Corporation Insurance Underwriting and Rating Practices Litigation*, MDL No. 1519 (Plaintiffs' Steering Committee); *In re Allstate Insurance Company Underwriting and Rating Practices Litigation*, MDL No. 1457 (Co-Lead Counsel and Plaintiffs' Steering Committee); *In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation*, MDL No. 1715 (Co-Lead Counsel).

Dated July 7, 2009                                    Respectfully submitted,

/s/ Christopher Casper
Christopher Casper
James, Hoyer, Newcomer, Smiljanich
   & Yanchunis, P.A.
4830 West Kennedy Blvd., Suite 550
Tampa, Florida  33609
Phone: (813) 286-4100
Fax: (813) 286-4174
ccasper@jameshoyer.com

## CERTIFCATE OF SERVICE

     I hereby certify that the foregoing was filed electronically via CM/ECF on July 7, 2009, and service will be made via e-notification to all attorneys of record, and that the foregoing was served via e-mail on all counsel listed on the Panel Attorney Service List attached as Schedule B to Pretrial Order #1.

/s/ Christopher Casper
Christopher Casper

5