# JAMES, HOYER, NEWCOMER, SMILJANICH & YANCHUNIS, P.A.
## ATTORNEYS AT LAW

| | | |
|---|---|---|
| Jill H. Bowman | ONE URBAN CENTRE, SUITE 550 | Elaine Scudieri Stromgren |
| Christopher C. Casper | 4830 WEST KENNEDY BOULEVARD | Terry A. Smiljanich |
| Maria B. Catsikopoulos | TAMPA, FLORIDA  33609 | John A. Yanchunis |
| Jonathan B. Cohen | (813) 286-4100   FAX (813) 286-4174 | |
| Jillian Levy Estes | | Investigators: |
| Sean Estes | www.jameshoyer.com | James J. Leusner |
| Judy S. Hoyer | | Allen H. McCreight |
| W. Christian Hoyer | | Robert North |
| Nicole C. Mayer | | Jim Ross |
| John R. Newcomer, Jr. | | Alfred W. Scudieri |
| | | Robert D. Ulmer |

## FIRM BIOGRAPHY

James, Hoyer, Newcomer, Smiljanich & Yanchunis, P.A., was formed in January 1993. Since its inception the firm has been actively engaged in complex, consumer-related litigation on behalf of defrauded consumers. Notably, beginning in 1993, the firm successfully litigated the class action suit of *Horton et al. v. Metropolitan Life Insurance Company*, Case No. 93-1849-CIV-T-23A, in the United States District Court for the Middle District of Florida. This was the first class action lawsuit brought against a life insurance company for deceptive market conduct in the sale of life insurance. Since then, the firm has been involved in more than forty additional class action lawsuits involving similar conduct.

The firm has been involved as lead or co-counsel in more than eighty class action law suits on a nationwide basis. In each of these suits, the firm has represented a class of plaintiffs who alleged a fraudulent scheme conducted against consumers. This has included deceptive sales practices, discriminatory pricing, product liability, and deceptive banking and credit card practices. The firm has represented many relators in *qui tam* actions for frauds against the government. In addition, the firm has represented many individuals who have been victimized by fraudulent conduct of corporations.

Our lawyers and staff are experienced in complex litigation involving insurance coverage, class actions, mass torts, civil rights and products liability. Many of our lawyers began their careers as prosecutors, law enforcement officers or FBI agents. Our firm employs veterans of the civil and criminal divisions of the United States Department of Justice as well as a former Assistant Director of the FBI. We are also supported by a staff of eight investigators. Our investigators have decades of experience involving complex cases and have investigated matters throughout the world.

Our firm has been involved in the settlement of cases with a combined value of more than $2 billion. This unique range of expertise has resulted in a nationwide practice. Biographies of the firm's attorneys and investigators are set out below.

# PARTNERS

**BILL JAMES**, (1932 - 2008); admitted to bar, 1957, Missouri; 1958, U.S. District Court, Eastern District of Missouri; 1966, Florida; 1969, U.S. District Court, Middle District of Florida; 1970, U.S. Court of Appeals, Fifth Circuit. *Education*: Amherst College; Kansas State College; Washington University (A.B., 1955; J.D., 1957). Commissioner, Justice Administrative Commission, 1985-1992. Secretary, Treasurer, Florida Prosecuting Attorneys Association, 1988. Committee Member, Florida Standard Jury Instructions in Criminal Cases, 1985-1993. Assistant U.S. Attorney, Eastern District of Missouri, 1960-1961. Chief Assistant U.S. Attorney, Tampa Division, Middle District of Florida, 1970-1978. Trial Attorney, Organized Crime Section, U.S. Department of Justice, 1978-1984. State Attorney, 13th Judicial Circuit, Tampa, Florida, 1985-1993. *Member:* Hillsborough County Bar Association; The Florida Bar; The Missouri Bar; Ferguson-White Inn of Court.

**W. CHRISTIAN HOYER,** born Metuchen, New Jersey, April 4, 1945; admitted to bar, 1973, Florida and U.S. District Court, Middle District of Florida; 1975, U.S. Supreme Court. *Education*: Rider College (B.S. Economics, 1970); University of Florida (J.D., with honors, 1973). Trustee Scholar, Rider College. Recipient Milam Case Comment Award, University of Florida. Executive Editor, University of Florida Law Review, 1972-1973. Law Clerk, U.S. District Judge Ben Krentzman, 1973-1975. Author, "Corps of Engineers Dredge and Fill Jurisdiction Under Siege," 26 U. Fla. L. Rev. 19 (1973). Assistant U.S. Attorney, Tampa, Florida 1975-1980. Trial Attorney, U.S. Justice Department Strike Force on Organized Crime, 1980-1984. Chief Assistant State Attorney, Tampa, 1985-1992. Chairman, Hillsborough County Justice Committee, 1988-1992. Chairman, Hillsborough County Justice Information Steering Committee, 1987-1992. Member, Judicial Nominating Commission, 13th Judicial Circuit, 1986-1990. *Member*: Hillsborough County Bar Association (Vice Chairman, Trial Lawyers Section, 1990-1991); The Florida Bar (Member, Grievance Committee, 1985-1990).

**JUDY SCHROPP HOYER,** born Havre de Grace, Maryland, November 6, 1949; admitted to bar, 1976, Florida; 1977, U.S. District Court, Middle District of Florida; 1980 U.S. Supreme Court. *Education*: Mary Washington College; George Mason University (B.A., cum laude, 1973); Stetson University (J.D., 1976). Executive Editor, Law Review, 1975-1976. Who's Who. Recipient, Florida Bar Achievement Award. Governor, Fifth Circuit, American Bar Association Law Student Division. Author, "Cross Examination & Impeachment," Criminal Trial Practice in Florida, The Florida Bar C.L.E. (2nd Ed. 1991); Labor Law Review Note, The Florida Bar Journal, 1975. Assistant State Attorney, 1976-1977 and 1985-1993. Assistant U.S. Attorney, 1977-1985. Special Counsel to the Florida Legislature on Sexual Harassment Hearings, 1991. *Member:* Hillsborough County Bar Association, Trial Lawyers Section, 1991 to present, Chairman, 1997-1998; Trial By Jury (Chairman, 1991-1995); Hillsborough Association for Women Lawyers; Ferguson-White American Inns of Court (Master, 1987 to present; Counsel to the Inn 1991-1998; President-Elect 1998-1999; President 1999-2000; Master Emeritus 2001).

**JOHN R. NEWCOMER, JR.,** born Clearwater, Florida, June 24, 1947; admitted to bar, 1972, Florida; 1973, U.S. District Court, Middle District of Florida; 1981, U.S. Court of Appeals, Eleventh Circuit; and 1977, U.S. Court of Appeals, Fifth Circuit. *Education*: University of Florida (B.S.B.A., 1969); Florida State University (J.D., with honors, 1972); Legal Advocacy Program, University of South Florida (1974-1976); Florida Academy of Trial Lawyers 1979-1992 (Presidents Club 1992); American Arbitration Association, Panel of Uninsured Motorist Claims (1986-1992); Associate-Yado, Keel & Nelson, P.A. (1972-1978); Partner-Yado, Keel, Nelson, Casper, Bergmann & Newcomer, P.A. (1978-1993); Partner-James, Hoyer & Newcomer, P.A. (1993 to present); *Member*: Hillsborough County Bar Association (Member, Elder Law Section, 1992-1993); The Florida Bar (Member, Grievance Committee, 1997); Arbitration Panel, U.S. District Court, Middle District of Florida (1985 to present); National Academy of Elder Law Lawyers.

**TERRY A. SMILJANICH,** born Tampa, Florida, March 1, 1947; admitted to bar, 1972, Florida and U.S. District Court, Middle District of Florida; 1981, U.S. District Court, Southern District of Florida and U.S. Court of Appeals, 11th Circuit. *Education*: University of Florida (B.A., 1969; J.D., 1972). Phi Beta Kappa; Phi Kappa Phi; Phi Alpha Delta. Executive Editor, University of Florida Law Review, 1971-1972. Law Clerk, Hon. Ben Krentzman, U.S. District Court, Middle District of Florida. 1972-1974. Assistant United States Attorney, 1974-1977. Associate Senate Counsel, Select Committee on Secret Military Assistance to Iran and the Nicaraguan Opposition (Iran/Contra), United States Senate, 1987. *Member*: The Florida Bar. [Capt. U.S. Army Reserve, 1972-1981]. (Board Certified Civil Trial Lawyer, Florida Bar Board of Legal Specialization and Education).

**JOHN A. YANCHUNIS**, born Columbus, Ohio, 1955; admitted to bar, 1980, Texas; 1981, Florida; U.S. District Court, Southern District of Texas; U.S. District Court, Middle District of Florida; U.S. District Court, Northern District of Illinois, U.S. District Court of Michigan, Eastern Division; U.S. Court of Appeals, Fifth, Sixth, Seventh, Ninth and Eleventh Circuits; and United States Supreme Court, 2000. *Education:* University of Florida (B.A., 1976); South Texas College of Law (J.D., magna cum laude, 1980). Florida Blue Key, Omicron Delta Kappa, Phi Alpha Delta. Member, Order of the Lytae. Technical Editor and Associate Editor-in-Chief, South Texas Law Journal. Law Clerk to Judge Carl O. Bue, Jr., U.S. District Court, Southern District of Texas, 1980-1982. *Member*: St. Petersburg (Member, Executive Committee, 1996 to 1998; 2003 to 2005) and Federal Bar Associations; The Florida Bar (Member: Board of Governors of The Florida Bar, 1999 to 2003; member of the Board of Governors of Young Lawyers Division of The Florida Bar, 1988-1992; Public Relations Committee, 1989-1990; Continuing Legal Education Committee, 1991-1992; Standing Committee on Unlicenced Practice of Law, Member, 1990, Vice Chairperson, 1994-1995, Chairperson, 1995-1997, Unlicenced Practice of Law Committee, 6A Circuit, Member, 1985, Chairperson, 1986-1995; Unlicenced Practice of Law Committee, 6B Circuit, Chairperson, 1995; Chairperson, 1995; Professionalism Committee, 1991-1993; Simplified Forms, 1997 to-1998, Vice Chairperson 1998-1999; Ethics Committee, 1997-1999; The Florida Bar Foundation Committee (Member of the Board of Directors, 2003 to 2006); The Florida Board of Bar Examiners Member, 1997 to 2002); The Florida Bar's Multijurisdictional Practice of Law Commission, Chair 2002 to 2005; State Bar of Texas, Pro Bono College, 2005; Chairperson, 2008 to present, Supreme Court's Judicial Management Council.

**CHRISTOPHER C. CASPER**, born Tampa, Florida, August 27, 1968. *Education:* Awarded Bachelor of Arts degree in English from Georgetown University, 1990. Juris Doctor degree with honors, University of Florida College of Law, December 1994. Interned for Rosemary Barkett, Chief Justice of the Florida Supreme Court, summer 1993. Admitted to the Florida Bar, United States District Court for the Middle District of Florida, and United States Court of Appeals for the Eleventh Circuit, 1995. *Member:* Hillsborough County Bar Association, Trial Lawyers Section Board of Directors 1996-2004, Chairman 2004-2005. Federal Bar Association, Tampa Bay Chapter, Board 1999-2004, Membership Chair 1999-2000, Civil Co-Chair 2000-2004. Association of Trial Lawyers of America 2002-2004. Federalist Society 1998-2004.

**JILL H. BOWMAN**, born St. Petersburg, Florida, January 18, 1970; admitted to Bar 1995, Florida; U.S. District Court, Middle District of Florida, 1996; U.S. District Court, Northern District of Florida, 2001; U.S. District Court, Southern District of Florida, 2001; Federal Circuit Court of Appeals, 1997; Eleventh Circuit Court of Appeals, 1997. *Education*: University of Central Florida (B.A., summa cum laude, 1992); Stetson University College of Law (J.D., magna cum laude, 1995); *Member*: St. Petersburg Bar Association, 1996; appointed by the Florida Supreme Court to serve as a Member of the Florida Bar UPL Committee for the Sixth Judicial Circuit, 1999; appointed as a Member of the Florida Bar Ethics Committee, 2003.

## ASSOCIATES

**MARIA B. CATSIKOPOULOS**, born Southfield, Michigan, November 5, 1982. *Education:* University of Florida (B.A. in Political Science, cum laude, 2004; B.S. in Public Relations, cum laude, 2004); University of Florida (M.A. in Political Science, thesis awarded highest department distinction, 2008); University of Florida Levin College of Law (J.D. 2008); recipient of Book Award for Legal Research and Writing (2005) and Trial Practice (2008); Executive Research Editor, University of Florida Journal of Law and Public Policy; Teaching Assistant for Legal Research and Writing (2006) and Appellate Advocacy (2007); *Member*, Phi Delta Phi International Legal Fraternity, Coordinator Law School Ambassadors, Student Recruitment Team. *Work Experience*: National Conference for Community and Justice – Tampa Bay Region (2005). *Legal Experience*: Intern, Hon. Gaston J. Fernandez, Thirteenth Judicial Circuit (2009); Certified Legal Intern, Gator TeamChild Juvenile Advocacy Clinic (2007-2008); Law Clerk, Moody, Salzman and Lash (2007); Intern, Child Welfare Legal Services, Department of Children and Families (2006); Intern, Office of the Attorney General, Children's Legal Services – Tampa (2004).

**JONATHAN B. COHEN**, born Albany, New York, October 9, 1973; admitted to bar, 2006, Florida. *Education*: Indiana University at Bloomington (B.A. in Journalism with concentration in Fine Arts, 1996); Stetson University College of Law (J.D., 2005); Received highest grade in Consumer Protection (2004); Intern for State Attorney's Office (Economic Crimes Unit), Thirteenth Judicial Circuit, Hillsborough County (2004); Intern for Hon. David A. Demers, Sixth Judicial Circuit Court of Florida (2004); Research Assistant for Professor Mark D. Bauer (2004-2005). *Member*: The Florida Bar.

**JILLIAN LEVY ESTES**, born Miami, Florida, June 24, 1982; admitted to bar, 2008, Florida. *Education*: University of Florida (B.A. in Criminology, magna cum laude, 2003); University of Florida Levin College of Law (J.D., cum laude, 2008), recipient of Book Award for Appellate Advocacy (2005) and Selected Topics in Estates and Trusts (2008); Student Works Editor, Journal of Law and Public Policy; Teaching Assistant for Legal Research and Writing (2007) and Appellate Advocacy (2007); *Member*, Law School Mentoring Project, Law School Ambassadors and Student Recruitment Team. *Work Experience*: International Division, National Center for Missing and Exploited Children, Alexandria, VA (2004-2005). *Legal Experience*: Intern, Probate Division, Eighth Judicial Circuit (2007); Law Clerk, Moody, Salzman and Lash (2007-2008).

**SEAN ESTES**, born Tampa, Florida, September 6, 1982; admitted to bar, 2008, Florida. *Education*: University of Florida (B.A., double major in Economics and Political Science, cum laude, 2005); University of Florida Levin College of Law (J.D., cum laude, 2008); *Member*, Florida Journal of International Law; Member of Omicron Delta Epsilon, Phi Kappa Phi, and Phi Beta Kappa Honor Societies; Pro-Bono Certificate Recipient (2007); Teaching Assistant, Trial Practice (2007). Legal *Experience*: Intern, Hon. Peter K. Sieg, Eighth Judicial Circuit Judge (2006); Intern, State Attorney's Office, Eighth Judicial Circuit (2007); Law Clerk, Fine, Farkash, & Parlapiano, P.A. (2006-2008).

**NICOLE C. MAYER**, born South Weymouth, Massachusetts, February 26, 1979; admitted to bar, 2005, Florida. *Education:* University of Florida (B.S., Advertising, with honors, 2002); Stetson University College of Law (J.D., 2004); Marketing Editor, *Stetson Law Review;* Member of Phi Delta Phi, Phi Theta Kappa, and Golden Key National Honor Societies; Intern for Hon. Elizabeth A. Kovachevich, United States District Court for the Middle District of Florida, Tampa Division (2004); United States District Court for the Northern District of Florida (2007); Associate, Sponsler, Bennett, Jacobs & Cristal, P.A. (2005-2006).

**ELAINE SCUDIERI STROMGREN**, born San Juan, Puerto Rico, April 29, 1974; admitted to bar, 2000, Florida. *Education:* University of Florida (B.S., Zoology, with high honors, 1996; J.D., with high honors, 2000). Phi Beta Kappa; Phi Alpha Delta. Recipient Book Award, Criminal Law. *Member*: Prosecution Clinic, Eighth Judicial Circuit, Florida, 2000. Law Clerk, Hon. Maurice V. Guinta, Eighth Judicial Circuit Judge, 1999.

## INVESTIGATORS

**JAMES J. LEUSNER**, born Camden, New Jersey, June 30, 1955. *Education*: University of Florida (B.S. Journalism, 1977); Rutgers University (1973-1975); Licensed Private Investigator, State of Florida, 1996-Current. *Experience*: Criminal Justice Reporter, Florida Times-Union, Jacksonville, FL (1977-1979); Legal Affairs/Investigative Reporter, Orlando Sentinel, Orlando, FL (1979-2008), specializing in federal law enforcement agencies while also probing an array of special assignments including two space shuttle disasters, the defense industry, government corruption, homeland security, sports scandals, land development, motorcycle gangs and serial killers. Also a longtime instructor and authority on investigative techniques, the federal Freedom of Information Act, Florida's Public Records laws and contributor to several journalism text books and network television documentaries. Private Investigator/Media Relations Specialist, Jim Leusner Consulting LLC, Orlando, FL (2008-2009). *Member*: Association of Former Intelligence Officers, National Military Intelligence Association, Naval Intelligence Professionals, National Press Club, Investigative Reporters & Editors Inc., Florida Association of Licensed Investigators, Multi-Media Federal Credit Union Board of Directors.

**ALLEN H. McCREIGHT,** born Meridian, Mississippi, November 8, 1939; admitted to bar, 1964, Mississippi; 1964, U.S. District Court, Northern District of Mississippi; 1972 U.S. Supreme Court; member Mississippi State Bar (inactive) and American Bar Association since 1964. *Education*: University of Mississippi (B.B.A., 1961; LLB 1964). Previous employment: Federal Bureau of Investigation, May 1964 to February 1995. Began career as Special Agent and advanced through various supervisory and executive management positions, including Assistant Director, which is one of top 18 executive positions in the FBI. Retired in 1995 after serving six years as Special Agent in Charge of FBI Tampa, which covers all of Central Florida. Attended Federal Executive Institute, Charlottesville, VA; graduate of FBI Senior Executive Program and National Executive Institute (involves select FBI executives and top executives from law enforcement agencies throughout the nation and internationally).

**ROBERT NORTH**, born New York, New York, November 12, 1950. *Education*: University of Bridgeport, Bridgeport, Connecticut (B.A. Broadcast Journalism, 1978). *Experience*: Formally a television journalist; WDHO-TV, Toledo, Ohio, 1978; government and political reporter for WKRC-TV, Cincinnati, Ohio, 1979; investigative reporter, WFLA-TV, Tampa, Florida, 1983; assistant news director, WJTV-TV, Jackson, Mississippi.

**JAMES ROSS**, born Beverly, Massachusetts, March 26, 1953. *Education:* Northeastern University, Boston Massachusetts, (B.A. 1976). Certified Fraud Examiner (CFE) credential earned 1999. *Experience:* Seven years in the Economic Crimes Division for Florida Attorney General Bob Butterworth, investigating cases against banks, insurance companies, publishing and funeral homes; eight years with The Tampa Tribune Capitol Bureau investigating government corruption, politics and organized crime. Early career includes investigative reporting assignments in Massachusetts, New Hampshire and Maine and an assistant editor position with a statewide business magazine. Investigative interests also includes integrating computer databases and other technological tools into individual investigations.

**ALFRED W. SCUDIERI**, born New York City, New York, December 29, 1946. *Education:* City University of New York, 1968; Defense Department Language Institute, (Spanish) 1970; Former Special Agent of the Federal Bureau of Investigation (1964-1995); Supervisor of White Collar Crime/Fraud Unit in the Tampa office of the F.B.I. specializing in Bank Fraud, Securities Fraud, Governmental Fraud, Civil Rights and Political Corruption Investigations. Federal Law Enforcement Officer of the Year (1992); ABC-TV "*World News Tonight*" Investigative Unit (1995-1996).

Class Actions in which James, Hoyer, Newcomer, Smiljanich & Yanchunis, P.A.
Has Been Either Lead or Co-counsel:

*Lifsey v.* **Powercerv**, Civil Action No. 97-1832-CIV-T-23C, United States District Court, Middle District of Florida.

*Glenn A. Hawkins and Nedra J. Hawkins, On Behalf of Themselves and Others Similarly Situated vs.* **Aid Association for Lutherans***,* Civil Action No: 2:00CV1327, United States District Court, Eastern District of Wisconsin.

*Keith Snell and Teresa M. Snell, On Behalf of Themselves and All Others, Similarly Situated, vs* **Allianz Life Insurance Company of North America***,* **North American Life and Casualty Company** *and* **Fidelity Union Life Insurance Company***,* Case No. 97-2784-RLE - Class Action, United States District Court, District of Minnesota.

*Suzette Moody, etc., vs.* **American General Life & Accident Insurance Company***, et al.,* Case No. 97-1525, In the Court of Common Pleas, Lucas County, Ohio.

*Harry J. Manners, Jr., et al. vs.* **American General Life Insurance Company and AGC Life Insurance Company***,* Case No. 3-98-0266, United States District Court, Middle District of Tennessee, Nashville Division.

*Dale Bachman, Individually and On Behalf of a Class of Persons Similarly Situated, vs.* **Equitable Life Assurance Society of the United States,** Civil Action No. 96-1225-CIV-T-24B, United States District Court, Middle District of Florida, Tampa Division.

*Brenda G. Elkins and Jerry Bedenbaugh, Individually and On Behalf of a Class of Persons Similarly Situated, vs.* **Equitable Life Insurance Company of Iowa, Equitable of Iowa Companies***, and* **Equitable American Insurance Company***,* Civil Action No. 96-296-CIV-T-17B, United States District Court, Middle District of Florida, Tampa Division.

*Ruby M. Dunn, Phillip A. Sollami, Jr., Paula D. Wise, Eric D. Hagen, and Edward M. Abroms, Individually and on Behalf of All Others Similarly Situated, vs.* **The Franklin Life Insurance Company***,* Case No. 97-L-250, State of Illinois, In the Circuit Court of the Third Judicial Circuit, Madison County.

*Dale L. Baker, Sr. and Patricia A. Baker, Sheila D. Magofna, Howard G. Humberger, Patick W. Berteau and April L. Berteau, James A. Volkaman and Rebecca J. Volkkman, on Behalf of Themselves and All Others Similarly Situated*, vs. **The** *Franklin Life Insurance Company,* Case No: 98-119-CIV-T-26B, United States District Court, Middle District of Florida, Tampa Division.

*In re:* **General American Life Insurance Company** *Sales Practices Litigation,* MDL Docket No. 4:97MDL 1179 CDP, United States District Court, Eastern District of Missouri.

*In re **Great Southern Life Insurance Company** Sales Practices Litigation*, Ginsberg Action: 3:98-CV-1249-X, McGraw Action: 3:98-CV-1617-X, Mann Action: 3:98-CV-1618-X, Massey Action: 3:98-CV-1619-X, In the United States District Court For the Northern District of Texas, Dallas Division.

*Lesa Benacquisto vs. **IDS Life Insurance Company***, File Number DC CT 96-018477, State of Minnesota, County of Hennepin, District Court, Fourth Judicial District.

*George W. Snyder and Gail L. Wolcott v. **Jackson National Life Insurance Company**, and Robert Goldstein,* Case No. 00-1008, Division H, In the Circuit Court in and for Hillsborough County, Florida, Civil Division.

*Richard Duhaime, James W. Yoder, Donna M. Yoder, Theodore A. Peck, John Sullivan and Clarissa Sullivan, On Behalf of Themselves and All Others Similarly Situated, vs. **John Hancock Mutual Life Insurance Company**, John Hancock Variable Life Insurance Company, and John Hancock Distributors, Inc.,* Case No: 96-10706-RGS, United States District Court, District of Massachusetts.

*Robert Dean Ulmer, Michael B. Lunsford, Donald L. Yingling, vs. **Life Insurance Company of North America (LINA), Connecticut General Corporation (CGC)** and **CIGNA Corporation (CIGNA)**,* Case No. 8:00-CIV-665-T-24(E), United States District Court, Middle District of Florida, Tampa Division.

*Peggy Greenberg and Pamela Rossmann, Individually and on Behalf of All Others Similarly Situated vs. **The Life Insurance Company of Virginia**,* Case No. C-1-97-416, United States District Court, Southern District of Ohio, Western Division.

*Irwin Applebaum as Trustee for the Irwin Applebaum Revocable Trust, Selma Sadie Applebaum, Maryann Casey, Barbara Garing, Raymond Garing, Bettye J. O'Neal, and Harley Stuhr, On Behalf of Themselves and All Others Similarly Situated, vs. **LifeUSA Insurance Company** and **Allianz Life Insurance Company of North America**,* Civ. No. 8:00-CV-1045-T-17E, Class Action, United States District Court, Middle District of Florida, Tampa Division.

*Richard H. Blanke vs. **Lincoln National Corporation**, Security Connecticut Life Insurance Company, Lincoln National Life Insurance Company and Wayne W. Wolfe,* Civil Jury Case No: 0512048, 24th Judicial District Court for the Parish of Jefferson, State of Louisiana.

***In re: Lutheran Brotherhood Variable Insurance Products Co. Sales Practices Litigation**,* Case No: 99-MD-1309 (PAM/JGL) United States District Court, District of Minnesota.

*Horton et al. v. **Metropolitan Life Insurance Company***, Case No. 93-1849-CIV-T-23A , in the United States District Court for the Middle District of Florida.

2

*In Re **Metropolitan Life Insurance Company** Sales Practices Litigation,* C.A. No: 96-0795, C.A.96-0038, C.A. 95-1426, C.A. 96-0436, C.A.96-0051, In the United States District Court, For the Western District of Pennsylvania.

*Paul A. Goshen, On Behalf of Himself and All Others Similarly Situated, vs. **The Mutual Life Insurance Company of New York and MONY Life Insurance Company of America**,* Index No. 95-600466, Supreme Court of the State of New York, County of New York.

*In re **New England Mutual Life Insurance** Company Sales Practices Litigation*, D. MASS. C.A. NO. 1:96-11534-REK, United States District Court For the District of Massachusetts.

*Annie Hirsh, Issac L. Hayes, and Sammie L. Epps, on Behalf of Themselves and All Others Similarly Situated, vs. **Physicians Mutual Insurance Company**, and **Physicians Life Insurance Company**,* Case No: 2:00-CV-39PG, In the United States District Court, Southern District of Mississippi, Hattiesburg Division.

*Jerry D. Grove, Leo Willick and Sidney Gilbert, on Behalf of Themselves and All Others Similarly Situated, vs. **Principal Mutual Life Insurance Company**,* Case No: 4-97-CV-90224, Class Action, In the United States District Court, For the Southern District of Iowa, Central Division.

*Eloise Bomber, On Behalf of Herself and All Others Similarly Situated vs. **Reliastar Life Insurance Company**,* Case No. 8:01-CV-907-T-27MSS, United States District Court, Middle District of Florida, Tampa Division.

*Randy W. Lee, Sandra F. Lee, Elba Kolster and Meyer Silverstein on Behalf of Themselves and All Others Similarly Situated, vs. **USLIFE Corporation**, the **Old Line Life Insurance Company of America, All American Life Insurance Company** and **The United States Life Insurance Company in the City of New York**,* Case No: 1:97CV-55-M, United States District Court, Western District of Kentucky.

*James Stock, et al. vs. **United Liberty Life Ins. Co.**,* Case No. CV00-06-117, In The Common Pleas Court, Butler County, Ohio.

*Thomas E. Rector, Fred Caroque and Antoinette M. Caroque On Behalf of Themselves and All Others Similarly Situated, vs. **The Western and Southern Life Insurance Company**, and **Western-Southern Life Assurance Company**,* Case No. 98-667-CIV-T-26B, Class Action, United States District Court Middle District of Florida, Tampa Division.

*Joseph F. Kreidler, et al., vs. **Western-Southern Life Assurance Co.**,* Case No. 95-CV-157, Court of Common Pleas, Erie County, Ohio.

*Scott Swope, et al. v. **The Thompson Corporation and West Group***, Case No. 19-C5-02-8564; First Judicial District Court, Dakota County, Minnesota.

3

*Alberta E. Richardson, et al. vs.* **Carson Products Company** *and* **Johnson Products Co., Inc.**, Case No. 00-01713, Circuit Court of the Thirteenth Judicial Circuit, Hillsborough County, Florida.

*Leola McNeil, et al. vs.* **American General Life & Accident Insurance Company**, *et al.*, Case No. 3-99-1157, United States District Court, Middle District of Tennessee.

*James Williams, et al. vs.* **United Insurance Company of America**, *et al.*, Case No. 01-920, Circuit Court of Jefferson County, Alabama, Bessemer Division.

*Glenda Carnegie, et al. vs.* **Mutual Savings Life Insurance Company**, Case No. CV-99-S-3292-NE, United States District Court, Northern District of Alabama, Northeastern Division.

*In re: Industrial Life Insurance Litigation, MDL 1371 (Rosebud Montgomery, et al. vs.* **Life Insurance Company of Georgia Industrial Life Insurance Litigation**, Case No. 1:99-CV-252 MMP, United States District Court, Northern District of Florida, Gainesville Division).

**In re: Riscorp Securities Litigation**, Case No. 96-2374-CIV-T-23A, Middle District of Florida.

*Andrew Taworski v.* **The American Franklin Life Insurance Company, American General Equity Services Corporation, f/k/a Franklin Financial Services Corporation,** Case No. 2002L0195, Seventh Judicial Circuit, Sangamon County, State of Illinois.

*Manuel Fernandez v.* **American Express Company and American Express Publishing Corporation**, Case No. 01-0026381, Thirteenth Judicial Circuit, Hillsborough County, State of Florida.

*Sharon Hicks v.* **Oxmoor House, Inc.**, Case No. CV034-752, Circuit Court of Jefferson County, Alabama.

**In re: Sulzer Hip Prosthesis and Knee Prosthesis Liability Litigation**, **(Kathi R. Levitov v. Sulzer Orthopedics, Inc. and Sulzer Medica, Ltd.)** Case No. 1:01-CV-9000, MDL Docket No. 1404, United States District Court, Northern District of Ohio, Eastern Division.

**In re: Baycol Products Litigation**, Case No. 01-2386, MDL No. 1431, United States District Court, District of Minnesota.

*Melissa Dukes and Thomas J. Dolan v.* **Hewlett-Packard Company**, Case No. CV-2002-270, Circuit Court of Phillips County, Arkansas.

**In re Allstate Insurance Company Under Writing and Rating Practices Litigation**, Case Number MDL Docket No. 3:02-md-1457, United States District Court for the Middle District of Tennessee, Nashville Division.

*Marissa Craft, Brigitte Thompson v.* **Sprint Corporation**, Case No. 4:02-cv-183-RH, United States

4

District Court, Northern District of Florida, Tallahassee Division.

*Scott P. Swope v.* **The Thomson Corporation and West Group**, Case No. 19-C5-02-8564, State of Minnesota District Court, County of Dakota, First Judicial District.

*John A. Cardegna, et al. v.* **The Check Cashing Store, Inc.**, Case No. 502000CA005099XXXXOC AG, Circuit Court of Palm Beach County, Florida.

*Donna Reuter, et al. v. A. David Davis, Jared A. Davis, Stephen K. Curtis, William Foltyn, L. Patches Berry, Edna M. Forbes, Melissa Shongo, CNG Financial Corporation and* **Check 'N Go of Florida, Inc.**, Case No. CL 01-1164 AL, Circuit Court of Palm Beach County, Florida.

*John A. Cardegna, et al. v. Buckeye Check Cashing, Inc., a foreign corporation, d/b/a* **Checksmart**, *et al.*, Case No. 502001CA001162XXXOCAJ, Circuit Court of Palm Beach County, Florida.

***In Re: The Progressive Insurance Corporation Underwriting and Rating Practices Litigation***, Case No. 1:03-cv-01519-MP-AK, United States District Court, Northern District of Florida, Gainesville Division.

*Cory Clark, et al. v.* **General Revenue Corp.**, Case No. 04-60269-CIV-DIMITROULEAS, United States District Court, Southern District of Florida.