## NORTON, HAMMERSLEY, LOPEZ & SKOKOS, P.A.
## FIRM BIOGRAPHY

**Established in 1988**, the law firm of Norton, Hammersley, Lopez & Skokos, P.A. is a leading construction, consumer and commercial litigation, business and real estate law firm based on Sarasota providing zealous advocacy and counsel to clients statewide and throughout the Southeastern United States. The firm of 11 attorneys, 6 paralegals and over 30 staff members holds the Martindale-Hubbell Law Directory's highest attainable rating for legal services and ethics. We provide the benefit of over a century of combined legal expertise and the ability to handle a broad range of legal issues.  Many of our attorneys hold advanced degrees and board certifications in litigation, mediation, tax and real estate.

Our litigation attorneys have a strong concentration litigating complex, multi-party construction and commercial matters.  Roughly 90% of the litigation matters handled by the firm revolve around construction defect and design disputes, workmanship disputes, deficient products and materials disputes and contract and warranty claims.  We offer significant experience and skill in all aspects of dispute resolution including negotiations, pre-suit resolution, mediation, trial, arbitration and appeals in all Florida state and Federal courts.  Our attorneys utilize state of the art technology and well trained paralegals to efficiently work through difficult multi-party matters and complex claims to achieve the best possible results for our clients.

## *PARTNERS*

**DARREN R. INVERSO**, born Trenton, New Jersey; admitted to bar, 2001, Florida; U.S. District Court, Middle District of Florida, 2002. *Education*: University of Massachusetts at Amherst (B.A., cum laude, 1977); Western New England College, School of Law (J.D. 2000), *Honors:* Champion, Northeast Regional Moot Court Trial Competition. *Recipient:* Excellence Award in Oral Advocacy; CALI Book Award for Federal Litigation and Pension Rights. *Professional Memberships*; John Scheb Inn of Court, Member, Rotary Club of Bradenton. Committee Member: Sarasota County Chamber of Commerce Small Business Counsel; Sarasota Homebuilders Association. *Member*: Sarasota County, Manatee County, The Florida Bar and American Bar Associations; American Association for Justice. ***REPORTED CASES:*** Zivitz v. Zivitz, et al., 2009 Fla. App. LEXIS 5870, (Fl. 2nd DCA 2009); IBIS, LLC., a Michigan limited liability company v. Jeffrey B. Moler, Christine H. Moler and Viking Technologies, L.C., a Florida limited liability company, 993 So. 2d 990 (Fl. 2nd DCA 2007). ***PUBLICATIONS and SEMINARS:*** Defective Chinese Drywall Litigation Packet (A.A.J., 2009); Chapter 2003-49; Fl. Statute Section 558, Impact of Construction Defect Notice Law (Sarasota Board of Realtors, 2006); Seminar, Identifying Construction Defect claims; (2008); Seminar, Florida Construction Lien Law, (2005, 2006, 2007); Seminar, Disclosure Requirements in Residential Sales Contracts, (2005, 2006, 2007). ***PRACTICE AREAS***: Trial Practice; Commercial Litigation; Construction Defect and Design Litigation; Creditor's Rights; Consumer Rights, Products Liability, Complex Litigation; Real Estate Litigation; Probate Litigation; Condominium Association Litigation.

**PHILIP N. HAMMERSLEY**, born Muncie, Indiana, September 10, 1953, admitted to bar, 1979, Florida and U.S. District Court, Middle District of Florida; U.S. Court of Appeals, Eleventh Circuit; U.S. Supreme Court. *Education:* University of South Florida (A.A., 1973); University of Florida (B.S., 1975; J.D., 1978). Phi Kappa Phi, Master, Inns of Court. Member, Forum Committee on the Construction Industry. Certified Circuit court Mediator. *Member:* Sarasota County (Director, Young Lawyers Section, 1983-1984; Editor, Young Lawyer's Practice Manual, 1983-1984; Director, 1992-1993; Vice President, 1997-1998; Co-Chair Grievance Committee, 1996-1997, President Elect, 1998-1999; President, 1999-2000) and American Bar Associations; The Florida Bar (Member, Committee on Code and Rules of Evidence, 1983-1987); The Association of Trial Lawyers of America. ***REPORTED CASES:*** United States for Use and Benefit of Seminole Sheet Metal Co. v. SCI, Inc. 828 F.2d 671 (11th Cir. 1987); Newberry Square Development Corp. v. Southern Landmark, Inc. 578 So 2d 750 (IDCA 1991); J. Allen, Inc. v. Humana of Florida, Inc. 571 So 2d 565 (2DCA 1990); Albiez v. Wilkinson 546 So 2d 1112 (2DCA 1989). ***PRACTICE AREAS***: Construction and Surety Law; Construction Litigation and Arbitration; Commercial Litigation; Mediation; Probate Litigation; Real Property.

**JOHN W. CHAPMAN, JR.**, born Huntington, New York, December 10, 1962; admitted to bar, 1990, Florida; U.S. District Court, Middle, Southern and Northern Districts of Florida and U.S. Court of Appeals, Eleventh Circuit. *Education*: Auburn University (B.S., 1985); Stetson University (J.D., 1989). Board Member, Stetson, Moot Court, 1988-1989. Editorial Board, Law Review, 1988-1989. Author "Probate Nonclaim Statutes and the Tulsa Decision: Requiring Actual Notice to Reasonable Ascertainable Creditors." Volume XVIII-2 Stetson Law Review.

*Member:*  Sarasota Bar Association (Past President, Young Lawyers Division); The Florida Bar; The John Scheb Inn of Court (Master).  (Board Certified Business Litigation Lawyer, Florida Bar Board of Legal Specialization and Education).  ***PRACTICE AREAS:***  Ad Valorem Tax; Commercial Litigation; Construction Litigation; Probate Litigation; Real Property Litigation.

**SAM D. NORTON**, born Macon, Georgia, November 28, 1959; admitted to bar, 1985, Florida.  *Education*:  University of Florida (B.S.,  1981); Stetson University (J.D., 1984).  Phi Delta Phi.  Recipient:  Charles Dana Scholarship Award; American Jurisprudence Book Award for Excellence in Florida Constitutional Law.  Member, Stetson Law Review, 1983-1984.  Board Certified Real Estate Lawyer, 1991.  *Member*:  Sarasota County Bar, The Florida Bar Associations.  ***PRACTICE AREAS***:  Real Estate; Corporate; Banking.

**PETER Z. SKOKOS**, born Birmingham, Alabama, May 1, 1960; admitted to bar, 1987, Florida.  *Education*:  Florida State University (B.S., 1982); University of Florida (J.D., 1986).  Beta Alpha Psi Honorary Accounting Fraternity.  Certified Public Accountant, Florida, 1984.  Accountant, KPMG Peat Marwick, 1982-1983.  *Member*:  Sarasota and American (Member, Business Law Section) Bar Associations; The Florida Bar (Member, Sections on:  Real Property, Probate and Trust Law).  ***PRACTICE AREAS***:  Commercial Real Estate; Banking Law; Business Law; Condominium Law.

**E. JOHN LOPEZ**, born Bradenton, Florida, November 6, 1955; admitted to bar, 1984, Florida.  *Education*:  Florida State University (B.S., 1977; M.S., 1978; J.D., with high honors, 1983); University of Florida (LL.M. Taxation, 1985).  Order of the Coif. Member, Florida State University Law Review, 1982-1983.  Author: "Defining Trade or Business Under the Internal Revenue Code:  A Survey of Relevant Cases," 11 Florida State University Law Review 949, 1984; "Generation-Skipping Transfers after the Technical Correction Bill," Florida Bar Journal, December 1988.  *Member:*  The Sarasota County Bar Association; The Florida Bar (Member, Sections on:  Tax; Real Property, Probate and Trust Law); Southwest Florida Estate Planning Council.  (Board Certified Tax Lawyer, Florida Bar Board of Legal Specialization and Education).  ***PRACTICE AREAS***:  Taxation, Estate Planning; Estate Administration; Corporate Law; Business Law.

**JOHN M. COMPTON**, born Indianapolis, Indiana, August 28, 1971; admitted to bar, 1997, Florida; 1999, Alabama.  *Education*:  University of Florida (B.A., 1994); Cumberland School of Law of Samford University (J.D., 1997); Boston University  (LL.M., in Taxation, 1998).  Member and Past President, Sarasota AM Rotary Club, Member:  Board of Directors, Junior Achievement; Pines of Sarasota Planned Giving.  *Member*:  Sarasota County Bar Association (Past President, Young Lawyers Division); The Florida Bar; Alabama State Bar; U.S. Tax Court.  ***PRACTICE AREAS***:  Taxation; Estate Planning; Probate; Business Organization; Business Organization and Planning.

## *ASSOCIATES*

**RYAN W. OWEN**, born Crawfordsville, Indiana, March 22, 1981; admitted to bar 2006, Florida; 2006, Tennessee, 2006 Middle District of Florida. *Education*: Washington & Lee University (B.A., 2002); University of Miami School of Law (J.D., 2006). Order of Barristers, Moot Court Board, Articles and Comments Editor, University of Miami Business Law Review. *Member*: Sarasota County Bar, Tennessee Bar, and The Florida Bar Associations. *LANGUAGES*: French. *PRACTICE AREAS*: Commercial Litigation, Construction Litigation.

**NICHOLAS P. KAPIOTIS**, born Pascagoula, Mississippi, December 21, 1979; admitted to bar 2006, New York; 2009, Florida. *Education*: University of Southern Mississippi (B.S., 2001); Rutgers School of Law (J.D., 2005). *Member:* Sarasota County Bar, The Florida Bar, New York Bar Associations. *PRACTICE AREAS*: Commercial Litigation, Construction Litigation, Contract Disputes, Creditors Rights, Alternative Dispute Resolution.

**MICHAEL P. INFANTI**, born Baltimore, Maryland, May 2, 1975; admitted to bar, 2001, Florida. *Education*: University of Florida B.S.B.A., cum laude, 1997); Stetson University (J.D., 2000; M.B.A., summa cum laude, 2000). Phi Alpha Delta (Executive Officer, 1995-1997). MEMBER, Golden Key National Honor Society. Member, Stetson Business Society, 1988-2000. Certified Legal Intern, Circuit Court Judge Dick Greco, Jr., 2000. Teaching Fellow, Stetson University College of Law, 2000. *Member*: Sarasota County Bar Association (Member, Board of Directors Young Lawyer's Division); The Florida Bar (Member, Real Property and Business Law Sections). *PRACTICE AREAS*: Real Estate; Banking Law; Finance; Business Law; Commercial Transactions; Real Estate Development; Construction Law

**BURTON M. ROMANOFF**, born Washington, Pennsylvania; admitted to bar, 2003, Florida; 2004, Pennsylvania. *Education*: Grove City College (B.A., 2000); Florida State University (J.D., 2003); Villanova University School of Law (LL.M., Taxation 2004). Member: Florida State University Law Review, 2002-2003; Southwest Florida Estate Planning Council. *Member:* Sarasota County Bar Association; The Florida Bar. *PRACTICE AREAS*: Business Transactions; Tax Law; Estate Planning.

## *PARALEGALS*

**JOYCE MINTZER**, born New York, May 11, 1949; *Education:* City University of New York at Queens College; B.A. (Nationally Certified Paralegal, 1996). *Member:* The Florida Bar (Board Certified).

**LINDA L. PRATT**, born Kankakee, Illinois, April 26, 1962; *Member*: The Florida Bar (Florida Registered Paralegal).

**JAMI HAHN**, born Lafayette, Indiana, July 11, 1976.

**PAMELA A. MONTESINOS**, born Illinois, August 3, 1969; *Education*:  Northern Illinois University (B.A. 1991), Business Management.

**GINA M. MYERS**, born Plymouth, Massachusetts, July 15, 1966; *Education*: (Katherine Gibbs School, 1985).

**KAREN R. SHORI**, born Kentucky, April 11, 1956; *Education:* Canon Financial Institute (Certified in Trust Taxation).