UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL: PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047 |
| | SECTION L |
| | JUDGE FALLON<br>MAG. JUDGE WILKINISON |

### APPLICATION OF RICHARD S. LEWIS FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

COMES NOW Richard Lewis and makes this application for appointment to the Plaintiffs' Steering Committee in the above captioned action. In support thereof, he states:

Richard Lewis is one of the founding partners of the law firm of Hausfeld LLP in Washington, D.C. Hausfeld LLP currently serves as Lead or Co-Lead Class Counsel in approximately 21 antitrust, mass tort, environmental, consumer protection, and international human rights class and mass actions. Prior to joining Hausfeld LLP, Mr, Lewis was a partner with Cohen, Milstein, Hausfeld & Toll, PLLC where he served as Practice Group Head of the Environmental Health and Mass Tort Practice Group. Mr. Lewis has over 20 years of experience litigating mass tort, environmental and consumer cases involving complex scientific and medical issues. Mr. Lewis and his co-counsel have filed over twenty actions involving Chinese Manufactured Drywall in Florida state and federal court, North Carolina federal court, and Virginia state and federal court.

### Background

Mr. Lewis graduated from Tufts University (B.A. in English, cum laude, 1976),

earned his Master's in Public Health degree from the University of Michigan (1981) and his law degree from University of Pennsylvania (J.D., *cum laude*, 1986). He was Comments Editor for the University of Pennsylvania Law Review (1985-86) and authored the article, *O.C.A.W. v. American Cyanamid: The Shrinking of the Occupational Safety and Health Act*, U. Pa. L. Rev. (July 1985). He served as a law clerk to Stanley S. Brotman (D. NJ.). He is a member of the American Association for Justice and other legal groups. He is admitted to practice in the District of Columbia and several other jurisdictions. He is also an adjunct Professor who will be teaching Toxic Torts at George Washington University Law School in Washington, D.C. during the 2009 Fall semester.

### Relevant Experience and Prior Court Appointments

Mr. Lewis has been appointed to serve as Co-Lead Counsel and as a member of the Plaintiffs' Steering Committee in several mass tort and product liability class action cases including *In re StarLink Corn Products Liability Litig.*, MDL No. 1403 (N.D. Ill) (representing farmers asserting claims that genetically modified corn contaminated the U.S. corn supply; later settled for over $100 million), and *In re Phenylpropanolamine (PPA) Products Liability Litig.*, MDL No. 1407 (W.D. Wa) (asserting claims by users of unsafe over-the-counter medicines). He is currently a member of the Plaintiffs' Steering Committee in *In re Prempro Products Liability Litig.*, MDL No. 1507 (E.D. Ark.).

In addition, Mr. Lewis served as class counsel in several actions seeking to obtain medical monitoring relief for communities exposed to toxic chemicals or unsafe drugs. In *In re Diet Drug Litig.*, MDL 1203 (E.D. Pa), Mr. Lewis served as court-appointed Subclass Counsel -- a case which resulted in a $4 billion settlement providing medical monitoring in addition to individual personal injury awards. In *Harman v. Rohm & Haas Co., Inc., et al*, Case No: L-1375-95 (Gloucester Cty., N.J.), Mr. Lewis recovered a medical monitoring

settlement for thousands of residents who lived on or played near a Superfund landfill in New Jersey. Of particular relevance to the Chinese Drywall litigation, Mr. Lewis also has significant experience in handling toxic household product cases having litigated both individual and class childhood lead poisoning cases and recently serving as lead trial counsel in a public nuisance case against the lead pigment industry in *City of Milwaukee v. NL Industries Inc.*, Case No: 01-cv-003-066 (Mil. Cir. Ct.).

Mr. Lewis is presently handling several environmental cases regarding toxic contamination. For example, he represents citizens in Bhopal, India, whose drinking water was contaminated by the Union Carbide pesticide plant emissions in *Bano et al., v. Union Carbide Corp., et al.,* Civ. Action No. 1:99-cv-11329-JFK (S.D. N.Y.). Additionally, he represents farmers in Barbados whose lands were contaminated by leaking jet fuel from a Shell underground pipeline. Mr. Lewis is also Co-Lead Counsel in several consumer fraud class actions involving defective building products including *Ross v. Trex Company, Inc.*, Case No: 5:09-cv-00670-PT (N.D. of CA.) and *Pelletz et al., v. Advanced Environmental Technologies, Inc.,* Case No: C08-0334 JCC (W.D. Wa).

**Pre-trial Order No. 1 Criteria**

Mr. Lewis, as well as his firm, have demonstrated the willingness and ability to commit the legal and financial resources necessary to handle time consuming, complex, and expensive cases as demonstrated by their Court-appointed Lead Counsel, Co-lead Counsel, and Class Counsel roles in the cases cited above and others. *E.g., In Re: Chocolate Confectionary Antitrust Litig.,* MDL No. 1935, CMO No. 6(b), (E.D. Pa. Dec. 19, 2008) (noting that "Hausfeld LLP possesses the resources and expertise necessary to provide able representation" in appointing the firm as one of the Co-Lead Class Counsel).

In addition to demonstrating his professional experience in similar matters, each of

the cases discussed above also required Mr. Lewis to work closely and cooperatively with other PSC members or Co-Lead Counsel throughout all phases of the litigation up through trial and/or settlement. These cases also required experience with complex scientific and legal issues similar to those that may arise in *In re: Chinese Manufactured Drywall Products Litigation*. For example, in *Milwaukee v. NL Industries, Inc.*, 691 N.W.2d 888 (2004), Mr. Lewis prevailed on the legal argument that toxic household products in residences could constitute a public nuisance.

Indeed, Mr. Lewis has dealt with complex legal and scientific issues in this litigation in preparing complaints, serving international defendants, and responding to Motions to Dismiss that have been filed in drywall cases pending in the Southern District of Florida, as well as in state and federal court in Virginia. Given his significant background, resources, experience, and ability to work with others, Mr. Lewis is fully prepared to commit the necessary legal, professional, and financial resources to this litigation.

WHEREFORE, Richard Lewis and Hausfeld LLP respectfully request appointment to the Plaintiffs' Steering Committee in this matter.

Respectfully submitted,

_____
Richard Lewis, Esquire
Hausfeld LLP
1700 K Street, N.W., Suite 650
Washington, DC 20006
(202) 540-7200

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Application of Richard Lewis for Appointment to the Plaintiffs' Steering Committee was filed electronically on the below date and is available for viewing and downloading from the ECF System of the United States District Court for the Eastern District of Louisiana.

Dated:  July 7, 2009

_____
Richard S. Lewis, Esquire