

2009 JUL -7 AM 11:02

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL        MDL Docket No. 2047
PRODUCTS LIABILITY LITIGATION

                                            SECTION L
THIS DOCUMENT RELATES TO ALL CASES          JUDGE FALLON
                                            MAG. JUDGE WILKINSON

---

### APPLICATION OF ERVIN A. GONZALEZ FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

COMES NOW Ervin A. Gonzalez and makes this application for appointment to the Plaintiffs' Steering Committee. In support thereof, he states as follows:

Ervin Gonzalez is a member of Colson Hicks Eidson. He graduated from the University of Miami School of Law, J.D. Cum Laude in 1985. He is Board certified in two areas, Civil Trial Law and Business Litigation. He is a member and past president of the Dade County Bar Association and the Dade County Trial Lawyers Association. He serves on the Florida Bar Board of Governors. He served as liaison for the Florida Bar Board of Governors to the Civil Procedure Rules Committee, the Code of Evidence Committee, and currently serves on the Local Rules Committee for the United States District Court for the Southern District of Florida. He served on the Florida Supreme Court's Judicial Ethics Advisory Committee. He was elected a member of the American Board of Trial Advocates (ABOTA). He also served on the Board of Directors of the Florida Justice Association and on the Board of Trustees for the National Institute for Trial Advocacy (NITA). He serves on the Board of Trustees for St. Thomas University and is an officer of the University of Miami Citizens Board.

He is admitted to the following state bars: Florida, Washington, D.C., Colorado, Texas, New York. He is admitted to the following federal district court bars: Southern and Eastern

___Fee_____
___Process___
_X_Dktd_____
___CtRmDep___
___Doc. No.__

1

Districts of NY, Southern, Middle and Northern Districts of FL., Southern District of TX., United States District Courts of CO. and AZ., and the Eastern and Western Districts of MI. He is admitted to the 3rd, 5th, and 11th Circuit Courts of Appeals and the United States Supreme Court.

He is an adjunct professor at the University of Miami School of Law in Litigation Skills. He lectures widely on mass tort, class actions, products liability, trial techniques and tort litigation. He has authored the following treatises: "LexisNexis Florida Civil Trial Preparation (5 volumes); "LexisNexis Practice Guide on Florida Civil Procedure," (3rd ed.); "LexisNexis Practice Guide: Florida Personal Injury;" and the "Advanced Trial Handbook," by the Dade County Trial Lawyers Association. He has also authored chapters in the following treatises: on demonstrative evidence in "Florida Civil Trial Practice," (6th ed.)(2001); on expert testimony in "Lawyers Cooperative Practice Guide," published by the American Inns of Court Civil Procedure Series on Evidence (1997); on "Legal Implications of Failing to Diagnose Breast Cancer" in the book "Breast Cancer, A Practical Guide," (3rd ed.) (2005). He has also authored numerous articles in a wide variety of legal topics.

Mr. Gonzalez received the following recognition as a trial lawyer: 2009 and 2007 "Top 10 Lawyers in the State of Florida" by Florida Super Lawyers; "Top 11 Lawyers in the Nation for 2005," by Lawyers Weekly USA; "Most Effective Lawyer Award" for Civil Litigation from The Daily Business Review in 2005 and 2006; "Top 500 Litigators in the Nation" by Law Dragon; an "AV" rating in Martindale-Hubbell; "Florida Legal Elite," by Florida Trend Magazine (multiple occasions); a "Top Lawyer" by South Florida Legal Guide; consistently listed in The Best Lawyers in America, including 2009; and Hispanic Business Magazine's "Top 100 Influential Hispanics in 2006."

Mr. Gonzalez has extensive trial experience. He has achieved 26 verdicts over $1 million dollars. Notably, in 2005 he achieved what was then believed to be the largest award ever in a Federal Tort Claims case, a $60.9 million dollar verdict for a brain injured infant; and a

$65 million dollar verdict in a wrongful death case, among the largest verdicts in Florida history. He also has over 100 settlements in excess of $1 million dollars, including a $100 million dollar settlement while serving as lead class counsel on behalf of thousands of class members arising from burial desecrations in two Jewish cemeteries in South Florida.

## PRIOR COMMITTEES & LEADERSHIP IN CLASS ACTIONS AND MASS TORT

Mr. Gonzalez has served on Executive Committees in mass tort, products liability and class action litigation. He has extensive experience in federal litigation. He was Florida Liaison counsel for *In re Diet Drug Litigation*, MDL 1203 (E.D. Pa.), he was part of the Plaintiffs' steering committee for *In re Ephedra Products Liability Litigation,* U.S.D.C. (S.D.N.J., case no. 03-5869 (GEB)).

He was appointed lead class counsel in: *Light v. SCI Funeral Services of Fla.,* (17th Judicial Circuit, Broward County, Florida)(on behalf of 40,000 class members achieving a $100 million dollar settlement); *Verde v. Southwin, Inc.* (11th Judicial Circuit, Miami-Dade County, Florida)(a construction defect class action tried by jury resulting in a multi-million dollar verdict); *Mineo v. Ruvin,* (11th Judicial Circuit, Miami-Dade County, Florida)(class action resulting in multi-million dollar settlement); *Nobo-Alvarez v. Dadeland Cove Homeowners Association,* (11th Judicial Circuit, Miami-Dade County, Florida)(class action settlement regarding Homeowners' association failure to maintain common areas); and *Wiggins v. Hartford Ins. Co. of the Midwest,* (S.D. Fla.)(successful settlement based upon homeowners' insurers illegally deducting depreciation from homeowners' insurance claims). He was co-lead counsel in the ARVIDA Homes (Countrywalk) class action for hundreds of homes based on shoddy construction after Hurricane Andrew.

Mr. Gonzalez is counsel in *Karin Vickers, et al. v. Knauf Gips, KG, et al.,* transferred to this Court by the MDL. Mr. Gonzalez is also counsel in 17 cases filed in the United States District Court for the Southern District of Florida and three cases in Florida Circuit Court

involving Chinese drywall. He is presently reviewing over 150 Chinese drywall claims referred to him by various attorneys throughout the United States, and will shortly file those claims that are appropriate for litigation.

Additionally, in what is likely to arise as an issue in this case, Mr. Gonzalez has extensive experience in medical monitoring claims, having successfully brought the first case of medical monitoring in Florida. *Petito v. A.H. Robins Co., Inc.*, 750 So.2d 103 (Fla. 3d DCA 1999). Moreover, Mr. Gonzalez has successfully tried to verdict and achieved numerous settlements in construction defect/product liability matters similar to the instant case.

His law firm has served as: co-lead counsel in the MDL for ***In re Bridgestone/Firestone, Inc.***; trial counsel in the Premium Sales case (largest mass fraud in South Florida history at the time, resulting in a $170 million dollar settlement); multiple national and international aviation mass disasters representing numerous families; and Court appointed receiver for the $1 billion receivership in the Mutual Benefits fraud case. Mr. Gonzalez along with his law partner Patrick Montoya and his firm are willing and able to commit time and financial resources to this important project and have demonstrated the ability to work cooperatively in the aforementioned MDL's, plaintiffs' steering committees, and class actions.

WHEREFORE, Ervin A. Gonzalez and the law firm of Colson Hicks Eidson request appointment to the Plaintiffs' Steering Committee in this matter.

Respectfully submitted,

_____ (Fla. Bar No. 500720)
Ervin@colson.com
COLSON HICKS EIDSON
255 Aragon Avenue, 2nd Floor
Coral Gables, FL 33134
Phone: (305) 476-7400; fax: (305) 476-7444

## CERTIFICATE OF SERVICE

I certify that on this 6th day of July, 2009, the foregoing Application of Ervin A. Gonzalez to the Plaintiffs' Steering Committee has been served by electronic mail upon all counsel included in the Service List attached to the Court's Pretrial Order #1.

## SERVICE LIST

Jan Douglas Atlas
ADORNO & YOSS LLP
350 East Las Olas Blvd.
Suite 1700
Fort Lauderdale, FL 33301
(954) 766-7823
(954) 766-7800 Facsimile
jatlas@adorno.com
Florida Bar No.: 226426
*Attorneys for Banner Supply Co.*

Hilarie Bass
GREENBERG TRAURIG LLP
1221 Brickell Avenue
Miami, FL 33131
(305) 579-0500
(305) 579-0717 Facsimile
bassh@gtlaw.com
*Attorneys for Lennar Corp.; Lennar Homes, LLC fka Lennar Homes, Inc.; U.S. Home Corp.*

Edward J. Briscoe
FOWLER WHITE BURNETT PA
Espirito Santo Plaza
1395 Brickell Avenue
14th Floor
Miami, FL 33131-3302
(305) 789-9252
(305) 789-9251 Facsimile
EJB@Fowler-White.com
*Attorneys for Black Bear Gypsum Supply, Inc.*

Jeffrey A. Backman
ADORNO & YOSS LLP
350 East Las Olas Boulevard
Suite 1700
Fort Lauderdale, Florida 33301-4217
(954) 763-1200
(954) 766-7800 Facsimile
jbackman@adorno.com
Florida Bar No.: 0662501
*Attorneys for Banner Supply*

Gary F. Baumann
FULMER LEROY ALBEE BAUMANN & GLASS
2866 East Oakland Park Blvd.
Fort Lauderdale, FL 33306
(954) 707-4430
(954) 707-4431 Facsimile
gbaumann@fulmerleroy.com
*Attorneys for Independent Builders Supply Association, Inc.*

Greg S. Burge
BURR & FORMAN LLP
420 North 20th Street
Suite 3400
Birmingham, AL 35203
(205) 458-5101
(205) 244-5612 Facsimile
gburge@burr.com
*Attorneys for Rightway Drywall, Inc.*

Susan J. Cole
BICE COLE LAW FIRM
999 Ponce De Leon Boulevard
Suite 710
Coral Gables, FL 33134
(305) 444-1225
(305) 446-1598 Facsimile
cole@bicecolelaw.com
*Attorneys for L&W Supply Corp. dba Seacost Supply; USG Corp.*

Steven G. Schwartz, Esq.
Florida Bar No.: 911471
James W. Flanagan, Esq.
Florida Bar No.: 249440
SCHWARTZ & HORWITZ, PLC
6751 North Federal Highway
Suite 400
Boca Raton, Florida 33487
(561) 395-4747
(561) 367-1550 Facsimile
sgs@sandhlawfirm.com
jwf@sandhlawfirm.com
*Attorneys for South Kendall Construction, Corp.*

South Kendall Constructino
2368 SE 17th Ter.
Homestead, FL 33035

Knauf GIPS KG
Ridham Dock, Kemsley
Sittingourne, Kent ME I 8SR, UK
*Gebr Knauf Verwaltungsgesel lschaft KG; Knauf Gips KG*

Knauf Plasterboard (Wuhu) Co.
No. 2 Gang Wan Road
Wuhu Anhul, China 241000

La Suprema Enterprise
221 NE 164th Street
North Miami Beach, FL 33160
*La Suprema Enterprise, Inc.*

La Suprema Trading, Inc.
221 NE 164th Street
North Miami Beach, FL 33160

Chris S. Coutroulis
CARLTON FIELDS PA
P.O. Box 3239
4221 West Boy Scout Boulevard
Suite 1000
Tampa, FL 33601-3239
(813) 223-7000
(813) 229-4133 Facsimile
ccoutroulis@carltonfields.com
*Attorneys for M/I Homes, Inc.*

Interior Exterior Bldg.
727 S. Cortez
New Orleans, LA 70119
*Interior Exterior Building Supply*

Knauf Plasterboard (Tianjin) Co.
North Yinhe Bridge, East Jingjin Road
Belchen District
Tianjin, China 300400

Knauf Plasterboard (Dongguan)
No. 2 Xinsha Development Zone
523147 Guangdong, China

Raul Ricardo Loredo
MINTZER SOROWITZ & ZERIS
255 Alhambra Circle
Suite 1150
Coral Gables, FL 33134
(304) 774-9966
(305) 774-7743 Facsimile
rloredo@defensecounsel.com

6

| | |
|---|---|
| *La Suprema Trading, Inc.* | *Attorneys for Interior Exterior Building Supply, LP* |
| Steven L. Nicholas<br>CUNNINGHAM BOUNDS LLC<br>1601 Dauphin Street<br>P.O. Box 66705<br>Mobile, AL 36660<br>(251) 471-6191<br>(251) 479-1031 Facsimile<br>sln@cunninghambounds.com<br>*Attorneys for The Mitchell Co., Inc.* | Mark A. Romance<br>RICHMAN GREER, P.A.<br>Miami Center, Suite 1000<br>201 South Biscayne Boulevard<br>Miami, Florida 33185<br>(305) 373-4000<br>(305) 373-4099 Facsimile<br>Florida Bar No.: 021520<br>mromance@richmangreer.com<br>*Attorneys for Taylor-Woodrow Communities at Vasari, L.L.C.* |
| Rothchilt International Ltd.<br>No. 181, 5th Floor 5-A02<br>Zheijang, China 315000 | Neal A. Sivyer<br>SIVYER BARLOW & WATSON, P.A.<br>401 E. Jackson Street, Suite 2225<br>Tampa, FL 33602<br>(813) 221-4242<br>(813) 227-8598 Facsimile<br>Florida Bar No.: 373745<br>nsivyer@sbwlegal.com<br>*Attorneys for Taylor-Woodrow Communities at Vasari, L.L.C.* |
| Taishan Gypsum Co., Ltd.<br>Dawenkou, Taian<br>Shandong, China 271026<br>*Taishan Gypsum Co., Ltd. fka Shandong Taihe Dongxin Co., Ltd.* | |
| Jeremy W. Alters, Esq.<br>Miami Design District<br>4141 NE 2nd Avenue<br>Suite 201<br>Miami, FL 33137-3592<br>(305) 571-8550<br>(305) 571-8558 Facsimile<br>Jeremy@abbrclaw.com<br>Florida Bar No.: 111790 | Tod Aronovitz, Esq.<br>ARONOVITZ LAW<br>777 Brickell Avenue<br>Suite 850<br>Miami, FL 33131-2811<br>(305) 372-2772<br>(305) 397-1886 Facsimile<br>ta@aronovitzlaw.com<br>Florida Bar No.: 186430 |
| Daniel E. Becnel, Jr.<br>BECNEL LAW FIRM LLC<br>106 West Seventh Street<br>P.O. Drawer H<br>Reserve, LA 70084 | Kimberly L. Boldt<br>ALTERS BOLDT BROWN RASH & CULMO PA<br>4141 N.E. 2nd Avenue<br>Suite 201 |

(985) 536-1186
(985) 536-6445 Facsimile
dbecnel@becnellaw.com
*Attorneys for Jill M. Donaldson and John Oertling*

Christopher C. Casper
JAMES HOYER NEWCOMER &
SMILJANICH PA
One Urban Centre
4830 West Kennedy Boulevard
Suite 550
Tampa, FL 33609-2589
(813) 286-4100
(813) 286-4174 Facsimile
ccasper@jameshoyer.com
*Attorneys for Kristin Morgan Culliton*

Charles David Durkee, Esq.
Alhambra Towers
121 Alhambra Plaza
Suite 1603 PH1
Coral Gables, FL 33134-4541
(305) 442-1700
(305) 442-2559 Facsimile
durkee@rdlawnet.com

Kenneth G. Gilman
GILMAN & PASTOR LLP
6363 Highcroft Drive
Naples, FL 34119
(508) 291-8400
(508) 291-3258 Facsimile
kgilman@gilmanpastor.com
*Attorneys for Duane Ankney*

Jack Landskroner
LANDSKRONER GRIECO MADDEN LTD
1360 West 9th Street
Suite 200

Miami, FL 33137
(305) 571-8550
(305) 571-8558 Facsimile
kimberly@abbrclaw.com
*Attorneys for Hector Barrozo, Maria Ines Pinar DeBarrozo, Angela Garcia, and Lorena Garcia*

Victor Manuel Diaz, Jr.
PODHURST ORSECK JOSEFSBERG ET AL
City National Bank Building
Suite 800
25 W. Flagler Street
Miami, FL 33130
(305) 358-2800
(305) 358-2382 Facsimile
vdiaz@podhurst.com
*Attorneys for Dajan Green and Janet Morris-Chin*

Robert D. Gary
rdgary@gmail.com
Jori Bloom Naegele
jbnaegele@gmail.com
GARY, NAEGELE & THEADO, LLC.
446 Broadway
Lorain, Ohio 44052
(440) 244-4809
(440) 244-3462 Facsimile

Michael D. Hausfeld
mhausfeld@hausfeldllp.com
Richard S. Lewis
rlewis@hausfeldllp.com
James J. Pizzirusso
jpizzirusso@hausfeldllp.com
Faris Ghareeb
fghareeb@hausfeldllp.com
HAUSFELD, LLP.
1700 K Street, Suite 650
Washington, DC 20006
(202) 540-7200
(202) 540-7201 Facsimile

Arnold Levin
Alevin@lfsblaw.com
Fred S. Longer
Flonger@lfsblaw.com

Cleveland, OH 44113  
(216) 522-9000  
(216) 522-9007 Facsimile  
*Attorneys for Steven Minafri*

Jack Reise  
COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP  
120 East Palmetto Park Road  
Suite 500  
Boca Raton, FL 33432  
(561) 750-3000  
(561) 750-3364 Facsimile  
jreise@csgrr.com  
*Attorneys for Lawrence Riesz and Jennifer Schnee*

Richard J. Serpe  
Law Offices of Richard J. Serpe, P.C.  
580 East Main Street, Suite 310  
Norfolk, VA 23510  
(757) 233-0009  
(757) 233-0455 Facsimile  
rserpe@serpefirm.com

Richard W. Stimson  
Law Offices of Richard W. Stimson  
4726 Mainsail Drive  
Bradenton, FL 34208  
(214) 914-6128  
Rick.Stimson@comcast.net

Daniel C. Levin  
Dlevin@lfsblaw.com  
LEVIN, FISHBEIN, SEDRAN & BERMAN  
510 Walnut Street  
Suite 500  
Philadelphia, PA 19106  
(215) 592-1500  
(215) 592-4663 Facsimile  
*Attorneys for Felix Martinez, Jenny Martinez, Walter Niemczura, Gene Raphael, Jason Santiago, Jim Tarzy, Karin Vickers*

Michael Ryan, Esq.  
Krupnick Campbell et. al.  
700 SE 3rd Avenue  
Suite 100  
Fort Lauderdale, FL 33316-1154  
(954) 763-8181  
(954) 763-8292 Facsimile  
mryan@krupnicklaw.com  
Florida Bar No.: 975990

Bruce Steckler  
BARON & BUDD  
3102 Oak Lawn Avenue  
Suite 1100  
Dallas, TX 75219-4281  
(214) 521-3605  
(214) 520-1181 Facsimile  
bsteckler@baronbudd.com  
*Attorneys for Katherine L. Foster*

Scott Wm. Weinstein  
MORGAN & MORGAN PA  
12800 University Drive  
Suite 600  
Fort Myers, FL 33907-5337  
(239) 433-6880  
(239) 433-6836 Facsimile  
sweinstein@forthepeople.com  
*Attorneys for Nicole J. Allen & Shane M. Allen*

Colson Hicks Eidson Colson Matthews Martínez Gonzalez Kalbac & Kane  
255 Aragon Avenue, 2nd Floor, Coral Gables, Florida 33134-5008 Telephone: (305) 476-7400 Fax: (305) 476-7444