UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

2009 JUL -7  AM 11:01

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL NO. 2047 * * SECTION: L * * * JUDGE FALLON * MAG. JUDGE * WILKINSON * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DAVID P. MATTHEWS' APPLICATION FOR APPOINTMENT
TO PLAINTIFFS' STEERING COMMITTEE**

On June 16, 2009, the Court issued Pre-Trial Order No. 1 wherein the Court addressed applications for appointment to the Plaintiffs' Steering Committee. The appointment of David P. Matthews, Matthews & Associates, to the Plaintiffs' Steering Committee will further the goals of efficiency and fairness, which are crucial to consolidated multidistrict litigation and contribute to the Steering Committee and other management structure of the MDL. Thus, David P. Matthews submits this Application for Appointment to the Plaintiffs' Steering Committee and offers the following in support of his application:

I am the named partner of the law firm of Matthews & Associates in Houston, Texas. I have been practicing law for over 20 years. We have interviewed and are reviewing over 150 potential drywall clients' cases and have filed suit on behalf of 14 clients. A list of these cases is attached hereto. In other litigation, my firm and I have repeatedly displayed the experience and ability to manage and administer large complex litigation to inception to end. For a review of the credentials of the law firm and its attorneys, please visit the Martindale-Hubbell website at www.martindale.com and the firm's website at www.thematthewslawfirm.com.

___Fee _____
___Process_____
X_Dktd _____
___CtRmDep_____
___Doc. No._____

I have represented thousands of clients in products liability MDLs and have served in various leadership capacities and committees in those MDLs, including being a member of the Avandia PSC, Trasylol PSC, Zyprexa PSC, the Texas State Court Vioxx MDL PSC, and the Baycol PSC. In connection therewith, I have been in charge of three separate document depositories for mass tort litigation. I am familiar with the Manual on Complex Litigation.

I am currently admitted to practice before all state courts in New York, Mississippi, and Texas, where I am Board Certified in Personal Injury Trial Law. I am also admitted to practice in the United States District Courts for the Northern, Eastern, Southern, and Western Districts of Texas, Southern District of Mississippi, and Southern District of New York. I am a Martindale-Hubble A-V rated attorney, a member of the American Board of Trial Advocates, American Association for Justice, Texas Trial Lawyers Association, Houston Trial Lawyers Association, and have tried more than 110 cases to verdict. I have been recognized as a Texas Super Lawyer since its inception. I am also a guest lecturer for Rice University where I give lectures on medical/legal issues.

I was previously a partner at the firm of Abraham, Watkins, Nichols, Sorrels, Matthews & Friend. The oldest personal injury firm in Houston, Abraham, Watkins was established in 1955 and has since earned a reputation for promoting and protecting the rights of all citizens and achieving significant victories on behalf of their clients. At Abraham, Watkins, I was head of the Mass Tort Litigation Department. I left that partnership to form Matthews & Associates in January 2007. I brought to my new firm the entire litigation staff that I had in place at Abraham, Watkins. Over the last twenty years, I have developed a sophisticated mass torts department that is well recognized across the country.

Matthews & Associates is a law firm of ten attorneys located in Houston, Texas and New York, New York. Most recently, my firm and I represented over 1900 Vioxx clients in lawsuits filed including 300 in the Texas MDL, 100 in the Superior Court of New Jersey MDL, and 1500 in the Federal MDL. Matthews & Associates has distinguished itself as particularly well-suited for helping clients involved in mass tort cases, having represented thousands of clients with claims. More specifically, my firm and I have served our American and Puerto Rican clients in the following MDL cases:

- MDL 1203:   In Re: Diet Drugs Products Liability Litigation
- MDL 1348:   In Re: Rezulin Products Liability Litigation
- MDL 1355:   In Re: Propulsid Products Liability Litigation
- MDL 1401:   In Re: Sulzer Hips Prosthesis and Knee Prosthesis Products Liability Litigation
- MDL 1407:   In Re: Phenylpropanolamine (PPA) Products Liability Litigation
- MDL 1431:   In Re: Baycol Products Liability Litigation
- MDL 1477:   In Re: Serzone Products Liability Litigation
- MDL 1481:   In Re: Meridia Products Liability Litigation
- MDL 1507:   In Re: Prempro Products Liability Litigation
- MDL 1596:   In Re: Zyprexa Products Liability Litigation
- MDL 1598:   In Re: Ephedra Products Liability Litigation
- MDL 1657:   In Re: Vioxx® Marketing, Sales Practices and Products Liability Litigation
- MDL 1699:   In Re: Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation
- MDL 1708:   In Re: Guidant Corp. Implantable Defibrillators Products Liability Litigation
- MDL 1724:   In Re: Viagra Products Liability Litigation
- MDL 1726:   In Re: Medtronic, Inc. Implantable Defibrillators Products Liability Litigation
- MDL 1742:   In Re: Ortho Evra Products Liability Litigation
- MDL 1769:   In Re: Seroquel Products Liability Litigation
- MDL 1789:   In Re: Fosamax Liability Litigation

- MDL 1871:      In Re: Avandia Marketing, Sales Practices and Products Liability Litigation
- MDL 1909:      In Re: Gadolinium Contrast Dyes Products Liability Litigation
- MDL 1928:      In Re: Trasylol Products Liability Litigation

Most recently, Matthews & Associates successfully prosecuted claims for over 4500 victims of environmental contamination, affecting both their health and properties, in Nashoba and Scott Counties in Mississippi. In prosecuting this complicated case, we retained property valuation experts and other experts, similar to those required for the drywall litigation, necessary to determining appropriate compensation for our clients.

In connection with the above referenced litigation dockets, we have served multiple defendants through the Hague Convention. Thus, my staff and I are familiar with the obstacles associated with an international defendant. My staff and I are uniquely qualified and experienced to address the complex matters in multi-district litigation such as this. My firm has retained our own set of experts to assist in the immediate review and ultimate prosecution of the drywall cases.

In closing, I believe my reputation for working cooperatively with other attorneys is evidenced by the fact that I have initiated and arranged meetings among groups of plaintiffs' attorneys to organize our efforts and share information in the numerous litigations listed above and have worked cooperatively with groups of attorneys in mass torts for many years.

-5-

I would be honored if the Court chose me to serve on the Plaintiffs' Steering Committee. I have the resources, willingness, and availability to commit to this important project. From the efforts I have expended thus far on this project and on past projects, I can assure the Court that I am qualified to serve on the Plaintiffs' Steering Committee in this MDL. I therefore respectfully seek Your Honor's appointment.

Dated: July 6, 2009

/s/ David P. Matthews
**David P. Matthews**
Texas Bar No. 13206200
Mississippi Bar No. 101651
New York Bar No. 640168
MATTHEWS & ASSOCIATES
2905 Sackett
Houston, TX 77098
Telephone (713) 522-5250
Facsimile (713) 535-7184

## LIST OF CHINESE-MANUFACTURED DRYWALL CASES PRESENTLY FILED BY DAVID P. MATTHEWS, MATTHEWS & ASSOCIATES

*James Carter and Alexis Carter, et al.;* No. 09-4147; in United States District Court for the Eastern District of Louisiana;(plaintiffs from seven households)

*Evelyn Moore, et al.;* No. 09-4145; in United States District Court for the Eastern District of Louisiana;(plaintiffs from three households)

*Audrey Paul, et al.;* No. 09-4144;in United States District Court for the Eastern District of Louisiana; (plaintiffs from two households)

*Christopher Myers, et al.*;No. 09-4146; in United States District Court for the Eastern District of Louisiana;(plaintiffs from two households)