UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED  )  MDL No. 2047
        DRYWALL PRODUCTS         )
        LIABILITY LITIGATION     )  SECTION: L
                                 )
This Document Relates to:        )  JUDGE FALLON
ALL CASES                        )  MAG. JUDGE WILKINSON
                                 )

## APPLICATION OF JACK LANDSKRONER, ESQ. FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

Now comes Jack Landskroner of Landskroner • Grieco • Madden, LLC and pursuant to Pretrial Order No. 1, files this application respectfully requesting that this Honorable Court appoint him to the Plaintiffs steering committee (PSC) in MDL No. 2047. Landskroner is plaintiff's counsel in *Minafri v. M/I Homes, Inc.*, Case No. 2:09-cv-04120, transferred to this Court form the Southern District of Ohio under the MDL order.

Jack Landskroner is the founder and managing member of Landskroner • Grieco • Madden. Landskroner is actively engaged as counsel in matters of complex litigation in cases filed across the country. Landskroner has played a prominent role as lead, co-lead, and liaison counsel in actions where substantial recoveries were obtained for individuals and classes of innocent investors victimized by corporate fraud, as well as consumers that were defrauded by unscrupulous business practices including, but not limited to, anti-competitive/antitrust claims, marketing of defectively manufactured products, and consumer protection claims.

Landskroner • Grieco • Madden also represents Ohio families in their individual claims for catastrophic harm caused by defective products, unsafe work environments,

negligent medical care, and predatory lending practices, in addition to individuals and small businesses harmed as the result of bad faith insurance practices.

Landskroner and Landskroner • Grieco • Madden have built a reputation of providing quality representation to their clients in conjunction with aggressive advocacy and high standards of ethical conduct.  Landskroner • Grieco • Madden is a results-driven law firm that only accepts a limited number of cases in order to provide its full resources and commitment to each client it agrees to represent and each cause it stands behind.  Jack Landskroner is available and willing to commit his individual and his firm's time and resources to fulfill the duties of a PSC committee member.

As one example of his commitment to his clients and cases, Landskroner, after spending eight years in litigation serving as co-lead counsel, recently obtained a global settlement with defendant West Corporation providing 150-300% of damages recoverable for over 122,000 consumers whose credit cards were improperly charged fees for unwanted products without consent by this national telemarketing company.  *See Ritt v. Billy Blanks*, Case No. 424237, Cuyahoga Court of Common Pleas, state of Ohio, and sister case *Sanford v. West Corporation*, Case No. GIC805541, Superior Court of the State of California.[1]  His work in this matter warranted a nomination for Trial Lawyer of the Year from the Public Justice Foundation (formerly "Trial Lawyers for Public Justice").   Landskroner's commitment to his clients is further exhibited in his continued pursuit of the remaining culpable party to this scam on behalf of a putative class anticipated to constitute over 1,000,000 consumers.  *See In re Vertrue Sales and Marketing Practices*, MDL No. 2044. Landskroner affirms the same commitment and attention to this action, if selected to sit on the PSC.

Landskroner has worked closely with attorneys from across the nation in complex cases, including class action securities litigation, antitrust, and consumer claims.

---

[1]   The sister consumer class cases, *Ritt* and *Sanford*, involved both federal and state court actions, five appeals, bankruptcy filings, nearly 50 depositions, review of hundreds of thousands of documents with the *Sanford* case just months from trial, before a resolution with West Corporation was reached.

As an accolade and example of the support, confidence, and cooperative relationship Landskroner enjoys with his colleagues, in 2007 he was nominated to the Executive Committee of the Public Justice Foundation, a national public interest law firm that boasts over 3500 member attorneys across the country. Landskroner now serves in leadership as the incoming Treasurer for the organization, and sits on the Board of Directors.

Jack Landskroner is an AV-rated, Board-certified trial advocate who has litigated complex cases as lead, co-lead, and as participating counsel on discovery committees, expert committees, and trial teams in actions across the country.[2] Landskroner has tried over 50 civil cases to jury verdict, including class actions and other complex litigation. Landskroner has experience in both mass tort products claims and individual products liability actions similar to the case before the court. At present, Landskroner serves on the Plaintiffs' Executive Committee for *In re: Human Tissue Products Liability Litigation*, MDL No. 1763, and will be serving as co-lead counsel in *In re: Vertrue Marketing and Sales Practices Litigation*, MDL No. 2044. Landskroner has the experience and ability to provide insight and benefit to the PSC.

Landskroner and Landskroner • Grieco • Madden are willing and capable of committing the necessary resources for a case of this magnitude in order to ensure the best result for our clients and, correspondingly, all homeowners that have been plagued by defective Chinese drywall.

---

[2]   By way of example:

*Ritt v. Billy Blanks*, Case No. 424237, Cuyahoga County Court of Common Pleas, Ohio (co-lead counsel): Consumer fraud class action alleging defendants violated consumer protection statutes by improperly charging consumer credit cards for a wholesale buy-club membership without authorization; *Sanford v. West Corporation*, Case No. GIC805541, Superior Court of California, County of San Diego (co-lead counsel): Consumer fraud class action alleging defendants violated consumer protection statutes by improperly charging consumer credit cards for a wholesale buy-club membership without authorization; *In re Carbon Black Antitrust Litigation*, U.S.D.C. Master Docket No. 03-CV-10191-DPW, District of Massachusetts (cooperating counsel/discovery team); *In re FirstEnergy Corp. Securities Litigation*, U.S.D.C. Case No. 5:03-CV-1684, Northern District of Ohio, Eastern Division (local trial counsel): Securities fraud class action alleging defendants violated federal securities law; *In re Scrap Metal Antitrust Litigation*, U.S.D.C. Case No. 1:02-CV-0844, Northern District of Ohio, Eastern Division (cooperating counsel on discovery team): Plaintiffs allege that scrap dealers unlawfully conspired to fix the price of scrap metal; *In re Advanced Lighting Securities Litigation*, U.S.D.C. Master File No. 1:99CV836, Northern District of Ohio, Eastern Division (liaison and local trial counsel): Securities fraud class action alleging defendants violated federal securities law.

Landskroner has already spent significant time and expense meeting with homeowners, inspecting homes, and evaluating insurance policies. In addition, he has already undertaken efforts to advance the cause of homeowners in these matters, having argued for injunctive relief before the United States District Court in the Southern District of Ohio, as well as negotiating for early resolution with defense counsel in the *Minafri* putative class action, prior to the transfer of this action into the MDL. Although such efforts ultimately failed to bring final resolution, it was only after counsel's efforts that Defendant M/I Homes, Inc. elected to increase its direct offer to homeowners for resolution of their claims by improving its remediation proposal and extending the warranty offered on the affected homes.

Landskroner has been and will remain involved in this action, attending the MDL proceedings in Louisiana[3], as well as attending the Court's hearing scheduled for July 9, 2009.

WHEREFORE, Jack Landskroner respectfully requests to be appointed to the Plaintiffs' Steering Committee.

Respectfully submitted,

Landskroner • Grieco • Madden, LLC

s/Jack Landskroner

Jack Landskroner (Ohio Bar No. 0059227)
Landskroner • Grieco • Madden, LLC
1360 West 9th Street, Ste. 200
Cleveland, OH 44113-1254
(216) 522-9000
(216) 522-9007 (Fax)
jack@lgmlegal.com

---

[3] Landskroner was scheduled to argue at the MDL hearing on May 27, 2009, but due to a family emergency, his partner, Paul Grieco, appeared on his behalf.

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of this Application upon all known counsel for all parties, as well as all persons listed on the Panel Service List via the Court's CM/ECF system, or by placing same in the U.S. mail, properly addressed and with first-class postage prepaid, or other electronic transmission this 7th day of July, 2009.


s/Jack Landskroner
Jack Landskroner