UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

*******************************************

## APPLICATION FOR APPOINTMENT OF
## W. JAMES SINGLETON  TO PLAINTIFF STEERING COMMITTEE

NOW COMES, W. James Singleton and makes this application for appointment to the Plaintiff's Steering Committee.  In support thereof, he states:

As per Pre-Trial Order #1 issued on June 16, 2009, I, W. James Singleton respectfully petition the Court to allow this to serve as my application for appointment to the Plaintiff's Steering Committee in Multi District Litigation #2047, in re Chinese Manufactured Drywall Products Liability Litigation.  I am currently enrolled as counsel of record in the matter entitled **_Dr. Joseph Serio versus Knauf Gips, et al_**, which was filed on June 17, 2009 via instrument number 09-4148, in the United States District Court for the Eastern District of Louisiana.

I am the owner and senior member of the Singleton Law Firm located in Shreveport, Louisiana and have been in practice for over 20 years.  I am admitted to practice in all Louisiana courts.  Throughout my numerous years of practice, I have developed and nurtured a reverent and esteemed rapport with all individuals that I have collaborated with.

\_\_\_ Fee_____
\_\_\_ Process\_\_\_\_\_
_X_ Dktd\_\_\_\_\_
\_\_\_ CtRmDep\_\_\_\_
\_\_\_ Doc. No.\_\_\_\_

Currently, I serve as a Member of the State and Federal Liaison Committee in the *Vioxx Class Action Litigation,* MDL #1657. This litigation was established in 2002 and is still active. Additionally, I am an active member of the *Castano Tobacco Class Action Litigation*, an active member of the Trial Team in *Gloria Scott, et al vs. Phillip Morris Company, et al*.

I have a very diversified history of participation in other Multi District Litigations, including but not limited to the following:

Member of the Plaintiff Steering Committee in the *Baycol Class Action Litigation,* MDL #1431 beginning December 2001. Member of the Plaintiff Steering Committee in the *Meridia Class Action Litigation,* MDL #1481, August, 2002 through November, 2007. Member of the Plaintiff Steering Committee in the *Serzone Class Action Litigation*, MDL#1477, August 2002 through September 2007. Member of Plaintiff Steering Committee of the *Industrial Class Actions Litigation Claims,* In re Monumental Life Insurance Company Industrial Insurance Litigation, MDL # 1371c/w 1382, 1390, 1391, 1395, beginning October, 2000.

Based upon the above listed accomplishments, my commitment and knowledge is fully demonstrated. I know that I possess the ability to draw from my past experiences as well as create new experiences to an effective and productive member of the PSC.

Additionally, as from past knowledge I am fully aware of and have no issue meeting any obligations that would be expected of me as a member of this prestigious team.

I am a member of the American Bar Association, Louisiana Association for Justice. the American Association for Justice and the Public Justice Foundation. I was

the Caddo Parish Commission at a very young age and subsequently elected to the Louisiana Legislature where I served as Chairman of two major committees; Judiciary and Civil Law. I served proudly with the Legislature for 12 years. I was also highlighted as one of the top attorneys in Louisiana in the 2008 edition of Super Lawyers.

I am a highly respected attorney not only in Louisiana but around the country. My credibility and resourcefulness are well known by my colleagues. My experience and vast knowledge of Product Liability claims and complex litigation will prove to be most useful and beneficial to this matter. I possess the resources and commitment to handle this appointment by this Honorable Court.

WHEREFORE, I, W. James Singleton respectfully request that I be appointed as a member of the Plaintiff Steering Committee in the aforementioned matter.

Respectfully Submitted:

THE SINGLETON LAW FIRM
A Professional Law Corporation

By: _____
W. James Singleton
La Bar Roll No: 17801
4050 Linwood Avenue
Shreveport, LA 71108
Phone: (318) 631-5200
Facsimile: (318) 636-7759

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this ___6___ day of ___July___, 2009, served a copy of the foregoing pleading on all counsel of record by mailing the same by United States mail, first class postage prepaid.

_____
W. JAMES SINGLETON