

W. James Singleton
Reshonda L. Bradford
Ree J. Casey
Sandy Clause
Damon A. Kirin, APLC x
Robert J. Diliberto, APLC* x

**THE SINGLETON LAW FIRM**
A PROFESSIONAL LAW CORPORATION

Phillip Pennywell, Jr., Ph.D.,
Vice President of Operations
www.singletonlaw.com
Toll Free 1-877-631-5200
Phone (318) 631-5200
Telecopier (318) 636-7759

Of Counsel  x
Licensed in LA and TX * x

July 6, 2009

United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C-151
New Orleans, LA  70130

In Re:  Chinese Manufactured Drywall Products Liability Litigation
MDL Number:  2047
United States District Court – Eastern District of Louisiana

To Whom It May Concern:

Please find the original and two copies of my application for the Plaintiff's Steering Committee in the aforementioned litigation.  As per PTO #1, please retain the original and one copy and return one file stamped copy to my office.

With kindest and best personal regards, I am

Sincerely yours,

W. James Singleton