UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 JUL -7 PM 12: 28

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURING DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NP. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKENSON |

### APPLICATION OF DANIEL K. BRYSON FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

Pursuant to Paragraph 17 of Pretrial Order No. 1, I, Daniel K. Bryson, make this application for appointment to the Plaintiffs' Steering Committee. In support thereof, I state as follows:

I have devoted my entire practice over the last twenty-one (21) years to the key issues involved in this litigation. Although I have significant experience in a number of defective construction product class actions and various MDL committees, my main strength and depth of experience is successfully representing thousands of individual owners, in numerous states, in defective construction product cases against manufacturers, general contractors, subcontractors, and insurance companies.[1] This representation has routinely involved developing complex scientific evidence as to the product defect, development of databases involving hundreds of thousands of documents to show the product defect and knowledge of the defect, involvement in efforts to establish coverage in declaratory judgment actions involving commercial general liability policies for contractors, development of comprehensive remediation protocols for repair of the residences and multi-family complexes, and handling the personal injury claims of residents exposed to various contaminants in their homes, such as mold. My experience is enhanced by having spent the first seven (7) years of my practice representing general

---

[1] By way of example only, I have served on the PSC in *In re Zurn Pex Products Liability Litigation*, 08-MDL-1958 (ADM/RLE), United States District Court, District of Minnesota.
{00351078.DOC}

contractors, subcontractors, and insurance companies and gaining that unique perspective before devoting the last fourteen (14) years to the exclusive representation of plaintiffs and owners.

In 1994, I handled the first case involving problems associated with EIFS ("Exterior Insulation Finish System" or synthetic stucco). At that time, no one knew the nature of the defect, the proper repair, the responsible parties, or potential insurance coverage. Over the next ten (10) years, I successfully handled hundreds of individual and multi-family EIFS cases against a myriad of manufacturers, contractors and distributors in a number of states including NC, VA, MS, GA, DC, MD, PA, FL, TN, TX and IL, to name a few. The total settlements are in excess of $150 million. I was brought in as co-counsel by other attorneys in hundreds of cases due to my national expertise in this dispute. For example, I was lead counsel in obtaining the first verdict against an EIFS manufacture in the Virginia Beach case of *Bay Point Condos v. Dryvit et al.*, 54 Va. Cir. 422 (Va.Cir.Ct. 2001). The Judge issued a lengthy opinion that was used as a template by many other attorneys in numerous trials around the country. Upon request, I can provide the Court with additional examples of defective construction product cases, both individual and class action, with which I have been involved in my career.[2]

The Chinese Drywall dispute is very similar and involves the same complex issues that I have litigated over my career-a manufacturer supplying a defective product that is used and distributed by numerous other parties in the construction process. My vast experience in construction defect litigation demonstrates my ability to work cooperatively with others and will certainly benefit the PSC in these cases.

---

[2] For example, I have litigated cases involving various defective claddings, defective windows, shingles, plumbing fixtures, etc. I am also one of four co-lead counsel who represents hundreds of owners of commercial and residential property owners whose structures were built with defective concrete in *Adams v. Federal Materials*, No. 5:05-CV-90TBR (W.D. Ky.). The parties recently reach a $10.1 million settlement. The first phase of the case as to another defendant was settled for an amount in excess of $30 million. This case involved defective aggregate supplied by a foreign parent manufacturer and presented the usual economic loss rule challenges, foreign corporation challenges, etc.

I also have significant experience in construction defect cases that include a personal injury component. Most significantly, I have extensive experience litigating mold cases and the resulting personal injuries. These cases present special challenges due to the numerous experts needed to pursue the claims. (i.e., toxicologists, certified industrial hygienists, various Ph.D. mycologists and microbiologists, forensic engineers, restoration and remediation contractors, and medical doctors in a variety of specialties.) I have dealt with numerous *Frye* and *Daubert* challenges relating to these experts. I have successfully resolved millions of dollars of these types of cases. For example, I have successfully resolved a number of mold cases for owners in a Ritz Carlton Condominium project located in Washington DC, a Bible College, with numerous sick students, located in Orange Park, Florida, and numerous houses and condominium projects located in multiple states. Again, I have typically worked with other plaintiff's attorneys in these cases to reach an agreeable resolution with the defendants. The numerous legal issues and expert considerations that I have dealt with for many years in personal injury mold cases are the same type of issues and considerations that will be faced in Chinese Drywall cases.

I also have significant experience with the complex insurance issues involved in this dispute. I have argued before the 4th Circuit Court of Appeals on several occasions seeking to expand the scope of coverage in commercial general liability policies resulting from defective construction products. i.e. see *Travelers v. Miller Bldg.*, 221 Fed.Appx. 265. (4th Cir. 2007).[3]

I am also significantly involved in representing homeowners with Chinese Drywall. I am co-counsel in *Ledford v. Knauf Gips KG, et al*, which was the first class action filed in Alabama, and in *Whitfield v. Knauf Gips KG, et al.*, the first class action filed in Mississippi. I am associated with a group of other law firms that represent numerous other individuals with Chinese Drywall throughout the states of NC, SC, FL, MS, AL, GA and LA.

---

[3] By way of another example, I am involved in a declaratory judgment action in Florida on insurance issues relating to the applicable trigger date for defective construction materials. *Mid-Continent Casualty Company v. Siena Home Corp., Tina Metcalf, et al*, 5:08-cv-385-Oc-10GRJ (M.D.F.L.).

I have been a frequent lecturer for many years at numerous CLE conferences on topics related to defective construction products and litigation, insurance issues, and mold personal injuries and property damage. I was the plaintiff's chair at the first national conference hosted by Harris-Martin Publishing entitled *Chinese Drywall Litigation Conference* held in Orlando on June 4 and 5, 2009, with over 275 people in attendance. I was the plaintiff's chair in another national conference entitled "Construction Defect and Mold Litigation Conference" hosted by Mealey's in December 2004. I was an invited speaker at the Judicial Education Program hosted by the Brookings Institute in March 2006 on "*Critical Issues in Construction Defect Litigation-Insurance Coverage in the Trenches.*" This conference was attended by hundreds of judges. Upon request, I can provide the Court with numerous other examples of speeches I have given throughout the country. I have submitted an application to co-chair an AAJ Litigation Group for Chinese Drywall. A copy of my CV is attached as **Exhibit A**. I am personally committed to devote substantial time and resources to this matter and my firm is prepared to commit other attorneys and paralegals. I understand that the scope of this litigation will require a full time commitment and significant expenses.

This the 6th day of July, 2009.

Respectfully submitted,

*Daniel K. Bryson*

Daniel K. Bryson
dkb@lewis-roberts.com
Lewis & Roberts, PLLC
3700 Glenwood Ave., Ste. 410
Raleigh, NC 27612
Telephone: (919) 981.0191
Facsimile: (919) 981-0199

## CERTIFICATE OF SERVICE

I, Daniel K. Bryson, hereby certify that the above and foregoing has been served electronically on all Plaintiffs' counsel to have Federal Chinese Drywall cases pending, this the 6th day of July, 2009.

*[signature: Daniel K. Bryson]*

Daniel K. Bryson
dkb@lewis-roberts.com
Lewis & Roberts, PLLC
3700 Glenwood Ave., Ste. 410
Raleigh, NC 27612
Telephone: (919) 981.0191
Facsimile: (919) 981-0199