# Firm & Attorneys

## Daniel K. Bryson



Dan Bryson is a founding partner of the law firm of Lewis & Roberts, with offices in Raleigh and Charlotte, NC. The firm is comprised of twenty attorneys. Mr. Bryson's practice is dedicated to the representation of owners in construction related disputes. He has successfully represented thousands of owners in a variety of construction related disputes, in multiple states, over the course of his twenty-one (21) year legal career.

**Practice Areas**

- Construction Defects
- Consumer Class Actions
- Pharmaceutical & Defective Drug Litigation
- Product Liability Litigation
- Chinese Drywall Litigation

**Education**

- University of North Carolina, B.A., 1983
- University of North Carolina at Greensboro, M.B.A., 1986
- Wake Forest University, J.D., cum laude, 1988

**Bar Admission**

- 1988, North Carolina
- 2008, Kentucky

Exhibit A

**Professional Memberships**

- North Carolina (Chair, Construction Law Section, Council, 2001-2002) and American (Member, Construction Law Section, Fidelity and Surety Law Committee) Bar Associations
- North Carolina Academy of Trial Lawyers
- AAJ (Member, Construction Defects, Cox-2, and Mold Litigation Sections).

**Honors**

- Member, Wake Forest Law Review, 1987-1988
- Named as a member of "North Carolina's Legal Elite" by *Business North Carolina* for multiple years.
- Named as one of North Carolina's "Super Lawyers" in construction litigation.
- Named as one The Best Lawyers in America in commercial litigation.
- Martindale-Hubbell "AV" (highest) rated.

**Classes/Seminars Taught**

*The following is a partial list of the Continuing Legal Education (CLE) classes and seminars at which Mr. Bryson has taught and/or moderated:*

- *Chinese Drywall Litigation Conference*, HarrisMartin Publishing, June 4-5, 2009, JW Marriot Orlando, Grande Lakes FL (Conference Chair)
- "The Growing Importance of Unfair Trade Practices Claims Under Chapter 75," 31st NCADA Annual Spring Program & Meeting, June 12 - 15, 2008 (Hilton Head Island, SC)(Speaker)
- "Condominium Construction Issues in North Carolina" Lorman CLE Seminar, January 2008 (Raleigh, North Carolina) (Moderator and Speaker)
- "What You Need To Know About General Liability Insurance Coverage", Contracts for Construction Lawyers: How to Get the Party Started, NCBA Foundation, September 2006 (Greensboro, North Carolina) (Speaker)
- "Critical Issues in Construction Defects Litigation - Insurance Coverage in the Trenches" and "Cutting-Edge Issues in Construction Defects Litigation, Selected Evidentiary Issues from Recent Cases", Judicial Education Program - AEI-Brookings Joint Center for Regulatory Studies, Second Annual Judicial Symposium, March 2006 (Washington, DC) (Panelist and Speaker)
- "What You Need To Know About General Liability Insurance Coverage", We Can Work It Out–Real Estate Rights and Remedies, NCBA Foundation, February 2006 (Cary, North Carolina) (Speaker)
- "Mealey's Construction Defect & Mold Litigation Conference", Mealey's Annual Convention, November 2005 (Phoenix, Arizona) (National Co-Chair)
- "Emerging Issues in Construction Defect Class Actions", Plaintiff's Counsel Mold Summit, October 2005 (Chicago, Illinois) (Speaker)

- "Litigating Construction Defects as Mass Torts: EIFS, Mold, Concrete, and More", 2005 ATLA Convention, July 2005 (Toronto, Canada) (Speaker)
- "Mealey's Construction Defect & Mold Litigation Conference", Mealey's Annual Convention, December 2004 (Las Vegas, Nevada) (National Co-Chair)
- "The Future of Mold Litigation", ATLA Annual Convention, Construction Defects-Property Damages Litigation Group, July 2004 (Boston, Massachusetts) (Moderator & Speaker)
- "Current Status of EIFS Litigation", Mealeys: National Mold Litigation Conference, June 2004 (Orlando, Florida) (Speaker)
- "Toxic Mold: A Legal Primer", CAI: 2004 Community Association Law Seminar, February 2004 (Las Vegas, Nevada) (Speaker)
- " M5: Mold, Moisture, Misery and Money – Plus Myth", NCATL, October 2003 (San Diego, California) (Speaker)
- "What You Really Need to Know About Mold and Legal Liabilities", Lorman, August 2003 (Greenville, North Carolina) (Speaker)
- "Bad Buildings, Bad Products, Toxic Mold – A Primer", ATLA Annual Convention, July 2003 (San Francisco, California) (Speaker)
- "Solving Water Intrusion and Mold Problems in North Carolina", Lorman, July 2003 (Raleigh, North Carolina) (Speaker)
- "Harris-Martin: Mold Litigation-Beyond the Basics II", Harris-Martin, June, 2003 (New Orleans. Louisiana) (Speaker)
- "Toxic Mold: A Legal Primer", CAI National Conference and Exposition, May 2003 (Dallas, Texas) (Speaker)
- "Why Are We Moldy Now", Mississippi Trial Lawyers Association, April 2003 (Panelist and Speaker)
- "Solving Water Intrusion and Mold Problems in North Carolina", Lorman, February 2003 (Greenville, North Carolina) (Speaker)
- "Solving Water Intrusion and Mold Problems in North Carolina", Lorman, February 2003 (Raleigh, North Carolina) (Speaker)
- "Mold-The Construction Industry's Newest Four-Letter Word", The "Contractor's" Construction Superconference, December 2002 (San Francisco, California) (Panelist)
- "Strategies on Mold Litigation", Mealey's Construction Defects in 2002: EIFS, CCA Treated Wood and Mold, October 2002 (Atlanta, Georgia) (Plaintiff Leader)
- "The Business of Mold: Breakout Sessions", HarrisMartin's Mold Litigation: Beyond the Basics, October 2002 (San Antonio, Texas) (Plaintiff Leader)
- "Solving Water Intrusion and Mold Problems in North Carolina", Lorman, July 2002 (Raleigh, North Carolina) (Speaker)

**Articles**

*The following is a partial list of the articles and papers authored and/or contributed to by Mr. Bryson:*

- **State of the Union on Condominium Construction Issues and How to Protect a Potential Claim
(596kb PDF)**
*by: Daniel K. Bryson, et al.*

- **Are CGL Policies Still Worth Having?**
  **(1.01mb PDF)**
  *by: Daniel K. Bryson and Geoffrey S. Proud*

- **The Latest on Mold and What You Should Know**
  **(161kb PDF)**
  *by: Daniel K. Bryson and Scott C. Harris*

- **What You Need to Know About General Liability Insurance Coverage**
  **(120kb PDF)**
  *by: Daniel K. Bryson and Geoffrey S. Proud*

- **General Contractor Liability for Defective Construction and the Subcontractor Exception**
  **(137kb PDF)**
  *by: Daniel K. Bryson and Geoffrey S. Proud*

- **Liability Issues in Construction Defect Cases**
  **(262kb PDF)**
  *by: Daniel K. Bryson, et al*

- **Toxic Mold: A Legal Primer**
  **(375kb PDF)**
  *by: Daniel K. Bryson*

- **North Carolina Construction Law Deskbook Chapter on North Carolina Suretyship**
  **(258kb PDF)**
  *by: James A. Roberts, Daniel K. Bryson, George V. Burns, J. Andrew Fine, and Geoffrey S. Proud*

- **Synthetic Stucco Update: 1999**
  **(74kb PDF)**
  *by: Daniel K. Bryson*

## Civic Activities

- President and Chairman of the Board, Occoneechee Council Boy Scouts of America (2005-2007)
- West Raleigh Baseball Assistant Coach
- President North Raleigh Kiwanis (1995)
- University of North Carolina at Chapel Hill Alumni Association

**Born:** Asheville, North Carolina, December 3, 1960

**Office Location:** Raleigh, North Carolina

**Phone:** (919) 981-0191

**Fax:** (919) 981-0431