UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 JUL -7 PM 12:28

LORETTA G. WHYTE
CLERK

IN RE: CHINESE-MANUFACTURING DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION          : SECTION: L
                                        :
                                        : JUDGE FALLON
                                        : MAG. JUDGE WILKENSON

**THIS DOCUMENT RELATES TO ALL CASES**

### APPLICATION OF GARY E. MASON FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

Pursuant to Paragraph 17 of Pretrial Order No. 1, I, Gary E. Mason, make this application for appointment to the Plaintiffs' Steering Committee. In support thereof, I state as follows:

I am a member of The Mason Law Firm, L.L.P. I graduated from Brown University (A.B., 1984, Honors, Phi Beta Kappa) and Duke Law School (1987), where I was an Articles Editor for *Law and Contemporary Problems*. I am a member of the American Association for Justice (Construction Defects and Mold Litigation Group) and the American Bar Association. I am admitted to the District of Columbia Court of Appeals, the Supreme Court of New York, the Court of Appeals of Maryland, the United States District Court for the Northern District of New York, the United States District Court for the District of Maryland, the United States Court of Appeals for the Fourth Circuit, the United States Court of Appeals for the Sixth Circuit, and the United States Supreme Court.

I have nearly 20 years of experience litigating complex cases arising from defective construction materials. I have been invited to speak about class actions and

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

1

defective construction materials at seminars and at AAJ's annual convention. I was co-lead counsel (with Arnold Levin) in *Morris v. Osmose*, 99 Md. App. 646 (1994), a class action involving defective Fire Retardant Treated ("FRT") plywood. I was class counsel in *Cox v. Shell Oil Co.*, Civ. No. 18,844 (Ch. Ct., Obion Cty., Tenn., July 31, 1995) (defective polybutylene pipe; $950 million settlement). I was co-lead counsel in national litigation arising from defective synthetic stucco systems, or EIFS, resulting in a series of state-wide and national class action settlements. *In re Synthetic Stucco Litigation*, Civ. Action No. 5:96-CV-287-BR(2)(E.D.N.C.) (member of Plaintiffs' Steering Committee; settlements with four EIFS Manufacturers for North Carolina homeowners valued at more than $50 million); *Posey, et al v Dryvit Systems, Inc.*, Case No. 17,715-IV (Tn. Cir. Ct.) Co-Lead Counsel (national class action settlement provided cash and repairs to more than 7,000 claimants). More recently, I served as court-appointed Class Counsel in *Galanti v. Goodyear Tire & Rubber Co.*, a class action involving defective radiant heating systems, which was resolved in 2003 with the creation of a $330 million settlement. I am one of four co-lead counsel who represent more than 350 owners of commercial and residential property whose structures were built with defective concrete in *Adams v. Federal Materials,* No. 5:05-CV-90TBR (W.D. Ky.), in which the parties recently reached a $10.1 million settlement, and I serve on the PSC in *In re Zurn Pex Products Liability Litigation,* Court File No. 08-MDL-1958 (D. Minn.).

I have also successfully represented hundreds of homeowners in various class actions and mass torts involving environmental contamination. I represented owners and residents of 200 homes in Washington, D.C. in a mass tort arising from an underground plume of petroleum from a leaking underground storage tank. *Nnadili, et al. v. Chevron*

2

*U.S.A., Inc*, No. 02-cv-1620 (D.D.C.) ($6.15 million settlement). In litigation arising from the largest oil spill in history of State of Maryland, *In re Swanson Creek Oil Spill Litigation*, No. 00-1429 (D. Md. 2002), I served as court-appointed Lead Counsel. The litigation was resolved by the creation of a $2.25 million settlement fund.

I have extensive experience litigating complex actions in federal court. I am a court-appointed member of the Plaintiffs' Steering Committee in *In re: Department of Veterans Affairs (VA) Data Theft Litigation,* MDL Docket No. 1796, in which a $20 million settlement has been preliminarily approved. I also served as one of four co-lead counsel *In re General Motors Corp. Speedometer Products Liability Litigation*, MDL 1896 (W.D. Wash.), which resulted in a settlement valued at more than $300 million. I am also a court-appointed member of the Executive Committee in *In re Human Tissue Products Litigation,* MDL 1763 (D.N.J.) and was appointed by the Court to serve as Lead Counsel for the class actions pending against Defendant Sprint *In re National Security Agency Telecommunication Records Litigation*, MDL 1791 (N.D. Cal.). In *Kendrick, et al v Progressive Direct Co., et al.*, No. 2:06-cv-00146-DLB (E.D. Ky.), I am one of four co-lead counsel prosecuting class claims against 20 insurance companies in litigation on behalf of insureds who were improperly charged taxes on their insurance premiums. Several defendants have settled resulting in refunds of millions of dollars to class members.

I have also successfully resolved numerous class actions in state courts across the country, including *Lubitz v. Daimler Chrysler Corp.* (national settlement for repairs and reimbursement of repair costs incurred in connection with defective brake system; creation of $12 million fund; 7th largest judgment or settlement in New Jersey in 2007).

3

I am personally committed to devote substantial time to this matter and my firm is prepared to commit at least one other attorney and a paralegal to this case. I am prepared to commit the time and resources necessary to pursue this litigation and as a result of my substantial preferred experience in defective constructive material litigation, I believe I can make a substantial contribution to this MDL.

WHEREFORE, Gary E. Mason respectfully requests appointment to the Plaintiffs' Steering Committee.

Respectfully submitted,

_____
Gary E. Mason
The Mason Law Firm, L.L.P.
1225 19th Street, N.W., #500
Washington, DC 20036
P: (202) 429-2290
F: (202) 429-2294