1125 19th Street, NW  (202) 429-2290
Suite 500  (202) 429-2294 (Fax)
Washington, DC 20036  gmason@masonlawdc.com

# Gary E. Mason

## EDUCATION

**1984** Bachelor of Arts (Honors, Phi Beta Kappa)
Brown University, Providence, Rhode Island

**1987** J.D.
Duke University, Durham, North Carolina

## BAR MEMBERSHIPS

Bar of the District of Columbia
State Bar of New York
State Bar of Maryland
U.S. District Court for the Northern District of New York
U.S. Court of Appeals for the Sixth Circuit

Supreme Court of the United States
U.S. Court of Appeals for the Fourth Circuit
U.S. District Court for the District of Maryland

## PROFESSIONAL EXPERIENCE

**The Mason Law Firm, L.L.P.**
2002 - present
President and founding partner.

**Cohen Milstein Hausfeld & Toll, P.L.L.C.**
1990 - 2002
Partner and Co-Chair, Product Liability and Consumer Protection Practice Group.

**Skadden Arps Meagher & Flom**
1988 -1990
Litigation Associate.

**U.S. District Court for the District of Alaska**
1987-1988
Clerk, Hon. Andrew J. Kleinfeld.

## HONORS

LawDragon 500 New Stars (Summer 2006)

"Young Guns: 40 Lawyers Under 40 Who Are Making Names For Themselves," *Washingtonian* (Sept. 1998)

Who's Who in American Law (10th ed. 1998-2002)

Public Justice Achievement Award, Trial Lawyers For Public Justice (July 1997)

Martindale-Hubbell – AV Rating

## ARTICLES

"Environmental Contamination Treatise: Overview of the Litigation Process," *The Environmental Law Reporter* (Jan. 2007).

"New Studies Provide Further Proof Diet Drugs Cause Valve Damage," *Fen-Phen Litigation Strategist* (Nov. 1998).

"How to Evaluate a Potential Product Liability Class Action," *Leader's Product Liability Law & Strategy* (Feb. 1998).

"Don't Judge All Class Actions By Some Failures," *The National Law Journal* (Jan. 19, 1998).

"A Management Question: Recent Decisions Tougher Standards for Class Certification," Legal Times (Feb. 18, 1997).

"The Reaction to Class Action," Legal Times (July, 1997).

"Nuisance and the Recovery of 'Stigma' Damages: Eliminating the Confusion," The Environmental Law Reporter (Feb. 1996).

## SEMINARS

Speaker, "Construction Defect Class Action," HarrisMartin's Drywall Litigation Conference, Orlando, Florida (June 4, 2009).

Speaker, "Emerging Issues in Class Actions," Mealey's Construction Defect and Mold Litigation Conference (Lake Las Vegas, Nevada, Dec. 10. 2004).

Faculty/Speaker, Mealey's Construction Defects in 2002: EIFS, CCA Treated Wood and Mold (Oct. 14, 2002).

Panelist, "Litigating Mortgage Servicing Issues," NCLC Consumer Rights Litigation Conference (Baltimore, Maryland, Oct. 28, 2001).

Panelist Faculty, 4th Annual Mass Tort Litigation Institute (Georgetown University Law Center, Nov. 4-5, 1999).

Panelist/Faculty, ABA Third Annual Symposium on Class Actions (Washington, D.C. October 9, 1999).

Speaker, "Inspection Issues Symposium: Exterior Insulation and Finish Systems," US Inspect (June, 1999).

Panelist, "Road Warriors and Their Tools," Association of Legal Administrators Educational Expo (June, 1999).

Panelist, NOVASHOC EIFS Seminar (May, 1999).

Guest Speaker, Advanced EIFS Litigation Seminar, North Carolina Bar Association, (May, 1999).

Guest Speaker, "ADR and Mass Torts," Georgetown Law Center (Apr. 5, 1999).

## NOTABLE CASES

*Sutton, et al v. The Federal Materials Company, Inc., et al*, No. 07-CI-00007 (Kty. Cir. Ct) ($10.1 million class settlement for owners of residential and commercial properties constructed with defective concrete).

*Stillman v. Staples, Inc.*, Civil No. 07-849 (D.N.J. 2009) (FLSA collective action, plaintiffs' verdict for $2.5 million).

*Nnadili, et al. v. Chevron U.S.A., Inc*, No. 02-cv-1620 (D.D.C., filed July, 2002) ($6.2 million settlement for owners and residents of 200 properties located above underground plume of petroleum from former Chevron gas station).

*In re General Motors Corp. Speedometer Products Liability Litigation*, MDL 1896 (W.D. Wash., filed 2006) (national settlement for repairs and reimbursement of repair costs incurred in connection with defective speedometers).

*In re: Rail Freight Fuel Surcharge Antitrust Litigation*, No.1:07-mc-00489 (PLF) (D.D.C. 2008) (court-appointed co-lead counsel for indirect purchaser plaintiff class).

*Penobscot Indian Nation et al v United States Department of Housing and Urban Development*, N. 07-1282 (PLF) (D.D.C. 2008) (represented charitable organization which successfully challenged regulation barring certain kinds of downpayment assistance; Court held that HUD's promulgation of rule violated the Administrative Procedure Act).

*Nichols v. Progressive Direct Insurance Co., et al.*, No. 2:06cv146 (E.D. Ky, 2008) (Class Counsel; class action arising from unlawful taxation of insurance premiums; statewide settlement with Safe Auto Insurance Company and creation of $2 million Settlement Fund; statewide settlement with Hartford Insurance Company and tax refunds of $1.75 million ).

*Lubitz v. Daimler Chrysler Corp.* (national settlement for repairs and reimbursement of repair costs incurred in connection with defective brake system; creation of $12 million fund; 7th largest judgment or settlement in New Jersey in 2007).

*Turner v. General Electric* (national settlement for repairs or replacement of defective refrigerators).

*Galanti v. Goodyear Tire & Rubber Co.* (national settlement and creation of $330 million fund for payment to owners of homes with defective radiant heating systems).

*Synthetic Stucco (EIFS) Litigation* (represented over 100 individuals homeowners in lawsuits against homebuilders and EIFS manufacturers).

*Diet Drug (Fen Phen) Litigation* (represented over 100 individuals with personal injuries from exposure to diet drugs).

*Posey, et al v Dryvit Systems, Inc.*, Case No. 17,715-IV (Tn. Cir. Ct) (Co-Lead Counsel; national class action settlement provided cash and repairs to more than 7,000 claimants).

*In re Swanson Creek Oil Spill Litigation*, No. 00-1429 (D. Md.) (Lead Counsel; $2.25 million settlement of litigation arising from largest oil spill in history of State of Maryland).

*Baird, et al. v. Thomson Consumer Electronics, Inc.,* No. 00-L-00701 (Ill. Sup. Ct. 2001) (defective television sets; $100 million settlement).

*In re Synthetic Stucco Litigation*, Civ. Action No. 5:96-CV-287-BR(2)(E.D.N.C.) (member of Plaintiffs' Steering Committee; settlements with four EIFS Manufacturers for North Carolina homeowners valued at more than $50 million).

*Cox v. Shell Oil Co.,* Civ. No. 18,844 (Ch. Ct., Obion Cty., Tenn.) (defective polybutylene pipe; $950 million settlement).

*Stockbridge Community Association v. Star Enterprise, No. 108514 (Cir. Ct., Fairfax Cty., Va.)* (represented over 200 homeowners in individual cases arising from leak from petroleum storage facility ; +$50 million settlement and +$200 million in property value protection*).*

*In re the Exxon Valdez*, No. A89-095 Civ. (D. Alaska) (represented Alaska Native Class; $20 million settlement; $5 billion punitive damages).

*Morris v. Osmose Wood Preserving Inc.,* Civil No. 069721 (Cir. Ct., Montgomery Cty., Md) (defective FRT plywood).

*In re Catfish Antitrust Litig.,* Master File No. 2:92CV073-D-O, MDL No. 928 (D. Miss.).

*In re Carbon Dioxide Antitrust Litig.,* Case No. 92-MD-940-CIV-ORL-3L23, MDL Docket No. 940 (M.D. Fl.).

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE : CHINESE-MANUFACTURING DRYWALL : MDL NO. 2047
         PRODUCTS LIABILITY LITIGATION   : SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE WILKENSON

**THIS DOCUMENT RELATES TO ALL CASES**

### PROOF OF SERVICE

I hereby certify that a copy of the foregoing Application of Gary E. Mason for Appointment to the Plaintiffs' Steering Committee and this Proof of Service was sent by overnight mail to the docketing clerk which will serve electronically all counsel that have Federal Chinese Drywall cases pending.

Gary E. Mason
THE MASON LAW FIRM, LLP
1225 19th St., N.W., Suite 500
Washington, DC 20036
Telephone: (202) 429-2290
Facsimile: (202) 429-2294