UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| This Document Relates to:   All Cases | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

**JOINT AND UNOPPOSED MOTION FOR APPOINTMENT OF
DEFENSE STEERING COMMITTEE**

Pursuant to Pretrial Order No. 1, entered by the Court on June 16, 2009, Defendants respectfully submit this unopposed motion for appointment of BAKER & MCKENZIE LLP, in particular, Donald J. Hayden and Douglas B. Sanders, counsel for Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd. and Knauf Gips KG; GREENBERG TRAURIG, P.A., in particular, Hilarie Bass and Mark A. Salky, counsel for Lennar Corporation, Lennar Homes, LLC f/k/a/ Lennar Homes, Inc.; and U.S. Home Corporation; ADORNO & YOSS LLP in particular, Jan Douglas Atlas and Jeffrey Backman, counsel for Banner Supply Company; MINTZER SAROWITZ ZERIS LEDVA & MEYERS LLP, in particular Raul R. Loredo and Sonny Meyers, counsel for Interior Exterior Building Supply; SIVYER BARLOW & WATSON PA, in particular Neal A. Sivyer and Steve Walker, counsel for Taylor Morrison Services, Inc. d/b/a Morrison Homes and Taylor Woodrow Communities at Vasari, LLC, for appointment to the Defendants' Steering Committee ("DSC") in this matter.

{218429.0005/N0772053_1}

## I. INTRODUCTION

On June 16, 2009, the Court entered Pretrial Order No. 1, which deals with various procedural matters and invites applications for membership on the DSC. The Court's Order also sets an initial conference and requires that Plaintiffs and Defendants select Liaison Counsel prior to the conference. By this Court's order, Kerry J. Miller and Frilot L.L.C. were selected to act as Defendants' Liaison Counsel. By agreement among all Defendants' counsel, Defendants have selected five additional law firms as proposed members of the DSC, including BAKER & MCKENZIE, LLP, ADORNO & YOSS LLP, MINTZER SAROWITZ ZERIS LEDVA & MEYERS LLP, GREENBERG TRAURIG, P.A. and SIVYER BARLOW & WATSON P.A. (herein collectively as the "DEFENDANTS' COUNSEL"). Each firm's qualifications to serve on the DSC are set out below.

## II. THE PROPOSED MEMBERS OF THE DEFENDANT'S STEERING COMMITTEE SATISFY THE COURT'S SELECTION CRITERIA.

Pretrial Order No. 1 specifies that "[t]he court will consider the recommendation of the defendant(s) for membership on the defendant(s) steering committee … [which] will have the duties and responsibilities described in Paragraph 17 of this Order." According to paragraph 17, "the main criteria for membership in the [DSC] will be: (a) willingness and availability to commit to a time-consuming project; (b) ability to work cooperatively with others;[] (c) professional experience in this type of litigation[; and] (d) willingness to commit the necessary resources to pursue this matter." As discussed below, each of the five firms, counsel of record in one or more of the class actions before

the Court, have extensive experience and knowledge with respect to complex class actions. All five firms have also served in leadership roles in similar litigation that have resulted in successful outcomes for defendants. All of the proposed firms have proven track records of working cooperatively with other firms and all have avowed their willingness and commitment to provide the time and resources necessary to defend this litigation.

### A.     WILLINGNESS AND AVAILABILITY

During recent coordination meetings among defense counsel, defendants agreed to propose a DSC comprised of manufacturers, distributors/sellers, and homebuilders. BAKER & MCKENZIE, LLP's representation of the manufacturers, ADORNO & YOSS LLP's and MINTZER SAROWITZ ZERIS LEDVA & MEYERS LLP's joint representation of the distributors/sellers, and GREENBERG TRAURIG, P.A.'s and SIVYER BARLOW & WATSON P.A.'s joint representation of homebuilders on the DSC was agreed to by those present at these defense counsel meetings.

DEFENDANTS' COUNSEL, collectively and independently, have the resources necessary to participate on behalf of the manufacturers, distributors/sellers, and homebuilders on the DSC. In particular, Ms. Bass and Messrs. Hayden, Sanders, Salky, Atlas, Backman, Loredo, Meyers, Sivyer and Walker (collectively referred to "DEFENDANTS' COUNSEL") are highly motivated, willing, and available to commit the time and resources necessary to facilitate the expeditious, economical, and just administration of this litigation. DEFENDANTS' COUNSEL have each, individually, been involved in class action, tort cases involving issues similar to those raised by plaintiffs in their complaints.

DEFENDANTS' COUNSEL have the resources in terms of both staffing and finances to ensure unlimited and equitable representation. DEFENDANTS' COUNSEL are prepared to commit their personal time and skills to all DSC duties that this Court may assign to them.

### B.   ABILITY TO WORK COOPERATIVELY WITH OTHERS

DEFENDANTS' COUNSEL will commit to working harmoniously and effectively with others in this complex litigation. DEFENDANTS' COUNSEL already have been working with many of the plaintiffs, defendants and their counsel, even prior to service on the Knauf entities,[1] to find common ground and work toward a resolution of the issues alleged in the complaints.

### C.   PERSONAL EXPERIENCE

BAKER & MCKENZIE, LLP and Messrs. Hayden and Sanders, in particular, have the experience that the Court demands. BAKER & MCKENZIE, LLP has the resources, experience, motivation, competence, and support personnel necessary to handle this type of litigation, in particular as it relates to the defense of manufacturers. Messrs. Hayden and Sanders have a proven track record of working on complex litigation matters.[2]

ADORNO & YOSS LLP and MINTZER SAROWITZ ZERIS LEDVA & MEYERS LLP, in particular, Messrs. Atlas, Backman, Loredo, and Meyers, similarly have the experience that the Court demands and the resources, experience, motivation, competence, and support personnel necessary to represent the distributors/sellers in this

---

[1] This application is submitted without waiver of objections to jurisdiction, venue or service on behalf of the clients represented by BAKER & MCKENZIE, LLP.

[2] See attached *curricula vitae* of Messrs. Hayden and Sanders.

type of litigation. In particular, Messrs. Atlas, Backman, Loredo, and Meyers have a proven track record of working on complex litigation matters.[3]

GREENBERG TRAURIG, P.A. and SIVYER BARLOW & WATSON P.A., in particular, Ms. Bass and Messrs. Salky, Sivyer and Walker, have extensive complex litigation experience as described in their attached *curricula vitae*.[4] They also have the resources, experience, motivation, competence, and support personnel necessary to represent the homebuilders in this type of litigation.

### D. WILLINGNESS TO COMMIT THE NECESSARY RESOURCES

As stated previously herein, DEFENDANTS' COUNSEL have been engaged in the practice of mass tort law and complex litigation for many years. They possess the necessary resources for a case of this magnitude and are ready and willing to commit those resources to facilitate the expeditious, economical, and just administration of this litigation.

It is respectfully suggested to this Court that the firms proposed for the DSC possess all of the qualifications, and meet or exceeds all of the requirements stated by this Court as necessary for this Court's appointment.

WHEREFORE, DEFENDANTS' COUNSEL respectfully request that the Court order the appointment of BAKER & MCKENZIE, ADORNO & YOSS LLP, MINTZER SAROWITZ ZERIS LEDVA & MEYERS LLP, GREENBERG TRAURIG, P.A. and SIVYER BARLOW & WATSON P.A., in particular Ms. Bass and Messrs. Hayden,

---

[3] See attached *curricula vitae* of Messrs. Atlas, Backman, Loredo, and Meyers.

[4] See attached *curricula vitae* of Ms. Bass and Messrs. Salky, Sivyer and Walker.

Sanders, Salky, Atlas, Backman, Loredo, Meyers, Sivyer and Walker, to the Defendants' Steering Committee.

Respectfully submitted by,

LIAISON COUNSEL

BY:/s/ Kyle A. Spaulding
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile:  (504)599-8145
Kmiller@frilot.com

ON BEHALF OF:

/s/ Donald J. Hayden
**Donald J. Hayden (FL Bar No. 0097136)**
Donald.hayden@bakernet.com
BAKER & MCKENZIE LLP
Mellon Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL  33131
Telephone:    (305) 789-8966
Facsimile:    (305) 789-8953

**Douglas B. Sanders (IL Bar No. 6256621)**
Douglas.b.sanders@bakernet.com
BAKER & MCKENZIE LLP
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL  60601
Telephone:    (312) 861-8075
Facsimile:    (312) 698-2375
Attorneys for Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd. and Knauf Gips KG

/s/ Mark A. Salky_____
**Hilarie Bass (FL Bar No. 334243)**
bassh@gtlaw.com
**Mark A. Salky (FL Bar No. 058221)**
salkym@gtlaw.com
GREENBERG TRAURIG PA
1221 Brickell Avenue
Miami, FL  33131
Telephone:  (305) 579-0500
Facsimile:  (305) 570-0717
Attorneys for Lennar Corporation
Lennar Homes, LLC f/k/a Lennar Homes, Inc. and US Home Corporation


/s/ Jeffrey Backman_____
**Jan Douglas Atlas (FL Bar No. 226246)**
jda@adorno.com
**Jeffrey Backman (FL Bar No. 662501)**
jbackman@adorno.com
ADORNO & YOSS LLP
350 East Las Olas Boulevard
Suite 1700
Fort Lauderdale, FL  33301
Telephone:  (954) 763-1200
Facsimile:  (954) 766-7800
Attorneys for Banner Supply Company


/s/ Raul R. Loredo_____
**Raul R. Loredo (FL Bar No. 571342)**
rloredo@defensecounsel.com
**Sonny Meyers (FL Bar No. 267041)**
smeyers@defensecounsel.com
MINTZER SAROWITZ ZERIS LEDVA & MEYERS LLP
255 Alhambra Circle, Suite 1150
Coral Gables, FL  33134
Telephone: (305) 774-9966
Facsimile: (305)  774-7743
Attorneys for Interior Exterior Building Supply

/s/ Neal A. Sivyer
**Neal A. Sivyer (FL Bar No. 373745)**
nsivyer@sbwlegal.com
**Steve Walker (FL Bar No. 497851)**
swalker@sbwlegal.com
SIVYER BARLOW & WATSON PA
401 East Jackson Street, Suite 2225
Tampa, FL 33602
Telephone: (813) 221-4242
Facsimile: (813) 227-3598
Attorneys for Taylor Morrison Services, Inc. d/b/a Morrison Homes, Taylor Woodrow Communities at Vasari, LLC

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served electronically on all counsel of record this 7th day of July, 2009.

/s/ Kyle A. Spaulding

MIADMS/349696.4