BAKER & MCKENZIE

E-mail this page



**Donald J. Hayden**

*Partner*
*Baker & McKenzie LLP*
*Miami*

**E-mail Address:**
donald.j.hayden@bakernet.com

**Telephone:**
1 (305) 789-8966

**Languages:**
English (Native); French (Conversational); Spanish (Conversational)

**Areas of Law:**
Commercial Litigation;
Arbitration - International;
Insurance Litigation;
Antitrust/Competition Lit-Civil&Criminal;
Securities Enforcement & Litigation

**Admission:**
Florida, UNITED STATES (1996); Illinois, UNITED STATES (1985); U.S. Court of Appeals, Eleventh Circuit, UNITED STATES (1997); U.S. Court of Appeals, Seventh Circuit, UNITED STATES (1989); U.S. District Court, Middle District of Florida, UNITED STATES (1996); U.S. District Court, Northern District of Florida, UNITED STATES (1997); U.S. District Court, Northern District of Illinois, UNITED STATES (1985); U.S. District Court, Southern District of Florida, UNITED STATES (1996)

**Education:**
Loyola University School of Law (J.D. [summa cum laude]) (1985); University of Notre Dame (B.A. [cum laude]) (1982)

**Professional and Association Memberships:**
American Bar Association, Co-Chair, Int'l Litigation Committee; Florida Bar; Federal Bar Association; Dade County Bar Association, International Litigation Committee; Illinois State Bar Association

**Biography:**
Mr. Hayden's practice concentrates on complex commercial disputes, both domestically and in the global marketplace. He routinely handles complex multi-jurisdictional disputes. Mr. Hayden is widely recognized for his commercial litigation practice, particularly in the areas of international arbitration and dispute resolution. Based in Miami, he often represents multinationals in disputes arising out of both inbound and outbound commerce, principally to or from Latin America.

Representative Clients, Cases or Matters:

Mr. Hayden has appeared in trial and appellate courts throughout the United States. He has also appeared in many arbitrations, in numerous venues, applying various institutional rules, including UNCITRAL, ICC, AAA and LCIA. Mr. Hayden's practice continues to be diverse, involving all facets of commercial litigation. Some of his more recent cases include:

• Successful representation of major domestic and global insurance market participants in significant coverage and extra-contractual claims.

• Dismissal of RICO claim involving alleged kickbacks in the award of oil exploration and drilling rights with stated damages of more than $250 million against Ecopetrol, the state-owned oil company, the President of the Republic of Colombia and other government officials.

• Dismissal of a $900 million arbitration award brought by a United States utility company against the Republic of Ecuador.

• Defense of AT&T in the supplementary proceedings that followed a $177 million judgment against the Republic of Cuba in the highly-publicized "Brothers to the Rescue" case.

• Favorable representation in international arbitration arising out of termination of Brazilian power generation agreement.

• Representation of Boris Becker in his divorce and multijurisdictional custody battle, as well as other high net worth individuals in multijurisdictional divorce proceedings.

• Favorable settlement of matters involving shareholder derivative and breach of fiduciary duty claims against a publicly held company.

• Successful jury verdict in favor of wholesale insurance broker where opponent was found 95% at fault and obtained recovery of all fees and costs incurred through post-trial rulings.

• Favorable resolution of insurance arbitration in which entirety of underlying bad faith insurance settlement was allocated to claimant insurer rather than third party administrator being represented.

• Successful resolution of a high profile dispute between the heirs and claimed bona fide holder of British Virgin Island bearer bonds valued at more than $500 million.

Publications, Presentations and Articles:

Mr. Hayden has an "AV" rating, the highest ranking available from the Martindale Hubbell rating service. He is a frequent lecturer on issues concerning International Arbitration and Dispute Resolution in the United States and abroad. The South Florida Legal Guide named Mr. Hayden one of the "Top Lawyers" in South Florida in its last four editions. Florida Trend also consistently recognized him as a "Top Commercial Litigator" in its annual "Florida Legal Elite." Mr. Hayden has been repeatedly designated a "Super Lawyer" in Law & Politics' Florida Super Lawyers. Most recently, he was selected as a "Super Business Litigation Attorney" for the premiere edition of Super Lawyers, Corporate Counsel Edition.

Pro Bono & Community Involvement:

Mr. Hayden spearheads the Miami office's pro bono committee. He is a frequent volunteer with Habitat for Humanity, helping to construct homes for the economically disadvantaged.

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.

close window

Disclaimers | Copyright | Privacy Statement | Site Map | Contact

BAKER & McKENZIE

E-mail this page



**Douglas B. Sanders**

*Partner*
*Baker & McKenzie LLP*
*Chicago*

**E-mail Address:**
douglas.b.sanders@bakernet.com

**Telephone:**
1 (312) 861 8075

**Languages:**
English (Native)

**Areas of Law:**
Environmental Litigation;
Environmental Advisory;
Criminal Litigation;
Product Liability Litigation;
Climate Change

**Admission:**
Illinois, UNITED STATES (1998); U.S. Court of Appeals, Seventh Circuit, UNITED STATES (2000); U.S. District Court, Northern District of Illinois, UNITED STATES (1998)

**Education:**
Northwestern University (J.D.) (1998); Georgetown University School of Foreign Service (B.S.F.S.) (1994)

**Professional and Association Memberships:**
American Bar Association; Chicago Bar Association; Sierra Club

**Biography:**
Mr. Sanders concentrates his practice in the area of environmental litigation, enforcement and compliance, advising both domestic and non-U.S. corporations on litigation and regulatory matters arising under a broad range of federal and state environmental, health and safety statutes and state common law. He leads Baker & McKenzie's U.S. environmental litigation practice, representing clients in federal, state and administrative courts in environmental class action and mass tort litigation, government enforcement and permitting proceedings and criminal proceedings. Mr. Sanders also is a member of Baker & McKenzie's Global Climate Change and Emissions Trading Practice Group and advises clients on liability, risks, opportunities and disputes, relating to climate change and emissions trading markets.

Representative Clients, Cases or Matters:

- Obtained dismissal of RCRA endangerment and CERCLA contribution claims in

federal cost-recovery action on behalf of major U.S. energy company.

• Representing Netherlands company and domestic subsidiaries in potential 400+ person class action and tort claims arising from alleged air pollution and other contamination from drum reconditioning facility, resulting in dismissal of class allegations.

• Trial to verdict of nuisance and property damage claims arising from TCE contamination to groundwater, including coordination of U.S. EPA and Illinois EPA matters.

• Represented major manufacturing company in medical monitoring and property damages cases in state court stemming from allegations of lead contamination.

• Represents school districts, construction companies and owners in civil and criminal cases relating to alleged violations of asbestos removal procedures.

• Represents manufacturing and other industrial companies in EPA and/or private CERCLA cost-recovery and RCRA injunction cases.

Publications, Presentations and Articles:

Climate Change Litigation and Liability, presentation and paper to Rocky Mountain Mineral Law Foundation Conference on Resources Development and Climate Change (April 2008).

Climate Change Regulation and Disclosure – U.S. Perspective, presented to Canadian Bar Association during Climate Change Teleconference Series (March 2008).

Co-authored client alert, Illinois Supreme Court Joins Jurisdictions Limiting Toxic Tort Class Actions (December 2006).

Litigation Under the Lender Liability Exclusion and Recent Changes to the Legal Landscape Under CERCLA, presented at International Bar Association Conference, Chicago (September 2006).

Indoor Air Quality Triggers & How To Avoid Lawsuits: Reducing Liability and Risks Through Operation and Management Plans, presented at Today's Facility Management Show, Chicago (April 2006).

Recovery and Allocation of Remediation Costs Post-Avail, presented at Baker & McKenzie client conference, Chicago (April 2005).

Co-authored The Advent of Climate Change Litigation Against Corporate Defendants, BNA Environment Reporter, vol. 35, no. 45 at 2365 and BNA International Environment Reporter, vol. 27, no. 23 at 936 (November 2004).

Pro Bono and Community Involvement:

Mr. Sanders is on the Pro Bono Committee of the Chicago office and is an Adjunct Professor teaching Advanced Environmental Research and Writing at Chicago-Kent College of Law.

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.

Greenberg Traurig



# Hilarie Bass

Global Operating Shareholder
Litigation
bassh@gtlaw.com

Greenberg Traurig, P.A.
1221 Brickell Avenue
Miami, FL 33131
Phone: (305) 579-0745
Fax: (305) 579-0717

Hilarie Bass is the Global Operating Shareholder of Greenberg Traurig, having recently completed an eight-year term as the national chair of the 500-member litigation department. She also serves on the firm's Executive Committee. During her more than 25-year career, she has successfully represented clients in scores of commercial cases in jury and non-jury trials involving hundreds of millions of dollars in controversy.

**Areas of Experience**

- Complex commercial litigation and arbitrations
- Class action defense
- Multi-District litigation
- Receiverships
- Securities fraud defense
- Banking litigation
- Jury and non-jury trials
- Alternative dispute resolution

**Key Clients**

- Microsoft
- Lennar
- Hilton Hotels Corporation
- Interval International
- Southeast Banking Corporation
- Regions Bank
- Aetna, Inc.

**Significant Representations**

- Served as Defense Liaison Counsel in MDL RICO class action against managed care companies throughout the country, representing Aetna, Inc.
- Representation of Microsoft Corporation in defense of the Florida class action brought under Florida Unfair Trade Practices Act. Main action resulted in class action settlement; attorneys' fees issue resolved after four-day evidentiary hearing in Dade County Circuit Court action.

- Defended Hilton Hotels Corporation in a five-week arbitration for breach of fiduciary duty claims in which plaintiff sought in excess of $100 million, resulting in a judgment in favor of the defense.
- Prosecuted claims on behalf of Interval International in eight-day trial leading to entry of permanent injunction on breach of fiduciary duty and theft of trade secret claims.
- Represented company and officers in securities class action against Sportsline.com which was dismissed by federal court at pleadings stage.
- Represented Hilton Hotels Corporation in defense of an action by Fontainebleau Hilton seeking to enjoin $3 billion merger with Promus Hotel Corporation through enforcement of overly broad restrictive covenant in Management Agreement; injunction was denied and case thereafter settled.
- Served as chief litigation counsel for the Trustee of Southeast Banking Corporation in suit against the FDIC, which was resolved with payment of a settlement to our client in excess of $300 million.
- Served as an SEC Receiver for corporation found to be improperly selling limited partnership interests in deregulated power industry in California.
- Served as an FTC Receiver for a travel company enjoined from continuing its fraudulent sales tactics in the sale of travel packages.
- Represented the Government of Brazil in obtaining a jury verdict in the amount of $125 million in action against ex-patriate residing in the South Florida area for fraud, civil theft and breach of duty.
- Obtained $25 million judgment against ex-president of bank on behalf of an agency of the government of Venezuela.
- Successfully defended a federal court class action in $50 million claim filed against the Trustee regarding the pension plan of Southeast Bank.
- Successfully defended employment benefits company in a jury trial in Nashville, Tennessee against claims of breach of contract and breach of fiduciary duty.
- Represented Goldman, Sachs & Co.; Dain Bosworth, Inc.; Merrill Lynch & Co.; and Furman Selz, LLC in defense of a securities fraud class action case. Claims against the clients were dismissed by the federal district court on the pleadings.
- Successfully represented Equitrac Corp. and its officers and directors in a shareholder class action alleging that Equitrac and its senior officers and directors attempted to complete a recapitalization transaction for a share price unfair to shareholders.

**Professional & Community Involvement**

- American Bar Association
  - Vice-Chair, Litigation Section
  - Chair, Legal Opportunity Scholarship Committee (2005 - 2008)
  - Chair, Host Committee for the Miami '07 ABA Mid-Year Meeting
  - Chair, Select Committee of the House of Delegates (2006 - 2008)
  - Member, Task Force on Attorney Client Privilege (2004 - )
  - Member, Commission on Women in the Profession (2002 - 2005)
  - Chair, Council for the Fund for Justice and Education (1999 - 2002)

    - Chair, Admissions and Credentials Committee, House of Delegates (2002 - 2004)
    - Chair, Standing Committee on Meetings and Travel (1998 - 1999)
    - Chair, Committee on Public Education and the Law (1993 - 1996)
    - Member, Board of Governors (1990 - 1993)
    - Member, House of Delegates (1988 - 1995; 2000 - )
    - Member, Litigation Section Council (2002 - 2005)
    - Chair, Judicial Intern Opportunity Program, Litigation Section (2005-)
    - Chair, ABA Resource Committee, Litigation Section (2005 - 2008)
    - Chair, Trial Practice Committee, Litigation Section (1998 - 2001)
    - Chair, Host Committee for the Miami '95 ABA Mid-Year Meeting
- President, The Florida Bar Foundation
    - Member, Board of Directors (1988 - 1993)
    - Chair, Administration of Justice IOTA Grant Committee (1991 - 1993)
- The Florida Bar
    - Member, Rules of Civil Procedure Committee
    - Dade County Bar Association, Board of Directors
    - President, Young Lawyers Section, Dade County Bar Association
- United Way of Dade County
    - Chair, Board of Directors (1997 - 1999)
    - Member, Board of Directors (1992 - 2005)
    - Chair, Success by Six Program (1999 - )
    - Member, Executive Committee (1995 - 2005)
    - Chair, Strategic Planning Committee (1995 - 1997)
- Chair, Legal Committee, Florida Chamber of Commerce
- Secretary/General Counsel, Orange Bowl Committee (2003 - 2006)
- Chair, Orange Bowl Parade (2001 - 2002)
- Member, Executive Committee, University of Miami Board of Trustees (2005 - )
- Member, Board of Governors, Miami-Dade Chamber of Commerce
- Member, Super Bowl Host Committee
- Member, 11th Judicial Circuit Committee on Professionalism
- Member, International Women's Forum
- Adjunct Professor of Litigation, University of Miami School of Law

**Articles, Publications & Lectures**

**Articles**

- Featured, "View From the Top: Q&A with Legal Women Leaders," *Vault,* August 2006

**Lectures**

- Extensive lecturing on rules of procedure and evidence, expert testimony, creditors' rights and foreclosure issues, rainmaking, professionalism, and women lawyer issues.

**Awards & Recognition**

- Recipient, 2009 C. Clyde Atkins Civil Liberties Award, presented by ACLU of Florida Greater Miami Chapter, May 2009
- Miami-Dade Florida Association of Women Lawyers (FAWL) "Women Making History Award"
- Listed, *Best Lawyers in America*, 2007-2009
- Listed, *Chambers & Partners USA Guide*, an annual listing of the leading business lawyers and law firms in the world, 2005-2009 (every edition)
- Listed as one of the "Lawdragon 500 Leading Litigators in America," Lawdragon.com, 2006
- Listed as one of the "Lawdragon 3000 Leading Lawyers in America," Lawdragon.com, 2006
- Listed, Commercial Litigation, *Who's Who Legal: Florida 2008*
- Selected by *Super Lawyers* magazine, 2006-2009
    - Selected as one of the Top 50 Female Lawyers in Florida, 2006 and 2007
- Listed, Securities - Shareholder Litigation, *The Legal 500 US: Volume III (Litigation)*
- Listed, "Legal Elite," *Florida Trend* magazine, listing of Florida's top attorneys as selected by their peers, 2007, 2009
- Listed as one of the "Best of the Best Rainmakers" by *Coral Gables Living Magazine*, July - September 2003
- Listed as one of "South Florida's Top Lawyers" by the *South Florida Legal Guide*, 2001 - 2005
- Selected by Secretary of Defense Rumsfeld to participate in the Defense Department's Joint Civilian Orientation Conference, April 2002
- Named Business Woman of the Year, *South Florida Business Journal*, 2001
- United Way of Miami-Dade's 2000 Dorothy Shula Award for Volunteerism
- United Home Care 1999 Claude Pepper Memorial Award
- Jewish Museum of Florida "Breaking the Glass Ceiling Award"
- *South Florida Business Journal*, Up & Comer Award
- YMCA Woman In Business Award
- President's Conference on Volunteerism

**Education**

- J.D., *summa cum laude*, University of Miami School of Law, 1981
    - Editor of the *Law Review*
- B.A., *magna cum laude*, George Washington University, 1975

**Admitted to Practice**

- Florida
- U.S. Court of Appeals, Eleventh Circuit
- U.S. District Court for the Middle District of Florida
- U.S. District Court for the Southern District of Florida
- Supreme Court of the United States

Greenberg Traurig



# Mark A. Salky

Administrative Shareholder, Miami Litigation Department
Litigation
salkym@gtlaw.com

Greenberg Traurig, P.A.
1221 Brickell Avenue
Miami, FL 33131
Phone: (305) 579-0816
Fax: (305) 579-0717

Mark represents clients in a wide range of complex commercial, product liability and other civil litigation matters before state and federal courts and arbitration panels throughout the United States. Mark has litigated matters involving contract disputes, fiduciary relationships, trademark and copyright infringement, trade secrets, fraud, business torts, insurance claims, real estate issues, banking disputes, employee non-competition agreements, landlord/tenant disputes, probate issues and claims alleging serious personal injury and wrongful death. Mark is also the Administrative Shareholder with responsibilities over the roughly 40 attorney Litigation Department in Miami.

**Areas of Experience**

- Complex commercial litigation
- Class actions
- Real estate litigation
- Landlord/tenant litigation
- Banking litigation
- Business torts
- Serious personal injury and wrongful death

**Significant Representations**

- Successful defense of Hilton Hotels Corporation in a five-week arbitration involving claims of mismanagement and breach of contract in which plaintiff sought in excess of $100 million; arbitration award in favor of defense.
- Representation of Microsoft Corporation in defense of a Florida class action brought under Florida's Deceptive and Unfair Trade Practices Act. Main action resulted in class settlement; attorneys' fees issues resolved after four-day evidentiary hearing.
- Successful representation of recording artist in preventing the publication of an unauthorized biography; obtained preliminary injunction against author and case thereafter settled.
- Successful representation of Interval International in an eight-day evidentiary hearing against a former executive accused of violating a non-compete agreement; obtained preliminary injunction and case thereafter settled.
- Successful defense of prominent Ecuadorian bankers accused of bank fraud and civil RICO violations; obtained forum non conveniens dismissal of claims.

- Successful defense of Hilton Hotels Corporation and Hilton International Co. in negligent security and wrongful death case arising out of 2004 terrorist attack at an Egyptian hotel; obtained forum non conveniens dismissal of claims.
- Successful defense of insurance company in case brought by excess carrier alleging bad faith failure to settle within the primary policy's limits; obtained final summary judgment on the eve of trial and a substantial attorneys' fee award in favor of client.
- **Reported Decisions:**
    - *Niv v. Hilton Hotels Corp*., 2008 WL 4849334 (S.D.N.Y. 2008)
    - *Auto Owners Ins. Co. v. American Yachts, Ltd*., 2008 WL 4054402 (11th Cir. 2008)
    - *Auto-Owners Ins. Co. v. American Yachts, Ltd*., 2008 WL 833909 (11th Cir. 2008)
    - *Hilton International Co. v. Carrillo*, 971 So.2d 9001 (Fla. 3d DCA 2008)
    - *Niv v. Hilton Hotels Corp*., 2007 WL 510113 (S.D.N.Y. 2007)
    - *Auto-Owners Ins. Co. v. American Yachts, Ltd*., 492 F.Supp.2d 1379 (S.D.Fla. 2007)
    - *Barnhill v. Florida Microsoft Anti-Trust Litigation*, 905 So.2d 195 (Fla. 3d DCA 2005)
    - *MeterLogic, Inc. v. Copier Solutions, Inc*., 126 F.Supp.2d 1346 (S.D.Fla. 2000)

**Professional & Community Involvement**

- Member, The Florida Bar
- Member, The American Bar Association
- Member, The United Way of Miami-Dade County Impact Council (2003 to present)
- Member, Miami-Dade College Paralegal Program Advisory Board (2006 to present)

**Articles, Publications & Lectures**

**Articles**

- Author, "The Regulatory Regimes for Controlling Excessive Executive Compensation: Are Both, Either, or Neither Necessary?", 49 *U. Miami. L. Rev*. 795 (Spring - Summer 1995)

**Education**

- J.D., *cum laude*, University of Miami School of Law, 1995
    - Member, *University of Miami Law Review*
- M.B.A., Accounting, University of Miami, 1995
    - Recipient, Graduate Tuition Scholarship
- B.B.A., *cum laude*, Finance, University of Georgia, 1990
    - School of Business Administration

**Admitted to Practice**

- Florida
- U.S. District Court for the Southern District of Florida
- U.S. District Court for the Middle District of Florida
- U.S. Court of Appeals, Eleventh Circuit

close window

Disclaimers | Copyright | Privacy Statement | Site Map | Contact

# Jan Douglas Atlas
Partner






jda@adorno.com
954-763-1200
Fort Lauderdale

**Practice Areas:**
Litigation

**Practice Groups:**
Broker-Dealer

Business Disputes

Class Actions/Complex Litigation

Commercial Litigation

Regulatory Compliance

Securities Litigation

**Admitted Only In:**
Florida
New York

Jan Douglas Atlas is a Partner in the Firm's Fort Lauderdale office and is a member of the Commercial Litigation Department in charge of all securities adversary proceedings. He is Managing Partner of the Fort Lauderdale office. He has practiced law for more than 40 years, primarily securities and commercial litigation. Mr. Atlas began his career in New York representing clients in complex litigation matters in both federal and state courts. Mr. Atlas has represented clients in the areas of securities, corporate, and white collar defense. Mr. Atlas is active in civic and community organizations in Broward County.

**EXPERIENCE**

- Securities
- Commercial
- Corporate
- Regulatory

**EDUCATION**

- J.D., St. John's University School of Law (1969)
- B.A., English, Bucknell University (1966)

**INVOLVEMENT**

- Admitted to practice in Florida and New York
- Admitted to practice in the United States Supreme Court, 2nd Circuit Court of Appeals, 11th Circuit Court of Appeals, 5th Circuit Court of Appeals
- Admitted to practice in the United States District Court for the Southern and Eastern Districts of New York, United States District Court for the Southern, Northern and Middle Districts of Florida and United States District Court for the Northern District of Texas, U.S. Tax Court, Trial Bar of the Southern District of Florida
- Member, American Bar Association
- Member, The Florida Bar
- Member, Broward County Bar Association
- Member, Federal Bar Association
- Member, Association of the Bar of the State of New York
- Served as Board Member: National Association of Securities Dealers Arbitration Panel, American Cancer Society, Gilda's Club, A.F. Best Securities Foundation

# Jeffrey A. Backman

Partner






jbackman@adorno.com
954-766-7803
Fort Lauderdale

**Practice Areas:**
Litigation
Business Law
Tort & Insurance
Product Liability & Mass Torts
Insurance & General Liability Defense

**Practice Groups:**
Bad Faith Litigation
Broker-Dealer
Business Disputes
Business Litigation
Class Actions/Complex Litigation
Commercial Litigation
Securities Litigation

**Admitted Only:**
Florida

Jeffrey A. Backman is a Partner in the Firm's Fort Lauderdale office. His primary areas of practice include business law, state and federal litigation and securities.

## EXPERIENCE

- Complex State and Federal Litigation
- Class Actions
- Appeals
- Securities

## EDUCATION

- J.D., *summa cum laude*, Nova Southeastern University (2003)
- B.A., Florida Atlantic University (2000)

## INVOLVEMENT

- Admitted to practice, United States District Court for the Southern District of Florida
- Admitted to practice, United States District Court for the Northern District of Florida
- Admitted to practice, United States District Court for the Middle District of Florida
- Admitted to practice, United States District Court for the Eastern District of Michigan
- Admitted to practice, Eleventh Circuit Court of Appeals
- Member, The Florida Bar
- Member, Broward County Bar Association, Young Lawyers Division
- Executive Director, B'nai B'rith Justice Unit
- Board of Trustees, Leukemia & Lymphoma Society
- Board of Directors, L.E.A.D.
- Leadership Broward, Class XXVII
- Broad Fellowship Mentor
- Man of the Year, Leukemia & Lymphoma Society (2007)
- Top Up and Comer, Florida Trend's Legal Elite (2008)
- Top Up and Comer, Florida Trend's Legal Elite (2009)
- Florida Rising Star, Florida Super Lawyers Magazine (2009)



Mintzer Sarowitz
Zeris Ledva & Meyers LLP

ATTORNEYS AT LAW

255 Alhambra Circle, Suite 1150
Coral Gables, FL 33134
Tel: 305.774.9966
Fax: 305.774.7743
www.defensecounsel.com

E-mail: rloredo@defensecounsel.com

Centre Square, West Tower
1500 Market Street
Suite 4100
Philadelphia, PA 19102
Tel. 215.735.7200

2070 Springdale Road
Suite 400
Cherry Hill, NJ 08003
Tel: 856.616.0700

39 Broadway
Suite 950
New York, NY 10006
Tel: 212.968.8300

17 West John Street
Suite 200
Hicksville, NY 11801
Tel: 516.939.9200

255 Alhambra Circle
Suite 1150
Coral Gables, FL 33134
Tel: 305.774.9966

4511 North Himes Avenue
Suite 200
Tampa, FL 33614
Te. 813.449.4400

625 Liberty Avenue
Suite 390
Pittsburgh, PA 15222
Tel: 412.928.0502

1220 North Market Street
Suite 300
Wilmington, DE 19801
Tel. 302.655.2181

53 Washington Avenue
Wheeling, WV 26003
Tel. 304.203.1115

# RAUL R. LOREDO, Esq.

***Practice Areas:*** Premises Liability, Medical Malpractice, Dental Malpractice, Professional Negligence, Nursing Home Negligence, Product Liability, Maritime Law, and Municipal Law

***Admitted:*** Member of the Florida Bar and is admitted to practice in the United States Court of Appeals Eleventh Circuit, the United States District Courts for the Northern and Middle Districts of Florida, and United States Court of Appeals for the Armed Forces.

***Member:*** Dade County Bar Association (active), Cuban-American Bar Association (active), Jacksonville Bar Association (inactive), Brevard County Bar Association (inactive), and Criminal Defense Counsels (inactive)

***Biography:*** First generation Cuban-American born and raised in Florida. After graduating from Miami Senior High, he joined the United States Navy, achieving the rank of Petty Officer First Class in the submarine forces. Thereafter, Mr. Loredo attended medical school for two years at the University of Honduras, in Tegucigalpa. After attending medical school, Mr. Loredo relocated to the Caribbean where he became an entrepreneur, opening his own dive store business where he offered a wide variety of activities including educational and instructional services as an accomplished diver and instructor trainer. Thereafter, Mr. Loredo returned to the States where he completed his studies.

***Languages:*** Spanish

***Education:*** Miami-Dade Community College – 1993 with Honors (Psychology Student of the Year); Florida International University in 1995 with a degree in Psychology; Florida Coastal School of Law in 2001, (Associate Justice for the Honor Court and as Chief Advocate for the Moot Courts Executive Board, and member of the Moot Court Advocacy Team); a Masters in Psychology from California Coast University (with Honors) and a Doctorate in Human Resources Management from Columbus University (with Honors).



# MINTZER SAROWITZ ZERIS LEDVA & MEYERS LLP

ATTORNEYS AT LAW



## Addison J. Meyers



Florida Office
255 Alhambra Circle
Suite 1150
Coral Gables, FL 33134

Email:
**ameyers@defensecounsel.com**
**Download V-Card**

Tel. 305-774-9966
Fax 305-774-7743

Addison J. ("Sonny") Meyers was born in Pittsburgh, Pennsylvania. He earned his Bachelor of Arts degree and Master of Business Administration degree from the Pennsylvania State University. Mr. Meyers graduated from the University of Miami School of Law with Juris Doctoral in 1978.

Mr. Meyers began his legal career as an Assistant State Attorney for Miami-Dade County, serving from 1978 through 1981. During that time, he served as a Division Chief, responsible for prosecuting rape, robbery and homicide cases.

Mr. Meyers later served as an assistant in the Metro-Dade County Attorney's Office from 1981 through 1984. He worked in the trial division defending claims against Jackson Memorial Hospital and the county's police, fire and transportation departments.

Mr. Meyers is an active member of the Dade County Bar Association, where he has served on the Litigation and Education Committees. He is involved with the "Put Something Back" pro bono section of the Dade County Bar. His is a former member of the Florida Bar Legislative Committee, and has served on the Florida Bar Grievance Committee. Mr. Meyers is currently on the National Board of the American Board of Trial Advocates (ABOTA) and has previously served as President of the Florida Board of Trial Advocates and as President of the Miami Chapter of ABOTA. As a member of ABOTA he has certified to trying in excess of 50 jury trials to verdict. He was recently appointed to the Citizens Advisory Bard for the University of Miami. His is an active member of the Defense Research Institute (DRI), the Florida Defense Lawyers Association (FDLA) and the Dade County Defense Bar Association.

Mr. Meyers is admitted to practice in the state courts of Florida and Pennsylvania. He is also admitted to practice before the United States Fifth and Eleventh Circuit Courts of Appeal, and the United States District Courts for the Middle and Southern Districts of Florida. Mr. Meyers also

practices in the District Court of the United States Virgin Islands and Puerto Rico.

Mr. Meyers is currently the managing partner of the firm's South Florida office. His practice centers on defending Medical Negligence, Professional Liability, Product Liability, Construction, Toxic Tort and Environmental claims. As part of his practice he has lectured to claims personnel, professionals, lawyers and physicians regarding his practice areas and trial advocacy matters. He has participated regularly in Masters in Trial Programs around the State of Florida.

**Home | Firm Information | Firm Attorneys | News Letter**
**Client List | Legal Links | Contact Information**



**NEAL A. SIVYER**

*Sivyer Barlow & Watson, P.A.*
401 E. Jackson Street, Suite 2225
Tampa, Florida 33602
(813) 221-4242 phone • (813) 227-8598 fax
E-mail: nsivyer@sbwlegal.com
Website: www.sbwlegal.com

***Practice Areas:*** Construction Law, Civil Litigation, Lender Law, Real Estate.

***Admitted:*** 1983, Florida; United States District Court, Middle and Southern Districts of Florida; United States Court of Appeals, Eleventh Circuit.

***Biography:*** Order of the Coif (Florida State University). Author: "Attorney Fees in Partial Contingency Cases," Florida Bar Journal, April 1991. Member: Associated General Contractors of Mid Florida (former member, Board of Directors); and National Association of Credit Managers. Elected to Legal Elite (Florida Trend Magazine) 2005-08, Florida Superlawyers 2006-2008. AV Rated (Martindale Hubbell).

***Languages:*** Spanish.

***Education:*** Michigan State University (B.A., with honors, 1980); Florida State University (J.D., with high honors, 1983).

***Born:*** Detroit, Michigan, March 30, 1958.

***Member:*** Hillsborough County Bar Association; Hillsborough County Bar Construction Law Committee (co-chair 2005-2008); The Florida Bar (Sections on Real Property, Probate and Trust Law; Former Chairperson, Real Estate Certification Committee, Member of 2008-2009 Civil Rules Committee); and American Bar Association. Board Certified Real Estate and Civil Trial Lawyer, Served on Grade Review Panel for Florida Bar Board Certification Exams in Civil Trial and Real Estate; Florida Bar Board of Legal Specialization and Education.

***Reported Cases:*** Reeves v. Ace, 2006 WL 2347789 (Fla. 2 DCA 2006); Betts v. Ace, 863 So. 2d 294 (Fla 5th DCA 2002); Schwartz v. Greico, 901 So. 2d 297 (Fla 2d DCA 2005); Betts v. Ace, 863 So. 2d 1252 (Fla 5th DCA 2004); Sembler Marine v. Skidmore, 842 So. 2d 1003 (Fla. 4th DCA 2003); Ponto v. Johns, 684 So. 2d 830 (Fla. 2d DCA 1996); Cushman & Wakefield, Inc. v. Cozart, 561 So. 2d 368 (Fla. 2d DCA 1990); Florida Min. and Materials Corp. v. Continental Cas. Co., 556 So. 2d 518 (Fla. 2d DCA, Feb. 7, 1990) (NO. 89-02113); Florida Min. and Materials Corp. v. Standard Gypsum Corp., 550 So. 2d 47, 9 UCC Rep. Serv. 2d 1245 (Fla. 2d DCA 1989) (NO. 88-02948); Cleevely v. Florida City Magazines, Inc., 486 So. 2d 81, 1 UCC Rep. Serv. 2d 158 (Fla. 2d DCA, Apr. 9, 1986) (NO. 85-1309), UTC Industries v. Presidential Financial Corporation, 33 FLWD 610 (Fla 4th DCA 2008), Islander Beach Club v. Skylark, 33 FLW D693 (Fla 5th DCA 2008).



# Sivyer Barlow & Watson, P.A.

*Attorney At Law*


- Home
- Firm Overview
- Attorney Profile
- Offices
- Directions


**Stephen Everett Walker**
Associate
Email: swalker@sbwlegal.com

**Practice Areas:** Civil Litigation; Commercial Litigation; Construction Litigation.

**Admitted:** 2001, Florida; 2003, U.S. District Court, Middle District of Florida

**Law School:** University of Florida, J.D., 2001

**College:** University of Florida, B.A., cum laude, 1998

**Member:** Hillsborough County Bar Association (Member, Trial Lawyers Section); The Florida Bar.

**Reported Cases:** Luzenberg v. Forand, 929 So.2d 546 (Fla. 2d DCA 2006).

**Born:** Boynton Beach, Florida, August 21, 1977

**ISLN:** 916531063



The hiring of a lawyer is an important decision that should not be based solely upon advertisements. Before you decide, ask us to send you free written information about our qualifications and experience. This web site is designed for general information only. The information presented at this site should not be construed to be formal legal advice nor the formation of a lawyer/client relationship.

Sivyer Barlow & Watson, P.A. website is powered by LexisNexis Martindale-Hubbell.