IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION,<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL Docket No. 2047<br><br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**APPLICATION OF ELIZABETH CABRASER FOR
APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE**

824112.3

I respectfully submit this Application for appointment to the Plaintiffs' Steering Committee. Lieff, Cabraser, Heimann & Bernstein, LLP ("Lieff Cabraser") and Cunningham Bounds in Mobile, AL, represent plaintiffs in *Mitchell Company, Inc. v. Knauf, et al.*, 09cv0089 (N.D. Fla.). The *Mitchell* plaintiff class comprises builders who have proactively taken on the responsibility and cost of investigating and remediating the damages caused by defective drywall in their customers' homes. *See Mitchell* Amended Complaint, ¶¶ 1, 29. We represent the builder class as plaintiffs only, and do not and will not represent any entity as a defendant in a drywall-related matter.

Whether this litigation resolves by way of litigated judgment or global settlement, the builder plaintiffs will be entitled to recover money damages for their remediation efforts, including substantial costs incurred to investigate, retain experts, analyze damages, and remediate defective drywall. Remediation costs can well exceed $50,000 per home. Given the unique and pivotal position of the builder plaintiffs, I respectfully request appointment to the PSC or, in the alternative, a distinct position from which I may serve the common interests of the builder plaintiffs, and plaintiffs generally. I am personally willing and available to commit substantial effort and energy to the task of PSC service.

Lieff Cabraser knows construction product defect litigation. The Lieff Cabraser/Cunningham Bounds construction class action success in *In re Naef v. Masonite*, No. CV-94-4033 (Mobile Cty. Cir. Ct., Ala.), exemplifies this experience. Together, in *Masonite*, we represented a nationwide class of 4 million homeowners with defective hardboard siding on their homes. The trial class was certified under multiple state laws in November 1995, and the Alabama Supreme Court denied extraordinary writs seeking to decertify the class. *See e.g.*, *Ex Parte Masonite*, 681 So. 2d 1068 (Ala. 1996). A month-long jury trial in 1996

established that Masonite hardboard siding was defective under the laws of most states. The case settled on the eve of Phase II classwide trial. Under the court-approved settlement of this and related *Masonite* cases, over $1 billion has been paid to homeowners across the country.

We have also obtained class certification, tried cases, and delivered billions of dollars (plus other benefits, including extended and enhanced warranties) to plaintiff classes in other construction product cases. Lieff Cabraser's leadership in construction products cases includes service as Lead or Co-Lead Class Counsel in *Cox v. Shell Oil Co.*, ("Polybutylene Pipe") (nationwide trial class certified/ $950 million settlement); *In re: Louisiana-Pacific Co. Inner-Seal Siding Litigation* (U.S.D.C. Oregon) (nationwide $675 million settlement); *Grays Harbor Adventist Christian School v. Carrier Corporation*, No. CV05-5437 (W.D. Wash.) (furnaces) (nationwide settlement valued at $300 million); *Richison v. American Cemwood Corp.*, Civil Action No. 005532 (California) (roofing shingles) (nationwide trial class/two-phased $140 million settlement); *ABS Pipe Cases II* (Contra Costa Co., California) JCCP No. 3126 (pipes) (nationwide settlements totaling $78 million); *Pelletz v. Weyerhaeuser Company*, No. C08-0334 JCC (W.D. Wash.) (composite decking material) (nationwide settlement); *Williams v. Weyerhaeuser Co.*, Civil Action No. 995787 (hardboard siding/nationwide no-cap settlement); and *Delay v. Hurd Millwork Co.*, No. 972-073710 (Washington) (residential windows) (multi-state settlement).

In addition to the building-related cases summarized above, my 30 years of leadership experience in the litigation, trial and settlement of complex tort and product defect cases demonstrates my ability to work cooperatively with others. [1] I have been relied upon over many

---

[1] My court appointments include: *In re Silicone Gel Breast Implants Prod. Liab. Litig.*, MDL 926 (N.D. Ala.) PSC /Settlement Class Counsel/ Chair, Law Committee; *In re Felbatol Prod. Liab. Litig.*, MDL 1048 (N.D. Cal.), Plaintiffs' Lead/Liaison Counsel; *In re Holocaust*

years, by my colleagues across the country, to provide written and oral advocacy, legal research and analysis, on challenging issues and under demanding conditions.[2] In these cases, my responsibilities have included class certification, international law issues, briefing and argument, trial design and trial structure.

The *Chinese-Manufactured Drywall* litigation is a team effort for Lieff Cabraser. My partner Jonathan D. Selbin, highly respected and experienced in his own right, is dedicated to all aspects of this litigation, and has played significant roles in other MDLs and consolidated actions: He currently serves as sole Lead Counsel in *In re Whirlpool Corporation Front-Loading Washer Products Liability Litigation,* MDL 2001 (N.D. Ohio), and as Co-Lead Counsel in *Mercedes-Benz Tele Aid Contract Litigation*, MDL 1914 (D.N.J.), in which the court recently certified a nationwide consumer class and the Third Circuit denied Rule 23(f) review. *See In re*

---

*Victims Assets ("Swiss Banks")*, Plaintiffs' Executive Committee; *In re the Exxon Valdez*, Case No. A89-095 Civil (Consolidated) (D. Alaska), Plaintiffs' Class Counsel; *In re Telectronics Pacing Systems, Etc. Prod. Liab. Litig.*, MDL 1057 (S.D. Ohio), Plaintiffs' Executive Committee; *In re Diet Drugs Prod. Liab. Litig.*, MDL 1203 (E.D. Pa.), Plaintiffs' Management Committee; *In re American Family Publishers Business Practices Litigation*, MDL 1235 (D.N.J.), Plaintiffs' Lead Counsel; *In re Baycol Prod. Liab. Litig.*, MDL 1431 (D. Minn.), Plaintiffs' Executive Committee; *In re Tri-State Crematory Litigation*, MDL 1467 (N.D. Ga.), Plaintiffs' Lead/Class Counsel; *In re Vioxx Products Liability Litigation*, MDL 1657 (E.D. La.), PSC; *In re Providian Financial Corp. Credit Card Terms Litigation*, MDL 1301, Plaintiffs' Co-Lead Counsel; *In re Bextra Celebrex Marketing, Sales Practices and Prod. Liab. Litig.*, MDL 1699, Plaintiffs' Liaison Counsel/PSC Chair; *In re Guidant Products Liab. Litig.*, MDL 1708, Plaintiffs' Co-Lead Counsel; *In re Yamaha Motor Corp. Rhino Prod. Liab. Litig.*, MDL 2016, Plaintiffs' Lead Counsel.

[2] My interest in complex litigation, class actions, and mass torts is reflected in my writing, including <u>California Class Actions Practice and Procedure</u>, LexisNexis (updated annually); <u>ATLA's Litigating Tort Cases</u>, Vol. 1, Chapter 9 (June 2003); <u>Proving and Defending Damage Claims: A Fifty-State Guide,</u> Chapter 8 "Punitive Damages", Aspen Law Pub. (updated annually); and numerous law review articles. I teach these subjects as an adjunct professor at Columbia and Berkeley Law Schools. I serve on the Council of the American Law Institute and as an advisor to its *Principles of Aggregate Litigation* project. My interest in international legal issues is reflected, *inter alia*, in my work in the *Swiss Banks* and *Nazi Era* Holocaust cases ($6.2 billion obtained for the benefit of Holocaust victims) and my participation in the upcoming ALI Aggregate Litigation Conference, Renmin University Law School, Beijing.

*Mercedes-Benz Tele Aid Contract Litig.*, 257 F.R.D. 46, 50 (D.N.J. 2009) (J. Debevoise); *review denied* No. 09-8032 (3d Cir. June 4, 2009). He also played a lead role in litigating and settling the *Pelletz*, *Carrier*, *Cemwood*, and *Weyerhaeuser* cases, and served as lead trial counsel in a 3 month class action jury trial against Louisiana Pacific involving defective roof shingles. Partner Kristen E. Law in San Francisco has likewise contributed to many of these cases, and is working with materials experts here. Lieff Cabraser's offices in San Francisco, New York, and Nashville and our AV-rated firm's 53 lawyers, provide a depth of resources always available across the country, in support of the *Chinese-Manufactured Drywall* MDL.[3]

Cunningham Bounds, based in Mobile, Alabama also has extensive expertise in national and state class action litigation involving defective products and complex litigation. The firm has successfully prosecuted class actions resulting in national settlements involving defective products, including hardboard siding, water heaters, synthetic stucco, roofing materials, and contaminated gasoline. Additionally, the firm has successfully handled numerous class actions involving consumer fraud and breach of warranty.

Dated: July 7, 2009

Respectfully submitted,

_____
Elizabeth J. Cabraser
Kristen E. Law
LIEFF CABRASER HEIMANN &
BERNSTEIN
275 Battery St., 30th Floor
San Francisco, CA 94111-3339
(415) 956-1000
(415) 956-1008 (fax)

---

[3] The *National Law Journal* has selected Lieff Cabraser as one of the nation's top 20 plaintiffs' law firms every year. To compile this "Plaintiffs' Hot List," the *NLJ* examines recent verdicts and settlements, overall track records, and contacts plaintiff, defense, and general counsel, asking them for the names of plaintiffs' litigation firms that they would use and recommend. The *NLJ* has also named Ms. Cabraser one of its "100 Most Influential Lawyers" and "Top 10 Women Litigators." More information on our lawyers and cases is available at www.lieffcabraser.com.

824112.3

        Steven L. Nicholas
        R. Edwin Lamberth
        CUNNINGHAM BOUNDS, LLC
        1601 Dauphin St.
        Mobile, AL 33604
        251-471-6191
        251-479-1031 (fax)

Attorneys for Plaintiff Mitchell in *Mitchell Company, Inc. v. Knauf, et al.*, 09cv0089 (N.D. Fla.)

- 5-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Application of Elizabeth Cabraser for Appointment to the Plaintiffs' Steering Committee was filed electronically on the below date and is available for viewing and download from the ECF System of the United States District Court for the Eastern District of Louisiana.

The undersigned further certifies that on the below date she caused a true and correct copy of the Application to be mailed via first class, postage paid, to all parties on the attached Service List.

**Dated July 7, 2009**

_____
Elizabeth Cabraser

Docket: 2047 - IN RE: Chinese-Manufactured Drywall Products Liability Litigation
Status: Transferred on 06/15/2009
Transferee District: LAE    Judge: Fallon, Eldon E.    Printed on 06/15/2009

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Atlas, Jan Douglas<br>ADORNO & YOSS LLP<br>350 East Las Olas Blvd<br>Suite 1700<br>Fort Lauderdale, FL 33301 | => Phone: (954) 766-7823  Fax: (954) 766-7800  Email: jda@adorno.com<br>Banner Supply Co.* |
| Bass, Hilarie<br>GREENBERG TRAURIG LLP<br>1221 Brickell Avenue<br>Miami, FL 33131 | => Phone: (305) 579-0500  Fax: (305) 579-0717  Email: bassh@gtlaw.com<br>Lennar Corp.*; Lennar Homes, LLC fka Lennar Homes, Inc.*; U.S. Home Corp.* |
| Baumann, Gary F.<br>FULMER LEROY ALBEE BAUMANN & GLASS<br>2866 East Oakland Park Blvd.<br>Ft. Lauderdale, FL 33306 | => Phone: (954) 707-4430  Fax: (954) 707-4431  Email: gbaumann@fulmerleroy.com<br>Independent Builders Supply Association, Inc.* |
| Becnel, Jr, Daniel E.<br>BECNEL LAW FIRM LLC<br>106 West Seventh Street<br>P.O. Drawer H<br>Reserve, LA 70084 | => Phone: (985) 536-1186  Fax: (985) 536-6445  Email: dbecnel@becnellaw.com<br>Donaldson, Jill M.; Oertling, John |
| Boldt, Kimberly L.<br>ALTERS BOLDT BROWN RASH & CULMO PA<br>4141 N.E. 2nd Avenue<br>Suite 201<br>Miami, FL 33137 | => Phone: (305) 571-8550  Fax: (305) 571-8558  Email: kimberly@abbrclaw.com<br>Barrozo, Hector*; DeBarrozo, Maria Ines Pinar*; Garcia, Angela*; Garcia, Lorena* |
| Briscoe, Edward J.<br>FOWLER WHITE BURNETT PA<br>Espirito Santo Plaza<br>1395 Brickell Avenue<br>14th Floor<br>Miami, FL 33131-3302 | => Phone: (305) 789-9252  Fax: (305) 789-9251  Email: EJB@Fowler-White.com<br>Black Bear Gypsum Supply, Inc.* |
| Burge, S. Greg<br>BURR & FORMAN LLP<br>420 North 20th Street<br>Suite 3400<br>Birmingham, AL 35203 | => Phone: (205) 458-5101  Fax: (205) 244-5612  Email: gburge@burr.com<br>Rightway Drywall, Inc.* |
| Casper, Christopher C.<br>JAMES HOYER NEWCOMER & SMILJANICH PA<br>One Urban Centre<br>4830 West Kennedy Boulevard<br>Suite 550<br>Tampa, FL 33609-2589 | => Phone: (813) 286-4100  Fax: (813) 286-4174  Email: ccasper@jameshoyer.com<br>Culliton, Kristin Morgan* |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Cole, Susan J.<br>BICE COLE LAW FIRM<br>999 Ponce De Leon Boulevard<br>Suite 710<br>Coral Gables, FL 33134 | =>**Phone: (305) 444-1225  Fax: (305) 446-1598  Email: cole@bicecolelaw.com**<br>L&W Supply Corp. dba Seacoast Supply*; USG Corp.* |
| Coutroulis, Chris S.<br>CARLTON FIELDS PA<br>P.O. Box 3239<br>4221 West Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33601-3239 | =>**Phone: (813) 223-7000  Fax: (813) 229-4133  Email: ccoutroulis@carltonfields.com**<br>M/I Homes, Inc.* |
| Diaz, Jr., Victor Manuel<br>PODHURST ORSECK JOSEFSBERG ET AL<br>City National Bank Building<br>Suite 800<br>25 W. Flagler Street<br>Miami, FL 33130 | =>**Phone: (305) 358-2800  Fax: (305) 358-2382  Email: vdiaz@podhurst.com**<br>Green, Dajan*; Morris-Chin, Janet* |
| Gilman, Kenneth G.<br>GILMAN & PASTOR LLP<br>6363 Highcroft Drive<br>Naples, FL 34119 | =>**Phone: (239) 213-9960  Fax: (239) 213-9946  Email: kgilman@gilmanpastor.com**<br>Ankney, Duane |
| Interior Exterior Bldg.,<br>727 S. Cortez<br>New Orleans, LA 70119 | =><br>Interior Exterior Building Supply |
| Knauf Gips KG,<br>Ridham Dock, Kemsley<br>Sittingbourne, Kent ME 9 8SR, UK | =><br>Gebr Knauf Verwaltungsgesellschaft KG; Knauf Gips KG |
| Knauf Plasterboard,<br>North Yinhe Bridge, East Jingjin Road<br>Beichen District<br>Tianjin, China 300400 P.R.C. | =><br>Knauf Plasterboard (Tianjin) Co., Ltd. |
| Knauf Plasterboard,<br>No. 2 Gang Wan Road<br>RC-241009 Whuhu Anhui, China | =><br>Knauf Plasterboard (Dongguan) Co., Ltd.; Knauf Plasterboard (Wuhu) Co., Ltd. |
| Knauf Plasterboard,<br>No. 2 Xinsha Development Zone<br>RC-52347 Guangdong, China | =><br>Knauf Plasterboard (Dongguan) Co., Ltd. |
| La Suprema Enterprise,<br>221 NE 164th Street<br>North Miami Beach, FL 33160 | =><br>La Suprema Enterprise, Inc. |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| La Suprema Trading, Inc.,<br>221 NE 164th Street<br>N. Miam Beach, FL 33160 | =><br>La Suprema Trading, Inc. |
| Landskroner, Jack<br>LANDSKRONER GRIECO MADDEN LTD<br>1360 West 9th Street<br>Suite 200<br>Cleveland, OH 44113 | =>**Phone: (216) 522-9000  Fax: (216) 522-9007**<br>Minafri, Steven |
| Levin, Arnold<br>LEVIN FISHBEIN SEDRAN & BERMAN<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106-3697 | =>**Phone: (215) 592-1500  Fax: (215) 592-4663  Email: alevin@lfsblaw.com**<br>Martinez, Felix*; Martinez, Jenny*; Niemczura, Walter*; Raphael, Gene*; Santiago, Jason*; Tarzy, Jim*; Vickers, Karin* |
| Loredo, Raul Ricardo<br>MINTZER SOROWITZ & ZERIS<br>255 Alhambra Circle<br>Suite 1150<br>Coral Gables, FL 33134 | =>**Phone: (304) 774-9966  Fax: (305) 774-7743  Email: rloredo@defensecounsel.com**<br>Interior Exterior Building Supply, LP* |
| Nicholas, Steven L.<br>CUNNINGHAM BOUNDS LLC<br>1601 Dauphin Street<br>P.O. Box 66705<br>Mobile, AL 36660 | =>**Phone: (251) 471-6191  Fax: (251) 479-1031  Email: sln@cunninghambounds.com**<br>Mitchell Co., Inc. (The)* |
| Reise, Jack<br>COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP<br>120 East Palmetto Park Road<br>Suite 500<br>Boca Raton, FL 33432 | =>**Phone: (561) 750-3000  Fax: (561) 750-3364  Email: jreise@csgrr.com**<br>Riesz, Lawrence*; Schnee, Jennifer* |
| Rothchilt International,<br>N-510 Chia Hsn Bld.<br>Annex 96 Chung Shan N. Rd. Sec. 2<br>Taipei, Taiwan R.O.C. | =><br>Rothchilt International Ltd. |
| Sivyer, Neal A.<br>SIVYER BARLOW & WATSON PA<br>401 East Jackson Street<br>Suite 2225<br>Tampa, FL 33602 | =>**Phone: (813) 221-4242  Fax: (813) 227-3598**<br>Taylor Morrison Services, Inc. dba Morrison Homes; Taylor Woodrow Communities at Vasari, LLC* |
| South Kendall Constructio,<br>2368 SE 17th Ter.<br>Homestead, FL 33035 | =><br>South Kendall Construction Corp. |
| Steckler, Bruce<br>BARON & BUDD<br>3102 Oak Lawn Ave, Ste 1100 | =>**Phone: (214) 521-3605  Fax: (214) 520-1181  Email: bsteckler@baronbudd.com**<br>Foster, Katherine L.* |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Dallas, TX 75219-4281 | |
| Taishan Gypsum Co., Ltd.,<br>Dawenkou, Taian<br>Shandong, China 271026 | => <br>Taishan Gypsum Co., Ltd. fka Shandong Taihe Dongxin Co., Ltd. |
| Weinstein, Scott Wm.<br>MORGAN & MORGAN PA<br>12800 University Drive<br>Suite 600<br>Fort Myers, FL 33907-5337 | =>**Phone: (239) 433-6880  Fax: (239) 433-6836  Email: sweinstein@forthepeople.com**<br>Allen, Nicole J.*; Allen, Shane M.* |

Note: Please refer to the report title page for complete report scope and key.