UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF FILING OF APPLICATION FOR APPOINTMENT OF GERALD E. MEUNIER TO THE PLAINTIFFS' STEERING COMMITTEE

NOW INTO COURT comes Gerald E. Meunier of the law firm of Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C., who respectfully files the attached application for appointment to the Plaintiffs' Steering Committee in the above-captioned matter.

RESPECTFULLY SUBMITTED:

**GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, L.L.C.**

BY:  s/Gerald E. Meunier
     GERALD E. MEUNIER (La. Bar #9471)
     Gainsburgh, Benjamin, David, Meunier &
     Warshauer, L.L.C.
     2800 Energy Centre
     1100 Poydras Street
     New Orleans, Louisiana 70163-2800
     Phone:504/522-2304
     Facsimile:504/528-9973
     E-mail:gmeunier@gainsben.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                s/Gerald E. Meunier  
                                                GERALD E. MEUNIER, #9471