UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION: L |
| | * | |
| | * | JUDGE FALLON |

******************************************

### APPLICATION OF ANTHONY IRPINO TO
### THE PLAINTIFFS' STEERING COMMITTEE

NOW INTO COURT, comes Anthony Irpino, who respectfully requests that this Honorable Court appoint him to the Plaintiffs' Steering Committee to represent the interests of all Plaintiffs in the above captioned matter.

**A.**  **Willingness And Availability To Commit To A Time-Consuming Project**

Anthony Irpino[1] is the Managing Partner of the Irpino Law Firm - a New Orleans based law firm consisting of 3 attorneys and 4 support staff.  Throughout the entirety of his practice, Anthony Irpino has worked on class actions and mass torts.  He is a defender of class actions/mass torts and views them as important balancing tools in today's society.  Mr. Irpino considers the instant litigation as critical to residents of the Gulf South, particularly Southeast Louisiana, because of how much we have already endured as a result of and since Hurricane Katrina.  The Chinese drywall problem needs to be resolved thoroughly and expeditiously.  Mr. Irpino is devoted to working with (and hopefully on) the Court appointed Plaintiffs' Steering Committee to accomplish this task.

---

[1] Mr. Irpino graduated from the Tulane University School of Law, Cum Laude in 1996, and has been licensed to practice in Louisiana since 1996.

It is respectfully submitted that attorneys will need to devote the majority of their time if they are to actively and substantially participate in this litigation. Mr. Irpino is fully aware that an appointment by this Court to a Plaintiffs' Steering Committee means that he personally will be expected to do the work. Anthony Irpino will devote the necessary individual time to this project. Mr. Irpino has proven this willingness by conducting extensive research on Chinese drywall, reviewing claims, consulting with potential experts, filing one of the first cases in this district, traveling to Louisville, Kentucky for the JPML hearing, attending organizational/informational meetings and conferences on Chinese drywall, and volunteering for assignments from Plaintiffs' Liaison Counsel. Anthony Irpino is willing to spend the majority of his time on this case.

The Irpino Law Firm is modeled so that Anthony Irpino has the available time to personally devote to important and complex cases such as this. Having other attorneys and numerous support staff in his firm allows Mr. Irpino the availability to take on projects such as this. Additionally, Mr. Irpino participates in a limited number of MDL cases, and is only actively involved in one other MDL case, where he has a limited role. As such, he has the availability to devote the majority of his time and energy to this litigation.

**B.     Ability To Work Cooperatively With Others**

The current litigation will involve many different issues and tasks where communication and teamwork will be essential. Mr. Irpino welcomes opportunities, such as this, to work as a member of a team in achieving a common goal on behalf of so many. Mr. Irpino has proven his ability to work cooperatively and communicate with others throughout his career.

Anthony Irpino recently worked with the Plaintiffs' Steering Committee appointed by this Court in *In Re: Vioxx Products Liability Litigation*. In that case, Mr. Irpino was Chairman of the

18 member Privilege Log Team, Co-Chairman of the 10 member Document Depository Committee, and was a member of a 40+ person Discovery Committee. Through his successful work in each of these roles, Mr. Irpino has proven his ability to lead a team, work jointly to co-lead a team, and work with others under team leaders' direction. He has cooperatively participated in dozens of other class actions and mass torts in roles ranging from Lead Counsel to Document Reviewer, and has worked well with others in every role. Anthony Irpino has shown that he can and will work in any role, on any team, with few or many persons involved.

Liaison Counsel in this matter, Russ Herman, was also Liaison Counsel in the *Vioxx* litigation. Mr. Irpino worked very closely with Russ Herman, Lenny Davis and others in the *Vioxx* litigation. They are very familiar with Mr. Irpino's ability to work cooperatively with others. Mr. Irpino strongly believes that he will again be able to work very well with Mr. Herman, Mr. Davis and all other members of the Plaintiffs' Steering Committee in this matter.

**C.**     **Professional Experience In This Type Of Litigation**

Since the onset of his practice Anthony Irpino has devoted the majority of his time to working on class action and mass joinder cases. Mr. Irpino has served as a class counsel for plaintiffs in more than forty (40) class action, multi-district litigation and mass joinder lawsuits, including ones involving Hurricane Katrina, toxic mold contamination, chemical releases, explosions, fires, property contamination and pharmaceutical drugs.[2] Mr. Irpino's experience in toxic mold class actions will be particularly helpful in this litigation.

---

[2] Examples of cases and roles include: ***Philip Bayer, et al. v. Omni Hotels Management Corporation, et al.***, (2003 mold contamination - class action); serving as Co-Lead Counsel. CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS, Case #: 2003-17354, Div. "H" - SETTLED.. ***In Re: Vioxx Products Liability Litigation***, (2005 pharmaceutical litigation); Head of Privilege Log Sub-Committee, Head of Depository Sub-Committee. USDC, EASTERN DISTRICT OF LOUISIANA, MDL No. 1657 - SETTLED.

Anthony Irpino is well versed in the prosecution and management of class actions and mass joinder cases. His devotion to class action and mass joinder cases has allowed him to gain expertise in case management, fact and expert discovery, running document depositories, steering committee administration, the proof of claim process, class action/mass joinder trials, and the role, mechanism and operation of Plaintiff Steering Committees. Anthony Irpino's experience was shown directly to this Court in the *Vioxx* litigation and the roles he played therein as outlined above. Mr. Irpino respectfully requests that this Court consider that work when evaluating his experience.

### D. Willingness To Commit The Necessary Resources To Pursue This Matter

First and foremost, Anthony Irpino will commit the majority of his time and energy to this litigation. Secondly, Mr. Irpino will commit the necessary finances which will certainly be required to fund this litigation. Mr. Irpino believes that the financing of this litigation will be very costly and he is prepared to fully contribute as a member of the Plaintiffs' Steering Committee. Finally, Mr. Irpino is willing and able to have other attorneys at his firm participate in the litigation and/or hire additional attorneys to work on this case if the Plaintiffs' Steering Committee so desires/allows.

/s/ Anthony Irpno
**Anthony D. Irpino (#24727)**
IRPINO LAW FIRM
365 Canal Street, Suite 2290
New Orleans, Louisiana 70130
Tel:   (504) 525-1500
Fax:   (504) 525-1501
airpino@louisianalegal.com

### CERTIFICATE OF SERVICE

I certify that on this 8th day of July, 2009, the foregoing Application Of Anthony Irpino To The Plaintiffs' Steering Committee has been served by electronic mail upon all counsel included in the service list attached to the Court's Pretrial Order #1, as well as any other plaintiffs' counsel known to have a federal drywall case pending.

/s/ Anthony Irpno