FILED '09 JUL 07 16:44 USDC LAE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURER DRYWALL       MDL NO. 2047
        PRODUCTS LIABILITY LITIGATION

                                      SECTION: L

THIS DOCUMENT RELATES TO ALL CASES

                                      JUDGE FALLON

## APPLICATION OF MORRIS BART III FOR APPOINTMENT TO THE PLAINTIFFS STEERING COMMITTEE

**NOW INTO COURT,** comes Morris Bart III, counsel for more than 100 plaintiffs in this litigation, making this application to be appointed member of the Plaintiffs' Steering Committee or to any of the related committees for this consolidated, multi-district litigation. I hereby represent that I and my law firm has and will continue to commit the necessary resources to prosecute this litigation, and will work cooperatively with all other attorneys involved. My firm and I have extensive experience in complex litigation involving toxic exposures, mass torts, and class actions.

My firm has been retained by more than 100 clients in this matter from throughout the South, the majority coming from Louisiana and Mississippi. More than forty claims have been filed at this time, with many more currently being prepared. Each client has had a thorough inspection of his or her home from a licensed attorney, and many have had certified experts examine their homes as well. I worked and lobbied with the Louisiana Legislature in an attempt to change Louisiana Law to protect homeowners from this devastating problem. I have committed the resources of two full-time and licensed attorneys to work exclusively on complex litigation, and my experience combined with my resources makes me an excellent selection to participate in one of the litigation committees.

Fee_____
Process_____
_X_ Dktd_____
CtRmDep_____
Doc. No._____

1

I am a member of Louisiana Bar Association, Louisiana Association for Justice, Mississippi Association for Justice, and the American Association for Justice.   In 2007 and 2008, I was selected as a "Super Lawyer" in the field of General Personal Injury for Plaintiffs by *Law and Politics* magazine, a publication written by attorneys for attorneys. This designation places my qualifications in the top 5% of all attorneys in the State of Louisiana.

My experience in complex litigation can best be illustrated from my involvement in dozens of cases over the course of my 30-year career as an attorney.  My involvement in such cases as *In Re Baycol Products Liability Litigation* (MDL 1431), *In Re Bextra and Celebrex Litigation* (MDL 1691), *In Re Diet Drug Product Liability Litigation* (MDL 1203), *In Re Propulsid Products Liability Litigation* (MDL 1355), *In Re Vioxx Products Liability Litigation* (MDL 1657) and a lengthy list of others have prepared the firm to commit the resources necessary to contribute greatly to this pending litigation.

I was appointed to the PSC of the *Louisiana Breast Implant Class Action* (MDL 926) by Judge Yada T. Magee, and my work in that case stands as a testament to the counsel, advice, and care I am committed to giving each and every one of our clients. Additionally, I was appointed to the State Counsel Committee of the *In Re Hip Implant* (MDL 1401) in Cleveland, Ohio by Judge Kathleen M. O'Malley and Co-Chair of the State and Federal Liaison Committee in the *In Re Baycol Products Liability Litigation* (MDL 1431) in Minneapolis, Minnesota by Judge Michael S. Davis.  While complex litigation has been a central focus of my firm in the past, the pending *Chinese Manufactured Drywall* case is the only MDL on our current agenda, giving both the firm

and myself the time, energy and resources to contribute to the economical, efficient and vigorous advocacy that the litigation will require.

I have been personally involved in developing a team of attorneys to best represent our clients. This team is comprised of several other attorneys already assuming leading roles in this litigation including, but not limited to both Liaison Counsel Russ Herman and Daniel E. Becnel, Jr. We have participated with both of their firms in inspecting every client's residence to determine whether they were affected by this problem. We have worked with other attorneys to have the affected drywall examined by scientific laboratories utilizing some of the nations leading forensic scientists. We have worked to establish a protocol for the preservation and storage of evidence. More importantly, we will continue to work with them to establish protocols to preserve the evidence and orchestrate the trial in the most efficient ways possible.

My firm is well known throughout Louisiana and Mississippi and we have fielded hundreds of calls from clients and prospective clients respecting this drywall tragedy. It is my personal desire to help the people of Louisiana correct this tragedy, as I hope to help the people of the several other states affected.

My firm is a large plaintiff firm consisting of 35 attorneys and more than 125 support staff, making it one of the most established plaintiff's firms in the entire country. We are particularly focused on the area that was harmed worst by this tragedy. If given the opportunity and privilege to serve on the Plaintiff's Steering Committee or other related committees, I will assure the court that I will commit the full resources necessary to fulfill all of my responsibilities to this Honorable Court.

Respectfully Submitted,

_/s/ Morris Bart III_
Morris Bart, III
Morris Bart, LLC
909 Poydras Street, 20th Floor
New Orleans, Louisiana  70112
Phone: (504) 525-8000
Fax: (504) 599-3380
E-mail:  morrisbart@morrisbart.com

## CERTIFICATE OF SERVICE

I certify that on this 6th day of July, 2009, the foregoing Application of Morris Bart III to the Plaintiff's Steering Committee has been served by electronic mail upon all counsel included in the service list attached to the Court's Pretrial Order #1, as well as any other plaintiff's counsel known to have a federal drywall case pending.

_/s/ Morris Bart III_