FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 JUL -8 AM 11: 59

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED  :  MDL NO. 2047
DRYWALL PRODUCTS             :
LIABILITY LITIGATION         :  SECTION "L"
                             :
                             :  JUDGE FALLON
                             :

### APPLICATION OF KENNETH G. GILMAN FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

In accordance with the Court's Pre-Trial Order No. 1, the undersigned, Kenneth G. Gilman, Esq., of Gilman and Pastor, LLP (counsel for Plaintiffs in Ankey v. Knauf GIPs KG, et al., C.A. No. 2:09-166, filed in the Middle District of Florida, respectfully submits this Application for Appointment to the Executive Committee of the Plaintiffs' Steering Committee for the Chinese Drywall Products Liability Litigation. This applicant has already expended considerable time and resources thus far and continues to do so. We are committed to continuing to dedicate the time and resources necessary for the successful prosecution of this litigation.

### Chinese Drywall Litigation

Mr. Gilman has been retained to represent many homeowners. Since our firm filed one of the first cases in early 2009, we have worked closely with claimants, experts, and other plaintiffs' counsel in a cooperative and coordinated manner. Recently, we attended meetings in New Orleans and Louisville, Kentucky to coordinate the multiple issues involved in this litigation. Mr. Gilman and his firm will continue to dedicate themselves to building owners and to commit this firm's resources to the PSC duties. Mr. Gilman and his firm have previously demonstrated in many cases that they will zealously, efficiently, and completely litigate the matter in the best interests of homeowners.

We are presently reviewing approximately 40 individual Chinese Drywall claims. Although we have worked with the claimants and participated in many hands-on inspections, we did not believe it was productive to file multiple lawsuits until the Multidistrict Panel ruled on the Vickers motion

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

{00019633.DOC ; 1}

Prior to, and during, consolidation and transfer of drywall cases to the MDL, we and our experts have analyzed the product, as well as the drywall industry. We have moved forward in tracing the distribution channels for these products. We have also negotiated with builders on remediation issues and attempted to track the builders' first notice of the drywall problems raised in the current litigation.

### Kenneth Gilman Has Been Appointed To Leadership Positions By Many Courts And Has Demonstrated His Professional Leadership And Expertise in Representing Building <u>Owners Nationwide In Construction Defect Cases</u>

Gilman and Pastor, LLP has 30 years of experience in class actions and complex construction litigation and has cooperatively and aggressively represented building owners in courts throughout the nation. (See attached resume of Gilman and Pastor, LLP attached as Exhibit 1). We believe that our prior experience in complex construction litigation is critical to the successful prosecution of this action as it relates to our knowledge of, *inter alia*: (1) the manufacturing process for drywall and its ingredients; (2) construction and product defects; (3) building components; (4) Construction services; (5) Construction cost analysis; (6) building remediation; (7) insurance; (8) and *multiple* related issues.

For over 30 years, this applicant has previously been appointed in leadership positions in similar complex litigation. Some recent examples include:

- <u>Sebago, Inc., et. al. v. Beazer East, Inc. and Johns-Manville Int'l Corp.</u>, No. 96-10069-Wolf (D. Mass.). Chief Judge Wolf (D. Mass.) appointed Kenneth G. Gilman as Lead Counsel to represent building owners nationwide with corrosive phenolic foam insulation. The litigation was extremely hard-fought for more than 5 years. It involved numerous potentially dispositive motions and discovery. Discovery involved the production of hundreds of thousands of documents and depositions. Gilman and Pastor worked with experts in a variety of disciplines, including construction and engineering, materials science and corrosion, metallurgy, structural engineering, and financial analysis. After the case was resolved, with an estimated value of $250 million, we implemented state-of-the-art notice and discovery programs to trace the product through multiple distribution channels throughout the United States. After approving the

settlement, Judge Wolf requested, and Gilman and Pastor agreed, to remain committed to the building owners. After the settlement and over the past 7 years, our firm has overseen the remediation of more than 1,000 buildings. This type of dedication will be repeated by Gilman and Pastor, if respectfully, this Honorable Court appoints the applicant to the Executive PSC.

- In Re OSB Antitrust Litigation, Master File No. 06-CV-00826. The Honorable Paul S. Diamond of the Eastern District of Pennsylvania appointed Gilman and Pastor as Lead Counsel for a class of end user homeowners. This applicant efficiently managed more than twenty (20) law firms which also filed cases, and for three years, prosecuted hotly contested litigation, including overcoming multiple dispositive motions, extensive proceedings on class certification, intensive discovery, briefing, and summary judgment, Daubert motions, and prepared this case for a set trial. We were able to successfully manage the prosecution of the litigation, participate in weekly conference calls, make important work assignments, avoid duplicative discovery, and "carry the ball." We implemented a state-of-the-art database which comprised essentially all of the millions of pages of documents produced by the defendants. This case, which was resolved favorably, had many similarities to the instant case, in that it involved oriented strand plywood in homes throughout the United States.

- Cal-Shakes Roofing Litigation, Judicial Coordination Council No. 4208 (Superior Court, Contra Costa County, Cal.). This firm served as co-counsel on behalf of homeowners throughout the State of California with defective roofs. After extensive litigation, the case proceeded to a jury trial, and was ultimately resolved for more than $62 million.

- In re Louisiana-Pacific Corporation OSB Sheathing (N.D. Cal.). Kenneth G. Gilman and the firm participated as co-counsel in representing a class of building owners nationwide with defective OSB sheathing. After extensive discovery and expert analysis, we were able to reach a settlement valued in excess of $75 million.

- Coleman, et al. v. GAF Building Materials Corporation, No. CV-96-0954-Galanos (Circuit Court of Mobile County, Ala.). Kenneth G. Gilman served as co-lead counsel representing homeowners with defective roofing shingles nationwide. After extensive discovery, the case was resolved for more than $75 million.

- In Re Underground Storage Tank Litigation, (M.D. Ala.). The firm served as co-counsel representing thousands of homeowners whose properties were contaminated by leaking underground storage tanks owned by Exxon, Mobil, Shell, Chevron, BP Amoco, Texaco, and Sunoco. The case involved petroleum contamination, property damage valuation, remediation costs, and analysis and exposure to toxic chemicals and hazardous substances.

For all the foregoing reasons, we respectfully move this Honorable Court to appoint Kenneth G. Gilman to the Plaintiffs' Steering Committee, and allow us to serve this Court and claimants in an efficient and vigorous manner.

Respectfully submitted,

/s/ Kenneth Gilman

Kenneth G. Gilman
GILMAN AND PASTOR, LLP
28100 Bonita Grande Drive, Suite 105
Bonita Springs, Florida 34135
Tel: (239) 221-8269
Fax: (239) 221-8274

Attorneys for Plaintiff, Duane Ankey

## CERTIFICATE OF SERVICE

I certify that on this 7th day of July, 2009, the foregoing Application of Kenneth G. Gilman to the Plaintiffs' Steering Committee has been served by electronic mail upon all counsel included in the Service List attached to the Court's Pretrial Order #1.

Kenneth G. Gilman

## SERVICE LIST

Jan Douglas Atlas
ADORNO & YOSS LLP
350 East Las Olas Blvd
Suite 1700
Fort Lauderdale FL 33301
(954) 766-7823
(954) 766-7800 Fax
jatlas@adorno.com
Attorneys for Banner Supply Co.

Hilarie Bass
GREENBERG TRAURIG LLP
1221 Brickell Avenue
Miami FL 33131
(305) 579-0500
(305) 579-0717 Fax
bassh@gtlaw.com
Attorneys for Lennar Corp.; Lennar Homes, LLC fka Lennar Homes, Inc; U.S. Home Corp.

Edward J. Briscoe
FOWLER WHITE BURNETT PA
Espirito Santo Plaza
1395 Brickell Avenue
14th Floor
Miami FL 33131-3302
EJB@Fowler-White.com
Attorneys for Black Bear Gypsum Supply, Inc.

Susan J. Cole
BICE COLE LAW FIRM
999 Ponce De Leon Blvd
Suite 710
Coral Gables FL 33134
(305) 444-1225
(305) 446-1598 Fax
cole@bicecolelaw.com
Attorneys for L&W Supply Corp. dba

Jeffrey A. Backman
ADORNO & YOSS LLP
350 East Las Olas Blvd
Suite 1700
Fort Lauderdale FL 33301
(954) 763-1200
(954) 766-7800 Fax
jabackman@adorno.com
Attorneys for Banner Supply Co.

Gary F. Baumann
FULMER LEROY ALBEE BAUMANN & GLASS
2866 East Oakland Park Blvd
Fort Lauderdale FL 33306
(954) 707-4430
(954) 707-4431 Fax
gbaumann@fulmerleroy.com
Attorneys for Independent Builders Supply Assoc., Inc.

Greg S. Burge
BURR & FORMAN LLP
420 North 20th Street
Suite 3400
Birmingham AL 35203
gburge@burr.com
Attorneys for Rightway Drywall, Inc.

Chris S. Coutroulis
CARLTON FIELDS PA
PO Bix 2399
4221 West Boy Scout Blvd
Suite 1000
Tampa FL 33601-3239
(813) 223-7000
(813) 229-4133 Fax
Attorneys for M/I Homes, Inc.

Seacoast Supply; USG Corp.

| | |
|---|---|
| Steven G. Schwartz<br>James W. Flanagan<br>SCHWARTZ & HORWITZ, PLC<br>751 North Federal Hwy<br>Suite 400<br>Boca Raton FL 33487<br>(561) 395-4747<br>(561) 367-1550 Fax<br>sgs@sandhlawfirm.com<br>jwf@sandhlawfirm.com<br>Attorneys for South Kendall Construction Corp. | Interior Exterior Bldg.<br>727 S. Cortez<br>New Orleans LA 70119<br>Interior Exterior Building Supply |
| South Kendall Construction<br>2368 SE 17th Terrace<br>Homestead FL 33035 | |
| Knauf GIPS KG<br>Ridham Dock, Kemsley<br>Sittingourne, Kent ME I 8SR, UK<br>*Gebr Knauf Verwaltungsgesel Ischaft; Knauf Gips KG* | Knauf Plasterboard (Tianjin) Co.<br>North Yinhe Bridge, East Jingjin Road<br>Belchen District<br>Tianjin, China 300400 |
| Knauf Plasterboard (Wuhu) Co.<br>No. 2 Gang Wan Road<br>Wuhu Anhul, China 241000 | Knauf Plasterboard (Dongguan)<br>No. Xinsha Development Zone<br>523147 Guangdong, China |
| La Suprema Enterprise<br>221 NE 164th Street<br>North Miami Beach<br>*La Suprema Enterprise, Inc.* | Raul Ricardo Loredo<br>MINTZER SOROWITZ & ZERIS<br>255 Alhambra Circle<br>Suite 1150<br>Coral Gables FL 33134<br>(304) 774-9966<br>(304) 774-7743 Fax<br>rloredo@defensecounsel.com<br>Attorneys for Interior Exterior Building Supply, Inc. |
| La Suprema Trading, Inc.<br>221 NE 164th Street<br>North Miami Beach FL 33160<br>La Suprema Trading, Inc. | |
| Steven L. Nicholas<br>CUNNINGHAM BOUNDS, LLC<br>1601 Dauphin Street<br>PO Box 66705<br>Mobile AL 36660<br>(251) 471-6191<br>(251) 479-1031 Fax<br>aln@cunninghambounds.com<br>Attorneys for The Mitchell Co., Inc. | Mark A. Romance<br>RICHMAN GREER, P.A.<br>Miami Center, Suite 1000<br>201 South Biscayne Blvd<br>Miami FL 33185<br>(305) 373-4000<br>(305) 373-4099 Fax<br>mromance@richmangreer.com<br>Attorneys for Taylor-Woodrow Communities at Vasari, Inc. |
| Rothchilt International Ltd.<br>No. 181, 5th Floor 5-A02 | Neal A. Sivyer<br>SIVYER BARLOW & WATSON, P.A. |

401 Jackson Street, Suite 2225
Tampa FL 33602
(813) 221-4242
(813) 227-8598 Fax
nsivyer@sbwlegal.com
Attorneys for Taylor-Woodrow Communities at Visari, Inc.

Taishan Gypsum Co., Ltd
Dawenkou, Taian
Shandong, China 271026
Taishan Gypsum Co., Ltd. Fka Shandong Taihe Dongxin Co., Ltd.

Jeremy W. Alters
Miami Design District
4141 NE 2nd Avenue
Suite 201
Miami FL 33137-3592
(305) 571-8550
(305) 571-8558 Fax
Jeremy@abbrclaw.com

Tod Aronovitz
ARONOVITZ LAW
777 Brickell Avenue
Suite 850
Miami FL 33131-2811
(305) 372-2772
(305) 397-1886 Fax
ta@aronovitzlaw.com

Daniel E. Becnel, Jr.
BECNEL LAW FIRM LLC
106 West Seventh Street
PO Drawer H
Reserve LA 70084
(985) 536-1186
(985) 536-6445 Fax
dbecnel@becnellaw.com
Attorneys for Jill M. Donaldson and John Oertling

Kimberly L. Boldt
ALTERS BOLDT BROWN RASH & CULMO, PA
4141 NE 2nd Avenue
Suite 201
Miami FL 33137
(305) 571-8550
(305) 571-8558 Fax
Kimberly@abbrclaw.com
Attorneys for Hector Barrozo, Maria Ines Pinar DeBarrozo, Angela Garcia, and Lorena Garcia

Christopher C. Casper
JAMES HOYER NEWCOMER & SMILJANICH, P.A
One Urban Centre
4830 West Kennedy Blvd
Suite 550
Tampa FL 33609-2589
(813) 286-4100
(813) 286-4174 Fax
ccasper@rdlawnet.com

Victor Manuel Diaz, Jr.
PODHURST ORSEK JOSEFSBERG ET AL
City National Bank Building
Suite 800
25 W Flagler Street
Miami FL 33130
(305) 358-2800
(305) 358-2381 Fax
vdiaz@podhurst.com
Attorneys for Dajan Green and Janet Morris-Chin

Charles David Dyrkee
Alhambra Towers
121 Alhambra Plaza
Suite 1603 PH1
Coral Gables FL 33134-4541
(305) 442-1700

Robert D. Gary
rdgary@gmail.com
Jori Bloom Naegele
GARY, NAEGELE & THEADO, LLC
jbnaegele@gmail.com
446 Broadway

(305) 442-2559 Fax
durkee@rdlawnet.com

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Aragon Avenue, 2nd Floor
Coral Gables FL 33134
(305) 476-7400
(305) 476-7444 Fax
Ervin@colson.com

Jack Landskroner
LANDSKROMER GRIECO MADDEN LTD
1360 West 9th Street
Suite 200
Cleveland OH 44113
(216) 522-9000
(216) 522-9007 Fax
Attorneys for Steven Minafri

Jack Reise
COUGHLIN STOIA GELLER RUDMAN
& ROBBINS LLP
120 East Plametto Park Road
Suite 500
Boca Raton FL 33432
(561) 750-3000
(561) 750-3364 Fax
jreise@csgrr.com
Attorneys for Lawrence Riesz and Jennifer Schnee

Richard J. Serpe
Law Offices of Richard J. Serpe, PC
580 East Main Street, Suite 310
Norfolk VA 23510
(757) 233-0009
(757) 233-0455 Fax
rserpe@serpefirm.com

Lorain OH 44052
(440) 244-4809
(440) 244-3462 Fax

Michael D. Hausfeld
mhausfeld@hausfeldllp.com
Richard S. Lewis
rlewis@hausfeldllp.com
James Pizzirusso
jpizzirusso@hausfeldllp.com
Faris Ghareeb
fghareeb@huasfeldllp.com
HAUSFELD LLP
1700 K Street, Suite 650
Washington DC 20006
(202) 540-7200
(202) 540-7201 Fax

Arnold Levin
Alevin@lfsblaw.com
Fred S. Longer
Flonger@lfsblaw.com
Daniel C. Levin
Dlevin@lfsblaw.com
LEVIN FISHBEIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia PA 19106
(215) 592-1500
(215) 592-4663 Fax
Attorneys for Felix Martinez, Jenny Martinez,
Walter Niemczura, Gene Raphael, Jason Santiago,
Jim Tarzy, Karin Vickers

Michael Ryan
KRUPNICK CAMPBELL ET AL
700 SE 3rd Avenue
Suite 100
Fort Lauderdale FL 33316-1154
(954) 763-8181
(954) 763-8292 Fax
mryan@krupnicklaw.com

Bruce Steckler
BARON & BUDD
3102 Oak Lawn Avenue
Suite 1100
Dallas TX 75219-4281
bsteckler@baronbudd.com
(214) 521-3605

|  |  |
|---|---|
| Richard W. Stimson<br>Law Offices of Richard W. Stimson<br>4726 Mainsail Drive<br>Bradenton FL 34208<br>(214) 914-6128<br>Rick.stimson@comcast.net | (214) 520-1181 Fax<br>Attorneys for Katherine L. Foster<br><br>Scott Wm. Weinstein<br>MORGAN & MORGAN PA<br>12800 University Drive<br>Suite 600<br>Fort Myers FL 33907<br>(239) 433-6880<br>(239) 433-6836 Fax<br>sweinstein@forhtepeople.com<br>Attorneys for Micole J. Allen & Shane M. Allen |