UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2009 JUL -8 AM 11: 59
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL  * <br> PRODUCTS LIABILITY LITIGATION        * <br>                                       * <br>                                       * <br>                                       * <br>                                       * <br>                                       * <br>                                       * | MDL NO. 2047 <br><br> SECTION: L <br><br> JUDGE FALLON <br> MAG. JUDGE <br> WILKINSON |

**********************************************

## APPLICATION FOR APPOINTMENT OF GREGORY S. WEISS
## TO PLAINTIFFS' STEERING COMMITTEE

Pursuant to Pretrial Order #1, dated June 16, 2009, Gregory S. Weiss, Esq., of the law firm of Leopold~Kuvin, P.A., hereby files this Application for Appointment to the Plaintiffs' Steering Committee for the Chinese-Manufactured Drywall Products Liability Litigation. Attached hereto is the Applicant's resume for the Court's review and consideration.

The undersigned counsel first became involved in this litigation in late-2008, pursuant to the request of a young couple from Martin County, Florida. After immediate investigation of the issue, on January 22, 2009, the undersigned law firm filed the first lawsuit in the United States District Court for the Southern District of Florida regarding Chinese-Manufactured Drywall. Since that date the undersigned law firm has been actively litigating both individual and class Chinese-Manufactured Drywall cases in Florida's state and federal courts, as annotated in the attached List of Chinese-Manufactured Drywall Cases. In addition, the undersigned firm has put many more builders on notice pursuant to Florida's construction defect statute.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

Regarding the Court's criteria for selection to the Plaintiffs' Steering Committee, the undersigned has shown a willingness and availability to fully commit to this time-consuming project, not only through devotion of time to the litigation already at hand, but also through working with other attorneys, locally and nationally, to zealously represent persons impacted by this problem. The undersigned has attended meetings and hearings, in person, in Florida, Kentucky and Louisiana, in furtherance of the instant litigation, in addition to almost daily teleconferences with attorneys involved in this litigation from far more numerous jurisdictions.

The undersigned's ability to work well with others was forged while serving as a staff officer in the U.S. Army. Further, the undersigned firm currently is actively involved in several multi-district actions, including MDL No. 1869 *In re: Rail Freight Fuel Surcharge Antitrust Litigation*, MDL No. 2002 *Processed Egg Products Antitrust Litigation* and several others, and has previously served on the National Managed Care Class Action Steering Committee and the Ford Firestone Settlement Committee. The undersigned's personal previous professional experience defending complex commercial cases has provided the requisite insight and skill to assist in: (1) the initiation, coordination and conduct of discovery; (2) organizing, drafting and coordinating motion practice; and, (3) coordinating among plaintiffs' counsel. Finally, the undersigned firm has demonstrated its commitment by expending significant resources on multiple retained experts, testing, travel and fees, and will continue to do so.

If afforded the opportunity to serve on the Plaintiffs' Steering Committee, the undersigned will devote the time and resources required to discharge all obligations at the highest level, without question appearing in person for all critical events, regardless of location. Alternatively, if not selected to serve on the Plaintiffs' Steering Committee, the undersigned respectfully requests this Court consider the undersigned for appointment to any committee

established by this Court, and likewise commits to discharge all obligations given, in any capacity, at the highest level.

WHEREFORE, it is respectfully requested that Gregory S. Weiss and Leopold~Kuvin, P.A., be appointed to the Plaintiffs' Steering Committee in the instant matter, or alternatively, to any other committee established in this matter.

Respectfully submitted,

GREGORY S. WEISS, ESQ.
Florida Bar No.: 163430
THEODORE J. LEOPOLD
Florida Bar No.: 705608
SPENCER T. KUVIN
Florida Bar No.: 089737
Leopold~Kuvin, P.A.
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Phone: (561) 515-1400
Fax:    (561) 515-1401

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of July, 2009, the foregoing Application of Gregory S. Weiss to the Plaintiffs' Steering Committee has been served by electric mail upon all counsel included in the Service List attached to the Court's Pretrial Order #1.

GREGORY S. WEISS (Florida Bar No.: 163430)
Email: gweiss@leopoldkuvin.com
THEODORE J. LEOPOLD
Florida Bar No.: 705608
SPENCER T. KUVIN
Florida Bar No.: 089737
Leopold~Kuvin, P.A.
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Telephone: (561) 515-1400
Facsimile: (561) 515-1401
Attorneys for Plaintiff

## SERVICE LIST

Jan Douglas Atlas
ADORNO & YHOSS, LLP
350 East Las Olas Blvd.
Suite 1700
Ft. Lauderdale, FL 33301
(954) 766-7823
(954) 766-7800 Facsimile
jatlas@adorno.com
Florida Bar No.: 226426
Attorneys for Banner Supply Co.

Hilarie Bass
Greenberg Traurig LLP
1221 Brickell Avenue
Miami, FL 33131
(305) 579-0500
(305) 579-0717 Facsimile
bassh@gtlaw.com
Attorneys for Lennar Corp.; Lennar Homes, LLC f/k/a Lennar Homes, Inc.; U.S. Home Corp.

Jeffrey A. Backman
ADORNO & YHOSS, LLP
350 East Las Olas Blvd.
Suite 1700
Ft. Lauderdale, FL 33301
(954) 763-1200
(954) 766-7800 Facsimile
jbackman@adorno.com
Florida Bar No.: 0662501
Attorneys for Banner Supply Co.

Gary F. Baumann
Fulmer Leroy Albee Baumann & Glass
2866 East Oakland Park Blvd.
Ft. Lauderdale, FL 33306
(954) 707-4430
(954) 707-4431 Facsimile
gbaumann@fulmerleroy.com
Attorneys for Independent Builders Supply Association, Inc.

Edward J. Briscoe
Fowler White Burnett P.A.
Espirito Santo Plaza
1395 Brickell Avenue
14th Floor
Miami, FL 33131-3302
(305) 789-9252
(305) 789-9251 Facsimile
EJB@Fowler-White.com
Attorneys for Black Bear Gypsum Supply, Inc.

Susan J. Cole
Bice Cole Law Firm
999 Ponce De Leon Boulevard
Suite 710
Coral Gables, FL 33134
(305) 444-1225
(305) 446-1598 Facsimile
cole@bicecolelaw.com
Attorneys for L&W Supply Corp. d/b/a Seacost Supply; USG Corp.

Steven G. Schwartz, Esq.
Florida Bar No.: 911471
James W. Flanagan, Esq.
Florid Bar No.: 249440
Schwartz & Horwitz, PLC
6751 North Federal Highway
Suite 400
Boca Raton, FL 33487
(561) 395-4747
(561) 367-1550 Facsimile
sgs@sandhlawfirm.com
jwf@sandhlawfirm.com
Attorneys for South Kendall Construction Corp.

South Kendall Construction
2368 SE 17th Ter.
Homestead, FL 33035

Knauf GIPS KG
Ridham Dock, Kemsley
Sittingourne, Kent ME I 8SR, UK

Greg S. Burge
Burr & Forman LLP
420 North 20th Street
Suite 3400
Birmingham, AL 35203
(205) 458-5101
(205) 244-5612 Facsimile
gburge@burr.com
Attorneys for Rightway Drywall, Inc.

Chris S. Coutroulis
Carlton Fields, P.A.
P. O. Box 3239
4221 West Boy Scout Blvd.
Suite 1000
Tampa, FL 33601-3239
(813) 223-7000
(813) 229-4133 Facsimile
ccoutroulis@carltonfields.com
Attorneys for M/I Homes, Inc.

Knauf Plasterboard (Tianjin) Co.
North Yinhe Bridge, East Jingjin Road
Belchen District
Tianjin, China 300400

Knauf Plasterboard (Wuhu) Co.
No. 2 Gang Wan Road
Wuhu Anhul, China 24100

La Suprema Enterprise
221 NE 164th Street
North Miami Beach, FL 33160
La Suprema Enterprise, Inc.

La Supreme Trading, Inc.
221 NE 164th Street
North Miami Beach, FL 33160
La Suprema Trading, Inc.

Steven L. Nicholas
Cunningham Bounds LLC
1601 Dauphin Street
P. O. Box 66705
Mobile, AL 36660
(251) 471-6191
(251) 479-1031 Facsimile
sln@cunninghambounds.com
Attorneys for The Mitchell Co., Inc.

Rothchilt International Ltd.
No. 181, 5th Floor 5-A02
Zheijang, China 315000

Knauf Plasterboard (Dongguan)
No. 2 Xinsha Development Zone
523147 Guangdong, China

Raul Ricardo Loredo
Mintzer Sorowitz & Zeris
255 Alhambra Circle
Suite 1150
Coral Gables, FL 33134
(305) 774-9966
(305) 774-7743
rloredo@defensecounsel.com
Attorneys for Interior Exterior
Building Supply, LP

Mark A. Romance
Richman Greer, P.A.
Miami Center, Suite 1000
201 South Biscayne Blvd.
Miami, FL 33185
(305) 373-4000
(305) 373-4099 Facsimile
Florida Bar No.: 021520
mromance@richmangreer.com
Attorneys for Taylor-Woodrow
Communities at Vasari, L.L.C.

Neal A. Sivyer
Sivyer Barlow & Watson, P.A.
401 E. Jackson Street, Suite 2225
Tampa, FL 33602
(813) 221-4242
(813) 227-8598 Facsimile
Florida Bar No.: 373745
nsivyer@sbwlegal.com
Attorneys for Taylor-Woodrow
Communities at Vasari, L.L.C.

Taishan Gypsum Co., Ltd.
Dawenkou, Taian
Shandong, China 271026
Taishan Gypsum Co., Ltd.
f/k/a Shandong Taihe
Dongxin Co., Ltd.

Jeremy W. Alters, Esq.
Miami Design District
4141 NE 2nd Avenue
Suite 201
Miami, FL 33137-3592
(305) 571-8550
(305) 571-8558 Facsimile
Jeremy@abbrclaw.com
Florida Bar No.: 111790

Daniel E. Becnel, Jr.
Becnel Law Firm LLC
106 West Seventh Street
P. O. Drawer H
Reserve, LA 70084
(985) 536-1186
(985) 536-6445 Facsimile
dbecnel@becnellaw.com
Attorneys for Jill M. Donaldson and John Oertling

Christopher C. Casper
James Hoyer Newcomer &
Smiljanich, P.A.
One Urban Centre
4830 West Kennedy Blvd.
Suite 500
Tampa, FL 33609-2589
(813) 286-4100
(813) 286-4174 Facsimile
ccasper@jameshoyer.com
Attorneys for Kristin Morgan Culliton

Tod Aronovitz, Esq.
Aronovitz Law
777 Brickell Avenue
Suite 850
Miami, FL 33131-2811
(305) 373-2772
(305) 397-1886 Facsimile
ta@aronovitzlaw.com
Florida Bar No.: 186430

Kimberly L. Boldt
Alters Boldt Brown Rash & Culmo P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
(305) 571-8550
(305) 571-8558 Facsimile
Kimberly@abbrclaw.com
Attorneys for Hector Barrozo, Maria Ines Pinar DeBarrozo, Angela Garcia And Lorena Garcia

Victor Manuel Diaz, Jr.
Podhurst Orseck Josefsberg, et al
City National Bank Building
Suite 800
25 W. Flagler Street
Miami, FL 33130
(305) 358-2800
(305) 358-2382 Facsimile
vdiaz@podhurst. com
Attorneys for Dajan Green and Janet Morris-Chin

Charles David Durkee, Esq.
Alhambra Towers
121 Alhambra Plaza
Suite 1603 PH1
Coral Gables, FL  33134-4541
(305) 442-1700
(305) 442-2559 Facsimile
durkee@rdlawnet.com

Kenneth G. Gilman
Gilman & Pastor LLP
6363 Highcroft Drive
Naples, FL  34119
(508) 291-8400
(508) 291-3258 Facsimile
kgilman@gilmanpastor.com
Attorneys for Duane Ankney

Jack Landskroner
Landskroner Grieco Madden Ltd.
1360 West 9th Street
Suite 200
Cleveland, OH  44113
(216) 522-9000
(216) 722-9007 Facsimile
Attorneys for Steven Minafri

Robert D. Gary
rdgary@gmail.com
Jori Bloom Naegele
jbnaegele@gmail.com
Gary, Naegele & Theado, LLC
446 Broadway
Loraine, OH  44052
(440) 244-4809
(440) 244-3462 Facsimile

Michael D. Hausfeld
mhausfeld@hausfeldllp.com
Richard S. Lewis
rlewis@hausfeldllp.com
James J. Pizzirusso
jpizzirusso@hausfeldllp.com
Faris Ghareeb
fghareeb@hausfeldllp.com
Hausfeld, LLP
1700 K Street, Suite 650
Washington, DC 20006
(202) 540-7200
(202) 540-7201 Facsimile

Arnold Levin
Alevin@lfsblaw.com
Fred S. Longer
Flonger@lfsblaw.com
Daniel C. Levin
Dlevin@lfsblaw.com
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Philadelphia, P.A. 19106
(215) 592-1500
(215) 592-4663 Facsimile
Attorneys for Felix Martinez, Jenny Martinez, Walter Niemczura, Gene Raphael, Jason Santiago, Jim Tarzy, Karin Vickers

| | |
|---|---|
| Jack Reise<br>Coughlin Stoia Geller Rudman<br>& Robbins, LLP<br>120 East Palmetto Park Road<br>Suite 500<br>Boca Raton, FL 33432<br>(561) 750-3000<br>(561) 750-3364 Facsimile<br>jreise@csgrr.com<br>Attorneys for Lawrence Riesz<br>And Jennifer Schnee | Michael Ryan, Esq.<br>Krupnick Campbell, et al<br>700 SE 3rd Avenue<br>Suite 100<br>Ft. Lauderdale, FL 33316-1154<br>(954) 763-8181<br>(954) 763-8292 Facsimile<br>mryan@krupnicklaw.com<br>Florida Bar No.: 975990 |
| Richard J. Serpe<br>Law Offices of Richard J. Serpe, P.C.<br>580 East Main Street, Suite 310<br>Norfolk, VA 23510<br>(757) 233-0009<br>(757) 233-0455 Facsimile<br>rserpe@serpefirm.com | Bruce Steckler<br>Baron & Budd<br>3102 Oak Lawn Avenue<br>Suite 1100<br>Dallas, TX 75219-4281<br>(214) 521-3605<br>(214) 520-1181 Facsimile<br>bsteckler@baronbudd.com<br>Attorneys for Katherine L. Foster |
| Richard W. Stimson<br>Law Offices of Richard W. Stimson<br>4726 Mainsail Drive<br>Bradenton, FL 34208<br>(214) 914-6128<br>Rick.Stimson@comcast.net | Scott Wm. Weinstein<br>Morgan & Morgan PA<br>12800 University Drive<br>Suite 600<br>Ft. Myers, FL 33907-5337<br>(239) 433-6880<br>(239) 433-6836 Facsimile<br>sweinstein@forthepeople.com<br>Attorneys for Nicole J. Allen<br>& Shane M. Allen |