# GREGORY S. WEISS

## EXPERIENCE

**CIVIL LITIGATION ATTORNEY** — 2008-PRESENT
LEOPOLD~KUVIN — PALM BEACH GARDENS, FLORIDA
- Litigate all phases of commercial, class, complex and product defect cases, in both state and federal courts, including multidistrict litigation
- Interview, depose and examine factual and expert witnesses
- Draft pleadings, memoranda, agreements, discovery requests and responses

**CIVIL LITIGATION ATTORNEY** — 2005-2008
PAGE, MRACHEK, FITZGERALD & ROSE — STUART, FLORIDA
- Litigate all phases of commercial, business and intellectual property litigation, from pleadings through trial, in both state and federal courts
- Independently draft and argue the full breadth of discovery and dispositive motions
- Interview, depose and examine factual and expert witnesses
- Prepare and present evidentiary and demonstrative exhibits

**UNITED STATES ARMY, JUDGE ADVOCATE GENERAL'S CORPS**
CHIEF OF MILITARY JUSTICE — 2004-2005
13TH CORPS SUPPORT COMMAND — BALAD, IRAQ
- Oversaw all criminal law actions, from investigation to jury trial, for a jurisdiction of greater than 25,000 soldiers deployed to Iraq for Operation Iraqi Freedom II
- Conducted courts-martial and administrative boards
- Served as the primary legal advisor for the U.S. Army Criminal Investigative Division, Military Police Investigations and multiple Army Commanders
- Supervised and mentored five Army Judge Advocate lawyers and ten paralegals

**CIVIL LITIGATION ASSOCIATE** — 2003
WICKER, SMITH, O'HARA, MCCOY, GRAHAM, & FORD — WEST PALM BEACH, FLORIDA
- Conducted all phases of medical malpractice litigation, from pleadings through trial
- Drafted and argued discovery and dispositive motions
- Interviewed, deposed and examined factual and expert witnesses

**UNITED STATES ARMY, JUDGE ADVOCATE GENERAL'S CORPS**
MILITARY PROSECUTOR/ SPECIAL ASSISTANT U.S. ATTORNEY — 2001-2003
PRESIDIO OF MONTEREY — MONTEREY, CALIFORNIA
- Prosecuted civilians in the U.S. District Court for the Northern District of California for crimes committed on all federal property in the vicinity of Monterey, California
- Conducted all phases of courts-martial from pleadings through contested jury trials
- Represented the Government in formal administrative boards

**DOMESTIC OPERATIONAL LAW ATTORNEY** — 2000-2001
UNITED STATES ARMY FORCES COMMAND — FORT MCPHERSON, GEORGIA
- Served as the primary legal advisor for real-world operations in support of homeland security, conventional response to terrorism and domestic intelligence operations
- Created novel Rules for the Use of Force, Inter-agency Memoranda of Understanding and Memoranda of Agreement

**GREGORY S. WEISS**  PAGE 2

**OPERATIONAL/ ADMINISTRATIVE LAW ATTORNEY**  1999-2000
**82D AIRBORNE DIVISION**  FORT BRAGG, NORTH CAROLINA
- Served as a paratrooper-lawyer for a Division of 14,500 soldiers
- Reviewed and interpreted international agreements, U.N. resolutions, status of forces agreements, foreign property acquisitions and deployment claims
- Replied to Congressional inquiries, Inspector General complaints and formal requests pursuant to the Freedom of Information Act
- Developed and presented classes regarding rules of engagement and the law of war
- Served on the battle management cell and non-combatant evacuation team
- Drafted legal reviews and opinions regarding fiscal and administrative law

EDUCATION
**UNIVERSITY OF FLORIDA COLLEGE OF LAW**  JURIS DOCTOR, DECEMBER 1998
- National Moot Court Board
  - Chairman, Vice-Chairman and Member
  - Finalist, Florida Bar Moot Court Competition
  - Semi-Finalist, University of San Diego Criminal Moot Court Competition
- Selected for Order of the Barristers

**UNIVERSITY OF FLORIDA**  BACHELOR OF ARTS, DECEMBER 1995
- Major in Political Science, Minor in Economics
- Army Reserve Officer Training Corps (R.O.T.C.)
  - Honor Graduate from Basic and Advanced Camps
  - Executive Officer, Fighting Gator Battalion
- Member of Florida Blue Key, Florida Cicerones, University of Florida Hall of Fame
- Vice-President and Rush Chairman, Phi Delta Theta Fraternity

QUALIFICATIONS, MEMBERSHIP AND AWARDS
- Member of the Florida and California Bars
  - Florida Supreme Court Bar Admissions Committee
  - Florida Bar Military Affairs Committee
  - Florida Rising Stars list, Florida Super Lawyers Magazine, 2009
- Martin County Bar Association
  - Chairman, Litigation Section (2007-Present)
  - Chairman, Young Lawyers Division (2006-2007)
- President Elect, University of Florida College of Law Alumni Counsel (2009-2010)
- Awarded Bronze Star Medal, Meritorious Service Medal, Joint Service Commendation Medal and Army Commendation Medal

INTERESTS
Running, cycling, triathlon, tennis, soccer, Australian Shepherds and Gator sports

CONTACT INFORMATION
2925 PGA Boulevard
Palm Beach Gardens, Florida 33410
E-mail: gweiss@leopoldkuvin.com
Telephone: (561) 515-1400

# CURRICULUM VITAE

# THEODORE J. LEOPOLD, ESQ.

| | | |
|---|---|---|
| ***Personal*** | : | Age 51<br>Married to Roslyn Leopold<br>Three Children:<br>    Paul 20<br>    Sara 18<br>    Samuel 13 |
| ***Occupation*** | : | Attorney/Managing Partner<br>Leopold~Kuvin, P.A.<br>2925 PGA Boulevard, Suite 200<br>Palm Beach Gardens, Florida 33410<br>(561) 515-1400<br>tleopold@leopoldkuvin.com |
| ***Practice Specialties*** | : | Managed Care Abuse<br>Personal Injury<br>Automotive Crashworthiness<br>Civil Trial Practice<br>Class Action<br>Mass Torts |
| ***Education*** | : | Cumberland School of Law, Samford University, Birmingham, AL<br>J.D., 1987<br><br>University of Miami, Miami, FL<br>B.A., 1980 |
| ***Bar Admissions*** | : | Florida, 1987<br>U.S. District Court Middle District of Florida, 1988<br>U.S. District Court Southern District of Florida, 1988<br>U.S. Supreme Court, 1991 |

1

| | | |
|---|---|---|
| ***Honors & Awards*** | : | The American Jewish Committee, Judge Learned Hand Award |
| | : | Trial Lawyers for Public Justice, Finalist for *Trial Lawyer of the Year* For work on *Chipps v. Humana Health Insurance Company of Florida* case, wherein won the largest verdict on behalf of an individual claimant in Florida and second largest individual managed care verdict in U.S. history. |
| | : | The Steven M. Shapiro New Leadership Award |
| | : | Martindale Hubbell, AV Rating |
| | : | Best Lawyers in America, 2005, 2006, 2007, 2008 & 2009 |
| | : | The South Florida Legal Guide, Top Florida Lawyer |
| ***Certification*** | : | Florida Bar Board Certification for Civil Trial Practice |
| ***Professional & Community Affiliations*** | | Florida Bar Association |
| | : | Federal Bar Association |
| | : | American Association for Justice |
| | : | Florida Justice Association |
| | : | Palm Beach County Bar Association |
| | : | Indian River County Bar Association |
| | : | Palm Beach County Trial Lawyers Association |
| | : | American Board of Trial Advocates |
| | : | Craig S. Barnard American Inn of Court LIV |
| | : | President Elect of Professional Ethics Committee, Florida Bar Association |
| | : | Board of Directors, American Board of Trial Advocates |

- Board of Directors, Florida Justice Association
- Board of Directors, Attorneys Information Exchange Group
- Executive Board, Public Justice Foundation
- Advisory Board Member, Samford University's Cumberland School of Law
- Member, Cabinet of the Business and Professions Division of the Jewish Federation of Palm Beach County
- Board of Directors, Jewish Family & Children's Services
- Member of the Professionalism Committee, Florida Bar Association
- Member of the National Center for Victims of Crime
- Past Chair, Product Liability Section, American Association for Justice
- Immediate Past President, Palm Beach County Bar Association
- Past President, Palm Beach Justice Unit of B'nai B'rith
- Past Member of the Board of Director of the Palm Beach County Trial Lawyers Association
- Past Member of the Board of Directors, Jewish Federation for Palm Beach County
- Past Member 2004 Advertising Task Force, Florida Bar Association
- Past Member of the Social Action and Intergroup Relations Task Force, Jewish Federation for Palm Beach County
- Past President and Board of Directors, Arthur I. Meyer Jewish Academy
- Past Member of the Board of Directors, Palm Beach County Justice Association
- Past Member of the Long Range Planning Committee, Florida Bar Association
- Past President, Rebekah's House

- Past President and Board of Directors, Safety Council for Palm Beach County

- Past Member of Executive Board and Board of Directors, The Jewish Community Center for Palm Beach County

- Past Co-Chair Super Sunday, Jewish Federation for Palm Beach County

- Past Member of Executive Committee - Professionalism Division, Jewish Federation for Palm Beach County

- Past Co-Chair - Judicial Reception, Jewish Federation for Palm Beach County

**Invited Lectures**

- "Leaving Nothing on the Table - Maximizing Settlement Results for your Client," Florida Justice Association, FJA Fall Convention, St. Petersburg, FL, December 2008

- "Shielding Your Client from HMO Abuse," Florida Justice Association, FJA Insurance Seminar, Tampa, October 2008

- "Pick the Best Route to Avoid Gridlock: Overcoming Bias During Jury Selection", Florida Justice Association, 2008 Rules of the Road in Auto Negligence Case Seminar, West Palm Beach, September 2008

- "Recognizing the Product Defect Behind Auto Crash Cases - The Law, the Science and Reality of It All", Florida Justice Association, Annual Convention, Orlando, Florida, May 2008

- "Diversifying Beyond Product Liability" – Attorney Information Exchange spring seminar in Seattle, Washington – April 2008

- "Jury Selection", Palm Beach County Bar Association, Trial Superstars: Trying the Catastrophic Injury Case, West Palm Beach, FL, March 2008

- "Summation in a Products Liability Case", Florida Justice Association, Workhorse Seminar, Orlando, Florida, February 2008

- "Health Insurance on a First Party Case," Florida Justice Association, Insurance Bad Faith Seminar, West Palm Beach and Tampa, Florida, March 2007

- "Proper Investigation of the Automobile Negligence Case" – Florida Justice Association 2007 Advance Trial Skills Seminar, Palm Beach, FL - June 2007

- "Handling, Litigating, and Trying the Crashworthiness Case" AFTL 21st Annual Workhorse Seminar, The Renaissance Orlando Resort at Sea World – February 2006

- "The Affects of Product Liability Litigation on Issues of Public Health" – Tufts University, Boston, MA. – April 2006

- "Recovering Attorneys' Fees in a Class Action" Palm Beach County Bar Association, West Palm Beach, FL, April 2005

- "Dealing with Foreign Manufacturers Who Claim They Don't Have Documents." The Attorney Information Exchange Group, Spring Seminar, Miami Beach, FL 2005

- "Directing Passion in a World of Managed Care", Elder Law Section of The Florida Bar, Yosemite National Park, CA July 2005

- "Cargo Retention," The Attorney Information Exchange Group, Spring Seminar, Las Vegas, Nevada, March 2004

- "The Use of Technology at Trial," ATLA Annual Convention, Boston, MA, July 2004

- "Dispelling the Myth that an Ethical Lawyer is an Endangered Species," The Academy of Florida Trial Lawyers, Orlando, Florida, November 2004

- "The Cancer of Managed Health Care – Litigating the Managed Care Case," Aspen, Colorado, January 2003

- "Identifying and Handling the Automotive Product Liability Case," Aspen Colorado, January 2003

- "New Approaches to Discovery, Making the Process Work," The ABA 2003 "Emerging Issues in Motor Vehicle Product Liability Litigation", Phoenix, AZ, March 2003

- "Fires: Lumina/Jeep Cherokee," The Attorney Information Exchange Group, Spring Seminar, New Orleans, April 2003

- "Causes of Action Against HMOs," ATLA Annual Convention, San Francisco, California, July 2003

- "Identifying Pre-Auto Crashworthiness Cases," The Louisiana Trial Lawyers Associations, 2003 Last Chance Master Program, New Orleans, LA, December 2003

- "Bad Faith HMO Litigation," ATLA Annual Winter Convention, Miami Beach, Florida February 2002

- "Another Brick in the Wall: The Trial and Travails of Discovery Abuses and Stonewalling," ABOTA, Talking Head Series, West Palm Beach, Florida, March 2002

- "Ford Explorer Rollovers and its Global Effect on Our Other Cases," Attorney's Information Exchange Group, Spring Seminar, Washington, D.C., April 2002

- "Proof of Damages in Auto Cases," 2002 Auto Negligence Seminar, The Academy of Florida Trial Lawyers, Tampa, FL July 2002

- "CALLED-TO-THE-BAR," Cumberland School of Law, Birmingham, Alabama, October 2002

- "Core Values and Punitive Damages: Getting the Right Reaction, AFTL – The Art & Science of Persuasion," Ft. Lauderdale, Florida, November 2002

- "Anatomy of an HMO Liability Case," Workhorse Seminar, The Academy of Florida Trial Lawyers, Orlando, FL, February 2001

- "HMO Liability in the Medical Malpractice Case," Medical Malpractice Seminar, The Academy of Florida Trial Lawyers, Orlando, FL, March 2001.

- "The Cancer of Managed Health Care," 38th Annual Convention, Arkansas Trial Lawyers Association, Eureka Springs, AR, May 2001

- "Getting it Done Right: Trial Strategy and Theming in an HMO Case," ATLA Annual Convention, Montreal, Canada, July 2001

- "Remedies for HMO Bad Faith," Insurance Bad Faith Seminar, The Academy of Florida Trial Lawyers, Ft. Lauderdale, FL September 2001

- "Seeing Things Clearly," Managed Care, The Florida Society of Ophthalmology, September 2001

- "Kids in Crashes," Allamanda Elementary Public School PTA meeting, February 1999

- "Kids in Crashes," Palm Beach Public School PTA meeting, March 1999

| | |
|---|---|
| : | "Emerging Area: Denial of Health Benefits," Personal Injury and Consumer Rights After Tort Reform, Ft. Pierce, FL, September 1999 |
| : | "Motorists at Risk: Vanguard Issues in Occupant Restraint," The Arkansas Trial Lawyers Association, "Excellence in Advocacy" 33rd Annual Convention, Eureka Springs, Arkansas, May 1996 |
| : | "Passive Restraints: Are They Safe Systems or Lethal Weapons," ATLA, Annual National College of Advocacy Seminar, May 1995 |
| : | "Cross-examination of an Orthopedist," Orthopedics for Lawyers Professional Education Systems, Inc., Miami, Florida, Fall, 1992 and 1994 |
| : | "Kids in Crashes," The Importance of Child Safety Restraints, West Palm Beach, Florida, Spring, 1991 |
| **Publications** : | "Motorists at Risk: Vanguard Issues in Occupant Restraint" The Arkansas Trial Lawyers Association, "Excellence in Advocacy" 33rd Annual Convention, Eureka Springs, Arkansas, May 1996 |
| : | "Automotive Seats and Seat Backs: Take No Comfort In Them" (co-author), ATLA Annual Convention, Washington, D.C., July 1992 |
| : | "The Long Road to Automotive Safety" (co-author), ATLA Annual Convention, San Francisco, CA, July 1993 |
| : | "A Systematic Approach to and Analysis of a Crashworthiness Case" Trial Diplomacy Journal, Vol. 18.259-262 (1995) |
| : | "Anatomy of an HMO Liability Case". Workhouse Seminar, The Academy of Florida Trial Lawyers, Orlando, FL, February, 2001 |
| : | "HMO Liability in the Medical Malpractice Case". Medical Malpractice Seminar, The Academy of Florida Trial Lawyers, Orlando, FL, March 29, 2001. |
| : | "The Cancer of Managed Health Care". 38th Annual Convention, Arkansas Trial Lawyers Association, Eureka Springs, AR, May 3, 2001 |
| : | "Getting it Done Right: Trial Strategy and Theming in an HMO Case" ATLA Annual Convention, Montreal, Canada, July, 2001 |

- "Remedies for HMO Bad Faith". Insurance Bad Faith Seminar, The Academy of Florida Trial Lawyers, Ft. Lauderdale, FL, September, 2001

- "Bad Faith HMO Litigation" ATLA Annual Winter Convention, Miami Beach, Florida February, 2002

- "Proof of Damages in Auto Cases", 2002 Auto Negligence Seminar, The Academy of Florida Trial Lawyers, Tampa, FL July 2002

- "Fires: Lumina/Jeep Cherokee", The Attorney Information Exchange Group, Spring Seminar, New Orleans, April, 2003

- "Fraud in the Boardroom – When HMO's Put Profits over Patients'" Trial Magazine, April, 2003

- "Causes of Action Against HMOs", ATLA Annual Convention, San Francisco, California, July 2003

- "Trends & News in Personal Injury Law", Advanced Personal Injury Practice In Florida, West Palm Beach, Florida, November, 2003

- "Motions in Limine vs. Objections During Trial", Real Evidence for the Trial Practitioner, West Palm Beach, Florida, November, 2003

- "Daubert v. Frye: State and Federal Court Case in Florida", Real Evidence for the Trial Practitioner, West Palm Beach, Florida, November, 2003

- "Identifying Pre-Auto Crashworthiness Cases," The Louisiana Trial Lawyers Associations, 2003 Last Chance Master Program, New Orleans, LA, Dec. 2003

- "The Minority Gets It Right: The Florida Supreme Court Reinvigorates the Crashworthiness Doctrine in D'Amario v. Ford," The Florida Bar Journal, June, 2004

- "The Use of Technology at Trial," ATLA Annual Convention, July, 2004

- "A Wrong Without a Remedy" Trial Magazine, September 2005

- "Handling, Litigating, and Trying the Crashworthiness Case" AFTL 21st Annual Workhorse Seminar The Renaissance Orlando Resort at Sea World, February 9, 2006

- "Florida Insurance Law and Practice," 2007 Edition, West's Florida Practice Series

- "Health Insurance on a First Party Case," Florida Justice Association, Insurance Bad Faith Seminar, West Palm Beach and Tampa, Florida, March 2007

# LEOPOLD~KUVIN CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION
## CASE LIST

| NAME | CASE NUMBER | JURISDICTION | DISPUTES NOTICED PURSUANT TO FLORIDA'S CONSTRUCTION DEFECT STATUTE | BUILDER | DATE OF NOTICE |
|---|---|---|---|---|---|
| Annette Badchkam | 09-14142 Civ-Graham/Lynch | Martin County | Annette Badchkam | United Homes | June 4, 2009 |
| Gloria Berson and Keith Fuhrman | 09-141630Civ-Moore/Lynch | St. Lucie County | Gloria Berson and Keith Fuhrman | Majestic Homes & Realty SW, LLC | June 1, 2009 |
| Debra Bradford | 09-14137-Civ-Graham/Lynch | Martin County | Debra Bradford | United Homes | June 4, 2009 |
| Jordan Burrus and Richard Mennine | 09-14027-Civ-Moore/Lynch | Martin County | Jordan Burrus and Richard Mennine | L&W Supply Corp., and KNAUF Plasterboard (TIANJIN) co. Ltd. | Jan. 22, 2009 |
| Thomas Catalano and Faye Catalano | 09-14140-Civ-Martinez/Lynch | St. Lucie County | Thomas Catalano and Faye Catalano | Aburton Homes, Inc. | April 27, 2009 |
| Bryan Feuerberg and Emily Feuerberg | 09-80644-Civ Maara/Johnson | Palm Beach County | Bryan Feuerberg and Emily Feuerberg | Boynton Beach Associates XVI, LLLP | |

| | | | | |
|---|---|---|---|---|
| Lawrence Hoagland and Ann Hoagland | 09-14160 Civ-Moore/Lynch | Martin County | Lawrence Hoagland and Ann Hoagland | United Homes | June 4, 2009 |
| Russell Knapp and Audrey Jonas | 09-14138-Civ-Martinez/Lynch | Martin County | Russell Knapp and Audrey Jonas | United Homes | |
| John Schurer | 09-14139-Civ-Moore/Lynch | St. Lucie County | John Schurer | Majestic Homes &Realty SW, LLC | June 1, 2009 |
| Gregory Skora and Danielle Skora | 09-14141-Civ-Graham/Lynch | St. Lucie County | Gregory Skora and Danielle Skora | E.H. Building Group, LLC | March 26, 2009 |
| William Wachter, III and Jill Wachter | 50-2009CA018512XX XXMBAB | Palm Beach County | William Wachter III and Jill Wachter | Tuscan Harvey Estate Homes, Inc., Baystate Drywall, Inc., and Banner Supply Co. | March 12, 2009 March 12, 2009 March 12, 2009. |

# LEOPOLD~KUVIN CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION CASES NOT YET FILED

| NAME | JURISDICTION | DISPUTES NOTICED PURSUANT TO FLORIDA'S CONSTRUCTION DEFECT STATUTE | BUILDER | DATE OF NOTICE |
|---|---|---|---|---|
| Joseph Galluzzi and Heather Galluzzi | Palm Beach | Joseph Galluzzi and Heather Galluzzi | Albanese-Popkin Development Group, LLC; Albanese-Popkin The Oaks Development Group, L.P. | June 16, 2009 |
| Wayne Hamilton and Olga Hamilton | Stuart | Wayne Hamilton and Olga Hamilton | United Homes | June 4, 2009 |
| Mike Williams | Collier | Mike Williams | | |