MINUTE ENTRY
FALLON, J.
JULY 6, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 2047 |
| IN RE: CHINESE-MANUFACTURED DRY WALL | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

A status conference was held on this date in the Chambers of Judge Eldon E. Fallon. Plaintiff Liaison Counsel, Russ M. Herman, Lenny Davis, and Defendant Liaison Counsel, Kerry J. Miller participated. The agenda for the Pre-trial Conference scheduled for Thursday, July 9, 2009, was discussed.

JS10(02:00)