A CERTIFIED TRUE COPY
ATTEST

By Tarrell L. Littleton on Jul 07, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED JUL - 7 2009

UNITED STATES JUDICIAL PANEL
LORETTA G. WHYTE
MULTIDISTRICT LITIGATION
CLERK

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jun 18, 2009

FILED
CLERK'S OFFICE

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

MDL No. 2047

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On June 15, 2009, the Panel transferred nine civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __F.Supp.2d__ (J.P.M.L. 2009). With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of June 15, 2009, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jul 07, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

IN RE: CHINESE-MANUFACTURED DRYWALL  
PRODUCTS LIABILITY LITIGATION     MDL No. 2047

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

EDLA SEC.L/2

| DIST. | DIV. | C.A. # | CASE CAPTION | |
|---|---|---|---|---|
| **ALABAMA NORTHERN** | | | | |
| ALN | 2 | 09-538 | Samuel Ledford v. Knauf Gips KG, et al. | 09-4292 |
| **ALABAMA SOUTHERN** | | | | |
| ALS | 1 | 09-255 | Sylvia Rayfield, et al. v. Knauf Gips KG, et al. | 09-4293 |
| **FLORIDA SOUTHERN** | | | | |
| FLS | 1 | 09-20847 | Larry Galvin, et al. v. Knauf Gips KG, et al. | 09-4294 |
| FLS | 1 | 09-21027 | Felix Feliciano, et al. v. Knauf Gips KG, et al. | 09-4295 |
| FLS | 1 | 09-21028 | Jorge Fernandez, et al. v. Knauf Gips KG, et al. | 09-4296 |
| FLS | 1 | 09-21055 | Anna Pelligra v. Knauf Gips KG, et al. | 09-4297 |
| FLS | 1 | 09-21057 | Ricardo Rizzo, et al. v. Knauf Gips KG, et al. | 09-4298 |
| FLS | 1 | 09-21060 | Julian Flores, et al. v. Knauf Gips KG, et al. | 09-4299 |
| FLS | 1 | 09-21061 | Enrique Valdes, et al. v. Knauf Gips KG, et al. | 09-4300 |
| FLS | 1 | 09-21062 | Jose Francisoc Oves v. Knauf Gips KG, et al. | 09-4301 |
| FLS | 1 | 09-21063 | Roger Leben, et al. v. Knauf Gips KG, et al. | 09-4302 |
| FLS | 1 | 09-21145 | Daniel Villalta, et al. v. Knauf Gips KG, et al. | 09-4303 |
| FLS | 1 | 09-21146 | Raymond Sardina, et al. v. Knauf Gips KG, et al. | 09-4304 |
| FLS | 1 | 09-21250 | Carrie Trepkowski, et al. v. Knauf Gips KG, et al. | 09-4305 |
| FLS | 2 | 09-14111 | Ronald Scritchfield, et al. v. Knauf Gips KG, et al. | 09-4306 |
| FLS | 2 | 09-14115 | Arif Shakoor v. Knauf Gips KG, et al. | 09-4307 |
| FLS | 2 | 09-14125 | Francine Kelly v. Knauf Gips KG, et al. | 09-4308 |
| FLS | 2 | 09-14126 | Terel Downs, et al. v. Knauf Gips KG, et al. | 09-4309 |
| FLS | 2 | 09-14127 | Thomas Teefy, et al. v. Knauf Gips KG, et al. | 09-4310 |
| FLS | 2 | 09-14128 | Donna Malkki, et al. v. Knauf Gips KG, et al. | 09-4311 |
| FLS | 2 | 09-14129 | Anne M. O'Hear v. Knauf Gips KG, et al. | 09-4312 |
| FLS | 2 | 09-14137 | Deborah Bradford v. Knauf Gips KG, et al. | 09-4313 |
| FLS | 2 | 09-14138 | Russell Knapp, et al. v. Knauf Gips KG, et al. | 09-4314 |
| FLS | 2 | 09-14139 | John Schurer v. Knauf Gips KG, et al. | 09-4315 |
| FLS | 2 | 09-14140 | Thomas Catalano, et al. v. Knauf Gips KG, et al. | 09-4316 |
| FLS | 2 | 09-14141 | Gregory Skora, et al. v. Knauf Gips KG, et al. | 09-4317 |
| FLS | 2 | 09-14142 | Annette Badchkam v. Knauf Gips KG, et al. | 09-4318 |
| FLS | 2 | 09-14154 | Derrick Peterson, et al. v. Treasure Coast Homes, LLC, et al. | 09-4319 |
| FLS | 9 | 09-80535 | Katherine L. Foster v. NorthStar Holdings, Inc., et al. | 09-4320 |
| FLS | 9 | 09-80644 | Bryan Feuerberg, et al. v. Knauf Gips KG, et al. | 09-4321 |
| FLS | 9 | 09-80730 | Sherley Frais v. Knauf Gips KG, et al. | 09-4322 |

**MDL No. 2047 - Schedule CTO-1 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION | EDLA SEC.L/2 |
|---|---|---|---|---|
| **LOUISIANA MIDDLE** | | | | |
| LAM | 3 | 09-301 | Darryl Paul Ledet, et al. v. Knauf Gips KG, et al. | **09-4323** |
| **MISSISSIPPI SOUTHERN** | | | | |
| MSS | 1 | 09-234 | Christopher Whitfield v. Knauf Gips KG, et al. | **09-4324** |
| **NORTH CAROLINA EASTERN** | | | | |
| ~~NCE~~ | ~~2~~ | ~~09-25~~ | ~~Curtis Hinkley, et al. v. Taishan Gypsum Co., Ltd., et al.~~ Opposed 6/25/09 | |
| **VIRGINIA EASTERN** | | | | |
| ~~VAE~~ | ~~2~~ | ~~09-202~~ | ~~Michelle Germano, et al. v. Taishan Gypsum Co., Ltd., et al.~~ Opposed 6/25/09 | |

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

| | | | |
|---|---|---|---|
| **CHAIRMAN:**<br>John G. Heyburn II<br>United States District Court<br>Western District of Kentucky | **MEMBERS:**<br>Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana<br><br>Kathryn H. Vratil<br>United States District Court<br>District of Kansas<br><br>David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | W. Royal Furgeson, Jr.<br>United States District Court<br>Northern District of Texas<br><br>Frank C. Damrell, Jr.<br>United States District Court<br>Eastern District of California | **DIRECT REPLY TO:**<br>Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002<br><br>Telephone: [202] 502-2800<br>Fax:         [202] 502-2888<br>http://www.jpml.uscourts.gov |

July 7, 2009

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re: MDL No. 2047 -- IN RE: Chinese-Manufactured Drywall Products Liability Litigation

(See Attached CTO-1)

Dear Ms. Whyte:

Attached as a PDF document is a certified copy of a conditional transfer order filed by the Panel in the above-captioned matter on June 18, 2009. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel, judges and clerks are attached to this letter.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By /s/ Tarrell L. Littleton
Tarrell L. Littleton
Deputy Clerk

Attachments (Conditional Transfer Order is a Separate Document)

cc:    Transferee Judge:       Judge Eldon E. Fallon

JPML Form 36A

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION                                      MDL No. 2047

## INVOLVED COUNSEL LIST (CTO-1)

Russell Q. Allison
CARR ALLISON PUGH HOWARD
OLIVER & SISSON
100 Vestavia Parkway, Suite 200
Birmingham, AL 35216

Jan Douglas Atlas
ADORNO & YOSS LLP
350 East Las Olas Blvd, Suite 1700
Fort Lauderdale, FL 33301

Jeffrey Aaron Backman
ADORNO & YOSS LLP
350 East Las Olas Blvd, Suite 1700
Fort Lauderdale, FL 33301-4217

Hilarie Bass
GREENBERG TRAURIG LLP
1221 Brickell Avenue
Miami, FL 33131

Gary F. Baumann
FULMER LEROY ALBEE
BAUMANN & GLASS
2866 East Oakland Park Blvd.
Ft. Lauderdale, FL 33306

Daniel E. Becnel, Jr.
BECNEL LAW FIRM LLC
106 West Seventh Street
P.O. Drawer H
Reserve, LA 70084

John Fitzgerald Billera
ELLIS GED & BODDEN PA
7171 N. Federal Highway
Boca Raton, FL 33487

Kimberly L. Boldt
ALTERS BOLDT BROWN
RASH & CULMO PA
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137

Edward J. Briscoe
FOWLER WHITE BURNETT PA
Espirito Santo Plaza
1395 Brickell Avenue
14th Floor
Miami, FL 33131-3302

S. Greg Burge
BURR & FORMAN LLP
420 North 20th Street
Suite 3400
Birmingham, AL 35203

Howard Mitchell Bushman
HARKE & CLASBY LLP
155 South Miami Avenue
Suite 600
Miami, FL 33130

Christopher C. Casper
JAMES HOYER NEWCOMER &
SMILJANICH PA
One Urban Centre
4830 West Kennedy Boulevard
Suite 550
Tampa, FL 33609-2589

Susan J. Cole
BICE COLE LAW FIRM
999 Ponce De Leon Boulevard
Suite 710
Coral Gables, FL 33134

Chris S. Coutroulis
CARLTON FIELDS PA
P.O. Box 3239
4221 West Boy Scout Boulevard
Suite 1000
Tampa, FL 33601-3239

**MDL No. 2047 - Involved Counsel List (CTO-1) (Continued)**

Victor Manuel Diaz, Jr.
PODHURST ORSECK JOSEFSBERG ET AL
City National Bank Building
25 W. Flagler Street, Suite 800
Miami, FL 33130

Charles David Durkee
ROBERTS & DURKEE PA
121 Alhambra Plaza
Suite 1603
Coral Gables, FL 33134

Gary M. Farmer, Jr.
ROTHSTEIN ROSENFELDT ADLER
401 East Las Olas Blvd.
Suite 1650
Fort Lauderdale, FL 33301

Mark S. Fistos
ARONOWITZ TRIAL LAWYERS PA
6753 Thomasville Road
Suite 108-242
Tallahassee, FL 32312

Kenneth G. Gilman
GILMAN & PASTOR LLP
6363 Highcroft Drive
Naples, FL 34119

Lauri J. Goldstein
LAW OFFICE OF LAURI J GOLDSTEIN
1330 South Federal Highway
Stuart, FL 34994

Ervin Amado Gonzalez
COLSON HICKS EIDSON
255 Aragon Avenue, 2nd Floor
Coral Gables, FL 33134-2351

Michael D. Hausfeld
HAUSFELD LLP
1700 K Street, NW, Suite 650
Washington, DC 20006

Interior Exterior Bldg.
727 S. Cortez
New Orleans, LA 70119

Ian Lawrence Kleinman
TOLGYESI KATZ HANKIN & KATZ
1909 Tyler Street
Suite 400
Hollywood, FL 33020

Knauf Gips KG
Ridham Dock, Kemsley
Sittingbourne, Kent ME 9 8SR, UK

Knauf Plasterboard
North Yinhe Bridge, East Jingjin Road
Beichen District
Tianjin, China 300400 P.R.C.

Knauf Plasterboard
No. 2 Gang Wan Road
RC-241009 Whuhu Anhui, China

Knauf Plasterboard
No. 2 Xinsha Development Zone
RC-52347 Guangdong, China

Wayne S. Kreger
MILSTEIN ADELMAN & KREGER LLP
2800 Donald Douglas Loop North
Santa Monica, CA 90405

Douglass Alan Kreis
AYLSTOCK WITKIN KREIS &
OVERHOLTZ PLLC
803 North Palafox Street
Pensacola, FL 32501

La Suprema Enterprise
221 NE 164th Street
North Miami Beach, FL 33160

La Suprema Trading, Inc.
221 NE 164th Street
N. Miam Beach, FL 33160

**MDL No. 2047 - Involved Counsel List (CTO-1) (Continued)**

Archie C. Lamb, Jr.
LAMB FIRM
2900 1st. Avenue South
Birmingham, AL 35233

Jack Landskroner
LANDSKRONER GRIECO
MADDEN LTD
1360 West 9th Street
Suite 200
Cleveland, OH 44113

Arnold Levin
LEVIN FISHBEIN SEDRAN & BERMAN
510 Walnut Street
Suite 500
Philadelphia, PA 19106-3697

Larry S. Logsdon
WALLACE JORDAN
RATLIFF & BRANDT LLC
P.O. Box 530910
Birmingham, AL 35253

Raul Ricardo Loredo
MINTZER SOROWITZ & ZERIS
255 Alhambra Circle
Suite 1150
Coral Gables, FL 33134

J. Michael Malone
HENDREN & MALONE PLLC
4600 Marriott Drive
Suite 150
Raleigh, NC 27612

Patrick Shanan Montoya
COLSON HICKS EIDSON
255 Aragon Avenue, 2nd Floor
Coral Gables, FL 33134-2351

Stephen W. Mullins
LUCKEY & MULLINS PLLC
2016 Bienville Blvd
P.O. Box 990
Ocean Springs, MS 39564

Jori B. Naegele
GARY NAEGELE & THEADO
446 Broadway
Lorain, OH 44052

Mark Charles Nanavati
SINNOTT NUCKOLS & LOGAN PC
13811 Village Mill Drive
Midlothian, VA 23114

Steven L. Nicholas
CUNNINGHAM BOUNDS LLC
1601 Dauphin Street
P.O. Box 66705
Mobile, AL 36660

Jack Reise
COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
120 East Palmetto Park Road
Suite 500
Boca Raton, FL 33432

Mark Anthony Romance
RICHMAN GREER PA
201 South Biscayne Boulevard
Suite 1000
Miami, FL 33131

Rothchilt International
N-510 Chia Hsn Bld.
Annex 96 Chung Shan N. Rd. Sec. 2
Taipei, Taiwan R.O.C.

Richard J. Serpe
LAW OFFICES OF RICHARD J SERPE
Crown Center
580 East Main Street
Suite 310
Norfolk, VA 23510-2322

Neal A. Sivyer
SIVYER BARLOW & WATSON PA
401 East Jackson Street
Suite 2225
Tampa, FL 33602

**MDL No. 2047 - Involved Counsel List (CTO-1) (Continued)**

South Kendall Construction
2368 SE 17th Ter.
Homestead, FL 33035

Bruce Steckler
BARON & BUDD
3102 Oak Lawn Ave, Ste 1100
Dallas, TX 75219-4281

Richard W. Stimson
920 Waters Reach Court
Alpharetta, GA 30022

Taishan Gypsum Co., Ltd.
Dawenkou, Taian
Shandong, China 271026

Beth Tyler Vogelsang
ATLERS BOLDT BROWN RASH & CULMO PA
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137

Scott Wm. Weinstein
MORGAN & MORGAN PA
12800 University Drive
Suite 600
Fort Myers, FL 33907-5337

Gregory Scott Weiss
LEOPOLD KUVIN PA
2925 PGA Boulevard
Suite 200
Palm Beach Gardens, FL 33410

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2047

## INVOLVED JUDGES LIST (CTO-1)

Hon. Robert R. Armstrong, Jr.
U.S. Magistrate Judge
274 Hugo L. Black U.S. Courthouse
1729 5th Avenue, North
Birmingham, AL 35203

~~Hon. Mark S. Davis~~
~~U.S. District Judge~~
~~United States District Court~~
~~Walter E. Hoffman U.S. Courthouse,~~
~~3rd Floor~~
~~600 Granby Street~~
~~Norfolk, VA 23510-1915~~

Hon. Kristi K. DuBose
U.S. District Judge
101 John A. Campbell U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602-3606

~~Hon. Louise Wood Flanagan~~
~~Chief Judge, U.S. District Court~~
~~208 U.S. Post Office & Courthouse~~
~~413 Middle Street~~
~~New Bern, NC 28560-8560~~

Hon. Donald L. Graham
U.S. District Judge
U.S. District Court
99 N.E. Fourth Street, Room 1155
Miami, FL 33132

Hon. Louis Guirola, Jr.
U.S. District Judge
United States District Court
814 Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street
Gulfport, MS 39501

Hon. Jose E. Martinez
U.S. District Judge
Federal Courthouse Square
Third Floor
301 North Miami Avenue
Miami, FL 33128

Hon. K. Michael Moore
U.S. District Judge
1168 James Lawrence King Federal
Justice Bldg.
99 N.E. Fourth Street
Miami, FL 33132

Hon. John V. Parker
Senior U.S. District Judge
355 Russell B. Long Federal Bldg.
777 Florida Street
Baton Rouge, LA 70801-1712

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION                          MDL No. 2047

## INVOLVED CLERKS LIST (CTO-1)

Sharon Harris, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Charles R. Diard, Jr., Clerk
123 John A. Campbell U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602-3621

Steven Larimore, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

Steven Larimore, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

Steven Larimore, Clerk
Paul G. Rogers Federal Bldg. & Courthouse
701 Clematis Street
2nd Floor
West Palm Beach, FL 33401

Nicholas Joseph Lorio, Clerk
139 Russell B. Long Federal Building
777 Florida Street
Baton Rouge, LA 70801

J.T. Noblin, Clerk
U.S. District Court
672 Judge Dan M. Russell, Jr. U.S. Courthouse
2010 15th Street, Suite 403
Gulfport, MS 39501

~~Dennis P. Iavarone, Clerk~~
~~U.S. District Court~~
~~P.O. Box 25670~~
~~Raleigh, NC 27611~~

~~Fernando Galindo, Clerk~~
~~193 Walter E. Hoffman U.S. Courthouse~~
~~600 Granby Street~~
~~Norfolk, VA 23510-1915~~