UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| This Document Relates to:   09-4115 | |
| | Judge Fallon |
| | Mag. Judge Wilkinson |

NOTICE OF PROOF OF SERVICE
ON DEFENDANT TAISHAN GYPSUM CO., LTD.

Comes now the Plaintiff, The Mitchell Company, and would state that Defendant Taishan Gypsum, LTD. was served with the Summons and Complaint on May 8, 2009.

Respectfully submitted,

  /s/ Steven L. Nicholas
STEVEN L. NICHOLAS
Cunningham Bounds, LLC
1601 Dauphin Street
Mobile, Alabama  36604
251-471-6191
251-479-1031 (fax)
sln@cunninghambounds.com

JONATHAN D. SELBIN
Lieff, Cabraser, Heimann & Bernstein, LLP
780 Third Avenue, 48th Floor
New York, New York  10017-2024
212-355-9500
212-355-9592 (fax)

ELIZABETH J. CABRASER
KRISTEN E. LAW
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, Suite 3000
San Francisco, California  94111-3339
415-956-1000
415-956-1008 (fax)

Attorneys for Plaintiff The Mitchell Company, Inc.

## CERTIFICATE OF SERVICE

    I do hereby certify that I have on this the _____ day of July, 2009, electronically filed the foregoing pleading using the Court's Electronic Filing System which will notify all attorneys of record.

        /s/ Steven L. Nicholas
        Steven L. Nicholas