IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | |
| | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

**APPLICATION FOR APPOINTMENT OF SCOTT R. BICKFORD
TO PLAINTIFFS' STEERING COMMITTEE**

NOW INTO COURT comes Scott R. Bickford, who, pursuant to Pretrial Order No. 1, files his application for appointment to the Plaintiffs' Steering Committee to represent the interest of all plaintiffs in the above captioned matter.

I am the managing member of Martzell and Bickford, a New Orleans-based firm with significant experience in environmental litigation. I am licensed to practice law in Louisiana (1983), Texas (1989) and Colorado. During my 25 years at Martzell and Bickford, I have represented thousands of plaintiffs in the prosecution of environmental claims including exposures to asbestos, toxic fumes, welding fumes, damages from land fills, and oil pollution cases. As a result, my firm has a large network of credible environmental experts with whom we have gone to trial on numerous occasions. The firm has also built a sophisticated system of document management and litigation support.

My experience includes being lead trial attorney in the first MDL welding fume case actually tried in Cleveland (MDL Docket 1535: In Re Case No. 1:03 CV 17000 (E. Solis)); co-chairman of the trial committee in the Murphy Oil litigation, C.A. No. 05-4206 (EDLA), in which I participated with a core group of litigators to bring the case through discovery, to jury testing, and had the case ready for trial; lead counsel for hundreds of Louisiana citizens in several class actions involving oil contamination in Plaquemines Parish: *Frelich vs. Shell*, C.A. No. 05-4180 (EDLA); *Blanchard vs.*

1

*Sundown,* C.A. No. 05-4198 (EDLA); *Tinson v. Bass*, CA. No. 05-4180 (EDLA). Significantly, I was also lead counsel in *Mullins vs. Treasure Chest Casino*, C.A. No. 96-0052 (EDLA), a certified Jones Act class action for toxic fume exposure of several hundred employees aboard the locally operated Treasure Chest Casino boat. In that case, sophisticated air sampling equipment was installed by my firm aboard the TREASURE CHEST in order to secure the proof required to support the damages claimed and to effect a substantial settlement.

I have also prosecuted environmental contamination cases involving extensive tracts of Louisiana public lands as appointed special counsel on behalf of Plaquemines Parish: C.A. Nos. 48-080; 48-614; & 53-387 (25th JDC, State of Louisiana); Lafourche Basin Levee and West Jefferson Levee Districts, C.A. No. 81,858 (17th JDC, State of Louisiana), Lafourche Parish School Board, C.A. No.04-2066 (EDLA); St. Mary's Parish School Board. and Terrebonne Parish School Board, C.A. 108,242 (16th JDC, State of Louisiana). Additionally, the undersigned has prosecuted non-environmental related cases involving the coordination of teams of lawyers and staff. I was lead counsel in Woody Jenkins vs. Senator-elect Mary Landrieu (election contest) and continued to represent Senator Landrieu before the United States Senate in *In re: United States Senate in the Matter of the Senate Seat from Louisiana*, 105th Congress (election contest). More recently was the lead counsel for the Protect the Vote project in Louisiana, coordinating dozens of lawyers and hundreds of volunteers across Louisiana to insure a the 2008 federal elections.

When dry wall from China became an issue for Louisiana homeowners, we were one of the first firms in Louisiana to identify defendants, test households, and file suit. To date, the firm has been personally retained by approximately 60 individuals, and will have 20 law suits filed in federal court by July 10, 2009[1], one state court class action, and we have been referred additional cases not yet investigated.

2

To further our clients' cases, we retained MAS, a materials analytical laboratory in Atlanta, to develop to review existing dry wall testing methods and try to develop an inexpensive method of identifying contaminated dry wall. Its review indicated that many of the purported analytical methods being touted were inadequate to differentiate "Made in the U.S.A." drywall from that imported from China. Eventually MAS was able to develop testing that promises to differentiate one from the other by using a modified head space analysis capable of detecting carbon disulfide in drywall. We are also in the process of developing a confirmation test for Chinese drywall using MS pyrolysis; this method will detect both hydrogen sulfide and sulfur dioxide. We expect to have the test on line in about two weeks. Further, we retained nationally recognized industrial hygienists who have conducted air testing in our clients' homes.

Together with attorneys Alan Kanner and Daniel Becnel, my clients and I gave testimony to the Louisiana Legislature in support of legislation to add legal remedies for affected Louisiana citizens. I have also lectured at L.S.U. to environmental consultants on the legal and testing aspects of Chinese drywall.

To step into the home of a Katrina victim whose house is now incased in contaminated sheet rock that causes their children's noses to bleed and eyes to water is to begin to understand why this litigation must be placed on an expedited track. Martzell & Bickford has already made a substantial commitment of time and money in our clients' drywall cases. We welcome the opportunity to represent the interests of all the affected individuals and pledge to offer the same diligence to those clients. Having concluded the several post-Katrina environmental claims in which the firm was involved, we have the financial resources and human resources to commit to the dry wall litigation. We would look forward to working with Russ Herman and all of the other attorneys in this litigation to represent all of the plaintiffs in this matter.

WHEREFORE, for the reasons stated above, Scott R. Bickford respectfully requests appointment to the Plaintiffs' Steering Committee

Respectfully submitted,

**MARTZELL & BICKFORD**

*/s/ Scott R. Bickford*
**SCOTT R. BICKFORD T. A. (#1165)**
338 Lafayette Street
New Orleans, Louisiana 70130
Telephone:     (504) 581-9065
Facsimile:     (504) 581-7635
Email:         USDCEDLA@MBFIRM.COM

1. LIST OF MARTZELL & BICKFORD FEDERAL CASES FILED BY JULY 10, 2009

| Case | Number |
|---|---|
| Antoine et al. | EDLA 09-3932 "L" [2] |
| Berthaut | EDLA 09-3840 "N" [2] |
| Blalock | EDLA 09-3608 "J" [1] |
| Buckles | EDLA 09-3928 "L" [2] |
| Burke et al. | EDLA 09-3127 "C" [4] |
| Charles, et al | WDLA (number pending) |
| Dunn, et al | EDLA 09-4345 "L" [2] |
| Fisher, et al. | EDLA 09-3927 "L" [2] |
| Harding, et al. | EDLA 09-3836 "S" [2] |
| Hughes | EDLA 09-3925 "L" [2] |
| Macomber, et al. | EDLA 09-3837 "K" [1] |
| Maggiore et al | EDLA 09-3926 "L" [2] |
| Martin, et al. | MDLA 09-373 ""C" [2] |
| Methvin, et al. | EDLA 09-3930 "L" [2] |
| Pennington, et al. | EDLA 09-3838 "I" [2] |
| Robair, et al. | MDLA (number pending) |
| Schields, et al. | EDLA 09-4344 "L" [2] |
| Tabor, et al. | EDLA 09-3929 "L" [2] |
| Theard, et al. | EDLA 09-3931 "L" [2] |
| Walker, et al. | MDLA (number pending) |