UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODCUTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |

----------------------------------------------------------------------:

**THIS DOCUMENT RELATES TO ALL CASES**

**<u>Application of Charles J. LaDuca to Serve on Plaintiffs' Steering Committee</u>**

This application is submitted pursuant to this Court's Pretrial Order No. 1, dated June 16, 2009, in support of the application of Charles LaDuca, from the firm Cuneo Gilbert & LaDuca, LLP ("CGL") for appointment to the Plaintiffs' Steering Committee ("PSC") in MDL No. 2047.

Mr. LaDuca, along with other co-counsel, has filed two federal drywall class actions:

- *Lorena Garcia, et al. v. Lennar Corp., et al.*, C.A. No. 1:09-20739 (S.D. Fla 2009).

- *Steven Minafri v. M/I Homes, Inc., et al.*, C.A. No. 1:09-167 (S.D. Ohio 2009).[1]

Also, Mr. LaDuca, along with co-counsel has filed two state court drywall class actions, six individual drywall actions, and has interviewed, inspected and/or represents scores of others.

As discussed in greater detail below, Mr. LaDuca satisfies the four criteria referenced by the Court in Pretrial Order No. 1 and respectfully submits this application for appointment to the PSC.

A. <u>Willingness and availability to commit to a time-consuming project.</u>

Charles LaDuca has devoted a substantial portion of his legal career to the prosecution and resolution of complex litigation. Many of these cases only reached favorable resolution after

---

[1] Demonstrating Mr. LaDuca's commitment to vigorously prosecuting this action, in the *Minafri* case Mr. LaDuca already briefed and argued a TRO on an expedited basis before Judge Marbley in the Southern District of Ohio.

years of litigation. Mr. LaDuca has the deep strategic and organizational skills necessary to successfully balance any responsibilities stemming from a position on the PSC in this MDL with his obligations to other cases. Mr. LaDuca thrives in the fast-paced environment of complex litigation and this case will be no exception.

    B.  Ability to work cooperatively with others.

Mr. LaDuca's background in complex litigation has fostered an ability to work well with large groups of attorneys. This includes the ability to call upon the strengths of each lawyer and an ability to balance many personalities for the betterment of the team. Mr. LaDuca and the other partners in his firm have longstanding relationships with many of the lawyers involved in this case, which will facilitate the cooperation the Court seeks to foster among Plaintiffs' counsel in this MDL

    C.  Professional experience in this type of litigation.

Charles LaDuca has years of experience litigating and prosecuting class action lawsuits across the United States. Mr. LaDuca has acted as lead counsel or court appointed class counsel in numerous class actions involving claims of, among other things, defective products, including:

- ***Galanti v. Goodyear Tire and Rubber Company***, No. 03-209, United States District Court, District of New Jersey. Mr. LaDuca served as court appointed co-lead class counsel in a case involving defective radiant heating system, including defective water lines. The case resulted in a settlement of over $340 million in favor of the class plaintiffs.

- ***Burns v. Ipex, Inc.***, No. 08-640 United States District Court, Western District of Texas. This litigation is pending in over six United States District Courts. Mr. LaDuca serves as court appointed co-lead counsel in these cases which involve claims that certain plumbing products are defective.

2

- ***In Re CertainTeed Corp. Roofing Shingles Products Liability Litigation***, MDL No. 1817, pending in the United States District Court, Eastern District of Pennsylvania.  Mr. LaDuca's firm serves as court appointed co-lead counsel in a nationwide class action in a case involving claims of defective roofing shingles.

- ***In Re Zurn Pex Plumbing Litigation***, MDL No. 08-CV-1958, pending in the United States District Court, District of Minnesota.  Mr. LaDuca serves as court appointed co-chairman of the Plaintiffs Steering Committee, and as class counsel in a nationwide class action involving claims that certain plumbing products are defective.

- ***Strip Search Litigation: Jackson, et al. v. The County of Bexar***, No 07-ca-928 (W.D. Tex.).  Mr. LaDuca serves as co-lead counsel in this civil rights class action lawsuit challenging the searching procedures at the Bexar County Jail.  In addition, Mr. LaDuca serves as co-lead counsel in over twenty (20) other class action lawsuits filed across the nation challenging the constitutionality of the searching procedures at other jails in cities such as Philadelphia, Pittsburgh, Phoenix and Buffalo, New York.

- ***Washington/Legislative Counsel***: Mr. LaDuca's firm has served as Washington or Legislative Counsel for numerous large MDL class actions including: Enron, Guidant, Worldcom, Mattel Lead Paint, and Cell Phone Early Termination Fees.

D.  Willingness to commit the necessary resources to pursue this matter.

As discussed in Section C above, and in the firm resume attached as Exhibit A, Mr. LaDuca and CGL have previously committed significant resources and time to other MDL proceedings and are prepared to do the same in this case.  CGL is a successful nationwide firm with the financial and human resources to litigate this case to a successful conclusion for the Plaintiffs.  In addition to the main office located in Washington, DC, CGL has offices in New

York, New York, Houston, Texas and Los Angeles, California. Mr. LaDuca is willing to bring all the resources of his firm to bear if this Court furnishes him the opportunity.

Also, CGL is located in Washington, DC. CGL has an active lobbying practice on Capitol Hill and in front of government agencies. One of CGL's named partners, Pamela Gilbert, is a former Executive Director of the Consumer Product Safety Commission ("CPSC"). As this Court is aware, the CPSC has been actively investigating the problems with defective drywall. The CPSC, along with other government agencies and the U.S. Congress, will be active in this case. There have already been, and will continue to be, Congressional hearings as well as CPSC hearings and meetings on the drywall issue. CGL is uniquely qualified to attend these hearings and meetings and interact with the public officials and staff conducting the investigations. In fact, CGL is the only firm before the Court in this case with this level of Washington, DC expertise and ability to monitor the actions of the CPSC and Congress. CGL will commit the necessary resources to help this case with the Congressional and CPSC hearings and meetings as well.

Conclusion

For the foregoing reasons Charles LaDuca, respectfully requests that the Court grant his application and appoint him to the Plaintiffs' Steering Committee in MDL No. 2047.

Dated: July 9, 2009.

Respectfully Submitted,

s/ Charles J. LaDuca

Charles J. LaDuca, Esq.
William H. Anderson, Esq.
CUNEO GILBERT & LADUCA, LLP
507 C Street, NE
Washington, DC 20002
Phone No. 202-789-3960
Facsimile No. 202-789-1813
Email charlesl@cuneolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Application of Charles LaDuca to Serve on Plaintiffs' Steering Committee has been served this 9th day of July, 2009, via United States first class mail, postage prepaid upon the individuals identified in Schedule B attached to Pretrial Order No. 1 for MDL No. 2047.

William H. Anderson