# EXHIBIT A

# CUNEO GILBERT & LADUCA, LLP
# FIRM PROFILE

Civil Litigation in Federal and State Courts. General Commercial Practice. Antitrust, Civil Rights, Government Relations, Products Liability, Administrative, Securities, Health Care, Labor, Franchise and Consumer law.

## ATTORNEYS

**Jonathan W. Cuneo**, born New York, New York, September 10, 1952. Admitted to the District of Columbia Bar, 1977; New York Bar, 2006. Admitted to practice before the United States Supreme Court, 1994; United States Court of Appeals for the First Circuit, 2006; United States Court of Appeals for the Second Circuit, 2007; United States Court of Appeals for the Third Circuit, 2004; United States Court of Appeals for the Fourth Circuit, 2005; United States Court of Appeals for the Ninth Circuit, 2007; United States Court of Appeals for the District of Columbia Circuit, 1978; United States District Court for the Eastern District of New York, 2006; United States District Court for the Southern District of New York, 2006; United States District Court for the Northern District of New York, 2002; United States District Court for the District of Columbia, 1978.. Education: Columbia University (A.B., 1974); Cornell University (J.D., 1977). Experience: Law clerk to Honorable Edward Tamm, United States Court of Appeals, District of Columbia Circuit Court (1977-1978); Attorney, Office of the General Counsel, Federal Trade Commission (1978-1981); Counsel, Subcommittee on Monopolies and Commercial Law, House Committee on the Judiciary (1981-1986); General Counsel, Committee to Support the Antitrust Laws (1986 - ); Legislative Counsel, National Association of Shareholder and Consumer Attorneys (1988-2004); Legislative Counsel, National Coalition of Petroleum Retailers and Service Station Dealers of America (1988-1994); Arlington County Democratic Committee (1983-1987). Honors and Activities: Board Member, Juvenile Law Center (2007- ); Finalist, 2006 Trial Lawyer of the Year, Trial Lawyers for Public Justice; Board of Editors, Class Action Reports; Board Member, American Antitrust Institute (1998 - ); Board Member, Violence Policy Center (1999 - ); Board Member, Appleseed Legal Foundation (1999-2005). Publications: "Judge Tamm and the Evolution of Administrative Law: The Art of Judging," 74 Georgetown L.J. 1595 (1986); "Pulling the Plug on Antitrust Law," The Nation (1987) (with Jerry Cohen); "House Takes Up Cause of Discounters," Legal Times, Vol X, No. 30 (1987); "Supreme Court's 'Sharp' Ruling Means Higher Prices, Fewer Choices for Consumers," Manhattan Lawyer (1988); Chapter, "Consumer Protection -- Federal Trade Commission," Changing America: Blueprints for the New Administration (1992) (edited by Mark Green); "Antitrust and Clinton: Changes on the Horizon," The California Lawyer (1993); "Action on Class Actions," The Recorder (1997); "The Gold Train Case: Successfully Suing the United States on Behalf of a Class of Holocaust Era Victims," 27 Class Action Reports 139 (2006) (with Professor Charles Tiefer). Guest Lecturer: Southwestern Law School, 1997 and 1998; numerous appearances in CLE programs in the United States and Canada; District of Columbia Judicial Conference (2007). Member: American Bar Association; District of Columbia Bar Association; American Association for Justice; The Barristers.

**Pamela B. Gilbert**, born New Brunswick, New Jersey, October 3, 1958. Admitted to the New York Bar, 1985 (inactive); District of Columbia Bar 1986. Admitted to practice in D.C. <u>Education</u>: Tufts University (B.A., <u>magna cum laude</u>, 1980); New York University (J.D., 1984). <u>Experience:</u> Consumer Program Director, United States Public Interest Research Group (1984-1989); Legislative Director, Executive Director, Public Citizen's Congress Watch (1990-1992; 1992-1994); Attorney, M+R Strategic Services (1995); Executive Director, Consumer Product Safety Commission (1996-2001); Chief Operating Officer, M+R Strategic Services (2001-2002). <u>Honors and Activities:</u> Board Member, Equal Justice Works (2004 - ); Board Member, National Environmental Law Center (2006 - ). <u>Member</u>: New York Bar Association; District of Columbia Bar Association; American Bar Association; American Association for Justice; Public Justice.

**Charles J. LaDuca**, born Buffalo, New York, September 30, 1974. Admitted to the New York State Bar, 2001; District of Columbia Bar, 2002; United States Court of Appeals for the Third Circuit, 2004; United States District Court for the Western District of New York, 2004; United States District Court for the Northern District of New York, 2002; United States District Court for the District of Columbia, 2002. <u>Education</u>: George Washington University (B.A., 1996); Catholic University of America (J.D., 2000). <u>Member</u>: District of Columbia Bar Association (Corporation, Finance and Securities Law Section); New York State Bar Association; New York State Society.

**William H. Anderson**, born Trenton, New Jersey, March 28, 1979. Admitted to the Pennsylvania Bar, 2004; District of Columbia Bar, 2007. <u>Education</u>: The George Washington University (B.A., <u>cum laude</u>, 2000); American University (J.D., 2004). <u>Experience</u>:  Law clerk to the Honorable Rhonda Reid Winston, Superior Court, District of Columbia (2004-2005). <u>Member</u>: Metropolitan Washington Employment Lawyers Association; Pennsylvania Bar Association.

**Daniel Cohen**, born Detroit, Michigan, January 24, 1958. Admitted to the Florida Bar, 1989; District of Columbia Bar, 2001; Maryland State Bar, 2002. Admitted to practice before the United States District Court for Maryland, 2003; United States District Court for the Middle District of Florida, 2003. <u>Education</u>: Ithaca College (B.A., 1981); Western New England School of Law (J.D., 1988). <u>Experience</u>: Criminal Defense Trial Attorney, Public Defenders Office, Jacksonville Florida, 1989- 1999. <u>Member</u>: District of Columbia Bar Association (Antitrust and Consumer Law Section); Florida State Bar Association; Certified State of Florida Mediator.

**Sandra W. Cuneo**, born New York, New York, November 10, 1948. Admitted to California Bar, 1983; District of Columbia Bar, 1983, New York State Bar, 1985. Admitted to practice before the

United States District Court for the Central District of California, 1983; United States District Court for the Northern District of California, 1984; United States District Court for the Eastern District of New York, 1986; United States District Court for the Southern District of New York, 1986. Education: Sarah Lawrence College (A.B., 1970); Georgetown University Law Center (J.D., cum laude 1983). Experience: Legal Intern, Chambers of the Honorable Harry T. Edwards, United States Court of Appeals for the District of Columba Circuit (1982-1983); Associate, Latham & Watkins (1983-1988); Counsel, The Jockey Club of Baltimore City, Inc. (1989-1992); Director, New York State Office of Federal Affairs and Washington Counsel to the Governor of the State of New York (1993-1994); Executive Director, Robert F. Kennedy Memorial (1995-1998); Senior Attorney, Northeast Regional Office of the Federal Trade Commission (2000-2001); Director, Claimant Services, Trial Lawyers Care (2001-2004); Executive Director, Police Assessment Resource Center (2004-2005). Honors and Activities: Board Member, Sargent Shriver National Center on Poverty Law; Board Member, Drum Major Institute for Public Policy; Member of the Board of Governors, Franklin and Eleanor Roosevelt Institute. Member: Association of the Bar of the City of New York; California State Bar Association; District of Columbia Bar Association.

**Robert J. Cynkar**, born Chicago, Illinois, April 22, 1952. Admitted to the Illinois Bar, 1977; District of Columbia Bar, 1978; Virginia Bar, 1984. Admitted to practice before the United States Supreme Court, 1980; United States Court of Appeals for the First Circuit, 2006; United States Court of Appeals for the Second Circuit, 1995; United States Court of Appeals for the Third Circuit, 1992; United States Court of Appeals for the Fourth Circuit, 1983; United States Court of Appeals for the Fifth Circuit, 1995; United States Court of Appeals for the Sixth Circuit, 1992; United States Court of Appeals for the Eighth Circuit, 2007; United States Court of Appeals for the Eleventh Circuit, 2005; United States Court of Appeals for the District of Columbia Circuit, 1979; United States Court of Appeals for the Federal Circuit, 1992. Education: Princeton University (A.B., magna cum laude, 1974); New York University School of Law (J.D., 1977)(Staff, Law Review). Experience: Associate, Fried, Frank, Harris, Shriver & Kampelman, Washington, D.C. (1977-1979); Counsel, Subcommittee on Improvements in Judicial Machinery, United States Senate Committee on the Judiciary (1979-1981); General Counsel, Subcommittee on Regulatory Reform, United States Senate Committee on the Judiciary (1981-1983); Assistant United States Attorney, Eastern District of Virginia (Criminal Division) (1983-1985); Special Assistant to Attorney General Edwin Meese (1985); Deputy Assistant Attorney General, Civil Division, United States Department of Justice (1985-1988); Associate, Shaw, Pittman, Potts & Trowbridge, Washington, D.C. (1988-1991); Partner, Shaw, Pittman, Potts & Trowbridge, Washington, D.C. (1991-1996); Founding Partner, Cooper & Kirk, Washington, D.C. (1996-2003); Partner, Egan, Fitzpatrick, Malsch & Cynkar, Vienna, Virginia (2004-2006). Publications: "Dumping on Federalism," 75 U.Colo.L.Rev. 1261 (2004); "The Changing Vocabulary of Administrative Law," 43 Food Drug Cosm.L.J. 681 (1988); "*Buck v. Bell*: 'Felt Necessities' v. Fundamental Values?" 81 Columbia L.Rev. 1418 (1981). Member: American Bar Association; District of Columbia Bar Association; Virginia Bar Association; Fairfax County Bar Association; Federalist Society.

**Preetpal Grewal**, born Punjab, India, January 13, 1968. Admitted to practice law throughout India, 1992; State of New York, 2002. <u>Education</u>: St. Bede's College (B.A., 1988); Himachal Pradesh University (LL.B., 1992); New York University (LL.M., 2001). <u>Experience</u>: Associate attorney, Office of Pt. Om Prakash Sharma (1992-1996), Office of Preetpal Grewal (1996-2000), Counsel, Himachal Pradesh High Court Judiciary (1998-2000); Bisceglie & Friedman, LLP (2002-2005), Hahn & Hessen, LLP (2005-2008). <u>Honor and Activities</u>: Founder, Women's Cell, Shimla, Himachal Pradesh; President, Himachal Pradesh High Court Committee for Ex-Servicemen; President, Himachal Pradesh High Court Committee for Women and Children; Secretary, Himachal Pradesh High Court Bar. <u>Member</u>: American Bar Association, New York State Bar Association, New York City Bar Association, Bar Counsel of Himachal Pradesh, Himachal Pradesh High Court Bar Association.

**Michael G. Lenett**, born New York, New York, February 24, 1962. Admitted to the District of Columbia Bar, 1990; Maryland State Bar, 1989. Admitted to practice before the United States Supreme Court, 1992; United States Court of Appeals for the Ninth Circuit, 1990; United States Court of Appeals for the Tenth Circuit, 1991; United States District Court for the District of Columbia, 1999. <u>Education</u>: Brandeis University (B.A., with Honors, *magna cum laude*, 1984); Georgetown University (M.A., 1988); Georgetown University (J.D., 1988); Georgetown University (LL.M., with Distinction 1992) (Senior Articles and Notes Editor, American Criminal Law Review). <u>Experience</u>: Associate, McGuire, Woods, Battle and Boothe (1988-1990); Staff Attorney (1990-1991), Senior Counsel (1991-1993) and Special Counsel (1993), Office of the General Counsel, United States Securities and Exchange Commission; Adjunct Professor, The National Law Center, George Washington University (1992-1993); Counsel, Subcommittee on Antitrust, Monopolies, and Business Rights, Committee on the Judiciary, United States Senate (1993-1995); Democratic Counsel, Committee on the Judiciary, United States Senate (1995-1996). <u>Publications</u>: "Taking A Bite Out of Violent Crime," <u>University of Dayton Law Review</u> (1995); "The SEC Enters the ADR Zone," <u>ABA Business Law Today</u> (coauthored) (1993); "Recent SEC & SRO Enforcement Initiatives Regarding Broker-Dealer Supervision & Compliance," <u>Prentice Hall Law & Business</u> (coauthored)(1990); "Enforcement Issues Arising From the Operations of Penny Stock Broker-Dealers," <u>ALI-ABA</u> (coauthored) (1990); "Compliance Officers' Supervisory Responsibilities: The Chambers Case," 4 <u>Insights</u> 1 (coauthored)(1990); "Defending SEC Insider Trading Investigations," <u>ALI-ABA</u> (coauthored)(1989); "Fifth Amendment Limitations on Compelled Production of Evidence," 25 <u>American Criminal Law Review</u> 509 (1988); "Airport Searches and Seizures: The *Pulido* Court's Response to Terrorism," 25 <u>American Criminal Law Review</u> 549 (1988). <u>Member</u>: District of Columbia Bar Association (Corporation, Finance and Securities Law Section; Litigation Section); Maryland State Bar Association; Bar Association of Montgomery County; American Bar Association (Government and Public Sector Lawyers Division; Young Lawyers Division; Business Law Section; Litigation Section).

**Matthew E. Miller**, born Queens, New York, May 16, 1966. Admitted to Bar of the Commonwealth of Massachusetts, 1994; Louisiana Bar, 1993; District of Columbia Bar, 1994. Admitted to practice before the United States Court of Appeals for the First Circuit, 1998; United States District Court for the District of Massachusetts, 1994; United States District Court for the District of the District of Columbia, 2008. Education: Tufts University (B.A., magna cum laude, 1988); University of Virginia (J.D., 1991). Experience: Law Clerk to the Honorable Edith Brown Clement, United States District Court for the District of Louisiana, 1991-1993; Berman, DeValerio & Pease, Boston, MA 1994-1999; sole practitioner, 1999-2008.

**Brendan S. Thompson**, born Buffalo, New York, February 21, 1974. Admitted to the Maryland State Bar, 2008; United States District Court for the District of Colorado, 2008. Education: University of Detroit (B.S., 1997); University of Baltimore Law School (J.D., 2008). Member: Maryland Bar Association, Baltimore; Bar Association, American Bar Association; New York State Society.

**R. Brent Walton**, born Provo, Utah, April 8, 1968. Admitted to the Washington Bar, 1997; Texas Bar, 2008. Admitted to practice before the United States Supreme Court; United States Court of Appeals for the Second Circuit; United States Court of Appeals for the Ninth Circuit; United States Court of Appeals for the Eleventh Circuit; United States Court of Appeals for the District of Columbia Circuit; United States District Court for the Eastern and Western Districts of Washington. Education: Reed College (B.A., 1990); Tulane Law School (J.D., cum laude, 1997) (Managing Editor, Tulane Law Review). Experience: Assistant to the Chairman of the Board, America Media Council on Child Abuse (1988-1992); Development Director, UNPO (1993-1994); EarthJustice/Sierra Club Legal Defense Fund (1996-1997); Student Attorney, Tulane Legal Assistance Program (1994-1997); Litigation Extern, Legal Resources Centre of South Africa (1995); Bogle & Gates (1996); Short Cressman & Burgess (1997-2001); Hagens, Berman Sobol Shapiro (2001-2006). Honors and Activities: Finalist, 2006 Trial Lawyer of the Year, Trial Lawyers for Public Justice; Board of Advisors, University of Washington School of Law Berman Environmental Law Clinic. Publications: "United States v. Locke: The Supreme Court Preempts States Ability to Protect Their Navigable Waters and Marine Resources from Oil Tanker Spills," 15 Journal of Environmental Law & Litigation 37 (2000)(co-author, Dan Gunter); "Ellickson's Paradox: It's Suicide to Maximize Welfare," 7 N.Y.U. Environmental Law Journal 153 (1999); "We're No Angels: *Paula Corbin Jones v. William Jefferson Clinton*," 71 Tulane Law Review 897 (1997); "*Castano v. American Tobacco Co.*: The Fifth Circuit Declares that Addiction-as-Injury Is Too Immature a Tort to Be Class Action Certified," 71 Tulane Law Review 645 (1996); "TMDLs May Require Changes by Nonpoint Polluters," Daily Journal of Commerce (2000); "Is Medical Monitoring a Cause of Action?" Trial News (1999); "Into the Breach: Restoring Rivers, Relicensing Dams," Daily Journal of Commerce (1999). Member: American Bar Association; American Association for Justice; Washington State Trial Lawyers Association; Public Justice.

**Alexandra Warren**, born Bucharest, Romania, October 9, 1977. Admitted to the New York Bar, 2003; Massachusetts Bar, 2003; Pennsylvania Bar, 2004; District of Columbia Bar, 2007. Admitted to practice before the United States District Court for the Eastern District of Pennsylvania, 2005; United States District Court for the Western District of Pennsylvania, 2007; United States District Court for the District of Columbia, 2007. Education: Brandeis University (B.A., cum laude, 1999); Fordham University Law School (J.D., 2002). Experience: Law clerk to the Honorable John E. Jones III, United States District Court for the Middle District of Pennsylvania (2002-2004); Associate, MacElree Harvey, Ltd. (2004-2006). Member: Pennsylvania Bar Association; District of Columbia Bar Association.

COUNSEL TO THE FIRM

**David W. Stanley**, born St. Louis, Missouri, May 30, 1944. Admitted to the District of Columbia Bar, 1973; Virginia State Bar, 1972. Admitted to practice before the United States Supreme Court, 1980; United States Court of Appeals for the District of Columbia Circuit, 1978; United States District Court for the District of Columbia, 1974. Education: University of Virginia (B.A., 1966); University of Virginia School of Law (J.D., 1972). Experience: Law clerk to Honorable Gerard D. Reilly, Chief Judge, District of Columbia Court of Appeals (1972-1973). Assistant U.S. Attorney, U.S. Attorney's Office for the District of Columbia, 1973-1984 (Fraud Division, 1981-1984); Assistant Chief Trial Attorney, Division of Enforcement, U.S. Securities and Exchange Commission (1984-1987); Of Counsel, Swidler & Berlin, Chartered (1987-1992). Member: District of Columbia Bar Association (Corporation, Finance and Securities Law Section; Litigation Section); Assistant U.S. Attorneys Association (President, 1994-1995); Association of Securities and Exchange Commission Alumni; The Barristers.

**Charles Tiefer**, born January 21, 1954. Admitted to the District of Columbia Bar. Admitted to practice before the United States Supreme Court; United States Court of Federal Claims. Education: Columbia University (B.A., summa cum laude, 1974), Harvard Law School (J.D., magna cum laude, 1977) (Member, Harvard Law Review). Experience: Law clerk, United States Court of Appeals for the D.C. Circuit (1977-1978); Trial Attorney, United States Department of Justice, Civil Rights Division (1978-1979); Assistant Senate Legal Counsel, United States Senate (1979-1984); Solicitor and Deputy General Counsel, United States House of Representatives (1984-1995); Professor of Law, University of Baltimore School of Law (1995 - ). Publications: "Veering Right: How the Bush Administration Subverts the Law for Conservative Causes," U. Cal. Berkeley (2004); "Government Contract Law: Cases and Materials" Carolina Academic Press 2d ed. (2004) (co-author); "The Semi-Sovereign Presidency" (1994); "Congressional Practice and Procedure" Greenwood Press (1989); "Congress's Transformative "Republican Revolution" in 2001-2006 And the Future of One-Party Rule," J. L. & Pol. of U. Va. (2008); "The Iran Debacle: The Rise and Fall of Procurement-Aided Unilateralism as a Paradigm of Foreign War," Univ. Penn. J. Int'l Econ. Law (2008); "Can Appropriation Riders Speed Our Exit From Iraq?" 42 Stan. J. Int'l L. 291 (2006); "The Gold Train Case: Successfully Suing the United States on Behalf of a Class of Holocaust-Era Victims," 27 Class Action Rep. 136 (2006); "Cancellation and Termination Without Forfeiture," 54 Mercer L. Rev. 1031 (2003). Member: District of Columbia Bar Association.

**Jon Anders Tostrud**, born St. Paul, Minnesota, February 6, 1969. Admitted to the Minnesota Bar, 1994; California Bar, 1999. Education: St. Olaf College (B.A., 1991); William Mitchell College of Law (J.D., 1994). Member: California Employment Lawyer's Association; National Employment Lawyer's Association.