UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | MDL No. 2047 |
| | * | |
| | * | |
| This Document Relates to All Cases | * | SECTION: L |
| | * | |
| | * | JUDGE: FALLON |
| | * | |
| | * | Mag. Judge Wilkinson |
| | * | |

*******************************************

APPLICATION OF JEFFREY P. BERNIARD
TO THE PLAINTIFFS' STEERING COMMITTEE

NOW INTO COURT, comes **JEFFREY P. BERNIARD**, who respectfully requests that this Honorable Court appoint him to the Plaintiffs' Steering Committee to represent the interests of all Plaintiffs in the above captioned matter.

Capacity and Willingness to Serve

The Berniard Law Firm, headed by Mr. Jeffrey P. Berniard, has been on the forefront of defective home construction and first party insurance claims in the years following Hurricane Katrina and has been highly competitive and successful in matters relating to those very issues surrounding the Chinese drywall litigation. Having been directly involved and ingrained with the myriad of problems facing home and property owners in the wake of storms and other disasters, the success in which the Berniard Law Firm has had with litigation and settlements demonstrates a definitive amount of competence in matters such as this. By conducting investigations into the Chinese drywall matter with both signed and potential clients and discussing the matter with

experts in the fields of toxic materials and faulty home construction, Jeffrey P. Berniard has been intimately involved with this matter. Staff of the Berniard Law Firm, under the advisement and council of Jeffrey P. Berniard, has made Chinese drywall its top exploratory priority with constant briefings at staff meetings and work done in the community to inform on this very pertinent matter. Further, the Berniard Law Firm maintains a website in which updates on the matter have been reported and discussed at length. This site may be viewed at http://www.insurancedisputelawyerblog.com. Given this experience and knowledge set on the expanding and developing Chinese drywall matter, the Berniard Law Firm has been asked to and agreed to be a keynote speaker at the Chinese Drywall Problems and Litigation seminar being held in New Orleans, LA, on July 31, 2009, as a part of CLE education.

As it relates to complex litigation involving the representation of numerous clients with various interests, Jeffrey P. Berniard's record of success representing first party plaintiffs in the wake of Hurricane Katrina is particularly instructive.  After Hurricane Katrina Mr. Berniard handled over 300 cases relating to first party insurance disputes and matters of bad faith that, over time, have resulted in successful cooperation with opposing counsel and positive results for those clients. This ability to cooperate openly while handling complex issues works to the heart of this matter.

As to matters involving multidistrict litigation Mr. Berniard is experienced in that area as well.  In the matter of *In Re: Cox Enterprises, Inc., set-top cable television box antitrust litigation* originally filed in the Eastern District of Louisiana, Jeffrey P. Berniard and co-counsel were the first anti-trust lawsuit filed against Cox Enterprises over this matter nationally. Further, as this matter has been consolidated by the JPML in the Western District of Oklahoma, Jeffrey P. Berniard has been heavily involved with developing the pre-trial motions for the Panel and

dealing with the matters involved. As the representing council of *Kenneth and Barbara Wiltz et.*
*al. vs. Knauf Gips KG, et. al.*, No. 09-3488 (E.D. La.) Jeffrey P. Berniard is a very important
part of the litigation.  Mr. Berniard is selectively evaluating Chinese drywall cases so that his
resources are not overextended and thus he would remain available to work on behalf of the
Steering Committee and further is adequately prepared to fully contribute to the costly financing
of this complex litigation.

### **Competency and Worthiness**

Having been considered, among a wide variety and large quantity of judicial
commendations, to be highly competent and successful in obtaining positive rulings and proper
cooperation and respect to the court, Jeffrey P. Berniard is a unique and worthy nominee for the
Steering Committee. One ruling noted that "This Court finds that Class Counsel are highly
skilled attorneys with experience in class action litigation. The substantial Settlement amount
negotiated by Class Counsel further evidences their competence." [1] That ruling also noted that
"an exorbitant amount of time [had] been devoted to this cause" while "assuming substantial risk
that they might not be compensated for their efforts." *Id.* Such praise demonstrates a clear
element of selflessness and willingness on the part of Jeffrey P. Berniard to assume a role of
responsibility that represents an interest or cause that demands an individual assume command

---

[1] Final Judgment approving Fairness of Class Action settlement of $35 million dollars on behalf
of 70,000 potential class members- Judge Kern Reese - *Toni Swain Orrill, et. al. v. Louisiana*
*Citizens Fair Plan et. al.* CDC No. 2005-11720, Division "L"  Mr. Berniard was Co-Lead
Counsel in that matter as well as Co-Lead Counsel in *Chaloma, et. Al. v. Louisiana Citizens*
*Property Insurance Corporation*, No.: 107-125 "A", 34th Judicial District Court, Parish of St.
Bernard, Mr. Berniard is also co-lead  counsel in *Gerald Paul Bodet Jr. et. al. vs. Charter*
*Communications Et. Al,* EDLA No. 09-3068, counsel in *In Re:* Re: Cox Enterprises, *Inc., set-top*
*cable television box antitrust litigation* MDL No. 2048, WDOK, and counsel in *In Re:*
*Hydroxycut Marketing and Sales Practice Litigation*, MDL No. 2087, transfer pending.

and assert guidance. Such a role, in this matter, can be easily seen to make Jeffrey P. Berniard a good fit as part of the Steering Committee.

Having been born, raised and educated within the state in which this matter of faulty wallboard is quite prevalent, Jeffrey P. Berniard has a unique and pertinent connection to the matter at hand that will assuredly provide added incentive and passion to properly and successfully assist in matters for the Plaintiffs on this issue. Most significantly, Jeffrey P. Berniard, as part of everyday work within his firm, works consistently and very successfully with attorneys across the United States. Through continued cooperation, interaction and professional development with lawyers certified in a variety of states, Jeffrey P. Berniard has developed a very profound and necessary knack for both leading and assisting attorneys from all walks in the pursuit of proper legal development. As this complex matter of international importation of faulty goods across a variety of state lines will require a lot of networking among council from across the nation, such involvement and ability to work successfully is essential and a trait the applicant openly demonstrates.

**<u>Summation</u>**

Given the appointment to Steering Committee's demand for proper discretion, professionalism, experience, skill, determination, time and work ethic, and as the applicant not only demonstrates but exemplifies all traits and applicable skills set forth by the Court in pursuing adequate representation and success for the Plaintiffs, Jeffrey P. Berniard hereby respectfully submits this application to the Court.

Respectfully Submitted,

/s/ Jeffrey P. Berniard
**JEFFREY BERNIARD, LSBA #29088**
Berniard Law Firm
625 Baronne St.

New Orleans, LA 70113
Telephone: (504)527-6225
Facsimile: (504) 617-6300
Emaill: Jeffberniard@laclaim.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of July, 2009, the foregoing Application of Jeffrey P. Berniard to the Plaintiffs' Steering Committee has been served by electronic mail upon all counsel included in the service list attached to the Court's Pretrial Order #1, as well as any other plaintiff's counsel know to have a federal drywall case pending.

/s/ Jeffrey Berniard_____
Jeffrey Berniard

5