UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) ) ) | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## APPLICATION FOR APPOINTMENT OF VICTOR M. DIAZ, JR. TO PLAINTIFFS' STEERING COMMITTEE

COMES NOW, Victor M. Diaz, Jr., of Podhurst Orseck, P.A., and makes this application requesting that this Honorable Court appoint him to Plaintiffs' Steering Committee in the above action. In support of this application, the undersigned states as follows:

1. Victor M. Diaz, Jr. is a shareholder at the law firm of Podhurst Orseck, P.A. Mr. Diaz graduated from Duke University summa cum laude and valedictorian in 1982 and from the Yale Law School in 1985, where he served as Editor-in-Chief of *The Yale Law and Policy Review.*

2. For the past 24 years, Victor has concentrated his practice in complex civil litigation including class actions, multi-district litigation, mass torts and products liability cases. Victor has been recognized as an elite trial lawyer by numerous national and regional publications including *Best Lawyers in America, Law Dragon's 500 Leading Plaintiff Lawyers in America, The Guide to The World's Leading Products Liability Lawyers, Law Dragon's 3,000 Leading Plaintiff Lawyers in America, The South Florida Legal Guide, Florida Trend Magazine and Florida Super Lawyers.* Victor has lectured in this country for The Florida Justice Association, The American Association for Justice and The Florida Bar on various litigation related topics and has been invited to address

1

Podhurst Orseck, P.A.

25 West Flagler Street, Suite 800, Miami, FL 33130, Miami 305.358.2800 Fax 305.358.2382 • Fort Lauderdale 954.463.4346    www.podhurst.com

several international law conferences on the subject of mass tort products liability and complex civil litigation. In February 2000, The Florida Supreme Court awarded Victor The Tobias Simon Pro Bono Service Award, the highest public service award in the State of Florida that can be conferred on a lawyer. In 2003, Victor was elected a fellow of the American Bar Foundation.

I. **Applicant's Willingness and Ability to Commit to a Time Consuming Project.**

Without equivocation, Mr. Diaz and the law firm of Podhurst Orseck, P.A. have a willingness to commit to the demanding and time consuming requirements of service on the Plaintiffs' Steering Committee. The law firm has already committed over 400 hours of attorney time to various Chinese Drywall litigation matters. As a result, the following milestones have already been achieved:

- The undersigned law firm has been advised that it was the first law firm to successfully complete service on Knauf GIPS KG, Knauf Plasterboard (Tianjiin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd. and Knauf Plasterboard (Dongguan) Co., Ltd.

- The law firm has worked with experts and testing labs throughout the country to develop and refine a testing protocol which has been used to confirm excessive levels of toxic sulphur based compounds in homes throughout South Florida.

- To our knowledge, our law firm is the first one to successfully withstand preliminary motion practice and obtain a trial date for Chinese Drywall claims filed against local developers and distributors in a consumer class action involving the Palm Isles community based in Homestead, Florida. The case has been set for trial by the presiding trial judge for the two week period commencing September 27, 2010.

- The law firm has participated in and collaborated on informal coordination amongst Plaintiffs' counsel representing several hundred Chinese Drywall cases pending in the Eleventh Judicial Circuit in and for Miami-Dade County in order to establish coordinated positions with respect to case management, consolidation,and information sharing.

In addition, at the current time, the law firm is investigating some 75 to 100 cases involving alleged Chinese drywall product defects. Undersigned counsel has and will continue to devote a substantial

Podhurst Orseck, P.A.

25 West Flagler Street, Suite 800, Miami, FL 33130, Miami 305.358.2800 Fax 305.358.2382 • Fort Lauderdale 954.463.4346   www.podhurst.com

effort and energy to the Chinese drywall litigation and if appointed by this Court to service on the PSC.

### II.     Ability to Work Cooperatively with Others and Professional Expertise in This Type of Litigation.

Mr. Diaz and the law firm of Podhurst Orseck, P.A. have extensive experience and serving in leadership on multiple successful multi-district litigation proceedings. Significantly, Mr. Diaz served as Co-Lead Counsel in *In re: Bridgestone/Firestone, Inc., ATX, ATX II and Wilderness Tires, Products Liability Litigation*, MDL No. 1373, U. S. District Court, Southern District of Indiana. In this capacity, Mr. Diaz helped to coordinate all aspects of the organization, management and successful prosecution of over 2,000 personal injury and wrongful death claims filed as a result of the Bridgestone/Firestone, Inc. ATX, ATX II and Wilderness tire recall. Mr. Diaz coordinated the efforts of over 50 lawyers who contributed to various aspects of the litigation through an established committee structure. At least 100 million dollars in verdicts and settlements were obtained as a result of this coordinated and highly successful litigation effort.

In addition, in the past 5 years, Mr. Diaz has served as court appointed, Co-Lead Counsel for Plaintiffs in a One Billion Dollar security class action involving 34,000 worldwide investors (*Scheck Investments, L.P., et. al. v. Kensington Management, Inc.*, Case No. 04-21160-Civ-Moreno, S.D.Fla.) and in a securities class action involving Seventy Million Dollars worth of losses involving 5,000 investors scattered throughout the world (*Marcela Cordova, et al., vs. Lehman Brothers, Inc.*, et al., Case No. 05-21169-Civ-Moore, S.D.Fla). In both cases, Mr. Diaz worked collaboratively with Plaintiffs' Steering Committee which coordinated the successful prosecution of these cases, resulting in settlements and verdicts in excess of 80 Million Dollars. In addition to these leadership roles, Mr.

3

Podhurst Orseck, P.A.

25 West Flagler Street, Suite 800, Miami, FL 33130, Miami 305.358.2800 Fax 305.358.2382 • Fort Lauderdale 954.463.4346   |   www.podhurst.com

Diaz has served on the Plaintiffs' Steering Committee of at least two other multi-district litigation proceedings: *In Re: Air Crash near Peggy's Cove, Nova Scotia on September 2, 1998*, MDL. No. 1269, and *In re Air Crash Near, Cali, Colombia on December 20, 1995*, MDL No. 1125.

In addition to Mr. Diaz' personal experience with MDL and class action litigation, the law firm of Podhurst Orseck, P. A. has extensive experience in multi-district litigation proceedings, currently serving by court appointment as Plaintiffs' Liaison Counsel in a nationwide federal class action against all major medical insurance providers, *In Re: Managed Care Litigation*, MDL No. 1334, and serving by court appointment on Plaintiffs' Steering Committees in over a half dozen other MDL proceedings in the last 10 years.

### III.   Willingness to Commit the Necessary Resources to Pursue this Matter.

Podhurst Orseck, P. A. is well aware of the importance of contributing not only human, but also financial resources to the successful prosecution of this case. The firm currently has four lawyers and two paralegals devoted to the Chinese Drywall litigation and has the necessary resources to continue to staff, fund and successfully prosecute these cases to conclusion.

### IV.   The Applicant Has Filed Civil Actions in this Litigation.

Undersigned counsel and the law firm of Podhurst Orseck, P.A. is co-counsel of record in the Federal Chinese Drywall case, *Janet Morris-Chin, et. al. v. Knauf Plasterboard Tianjin Co., LTD., et. al.*, Case No. 09-20796-Civ-Moore, U. S. District Court, Southern District of Florida.

Undersigned counsel and the law firm of Podhurst Orseck, P. A. respectfully submit our credentials and request appointment to the Plaintiffs' Steering Committee.

4

WE HEREBY CERTIFY that on July 9, 2009, the foregoing document was served on liaison counsel listed on the attached Service List by fax and filed with the Clerk of the Court using CM/ECF.

> Respectfully submitted,
>
> PODHURST ORSECK, P.A.
> 25 W. Flagler Street, Suite 800
> Miami, Florida  33130
> Tel: (305) 358-2800
> Fax: (305) 358-2382
>
> By: ___/s/ Victor M. Diaz, Jr.___
> Victor M. Diaz, Jr., Esq.
> Florida Bar No. 503800
> vdiaz@podhurst.com

5

Podhurst Orseck, P.A.

25 West Flagler Street, Suite 800, Miami, FL 33130, Miami 305.358.2800  Fax 305.358.2382  •  Fort Lauderdale 954.463.4346          www.podhurst.com

## SERVICE LIST

Russ M. Herman, Esq.
Herman Herman Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA   70113
phone: 504 581-4892
fax:    504 561-6024
*For The Plaintiffs*

Kerry J. Miller, Esq.
Frilot LLC
1100 Poydras Street, #3700
New Orleans, LA   70130
phone: 504 599-8194
fax:    504 599-8145
*For the Defendants*

6

Podhurst Orseck, P.A.

25 West Flagler Street, Suite 800, Miami, FL 33130, Miami 305.358.2800  Fax 305.358.2382  •  Fort Lauderdale 954.463.4346          www.podhurst.com