UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRY WALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br><br>SECTION:  L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

# PRETRIAL ORDER #5A

As ordered in Pretrial Order No. 5, all counsel shall provide to the appropriate liaison counsel updated contact information to be used for service.  IT IS ORDERED that this contact information shall be provided to the appropriate liaison counsel using the form attached hereto**.**

New Orleans, Louisiana, this 9th day of July, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

# In Re Chinese Drywall Production Liability Litigation

MDL 2047          SECTION: L          JUDGE ELDON FALLON

## MDL 2047 Counsel Contact Information (Form PTO-5)
Please print or type below.

### ATTORNEY INFORMATION

Check One: ☐ Plaintiff Counsel    ☐ Defense Counsel    ☐ Third Party Defense Counsel

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| | | | |

**Firm Name**

**Address**

| City | State | Zip |
|---|---|---|
| | | |

| Phone | Fax |
|---|---|
| | |

| Direct Dial No. | Cell Phone | Pager |
|---|---|---|
| | | |

| Bar No. | Email Address |
|---|---|
| | |

**Party Representing**

**Other Members of Firm involved in this litigation**

| Secretary Name | Paralegal Name |
|---|---|
| | |

### Choose One Option Below:

☐ I elect to have Liaison Counsel transmit documents to me via e-mail and consent on an ongoing basis to notify Liaison Counsel of any changes in the above information.

☐ I do not want to receive orders or other documents from Liaison Counsel.

Signed _____      Date _____
Print Name: _____

Please remit form to: Russ M. Herman, Plaintiffs' Liaison Counsel, 820 O'Keefe Avenue, New Orleans, LA 70113, Email: drywall@hhkc.com; AND Kerry Miller, Defendants' Liaison Counsel, 1100 Poydras Street, Suite 3600, New Orleans, LA 70163-3600, Email: kmiller@frilot.com