UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCT LIABILITY LITIGATION | * MDL NO. 2047<br>*<br>* SECTION: L<br>*<br>* JUDGE FALLON<br>*<br>* MAG. JUDGE WILKINSON<br>* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### APPLICATION FOR APPOINTMENT OF JAMES R. DUGAN, II AND THE MURRAY LAW FIRM AS A MEMBER OF THE PLAINTIFF'S STEERING COMMITTEE FOR ALL PLAINTIFFS

On June 15, 2009, the Judicial Panel on Multidistrict litigation issued a Transfer Order, pursuant to 28 U.S.C. § 1407, transferring and assigning all Chinese Drywall cases to the United States District Court for the Eastern District of Louisiana, Section L, for consolidated pretrial proceedings.

On June 16, 2009, the Court issued Pre-Trial Order No. 1 Section 17 of Pre-Trial Order No. 1 addressed to potential selection and appointment of a Plaintiff's Steering Committee. James R. Dugan, II and the Murray Law Firm, submits this application to be appointed as a member of the Plaintiff's Steering Committee in MDL #2047.

I, James R. Dugan, II, gained valuable experience working with the late Wendell H. Gauthier and the Law Firm of Gauthier, Downing, LaBarre, Beiser & Dean in the areas of class action, mass tort, and complex litigation, beginning with the seminal class action lawsuit filed against the tobacco industry on the basis of nicotine addiction, Castano v. American Tobacco, et al. After Mr. Gauthier's untimely death in December of 2001, I formed the Dugan & Browne Law Firm continuing to specialize in class action and mass tort litigation. In May of 2006, the Dugan & Browne Law Firm and the Murray Law Firm merged interests continuing to specialize in class action and mass tort litigation. I am willing and able to commit to a time consuming project, can work cooperatively with the Court and all counsel appointed to a Plaintiffs' Steering Committee, and I have extensive experience in complex and class action litigation.

Over the years, I have specialized in the area of complex and class action litigation representing numerous large institutional clients, including Blue Cross of Louisiana and other health insurers in cases against the manufacturers of Synthroid, Fen-Phen, Rezulin, Neurontin, Vioxx, Zyprexa, Bextra/Celebrex, Oxycontin, Ketek, Vytorin, and Actimmune. I also represent the State of Louisiana Attorney General in the

Synthroid, Baycol, Vioxx, and Bextra/Celebrex cases.

I am interested in serving on the Plaintiff's Steering Committee for the Chinese Drywall Litigation MDL 2047. I am lead counsel in the case of *Kelly Fontana v. Interior Exterior et. al., USDC, Eastern District Court of Louisiana, MDL 2047*. I believe my complex and class action experience will be beneficial to the parties and the court in the successful resolution of this case. In particular, I strongly believe my current involvement in the Vioxx Governmental Action cases will assist the court and the parties with this aspect of this case.

I have served in leadership positions in the following Federal Court complex cases:

*Synthroid Marketing Litigation, (MDL 1182)*, (1997-2004) United States District Court for the Northern District of Illinois, Eastern Division, Judge Elaine E. Bucklo. Mr. Dugan served as co-lead counsel in this national class action on behalf of third-party payors that were overcharged for the thyroid medication Synthroid; *Diet Drugs Litigation, (MDL 1203)*, (1997-2002) United States District Court for the Eastern District of Pennsylvania, Judge Lewis C. Bechtle. Mr. Dugan filed a national class action on behalf of third-party payors in *Louisiana HMO v. American Home Products, et al.* Mr. Dugan was also co-lead counsel for a large group of individually represented third-party payors; *Propulsid Litigation, (MDL 1355)*, (2000-Present) United States District Court, Eastern District of Louisiana, Judge Eldon Fallon. Mass Tort Products Liability case involving thousands of individuals injured from the use of the heartburn medicine Propulsid. Member: Plaintiff's Steering Committee; *Rezulin Products Liability Litigation, (MDL 1348)*, (2000-Present) United States District Court, Southern District of New York, Judge Lewis A. Kaplan. Mass tort products liability action involving claims by individuals for personal injury and claims by the healthcare industry to recoup costs associated with paying claims on behalf of members. Mr. Dugan was appointed by the court as Liaison Counsel to a class of Health Benefit Providers; *Industrial Life Insurance Litigation, (MDL 1371)*, (2000-Present) United States District Court, Eastern District of Louisiana, Judge Martin L.C. Feldman, presiding. Case involving hundreds of thousands of African-Americans who were charged higher premiums than Caucasians for the same type of burial insurance policies. Member: Plaintiff's Executive Committee; *Inter-Op Hip Prosthesis Product Liability Litigation, (MDL 1401)*,   (2001-Present) United States District court, Northern District of Ohio, Eastern Division, Judge Kathleen O'Malley. Mass tort products liability case involving   thousands of claims for personal injury over the recall of a defective hip

implant. Member: Plaintiff's Steering Committee.; *Baycol Products Liability Litigation, (MDL 1431),* (2001-Present) United States District Court, District of Minnesota, Judge Michael Davis. Mass tort products liability case involving thousands of individuals who suffered personal injury over the defective drug Baycol. Member: Plaintiff's Steering Committee; *Meridia Products Liability Litigation, (MDL 1481),* (2002-Present) United States District Court, Northern District of Ohio, Judge James S. Gwin. Mass tort products liability case involving thousands of individuals who suffered personal injury over the defective drug Meridia. Member: Plaintiff's Steering Committee; *Serzone Products Liability Litigation (MDL 1477),* (2002-Present) United States District Court, Southern District of West Virginia, Judge Joseph R. Goodwin. Mass tort products liability case involving thousands of individuals who suffered personal injury over the defective drug Serzone. Member: Plaintiff's Steering Committee; *Neurontin Marketing & Sales Practices Litigation,* (2004-Present) United States District Court, District of Massachusetts, Judge Patti B. Saris. Mr Dugan is one of six Class Counsel seeking a refund of monies spent on behalf of consumers and third party payors for payments for illegal off-label promotion and use of the drug Neurontin. Member: Plaintiff's Steering Committee; *Vioxx Products Liability Litigation (MDL 1657),* (2005-present) United States, Eastern District Court of Louisiana, Judge Fallon, Magistrate Judge Knowles. Member: Co-Chair Purchase Claims Committee; *Zyprexa Marketing and Sales Practices Litigation (MDL 1596),* (2005-present)United States District Court for the Eastern District of New York, Judge Weinstein and Magistrate Judge Chrein. Member: Co-Lead Counsel for the Purchase Claims; *Bextra and Celebrex Marketing and Sales Practices and Products Liability Litigation (MDL 1699),* (2006-present) United States District Court, Northern District of California, Judge Breyer. Member: Purchase Claims Committee; *Fosamax Product Liability Litigation (MDL 1789)* (2006-present) United States District Court Southern District of New York, Judge Keenan. Member: Plaintiff Steering Committee; *Oxycontin Marketing and Sales Practices Litigation*(2007-present) United States District Court for the Southern District of New York., Judge Koel. Co-lead counsel for third party payor; *Ketek Marketing and Sales Practices Litigation* United States District Court Eastern District of New York, Judge Townes. Co-lead Counsel for third party payor; *Vytorin/Zeta Marketing, Sales Practice, and Products Liability (MDL 1938)* United States District Court District of New Jersey, Judge Dennis M. Cavanaugh: Member of Plaintiff's Steering Committee; *Actimmune Product Liability Litigation* 08-CV-3797-MHP United States District Court for the Northern District of California, Judge Marilyn H. Patel.

In addition to Federal MDL appointments, Mr. Dugan is lead counsel in the following State Court class action cases:

*US Agencies Casualty Insurance Company, Inc., et al v. Bridgestone/Firestone, Inc.* (2004-Present) Judge Sanders, 60th Judicial District Court, Jefferson County, Texas. Lead counsel for a class of property damage insurers to recoup their costs paid out due to Firestone tire rollover property damage cases; *Roxy Wright, Rosalie F. Miranda, et al v. Tenet Louisiana, Inc., et al,* (2004-Present) Judge Nadine M. Ramsey, Civil District Court for the Parish of Orleans, State of Louisiana. Lead Counsel for a class of uninsured patients who were billed excessive hospital charges for care. Settled.; *Rose Goudeau, et al v. The Administrators of the Tulane Educational Fund, et al,* (2004-Present) Judge Nadine M. Ramsey, Civil District Court for the Parish of Orleans, State of Louisiana. Lead counsel for a certified class of family members whose loved ones donated their bodies to the Tulane Willed Body Program but were sold by Tulane to third parties for profit; *State of Louisiana v. Bayer, et al, Case Number 04-439* (2004-Present) Judge Piper D. Griffin, Civil District Court for the Parish of Orleans, State of Louisiana. Lead counsel on behalf of the State of Louisiana and the Attorney General to recoup all costs expended by the State of Louisiana on behalf of the drug Baycol.

I received my B.A. from the University of Southwestern Louisiana in Lafayette and my J.D. from the Loyola University School of Law in New Orleans, Louisiana. I am a member of the Louisiana Bar and have also been admitted to practice before a number of federal courts, including the Eastern and Middle Districts of Louisiana, and the Southern District of Alabama. I am an active member in a number of respected legal associations, including the Louisiana Trial Lawyers Association, the Jefferson Parish and Orleans Parish Bar Associations, and the Louisiana State and American Bar Associations. I was also listed by the American Trial Lawyers Association as one of the Top 100 Trial Lawyers for 2007 and 2008. I am also married to Mrs. Heidi Dugan and have two sons, James III and Jackson Dugan.

Respectfully submitted,

James Dugan (Bar #24785)
Stephen Murray, Sr. (Bar #9858)
Murray Law Firm
650 Poydras Street, Suite 2150
New Orleans, LA 70130
(504) 648-0180