IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| ------------------------------------------------- | Judge Fallon |
| THIS DOCUMENT RELATES TO ALL CASES | Mag. Judge Wilkinson |

## APPLICATION OF ED BLIZZARD FOR PSC MEMBERSHIP

My name is Ed Blizzard and I am a partner in the firm of Blizzard McCarthy & Nabers in Houston, Texas. I have been working on mass tort cases for more than 20 years. I have been appointed to leadership roles in the majority of the larger MDLs. My experience and appointments reflect my ability, not only to try lawsuits, but to get things done by working cooperatively with both plaintiffs' and defense counsel.

As the Court is aware, I was appointed in the Vioxx MDL to the six member Negotiating Plaintiff's Committee and to the nine member Fee Allocation Committee. I also tried one of the MDL Vioxx cases before this Court.

I also recently served as the chair of the PSC in the Ephedra Litigation, MDL 1598, which was successfully concluded last summer. Our firm took the depositions of the majority of corporate witnesses from the various companies that sold ephedra containing products. There were only a couple of Ephedra cases that went to trial. I tried one of them.

In the Sulzer Hip Implant Litigation, MDL 1401, I was one of five lawyers appointed by Judge O' Malley to negotiate the $1.2B settlement and I testified at the Fairness Hearing in support of the Settlement. I also took most of the depositions of the corporate witnesses that were used in the only Sulzer case tried to verdict.

In the Diet Drug Litigation, MDL 1203, I was a Steering Committee member in the Texas State Court Litigation, and took a number of the key corporate witness depositions. The depositions that I took were played at trial in virtually every Fen-Phen case that tried the liability issue. I also personally tried several Fen-Phen cases.

In Silicone Breast Implant Litigation, I was a member of the Texas State Court Steering Committee and took many of the key corporate witness depositions. I was also co-counsel in the trial of two cases. After Dow Corning filed for bankruptcy protection, I was selected by the Tort

Claimants Committee to be the tort lawyer to the Committee. In that role, I was one of the chief negotiators of the $3B Dow Corning Settlement.

I have also been appointed to the PSC in the New York ReNu with MoistureLoc coordinated proceedings and more recently to the PSC in the Digitek Litigation, MDL 1968. Though the Court opted not to appoint a PSC in the Seroquel Products Liability Litigation, MDL 1769, our firm has been actively involved in coordinating the discovery of that litigation and I have personally taken the depositions of a dozen corporate witnesses.

I am willing and able to devote time and resources to this project. Our firm has a considerable interest in the Chinese Drywall litigation and I would like to be actively involved in helping shape the discovery, trial and resolution strategies. I will commit to work hard and cooperatively with the Court and all counsel toward a successful resolution of this litigation.

If the Court would like references, I am pleased to supply them, or the Court could contact Judge Jed Rakoff, U.S. District Court, Southern District of New York or Judge Kathleen O'Malley, U.S. District Court, Northern District of Ohio.

Respectfully submitted,

BLIZZARD, McCARTHY & NABERS, LLP

Ed Blizzard
TX Bar No.: 02495000
Lyric Centre Building
440 Louisiana, Suite 1710
Houston, Texas 77002
Telephone: (713) 844-3750
Facsimile:  (713) 844-3755