UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION L |
| This Document Relates to: | JUDGE FALLON |
| | MAG. JUDGE WILKENSON |
| All cases | |

## APPLICATION OF SHAWN M. RAITER TO THE PLAINTIFFS' STEERING COMMITTEE

Pursuant to Pretrial Order No. 1, the undersigned, Shawn M. Raiter, respectfully submits this application for consideration of appointment to the Plaintiffs' Steering Committee. Your applicant is a partner at Larson • King, LLP located in St. Paul, Minnesota. Your applicant and his firm have already devoted significant effort and resources to this litigation and will continue to do so if given the opportunity to serve on the Plaintiffs' Steering Committee or other related committees.

### Chinese Drywall Litigation

We are currently counsel in drywall cases originally venued in Florida (*Garcia et al. v. Lennar Corp. et al.*, 1:09-cv-20739 (S.D.Fla. 2009)), Ohio (*Minafri et al. v. M/I Homes, Inc. et al.*, (S.D. Ohio 2009)), and Louisiana (*Mitchell et al. v. Knauf et al.*, No. cv-09-3833 (E.D. La. 2009)) as well as several state court actions. Our firm, working in connection with other law firms, has actively pursued these cases and has engaged in motion practice and settlement discussions before transfer to this district.

Our work to address the significant problems caused by defective drywall has included on-site air monitoring and damage inspections and laboratory testing of drywall

1

and corrosion byproduct. We have made significant progress in identifying the sources of defective drywall and the areas in which the product was used. We have also persuaded builders who are paying for remediation to improve the terms being offered to homeowners. We continue to investigate claims in different states, including the Gulf Coast states, and wholeheartedly believe that this situation must be aggressively and expeditiously resolved to protect property owners and their families.

### Willingness and Ability to Commit Time and Resources

Our firm has approximately 35 attorneys and devotes the majority of its practice to the representation of clients involved in mass torts, products liability, complex and class action litigation. With more than 100 employees, our firm has the ability to, and will, devote significant resources to this litigation. Our attorneys have been involved in many of the well-known product, natural, and environmental disputes litigated over the past 30 years including some of the first mass tort personal injury claims litigated in the United States going back as far as the Dalkon Shield litigation, the Times Beach Dioxin Disaster in Missouri, the MGM Grand fire in Las Vegas, the Teton Dam collapse in Idaho, and the Union Carbide Disaster in Bhopal, India.

### Products Liability and Construction Defect Experience

Your applicant has practiced exclusively in civil litigation for 16 years. I have tried cases to verdict in state, federal and administrative courts. Those trials have included personal injury claims and claims involving significant medical issues like those presented here. Your applicant has been asked to lecture at continuing legal education seminars locally and nationally and recently spoke at the Chinese Drywall Conference presented by Harris Martin in Orlando, Florida. Your applicant has argued more than a

dozen appeals in various state and federal appellate courts and has been selected "Super Lawyer" in the Minnesota legal profession in 2009, 2008, 2007, 2006, 2005, and 2004 by *Minnesota Law & Politics*.

Your Applicant is currently the sole Plaintiffs' Lead Counsel in *In Re Zurn Pex Plumbing Litig.*, MDL No. 1958. That litigation involves nationwide and state wide class actions involving defective pex plumbing systems and involves many issues similar to those likely to be presented here. I am currently involved in the leadership of other construction product class actions including claims involving Kitec plumbing systems, *Burns, et al. v. IPEX, Inc.*, No. 08:640 (W.D. Tex.); *Ehler, et al. v. IPEX, Inc.*, No. 1:2008 Civ. 02220 (D.Colo.); *Olson, et al. v. IPEX, Inc.*, No. 3:2008 Civ. 00480 (W.D.N.C.), and Uponor pex plumbing systems *McGregor, et al. v. Uponor, Inc.*, No. Civ. 09-cv-01136 (D.Minn.). I have also been involved in other construction related matters, including matters related to doors, windows, siding and core home systems.

I was the primary attorney involved in our firm's role as Plaintiff's Liaison Counsel in the multi-district pharmaceutical litigation *In Re: Baycol,* MDL 1431 (D. Minn.) and in that position was part of the plaintiffs' leadership of more than 8,000 lawsuits. I have served as lead counsel in multi-state, certified litigation class actions involving products liability, construction, and insurance issues. For example, the *Sushoreba* case involved a certified five state litigation class that was settled at trial for $43 million. The case involved defective radiant heating products installed in homes and businesses. I was also co-lead counsel in multi-state class actions involving products liability claims involving prescription drugs in *Carpenters and Joiners Welfare Fund, et*

3

*al. v. GlaxoSmithKline*, No. Civ. 04-cv-3500 (D.Minn.). That case settled for $40 million, with no reversion to the defendant, on a nationwide basis.

Other attorneys at my firm have also represented plaintiffs in various types of high-stakes commercial litigation such as claims related to the extensive damage caused by Hurricane Andrew, major construction defect, intellectual property, and consumer fraud litigation. Since 1999, the firm has recovered more than $1.5 billion for its clients. This amount reflects money actually paid to the clients, not settlement funds made available. The firm has also tried class action lawsuits to verdict, a rare occurrence in today's legal environment.

### **Insurance Litigation Experience**

Our firm also has substantial experience analyzing insurance programs and securing insurance proceeds through insurance coverage litigation. Our work in one insurance coverage case for product liability claims made the *National Law Journal*'s list of the year's largest jury verdicts. In that case, we served as lead trial counsel for a policyholder suing to obtain access to more than $1 billion in insurance coverage for a mass tort. Margaret Cronin Fisk, *Big Gets Bigger,* The Nat'l Law J., Feb. 19, 2001 at C11. There is little question that insurance coverage expertise will be needed to successfully conclude this MDL and our firm is ready to assist with that work.

Respectfully submitted this 9th day of July, 2009

                    **LARSON • KING, LLP**

                    By _____
                    Shawn M. Raiter #MN240424
                    2800 Wells Fargo Place
                    30 East 7th Street
                    St. Paul, MN 55101
                    (651) 312-6500 - phone
                    (651) 312-6618 -- facsimile
                    sraiter@larsonking.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Application of Shawn M. Raiter to the Plaintiffs' Steering Committee has been served via United States mail, postage prepaid, upon the individuals and entities identified in Schedule B attached to Pretrial Order No. 1 for MDL No. 2047

_____
Suzanne Leckie

5