UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL CASES | MDL No. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**APPLICATION OF ROBERT K. SHELQUIST FOR
APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE**

Pursuant to Pretrial Order No. 1, I respectfully submit this application for my appointment to the Plaintiffs' Steering Committee on behalf of my firm, Lockridge Grindal Nauen P.L.L.P. ("LGN"), in which I am a partner. Along with a group of several other law firms, LGN currently represents Plaintiffs who have originally filed federal court actions in Louisiana, Ohio, and Florida and a state court action in Florida. Our group has been actively involved in this litigation having had homes for some filed and unfiled clients inspected by experts, by challenging communications being directed by one builder to clients and putative class members, and by engaging in discussions with one defendant homebuilder regarding the content and scope of releases associated with remediation of homes.

LGN, founded in 1978, has extensive experience in complex and multidistrict litigation. Comprised of over 30 attorneys assisted by more than 20 paralegals and government relations specialists, LGN is well-acquainted with the financial requirements and the time commitments necessary to prosecute this action. LGN is willing to allocate the resources necessary to meaningfully participate in this MDL.

I am personally willing and available to commit substantial effort and energy to prosecute these consolidated actions and to work cooperatively with all plaintiffs' counsel towards a successful resolution through settlement negotiations, trial, or appeal. I believe that some of my legal experiences position me to be a helpful resource in this litigation.

First, I have prosecuted national, certified class actions to verdict in two cases. In *Peterson v. BASF Corp*, I was court-appointed class counsel and was one of the trial attorneys who secured a jury verdict for a nation-wide class seeking redress for defendants' marketing of its herbicide products. After multiple state appellate opinions and two trips to the U.S. Supreme Court, a judgment in excess of $60 million was affirmed and paid to farmers throughout the United States. Additionally, I was one of the court-appointed class counsel and trial counsel representing a certified sub-class as part of a nationwide antitrust trial in *In re Laminates* that was tried to verdict in the United States District Court for the Southern District of New York.

Second, I have experience in construction litigation in both the multi-district litigation setting and in coordinated proceedings filed in various jurisdictions throughout the United States. In the course of this work, I have worked, and continue to work, with a number of counsel who are seeking PSC positions or who are counsel prosecuting actions that are consolidated in this MDL. My construction-related litigation experience includes:

- *In re CertainTeed Corporation,* MDL 1817, (co-lead counsel in a case involving faulty shingles);

- *In re Zurn*, MDL 2047, (co-chair of the PSC in a case related to faulty fittings);

- *Burns v. IPEX, et al.* (co-lead counsel in a case that is coordinated with proceedings throughout the country related to faulty plumbing fittings);

- *Jacobson v. Correct Building Products* (faulty decking material);

- *Wallner v. Trex Corp.* (class counsel in a case involving faulty decking materials);

- *McGregor v. Uponor* (faulty plumbing fittings);

- *McNeil v. IKO Corp.* (faulty shingles).

Third, I have been involved in a variety of cases alleging consumer fraud and product liability claims as is set forth in the attached CV of my firm and myself. I have demonstrated my willingness to work with others in a variety of contexts from leadership positions to committee leadership positions to providing substantive work under the direction of others. Most of these cases involved complex issues that were overlaid with insurance issues that likely will be part of this litigation as well.

Fourth, I spent a substantial portion of my early career engaged in litigation directed to asbestos-containing products in buildings. The asbestos-in-building litigation allowed me to familiarize myself with a number of issues that have already arisen in the individual litigation being pursued by LGN and that will likely be part of this MDL. I am experienced in building inspections including drafting protocols for inspections, bulk sampling protocols, air sampling protocols, and chain-of-custody issues. I have personally visited laboratories and deposed experts regarding bulk sample testing and air monitoring testing, including the use of phased contrast microscopy, transmission electron microscopy, principles of contamination, and professional certification of laboratories. Overlaying the science is my gained familiarity with local, state, and national product certification standards and testing protocols, the mining process

406452.1                                    3

for raw construction materials, the science related to health effects of exposure, and the various methods and costs associated with remediation of building conditions.  As with this litigation, a number of insurance policies were implicated in the asbestos litigation either through arguments regarding collateral sources, as part of multi-party settlement discussions, or in the context of a settlement or assignment of insurance contracts or part of the settlement terms.

In closing, LGN and I have the resources, willingness, and availability to commit to this time-consuming and challenging MDL litigation.  I possess the ability to work cooperatively with others and I have professional experience in construction litigation.  Accordingly, on behalf of LGN, I respectfully seek Your Honor's appointment to the Plaintiffs' Steering Committee.


Dated:  July 9, 2009                               LOCKRIDGE GRINDAL NAUEN P.L.L.P.



                                                   By:  s/   Robert K. Shelquist_____
                                                          Robert K. Shelquist, #21310X MN
                                                   100 Washington Avenue South
                                                   Suite 2200
                                                   Minneapolis, MN  55401
                                                   Telephone:  612.339.6900
                                                   Facsimile:  612.339.0981

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Application of Robert K. Shelquist for Appointment to the Plaintiffs' Steering Committee was filed electronically on the below date and is available for viewing and download from the ECF System of the United States District Court for the Eastern District of Louisiana.

The undersigned further certifies that on the below date he caused a true and correct copy of the Application to be e-mailed to all parties on the attached Service List for whom there was a known e-mail address and by U.S. Mail for all persons or entities for whom there was no known e-mail address.

Dated:  July 9, 2009                         s/  Robert K. Shelquist
                                             Robert K. Shelquist



Founded in 1978, Lockridge Grindal Nauen P.L.L.P. has extensive experience in antitrust, securities, environmental, employment, health care, commercial, intellectual property and telecommunications law.

The firm's clients include agri-businesses, business enterprises, banks, local governments, trade and industry associations, real estate developers, telecommunications providers, health care professionals, casualty insurers, publishers and authors, and a major computer manufacturer and retailer.

Lockridge Grindal Nauen P.L.L.P. attorneys are assisted by more than 20 paralegals and government relations specialists, and an extensive support staff. The firm has offices in Minneapolis, Minnesota and Washington, D.C.

Lockridge Grindal Nauen P.L.L.P. has been continuously active in class action and other complex litigation, including the following cases in which the firm and one of its named partners, Richard Lockridge, has been lead or co-lead counsel:

- *David L. Antonson, et al. v. Leon H. Robertson, et al.* (American Carriers Securities Litig.) Civil No. 88-2567 (D. Kan.);
- *In re Baycol Products Litig.*, MDL No. 1431 (D. Minn.);
- *Benacquisto, et al. v. American Express Financial Corp. et al.*, Master File No. 00-1980 (D. Minn.), Civil Action No. 96-18477 (Henn. Cty. Dist. Ct.) (insurance class action);
- *In re Catfish Antitrust Litig.*, MDL No. 928 (N.D. Miss.);
- *In re Citi-Equity Group, Inc. Securities Litig.*, Master File No. 3-94-1024 (D. Minn.);
- *In re Digi International Inc. Securities Litig.*, Master File No. 97-5 (D. Minn.);
- *George Guenther, et al. v. Cooper Life Sciences, et al.* (Cooper Life Sciences Securities Litig.), No. C 89-1823 MHP (N.D. Cal.).

- *In re LaserMaster Technologies, Inc. Securities Litig.,* Master File No. 4-95-631 (D. Minn.);
- *Lockwood Motors, Inc., et al. v. General Motors Corporation,* Master File No. 3-94-1141 (D. Minn);
- *In re Lutheran Brotherhood Variable Insurance Products Co. Sales Practices Litig.,* MDL No. 1309 (D. Minn.);
- *Meyers v. The Guardian Life Insurance Company of America, Inc. Litig.,* Civil No. 2:97CV35-D-B (N.D. Miss.);
- *In re Microcrystalline Cellulose Antitrust Litig.,* MDL No. 1402 (E.D. Pa.);
- *In re Monosodium Glutamate Antitrust Litig.,* MDL No. 1328 (D. Minn.);
- *In re New Steel Pails Antitrust Litig.,* Master File No. C-1-91-213 (S.D. Ohio);
- *In re Piper Funds, Inc. Institutional Government Income Portfolio Litig.,* Master File No. 3-94-587 (D. Minn.);
- *In re Polypropylene Carpet Antitrust Litig.,* MDL No. 1075 (N.D. Ga.);
- *In re Residential Doors Antitrust Litig.,* MDL No. 1039 (E.D. Pa.);
- *Richard J. Rodney, Jr., et al. v. KPMG Peat Marwick,* No. 4-95-CIV-800 (D. Minn.);
- *In re Select Comfort Corporation Securities Litig.,* Master File No. 99-884 (D. Minn.);
- *Gary G. Smith, et al. v. Little Caesar Enterprises, Inc., et al.* (Little Caesar Franchise Litig.), Civil No. 93 CV 74041 DT (E.D. Mich.);
- *Alan B. Spitz and Linda Spitz, and Ann Novacheck v. Connecticut General Life Insurance Company,* MDL No. 1136 (C.D. Cal.);
- *In re Steel Drums Antitrust Litig.,* MDL No. 887 (S.D. Ohio);
- *In re Summit Medical Systems, Inc. Securities Litig.,* Master File No. 97-558 (D. Minn.); and
- *In re Unisys Savings Plan Litig.,* Master File No. 91-3067 (E.D. Pa.).

LGN also had substantial involvement in the following litigation:

- *In re Air Cargo Shipping Services Antitrust Litig.,* Civil No. 1:06-md-1775-CBA-VVP (E.D.N.Y.);
- *American Telephone and Telegraph Antitrust Litig.,* Civil Action No. 81-2623 (D.D.C.);

- *In re AOL Time Warner Securities Litig.*, MDL No. 1500 (S.D.N.Y.);
- *Aviva Partners, LLC, v. Navarre Corp., et al.*, Master File No. 05-1151 (D. Minn.);
- *In re Bioplasty Securities Litig.*, Master File No. 4-91-689 (D. Minn.);
- *Chemical Distribution, Inc., et al. v. Akzo Nobel Chemicals, et al.*, MDL No. 1226 (N.D. Cal.);
- *In re Chronimed Inc., Securities Litig.*, Master File No. 01-1092 (D. Minn.);
- *In re Connecticut General Life Insurance Co. Premium Litig.*, MDL No. 1336 (C.D. Cal.);
- *In re Credit Suisse – AOL Securities Litig.*, Case No. 1:02-CV-12146-NG (D. Mass.);
- *Crosby v. Aid Association for Lutherans*, Master File No. 00-CV-2112 (D. Minn.);
- *In re Delphi Corporation Securities, ERISA, and Shareholder Derivative Litig.*, Master Case No. 05-md-1725 (E.D. Mich.);
- *Dixie Brewing Company, Inc. v. John Barth, Inc.* (In re Hops Antitrust Litig.), Civil No. 8404434 (E.D. Pa.);
- *In re Domestic Air Transportation Antitrust Litig.*, MDL No. 861 (N.D. Ga.);
- *Durocher v. American Family Life Insurance Co.*, Case No. 97-CV-292 (Marinette Cty. Dist. Ct.);
- *In re Endotronics Securities Litig.*, Master File No. 4-87-130 (D. Minn.);
- *In re Federal National Mortgage Association Securities, Derivative and ERISA Litig.*, MDL No. 1668 (D.D.C.);
- *Fink v. Rainforest Café*, No. MC 00-451 (Henn. Cty. Dist. Ct.);
- *In re Flat Glass (I) Antitrust Litig.*, MDL No. 1200 (W.D. Pa.) ;
- *Funeral Consumers Alliance, Inc., et al. v. Service Corporation International, et al.*, No. H-05-3394 (S.D. Tex.);
- *In re Guidant Corp. Implantable Defibrillators Products Liability Litig.*, MDL No. 1708 (DWF/AJB)(D. Minn.);
- *Haritos, et al. v. American Express Financial Advisors, Inc.*, 02-2255-PHX-PGR (D. Ariz.);
- *In re ICN/Viratek Securities Litig.*, 87 Civ. 4296 (S.D.N.Y.);

- *Johnson v. Kives* (K-Tel Securities Litig.), Master File No. 4-85-1216 (D. Minn.);
- *In re King Pharmaceuticals, Inc. Securities Litig.*, No. 2:03-CV-77 (E.D. Tenn.);
- *John S. Lawrence v. Philip Morris Companies, Inc., et al.* (Philip Morris Securities Litig.), Civil No. 94-1494 (E.D.N.Y.);
- *In re Lease Oil Antitrust Litig.*, MDL No. 1166 (S.D. Tex.);
- *Leetate Smith, et al. v. Merrill Lynch & Co., et al.* (Orange County Bond Litig.), No. SACV-94-1063-LHM(EEx) (C.D. Cal.);
- *Glen Lewy 1990 Trust v. Investment Advisers, Inc., et al.*, No. CT-00-17047 (Henn. Cty. Dist. Ct.);
- *Low Density Polyethylene Resin Antitrust Litig.*, No. 82 Civ. 1093 (S.D.N.Y.);
- *Marksman Partners, L.P., et al. v. Chantal Pharmaceutical Corporation, et al.*, Master File No. CV-96-0872-WJR (C.D. Cal.);
- *In re Medtronic, Inc. Implantable Defibrillator Products Liability Litig.*, MDL No. 1726 (JMR/AJB) (D. Minn.)
- *In re Merck & Co., Inc., Securities, Derivative & ERISA Litig.*, No. 3:05-cv-1151 (D.N.J.);
- *In re Meridia Products Liability Litig.*, MDL No. 1481 (N. D. Ohio);
- *In re Methionine Antitrust Litig.*, MDL No. 1311 (N.D. Cal.);
- *Steven S. Mitchell v. Thousand Trails, Inc.* (Thousand Trails Security Litig.), Civil No. C86-146 (W.D. Wash.);
- *In re Nasdaq Market-Maker Antitrust Litig.*, MDL No. 1023 (S.D.N.Y.);
- *Nelsen v. Craig-Hallum (Craig-Hallum Securities Litig.)*, Master File No. 4-86-135 (D. Minn.);
- *Ohio Public Employees Retirement System, et al. v. Freddie Mac, et al.*, MDL No. 1584 (S.D.N.Y.) (Federal Home Loan Mortgage Corporation Securities Litig.);
- *In re OM Group, Inc. Securities Litig.*, No. 1:02 CV 2163 (N.D. Ohio);
- *In re Packaged Ice Antitrust Litig.*, MDL 1952, (E.D. Mich.);
- *In re Painewebber Securities Litig.*, 86 Civ. 6776 (S.D.N.Y.);
- *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litig.*, MDL No. 1720 (E.D.N.Y.);

- *In Re Propulsid Products Liability Litig.*, MDL No. 1355 (E.D. La.);
- *In re Retek, Inc. Securities Litig.*, Master File No. 02-4209 (D. Minn.);
- *In re Rezulin Litig.*, MDL No. 1348 (S.D.N.Y.);
- *In re Riscorp, Inc. Securities Litig.*, Master File No. CV-96-2374-CIV-T-23A (M.D. Fla.);
- *Rodney v. OCA, Inc., et al.*, No. 05-2219 (E.D. La.);
- *In re Scientific-Atlanta, Inc. Securities Litig.*, No. 1:01-CV-1950 (N.D. Ga.);
- *In re Serzone Products Liability Litig.*, MDL No. 1477 (S.D. W. Va.);
- *Spencer v. Comserv Corporation* (Comserv Securities Liti.), Master File No. 4-84-794 (D. Minn.);
- *In re Tamoxifen Citrate Antitrust Litig.*, MDL No. 1408 (E.D.N.Y.);
- *In re Telxon Securities Litig.*, No. 5:98-CV-2876 (N.D. Ohio);
- *In re Tricord Systems, Inc. Securities Litig.*, Master File No. 3-94-746(D. Minn.);
- *In re Tyco International, Ltd.*, ERISA Civil File No. 02-cv-1357 (D.N.H.);
- *In re Vioxx Product Liability Litig.*, MDL No.1657 (E.D.La.);
- *In re Western Union Money Transfer Litig.*, Master File No. CV 01 0335 (E.D.N.Y.);
- *In re Wirebound Box Antitrust Litig.*, MDL No. 793 (D. Minn.); and
- *In re Worldcom, Inc. Securities Litig.*, No. 02-CV-3288 (S.D.N.Y.).

**Robert K. Shelquist**

Robert K. Shelquist is a partner in the Lockridge Grindal Nauen P.L.L.P. firm. He is a graduate of the University of California at Berkeley (A.B. Legal Studies; A.B. Political Science with high honors 1987) and the University of Minnesota Law School (J.D. *cum laude* 1990). Thereafter, he was associated with the law firm of Popham, Haik, Schnobrich & Kaufman in Minneapolis, Minnesota from 1990 until 1995, and a partner in the law firm of Plunkett Schwartz Peterson, P.A., also in Minneapolis from 1995 to 2000.

Mr. Shelquist has prosecuted national class actions to verdict in two cases. In Peterson v. BASF Corp., Mr. Shelquist was court-appointed class counsel and was one of the trial attorneys who secured a jury verdict for a nation-wide class seeking redress for defendant's marketing of its herbicide products. After multiple state appellate opinions and two trips to the U.S. Supreme Court, a judgment in excess of $60,000,000 was paid. He also was one of the court-appointed class counsel and trial counsel representing a certified sub-class as part of a nationwide antitrust trial in *In re Laminates* that was tried to verdict in the United States District Court for the Southern District of New York.

Mr. Shelquist has been active in class action, consumer fraud, product liability, and other complex litigation, including the following court appointed co-lead counsel or class counsel in Peterson v. BASF Corp., Civil No. C2-97-295 (Norman County District Court, Minnesota); In Re Air Transportation Excise Tax Litigation, Civil File No. 3-96-CV-453 (D. Minn.); In Re Laminates, MDL File No. 1368, (S.D.N.Y.) (Counsel to Miami Sub-class); In re CertainTeed Corp. Roofing Shingle Products Liability Litigation, MDL – 1817; Burns v. IPEX, Inc., et al, Case No. 08-CV-640 (W.D. Tex.) (co-lead

counsel); <u>In Re Northstar Education Finance, Inc. Contract Litigation</u>, MDL 08-1990 (D. Minn.) (co-lead counsel); and <u>In Re Medtronic, Inc. Sprint Fidelis Leads Products Liability Litigation</u>, MDL 08-1905 (D. Minn.) (liaison counsel).

Mr. Shelquist also is or has been also involved in the following litigation: <u>In Re Baycol Products Litigation</u>, MDL No. 1431 (D. Minn.) (discovery and briefing committees); <u>In re Vioxx Litigation</u>, MDL 1657 (E.D. LA); <u>In re Rezulin Litigation</u>, MDL 1348 (S.D. N.Y.); <u>In re Serzone Products Liability Litigation</u>, MDL 1477 (S.D. W.V.); <u>In re Tamoxifen Citrate Antitrust Litigation</u>, MDL 1408 (E.D. N.Y.); <u>In re Western Union Money Transfer Litigation</u>, Master File No. CV 01 0335 (CPS) (VVP) (E.D. N.Y.); <u>In re Meridia Products Liability Litigation</u>, MDL 1481 (N.D. Ohio) (co-chair discovery committee); <u>In Re StarLink Corn Products Liability Litigation</u>, MDL 1403 (N.D. IL); <u>In Re Propulsid Products Liability Litigation</u>, MDL 1355 (E.D. LA); <u>In Re Digi International, Inc. Securities Litigation</u>, Master File No. 97-5 (D. Minn.); <u>In Re Flat Glass Antitrust Litigation</u>, MDL 1200 (W.D. PA); <u>In Re Milk Products Antitrust Litigation</u>, Master File 3-96-458 (D. Minn.) (co-chair discovery committee); <u>In Re Linerboard Antitrust Litigation</u>, MDL 1261 (E.D. PA); <u>In Re MSG Litigation</u>, MDL File No. 00-1328 (D. Minn); <u>In Re Blue Cross Blue Shield Subscriber Litigation</u>, Master File No. 19-C3-98-7780 (Dakota County District Court, Minnesota) (co-chair of discovery committee); <u>Brown v. State of Minnesota</u>, Court File No. 98-11152 (Hennepin County District Court, Minnesota); <u>In Re Propulsid Products Liability Litigation</u>, MDL 1355 (E.D. LA); <u>Good v. Fluor Daniel Corp.</u>, Case No. CT-00-5021-RHW (E.D. Wash.); <u>In Re Berg</u>, Master File No. CY-96-3151-AAM (E.D. Wash.); <u>In Re Lutheran Brotherhood Variable Insurance Products Co. Sales Practices Litigation</u>, MDL No. 1309 (D. Minn.);

Crosby v. Aid Association for Lutherans, File No. 00-CV-2112 MJD/RLE (D. Minn.); Villa v. Rexall Sundown, Inc., Court File No. 00-9061 (Palm Beach County Court, Florida); In Re European Rail Pass Antitrust Litigation, MDL 1386; In Re Green Tree Acceptance Corp. Securities Litigation, Master File No. 97-2666 (JRT/RLE) (D. Minn.); Hanson v. TCI Cable Corp., Court File No. CX- 97-1434 (Mower County District Court, Minnesota); Birkemeyer Farm Partnership, et al. v. Monsanto Co., et al., Court File No. 07-CV-04-1092 (D. Minn.); Larson v. Burlington Northern Santa Fe Railway Company, Civil No. CV 01-527 JEL/RLE (D. Minn.).  In re:  Medtronic, Inc., Inplantable Defibrillators Products Liability Litigation, MDL No. 05-1726 (JMR/AJB) (trial team); In re Guidant Corp. Implantable Defibrillators Products Liability Litigation, MDL No. 05-1708 (DWF/AJB) (trial team); Robert Smale v. Sears Roebuck & Co. and Whirlpool Corp., Court File No.  C3-04-8891 (Hennepin County District Court) (Liaison Counsel); Jeffrey H. Leech, et. al. v. Excel Title, LLC, Court File No. 27-CV-06-4625; Hennepin County District Court; Davenport, et al. v. Illinois Farmers Insurance Company, et al., Case No. CIV-03-158-F; In Re: Aredia and Zometa Products Liability Litigation, MDL 06-1760 (M.D. Tenn); In re: Vytorin/Zetia Marketing, Sales Practices, and Products Liability Litigation, MDL 1938 (D.N.J.); Austerschmidt v. T-Mobile USA, Inc., Court File No. 19-HA-CV-081709, Ramsey County District Court; Hensley v. AT&T Mobility, LLC, Court File No. 27-cv-08-7210, Hennepin County District Court; Koras v. Verizon Wireless, Court File 27-cv-08-18517, Hennepin County District Court; In re Zurn Pex Plumbing Liability Litig, MDL 1958 (D. Minn. ) (co-chair of PSC); McGregor et al. v. Uponor, Inc. et al, Court File No. 09-cv-1136 (D. Minn. ); McNeil v. IKO Manufacturing, Inc., Court File No. 09-cv-2105 (C.D. Ill.); Jacobson v. Correct Building

Products, LLC, Court File No. 08-cv-5135 (D. Minn.); and Ross et al. v. Trex Company, Inc., Court File No. 09-cv-670 (N.D. Calif.).

Mr. Shelquist has been recognized as a Super Lawyer by *Minnesota Law and Politics* and listed by the *Guide to Leading American Attorneys*. He is currently a member of AAJ, the Federal Bar Association, and the Minnesota Bar Association.

Docket: 2047 - IN RE: Chinese-Manufactured Drywall Products Liability Litigation
Status: Transferred on 06/15/2009
Transferee District: LAE    Judge: Fallon, Eldon E.    Printed on 06/15/2009

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Atlas, Jan Douglas<br>ADORNO & YOSS LLP<br>350 East Las Olas Blvd<br>Suite 1700<br>Fort Lauderdale, FL 33301 | =>Phone: (954) 766-7823  Fax: (954) 766-7800  Email: jda@adorno.com<br>Banner Supply Co.* |
| Bass, Hilarie<br>GREENBERG TRAURIG LLP<br>1221 Brickell Avenue<br>Miami, FL 33131 | =>Phone: (305) 579-0500  Fax: (305) 579-0717  Email: bassh@gtlaw.com<br>Lennar Corp.*; Lennar Homes, LLC fka Lennar Homes, Inc.*; U.S. Home Corp.* |
| Baumann, Gary F.<br>FULMER LEROY ALBEE BAUMANN & GLASS<br>2866 East Oakland Park Blvd.<br>Ft. Lauderdale, FL 33306 | =>Phone: (954) 707-4430  Fax: (954) 707-4431  Email: gbaumann@fulmerleroy.com<br>Independent Builders Supply Association, Inc.* |
| Becnel, Jr, Daniel E.<br>BECNEL LAW FIRM LLC<br>106 West Seventh Street<br>P.O. Drawer H<br>Reserve, LA 70084 | =>Phone: (985) 536-1186  Fax: (985) 536-6445  Email: dbecnel@becnellaw.com<br>Donaldson, Jill M.; Oertling, John |
| Boldt, Kimberly L.<br>ALTERS BOLDT BROWN RASH & CULMO PA<br>4141 N.E. 2nd Avenue<br>Suite 201<br>Miami, FL 33137 | =>Phone: (305) 571-8550  Fax: (305) 571-8558  Email: kimberly@abbrclaw.com<br>Barrozo, Hector*; DeBarrozo, Maria Ines Pinar*; Garcia, Angela*; Garcia, Lorena* |
| Briscoe, Edward J.<br>FOWLER WHITE BURNETT PA<br>Espirito Santo Plaza<br>1395 Brickell Avenue<br>14th Floor<br>Miami, FL 33131-3302 | =>Phone: (305) 789-9252  Fax: (305) 789-9251  Email: EJB@Fowler-White.com<br>Black Bear Gypsum Supply, Inc.* |
| Burge, S. Greg<br>BURR & FORMAN LLP<br>420 North 20th Street<br>Suite 3400<br>Birmingham, AL 35203 | =>Phone: (205) 458-5101  Fax: (205) 244-5612  Email: gburge@burr.com<br>Rightway Drywall, Inc.* |
| Casper, Christopher C.<br>JAMES HOYER NEWCOMER & SMILJANICH PA<br>One Urban Centre<br>4830 West Kennedy Boulevard<br>Suite 550<br>Tampa, FL 33609-2589 | =>Phone: (813) 286-4100  Fax: (813) 286-4174  Email: ccasper@jameshoyer.com<br>Culliton, Kristin Morgan* |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Cole, Susan J.<br>BICE COLE LAW FIRM<br>999 Ponce De Leon Boulevard<br>Suite 710<br>Coral Gables, FL 33134 | =>Phone: (305) 444-1225  Fax: (305) 446-1598  Email: cole@bicecolelaw.com<br>L&W Supply Corp. dba Seacoast Supply*; USG Corp.* |
| Coutroulis, Chris S.<br>CARLTON FIELDS PA<br>P.O. Box 3239<br>4221 West Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33601-3239 | =>Phone: (813) 223-7000  Fax: (813) 229-4133  Email: ccoutroulis@carltonfields.com<br>M/I Homes, Inc.* |
| Diaz, Jr., Victor Manuel<br>PODHURST ORSECK JOSEFSBERG ET AL<br>City National Bank Building<br>Suite 800<br>25 W. Flagler Street<br>Miami, FL 33130 | =>Phone: (305) 358-2800  Fax: (305) 358-2382  Email: vdiaz@podhurst.com<br>Green, Dajan*; Morris-Chin, Janet* |
| Gilman, Kenneth G.<br>GILMAN & PASTOR LLP<br>6363 Highcroft Drive<br>Naples, FL 34119 | =>Phone: (239) 213-9960  Fax: (239) 213-9946  Email: kgilman@gilmanpastor.com<br>Ankney, Duane |
| Interior Exterior Bldg.,<br>727 S. Cortez<br>New Orleans, LA 70119 | =><br>Interior Exterior Building Supply |
| Knauf Gips KG,<br>Ridham Dock, Kemsley<br>Sittingbourne, Kent ME 9 8SR, UK | =><br>Gebr Knauf Verwaltungsgesellschaft KG; Knauf Gips KG |
| Knauf Plasterboard,<br>North Yinhe Bridge, East Jingjin Road<br>Beichen District<br>Tianjin, China 300400 P.R.C. | =><br>Knauf Plasterboard (Tianjin) Co., Ltd. |
| Knauf Plasterboard,<br>No. 2 Gang Wan Road<br>RC-241009 Whuhu Anhui, China | =><br>Knauf Plasterboard (Dongguan) Co., Ltd.; Knauf Plasterboard (Wuhu) Co., Ltd. |
| Knauf Plasterboard,<br>No. 2 Xinsha Development Zone<br>RC-52347 Guangdong, China | =><br>Knauf Plasterboard (Dongguan) Co., Ltd. |
| La Suprema Enterprise,<br>221 NE 164th Street<br>North Miami Beach, FL 33160 | =><br>La Suprema Enterprise, Inc. |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| La Suprema Trading, Inc.,<br>221 NE 164th Street<br>N. Miam Beach, FL 33160 | =><br>La Suprema Trading, Inc. |
| Landskroner, Jack<br>LANDSKRONER GRIECO MADDEN LTD<br>1360 West 9th Street<br>Suite 200<br>Cleveland, OH 44113 | =>Phone: (216) 522-9000  Fax: (216) 522-9007<br>Minafri, Steven |
| Levin, Arnold<br>LEVIN FISHBEIN SEDRAN & BERMAN<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106-3697 | =>Phone: (215) 592-1500  Fax: (215) 592-4663  Email: alevin@lfsblaw.com<br>Martinez, Felix*; Martinez, Jenny*; Niemczura, Walter*; Raphael, Gene*; Santiago, Jason*; Tarzy, Jim*; Vickers, Karin* |
| Loredo, Raul Ricardo<br>MINTZER SOROWITZ & ZERIS<br>255 Alhambra Circle<br>Suite 1150<br>Coral Gables, FL 33134 | =>Phone: (304) 774-9966  Fax: (305) 774-7743  Email: rloredo@defensecounsel.com<br>Interior Exterior Building Supply, LP* |
| Nicholas, Steven L.<br>CUNNINGHAM BOUNDS LLC<br>1601 Dauphin Street<br>P.O. Box 66705<br>Mobile, AL 36660 | =>Phone: (251) 471-6191  Fax: (251) 479-1031  Email: sln@cunninghambounds.com<br>Mitchell Co., Inc. (The)* |
| Reise, Jack<br>COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP<br>120 East Palmetto Park Road<br>Suite 500<br>Boca Raton, FL 33432 | =>Phone: (561) 750-3000  Fax: (561) 750-3364  Email: jreise@csgrr.com<br>Riesz, Lawrence*; Schnee, Jennifer* |
| Rothchilt International,<br>N-510 Chia Hsn Bld.<br>Annex 96 Chung Shan N. Rd. Sec. 2<br>Taipei, Taiwan R.O.C. | =><br>Rothchilt International Ltd. |
| Sivyer, Neal A.<br>SIVYER BARLOW & WATSON PA<br>401 East Jackson Street<br>Suite 2225<br>Tampa, FL 33602 | =>Phone: (813) 221-4242  Fax: (813) 227-3598<br>Taylor Morrison Services, Inc. dba Morrison Homes; Taylor Woodrow Communities at Vasari, LLC* |
| South Kendall Constructio,<br>2368 SE 17th Ter.<br>Homestead, FL 33035 | =><br>South Kendall Construction Corp. |
| Steckler, Bruce<br>BARON & BUDD<br>3102 Oak Lawn Ave, Ste 1100 | =>Phone: (214) 521-3605  Fax: (214) 520-1181  Email: bsteckler@baronbudd.com<br>Foster, Katherine L.* |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Dallas, TX 75219-4281 | |
| Taishan Gypsum Co., Ltd.,<br>Dawenkou, Taian<br>Shandong, China 271026 | =><br>Taishan Gypsum Co., Ltd. fka Shandong Taihe Dongxin Co., Ltd. |
| Weinstein, Scott Wm.<br>MORGAN & MORGAN PA<br>12800 University Drive<br>Suite 600<br>Fort Myers, FL 33907-5337 | =>Phone: (239) 433-6880  Fax: (239) 433-6836  Email: sweinstein@forthepeople.com<br>Allen, Nicole J.*; Allen, Shane M.* |

Note: Please refer to the report title page for complete report scope and key.