**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In re:  Chinese Manufactured Drywall
       Products Liability Litigation

Master File No. MDL 2047

Section: L

This document relates to:
ALL CASES

Judge Fallon
Magistrate Judge Knowles

<u>**APPLICATION FOR APPOINTMENT OF JUSTIN G. WITKIN TO THE FEDERAL-STATE LIAISON COMMITTEE OF THE PLAINTIFFS STEERING COMMITTEE**</u>

COMES NOW, the undersigned counsel Justin G. Witkin, Esq. and, in accordance with Pretrial Order No. 1, submits his application for appointment to the Federal State Liaison Committee of the Plaintiffs' Steering Committee in this matter and in support thereof states as follows:

1.

Mr. Witkin is counsel of record in *Arif Shakoor v. Knauf GIPS KG, et al.*, United States District Court, Southern District of Florida, C.A. No. 2:09-cv-14115-KMM.  In addition, Mr. Witkin is presently reviewing the potential claims of dozens of additional individuals residing throughout the State of Florida.

2.

In mass litigation such as this, an effective Federal State Liaison Committee is critically important to achieving the goal underlying the entire multi-district litigation mechanism: efficiency.  Mr. Witkin is well aware of this important role, as he was previously appointed by this Court to serve as a member of the Federal State Liaison committee in *In re: Vioxx Products Liability Litigation,* MDL No. 1657 (E.D. LA). To fulfill its mandate, this Court must be timely

apprised of all state court proceedings and must have the tools to facilitate the free flow of information with state court litigants and tribunals.  The Federal State Liaison Committee has, in prior litigation, worked hard to help this Court achieve those goals.

As a member of the Federal State Liaison committee in *In re: Vioxx Products Liability Litigation*, Mr. Witkin played a central role on the committee, essentially serving as "lieutenant" to Ms. Barrios - making the monthly SLC presentations to the Court on those days she was unable to attend.  The projects Mr. Witkin took a lead role on included: the creation of monthly newsletters distributed to all state litigants apprising them of the proceedings in the MDL, the creation of monthly "remand reports" for the Court wherein cases with pending motions to remand were identified and categorized by issue for the Court, the state court litigants sales representative discovery briefing, and the PSC's remand review project.  Mr. Witkin regularly fielded inquiries from state court litigants around the country about the proceedings in the MDL and he appeared at several attorney conferences as a speaker to address those proceedings.

In addition to his experience as a member of the Federal State Liaison Committee for this Court, Mr. Witkin's location makes him an ideal candidate for this position.  With offices in Pensacola Florida, Mr. Witkin is able to make himself available to the Court on short notice and does not have to rely on unpredictable airlines for transportation.  Moreover, as Florida is likely the state from which many if not the majority of the cases in this matter will arise, Mr. Witkin's Florida connections make him an excellent fit for the position.  The Aylstock, Witkin, Kreis & Overholtz, PLC law firm  has a statewide practice and regularly works and coordinates with other counsel throughout the state of Florida/

Mr. Witkin also has the general experience and skills necessary to be a productive member of this committee.  *See* Curriculum Vitae attached as Exhibit A.  The vast majority of

Mr. Witkin's legal career has been focused on large scale mass tort and class action litigation. He has served in leadership positions and as a member of various committees many times.  A few of the cases in which he has held leadership roles include:  *In re: Countrywide Financial Corp. Customer Data Security Breach Litigation,* MDL Docket No. 1998 (W.D. Ky.) (proposed executive committee); *In re: Guidant Corp. Implantable Defibrillators Products Liability Litigation*, MDL Docket No. 1708 (D. Minn.) (Plaintiff Steering Committee); In *re: High Sulfur Content Gasoline Products Liability Litigation*, MDL Docket No. 1632 (E.D. La.) (Chair of Discovery Committee); *In re: America Online, Inc Version 5.0 Software Litigation*, MDL Docket No. 1341 (S.D. Fla) (lead counsel)*; In re: MCI Non-Subscriber Telephone Rates Litigation*, MDL Docket No. 1275 (S.D. Ill) (lead counsel).  He has also served as lead or co-lead counsel on a number of state class cases involving defective products and/or consumer fraud: *Katz v. DCI Management Group, LTD*, Civ Action No. 02-27169-CA-27 (Dade County Circuit Court ) (imposition of unlawful charges by dry cleaners); *Hinote v. Ford Motor Company*, Case No. 2004 CA 1658 (Escambia County Circuit Court) (consumer class for defective door latches on certain Ford vehicles), *Mineo v. USAA Casualty Ins. Co.*, Case No. 05-000156-CA (Santa Rosa County Circuit Court) (class of individuals underpaid by their insurance company for damages sustained in recent Florida hurricanes). Through his work on these and other cases, Mr. Witkin has become thoroughly familiar with the duties and responsibilities of counsel in class litigation and those set forth in the *Manual for Complex Litigation, Fourth*

      Finally, Mr. Witkin has administrative, organizational and personnel skills that will be useful in the coordination of the very large number of cases that are likely to become part of MDL 2047.  Mr. Witkin serves as the managing partner for his firm overseeing and managing 12 attorneys and more than 35 staff members.

3.

Mr. Witkin is prepared to commit the time necessary to effectively serve as a member of the Federal State Liaison Committee in this matter.  He has worked closely with many of the applicants for this Plaintiffs' Steering Committee and counsel of record in MDL 2047 cases and will work cooperatively with defense counsel in this matter.  Mr. Witkin has built his firm on successfully handling mass tort and class action cases such as this and has the staff and resources necessary to be an effective member of the Federal State Liaison Committee in this litigation.

For these reasons attorneys Justin Witkin respectfully moves this Court for an Order appointing him to the Federal State Liaison Committee in this matter, or to whatever position on the Plaintiffs' Steering Committee the Court deems appropriate.

Respectfully submitted, this the 9th day of July, 2009.


By:  /s/ Justin G. Witkin_____
     Justin G. Witkin, Esq.
     Fla. Bar No.: 0109584
     Aylstock, Witkin, Kreis & Overholtz, P.L.L.C
     803 N. Palafox Street
     Pensacola, FL  32501
     (850) 916-7450 Phone
     (850) 916-7449 Facsimile
     **COUNSEL FOR PLAINTIFFS**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 9th day of July, 2009, I caused a true and correct copy of the

above and foregoing document to be served by electronic mail on all counsel of record.

<u>s/ Justin G. Witkin</u>
Justin Witkin, Esq.
Fla. Bar No.: 0109584
Aylstock, Witkin, Kreis & Overholtz, P.L.L.C
803 N. Palafox Street
Pensacola, FL  32501
(850) 916-7450 Phone
(850) 916-7449 Facsimile

# EXHIBIT A

**JUSTIN G. WITKIN, ESQUIRE**
**Aylstock, Witkin, Kreis & Overholtz P.L.L.C.**
**55 Baybridge Drive**
**Gulf Breeze, FL 32561**
**(850) 916-7450; (877) 810-4808**

## CURRICULUM VITAE

Justin Witkin received his B.S. in finance from Florida State University in 1992, and graduated with high honors from the University of Florida College Of Law in 1996.  While in law school, Mr. Witkin was an editor on the Florida Law Review, and published an article entitled "A Time for Change: Reexamining the Constitutional Status of Minors" 47 Fla. L. Rev. 113 (1995).  Mr. Witkin received American Jurisprudence Awards in Torts, Income Tax, Antitrust and Social Science, and was installed as a member of the Order of the Coif.  After graduating from law school, Mr. Witkin served as a law clerk to the Honorable Ira DeMent and the Honorable Truman S. Hobbs on the United States District Court for the Middle District of Alabama. He then served as a law clerk to the Honorable Edward Carnes on the United States Court of Appeals for the Eleventh Circuit. Mr. Witkin is currently licensed to practice before all Florida and Mississippi state and federal courts, United States District Courts for the Southern District of Illinois, and the United States Court of Appeals for the Eleventh Circuit.  Mr. Witkin is a member of the Association of Justice Attorneys, and the Florida Justice Association.

Mr. Witkin has extensive experience handling mass tort litigation with an emphasis on pharmaceutical products and medical devices.  Recent mass tort cases Mr. Witkin has handled have involved claims for injury arising out the use of the Cox-2 inhibitors Vioxx, Bextra and Celebrex, the diet drug Fen Phen, the cold remedy ingredient phenylpropanolamine, the cholesterol lowering medication Baycol, the anti-seizure medication Dilantin, the contraceptive

product Ortho-Evra Patch, the anti-depressant Zyprexa and the recalled orthopedic hip implants

manufactured by Sulzer Orthopedics.  Mr. Witkin has serves as the firm's chief settlement

counsel for these matters and has successfully completed complex negotiations on behalf of

thousands of clients.  Mr. Witkin is a frequent speaker on issues related to the prosecution,

management and ethics of pharmaceutical mass tort litigation having appeared and lectured at

conferences around the country.[1]

      In addition to representing thousands of mass tort clients, Mr. Witkin has successfully

prosecuted numerous complex litigation class claims.  Among others, Mr. Witkin has served as

co-lead class counsel in: In re: MCI Non-Subscriber Telephone Rates Litigation, MDL Docket

No. 1275 (S.D. Ill), Dryclean USA Litigation, Case No. 02-27169-CA-27 (Florida class – Dade

Counties, FL), and In re: America Online, Inc Version 5.0 Software Litigation, MDL Docket No.

1341 (S.D. Fla), as a member of the Plaintiff's Steering Committee in In re: Guidant Implantable

Defibrillators Product Liability Litigation, MDL Docket No. 1708 (D. Minn.), In re:

Countrywide Financial Corp. Customer Data Security Breach Litigation, MDL Docket No. 1998

(W.D. Ky.) and Lockwood v. Certegy Check Cashing Services, Inc., No. 8:07-cv-1434-SDM-

TGW (M.D. Fla. 2007), is co-chair of the Discovery Committee in In re: High Sulfur Content

Gasoline Products Liability Litigation, MDL Docket No. 1632 (E.D. La.), and is a member of the

---

[1]E.g., Everything You Always Wanted to Know About Pharmaceutical Litigation, Louisiana State Bar Association, 6th Annual Class Action/Mass Tort Symposium, New Orleans, LA (Oct. 20, 2006); Anti-Psychotics - Seroquel, Zyprexa & Risperdol, Mealey's Emerging Drug Conference, Chicago, IL (Oct. 26-27, 2006); ABC's of Diabetes Melitus, Harris Martin Pharmak-Medical Conference (Seroquel), Charleston, SC (June 29-30, 2006);  Status of Current Vioxx Litigation in State and Federal Court, Mealey's, Amelia Island, FL (May 8-9, 2006);  Update on Sales Force Discovery and Sales Force Databases, Mealey's, Las Vegas, NV (Dec. 12-13, 2005); Guidant ICD/Pacemakers: "Shock Value from Necessity to Harm", ATLA, Las Vegas, NV (Nov 14-15, 2005); Perspectives from the Jury Box: Ernst v. Merck, What Worked and What Didn't in the First Vioxx Trial, Mealey's Vioxx Teleconference (Nov. 2, 2005); Vioxx: MDL Update, Mealey's, New Orleans, LA (June 22, 2005); A Checklist for the Perceptive Mass Tort Attorney, Mississippi Bar Association CLE, Jackson, MS (April 9, 2005); The Vioxx Story: The Big Picture, Mealey's, Philadelphia PA (Feb. 18, 2005); Lessons from Texas, Baycol: Trial, Strategies, Solutions, Endgame, Woodbridge, NJ (May 15, 2003).

State Liaison Committee in: <u>In re: Vioxx Products Liability Litigation</u>, MDL Docket No. 1657 (E.D La.) and was a member of the Discovery Committee <u>In re: Microsoft Antitrust Litigation</u>, MDL Docket No. 1332 (D. Md.).

Mr. Witkin is the managing partner for the firm of Aylstock, Witkin, Kreis & Overholtz P.L.L.C. Formed in 2001 with two attorneys, the firm presently consists of 12 attorneys and over 35 support personnel. He has recently been named to 2009 Florida Rising Stars List by the Florida Super Lawyers publication and has an "AV" rating by Martindale Hubbell. Mr. Witkin limits his practice to the areas of personal injury, mass tort and class action litigation.