**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | * | **MDL No. 2047** |
| | * | |
| | * | **SECTION: L** |
| | * | |
| | * | **JUDGE FALLON** |
| | | **MAGISTRATE WILKINSON** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**APPLICATION OF ANDREW A. LEMMON**
**FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE**

NOW INTO COURT, comes Andrew A. Lemmon (Lemmon Law Firm, LLC), who respectfully requests that this Honorable Court appoint him to the Plaintiffs' Steering Committee to represent the interests of all plaintiffs in the above captioned matter.

Lemmon Law Firm is a New Orleans and River Parishes law firm whose attorneys and staff offer a variety of experiences and assets to the PSC and the Court. This application is a natural evolution of flood and hurricane assistance and litigation, and the litigation should be an important part of the recovery for the people who are impacted directly and then indirectly by those events.

Andrew Lemmon founded the firm in 1996 and opened an office in St. Charles Parish in 2000. He has practiced law for 22 years and holds and LL.M. degree in Environmental Law. He serves on a number of boards and organizations including

Louisiana Bayou Keeper, Inc., Public Justice Foundation, and Reach Out America.[1] Andrew is also a mediator and qualified domestic mediator, which has been a useful skill in coordinating litigation and responsibility among fellow attorneys.

Since opening the firm, he established himself as a trusted member of the local bar and has been appointed as lead, liaison, or committee member of many class actions in St. Charles Parish since that time. In those cases, he has been primarily responsible for leading the litigation through coordinating and conducting discovery, depositions, and document management, drafting and final edits of pleadings, arguing motions, writing and final edits to appellate briefs, class certification, bellweather trials, and appellate argument. These cases include Martinez v. Dow Corporation, Baudoin v. Koch Nitrogen Company, In Re: Hydrochem Corporation; Howard v. Union Carbide Corporation (lead trial counsel to verdict and lead appellate counsel), In re: Orion Tank Fire Litigation (lead), Johnson v. Cytec Industries, Inc. (lead trial counsel and liaison) and Matherne v. Monsanto Company (lead and liaison). Andrew was also lead counsel on the Louisiana portion of MDL 1334, In re: Managed Care Litigation, in Lakeland Anesthesia v. United Healthcare.

Andrew has also served in MDL, derivative, and class litigation. These include cases in the Eastern District such as Robertson v. Monsanto Company (lead and trial counsel to verdict), Feyler v. U.S. Unwired, Staehr v. Merck and Halpert v. Merck,

[1] He served on the Board with Jack Landskroner, another applicant for the PSC.

Thompson v. Shaw Group, Engel v. Sexton ; and cases in other districts including MDL 1658, In re: Merck (derivative claim in New Jersey arising from Vioxx).

Lemmon Law Firm also brings the assistance and services of a retired Justice of the Louisiana Supreme Court (of counsel) and a qualified staff of attorneys and paralegals (www.lemmonlawfirm.com). Andrew and Harry Lemmon are co-counsel in Garcia v. Lennar and Minafri v. MI Homes, Inc. in this Court, several cases pending in state court, and are reviewing others as counsel or co-counsel from various sources that will be filed as appropriate. Lemmon Law Firm is committed to this litigation and allow Andrew to commit whatever time is required for this important project. He will work cooperatively with all counsel and pay his share of the resources required for the litigation. We have worked on litigation and other projects with many of the counsel listed on the service list. We pledge to be forthright with counsel and the Court at all times and seek the honor of working on this important project and in this Court.

Respectfully submitted,

/s/ Andrew A. Lemmon
ANDREW A. LEMMON (#18302)
IRMA L. NETTING (#29362)
LEMMON LAW FIRM, L.L.C.
P.O. BOX 904
HAHNVILLE, LOUISIANA 70057
(985) 783-6789 Telephone
(985) 783-1333 Facsimile
andrew@lemmonlawfirm.com

**CERTIFICATE OF SERVICE**

I certify that on July 9, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

- **Russ M. Herman**
  rwestenfeld@hhkc.com
- **Kerry J. Miller**
  kmiller@frilot.com,scavet@frilot.com

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

**Jeffery N. Luthi**
One Columbus Circle, NE
Federal Judiciary Bldg. Rm. G-255
Washington, DC 20002

/s/ Andrew A. Lemmon
ANDREW A. LEMMON