UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL     MDL No. 2047
PRODUCTS LIABILITY LITIGATION

This Document Relates to:                          HONORABLE ELDON E. FALLON
ALL CASES

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF FILING OF APPLICATION FOR APPOINTMENT OF DENNIS C. REICH TO THE PLAINTIFFS' STEERING COMMITTEE

NOW INTO COURT comes DENNIS C. REICH of the law firm of Reich & Binstock, L.L.P., who respectfully files this application for appointment to the Plaintiffs' Steering Committee in the above-captioned matter.

I am presently counsel of record for plaintiff in *Broesder v. Knauf GIPS KG, et al.* A copy of the complaint is attached as Exhibit A. I have already developed strong working relationships with members of the Plaintiff Steering Committee ("PSC") who are involved in the prosecution of cases within this MDL proceeding.

The opportunity to serve in this significant litigation comes at a time when I have the interest, ability, and the resources to fully commit myself to this time consuming and labor intensive responsibility. I also enjoy the full support of Reich & Binstock, of which I am a founding partner that has been operating since 1984.

For the past twenty years, I have been involved in numerous significant complex multiparty cases. Although the bulk of my professional work over the past twenty years has been

1

in the fields of environmental and toxic tort litigation, I have had diverse experience litigating cases involving insurance coverage, health law, and pharmaceutical product liability litigation. After doing a brief internship during my third year of law school at the Federal Public Defenders office in Houston, Texas I became a founding partner of Reich & Binstock which has its principal office in Houston, Texas.

I am currently licensed in the states of Texas, California and New York. I have also practiced in various federal district courts throughout the nation and I am licensed in the Southern District of Texas and the Fifth Circuit Court of Appeals. My *curriculum vitae* is attached hereto as Exhibit B which identifies many of the representative cases in which I have served either as lead or co-lead counsel. I believe that over the years I have demonstrated an ability to work cooperatively with other lawyers in large complex matters.

I was recently appointed to serve on the Plaintiffs' Steering Committee *In Re: FEMA Trailer Formaldehyde Products Liability Litigation*, MDL 1973, in the United States District Court, Eastern District of Louisiana. I have previously served as a member of the Plaintiffs' Executive Committee *In Re: MTBE Product Liability Litigation*, MDL 1358, in the United States District Court, Southern District of New York and presently my law partner, Robert J. Binstock holds positions on three steering committees in pharmaceutical cases that have been designated as multi-district litigation. I have also been involved in a case in the Eastern District of Louisiana, *In Re: Katrina Canal Breaches Consolidated Litigation*, Civil Action *05-4182* and actively took a deposition of one of the water modelers in that case.

The firm of Reich & Binstock has a proven record of legal expertise in complex litigation matters. I have had extensive experience in representing landowners, tenants and businesses in large scale toxic tort property damage and personal injury cases involving plaintiffs who were affected by groundwater, soil and air pollution.

Respectfully submitted,

**REICH & BINSTOCK, L.L.P.**

BY: _____
DENNIS C. REICH (Tx Bar 16739600)
REICH & BINSTOCK, L.L.P.
4265 San Felipe, Suite 10000
Houston, TX 77027
Phone: (713) 622-7271
Fax: (713) 623-8724
Email: dreich@rbfirm.net

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon counsel for all parties by electronic mail United States mail, postage prepaid and properly addressed this July 9, 2009.

_____
DENNIS C. REICH