

# Reich & Binstock, LLP
A Partnership Including Professional Corporations

## Attorneys & Counselors at Law
4265 San Felipe, Suite #1000
Houston, TX 77027
Phone: 713-622-7271
Fax: 713-623-8724

www.reichandbinstock.com

Dennis C. Reich *+π
Robert J. Binstock *#

* Board Certified Personal Injury Trial Law
Texas Board of Legal Specialization
+ Admitted State Bar of California
π Admitted State Bar of New York

\# Board Certified Civil Trial Advocacy
National Board of Trial Advocacy

Michael T. Howell
Professional Geologist (P.G.)
Limited Partner

Shari A. Wright
Deborah L. Ziegler
Charles C. Hunter §
Milton H. Fried, Jr.
Eric O'Steen
Jordan M. Torry
Kaitlin A. Clark

§ Admitted State Bar of California Only

Debra Brewer Hayes
Of Counsel

## CURRICULUM VITAE

### Dennis C. Reich

Born Los Angeles, California.
E-Mail: dreich@reichandbinstock.com

**Admitted:** 1975, State Bar of Texas; 1976, State Bar of California, 2008, New York State Bar; U.S District Court, Southern District of Texas; 1981, U.S. Court of Appeals, Fifth and Eleventh Circuits; 1982, U.S. District Court, Eastern District of Texas, 1993; U.S District Court, Arizona.

**Certified:** Board Certified in Personal Injury Trial Law, 1992, Texas Board of Legal Specialization; Rated AV by Martindale-Hubbell Ratings (highest rating).

**Education:**
- University of Connecticut (B.A. magna cum laude 1972);
- University of Houston School of Law (J.D. 1975).

**Member:**
- Houston and American Bar Associations
- The Association of Trial Lawyers of America
- Texas Trial Lawyers Association

Mr. Reich graduated from the University of Houston Law Center where he was nominated as a Member of the Order of the Barons. He is a founding partner of Reich & Binstock in Houston, Texas and devotes his practice almost exclusively to toxic and environmental litigation.

Mr. Reich was formerly on the editorial board of Mealey's Toxic Tort Law Reporter. He served as an adjunct professor of Environmental Law at the University of Houston Law Center in



EXHIBIT B

Houston, Texas and has lectured extensively at Houston Bar Association and State Bar of Texas programs. He has also lectured at nationally sponsored seminars such as the Mealey's seminars involving underground storage tank and MTBE litigation. Specifically, he served as the Vice Chairman of a national program involving MTBE litigation that was presented in Phoenix, Arizona in October, 2000. Recently, he was a guest speaker at the Mealey's MTBE Litigation Conference presented in New York on December 5, 2006 regarding the current state of MTBE class actions, medical monitoring and diminution of property value. Mr. Reich will be featured at another Mealey's MTBE litigation conference in Santa Monica, California on June 5, 2007. His topic is "MTBE and Public Nuisance – Is this the future of MTBE litigation?"

He has served as either lead or co-lead counsel in numerous large-scale toxic tort cases and has been successful in obtaining recoveries for thousands of persons. Examples of some of the cases in which he had a leadership role include:

1. Mr. Reich was appointed as member of the Plaintiff's Steering Committee in MDL 1873, *In Re: Fema Trailer Formaldehyde Products Liability Litigation*, In the United States District Court, Eastern District of Louisiana, in which occupants of temporary housing units brought claims for personal injuries and economic losses against the United States government and other manufacturers and installers of these units.

2. Mr. Reich served as member of the Plaintiffs' Executive Committee in MDL 1358, *In Re: MTBE Product Liability Litigation*, in the United States District Court Southern District of New York, during which many of Judge Scheindlin's seminal opinions regarding standing and concurrent liability, including market share liability were written.

3. Civil Action No. L9868-05; *New Jersey Department of Environmental Protection, et al. v. Occidental Chemical Corporation, et al.*; In the Superior Court of New Jersey Law Division – Essex County. Recently hired by the office of the Attorney General and the Governor of

2

the State of New Jersey as special counsel to sue for cleanup and natural resource damages in the lower Passaic River and Newark Bay for release of dioxin, PAH's, and other industrial contaminants involved in the manufacturing of Agent Orange.

4. Civil Action No. 93-CV-0030; *Franklin Rodriguez Delgado, et al. v. Standard Fruit Company, et al.*; In the District Court of Galveston County, Texas, 212th Judicial District. Mr. Reich is representing hundreds of Costa Rican banana plantation workers who applied DBCP as a nematocide and developed sterility and infertility from their exposure. The case recently culminated in a multi-million dollar settlement.

5. Case No. 00-04471 (RJN); *In re: Armstrong World Industries, Inc., et al.*; In The United States Bankruptcy Court For The District Of Delaware. Reich & Binstock are head of the Property Damage Committee and co-lead counsel for numerous homeowners, commercial building owners, and governmental entities in this case involving asbestos contamination of buildings caused by vinyl asbestos floor tiles manufactured by Armstrong. The *Armstrong* case resulted in a multi-million dollar settlement.

6. CIV 91-2067 PHX WPC; *Maurice L. McIntire, et al v. Motorola, Inc.*; In the United States District Court for the District of Arizona. *McInitre* involved approximately 1,000 persons who instituted litigation against Motorola in connection with the facilities which had been designated as either state of federal super-fund sites resulting in groundwater contamination and personal injury claims. The case settled on confidential terms.

7. Cause No. 93-5767-B; *Julian Simms, jr., et al. v. Amerada Hess Corporation, et al;* In the 117th Judicial District Court of Nueces County, Texas. *Simms* involved the representation of approximately 4,000 property owners who sued for diminution of value of their property because of groundwater contamination and air pollution associated with releases from several

3

refineries and petrochemical processing plants in the area. The case culminated in a multi-million dollar settlement.

8. Cause No. 92-13768-H; *Emma J. Adams, et al vs. RSR Corporation, et al*, In the 160th Judicial District Court of Dallas County, Texas. Mr. Reich served as co-lead counsel in this lead smelter litigation involving 451 neighborhood children who were exposed to heavy metals such as arsenic, lead, and cadmium that were emitted from a poorly controlled battery recycling plant. The case culminated in a multi-million dollar settlement.

9. Cause No. C95-1004-D1; *Alfredo Jiminez Flores, et al v. RSR Corporation, et al.* In the 49th Judicial District of Webb County, Texas. This case involved approximately 1,200 children and adults who resided in El Florido, Mexico who lived near a smelter owned by a company that received unmanifested shipments of lead slog, dross and waste materials from the United States. The case culminated in a multi-million dollar settlement.

10. Cause No. 96-CVQ014398-D3, *Manuela Navarro v. Missouri pacific Railroad Co., et al;* In the 341st Judicial District of Webb County, Texas. *Navarro* involved personal injury and wrongful death damages by a long-term employee of a railroad who developed multi myeloma as a result of exposure to diesel exhaust. Jury verdict for plaintiff and reversed on appeal.

11. C.A. No. H-92-1054; *Lillian Hayden, Thomas Hayden, Ann Kay, James Killough, Charles Roessner and Judith Roessner, et al, v. Atochem North America, Inc., Elf Aquitaine, Ind., Elf Atochem North America, Inc.;* In the United States District Court for the Southern District of Texas, Houston, Division. Mr. Reich served as lead counsel in this property damage, medical monitoring, personal injury and remediation class action involving arsenic emissions into the environment. The case was certified as a class action and ultimately settled for $41.4 million dollars.

12. Civil Action No. H-84-2524; *Gloria Chaplin, et al v. Exxon Company, et al;* In the United States District Court for the Southern District of Texas, Houston Division. *Chaplin* involved representation of several hundred individuals who claimed of property damage and personal injury as a result of living near a toxic waste site. *Chaplin* was probably the first toxic waste disposal case actually tried in Harris County, Texas. Jury verdict for plaintiffs and case-wide settlement.

13. Civil Action No. CIV-87-561-R; *Sandra K. Beall, et al v. Senoret Chemical Company, Inc.,* In the United States District Court for the Western District of Oklahoma. This case involved the representation of 200 postal workers who were exposed to orth- and para-diclorobenzene, which was an ingredient in a deodorizer that was used as a cleaning solution by janitors at the downtown post office in Oklahoma City. Jury verdict for plaintiffs and case-wide settlement.

14. Cause NO. 90-63442; *Eura D. Charles, et al v. Kings Park Apartments, et al;* In the 80th Judicial District Court of Harris County, Texas. *Charles* involved the improper application of Chlordane at an apartment complex. Mr. Reich represented approximately 350 former tenants who were exposed to harmful levels of pesticide. The case culminated a multi-million dollar settlement.

**Author & Speaker:**
- Mealey's MTBE Litigation Conference, New York, NY (December 5, 2006)
- Mealey's MTBE Litigation Conference, Santa Monica, CA (June 5, 2007)
- Former Co-Editor, Mealey's Toxic Tort Reporter;
- Co-Chairman Mealey's UST and Fossil Fuel Litigation Conference, Phoenix, Arizona (October 23-24, 2000);
- "Environmental Contamination Treatise: Overview of the Litigation Process," Mason, Migliaccio, Reich and Howell, 37 Environmental Law Reporter 10057;

- "After the Dust Settles: Clearing the Air in the Debate over the Carcinogenicity of Diesel Exhaust to Humans";

- Houston Bar Association Energy and Environmental Law Institute, Houston, Texas (December 2, 1999);

- "Toxic Torts After Daubert and Beyond"; State Bar of Texas 11th Annual Advanced Personal Injury Law Course, Fort Worth, Texas (August 2, 1995);

- "Product Liability Law in Texas"; Mealey's Underground Storage Tank Litigation Conference, Amelia Island, Florida (June 8-9, 1998);

- "Underground Storage Tank Litigation"; Panelist, South Texas College of Law's Energy Law Institute for Attorneys and Landmen, 2001;

- "What Works and What Doesn't In Settling Mass Tort Claims"; South Texas College of Law Seminar: 5th Annual Environmental Law Symposium, Houston, Texas (1995);

- "Problems and Pitfalls in Initiating an Environmental Cause of Action."

**PRACTICE AREAS:**

- Toxic and Environmental Torts
- Complex Litigation

6