UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2407 |
| | SECTION: L |
| This Document Relates to All Cases | Judge Fallon |
| | Mag. Judge Wilkinson |

APPLICATION OF ROBERTA L. BURNS
FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE

NOW INTO COURT comes Roberta L. Burns, of the Law Offices of Sidney D. Torres, III, APLC, who respectfully files this application for appointment to the Plaintiffs' Steering Committee to be formed in the above-captioned matter.

Applicant has actively participated in many mass tort and complex litigation matters both in Louisiana State and Federal courts, including Multi District litigation. Applicant has been a licensed, practicing attorney in good standing before the Louisiana State Bar since 1984. She is admitted to practice before the Eastern, Middle, and Western U.S. District Courts of Louisiana and the U.S. Court of Appeals, Fifth Circuit. She is a member of the Louisiana Association for Justice and Association of Trial Lawyers of America. Applicant's firm has, as of the date of this application, filed one suit related to Chinese-manufactured drywall, *Kasie A. Finnan Couture, et als. vs. Knauf Gips KG, et als.*, No. 09-3956, Sect. L(2); however, Applicant's firm currently represents approximately 50 individuals in Louisiana and Mississippi who have related claims for whom Applicant soon will be filing suit. Indeed, most of Applicant's firm's clients are residents of St. Bernard Parish who have been particularly affected by the subject matter of this litigation in light of the extensive rebuilding in the Parish necessitated by Hurricane Katrina. Given Applicant's firm's

1

large client base in the Parish, Applicant anticipates that her firm will undoubtedly be retained by hundreds more affected individuals.

**A.    Willingness and availability to commit to a time-consuming project.**

Applicant and her firm are committed to devote time and financial resources in the prosecution of this matter, as the firm already represents a number of plaintiffs.  Applicant is aware from prior experience that a case of this magnitude will require serious commitments of time and effort which Applicant is willing and able to meet.  Applicant believes her abilities particularly in the areas of legal research and briefing might be of benefit to the Plaintiffs' Steering Committee. Applicant has the time and ability to devote to the anticipated review of extensive discovery materials and evidence; the research of legal issues implicated in the litigation; and,  generally, to perform tasks assigned by Liaison Counsel.

**B.    Ability to work cooperatively with others.**

Applicant has a proven ability to work cooperatively with others.  For example, Applicant worked closely with Sidney D. Torres, III, Plaintiffs' Liaison Counsel for the class of plaintiffs in the matter entitled *Patrick Joseph Turner, et al. v. Murphy Oil USA, Inc.,* USDC-EDLA, No. 05-4206 and ALL CASES, Sect. "L"(2), and was responsible for all liaison communications, participated in all key strategy decisions, and prepared briefs with the Law Committee.  Currently, Applicant is actively working with the Plaintiffs' Liaison Counsel and  Legal Committee in *In Re: FEMA Trailer Formaldehyde Products Liability Litigation*, MDL No. 1873, Sect. N(4), where she was assigned the tasks of preparing the Administrative Master and Amending Complaints, drafting memoranda defending against several defense motions to dismiss plaintiffs' claims, and preparing the memoranda opposing the United States' motions to dismiss plaintiffs claims under the FTCA.

Applicant also has enjoyed a good working relationship with Defense Liaison Counsel in this matter, Kerry Miller, particularly in connection with the *Turner* matter and *Michael Ancar, et al. v. Murphy Oil U.S.A., Inc., et al.*, USDC-EDLA, No. 06-03246, Sect. "J," Mag. 2. Additionally, in virtually all of the matters listed in section "C," below, Applicant has been responsible for handling communications between and among all involved counsel and coordinating the efforts of plaintiffs' counsel in the general prosecution of those matters.

**C.   Professional experience in this type of litigation.**

Applicant's firm, principally through the appointment of its owner, Sidney D. Torres, III, has served in the roles of lead and liaison counsel for plaintiffs[1] in the following listed cases. However, in each of these cases Applicant has personally prepared most of the legal pleadings and briefs filed, and conducted most of the discovery on behalf of the plaintiffs: *Michael Ancar, et al. v. Murphy Oil U.S.A., Inc., et al.*, USDC-EDLA, No. 06-03246, Sect. "J," Mag. 2; *Ford v. Murphy Oil U.S.A., Inc.*, 34th JDC, Parish of St. Bernard, No. 63-915, Div. "C"[2]; *Doerr, et al. v. Mobil Oil Corporation, et al.*, 34th JDC, Parish of St. Bernard, No. 83-912 , Div. "C"; *Andry v. Murphy Oil, U.S.A., Inc., et al.*, 34th JDC, Parish of St. Bernard, No. 77-132, Div.; *Lailhengue v. Mobil Oil Co.*, 34th JDC, Parish of St. Bernard, No. 64-869, Div. "D"; *Terri Daniels, et al. v. Witco Corporation,*

---

[1]   The one exception is *Warren S. Luening, et al. v. SI-SIFH Corp., SI-SI Insurance Company, Inc., et al.*, 34th JDC, Parish of St. Bernard, No. 85-231, Div. "A," in which Applicant's firm was Lead Counsel for the defense and successfully defended against class certification sought by burial insurance policy insureds.

[2]   Applicant has served in a more limited capacity in a related matter, *Mr. and Mrs. Adam Thomas, Sr., et al. v. Mobil Oil Corporation, et al*., Civil District Court, Parish of Orleans, No. 90-23370, Div. "D."

24th JDC, Parish of Jefferson, No. 526-334, Div. "I."[3] Applicant also has worked closely with the Plaintiffs' Steering Committee appointed in *Stephen Marshall Gabarick et al. v. Laurin Maritime (America) Inc., et al.*, No. 08-4007, Sect. "B" (involving the July 2008 Mississippi River Oil Spill, to which Sidney D. Torres was appointed as a committee member).

**D.     Willingness to commit the necessary resources to pursue this matter.**

Applicant and her firm are willing and able to commit their considerable resources, including personnel and finances, to this matter. Applicant and her firm have always promptly fulfilled financial assessment calls and work assignments in the matters listed herein.

For all of the foregoing reasons, Applicant respectfully requests the Court consider her application to the Plaintiffs' Steering Committee to be formed in this matter.

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

BY:   /s/ Roberta L. Burns
ROBERTA L. BURNS, La. Bar No. 14945
8301 W. Judge Perez Drive
Suite 303
Chalmette, Louisiana 70043
Telephone: (504) 271-8421
Facsimile: (504) 271-1961
Email: rburns@torres-law.com

---

[3]     Additional cases include: *Greer, et al. v. Mobil Oil Corporation, et al.*, 34th JDC, Parish of St. Bernard, No. 80-975, Div. "C"; *Chartier, et al. v. Mobil Oil Corporation, et al.*, 34th JDC, Parish of St. Bernard, No. 83-658, Div. "A"; *Ceasar Ruffin, et al. v. Mobil Oil Corporation, et al.*, Civil District Court, Parish of Orleans, No. 98-1986, Div. "C", c/w *Melvin A. Cavalier, et al. v. Mobil Oil Corporation, et al.*, No. 98-1817, Div. "B"; *Pelayo, et al. v. Mobil Oil Corporation, et al.*, 34th JDC, Parish of St. Bernard, No. 84-376, Div. "A"; *In Re: Harvey Term Litigation,* Civil District Court, Parish of Orleans, No. 01-8708, Div. "D"; and, Nunzio Cusimano v. Tenneco Refinery, et al., 34th JDC, Parish of St. Bernard.

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 10th day of July, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I served the foregoing document on all counsel listed in Schedule B to Pretrial Order No. 1 (Rec. Docs. 1-3, and 1-5) by electronic mail or facsimile.

                                              /s/ Roberta L. Burns
                                          **ROBERTA L. BURNS, ESQ.**