UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:          CHINESE-MANUFACTURED      *      MDL NO. 2047
                DRYWALL PRODUCTS          *      SECTION:    L
                LIABILITY LITIGATION      *      JUDGE:      FALLON
                                          *      M. JUDGE:   WILKINSON

**APPLICATION OF GREGORY P. DILEO
TO THE PLAINTIFFS' STEERING COMMITTEE**

NOW INTO COURT, comes Gregory P. DiLeo, who respectfully requests this Honorable Court appoint him to the Plaintiffs' Steering Committees in the above-captioned matter.

A.   **Willingness and Availability to Commit to a Time-Consuming Project**

Gregory P. DiLeo (J.D. LSU School of Law, 1980), is the Managing Partner of the Law Offices of Gregory P. DiLeo APLC, a New Orleans based law firm consisting of three attorneys and six support staff. Throughout the entirety of his practice, Gregory P. DiLeo has worked on personal injury tort cases. Since 2005, he has worked on class actions/mass torts. Mr. DiLeo's commitment to the residents of southeast Louisiana is exemplified by his efforts in personally handing over 200 individual Hurricane claims, having resolved all of them, and several class actions, two of which have been certified.[1]

In the instant matter, Mr. DiLeo is co-counsel with Alan Kanner and Jeffrey Berniard in a class action case consolidated herein, *Kenneth Wiltz and Barbara Wiltz, et al. v. Knauf GIPS KG, et al.; C/A No.: 09-3488, Section S, Mag 2,* and he represents about 30 individual, unfiled drywall cases in the New Orleans area. Mr. DiLeo would welcome the opportunity to perform common benefit work in any of the committees, including discovery, experts, state, federal

---

[1] Mr. DiLeo was lead trial counsel in the class certification of *Adrian P. Chalona, Sr., et al. v. La. Citizens Property Insurance Corporation; C/A No. 107-125, Division "A" (34th JDC - St. Bernard).*

coordination, insurance, law and briefing and case tracking.

Mr. DiLeo attended the Lousville, Kentucky JPMDL hearing on May 27, 2009, and has volunteered for assignments from Plaintiffs' Liaison Counsel.

Having other attorneys and numerous support staff in his firm allows Mr. DiLeo the availability to take this project. Additionally, Mr. DiLeo now participates in only one other MDL case.[2] As such, he has the availability to devote much of his time and energy to this litigation.

B.    **Ability To Work Cooperatively With Others**

Gregory P. DiLeo recently worked on Plaintiffs' Steering Committees appointed by Louisiana state and federal courts.[3]

The current litigation will involve many different issues and tasks where communication and teamwork will be essential. Mr. DiLeo has done this over the years, serves on the Board of Governors of the Louisiana Association for Justice (LAJ) and welcomes the opportunity to work as a member of a team in achieving a common goal on behalf of so many.

C.    **Professional Experience In This Type of Litigation**

Mr. DiLeo has served as a class counsel for plaintiffs in more than 5 class actions, multi-district litigation and mass joinder lawsuits, including ones involving Hurricane Katrina.

Mr. DiLeo has engaged in civil litigation for nearly 30 years, has tried several jury trials,

---

[2] *In Re: Cox Enterprises, Inc., et al. MDL NO. 2048, (WDOK).*

[3] *Adrian P. Chalona, Sr., et al. v. La. Citizens Property Insurance Corp.* (C/A No.: 107-125, Division "A" (34th JDC - St. Bernard) Lead Counsel, Plaintiffs' Steering Committee; *Toni Swain Orrill, et al. v. Louisiana Citizens Property Insurance Corp.*, (C/A No.: 05-11720, (CDC - Orleans) Lead Counsel, Plaintiffs' Steering Committee; Murphy Oil Class Action, pending in the USDC, EDLA; *Patrick Joseph Turner, et al. v. Murphy Oil USA, Inc.*,(C/A No.: 05-4206, Section "L"(2) Special Counsel to the Plaintiffs' Steering Committee for doing common benefit work.

bench trials in personal injury cases, and has obtained the reversal and/or affirmation of cases involving the expansion of personal injury damages before the state courts (Broome v. Gauthier, ((La. App. 4th Cir. 11/10/83) 443 So. 2d 1127, (Jones v. Thomas ((La. 1983)) 426 So.2d 609. *Most notably and recently, Mr. DiLeo was instrumental in confecting the only class action settlement following Hurricane Katrina against an insurer*.[4]

Mr. DiLeo assisted class counsel in the representation of a few clients in the Dow-Corning Breast Implant Litigation; Mr. DiLeo has also been lead counsel in putative class actions;[5] he was special counsel to the Plaintiffs' Steering Committee, approved for doing common benefit work,[6] and lead counsel/class counsel.[7]

Mr. DiLeo's devotion to class action and mass joinder cases has allowed him to gain expertise in case management, fact and expert discovery, steering committee administration, the proof of claim process, class action/mass joinder trials, and the role, mechanism and operation of Plaintiff Steering Committees.   Mr. DiLeo respectfully requests that this Court consider that work when evaluating his experience.

---

[4] *Toni Swain Orrill, et al. v. La. Citizens Property Insurance Corporation; C/A No.: 05-11720, Division "L" (CDC - Orleans)*.  A five day Fairness Hearing in *Orrill* resulted in a judgment upholding the settlement on March 19, 2009.

[5] *Berry L. Buxton, Sr., et al. v. La. Citizens Property Insurance Corp., C/A No.: 2006-8341 (CDC - Orleans); Alonzo A. Booth, Sr., et al. v. La. Citizens Property Insurance Corp., C/A No.: 635-122, Division "E" (24th JDC - Jefferson); Bernard L. Charbonnet, Jr., et al. v. certain Underwriters at Lloyd's London, et al.; C/A No.: 06-6570 (CDC - Orleans); Calvin L. Gordon, Sr., et al. v. La. Citizens Property Insurance Corp., C/A No.: 2006-13816 (CDC - Orleans);Irving J. Henry, et al. v. Allstate Insurance Company, et al., C/A No.: 06-11217 (USDC - EDLA); and George Barasich, et al. v. Columbia Gulf Transmission Co., et al.; C/A No.: 05-4161, Section "R"*.

[6] Murphy Oil Class Action, pending in the USDC, EDLA *Patrick Joseph Turner, et al. v. Murphy Oil USA, Inc.*, C/A No.: 05-4206, Section "L"(2); *George Barasich, et al. v. Columbia Gulf Transmission Co., et al.*; C/A No.: 05-4161, Section "R"; and *Pearl Caruso, et al. v. Allstate Insurance Company, et al.*, C/A No.: 06-2613.(USDC - EDLA).

[7] *Toni Swain Orrill, et al. v. Louisiana Citizens Property Insurance Corp.*, C/A No.: 05-11720, (CDC - Orleans).

**D**.     **Willingness To Commit the Necessary Resources To Pursue This Matter**

First and foremost, Gregory P. DiLeo will commit the necessary time and energy to this litigation and the necessary finances which will certainly be required to fund this litigation. Mr. DiLeo believes that the financing of this litigation will be very costly and he is prepared to fully contribute as a member of the Plaintiffs' Steering Committee. Finally, Mr. DiLeo is willing and able to have other attorneys at his firm participate in the litigation and/or hire additional attorneys to work on this case if the Plaintiffs' Steering Committee so desires/allows.

Respectfully Submitted,

s/Gregory P. DiLeo
**GREGORY P. DI LEO, LSBA #4943**
**JENNIFER B. EAGAN, LSBA #19847**
300 Lafayette Street, Suite 101
New Orleans, LA  70130
Telephone:  (504) 522-3456
Facsimile:   (504) 522-3888

**CERTIFICATE OF SERVICE**

I certify that on this 9th day of July, 2009, the foregoing Application of Gregory P. DiLeo to the Plaintiffs' Steering Committee has been served by electronic mail upon all counsel included in the service list attached to the Court's Pretrial Order #1, as well as any other plaintiffs' counsel known to have a federal drywall case pending.

s/Gregory P. DiLeo
Gregory P. DiLeo

chinesedrywallclassaction\mdlpleadings\applicationofgpdtopsc