IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | |
| | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

### APPLICATION FOR APPOINTMENT OF CALVIN C. FAYARD, JR. TO PLAINTIFFS' STEERING COMMITTEE

NOW INTO COURT, pursuant to PreTrial Order No. 1, comes Calvin C. Fayard, Jr. who respectfully files the attached application for appointment as a member of the Plaintiffs' Steering Committee.

Respectfully Submitted:
**CALVIN C. FAYARD, JR., APC**
519 Florida Avenue, SW
Denham Springs, LA 70726
Telephone: (225) 664-4193
Facsimile: (225) 664-6925
calvinfayard@fayardlaw.com

By: /s/ Calvin C. Fayard, Jr.
    Calvin C. Fayard, Jr.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the *Application for Appointment of Calvin C. Fayard, Jr. To Plaintiffs' Steering Committee* has been served this date to all counsel of record.

Denham Springs, Louisiana, this 10th day of July, 2009.

/s/ Calvin C. Fayard, Jr.
Calvin C. Fayard, Jr.

1

## APPLICATION FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE

Calvin C. Fayard, Jr. respectfully requests appointment as a member of the Plaintiffs' Steering Committee, addressing each of the Court's criteria for membership as follows:

Mr. Fayard is highly motivated, willing, and available to commit the time, stamina, and resources required to facilitate expeditious, economical, and just administration of this litigation. He has the resources - staff, time and financial - to ensure unlimited and equitable representation. It bears emphasizing that Mr. Fayard is prepared to commit his personal time and skills to all PSC duties the Court may assign to him. Further, he is neither affiliated nor contractually bound with any parties or interests which would restrict or conflict, either ethically or financially, with his advocating the pure common benefit interests of the plaintiffs in this litigation. He has filed Chinese-Drywall lawsuits in the United States District Court, Eastern District of Louisiana, Docket Nos. 09-4368 and 09-4367 and is counsel for other federal Drywall plaintiffs.

Additionally, his law firm and co-counsel have been working with and coordinating with counsel across the country in an effort to investigate, detect and assess the impact of Chinese drywall sales and uses in residential and commercial properties. Efforts include working with attorneys who are located in Louisiana, Texas, Florida, Virginia, California, and Hawaii.

Moreover, he and his co-counsel have been working closely with attorneys and experts who are skilled in asbestos and lead property damage claims, as well as construction and insurance coverage issues. Most notably, they have been working to assemble a team of experts and attorneys who have a wide array of expertise and experience in assessing, evaluating, sampling, and testing construction materials, including drywall, for toxins. The scope of experience of this team includes microscopy; air monitoring and sampling; and the development, implementation, and oversight of

2

comprehensive building management plans for the detection, evaluation, and remediation of asbestos-containing building materials and lead paint. These coordinated efforts include the development of a potential protocol for detecting, sampling, and remediation of Chinese drywall, with efforts to develop a uniform system of providing notice to responsible parties and the preservation of samples on a large scale. We have individuals working with us who have already developed analagous, proven systems for various public bodies, including the State of Louisiana. Finally, they have worked with, and continue to work with, federal, state and local regulatory bodies on issues relating to various aspects of evaluation, sampling, testing and remediation of hazardous materials and toxins from soils, groundwater and structures.

Mr. Fayard has a national reputation for his ability to work harmoniously and effectively with others. He is relied upon for his skills in pretrial case management, organization, and coordination of plaintiffs' counsel. He has been appointed by federal and state judges to undertake the role of PSC Liaison Counsel, Chair, Member and/or Settlement Liaison on a number of complex cases. Judges, magistrates, special masters, mediators, disbursing agents, and defense and plaintiffs' counsel, both locally and nationally, have commended him for his patience, foresight, and diplomacy in bringing competing interests together. Mr. Fayard has successfully conducted negotiations in numerous complex cases involving thousands of plaintiffs and hundreds of defense counsel including face-to-face negotiations with senior partners of nationally recognized law firms.

Mr. Fayard has the experience that this Court demands. The central inquiry of whether counsel is qualified to handle the type of litigation at hand examines factors including: (1) resources of counsel; (2) professional experience; (3) motivation; (4) competence; (5) support personnel; and (6) existence of other professional commitments as stated in *Esler v. Northrop Corp.*, 86 F.R.D. 20,

30 Fed.R.Serv.2d 452 (W.D. Mo. 1979). Mr. Fayard has a proven track record meeting the criteria of each factor. An abbreviated listing of complex cases in which Mr. Fayard served as PSC Member or Liaison follows:

1) MDL cases:

   a) *In Re: Telectronics Accufix Atrial (J) Pacing Leads Product Liability Litigation*, MDL No. 1057, (S.D.Ohio filed 1995);
   b) *In Re: Copley Pharmaceutical "Albuterol" Products Liability Litigation*, MDL No. 1013, (D.WY. filed 1994);
   c) *In re: Combustion, Inc.*, 94MDL4000, (W.D.La. filed 1986).
   d) *In re: Train Derailment Near Amite, Louisiana, on October 12, 2002*, MDL 1531

2) State Class Action cases:

   a) *Livingston Parish Police Jury, et al v. Illinois Central Gulf Railroad, et al*, CA No. 40,049, 21st Judicial District Court, Parish of Livingston, State of Louisiana, [Settled 1982];
   b) *Leonard Adams, et al v. Norfolk Southern Corporation, et al*, No. 88-17788, Div. "D," New Orleans Civil District Court, [Settled 1987].

Articles co-authored and published by applicant include, The Louisiana Class Action, 58 La.L.Rev. 953 (1998), and portions of the Complex Litigation Bench Book for Judges, a compilation of case law, procedure, and technique written as a reference for judges by a committee on complex litigation appointed by the Louisiana Supreme Court in 1997. Mr. Fayard is former President of the Louisiana Trial Lawyers Association and former member of the Board of Governors of the American Trial Lawyers Association, and he currently serves on the Board of the Louisiana State Bar Foundation. Additionally, he is a member of the International Academy of Trial Lawyers. He is admitted in Louisiana, Wyoming, and Colorado, and he is AV rated in Martindale-Hubbell.