**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL Docket No. 2047** |
| **THIS DOCUMENT RELATES TO ALL CASES** | **SECTION L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

_____

**APPLICATION OF JIM REEVES FOR APPOINTMENT**
**TO THE PLAINTIFFS' STEERING COMMITTEE**
_____

COMES NOW, Jim Reeves and makes this application for appointment to the Plaintiffs' Steering Committee. In support thereof, he states as follows:

Jim Reeves obtained his undergraduate degree with honors from the University of South Alabama in 1989. Mr. Reeves then attended Tulane University Law School where he graduated cum laude in 1992. He is the managing partner of Lumpkin and Reeves, PLLC. Mr. Reeves curriulum vitae is attached with a list of his representative cases.

The law firm of Lumpkin and Reeves represents fifteen (15) separate plaintiffs with confirmed Knauf drywall. We are currently inspecting six (6) to eight (8) homes per week and expect to have between 30 and 50 cases under contract within the next 90 days. Our office is located in nearby Biloxi, Mississippi. We are currently exhausting the clients' remedies under the Mississippi Homebuilders Warranty Act, which has extensive pre-suit notice requirements. The firm has filed one claim in the MDL, *Lynard Adkins v. Knaus Gips KG, et al*, and intends to file our other claims in this Multi-District Litigation. More information regarding our firm and practice can be found at **www.lumpkinreeves.com.**

Jim Reeves has successfully handled hundreds of cases on behalf of working families, veterans, children and ordinary people. Over the course of his career, Mr. Reeves has been counsel in over 100 cases with a recovery of one million dollars or more. He is licensed to practice in Mississippi and Alabama and firm members are also licensed in Louisiana.

He is an active member of the Harrison County and Mississippi Bar Associations. He has served on the Mississippi Bar Tribunal since 2002. He is also an active member of the American Association for Justice (President's Club), the Southern Trial Lawyers Association, the Alabama Association for Justice (ALAJ), and the Mississippi Association for Justice (MAJ). He was elected to the Board of Governors of the MAJ in 2002 and still serves in that capacity. Mr. Reeves is the author of numerous legal articles and frequently speaks to other lawyers and law students regarding various civil litigation topics.

Representative products liability and mass tort cases include:

1. **In re: Bridgestone/Firestone, Inc., ATX, ATX II, and Wilderness Tires**
   Products Liability Litigation, U.S.D.C., S.D. Ind.
   Master File No. IP00-9373-C-B/S MDL No. 1373.
   (involved 65 Venezuelan plaintiffs injured or killed as a result of Firestone tire tread separation and resulting rollovers of Ford Explorers)

2. **Thompson, et al. vs. Technical Coating Applicators, Inc., et al.**
   Okaloosa, FL, Case No. 93-2823-CA
   (represented over 200 plaintiffs injured as a result of exposure to diisocyanate toxic roofing materials)

3. **Welding Rod Litigation**
   Eastern District of Ohio, Case No. 1:03-CV-17000
   (national mass tort litigation involving product liability claims against manufacturers of welding rods brought on behalf of injured industrial welders)

4. **Johnson, et al vs. Red Panther Chemical Co., et al.**
   Coahoma County, Mississippi, Case No. 8193
   (mass tort litigation involving personal injuries as a result of chemical plant explosion)

5. **In re: L-tryptophan Products**
   U.S. District Court, Columbia Division, South Carolina, Case No. MDL-865
   (products liability case against supplement manufacturer)

6. **Billups, et al. vs. Bridgestone/Firestone, Inc., et al.**
   Hinds County, Mississippi, Case No. 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CIV
   (wrongful death in a products liability case against automobile and tire manufacturers).

7. **Brown vs. Valmet-Appelton, Inc.**
   United States District Court, Southern Division, Mississippi
   Case No. 1:93CV327BRR
   (products liability action against the manufacturer of a paper winder as a result of a severe industrial injury)

8. **Havens vs. Bridgestone/Firestone, Inc., et al.**
   Hinds County, Mississippi, Case No. 251-00-851CIV
   (wrongful death in a products liability case against automobile and tire manufacturer)

9. **Lee vs. Bridgestone/Firestone, Inc., et al.**
   Hinds County, Mississippi, Case No. 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CIV
   (permanent and severe disability in a products liability case against automobile and tire manufacturers)

10. **Mayo vs. Bridgestone/Firestone, Inc. & Ford Motor Co.**
    Hinds County, Mississippi, Case No. 251-00-851CIV
    (plaintiff suffered permanent disability in a products liability case against automobile and tire manufacturer)

11. **Verrett, et al. vs. Miles Incorporation, et al.**
    Fulton County, Georgia, Case No. 93vs-0079329
    (represented injured workers against manufacturer of chemical in Georgia)

12. **Williams vs. Bridgestone/Firestone, et al.**
    Lauderdale County, Mississippi, Case No. 02-CV-239(R)
    (product liability claim for injuries sustained in a motor vehicle accident as a result of tire tread separation).

13. **Uchello vs. Sandoz Pharmaceuticals Corp., et al.**
    Hinds County, Mississippi, Case No. 251-96-672
    (wrongful death case against manufacturer of Parlodel)

14. **Henchen vs. Suzuki Motor Corporation, et al.**
    Harrison County, Mississippi, Case No. A-2402-98-00260
    (products liability suit where motorcycle operator was rendered quadriplegic in Spain).

In summary, Lumpkin and Reeves is willing to commit the necessary time and resources to this project and will provide expertise, experience and the ability to work with others necessary to represent the plaintiffs in these cases.

WHEREFORE, Jim Reeves and the law firm of Lumpkin & Reeves, PLLC request appointment to the Plaintiffs' Steering Committee.

Respectfully submitted, this 10th day of July, 2009.

>BY: /s/ James R. Reeves, Jr.
>JAMES R. REEVES, JR. (MSB #9519)
>LUMPKIN & REEVES, PLLC
>160 MAIN ST. (39530)
>P. O. DRAWER 1388
>BILOXI, MS 39533
>Phone: 228/374-5151
>Fax: 228/374-6630
>Email: jrr@lumpkinreeves.com

### CERTIFICATE OF SERVICE

I, undersigned counsel, do hereby certify that I have this 10th day of July, 2009, served the foregoing Application of Jim Reeves for Appointment to the Plaintiffs' Steering Committee, by electronic mail, upon all counsel included in the Service List attached to the Court's Pretrial Order #1.

>/s/ James R. Reeves, Jr.
>JAMES R. REEVES, JR.