# JAMES R. REEVES, JR.

# CURRICULM VITAE

**Born**: March 8, 1965
Mobile, Alabama

**Education**: University of South Alabama, B.A., with honors, 1989
Tulane University, J.D., *cum laude*, 1992
Phi Alpha Theta

**Experience**:
**Lumpkin & Reeves, PLLC**, Co-Founder and Managing Partner, Biloxi, MS, since 2004
**Minor Law Firm**, Biloxi, MS, Member, 1998-2003
(Over the course of his career as a plaintiff's attorney, Mr. Reeves has been counsel in over 100 cases with a recovery of One Million Dollars or more.)
**Hopkins, Dodson, Crawley Law Firm**, Gulfport, MS, Member, 1992-1998
(Experience included mass tort defense in asbestos, hearing loss, and hand-arm vibration cases)

**Bar Memberships**:
Mississippi State Bar
Alabama State Bar

**Courts Admitted to Practice In**:
Mississippi State Courts
Alabama State Courts
United States District Courts, Alabama
Northern District
Middle District
Southern District
United States Courts, Mississippi
Northern District
Southern District
United States Court of Appeals, Fifth Circuit
United States Court of Appeals, Eleventh Circuit

**Professional Associations**:
Mississippi State Bar, Tribunal Judge, 2002 to present
Mississippi Association for Justice (MAJ)
Board of Governors, 2002 to present
Lifetime Member
Leaders Forum Chairman

>American Association for Justice (AAJ)
>>President's Club
>>National College of Trial Advocacy, Fellow
>
>Alabama Association for Justice (ALAJ)
>Southern Trial Lawyers Association (STLA)
>Harrison County Bar Association

**Areas of Practice**:
>Admiralty; Automotive and Trucking Accidents; Bad Faith and Fraud; Insurance Business Torts; Products Liability; Toxic Torts; Medical and Nursing Home Negligence; Offshore and Construction Accidents
>    *  **See attached list of representative cases**.

**Author/Speaker**:
"Common Disclosure Issues Under the Federal Rules", For the Defense,
> February, 1998 (co-author)

"Comparison of wrongful death damage in Mississippi and Alabama",
> Cumberland School of Law, Winter, 2003

"The Plaintiff Perspective on Nursing Home Arbitration Agreements",
> Mississippi Nursing Home Negligence Update, PESI, 2005

"Preparing an Expert Report Which Complies with *Daubert*", Mississippi
> Nursing Home Negligence Update, PESI, 2005