**REPRESENTATIVE CASES**

The attorneys at **Lumpkin and Reeves** have successfully handled hundreds of cases in courts throughout the United States. The firm''s attorneys have obtained dozens of verdicts or settlements in excess of One Million Dollars and several in the $20 to $60 Million Dollar range. Below is a list of representative cases. Some of these cases were resolved confidentially and the specific amounts recovered cannot be disclosed.

## Products Liability

**Billups, et al. vs. Bridgestone/Firestone, Inc., et al.**
Hinds County, Mississippi
Case No. 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CIV (wrongful death in a products liability case against automobile and tire manufacturers).

**Borne/Dupree v. Bridgestone/Firestone, Inc., et al.**
Rankin County, Mississippi
Case No. 2001-228 CIV (injuries and a wrongful death in a products liability case against automobile and tire manufacturers because of rollover and defectively designed tire).

**Brown vs. Valmet-Appelton, Inc.**
United States District Court, Southern Division, Mississippi
Case No. 1:93CV327BRR (products liability action against the manufacturer of a paper winder as a result of a severe industrial injury).

**Havens vs. Bridgestone/Firestone, Inc., et al.**
Hinds County, Mississippi
Case No. 251-00-851CIV, (wrongful death in a products liability case against automobile and tire manufacturer).

**Henchen vs. Suzuki Motor Corporation, et al.**
Harrison County, Mississippi
Case No. A-2402-98-00260 (products liability suit where motorcycle operator was rendered quadriplegic in Spain).

**In re: Bridgestone/Firestone, Inc., ATX, ATX II, and Wilderness Tires**
Products Liability Litigation, U.S.D.C., S.D. Ind.
Master File No. IP00-9373-C-B/S MDL No. 1373. (represented 65 Venezuelan plaintiffs injured or killed as a result of Firestone tire tread separation and resulting rollovers of Ford Explorers).

**In re: L-tryptophan Products**
U.S. District Court, Columbia Division, South Carolina
Case No. MDL-865 (products liability case against supplement manufacturer).

**Johnson, et al vs. Red Panther Chemical Co., et al.**
Coahoma County, Mississippi
Case No. 8193 (mass tort litigation involving personal injuries as a result of chemical plant explosion).

**Lee vs. Bridgestone/Firestone, Inc., et al.**
Hinds County, Mississippi
Case No. 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CIV (permanent and severe disability in a products liability case against automobile and tire manufacturers).

**Mayo vs. Bridgestone/Firestone, Inc. & Ford Motor Co.**
Hinds County, Mississippi
Case No. 251-00-851CIV, (permanent disability in a products liability case against automobile and tire manufacturer).

**Thompson, et al. vs. Technical Coating Applicators, Inc., et al.**
Okaloosa, FL
Case No. 93-2823-CA (represented over 200 plaintiffs injured as a result of exposure to diisocyanate toxic roofing materials).

**Verrett, et al. vs. Miles Incorporation, et al.**
Fulton County, Georgia
Case No. 93vs-0079329 (represented injured workers against manufacturer of chemical in Georgia).

**Welding Rod Litigation**
(national mass tort litigation involving product liability claim against manufacturers of welding rods brought on behalf of injured industrial welders).

**Williams vs. Bridgestone/Firestone, et al.**
Lauderdale County, Mississippi
Case No. 02-CV-239(R) (product liability claim for injuries sustained in a motor vehicle accident as a result of tire tread separation).

**Uchello vs. Sandoz Pharmaceuticals Corp., et al.**
Hinds County, Mississippi
Case No. 251-96-672 (wrongful death case against manufacturer of Parlodel).

## Medical and Nursing Home Negligence

**Harrison v. Dr. Fritznel Michel, et al.**
United States District Court, Southern Division
Case No. 1:01-CV-333Ro (wrongful death of a 64-year old retired veteran as a result of failure to treat abdominal aortic aneurysm); confidential settlement against one defendant and $569,000 verdict against the Veterans Administration Hospital).

**Heldt vs. Ronald Kent, M.D. and The Pediatric Clinic, P.A.**
Lamar County, Mississippi
Case No. 12,598, (medical malpractice verdict of $7.8 million in case involving failure to diagnose urinary tract infection).

**Jacquet vs. Biloxi H.M.A., Inc., et al.**
Harrison County, Mississippi
Case No. A-2402-2002-00269 (medical malpractice case as a result of wrongful death).

**King v. John Doe Hospital, et al.**
Jackson County, Mississippi
(medical malpractice claim arising from a 13" x 2" metal retractor being left in the abdomen of a patient).

**Levin, et al, vs. Sunplex Subsacute Center, et al.**
Jackson County, Mississippi
Case No. CI-2002-00351(2) (medical malpractice case as a result of wrongful death in a nursing home).

**Lynch vs. Dr. Tsao and the University of Mississippi Medical Center**
Hinds County, Mississippi
No. 251-96-781CIV (medical malpractice case involving orthopaedic specialist and negligent hip replacement surgery).

**McKenzie vs. Thomas Jeffcoat, M.D., et al.**
Pike County, Mississippi
Case No. 96-0050-A ($1.5 million dollar verdict in medical malpractice case as a result of failure to diagnose compartment syndrome which resulted in amputation).

**Schulting vs. The Wesley Medical Group, et al.**
Lamar County, Mississippi
Case No. 99-0100 (medical malpractice case as a result of wrongful death of infant).

**Stambuk vs. Wayne General Hospital, et al.**
Wayne County, Mississippi
Case No. CV-2000-105R (medical malpractice case involving failure to diagnose breast cancer).

**Tuttle v. Woodland Village Nursing Center, et al.**
Harrison County, Mississippi
Case No. A2401-02-748 (medical malpractice case as a result of wrongful death in a nursing home).

## Automobile and Trucking Accidents

**Breeze, et al. vs. Cablesouth, et al.**
Jackson County, Mississippi
Case No. CI-2000-00.392(1) (multiple vehicle collision involving plaintiffs who were injured or killed as a result of a 20 vehicle accident caused in part by negligently maintained electrical power distribution system).

**Crawford vs. Mabes Trucking, Inc.**
United States District Court, Southern Division
Case No. 1:00CV154RG, (serious personal injuries as a result of rear tandem tires flying off an 18 wheeler).

**Easterling vs. Swift Transportation Company, Inc.**
United States District Court, Southern District of Mississippi, Hattiesburg Division
Case No. 2:04CV268BN, (personal injury claim against commercial carrier as a result of 18-wheeler negligence).

**Haupt v. RPS, Inc., et al.**
Lee County, Mississippi
Case No. 00-293(R)L (wrongful death of 35-year old passenger as a result of commercial carrier''s negligence).

**Lacoste vs. Harrison County Sheriff's Department, et al.**
United States District Court, Southern Division, Mississippi
Case No. 1:99CV99BrR (wrongful death case involving police officer who ran a stop sign while responding to a call).

**Martin vs. Ameritruck Refrigerated Transport, Inc., et al.**
Hinds County, Mississippi
Case No. 251-99-102CIV (case involving permanent disability resulting from an 18 wheeler accident).

**Wilt, et al v. Charles Warner Cannada, et al.**
Hinds County, Mississippi
Case No. 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-CIV ($1.7 million settlement in wrongful death claim on behalf of beneficiaries of guest passenger killed in a single automobile accident)

## Offshore and Construction Accidents

**Diamond Offshore Management Co. vs. Marks**
2003 WL 556438 Miss. 2003, Feb. 27, 2003
($3.6 million dollar verdict reduced on appeal to $1.6 Million Dollars, on behalf of an injured Jones Act seaman).

**Ladner vs. Roy Anderson Corp. and Boomtown Casino**
Jackson County, Mississippi
Case No. CI-94-0180(2) ($2 million dollar verdict for wrongful death during construction of casino).

**Mott vs. Fountain Construction, et al**
Hinds County, Mississippi
Case No. 251-98-929-CIV (construction site accident involving a scaffold collapse which resulted in catastrophic personal injuries).

**Spradlin v. Roy Anderson Construction, et al.**
Harrison County, Mississippi
Case No. A2401-2002-132 (serious personal injuries sustained while renovating Vaught-Hemingway Football Stadium on the campus of University of Mississippi).

**Wilkinson vs. Zeon**
United States District Court, Southern Division, Mississippi
Case No. 1:95cv657GR (wrongful death of worker in industrial incident involving chemical compound, toulene).

## Insurance, Business and Investment Disputes

**CAM vs. Gen Star Indemnity Company**
United States District Court, Southern Division, Mississippi
Case No. 1:01CV314GuRo (commercial litigation involving conversion of intellectual property).

**Jones vs. Atlanta Casualty Company, et al.**
Jones County, Mississippi
Case No. 98-4-45 (insurance bad faith involving wrongful denial of benefits).

**O'Grady v. Continental Insurance Company, et al.**
Jackson County, Mississippi
Case No. CI-2002-00523(1), (bad faith insurance claim arising from the wrongful denial of health insurance coverage).

**The Peoples Bank, Biloxi, Mississippi vs. United States Fidelity and Guaranty Company, et al.**
Harrison County Chancery Court, Mississippi
Cause No. C2402-98-925 (bad faith refusal by USF&G to defend the bank in lawsuit arising from bank's collateral protection program).

**Thomas, et al. vs. Minnesota Mutual, et al.**
Jackson County, Mississippi
Cause No. CI-98- 0251(2) (represented one dozen victims who lost approximately $10 Million Dollars in investment/insurance fraud scam).

## Premises and Inadequate Security Cases

**Gordon vs. Road Runners Club of America, et al.**
Harrison County, Mississippi
Case No. A-2402-95-0121 (wrongful death while engaged in the swimming leg of a triathalon).

**Jane Doe vs. Treasure Bay Corporation**
Harrison County, Mississippi
(inadequate premises security case).

**Whitehead vs. Kmart**
173 F. Supp. 2d 553 (S.D. Miss. 2000) (inadequate premises security case involving abduction and rape of Kmart customers. $5.1 Million Dollar verdict).

**Yount vs. Fuelmart, a Division of Ports Petroleum Co., Inc.**
United States District Court, Eastern Division, Mississippi
Case No.4:00-CV-150LN (verdict of $702,000.00 in a premises liability suit against a truck stop as a result of an incident which rendered plaintiff disabled).