IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL No. 2047<br>:<br>: Section L<br>:<br>: JUDGE FALLON |
| This Document Relates to:<br>ALL ACTIONS | : MAG. JUDGE WILKINSON<br>: |

## APPLICATION OF FRED S. LONGER FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

COMES NOW Fred S. Longer and makes this application for appointment to the Plaintiffs' Steering Committee. In support thereof, he states:

Fred S. Longer is a member of the firm of Levin, Fishbein, Sedran & Berman. He is a graduate of Carnegie-Mellon University (B.S. 1982) and the University of Pittsburgh School of Law (J.D. 1986). Mr. Longer was a Notes and Comments Editor for the University of Pittsburgh Law Review. He is admitted to practice before the Supreme Court of Pennsylvania and the Supreme Court of New Jersey; the United States Supreme Court; the United States Court of Appeals for the Second, Third, Fourth and Ninth Circuits; and the United States District Courts for the Western and Eastern Districts of Pennsylvania, and the Districts of New Jersey and Arizona. He is a member of the American and Philadelphia County Bar Associations.

Mr. Longer holds an "av" rating from Martindale Hubbell.

Mr. Longer is also an active member of the American Association for Justice. He has been a noted speaker on several occasions at various educational seminars. Later this month, he will moderate a CLE program at the AAJ's Annual Convention addressing recent events and proceedings regarding preemption. He has recently authored an article, *The federal judiciary's*

1

*supermagnet,* in the July 2009 issue of Trial Magazine.

Mr. Longer has participated in many class actions including the following: *In re Asbestos School Litigation*, No. 83-0268 (E.D. Pa.); *In re Catfish Antitrust Litigation*, MDL No. 928; *In re Airlines Antitrust Litigation*, MDL No. 861 (N.D. Ga.); *Kelly v. County of Allegheny*, No. 6D 84-17962 (C.P. Allegheny County, PA); *In re Orthopedic Bone Screw Products Liability Litigation*, MDL No. 1014 (E.D. Pa.); and *In re Diet Drug Litigation*, MDL No. 1203 (E.D. Pa.). He was also lead counsel in the class action of *Estate of Albert, et al. v. Wade Communications, Inc.*, No. 1801, Oct. Term, 1999 ( C.P. Philadelphia County, PA).

Mr. Longer and his firm are willing and able to commit time and financial resources to this consuming project and have cooperated with others on Plaintiffs' steering committees as listed below. In particular this Court has observed Mr. Longer's work ethic in *In re Propulsid Products Liability Litigation*, MDL No. 1355 (E.D.La.) and *In re Vioxx Products Liability Litigation*, MDL No. 1657 (E.D.La.).

Mr. Longer has extensive experience in federal litigation, particularly before this Court. He has served in the administrative committees in *In re Vioxx* and *In re Propulsid*. He played an active role on the discovery and depository committees in the *Propulsid* litigation. In the *Vioxx* Litigation, Mr. Longer had an integral position on the Law and Briefing Committee; a function he also served in the *Propulsid* litigation.

## CHINESE DRYWALL EXPERIENCE

Mr. Longer and his firm are co-counsel in over 20 filed Chinese drywall[1] actions (both

---

[1] *See Busbee v. Knauf Gips KG, et al.*, Case No. 1:09-cv-21389 (S.D.Fla.); *Deane v. Knauf Gips KG, et al.*, Case No. 1:09-cv-21666 (S.D.Fla.); *Feliciano, et al. v. Knauf Gips KG, et al.*, Case No. 1:09-cv-21027 (S.D.Fla.); *Fernandez et al. v. Kanuf Gips, KG, et al.*, Case No. 1:09-cv-21028 (S.D. Fla.); *Flores, et al. v. Knauf Gips KG, et al.*, Case No. 1:09-cv-21060 (S.D.Fla.); *Galvin, et al. v. Knauf Gips KG, et al.*, Case No. 1:09-cv-20847 (S.D.Fla.); *Garcia v. Knauf Gips KG, et al.*, Case No. 1:09-cv-21535 (S.D.Fla.); *Leben et al. v. Knauf Gips KG, et al.*, Case No.

2

class and binary) in state and federal courts. Each filed case involves a Chinese drywall litigation claim for property damage and/or personal injuries. He is presently reviewing approximately 170 individual Chinese drywall litigation claims referred to him by various attorneys throughout the United States, and will shortly file those claims that are appropriate for litigation.

Mr. Longer and his firm are co-counsel in *Vickers, et al. v. Knauf Gips KG, et al.*, Case No. 1:09-cv-20510 (S.D. Fla.). The *Vickers* action is the most advanced case in the Southern District of Florida and the first case transferred to the docket of MDL No. 2047. The *Vickers* action is well ahead of other litigations in terms of service on the Knauf entities in Germany and China. Substantial investments have already been expended to have the complaint translated and presented to the foreign departments for service of process. In addition, all of the domestic defendants in that action have either answered the complaint or presented responsive motions to the pleading. All of the motions have been fully briefed and are now ripe for adjudication before this court. The following motions are currently pending before the court: 1) Taylor Woodrow Communities at Vasari LLC's Motion to dismiss the complaint for improper venue or, in the alternative, to sever and transfer and motion to abate; 2) Banner's Motion to stay amended complaint, motion to dismiss amended complaint, motion to strike amended complaint; and 3) Plaintiffs' motion for extension of time for the parties to hold a scheduling conference and related case management relief.

---

1:09-cv-21063 (S.D.Fla.); *Oves v. Knauf Gips KG, et al.*, Case No. 1:09-cv-21062 (S.D.Fla.); *Pelligra v. Knauf Gips KG, et al.*, Case No. 1:09-cv-21055 (S.D.Fla.); *Rizzo-Alfonso, et al. v. Knauf Gips KG, et al.*, Case No. 1:09-cv-21057 (S.D.Fla.); *Sardina, et al. v. Knauf Gips KG, et al.*, Case No. 1:09-cv-21146 (S.D.Fla.); *Seifart v. Knauf Gips KG, et al.*, Case No. 1:09-cv-38887 (S.D.Fla.); *Trepkowski, et al. v. Knauf Gips, KG, et al.*, Case No. 1:09-cv-21250 (S.D.Fla.); *Valdes, et al. v. Knauf Gips KG, et al.*, Case No. 1:09-cv-21061 (S.D.Fla.); *Vickers, et al. v. Knauf Gips KG, et al.*, Case No. 1:09-cv-20510 (S.D. Fla.); *Villalta, et al. v. Knauf Gips KG. et al*, Case No. 1:09-cv-21145 (S.D.Fla.); *Ameneiro v. Knauf Gips KG*, Civ. No. 09-21657 (Fla. Cir.Ct.); *Deane v. Knauf Gips KG*, Civ. No. 09-21660 (Fla. Cir.Ct.); *Seifart v. Knauf Gips KG*, Civ. No. 09-38887 (Fla. Cir.Ct.), and *Nyugen v. Venture Supply Inc*, CL09-3105 (Cir.Ct. City of Norfolk, Va.).

Mr. Longer and his firm are also co-counsel in two actions pending in Virginia and North Carolina involving a new and wholly separate Chinese drywall manufacturer, Taishan Gypsum Co. Ltd. f/k/a Shandong Taihe Dongxin, Co. Ltd. ("Taishan"), as well as other suppliers and builders. These two actions *Germano v. Taishan Gypsum Co. Ltd. f/k/a Shandong Taihe Dongxin, Co. Ltd. ("Taishan"), et al.*, No. 2:09-CV-202 (E.D.Va..) and *Hinkley v. Taishan Gypsum Co. Ltd. f/k/a Shandong Taihe Dongxin, Co. Ltd. ("Taishan"), et al.*, No. 2:09-CV-00025 (E.D.N.C.). The domestic defendants in these actions have filed (or are expected to file) responsive motions to the complaints. In Germano, four motions have been filed and fully briefed. Defense counsel in both actions have contested federal jurisdiction and the Conditional Transfer Order of the JPML.

Mr. Longer and his firm are also co-counsel in a state court action pending in Virginia. See *Tuan Nguyen and Colleen Nguyen v. Venture Supplement, Inc.,et al.*, Case No. CL09-3105 (Cir.Ct. Norfolk). Mr. Longer has applied for *pro hac vice* admission and it is anticipated he will argue the pending motions to dismiss scheduled for oral argument on August 18, 2009.

Given his experience in complex litigation, proven abilities to perform complicated administrative tasks, ability to work well with other counsel and commitment to this litigation, Fred Longer and Levin, Fishbein, Sedran & Berman respectfully requests appointment to the Plaintiffs' Steering Committee.

Respectfully submitted,

*/s/ Fred Longer*
Fred S. Longer, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the forgoing Application of Fred S. Longer for Appointment to the Plaintiffs' Steering Committee was filed electronically on the below date and is available for viewing and downloading from the ECF System of the United States District Court for the Eastern District of Louisiana.

The undersigned further certifies that on the below date he caused a true and correct copy of the this Application was mailed, via first class mail, postage prepaid to all counsel on the attached Service list.

Dated: July 10, 2009

*Fred Longer*
FRED S. LONGER, ESQUIRE

Docket: 2047 - IN RE: Chinese-Manufactured Drywall Products Liability Litigation
Status: Transferred on 06/15/2009
Transferee District: LAE      Judge: Fallon, Eldon E.                                               Printed on 06/15/2009

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Atlas, Jan Douglas<br>ADORNO & YOSS LLP<br>350 East Las Olas Blvd<br>Suite 1700<br>Fort Lauderdale, FL 33301 | =>Phone: (954) 766-7823  Fax: (954) 766-7800  Email: jda@adorno.com<br>Banner Supply Co.* |
| Bass, Hilarie<br>GREENBERG TRAURIG LLP<br>1221 Brickell Avenue<br>Miami, FL 33131 | =>Phone: (305) 579-0500  Fax: (305) 579-0717  Email: bassh@gtlaw.com<br>Lennar Corp.*; Lennar Homes, LLC fka Lennar Homes, Inc.*; U.S. Home Corp.* |
| Baumann, Gary F.<br>FULMER LEROY ALBEE BAUMANN & GLASS<br>2866 East Oakland Park Blvd.<br>Ft. Lauderdale, FL 33306 | =>Phone: (954) 707-4430  Fax: (954) 707-4431  Email: gbaumann@fulmerleroy.com<br>Independent Builders Supply Association, Inc.* |
| Becnel, Jr, Daniel E.<br>BECNEL LAW FIRM LLC<br>106 West Seventh Street<br>P.O. Drawer H<br>Reserve, LA 70084 | =>Phone: (985) 536-1186  Fax: (985) 536-6445  Email: dbecnel@becnellaw.com<br>Donaldson, Jill M.; Oertling, John |
| Boldt, Kimberly L.<br>ALTERS BOLDT BROWN RASH & CULMO PA<br>4141 N.E. 2nd Avenue<br>Suite 201<br>Miami, FL 33137 | =>Phone: (305) 571-8550  Fax: (305) 571-8558  Email: kimberly@abbrclaw.com<br>Barrozo, Hector*; DeBarrozo, Maria Ines Pinar*; Garcia, Angela*; Garcia, Lorena* |
| Briscoe, Edward J.<br>FOWLER WHITE BURNETT PA<br>Espirito Santo Plaza<br>1395 Brickell Avenue<br>14th Floor<br>Miami, FL 33131-3302 | =>Phone: (305) 789-9252  Fax: (305) 789-9251  Email: EJB@Fowler-White.com<br>Black Bear Gypsum Supply, Inc.* |
| Burge, S. Greg<br>BURR & FORMAN LLP<br>420 North 20th Street<br>Suite 3400<br>Birmingham, AL 35203 | =>Phone: (205) 458-5101  Fax: (205) 244-5612  Email: gburge@burr.com<br>Rightway Drywall, Inc.* |
| Casper, Christopher C.<br>JAMES HOYER NEWCOMER & SMILJANICH PA<br>One Urban Centre<br>4830 West Kennedy Boulevard<br>Suite 550<br>Tampa, FL 33609-2589 | =>Phone: (813) 286-4100  Fax: (813) 286-4174  Email: ccasper@jameshoyer.com<br>Culliton, Kristin Morgan* |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Cole, Susan J.<br>BICE COLE LAW FIRM<br>999 Ponce De Leon Boulevard<br>Suite 710<br>Coral Gables, FL 33134 | =>Phone: (305) 444-1225  Fax: (305) 446-1598  Email: cole@bicecolelaw.com<br>L&W Supply Corp. dba Seacoast Supply*; USG Corp.* |
| Coutroulis, Chris S.<br>CARLTON FIELDS PA<br>P.O. Box 3239<br>4221 West Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33601-3239 | =>Phone: (813) 223-7000  Fax: (813) 229-4133  Email: ccoutroulis@carltonfields.com<br>M/I Homes, Inc.* |
| Diaz, Jr., Victor Manuel<br>PODHURST ORSECK JOSEFSBERG ET AL<br>City National Bank Building<br>Suite 800<br>25 W. Flagler Street<br>Miami, FL 33130 | =>Phone: (305) 358-2800  Fax: (305) 358-2382  Email: vdiaz@podhurst.com<br>Green, Dajan*; Morris-Chin, Janet* |
| Gilman, Kenneth G.<br>GILMAN & PASTOR LLP<br>6363 Highcroft Drive<br>Naples, FL 34119 | =>Phone: (239) 213-9960  Fax: (239) 213-9946  Email: kgilman@gilmanpastor.com<br>Ankney, Duane |
| Interior Exterior Bldg.,<br>727 S. Cortez<br>New Orleans, LA 70119 | =><br>Interior Exterior Building Supply |
| Knauf Gips KG,<br>Ridham Dock, Kemsley<br>Sittingbourne, Kent ME 9 8SR, UK | =><br>Gebr Knauf Verwaltungsgesellschaft KG; Knauf Gips KG |
| Knauf Plasterboard,<br>North Yinhe Bridge, East Jingjin Road<br>Beichen District<br>Tianjin, China 300400 P.R.C. | =><br>Knauf Plasterboard (Tianjin) Co., Ltd. |
| Knauf Plasterboard,<br>No. 2 Gang Wan Road<br>RC-241009 Whuhu Anhui, China | =><br>Knauf Plasterboard (Dongguan) Co., Ltd.; Knauf Plasterboard (Wuhu) Co., Ltd. |
| Knauf Plasterboard,<br>No. 2 Xinsha Development Zone<br>RC-52347 Guangdong, China | =><br>Knauf Plasterboard (Dongguan) Co., Ltd. |
| La Suprema Enterprise,<br>221 NE 164th Street<br>North Miami Beach, FL 33160 | =><br>La Suprema Enterprise, Inc. |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| La Suprema Trading, Inc.,<br>221 NE 164th Street<br>N. Miam Beach, FL 33160 | =><br>La Suprema Trading, Inc. |
| Landskroner, Jack<br>LANDSKRONER GRIECO MADDEN LTD<br>1360 West 9th Street<br>Suite 200<br>Cleveland, OH 44113 | =>Phone: (216) 522-9000  Fax: (216) 522-9007<br>Minafri, Steven |
| Levin, Arnold<br>LEVIN FISHBEIN SEDRAN & BERMAN<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106-3697 | =>Phone: (215) 592-1500  Fax: (215) 592-4663  Email: alevin@lfsblaw.com<br>Martinez, Felix*; Martinez, Jenny*; Niemczura, Walter*; Raphael, Gene*; Santiago, Jason*; Tarzy, Jim*; Vickers, Karin* |
| Loredo, Raul Ricardo<br>MINTZER SOROWITZ & ZERIS<br>255 Alhambra Circle<br>Suite 1150<br>Coral Gables, FL 33134 | =>Phone: (304) 774-9966  Fax: (305) 774-7743  Email: rloredo@defensecounsel.com<br>Interior Exterior Building Supply, LP* |
| Nicholas, Steven L.<br>CUNNINGHAM BOUNDS LLC<br>1601 Dauphin Street<br>P.O. Box 66705<br>Mobile, AL 36660 | =>Phone: (251) 471-6191  Fax: (251) 479-1031  Email: sln@cunninghambounds.com<br>Mitchell Co., Inc. (The)* |
| Reise, Jack<br>COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP<br>120 East Palmetto Park Road<br>Suite 500<br>Boca Raton, FL 33432 | =>Phone: (561) 750-3000  Fax: (561) 750-3364  Email: jreise@csgrr.com<br>Riesz, Lawrence*; Schnee, Jennifer* |
| Rothchilt International,<br>N-510 Chia Hsn Bld.<br>Annex 96 Chung Shan N. Rd. Sec. 2<br>Taipei, Taiwan R.O.C. | =><br>Rothchilt International Ltd. |
| Sivyer, Neal A.<br>SIVYER BARLOW & WATSON PA<br>401 East Jackson Street<br>Suite 2225<br>Tampa, FL 33602 | =>Phone: (813) 221-4242  Fax: (813) 227-3598<br>Taylor Morrison Services, Inc. dba Morrison Homes; Taylor Woodrow Communities at Vasari, LLC* |
| South Kendall Constructio,<br>2368 SE 17th Ter.<br>Homestead, FL 33035 | =><br>South Kendall Construction Corp. |
| Steckler, Bruce<br>BARON & BUDD<br>3102 Oak Lawn Ave, Ste 1100 | =>Phone: (214) 521-3605  Fax: (214) 520-1181  Email: bsteckler@baronbudd.com<br>Foster, Katherine L.* |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Dallas, TX 75219-4281 | |
| Taishan Gypsum Co., Ltd., <br> Dawenkou, Taian <br> Shandong, China 271026 | => <br> Taishan Gypsum Co., Ltd. fka Shandong Taihe Dongxin Co., Ltd. |
| Weinstein, Scott Wm. <br> MORGAN & MORGAN PA <br> 12800 University Drive <br> Suite 600 <br> Fort Myers, FL 33907-5337 | =>Phone: (239) 433-6880  Fax: (239) 433-6836  Email: sweinstein@forthepeople.com <br> Allen, Nicole J.*; Allen, Shane M.* |

Note: Please refer to the report title page for complete report scope and key.