UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:   CHINESE-MANUFACTURED      *   MDL NO.:  2047
         DRYWALL PRODUCTS LIABILITY *   SECTION: L
         LITIGATION                 *
                                    *
                                    *   JUDGE ELDON E. FALLON
                                    *   MAGISTRATE JUDGE WILKINSON
                                    *
                                    *
                                    *
                                    *
                                    *
                                    *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *  *

**NOTICE OF FILING APPLICATION FOR APPOINTMENT OF**
**RAÚL R. BENCOMO TO THE PLAINTIFFS' STEERING COMMITTEE**

NOW COMES Raúl R. Bencomo, Attorney at Law, who files the attached

Application for Appointment to the Plaintiffs' Steering Committee in the above-captioned

matter.

Respectfully submitted,

**RAÚL R. BENCOMO (#2932)**
**BENCOMO & ASSOCIATES**
**639 Loyola Avenue, Suite 2110**
**New Orleans, Louisiana 70113**
**Telephone:  (504) 529-2929**
**Facsimile     (504) 529-2018**
**E-mail         ben_law@bellsouth.net**

**CERTIFICATE OF SERVICE**

I certify that a copy of the above and foregoing pleading has been served upon all Counsel of Record for Plaintiffs and Defendants via electronic mail this _10th_ day of July, 2009.

RAUL R. BENCOMO

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: CHINESE-MANUFACTURED DRYWALL          MDL No. 2047
        PRODUCTS LIABILITY LITIGATION
                                            SECTION: L

This Document Relates To:  All Cases          Judge Eldon E. Fallon
                                             Magistrate Judge Wilkinson

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

APPLICATION FOR APPOINTMENT OF
RAUL R. BENCOMO TO THE
PLAINTIFFS' STEERING COMMITTEE

        Raul R. Bencomo respectfully submits this application for appointment to the In Re:

Chinese-Manufactured Drywall Products Liability Litigation Plaintiffs' Steering Committee

(PSC).

        Your Honor issued *Pretrial Order #1* on June 16, 2009. Paragraph 17 of that order

sets out the main criteria for PSC membership.

        As to the first criterion, Mr. Bencomo represents to this Honorable Court that he is

not only willing and available to commit to this time-consuming project but that he is eager

to do so.  Moreover, he understands that this appointment is personal in nature and has

made an assessment of his personal and professional obligations in the future. He is

aware of the financial demands in a case of this magnitude.  He has the financial ability to

participate and fund this litigation. There are no impediments nor conflicts which will

prevent him from fully participating as a member of the Plaintiffs' PSC.

        As to the second criterion, Mr. Bencomo has a proven ability to work cooperatively

with others.  He has demonstrated his ability to do so in many cases involving multiple

plaintiff and defense counsel.  Mr. Bencomo was an active member of the Plaintiffs' Trial

Team in the trial of the Louisiana tobacco class action, *Gloria Scott et al. v. American*

*Tobacco Co. et al.*, No. 96-8461, Civil District Court for the Parish of Orleans, Louisiana. Furthermore, Mr. Bencomo is well-acquainted with many of the counsel who have made appearances in this litigation and has no doubt that he can work with them and their teams. Mr. Bencomo further believes that, having worked both in the capacity of plaintiff and defense counsel in significant litigation over the last thirty years, he is able to understand the tensions that develop between opposing sides and can help to bridge otherwise insurmountable impasses between the litigants. Mr. Bencomo also maintains his practice in this forum, and his office is within walking distance of this court house. He will be available to participate in-person in any last-minute meetings or conferences with counsel or with the Court.

As to the third criterion, Mr. Bencomo has vast professional experience in this type of litigation. He has participated in mass tort and class action litigation for over thirty years. As a young lawyer, he worked on  the litigation arising from the Continental Grain Explosion and the M/V George Prince Frosta Ferry Collision. Since then, Mr. Bencomo has been involved in a number of significant mass torts and class actions. His law practice is limited to the litigation of significant liability cases with a specialty in the area of toxic torts where he has represented plaintiffs and defended corporate interests.  His experience ranges from admiralty cases to the *In Re Welding Rod* MDL # 1535, *In Re FEMA Trailer Formaldehyde Products Liability Litigation* MDL #1873 (Court-appointed member of the Plaintiffs Steering Committee), *Jeanette Palmer, et al vs. Browning Ferris, Inc., et al,* 34th JDC No. 63-145 C/W No. 65-773(Lead defense counsel for defendant Sewerage & Water Board of New Orleans in toxic tort case involving over 500 plaintiffs. Counsel successfully fought plaintiffs efforts to certify class) and the instant matter. He has also been

2

recognized as a Louisiana Super Lawyer in the area of Class Action and Mass Tort Litigation. Mr. Bencomo recently appeared on the Sky Radio Network where he was recognized as one of America's Premier Lawyers.

Mr. Bencomo is also qualified to serve on the PSC for several additional reasons:

Mr. Bencomo is an AV-rated attorney in Martindale-Hubbell and is recognized in the Bar Register of Preeminent Lawyers. He has lectured and addressed the Louisiana Judicial College and Tulane University, and served as an adjunct professor of Trial Advocacy at Tulane Law School for over fifteen years. He has also lectured at the Louisiana State Bar Association's Summer School for Lawyers, at seminars sponsored by the Louisiana Trial Lawyers Association, and at numerous other seminars over the years.

Mr. Bencomo is a founding member of the A. P. Tureaud Chapter of the Inns of Court and is a Master of the Bench. He is a lifetime member of the Hispanic National Bar Association, an organization representing the interests of over 25,000 Hispanic Judges, attorneys, law professors and law students. Mr. Bencomo has also served on the Louisiana State Bar Association's Client Security Fund as its Chairman and been a member of its Bench-Bar Liaison Committee. He is a past recipient of the Leadership Award of the Young Lawyers Section of the Louisiana State Bar Association and served on the Louisiana Trial Lawyers Association's Board of Governors. He is also the recipient of membership in Omicron Delta Kappa and is a Fellow in the Loyola Institute of Politics.

Mr. Bencomo is completely fluent in Spanish, his native language. He is uniquely capable of helping any of the Spanish-speaking claimants affected by this litigation to appreciate and exercise their rights, and believes that this public interest factor is another

3

qualification for Your Honor's consideration.[1]  Mr. Bencomo is aware that a number of claimants are Hispanic and can work well with any attorneys who represent such clients.

Mr. Bencomo would be honored to serve and  respectfully requests that he be appointed by Your Honor to the Plaintiffs' Steering Committee.

Respectfully submitted,

**RAUL R. BENCOMO (LA Bar No. 2932)**
**BENCOMO & ASSOCIATES**
**639 Loyola Avenue, Suite 2110**
**New Orleans, LA 70113**
**Telephone:  (504) 529-2929**
**Facsimile    (504) 529-2018**
**E-mail:       ben_law@bellsouth.net**

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

**RAUL R. BENCOMO #2932**

---

[1] *Karim v. Finch Shipping Co., Ltd.*, 94 F. Supp.2d 727, 739 (E.D. La. 2000) , "....injured persons fail to assert their legal rights because of insufficient appreciation of such rights, [and] difficulties [i.e. language barriers] in proving [their] claims ...."

4

## CURRICULUM VITAE

### RAÚL R. BENCOMO
### 639 LOYOLA AVENUE, SUITE 2110
### NEW ORLEANS, LOUISIANA 70113
### (504) 529-2929

## EDUCATIONAL BACKGROUND:

Louisiana State University and A. and M. College, (Juris Doctor 1975); Admitted to bar, 1975, Louisiana and U.S. District Court, Eastern District of Louisiana; 1976 U.S. Court of Appeals and U.S. Supreme Court; 1989, U.S. District Court, Western District of Louisiana; 1994, U.S. District Court, Middle District of Louisiana, Omicron Delta Kappa; Finalist, Flory Trial Competition, Louisiana State University Law School, 1975.

University of New Orleans, (B.S., Finance, 1972);
Who's Who Among Students in American Universities and Colleges, Louisiana State University in New Orleans 1971-72.

## LECTURER:

Louisiana Trial Lawyers Association Post Legislative Seminar, Carmel, California (2002).

13th Trial By Masters, Tulane University Law School - Lecturer (2000).

Bench Bar Conference, New Orleans Bar Association - Panel Member (1997).

Auto Insurance and Accident Litigation Seminar (May 1994).

Louisiana State Law School 15th Post Graduate Summer School for Lawyers, LSU Law Center, Effective Lawyering (July 1992).

Louisiana Judicial College, Annual Evidence Seminar (1992).

Louisiana Depositions: Strategies, Tactics and Mechanics, Professional Education Systems, Inc. (1990).

Professor of Trial Advocacy, Part-Time Faculty, Tulane Law School (1988 - Present).

Louisiana Tort Reform Update, Lecture Topic: Recent Developments in Automobile Law and Related Procedure, Professional Education Systems, Inc., (December 1988).

Louisiana State Bar Association Sandestin Summer School for Lawyers, Revisited, (December, 1988).

Louisiana State Bar Association Sandestin Summer School for Lawyers, (June, 1988).

Case 2:09-md-02047-EEF-JCW   Document 108   Filed 07/10/09   Page 8 of 9

Louisiana Insurance Coverage Issues, Lecture Topic:  Recent Developments in Uninsured/Underinsured Motorist Coverage, Professional Education Systems, Inc. (1987).

## PROFESSIONAL AND CIVIC ORGANIZATIONS:

Lifetime Member, Hispanic National Bar Association.

Member, UNO National Alumni Association Board of Directors (1995 - 1997).

Member, Mayor's Advisory Council on Hispanic and Latin American Concerns (1995-1997).

Louisiana State Bar Association (Member, Bench-Bar Liaison Committee, (1991 - 1994).

Member, Mayor's International Council (1989-1991).

Board of Directors, Contemporary Arts Center (1988 - 1989).

Louisiana State Bar Association (Chairman, Clients' Security Fund Committee, 1986 - 1988).

Board of Directors, Men of Fashion (1986 - present).

American Bar Association (Member, Tort and Insurance Practice Section).

Bar of the Fifth Circuit Court of Appeals.

Board of Directors, Hispanic Chamber of Commerce (1986).

Association of Trial Lawyers of America.

Louisiana Trial Lawyers Association (Board of Governors, 1984 - 1987).

Board of Directors, Boys' Hope (1984 - 2000).

Cuban American Bar Association.

New Orleans Academy of Trial Lawyers.

New Orleans Bar Association.

Jefferson Parish Bar Association.

New Orleans Hispanic Heritage Foundation, Inc.

Leadership Award, Young Lawyers Section, Louisiana State Bar Association (1978).

Member, Metropolitan Area Committee.

Member, Hispanic Lawyers Association.

Fellow, Loyola Institute of Politics.

**PERSONAL**:

Born Havana, Cuba, April 24, 1950; married, one child.

Language - Spanish.