IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

**APPLICATION OF JEREMY W. ALTERS FOR
APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE**

COMES NOW Jeremy W. Alters of Alters Boldt Brown Rash & Culmo, pursuant to Pretrial Order No. 1, files this application respectfully requesting that this Honorable Court appoint him to the Plaintiffs' Steering Committee ("PSC") in MDL No. 2047. In support thereof, he states as follows:

Jeremy W. Alters is the founder and managing partner of Alters Boldt Brown Rash & Culmo ("ABBRC"). Mr. Alters and his partners in ABBRC have extensive experience in all facets of complex litigation, class actions and mass tort matters in state and federal courts, as well as appellate practice before the United States Courts of Appeals and the United States Supreme Court. ABBRC has 14 attorneys and 35 staff members, with offices in South Florida and Argentina.

Pre-Trial Order #1 sets forth the criteria for membership on the PSC, as well as the various commitments and duties members of the PSC are expected to fulfill on a coordinated and cooperative basis for the benefit of all plaintiffs. Mr. Alters well satisfies the criteria for membership on the PSC. As described below, Mr. Alters and his firm have already committed substantial resources to representing several hundred of their own clients, and will do so for the benefit of all plaintiffs if appointed to the PSC.

Mr. Alters has been at the forefront of Chinese drywall litigation since January 2009, when he was contacted by a homeowner complaining of noxious odors of unknown origin.

ALTERS | BOLDT | BROWN | RASH | CULMO

Miami Design District, 4141 Northeast 2nd Avenue • Suite 201 • Miami, FL 33137 • Telephone: 305-571-8550  Fax: 305-571-8558 • www.abbrclaw.com

Since that time, Mr. Alters and ABBRC have committed significant financial and human resources to the investigation of Chinese drywall claims, and have staffed an entire Chinese drywall team which has inspected more than 1,000 homes with suspected Chinese drywall.

ABBRC has already filed over 132 Chinese drywall lawsuits on behalf of homeowners. These lawsuits include *Garcia, et al v. Lennar Corp., et al*, No. 09-20739 CIV-UNGARO (S.D. Fla.), and *Foster v. Northstar Holdings, Inc., et al*, No. 09-8035 CIV-COHN (S.D. Fla.), the first-filed proposed class actions brought on behalf of homeowners against builders, including claims against suppliers and manufacturers of this defective product. ABBRC has also filed over 117 individual lawsuits and 15 class action lawsuits on behalf of homeowners in Florida state courts, which are pending in the circuit courts of Miami-Dade, Broward, Palm Beach, St. Lucie, Collier and Lee Counties, the most affected Florida counties. Additionally, ABBRC represents over 400 more homeowners, the vast majority of which have confirmed Chinese drywall, and continues to be retained by affected homeowners on a daily basis. ABBRC continues to file complaints including another 100 in the coming weeks.

Mr. Alters has also consulted with state and national political leaders regarding the Chinese drywall crisis, and has been the invited speaker at several conferences on Chinese drywall.

In addition to Mr. Alters' experience dealing with Chinese drywall, ABBRC offers something unique among other applicants to the PSC. ABBRC partner Bruce S. Rogow has argued over 400 cases in federal and state appellate courts, including 11 cases before the United States Supreme Court. Mr. Rogow has also served as co-lead counsel or lead counsel on multiple class actions throughout the United States. A respected professor of law for over 40 years, Mr. Rogow has taught federal civil procedure and federal jurisdiction and has devoted substantial time to all facets of Rule 23 and Multi-District Litigation. Mr. Rogow is a Fellow of

2

ALTERS | BOLDT | BROWN | RASH | CULMO

Miami Design District, 4141 Northeast 2nd Avenue • Suite 201 • Miami, FL 33137 • Telephone: 305-571-8550  Fax: 305-571-8558 • www.abbrclaw.com

the American College of Trial Lawyers and the American Academy of Appellate Lawyers, a dual recognition accorded to only a small number of lawyers in the United States. If Mr. Alters is appointed to the PSC, Mr. Rogow's appellate expertise will be made available for the benefit of all plaintiffs.

ABBRC has further experience in class action litigation. ABBRC partner Robert Gilbert, a member of the firm's Chinese drywall team, has served as co-lead counsel or lead counsel in over 20 certified class actions in state and federal courts in Florida and elsewhere. The cases in which Mr. Gilbert has served as lead or co-lead counsel include: *In re Citrus Canker Litigation* (17th Judicial Circuit, Broward County, Florida and four other jurisdictions)(certified class actions on behalf of approximately 200,000 Florida homeowners seeking full compensation from the Florida Department of Agriculture arising from the taking of their private property); and *In re Port Charges Litigation* (11th Judicial Circuit, Miami-Dade County, Florida)(certified class actions on behalf of approximately 5 million cruise passengers challenging the cruise industry's practice of artificially inflating and deceptively describing port charges and taxes). Mr. Gilbert also served as court-appointed liaison counsel for the certified class of indirect purchasers in the MDL proceedings in *In re Terazosin Hydrochloride Antitrust Litigation*, No. 99-MDL-1317-Seitz.

Mr. Alters and members of ABBRC have extensive experience developing and handling cases involving catastrophic loss and complex commercial issues. Mr. Alters has resolved cases totaling in excess of 1.5 billion. He has achieved dozens of multi-million dollar settlements and verdicts including many noteworthy eight figure settlements. Recently, Mr. Alters obtained a $1.179 billion judgment against the Cuban government and its leaders on behalf of the sons of a U.S. citizen tortured by Cuban military operatives. This judgment appears to represent the single largest judgment awarded to a family in history.

Mr. Alters has also been recognized for protecting the rights of individuals:

- Mr. Alters is a member of the American Association for Justice (AAJ), where he has been elected the youngest member of the organization's highest governing body, the Executive Committee.

- Mr. Alters was honored by the AAJ with the F. Scott Baldwin Award, presented to the most outstanding young trial lawyer in the United States.

- Mr. Alters is a three time recipient of the prestigious Wiedman/Wisocki medal of honor, recognizing service and dedication in preserving the civil justice system.

- Mr. Alters is a platinum member of AAJ's Leaders Forum and a member of the Spellman-Hoeveler American Inn of Court.

- In Florida, Mr. Alters is an Eagle member of the Florida Justice Association and has been elected to its Board of Governors.

ABBRC has already demonstrated its absolute commitment to devote the resources necessary to pursue this important matter through completion on behalf of its many homeowner clients. If appointed to the PSC, Mr. Alters will also devote his and ABBRC's resources to the common efforts to represent all homeowners affected by this defective product.

WHEREFORE, Jeremy W. Alters and the law firm of Alters, Boldt, Brown, Rash & Culmo request appointment to the Plaintiffs' Steering Committee in this matter.

DATED: July 10, 2009

Respectfully submitted,

Jeremy W. Alters (Fla. Bar No. 111790)
ALTERS, BOLDT, BROWN, RASH & CULMO
Miami Design District
4141 NE 2nd Avenue
Suite 201
Miami, FL 33137
Telephone:   (305) 571-8550
Facsimile:   (305) 571-8558
jeremy@abbrclaw.com

## Judicial Panel on Multidistrict Litigation – Panel Service List
## Docket: 2047 – In Re: Chinese-Manufactured Drywall Products Liability Litigation

| | |
|---|---|
| Jan Douglas Atlas<br>Adorno & Yoss, LLP<br>350 East Las Olas Boulevard, Suite 1700<br>Fort Lauderdale, FL 33301<br><br>Phone: (954) 766-7823<br>Fax:    (954) 766-7800<br>E-mail:jda@adorno.com<br><br>*Counsel for Banner Supply Co.* | Hilarie Bass<br>Greenberg Traurig P.A.<br>1221 Brickell Avenue<br>Miami, FL 33131<br><br>Phone: (305) 579-0500<br>Fax:    (305) 579-0717<br>E-mail:bassh@gtlaw.com<br><br>*Counsel for Lennar Corp., Lennar Homes, LLC f/k/a Lennar Homes, Inc.; U.S. Home Corp.* |
| Gary F. Baumann<br>Fulmer Leroy Albee Baumann & Glass<br>2866 East Oakland Park Boulevard<br>Ft. Lauderdale, FL 33306<br><br>Phone: (954) 707-4430<br>Fax:    (954) 707-4431<br>E-mail:gbaumann@fulmerleroy.com<br><br>*Counsel for Independent Builders Supply Association, Inc.* | Daniel J. Becnel, Jr.<br>Becnel Law Firm, LLC<br>106 West Seventh Street<br>P.O. Drawer H<br>Reserve, LA 70084<br><br>Phone: (985) 536-1186<br>Fax:    (985) 536-6445<br>E-mail:dbecnel@becnellaw.com<br><br>*Counsel for: Donaldson, Jimm M.; Oertling, John* |
| Kimberly L. Boldt<br>Alters, Boldt, Brown, Rash & Culmo, P.A.<br>4141 NE 2nd Avenue<br>Suite 201<br>Miami, FL 33137<br><br>Phone: (305) 571-8550<br>Fax:    (305) 571-8558<br>E-mail:kimberly@abbrclaw.com<br><br>*Counsel for Barrozo, Hector; DeBarrozo, Maria Ines Pinar; Garcia, Angela; Garcia, Lorena* | Edward J. Briscoe<br>Fowler White Burnett, P.A.<br>Espirito Santo Plaza<br>1395 Brickell Avenue, 14th Floor<br>Miami, FL 33131<br><br>Phone: (305) 789-9252<br>Fax:    (305) 789-9251<br>E-mail:EJB@Fowler-White.com<br><br>*Counsel for: Black Bear Gypsum Supply, Inc.* |

5
ALTERS | BOLDT | BROWN | RASH | CULMO

Miami Design District, 4141 Northeast 2nd Avenue • Suite 201 • Miami, FL 33137 • Telephone: 305-571-8550  Fax: 305-571-8558 • www.abbrclaw.com

| | |
|---|---|
| Greg S. Burge<br>Burr & Forman, LLP<br>420 North 20th Street<br>Suite 3400<br>Birmingham, AL  35203<br><br>Phone: (205) 458-5101<br>Fax:    (205) 244-5612<br>E-mail:gburge@burr.com<br><br>*Counsel for Rightway Drywall, Inc.* | Christopher C. Casper<br>James Hoyer Newcomer & Smiljanich, P.A.<br>One Urban Centre<br>4830 West Kennedy Boulevard, Suite 550<br>Tampa, FL  33609<br><br>Phone: (813) 286-4174<br>Fax:    (813) 286-4174<br>E-mail:ccasper@jameshoyer.com<br><br>*Counsel for Culliton, Kristin Morgan* |
| Susan J. Cole<br>Bice Cole Law Firm<br>999 Ponce de Leon Boulevard, Suite 710<br>Coral Gables, FL  33134<br><br>Phone: (305) 444-1225<br>Fax:    (305) 446-1598<br>E-mail:cole@bicecolelaw.com<br><br>*Counsel for L&W Supply Corp. d/b/a Seacoast Supply, USG Corp.* | Chris S. Coutroulis<br>Carlton Fields, P.A.<br>P.O. Box 3239<br>4221 West Boy Scout Boulevard, Suite 1000<br>Tampa, FL  33601<br><br>Phone: (813) 223-7000<br>Fax:    (813) 229-4133<br>E-mail:ccoutroulis@carltonfields.com<br><br>*Counsel for M/I Homes, Inc.* |
| Victor Manuel Diaz, Jr.<br>Podhurst Orseck Josefsberg et al.<br>City National Bank Building, Suite 800<br>25 W. Flagler Street<br>Miami, FL  33130<br><br>Phone: (305) 358-2800<br>Fax:    (305) 358-2382<br>E-mail:vdiaz@podhurst.com<br><br>*Counsel for Green, Dajan; Morris-Chin, Janet* | Kenneth G. Gilman<br>Gilman & Pastor, LLP<br>6363 Highcroft Drive<br>Naples, FL  34119<br><br>Phone: (239) 213-9960<br>Fax:    (239) 213-9946<br>E-mail:kgilman@gilmanpastor.com<br><br>*Counsel for Ankney, Duane* |
| Interior Exterior Building<br>727 S. Cortez<br>New Orleans, LA  70119<br><br>*Interior Exterior Building Supply* | KnaufGips KG<br>Ridham Dock, Kemsley<br>Sittingbourne, Kent ME 9 8SR<br>UK<br><br>*Gebr Kanuf Verwaltungsgesellschaft KG; Knauf Gips KG* |

ALTERS | BOLDT | BROWN | RASH | CULMO

Miami Design District, 4141 Northeast 2nd Avenue • Suite 201 • Miami, FL 33137 • Telephone: 305-571-8550  Fax: 305-571-8558 • www.abbrclaw.com

| | |
|---|---|
| Knauf Plasterboard<br>North Yinhe Bridge, East Jingjin Road<br>Bcichen District<br>Tianjin, China 300400, P.R.C.<br><br>*Knauf Plasterboard (Tianjin) Co., Ltd.* | Knauf Plasterboard<br>No.2 Gang Wan Road<br>RC-241009 Whuhu Anhui<br>CHINA<br><br>*Knauf Plasterboard (Dongguan) Co., Ltd.;*<br>*Knauf Plasterboard (Wuhu) Co., Ltd.* |
| Knauf Plasterboard<br>No. 2 Xinsha Development Zone<br>RC-52347 Guangdong<br>CHINA<br><br>*Knauf Plasterboard (Dongguan) Co., Ltd.* | La Suprema Enterprise<br>221 N.E. 164th Street<br>North Miami Beach, FL  33160<br><br>*La Suprema Enterprise, Inc.* |
| La Suprema Trading, Inc.<br>221 N.E. 164th Street<br>North Miami Beach, FL  33160<br><br>*La Suprema Trading, Inc.* | Jack Landskroner<br>Landskroner Grieco Madden Ltd<br>1360 West 9th Street<br>Suite 200<br>Cleveland, OH  44113<br><br>Phone: (216) 522-900<br>Fax:         (216) 522-9007<br><br>*Counsel for Minafri, Steven* |
| Arnold Levin<br>Levin, Fishbein, Sedran & Berman<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA  19106-3697<br><br>Phone: (215) 592-1500<br>Fax:    (215) 592-4663<br>E-mail:alevin@lfsblaw.com<br><br>*Counsel for Martinez, Felix; Martinez,*<br>*Jenny; Niemezura, Walter; Raphael, Gene;*<br>*Santiago, Jason; Tarzy, Jim; Vickers, Karin* | Raul Ricardo Loredo<br>Mintzer Sorowitz & Zeris<br>255 Alhambra Circle<br>Suite 1150<br>Coral Gables, FL  33134<br><br>Phone: (305) 774-9966<br>Fax:    (305) 774-7743<br>E-mail:rloredo@defensecounsel.com<br><br>*Counsel for Interior Exterior Building Supply,*<br>*LP* |

7
ALTERS | BOLDT | BROWN | RASH | CULMO

Miami Design District, 4141 Northeast 2nd Avenue • Suite 201 • Miami, FL 33137 • Telephone: 305-571-8550  Fax: 305-571-8558 • www.abbrclaw.com

| | |
|---|---|
| Steven L. Nicholas<br>Cunningham Bounds, LLC<br>1601 Dauphin Street<br>P.O. Box 66705<br>Mobile, AL 36660<br><br>Phone: (251) 471-6191<br>Fax:    (251) 479-1031<br>E-mail:sln@cunninghambounds.com<br><br>*Counsel for The Mitchell Co., Inc.* | Jack Reise<br>Coughlin Stoia Geller Rudman & Robbins, LLP<br>120 East Palmetto Park Road<br>Suite 500<br>Boca Raton, FL 33434-4809<br><br>Phone: (561) 750-3000<br>Fax:    (561) 479-1031<br>E-mail:jreise@csgrr.com<br><br>*Counsel for Reisz, Lawrence; Schnee, Jennifer* |
| Rothchilt International<br>N-510 Chai Hsn Bld.<br>Annex 96 Chung Shan N. Rd. Sec.2<br>Taipei, Taiwan R.O.C.<br><br>*Rothchilt International Ltd.* | Steven G. Schwartz<br>Schwartz & Horwitz, PLC<br>6751 North Federal Highway<br>Suite 400<br>Boca Raton, FL 33487<br><br>Phone: (561) 395-4747<br>Fax:    (561) 367 1550<br>E-mail:sgs@sandhlawfirm.com<br><br>*Counsel for South Kendall Construction Corp.* |
| Neal A. Sivyer<br>Sivyer Barlow & Watson, P.A.<br>401 East Jackson Street<br>Suite 2225<br>Tampa, FL 33602<br><br>Phone: (813) 221-4242<br>Fax:    (813) 227-3598<br><br>*Counsel for Taylor Morrison Services, Inc. d/b/a Morrison Homes; Taylor Woodrow Communities at Vasari, LLC* | Bruce Steckler<br>Baron & Budd<br>3102 Oak Lawn Avenue<br>Suite 1100<br>Dallas, TX 75219-4281<br><br>Phone: (214) 521-3605<br>Fax:    (214) 520-1181<br>E-mail:bsteckler@baronbudd.com<br><br>*Counsel for Foster, Katherine L.* |
| Taishan Gypsum Co. Ltd.<br>Dawenkou, Taian<br>Sandong, China 271026<br><br>*Taishan Gypsum Co. Ltd f/k/a Shandong Taihe Dongxin Co., Ltd.* | Scott William Weinstein<br>Morgan & Morgan, P.A.<br>12800 University Drive<br>Suite 600<br>Ft. Myers, FL 33907-5337<br><br>Phone: (239) 433-6880<br>Fax:    (239) 433-6836<br>E-mail:sweinstein@forthpeople.com<br><br>*Counsel for Allen, Nicole J.; Allen, Shane M.* |