UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAGISTRATE WILKINSON |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### APPLICATION OF STEPHEN J. HERMAN
### FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE

Pursuant to Pre-Trial Order No. 1, Stephen J. Herman of the law firm Herman Herman Katz & Cotlar, LLP, respectfully submits the following application for appointment to the Plaintiffs' Steering Committee:

**MAY IT PLEASE THE COURT:**

The undersigned respectfully suggests that the appointment of Stephen J. Herman to the Plaintiffs' Steering Committee will further the goals of efficiency and fairness with substantial contribution to the Steering Committee and other management structure of the MDL.

The undersigned has been involved in numerous class action, MDL, and other multi-party proceedings, where effective cooperation between and among counsel is essential to the prosecution of the litigation.

The undersigned places a high value on ethics and professionalism. The undersigned has written and spoken on the topics of ethics and professionalism and currently serves by appointment to a Hearing Committee of the Louisiana Attorney Disciplinary Board.

The undersigned has, since 2005, taught a course on Advanced Torts: Class Actions as an adjunct professor at Loyola University Law School, and, this year, began teaching a course on Complex Litigation as an adjunct professor at Tulane Law School.

After graduating Order of the Coif and *magna cum laude* from Tulane Law School in 1994, the undersigned clerked for then-Justice Harry T. Lemmon of the Louisiana Supreme Court. Joining the firm of Herman Herman Katz & Cotlar, LLP, in 1995, the undersigned has developed a broad civil practice, including everything from flood and fire loss cases, to commercial and insurance coverage cases, to product liability and highway defect cases, to professional liability and employment cases, to construction and contract disputes.

The undersigned has extensive experience in class action, multi-district, and other complex cases, including appointment to the Plaintiffs' Steering Committee in *In re: Express Scripts Pharmacy Benefits Management Litigation,* MDL No. 1672 (E.D.Mo.); Lead Counsel in *Schultz, et al, v. Texaco,* No.00-Civ-0439 (S.D.N.Y); and active participation in *Scott v. American Tobacco,* No.96-8461 (CDC Parish of Orleans, State of La.); *In re Vioxx Prod. Liab. Litig.*, MDL No. 1657 (E.D.La.); *Dumas v. Angus,* No.92-1707 (4th JDC, State of La.); *Brodie v. PMIC,* 975 S.W.2d 57 (Tex. App. 4th Dist. - San Antonio 1998); *In re Managed Care litigation,* MDL No. 1334 (S.D.Fla.); *In re Industrial Life Ins. Litig.,* MDL No. 1371 (E.D.La.); and, *In re Propulsid Prod. Liab. Litig.*, MDL No. 1355 (E.D.La.).

The undersigned is the author of *America and the Law: Challenges for the 21st Century* (Austin & Winfield, 1998) (revised edition, Gravier House Press, 1999), and has published articles, essays and book chapters in ATLA's *Tort Litigation, Civil Trial Practice, TRIAL, Louisiana*

*Advocates, The Federal Lawyer, Sidebar,* the *Australian Products Liability Reporter,* and *Tulane Law Review.*

In addition to ethics and professionalism, the undersigned has spoken on numerous other topics, including litigation strategy, experts, e-discovery, class actions and complex discovery.

The undersigned was a finalist for TLPJ's "Trial Lawyer of the Year" award in 2005, is a fellow of the Litigation Counsel of America, and is a past president of the Civil Justice Foundation.

**WHEREFORE**, the undersigned respectfully prays that Stephen J. Herman be appointed to the Plaintiffs' Steering Committee.

This 10th day of July, 2009.

Respectfully submitted,

    /s/ Stephen J. Herman
**STEPHEN J. HERMAN**, Bar No. 23129
**HERMAN, HERMAN, KATZ & COTLAR, LLP**
820 O'Keefe Avenue
New Orleans, LA 70113
Telephone: (504) 581-4892
Fax No. (504) 561-6024
E-Mail: sherman@hhkc.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Application will be filed via the ECF Filing System and will be available for viewing and downloading this 10th day of July, 2009.

                                                /s/ Stephen J. Herman