FILED 09 JUL 09 13:24 USDC LAE

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|   |   |   |
|---|---|---|
|   | : | MDL NO. 2047 |
|   | : |   |
| IN RE: CHINESE-MANUFACTURED DRYWALL | : | SECTION: L |
|   | : |   |
|   | : | JUDGE FALLON |
|   | : | MAG. JUDGE WILKINSON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..: |   |   |

### APPLICATION OF DON BARRETT, P.A. FOR PLAINTIFFS STEERING COMMITTEE MEMBERSHIP

Don Barrett, P.A. hereby applies for membership for the Plaintiffs Steering Committee, and in support of the Application attaches and incorporates the Affidavits of Don Barrett (Exhibit "1") and David McMullan, Jr. (Exhibit "2").

As is more particularly set out in the attached Affidavits, we are willing and able to commit the necessary time and resources to pursue this matter. We believe that we have the necessary experience and reputation of working cooperatively with co-counsel and counsel opposite. Presently we represent the Plaintiffs "*Timothy Perry and Tracey Perry v. Knauf, et al.*" pending in the United States District Court, Southern District of Mississippi.

Respectfully submitted,

By: _____
David McMullan, Jr. (MSB No. 8494)

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No.____

## CERTIFICATE OF SERVICE

    I hereby certify that I have served by United State Mail, copies of the above on all persons named on the list attached to Pretrial Order #1.

This the 8th day of July, 2009.

                                                  */s/ David McMullan, Jr.*
                                                David McMullan, Jr.