

2009 JUL 10 AM 11: 35

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

MDL NO. 2047
SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO ALL CASES

### APPLICATION OF CHARLES S. ZIMMERMAN
### FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE

I respectfully submit this Application for appointment to the Plaintiffs' Steering Committee. Zimmerman Reed[1] represents plaintiffs in *Ghafari v. Knauf Gips KG, et al.*, No. 09-cv-21331(S.D. Fl.). In addition to representing several homeowners in this litigation, Zimmerman Reed is also advising a state attorney general about the state's rights to seek recovery on behalf of a large number of citizens affected by the defective drywall.

Charles Zimmerman and the attorneys at Zimmerman Reed know how to lead an MDL. I have recently served as lead counsel in three important and successful MDLs. In *In re: Guidant Corp. Implantable Defibrillators Products Liability Litigation*, No. 05-md-1708 (D. Minn.), the Honorable Donovan Frank appointed me as co-lead counsel. This case resulted in a $240M

---

[1] As co-counsel with Panter, Panter & Sampedro.

___Fee_____
___Process___
_X_Dktd_____
___CtRmDep___
___Doc. No.___

1

global settlement and was one of the largest and most complex MDLs in recent history.[2] I also served as co-lead counsel in *In re Medtronic, Inc. Implantable Defibrillators Products Liability Litigation*, No. 05-md-1726 (D. Minn.), having been appointed by the Honorable Chief Judge James Rosenbaum. The Medtronic MDL recently settled for approximately $100M. I also served as co-lead counsel in *In Re: Baycol Products Litigation*, No. 01-md-1431 (D. Minn.), before the Honorable Michael Davis. The *Baycol* MDL was settled in record time with settlement in state and federal courts totaling over $1.1B. Significantly, the *Baycol* MDL represented the first very large medical products case post-Fen-Phen. It created the new model for recognition of individual cases within an MDL framework, a model followed in the *Guidant*, *Medtronic*, and *Vioxx* MDLs.

My service in these complex cases has given me significant insight about how to litigate, manage, and resolve large and complicated cases. As the Court is aware, I also remain an active member of the *In re Propulsid Products Liability Litigation,* No. MDL -1355 (E.D. La.), PSC where the Court has had the opportunity to observe my capabilities, stewardship, and commitment. I have served in leadership positions in many complex cases for fifteen years. My class action and mass tort experience reaches back to 1982, when I left a large Minneapolis law firm and founded Zimmerman Reed to focus on this area of law, primarily in federal courts.

The *Propulsid* model is one example of my aptitude as a leader, the *Baycol* model another, and the *Guidant/Medtronic* model a third—each crafted through a tailored process of advocacy, professionalism, respect, and problem solving that served both the interest of the case at issue and of justice. As my experiences in *Propulsid, Guidant, Medtronic,* and *Baycol*

---

[2] Over 8,100 settled and paid claimants.

demonstrate, I devote significant personal and firm resources when I am appointed to serve on a Plaintiffs' Steering Committee.

I have also been appointed a member of numerous MDL plaintiffs' steering committees, including:

- *Dante vs. Dow Corning Corp.* MDL 926 (S.D. Ohio 1991)(appointed member of lead counsel committee (LLC) in Dow Corning breast implant litigation by U.S. District Court Judge Carl Rubin) (transferred to Judge Sam Porter and served as head of bioplasty committee and global settlement committee)
- *In re Norplant Contraceptive Products Liab. Litig.* MDL 1038 (E.D. Tex.) (appointed to PSC by Judge Richard Shell)
- *In re Castano Tobacco Litigation.* (E.D. LA) (appointed to PSC by Judge Jones)
- *In re TMJ Product Liab. Litig.* MDL 1001 (D. Minn.)(appointed to PSC by Judge Paul Magnuson)
- *In re Telectronics Accufix Atrial J Lead Litig.* MDL 1057 (S.D. Ohio)(appointed to PSC by Judge Arthur Spiegel)
- *In re St. Jude Medical, Inc. Silzone Heart Valves Products Liab. Litig.* MDL 1396 (D. Minn.)(appointed to the PSC by Judge John Tunheim)

Perhaps my work as lead counsel in the *Guidant* MDL best represents my qualifications. I would encourage this Court to inquire of Judge Frank, should it be appropriate. Judge Frank, in evaluating the work of all counsel in the *Guidant* MDL, observed that we provided, "superior work the court observed from the firm throughout this litigation." Memorandum Opinion and Order, December 23, 2008, Docket No. 3558.

The *Guidant* MDL has required extraordinary efforts to achieve cooperation and coordination between the state court, plaintiffs' counsel, and the MDL plaintiff and defense counsel. I worked tirelessly to facilitate (and often mend) the lines of communication between these groups with the knowledge that successful management of a mass tort required civil communication, litigation coordination, and cooperation between many state courts and the MDL court. The *Guidant* MDL has been a credit to everyone who participated in this massive

3

cooperative effort. In addition, I have run an MDL characterized by civility, that achieved prompt justice and cost efficiency, adopted state of the art computerized document preservation and access systems, and instituted worldwide deposition protocols and programs. I hope these standards will serve as a benchmark for Drywall to exceed in working through similar complex issues.

I have also recently authored a treatise published by Thomson/West Publishing entitled *Pharmaceutical and Medical Device Litigation*, which provides insight and analysis on how to effectively manage mass litigation. Further, I was appointed an adjunct professor of law at the University of Minnesota School of Law to teach complex litigation.

Complex cases require creative and honest communication driven by professional standards of excellence and preparation. Early resolution in major litigation does not occur unless the parties understand the litigation, the documents, causation, and most importantly, the risks each side faces. One of my most significant achievements, and one of which I am most proud, was my appointment as negotiator (along with Russ Herman and others) of the National Tobacco Settlement (June 20 Accord). Wendell Gauthier personally asked me to take his place at the negotiating table early in the negotiating process when he became ill. We achieved something no one thought possible, a change in tobacco culture in this country. The change in practices and public health was an issue that I helped champion and what I consider the most significant legacy of the Tobacco litigation. I worked very hard to achieve our goal of changing attitudes and perceptions about tobacco. This effort continues to save lives every day.

I look forward to the opportunity to serve in this important case.

Respectfully submitted,

ZIMMERMAN REED, P.L.L.P.

Dated: July 9, 2009  By _____
Charles S. Zimmerman
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
Phone: 612-341-0400

# AFFIDAVIT OF SERVICE

Re:  *In Re: Chinese-Manufactured Drywall Products Liability Litigation*
     MDL No. 2047

STATE OF MINNESOTA )
                   )ss.
COUNTY OF HENNEPIN )

Julie L. Tinkham, of the city of St. Paul, county of Ramsey, state of Minnesota, first being duly sworn, says that on the 9th day of July, 2009, she served the annexed Application of Charles S. Zimmerman for Appointment to Plaintiffs' Steering Committee upon the following parties by placing a true and correct copy in the United States Mail, postage prepaid thereon, at the address listed below:

JAN DOUGLAS ATLAS
ADORNO & YOSS LLP
350 EAST LAS OLAS BLVD  SUITE 1700
FORT LAUDERDALE  FL 33301

HILARIE BASS
GREENBERG TRAURIG LLP
1221 BRICKELL AVENUE
MIAMI FL 33131

GARY F BAUMANN
FULMER LEROY ALBEE BAUMANN & GLASS
2866 EAST OAKLAND PARK BLVD
FORT LAUDERDALE  FL 33306

DANIEL E BECNEL JR
BECNEL LAW FIRM LLC
106 W SEVENTH ST., P. O. DRAWER H
RESERVE  LA  70084

KIMBERLY L BOLDT
ALTER BOLDT BROWN RASY & CULMO PA
4141 N E 2ND AVENUE  SUITE 201
MIAMI  FL  33137

EDWARD J BRISCOE
FOWLER WHITE BURNETT PA
1395 BRICKELL AVE  14TH FLOOR
MIAMI  FL 33131

GREG S BURGE
BURR & FORMAN LLP
420 NORTH 20TH STREET  SUITE 3400
BIRMINGHAM  AL  35203

KNAUF PLASTERBOARD
NO. 2  GAN WAN RAOD
RC-241009 WHUHU ANHUI, CHINA

KNAUF PLASTERBOARD
NO. 2, XINSHA DEVELOPMENT ZONE
RC-52347 GUANGDONG, CHINA

LA SUPREMA ENTERPRISE
221 N E 164TH STREET
NORTH MIAMI BEACH  FL 33160

LA SUPREMA TRADING INC
221 N E 164TH STREET
N MIAMI BEACH FL 33160

JACK LANDSKRONER
LANDSKRONER GRIECO MADDEN LTD
1360 WEST 9TH STREET  SUITE 200
CLEVELAND  OH 44113

LEVIN ARNOLD
LEVIN FISHBEIN SEDRAN  BERMAN
510 WALNUT STREET  SUITE 500
PHILADELPHIA   PA 19106

PAUL RICARDO LOREDO
MINTZER SOROWITZ & ZERIS
255 ALHAMBRA CIRCLE  SUITE 1150
CORAL GABLES FL 33134

CHRISTOPHER C CASPER
JAMES HOYER NEWCOMER & SMILJANICH PA
4830 WEST KENNEDY BLVD SUITE 550
TAMPA FL 33609

SUSAN J COLE
BICE COLE LAW FIRM
999 PONCE DE LEON BLVD SUITE 710
CORAL GABLES FL 33134

CHRIS S COUTROULIS
CARTLON FIELDS PA
4221 W BOY SCOUT BLVD SUITE 1000
TAMPA FL 33601

VICTOR M DIAZ JR
PODHURST ORSECK JOSEFSBERG
25 W FLAGLER STREET SUITE 800
MIAMI FL 33130

KENNETH G. GILMAN
GILMAN & PASTOR LLP
6363 HIGHCROFT DRIVE
NAPLES FL 34119

INTERIOR EXTERIOR BUILDING
727 S CORTEZ
NEW ORLEANS LA 70119

KNAUF GIPS KG
RIDHAM DOCK, KEMSLEY
SITTINGBOURNE, KENT ME 9 8SR, UK

KNAUF PLASTERBOARD
NORTH YINHE BRIDGE, EAST JINGJIN ROAD
BICHEN DISTRICT
TIANJIN CHINA 300400 P. R. C.

STEVEN L NICHOLAS
CUNNINGHAM BOUNDS LLC
1601 DAUPHIN STREET P O BOX 66705
MOBILE AL 36660

JACK REISE
COUGHLIN STOIA GELLER RUDMAN & ROBBINS
120 EAST PALMETTO PARK RD SUITE 500
BOCA RATON FL 33432

ROTHCHILT INTERNATIONAL
N-510 CHIA HSN BLD.
ANNEX 96 CHUNG SHAN N RD. SEC. 2
TAIPEI TAIWAN R. O. C.

NEAL A SIVYRE
SIVYER BARLOW & WATSON PA
401 EAST JACKSON ST SUITE 2225
TAMPA FL 33602

SOUTH KENDALL CONSTRUTCION
2368 S E 17TH TER
HOMESTEAD FL 33035

BRUCE STECKLER
BARON & BUDD
3102 OAK LAWN AVE SUITE 1100
DALLAS TX 75219

TAISHAN GYPSUM CO LTD
DAWENKOU TAIAN
SHANDONG CHINA 271026

SCOTT WEINSTEIN
MORGAN & MORGAN PA
12800 UNIVERSITY DR SUITE 600
FORT MYERS FL 33907

*/s/ Jule K. Hinkham*

Subscribed and sworn to before me this 9th day of July, 2009.

*/s/ Julianne M. Van Norman*
Notary Public

JULIANNE M. VAN NORMAN
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2010



**ZIMMERMAN REED**
ATTORNEYS AT LAW

RECEIVED
JUL 10 2009
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

July 9, 2009

CHARLES S. ZIMMREMAN
Admitted in Minnesota
charlea.zimmerman@zimmreed.com

REPLY TO MINNEAPOLIS

*via Federal Express*

Clerk of Court
Eastern District of Louisiana
500 Poydras Street, Room C456
New Orleans, LA 70130

    *Re:*    In Re: Chinese-Manufactured Drywall Products Liability Litigation
            MDL No. 2047

Dear Sir or Madam:

Enclosed for filing is the Application of Charles S. Zimmerman for Appointment to Plaintiffs' Steering Committee.

Very truly yours,

ZIMMERMAN REED, P.L.L.P.

Charles S. Zimmerman

CSZ:jlt

Enclosures

cc:    Counsel of Record

**MINNEAPOLIS** | 651 NICOLLET MALL, SUITE 501  MINNEAPOLIS, MINNESOTA 55402  TEL 612.341.0400  FAX 612.341.0844  ZIMMREED.COM
**SCOTTSDALE** | 14646 NORTH KIERLAND BLVD, SUITE 145  SCOTTSDALE, ARIZONA 85254  TEL 480.348.6400  FAX 480.348.6415  ZIMMREED.COM