UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 2047 SECTION: L JUDGE FALLON |
| This document relates to all cases | * * | MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### APPLICATION FOR APPOINTMENT OF RUSS M. HERMAN TO PLAINTIFFS' STEERING COMMITTEE

On June 15, 2009, the Judicial Panel on Multidistrict Litigation issued a Transfer Order, pursuant to 28 U.S.C. § 1407, transferring and assigning all Chinese Drywall cases to the United States District Court for the Eastern District of Louisiana, Section L, for consolidated pretrial proceedings.

Pre-Trial Order No. 3 appointed Russ M. Herman as Plaintiffs' Liaison Counsel in this matter.  The further appointment of Russ M. Herman, Herman, Herman, Katz and Cotlar, LLP, to the Plaintiffs' Steering Committee will also advance the goals of efficiency and fairness, which are crucial to consolidated  multidistrict litigation and contribute to the Steering Committee and other management structure of the MDL.

The experience and ability to manage and administer large complex litigation from inception to end game has been repeatedly displayed in other litigation handled by Russ M. Herman and Herman, Herman, Katz & Cotlar, LLP. For a review of the law firm and its members, please visit

the Martindale-Hubbell website at www.martindale.com for a listing of credentials, and the firm's website at www.hhkc.com.

Currently, Mr. Herman serves as Liaison and Executive Committee Member before this Court in *In re: Vioxx Product Liability Litigation*, MDL No. 1657, and as Liaison and Lead Counsel in *In re: Propulsid Product Liability Litigation*, MDL No. 1355.  Both of those matters have resulted in settlement programs that have become novel, model programs which now have been viewed as innovative methodology for resolution of mass tort litigation. He and his firm, Herman, Herman, Katz & Cotlar, LLP, have a long history of work in class action and complex litigation, including the following cases: *Thompson v. Metropolitan Life Ins.* (No. 00-CIV.-5071, SDNY), *Dumas v. Angus Chemical Corp.* (No. 92-1707, LA-4th JDC), *Scott v. American Tobacco Co.* (No. 96-8461, Orleans CDC), *Brodie, et al v. Physicians Mutual Insurance Company* (No. 94-CI-04251), *In re Industrial Life Ins. Litig.* (MDL #1371), *In re Managed Care litigation* (MDL # 1334), *In re Rezulin Product Liability Litigation* (MDL # 1347), *In the Matter of the Complaint of the Clearsky Shipping Corporation* (No. 96-4099), and *In re Phenylpropanolamine (PPA) Products Liability Litigation* (MDL # 1407). Further, Mr. Herman is well respected by his colleagues. Russ M. Herman has an AV rating by Martindale-Hubbell.. Herman, Herman, Katz & Cotlar, LLP, has the resources and the commitment to handle the responsibilities of his appointment to the Plaintiffs' Steering Committee.. The firm was originally established in 1942 and has since earned a reputation for promoting and protecting the rights of all citizens and achieving significant victories on behalf of their clients.

Partners in the law firm of Herman, Herman, Katz & Cotlar, LLP, in other large complex

matters have worked closely with members of the plaintiffs' steering committees or lead counsel to administer the role of liaison counsel. Partners and associates of HHKC are likewise committed to handling this litigation.

WHEREFORE, it is respectfully requested that Russ M. Herman be appointed to the Plaintiffs' Steering Committee.

                Respectfully submitted,

/s/ Russ M. Herman
**RUSS M. HERMAN (La. Bar #6819)**
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Phone:    (504) 581-4892
Fax:    (504) 561-6024
rherman@hhkc.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Application of Russ M. Herman for Appointment to the Plaintiffs' Steering Committee was filed electronically on the below date and is available for viewing and downloading from the ECF System of United Sates District Court for the Eastern District of Louisiana this the 10th day of July, 2009.

/s/ Russ M. Herman
**Russ M. Herman**