# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED     *     MDL NO. 2047
      DRYWALL PRODUCTS LIABILITY    *
      LITIGATION MDL NO. 2047       *     SECTION: L
                                            *
                                            *     JUDGE FALLON
                                            *     MAG. JUDGE WILKINSON

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## APPLICATION OF SHELLY A. SANFORD FOR PLAINTIFFS' STEERING COMMITTEE

**TO THE HONORABLE JUDGE ELDON E. FALLON:**

In accordance with Pre-trial Order #1, please accept this application of the undersigned, Shelly A. Sanford, to the Plaintiffs' Steering Committee. I have Chinese-Drywall Plaintiff property-damage cases in this MDL[1] and in State Courts and will continue to file cases in this MDL. In addition, one of my co-counsel has a Drywall case set for trial in State Court of Alabama for November of 2009. I have six (6) cases in Alabama, and am also currently investigating potential cases in Texas, Alabama, Mississippi and Louisiana. I will be in a position to affect coordination of the Alabama trial case and others with the MDL. I have discussed with the Kokoszka plaintiffs placement of their property damage case as a potential Bellwether trial in this Court, and, if selected, the need to waive *Lexicon.* I and my co-counsel are committed to the time and resources needed to moving cases into to MDL and to trial in the MDL.

As set forth in support of this Application, I am willing and available to commit to this

---

[1] Shelly Sanford is lead counsel in U.S. District Court Southern District of Alabama (Mobile), CIVIL DOCKET FOR CASE #: 1:09-cv-00371-N; Jason Kokoszka and Heather Kokoszka vs. Knauf Gips KG; Knauf Plasterboard Tianjim Co., Ltd.; Knauf Plasterboard Wuhu Co. Ltd.; Kanuf Plasterboard Dongguan Co. Ltd.; Rothchilt International Limited; USG Corporation; L&W Supply Corporation also d/b/a Seacoast Supply; and Interior & Exterior Building Supply, L.P.

project, have a proven ability to work cooperatively with others, and have the requisite experience in this type of litigation. In addition, I reside in Houston, Texas, where there are many direct flights on Southwest Airlines and Continental Airlines to and from New Orleans each day. Further:

1.  I am AV-rated by Martindal Hubbell. I obtained a Bachelor's of Journalism degree from the University of Texas at Austin in 1989 and a J.D. from St. Mary's University School of Law in 1992.  I was a judicial intern to Raul Gonzales at the Texas Supreme Court.  My legal practice has focused primarily on product liability and mass tort litigation against Fortune 500 companies.

2.  I have been appointed by Federal Courts to the Plaintiffs' Steering Committees (PSCs) in multi-district litigation against Merck & Co., Inc. relating to the prescription drugs Vioxx (New Orleans, LA) and Fosamax (NYC), against Pfizer, Inc. relating to the prescription drugs Bextra/Celebrex (San Francisco), and against Actavis, Mylan and UDL in (Charleston, WV). Both Vioxx and Bextra are winding down.

3.  I have a sufficient staff of attorneys and paralegals to support involvement in the litigation. I am willing and able to make a personal commitment to the litigation and to do the work necessary to further the interests of the case. I have the time and resources necessary to make this commitment. My law partner, Alex Barlow, is licensed in Mississippi as well as Texas. Our senior Associate attorney, Anthony Coveny, has clerked for the Honorable David Hitner in the Southern District of Texas, and was briefing attorney for the Honorable David Boies of the 14th Court of Appeals of Texas, Houston Division.

4.  I have extensive experience in prosecuting and litigating complex products liability cases. In addition to pharmaceuticals, devices, and automobiles, these include without limitation mass tort property damage cases against Chevron, Exxon, AT&T,  Monsanto, Southern

Pacific Railroad, Voluntary Purchasing Group, the Republic of Nauru, Schneider National Carriers, Inc., Elf Atochem North America, Inc., Elf Atochem Plating, Inc., Reichold, Inc., Aluminum Chemical, Inc., Merichem-Sasol USA LLC, and Ritchie Brothers Auctioneers, Inc. I have litigated products liability claims in the United States against foreign entities as well, including without limitation the Republic of Nauru, Boehringer Ingelheim, and Bridgestone. Further information may be found at my firm website, http://www.SanfordBarlow.com.

5. I have experience as counsel on four Houston area cases involving entire subdivisions, three of which involved personal injury and property contamination, and the third involving property damages due to the abandonment of the subdivision by the developer. Each settled for confidential but substantial amounts.

6. The bulk of my initial practice as a lawyer involved environmental law and insurance claims involving environmental hazards. As such I became familiar with tracing contaminants and the funds necessary to remediate contaminated properties.

7. I was a founding chair and chair of the American Association for Justice's (formerly ATLA) Vioxx Litigation Group (Cox-2 and other NSAIDs) from 2002 through 2006, which included more than 1000 members. I have been an active member of AAJ, Texas Trial Lawyer's Association, and The Association of Trial Lawyers of America.

8. I have been Outside Counsel for the State of Texas in their Vioxx Medicaid Fraud litigation against Merck and consult with other Attorney's General and Governmental Entities in similar products fraud litigation.

9. I have experience as a Chair or Co-Chair of large Science and Discovery Committees for MDLs, and as a member of Discovery, Experts, Trial selection, Trial, Common Benefit Fees, Governmental Entities, and Trial Package Committees. As such, I believe I have a proven

record of working for the common benefit of the claimants and evidencing leadership and regular team member skills.

10. I was awarded the Clarence Darrow Award by Mass Torts Made Perfect in November of 2008, and have twice been invited by the American Trial Lawyers Association for membership in the Top 100 Trial Lawyers (Texas 2007-2008).

11. I am familiar with and respect this Court's practices and policies and would be honored to be appointed to the Plaintiffs' Steering Committee should the Court be so inclined.

Dated: 10th day of July, 2009.

                                          s/Shelly A. Sanford
                                          Shelly A. Sanford

## CERTIFICATE OF SERVICE

I certify that on this 10th day of July, 2009, the foregoing Application of Shelly A. Sanford to The Plaintiffs' Steering Committee has been served by electronic mail upon all counsel included in the service list attached to the Court's Pretrial Order #1, as well as any other plaintiffs' counsel known to have a federal drywall case pending.

                                          s/Shelly A. Sanford
                                          Shelly A. Sanford