UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED | * | MDL NO. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION: L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| This document relates to all cases | * | MAG. JUDGE WILKINSON |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## APPLICATION FOR APPOINTMENT OF LEONARD A. DAVIS
## TO PLAINTIFFS' STEERING COMMITTEE

On June 15, 2009, the Judicial Panel on Multidistrict Litigation issued a Transfer Order, pursuant to 28 U.S.C. § 1407, transferring and assigning all Chinese Drywall cases to the United States District Court for the Eastern District of Louisiana, Section L, for consolidated pretrial proceedings.

The appointment of Leonard A. Davis, Herman, Herman, Katz and Cotlar, LLP, to the Plaintiffs' Steering Committee will further the goals of efficiency and fairness, which are crucial to consolidated multidistrict litigation, Leonard A. Davis will contribute to the Steering Committee and other management structure of the MDL.

The experience and ability to manage and administer large complex litigation from inception to end game has been repeatedly displayed in other litigation handled or participated in by Leonard A. Davis and Herman, Herman, Katz & Cotlar, LLP. For a review of the law firm and its members, please visit the Martindale-Hubbell website at www.martindale.com for a listing of credentials, and

the firm's website at www.hhkc.com where a resume can be viewed.

Mr. Davis has been very active thus far in handling Chinese Drywall cases. He has performed inspections, consulted with experts, performed research and drafted pleadings. He has also assisted Plaintiffs' Liaison Counsel, Russ M. Herman, in this litigation. Mr. Davis has historically been an integral component of several mass complex cases pending before this Court and others. For example, this Court is very aware of the functions, roles and duties Mr. Davis has played in the *In re: Vioxx Products Liability Litigation*, MDL No. 1657 and in the *In re: Propulsid Products Liability Litigation*, MDL No. 1355. Mr. Davis served on the Administrative Committee, the Discovery Committee, the Depository Committee in *Vioxx* and played an active role in many other of the several committees. Likewise, he played similar roles in the *Propulsid* litigation. Both of those matters have resulted in settlement programs that have become novel, model programs which now have been viewed as innovative methodology for resolution of mass tort litigation. He and his firm have a long history of work in class action and complex litigation, including the following cases: *Dumas v. Angus Chemical Corp.* (No. 92-1707, LA-4th JDC), *Scott v. American Tobacco Co.* (No. 96-8461, Orleans CDC), *Shames v. City of San Diego* (Case No. GIC831539, Superior Court of the State of California for the County of San Diego), *In re Industrial Life Ins. Litig.* (MDL #1371), *In re Rezulin Product Liability Litigation* (MDL #1347), *In re: Express Scripts Pharmacy Benefits Management Litigation,* MDL No. 1672 (E.D.Mo.)*,* and *In the Matter of the Complaint of the Clearsky Shipping Corporation* (No. 96-4099).

Further, Mr. Davis is well respected by his colleagues. Leonard A. Davis has an AV rating by Martindale-Hubbell.. Herman, Herman, Katz & Cotlar, LLP, has the resources and the

commitment to handle the responsibilities of his appointment to the Plaintiffs' Steering Committee. The firm was originally established in 1942 and has since earned a reputation for promoting and protecting the rights of all citizens and achieving significant victories on behalf of their clients.

Mr. Davis has participated in other large complex matters and has worked closely with members of the plaintiffs' steering committees, lead counsel and liaison counsel to assist and provide administrative functions to liaison counsel. Mr. Davis applies, in addition to the foregoing, to be appointed as Assistant Liaison Counsel to Russ M. Herman and also is willing to serve as Co-Chair of the Administrative and Depository Committees, as well as serve on other committees to be established in this case.

WHEREFORE, it is respectfully requested that Leonard A. Davis be appointed to the Plaintiffs' Steering Committee.

Respectfully submitted,

/s/ Leonard A. Davis
**Leonard A. Davis (La. Bar #14190)**
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Phone:       (504) 581-4892
Fax:         (504) 561-6024
ldavis@hhkc.com

### **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Application of Leonard A. Davis for Appointment to the Plaintiffs' Steering Committee was filed electronically

-3-

on the below date and is available for viewing and downloading from the ECF System of United Sates District Court for the Eastern District of Louisiana this the 10th day of July, 2009.

/s/ Leonard A. Davis
**Leonard A. Davis**