**IN THE UNITED STATES DISTRICT COURT**
**EASTERN  DISTRICT OF LOUISIANA**

|  |  |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | * **MDL NO. 2047** <br> * **SECTION: L** <br> * **JUDGE FALLON** <br> * **MAG. JUDGE** <br> * **WILKINSON** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* \*

## APPLICATION FOR APPOINTMENT OF R. TUCKER YANCE AS ALABAMA LIAISON COUNSEL FOR PLAINITFFS

COMES NOW, R. Tucker Yance of Yance Law Firm, LLC and hereby respectfully files this application to be appointed by the Court as Alabama liaison counsel for the Plaintiffs in the above styled MDL proceeding.  The undersigned respectfully submits that said appointment would promote the organized and efficient goals expressed by this Court toward an expeditious resolution of this case.   Mr. Yance currently has Alabama State Court cases that are un-filed and one Alabama MDL case where he is co-counsel (Kokoszka).

Mr. Yance possesses the appropriate combination of work ethic, litigation experience, trial skills, organizational skills, vigor, and ability to work cooperatively and professionally with counsel for plaintiffs and defendants.  He is willing and available to commit the time and resources necessary to carry out his role as Alabama liaison counsel. Geographically, Mr. Yance's location in Mobile, Alabama will place him in close and convenient proximity to this Court as well as Alabama's "hotbed" of residential development in the coastal counties of Alabama where it is believed the majority of

Alabama claims will be centered. Mr. Yance currently represents claimants in Baldwin County, Alabama and is in the process of evaluating claims in Mobile County, Alabama.

Mr. Yance has spent his entire career litigating highly technical and/or complex cases. While his focus has been on individual catastrophic injury and death cases in areas such as products liability, medical malpractice, engineering malpractice, industrial catastrophes, aviation accidents and the like, he also has experience in class actions and mass tort litigation. This experience includes: In Re: Sulzer Hip Prosthesis and Knee Prosthesis Liability Litigation MDL Docket No. 01-CV-9000 (MDL No. 1401); and Glenn Franklin Evans v. Sulzer Orthopedics, Inc., et al CV-01-3023 (Circuit Court of Mobile County, Alabama); Mummert v. Days Inn Worldwide CV-03-162 (Circuit Court of Escambia County, Alabama); Partridge, Smith P.C. v. Loube Consulting International, Inc. et al CV-2008-901611.00 (Circuit Court of Mobile County, Alabama); YIA v. Enrollment First, Inc. et al CV-2008-900476.00 (Circuit Court of Mobile County, Alabama); YIA v. MMW Holdings, LLC, et al CV-2008-900527.00 (Circuit Court of Mobile County, Alabama);

Mr. Yance's innate grasp of litigation and trial practice began the year he graduated from law school. In his first year of law practice and second jury trial, Mr. Yance convinced a jury to return a $300,000.00 verdict for his client in a car wreck case with minimal property damage and very modest medical specials. Phillips v. Fuji CV-00-3173 (Circuit Court of Mobile County, Alabama). In his fifth year of practice he was recognized by the Alabama Law Weekly as achieving the second largest jury verdict in the state of Alabama that year with a $10,250,000.00 verdict against Target Corporation for an injured worker who suffered a 17-foot fall after being knocked out of his aerial scissor lift. The Plaintiff in that case had less than $50,000 in medical bills. Scheurer v. Target Corporation CV-04-1049 (Circuit Court of Mobile County, AL). Throughout his career, Mr. Yance has achieved numerous other substantial results for his clients- many in excess of $1 Million- in cases involving complex issues of products liability, medical malpractice, industrial accidents, and engineering malpractice.

Mr. Yance has experience handling high profile construction oriented cases. In 2005 and 2006, Mr. Yance represented the Retirement Systems of Alabama in a case against a geotechnical engineering firm for its alleged malpractice occurring during construction of the tallest building in the State of Alabama. RSA et al v. Geotechnical Engineering-Testing, Inc. CV-05-1008. The case was ultimately resolved confidentially. In addition, Mr. Yance has handled cases involving porch collapses, structural failure, water-heater defects, OSHA violations, and many others.

As an of counsel member of Yance Law Firm, James A. Yance brings a wealth of knowledge and experience to the forefront in all aspects of litigation and trial practice. He has achieved record setting verdicts all over the state of Alabama, a few of which include: Lillian West v. Montrose Bay Health (Baldwin County, Alabama Circuit Court)-$65,000,000.00- 65 Million Dollar jury verdict following a 10 day trial in a Medical Malpractice action against a nursing home for negligent, wanton and abusive care provided to a resident of the facility. Owen George Gillam, Sr. v. FMC Corporation (Mobile County, Alabama Circuit Court)- $25,300,000.00- 25.3 Million Dollar jury verdict following a 4 day trial in a product liability action arising out of a rollover of a defective tractor. Raymond Overstreet, et. al. v. The Doug Ruedlinger Co. (Mobile County, Alabama Circuit Court)- $10,000,000.00- 10 Million Dollar jury verdict following a 3 day trial in a fraud action involving a student medical policy for a seriously injured high school football player. James J. McMillan v. Massey Ferguson (Mobile County, Alabama Circuit Court)-$10,584,000.00- 10.5 Million Dollar jury verdict following a 5 day trial in a product liability action against a tractor company arising out of a defective piece of farm equipment (corn header) that caused catastrophic injuries to the plaintiff. Amanda Lynn Ard v. South Baldwin Hospital, et.al (Baldwin County, Alabama Circuit Court)- $5,500,000.00- 5.5 Million Dollar jury verdict against anesthesiologists following a 5 day trial in a Medical Malpractice action for use of inappropriate anesthesia equipment and technique during a simple tonsillectomy resulting in severe anoxia and brain damage to a young child. Blubaugh v. Federal Express Corporation (Baldwin County, Alabama Circuit Court)-

$5,007,000.00- 5 Million Dollar jury verdict following a 5 day trial in a personal injury action arising out of the wanton conduct of the defendant in backing a delivery truck into the plaintiff resulting in severe, life altering injuries to her. <u>Coleman v. GAF Building Materials Corporation</u> CV-96-0954 (Circuit Court of Mobile County, Alabama) $75,000,000.00 (approx.)- Nationwide Class action involving defective roofing shingles in which he served as Co-lead counsel.  The estimated value of the settlement is $75 Million.

      The undersigned has the skill, commitment and diligence to fulfill all duties of the requested appointment.  WHEREFORE, the undersigned moves this Honorable Court to appoint R. Tucker Yance as Alabama Liaison Counsel for the Plaintiffs in this proceeding.

        Respectfully submitted,

        s/R. Tucker Yance
        R. TUCKER YANCE (YANCR9775)
        YANCE LAW FIRM, LLC
        169 Dauphin Street suite 318
        Mobile, AL  36602
        (251) 432-8003
        (251) 432-8009 FAX
        rty@yancelaw.com

## CERTIFICATE OF SERVICE

      I certify that on July 10, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Russ M. Herman rwestenfeld@hhkc.com

Kerry J. Miller kmiller@frilot.com,scavet@frilot.com

      I further certify that I served the foregoing by electronic mail to all counsel of record.

        s/R. Tucker Yance
        R. TUCKER YANCE (YANCR9775)