UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:  Garcia, et al v. Lennar Corporation, et al; Docket No. 2:09-cv-04118 | MDL NO. 2047<br><br>SECTION:  L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

<u>NOTICE OF APPEARANCE OF CO-COUNSEL</u>

TO THE HONORABLE JUDGE ELDON E. FALLON:

        Plaintiffs give notice to the Court that Dawn M. Barrios and Bruce S. Kingsdorf of the firm of Barrios, Kingsdorf & Casteix, L.L.P. will be co-counsel for Plaintiffs, Lorena Garcia, Angela Garcia, Hector Barrozo and Maria Ines Pinar De Barrozo, along with their current attorneys of record, Jeremy Alters, Beth Tyler Vogelsang, Charles J. LaDuca, Don Russo, Kimberly L. Boldt, Robert K. Shelquist, Shawn M. Raiter, William H. Anderson and Yvonne M. Flaherty.  Notice of this designation is provided to all of the parties as required by the Federal Rules of Civil Procedure.

**Dated:**  July 10, 2009

Respectfully submitted,

**BARRIOS, KINGSDORF & CASTEIX, LLP**

By:  /s/ Dawn M. Barrios
Dawn M. Barrios (LA Bar Roll #2821)
Bruce S. Kingsdorf (LA Bar Roll #7403)
701 Poydras Street, Suite 3650
New Orleans, Louisiana  70139
Tel: (504) 524-3300
Fax: (504) 524-3313
Email: Barrios@bkc-law.com
        Kingsdorf@bkc-law.com

*Attorneys for Plaintiffs*

1

**<u>CERTIFICATE OF SERVICE</u>**

I, the undersigned, do hereby certify that I have this 10th day of July, 2009, electronically filed a copy of the foregoing with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the parties of record.

<u>/s/ Dawn M. Barrios</u>