UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:  Minafri v. M/I Homes, et al; Docket No. 2:09-cv-04120 | MDL NO. 2047<br><br>SECTION:  L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

NOTICE OF APPEARANCE OF CO-COUNSEL

TO THE HONORABLE JUDGE ELDON E. FALLON:

      Plaintiff gives notice to the Court that Dawn M. Barrios and Bruce S. Kingsdorf of the firm of Barrios, Kingsdorf & Casteix, L.L.P. will be co-counsel for Plaintiff, Steven Minafri, along with their current attorneys of record, Jack Landskroner, Andrew A. Lemmon, Charles J. LaDuca, Drew Legando, Harry T. Lemmon, Irma L. Netting, Jeremy Alters, Robert K. Shelquist, Shawn M. Raiter, William H. Anderson and Yvonne M. Flaherty.  Notice of this designation is provided to all of the parties as required by the Federal Rules of Civil Procedure.

**Dated:**  July 10, 2009        Respectfully submitted,

        **BARRIOS, KINGSDORF & CASTEIX, LLP**

        By: /s/ Dawn M. Barrios
        Dawn M. Barrios (LA Bar Roll #2821)
        Bruce S. Kingsdorf (LA Bar Roll #7403)
        701 Poydras Street, Suite 3650
        New Orleans, Louisiana  70139
        Tel: (504) 524-3300
        Fax: (504) 524-3313
        Email: Barrios@bkc-law.com
               Kingsdorf@bkc-law.com

        *Attorneys for Plaintiffs*

1

2

## **CERTIFICATE OF SERVICE**

  I, the undersigned, do hereby certify that I have this 10th day of July, 2009, electronically filed a copy of the foregoing with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the parties of record.

/s/ Dawn M. Barrios