UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | CHINESE-MANUFACTRED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL No. 2047 SECTION: L JUDGE FALLON MAGISTRATE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOW INTO COURT, comes Scott M. Galante of Galante & Bivalacqua, who respectfully requests that this Honorable Court appoint him to the Plaintiffs' Steering Committee to represent the interests of all plaintiffs in the above-referenced matter.

Galante & Bivalacqua, LLC was founded within the first sixty days following the landfall of Hurricane Katrina in the New Orleans area. The firm is a three lawyer firm devoted almost exclusively to Plaintiffs' litigation. The firm began its existence handling a significant number of cases directly related to Hurricane Katrina and the damage it caused. The firm represented individual homeowners and business clients, all of whom were offered drastically reduced rates. Galante & Bivalacqua currently handles a significant number of cases directly related to construction materials, construction issues, and contractor fraud. Scott Galante has been practicing law for nine years and has been teaching at Tulane University in the Trial Advocacy Program since 2005.

Your applicant has spent the vast majority of his career almost exclusively focused on mass torts and complex litigation, having litigated and tried matters in various states including, but not limited to, Michigan, West Virginia, Louisiana, and Florida. While previously working for a prominent national litigation firm based in Charleston,

1

SC, Scott Galante was a member of a trial team that prepared for and tried a mass trial setting, entitled *In Re Asbestos Personal Injury Litigation Mass Litigation Panel, Kanawha County, WV Civil Action No: 02-C-9004* in which in excess of 8,000 plaintiffs were consolidated for suit against several hundred defendants. Following the Mass Litigation Panel trial, your applicant was added to a trial team of four attorneys responsible for three trial settings per year of ten "exigent" plaintiffs per trial throughout 2003, 2004 and into early 2005. Additionally, undersigned tried a second mass trial setting in West Virginia over a month long period as one of a two-lawyer trial team in the matter entitled Asbestos *Personal Injury Litigation Kanawha County Civil Action No. 03-C-980 Remnant Trial.* In each of the above-referenced matters, he personally undertook discovery, expert preparation, legal briefing, and in-court trial responsibilities.

Experience in these matters will prove to be a valuable asset in the Chinese Drywall Litigation. The factual circumstances and scientific issues related to this litigation are, in some aspects, extremely similar to those in the asbestos realm as they both deal with a defective construction material that, when exposed to environmental conditions, volatilize an injurious substance. The discovery and expert issues related to liability and damages will be extremely similar in many aspects. It is clear that the kinds of issues and liability involved in this matter are quite close in nature to the realm of asbestos litigation, an area in which your applicant has a significant and vast experience which this process should find most useful.

Moreover, the involvement in the several mass settings and the series of exigent settings as referenced above demonstrate experience with complex litigation involving hundreds of parties tried on relatively short time tables and in a "rolling docket" fashion.

2

Scott Galante believes that his experience in those matters will provide the PSC or related committees valuable, hands-on experience with the management of discovery and trial issues as they are related to preparing for a large number of individual trials.

Finally, during his tenure with his previous firm, Scott Galante was involved with issues relating to the mass claim resolution (in some cases in the context of bankruptcy trusts and/or pre-pack bankruptcy plans) with numerous product manufacturing entities, insurance issues related thereto and in at least one case the documentary discovery and legal issues related to a foreign entity doing business in the United States. It is anticipated that this experience will likewise be valuable in the context of this MDL.

Since founding Galante & Bivalacqua, LLC with Salvador I. Bivalacqua in 2005, Scott Galante has continued to handle the trial of asbestos-related matters in addition to involvement in numerous other complex litigation settings. In addition to the Hurricane-related matters and construction-related matters, of recent note is his limited involvement on behalf of a small group of Plaintiffs before this Honorable Court in the matter of *Patrick Joseph Turner, et al Versus Murphy Oil USA; Civil Action No. 05-4206 ("The Murphy Oil Spill Class Action")*. Finally, Scott Galante is involved in litigation related to significant commercial disputes.

Galante & Bivalacqua is currently representing several home owners in regards to their issues related to the defective Chinese drywall.[1] Additionally, undersigned is set to appear on several filings alongside other applicants in this matter. Galante & Bivalacqua is committed to this litigation and will allow for Scott Galante to provide the time, energy and resources necessary to see this litigation through. Moreover, Scott Galante looks

---

[1] The matters represented by the undersigned involve a state-law notice provision that has prevented their filing by the date this application is due. Nonetheless, undersigned counsel hereby assures the Honorable Court that those matters will be filed herein unless the remedy provisions of the related statute are met.

3

forward to continuing his history of working cooperatively, efficiently, and diligently with co-counsel, opposing counsel, and this Honorable Court.

Your applicant has practiced alongside many of the attorneys appearing on the service list in this matter and has a tremendous and deep respect for the quality and length of their service to their clients and the courts. Undersigned is aware that positions on the PSC or related committees in actions such as this are traditionally reserved for lawyers who have been in practice longer than himself. While your applicant has been practicing less time and has been involved in fewer complex actions than his esteemed colleagues seeking appointment, he respectfully suggests that he is particularly well suited to litigate this action based on vast experiences in an area of law involving similar issues and in actions that rivaled the complexity this matter promises to involve. Undersigned suggests that this matter and the related victims will be among those well served by him throughout a career which he hopes one day will be regarded in much the same way as that of the leaders of the current bar who also seeking appointments.

/s/ Scott M. Galante
Scott M. Galante, 26890
scott@gb-law.com
Galante & Bivalacqua, L.L.C.
650 Poydras Street, Suite 2015
New Orleans, Louisiana
Telephone: (504) 648-1858

4

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2009, I electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to liaison counsel of record directly and by operation of the Court's electronic filing system. Additionally same was forwarded directly to liaison counsel via electronic mail.

/s/ Scott M. Galante