UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re | ) | MDL No. 2047 |
| | ) | |
| CHINESE-MANUFACTURED DRYWALL | ) | Section: L |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | JUDGE FALLON |
| This Document Relates to All Cases. | ) | MAG. JUDGE WILKINSON |
| | ) | |

**APPLICATION OF JACK REISE OF COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP FOR APPOINTMENT TO THE
PLAINTIFFS' STEERING COMMITTEE**

Pursuant to this Court's Pretrial Order No. 1, dated June 16, 2009, I submit this application for appointment to Plaintiffs' Steering Committee (the "PSC"). I am a partner at Coughlin Stoia Geller Rudman & Robbins LLP ("Coughlin Stoia"), a nationally recognized premier class action firm, with 190 lawyers in offices in San Diego, San Francisco, New York, Boca Raton, Atlanta, Washington D.C., and Philadelphia.

On March 10, 2009, my firm filed one of the first class actions regarding Chinese-manufactured drywall. *Riesz v. Knauf Plasterboard, Tianjin Co.*, No. 09-CV-60371 (S.D. Fla.). My practice is almost exclusively focused on complex class litigation matters in federal courts throughout the country. In addition to having been appointed to serve as lead counsel in dozens of cases over the past 10 years, I have been actively involved in my firm's prosecution of some of the largest Chinese-manufactured product defect MDL actions to date. In these actions, my firm has devoted significant resources on behalf of nationwide classes to prosecute both foreign and local defendants. We are committed to devote similar resources in this MDL.

**I.      Professional Experience in This Type of Litigation**

The genesis of this litigation is defective product brought over from China. This relatively recent phenomenon has resulted in several other MDL litigations over the past few years wherein I have been actively involved in my firm's prosecution of such claims and where we have been appointed to serve in a leadership capacity in those litigations. Specifically, we are court-appointed co-lead counsel in a series of ongoing nationwide class actions against the manufacturers and sellers of defective Chinese-made products. *In re Mattel, Inc. Toy Lead Paint Prods. Liab. Litig.*, MDL No. 1897 (C.D. Cal.) (one of two co-lead counsel; involving 14 million Chinese-manufactured products); *In re Aqua Dots Prods. Liab. Litig.*, MDL No. 1940 (N.D. Ill.) (one of four co-lead counsel; involving 4.2 million Chinese-manufactured products); *Berry v. Mega Brands, Inc.*, No. 08-CV-1750 (D.N.J.) (one of two interim co-lead counsel; involving 10 million Chinese-manufactured

- 1 -

products); *Morris v. CBS Broadcasting, Inc.*, No. 08-CV-0592 (S.D.N.Y.) ("*Planet Toys*") (one of two co-lead counsel; involving Chinese-manufactured products). In addition, my firm was co-lead counsel in the *In re Pet Foods Products Liability Litigation*, MDL Docket No. 1850 (D.N.J.)**,** which recently settled for $24 million.

In addition, I have personally served as lead or co-lead counsel in dozens of other federal class actions, including:

- *In re NewPower Holdings, Inc. Securities Litigation*, No. 02-CV-1550 (S.D.N.Y.) ($41 million settlement);

- *Abrams v. Van Kampen Funds, Inc.*, No. 01 C 7538 (N.D. Ill.) ($31.5 million settlement);

- *In re AFC Enterprises, Inc. Securities Litigation*, No. 1:03-CV-0817 (N.D. Ga.) ($17 million settlement);

- *In re Eaton Vance Corporation Securities Litigation*, No. 01 CV 10911 (D. Ma.) ($10.5 million settlement);

- *Hicks v. Morgan Stanley*, No. 01 Civ. 10071 (S.D.N.Y.) ($10 million settlement); and

- *In re Choicepoint, Inc. Securities Litigation*, No. 1:05-CV-00686 (N.D. Ga.) ($10 million settlement).

Moreover, Coughlin Stoia is uniquely qualified for a PSC position in this MDL because many of the related actions have been filed as nationwide class actions. Class action litigation is a highly specialized field; Coughlin Stoia's strategy behind pleadings, discovery, briefing (including motions for class certification), and trials are based upon the talents of its attorneys who have prosecuted thousands of class action lawsuits. As demonstrated by Coughlin Stoia's firm resume, attached hereto as Exhibit A, and numerous commendations by federal district judges, my firm has extensive and substantial experience in complex nationwide class actions.

## II.     Willingness and Availability to Commit to a Time-Consuming Project

I have already committed a substantial amount of time to this litigation and will continue to devote the necessary time and resources to work with the other plaintiff firms to vigorously protect

the interests of injured homeowners. Moreover, with approximately 190 attorneys across the country, and having successfully litigated some of the most significant class actions in United States history, both in terms of landmark decisions and the recoveries obtained on behalf of tens of millions of consumers (more than $45 **billion**), my firm is willing and able to commit the necessary resources to this MDL. *See In re Enron Corp. Sec. Litig.*, No. H-01-3624 (S.D. Tex.) (achieving settlements totaling in excess of $7.3 billion, the largest aggregate settlement in securities litigation history); *In re Prudential Ins. Co. Sales Practices Litig.*, 962 F. Supp. 450 (D.N.J.) (exceeding $6 billion); *In re Metropolitan Life Ins. Co. Sales Practices Litig.*, MDL No. 96-179 (W.D. Pa.) (exceeding $1.19 billion); *In re Manufacturers Life Ins. Co. Premium Litig.*, MDL No. 1109 (S.D. Cal. Dec. 18, 1998) (over $550 million); *Schwartz v. Visa Int'l*, No. 822404-4 (Cal. Super. Ct., Alameda Cty.) (recovering a settlement of $800 million in cardholder losses, representing 100% of the alleged damages plus interest, and key reforms in one of the largest consumer verdicts ever awarded); *McNeil v. American Gen. Life & Acc. Ins. Co.*, No. 3-99-1157 (M.D. Tenn., 2000) (recovering $238 million in a racial discrimination case); *In re Lifescan, Inc. Consumer Litig.*, No. CV-98-20321-JF (N.D. Cal.) (achieving a $45 million cash settlement with Johnson & Johnson and wholly-owned subsidiary over claims of deceptive marketing and sale of a defective blood-glucose monitoring system for diabetics).

Along with my partners John Stoia, Stephen Astley, and Rachel Jensen, and numerous associates from my firm's Boca Raton and San Diego offices, I am willing and available to commit to what will be a demanding MDL litigation.

### III.    Ability to Work Cooperatively With Others

In serving as co-lead counsel in many cases over the years, I have always been able to work cooperatively with co-counsel for the benefit of the class which we have a fiduciary obligation to serve. Most recently, as co-lead counsel in *Mattel*, *Aqua Dots*, *Mega Brands*, and *Planet Toys* alone

(each of which I have personally litigated), my firm has worked together with more than a dozen firms to prosecute the actions. This particular MDL would be no different.

## IV. Willingness to Commit the Necessary Resources to Pursue This Matter

My firm has already demonstrated it will devote the time and resources of attorneys and staff to ensure the vigorous prosecution of the MDL. By way of example, we have enlisted the assistance of bankruptcy counsel to pursue claims, and protect the interests of homeowners in situations where developers are involved in bankruptcy proceedings. In addition, my firm has a demonstrated track record of being well capitalized and employing the considerable resources of the firm to support the litigation that it has committed to on behalf of its clients and the class. Thus, besides having the ability to devote the significant resources this MDL will require, Coughlin Stoia's actions thus far demonstrate its willingness to pursue this matter.

## V. Conclusion

For the reasons stated above, I respectfully submit this application to serve on the PSC of this MDL for the Court's consideration.

DATED: July 10, 2009

Respectfully submitted,

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
JACK REISE
STEPHEN R. ASTLEY
MICHAEL L. GREENWALD

  s/ Jack Reise
               JACK REISE

120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
jreise@csgrr.com
sastley@csgrr.com
mgreenwald@csgrr.com

Attorneys for Plaintiffs Lawrence Riesz and
Jennifer Schnee, No. 09-Civ-60371 (S.D. Fla.)

S:\CasesSD\Knauf Plasterboard\APL 00060482.doc

- 4 -

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 10, 2009, a true and correct copy of the foregoing Application of Jack Reise of Coughlin Stoia Geller Rudman & Robbins LLP for Appointment to the Plaintiffs' Steering Committee was electronically filed and is available for viewing and downloading from the ECF System of the United States District Court for the Eastern District of Louisiana.

The undersigned further certifies that on July 10, 2009, he caused a true and correct copy of the Application to be mailed, via first class mail, postage prepaid, to all counsel on the attached Service List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 10, 2009.

s/ Jack Reise
JACK REISE

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

E-mail:   jreise@csgrr.com

**SERVICE LIST**
*In re: Chinese-Manufactured Drywall Products Liability Litigation*
**MDL Docket No. 2057**
Page 1 of 4

| | |
|---|---|
| Jan Douglas Atlas<br>Adorno & Yoss, LLP<br>350 East Las Olas Boulevard, Suite 1700<br>Fort Lauderdale, FL 33301<br>Phone: (954) 766-7823<br>Fax:    (954) 766-7800<br>E-mail: ida@adorno.com<br><br>*Counsel for Banner Supply Co.* | Hilarie Bass<br>Greenberg Traurig P.A.<br>1221 Brickell Avenue<br>Miami, FL 33131<br>Phone: (305) 579-0500<br>Fax:    (305) 579-0717<br>E-mail: bassh@gtlaw.com<br><br>*Counsel for Lennar Corp., Lennar Homes, LLC f/k/a Lennar Homes, Inc.; U.S. Home Corp.* |
| Gary F. Baumann<br>Fulmer Leroy Albee Baumann & Glass<br>2866 East Oakland Park Boulevard<br>Ft. Lauderdale, FL 33306<br>Phone: (954) 707-4430<br>Fax:    (954) 707-4431<br>E-mail: gbaumann@fulmerleroy.com<br><br>*Counsel for Independent Builders Supply Association, Inc.* | Daniel J. Becnel, Jr.<br>Becnel Law Firm, LLC<br>106 West Seventh Street<br>P.O. Drawer H<br>Reserve, LA 70084<br>Phone: (985) 536-1186<br>Fax:    (985) 536-6445<br>E-mail: dbeenel@beenellaw.com<br><br>*Counsel for: Donaldson, Jimm M; Oertling, John* |
| Kimberly L. Boldt<br>Alters, Boldt, Brown, Rash & Culmo, P.A.<br>4141 NE 2nd Avenue, Suite 201<br>Miami, FL 33137<br>Phone: (305) 571-8550<br>Fax:    (305) 571-8558<br>E-mail: kimberly@abbrelaw.com<br><br>*Counsel for Barrozo, Hector,. DeBarrozo, Maria Ines Pinar,. Garcia, Angela; Garcia, Lorena* | Edward J. Briscoe<br>Fowler White Burnett, P.A.<br>Espirito Santo Plaza<br>1395 Brickell Avenue, 14th Floor<br>Miami, FL 33131-3302<br>Phone: (305) 789-9252<br>Fax:    (305) 789-9251<br>E-mail: EJB@Fowler-White.com<br><br>*Counsel for: Black Bear Gypsum Supply, Inc.* |
| Greg S. Burge<br>Burr & Forman, LLP<br>420 North 20th Street, Suite 3400<br>Birmingham, AL 35203<br>Phone: (205) 458-5101<br>Fax:    (205) 244-5612<br>E-mail: gbume@burt.com<br><br>*Counsel for Rightway Drywall, Inc.* | Christopher C. Casper<br>James Hoyer Newcomer & Smiljanich, P.A.<br>One Urban Centre<br>4830 West Kennedy Boulevard, Suite 550<br>Tampa, FL 33609-2589<br>Phone: (813) 286-4174<br>Fax:    (813) 286-4174<br>E-mail: ccaspergiameshoyer.com<br><br>*Counsel for Culliton, Kristin Morgan* |

**SERVICE LIST**
*In re: Chinese-Manufactured Drywall Products Liability Litigation*
**MDL Docket No. 2057**
Page 2 of 4

| | |
|---|---|
| Susan J. Cole<br>Bice Cole Law Firm<br>999 Ponce de Leon Boulevard, Suite 710<br>Coral Gables, FL 33134<br>Phone:  (305) 444-1225<br>Fax:     (305) 446-1598<br>E-mail:  cole@bicecolelaw.com<br><br>*Counsel for L&W SupplyCorp. d/b/a Seacoast Supply, USG Corp.* | Chris S. Coutroulis<br>Carlton Fields, P.A,<br>P.O. Box 3239<br>4221 West Boy Scout Boulevard, Suite 1000<br>Tampa, FL 33601-3239<br>Phone:  (813) 223-7000<br>Fax:     (813) 229-4133<br>E-mail:  ccoutroulis@carltonfields.com<br><br>*Counsel for M/I Homes, Inc.* |
| Victor Manuel Diaz, Jr.<br>Podhurst Orseck Josefsberg<br>City National Bank Building<br>25 W. Flagler Street, Suite 800<br>Miami, FL 33130<br>Phone:  (305) 358-2800<br>Fax:     (305) 358-2382<br>E-mail:  vdiaz@podhurst.com<br><br>*Counsel for Green,Dajan; Morris-Chin, Janet* | Kenneth G. Gilman<br>Gilman & Pastor, LLP<br>6363 Highcroft Drive<br>Naples, FL 34119<br>Phone:  (239) 213-9960<br>Fax:     (239) 213-9946<br>E-mail:  kgilman@gilmanpastor.com<br><br>*Counsel for Ankney, Duane* |
| Interior Exterior Building<br>727 S. Cortez<br>New Orleans, LA 70119<br><br>*Interior Exterior Building Supply* | KnaufGips KG<br>Ridham Dock, Kemsley<br>Sittingbourne, Kent ME 9 **8SR**<br>UK<br><br>*Gebr Kanuf Verwaltungsgeselischaft KG; Knauf Gips KG* |
| Knauf Plasterboard<br>North Yinhe Bridge, East Jingiin Road<br>Beichen District<br>Tianjin, China 300400, P.R.C.<br><br>*Knauf Plasterboard (Tianjin) Co., Ltd.* | Knauf Plasterboard<br>No.2 Gang Wan Road<br>RC-241009 Whuhu Anhui<br>CHINA<br><br>*Knauf Plasterboard (Dongguan) Co., Ltd.; Knauf Plasterboard (Wuhu) Co., Ltd.* |
| Knauf Plasterboard<br>No. 2 Xinsha Development Zone<br>RC-52347 Guangdong<br>CHINA<br><br>*Knauf Plasterboard (Dongguan) Co., Ltd.* | La Suprema Enterprise<br>221 N.E. 164th Street<br>North Miami Beach, FL 33160<br><br>*La Suprema Enterprise, Inc.* |

**SERVICE LIST**
*In re: Chinese-Manufactured Drywall Products Liability Litigation*
**MDL Docket No. 2057**
Page 3 of 4

| | |
|---|---|
| La Suprema Trading, Inc.<br>221 N.E. 164th Street<br>North Miami Beach, FL 33160<br><br>*La Suprema Trading, Inc.* | Jack Landskroner<br>Landskroner Grieco Madden Ltd<br>1360 West 9th Street, Suite 200<br>Cleveland, OH 44113<br>Phone: (216) 522-900<br>Fax:    (216) 522-9007<br><br>*Counsel for Minafri, Steven* |
| Arnold Levin<br>Levin, Fishbein, Sedran & Berman<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106-3697<br>Phone: (215) 592-1500<br>Fax:    (215) 592-4663<br>E-mail:  alevin@lfsblaw.com<br><br>*Counsel for Martinez, Felix,. Martinez, Jenny; Niemezura, Walter; Raphael, Gene; Santiago, Jason; Tarzy, Jim; Vickers, Karin* | Raul Ricardo Laredo<br>Mintzer Sorowitz & Zeris<br>255 Alhambra Circle, Suite 1150<br>Coral Gables, FL 33134<br>Phone: (305) 774-9966<br>Fax:    (305) 774-7743<br>E-mail: rloredo@defensecounsel.com<br><br>*Counsel for Interior Exterior Building Supply, LP* |
| Steven L. Nicholas<br>Cunningham Bounds, LLC<br>1601 Dauphin Street<br>**P.O.** Box 66705<br>Mobile, AL 36660<br>Phone: (251) 471-6191<br>Fax:    (251) 479-1031<br>E-mail:  sln@cunninghambounds.com<br><br>*Counsel for The Mitchell Co., Inc.* | Jack Reise<br>Coughlin Stoia Geller Rudman & Robbins, LLP<br>Coughlin Stoia Geller Rudman & Robbins LLP<br>120 East Palmetto Park Road, Suite 500<br>Boca Raton, FL  33432<br>Phone: 561/750-3000<br>Fax:    561/750-3364<br>E-mail:  ireise@csgrr.com<br><br>*Counsel for Reisz, Lawrence; Schnee, Jennifer* |
| Rothchilt International<br>N-510 Chai Hsn Bld.<br>Annex 96 Chung Shan N. Rd, Sec.2<br>Taipei, Taiwan R.O.C.<br><br>*Rothchilt International Ltd.* | Steven G. Schwartz<br>Schwartz & Horwitz, PLC<br>6751 North Federal Highway<br>Suite 400<br>Boca Raton, FL 33487<br>Phone: (561) 395-4747<br>Fax:    (561) 367 1550<br>E-mail:  sgs@sandhlawfirm.com<br><br>*Counsel for South Kendall Construction Corp.* |

**SERVICE LIST**
*In re: Chinese-Manufactured Drywall Products Liability Litigation*
**MDL Docket No. 2057**
Page 4 of 4

| | |
|---|---|
| Neal A. Sivyer<br>Sivyer Barlow & Watson, P.A.<br>401 East Jackson Street, Suite 2225<br>Tampa, FL 33602<br>Phone:  (813) 221-4242<br>Fax:     (813) 227-3598<br><br>*Counsel for Taylor Morrison Services, Inc. d/b/a Morrison Homes; Taylor Woodrow Communities at Vasari, LLC* | Bruce Steckler<br>Baron & Budd<br>3102 Oak Lawn Avenue<br>Suite 1100<br>Dallas, TX 75219-4281<br>Phone:  (214) 521-3605<br>Fax:     (214) 520-1181<br>E-mail:  bsteckler@baronbudd.com<br><br>*Counsel for Foster, Katherine L.* |
| Taishan Gypsum Co. Ltd.<br>Dawenkou, Taian<br>Sandong, China 271026<br><br>*Taishan Gypsum Co. Ltdf/lc/a Shandong Taihe Dongxin Co., Ltd.* | Scott William Weinstein<br>Morgan & Morgan, P.A.<br>12800 University Drive<br>Suite 600<br>Ft. Myers, FL 33907-5337<br>Phone:  (239) 433-6880<br>Fax:     (239) 433-6836<br>E-mail: sweinsteinforthpeople.com<br><br>*Counsel for Allen, Nicole J.; Allen, Shane M.* |