UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATTION | MDL:  2047 |
| | SECTION L |
| Pertains to:  All Cases | JUDGE FALLON |
| | MAG. WILKINSON |

_____

**APPLICATION FOR APPOINTMENT TO
PLAINTIFFS' STEERING COMMITTEE**

In accordance with Pretrial Order #1, the undersigned, Jonathan B. Andry, submits this application for appointment to the Plaintiffs' Steering Committee for the *In Re: Chinese-Manufactured Drywall Products Liability Litigation,* MDL 2047.  Mr. Andry is counsel for Anne and Ronnie Van Winkle, Sr. in the case of *Van Winkle v. KNAUF, et al,* USDC No. 09-4378, which is presently before this Court.

After graduating Tulane University School of Law in 1990, Mr. Andry received an LLM in Energy and Environmental Law in 1991.  In obtaining this degree, he took numerous classes and wrote numerous papers on complex litigation, class actions and on insurance coverage issues relating to environmental and toxic tort litigation.  Since obtaining his LLM, Mr. Andry has concentrated his practice almost exclusively on class actions/complex litigation, toxic torts and environmental damage suits.

Mr. Andry served as one of the lawyers representing the State of Louisiana in the case of *Richard Ieyoub v. American Tobacco,* 97-3122 (U.S. WD La. 1996).  He has also served as lead

counsel in numerous multistate/national class actions, which include, *Sutton Steel v. BellSouth Mobility* 875 So.2d 1062, 2003-1536 (La. App. 3 Cir. 6/9/04) (certified as a nine state class action); *Judy Abrusley v. Centennial Cellular Communications,* No. 99-380, (33RD JDC for Allen Parish, Louisiana); and, *Zyra Sonnier v. Radiofone,* No. 44-844, (25th JDC for Plaquemines Parish, Louisiana). He has also served as counsel in numerous other class actions/complex litigation, which include, *Gill v. Colonial Pipeline,* No. 98-1135 (USDC MD. La. 1999); *Ford v. Murphy Oil USA, Inc.,* No. 96-2913, 703 So.2d 542, (La. 1997); *Lailenghue v.Mobil,* No. 64-869, (34th JDC for St. Bernard Parish, Louisiana); *Doerr v. Mobil,* No. 2000-0947, 774 So.2d 119 (La. 2000)*;* and *Dumont v. Schwab*, No. 99-2840 (USDC ED La. 1995).

Most relevant, for the purposes of this application, Mr. Andry is currently serving as a member of the Plaintiffs' Steering Committee for the Mississippi River Gulf Outlet portion of *In Re: Katrina Canal Breaches Consolidated Litigation*, No. 05-4182, which is currently pending before Judge Stanwood Duval.  This litigation is comprised of claims for the damages caused by the negligence of the United States Army Corps of Engineers in the design, maintenance and operation of the MRGO. This portion of the Katrina litigation involved the production of over eight million pages of documents and six terabytes of electronic information.   Mr. Andry's primary responsibility on the MRGO Plaintiffs Steering Committee was handling and marshalling several thousand claimants/clients.

Mr. Andry organized and was part of the litigation team that filed the case of *Robinson v. United States*, No. 06-2268 of this Court.  The *Robinson* case was comprised of six plaintiffs that were geographically representative of the areas flooded by the MRGO.  Mr. Andry was one of the lead lawyers, was a member of the MRGO Litigation Group Executive Committee, and was a member of the trial team that recently tried the case to Judge Duval.  The trial against the United

States Army Corps of Engineers lasted approximately twenty trial days and resulted in a trial record containing approximately three thousand exhibits and thousands of pages of transcript. Mr. Andry was extensively involved in the preparation for and the trial of the *Robinson* case. He was responsible for presenting all of trial plaintiffs and the plaintiffs' damage experts as well as assisting on several of the other experts.

    Mr. Andry's class action and complex litigation experience makes him particularly qualified to serve as a member of the Plaintiffs' Steering Committee in this Litigation. In Pretrial Order #1, this Court set forth the main criteria for membership in the PSC. Mr. Andry's participation in the *Robinson/MRGO* litigation and other cases described herein indicates that he satisfies these criteria, especially his willingness and availability to commit to a time-consuming project and his willingness to pursue a complex matter and bring the matter to trial if necessary. Accordingly, applicant, Jonathan Andry, requests that he be appointed by the Honorable Court as a member of the Plaintiffs' Steering Committee.

    Respectfully Submitted:

Jonathan B. Andry, Esq.
**THE ANDRY LAW FIRM, LLC**
610 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 586-8899
Facsimile: (504)586-8933


By: __/s/ Jonathan B. Andry_____
    Jonathan B. Andry, Esq.(LSBA # 20081)

3

## **CERTIFICATE OF SERVICE**

I certify that on July 10, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

**Russ M. Herman** rwestenfeld@hhkc.com

**Kerry J. Miller** kmiller@frilot.com, scavet@frilot.com

                                           */s/ Jonathan B. Andry*
                                           **JONATHAN B. ANDRY, ESQ.**