AO 440 (Rev. 04/08) Civil Summons



# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Louisiana

| | |
|---|---|
| Tony and Kathy Peres <br> Plaintiff <br> v. <br> Knauf Gips KG, Knauf Plasterboard Tianjin Co., Ltd., et, al <br> Defendant | ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No. **09 - 3961**

**SECT. L MAG. 2**

### Summons in a Civil Action

To: *(Defendant's name and address)*
    USG Corporation
    Through its registered agent for service of process
    The Corporation Trust Company
    Corporation Trust Center
    1209 Orange Street
    Wilmington, DR 19801

A lawsuit has been filed against you.

Within ___20___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**LORETTA G. WHYTE**

Name of clerk of court

Date: **JUN 2 1 2009**

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

✎ AO 440 (Rev. 04/08)  Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____ , by:

(1) personally delivering a copy of each to the individual at this place, _____

_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____

who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is

_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other *(specify)* _____

_____

_____ .

My fees are $ _____   for travel and $ _____   for services, for a total of $ _____ 0.00 .

Date: _____

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Corporate Trust Co.
1209 Orange St.
Wilmington DG
19801

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _Scott Seligman_    ☐ Agent
                      ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
                                   JUL 07 200

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7008 0500 0001 9549 2167

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1

---

UNITED STATES POSTAL SERVICE

_Dupuss_

|  | First-Class Mail |
| --- | --- |
|  | Postage & Fees Paid |
|  | USPS |
|  | Permit No. G-10 |

• Sender: Please print your name, address, and ZIP+4 in this box •

Justin I. Woods
Gainsburgh, Benjamin, David
Meunier & Warshauer, L.L.C.
2800 Energy Centre-1100 Poydras
New Orleans, La. 70163-2800

09-3959 Along
09-3960 Menu
09-3961 Dues