AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

Lawrence Meyer, Elizabeth Meyer, Sharon Watts, Helena Skinner and Linda Guidry )
Plaintiff )
v. ) Civil Action No. **09-3960**
Knauf Gips KG, Knauf Plasterboard Tianjin Co., Ltd., et, al )
Defendant )

**SECT.L MAG.2**

**RETURN**

### Summons in a Civil Action

To: *(Defendant's name and address)*
L&W Supply Corporation d/b/a/ Seacoast Supply
Through its registered agent for service of process
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DR 19801

A lawsuit has been filed against you.

Within ____20____ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE
Name of clerk of court

Date: **JUN 2 1 2009**

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

≈ AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____ , by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other *(specify)* _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ \_\_\_\_0.00\_\_\_\_ .

Date: _____

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Scott _____  ☐ Agent / ☐ Addressee<br>B. Received by ( *Printed Name* )  C. Date of Delivery<br>　　　　　　　　　　　JUL 0 7 200_ |
| 1. Article Addressed to:<br><br>Corporate Trust Co.<br>1209 Orange St.<br>Wilmington DE<br>　　　　19801 | D. Is delivery address different from item 1? ☐ Yes<br>　 If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7008 0500 0001 9549 2167 |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1

---

UNITED STATES POSTAL SERVICE

_Duywell_

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**Justin I. Woods
Gainsburgh, Benjamin, David
Meunier & Warshauer, L.L.C.
2800 Energy Centre-1100 Poydras
New Orleans, La. 70163-2800**

09-3959 _Along_
09-3960 _Meyl_
09-3961 _____