# SANFORD BARLOW LLP

**Shelly A. Sanford**
**Alex Barlow**

**Anthony C. Coveny**

A Texas and National Law Firm
1500 McGowen, Ste. 250
Houston, Texas 77004
www.SanfordBarlow.com

Toll Free: 877.441.6677
Phone: 713.524.6677
Fax: 713.524.6611

July 15, 2009

<u>Via Facsimile: (504) 589-6966 and E-File</u>
Honorable Judge Eldon E. Fallon
United States District Court
Eastern District of Louisiana
500 Poydras Street
Room C-456
New Orleans, Louisiana 70130
Phone: (504) 589-7545

  Re:   MDL – 2047 Chinese-Manufactured Drywall Products Liability Litigation

Dear Clerk:

  Please attach this Case Inventory to Shelly A. Sanford's application to be appointed to the Plaintiffs' Steering Committee. The following is a list of our current case inventory:

1. 1:09-cv-00371-N; *Jason Kokoszka, et al vs. Knauf Gips KG, et al*; in the U.S. District Court Southern District of Alabama (Mobile).

2. CV-2009-323; *Dell J. Loftis, et al vs. Knauf Gips KG, et al* filed into the MDL: Balwin County Circuit Court, Al..

3. Yvette Singley vs. *Knauf Gips KG, et al* (to be filed)

4. Patricia Allen and Cara Singleton vs. *Knauf Gips KG, et al* (to be filed)

  In addition to these cases already filed or pending filing, we are currently screening a number of cases for purposes of filing and are actively seeking cases throughout a wide geographical area. As we did in gathering nearly 400 cases in the VIOXX litigation, we expect many more cases to be prosecuted from our office in this MDL. We have three (3) referral firms conducting TV advertising on air in Mississippi and Texas, and within the next forty-five (45) days we expect those advertising campaigns to begin to generate cases through referral to our firm. We have also contacted, directly, manufactures of several large subdivisions in which we have reason to believe that Chinese Drywall has been installed. We will be conducting a Direct Mail Campaign to those areas. We also have a referral attorney who is sending Direct Mail in the next thirty (30) days to 3000 potential clients in Mississippi. We expect to have a substantial

number of cases prepared for filing within the next ninety (90) to one hundred and twenty (120) days.

    Sincerely,

    **SANFORD BARLOW LLP**

    **s/Shelly A. Sanford**

    Shelly A. Sanford