UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL | ) | |
| | ) | MDL No. 2047 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION: L |
| | ) | JUDGE FALLON |
| This Document relates to: | ) | MAG. JUDGE |
| 09-2981 | ) | WILKINSON |
| 09-3127 | ) | |
| 09-3135 | ) | |
| 09-3136 | ) | |
| 09-3156 | ) | |
| 09-3157 | ) | |
| 09-3192 | ) | |
| 09-3193 | ) | |
| 09-3243 | ) | |
| 09-3265 | ) | |
| 09-3384 | ) | |
| 09-3956 | ) | |
| 09-3959 | ) | |
| 09-3960 | ) | |
| 09-3961 | ) | |
| 09-4112 | ) | |
| 09-4113 | ) | |
| 09-4114 | ) | |
| 09-4118 | ) | |
| 09-4320 | ) | |
| _____ | ) | |

## NOTICE OF APPEARANCE

Defendants USG Corporation, L&W Supply Corporation d/b/a Seacoast Supply, and All Interior Supply, Inc. appear and request that this Court enroll W. David Conner and Moffatt G. McDonald as primary counsel of record for these entities. Defendants originally appeared in these cases through Susan J. Cole of the Bice Cole Law Firm before the MDL was formed and the cases transferred. Defendants now wish to enroll W. David Conner and Moffatt G. McDonald of the law firm of Haynsworth Sinkler Boyd, P. A. as counsel of record in these cases.

**[SIGNATURE BLOCK ON FOLLOWING PAGE]**

1

**HAYNSWORTH SINKLER BOYD, P. A.**

BY:_____/s/ W. David Conner_____
W. David Conner (SC Bar # 66358; Fed. # 5986)
Moffatt G. McDonald (SC Bar # 3784; Fed. # 2805)
P.O. Box 2048
Greenville, SC  29602
(864) 240-3226
(864) 240-3300 (fax)
dconner@hsblawfirm.com
mgmcdonald@hsblawfirm.com