# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| This Document Relates to:   All Cases | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## EX PARTE MOTION TO CERTIFY CLASS

**NOW INTO COURT**, through the undersigned counsel, come the Plaintiffs who say as follows:

I.

Plaintiffs have filed a Class Action Complaint against Defendants in connection with the installation of toxic drywall from China in their homes and in the homes of similarly situated persons throughout the United States.

II.

This motion is filed in accordance with local civil rule 23.1(B) which requires plaintiffs to file a Motion to Certify after the filing of the complaint.

Respectfully submitted,

*/s/ Lawrence J. Centola, III*

MARTZELL & BICKFORD
SCOTT R. BICKFORD T. A. (#1165)
LAWRENCE J. CENTOLA, III (#27402
338 Lafayette Street
New Orleans, LA 70130
Telephone: (504) 581-9065
Facsimile: (504) 581-7635
usdcedla@mbfirm.com
Counsel for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of July, 2009 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

*/s/ Lawrence J. Centola, III*

F:\Clients\CHINESE DRYWALL\MDL - PLEADINGS\Mtn to Certify Class.wpd