# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| This Document Relates to:   All Cases | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## ORDER ON MOTION TO CERTIFY CLASS

After having reviewed the law, memorandum, and argument, the Court hereby GRANTS the Motion to Certify Class.

New Orleans, Louisiana, this ____ day of July, 2009.

                                    _____
                                    UNITED STATES DISTRICT JUDGE

F:\Clients\CHINESE DRYWALL\MDL - PLEADINGS\Order to Certify as Class.wpd