# Exhibit A:
## LexisNexis® File & Serve Welcome Kit

> **File & Serve Chinese Drywall Specialist:**
> Susan Burns
> 800.437.8674 ext 7811
> susan.burns@lexisnexis.com
> Customer Support: 888.529.7587

## STEP 1: REGISTRATION, IDs, PASSWORDS

**If this is your firm's first LexisNexis File & Serve case,** you will need to create a File & Serve account before registering.  The firm must designate an administrator who will create the account and add users.  The administrator will follow the Instructions for New Subscribers in OPTION A.

**If your firm has a LexisNexis File & Serve account for other cases,** contact your firm's administrator to obtain a user name & password for yourself and anyone else who will need to serve or access documents in the case.  The administrator will follow the Instructions for Existing Subscribers in OPTION B.

- If you already have a password to File & Serve for other cases, you do not need to re-register.
- LexisNexis research IDs or other Lexis product IDs will not give you access to File & Serve.
- To find out if your firm has a LexisNexis File & Serve account or the name of your administrator, please call Customer Support at 1.888.529.7587.

### OPTION A: BRAND NEW FIRM REGISTRATION

1. Visit www.lexisnexis.com/fileandserve/lawfirms/register.asp and click Register.
2. Add organization information.
3. Add user information for administrator (primary contact).
4. Add user information for every attorney and staff member in your firm who will need a user ID and password.  Include full name, phone, fax, email and bar number (for attorneys). **All attorneys of record must have a user ID and password**.
5. Review system requirements.
6. Review and accept Terms of Service Agreement by selecting an authorizing attorney.

### OPTION B: FIRM ALREADY SUBSCRIBER.  ADDING NEW USERS TO AN EXISTING ACCOUNT

1. Sign onto www.lexisnexis.com/fileandserve
2. Select File & Serve Preferences from the upper right hand corner of screen.
3. Click Organization Profile.
4. Click the Add Users tab and enter user information for every attorney and staff member who will need a user ID and password.  Include full name, phone, fax, email and bar number (for attorneys).  **All attorneys of record must have a user ID and password**.

## STEP 2: TRAINING

**We strongly recommend that <u>all of the users in your firm</u> (including attorneys) take advantage of LexisNexis File & Serve free, online training classes.**

Classes will cover:

- The basics of using LexisNexis File & Serve to serve documents
- How to retrieve your documents
- Setting up User Preferences

To register for a class, sign on to File & Serve, click Resource Center in the upper right of the product.  Under Education & Training, select **Louisiana** from the drop down menu to view dates and times of classes for **Chinese Drywall MDL 2047** online classes.

For training questions, call 800-399-6934 or email fileandservetraining@lexisnexis.com