UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL        MDL No. 2047
PRODUCTS LIABILITY LITIGATION

SECTION: L

This Document Relates to:   09-4120 (Minafri)        Judge Fallon
                                                     Mag. Judge Wilkinson
_____/

## NOTICE OF APPEARANCE OF COUNSEL

Jaret J. Fuente of Carlton Fields, P.A., enters an appearance on behalf of M/I Homes, Inc., one of the defendants in <u>Minafri v. M/I Homes, Inc., Knauf Gips KG, Knauf Plasterboard (Tianjin) Co., Ltd. and Does 1-100</u>, United States District Court, Southern District of Ohio Case No.: 2:09-cv-167 (Eastern District of Louisiana Case No. 09-4120).

Respectfully submitted,

s/Jaret J. Fuente
Jaret J. Fuente
Florida Bar No. 0146773
CARLTON FIELDS, P.A.
Corporate Center Three, International Plaza
4221 West Boy Scout Blvd., Suite 1000
Tampa, FL 33607
Telephone: (813) 223-7000
Facsimile: (813) 229-4133
E-mail: jfuente@carltonfields.com
*Counsel for M/I Homes, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this <u>22nd</u> day of July, 2009.

s/Jaret J. Fuente
Attorney

15389360.2