UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL 2047 |
| | | SECTION L |
| | | JUDGE FALLON |
| | | MAG. JUDGE WILKINSON |
| **This document relates to:** **ALL ACTIONS** | * * * | |

## NOTICE OF APPEARANCE

## MDL 2047 COUNSEL CONTACT INFORMATION FORM

For defendant, Interior Exterior Building Supply, L.P.:

Richard G. Duplantier, Jr. #18874
Lambert J. Hassinger, Jr. #21683
Galloway, Johnson, Tompkins, Burr & Smith
701 Poydras Street
Suite 4040 One Shell Square
New Orleans, LA 70139
504 525 6802
504 525 2456 Fax
rduplantier@gjtbs.com
jhassinger@gjtbs.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 22ND day of July, 2009 a copy of the foregoing has been forwarded to liaison counsel Russ Herman at drywall@hhkc.com and Kerry Miller at kmiller@frilot.com and all counsel of record by filing electronically with the Clerk of Court using the CM/ECF system and via LexisNeix.com/fileandserve.

_____
Lambert J. Hassinger, Jr.