UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | Judge Fallon |
| | Mag. Judge Wilkinson |
| RONALD SCRITCHFIELD, KATHY JARVIS, FRANCIS JARVIS, JOANNE HOGAN and ROGER HOGAN, individually and on behalf of a class situated individuals. | |
| Case No. 09-4306 | |

_____/

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED by and between Plaintiffs in this action, Ronald Scritchfield, Kathy Jarvis, Francis Jarvis, Joanne Hogan, and Roger Hogan (hereinafter "Plaintiff"), and Defendant Banner Supply Co., a Florida corporation, through their designated counsel, that pursuant to FRCP 41(a)(1) the above-captioned action be and hereby is dismissed without prejudice as to all parties, with Plaintiffs and Defendant Banner Supply Co. respectively bearing their own fees and costs.

Dated: July 23, 2009

/s/Jeffrey A. Backman w/consent of /s/Seth Lehrman
Steven R. Jaffe (FBN 390770)
Gary M. Farmer (FBN 914444)
Mark S. Fistos (FBN 909191)
Seth Lehrman (FBN 132896)
Rothstein Rosenfeldt Adler
401 E. Las Olas Boulevard, Suite 1650
Ft. Lauderdale, FL 33301
Telephone: (954) 522-3456
sjaffee@rra-law.com
fgarmer@rra-law.com
mfistos@rra-law.com
slehrman@rra-law.com

Counsel for Plaintiffs

{218429.0005/N0772810_2}

Dated: July 23, 2009

/s/ Jeffrey A. Backman
Jan D. Atlas (FBN 226246)
Jeffrey A. Backman (FBN 662501)
Adorno & Yoss LLP
350 East Las Olas Boulevard, Suite 1700
Ft. Lauderdale, FL 33301
Telephone: (954) 763-1200
jatlas@adorno.com
jbackman@adorno.com

Counsel for Defendant Banner Supply Co.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal Without Prejudice has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 22nd day of July, 2009.

/s/Jeffrey A. Backman
Jeffrey A. Backman

{218429.0005/N0772810_2}

2