UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION:  L |
| THIS DOCUMENT RELATES TO: | Judge Fallon |
| | Mag. Judge Wilkinson |
| RONALD SCRITCHFIELD, KATHY JARVIS, FRANCIS JARVIS, JOANNE HOGAN and ROGER HOGAN, individually and on behalf of a class situated individuals. | |
| Case No. 09-4306 | |

_____/

## ORDER ON STIPULATION OF DISMISSAL WITHOUT PREJUDICE

THIS CAUSE having come before the Court upon the foregoing Stipulation of Dismissal Without Prejudice (the "Stipulation"), and the Court having reviewed the Stipulation and all other relevant factors, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the above-entitled action be and the same is hereby dismissed without prejudice, with each party to bear their own attorneys' fees and costs.

DONE AND ORDERED in New Orleans, Louisiana, this ____ day of July, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

3

{218429.0005/N0772810_2}