UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL      MDL NO. 2047
PRODUCTS LIABILITY LITIGATION
                                                                        SECTION: L

This Document Relates to:     All Cases         JUDGE FALLON
                                                                             MAG. JUDGE WILKINSON

**CONSENT MOTION TO SUBSTITUTE
DEFENSE STEERING COMMITTEE MEMBERS
AND APPLICATION FOR APPOINTMENT TO
<u>DEFENSE STEERING COMMITTEE OF GARY F. BAUMANN</u>**

NOW COMES Liaison Counsel on behalf of the Defendants, who submits this Consent Motion to Substitute Defense Steering Committee Members and Application for Appointment to Defense Steering Committee of Gary F. Baumann, averring as follows:

**I.    INTRODUCTION**

On July 27, 2009, this Court entered Pre-Trial Order no. 7, appointing the members of the Defense Steering Committee, including Raul R. Loredo and Sonny Meyers, then counsel for Interior Exterior Building Supply. It is Liaison Counsel's understanding that Raul R. Loredo and Sonny Meyers no longer represent Interior Exterior Building Supply in this matter, and thus, Liaison Counsel seeks their removal from the Defense Steering Committee.

Gary F. Baumann of Fulmer, Leroy, Albee, Baumann & Glass, has expressed a willingness to serve on the Defense Steering Committee in place of the aforementioned DSC members. Accordingly, Liaison Counsel submits this motion to substitute Gary F. Baumann of

Fulmer, Leroy, Albee, Baumann & Glass, in place of Raul R. Loredo and Sonny Meyers.[1] Liaison Counsel submits the following in support of Mr. Baumann's Application for Appointment to the Defense Steering Committee:

## II. THE PROPOSED MEMBER OF THE DEFENDANT'S STEERING COMMITTEE SATISFYS THE COURT'S SELECTION CRITERIA.

Pretrial Order No. 1 specifies that "[t]he court will consider the recommendation of the defendant(s) for membership on the defendant(s) steering committee … [which] will have the duties and responsibilities described in Paragraph 17 of this Order." According to paragraph 17, "the main criteria for membership in the [DSC] will be: (a) willingness and availability to commit to a time-consuming project; (b) ability to work cooperatively with others;[] (c) professional experience in this type of litigation[; and] (d) willingness to commit the necessary resources to pursue this matter." As discussed below, Mr. Baumann has extensive experience and knowledge with respect to complex class actions. Mr. Baumann has also served in leadership roles in similar litigation that have resulted in successful outcomes for defendants. Mr. Baumann has a proven track record of working cooperatively with other firms and all has avowed his willingness and commitment to provide the time and resources necessary to defend this litigation.

### A. WILLINGNESS AND AVAILABILITY

Mr. Baumann has the resources necessary to participate on behalf of the defendants on the DSC. Mr. Baumann is highly motivated, willing, and available to commit the time and resources necessary to facilitate the expeditious, economical, and just administration of this litigation. Mr. Baumann has been involved in class action, tort cases involving issues similar to those raised by plaintiffs in their complaints.

Mr. Baumann has the resources in terms of both staffing and finances to ensure unlimited and equitable representation. Mr. Baumann is prepared to commit his personal time and skills to all DSC duties that this Court may assign to him.

---

[1] Messrs. Loredo and Meyers represented the supplier group on the DSC. Mr. Bauman also represents a supplier, and his appointment would thus maintain the balance on the DSC.

### B.   ABILITY TO WORK COOPERATIVELY WITH OTHERS

Mr. Baumann will commit to working harmoniously and effectively with others in this complex litigation.  Mr. Baumann is already working with many of the plaintiffs, defendants and their counsel, to find common ground and work toward a resolution of the issues alleged in the complaints.

### C.   PERSONAL EXPERIENCE

Mr. Baumann has the experience that the Court demands.  Mr. Baumann has the resources, experience, motivation, competence, and support personnel necessary to handle this type of litigation, in particular as it relates to the defense of suppliers.  Mr. Baumann has a proven track record of working on complex litigation matters.[2]

### D.   WILLINGNESS TO COMMIT THE NECESSARY RESOURCES

As stated previously herein, Mr. Baumann has been engaged in the practice of mass tort law and complex litigation for many years.  Mr. Baumann possesses the necessary resources for a case of this magnitude and is ready and willing to commit those resources to facilitate the expeditious, economical, and just administration of this litigation.

It is respectfully suggested to this Court that Mr. Baumann possesses all of the qualifications, and meet or exceeds all of the requirements stated by this Court as necessary for this Court's appointment.

WHEREFORE, undersigned Liaison Counsel respectfully requests that the Court order the removal of Messrs Loredo and Meyers from the DSC and the appointment of Gary F. Baumann of Fulmer, Leroy, Albee, Baumann & Glass, to the Defendants' Steering Committee.

---

[2] See attached *curricula vitae* of Mr. Baumann.

Respectfully submitted by,

LIAISON COUNSEL

BY:/s/ Kyle A. Spaulding
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile:  (504)599-8145
kspaulding@frilot.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served electronically on all counsel of record this 29th day of July, 2009.

/s/ Kyle A. Spaulding