# CURRICULUM VITAE AND/OR ATTORNEY PROFILE

## GARY F. BAUMANN, ESQ.

Gary F. Baumann is a founding partner of Fulmer, LeRoy, Albee, Baumann & Glass, a Florida statewide defense firm with offices in Orlando, Tampa, Fort Lauderdale and Jacksonville. Mr. Baumann is the Managing Partner of the Fort Lauderdale office. He earned his Juris Doctorate degree from Nova Southeastern University in 1996, receiving the Book Award in the Trial Advocacy Program. He was admitted to the Florida Bar in 1996 and is a member in good standing. He received his Bachelor of Science degree from West Virginia University in 1990. He was born in Erie, Pennsylvania.

Mr. Baumann's primary areas of practice includes construction defect litigation, construction bodily injury claims, products liability, wrongful death claims, defending premises and auto negligence cases.

Mr. Baumann has vast experience representing developers, general contractors, suppliers, subcontractors as well as engineering and design professionals. He has successfully defended numerous complex construction claims including complex class action lawsuits involving alleged construction defects.

He has been a panel member and moderator at construction defect seminars attended by Federal Court Judges and State Court Judges from Florida, California, Arizona and Nevada as well as attorneys from across the country. He regularly presents accredited seminars on topics such as current events in Florida Construction Defect Law, Premises Liability, and Claims Adjuster Ethics.

He is an active member of The Defense Research Institute (DRI), The Ethical Billing Council, The Council for Litigation Management, The Broward County Bar Association and The Florida Bar.

He is admitted to practice law in all Florida State Courts since 1996 and has been admitted to practice before the court for the U.S. Federal for the Southern District of Florida since 1999.