UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL     MDL NO. 2047
PRODUCTS LIABILITY LITIGATION

                                                                                             SECTION: L

This Document Relates to:     All Cases          JUDGE FALLON
                                                                                           MAG. JUDGE WILKINSON

## **O R D E R**

       Considering the foregoing Consent Motion to Substitute Defense Steering Committee Members and Application for Appointment to Defense Steering Committee of Gary F. Baumann,:

       **IT IS ORDERED** that Raul R. Loredo and Sonny Meyers are hereby removed from the Defense Steering Committee.

       **IT IS FURTHER ORDERED** that Gary F. Baumann of Fulmer, Leroy, Albee, Baumann & Glass, is hereby appointed to the Defense Steering Committee.

       New Orleans, Louisiana, this _____ day of _____, 2009.

                                                        _____
                                                        JUDGE ELDON E. FALLON