UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:  Shakoor v. Knauf Gips KG, et al; Docket No. 2:09-cv-4307 | MDL NO. 2047<br><br>SECTION:  L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

NOTICE OF APPEARANCE OF CO-COUNSEL

TO THE HONORABLE JUDGE ELDON E. FALLON:

Plaintiff gives notice to the Court that Dawn M. Barrios and Bruce S. Kingsdorf of the firm of Barrios, Kingsdorf & Casteix, L.L.P. will be co-counsel for Plaintiff, Arif Shakoor, along with their current attorneys of record, Howard Mitchell Bushman and Lance August Harke of the firm of Harke & Clasby and, Douglas Alan Kreis and Neil Overholtz of the firm of Aylstock, Witkin, Kreis & Overholtz, PLLC.  Notice of this designation is provided to all of the parties as required by the Federal Rules of Civil Procedure.

**Dated:**  July 30, 2009

Respectfully submitted,

**BARRIOS, KINGSDORF & CASTEIX, LLP**

By:  /s/ Dawn M. Barrios
Dawn M. Barrios (LA Bar Roll #2821)
Bruce S. Kingsdorf (LA Bar Roll #7403)
701 Poydras Street, Suite 3650
New Orleans, Louisiana  70139
Tel: (504) 524-3300
Fax: (504) 524-3313
Email:  Barrios@bkc-law.com
            Kingsdorf@bkc-law.com

*Attorneys for Plaintiff*

1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Appearance of Co-Counsel has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email <u>or</u> by hand delivery and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 30th day of July, 2009.

                                                                           /s/ Dawn M. Barrios