MINUTE ENTRY
FALLON, J.
JULY 31, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | : | MDL NO. 2047 |
| IN RE: CHINESE-MANUFACTURED DRY WALL | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**THIS DOCUMENT RELATES TO ALL CASES**

A status conference was held on this date in the Chambers of Judge Eldon E. Fallon.

Present were Arnold Levin, Lead Counsel for Plaintiffs, Leonard A. Davis, representative for

Plaintiffs' Liaison Counsel, and Kerry J. Miller, Defense Liaison Counsel.  The Court requested

the parties' liaison counsel (or a representative thereof), and Plaintiff Lead Counsel to appear

before the Court on July 31, 2009 at 11:00 a.m. to provide the Court with the status of inspection

protocols and plaintiff and defendant profile forms.  The inspection protocol and profile forms

were a focus of the Court's July 9, 2009 initial conference, and will be the focus of the August

11, 2009 status conference for all parties and their representatives to attend.

The Court was interested in whether the parties have been able to agree to a joint

inspection protocol, and plaintiff and defense profile forms, as the Court envisions entry of an

Order approving a joint inspection protocol and the profile forms on or before the August 11,

2009 status conference.

JS10(01:00)

Counsel informed the Court that the parties continue to attempt to agree on an inspection protocol and plaintiff and defendant profile forms but that additional meet and confers are necessary.  Since no agreement has yet been reached, the Court is using this Minute Entry to clarify and provide deadlines for submitting joint inspection protocol(s) and plaintiff and defendant profile forms to the Court.

**IT IS ORDERED** that the parties meet and confer in person or telephonically  prior to August 7, 2009 to confect a joint inspection protocol and plaintiff and defendant profile forms.

**IT IS FURTHER ORDERED** that by no later than August 7, 2009, the parties shall submit to the Court either joint, or after meeting and conferring, separate versions of the inspection protocol and plaintiff and defendant profile forms if the parties are unable to agree upon a consensus inspection protocol and plaintiff and defense profile forms.  For the sake of clarification, the Court sets forth the following objectives for the inspection protocol and profile forms:

**Inspection Protocol**

The inspection protocol is designed to determine (1) whether or not the property in question contains Chinese manufactured drywall, and if so, a reasonable estimate of the amount of such drywall, (2) the manufacturer, distributor, and installer of the drywall, and (3) the nature and extent, if any, of the impact on the property, including the wiring, air conditioning, and plumbing.

**Plaintiff and Defense Profile Forms**

The plaintiff and defense profile forms shall address identification, manufacturer, distributor, date(s) of sale and installation of Chinese manufactured drywall and alleged damages

resulting therefrom.  The profile forms shall also address insurance information for plaintiffs and defendants.

**IT IS FURTHER ORDERED** that the parties jointly or separately provide by August 7, 2009 to the Court the names of an inspection company(s) to perform the inspections.

**IT IS FURTHER ORDERED** that the PSC is to meet with the Court at 3:00 p.m. on August 10, 2009, and the DSC is to meet with the Court at 4:00 p.m. on August 10, 2009 to discuss matters with the Court covered herein and as set forth on the agenda for the August 11, 2009 status conference.

