UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To: Mitchell, et al v. Knauf Gips KG, et al; Docket No. 2:09-cv-03833 | MDL NO. 2047<br><br>SECTION:  L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE
PURSUANT TO RULE 41(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE
OF PLAINTIFFS GRAY MITCHELL AND KELSEY MITCHELL, INDIVIDUALLY,
AND ON BEHALF OF THEIR MINOR CHILDREN, M.M., E.M., AND E.M.**

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Gray Mitchell and Kelsey Mitchell, Individually, and on behalf of their minor children, M.M., E.M. and E.M., Case No. 2:09-cv-03833, who submit this Notice of Dismissal Without Prejudice Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Rule 41(a)(1) of the Federal Rules of Civil Procedure allows a Plaintiff to dismiss an action, "[W]ithout order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment..."

Rule 41(a)(1) of the Federal Rules of Civil Procedure further provides, "Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice..."

The record reflects that none of the Defendants have filed or served an answer or a motion for summary judgment in the above referenced action and, accordingly, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs, Gray Mitchell and Kelsey Mitchell,

Individually, and on behalf of their minor children, M.M., E.M. and E.M., submit this Notice of Dismissal Without Prejudice Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

**WHEREFORE**, Plaintiffs, Gray Mitchell and Kelsey Mitchell, Individually, and on behalf of their minor children, M.M., E.M. and E.M., submit this Notice of Dismissal Without Prejudice Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and request that the Clerk of Court enter a dismissal without prejudice dismissing Plaintiffs, Gray Mitchell and Kelsey Mitchell, Individually, and on behalf of their minor children, M.M., E.M. and E.M., from these proceedings and that said dismissal be entered into the record of the Court.

DATED:  August 5, 2009

      Respectfully submitted,

      **BARRIOS, KINGSDORF & CASTEIX, LLP**

      By: /s/ Dawn M. Barrios
      Dawn M. Barrios (LA Bar Roll #2821)
      Bruce S. Kingsdorf (LA Bar Roll #7403)
      701 Poydras Street, Suite 3650
      New Orleans, Louisiana 70139
      Tel: (504) 524-3300 Fax: (504) 524-3313
      Email:  Barrios@bkc-law.com; Kingsdorf@bkc-law.com,

      Richard J. Arsenault (LA Bar Roll #02563)
      **NEBLETT BEARD & ARSENAULT, LLP**
      2220 Bonaventure Court, P.O. Box 1190
      Alexandria, Louisiana  71301
      Tel: (800) 256-1050
      Fax: (318) 561-2591
      Email:  rarsenault@nbalawfirm.com


      Charles J. LaDuca
      William H. Anderson
      Brendan S. Thompson
      **CUNEO GILBERT & LADUCA, LLP**
      507 C Street, NE
      Washington, DC 20002
      (202) 789-3960

Shawn M. Raiter
**LARSON KING, LLP**
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
(651) 312-6518

Robert K. Shelquist
Yvonne M. Flaherty
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Ave S, Ste 2200
Minneapolis, MN 55401
(612) 339-6900

Robert Germany
**PITTMAN, GERMANY, ROBERTS & WELSH**
410 South President Street
Jackson, Mississippi 39201
(601) 948-6200

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing Notice of Appearance of Co-Counsel has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email <u>or</u> by hand delivery and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 5th day of August, 2009.

                                                                                                 /s/ Dawn M. Barrios