**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURES DRYWALL | ) | MDL No. 2047 |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION: L |
| | ) | |
| This document relates to: | ) | JUDGE FALLON |
| Whitfield v. Knauf Gips, KG, et al., Docket No. 09-4324 | ) | MAG. JUDGE WILKINSON |

## NOTICE OF APPPEARANCE OF CO-COUNSEL

TO THE HONORABLE JUDGE ELDON E. FALLON:

Plaintiff gives notice to the Court that Joel R. Rhine of the firm Lea, Rhine, Rosbrugh & Chleborowicz, PLLC, will be co-counsel for Plaintiff Christopher Whitfield, along with Plaintiff's current attorneys of record, Stephen W. Mullins, Gary E. Mason, Scott Weinstein, and Dan Bryson.

RESPECTFULLY SUBMITTED this, the 4th day of August, 2009.

                                            /s/ Steve W. Mullins
                                            Steve W. Mullins (LA Bar No. 22124)
                                            Luckey & Mullins
                                            209 North Joachim Street
                                            Mobile, Al 36603-6402
                                            Telephone: 251-300-3175
                                            Facsimile: 228-872-4719
                                            Email:  jackfish28@aol.com

OF COUNSEL:

Joel R. Rhine (NC Bar No. 16028)
Lea, Rhine, Rosbrugh & Chleborowicz, PLLC
314 Walnut Street
Wilmington, NC 28401
Tel: (910) 772-9960
Fax: (910) 772-9062
Email: jrr@lrlawfirm.com

Gary E. Mason
The District of Columbia Bar No. 418073
**THE MASON LAW FIRM, LLP**
**1225 19th St., N.W., Suite 500**
Washington, DC 20036
Telephone: (202) 429-2290
Facsimile: (202) 429-2294
**Email: gmason@masonlawdc.com**

Scott Wm. Weinstein
Florida Bar No.: 563080
**MORGAN & MORGAN, P.A.**
P.O. Box 9504
Fort Myers, Florida 33906-9504
Telephone: (239) 433-6880
Facsimile: (239) 433-6836
Email: sweinstein@forthepeople.com

Daniel A. Bryson
North Carolina State Bar No. 15781
**LEWIS & ROBERTS, PLLC**
1305 Navaho Drive, Suite 400
Raleigh, North Carolina 27609
Telephone: (919) 981-0191
Facsimile: (919) 981-0431
Email: dkb@lewis-robcrts.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance of Co-Counsel has been served on Plaintifffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by email delivery and email upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2047 on this 4th day of August, 2009.

/s/ Steve W. Mullins