**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION  L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| CIVIL ACTION NO. 09-4287 | |
| CALVIN PIZANI AND LINDSEY PIZANI | MAG. JUDGE WILKINSON |

<u>**MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD**</u>

**NOW INTO COURT**, through undersigned counsel, come Calvin Pizani and Lindsey Pizani, who move this Honorable Court to have Kathy Lee Torregano and Karen B. Sher of the Berrigan Litchfield Schonekas Mann & Traina, LLC law firm enrolled as additional counsel.

**WHEREFORE**, Calvin Pizani and Lindsey Pizani pray that this Honorable Court grant this motion and that Kathy Lee Torregano and Karen B. Sher of the Berrigan Litchfield Schonekas Mann & Traina, LLC law firm be enrolled as additional counsel of record.

Respectfully Submitted,

**BERRIGAN, LITCHFIELD, SCHONEKAS,**
   **MANN & TRAINA LLC**

*   s/Carey Buckland Daste*
**E. JOHN LITCHFIELD, T.A. (#8622)**
**KATHY LEE TORREGANO (#9948)**
**CAREY B. DASTE (#28330)**
**MICHAEL J. MARSIGLIA (#30271)**
**KAREN B. SHER (#12013)**
201 St. Charles Avenue, Suite 4204
New Orleans, Louisiana  70170
Telephone:  (504) 568-0541
Fax:  (504) 561-8655
jlitchfield@berriganlaw.net
ktorregano@berriganlaw.net
cdaste@berriganlaw.net
mmarsiglia@berriganlaw.net
ksher@berriganlaw.net


## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing Motion to Enroll Additional Counsel of Record has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed by the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 5th day of August, 2009.


*   s/Carey Buckland Daste*
**CAREY BUCKLAND DASTE**