# EXHIBIT "A"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
       FORMALDEHYDE PRODUCTS  
       LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (4)

THIS DOCUMENT RELATES TO
ALL CASES

## PRETRIAL ORDER NO. 30

After further consideration of the matter by the Court, **IT IS ORDERED** that Paragraph (8) of Pretrial Order No. 28 (Rec. Doc. 1096) is amended to state:

> (8) Given that certain interests of the manufacturer defendants and contractor defendants conceivably may diverge with respect to certain aspects of this litigation, the Court finds it appropriate to have a "Manufacturer Defendants' Steering Committee" and a "Contractor Defendants' Steering Committee." The Manufacturer Defendants' Steering Committee will be made up of the same attorneys who presently serve on the "Defendants' Steering Committee." Unless otherwise ordered, and assuming that their clients actually are named as defendants in this multi-district litigation, the Contractor Defendants' Steering Committee shall be made up of attorneys David

Kurtz (counsel for Shaw Environmental, Inc.), Charles R. Penot, Jr., (counsel for Fluor Enterprises, Inc.), Gerardo R. Barrios, (counsel for CH2M HILL Constructors, Inc.), and Bechtel National, Inc. From this group, the Court will select an attorney to represent the contractor defendants as liaison counsel. Unless an agreement as to the person appropriate for this position can be reached no later than Monday, March 2, 2009, these attorneys shall have until Wednesday, March 4, 2009, to submit an application for the position to the Court. Attorney Andrew D. Weinstock shall continue as liaison counsel for the manufacturer defendants.

New Orleans, Louisiana, this 26th day of February 2009.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

2