UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | )  MDL No. 2047<br>)<br>)  SECTION:  L<br>)<br>)  JUDGE FALLON<br>)  MAG. JUDGE WILKINSON<br>) |

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that **Phillip A. Wittmann,** Stone Pigman Walther Wittmann L.L.C., 546 Carondelet Street, New Orleans, LA 70130, 504-581-3200, pwittmann@stonepigman.com, hereby enters his appearance as additional counsel of record for the following Homebuilder Defendants in all Chinese Dry Wall cases: Beazer Homes Corp., M/I Homes, The Mitchell Company, Inc., South Kendall Construction, and Taylor Morrison Services, Inc.  Please update and add Mr. Wittmann to your service and distribution lists in these cases.

    Respectfully submitted,

    */s/ Phillip A. Wittmann*
    Phillip A. Wittmann, 13625
    Dorothy H. Wimberly, 18509
    Brooke C. Tigchelaar, 32029
    STONE PIGMAN WALTHER WITTMANN L.L.C.
    546 Carondelet Street
    New Orleans, Louisiana 70130
    Phone: 504-581-3200
    Fax:     504-581-3361

    *Counsel for Beazer Homes Corp., M/I Homes, The Mitchell Company, Inc., South Kendall Construction, and Taylor Morrison Services, Inc*

-2-

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Appearance has been served on Liaison Counsel by e-mail and upon all Chinese Dry Wall parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 6, on this 6th day of August, 2009.

*/s/ Phillip A. Wittmann*

987416v.1