UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: CIVIL ACTION NO. 09-4287 | JUDGE FALLON |
| CALVIN PIZANI AND LINDSEY PIZANI | MAG. JUDGE WILKINSON |

**O R D E R**

Considering the foregoing motion,

**IT HEREBY ORDERED** that Kathy Lee Torregano and Karen B. Sher of the Berrigan Litchfield Schonekas Mann & Traina, LLC law firm be enrolled as additional counsel of record for Calvin Pizani and Lindsey Pizani.

New Orleans, Louisiana, this _____6th_____ day of August, 2009

**JUDGE**