UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO ALL CASES**

### ORDER

Pursuant to this Court's Minute Entry, dated July 31, 2009, the Plaintiffs' Steering Committee is scheduled to meet with the Court at 3:00 p.m. on August 10, 2009, and the Defendants' Steering Committee is scheduled to meet with the Court at 4:00 p.m. on August 10, 2009.

IT IS ORDERED that these meetings shall be consolidated into a single, joint meeting, to be held in the Chambers of Judge Eldon E. Fallon on August 10, 2009, at 4:00 p.m.

New Orleans, Louisiana, this  7th  day of August, 2009.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE