UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

MONTHLY STATUS CONFERENCE
AUGUST 11, 2009
**SUGGESTED AGENDA**

I. PRE-TRIAL ORDERS

II. PROPERTY INSPECTIONS

III. PLAINTIFF AND DEFENDANT PROFILE FORMS

IV. PRESERVATION ORDER

V. STATE COURT SETTINGS

VI. STATE/FEDERAL COORDINATION

VII. DISCOVERY ISSUES

- 1 -

VIII.   FREEDOM OF INFORMATION ACT/PUBLIC RECORDS REQUESTS

IX.     TRIAL SETTINGS IN FEDERAL COURT

X.      FILINGS IN THE MDL

XI.     TOLLING AGREEMENT/SUSPENSION OF PRESCRIPTION

XII.    CLASS ACTIONS

XIII.   MOTIONS IN THE MDL

XIV.    INSURANCE ISSUES

XV.     SERVICE OF PLEADINGS ELECTRONICALLY

XVI.    MASTER COMPLAINT

XVII.   NEXT STATUS CONFERENCE