MINUTE ENTRY
FALLON, J.
AUGUST 10, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRY WALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

    A status conference was held on this date in the Courtroom of Judge Eldon E. Fallon. The Court met with the Plaintiffs' Steering Committee and Defendants' Steering Committee. The parties discussed the status of the case and the inspection protocol and profile forms.

    The Court approves the Request for Creation of Homebuilders' Steering Committee (Rec. Doc. No. 157). An order will be forthcoming.

    The parties reported that the inspection protocol and plaintiff and defense profile forms are near completion. It is expected that these will be produced in final form at the upcoming meeting.

JS10(00:40)