A CERTIFIED TRUE COPY
ATTEST

By Darion Payne on Aug 11, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2009 AUG 11  PM 1:53

LORETTA G. WHYTE
CLERK

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jul 24, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

MDL No. 2047

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-3)**

On June 15, 2009, the Panel transferred nine civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __F.Supp.2d__ (J.P.M.L. 2009). Since that time, 33 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of June 15, 2009, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Aug 11, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION                MDL No. 2047

## SCHEDULE CTO-3 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **FLORIDA MIDDLE** | | |
| ~~FLM 5 09-181~~ | ~~Michael Swidler, et al. v. Georgia-Pacific Gypsum, LLC, et al.~~ Opposed 8/11/09 | |
| **MISSISSIPPI SOUTHERN** | | |
| MSS 1 09-424 | Timothy Perry, et al. v. Knauf Gips KG, et al. | 09-5500 L/2 |
| MSS 1 09-428 | Lynard Adkins v. Knauf Gips KG, et al. | 09-5501 L/2 |

## UNITED STATES JUDICIAL PANEL
on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Kathryn H. Vratil
United States District Court
District of Kansas

David R. Hansen
United States Court of Appeals
Eighth Circuit

W. Royal Furgeson, Jr.
United States District Court
Northern District of Texas

Frank C. Damrell, Jr.
United States District Court
Eastern District of California

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

August 11, 2009

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re: MDL No. 2047 -- IN RE: Chinese-Manufactured Drywall Products Liability Litigation

(See Attached CTO-3)

Dear Ms. Whyte:

Attached as a PDF document is a certified copy of a conditional transfer order filed by the Panel in the above-captioned matter on July 24, 2009. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _Darion Payne_
Darion Payne
Deputy Clerk

Attachments (Conditional Transfer Order is a Separate Document)

cc:   Transferee Judge:     Judge Eldon E. Fallon

JPML Form 36A

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION                               MDL No. 2047

## INVOLVED COUNSEL LIST (CTO-3)

David Matthew Allen
CARLTON FIELDS PA
P.O. Box 3239
4221 West Boy Scout Boulevard
Suite 1000
Tampa, FL 33601-3239

Elizabeth L. Bevington
HOLLAND & KNIGHT LLP
315 South Calhoun Street
Suite 600
PO Box 810
Tallahassee, FL 32302-0810

Michael D. Donovan
DONOVAN SEARLES LLC
1845 Walnut Street
Suite 1100
Philadelphia, PA 19103

John G. Ebken
BUCHANAN INGERSOLL & ROONEY PC
301 Grant Street
20th Floor
Pittsburgh, PA 15219

Jon Taylor Gatto
BUCHANAN INGERSOLL & ROONEY PC
401 East Jackson Street
Suite 2500
Tampa, FL 33602-5236

William F. Hamilton
HOLLAND & KNIGHT LLP
100 North Tampa Street
Suite 4100
Tampa, FL 33601-1288

Russ M. Herman
HERMAN HERMAN
KATZ & COTLAR LLP
820 O'Keefe Avenue
New Orleans, LA 70113-1116

Adam L. Hoeflich
BARTLIT BECK HERMAN
PALENCHAR & SCOTT
54 West Hubbard Street
Suite 300
Chicago, IL 60610

Seth R. Lesser
KLAFTER OLSEN & LESSER LLP
Two International Place
Suite 350
Rye Brook, NY 10574

David M. McMullan, Jr.
BARRETT LAW OFFICES
404 Court Square North
P.O. Box 987
Lexington, MS 39095-0987

Kerry J. Miller
FRILOT LLC
1100 Poydras Street
Suite 3700
New Orleans, LA 70163-3700

James R. Reeves
LUMPKIN & REEVES PLLC
P.O. Drawer 1388
Biloxi, MS 39533

Brian W. Warwick
VARNELL & WARWICK PA
20 La Grande Blvd
The Villages, FL 32159-2384