

FRILOT LLC

ATTORNEYS AT LAW

Frilot L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana  70163
Phone: 504.599.8000
Facsimile: 504.599.8100
www.frilot.com

**Kerry J. Miller**
**Telephone: (504)599-8194**
**Facsimile:  (504)599-8145**
**E-mail:  kmiller@frilot.com**

August 17, 2009

<u>**VIA CM/ECF FILING AND E-MAIL**</u>
Honorable Eldon E. Fallon,
Judge, Section "L"
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

Re:   **In re: Chinese Manufactured**
        **Drywall Products Liability Litigation**
        MDL #2047 "L"(2)
        Our File:  1977-090255

Dear Judge Fallon:

This letter is submitted in follow up to last Friday's conference concerning identification of legal issues in which defendants seek priority treatment by the Court. The Defense Steering Committee and all defense counsel have conferred and request priority treatment for the following three (3) legal issues:

(1)   Application of Chapter 558 of Florida Statutes;

(2)   Personal jurisdiction over defendants; and

(3)   Economic Loss Rule (and its Louisiana analogue) in the primary states at issue.

Defendants further request that these issues and any legal issues received from plaintiffs be discussed in greater detail at the September 3, 2009  status conference of the steering committees, and a briefing and discovery schedule attendant to these legal issues be entered at that time.

Sincerely,

s/Kerry J. Miller

Kerry J. Miller

KJM/sc
cc: Russ Herman (via email)
      Lenny Davis (via email)
      Members of Defense Steering Committee (via email)
212157