MINUTE ENTRY
FALLON, J.
AUGUST 14, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRY WALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

     A status conference was held on this date in the Courtroom of Judge Eldon E. Fallon. The Court met with the Plaintiffs' Liaison Counsel and Defendants' Liaison Counsel. The parties discussed the status of the case and the inspection protocol and profile forms which will be forwarded to the court by 6:00 p.m.

JS10(01:01)