UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047  SECTION: L  JUDGE FALLON  MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

### PRE-TRIAL ORDER # 11

Pursuant to this Court's instruction during the status conference of August 14, 2009, the Court received profile forms from the Plaintiffs and Defendants.

IT IS ORDERED that these profile forms are to be distributed to the appropriate parties and filed and returned on or before September 2, 2009. Plaintiff profile forms shall be returned to Plaintiffs' Liaison Counsel, Russ Herman, either electronically to drywall@hhkc.com, or in hard copy to, Russ M. Herman, Plaintiffs' Liaison Counsel, Herman, Herman, Katz, & Cotlar, L.L.P., 820 O'Keefe Ave., New Orleans, LA 70113. Defendant profile forms shall be returned to Defendants' Liaison Counsel, Kerry Miller, either electronically to kmiller@frilot.com, or in hard copy to Kerry J. Miller, Defendants' Liaison Counsel, Frilot L.L.C., 1100 Poydras St., Suite 3700, New Orleans, LA 70163.

New Orleans, Louisiana, this 17th day of August, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE