MINUTE ENTRY
FALLON, J.
AUGUST 20, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 2047 |
| IN RE: CHINESE-MANUFACTURED DRY WALL | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

A status conference was held on this date in the Courtroom of Judge Eldon E. Fallon. Present were Russ Herman, Plaintiffs' Liaison Counsel, and Arnold Levin, Leonard Davis, Victor Diaz, and Fred Longer, all of the Plaintiffs' Steering Committee, Kerry Miller, Defendants' Liaison Counsel, and Kyle Spaulding of the Defendants' Steering Committee.

One matter discussed was the current status of the distributor defendants' inspection profile form. The Court was informed that the parties were unable to agree on a form. Accordingly, the Court will construct and issue its own distributor profile form.

Additionally, the parties agreed and recommended to the Court that Crawford & Company implement the inspections under the Threshold Inspection Protocol (TIP). The Court approved Crawford & Company as the TIP inspector.

The parties reported that the preservation protocol forms are near completion. The Court ordered that final drafts of these forms shall be submitted to the Court on Monday, August 24,

JS10(01:00)

2009. This is more fully discussed in a Minute Entry and Court Order issued by the Court on August 20, 2009.

Another matter discussed was the selection of properties for the initial inspections. Thirty initial inspections will be conducted as follows: 15 in Florida, eight in Louisiana, and seven in other states. These inspections will be funded by the Plaintiffs' Steering Committee. The Plaintiffs' Steering Committee will select the properties to be inspected and advise the Court and Defendants' Liaison Counsel by Wednesday, August 26, 2009.

The parties also discussed the staying of motions. It is the Court's intention to stay all motions with the understanding that each side will prioritize motions and submit a list of motions for prompt resolution.