MINUTE ENTRY
FALLON, J.
AUGUST 20, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRY WALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br><br>SECTION:  L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

     A status conference was held on this date in the Courtroom of Judge Eldon E. Fallon. Present were Russ Herman, Plaintiffs' Liaison Counsel, and Arnold Levin, Leonard Davis, Victor Diaz, and Fred Longer, all of the Plaintiffs' Steering Committee, Kerry Miller, Defendants' Liaison Counsel, and Kyle Spaulding of the Defendants' Steering Committee.

     One matter discussed was the drafting of a protocol for the preservation of evidence. The parties indicated that they are working on a document, but have not completed a final version to submit to the Court. It is the Court's position that such protocol is essential to the progress of the case.

     Accordingly, IT IS ORDERED that the parties are to attempt to draft a protocol for the preservation of evidence and present such protocol to the Court on Monday, August 24, 2009. If the protocol cannot be done, then drafts of various protocols shall be submitted on Tuesday, August 25, 2009, and the Court shall create its own protocol. Evidence or material produced not

JS10(01:00)

in accordance with the protocol or specifically approved by the court may be subject to exclusion for use in either discovery or trial in the matter.

      A separate Minute Entry will recount the additional issues discussed at the status conference held on August 20, 2009.

*Eldon E. Fallon*