UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL          MDL NO. 2047
PRODUCTS LIABILITY LITIGATION

SECTION:  L

JUDGE FALLON
MAG. JUDGE WILKINSON

…………………………………………………………..

**THIS DOCUMENT RELATES TO ALL CASES**

**PRETRIAL ORDER #10**

      In an effort to assure the success of the Threshold Inspection Program ("TIP") in achieving the objectives that have been previously stated by this Court of obtaining additional information to the fullest extent possible regarding the identification of manufacturers, suppliers, installers and/or contractors of the drywall in the property without being overly intrusive or destructive to the homeowners and their property, the Court believes that the inspectors who will undertake the TIP should be properly educated on the brands, markings and other available identifications for the Chinese manufactured drywall found in affected homes to date.  Toward that end, the Court orders that all parties provide either the Plaintiffs' Liaison Counsel or the Defendants' Liaison Counsel with a photographic catalog of markings, brands, endtapes and other identifying markers that they have found in the affected homes to date by no later than August 26, 2009 and that the Plaintiffs' Steering Committee and the Defendants' Steering Committee collect this data and submit to this Court and the inspection company chosen for the TIP a joint catalog of the data to assist in the training of the inspectors for the TIP by no later than August 28, 2009.

      Thus done and signed this 21<u>st</u> day of August, 2009, New Orleans, Louisiana.

_____
JUDGE ELDON E. FALLON