UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL No. 2047 <br><br> SECTION: L <br><br> JUDGE FALLON <br> MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO ALL CASES | | |

**JOINT MOTION FOR APPOINTMENT OF LIAISON COUNSEL
AND MEMBERS TO THE HOMEBUILDERS' STEERING COMMITTEE**

Pursuant to Pretrial Order No. 1 and this Court's Minute Entry dated August 11, 2009, the following Homebuilders -- Beazer Homes Corp. ("Beazer"); Lennar Corporation, Lennar Homes, LLC, and U.S. Home Corporation (collectively, "Lennar"); M/I Homes ("M/I"); South Kendall Construction ("South Kendall"); and Taylor Morrison Services and Taylor Woodrow Communities at Vasari, LLC (collectively, "Taylor Morrison") -- jointly submit this Motion for Appointment of Liaison Counsel and Members to the Homebuilders' Steering Committee.

On August 11, 2009, the Court granted the Application for the Creation of a Homebuilders' Steering Committee ("HSC"). By agreement among all Homebuilders' counsel, the Homebuilders propose to the Court that the following attorneys serve as members of the HSC: Phillip A. Wittmann of Stone Pigman Walther Wittmann LLC, counsel for all Homebuilders; Hilarie Bass of Greenberg Traurig, P.A., counsel for Lennar; Neal A. Sivyer of Sivyer Barlow & Watson, counsel for Taylor Morrison; Elizabeth J. Cabraser of Leiff Cabraser Heimann & Bernstein, LLP and Steven L. Nicholas of Cunningham Bounds, LLC, counsel for The Mitchell Company, Inc. ("Mitchell"); and J Kevin Buster of King & Spalding LLP, counsel for Beazer.

In addition, all Homebuilders jointly propose that Phillip A. Wittmann be appointed as Liaison Counsel for the HSC.  The Homebuilders respectfully make this request to facilitate input of the Homebuilders into the administrative matters and other issues about which the Court may communicate with Liaison Counsel.

Finally, the five Homebuilders listed above (Beazer, Lennar, M/I, South Kendall and Taylor Morrison) jointly propose that Hilarie Bass be appointed as Lead Counsel for the HSC. These five Homebuilders respectfully make this request to impose upon one member of the HSC the duty, together with Liaison Counsel, to coordinate the responsibilities of the HSC, schedule HSC meetings, keep minutes or transcripts of these meetings, appear at periodic court noticed status conferences, perform other necessary administrative or logistic functions of the HSC, and carry out any other duty as the Court may order.[1]

WHEREFORE, all Homebuilders respectfully request that the Court:

(1) Appoint the following as members of the Homebuilders' Steering Committee:

>Hilarie Bass
>*Greenberg Traurig, P.A.*
>
>J Kevin Buster
>*King & Spalding LLP*
>
>Elizabeth J. Cabraser
>*Leiff Cabraser Heimann & Bernstein, LLP*
>
>Steven L. Nicholas
>*Cunningham Bounds, LLC*
>
>Neal A. Sivyer
>*Sivyer Barlow & Watson*

---

[1] While the remaining Homebuilder, The Mitchell Company, Inc., agrees to the appointment of Phil Wittmann as Liaison Counsel and the six counsel mentioned above as members of the HSC, Mitchell has indicated that it will be filing a separate application for appointment of Elizabeth Cabraser as co-lead counsel.

    Phillip A. Wittmann
    *Stone Pigman Walther Wittmann LLC*; and

(2) Appoint Phillip A. Wittman as Liaison Counsel for the HSC.

IN ADDITION, the five Homebuilders listed above (Beazer, Lennar, M/I, South Kendall, and Taylor Morrison) respectfully request that the Court appoint Hilarie Bass as Lead Counsel for the HSC.

This 25th day of August, 2009.

**GREENBERG TRAURIG, P.A.**
*Attorneys for Lennar Corporation, Lennar Homes, LLC, and U.S. Home Corporation*
1221 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
Email: bassh@gtlaw.com

By: /s/ Hilarie Bass
   HILARIE BASS
   Florida Bar No. 334323

**CARLTON FIELDS**
*Attorneys for M/I Homes*
PO Box 3239
Tampa, Florida 33601
Telephone: (813) 223-7000
Facsimile: (813) 229-4133
Email: jfuente@carltonfields.com

By: /s/ Jaret J. Fuente
   JARET J. FUENTE
   Florida Bar No. 146773

**KING & SPALDING LLP**
*Attorneys for Beazer Homes Corp.*
1180 Peachtree Street, NE
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Email: kbuster@kslaw.com

By: /s/ J Kevin Buster
   J KEVIN BUSTER
   Georgia Bar No. 099267

**SIVYER BARLOW & WATSON**
*Attorneys for Taylor Woodrow Communities at Vasari, LLC and Taylor Morrison Services, Inc.*
100 S Ashley Drive
Suite 2150
Tampa, FL 33602
Telephone: (813) 221-4242
Facsimile: (813) 227-8598
Email: nsivyer@sbwlegal.com

By: /s/ Neal Allen Sivyer
   NEAL ALLEN SIVYER
   Florida Bar No. 373745

**SCHWARTZ & HORWITZ, PLC**
*Attorneys for South Kendall Construction*
6751 North Federal Highway, Suite 400
Boca Raton, Florida 33487
Telephone: (561) 395-4747
Facsimile: (561) 367-1550
Email: sgs@sandhlawfirm.com
By:     /s/ Steven G. Schwartz
        STEVEN G. SCHWARTZ
        Florida Bar No. 911471


## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **JOINT MOTION FOR APPOINTMENT OF LIAISON COUNSEL AND MEMBERS TO THE HOMEBUILDERS' STEERING COMMITTEE** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 25th day of August, 2009.

By:     /s/ J Kevin Buster
        J KEVIN BUSTER
        Georgia Bar No. 099267
        **KING & SPALDING LLP**
        *Attorneys for Beazer Homes Corp.*
        1180 Peachtree Street, NE
        Atlanta, GA 30309
        Telephone: (404) 572-4600
        Facsimile: (404) 572-5100
        Email: kbuster@kslaw.com