UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

## PRETRIAL ORDER #12

The parties have not been able to agree on an appropriate Distributor Profile Form. The Court instructed both sides to submit forms in order for the Court to prepare the appropriate form. The Court received each side's forms, copies of which are attached. The Court will prepare the final version of the Distributor Profile Form.

New Orleans, Louisiana, this 24th day of August, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

Attachments