UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| ..……………………………………………… | : | |

**THIS DOCUMENT RELATES TO ALL CASES**

## PRETRIAL ORDER #12A

In this Court's Pretrial Order, dated August 24, 2009, the Court discussed the development of the Distributor Profile Form. From the proposals submitted by the parties, the Court constructed the attached Distributor Profile Form.

Accordingly, IT IS ORDERED that the attached Distributor Profile Form adopted by the Court be distributed to the appropriate parties and returned to Defendants' Liaison Counsel, Kerry Miller, on or before September 8, 2009. The forms shall be returned either electronically at kmiller@frilot.com, or in hard copy to Kerry Miller, Defendants' Liaison Counsel, Frilot L.L.C., 1100 Poydras Street, Suite 3700, New Orleans, Louisiana 70163.

New Orleans, Louisiana, this  24th  day of August, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

Attachments