UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION  L |
| THIS DOCUMENT RELATES TO: CIVIL ACTION NO. 09-4287 | JUDGE FALLON |
| CALVIN PIZANI AND LINDSEY PIZANI | MAG. JUDGE WILKINSON |

## O R D E R

Considering the foregoing motion,

**IT HEREBY ORDERED** that Matthew P. Chenevert of the Berrigan Litchfield Schonekas Mann & Traina, LLC law firm be enrolled as additional counsel of record for Calvin Pizani and Lindsey Pizani.

New Orleans, Louisiana, this _____ day of _____ , 2009

_____
**JUDGE**