UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL ) | |
| ) | MDL No. 2047 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| ) | JUDGE FALLON |
| This Document relates to: ALL CASES ) | MAG. JUDGE |
| ) | WILKINSON |
| ) | |
| _____) | |

NOTICE OF APPEARANCE OF COUNSEL

Having previously filed a Notice of Appearance on July 16, 2009, in cases in which they had at that time been served, and now in compliance with Judge Fallon's Order of August 11, 2009, and reserving all rights related to service in cases in which they have not been served, Defendants USG Corporation, L&W Supply Corporation d/b/a Seacoast Supply, and All Interior Supply, Inc. appear and request that this Court enroll W. David Conner and Moffatt G. McDonald as counsel of record for these entities in all cases in which they have been served or are served in the future.

**HAYNSWORTH SINKLER BOYD, P. A.**

BY: _____/s/ W. David Conner_____
W. David Conner (SC Bar # 66358; Fed. # 5986)
Moffatt G. McDonald (SC Bar # 3784; Fed. # 2805)
P.O. Box 2048
Greenville, SC  29602
(864) 240-3226
(864) 240-3300 (fax)
dconner@hsblawfirm.com
mgmcdonald@hsblawfirm.com

1

2

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance of Counsel has been served on Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at Kmiller@frilot, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 25th day of August, 2009.

　　　　　　　　　　　　　　　　　　　　　　　　/s/   W. David Conner_____