MINUTE ENTRY
FALLON, J.
AUGUST 25, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRY WALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

      A status conference was held on this date in the Courtroom of Judge Eldon E. Fallon. Present were Russ Herman, Plaintiffs' Liaison Counsel, Leonard Davis of the Plaintiffs' Steering Committee, Kerry Miller, Defendants' Liaison Counsel, and Phil Wittmann, Dorothy Wimberly, and Don Hayden, all of the Defendants' Steering Committee. Hilary Bass of the Defendants' Steering Committee participated via telephone.

      The Court discussed with the parties the drafting of a Preservation Protocol Order. The Court instructed the parties that the focus of the Order should be, (1) guidelines regarding what constitutes a valid sample, (2) how the sample is to be taken, and (3) how the sample is to be preserved. Within these parameters, the parties are to meet and construct a Preservation Protocol.

      Additionally, the parties informed the Court that more time would be necessary for the selection of the first thirty cases for the initial inspections. Accordingly, IT IS ORDERED that the deadline for selection of the first thirty cases for the initial inspections has been extended to

JS10(01:00)

Wednesday, September 2, 2009.