**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION  L |
| THIS DOCUMENT RELATES TO: CIVIL ACTION NO. 09-4287 CALVIN PIZANI AND LINDSEY PIZANI | JUDGE FALLON MAG. JUDGE WILKINSON |

**O R D E R**

Considering the foregoing motion,

**IT HEREBY ORDERED**  that Matthew P. Chenevert of the Berrigan Litchfield Schonekas

Mann & Traina, LLC law firm be enrolled as additional counsel of record for Calvin Pizani and

Lindsey Pizani.

New Orleans, Louisiana, this _____25th_____ day of _____August_____ , 2009

_____
**JUDGE**