UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL  :  MDL NO. 2047
    PRODUCTS LIABILITY LITIGATION  :  SECTION: L
:
:  JUDGE FALLON
:  MAG. JUDGE WILKINSON
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO ALL CASES**

**ORDER**

IT IS ORDERED that a status conference shall be scheduled for Thursday, September 3, 2009, at 8:15 a.m. The Court will meet with Plaintiffs' Liaison Counsel, Defendants' Liaison Counsel, and members of the Homebuilders' Steering Committee prior to the monthly status conference scheduled at 9:00 a.m. pursuant to this Court's Minute Entry of August 11, 2009.

New Orleans, Louisiana, this  27th  day of August, 2009.

                                                ELDON E. FALLON
                                              UNITED STATES DISTRICT JUDGE