AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

**RETURN**

| | | |
|---|---|---|
| BARRY DEMPSTER, ET AL | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No.   09-5482 L (2) |
| LOWE'S HOME CENTERS, INC. | ) | |
| Defendant | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*
Lowe's Home Centers, Inc.

A lawsuit has been filed against you.

    Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Andrew A. Lemmon
P.O. Box 904
Hahnville, LA   70057

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                                         LORETTA G. WHYTE
                                                                                      Name of clerk of court

Date:  August 12, 2009

                                                                                       Deputy clerk's signature

(*Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).*)

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __8/18/2009__, by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is __Corporation Service Co., 320 Somerulos St., Baton Rouge, LA 70802__ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

Date: __8/18/2009__

Server's signature

Carol S. Cassisa
Printed name and title

**CAPITAL PROCESS SERVICE**
**5916 SOUTH SHORE DRIVE**
**BATON ROUGE, LA 70817-3982**
**225-756-2537**

Server's address