MINUTE ENTRY
FALLON, J.
AUGUST 26, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRY WALL  :  MDL NO. 2047
    PRODUCTS LIABILITY LITIGATION  :  SECTION: L
:
:  JUDGE FALLON
:  MAG. JUDGE WILKINSON
............................................... :

**THIS DOCUMENT RELATES TO ALL CASES**

A status conference was held on this date in the Chambers of Judge Eldon E. Fallon. Present were: Russ Herman, Plaintiffs' Liaison Counsel; Leonard Davis, Ben Gordon, and Jerry Parker, all of the Plaintiffs' Steering Committee; Kerry Miller, Defendants' Liaison Counsel; Don Hayden of the Defendants' Steering Committee; Dorothy Wimberly on behalf of Phil Witmann of the Homebuilders' Steering Committee; Don Hayden of the Defendants' Steering Committee; and Kevin Frawley, Dennis Peters, and Kirby Klossen of Crawford and Co.

The Court and parties met with representatives of Crawford and Co. regarding the Threshold Inspection Program ("TIP"). Additionally, the parties informed the Court that they were in the final stages of producing the protocol for TIP. Plaintiffs' Liaison Counsel informed the Court on the progress of the selection of the initial thirty cases to be subject to the TIP.

The parties also discussed their progress in the photographic cataloging of trademarks found on drywall in affected homes.

JS10(01:00)

Accordingly, IT IS ORDERED that a subsequent status conference shall be scheduled for Wednesday, September 2, 2009, at 3:00 p.m. The parties are to discuss the separate issues of preservation and remediation.