UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to: ALL CASES | MDL No. 2047<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## NOTICE OF APPEARANCE OF COUNSEL

In compliance with Judge Fallon's Order of August 11, 2009, and reserving all rights related to service in cases in which they have not been served, Defendants Sun Construction, LLC appears and requests that this Court enroll David C. Loeb and Lisa L. Maher as counsel of record for these entities in all cases which they may be served in the future.

COUHIG PARTNERS, L.L.C.

BY: _[signature]_
DAVID C. LOEB (LA Bar No. 8660)
LISA L. MAHER (LA Bar No. 21326)
643 MAGAZINE STREET, SUITE 300
NEW ORLEANS, LA 70130
Telephone 504-588-1288
Facsimile 504-588-9750
dloeb@couhigpartners.com
maherl@couhigpartners.com

1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance of Counsel has been served on Plaintiffs' Liaison Counsel, Russ Hermann at Drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at Kmiller@frilot.com, and upon all parties by electronically uploading the dame to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on the 25th day of August, 2009.

_____
DAVID C. LOEB