**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO. 2047 |
|     DRYWALL PRODUCTS | * | |
|     LIABILITY LITIGATION | * | SECTION: L |
| | * | |
| | * | JUDGE FALLON |
| **This document relates to all cases** | * | |
| | * | MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PRETRIAL ORDER NO. 1A**

Pursuant to Pretrial Order No. 1 entered on June 16, 2009, this Court initially provided for extensions and stays as follows: "Each defendant is granted an extension of time for responding by motion or answer to the complaint(s) until a date to be set by this Court. Pending the initial conference and further orders of this Court, all outstanding discovery proceedings are stayed, and no further discovery shall be initiated. Moreover, all pending motions must be re-noticed for resolution on a motion day or days after the Court's initial conference herein."

Thereafter, this Court modified Pretrial Order No. 1 through its Minute Entry of August 11, 2009.  That Minute Entry provided:   "IT IS ORDERED that Pretrial Order No. 1, Paragraph 8 regarding EXTENSION AND STAY be and is hereby MODIFIED to reflect that those who have been served and who have not made an appearance will be subject to default." The Court instructed the parties to file a motion for default in cases involving parties who have been served but who have not made an appearance, before the next status conference.

Wherefore, IT IS ORDERED that Pretrial Order No. 1 and the Minute Entry of August 11, 2009, are now further modified to reflect that the stay in effect shall not impede counsel's obligation

to timely enter their appearance on behalf of their client(s) upon effectuation of service on their client. All other pleading obligations shall be stayed consistent with this Court's previous orders.

New Orleans, Louisiana, this 28th day of August 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE