UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 2047 SECTION L |
| This document relates to All Cases | * * * * * * | JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AGENDA

Agenda for September 3, 2009 status conference.

I. PRE-TRIAL ORDERS

II. PROPERTY INSPECTIONS

III. PLAINTIFF AND DEFENDANT PROFILE FORMS

IV. PRESERVATION ORDER

V. STATE/FEDERAL COORDINATION

VI. STATE COURT TRIAL SETTINGS

VII. MOTIONS IN THE MDL

VIII. DISCOVERY ISSUES

IX. FREEDOM OF INFORMATION ACT/PUBLIC RECORDS REQUESTS

X. TRIAL SETTINGS IN FEDERAL COURT

XI. FILINGS IN THE MDL

XII. NOTICES OF APPEARANCE AND DEFAULT JUDGMENTS

1

XIII. TOLLING AGREEMENT/SUSPENSION OF PRESCRIPTION

XIV. INSURANCE ISSUES

XV. SERVICE OF PLEADINGS ELECONTRONICALLY

XVI. MASTER COMPLAINT

XVII. NEXT STATUS CONFERENCE

> FRILOT L.L.C.
>
> s/Kerry J. Miller
> KERRY J. MILLER (Bar No. 24562)
> KYLE A. SPAULDING (Bar No. 29000)
> 1100 Poydras Street
> Suite 3700
> New Orleans, LA 70163
> Telephone: (504)599-8194
> Facsimile: (504)599-8145
>
> Defendants' Liaison Counsel

## CERTIFICATE

I HEREBY CERTIFY that the above and foregoing Agenda has been served upon all parties by electronically uploading the same to LexisNexis File & Service Advances in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 2047, on this 1st day of September, 2009.

> s/Kerry J. Miller
> KERRY J. MILLER