IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION, | MDL Docket No. 2047 |
| THIS DOCUMENT RELATES TO: | SECTION L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THE MITCHELL COMPANY, INC., individually and on behalf of others similarly situated, | |
| Plaintiff, | Case No. 09-cv-4115 |
| vs. | |
| KNAUF GIPS KG, a German corporation; KNAUF PLASTERBOARD (TIANJIN CO., LTD., a Chinese limited liability corporation; TAISHAN GYPSUM CO., LTD. (f/k/a Shandong Taihe Dongxin Co., Ltd.), a Chinese limited liability corporation); INTERIOR & EXTERIOR BUILDING SUPPLY, L.P., a limited partnership; and RIGHTWAY DRYWALL, INC., a Georgia corporation, | |
| Defendants. | |

## DECLARATION OF KRISTEN E. LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST TAISHAN GYPSUM CO., LTD

I, Kristen E. Law, declare as follows:

1. I am a partner with the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP ("LCHB"), counsel of record for Plaintiffs in this matter. I am a member

832647.1

-1-

in good standing of the bar of the State of California and admitted *pro hac vice* in the Northern District of Florida where the above-captioned *Mitchell* action was originally filed. I respectfully submit this declaration in support of Plaintiffs' Motion for Default Judgment Against Defendant Taishan Co., Ltd. I have personal knowledge of the facts set forth in this declaration, and could testify competently to them if called upon to do so.

2. Mitchell perfected service of the Complaint on defendant Taishan on June 30, 3009. Documents memorializing effective service on Taishan are attached hereto as Exhibit A.

3. To date, Taishan has failed to enter an appearance, answer, or otherwise respond to Mitchell's Complaint. A true and correct copy of the docket sheet for the Mitchell action is attached hereto as Exhibit B.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 2nd day of September, 2009, at San Francisco, CA.

/s/ Kristen E. Law

Kristen E. Law