Case Name: The Mitchell Company, Inc. v. Knauf Gips KG
Defendant: Taisan Gypsum Co., Ltd.
Court Case No.: 3:09-cv-00089-MCR-MD

**CERTIFICATE**
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)  8/5, 2019
   - *le (date)*
   - at (place, street, number)  Taian Intermediate People's Court, Shandong Province
   - *à (localité, rue numéro)*

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
     [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
         *a) selon les formes légales (article 5, alinéa premier, lettre a).*
     [ ] (b) in accordance with the following particular method*:
         *b) selon la forme particulière suivante:*  _____
     [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
         *c) par remise simple*

   The documents referred to in the request have been delivered to:
   *Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)  Zhang Wenjun
   - *(identité et qualité de la personne)*
   - relationship to the addressee (family, business or other):  Staff of the branch for law affairs
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:*

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Complaint, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at  Beijing    ,  le  2009
*Fait à*
Signature and/or stamp.
*Signature et/ou cachet*
[Seal: 中华人民共和国司法部 司法协助专用章]

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

4×00 9-567

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Florida

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776    Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | **DIVISION OF JUDICIAL ASSISTANCE**<br>Ministry of Justice<br>No.10, Chaoyangmen, Nandajie<br>Chaoyang District<br>Beijing<br><br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(identité et adresse)   Taisan Gypsum Co., Ltd.
Dawenkou Daiyue District, RC-271026 Tai'an Shandong, China
Tel:

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    a)  *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    b)  *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    c)  *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Énumération des pièces*

Complaint
Summons in a Civil Action
Translations
Summary of the Documents to be Served

Done at , the 3/30/09
*Fait à* Minneapolis, Minnesota, U.S.A. , *le*

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116,    USM-94
both of which may still be used)                 (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

山东省泰安市中级人民法院

# 送 达 回 证

（各类案件通用）

FX-09-660
SX-09-567

| 案　由 | 协助送达 | 案　号 | (2009)鲁高法协字第29号 |
|---|---|---|---|
| 送达文书名称和件数 | 美国联邦地区法院佛罗里达州北部辖区 传票一份，诉状一份（共计47页） | | |
| 受送达人 | 泰山石膏股份有限公司 | | |
| 送达地址 | 本院 | | |
| 受送达人签名或盖章 | 张文君（该公司法规部职员）09年 5月 8日 | | |
| 代收人及代收理由 | | 年　月　日 | |
| 备　考 | | | |

填发人　　　　　　　　　　送达人

注：①送达刑事诉讼文书，按照刑事诉讼法第五十七条的规定办理，送达民事、行政诉讼文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
②代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理由。