CLOSED

# U.S. District Court
## Northern District of Florida (Pensacola)
### CIVIL DOCKET FOR CASE #: 3:09-cv-00089-MCR-MD

MITCHELL COMPANY INC v. KNAUF GIPS KG et al
Assigned to: District Judge M CASEY RODGERS
Referred to: MAGISTRATE JUDGE MILES DAVIS
Cause: 28:1332 Diversity-Product Liability

Date Filed: 03/06/2009
Date Terminated: 06/24/2009
Jury Demand: Plaintiff
Nature of Suit: 385 Prop. Damage Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**MITCHELL COMPANY INC**
*INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED*

represented by **JONATHAN D SELBIN**
LIEFF CABRASER HEIMANN ETC LLP - NEW YORK NY
780 THIRD AVE 48TH FLR
NEW YORK , NY 10017-2024
212-355-9500
Fax: 212-355-9592
Email: jselbin@lchb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**KRISTEN ELIZABETH LAW**
LIEFF CABRASER HEIMANN ETC LLP - SAN FRANCISO CA
275 BATTERY ST
EMBARCADERO CTR W 30TH FL
SAN FRANCISCO , CA 94111
415-956-1000
Fax: 415-956-1008
Email: klaw@lchb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**STEVEN L NICHOLAS**
CUNNINGHAM BOUNDS LLC - MOBILE AL
1601 DAUPHIN ST
MOBILE , AL 36604
251-471-6191
Fax: 251-479-1031
Email: sln@cunninghambounds.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**KNAUF GIPS KG**
*A GERMAN CORPORATION*

**Defendant**

**KNAUF PLATERBOARD TIANJIN CO
LTD**
*A CHINESE LIMITED LIABILITY
CORPORATION*

**Defendant**

**TAISHAN GYPSUM CO LTD**
*A CHINESE LIMITED LIABILITY
CORPORATION*
*formerly known as*
SHANDONG TAIHE DONGZXIN

**Defendant**

**INTERIOR & EXTERIOR BUILDING
SUPPLY LP**
*A LIMITED PARTNERSHIP*

    represented by **RAUL RICARDO LOREDO**
MINTZER SOROWITZ ZERIS ETC
255 ALHAMBRA CIRCLE
STE 1150
CORAL GABLES , FL 33134
305-774-9966
Fax: 305-774-7743
Email: rloredo@defensecounsel.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**RIGHTWAY DRYWALL INC**
*A GEORGIA CORPORATION*

    represented by **S GREG BURGE**
BURR & FORMAN LLP - BIRMINGHAM
AL
420 N 20TH ST STE 3400
BIRMINGHAM , AL 35203
205-458-5101
Fax: 205-244-5612
Email: gburge@burr.com
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**SMOKY MOUNTAIN MATERIALS INC**
*doing business as*
EMERALD COAST BUILDING
MATERIALS

**ThirdParty Plaintiff**

**RIGHTWAY DRYWALL INC**
*A GEORGIA CORPORATION*

    represented by **S GREG BURGE**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|

| 03/06/2009 | 1 | COMPLAINT against all defendants ( Filing fee $ 350 receipt number 11290000000001208103.), filed by MITCHELL COMPANY INC. (NICHOLAS, STEVEN) (Entered: 03/06/2009) |
|---|---|---|
| 03/06/2009 | 2 | CIVIL COVER SHEET. (NICHOLAS, STEVEN) (Entered: 03/06/2009) |
| 03/11/2009 | 3 | NOTICE *of Filing Summons* by MITCHELL COMPANY INC re 1 Complaint (Attachments: # 1 Exhibit Summons, # 2 Exhibit Summons, # 3 Exhibit Summons, # 4 Exhibit Summons, # 5 Exhibit Summons) (NICHOLAS, STEVEN) (Entered: 03/11/2009) |
| 03/12/2009 | 4 | Summons Issued as to KNAUF GIPS KG, KNAUF PLATERBOARD (TIANJIN) CO LTD, TAISHAN GYPSUM CO LTD, INTERIOR & EXTERIOR BUILDING SUPPLY LP, RIGHTWAY DRYWALL INC (c/o Michael S. Jenkins, Registered Agent) and returned to Pltf's attorney (S. Nicholas) - via mail. (laj) (Entered: 03/12/2009) |
| 03/26/2009 | 5 | NOTICE of Appearance by RAUL RICARDO LOREDO on behalf of INTERIOR & EXTERIOR BUILDING SUPPLY LP (LOREDO, RAUL) (Entered: 03/26/2009) |
| 04/03/2009 | 6 | NOTICE *of Filing Alias Summons* by MITCHELL COMPANY INC (Attachments: # 1 Exhibit Alias Summons to Defendant Knauf Gips KG) (NICHOLAS, STEVEN) (Entered: 04/03/2009) |
| 04/09/2009 | 7 | Summons Reissued as to KNAUF GIPS KG (original summons - address incorrect) and returned to Pltf's attorney (S. Nicholas), per request (via mail). (laj) (Entered: 04/09/2009) |
| 04/15/2009 | 8 | MOTION to Appoint Process Server by MITCHELL COMPANY INC. (Attachments: # 1 Text of Proposed Order) (NICHOLAS, STEVEN) (Entered: 04/15/2009) |
| 04/16/2009 | 9 | DOCKET ANNOTATION BY COURT - Re: 8 MOTION to Appoint Process Server filed by MITCHELL COMPANY INC - The filing party is advised, by this entry, that all proposed Orders should be emailed to the appropriate chambers at the email addresses provided on the Clerk's website at www.flnd.uscourts.gov, located under "CM/ECF" and "General Info", "Proposed Order Procedures". Attorney is requested to email the proposed Order to the appropriate Judge. (laj) (Entered: 04/16/2009) |
| 04/17/2009 | | ACTION REQUIRED BY DISTRICT JUDGE - Chambers of District Judge M CASEY RODGERS notified that action is needed - Re: 8 MOTION to Appoint Process Server. (laj) (Entered: 04/17/2009) |
| 04/21/2009 | 10 | ORDER - GRANTING 8 Motion to Authorize Service of Process on the International Dft KNAUF GIPS KG and Appointment of An International Process Server in Accordance With the Hague Convention. In consideration of the Motion and and in accordance with Rule 4(f) of the Federal Rules of Civil Procedure, by this Order APS International Limited is authorized to serve process on international dft, KNAUF GIPS KG. Signed by District Judge M CASEY RODGERS on 4/21/2009. (laj) (Entered: 04/21/2009) |
| 04/22/2009 | 11 | AFFIDAVIT of Service for Complaint served on Interior & Exterior Building Supply, L.P. on 03/19/2009, filed by MITCHELL COMPANY INC. (NICHOLAS, STEVEN) (Entered: 04/22/2009) |
| 04/22/2009 | 12 | AFFIDAVIT of Service for Complaint served on Rightway Drywall, Inc. on 03/27/09, filed by MITCHELL COMPANY INC. (NICHOLAS, STEVEN) (Entered: 04/22/2009) |
| 05/04/2009 | 13 | ANSWER to 1 Complaint with jury demand by INTERIOR & EXTERIOR BUILDING SUPPLY LP. (LOREDO, RAUL) (Entered: 05/04/2009) |
| 05/05/2009 | 14 | NOTICE of Appearance by S GREG BURGE on behalf of RIGHTWAY DRYWALL INC (BURGE, S) (Entered: 05/05/2009) |

| 05/06/2009 | | ACTION REQUIRED BY DISTRICT JUDGE - Chambers of District Judge M CASEY RODGERS notified that action is needed - Re: 13 Answer to Complaint, Proposed ISO. (laj) (Entered: 05/06/2009) |
|---|---|---|
| 05/06/2009 | 15 | INITIAL SCHEDULING ORDER - Signed by District Judge M CASEY RODGERS on 5/6/2009.<br><br>Fed.R.Civ.P. 7.1 Corporate Disclosure Statement Deadline set for **5/20/2009**; Rule 26 Meeting Report due by **6/19/2009**; Discovery due by **9/3/2009**. (laj) (Entered: 05/06/2009) |
| 05/07/2009 | 16 | Corporate Disclosure Statement/Certificate of Interested Persons by RIGHTWAY DRYWALL INC identifying Corporate Parent NONE for RIGHTWAY DRYWALL INC.. (BURGE, S) (Entered: 05/07/2009) |
| 05/08/2009 | 17 | ANSWER and Affirmative Defenses to 1 Complaint by RIGHTWAY DRYWALL INC. (BURGE, S)<br><br>Modified on 5/11/2009 to correct "docket text" (laj). (Entered: 05/08/2009) |
| 05/12/2009 | 18 | Corporate Disclosure Statement/Certificate of Interested Persons by INTERIOR & EXTERIOR BUILDING SUPPLY LP - No Corporate Parent. (LOREDO, RAUL)<br><br>Modified on 5/13/2009 to correct "docket text" (laj). (Entered: 05/12/2009) |
| 05/13/2009 | 19 | NOTICE of Change of Address by JONATHAN D SELBIN (SELBIN, JONATHAN) (Entered: 05/13/2009) |
| 05/14/2009 | 20 | THIRD PARTY COMPLAINT against SMOKY MOUNTAIN MATERIALS INC, filed by RIGHTWAY DRYWALL INC. (Attachments: # 1 Exhibit A) (BURGE, S) (Entered: 05/14/2009) |
| 05/20/2009 | 21 | Corporate Disclosure Statement/Certificate of Interested Persons by MITCHELL COMPANY INC. (NICHOLAS, STEVEN) (Entered: 05/20/2009) |
| 06/01/2009 | 22 | MOTION for Extension of Time to File *Plaintiff's Motion for Class Certification and for Conducting Rule 26(f) Conference* by MITCHELL COMPANY INC. (NICHOLAS, STEVEN) (Entered: 06/01/2009) |
| 06/02/2009 | | ACTION REQUIRED BY DISTRICT JUDGE - Chambers of District Judge M CASEY RODGERS notified that action is needed - Re: 22 MOTION for Extension of Time to File *Plaintiff's Motion for Class Certification and for Conducting Rule 26(f) Conference*. (laj) (Entered: 06/02/2009) |
| 06/04/2009 | 23 | ORDER granting 22 MOTION for Extension of Time to File *Plaintiff's Motion for Class Certification and for Conducting Rule 26(f) Conference* filed by MITCHELL COMPANY INC. Signed by District Judge M CASEY RODGERS on 6/4/09. (lcu) (Entered: 06/05/2009) |
| 06/19/2009 | 24 | CONDITIONAL TRANSFER ORDER - Case transferred to Eastern District of LA (MDL 2047). (laj) (Entered: 06/24/2009) |
| 06/19/2009 | 25 | Letter from ED of LA/MDL Court - Re: 24 Conditional Transfer Order. (laj) (Entered: 06/24/2009) |
| 06/24/2009 | 26 | Interdistrict Transfer to the Eastern District of Louisiana - Re: 24 Conditional Transfer Order and 25 Letter. Documents transmitted by email (per request). (laj) (Entered: 06/24/2009) |