# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION, | MDL Docket No. 2047 |
| THIS DOCUMENT RELATES TO: | SECTION L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THE MITCHELL COMPANY, INC., individually and on behalf of others similarly situated, | |
| Plaintiff, | Case No. 09-cv-4115 |
| vs. | |
| KNAUF GIPS KG, a German corporation; KNAUF PLASTERBOARD (TIANJIN CO., LTD., a Chinese limited liability corporation; TAISHAN GYPSUM CO., LTD. (f/k/a Shandong Taihe Dongxin Co., Ltd.), a Chinese limited liability corporation); INTERIOR & EXTERIOR BUILDING SUPPLY, L.P., a limited partnership; and RIGHTWAY DRYWALL, INC., a Georgia corporation, | |
| Defendants. | |

## [PROPOSED] ORDER AND JUDGMENT GRANTING DEFAULT AGAINST TAISHAN GYPSUM CO., LTD IN FAVOR OF THE MITCHELL COMPANY, INC. AND THE PLAINTIFF CLASS

On September 2, 2009, Plaintiff, The Mitchell Company, Inc. ("Mitchell"), filed a motion

for entry of default and default judgment in favor of itself and the proposed Class it seeks to

832608.1

represent.  Having reviewed Mitchell's motion and the files and records of this case, the Court

now **FINDS**, **CONCLUDES**, and **ORDERS** as follows:

Mitchell filed its original Complaint in the Northern District of Florida on March 6, 2009,

alleging claims on behalf of itself and others similarly situated against Defendants Knauf Gips

KG ("Knauf Gips"); Knauf Plasterboard (Tianjin) Co., Ltd. ("Knauf Tianjin"); Taishan Gypsum

Co. Ltd. (f/k/a Shandong Taihe Dongxin Co. Ltd.) ("Taishan"); Interior & Exterior Building

Supply, L.P. ("Interior & Exterior"); and Rightway Drywall, Inc., ("Rightway").  The action was

transferred to this Court by MDL transfer order on June 24, 2009, and Mitchell subsequently

filed an Amended Complaint on July 7, 2009.

Mitchell brings this action as a proposed class action under Federal Rule of Civil

Procedure 23 on behalf of itself and a Class defined as:

> All persons and entities in the States of Alabama, Mississippi,
> Louisiana, Georgia, Texas, and Florida, or, in the alternative, a
> nationwide class of persons and entities, who used drywall
> manufactured by Knauf Gips Kg, Knauf Plasterboard (Tianjin)
> Co., Ltd., or Taishan Gypsum Co., Ltd., for the construction,
> repair, or remodeling of any improvement to real property and who
> have incurred any expenses associated with (1) repair or
> replacement of all or part of the defective drywall, and/or (2) repair
> or replacement of other property damaged by the defective
> drywall, and/or (3) other expenses incurred as part of the
> remediation of the effects of the defective drywall, including,
> without limitation, the cost of investigation and expert analysis of
> the defect, and cost of relocating customers displaced by the
> presence of defective drywall.

832608.1

Mitchell asserts claims for negligence, strict products liability, unjust enrichment, and express and implied warranty, all arising from Defendants' design, manufacture, marketing, warranting, distribution, and sale to Plaintiff and the Class of imported drywall that Defendants knew or should have known was fundamentally unsuitable for its intended purpose.

Mitchell perfected service of the Complaint and Summons on defendant Taishan on June 30, 3009.  To date, Taishan has not entered an appearance, answered, or otherwise responded to Mitchell's Complaint.

Accordingly, by the plain language of Fed. Rules Civ. Proc. 12 and 55, Mitchell and the above-defined Class are entitled to an entry of default and default judgment on liability, with damages to be determined on further submission according to proof.

**IT IS SO ORDERED.**

_____        _____
Date                                Hon. Eldon E. Fallon
                                    United States District Judge

832608.1                          -3-