UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 2047<br><br>SECTION L |
| This document relates to All Cases | * * * * * * | JUDGE FALLON<br><br>MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * *

## JOINT MOTION FOR ENTRY OF
## PHOTOGRAPHIC CATALOG OF DRYWALL MARKINGS

**NOW COME** Plaintiffs' Liaison Counsel ("PLC") and Defendants' Liaison Counsel ("DLC"), who, in response to Pre-Trial Order no. 10, submit the following joint photographic catalog of markings, brands, endtapes, and other identifying markers that have been collected by various plaintiffs and defendants in the MDL and are attached hereto as Exhibit "A." Undersigned counsel further submit that Crawford & Co., the court-approved inspection company for the TIP, will be provided a color copy of the joint catalog of photographs, which will assist in the training of the inspectors for the TIP and in the product identification of drywall observed by Crawford & Co. personnel during the inspections.

Respectfully submitted,

| | |
|---|---|
| /s/ Russ M. Herman<br>Russ M. Herman (Bar No. 6819)<br>Leonard A. Davis (Bar No. 14190)<br>**Herman, Herman, Katz & Cotlar, LLP**<br>820 O'Keefe Avenue<br>New Orleans, LA 70113<br>PH: (504) 581-4892<br>FAX: (504) 561-6024<br><br>**Plaintiffs' Liaison Counsel** | /s/ Kyle A. Spaulding<br>Kerry Miller (Bar No. 24562)<br>Kyle Spaulding (Bar No. 29000)<br>**Frilot L.L.C.**<br>1100 Poydras Street<br>Suite 3700<br>New Orleans, LA 70613-3600<br>PH:   (504) 599-8000<br>FAX: (504) 599-8100<br><br>**Defendants' Liaison Counsel** |

## CERTIFICATE

I hereby certify that the above and foregoing Joint Motion for Entry of Drywall Identification Markings has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this 2nd day of September, 2009.

/s/ Kyle A. Spaulding
Kerry Miller (Bar No. 24562)
Kyle Spaulding (Bar No. 29000)
**Frilot L.L.C.**
1100 Poydras Street
Suite 3700
New Orleans, LA 70613-3600
PH:   (504) 599-8000
FAX: (504) 599-8100

**Defendants' Liaison Counsel**