UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 2047 SECTION L |
| This document relates to All Cases | * * * * * | JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * *

## NOTICE OF MANUAL ATTACHMENT

**EXHIBIT A TO JOINT MOTION FOR ENTRY OF PHOTOGRAPHIC CATALOG OF DRYWALL MARKINGS**

Due to the size of Exhibit A counsel hereby manually submit the catalog of photographic drywall markings directly with the Clerk's Office.

## EXHIBIT A