UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL Docket No. 2047 |
| | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Joint Motion for Entry of Photographic Catalog of Drywall Markings;

IT IS HEREBY ORDERED that said Joint Motion is granted and the photographic catalog of drywall markings be entered into the record.  IT IS FURTHER ORDERED that the court-approved inspection company for the TIP, Crawford & Co., be provided with a color copy of said photographic catalog of drywall markings to assist in the training of inspectors and for the TIP product identification of drywall observed by Crawford & Co. personnel during the inspections.

New Orleans, Louisiana this _____ day of September, 2009.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE