UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO ALL CASES | : : : : | SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |

### NOTICE OF APPEARANCE OF ADORNO & YOSS LLP AS COUNSEL FOR DEFENDANT BANNER SUPPLY CO.

Jan Douglas Atlas, Esq. and Jeffrey A. Backman, Esq., of the law firm of Adorno & Yoss LLP, file this Notice of Appearance on behalf of the Defendant Banner Supply Co., a Florida corporation, and request that copies of all correspondence, motions, pleadings and all other documents be served upon the firm.

Respectfully submitted,

/s/Jeffrey A. Backman
JAN DOUGLAS ATLAS
Fla. Bar No. 226246
JEFFREY A. BACKMAN
Fla. Bar No. 0662501
ADORNO & YOSS LLP
350 East Las Olas Boulevard; Suite 1700
Fort Lauderdale, FL 33301-4217
Telephone: (954) 763-1200
Facsimile: (954) 766-7800
Attorneys for Defendant BANNER SUPPLY CO.

{218429.0005/N0782361_1}

ADORNO & YOSS LLP
350 EAST LAS OLAS BLVD. • SUITE 1700 • FT. LAUDERDALE, FLORIDA 33301 • TELEPHONE 954-763-1200 • FAX 954-766-7800

CASE NO. 09-31927 CA 27

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Appearance of Adorno & Yoss LLP as counsel for Defendant Banner Supply Co. has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern district of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 3rd day of September, 2009.

/s/Jeffrey A. Backman
Jeffrey A. Backman

2

ADORNO &{218429.0005/N0782361_1} YOSS LLP
350 EAST LAS OLAS BLVD. • SUITE 1700 • FT. LAUDERDALE, FLORIDA 33301 • TELEPHONE 954-763-1200 • FAX 954-766-7800