UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL   PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL NO. 2047  SECTION: L  JUDGE FALLON MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

## O R D E R

Considering the Motion to Lift Stay filed by the Plaintiffs' Steering Committee ("PSC");

IT IS ORDERED BY THE COURT that the stay in PTO No. 1 is lifted insofar as the PSC is authorized to file (a) a Motion for Expedited Discovery; (b) a Motion for Production of Defendants' Remediation, Repair and Investigative Protocols; (c) a Motion regarding Defendants' ability to contact putative class members; and (d) a Motion for Establishment of Pre-Trial Order regarding remediation and repairs.

IT IS FURTHER ORDERED BY THE COURT that the stay in PTO No. 1 is lifted insofar as the PSC is authorized to file an Emergency Motion to Protect Class Members and Fairly Conduct the Action.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
ELDON E. FALLON
United States District Court Judge