UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE
TO FILE EXHIBIT UNDER SEAL**

**MAY IT PLEASE THE COURT:**

This memorandum is being submitted on behalf of the Plaintiffs' Steering Committee (PSC) in support of its Motion for Leave to File Exhibit Under Seal.

The PSC is filing an Emergency Motion to Protect Class Members and Fairly Conduct the Action. Attached to the PSC's Memorandum in Support of the Motion to Protect Class Members and Fairly Conduct the Action is Appendix A (including Exhibits 1 through 14 attached to Appendix A), which contains Exemplar Releases of various Defendants in this MDL 2047, which information is confidential.

This litigation involves an MDL. The Court has indicated its desire to set trials in January 2010. Discovery is in its infancy. The Court has not yet issued a Pre-Trial Order regarding confidentiality and filing pleadings or other exhibits under seal, but it is expected that such an Order will be entered. Because the PSC is filing the instant motion on an expedited basis, the PSC requests that this Appendix A (including Exhibits 1 through 14 of Appendix A) to the Memorandum in

Support of the Motion to Protect Class Members and Fairly Conduct the Action be allowed to be filed under seal.

Respectfully submitted,

Dated: September 3, 2009

/s/ Russ M. Herman
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
*Plaintiffs' Liaison Counsel*
*MDL 2047*

**PLAINTIFFS' STEERING COMMITTEE**

Arnold Levin (on the brief)
Fred S. Longer (on the brief)
Matthew C. Gaughan (on the brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Victor Manuel Diaz
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Aragon Avenue, 2nd Floor
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020   bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seith Parker
Parker, Waichman, Alonso LLP
27399 Riverview Center Blvd.
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

| | |
|---|---|
| Christopher Seeger | Scott Wm. Weinstein |
| Seeger Weiss, LLP | Morgan & Morgan |
| One William Street | 12800 University Drive, Suite 600 |
| New York, NY 10004 | Ft. Meyers, FL 33907 |
| Phone: (212) 584-0700 | Phone: (239) 433-6880 |
| Fax: (212) 584-0799 | Fax: (239) 433-6836 |
| cseeger@seegerweiss.com | sweinstein@forthepeople.com |

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 3rd day of September, 2009.

                                        /s/ Leonard A. Davis
                                        Leonard A. Davis
                                        Herman, Herman, Katz & Cotlar, LLP
                                        820 O'Keefe Ave.
                                        New Orleans, LA  70113
                                        PH:  (504) 581-4892
                                        Fax:  (504) 561-6024
                                        ldavis@hhkc.com