UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> _____ ) | MDL NO. 2047 <br><br> SECTION: L <br><br> JUDGE FALLON <br> MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

**APPENDIX A (INCLUDING EXHIBITS 1 THROUGH 14 ATTACHED TO APPENDIX A) TO THE PLAINTIFFS' STEERING COMMITTEE'S MOTION TO PROTECT CLASS MEMBERS AND FAIRLY CONDUCT THE ACTION**

# FILED UNDER SEAL PER ORDER OF THE HONORABLE ELDON E. FALLON UNITED STATES DISTRICT COURT JUDGE, ENTERED ON SEPTEMBER ___, 2009

1