UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

## **O R D E R**

Considering the Plaintiffs' Steering Committee's Motion for Leave to File Exhibit Under Seal;

IT IS ORDERED BY THE COURT the Plaintiffs' Steering Committee is granted leave of Court to file Appendix A (including Exhibits 1 through 14 attached to Appendix A) to the Plaintiffs' Steering Committee's Memorandum in Support of its Motion to Protect Class Members and Fairly Conduct the Action UNDER SEAL.

IT IS FURTHER ORDERED BY THE COURT the Appendix A (including Exhibits 1 through 14 attached to Appendix A) to the Plaintiffs' Steering Committee's Memorandum in Support of the Motion to Protect Class Members and Fairly Conduct the Action attached hereto is FILED UNDER SEAL.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
Eldon E. Fallon
United States District Court Judge