UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL ) | MDL NO. 2047 |
|   PRODUCTS LIABILITY LITIGATION              ) | |
| ) | SECTION: L |
| ) | |
| ) | JUDGE FALLON |
| ) | MAG. JUDGE WILKINSON |
| ) | |

**THIS DOCUMENT RELATES TO ALL CASES**

**APPENDIX A (INCLUDING EXHIBITS 1 THROUGH 14 ATTACHED TO APPENDIX A) TO THE PLAINTIFFS' STEERING COMMITTEE'S MOTION TO PROTECT CLASS MEMBERS AND FAIRLY CONDUCT THE ACTION**

# FILED UNDER SEAL PER ORDER OF THE HONORABLE ELDON E. FALLON UNITED STATES DISTRICT COURT JUDGE, ENTERED ON SEPTEMBER ___, 2009

1