IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TONY AND KATHY PERES** | * | DOCKET NO. 09-03961 |
| | * | |
| | * | SECTION "L" |
| versus | * | |
| | * | MAGISTRATE 2 |
| **KNAUF GIPS KG, KNAUF PLASTERBOARD TIANJIN CO., LTD.,, ET AL** | * | |

*******************************************************************

### MOTION FOR LEAVE TO AMEND COMPLAINT

NOW INTO COURT, through undersigned counsel, come Plaintiffs Tony and Kathy Peres, who respectfully move this Court for leave to file their first supplemental and amending complaint as a matter of course under Federal Rule of Civil Procedure 15(a). As of this date, no responsive pleadings have been filed. No trial date has been set in this matter and the filing of this supplemental and amending complaint will in no way impede the progress of the principal action.

Respectfully submitted,

GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, LLC

By: _____
GERALD E. MEUNIER (# 9471)
MICHAEL J. ECUYER (#23050)
JUSTIN I. WOODS (# 24713)
NAKISHA E. KNOTT (#25663)
KARA H. SAMUELS (#29234)
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
Telephone: 504-522-2304
Facsimile: 504-528-9973

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____