IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TONY AND KATHY PERES** | * | **DOCKET NO. 09-03961** |
| | * | |
| | * | **SECTION "L"** |
| versus | * | |
| | * | **MAGISTRATE 2** |
| **KNAUF GIPS KG, KNAUF PLASTERBOARD TIANJIN CO., LTD.,, ET AL** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing motion by Plaintiffs for leave to file their first supplemental and amending complaint,

IT IS HEREBY ORDERED AND DECREED that plaintiffs, Tony and Kathy Peres, are hereby granted leave to file their first supplemental and amending complaint in the above-entitled and numbered cause of action.

New Orleans, Louisiana this _____ day of September, 2009.

_____
U. S. MAGISTRATE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____