IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TONY AND KATHY PERES | * | DOCKET NO. 09-03961 |
| | * | |
| | * | SECTION "L" |
| versus | * | |
| | * | MAGISTRATE 2 |
| KNAUF GIPS KG, KNAUF PLASTERBOARD | * | |
| TIANJIN CO., LTD., TAISHAN GYPSUM CO. | * | |
| LTD. f/k/a SHANDONG TAIHE DONGXIN | * | |
| CO. LTD., USG CORPORATION, | * | |
| L&W SUPPLY CORPORATION d/b/a | * | |
| SEACOAST SUPPLY, INTERIOR EXTERIOR | * | |
| BUILDING SUPPLY, INDEPENDENT BUILDERS | * | |
| SUPPLY ASSOCIATION, INC. | * | |
| and ROTHCHILT INTERNATIONAL LIMITED | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**FIRST SUPPLEMENTAL AND AMENDED COMPLAINT**

Now into Court, through undersigned counsel, come Plaintiffs Tony and Kathy Peres, who respectfully request that their complaint in the above captioned matter be supplemented and amended as follows:

1.

Paragraph 1 of the original Complaint is amended to add as plaintiffs, Ricardo and Michelle Tenorio, individually and on behalf of their minor children, Bane and Rio Tenorio.

2.

Plaintiffs, Ricardo and Michelle Tenorio, along with their minor children, Bane and Rio Tenorio, reside in the home of Tony and Kathy Peres, which is located in the Eastern District of Louisiana and was built using Defendants' defective drywall.

3.

Plaintiffs re-allege all allegations of the original complaint as if copied herein *in extenso*.

WHEREFORE, plaintiffs reiterate the prayer in their original Complaint as if copied *in extenso* herein, and further pray that their Complaint be supplemented and amended in the above respects, and that after due proceedings, there be judgment herein in favor of Plaintiffs and against Defendants, with legal interest from date of judicial demand until paid, for attorney's fees, and for all general and equitable relief available under the circumstances.

Respectfully submitted,

GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, LLC

By: _____
GERALD E. MEUNIER (# 9471)
MICHAEL J. ECUYER (#23050
JUSTIN I. WOODS (# 24713)
NAKISHA E. KNOTT (#25663)
KARA H. SAMUELS (#29234)
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
Telephone: 504-522-2304
Facsimile: 504-528-9973

SERVICE INSTRUCTIONS ON FOLLOWING PAGE

PLEASE SERVE WITH THE ORIGINAL AND SUPPLEMENTAL AND AMENDING COMPLAINTS:

USG Corporation
Through its registered agent for service of process
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DR  19801

L & W Supply Corporation d/b/a Seacoast Supply
Through its registered agent for service of process
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DR  19801

Interior Exterior Building Supply
727 S. Cortez St.
New Orleans, LA 70119

Independent Builders Supply Association, Inc.
1801 Wal-Pat Road
Smithfield, NC  27577

PLEASE HOLD SERVICE ON:

Knauf Gips KG
Knauf Plasterboard Tianjin Co., Ltd.
Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.
Rothchilt International Limited