UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 2047 SECTION L |
| | * | JUDGE FALLON |
| This document relates to All Cases | * * | MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Joint Motion for Entry of Photographic Catalog of Drywall Markings;

IT IS HEREBY ORDERED that said Joint Motion is granted and the photographic catalog of drywall markings be entered into the record. IT IS FURTHER ORDERED that the court-approved inspection company for the TIP, Crawford & Co., be provided with a color copy of said photographic catalog of drywall markings to assist in the training of inspectors and for the TIP product identification of drywall observed by Crawford & Co. personnel during the inspections.

New Orleans, Louisiana this 3rd day of September, 2009.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE