MINUTE ENTRY
FALLON, J.
September 2, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRY WALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO ALL CASES**

A status conference was held on this date in the Chambers of Judge Eldon E. Fallon. Present for the Plantiffs were: Russ Herman, Plaintiffs' Liaison Counsel, and Leonard Davis, Arnold Levin, Fred Longer, and Hugh Lambert, all of the Plaintiffs' Steering Committee. Present for the Defendants were: Kerry Miller, Defendants' Liaison Counsel, and Don Hayden of the Defendants' Steering Committee. Present for the Homebuilders were: Hilary Bass, Chair of the Homebuilders' Steering Committee, and Dorothy Wimberly, Ed Fizpatrick, and Kevin Buster, all of the Homebuilders' Steering Committee. Robert Horwitz of the Homebuilders' Steering Committee participated via telephone.

Initially, the status conference was to be attended by only the members of the Defendants' and Plaintiffs' Steering Committees because of a scheduling conflict with the members of the Homebuilders' Steering Committee. However, members of the Homebuilders' Steering Committee ultimately attended the meeting so the originally scheduled meeting took

JS10(01:20)

place.  Accordingly, IT IS ORDERED that the status conference scheduled for September 3, 2009, at 8:15 a.m. is rescheduled for the original time of 8:30 a.m.

The focus of the September 2 conference was the status of the inspections and the selection of cases for such inspections.  Plaintiffs have selected the initial cases to be subject to the Threshold Inspection Program ("TIP") and will provide their selections to Defendants' Liaison Counsel.  The Court clarified that, in accordance with its Minute Entry of August 20, 2009, the selection of the initial cases subject to TIP is to be made by the Plaintiffs' Steering Committee since it is funding the inspection of these cases.

Additionally, the Plaintiffs have completed and compiled several hundred Plaintiff Profile Forms; they are to provide copies of such forms to Defendants' Liaison Counsel on or before the date set forth in the Court's Order.

After the selection of the cases subject to TIP inspections is completed, the Court will schedule a meeting with the inspector, Crawford and Co., and Liaison and Lead Counsel for the parties to discuss the protocol for the TIP and any potential modifications that may be necessary.

The Court informed the parties of its intent to commence bellweather trials in January 2010, and discussed the process it plans to implement in selecting the cases to be tried.

The general stay on the filing of motions issued in Pretrial Order #1 was discussed.  The Court urged the parties to decide which proposed motions are critical, discuss such motions with the opposing party, and prioritize the order of such motions.