UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| BARRY DEMPSTER and ANNETTE DEMPSTER, individually and on behalf of their minor child, JARROD DEMPSTER, and others similarly situated | * * * * * | MAG. JUDGE WILKINSON |
| vs. | * * | |
| LOWE'S HOME CENTERS, INC. | * * | |
| CASE NO. 2:09-5482-EEF-JCW | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF LIMITED APPEARANCE

**PLEASE TAKE NOTICE** that William B. Gaudet (LA Bar #1374), Francis V. Liantonio, Jr. (LA Bar # 19282), Edwin C. Laizer (LA Bar #17014) and Jeffrey E. Richardson (LA Bar #23273) of Adams and Reese LLP, 4500 One Shell Square, New Orleans, LA 70139, Telephone 504-581-3234, Facsimile 504-566-0210, hereby submit this limited appearance as counsel for Lowe's Home Centers, Inc. ("Lowe's"), pursuant to Pretrial Order No. 1A (Doc. 186). Lowe's is sought to be made defendant in only one suit (the Dempster matter, Case No. 09-5482). Lowe's reserves any and all objections or defenses.

Respectfully submitted,

*/s/Francis V. Liantonio, Jr.*
WILLIAM B. GAUDET (#1374)
FRANCIS V. LIANTONIO, JR. (#19282)
EDWIN C. LAIZER (#17014)
JEFFREY E. RICHARDSON (#23273)
**ADAMS AND REESE LLP**
One Shell Square
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Telephone:     (504) 581-3234
Facsimile:      (504) 566-0210
William.Gaudet@arlaw.com
Frank.Liantonio@arlaw.com
Edwin.Laizer@arlaw.com
Jeff.Richardson@arlaw.com

**ATTORNEYS FOR LOWE'S HOME CENTERS, INC.**

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Limited Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 8th day of September, 2009.

  */s/ Francis V. Liantonio, Jr.*
  FRANCIS V. LIANTONIO, JR.