# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | MDL No. 2047 |
| This Document Relates to: 09-14115 Arif Shakoor, et al. vs. Knauf Gips KG. et al. USDC, EDLA No. 09-cv-04307-EEF-JCW | * * * * | SECTION: L  JUDGE: FALLON  Mag. Judge Wilkinson |

****************************************************

## NOTICE OF DISMISSAL

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiff, by and through the undersigned attorneys, voluntarily dismisses this case without prejudice each party to bear their own fees and costs. The Clerk of Court is respectfully requested to close this case.

/s/ Justin G. Witkin
Justin G. Witkin FL Bar No. 0109584
jwitkin@awkolaw.com
**Aylstock, Witkin, Kreis & Overholtz, PLLC**
55 Baybridge Dr.
Gulf Breeze, Florida 32561
(850) 916-7450 Phone
(850) 916-7449 Facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed this 8th day of September, 2009 and served upon all counsel of record via the Court's ECF filing system.

/s/ Justin G. Witkin
Justin G. Witkin FL Bar No. 0109584