UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

_____/

MDL NO. 2047

SECTION: L

JUDGE FALLON

MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO:**

*JANET MORRIS-CHIN et al., v. KNAUF PLASTERBOARD TIANJIN CO., LTD. et al.*, No. 09-20796-MOORE (S.D. Fla. ) (MDL No. 09-4119)

_____/

## PLAINTIFFS' MOTION FOR ISSUANCE OF (CORRECTED) REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY) TO APPROPRIATE JUDICIAL AUTHORITIES IN TAIWAN TO EFFECT SERVICE OF PROCESS ON DEFENDANT ROTHCHILT INT'L LTD.

Plaintiffs, JANET MORRIS-CHIN and DAJAN GREEN, by and through undersigned counsel, respectfully request that the Court issue a *corrected* version of the Request for International Judicial Assistance (Letter Rogatory) previously issued by the transferor Court in the Southern District of Florida, *see* Case No. 09-20796-MOORE, DE 16, to facilitate service of process of the Summons and Amended Complaint in the above-styled action on foreign Defendant ROTHCHILT INT'L LTD. Defendant ROTHCHILT is located in Taiwan and formal service of process may be carried out through the use of Letters Rogatory. The corrected form Letter of Request for International Judicial Assistance (Letter Rogatory) addressed to the Appropriate Judicial Authority Taiwan is attached here to as *Exhibit A*.

Plaintiffs make this request for the issuance of a corrected version of the Letter of Request previously issued by the Court, *see* Case No. 09-20796-MOORE, DE 16, because Plaintiffs have

Podhurst Orseck, P.A.

25 West Flagler Street, Suite 800, Miami, FL 33130, Miami 305.358.2800 Fax 305.358.2382 • Fort Lauderdale 954.463.4346    www.podhurst.com

been informed by APS International, Ltd., the company assisting Plaintiffs with service abroad, that, in addition to specifying in the Letter of Request that service of a Summons and the Amended Complaint is requested, the Letter or Request should also specify that *Certified Translations of the Summons and Amended Complaint* are also requested to be served. This information was inadvertently omitted from the previous form submitted by Plaintiffs.

WHEREFORE, for the reasons set forth herein and for any other reasons the Court may deem appropriate, undersigned counsel respectfully requests that the Court issue a corrected Letter of Request for International Judicial Assistance (Letters Rogatory) in the form attached hereto.

DATED this 9th day of September, 2009

Respectfully Submitted,

 /s/ Victor M. Diaz, Jr.     [1]
PODHURST ORSECK, P.A.
25 W. Flagler Street, Suite 800
Miami, Florida  33130
Tel: (305) 358-2800
Fax: (305) 358-2382
Robert C. Josefsberg, Esq.
Florida Bar No. 040856
rjosefsberg@podhurst.com
Victor M. Diaz, Jr., Esq.
Florida Bar No. 503800
vdiaz@podhurst.com
Stephen F. Rosenthal, Esq.
Fla. Bar No. 0131458
srosenthal@podhurst.com
Alexander Rundlet, Esq.
Florida Bar No. 0692301
arundlet@podhurst.com

and

---

[1] ORIGINAL SIGNED DOCUMENT ON FILE WITH THE COURT.

2

Podhurst Orseck, P.A.

25 West Flagler Street, Suite 800, Miami, FL 33130, Miami 305.358.2800  Fax 305.358.2382  •  Fort Lauderdale 954.463.4346         www.podhurst.com

HIGER LICHTER & GIVNER, LLP
Bank of America Building
18305 Biscayne Blvd., Suite 402
Aventura, Florida 33160
Tel: (305) 933-9970
Fax: (305) 933-0998
David H. Lichter, Esq
Florida Bar No. 359122
dlichter@hlglawyers.com
J. Joseph Givner, Esq.
Florida Bar No.850705
jgivner@hlglawyers.com

**and**

THE BLUMSTEIN LAW FIRM
Bank of America Building
18305 Biscayne Blvd., Suite 402
Aventura, Florida 33160
Tel: (305) 356-7547
Fax: (305) 356-7539
Mark Blumstein, Esq.
Florida Bar No. 0090700
Mark@BlumsteinLaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiffs' Motion for Issuance of (Corrected) Request for International Judicial Assistance (Letter Rogatory) to Appropriate Judicial Authorities in Taiwan to Effect Service of Process on Defendant Rothchilt Int'l Ltd., has been served on Plaintiffs' Liaision Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of September, 2009.

/s/ Alexander Rundlet
Alexander Rundlet
Florida Bar No. 0692301
arundlet@podhurst.com

3

Podhurst Orseck, P.A.

25 West Flagler Street, Suite 800, Miami, FL 33130, Miami 305.358.2800  Fax 305.358.2382  •  Fort Lauderdale 954.463.4346   www.podhurst.com