# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TONY AND KATHY PERES** | * | **DOCKET NO.  09-03961** |
| | * | |
| | * | **SECTION "L"** |
| **versus** | * | |
| | * | **MAGISTRATE 2** |
| **KNAUF GIPS KG, KNAUF PLASTERBOARD** | * | |
| **TIANJIN CO., LTD.,, ET AL** | * | |

**************************************************************************

## ORDER

Considering the foregoing motion by Plaintiffs for leave to file their first supplemental and amending complaint,

IT IS HEREBY ORDERED AND DECREED that plaintiffs, Tony and Kathy Peres, are hereby granted leave to file their first supplemental and amending complaint in the above-entitled and numbered cause of action.

New Orleans, Louisiana this ___9th___ day of September, 2009.

_____
United States District Judge

___ Fee_____
_X_ Process_____
___ Dktd_____
___ CtRmDep_____
___ Doc. No._____