UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL | ) | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION: L |
| | ) | |
| | ) | JUDGE FALLON |
| | ) | MAG. JUDGE WILKINSON |
| _____ | ) | |

**THIS DOCUMENT RELATES TO ALL CASES**

**THE PLAINTIFFS' STEERING COMMITTEE'S
MEMORANDUM IN SUPPORT OF
MOTION FOR EXPEDITED DISCOVERY**

This memorandum is being submitted on behalf of the Plaintiffs' Steering Committee ("PSC") in support of its Motion for Expedited Discovery:

1. In Pretrial Order No. 1, this Court issued a stay of motion practice until further order. In its Order of September 8, 2009, this Court modified Pretrial Order No. 1 insofar as to allow plaintiffs to file, among other things, a motion for expedited discovery. This motion necessarily follows that Order.

2. As a consequence of Pretrial Order No. 1, the PSC has been unable to obtain relevant and necessary discovery from the several defendants already before the court and knowledgeable third parties that may have discoverable information relevant to the claims of the plaintiffs.

3. This MDL began with the Transfer Order of the Judicial Panel on Multidistrict Litigation of June 15, 2009. While this MDL is only three months old, the Court has already set the ambitious goal of conducting bellwether trials in January 2010, only four months hence. Whereas in most litigation of this magnitude, the plaintiffs would be conducting mock trials and meeting with focus groups to finalize their trial strategies at this time, the PSC has thus far been precluded from even

1

beginning to undertake the massive discovery one would expect to have already been completed by this juncture.  Given the Court's authority to schedule discovery in the fashion it deems most appropriate for facilitating the litigation, *see, e.g.,* Fed.R.Civ.P. 16(a), (26)(c), 83(b), the PSC submits that immediate and expedited discovery be permitted.

4.   In contemplation of the lifting of Pretrial Order No. 1's stay following the pre-status conference meeting with the Court of September 2, 2009, wherein all parties and the Court were advised that the PSC would be issuing 30(b)(6) notices and master sets of discovery requests, the PSC filed and served said documents with the understanding that responses and depositions would be scheduled at times consistent with the Court's lifting of the stay.

5.   Accordingly, on September 2, 2009, the PSC issued first requests for production of documents and things to defendants specific to installer/contractors, importers/exporters/brokers, builders, distributors/suppliers/retailers, and manufacturers.  These Requests for Production of Documents were narrowly focused on specific elemental and non-objectionable topics such as corporate governance and corporate knowledge of the defects in the drywall products; corporate structure; investigations regarding defects in drywall products; communications with governmental agencies; standard operating procedures; preservation policies and practices; insurance coverage; contractual relations regarding the purchase, sale, etc. of Chinese drywall products; product identification; performance standards; chain of custody; marketing materials; testing practices and procedures.

6.  Given the time constraints imposed by the Court's bellwether trial schedule, plaintiffs respectfully submit that the thirty day time period to respond to such discovery requests provided by Fed.R.Civ.P. 34(b)(2)(A) be expedited to allow only a seven day response time should the Court

agree to grant the motion.  Defendants have had the discovery requests already and no delay will occur by shortening the time to respond.  It is beyond peradventure that this Court has the authority to shorten the time period in which parties have to respond to document requests.  *Id.*

7.  On September 2, 2009, the PSC also filed and served notices of oral and videotaped depositions pursuant to Fed.R.Civ.P. 30(b)(6) upon a number of known suppliers of Chinese drywall: (1) La Suprema Enterprise, Inc.; (2) La Suprema Trading, Inc.; (3) Banner Supply Company; (4) Black Bear Gypsum Supply, Inc.; (5) Independent Builders Supply Association, Inc.; (6) Interior/Exterior Building Supply, LP; (7) L&W Supply Corporation d/b/a Seacoast Supply; (8) Smoky Mountain Supply, Inc. d/b/a Emerald Coast Building Materials; (9) Venture Supply, Inc.; and (10) Porter-Blaine Corp. The PSC intends to issue additional deposition notices to others.

8.  Each of the foregoing 30(b)(6) Notices of Depositions were properly limited to specific matters for examination that are of immediate need of the PSC to prosecute the plaintiffs' claims. Specifically, the PSC sought from these defendant parties to federal litigation (some that have not yet been transferred to this MDL) regarding their organization and record keeping: transactions involving Chinese drywall; inspection, testing and remediation of any properties containing Chinese drywall; and insurance.  When service of these notices of depositions occurred, the PSC made clear to defense liaison counsel that if any dates needed to be moved, alternative dates could be discussed. In addition, the notices of deposition all stated that the depositions would take place at a location mutually agreed upon by the parties.  Although some of the scheduled dates for these depositions have all been voluntarily postponed by the PSC, the PSC is desirous of scheduling these depositions in an expedited fashion, *i.e.*, following one week's notice should the Court grant the PSC's request for expedited discovery.

9.  The Chinese drywall debacle is clearly manifest within the gulf states and other parts of the country.  Given the national and international scope of this litigation, coupled with this Court's proposed bellwether trial schedule, expedited discovery is essential to permit the parties a fair opportunity to prepare for the upcoming trials.  To make those trials representative, the PSC must have basic relevant discovery completed in as short a time as possible and as fully and expeditiously as the parties can muster.  The PSC requests that the stay on discovery issued by the PSC be lifted.

WHEREFORE, for good cause shown above, the PSC prays that its Motion for Expedited Discovery be granted.

Respectfully submitted,

Dated: September 11, 2009

/s/ Russ M. Herman
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
*Plaintiffs' Liaison Counsel*
*MDL 2047*

**PLAINTIFFS' STEERING COMMITTEE**

Arnold Levin (on the brief)
Fred S. Longer (on the brief)
Matthew C. Gaughan (on the brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

4

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Victor Manuel Diaz
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Aragon Avenue, 2nd Floor
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
  Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
  & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seith Parker
Parker, Waichman, Alonso LLP
27399 Riverview Center Blvd.
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite  650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Jeremy W. Alters
Alters, Boldt, Brown, Rash & Culmo, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@abbrclaw.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 11th day of September, 2009.

/s/ Leonard A. Davis
Leonard A. Davis
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA  70113
PH:  (504) 581-4892
Fax:  (504) 561-6024
ldavis@hhkc.com