UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>THE 51 CASES ON THE ATTACHED LIST | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## AMENDED NOTICE OF APPEARANCE OF FULMER LEROY ALBEE BAUMANN & GLASS, P.L., AS COUNSEL FOR DEFENDANT INDEPENDENT BUILDERS SUPPLY ASSOCIATION, INC.

COMES NOW, the law firm of Fulmer LeRoy Albee Baumann & Glass, P.L., and hereby files its Amended Notice of Appearance as counsel on behalf of the Defendant, Independent Builders Supply Association, Inc., ("IBSA"). It is respectfully requested that all future pleading and correspondence be served upon the undersigned Gary F. Baumann in connection with this action. It is also respectfully requested that service of any pleadings or correspondences directed at Robert M. Oldershaw to cease in connection with this action.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 15, 2009, I electronically filed the foregoing document and this certificate with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing:

        FULMER, LeROY, ALBEE, BAUMANN & GLASS, P.L.

/s/ Gary F. Baumann
Gary F. Baumann
gbaumann@FulmerLeRoy.com
Florida Bar No.: 089052
2866 East Oakland Park Boulevard
Fort Lauderdale, FL  33306
(954) 707-4430  phone
(954) 707-4431 fax
**Attorneys for Defendant**
**INDEPENDENT BUILDERS SUPPLY ASSOCIATION, INC.**

## NOTICE OF APPEARANCE ATTACHMENT

**Independent Builders Supply Association, Inc., is a named defendant in the following MDL NO.: 2047 cases;**

1) Case No.: 09-3309
   Ariane Octavia Conrad

2) Case No.: 09-3156
   Chris Ancira and Lilah Ancira

3) Case No.: 09-4323
   Darryl Paul Ledet, Trisha A. Ledet,
   Individually and on behalf of their
   minor child, Kaitlyn E. Ledet

4) Case No. 09-4113
   Duane Ankney

5) Case No. 09-3479
   Dwayne Fazande, Latanja T. Fazande,
   Individually and on behalf of their
   minor child, Dwayne Fazande, Jr.,
   Corlis Marie Fazande and Darlene Hall

6) Case No. 09-3136
   Jeffry Gilberti and Chrissie Gilberti,
   individually and on behalf of their
   Minor Child Laila Gilberti, Joseph
   Mercante, Barbara Mercante,
   Melissa Young, Rene Henry and
   Brent Desselle, individually and
   on behalf of his minor child
   Cole Desselle

7) Case No.: 09-3282
   Jerome Kiloran Robinson and
   Ellen Benadette Robinson

8) Case No: 09-2981
   Jill M. Donaldson and
   John "Jared" Oertling

9)  Case No: 09-3243
    John Joseph Barone, III

10) Case No.: 09-3956
    Kasie A. Finnan Couture, wife/of and
    Patrick G. Couture, Individually, and on
    behalf of the minor child, Baylei Couture

11) Case No.: 09-3192
    Kelsey H. Mitchell, wife of/and
    James G. Mitchell, Individually
    and on behalf of minors
    Emma Mitchell, Eleanor Mitchell,
    Marian Mitchell and all others
    similarly situated

12) Case No.: 09-3488
    Kenneth Wiltz, and Barbara Wiltz,
    on behalf of themselves and all
    others similarly situated

13) Case No.: 09-3959
    Lana Alonzo

14) Case No.: 09-3193
    Laurie Stayton

15) Case No.: 09-3426
    Junius Bourg, Irvin Young, Shirley Chopin
    Walter Bell, Lucern Breaud, Sheryl Powell
    and Sylvester Williams

16) Case No.: 09-3636
    Karin Jaruzel, John Jaruzel, Individually and on
    behalf of their minor children, Kailey Jaruzel
    and Travis Jaruzel

17) Case No.: 09-3157
    Mary Haindel

18) Case No.: 09-3215
    Michael Chauffe

4

19) Case No.: 09-3127
    Mona Roberts and Thomas E. Burke, IV

20) Case No.: 09-3639
    Melinda Simmons, Andre Simmons,
    Sidney Smith, Connie Smith, individually
    and on behalf of their minor child, Rachele Smith
    James Fugler, Jan Fugler, Alvin Thymes
    Leon Moore, Sandra Dunbar, Mary Hall
    and Lloyd Hall

21) Case No.: 09-3135
    Penny Alexander and Henry Alexander

22) Case No.: 09-3265
    Ralph and Paula Morlas, individually,
    and on behalf of Blaise Morlas,
    and all others similarly situated

23) Case No.: 09-3427
    Robert Anthony Cresson, Sr.
    and Richard Denis Tiemann, Jr.

24) Case No.: 09-3526
    Ronald P. Ceruti and Sharon L. Ceruti

25) Case No.: 09-3384
    Sandra E. Perez Wife of/and Pedro Perez

26) Case No.: 09-3424
    Sean Payton and Beth Payton
     individually and on behalf of their
     minor children, Meghan Payton and
    Conner Payton

27) Case No.: 09-4112
    Shane M. Allen and Nicole Allen

28) Case No.: 09-3535
    Ollie Brumfield, III, Adrianne Brumfield,
     individually and on behalf of their minor
    children, Jaylen Brumfield, Jade Brumfield
    and Ollie Brumfield, IV

5

29) Case No.: 09-4273
Joseph V. Gritter Jr., Catherine Gtitter,
Willie Mae Taylor, Honore Canty,
Mark Lance, Kathelyn Lance(minor),
Mary Jo Lance(minor), Tina Lance(minor),
Nathanial Bierria, Sr., Cindy Bierra,
Nandi Bierra(minor) and
Nathanial Bierra, III

30) Case No.: 09-4274
Kim Dakin and Andrea Singleton

31) Case No.: 09-3961
Tony and Kathy Peres

32) Case No.: 09-3634
Debra Bryant

33) Case No.: 09-3525
Lolita Davis, Arnelle Williams,
Shelby Williams, Jesse Conrad,
Gelone Conrad, individually and on behalf
of their minor child Asante Williams
Barbara Foy, Individually and on behalf of
her minor child, Danielle Foy, Vonda Crowley,
Felton Crowley, Kristina Stout, Michael Stout,
individually and on behalf of their minor child,
Michael Stout, Jr. and Andrea Carter

34) Case No.: 09-3960
Lawrence Meyer, Elizabeth Meyer,
Sharon Watts, Helena Skinner and
Linda Guidry

35) Case No: 09-4102
Ronald Evens, individually and on
behalf of minor child Sharon Gray,
Matthew Evans and Kereem Evans

36) Case No: 09-3422
Lien Mai and David Nguyen
Individually and on behalf of
Isabella Nguyen

37) Case No: 09-3923
    Kevin David Chiappetta and Karen Ann
    Chiappetta, Individually and on behalf of their
    minor child, Kortney Chiapetta

38) Case No:09-3423
    Jessie VU, Individually and on behalf of
    Darian T.B. VU, and Kristy Mai

39) Case No: 09-4275
    Amy Louise Amerson, Michelle Whiteside
    Pavageau, Ernest Nunez, III, Marie L. Nunez
    Chris Adron Lea and Julie Basha Lea

40) Case No: 09-4100
    Marc Staub, Dana Staub, Kionne Bourges McKinnis,
    Scott Belsom, Jennifer Belsom, individually and on
    behalf of their minor child, Mia Belsom, Gary Kelly,
    Josh Heck, Kelly Heck, individually and on behalf of
    their minor children, Caylee Heck and Caden Heck,
    John Woodside and Jennifer Woodside

41) Case No: 09-4154
    Rose McCrary, Individually and on individually
    and on behalf of her minor children, Amari McCrary,
    Amani McCrary, and Nathaniel McCreary, Mark Elias,
    Anna Kerr, Joann Miller, Willie James, Rose James,
    Angelina Thomas, Lois Theodore, Herbert Theordore, Jr.,
    Victor White, Raul Valdez and Varlene Valdez

42) Case No: 09-3638
    Gina Mays, Individually and on behalf of her minor
    children, Jordan Cook and Jarrid Page, Mindi Adams,
    Patrina A. Johnson Peters, individually and on behalf of
    minor children, Damond Peters, Dakeia Johnson and
    Jes-Zahre Johnson, and Shelton Barnes

43) Case No.: 09-3637
    Jordan Cassagne, individually and on behalf of
    her minor children, Isabelle Cassagne and Grace Cassagne
    and Brande Cassagne

44) Case No.: 09-3536
    Long Mai and Kavita Mandhare

45) Case No.: 09-3425
    Michael Martin, Cherie Lacava, individually and on
    behalf of Perrin Lacava and Joycelyn Lacava

46) Case No.: 09-3157
    Mary Haindel on behalf of herself and all others
    similarly situated

47) Case No.: 09-3193
    Lori Staton

48) Case No.: 09-3635
    Jerome Donnelly and Daphine Donnelly

49) Case No.: 09-3634
    Debra Bryant

50) Case No.: 09-5872
    Didio Victores, Monica Victores,
    Michael Gisele, Jessica Gesela,
    Jorge Restrepo, and Jennifer Resprepo,
    on behalf of themselves and
    all others similarly situated

51) Case No.: 09-5869
    Cindy A. Goldstein on behalf of herself
    and all others similarly situated

## PLAINTIFF'S COUNSEL SERVICE LIST

| | |
|---|---|
| Daniel K. Bryson, Esq.<br>Lewis & Roberts, PLLC<br>1305 Navaho Dr., Suite 400<br>Raleigh, NC 27609<br>Phone: (919) 981-0191<br>Fax: (919) 081-0431 | Jordan Lucas Chaikin, Esq.<br>Parker Waichman Alonso, LLP<br>27399 Riverview Center Blvd., Suite 106<br>Bonita Springs, FL 34134<br>Phone: (239) 390-1000<br>Fax: (239) 390-0055 |
| Gary E. Mason, Esq.<br>The Mason Law Firm, PC<br>1225-19th St., NW, Suite 500<br>Washington, DC 20036<br>Phone: (202) 429-2290<br>Fax: (202) 429-2294 | Scott Wm. Weinstein, Esq.<br>Morgan & Morgan, P.A.<br>P.O. Box 9504<br>12800 University Dr., Suite 600<br>Fort Myers, FL 33906<br>Phone: (239) 433-6880<br>Fax: (239) 433-6836 |
| Daniel E. Becnel, Jr.<br>Daniel E. Becnel, III<br>Matthew B. Moreland<br>Salvadore Christina, Jr.<br>Christopher D. Becnel<br>Becnel Law Firm, LLC<br>106 W. Seventh Street<br>PO Drawer H<br>Reserve, Louisiana 70084<br>Telephone (985) 536-1186<br>Facsimile (985) 536-6445 | Joseph M. Bruno<br>L. Scott Joanen<br>855 Baronne Street, 3rd Floor<br>New Orleans, Louisiana 70113<br>Telephone: (504) 525-1335<br>Facsimile: (504) 561-6775<br><br>Bruno & Bruno, LLP<br>David S. Scalia<br>855 Baronne Street<br>New Orleans, LA 70113<br>Phone: (504) 525-1335<br>Facsimile: (504) 561-6775 |
| Jeremy W. Alters, Esq.<br>Alters Boldt Brown Rash Culmo<br>4141 Northeast 2nd Avenue<br>Suite 201<br>Miami, Fl 33137 | Kenneth G. Gilman<br>Gilman & Pastor, LLP<br>6363 Highcroft Dr.<br>Naples, Fl 34119 |

| | |
|---|---|
| Roberta L. Burns, Esq.<br>Law Offices of Sidney D. Torres, III<br>Torres Park Plaza,<br>Suite 303<br>8301 West Judge Perez Drive<br>Chalmette, LA 70043<br>Telephone: (504) 271-8421 | Jeffrey P. Berniard<br>Berniard Law Firm LLC<br>625 Baronne St.<br>New Orleans, LA 70113<br>Telephone: (504) 527-6225<br>Facsimile: (504) 617-6300 |
| Gerald E. Meunier<br>Justin I. Woods<br>Kara H. Samuels<br>Nakisha E. Knott<br>2800 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163-2800<br>telephone: 504-522-2304<br>Facsimile: 504-528-9973 | Anthony D. Irpino<br>Mark P. Glago<br>Irpino Law Firm<br>One Canal Place<br>365 Canal St., Ste. 2290<br>New Orleans, LA 70130<br>Telephone: (504) 525-1500<br>Facsimile: (504) 525-1501 |
| Gainsburgh, Benjamin, David, Meunier &<br>Warshauer, LLC<br>2800 Energy Centre<br>1100 Poydras<br>New Orleans, LA 70163 | |

## **DEFENDANTS COUNSEL SERVICE LIST**

| | |
|---|---|
| Michelle Nelson, Esq.<br>Paxton Smith<br>Barristers Bldg., Suite 500<br>1615 Forum Place<br>West Palm Beach, Florida 33401<br><br>Counsel for All County Drywall Service, Inc.,<br>B&B Stucco, Inc., Harrell's Drywall, Inc.,<br>Northeast Drywall, Co., and Ocean<br>Construction, Inc. | Michael K. Feldman, Esq.<br>1111 Kane Concourse<br>Suite 209<br>Bay Harbor Islands, Fl 33154<br>Telephone: 305-865-5716<br>Facsimile: 305-865-5710<br><br>Counsel for La Suprema Trading, Inc., and La<br>Suprema Enterprise, Inc. |

| | |
|---|---|
| Robert H. Schwartz, Esq.<br>Adorno & Yoss, LLP<br>888 Southeast Third Avenue<br>Suite 500<br>Fort Lauderdale, Fl 33316<br>Telephone: 954-713-1330<br>Facsimile: 954-446-1526<br><br>Michael P. Peterson, Esq.<br>8900 SW 117th Avenue<br>Suite C-104<br>Miami, Fl 33186<br>Telephone: 305-270-3773<br>Facsimile: 305-275-7410<br><br>Counsel for Banner Supply Company | Susan Cole, Esq.<br>Bice Cole Law Firm, PL<br>999 Ponce De Leon Blvd.<br>Suite 710<br>Coral Gables, Fl 33134<br>Telephone: 305-444-1225<br>Facsimile: 305-446-2598<br><br>W. David Conner, Esq.<br>Haynsworth Sinkler Boyd, P.A.<br>PO Box 2048<br>Greenville, SC 29602<br>Telephone: 864-240-3226<br>Facsimile: 864-240-3300<br><br>Counsel for L&W Supply Corp., and USG Corp. |
| Edward J. Briscoe, Esq.<br>Fowler White Burnett<br>1395 Brickell Avenue, 14th Floor<br>Miami, Fl 33131<br>Telephone: 305-789-9252<br>Facsimile: 305-789-9201<br><br>Counsel for Black Bear Gypsum Supply, Inc. | Knauf Gip KG<br>Attention: President/Vice President/or Agent Authorized to Receive Service under Section 48.081, Florida Statutes<br><br>AM Bahnhof 7<br>D-97346 Iphofen<br>Germany |
| Knauf Plasterboard (Tianjin) Co., Ltd.<br>Attention: President/Vice President/or Agent Authorized to Receive Service under Section 48.081, Florida Statutes<br>Knauf Plaserboard (Tianjin) Co., Ltd.<br>North Yinhe Bridge, east Jingin Road<br>Beichen District Economic Developing Zone<br>Tianjin Municipality, P.R. China 300400 | Taishan Gypsum Co. Ltd. f/k/a Shandong Taihe Dongxin Co. Ltd.<br>Attention: President/Vice President/or Agent Authorized to Receive Service under Section 48.081, Florida Statutes<br>Dawenkou, Diaye District<br>Taishan City, Shandong Province<br>P.R. China 271026 |

| | |
|---|---|
| Rothchilt International Ltd.<br>Attention: President/Vice President/or Agent Authorized to Receive Service under Section 48.081, Florida Statutes<br>A02 5/F Zhongnongxin International Building<br>No. 181 East<br>Zhongshan Road<br>Haishu District, Ningbo City<br>P.R. China | Knauf Plasterboard (Dongguan) Co. Ltd.<br>Attention: President/Vice President/or Agent Authorized to Receive Service under Section 48.081, Florida Statutes<br>No. 2 Xinsha Development Zone<br>Rc-52347 Guangdong, China |
| Knauf Plasterboard (Wuhu) Co. Ltd.<br>Attention: President/Vice President/or Agent Authorized to Receive Service under Section 48.081, Florida Statutes<br>No.2 Gang Wan Road<br>RC-241009 Whuhu Anhui, China | All Interior Supply Co.<br>By serving its Registered Agent<br>CT Corporation System<br>1200 South Pine Island Road<br>Plantation, Fl 33324 |
| Beijing New Building Materials, PLC<br>Attention: President/Vice President/or Agent Authorized to Receive Service under Section 48.081, Florida Statutes<br>N0. 16 West Road<br>Jiacaicheng, Xisanqi<br>Haidian District<br>Beijing, P.R. China 100096 | Northstar Holding, Inc.<br>By serving its registered agent<br>David Ettinger<br>14901 S. Military Trail<br>Delray, Fl 33484 |
| NorthStar Homes, Inc.<br>By serving its registered agent<br>Scott Worley<br>1732 S. Congress Avenue, Ste 335<br>Palm Springs, Fl 33461 | Raul R. Loredo, Esq.<br>Mintzer, Sarowitz, Zeris, Ledna & Meyers<br>255 Alhambra Circle, Suite 1150<br>Coral Gables, Fl 33134<br>Telephone: 305-774-9966<br>Facsimile: 305-774-7743<br>Counsel for Interior Exterior Building Supply, Inc. |
| Andrea M. Fair, Esq.<br>Wetherington, Hamilton, Harrison & Fair, P.A.<br>PO Box 172727<br>Tampa, Florida 33672<br><br>Counsel for Residential Drywall, Inc. | Fred E. Moore, Esq.<br>Blalock, Walters, Held & Johnson, PA<br>802 11th Street, West<br>Bradenton, Florida 34205<br>Telephone: 941-748-0100<br>Facsimile: 941-745-2093<br><br>Counsel for MDW Drywall, Inc. |

| | |
|---|---|
| John B. Marion, IV, Esq.<br>Sellars, Marion & Bachi, PA<br>811 North Olive Avenue (33401)<br>PO Box 3767<br>West Palm Beach, Fl 33402<br>Telephone: 561-655-8111<br>Facsimile: 561-655-4994<br><br>Attorneys for Ocean Construction, Inc., S.D. & Associates, Inc., and Residential Drywall, Inc. | |