AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

_EASTERN District of _LOUISIANA

| | |
|---|---|
| CHAD JARRELL, ET AL <br> Plaintiff <br> v. <br> KNAUF GIPS, KG, ET AL <br> Defendant | ) ) ) ) ) ) Civil Action No. **09-5828** <br> **SECT. L MAG.-2** |

Summons in a Civil Action

To: *(Defendant's name and address)*

L&W Supply Corporation, through its agent for service
The Corporation Trust Company
Corporation Trust Center
1209 Orange St.
Wilmington DE 19801

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Nakisha Ervin-Knott
1100 Poydras St., Suite 2800
New Orleans, LA 70163-2800

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE
Name of clerk of court

Date:  AUG 1 9 2009

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

09-2528
SECT. L MAG. 2

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* _____
    _____
    _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

Date: _____

                                                                        Server's signature

                                                                        Printed name and title

                                                                          Server's address

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Nakisha Ervin-Knott, Esq.
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
1100 Poydras Street, Suite 2800
New Orleans, LA 70163

Drywall
09-5828

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>L&W Supply Corporation<br>through its agent for service<br>Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7008 0500 0001 9549 0040 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540