IN THE UNTIED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2009 SEP 16 AM 8:34

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| CHAD AND DARLENE JARRELL individually, and on behalf of their minor children, Isabella, Owen and Leila, and all others similarly situated,<br><br>versus<br><br>KNAUF GIPS KG, KNAUF PLASTERBOARD TIANJIN CO., LTD., TAISHAN GYPSUM CO. LTD. f/k/a SHANDONG TAIHE DONGXIN CO. LTD, USG CORPORATION, L&W SUPPLY CORPORATION d/b/a SEACOAST SUPPLY, INTERIOR EXTERIOR BUILDING SUPPLY, INDEPENDENT BUILDERS SUPPLY ASSOCIATION, INC., ROTHCHILT INTERNATIONAL LIMITED, and MAYEAUX CONSTRUCTION, INC. | Docket No. 09-5823<br>Section L, Magistrate 2 |

*************************************************************

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant, Mayeaux Construction, Inc. hereby moves the Court to extend the time in which it must answer, move, or otherwise respond to the Class Action Complaint filed by Chad and Darlene Jarrell individually, and on behalf of their minor children, Isabella, Owen, and Leila, and all others similarly situated, for reasons more fully explained in the attached memorandum.

RESPECTFULLY SUBMITTED:
SHARON B. KYLE, A.P.L.C.

_____
SHARON B. KYLE (La Bar Roll # 25437)
NANCY A. RICHEAUX (La Bar Roll # 29397)
STEVEN K. SCHILLING (La Bar Roll # 27635)
4960 Bluebonnet Blvd., Ste. A
Baton Rouge, Louisiana 70809
Telephone: 225/293-8400
Facsimile: 225/291-9501

___ Fee _____
___ Process _____
X  Dktd _____
✓ CtRmDep _____
___ Doc. No. _____

## CERTIFICATE OF SERVICE

I certify that the foregoing Unopposed Motion for Extension was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to the counsel listed below, by operation of the court's electronic filing system and United States Mail, properly addressed and postage prepaid, on this 16th day of September 2009.

        Gerald E. Meunier, Justin I. Woods, Kara H. Samuels, Nakisha E. Knott
        and Michael J. Ecuyer of the firm
        Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, LA 70163-2800
        ATTORNEYS FOR PLAINTIFFS

_____
SHARON B. KYLE