IN THE UNTIED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHAD AND DARLENE JARRELL individually, and on behalf of their minor children, Isabella, Owen and Leila, and all others similarly situated, | * * * * * | Docket No. 09-5828 Section L, Magistrate 2 |
| versus | * * | |
| KNAUF GIPS KG, KNAUF PLASTERBOARD TIANJIN CO., LTD., TAISHAN GYPSUM CO. LTD. f/k/a SHANDONG TAIHE DONGXIN CO. LTD, USG CORPORATION, L&W SUPPLY CORPORATION d/b/a SEACOAST SUPPLY, INTERIOR EXTERIOR BUILDING SUPPLY, INDEPENDENT BUILDERS SUPPLY ASSOCIATION, INC., ROTHCHILT INTERNATIONAL LIMITED, and MAYEAUX CONSTRUCTION, INC. | * * * * * * * * * * | |

*************************************************************************

### MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant, Mayeaux Construction, Inc. is requesting a forty-five (45) day extension of time or until Monday November 2, 2009 to answer, move, or otherwise respond to the Class Action Complaint filed in this case, on the ground that the complex allegations in this case require additional investigation prior to the filing of responsive pleadings.

For the foregoing reason, Defendant, Mayeaux Construction, Inc., requests that this Honorable Court grant it a forty-five (45) day extension of time or until Monday November 2, 2009 to answer, move, or otherwise respond to the Class Action Complaint filed against it to allow adequate time to investigate the allegations.

Plaintiffs have no opposition to this Motion. No prior request for this relief has been made.

Wherefore, after due proceedings are had, Defendant, Mayeaux Construction, Inc., prays that this Court grant it a forty-five (45) day extension or until Monday November 2, 2009 to answer, move, or otherwise respond to the Class Action Complaint filed against it by named Plaintiffs.

RESPECTFULLY SUBMITTED:
SHARON B. KYLE, A.P.L.C.

_____
SHARON B. KYLE (La Bar Roll # 25437)
NANCY A. RICHEAUX (La Bar Roll # 29397)
STEVEN K. SCHILLING (La Bar Roll # 27635)
4960 Bluebonnet Blvd., Ste. A
Baton Rouge, Louisiana 70809
Telephone: 225/293-8400
Facsimile: 225/291-9501

CERTIFICATE OF SERVICE

I certify that the foregoing Memorandum in Support of Unopposed Motion for Extension was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to the counsel listed below, by operation of the court's electronic filing system and United State Mail, properly addressed and postage prepaid, on this 16th day of September 2009.

Gerald E. Meunier, Justin I. Woods, Kara H. Samuels, Nakisha E. Knott
and Michael J. Ecuyer of the firm
Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
ATTORNEYS FOR PLAINTIFFS

_____
SHARON B. KYLE