MINUTE ENTRY
FALLON, J.
September 15, 2009

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRY WALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

A status conference was held on this date in the Chambers of Judge Eldon E. Fallon. Present for the Plantiffs were: Russ Herman, Plaintiffs' Liaison Counsel, and Leonard Davis, Arnold Levin via telephone, Fred Longer, and Hugh Lambert. Present for the Defendants were: Kerry Miller, Defendants' Liaison Counsel, and Joe Hassinger. Present for the Homebuilders was Dorothy Wimberly.

The parties met with the Court to discuss the progress of the Threshold Inspection Program ("TIP"). Plaintiffs' Liaison Counsel informed the Court of issues that Crawford and Co., the inspector implementing the TIP, has encountered in its initial inspections. The parties made suggestions regarding modification of the TIP. The Court will meet again with members of the Steering Committees and representatives from Crawford and Co. to further discuss the TIP on Friday, September 18, 2009, at 9:00 a.m.

JS10(00:20)