AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| Carol Borne ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 09-6073 |
| Christopher Cadis et. al. ) | |
| Defendant ) | |

**Summons in a Civil Action**

SECT. L MAG. 2

To: *(Defendant's name and address)*

C & C Homebuilders Inc.
472 East Chase Ct.
Mandeville, LA. 70448

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Berniard Law Firm
Jeffrey P. Berniard
625 Baronne St.
New Orleans, LA. 70113

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE
Name of clerk of court

Date: _____09/02/2009_____

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____ by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other (specify) **CERTIFIED MAIL** _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00  .

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address



...ce™
...D MAIL™ RECEIPT
...c Mail Only; No Insurance Coverage Provided)

...r delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | Postmark Here |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To C & C Homebuilders

Street, Apt. No.; or PO Box No.

City, State, ZIP+4 ...

7009 0960 0001 0039

PS Form 3800, August 2006

<div style="text-align: center;">

**BERNIARD LAW FIRM, L.L.C.**
625 Baronne St.
New Orleans, La. 70113
504-527-6225
Fax 504-617-6300
Jeffberniard@laclaim.com
WWW.laclaim.COM

</div>

September 2, 2009

**CERTIFIED MAIL:RETURN RECEIPT REQUESTED**

7009 0960 0001 0039 6877

C & C Homebuilders Inc.
472 East Chase Ct.
Mandeville, LA. 70448

      RE: Carol Borne vs. Chris Cadis et. al.
         United States District Court, Eastern District of Louisiana
         Case No._____ Sect. "___"

Dear Sir or Madame:

  Enclosed please find Summons and Complaint, which we are serving upon you on behalf of Carol Born. on the above captioned matter. You are requested to serve the undersigned an answer to this complaint within twenty (20) days.

  Should you have any questions, please do not hesitate to contact our office.

                Sincerely,

                Jeffrey Berniard

Enclosure: