AO 440 (Rev. 04/08)  Civil Summons

**RETURN**

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Carol Borne | ) |
| Plaintiff | ) |
| v. | ) |  Civil Action No. |
| Christopher Cadis et. al. | ) |
| Defendant | ) |

**Summons in a Civil Action**

**09-6073**

**SECT. L MAG. 2**

To: *(Defendant's name and address)*

INTERIOR EXTERIOR BUILDING SUPPLY
727 South Cortez St.
New Orleans, LA. 70119

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Berniard Law Firm
Jeffrey P. Berniard
625 Baronne St.
New Orleans, LA. 70113

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE

Name of clerk of court

Date: _____09/02/2009_____

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

  (1) personally delivering a copy of each to the individual at this place, _____
  _____; or

  (2) leaving a copy of each at the individual's dwelling or usual place of abode with  _____
     who resides there and is of suitable age and discretion; or

  (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
     _____; or

  (4) returning the summons unexecuted to the court clerk on  _____; or

  (5) other *(specify)*  CERTIFIED MAIL _____

     _____
     _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_____ .


Date:  _____                    _____
                                                              Server's signature

                                               _____
                                                            Printed name and title

                                               _____
                                                              Server's address

PS Form 3811, February 2004     Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

INTERIOREXTERIOR
BUILDING SUPPLY
727 South Cortez St.
New Orleans, LA. 70119

2. Article Number
*(Transfer from service label)*

7009 0960 0001 6700 5544

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X [signature]

☐ Agent
☐ Addressee

B. Received by ( Printed Name)   Michelle Hunn

C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes



**BERNIARD LAW FIRM, L.L.C.**
625 Baronne St.
New Orleans, La. 70113
504-527-6225
Fax 504-617-6300
Jeffberniard@laclaim.com
WWW.laclaim.COM

September 2, 2009

**CERTIFIED MAIL:RETURN RECEIPT REQUESTED**

7009 0960 0001 0039 6884

INTERIOR EXTERIOR BUILDING SUPPLY
727 South Cortez St.
New Orleans, LA. 70119

      RE:   Carol Borne  vs. Chris Cadis et. al.
      United States District Court, Eastern District of Louisiana
      Case No._____ Sect. "____"

Dear Sir or Madame:

    Enclosed please find Summons and  Complaint, which we are serving upon you on behalf of Carol Born. on the above captioned matter.  You are requested to serve the undersigned an answer to this complaint within twenty (20) days.

    Should you have any questions, please do not hesitate to contact our office.

           Sincerely,

           Jeffrey Berniard

Enclosure: