AO 440 (Rev. 04/08) Civil Summons

RETURN

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Louisiana

| | | |
|---|---|---|
| Carol Borne | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. **09-6073** |
| Christopher Cadis et. al. | ) | |
| Defendant | ) | |

## Summons in a Civil Action

SECT. L MAG. 2

To: *(Defendant's name and address)*

LIBERTY MUTUAL FIRE INSURANCE COMPANY
Through its agent of service;  Al Ater
8549 United Plaza Blvd., Baton Rouge, LA. 70809

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Berniard Law Firm
Jeffrey P. Berniard
625 Baronne St.
New Orleans, LA. 70113

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE

Name of clerk of court

Date: _____ 09/02/2009 _____

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

(1) personally delivering a copy of each to the individual at this place, _____

_____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is

_____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) **CERTIFIED MAIL** _____

_____

_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00       .

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Tpascal_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   Tara Pascale   C. Date of Delivery   7/03/09

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

1. Article Addressed to:

LIBERTY   MUTUAL   FIRE   INSURANCE
COMPANY
Through its agent of service:
Al Ater
8549 United Plaza Blvd.,
Baton Rouge, LA. 70809

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☑ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7009 0960 0001 0039 6891

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540



## BERNIARD LAW FIRM, L.L.C.

625 Baronne St.
New Orleans, La. 70113
504-527-6225
Fax 504-617-6300
Jeffberniard@laclaim.com
WWW.laclaim.COM

September 2, 2009

**CERTIFIED MAIL:RETURN RECEIPT REQUESTED**

7009 0960 0001 0039 6891

LIBERTY MUTUAL FIRE INSURANCE COMPANY
Through its agent of service;  Al Ater
8549 United Plaza Blvd., Baton Rouge, LA. 70809

          RE:    Carol Borne  vs. Chris Cadis et. al.
          United States District Court, Eastern District of Louisiana
          Case No._____ Sect. "___"

Dear Sir or Madame:

    Enclosed please find Summons and  Complaint, which we are serving upon you on behalf of Carol Born. on the above captioned matter.  You are requested to serve the undersigned an answer to this complaint within twenty (20) days.

    Should you have any questions, please do not hesitate to contact our office.

                   Sincerely,

                   Jeffrey Berniard

Enclosure: