UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION  _____ / | MDL NO. 2047  SECTION: L  JUDGE FALLON  MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**  *JANET MORRIS-CHIN et al., v. KNAUF PLASTERBOARD TIANJIN CO., LTD. et al.*, No. 09-20796-MOORE (S.D. Fla.) (MDL No. 09-4119)  _____ / | |

**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE
(LETTER ROGATORY) ADDRESSED TO THE
APPROPRIATE JUDICIAL AUTHORITY OF TAIWAN**

The United States District Court for the Eastern District of Louisiana presents its compliments to the Appropriate Judicial Authority of Taiwan, and requests international assistance to effect Service of Process on Defendant ROTHCHILT INT'L LTD. of a Summons issued by this Court, the Amended Complaint filed in the above-styled civil action, and Certified Translations of the Summons and Amended Complaint.

**I.     REQUEST**

This Court requests the assistance described herein as necessary in the interests of justice. The assistance requested is that the Appropriate Judicial Authority of Taiwan effect Service of Process of the Summons, Amended Complaint, and Certified Translations of the Summons and Amended Complaint on the below-named corporation.

ROTHCHILT INTERNATIONAL., LTD
N-510 Chia Hsin Bld. Annex 96 Chung Shan N. Rd. Sec. 2
Tapei, Taiwan

The Appropriate Judicial Authority of Taiwan is requested to serve the above-mentioned documents by formal service on a corporate officer authorized to accept service or in a manner of service consistent with the law of Taiwan.

## II.     FACTS OF CASE

This action involves the design, testing, manufacture, distribution, marketing and sale of drywall. Plaintiffs, on behalf of themselves and a class of all persons similarly situated, claim that defective drywall was introduced into the stream of commerce in the United States and installed in homes therein, including in the State of Florida.

Plaintiffs allege that the drywall installed in Plaintiffs' home is defective because toxic chemicals emanate from the drywall. According to Plaintiffs, when certain chemical compounds in the drywall, including but not limited to sulphur, are exposed to moisture or react with other chemicals found in the houses, they create noxious chemicals that spread through the air in the homes, damaging the homes, fixtures attached thereto, personal property contained therein, and render the homes unsafe and/or uninhabitable.

Plaintiffs allege that the defective drywall was designed, tested, manufactured and sold by Defendants Knauf Gips, KG, Knauf Plasterboard Tianjin Co., Ltd., Knauf Plasterboard (Wuhu) Co. Ltd., and Knauf Plasterboard (Dongguan) Co. Ltd. Plaintiffs also allege that the defective drywall was distributed, supplied, marketed, wholesaled and sold in the United States, including in the State of Florida, by Defendant Rothchilt Int'l Ltd. Plaintiffs allege that the defective drywall that was manufactured by the Defendant Knauf entities and distributed by Defendant Rothchilt has caused

damages to Plaintiffs and members of the class by causing damages to their homes, to fixtures attached thereto, and to property contained therein, and/or rendered the homes unsafe and/or uninhabitable.

On behalf of themselves and all persons similarly situated, Plaintiffs assert products liability, negligence, warranties, nuisance, and unjust enrichment claims against the Defendants. As a direct and proximate result of the actions of the Defendants, Plaintiffs and Class Members have allegedly incurred or will incur incidental and consequential damages for the costs of moving while homes are being repaired; renting of comparable housing during the duration of the repairs; the loss of use and enjoyment of real property; the loss in value of the home due to the stigma attached to having defective drywall in the home; and other related expenses. For some members of the Class the consequential damages allegedly include the loss of the home to foreclosure as a result of the inability to pay their mortgages and simultaneously pay for safe-haven housing, as well as damage to their credit ratings.

### III. RECIPROCITY

This Court is willing to provide similar assistance to the judicial authorities of Taiwan in accordance with the laws and treaty obligations of the United States.

### IV. REIMBURSEMENT OF COSTS

The costs for such service will be reimbursed by counsel for Plaintiffs. If the costs for such service are anticipated to exceed Seven Hundred Thirty-Five United States Dollars ($735 US), please contact:

Victor M. Diaz, Jr.
PODHURST ORSECK, P.A.
25 W. Flagler Street, Suite 800
Miami, Florida USA 33130
Telephone: 1-305-358-2800
Facsimile: 1-305-358-2382

In acknowledgment of the additional time which is needed to prepare and file an Answer to the attached documents, the time period for answering is extended to 45 days after the date service has been effected

DATE:
[SEAL OF COURT]

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C456
New Orleans, LA  70130
United States of America

Date:

[SEAL OF COURT]