AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| DAVID KESSLER AND AMANDA KESSLER | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No. |
| GMI CONSTRUCTION INC., et. al. | ) | 09-6072 |
| Defendant | ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*

**SECT. L MAG. 2**

ASI LLOYDS
Through its agent of service; Al Ater
8549 United Plaza Blvd., Baton Rouge, LA. 70809

A lawsuit has been filed against you.

    Within <u>20</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Berniard Law Firm
Jeffrey P. Berniard
625 Baronne St.
New Orleans, LA. 70113

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE
Name of clerk of court

Date: 09/02/2009

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* CERTIFIED MAIL _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address





**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: ASI Lloyds
Street, Apt. No.; or PO Box No.:
City, State, ZIP+4: David Tissler

PS Form 3800, August 2006 — See Reverse for Instructions

Header: -02047-EEF-MBN   Document 243   Filed 09/18/0