AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana



| | |
|---|---|
| DAVID KESSLER AND AMANDA KESSLER ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 09-6072 |
| GMI CONSTRUCTION INC., et. al. ) | |
| Defendant ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*

GMI CONSTRUCTION, INC.
Through its agent of service; Gregory Intravia
141 Wood Thrush Drive, Madisonville, LA. 70447

**SECT. L MAG. 2**

A lawsuit has been filed against you.

    Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Berniard Law Firm
Jeffrey P. Berniard
625 Baronne St.
New Orleans, LA. 70113

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**LORETTA G. WHYTE**
Name of clerk of court

Date: _____09/02/2009_____    _____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* CERTIFIED MAIL
_____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address



- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

GMI CONSTRUCTION, INC.
Through its agent for service:
Gregory Intravia
141 Wood Thrush Drive
Madisonville, LA 70447

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)

7009 0960 0001 0039 7379

PS Form 3811, February 2004   Domestic Return Receipt

