AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| DAVID KESSLER AND AMANDA KESSLER ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 09-6072 |
| GMI CONSTRUCTION INC., et. al. ) | |
| Defendant ) | |

Summons in a Civil Action

SECT. L MAG. 2

To: *(Defendant's name and address)*

INTERIOR/EXTERIOR BUILDING SUPPLY
727 S. Cortez St., New Orleans, LA. 70119

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Berniard Law Firm
Jeffrey P. Berniard
625 Baronne St.
New Orleans, LA. 70113

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE
Name of clerk of court

Date: ___09/02/2009___

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* CERTIFIED MAIL _____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 ____.

Date: _____

                                                Server's signature

                                                Printed name and title

                                                Server's address



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

INTERIOR/EXTERIOR BUILDING SUPPLY
727 S. Cortez St.,
New Orleans, LA. 70119

2. Article Number
*(Transfer from service label)*

7009 0960 0001 0039 7348

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *[signature]* ☐ Agent ☐ Addressee

B. Received by (Printed Name): Michelle Hurn

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☑ Certified Mail ☐ Express Mail
☑ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

