IN THE UNTIED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHAD AND DARLENE JARRELL individually, and on behalf of their minor children, Isabella, Owen and Leila, and all others similarly situated, | * * * * * | Docket No. 09-5828 Section L, Magistrate 2 |
| versus | * * | |
| KNAUF GIPS KG, KNAUF PLASTERBOARD TIANJIN CO., LTD., TAISHAN GYPSUM CO. LTD. f/k/a SHANDONG TAIHE DONGXIN CO. LTD, USG CORPORATION, L&W SUPPLY CORPORATION d/b/a SEACOAST SUPPLY, INTERIOR EXTERIOR BUILDING SUPPLY, INDEPENDENT BUILDERS SUPPLY ASSOCIATION, INC., ROTHCHILT INTERNATIONAL LIMITED, and MAYEAUX CONSTRUCTION, INC. | * * * * * * * * * * | |

**************************************************************

## ORDER

Upon consideration of the Unopposed Motion filed by Defendant, Mayeaux Construction, Inc. and there being no just reason to deny the Motion,

IT BE AND HEREBY IS ORDERED that Defendant, Mayeaux Construction, Inc. is granted a forty-five (45) day extension of time or until Monday November 2, 2009 to answer, move, or otherwise respond to the Class Action Complaint filed on behalf of named Plaintiffs.

New Orleans, Louisiana, this __17th__ day of __September__, 2009

_____
JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____