IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

### PRETRIAL ORDER NO. 2A

IT IS ORDERED that Pretrial Order No. 2 is amended to provide for a means of tracking remands in MDL 2047. Paragraph two of Pretrial Order No. 2 is hereby amended and supplemented, as follows:

Upon receipt of a certified copy of a transfer order from the clerk of the transferee district court, the clerk of the transferor court shall retain the entire original file and forward to the clerk of the transferee district court <u>only</u> a certified copy of the docket sheet, the complaint together with amendments, if any, and all pleadings related to removal and remand, if any, <u>OR</u> provide access to these documents in PDF form. The clerk of the transferor court shall mark the case closed upon transfer to the transferee court. Following the docketing of a transfer order in the transferee court, any papers to be filed regarding any civil action covered by that transfer order are to be filed in the transferee court.

New Orleans, Louisiana this 17th day of September, 2009.

_____
THE HONORABLE E. ELDON FALLON
UNITED STATES DISTRICT COURT JUDGE