**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURING DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKENSON |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| Whitfield, et al. v. Knauf GIPS KB, et al. | : | |
| No. 2:09-cv-04324-EEF-JCW | : | |

**MOTION FOR**
**ORDER TO APPOINT SPECIAL PROCESS SERVER**

Plaintiff, Christopher Whitfield, hereby files this Motion for Order to Appoint Special Process Server in order for APS International, Ltd., including its designated agents, to effect service of process on the defendant, Knauf Gips, KB, in Germany.  The German Central Authorities, in accordance with the Hague Service Treaty, will only recognize the authority of a process server appointed by Court order. (*See* Exhibit A, hereto).

Accordingly, the Plaintiff respectfully requests that the Court appoint APS International, Ltd. as special process server to effect service of process on Knauf Gips, KB.  A proposed Order is attached hereto.

RESPECTFULLY SUBMITTED this, the 21st day of September, 2009.

                                                CHRISTOPHER WHITFIELD, Plaintiff

                                                By and Through His Attorneys of Record,
                                                LUCKEY & MULLINS, PLLC

                                           BY:   /s/ Stephen W. Mullins
                                               STEPHEN W. MULLINS (LA Bar No. 22124)

ATTORNEYS FOR PLAINTIFFS:

STEPHEN W. MULLINS (LA Bar No. 22124)
LUCKEY & MULLINS, PLLC
2016 Bienville Blvd., Suite 102  (39564)
Post Office Box 990
Ocean Springs, MS  39566
(228) 875-3175
(228) 872-4719  (fax)

Daniel A. Bryson
North Carolina State Bar No. 15781
**LEWIS & ROBERTS, PLLC**
1305 Navaho Drive, Suite 400
Raleigh, North Carolina 27609
Telephone: (919) 981-0191
Facsimile: (919) 981-0431
Email: dkb@lewis-robcrts.com

Gary E. Mason
The District of Columbia Bar No. 418073
**THE MASON LAW FIRM, LLP**
**1225 19th St., N.W., Suite 500**
Washington, DC 20036
Telephone: (202) 429-2290
Facsimile: (202) 429-2294
**Email: gmason@masonlawdc.com**

Joel R. Rhine (NC Bar No. 16028)
Lea, Rhine, Rosbrugh & Chleborowicz, PLLC
314 Walnut Street
Wilmington, NC 28401
Tel: (910) 772-9960
Fax: (910) 772-9062
Email: jrr@lrlawfirm.com

Christopher L. Coffin
24110 Eden Street
Plaquemine, LA  70765
(252) 687-6396
Fax: (225) 687-6398
Email:  ccoffin@pbclawfirm.com

CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Motion has been served on Plaintifffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by email delivery and email upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2047 on this 21st day of September, 2009.

                                            /s/ Steve W. Mullins