UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| This Document Relates to 09-4119 | * * | SECTION: L |
| | * | JUDGE: FALLON |
| | * * * | MAGISTRATE JUDGE WILKINSON |

******************************************

**MOTION OF KNAUF GIPS KG FOR PROTECTIVE ORDER
TO REQUIRE USE OF THE HAGUE EVIDENCE CONVENTION**

Defendant, Knauf Gips KG ("Knauf Gips"), by its attorneys, without waiving and expressly reserving its jurisdictional and service of process defenses, hereby moves pursuant to Fed. R. Civ. P. 26(c) for a protective order to require all plaintiffs and codefendants to use the procedures specified in the Hague Convention on the Taking of Evidence Abroad in Civil and Commercial Matters, opened for signature, Mar. 18, 1970, 23 U.S.T. 2555, 847 U.N.T.S. 231, 28 U.S.C. §1781 note (the "Hague Evidence Convention"), for any jurisdictional or merits discovery to be taken from Knauf Gips.

Knauf Gips is filing simultaneously herewith its Memorandum in Support of Motion of Knauf Gips KG for Protective Order to Require Use of the Hague Evidence Convention and the Declaration of Oliver Fröhlich in Support of Motion of Knauf Gips KG for Protective Order To Require Use of Hague Evidence Convention.

WHEREFORE, Knauf Gips respectfully prays that this Court enter a protective order:

    A.    Requiring all plaintiffs and codefendants to use the procedures specified in the Hague Evidence Convention for any jurisdictional or merits discovery to be taken from Knauf Gips in these proceedings; or

    B.    For such additional, or alternative, relief as may be just and proper.

Respectfully submitted by,

/s/ Kyle A. Spaulding

Douglas B. Sanders  
Richard M. Franklin  
BAKER & MCKENZIE LLP  
130 E. Randolph Drive  
One Prudential Plaza  
Chicago, IL  60601  
Telephone:     (312) 861-8075  
Facsimile:      (312) 698-2375  
Email: douglas.b.sanders@bakernet.com

Donald J. Hayden  
BAKER & McKENZIE  
Mellon Financial Center  
1111 Brickell Avenue, Suite 1700  
Miami, FL  33131  
Telephone:     (305) 789-8966  
Facsimile:      (305) 789-8953  
Email: donald.j.hayden@bakernet.com

-AND-

Kerry J. Miller (LA Bar #24562)
Kyle A. Spaulding (LA Bar #29000)
FRILOT L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, LA 70163
Telephone: (504) 599-8000
Facsimile: (504) 599-8100

*Counsel for Knauf Gips KG*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **MOTION OF KNAUF GIPS KG FOR PROTECTIVE ORDER TO REQUIRE USE OF THE HAGUE EVIDENCE CONVENTION** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 21st day of September, 2009.

/s/ Kyle A. Spaulding

Douglas B. Sanders
Richard M. Franklin
BAKER & MCKENZIE LLP
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL  60601
Telephone:     (312) 861-8075
Facsimile:     (312) 698-2375
Email:  douglas.b.sanders@bakernet.com

Donald J. Hayden
BAKER & McKENZIE
Mellon Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL  33131
Telephone:     (305) 789-8966
Facsimile:     (305) 789-8953
Email:  donald.j.hayden@bakernet.com

-AND-

Kerry J. Miller (LA Bar #24562)
Kyle A. Spaulding (LA Bar #29000)
FRILOT L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, LA 70163
Telephone: (504) 599-8000
Facsimile: (504) 599-8100

*Counsel for Knauf Gips KG*