UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| This Document Relates to All Cases | * * * * * * * | SECTION: L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE WILKINSON |

*********************************************

### DECLARATION OF OLIVER FRÖHLICH IN SUPPORT OF MOTION OF KNAUF GIPS KG FOR PROTECTIVE ORDER TO REQUIRE USE OF HAGUE EVIDENCE CONVENTION

I declare that the following is true and correct;

1. My name is Oliver Fröhlich, and I am fully competent to testify as to the facts set forth below.

2. I have been employed by Knauf Gips KG ("Knauf Gips") for more than 13 years. I am currently the Sales Director of Knauf Gips and, as such, am fully familiar with its business affairs.

3. Knauf Gips is a limited partnership organized under the laws of the Federal Republic of Germany with its principal place of business in Iphofen, Germany.

4. Knauf Gips manufactures drywall and provides systems designed to meet various requirements in the dry construction and plastering sector, primarily in Germany. Knauf Gips drywall is manufactured in Germany from gypsum and other raw materials derived from Germany or other European countries, not China.

5. Knauf Plasterboard (Tianjin) Co. ("KPT") is a limited company organized under the laws of China. Its principal place of business is at North Yinhe Bridge, East


EXHIBIT A

Jingjin Road, RC-300400, Tianjin, China. KPT's sole shareholder is Knauf International GmbH. Knauf Gips has no ownership interest in KPT, nor does KPT have any ownership in Knauf Gips. KPT is not a subsidiary of Knauf Gips.

6. Knauf Plasterboard (Wuhu) Co. Ltd. ("Knauf Wuhu") is a limited company organized under the laws of China. Its principal place of business is No. 2 Gang Wan Road, RC-241009, Wuhu Anhui, China. Knauf Wuhu's sole shareholder is Knauf International GmbH. Knauf Gips has no ownership interest in Knauf Wuhu, nor does Knauf Wuhu have any ownership in Knauf Gips. Knauf Wuhu is nota subsidiary of Knauf Gips.

7. Guandong Knauf New Building Material Product Co., Ltd. ("Knauf Dongguan") is a limited company organized under the laws of China. Its principal place of business is No. 2 Xinsha Development Zone, RC-523147, Guangdong, China. Knauf Dongguan's sole shareholder is Knauf International GmbH. Knauf Gips has no ownership interest in Knauf Dongguan, nor does Knauf Dongguan have any ownership in Knauf Gips. Knauf Dongguan is not a subsidiary of Knauf Gips.

8. Knauf Gips does not, and never has, supervised, operated or otherwise exercised control over the day-to-day operations, of the production facilities, business practices or the day-to-day administrative and financial functions of, or share bank accounts with, KPT, Knauf Wuhu or Knauf Dongguan.

9. Knauf Gips played no role in the manufacture of the allegedly defective drywall that was used in the plaintiffs' homes in the United States. During the time period relevant to the complaints in this proceeding, Knauf Gips did not export, ship, or otherwise convey raw materials to manufacture drywall to China or specifically to KPT,

Knauf Wuhu, or Knauf Dongguan. Knauf Gips does not own, and has never owned, any companies, property or mines in China.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on 21 September 2009.

_____
DECLARANT