UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | MDL No. 2047 |
| | * | |
| This Document Relates to 09-4119 | * | SECTION: L |
| | * | |
| | * | JUDGE: FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | WILKINSON |

*******************************************

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Defendant, Knauf Gips KG ("Knauf Gips"), will bring the foregoing Motion for Protective Order To Require Use Of The Hague Evidence Convention on for hearing on a date and time determined by the Honorable Eldon E. Fallon, United States District Judge for the Eastern District of Louisiana, United States Courthouse, 500 Camp Street, New Orleans, Louisiana 70130 at the Court's next status conference on September 24, 2009.

Respectfully submitted by,

/s/ Kyle A. Spaulding

Douglas B. Sanders
Richard M. Franklin
BAKER & MCKENZIE LLP
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL  60601
Telephone:     (312) 861-8075
Facsimile:     (312) 698-2375
Email: douglas.b.sanders@bakernet.com

Donald J. Hayden
BAKER & McKENZIE
Mellon Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL  33131
Telephone:      (305) 789-8966
Facsimile:       (305) 789-8953
Email: donald.j.hayden@bakernet.com

Kerry J. Miller (LA Bar #24562)
Kyle A. Spaulding (LA Bar #29000)
FRILOT L.L.C.
1100 Poydras Street Suite 3700
New Orleans, LA  70163
Telephone: (504)599-8000
Facsimile:  (504)599-8100
E-mail:  KMiller@frilot.com

*Counsel for Knauf Gips KG*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **NOTICE OF HEARING** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 21st day of September, 2009.

Respectfully Submitted by,

s/ Kyle A. Spaulding

Douglas B. Sanders
Richard M. Franklin
BAKER & MCKENZIE LLP
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL  60601
Telephone:   (312) 861-8075
Facsimile:    (312) 698-2375
Email: douglas.b.sanders@bakernet.com

Donald J. Hayden
BAKER & McKENZIE
Mellon Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL  33131
Telephone:   (305) 789-8966
Facsimile:    (305) 789-8953
Email: donald.j.hayden@bakernet.com

Kerry J. Miller (LA Bar #24562)
Kyle A. Spaulding (LA Bar #29000)
FRILOT L.L.C.
1100 Poydras Street Suite 3700
New Orleans, LA  70163
Telephone: (504)599-8000
Facsimile:  (504)599-8100
E-mail:  KMiller@frilot.com

*Counsel for Knauf Gips KG*