UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL No. 2047 <br><br> SECTION: L <br><br> JUDGE FALLON <br> MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO ALL CASES | | |

**HOMEBUILDERS' STEERING COMMITTEE'S AND DEFENSE STEERING COMMITTEE'S MOTION AND INCORPORATED MEMORANDUM TO LIFT STAY**

The Homebuilders' Steering Committee ("HSC") and Defense Steering Committee ("DSC"), through undersigned counsel, respectfully represent:

1. In Pre-Trial Order No. 1, this Court imposed a stay of motion practice until further order.

2. HSC and DSC have previously advised the Court of deficiencies relating to Plaintiff Profile Forms submitted in this matter.

3. HSC and DSC seek approval by this Court, which requires a lifting of the stay, to file a Motion to Compel Plaintiffs' Profile Forms.

WHEREFORE, the Homebuilders' Steering Committee and Defense Committee move for entry of an Order lifting the stay currently in effect to enable HSC and DSC to file the attached Motion to Compel Plaintiffs' Profile Forms.

This 21st day of September, 2009.

Respectfully submitted,

**HOMEBUILDERS' STEERING COMMITTEE**

Phillip A. Wittmann
Stone, Pigman, Walther, Wittman
546 Carondelet St.
New Orleans, LA  70130
(504) 593-0804

Hilarie Bass
Greenberg Traurig PA
1221 Brickell Avenue
Miami, FL 33131
(315) 579-0500

992787v.1

-2-

Elizabeth J. Cabraser
Leiff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery St., Suite 3000
San Francisco, CA 94111
(415) 956-1000

J. Kevin Buster
King & Spaulding, LLP
1180 Peachtree St., NE
Atlanta, GA 30309
(404) 572-4804

Neal A. Sivyer
Sivyer Barlow & Watson PA
401 East Jackson Street, Suite 2225
Tampa, FL 33602
(813) 221-4242

Steven L. Nicholas
Cunningham Bounds, LLC
1601 Dauphin Street
Mobile, AL 36604
(251) 471-6191

## DEFENDANTS' STEERING COMMITTEE

Kerry J. Miller (ex-officio)
Frilot L.L.C.
Suite 3700
1100 Poydras Street
New Orleans, LA 70163
(504) 599-8000

Donald J. Hayden
Baker & McKenzie LLP
1111 Brickell Avenue, Suite 1700
Miami, FL 33131
(305) 789-8966

Douglas B. Sanders
Baker & McKenzie LLP
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL 60601
(312) 861-8075

Mark A. Salky
Greenberg Traurig PA
1221 Brickell Avenue
Miami, FL 33131
(315) 579-0500

Jan Douglas Atlas
Adorno & Yoss LLP
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200

Jeffrey Backman
Adorno & Yoss LLP
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200

Gary F. Baumann
Fulmer, Leroy, Albee, Baumann & Glass
2866 East Oakland Park Boulevard
Ft. Lauderdale, FL 33306

Steve Walker
Sivyer Barlow & Watson PA
401 East Jackson Street, Suite 2225
Tampa, FL 33602
(813) 221-4242

992787v.1

-3-

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **HOMEBUILDERS' STEERING COMMITTEE'S AND DEFENSE STEERING COMMITTEE'S MOTION TO LIFT STAY** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 21st day of September, 2009.

By: /s/ Hilarie Bass
/s/ Mark A. Salky
**GREENBERG TRAURIG, P.A.**
*Attorneys for Lennar Corporation, Lennar Homes, LLC, and U.S. Home Corporation*
1221 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

992787v.1