UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL   *   MDL NO. 2047
PRODUCTS LIABILITY LITIGATION   *   SECTION: L

THIS DOCUMENT APPLIES TO:   *   JUDGE FALLON
CIVIL ACTION NO. ~~_____~~ 1:09 CV 22570
  *   MAG. JUDGE WILKINSON

| SECTION I – CONTACT ATTORNEY INFORMATION ||
|---|---|
| Attorney Name: | JEREMY ALTERS |
| Attorney Address: | 4141 N.E. 2ND AVE MIAMI, FL. 33137 |
| Attorney Phone: 305-571-8550 | Attorney Cell Phone: 786-295-8500 |
| Attorney Email Address: | jeremy@abbrclaw.com |

| SECTION II - OWNER INFORMATION ||
|---|---|
| Plaintiff Name(s): | JUSTIN METZL |
| Affected Address: | 12956 S.W. 134 TERRACE MIAMI, FL 33186 |

MANUFACTURER: KNAUF TIANJIN

Metzl

Plaintiff Profile Form - Residential Properties

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION
THIS DOCUMENT RELATES TO: ALL CASES

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

For Internal Use Only

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

Name Property Owner:
Address of Affected Property:

Is this Property: (Residential) Commercial Governmental

Name of Person Completing this Form:

Is above your primary residence? • Yes No

Mailing Address (if different):

Phone:

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: Owner Occupant    Owner Only    Renter-Occupant

Represented By: **ALTERS BOLDT BROWN RASH CULMO**
Address: **4141 N.E. 2ND Avenue**
**Miami, Florida 33137**

Phone:
Case No /Docket Info:

### Section II. Insurance Information

Homeowner/ Renter Insurer:

Policy #
Agent
Address:

Phone:

+ Attach Copy of Insurance Declaration Page

### Section III. Claimant Information

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| | Move in | Leave | | | | |
| | | | M  F | | | |
| | | | M  F | | | |
| | | | M  F | | | |
| | | | M  F | | | |
| | | | M  F | | | |
| | | | M  F | | | |
| | | | M  F | | | |
| | | | M  F | | | |
| | | | M  F | | | |

* Personal injuries include claims for mental anguish and medical monitoring.

Plaintiff Profile Form - Residential Properties

### Section IV. Inspection Information

- Have you or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?
  - 1.1 If "Yes" to Question 1.0 Section IV. Who conducted the inspection? **ABBRC**
  - 1.2 When did the inspection take place? **8/29/09**
- 2.0 Has a determination been made that Chinese-manufactured drywall is present in your home? ___ Yes ___ No
  - 2.1 If "Yes" to Question 2.0. Section IV. Who made this determination? **ABBRC**
  - 2.2 When was this determination made? **8/29/09**

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf | Knauf | Master Closet |
|  |  |  |
|  |  |  |

1.0 Have you, or has anyone on your behalf, sent written notice to your homebuilder, drywall contractor, drywall supplier/distributor, drywall manufacturer or any other person or entity of your claim that your home contains Chinese-manufactured drywall?  Yes ☒ No

   1.1 If "Yes" to question 1.0 Section V. to whom has any such notice been sent?

   1.2 When was notice sent?

   + Attach copy of notice Sent

2.0 Have you, or has anyone on your behalf, made a request to anyone that your home be repaired as a result of the presence of Chinese-manufactured drywall in your home?

   2.1 If "Yes" to Question 2.0. Section V. to whom has the request been made?

   2.2 When was the request made?

   + Attach copy of written request

3.0 Has your home been repaired in any way as a result of the presence of Chinese-manufactured drywall?  Yes ☒ No

   3.1 If "No" to question 3.0. Section V. Have any such repairs to your home been offered? Yes ☒ No

      3.1.a If "Yes" to question 3.1. Section V. When was the offer made?

      3.1.b Who made the offer?

   3.2 If "Yes" to Question 3.0. Section V. Have any such repairs to your home been initiated? Yes No

      3.2.a Have any such repairs to your home been completed? Yes No

      3.2.b Who paid or is paying for the repairs?

      3.2.c What was the total cost?

      3.2.d Have samples of the Chinese-manufactured drywall been kept? Yes No

      3.2.e Who possesses the samples?

### Section VI. Questions for Florida Residents Only*

1.0 Have you, or anyone on your behalf, sent any notices under Chapter 558 of the Florida Statutes regarding the presence of Chinese-manufactured drywall in your home? ___ ☒ No

   1.1 If "Yes" to Question 1.0. Section VI. To whom has any such notice been sent?

   1.2 When was notice sent?

   + Attach copy of notice

2.0 Have you received any responses to your notice under Chapter 558?

   2.1 If "Yes" to Question 2.0. Section VI. From whom did you receive such notice?

   2.2 When was it received?

3.0 Has anyone inspected your home in response to your notice under Chapter 558? Yes No

   3.1 If "Yes" to Question 3.0. Section VI. Who inspected your home?

4.0 Have you received a written offer to repair your home in response to your notice under Chapter 558? Yes No

   4.1 If "Yes" to Question 4.0. Section VI. From whom did you receive this written offer?

   4.2 When was it received?

5.0 Have any repairs been performed in your home in response to your notice under Chapter 558? Yes No

   5.1 If "Yes" to Question 5.0. Section VI. Who performed those repairs?

   5.2 What repairs were performed?

   5.3 When were the repairs performed?

* By completing this section, you are not relieved of your obligations to comply with the mandates of Chapter 558, Florida Statutes and the Defendants are not waiving any rights they may have pursuant to Chapter 558, Florida Statutes. By answering this form, you are not conceding that Section 558 of the Florida Statutes is applicable.

Plaintiff Profile Form - Residential Properties

### Section VII. Home Information

| Approx. Sq. Ft. of House: | | | | Yes | No |
|---|---|---|---|---|---|
| Estimated Sq. Ft. of Drywall | | | Occupied | | |
| Height of Interior Walls | | | Year-round | X | |
| Number of Bedrooms | | | Summer | | |
| Number of Bathrooms | | | Winter | | |

#### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC- CPVC- Plastic Piping | | | X |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | X | | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

#### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | | | X |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

### Section VIII. Construction/Renovation Information

Date Range for New Home Construction (Month/Day/Year)

| Start Date | | Completion Date | |
|---|---|---|---|
| Move In Date | | Date Acquired Home | |

Date Range for Renovations (Month/Day/Year)

| Start Date | | Completion Date | |
|---|---|---|---|
| Move In Date | | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

### Section IX. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name

Lennar

Address: Miami, FL

Phone:

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

### Section X. Drywall Installer

Drywall Installer's Name: Unknown

Address:

Phone:

### Section XI. Drywall Supplier

Drywall Supplier's Name: Unknown

Address:

Phone:

### Section XII. Verification of Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_____  8/31/09
Claimant's Signature    Date Signed

_____  _____
Claimant's Signature    Date Signed

_____  _____
Claimant's Signature    Date Signed

_____  _____
Claimant's Signature    Date Signed

_____  _____
Claimant's Signature    Date Signed

_____  _____
Lawyer's Signature    9/1/09  Date Signed