**CROSS-REFERENCE CHART OF BANNER CASES**
*(utilizing case chart received from Magna Legal Services)*

| Case Style (State Court) | State Court and Case No. | Case Style (Federal Court) | Federal Court and Case No. | MDL Case No. |
|---|---|---|---|---|
| Vernon Carey and Latavia Carey v. G.L. Homes of Florida Corp., et al. | Broward Circuit CACE 09-029725 | Vernon Carey and Latavia Carey, individually and on behalf of all other similarly situated v. Knauf Gips KG, et al. | USDC SD FL 0:09-cv-61365-UU | |
| Steven DiFilippo and Kathleen DiFilippo v. G.L. Homes of Florida Corp., et al. | Palm Beach Circuit 2009 CA 014589 | Steven DiFilippo and Kathleen DiFilippo, Individually and all others similarly situated v. Knauf Gips KG, et al. | USDC SD FL 9:09-cv-81261-WJZ | |
| Katherine Foster v. Northstar Holdings, Inc., et al. | Palm Beach Circuit 2009-CA-014594 | Katherine Foster, on behalf of herself and all others similarly situated v. Northstar Holdings, Inc., et al. | USDC SD FL 9:09-cv-80535-KMM | USDC ED LA 2:09-cv-04320 |
| Richard W. Fulks and Bonnie J. Fulks v. Paul Homes, Inc., et al. | Lee County 09-CA-001747 | Richard W. Fulks and Bonne J. Fulks, on behalf of themselves individually and all others similarly situated v. Knauf Gips KG, et al. | USDC MD FL 2:09-cv-00569-JES-DNF | |
| Lorena Garcia and Angela Garcia v. Lennar Corporation, et al. | Miami-Dade Circuit 09-29484 CA 42 | Lorena Garcia and Angela Garcia; Hector Barrozo and Maria Ines Pinar De Barrozo, on behalf of themselves individually and all others similarly situated v. Lennar Corporation, et al. | USDC SD FL 1:09-cv-20739-KMM | USDC ED LA 2:09-cv-04118 |
| Cindy Goldstein, on behalf of herself and on behalf of all others similarly situated v. Knauf Gips KG, et al. | Broward Circuit CACE 09-025462 | Cindy Goldstein, on behalf of herself and on behalf of all others similarly situated v. Knauf Gips KG, et al. | USDC SD FL 0:09-cv-61096-CMA | USDC ED LA 2:09-cv-05869 |
| Cindy Goldstein v. Knauf Gips KG, et al. | Broward Circuit CACE 09-022710 | | | |

{218429.0005/N0784994_1}

992828v.1

| Case Style (State Court) | State Court and Case No. | Case Style (Federal Court) | Federal Court and Case No. | MDL Case No. |
|---|---|---|---|---|
| Jason Harrell and Melissa Harrell, individually, on behalf of their minor children, and on behalf of all other similarly situated v. South Kendall Construction Corp., et al. | Miami-Dade Circuit 09-08401 CA 42 | Jason Harrell and Melissa Harrell, individually and on behalf of their minor children v. Knauf Plasterboard Tianjin Co., Ltd., et al. | USDC SD FL 1:09-cv-22605-JLK | |
| Justin Metzl v. Lennar Corporation, et al. | Miami-Dade Circuit 09-31980 CA 42 | Justin Metzl, on behalf of himself individually and all others similarly situated v. Knauf Gips KG, et al. | USDC SD FL 1:09-cv-22570-CMA | |
| Ana Maria Plaza, on behalf of herself, and on behalf of all others similarly situated v. Knauf Gips KG, et al. | Miami-Dade Circuit 09-38015 CA 42 | Ana Maria Plaza, on behalf of herself, and on behalf of all others similarly situated v. Knauf Gips KG, et al. | USDC SD FL 1:09-cv-22159-JAL | USDC ED LA 2:09-cv-05871 |
| Chad Prandi and Kryzysztof Olschewski v. Centerline Homes, Inc., et al. | Palm Beach Circuit 2009-CA 014501 | Krzysztof Olschewski and Chad Prandi, on behalf of themselves individually and all others similarly situated v. Centerline Homes, Inc., et al. | USDC SD FL 9:09-cv-81274-KAM | |
| Stephanie Steiner v. Centerline Homes, Inc., et al. | Palm Beach Circuit 2009 CA 014487 | Stephanie Steiner and Charles Steiner, individually and on behalf of those similarly situated v. Bejing New Building Material, PLC | USDC SD FL 9:09-cv-81259-KAM | |
| Johana Usaga v. Lennar Corporation, et al. | Miami-Dade Circuit 09-29476 CA 42 | Johana Usaga and Jesus Rodriguez, on behalf of themselves individually and all others similarly situated v. Knauf Gips KG, et al. | USDC SD FL 1:09-cv-22569-WMH | |