UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 2047 |
| | | SECTION: L |
| THIS DOCUMENT RELATES TO ALL CASES | | JUDGE FALLON |
| | | MAG. JUDGE WILKINSON |

**O R D E R**

Considering the foregoing Homebuilders' Steering Committee's and Defense Steering Committee's Motion and Incorporated Memorandum to Lift Stay,

IT IS ORDERED that the stay imposed by Pre-Trial Order No. 1 be and it hereby is lifted to permit the filing of the Homebuilders' Steering Committee's and Defense Steering Committee's Motion and Incorporated Memorandum to Compel Plaintiffs' Profile Forms.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2009.

_____
DISTRICT JUDGE

992797v.1