# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

---

| | |
|---|---|
| IN RE CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | SECTION: L |
| | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:** | |
| **THE MITCHELL COMPANY, INC.,** individually and on behalf of others similarly situation, | |
| Plaintiff, | |
| vs. | Case No. 09-cv-4115 |
| **KNAUF GIPS, KG,** a German corporation; **KNAUF PLASTERBOARD (TIANJIN) CO., LTD.,** A Chinese limited liability corporation; **TAISHAN GYPSUM CO., LTD.** (f/k/a Shandong Taihe Dongxin Co., Ltd.), a Chinese limited liability corporation; **INTERIOR & EXTERIOR BUILDING SUPPLY, L.P.,** a limited partnership; and **RIGHTWAY DRYWALL, INC.,** a Georgia corporation, | |
| Defendants. | |

---

## PLAINTIFF'S SUPPLEMENT TO MOTION FOR DEFAULT JUDGMENT AGAINST TAISHAN GYPSUM CO., LTD

Comes now The Mitchell Company, plaintiff in the above styled cause, by and through its attorney of record and files the attached Declaration of Steven L. Nicholas in Support of Plaintiff's Motion for Default Judgment against Taishan Gypsum Co., Ltd.

-1-

Respectfully submitted,

STEVEN L. NICHOLAS
Cunningham Bounds, LLC
1601 Dauphin Street
Mobile, Alabama  36604
251-471-6191
251-479-1031 (fax)
sln@cunninghambounds.com


JONATHAN D. SELBIN
Lieff, Cabraser, Heimann & Bernstein, LLP
780 Third Avenue, 48th Floor
New York, New York  10017-2024
212-355-9500
212-355-9592 (fax)


ELIZABETH J. CABRASER
KRISTEN E. LAW
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, Suite 3000
San Francisco, California  94111-3339
415-956-1000
415-956-1008 (fax)

Attorneys for Plaintiff The Mitchell Company, Inc.

## CERTIFICATE OF SERVICE

I do hereby certify that the above and foregoing PLAINTIFF'S SUPPLEMENT TO MOTION FOR DEFAULT JUDGMENT AGAINST TAISHAN GYPSUM CO., LTD has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel Kerry Miller, by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the ___ day of September, 2009.

STEVEN L. NICHOLAS