UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| ----------------------------------- | SECTION: L |
| | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: | |
| THE MITCHELL COMPANY, INC., individually and on behalf of others similarly situation, | |
| Plaintiff, | |
| vs. | Case No. 09-cv-4115 |
| KNAUF GIPS, KG, a German corporation; KNAUF PLASTERBOARD (TIANJIN) CO., LTD., A Chinese limited liability corporation; TAISHAN GYPSUM CO., LTD. (f/k/a Shandong Taihe Dongxin Co., Ltd.), a Chinese limited liability corporation; INTERIOR & EXTERIOR BUILDING SUPPLY, L.P., a limited partnership; and RIGHTWAY DRYWALL, INC., a Georgia corporation, | |
| Defendants. | |

DECLARATION OF STEVEN L. NICHOLAS
IN SUPPORT OF PLAINTIFF S SUPPLEMENT
TO MOTION FOR DEFAULT JUDGMENT
AGAINST TAISHAN GYPSUM CO., LTD

I, Steven L. Nicholas, declare as follows:

1.      I am a partner with the law firm of Cunningham Bounds, LLC, counsel of record for Plaintiff in this matter. I am a member in good standing of the bar of the State of Alabama and admitted in the Northern District of Florida where the above-captioned action was originally filed. I respectfully submit this declaration in support of Plaintiff's Supplement to the Motion for Default Judgment Against Taishan Gypsum Co., Ltd. I have personal knowledge of the facts set forth in this declaration, and could testify competently to them if called upon to do so.

2.      Attached as Exhibit A is an additional document evidencing service on Taishan Gypsum Co., Ltd in the above-matter. Exhibit A is a translation of a previously submitted document attached as Exhibit A to Kristen E. Law's Declaration filed in this matter.

I declare under penalty of perjury under the laws of the State of Alabama and the United States that the foregoing is true and correct.

Executed this ___ day of September, 2009.

_____
STEVEN L. NICHOLAS