**SHANDONG PROVINCE TAI AN CITY**
**INTERMEIDATE PEOPLE'S COURT**
**PROOF OF SERVICE**
[Seal: Shandong Province Tai An City Intermediate People's Court]

*Law Association No. FX-09-660*
*Judicial Association No. SX-09-567*

(For cases of all categories)

| Cause No. | Process service assistance | Cause of Action | (2009) Shangdong Superior Court/Judicial Assistance No. 29 |
|---|---|---|---|
| Document Served and Number | U.S. District Court for the Northern District of Florida Summons, one copy; Complaint, one copy (47 pages in all) | | |
| Recipient (Unit) | TAISHAN GYPSUM CO., LTD. | | |
| Address for Service | This Court | | |
| Recipient Signature or Seal | Zhang, Wen Jun (staff of the Law Department of the company)<br><br>May 8, 2009 | | |
| Recipient in substitution and reason(s) | Date | | |
| Notes | | | |

Issuer:                                         Server:   Yi, Lei

Note:
    (1) The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
    (2) In case of receipt by substitution, the substitute recipient should sign, seal and note his/her relationship with the targeted receiver and the reason(s) for substitution.

# Exhibit A