MINUTE ENTRY
FALLON, J.
September 18, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRY WALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

     A status conference was held on this date in the Courtroom of Judge Eldon E. Fallon. Present for the Plantiffs were: Russ Herman, Plaintiffs' Liaison Counsel, and Leonard Davis, Arnold Levin via telephone, Hugh Lambert, and Jerry Parker, all of the Plaintiffs' Steering Committee, and Amy Catalano. Present for the Defendants were: Kerry Miller, Defendants' Liaison Counsel, and Joe Hassinger and Don Hayden of the Defendants' Steering Committee. Present for the Homebuilders were Dorothy Wimberly, Hilarie Bass via telephone, and Kevin Buster via telephone. Present for Crawford and Co. ("Crawford") were Kirby Claussen and Peter Crawford via telephone.

     The focus of the status conference was the recent inspections conducted by Crawford pursuant to the Threshold Inspection Program ("TIP"). The parties presented pictures of properties that were subjected to the TIP. The parties discussed problems plaguing the current TIP protocol and suggested remedies and modifications. The parties and the Court agreed that it was necessary at this time to modify the current TIP protocol. The Court suggested that the

JS10(01:20)

parties meet with Crawford on Wednesday, September 23, 2009, to further discuss modifications to the TIP protocol. Crawford is to issue its reports on the inspections already conducted to the parties.