UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITRIGATION

MDL DOCKET: 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

_____/

**THIS DOCUMENT RELATES TO ALL CASES**

**HOMEBUILDERS' STEERING COMMITTEE'S MOTION TO SUPPLEMENT THE RECORD TO INCLUDE AFFIDAVITS**

COMES NOW, Homebuilders' Steering Committee "HSC" by and through its undersigned counsel files this its Motion to Supplement the Record to Include Affidavits in connection with its Response in opposition to PSC's Motion to Protect Class and in support thereof, the HSC alleges as follows:

1. A Response in Opposition to the PSC's Motion to Protect Class was filed yesterday, September 21, 2009.
2. Due to logistical problems in obtaining out of town affidavits the HSC's Motion did not include the Affidavits attached hereto of Herbert Hutchinson, Tommy Lee and Cheryl Makowsky.
3. The PSC will suffer no prejudice since the Affidavits are being filed 24 hours after the response and the hearing will not take place until Thursday, September 24, 2009.

WHEREFORE, the HSC respectfully requests that this Court allow it to supplement its Response in Opposition to the PSC's Motion to Protect Class by considering the Affidavits attached hereto.

| | |
|---|---|
| **STONE PIGMAN WALTHER WITTMANN**<br>*Local Lead Counsel of the HSC*<br>*Local Counsel for several homebuilders*<br>546 Carondelet Street<br>New Orleans, LA 70130<br>Telephone: (504) 593-0804<br>Facsimile: (504) 593-0804<br>E-mail: pwittmann@stonepigman.com<br><br>By: /s/ Phillip A. Wittmann<br>PHILLIP A. WITTMANN<br>Louisiana Bar No. 13625 | **GREENBERG TRAURIG, P.A.**<br>*Lead Counsel for the HSC*<br>*Counsel for Lennar Corporation, Lennar Homes, LLC, and U.S. Home Corporation*<br>1221 Brickell Avenue<br>Miami, Florida 33131<br>Telephone: (305) 579-0500<br>Facsimile: (305) 579-0717<br>Email: bassh@gtlaw.com<br><br>By: /s/ Hilarie Bass<br>HILARIE BASS<br>Florida Bar No. 334323 |
| **SIVYER BARLOW & WATSON**<br>*Counsel for Taylor Woodrow Communities at Vasari, LLC and Taylor Morrison Services, Inc.*<br>100 S Ashley Drive, Suite 2150<br>Tampa, FL 33602<br>Telephone: (813) 221-4242<br>Facsimile: (813) 227-8598<br>Email: nsivyer@sbwlegal.com<br><br>By: /s/ Neal Allen Sivyer<br>NEAL A. SIVYER<br>Florida Bar No. 373745 | **KING & SPALDING LLP**<br>*Counsel for Beazer Homes Corp.*<br>1180 Peachtree Street, NE<br>Atlanta, GA 30309<br>Telephone: (404) 572-4600<br>Facsimile: (404) 572-5100<br>Email: kbuster@kslaw.com<br><br>By: /s/ J Kevin Buster<br>J. KEVIN BUSTER<br>Georgia Bar No. 099267 |
| **CARLTON FIELDS, P.A.**<br>*Counsel for M/I Homes, Inc.*<br>PO Box 3239<br>Tampa, Florida 33601<br>Telephone: (813) 223-7000<br>Facsimile: (813) 229-4133<br>Email: jfuente@carltonfields.com<br><br>By: /s/ Jaret J. Fuente<br>JARET J. FUENTE<br>Florida Bar No. 146773 | **SCHWARTZ & HORWITZ, PLC**<br>*Counsel for South Kendall Construction*<br>6751 North Federal Highway, Suite 400<br>Boca Raton, Florida 33487<br>Telephone: (561) 395-4747<br>Facsimile: (561) 367-1550<br>Email: sgs@sandhlawfirm.com<br><br>By: /s/ Steven G. Schwartz<br>STEVEN G. SCHWARTZ<br>Florida Bar No. 911471 |

| LEIFF CABRASER HEIMANN & BERNSTEIN, LLP<br>*Counsel for The Mitchell Company, Inc.*<br>Embarcadero Center West<br>275 Battery Street. Suite 3000<br>San Francisco, California 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008<br>Email: ecabraser@lchb.com<br><br>By: /s/ Elizabeth J. Cabraser<br>ELIZABETH J. CABRASER<br>California Bar No. 83151 | CUNNINGHAM BOUNDS, LLC<br>*Counsel for The Mitchell Company, Inc.*<br>Post Office Box 66705<br>Mobile, Alabama 36660<br>Telephone: (251) 471-6191<br>Facsimile: (251) 479-1031<br>Email: sln@cunninghambounds.com<br><br>By: /s/ Steven L. Nicholas<br>STEVEN L. NICHOLAS<br>Alabama Bar No. ASB-2021-N35S |

## CERTIFICATE OF SERVICE

I HEREBY certify that on September 22, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No.: 6.

/s/ Neal A. Sivyer
Neal A. Sivyer

v.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL　　MDL DOCKET: 2047
PRODUCTS LIABILITY LITIGATION

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

_____/

## AFFIDAVIT

STATE OF FLORIDA

COUNTY OF LEE

BEFORE ME, the undersigned authority, personally appeared HERBERT HUTCHISON, who, being first duly sworn, deposes and states as follows:

1. My name is Herbert Hutchison. I am over the age of 18 years old and make this affidavit based on my personal knowledge.

2. Our family Trust bought a home from Taylor Woodrow Communities at Heron's Glen, LLC. The home is located in the Heron's Glen subdivision in North Fort Myers, Florida.

3. Our home was inspected and it was determined that we had Chinese drywall in the home. After the discovery of the defective drywall, I had numerous communications with my builder concerning repairs to that home.

4. I was provided a Repair and Relocation Agreement ("Agreement") by my builder in connection with resolving my property damage claims related to the Chinese drywall.

5. I was informed that I had the right to an attorney and I understood that right. I had an attorney review the Agreement and provide comments to me. I discussed the contents of the Agreement and negotiated proposed changes with my builder.

6. I entered into the Repair and Relocation Agreement voluntarily and decided not to pursue litigation related to my property damage claims, although I understood that I had the right to do so.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Herbert Hutchison

SWORN TO AND SUBSCRIBED before me this 22nd day of September, 2009, by Herbert Hutchison, who is personally known to me or who produced Fl Drivers License_____ as identification and who did take an oath.



_____
NOTARY PUBLIC
Print name: _____
My commission expires:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL      MDL DOCKET: 2047
PRODUCTS LIABILITY LITIGATION

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

_____/

## AFFIDAVIT

STATE OF FLORIDA

COUNTY OF LEE

BEFORE ME, the undersigned authority, personally appeared TOMMY LEE, who, being first duly sworn, deposes and states as follows:

1. My name is Tommy Lee. I am over the age of 18 years old and make this affidavit based on my personal knowledge.

2. I bought a home in November 2007 from Morrison Homes, located in the Avalon Preserve Subdivision in Fort Myers, Florida.

3. My home was inspected by Environ International and Taylor Morrison in May 2009. They determined that I had Chinese drywall in the home. After the discovery of the defective drywall, I had numerous communications with my builder (now called Taylor Morrison) concerning repairs to my home, damage compensation and relocation.

4. I was provided a draft Repair and Relocation Agreement ("Agreement"), Chinese Drywall Fact Sheet, and Master Q&A, and Taylor Morrison Relocation Cover by Taylor Morrison in June 2009, in connection with resolving my property claims related to

the Chinese drywall.

5. I was given sufficient time to read, understand, and discuss the Agreement with Taylor Morrison.

6. I was informed that I had the right to an attorney. I understood that right but decided to review the Agreement myself. I felt capable of understanding it and discussing the terms with Taylor Morrison.

7. I entered into the Repair and Relocation Agreement voluntarily and decided not to pursue litigation concerning my property damage issues, although I understood that I had the right to do so.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Tommy Lee

SWORN TO AND SUBSCRIBED before me this 21 day of September, 2009, by Tommy Lee, who is personally known to me or who produced FL DL _____ as identification and who did take an oath.

_____
NOTARY PUBLIC
Print name: Shannon Jackson
My commission expires:



SHANNON JACKSON
MY COMMISSION # DD727957
EXPIRES October 23, 2011
(407) 398-0153   FloridaNotaryService.com

Affidavit of Cheryl Makowsky.docx    941-751-6716    p.1
Case 2:09-md-02047-EEF-MBN   Document 260   Filed 09/22/09   Page 8 of 10
Page 1 of 2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL MDL DOCKET: 2047

PRODUCTS LIABILITY LITIGATION

SECTION: L

JUDGE FALLON

MAG. JUDGE WILKINSON

_____/

**AFFIDAVIT**

STATE OF FLORIDA

COUNTY OF MANATEE

BEFORE ME, the undersigned authority, personally appeared CHERYL MAKOWSKY, who, being first duly sworn, deposes and states as follows:

1. My name is Cheryl Makowsky. I am over the age of 18 years old and make this affidavit based on my personal knowledge.
2. I bought a home from Morrison Homes. The home is located in the River Plantation subdivision in Parrish, Florida.
3. My home was inspected and it was determined that I had Chinese drywall in the home. After the discovery of the defective drywall, I had communications with my builder concerning repairs to my home.
4. I was provided a Repair and Relocation Agreement ("Agreement") by my builder in connection with resolving my property damage claims related to the Chinese drywall.
5. I was informed that I had the right to an attorney and I understood that right. I had an attorney review the Agreement and provide comments to me. I discussed the contents of the Agreement and negotiated the Agreement with my builder.
6. I entered into the Repair and Relocation Agreement voluntarily and decided not to pursue litigation related to my property damage claims, although I understood that I had the right to do so.

FURTHER AFFIANT SAYETH NAUGHT.



*Cheryl Makowsky*          9/22/09

Cheryl Makowsky

SWORN TO AND SUBSCRIBED before me this 22ND day of September, 2009, by Cheryl Makowsky, who is (personally known to me) or who produced N/A as identification and who did take an oath. N/A

*Clyde C. Ingram*       22 SEP 2009

NOTARY PUBLIC

CLYDE C. INGRAM
Comm# DD0750875
Expires 2/3/2012
Florida Notary Assn., Inc

Print name: CLYDE C. INGRAM

My commission expires: 02/03/2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL        MDL DOCKET: 2047
PRODUCTS LIABILITY LITRIGATION

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

_____/

## O R D E R

Considering the foregoing Homebuilders' Steering Committee's Motion to Supplement to the Record to Include Affidavits,

IT IS ORDERED that the Homebuilders' Steering Committee be and it hereby is authorized to supplement the record by filing the Affidavits attached to the motion to supplement.

NEW ORLEANS, LOUISIANA, this ____ day of September, 2009.

_____
DISTRICT JUDGE