UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AGENDA

Agenda for September 24, 2009 status conference.

I. PRE-TRIAL ORDERS

II. PROPERTY INSPECTIONS

III. PLAINTIFF AND DEFENDANT PROFILE FORMS

IV. PRESERVATION ORDER

V. STATE/FEDERAL COORDINATION

VI. STATE COURT TRIAL SETTINGS

VII. MOTIONS IN THE MDL

VIII. DISCOVERY ISSUES

IX. FREEDOM OF INFORMATION ACT/PUBLIC RECORDS REQUESTS

X. TRIAL SETTINGS IN FEDERAL COURT

XI. FILINGS IN THE MDL

XII. NOTICES OF APPEARANCE AND DEFAULT JUDGMENTS

2

XIII.   TOLLING AGREEMENT/SUSPENSION OF PRESCRIPTION

XIV.    INSURANCE ISSUES

XV.     SERVICE OF PLEADINGS ELECONTRONICALLY

XVI.    MASTER COMPLAINT

XVII.   NEXT STATUS CONFERENCE