**EXHIBIT A**

**TO**

**RESPONSE OF PLAINTIFFS' STEERING COMMITTEE TO BENCH
MEMORANDUM OF CERTAIN DEFENDANTS
REGARDING CHAPTER 558, FLORIDA STATUTES**

*to chair*
*upon filing*
*fee*

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Kathryn H. Vratil
United States District Court
District of Kansas

David R. Hansen
United States Court of Appeals
Eighth Circuit

W. Royal Furgeson, Jr.
United States District Court
Northern District of Texas

Frank C. Damrell, Jr.
United States District Court
Eastern District of California

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:          [202] 502-2888
http://www.jpml.uscourts.gov

June 18, 2009

TO INVOLVED COUNSEL

Re: MDL No. 2047 -- IN RE: Chinese-Manufactured Drywall Products Liability Litigation

(See Attached CTO-1)

Dear Counsel:

Attached hereto is a copy of a conditional transfer order filed today by the Panel involving the above-captioned matter. This matter is transferred pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001). Copies of Rule 5.2, dealing with service, and Rules 7.4 and 7.5, regarding "tag-along" actions, are attached for your convenience.

Inasmuch as there is an unavoidable time lag between notification of the pendency of the tag-along action and the filing of a conditional transfer order, counsel are required by Rule 7.4(b) to notify this office **BY FACSIMILE**, at (202) 502-2888, of any official changes in the status of the tag-along action. These changes could involve dismissal of the action, remand to state court, transfer to another federal court, etc., as indicated by an order filed by the district court. Your cooperation would be appreciated.

**NOTICE OF OPPOSITION DUE ON OR BEFORE: July 6, 2009 (12 noon EST)**
(Facsimile transmission is suggested.)

If you are considering opposing this conditional transfer order, please review Rules 7.4 and 7.5 of the Panel Rules before filing your Notice of Opposition.

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _Darion Payne_

Darion Payne
Deputy Clerk

Attachments

JPML Form 39

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**Jun 18, 2009**

FILED
CLERK'S OFFICE

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

MDL No. 2047

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-1)

On June 15, 2009, the Panel transferred nine civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __F.Supp.2d__ (J.P.M.L. 2009). With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of June 15, 2009, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION**

MDL No. 2047

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

**DIST.  DIV.  C.A. #**      **CASE CAPTION**

ALABAMA NORTHERN
  ALN   2   09-538          Samuel Ledford v. Knauf Gips KG, et al.

ALABAMA SOUTHERN
  ALS   1   09-255          Sylvia Rayfield, et al. v. Knauf Gips KG, et al.

FLORIDA SOUTHERN
  FLS   1   09-20847        Larry Galvin, et al. v. Knauf Gips KG, et al.
  FLS   1   09-21027        Felix Feliciano, et al. v. Knauf Gips KG, et al.
  FLS   1   09-21028        Jorge Fernandez, et al. v. Knauf Gips KG, et al.
  FLS   1   09-21055        Anna Pelligra v. Knauf Gips KG, et al.
  FLS   1   09-21057        Ricardo Rizzo, et al. v. Knauf Gips KG, et al.
  FLS   1   09-21060        Julian Flores, et al. v. Knauf Gips KG, et al.
  FLS   1   09-21061        Enrique Valdes, et al. v. Knauf Gips KG, et al.
  FLS   1   09-21062        Jose Francisoc Oves v. Knauf Gips KG, et al.
  FLS   1   09-21063        Roger Leben, et al. v. Knauf Gips KG, et al.
  FLS   1   09-21145        Daniel Villalta, et al. v. Knauf Gips KG, et al.
  FLS   1   09-21146        Raymond Sardina, et al. v. Knauf Gips KG, et al.
  FLS   1   09-21250        Carrie Trepkowski, et al. v. Knauf Gips KG, et al.
  FLS   2   09-14111        Ronald Scritchfield, et al. v. Knauf Gips KG, et al.
  FLS   2   09-14115        Arif Shakoor v. Knauf Gips KG, et al.
  FLS   2   09-14125        Francine Kelly v. Knauf Gips KG, et al.
  FLS   2   09-14126        Terel Downs, et al. v. Knauf Gips KG, et al.
  FLS   2   09-14127        Thomas Teefy, et al. v. Knauf Gips KG, et al.
  FLS   2   09-14128        Donna Malkki, et al. v. Knauf Gips KG, et al.
  FLS   2   09-14129        Anne M. O'Hear v. Knauf Gips KG, et al.
  FLS   2   09-14137        Deborah Bradford v. Knauf Gips KG, et al.
  FLS   2   09-14138        Russell Knapp, et al. v. Knauf Gips KG, et al.
  FLS   2   09-14139        John Schurer v. Knauf Gips KG, et al.
  FLS   2   09-14140        Thomas Catalano, et al. v. Knauf Gips KG, et al.
  FLS   2   09-14141        Gregory Skora, et al. v. Knauf Gips KG, et al.
  FLS   2   09-14142        Annette Badchkam v. Knauf Gips KG, et al.
  FLS   2   09-14154        Derrick Peterson, et al. v. Treasure Coast Homes, LLC, et al.
  FLS   9   09-80535        Katherine L. Foster v. NorthStar Holdings, Inc., et al.
  FLS   9   09-80644        Bryan Feuerberg, et al. v. Knauf Gips KG, et al.
  FLS   9   09-80730        Sherley Frais v. Knauf Gips KG, et al.

**MDL No. 2047 - Schedule CTO-1 Tag-Along Actions (Continued)**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| LOUISIANA MIDDLE | |
| LAM  3  09-301 | Darryl Paul Ledet, et al. v. Knauf Gips KG, et al. |
| MISSISSIPPI SOUTHERN | |
| MSS  1  09-234 | Christopher Whitfield v. Knauf Gips KG, et al. |
| NORTH CAROLINA EASTERN | |
| NCE  2  09-25 | Curtis Hinkley, et al. v. Taishan Gypsum Co., Ltd., et al. |
| VIRGINIA EASTERN | |
| VAE  2  09-202 | Michelle Germano, et al. v. Taishan Gypsum Co., Ltd., et al. |