**EXHIBIT C**

**TO**

**RESPONSE OF PLAINTIFFS' STEERING COMMITTEE TO BENCH
MEMORANDUM OF CERTAIN DEFENDANTS
REGARDING CHAPTER 558, FLORIDA STATUTES**

# OVERVIEW OF CHAPTER 558, FLORIDA STATUTES

## Timeline

**0 DAYS --**

**IF ACTION *DOES NOT* INCLUDE CLAIM FOR PERSONAL INJURY, CLAIMANT TO GIVE NOTICE OF CONSTRUCTION DEFECT**
Notice must be "in reasonable detail sufficient to determine the general nature of each alleged construction defect and a description of the damage or loss resulting from the defect, if known." § 558.003, Fla. Stat.

**-- 10 DAYS**

**CONTRACTOR MAY FORWARD NOTICE TO OTHERS BELIEVED TO BE RESPONSIBLE FOR DEFECT (WITHIN 10 DAYS OF RECEIVING NOTICE)**
Contractor, Subcontractor, Supplier or Design Professional can forward notice to "each contractor, subcontractor, supplier, or design processional whom it reasonably believes is responsible for each defect specified in the notice." § 558.003, Fla. Stat.

**-- 30 DAYS**

**CONTRACTOR MAY REQUEST OPTIONAL INSPECTION OF PREMISES (WITHIN 30 DAYS OF RECEIVING NOTICE)**
Contractor, Supplier, Subcontractor Design Professional can offer to inspect premise and the parties follow procedures for coordinating time, place, manner of, and person to perform any destructive testing, § 558.002(a)-(f), Fla. Stat.

**-- 45 DAYS & THEREAFTER**

**CONTRACTOR MUST MAKE OFFER TO SETTLE OR REJECT CLAIM (WITHIN 45 DAY OF RECEIVING NOTICE)**
Contractor, Supplier, Subcontractor, Design Professional Must Respond in Writing (a) Offering to Make Free *Repairs*; (b) Offering to Settle Through *Monetary Payment*; (c) Offering to Settle Through *Combination of Repairs and Monetary Payment*; (d) *Disputing Claims* And Will Not Settle; (e) Stating that with 30 Days *Monetary Payment*, if Any will be *Determined by Insurance Carrier*. § 558.004(5)(a)-(e), Fla. Stat.

**CLAIMANT *MAY FILE SUIT OR CONTINUE ACTION* IF NO TIMELY OFFER IS MADE TO SETTLE OR CLAIM IS DISPUTED BY CONTRACTOR (WITHIN 45 DAYS OF GIVING NOTICE)**
Claimant can file suit within 45 days of giving notice, claimant has not received an Offer to Repair or Settle, Has Received No Response from Notice, or Has Received a Rejection of Claim. § 558.006

\*\*\*

**CLAIMANT *MAY FILE SUIT OR CONTINUE ACTION* IF OFFER TO SETTLE IS NOT ACCEPTABLE**
If an offer to settle or make repairs pursuant to § 558.004(5), Fla. Stat. is not acceptable to Claimant, Claimant may reject it and file suit. § 558.004(7), Fla. Stat.

\*\*\*

**CLAIMANT *MAY ACCEPT* SETTLEMENT (WITHIN 45 DAYS OF RECEIVING OFFER TO SETTLE)**
Claimant must accept or reject offer to settle within 45 days of the offer. § 558.005, Fla. Stat. If an offer is accepted, the parties work together to get repairs completed. § 558.004(8), Fla. Stat

**60 DAYS: *MAXIMUM* PERIOD OF ABATEMENT**