# EXHIBIT E

## TO

## RESPONSE OF PLAINTIFFS' STEERING COMMITTEE TO BENCH MEMORANDUM OF CERTAIN DEFENDANTS REGARDING CHAPTER 558, FLORIDA STATUTES



ERVIN A. GONZALEZ
Board Certified Civil &
Business Trial Attorney

March 10, 2009

*Via Certified Mail and First Class Mail*
Taylor-Woodrow Communities at Vasari
c/o NRAI Services, Inc., Registered Agent
2731 Executive Park Drive, Suite 4
Weston, FL 33331

Re: *Defective Drywall Class Action*

To Whom It May Concern:

Pursuant to Florida Statutes chapter 558 on behalf of James B. Tarzy, residing at 28479 Altessa Way, #101, Bonita Springs, FL 34135, we write to provide you notice of our intent to file an action for construction defect against Taylor-Woodrow Communities at Vasari on Mr. Tarzy's behalf. The problem in the home is caused by defective drywall that emits high levels of sulfur. The drywall in the home emits levels of sulfur that damages wires, pipes, metal, air conditioning, HVAC, plumbing electronic equipment, fixtures, furnishings, and potentially health. The problem causes economic damages and potential personal injury and an increased risk of future health problems.

In order to fix the problem, the following items must be removed and replaced: all of the drywall in the home, all of the flooring in the home, the air conditioning unit(s), cabinetry, mirrors, any affected electrical wiring and plumbing. You are also responsible for consequential damages in the form of moving costs and comparable replacement housing for the homeowners during time the home is fixed, as set forth above, as well as the cost of medical monitoring and damage related to potential personal injury. The homeowners have also suffered economic damages from the loss of value of their home, as a result of the stigma attached to their house because of the defective drywall. Pursuant to Florida Statutes section 558.004(5) you have 45 days to serve a written response upon undersigned counsel on how you intend to remedy this situation. We look forward to your early reply. Should you have any questions, please do not hesitate to contact us.

Very truly yours,

Ervin A. Gonzalez

EAG/ed

Exhibit "B"

| THE LAW FIRM OF COLSON HICKS EIDSON
| 255 ARAGON AVENUE | 2ND FLOOR | CORAL GABLES, FLORIDA | 33134-5008
| T: 305.476.7400 | F: 305.476.7444 | W: COLSON.COM



Colson
Hicks
Eidson

ERVIN A. GONZALEZ
Board Certified Civil &
Business Trial Attorney

March 10, 2009

*Via Certified Mail and First Class Mail*
Taylor-Woodrow Communities at Vasari
c/o NRAI Services, Inc., Registered Agent
2731 Executive Park Drive, Suite 4
Weston, FL 33331

*Re: Defective Drywall Class Action*

To Whom It May Concern:

Pursuant to Florida Statutes chapter 558 on behalf of James B. Tarzy, residing at 28479 Altessa Way, #101, Bonita Springs, FL 34135, we write to provide you notice of our intent to file an action for construction defect against Taylor-Woodrow Communities at Vasari on Mr. Tarzy's behalf. The problem in the home is caused by defective drywall that emits high levels of sulfur. The drywall in the home emits levels of sulfur that damages wires, pipes, metal, air conditioning, HVAC, plumbing electronic equipment, fixtures, furnishings, and potentially health. The problem causes economic damages and potential personal injury and an increased risk of future health problems.

In order to fix the problem, the following items must be removed and replaced: all of the drywall in the home, all of the flooring in the home, the air conditioning unit(s), cabinetry, mirrors, any affected electrical wiring and plumbing. You are also responsible for consequential damages in the form of moving costs and comparable replacement housing for the homeowners during time the home is fixed, as set forth above, as well as the cost of medical monitoring and damage related to potential personal injury. The homeowners have also suffered economic damages from the loss of value of their home, as a result of the stigma attached to their house because of the defective drywall. Pursuant to Florida Statutes section 558.004(5) you have 45 days to serve a written response upon undersigned counsel on how you intend to remedy this situation. We look forward to your early reply. Should you have any questions, please do not hesitate to contact us.

Very truly yours,

Ervin A. Gonzalez

EAG/ed

Exhibit "B"

| THE LAW FIRM OF COLSON HICKS EIDSON
| 255 ARAGON AVENUE | 2ND FLOOR | CORAL GABLES, FLORIDA | 33134-5008
| T: 305.476.7400 | F: 305.476.7444 | W: COLSON.COM