UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>THE 2 CASES ON THE ATTACHED LIST | : : : | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## NOTICE OF APPEARANCE OF FULMER LEROY ALBEE BAUMANN & GLASS, P.L., AS COUNSEL FOR DEFENDANT INDEPENDENT BUILDERS SUPPLY ASSOCIATION, INC.

COMES NOW, the law firm of Fulmer LeRoy Albee Baumann & Glass, P.L., and hereby files its Notice of Appearance as counsel on behalf of the Defendant, Independent Builders Supply Association, Inc., ("IBSA"). It is respectfully requested that all future pleading and correspondence be served upon the undersigned Gary F. Baumann in connection with this action.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 23, 2009, I electronically filed the foregoing document and this certificate with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing:

FULMER, LeROY, ALBEE, BAUMANN &
GLASS, P.L.


/s/ Gary F. Baumann
Gary F. Baumann
gbaumann@FulmerLeRoy.com
Florida Bar No.: 089052
2866 East Oakland Park Boulevard
Fort Lauderdale, FL  33306
(954) 707-4430  phone
(954) 707-4431 fax
Attorneys for Defendant
INDEPENDENT BUILDERS SUPPLY
ASSOCIATION, INC.

## NOTICE OF APPEARANCE ATTACHMENT

## Independent Builders Supply Association, Inc., is a named defendant in the following MDL NO.: 2047 cases;

1) Louise Joseph
   09-6088

2) Delores J. Bailey
   09–6086

## PLAINTIFF'S COUNSEL SERVICE LIST

| | |
|---|---|
| Daniel K. Bryson, Esq.<br>Lewis & Roberts, PLLC<br>1305 Navaho Dr., Suite 400<br>Raleigh, NC 27609<br>Phone: (919) 981-0191<br>Fax: (919) 081-0431 | Jordan Lucas Chaikin, Esq.<br>Parker Waichman Alonso, LLP<br>27399 Riverview Center Blvd., Suite 106<br>Bonita Springs, FL 34134<br>Phone: (239) 390-1000<br>Fax: (239) 390-0055 |
| Gary E. Mason, Esq.<br>The Mason Law Firm, PC<br>1225-19th St., NW, Suite 500<br>Washington, DC 20036<br>Phone: (202) 429-2290<br>Fax: (202) 429-2294 | Scott Wm. Weinstein, Esq.<br>Morgan & Morgan, P.A.<br>P.O. Box 9504<br>12800 University Dr., Suite 600<br>Fort Myers, FL 33906<br>Phone: (239) 433-6880<br>Fax: (239) 433-6836 |
| Daniel E. Becnel, Jr.<br>Daniel E. Becnel, III<br>Matthew B. Moreland<br>Salvadore Christina, Jr.<br>Christopher D. Becnel<br>Becnel Law Firm, LLC<br>106 W. Seventh Street<br>PO Drawer H<br>Reserve, Louisiana 70084<br>Telephone (985) 536-1186<br>Facsimile (985) 536-6445 | Joseph M. Bruno<br>L. Scott Joanen<br>855 Baronne Street, 3rd Floor<br>New Orleans, Louisiana 70113<br>Telephone: (504) 525-1335<br>Facsimile: (504) 561-6775<br><br>Bruno & Bruno, LLP<br>David S. Scalia<br>855 Baronne Street<br>New Orleans, LA 70113<br>Phone: (504) 525-1335<br>Facsimile: (504) 561-6775 |
| Jeremy W. Alters, Esq.<br>Alters Boldt Brown Rash Culmo<br>4141 Northeast 2nd Avenue<br>Suite 201<br>Miami, Fl 33137 | Kenneth G. Gilman<br>Gilman & Pastor, LLP<br>6363 Highcroft Dr.<br>Naples, Fl 34119 |

| | |
|---|---|
| Roberta L. Burns, Esq.<br>Law Offices of Sidney D. Torres, III<br>Torres Park Plaza,<br>Suite 303<br>8301 West Judge Perez Drive<br>Chalmette, LA 70043<br>Telephone: (504) 271-8421 | Jeffrey P. Berniard<br>Berniard Law Firm LLC<br>625 Baronne St.<br>New Orleans, LA 70113<br>Telephone: (504) 527-6225<br>Facsimile: (504) 617-6300 |
| Gerald E. Meunier<br>Justin I. Woods<br>Kara H. Samuels<br>Nakisha E. Knott<br>2800 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163-2800<br>telephone: 504-522-2304<br>Facsimile: 504-528-9973 | Anthony D. Irpino<br>Mark P. Glago<br>Irpino Law Firm<br>One Canal Place<br>365 Canal St., Ste. 2290<br>New Orleans, LA 70130<br>Telephone: (504) 525-1500<br>Facsimile: (504) 525-1501 |
| Gainsburgh, Benjamin, David, Meunier &<br>Warshauer, LLC<br>2800 Energy Centre<br>1100 Poydras<br>New Orleans, LA 70163 | |

## DEFENDANTS COUNSEL SERVICE LIST

| | |
|---|---|
| Michelle Nelson, Esq.<br>Paxton Smith<br>Barristers Bldg., Suite 500<br>1615 Forum Place<br>West Palm Beach, Florida 33401<br><br>Counsel for All County Drywall Service, Inc., B&B Stucco, Inc., Harrell's Drywall, Inc., Northeast Drywall, Co., and Ocean Construction, Inc. | Michael K. Feldman, Esq.<br>1111 Kane Concourse<br>Suite 209<br>Bay Harbor Islands, Fl 33154<br>Telephone: 305-865-5716<br>Facsimile: 305-865-5710<br><br>Counsel for La Suprema Trading, Inc., and La Suprema Enterprise, Inc. |

| | |
|---|---|
| Robert H. Schwartz, Esq.<br>Adorno & Yoss, LLP<br>888 Southeast Third Avenue<br>Suite 500<br>Fort Lauderdale, Fl 33316<br>Telephone: 954-713-1330<br>Facsimile: 954-446-1526<br><br>Michael P. Peterson, Esq.<br>8900 SW 117th Avenue<br>Suite C-104<br>Miami, Fl 33186<br>Telephone: 305-270-3773<br>Facsimile: 305-275-7410<br><br>**Counsel for Banner Supply Company** | Susan Cole, Esq.<br>Bice Cole Law Firm, PL<br>999 Ponce De Leon Blvd.<br>Suite 710<br>Coral Gables, Fl 33134<br>Telephone: 305-444-1225<br>Facsimile: 305-446-2598<br><br>W. David Conner, Esq.<br>Haynsworth Sinkler Boyd, P.A.<br>PO Box 2048<br>Greenville, SC 29602<br>Telephone: 864-240-3226<br>Facsimile: 864-240-3300<br><br>**Counsel for L&W Supply Corp., and USG Corp.** |
| Edward J. Briscoe, Esq.<br>Fowler White Burnett<br>1395 Brickell Avenue, 14th Floor<br>Miami, Fl 33131<br>Telephone: 305-789-9252<br>Facsimile: 305-789-9201<br><br>**Counsel for Black Bear Gypsum Supply, Inc.** | **Knauf Gip KG**<br>Attention: President/Vice President/or Agent Authorized to Receive Service under Section 48.081, Florida Statutes<br><br>AM Bahnhof 7<br>D-97346 Iphofen<br>Germany |
| **Knauf Plasterboard (Tianjin) Co., Ltd.**<br>Attention: President/Vice President/or Agent Authorized to Receive Service under Section 48.081, Florida Statutes<br>Knauf Plaserboard (Tianjin) Co., Ltd.<br>North Yinhe Bridge, east Jingin Road<br>Beichen District Economic Developing Zone<br>Tianjin Municipality, P.R. China 300400 | **Taishan Gypsum Co. Ltd. f/k/a Shandong Taihe Dongxin Co. Ltd.**<br>Attention: President/Vice President/or Agent Authorized to Receive Service under Section 48.081, Florida Statutes<br>Dawenkou, Diaye District<br>Taishan City, Shandong Province<br>P.R. China 271026 |

6

| | |
|---|---|
| Rothchilt International Ltd.<br>Attention: President/Vice President/or Agent Authorized to Receive Service under Section 48.081, Florida Statutes<br>A02 5/F Zhongnongxin International Building No. 181 East<br>Zhongshan Road<br>Haishu District, Ningbo City<br>P.R. China | Knauf Plasterboard (Dongguan) Co. Ltd.<br>Attention: President/Vice President/or Agent Authorized to Receive Service under Section 48.081, Florida Statutes<br>No. 2 Xinsha Development Zone<br>Rc-52347 Guangdong, China |
| Knauf Plasterboard (Wuhu) Co. Ltd.<br>Attention: President/Vice President/or Agent Authorized to Receive Service under Section 48.081, Florida Statutes<br>No.2 Gang Wan Road<br>RC-241009 Whuhu Anhui, China | All Interior Supply Co.<br>By serving its Registered Agent<br>CT Corporation System<br>1200 South Pine Island Road<br>Plantation, Fl 33324 |
| Beijing New Building Materials, PLC<br>Attention: President/Vice President/or Agent Authorized to Receive Service under Section 48.081, Florida Statutes<br>N0. 16 West Road<br>Jiacaicheng, Xisanqi<br>Haidian District<br>Beijing, P.R. China 100096 | Northstar Holding, Inc.<br>By serving its registered agent<br>David Ettinger<br>14901 S. Military Trail<br>Delray, Fl 33484 |
| NorthStar Homes, Inc.<br>By serving its registered agent<br>Scott Worley<br>1732 S. Congress Avenue, Ste 335<br>Palm Springs, Fl 33461 | Raul R. Loredo, Esq.<br>Mintzer, Sarowitz, Zeris, Ledna & Meyers<br>255 Alhambra Circle, Suite 1150<br>Coral Gables, Fl 33134<br>Telephone: 305-774-9966<br>Facsimile: 305-774-7743<br>Counsel for Interior Exterior Building Supply, Inc. |
| Andrea M. Fair, Esq.<br>Wetherington, Hamilton, Harrison & Fair, P.A.<br>PO Box 172727<br>Tampa, Florida 33672<br><br>Counsel for Residential Drywall, Inc. | Fred E. Moore, Esq.<br>Blalock, Walters, Held & Johnson, PA<br>802 11th Street, West<br>Bradenton, Florida 34205<br>Telephone: 941-748-0100<br>Facsimile: 941-745-2093<br><br>Counsel for MDW Drywall, Inc. |

| | |
|---|---|
| John B. Marion, IV, Esq.<br>Sellars, Marion & Bachi, PA<br>811 North Olive Avenue (33401)<br>PO Box 3767<br>West Palm Beach, Fl 33402<br>Telephone: 561-655-8111<br>Facsimile: 561-655-4994<br><br>Attorneys for Ocean Construction, Inc., S.D. & Associates, Inc., and Residential Drywall, Inc. | |