UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION L |
| | JUDGE FALLON<br>MAG.JUDGE WILKINSON |

..................................................................................................

THIS DOCUMENT RELATES TO C.A. NO. 09-3925 "L" [2]

## NOTICE OF DISMISSAL

**NOW COMES** Plaintiff, Ashley Hughes, who hereby dismisses the above-captioned matter without prejudice in accordance with Federal Rule of Civil Procedure 41(A)(I). No opposing party has served any responsive pleadings

        Respectively submitted,

        MARTZELL & BICKFORD (APC)

        */s/ SCOTT R. BICKFORD*
        Scott R. Bickford (#1165)
        Lawrence J. Centola, III(#27402)
        Roshawn H. Donahue (#30905)
        Spencer R. Doody (27795)
        338 Lafayette St.
        New Orleans, LA 70130
        (504) 581-9065 (voice)
        (504) 581-7535 (facsimile)
        Email: usdcedla@mbfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Dismissal has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this  23rd   day of September , 2009.

*Original signed document filed with the Court.*
/s/ SCOTT R. BICKFORD