UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RONNIE VAN WINKLE, SR., ET AL | * | CIVIL ACTION |
| VERSUS | * | NO. 09-4378 |
| KNAUF GIPS KG, ET AL | * | JUDGE FALLON |
| *   *   *   *   *   *   *   * | | MAGISTRATE WILKINSON |

## MOTION FOR EXTENSION OF TIME IN WHICH TO PLEAD

**NOW INTO COURT**, through undersigned counsel, comes Nautilus Insurance Company, defendant in the above numbered and entitled cause of action, and on suggesting to this Honorable Court that counsel for the named defendant hereinabove, has just received this assignment by telephone, without the benefit and knowledge of the investigative file, and requests an additional twenty (20) days in which to file responsive pleadings on behalf of the named defendant hereinabove. Defendant avers that this is its first request for an extension of time in which to plead.

| | |
|---|---:|
| Motion for Extension of Time<br>in Which to Plead | 09-4378<br>Page 2 |

RESPECTFULLY SUBMITTED:

**HEBBLER & GIORDANO, L.L.C.**
*Attorneys at Law*

BY: _____
GEORGE P. HEBBLER, JR. (T.A.)
Louisiana Bar No: 6722
Email: hebbler@hebblergiordano.com
FRANK A. ROMEU, JR.
Louisiana Bar No: 18412
Email: romeu@hebblergiordano.com
MICHAEL P. HIGGINS
Louisiana Bar No: 30554
Email: higgins@hebblergiordano.com
Attorney for Defendants
3636 S. I-10 Service Road W, Suite 300
Metairie, Louisiana 70001
Telephone: (504) 833-8007
Facsimile: (504) 833-2866

### CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing has been duly served on all counsel of record, by mailing same, postage prepaid this _____ day of September, 2009.

_____
GEORGE P. HEBBLER, JR.