UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RONNIE VAN WINKLE, SR., ET AL | * | CIVIL ACTION |
| VERSUS | * | NO. 09-4378 |
| KNAUF GIPS KG, ET AL | * | JUDGE FALLON |
| *  *  *  *  *  *  *  * | | MAGISTRATE WILKINSON |

## ORDER

**IT IS HEREBY ORDERED BY THIS HONORABLE COURT** that defendant, Nautilus Insurance Company, be and it is hereby granted twenty (20) additional days from the signing of this order to file responsive pleadings.

New Orleans, Louisiana, this _____ day of September, 2009.

_____
JUDGE