UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO ALL CASES**

**ORDER**

IT IS ORDERED that Pretrial Order #1B, document number 257, issued on September 21, 2009, in the above captioned matter is hereby REVOKED and RESCINDED from the record at this time.

New Orleans, Louisiana, this  22nd  day of September, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE