Case 2:09-md-02047-EEF-MBN   Document 272   Filed 09/23/09   Page 1 of 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITRIGATION

MDL DOCKET: 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

_____/

## ORDER

Considering the foregoing Homebuilders' Steering Committee's Motion to Supplement to the Record to Include Affidavits,

IT IS ORDERED that the Homebuilders' Steering Committee be and it hereby is authorized to supplement the record by filing the Affidavits attached to the motion to supplement.

NEW ORLEANS, LOUISIANA, this 22nd day of September, 2009.

_____
DISTRICT JUDGE