UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

MDL DOCKET: 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

_____/

## AFFIDAVIT

STATE OF FLORIDA

COUNTY OF LEE

BEFORE ME, the undersigned authority, personally appeared TOMMY LEE, who, being first duly sworn, deposes and states as follows:

1.  My name is Tommy Lee. I am over the age of 18 years old and make this affidavit based on my personal knowledge.

2.  I bought a home in November 2007 from Morrison Homes, located in the Avalon Preserve Subdivision in Fort Myers, Florida.

3.  My home was inspected by Environ International and Taylor Morrison in May 2009. They determined that I had Chinese drywall in the home. After the discovery of the defective drywall, I had numerous communications with my builder (now called Taylor Morrison) concerning repairs to my home, damage compensation and relocation.

4.  I was provided a draft Repair and Relocation Agreement ("Agreement"), Chinese Drywall Fact Sheet, and Master Q&A, and Taylor Morrison Relocation Cover by Taylor Morrison in June 2009, in connection with resolving my property claims related to

the Chinese drywall.

5. I was given sufficient time to read, understand, and discuss the Agreement with Taylor Morrison.

6. I was informed that I had the right to an attorney. I understood that right but decided to review the Agreement myself. I felt capable of understanding it and discussing the terms with Taylor Morrison.

7. I entered into the Repair and Relocation Agreement voluntarily and decided not to pursue litigation concerning my property damage issues, although I understood that I had the right to do so.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Tommy Lee

SWORN TO AND SUBSCRIBED before me this 21 day of September, 2009, by Tommy Lee, who is personally known to me or who produced FL DL _____ as identification and who did take an oath.

_____
NOTARY PUBLIC
Print name: Shannon Jackson
My commission expires:



SHANNON JACKSON
MY COMMISSION # DD727957
EXPIRES October 23, 2011
(407) 398-0153    FloridaNotaryService.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL MDL DOCKET: 2047

PRODUCTS LIABILITY LITIGATION

SECTION: L

JUDGE FALLON

MAG. JUDGE WILKINSON

_____/

### AFFIDAVIT

STATE OF FLORIDA

COUNTY OF MANATEE

BEFORE ME, the undersigned authority, personally appeared CHERYL MAKOWSKY, who, being first duly sworn, deposes and states as follows:

1. My name is Cheryl Makowsky. I am over the age of 18 years old and make this affidavit based on my personal knowledge.
2. I bought a home from Morrison Homes. The home is located in the River Plantation subdivision in Parrish, Florida.
3. My home was inspected and it was determined that I had Chinese drywall in the home. After the discovery of the defective drywall, I had communications with my builder concerning repairs to my home.
4. I was provided a Repair and Relocation Agreement ("Agreement") by my builder in connection with resolving my property damage claims related to the Chinese drywall.
5. I was informed that I had the right to an attorney and I understood that right. I had ~~an~~ one attorney review the Agreement and provide comments to me. I discussed the contents of the Agreement and negotiated the Agreement with my builder.
6. I entered into the Repair and Relocation Agreement voluntarily and decided not to pursue litigation related to my property damage claims, although I understood that I had the right to do so.

FURTHER AFFIANT SAYETH NAUGHT.



Sep 22 09 02:25p        Coordinators                941-751-6716           p.2
Case 2:09-md-02047-EEF-MBN   Document 273   Filed 09/23/09   Page 4 of 4
Affidavit of Cheryl Makowsky.docx

Page 2 of 2

*Cheryl Makowsky*           9/22/09

Cheryl Makowsky

SWORN TO AND SUBSCRIBED before me this 22ND day of September, 2009, by Cheryl Makowsky, who is (personally known to me) or who produced N/A N/A as identification and who did take an oath.

*Clyde C Ingram*         22 SEP 2009

NOTARY PUBLIC

CLYDE C. INGRAM
Comm# DD0750875
Expires 2/3/2012
Florida Notary Assn., Inc

Print name: CLYDE C. INGRAM

My commission expires: 02/03/2012