UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| KARIN VICKERS, ET AL v. KNAUF GIPS KG, ET AL.,No. 09-20510-CIV-MOORE (S.D., Fla.) (MDL No. 09-4117) | MAG. JUDGE WILKINSON |

**PLAINTIFFS' MOTION FOR ISSUANCE OF (CORRECTED) REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY) TO APPROPRIATE JUDICIAL AUTHORITIES IN TAIWAN TO EFFECT SERVICE OF PROCESS ON DEFENDANT ROTHCHILT INT'L LTD.**

Plaintiffs, Karin Vickers, Felix Martinez, Jenny Martinez, Jason Santiago, Gene Raphael, Walter Niemczura and Jim Tarzy, by and through undersigned counsel, respectfully request that the Court issue a Request for International Judicial Assistance (Letter Rogatory) previously issued by the transferor Court in the Southern District of Florida, *see* Case No. 09-20510-Moore, DE 58, to facilitate service of process of the Summons and Amended Complaint in the above-styled action on foreign Defendant ROTHCHILT INT'L LTD. Defendant ROTHCHILT is located in Taiwan and formal service of process may be carried out through the use of Letters Rogatory. The corrected form Letter of Request for International Judicial Assistance (Letter Rogatory) addressed to the Appropriate Judicial Authority of Taiwan is attached hereto as *Exhibit A*.

Plaintiffs make this request for the issuance of a corrected version of the Letter of

Request previously issued by the Court, *see* Case No. 09-20510-Moore, DE 58, because Plaintiffs have discovered a typographical error that may prohibit it from properly serving Rothchilt. In the Court's Letter Rogatory, "Rothchilt" is misspelled "Rothschilt," on page 2. Undersigned counsel has modified the Letter Rogatory, attached hereto as *Exhibit A* for entry, by correcting the misspelling and referring to the Second Alias Summons that will be issued by the Clerk of Court.

WHEREFORE, for the reasons set forth herein and for any other reasons the Court may deem appropriate, undersigned counsel respectfully requests that the Court issue a corrected Letter of Request for International Judicial Assistance (Letters Rogatory) in the form attached hereto.

Dated: September 24, 2009                               Respectfully submitted,


/s/ Arnold Levin
Arnold Levin, Esquire
Fred S. Longer, Esquire
Daniel Levin, Esquire
Matthew C. Gaughan, Esquire
**LEVIN, FISHBEIN, SEDRAN & BERMAN**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
*Co-counsel for Plaintiffs*

| | |
|---|---|
| Ervin A. Gonzalez, Esquire<br>Patrick S. Montoya, Esquire<br>**COLSON HICKS EIDSON COLSON**<br>**MATTHEWS MARTINEZ GONZALEZ**<br>**KALBAC & KANE**<br>255 Aragon Avenue, 2nd Floor<br>Coral Gables, FL 33134<br>Phone: (305) 476-476-7400<br>Fax: (305) 476-7444<br>*Co-Counsel for Plaintiffs* | Richard W. Stimson, Esquire<br>Attorney at Law<br>920 Waters Reach Court<br>Alpharetta, GA 30022<br>Phone: (214) 914-6128<br>*Co-Counsel for Plaintiffs* |
| Michael D. Hausfeld, Esquire<br>Richard S. Lewis, Esquire<br>James J. Pizzirusso, Esquire<br>**HAUSFELD LLP**<br>1700 K Street, N.W.<br>Ste. 650<br>Washington, DC 20006<br>Phone: (202) 540-7200<br>Fax: (202) 540-7201<br>*Co-Counsel for Plaintiffs* | Richard Serpe, Esquire<br>**LAW OFFICES OF RICHARD J. SERPE**<br>Crown Center, Ste. 3120<br>580 East Main Street<br>Norfolk, VA 23510-2322<br>Phone: (757) 233-0009<br>Fax: (757) 233-0455<br>*Co-Counsel for Plaintiffs* |
| | Robert Gary, Esquire<br>**GARY, NAEGELE & THEADO, LLC**<br>446 Broadway<br>Lorain, OH 44052<br>Phone: (440) 244-4809<br>Fax: (440) 244-3462<br>*Co-Counsel for Plaintiffs* |


Ervin A. Gonzalez, Esquire
Patrick S. Montoya, Esquire
**COLSON HICKS EIDSON COLSON**
**MATTHEWS MARTINEZ GONZALEZ**
**KALBAC & KANE**
255 Aragon Avenue, 2nd Floor
Coral Gables, FL 33134
Phone: (305) 476-476-7400
Fax: (305) 476-7444
*Co-Counsel for Plaintiffs*

Michael D. Hausfeld, Esquire
Richard S. Lewis, Esquire
James J. Pizzirusso, Esquire
**HAUSFELD LLP**
1700 K Street, N.W.
Ste. 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
*Co-Counsel for Plaintiffs*

Richard W. Stimson, Esquire
Attorney at Law
920 Waters Reach Court
Alpharetta, GA 30022
Phone: (214) 914-6128
*Co-Counsel for Plaintiffs*

Richard Serpe, Esquire
**LAW OFFICES OF RICHARD J. SERPE**
Crown Center, Ste. 3120
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
*Co-Counsel for Plaintiffs*

Robert Gary, Esquire
**GARY, NAEGELE & THEADO, LLC**
446 Broadway
Lorain, OH 44052
Phone: (440) 244-4809
Fax: (440) 244-3462
*Co-Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiffs' Motion for Issuance of (Corrected) Request for International Judicial Assistance (Letter Rogatory) to Appropriate Judicial Authorities in Taiwan to Effect Service of Process on defendant Rothchilt Int'l Ltd. has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24<sup>thd</sup> day of September, 2009.

        /s/Arnold Levin
        **ARNOLD LEVIN**