**Exhibit A**

**TO**

**PLAINTIFFS' MOTION FOR ISSUANCE OF (CORRECTED) REQUEST FOR INTERNATIONAL JUDICAL ASSISTANCE (LETTER ROGATORY) TO APPROPRIATE JUDICIAL AUTHORITIES IN TAIWAN TO EFFECT SERVICE OF PROCESS ON DEFENDANT ROTHCHILT INT'L LTD.**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| | JUDGE FALLON |
| **THIS DOCUMENT RELATES TO:** | MAG. JUDGE WILKINSON |
| KARIN VICKERS, ET AL v. KNAUF GIPS KG, ET AL., No. 09-20510-CIV-MOORE (S.D., Fla.) (MDL No. 09-4117) | |

**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE
(LETTER ROGATORY) ADDRESSED TO THE
APPROPRIATE JUDICIAL AUTHORITY OF TAIWAN**

The United States District Court for the Eastern District of Louisiana presents its compliments to the Appropriate Judicial Authority of Taiwan, and requests international assistance to effect Service of Process on Defendant ROTHCHILT INT'L LTD. of a Summons issued by this Court, the Amended Complaint filed in the above-styled action, and Certified Translations of the Summons and Amended Complaint.

I. **REQUEST**

This Court requests the assistance described herein as necessary in the interests of justice. The assistance requested is that the Appropriate Judicial Authority of Taiwan effect Service of Process of the Summons, Amended Complaint, and Certified Transactions of the Summons and Amended Complaint on the below-named corporation.

ROTHCHILT INTERNATIONAL, LTD
N–510 Chia Hsin Bld. Annex 96 Chung Shan N. Rd. Sec. 2
Tapei, Taiwan

The Appropriate Judicial Authority of Taiwan is requested to serve the above-mentioned documents by formal service on a corporate officer authorized to accept service or in a manner of service consistent with the law of Taiwan.

## II.    FACTS OF CASE

This action involves the design, testing, manufacture, distribution, marketing and sale of drywall. Plaintiffs, on behalf of themselves and a class of all persons similarly situated, claim that defective drywall was introduced into the stream of commerce in the United States and installed in homes therein, including in the State of Florida.

Plaintiffs alleged that the drywall installed in Plaintiffs' home is defective because toxic chemicals emanate from the drywall. According to Plaintiffs, when certain chemical compounds in the drywall, including but not limited to sulphur, are exposed to moisture or react with other chemicals founds in the houses, fixtures attached thereto, personal property contained therein, and render the homes unsafe and/or uninhabitable.

Plaintiffs alleged that the defective drywall was designed, tested, manufactured and sold by Defendants Knauf Gips, KG, Knauf Plasterboard Tianjim Co., Ltd., Knauf Plasterboard (Wuhu) Co. Ltd., and Knauf Plasterboard (Dongguan) Co. Ltd. Plaintiffs also allege that the defective drywall was distributed, supplied, marketed, wholesaled and sold in the United States, including in the State of Florida, by Defendants Rothchilt Int'l Ltd. and Banner Supply, Co. Plaintiffs allege that the defective drywall that was manufactured by the Defendant Knauf entities and distributed by Defendants Rothchilt and Banner has caused damages to Plaintiffs and members of the class by causing damages to their homes, to fixtures attached thereto, and to property contained therein, and/or rendered the homes unsafe and/or uninhabitable.

Plaintiffs claim that as a result of the Defendants' conduct, Plaintiffs and numerous others have suffered economic losses and personal injury by owning homes containing defective drywall.

### III. RECIPROCITY

This Court is willing to provide similar assistance to the judicial authorities of Taiwan in accordance with the laws and treaty obligations of the United States.

### IV. REIMBURSEMENT OF COSTS

The costs for such service will be reimbursed by counsel for Plaintiffs. If the costs for such service are anticipated to exceed Seven Hundred Thirty-Five United States Dollars ($735 US), please contact:

> Arnold Levin
> Levin Fishbein Sedran & Berman
> 510 Walnut Street, Suite 500
> Philadelphia, PA 19106
> Telephone:  1-215-592-1500
> Facsimile:   1-215-592-4663

In acknowledgment of the additional time which is needed to prepare and file an Answer to the attached documents, the time period for answering is extended to 45 days after the date service has been effected.

DATE:  
[SEAL OF COURT]

_____  
ELDON E. FALLON  
UNITED STATES DISTRICT JUDGE

United States District Court  
Eastern District of Louisiana  
500 Poydras Street, Room C456  
New Orleans, LA 70130  
United States of America

Date:

[SEAL OF COURT]