AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | | |
|---|---|---|
| Timmothy Perry and Tracey Perry | ) | |
| Plaintiff | ) | $5500 |
| v. | ) | Civil Action No.  09cv~~5501~~-L/2   MDL 2047 |
| Knauf Gips KG, et al. | ) | |
| Defendant | ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*

Sun Construction, LLC
through its registered agent Julien K. Byrne, III
311 East Second Street
Pass Christian, Mississippi 39571

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

David McMullan, Jr.
Don Barrett, P.A.
P.O. Box 987
Lexington, Mississippi 39095

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_____
Name of clerk of court

Date: _____     _____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

EXHIBIT
3

AO 440 (Rev. 04/08)  Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

   (1) personally delivering a copy of each to the individual at this place, _____
   _____ ; or

   (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

   (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
        _____ ; or

   (4) returning the summons unexecuted to the court clerk on _____ ; or

   (5) other (specify) _____
        _____
        _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00        .


Date: _____                  _____
                                                        Server's signature

                                            _____
                                                       Printed name and title


                                            _____
                                                        Server's address