UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2009 SEP 23 AM 9:22

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: | |
| THE MITCHELL COMPANY, INC., individually and on behalf of others similarly situated,<br><br>  Plaintiff,<br><br>vs.<br><br>KNAUF GIPS KG, a German corporation; KNAUF PLASTERBOARD (TIANJIN CO., LTD., a Chinese limited liability corporation; TAISHAN GYPSUM CO., LTD. (f/k/a Shandong Taihe Dongxin Co., Ltd.), a Chinese limited liability corporation); INTERIOR & EXTERIOR BUILDING SUPPLY, L.P., a limited partnership; and RIGHTWAY DRYWALL, INC., a Georgia corporation,<br><br>  Defendants. | Case No. 09-cv-4115 |

## ENTRY OF DEFAULT

UPON APPLICATION OF PLAINTIFF and upon Declaration that defendant TAISHAN GYPSUM CO., LTD. has failed to plead or otherwise defend the action;

IT IS HEREBY ORDERED that preliminary default be and the same is hereby entered against defendant TAISHAN GYPSUM CO., LTD. in the above numbered and captioned action.

New Orleans, Louisiana, this 22nd day of September, 2009.

Lorretta G. Whyte
Clerk of Court

By: _____
Deputy Clerk

___ Fee_____
___ Process____
X  Dktd_____
___ CtRmDep___
___ Doc. No.___

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>THE MITCHELL COMPANY, INC., individually and on behalf of others similarly situated,<br><br>   Plaintiff,<br><br>vs.<br><br>KNAUF GIPS KG, a German corporation; KNAUF PLASTERBOARD (TIANJIN CO., LTD., a Chinese limited liability corporation; TAISHAN GYPSUM CO., LTD. (f/k/a Shandong Taihe Dongxin Co., Ltd.), a Chinese limited liability corporation); INTERIOR & EXTERIOR BUILDING SUPPLY, L.P., a limited partnership; and RIGHTWAY DRYWALL, INC., a Georgia corporation,<br><br>   Defendants. | * * * * * * * * * * * * * * * * * * * * * | Case No. 09-cv-4115 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## LAST KNOWN ADDRESS OF DEFENDANT IN DEFAULT

DEFENDANT:   TAISHAN GYPSUM CO., LTD.
Throught its agent: WEN JUN ZHANG, staff of the Law Department of the company
Dawenkou Daiyue District
RC-271026 Tai'an Shandong
CHINA