MINUTE ENTRY
FALLON, J.
SEPTEMBER 24, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED           MDL NO. 2047
        DRYWALL PRODUCTS
        LIABILITY LITIGATION          SECTION: L

                                      JUDGE FALLON

THIS DOCUMENT RELATES TO ALL CASES    MAGISTRATE WILKINSON


BEFORE JUDGE ELDON E. FALLON
Case Manager: Gaylyn Lambert
Court Reporter: Toni Tusa

Appearances: Arnold Levin, Esq. And Russ Herman, Esq. For Plaintiff Steering Committee
             Neil Sivyer, Esq. And Kevin Buster, Esq. For defendants

1. Motion of the PSC to Protect Class Members and Fairly Conduct the Action (208)

Argument - DENIED with the right to refile. The Court expects the parties to advise property owners that they have the right to consult with counsel. Henceforth, property owners should be advised of the multi-district litigation and website address. On a case by case basis, the plaintiffs retain the right to challenge the release.


2. Motion of the PSC to Expedite Discovery (220)

Argument - GRANTED with oral reasons given. The Court will not restrict the parties on discovery on a general basis, but the Court will entertain specific objections on specific matters. However, before making objections to the Court, the parties should meet and confer on these issues.


JS10:   :55