UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RONNIE VAN WINKLE, SR., ET AL | * | CIVIL ACTION |
| VERSUS | * | NO. 09-4378 |
| KNAUF GIPS KG, ET AL | * | JUDGE FALLON |
| * * * * * * * * | | MAGISTRATE WILKINSON |

## ORDER

**IT IS HEREBY ORDERED BY THIS HONORABLE COURT** that defendant, Nautilus Insurance Company, be and it is hereby granted twenty (20) additional days from the signing of this order to file responsive pleadings.

New Orleans, Louisiana, this 24th day of September, 2009.

_____
JUDGE