UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| ..………………………………………………… | : | |

**THIS DOCUMENT RELATES TO ALL CASES**

### PRE-TRIAL ORDER # 14

Pursuant to the Court's direction, counsel have met and conferred to develop an "Exporter, Importer or Broker Defendant Profile Form." The Profile Form has been submitted to the Court. The Court considered the Profile Form and has approved such. The Profile Form is attached along with Exhibit A to this Pretrial Order.

IT IS ORDERED that this Profile Form is to be distributed to the appropriate defendants upon becoming a party to the MDL and returned within 15 days to Defendants' Liaison Counsel, Kerry Miller, either electronically to kmiller@frilot.com, or in hard copy to Kerry J. Miller, Defendants' Liaison Counsel, Frilot L.L.C., 1100 Poydras St., Suite 3700, New Orleans, LA 70163.

New Orleans, Louisiana, this 24th day of September, 2009

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

Attachments