UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE : CHINESE-MANUFACTURING DRYWALL   :   MDL NO. 2047
        PRODUCTS LIABILITY LITIGATION   :   SECTION: L
                                                          :
                                                          :   JUDGE FALLON
                                                          :   MAG. JUDGE WILKENSON

**THIS DOCUMENT RELATES TO ALL CASES**

**NOTICE OF CHANGE OF FIRM NAME AND ADDRESS**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

      **PLEASE TAKE NOTICE THAT** the firm name and address for Plaintiff's Counsel, Gary E. Mason has changed effective September 1, 2009.  The new firm name and address are:

                Mason LLP
                1625 Massachusetts Avenue, N.W.
                Suite 605
                Washington, DC  20036

The e-mail addresses and telephone and facsimile numbers remain the same.


Dated: September 24, 2009                        Respectfully submitted,

                                                            /s/ Stephen Mullins
                                                             Stephen Mullins
                                                             LUCKEY & MULLINS
                                                              2016 Bienville Blvd.
                                                              Ocean Springs, MS  39564
                                                              Telephone: (228) 875-3175
                                                              Facsimile: (228) 872-4719

                                                              Gary E. Mason
                                                              gmason@masonlawdc.com
                                                              MASON LLP
                                                              1625 Massachusetts Ave., NW
                                                              Suite 605
                                                              Washington, D.C. 20036

CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Notice of Change of Firm Name and Address has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by email delivery and email upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2047 on this 24th day of September, 2009.

      /s/ Steve W. Mullins