UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL          )          MDL NO. 2047
  PRODUCTS LIABILITY LITIGATION          )
                                      )          SECTION: L
                                      )
                                      )          JUDGE FALLON
                                      )          MAG. JUDGE WILKINSON
_____)

**THIS DOCUMENT RELATES TO ALL CASES**

## O R D E R

      Considering the Plaintiffs' Steering Committee's Motion for Leave to File Reply Brief in Support of Emergency Motion to Lift Stay and to Permit Motion to Protect Class Members and Fairly Conduct the Action;

      IT IS ORDERED BY THE COURT that the Plaintiffs' Steering Committee is granted leave of court to file the attached Reply Brief in Support of Emergency Motion to Lift Stay and to Permit Motion to Protect Class Members and Fairly Conduct the Action, and said Reply Brief is to be filed into the record herein.

      New Orleans, Louisiana this _____ day of _____, 2009.


                                           _____
                                         Honorable Eldon E. Fallon
                                         U.S. District Judge