UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION :
: SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO ALL CASES**

### ORDER

The Court directed counsel for both sides to meet and confer to develop a pretrial order regarding confidentiality. Accordingly, counsel met and conferred to draft the pretrial order. Counsel were not able to agree on a final draft. Pursuant to the Court's direction, counsel submitted various drafts of the pretrial order to the Court in order for the Court to reconcile the differences.

The Court has considered the various versions submitted by counsel and has indicated its edits on a draft. IT IS ORDERED that the edited draft is hereby entered into the record. IT IS FURTHER ORDERED that counsel are to consider the Court's edits and submit to the Court a final proposed pretrial order regarding confidentiality.

New Orleans, Louisiana, this __24th__ day of September, 2009.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

attachment