**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  CHINESE-MANUFACTURING DRYWALL  :  MDL NO. 2047
        PRODUCTS LIABILITY LITIGATION    :  SECTION:  L
                                       :
                                       :  JUDGE FALLON
                                       :  MAG. JUDGE WILKENSON
                                       :
THIS DOCUMENT RELATES TO:            :
Whitfield, et al. v. Knauf GIPS KG, et al.    :
No. 2:09-cv-04324-EEF-JCW           :

**AMENDED ORDER TO APPOINT SPECIAL PROCESS SERVER**

IT IS HEREBY ORDERED,

that APS International, Ltd., including its designated agents, is appointed and authorized to effect service of process on the defendant, Knauf Gips, KG, in Germany.  Service shall be effected according to any internationally agreed means, the laws of the foreign country, or as directed by the foreign authority or the originating court if not otherwise prohibited by international agreement or the laws of the foreign country, and in a manner reasonably calculated to give notice.

Date:_____           _____
                                           Hon. Judge Eldon E. Fallon
                                           United States District Court Judge

Order Submitted by:

STEPHEN W. MULLINS (LA Bar No. 22124)
LUCKEY & MULLINS, PLLC
2016 Bienville Blvd., Suite 102  (39564)
Post Office Box 990
Ocean Springs, MS  39566
(228) 875-3175
(228) 872-4719  (fax)