UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO ALL CASES**

### ORDER

Considering the Plaintiffs' Steering Committee's Motion for Leave to File Reply Brief in Support of Emergency Motion to Lift Stay and to Permit Motion to Protect Class Members and Fairly Conduct the Action;

IT IS ORDERED that the Motion is DENIED as moot on grounds that the hearing date and oral arguments on the matter have already taken place.

New Orleans, Louisiana, this 28th day of September, 2009.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE