UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO. 2047 |
|     DRYWALL PRODUCTS | * | |
|     LIABILITY LITIGATION | * | SECTION: L |
| | * | |
| | * | JUDGE FALLON |
| **This document relates to all cases** | * | |
| | * | MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

Interior Exterior Building Supply, L.P. will bring its Motion for Partial Summary Judgment for hearing before the Honorable Eldon E. Fallon on October 15, 2009 at 10:00 a.m.

    Respectfully submitted,

    /s/ Richard G. Duplantier, Jr.
    _____
    Richard G. Duplantier, Jr. #18874
    Lambert J. Hassinger, Jr. #21683
    Carlina C. Eiselen, #28524
    Jeffrey P. Green #30531
    Galloway, Johnson, Tompkins, Burr & Smith
    701 Poydras Street, Suite 4040 One Shell Square
    New Orleans, LA 70139
    504 525 6802 / 504 525 2456 Fax
    rduplantier@gjtbs.com
    jhassinger@gjtbs.com
    ceiselen@gjtbs.com
    jgreen@gjtbs.com
    *Counsel for Interior Exterior Building Supply, L.P.*

## Certificate of Service

The undersigned certifies that this document has been served on Plaintiffs' liaison counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 28th day of September, 2009.

/s/ Lambert J. Hassinger, Jr.
_____
Lambert J. Hassinger, Jr.