UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | : <br> : <br> : | MDL NO. 2047 <br><br> SECTION: L |
| THIS DOCUMENT RELATES TO ALL CASES<br>_____ | : <br> : <br> : | JUDGE FALLON <br> MAG. JUDGE WILKINSON |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Distributor Defendants have filed the attached Motion Pursuant to Federal Rule of Civil Procedure 12, to Dismiss Plaintiffs' Complaints or, Alternatively, to Strike Plaintiffs' Tort Claims for Economic Damages. **PLEASE TAKE FURTHER NOTICE** that this motion will be brought on for hearing on a date and time to be determined by the Honorable Eldon E. Fallon, United States District Judge for the Eastern District of Louisiana, United States Courthouse, 500 Camp Street, New Orleans, Louisiana 70130.

Respectfully submitted,

/s/Jeffrey A. Backman
JAN DOUGLAS ATLAS
Fla. Bar No. 226246
JEFFREY A. BACKMAN
Fla. Bar No. 0662501
ADORNO & YOSS LLP
350 East Las Olas Boulevard; Suite 1700
Fort Lauderdale, FL 33301-4217
Telephone: (954) 763-01200
Facsimile: (954) 766-7800
Attorneys for BANNER
SUPPLY CO. entities

{218429.0005/N0786320_1}

/s/ Gary Baumann_____
GARY BAUMANN, ESQ.
Florida Bar No. 89052
Fulmer LeRoy Albee Baumann & Glass
2866 E. Oakland Park Blvd.
Fort Lauderdale, FL  33306
Telephone:  954-707-4430
Fax:  954-707-4431
Attorneys for Defendant INDEPENDENT BUILDERS SUPPLY ASSOC.

/s/ Daved Conner_____
W. DAVID CONNER, ESQ.
South Carolina Bar No. 66358
Haynsworth Sinkler Boyd LLP
75 Beattie Place, 11th Floor
Greenville, SC  29601
Telephone:  864-240-3226
Fax:  864-240-3300
Attorneys for Defendant L&W SUPPLY CORP. and USG CORP.

/s/ Richard Duplantier_____
RICHARD DUPLANTIER, ESQ.
Louisiana Bar No. 18874
Galloway, Johnson, Tompkins, Burr & Smith
701 Poydras Street, Suite 4040
New Orleans, LA  70139
Telephone:  504-525-6802
Fax:  504-525-2456
Attorneys for Defendant INTERIOR EXTERIOR BUILDING SUPPLY

/s/ Edward Briscoe_____
EDWARD BRISCOE, ESQ.
Florida Bar No. 109691
Fowler White Burnett
1395 Brickell Avenue, 14th Floor
Miami, FL  33131
Telephone:  305-789-9200
Fax:  305-789-9201
Attorneys for Defendant BLACK BEAR GYPSUM SUPPLY, INC., SMOKY MOUNTAIN MATERIALS, INC. d/b/a EMERALD COAST BUILDING MATERIALS

/s/ Eduardo I. Rasco
EDUARDO I. RASCO, ESQ.
Florida Bar No. 646326
Rosenthal, Rosenthal, Rasco, Kaplan, LLC
20900 N.E. 30th Avenue, Suite 600
Aventura, FL  33180
Telephone:  305-937-0300
Fax:  305-937-1311
Attorneys for Defendant LA SUPREMA TRADING, INC. and LA SUPREMA ENTREPRISE, INC.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern district of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 28th day of September, 2009.

                                                         /s/Jeffrey A. Backman