UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURING DRYWALL  :  MDL NO. 2047
PRODUCTS LIABILITY LITIGATION  :  SECTION: L
:
:  JUDGE FALLON
:  MAG. JUDGE WILKENSON
:
THIS DOCUMENT RELATES TO:  :
Whitfield, et al. v. Knauf GIPS KG, et al.
No. 2:09-cv-04324-EEF-JCW  :
:

# AMENDED ORDER TO APPOINT SPECIAL PROCESS SERVER

IT IS HEREBY ORDERED,

that APS International, Ltd., including its designated agents, is appointed and authorized to effect service of process on the defendant, Knauf Gips, KG, in Germany. Service shall be effected according to any internationally agreed means, the laws of the foreign country, or as directed by the foreign authority or the originating court if not otherwise prohibited by international agreement or the laws of the foreign country, and in a manner reasonably calculated to give notice.

Date: 28th September, 2009.

_____
Hon. Judge Eldon E. Fallon
United States District Court Judge

Order Submitted by:

STEPHEN W. MULLINS (LA Bar No. 22124)
LUCKEY & MULLINS, PLLC
2016 Bienville Blvd., Suite 102  (39564)
Post Office Box 990
Ocean Springs, MS  39566
(228) 875-3175
(228) 872-4719  (fax)