

A CERTIFIED TRUE COPY
ATTEST

By Darion Payne on Sep 25, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Sep 25, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

EDLA CASE No.
09-6508

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION
    General Fidelity Insurance Co. v. Katherine L. Foster,    )
        et al., S.D. Florida, C.A. No. 9:09-80743    )    MDL No. 2047

## ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER

      On September 8, 2009, the Panel filed in this docket a conditional transfer order pertaining to, *inter alia*, this action (*General Fidelity*). In the absence of any known opposition to the proposed transfer, the stay of transmittal with regard to *General Fidelity* was lifted on September 24, 2009, and the action was transferred to the Eastern District of Louisiana. Later on September 24, 2009, after learning of the transfer, plaintiff in *General Fidelity* proffered a notice of opposition to the proposed transfer, along with a facsimile transmission confirmation sheet, indicating that a notice of opposition was transmitted to the Panel on September 22, 2009. Review of the Panel's own facsimile activity reports reveals that a transmission was received by the Panel containing the same number of pages and at approximately the same time as that recorded on plaintiff's confirmation sheet. These circumstances justify reinstatement of the conditional transfer order in *General Fidelity* in order to permit plaintiff to pursue its opposition to transfer.

      IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-6" filed on September 8, 2009, is REINSTATED. Plaintiff's notice of opposition is deemed filed as of September 24, 2009. In accordance with Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), plaintiff shall file the required motion and supporting brief to vacate the conditional transfer order on or before October 9, 2009.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____