UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

DAVID KESSLER and AMANDA KESSLER     *     CA NO. 09-6072

    *     JUDGE ELDON E. FALLON

v.

    *     MAG. JUDGE WILKINSON

GMI CONSTRUCTION, INC., ET AL

    *     IN RE: CHINESE-MANUFACTURED PRODUCTS LIABILITY LITIGATION MDL No. 2047 (L)

* * * * * * * * * * * * *

### HBW INSURANCE SERVICES, L.L.C.'S
### EXPARTE MOTION FOR EXTENSION OF TIME

Defendant, HBW Insurance Services ("HBWIS"), in accordance with Rule 7.9E of the Local Rules of the United States District Court for the Eastern District of Louisiana, and with a full reservation of all rights, respectfully moves this Court for an order granting HBWIS an extension of twenty (20) days from the time pleadings would otherwise be due, through October 21, 2009, within which to file pleadings in response to the petition of Plaintiffs. Undersigned counsel certifies that HBWIS has not previously filed a motion for an extension of time to respond to plaintiffs' petition and that plaintiffs have not filed in the record any objection to an extension of time.

Daniel J. Caruso (03941)
Jay H. Kern (07345) (T.A.)
Douglass F. Wynne (32019)
Simon, Peragine, Smith & Redfearn, L.L.P.
1100 Poydras St., 30th Floor
New Orleans, LA 70163-3000
Telephone: (504) 569-2030

Attorneys for Defendant, HBW Insurance Services, L.L.C.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was this day filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system, with the exception of the following listed counsel of record, who will receive a copy of this filing via United States Mail, postage prepaid and addressed as follows:

>Jeffrey P. Bernaird
>Berniard Law Firm
>625 Baronne Street
>New Orleans, Louisiana 70113
>Telephone: 527-6225
>Fax: 617-6300
>Attorney for Plaintiffs, David and Amanda Kessler

New Orleans, Louisiana, this 30th day of September, 2009.

_____

N:\DATA\M\23421057\extension of time m&o.wpd