UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID KESSLER and AMANDA KESSLER | * | CA NO. 09-6072 |
| | * | JUDGE ELDON E. FALLON |
| v. | | |
| | * | MAG. JUDGE WILKINSON |
| GMI CONSTRUCTION, INC., ET AL | | IN RE: CHINESE-MANUFACTURED PRODUCTS |
| | * | LIABILITY LITIGATION MDL 2047 (L) |

* * * * * * * * * * * * *

ORDER

Considering the foregoing Exparte Motion for Extension of Time filed by HBW Insurance Services, L.L.C. ("HBWIS");

IT IS ORDERED that defendant, HBWIS, be and hereby is GRANTED and extension of twenty days, through October 21, 2009, within which to file pleadings in response to the petition of Plaintiffs, David Kessler and Amanda Kessler.

New Orleans, Louisiana, this _____ day of September, 2009.

_____
UNITED STATES DISTRICT JUDGE