MINUTE ENTRY
FALLON, J.
September 29, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRY WALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

A status conference was held on this date in the Chambers of Judge Eldon E. Fallon. Present were Kerry Miller, Defendants' Liaison Counsel, Russ Herman, Plaintiffs' Liaison Counsel, Lenny Davis of the Plaintiffs' Steering Committee, and Richard Duplantier of the Defendants' Steering Committee.

The Court discussed proposed trial dates with the parties for the first three bellwether trials. The dates are: January 11, 2010, February 22, 2010, and March 15, 2010. Richard Duplantier, counsel for defendant Interior Exterior Building Supply, expressed concern regarding the January trial date because additional defendants have not been served yet. However, it is unclear at this time whether Interior Exterior Building Supply will be party to the initial bellwether trials.

The Court requested that the parties begin focusing on the selection of ten property damage cases each so that specific discovery can be undertaken, and the ten cases can be

-1-

JS10(01:20)

whittled down to five, from which each side will be able to exclude two cases so that six cases will remain for the bellwether trials.

The parties reported that a meeting took place last Friday to discuss exchange of documents and some method for conducting Rule 30(b)(6) depositions. Rule 30(b)(6) notices will be forthcoming. Objectors will have the opportunity to object. The Court will resolve any disputes in an expedited fashion.

*[signature]*