

A CERTIFIED TRUE COPY
ATTEST
By Dana Stewart on Sep 25, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Sep 09, 2009

FILED
CLERK'S OFFICE

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

MDL No. 2047

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-7)**

On June 15, 2009, the Panel transferred nine civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 626 F.Supp.2d 1346 (J.P.M.L. 2009). Since that time, 46 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of June 15, 2009, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Sep 25, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

___ Fee ___
___ Process ___
X  Dktd ___
___ CtRmDep ___
___ Doc. No. ___

## SCHEDULE CTO-7 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC.L/2 |
|---|---|---|
| **ALABAMA SOUTHERN** | | |
| ALS 1 09-564 | Jack Godwin, et al. v. Knauf Gips KG, et al. | **09-6525** |
| ALS 1 09-565 | Clyde Panneton, et al. v. Knauf Gips KG, et al. | **09-6526** |
| **FLORIDA MIDDLE** | | |
| FLM 2 09-563 | William D. Cronin, et al. v. Knauf Plasterboard Tianjin Co., Ltd., et al. | **09-6527** |
| FLM 2 09-571 | Jeffrey D. Kottkamp, et al. v. Knauf Gips KG, et al. | **09-6528** |
| FLM 8 09-1802 | Marcelo Torres-Lutz, et al. v. Shandong Taihe Dongxin Stock Co., Ltd., et al. | **09-6529** |
| FLM 8 09-1803 | Robert Morris v. Beijing New Building Materials Co., Ltd., et al. | **09-6530** |
| **FLORIDA NORTHERN** | | |
| FLN 3 09-373 | Susan Posey, et al. v. Beijing New Building Materials Co., Ltd., et al. | **09-6531** |
| **FLORIDA SOUTHERN** | | |
| FLS 0 09-61362 | Ed Belfour, et al. v. Knauf Gips KG, et al. | **09-6532** |
| FLS 0 09-61363 | Christopher Davy, et al. v. Knauf Gips KG, et al. | **09-6533** |
| FLS 0 09-61365 | Vernon Carey, et al. v. Knauf Gips KG, et al. | **09-6534** |
| FLS 0 09-61369 | Jeffrey Starkman, et al. v. Knauf Gips KG, et al. | **09-6535** |
| FLS 0 09-61372 | Gail Jones v. Knauf Gips KG, et al. | **09-6536** |
| FLS 0 09-61374 | Richard Rosen, et al. v. Knauf Gips KG, et al. | **09-6537** |
| FLS 1 09-22570 | Justin Metzl v. Knauf Gips KG, et al. | **09-6538** |
| FLS 1 09-22582 | Emilio J. Alvarez, et al. v. Knauf Gips KG, et al. | **09-6539** |
| FLS 1 09-22583 | Joseph J. Rinaldi, Jr. v. Knauf Gips KG, et al. | **09-6540** |
| FLS 1 09-22585 | Marirose Mardeni, et al. v. Knauf Gips KG, et al. | **09-6541** |
| FLS 1 09-22587 | Tania A. Martinez v. Knauf Gips KG, et al. | **09-6542** |
| FLS 1 09-22605 | Jason Harrell, et al. v. Knauf Plasterboard Tianjin Co., Ltd., et al. | **09-6543** |
| FLS 2 09-14301 | Lloyd Ramsarran v. Knauf Gips KG, et al. | **09-6544** |
| FLS 9 09-81259 | Stephanie Steiner, et al. v. Beijing New Building Material, PLC, et al. | **09-6545** |
| FLS 9 09-81260 | Ellen DiCarlo, et al. v. Pulte Home Corp., et al. | **09-6546** |
| FLS 9 09-81261 | Steven Difilippo, et al. v. Knauf Gips KG, et al. | **09-6547** |
| FLS 9 09-81267 | Beth S. Frenchman, et al. v. Knauf Gips KG, et al. | **09-6548** |
| FLS 9 09-81268 | Mark Eskenazi, et al. v. Knauf Gips KG, et al. | **09-6549** |
| FLS 9 09-81269 | Andrew Bloom, et al. v. Knauf Gips KG, et al. | **09-6550** |
| **MISSISSIPPI SOUTHERN** | | |
| MSS 1 09-647 | Gary Gagnard, et al. v. Knauf Gips KG, et al. | **09-6551** |
| MSS 1 09-648 | Billie Hillier, et al. v. Knauf Gips KG, et al. | **09-6552** |
| MSS 1 09-651 | Rufus Alldredge, et al. v. Knauf Gips KG, et al. | **09-6553** |
| **VIRGINIA EASTERN** | | |
| VAE 2 09-428 | Steven Heischober, et al. v. Taishan Gypsum Co., Ltd., et al. | **09-6554** |
| VAE 4 09-115 | William F. Morgan, Jr., et al. v. Taishan Gypsum Co., Ltd., et al. | **09-6555** |

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Kathryn H. Vratil
United States District Court
District of Kansas

David R. Hansen
United States Court of Appeals
Eighth Circuit

W. Royal Furgeson, Jr.
United States District Court
Northern District of Texas

Frank C. Damrell, Jr.
United States District Court
Eastern District of California

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

September 25, 2009

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re: MDL No. 2047 -- IN RE: Chinese-Manufactured Drywall Products Liability Litigation

(See Attached CTO-7)

Dear Ms. Whyte:

Attached as a PDF document is a certified copy of a conditional transfer order filed by the Panel in the above-captioned matter on September 9, 2009. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel, judges and clerks are attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By /s/ Dana L. Stewart
   Dana L. Stewart
   Deputy Clerk

Attachments (Conditional Transfer Order is a Separate Document)

cc:   Transferee Judge: Judge Eldon E. Fallon

JPML Form 36A

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION                MDL No. 2047

## INVOLVED COUNSEL LIST (CTO-7)

Rufus H. Alldredge, Jr.
LAW OFFICE OF RUFUS ALLDREDGE
1921 22nd Avenue
Gulfport, MS 39501

Jeremy Alters
ALTERS BOLDT BROWN
RASH & CULMO PA
4141 N.E. 2nd Avenue, Suite 201
Miami, FL 33137

Jordan L. Chaikin
PARKER WAICHMAN ALONSO LLP
27399 Riverview Center Boulevard
Suite 106
Bonita Springs, FL 34134

Sarah Bond Dorger
BRISKMAN & BINION PC
P.O. Box 43
Mobile, AL 36601

Jacob Joseph Givner
GIVNER & JAROSLAWICZ
1177 Kane Concourse, Suite 232
Bay Harbor Islands, FL 33154

Ervin Amado Gonzalez
COLSON HICKS EIDSON
255 Aragon Avenue, 2nd Floor
Coral Gables, FL 33134-2351

Benjamin W. Gordon, Jr.
ALFORD & KALIL PA
One Independent Drive, Suite 2400
Jacksonville, FL 32202

Russ M. Herman
HERMAN HERMAN
KATZ & COTLAR LLP
820 O'Keefe Avenue
New Orleans, LA 70113-1116

David Henry Lichter
HIGER LICHTER GIVNER
18305 Biscayne Blvd.
Suite 402
Aventura, FL 33160

Kerry J. Miller
FRILOT LLC
1100 Poydras Street
Suite 3700
New Orleans, LA 70163-3700

James R. Reeves, Jr.
LUMPKIN & REEVES PLLC
P.O. Drawer 1388
Biloxi, MS 39533

Alexander Rundlet
PODHURST ORSECK PA
City National Bank Building
25 West Flagler Street
Suite 800
Miami, FL 33130-1780

Richard J. Serpe
LAW OFFICES OF RICHARD J SERPE
Crown Center
580 East Main Street
Suite 310
Norfolk, VA 23510-2322

Amanda R. Slevinski
LEVIN PAPANTONIO THOMAS
MITCHELL ECHSNER & PROCTOR
316 South Baylen Street
Suite 400
Pensacola, FL 32591

Scott William Weinstein
MORGAN & MORGAN PA
12800 University Drive
Suite 600
P.O. Box 9504
Ft. Myers, FL 33906-9504

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

MDL No. 2047

## INVOLVED JUDGES LIST (CTO-7)

Hon. Cecilia M. Altonaga
U.S. District Judge
Federal Courthouse Square
301 North Miami Avenue, 4th Floor
Miami, FL 33128-7788

Hon. Sonja Faye Bivins
U.S Magistrate Judge
308 John A. Campbell United States Courthouse
113 St. Joseph Street
Mobile, AL 33602

Hon. James I. Cohn
U.S. District Judge
203F U.S. Courthouse
299 East Broward Blvd.
Fort Lauderdale, FL 33332

Hon. Anne C. Conway
Chief Judge
United States District Court
United States Courthouse
401 West Central Boulevard, Room 1200
Orlando, FL 32801

Hon. Virginia Maria Hernandez Covington
U.S. District Judge
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue, Suite 1058
Tampa, FL 33206

Hon. Mark S. Davis
U.S. District Judge
United States District Court
Walter E. Hoffman U.S. Courthouse,
3rd Floor
600 Granby Street
Norfolk, VA 23510-1915

Hon. Robert G. Doumar
Senior U.S. District Judge
Walter E. Hoffman U.S. Courthouse
600 Granby Street, Room 183
Norfolk, VA 23510

Hon. Donald L. Graham
U.S. District Judge
U.S. District Court
99 N.E. Fourth Street, Room 1155
Miami, FL 33132

Hon. Louis Guirola, Jr.
U.S. District Judge
United States District Court
814 Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street
Gulfport, MS 39501

Hon. Paul C. Huck
U.S. District Judge
1067 James Lawrence King Federal Justice Bldg.
99 Northeast Fourth Street
Miami, FL 33132

Hon. Adalberto Jordan
U.S. District Judge
C. Clyde Atkins U.S. Courthouse
301 North Miami Avenue, 8th Floor
Miami, FL 33128

Hon. James Lawrence King
Senior U.S. District Judge
1127 James Lawrence King Federal Justice Bldg.
99 N.E. Fourth Street
Miami, FL 33132

Hon. Richard A. Lazzara
U.S. District Judge
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Hon. Kenneth A. Marra
U.S. District Judge
Paul G. Rogers Federal Building
 & U.S. Courthouse
701 Clematis Street
West Palm Beach, FL 33401

**MDL No. 2047 - Involved Judges List (CTO-7) (Continued)**

Hon. Bert W. Milling, Jr.
U.S. Magistrate Judge
301 U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602

Hon. Federico A. Moreno
Chief Judge, U.S. District Court
1061 James Lawrence King
Federal Justice Building
99 N.E. Fourth Street
Miami, FL 33132

Hon. Sul Ozerden
U.S. District Judge
United States District Court
714 Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street
Gulfport, MS 39501

Hon. M. Casey Rodgers
U.S. District Judge
U.S. Courthouse, Suite 460
One North Palafox Street
Pensacola, FL 32501

Hon. Kenneth L. Ryskamp
Senior U.S. District Judge
416 Federal Building & U.S. Courthouse
701 Clematis Street
West Palm Beach, FL 33401

Hon. Patricia A. Seitz
U.S. District Judge
Federal Courthouse Square
301 North Miami Avenue, 5th Floor
Miami, FL 33128

Hon. John E. Steele
U.S. District Judge
U.S. Courthouse & Federal Building
Suite 6-109
2110 First Street
Ft. Myers, FL 33901

Hon. Ursula M. Ungaro
U.S. District Judge
C. Clyde Atkins U.S. Courthouse, 11th Floor
301 North Miami Avenue
Miami, FL 33128

Hon. William J. Zloch
U.S. District Judge
202B United States Courthouse
299 East Broward Boulevard
Fort Lauderdale, FL 33301

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION                             MDL No. 2047

## INVOLVED CLERKS LIST (CTO-7)

Charles R. Diard, Jr., Clerk
123 John A. Campbell U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602-3621

Sheryl L. Loesch, Clerk
2-194 U.S. Courthouse & Federal Building
2110 First Street
Fort Myers, FL 33901

William M. McCool, Clerk
226 U.S. Courthouse
One North Palafax Street
Pensacola, FL 32501-5625

Steven Larimore, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

Sheryl L. Loesch, Clerk
218 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

J.T. Noblin, Clerk
U.S. District Court
672 Judge Dan M. Russell, Jr. U.S. Courthouse
2010 15th Street, Suite 403
Gulfport, MS 39501

Fernando Galindo, Clerk
193 Walter E. Hoffman U.S. Courthouse
600 Granby Street
Norfolk, VA 23510-1915

Fernando Galindo, Clerk
P.O. Box 494
Newport News, VA 23607-0494