UNITED STATES DISTRICT COURT

EASTERN OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE - MANUFACTURED DRYWALL | * | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO : | * | |
| | * | |
| | * | |
| THOMAS WEST, SR. AND GLORIA WEST | * | MAG. WILKINSON |
| | * | |
| VERSUS | * | |
| | * | 09- 6356 |
| STATE FARM FIRE & CASUALTY COMPANY | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF LIST OF PARTIES AND COPIES OF PLEADINGS AND SERVICE IN COMPLIANCE WITH 28 U.S.C. § 1447 (b)**

NOW INTO COURT, through undersigned counsel comes defendant, STATE FARM FIRE AND CASUALTY COMPANY, who hereby submits the following list of parties to this action in addition:

1

**Plaintiffs:**

**THOMAS WEST SR.**
**GLORIA WEST**
Plaintiff's counsel of record:

**JOHN HOUGHTALING**
**STEPHEN HUBER**
**CHARLES M. THOMAS**
Gauthier, Houghtaling & Williams
3500 North Hullen Street
Metairie, LA 70002
Phone: (504) 456-8600
Fax: (504) 456-8624

**Defendant:**

**STATE FARM FIRE & CASUALTY COMPANY**
Defendant's Counsel of Record

**ADRIANNE L. BAUMGARTNER**
**DARRIN M. O'CONNOR**
**EMILY STICKNEY MORRISON**
PORTEOUS, HAINKEL & JOHNSON
408 North Columbia Street
Covington, LA 70434
Phone: (985) 893-4790
Fax: (985) 893-1392


**JAMES R. NIESET, JR. (#24856)**
PORTEOUS, HAINKEL & JOHNSON
704 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3838
Fax: (504) 581-4069

Attached to the Notice as Exhibit A are copies of all pleadings, exhibits, and returns on service of process filed in 24th Judicial District Court for the Parish Of St. Jefferson in No. 676-115 entitled "THOMAS WEST, SR. AND GLORIA WEST versus STATE FARM FIRE AND CASUALTY COMPANY" and as well as a copy of the return of service of process of the petition served upon the Defendant, State Farm Fire and Casualty Company through the Louisiana Secretary of State.

/s/ Emily Stickney Morrison_____
**ADRIANNE L. BAUMGARTNER, T.A. (#2861)**
**DARRIN M. O'CONNOR (#24582)**
**EMILY STICKNEY MORRISON (#18351)**
PORTEOUS, HAINKEL & JOHNSON
408 North Columbia Street
Covington, LA 70434
Phone: (985) 893-4790
Fax: (985) 893-1392
Abaumgartner@phjlaw.com
doconnor@phjlaw.com
emorrison@phjlaw.com

**JAMES R. NIESET, JR. (#24856)**
PORTEOUS, HAINKEL & JOHNSON, LLP
704 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3838
Fax: (504) 581-4069
Jnieset@phjlaw.com

**Attorneys for State Farm Fire & Casualty Company**

**CERTIFICATE OF SERVICE:**

      I hereby certify that the above and foregoing Notice of List of Parties and Copies of Pleading and Service In Compliance with 28 U.S.C.§ 1447 (b) has been served upon Plaintiffs' Liasion Counsel Russ Herman and Defendants' Liasion Counsel Kerry Mille by U.S. Mail and email <u>or</u> by hand delivery and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on the 30th day of September, 2009.

                                                                                       <u>/s/ Emily Stickney Morrison</u>