08/24/2009 10:10 FAX 5048838612    SF RIVERSIDE SHU    → CIOS    NO. 660    P. 001/006
AUG. 21. 2009  3:24PM

# STATE OF LOUISIANA
# SECRETARY OF STATE

LEGAL SERVICES SECTION
P.O. BOX 94125, BATON ROUGE, LA 70804-9125
(225) 922-0415

8/19/09

STATE FARM FIRE & CASUALTY COMPANY
STATE FARM INSURANCE COMPANIES
KEVIN BARRAS
2370 TOWNE CENTER BLVD.
BATON ROUGE, LA 70806

SUIT NO: 676115
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON

THOMAS WEST, SR., ETAL
vs
STATE FARM FIRE & CASUALTY CO.

LEGAL DOCUMENT ROUTING
UNIT: SHU
OFFICE: Fire
REP: 
CLAIM #: 18-A295-712
STATE FARM INSURANCE COMPANIES

Dear Sir/Madam:

I am enclosing citation served in regard to the above entitled proceeding. Please call the attorney that filed this document if you have any questions regarding this proceeding. If you received this document in error, please return it to the above address with a letter of explanation.

Yours very truly,

JAY DARDENNE
Secretary of State

Served on: JAY DARDENNE          Date:  8/18/09 at  3:00 PM
Served by: J. BROWN              Title: DEPUTY SHERIFF

==========================================================================
Received   Number    Date       Paid By              Amount
CHECK/M.O. 2153      7/31/09    GAUTHIER HOUGHTALING 25.00

RG
==========================================================================

NO. 729548 



EXH. A

08/24/2009 10:10 FAX 5048838812    SF RIVERSIDE SHU    → CIOS    NO. 000   P. 002/006
AUG. 21. 2009  3:25PM

(101) Citation: ISSUE PETITION FOR DAMAGES ;    090810-7781-1

**24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA**

THOMAS WEST, SR. AND GLORIA WEST
versus                                          Case: 676-115   Div: "H"
STATE FARM FIRE AND CASUALTY COMPANY            P 1 THOMAS WEST SR

To: STATE FARM FIRE AND CASUALTY COMPANY
THRU THE LOUISIANA SECRETARY OF STATE           SERVED ON  SS CK #2153  $25.00
8585 ARCHIVES AVENUE                            JAY DARDENNE  ER CK #2152  $29.36
BATON ROUGE, LA. 70809

                                                AUG 1 8 2009

PARISH OF JEFFERSON                             SECRETARY OF STATE
                                                COMMERCIAL DIVISION

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney JOHN W. HOUGHTALING and was issued by the Clerk Of Court on the 10th day of August, 2009.

                          Suzanne T Murphy, Deputy Clerk of Court for
                          Jon A. Gegenheimer, Clerk Of Court

_____SERVICE INFORMATION_____

(101) Citation: ISSUE PETITION FOR DAMAGES ;    090810-7781-1

Received:_____   Served:_____   Returned:_____

Service was made:
___ Personal        ___ Domiciliary _____

Unable to serve:
___ Not at this address    ___ Numerous attempts _____ times
___ Vacant                 ___ Received too late to serve
___ Moved                  ___ No longer works at this address
___ No such address        ___ Need apartment / building number
___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ at _____
                    Deputy Sheriff
Parish of: _____

08/24/2009 10:10 FAX 5048838812    SF RIVERSIDE SHU → CIOS                     ☒003/006
AUG. 21. 2009  3:25PM

**DIV. H**
JUDGE
GLENN B. ANSARDI

24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 676115                                          DIVISION " "

THOMAS WEST, SR. and GLORIA WEST

V.

STATE FARM FIRE AND CASUALTY COMPANY


FILED
JUL 2 8 2009
S/ A. HEBERT
DEPUTY CLERK

FILED: _____
                                    DEPUTY CLERK

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Thomas West, Sr. and Gloria West, who represent as follows in this Petition for Damages:

I.

Made Plaintiffs herein are:

a. THOMAS WEST, SR., a person of the full age of majority and a resident and domiciliary of the Parish of Jefferson, State of Louisiana.

b. GLORIA WEST, a person of the full age of majority and a resident and domiciliary of the Parish of Jefferson, State of Louisiana.

II.

Made Defendant herein is:

a. STATE FARM FIRE AND CASUALTY COMPANY, a foreign insurance company authorized to do and doing business in the State of Louisiana, and within the jurisdiction of this Honorable Court (hereinafter defendant insurance company and/or defendant insurer).

III.

Venue in this action is proper in Jefferson Parish under Louisiana Code of Civil Procedure insofar as the loss occurred in this Parish.

IV.

Defendant is justly and truly indebted jointly, severally, and *in solido* to Plaintiffs herein for damages, together with legal interest thereon from the date of judicial demand until paid, and for costs in these proceedings, for the following, to-wit:

V.

Plaintiffs are the owners of residential property located at 2748 Russell Drive, Marrero, LA 70072 (the "Property").

VI.

Plaintiffs contracted with State Farm Fire and Casualty Company ("Defendant") to provide homeowner's insurance for this Property. This insurance contract bears policy number 18EX08805.

VII.

In February 2006, Plaintiffs purchased the Property, which had suffered Hurricane Katrina damage. Plaintiffs purchased the house in a fully gutted condition, and installed a new roof, windows, and interior drywall. Additionally, Plaintiffs replaced the Property's electrical and plumbing systems. Unbeknownst to Plaintiffs, their drywall was manufactured in China and ultimately would manifest itself as dangerous.

VIII.

After these repairs were completed, Plaintiffs moved into the Property on or about November 15, 2008.

IX.

Almost immediately, Plaintiffs began experiencing inexplicable medical illnesses. Subsequently, Plaintiffs first suspected that the Property contained the affected Chinese drywall when several news channels reported this issue in late 2008.

X.

Plaintiffs moved out of their house on or about April 15, 2009, and have incurred significant property and financial damage as a result of this Chinese drywall.

XI.

Defendant has not tendered Plaintiffs any proceeds for this property damage, and may be in bad faith under La.R.S. §§ 22:658 and 22:1220 or 22:1892 and 22:1973.

XII.

At all times pertinent hereto, Defendant provided insurance coverage for the matters, risks, and things involved herein.

XIII.

Plaintiffs' property insurance policy issued by Defendant provides coverage for damage

caused by this Chinese drywall.

### XIV.

Despite having been provided with "satisfactory proof of loss," Defendant in bad faith has refused to pay for all of the damage to the Property caused by this covered loss.

### XV.

Defendant is liable unto Plaintiffs under the following legal theories:

a. Breach of contract;
b. Bad faith claims adjusting;
c. Breach of duty of good faith and fair dealing;
d. Infliction of emotional distress;
e. Any and all other legal theories which may be found through discovery and proven at trial in this matter.

### XVI.

Defendant has committed other acts of negligence, breach of contract, and breach of their duty of good faith and fair dealing, all of which will be shown and proven at the trial of this matter.

### XVII.

As a result of the actions of the Defendant named herein, Plaintiffs have suffered the following nonexclusive list of damages:

a. Loss of use of property;
b. Loss of enjoyment of property;
c. Loss of rents;
d. Additional living expense;
e. Diminution in value of property;
f. Repair and remediation expenses;
g. Mental anguish;
h. Attorney's fees;
i. Costs of this litigation; and
j. All other losses which will be proven at the trial of this matter.

### XVIII

Plaintiffs are entitled to penalties and attorneys fees for Defendant's bad faith failure to pay Plaintiffs' claim and/or properly adjust this claim.

XIX.

Plaintiffs reserve the right to supplement and amend this Petition for Damages.

XX.

Plaintiffs pray for trial by jury.

WHEREFORE, Plaintiffs herein, Thomas West, Sr. and Gloria West, pray that the Defendant, State Farm Fire and Casualty Company, be served with a copy of this Petition for Damages and be duly cited to appear and answer the same, and that after expiration of all legal delays and due proceedings, there be judgment rendered in favor of Plaintiffs and against Defendant, in an amount that will fully compensate Plaintiffs for their damages pursuant to the evidence and in accordance with the law; all sums with legal interest thereon from the date of judicial demand until fully paid, for all costs of these proceedings, and for all general and equitable relief.

Respectfully submitted,

GAUTHIER, HOUGHTALING
& WILLIAMS, L.L.P.

By: _____
JOHN HOUGHTALING, BAR NO. 25099
STEPHEN M. HUBER, BAR NO. 24463
CHARLES M. THOMAS, BAR NO. 31989
3500 N. Hullen St.
Metairie, LA 70002
Telephone:  (504) 456-8600
Facsimile:  (504) 456-8624
ATTORNEYS FOR PLAINTIFFS

PLEASE SERVE:

STATE FARM FIRE & CASUALTY COMPANY
Through the Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

A TRUE COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE
_____
DEPUTY CLERK
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON



**FILED**
SEP 02 2009
S/ Brandi Legnon
DEPUTY CLERK

## 24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

### STATE OF LOUISIANA

NO. 676-115                                                             DIVISION: "H"

### THOMAS WEST, SR. AND GLORIA WEST

versus

### STATE FARM FIRE AND CASUALTY COMPANY

FILED: _____       _____
                                                          DEPUTY CLERK

### MOTION FOR EXTENSION OF TIME

NOW INTO COURT, through undersigned counsel, comes State Farm Fire and Casualty Company, appearing herein solely for the purpose of filing this motion, and who moves this Honorable Court to grant them an extension of time in which to file responsive pleadings. Undersigned counsel was just assigned the defense of this matter and additional time is required to secure the file in order to properly plead. Mover therefore desires an additional thirty (30) days in which to file responsive pleadings.

This is the first extension of time requested in this matter.

Respectfully submitted,

_____
ADRIANNE L. BAUMGARTNER (2861)
JAMES R. NIESET, JR. (24856)
PORTEOUS, HAINKEL & JOHNSON
408 N. Columbia Street
P. O. Box 2086
Covington, LA 70434-2086
Telephone: (985) 246-7430

### CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the above and foregoing pleading on all counsel of record by electronic filing, facsimile transmission, hand delivery, or by mailing same by United States Mail, properly addressed and first class postage prepaid, on August 28, 2009.

_____
ADRIANNE L. BAUMGARTNER
JAMES R. NIESET, JR.

1

# 24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

## STATE OF LOUISIANA

NO. 676-115                                                                                                            DIVISION: "H"

### THOMAS WEST, SR. AND GLORIA WEST

versus

### STATE FARM FIRE AND CASUALTY COMPANY

FILED: _____    _____
                                                                                            **DEPUTY CLERK**

## ORDER

IT IS HEREBY ORDERED that defendants herein be and are granted an additional thirty (30) days time from the date of the signing of this order within which to file responsive pleadings in the above numbered and entitled cause.

GRETNA, LOUISIANA, this _____ day of _____, 2009.

S/ GLENN B. ANSARDI
_____
**JUDGE**

24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 676-115 DIVISION: "H"

THOMAS WEST SR. AND GLORIA WEST

versus

STATE FARM FIRE AND CASUALTY COMPANY

FILED: _____   _____
DEPUTY CLERK

### NOTICE TO PLAINTIFFS AND CLERK OF COURT OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

TO:  THOMAS WEST SR. AND GLORIA WEST
Through their attorneys of record
John Houghtaling
Stephen Huber
Charles M. Thomas
Gauthier, Houghtaling & Williams
3500 North Hullen Street
Metairie, LA 70002

HONORABLE JON GEGENHEIMER
Clerk 24th Judicial District Court Parish of Jefferson
Post Office Box 10
Gretna, Louisiana 70054

**PLEASE TAKE NOTICE:**

Defendant, STATE FARM FIRE AND CASUALTY COMPANY, has on the 16h day of September, 2009 filed a Notice of Removal and removed to the United States District Court for the Eastern District of Louisiana, the action entitled "THOMAS WEST, SR. AND GLORIA WEST v. STATE FARM FIRE & CASUALTY COMPANY" Civil Action No. 676,115. The case now bears Civil Docket No. 09-6356 Section. B, Mag. 2, in the Eastern District. A copy of the petition for removal is attached to this pleading.

1

A copy of the said Notice of Removal is attached to this Notice and is served and filed with this Notice to Plaintiffs and Clerk of Court as to the Removal of this Action.

Respectfully submitted:

*/s/ Emily S. Morrison*

ADRIANNE L. BAUMGARTNER (#2861) T.A.
DARRIN M. O'CONNOR (#24583)
EMILY STICKNEY MORRISON (#18351)
PORTEOUS, HAINKEL & JOHNSON, LLP
408 N. Columbia Street
Covington, LA 70434-2086
Telephone: (985) 893-4790

Counsel for Defendant State Farm Fire and Casualty Company

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the above and foregoing pleading on all counsel of record by mailing same by United States Mail, properly addressed and first class postage prepaid, on this 16TH day of September, 2009.

*/s/ Emily S. Morrison*
EMILY S. MORRISON

2