UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

In view of the briefing schedule counsel submitted in Joint Report No. 2 (Rec. Doc. No. 187), which was acknowledged in the Court's Minute Entry of September 3, 2009 (Rec. Doc. No. 212), and which the Court adopted in its Order of September 10, 2009 (Rec. Doc. No. 216), motions filed by defendants involving, (1) the application of Chapter 558 of the Florida Statutes, (2) personal jurisdiction over defendants, and (3) the economic loss rule, and its Louisiana analog, will follow the briefing schedule outlined in the foregoing Order.

Based on the briefing schedule established in this Order for Chapter 558 and economic loss rule motions, the parties will not have had the opportunity to fully brief the motions before the October monthly status conference scheduled for October 15, 2009.  Accordingly, IT IS ORDERED that the October 15, 2009, hearing date for the Chapter 558 and economic loss rule motions, set by the Court in its Minute Entry of September 24, 2009 (Rec. Doc. No. 290), is CONTINUED to the date of the November monthly status conference.  The date of the November monthly status conference will be set at the October monthly status conference.

The October 15, 2009, hearing date for defendant Knauf Gips KG's initial Motion for Protective Order (Rec. Doc. No. 252) remains unchanged.

Knauf Gips KG has notified the Court of its intention to follow its Motion for Protective Order with a motion to dismiss on personal jurisdiction grounds (Rec. Doc. No. 187). The Court adopted Knauf Gips KG's proposed briefing schedule in its Order of September 10, 2009 (Rec. Doc. No. 216). However, it has come to the Court's attention that this briefing schedule would require that the hearing date be scheduled well into January 2010, after the commencement of the first bellwether trial. Accordingly, the parties are directed to discuss this matter with Court at the October monthly status conference.

New Orleans, Louisiana, this  29th   day of September, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE