UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL | : | MDL NO:  2047 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION: L |
| | : | |
| | : | JUDGE: FALLON |
| | : | MAG. JUDGE WILKINSON |

**This pleading relates to:**                                                      :
**CASES IN WHICH DEFENDANTS ARE SERVED**[1]


## NOTICE OF HEARING

**PLEASE    TAKE    NOTICE** that    "Manufacturer    Defendants",    KNAUF

PLASTERBOARD (TIANJIN) CO. LTD ("KPT")., KNAUF PLASTERBOARD (WUHU) CO.,

LTD ("Knauf Wuhu") and KNAUF GIPS KG ("Knauf Gips")[2],  have filed the attached Motion

Pursuant to Federal Rule of Civil Procedure 12, to Dismiss Plaintiffs' Complaints or,

Alternatively, to Strike Plaintiffs' Tort Claims for Economic Damages.  **PLEASE TAKE**

**FURTHER NOTICE** that the Joinder filed concurrently herewith will be brought on for hearing

---

[1] Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd and Knauf Gips KG have been served in *Janet Morris-Chin, et al. v. Knauf Plasterboard (Tianjin) Co., Ltd., et al.*, 09-4119; Knauf Plasterboard (Wuhu) Co., Ltd. has been served in *Karin Vickers, et al. v. Knauf Gips KG, et al.*, 09-4117.  This Motion is being filed in those cases only.  The cases are representative of the claims made in other cases and other jurisdictions.  For purposes of judicial economy, pursuant to the Court's briefing schedule and because the cases are styled as class actions involving multiple states, KPT, Knauf Wuhu and Knauf Gips  are addressing the Economic Loss Rule in jurisdictions in which they have been named as defendants, but not yet served.
[2] Knauf Gips joins in this motion to the extent it is required by the Court's scheduling order, under which, its Fed. R. Civ. P. 12(b)(2) Motion will not be heard for several weeks.  By joining the Motion, Knauf Gips KG does not waive any of its rights to object, in these or in any other proceedings, to: (i) the sufficiency of process or the service of process upon it; (ii) the jurisdiction of this or any other court over it; and/or (iii) any discovery that may be served upon it on any grounds including, without limitation, that such discovery violates the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters.

1

following the November Status Conference in accordance with the Court's September 29, 2009

Order (Rec. Doc. 303).

Respectfully submitted,


BY:/s/ Kerry J. Miller_____
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
**FRILOT L.L.C.**
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile:  (504)599-8145
Email: kmiller@frilot.com

Defendants' Liaison Counsel

-AND-

DONALD J. HAYDEN (FL Bar No. 0097136)
**BAKER & MCKENZIE LLP**
Mellon Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL  33131
Telephone:    (305) 789-8966
Facsimile:     (305) 789-8953
Email: donald.j.hayden@bakernet.com

DOUGLAS B. SANDERS (IL Bar No. 6256621)
RICHARD M. FRANKLIN (IL Bar No. 0864390)
**BAKER & MCKENZIE LLP**
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL  60601
Telephone:    (312) 861-8075
Facsimile:     (312) 698-2375
Email: douglas.b.sanders@bakernet.com

## CERTIFICATE

I hereby certify that the above and foregoing Joint Motion for Entry of Drywall Identification Markings has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this 30th day of September, 2009.

*/s/ Kerry J. Miller*
Kerry Miller (Bar No. 24562)
Kyle Spaulding (Bar No. 29000)
***Frilot L.L.C.***
1100 Poydras Street
Suite 3700
New Orleans, LA 70613-3600
PH:    (504) 599-8000
FAX:  (504) 599-8100

**Defendants' Liaison Counsel**