UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL<br>   PRODUCTS LIABILITY LITIGATION | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CA NO. 09-6072<br><br>SECTION:  L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON<br><br>IN RE: MDL 2047 |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

## **ORDER**

Considering the foregoing Exparte Motion for Extension of Time filed by HBW

Insurance Services, L.L.C.;

IT IS ORDERED that defendant, HBW Insurance Services, L.L.C., be and hereby is

GRANTED an extension of twenty days, through October 21, 2009, within which to file

pleadings in response to the petition of Plaintiffs, David Kessler and Amanda Kessler.


New Orleans, Louisiana, this 1st  day of October, 2009.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE