IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE MANUFACTURED
DRYWALL PRODUCTS LIABILITY : MDL No. 2047
LITIGATION : Section L
_____/

This Document Relates to: : JUDGE FALLON
ALL CASES REFERENCED : MAG. JUDGE WILKINSON
ON THE ATTACHED LIST

### LIMITED NOTICE OF APPEARANCE OF ROSENTHAL ROSENTHAL RASCO KAPLAN, LLC AS COUNSEL FOR LA SUPREMA ENTERPRISE, INC. AND LA SUPREMA TRADING, INC.

PLEASE TAKE NOTICE that EDUARDO I. RASCO, ESQ. and the law firm of ROSENTHAL ROSENTHAL RASCO KAPLAN, LLC, do hereby make a limited appearance as attorneys of record for the Defendants, LA SUPREMA TRADING, INC. and LA SUPREMA ENTERPRISE, INC. in the above-referenced matters. This Limited Notice of Appearance is being made without waiver of, and expressly subject to, any and all applicable objections to service of process, venue, and/or jurisdiction.

It is respectfully requested that all pleadings, motions, correspondence and any other filings made in the above-referenced cases be served upon the undersigned counsel.

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of October, 2009.

>ROSENTHAL ROSENTHAL RASCO KAPLAN, LLC
>One Aventura, Suite 600
>20900 NE 30th Avenue
>Aventura, Florida 33180
>Tel:   305-937-0300
>Fax:   305-937-1311
>
>By:   /s/ Eduardo I. Rasco
>       EDUARDO I. RASCO, ESQ.
>       FLORIDA BAR NO. 646326
>       STEVE BIMSTON, ESQ.
>       FLORIDA BAR NO. 179205

# 168754 - 1

## CASES TRANSFERRED TO MDL NO. 2047
## TO WHICH THIS LIMITED NOTICE OF APPEARANCE RELATES

1) *Justin Metzl v. Knauf Gips KG, et al.,* 09-22570
2) *Ed Belfour, et al. v. Knauf Gips KG, et al.,* 09-61362
3) *Christopher Davy, et al. v. Knauf Gips KG, et al.,* 09-61363
4) *Vernon Carey, et al. v. Knauf Gips KG, et al.,* 09-61365
5) *Stephanie Steiner, et al. v. Beijing New Building Material, PLC, et al.,* 09-81259
6) *Ellen DiCarlo, et al. v. Pulte Home Corp., et al.,* 09-81260
7) *Steven Difilippo, et al. v. Knauf Gips KG, et al.,* 09-81261