UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | CASE NO. 2:09-MD-2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| | * | JUDGE FALLON |
| **This document relates to: 09-6073 (Borne)** | * | |
| | * | MAGISTRATE WILKINSON |

## NOTICE OF APPEARANCE

The undersigned attorney hereby gives notice of her appearance as lead counsel on behalf of Liberty Mutual Fire Insurance Company, defendant in *Carol R. Borne vs. Liberty Mutual Fire Insurance Company*, United States District Court, Eastern District of Louisiana, Case No. 09-6073.

Respectfully submitted,

  /s/ Judy Y. Barrasso
Judy Y. Barrasso, 2814
jbarrasso@barrassousdin.com
H. Minor Pipes, III, 24603
John W. Joyce, 27525
Catherine Fornias Giarrusso, 29875
BARRASSO USDIN KUPPERMAN FREEMAN
 & SARVER, LLC
909 Poydras Street, Suite 2400
New Orleans, Louisiana  70112
Telephone:    (504) 589-9700
Facsimile:    (504) 589-9701

*Attorneys for Defendant,*
*Liberty Mutual Fire Insurance Company*

144658

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 2, 2009, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

                */s/ Judy Y. Barrasso*

144658