UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | CASE NO. 2:09-MD-2047 SECTION "L" |
| | * | JUDGE FALLON |
| **This document relates to: 09-6073 (Borne)** | * * | MAGISTRATE WILKINSON |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendant Liberty Mutual Fire Insurance Company ("Liberty Mutual") moves for a thirty-day extension of time within which to answer through and including October 31, 2009, on the following grounds:

1.

The plaintiff served her Complaint on Liberty Mutual on September 11, 2009, making responsive pleadings due October 1, 2009.

2.

Undersigned counsel recently received the Complaint and has not had sufficient time to formulate a response.

3.

Liberty Mutual would like to respond adequately, but needs additional time to respond.

144638

4.

Considering the time constraints mentioned above, Liberty Mutual requests that this Court grant it a thirty (30)-day extension of time within which to file responsive pleadings. This extension will not unduly delay the hearing or determination of this case. Liberty Mutual has spoken to counsel for plaintiff, and he does not oppose the granting of this extension.

Respectfully submitted,

__/s/ Catherine F. Giarrusso_____
Judy Y. Barrasso, 2814
H. Minor Pipes, III, 24603
John W. Joyce, 27525
Catherine Fornias Giarrusso, 29875
BARRASSO USDIN KUPPERMAN FREEMAN
 & SARVER, LLC
909 Poydras Street, Suite 2400
New Orleans, Louisiana  70112
Telephone:	(504) 589-9700
Facsimile:	(504) 589-9701

*Attorneys for Defendant,*
*Liberty Mutual Fire Insurance Company*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 2, 2009, I electronically filed the foregoing document and this certificate with the Clerk of Court using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record, in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

__/s/ Catherine F. Giarrusso_____

144638