UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | CASE NO. 2:09-MD-2047 SECTION "L" |
| | * | JUDGE FALLON |
| **This document relates to: 09-6073 (Borne)** | * * | MAGISTRATE WILKINSON |

## ORDER

Considering the foregoing Motion for Extension of Time:

**IT IS ORDERED** that Defendant Liberty Mutual Fire Insurance Company, be and hereby is granted an extension of time, through and including October 31, 2009, within which to respond to the Complaint.

New Orleans, Louisiana, this __5th__ day of October, 2009.

_____
J U D G E

144638