UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**THIS DOCUMENT RELATES TO ALL CASES**

### ORDER

The Court is in receipt of defendant La Suprema's Motion for Protective Order (Rec. Doc. No. 306). The Court has considered the Motion and has determined that oral argument on the Motion will benefit the Court. Accordingly, IT IS ORDERED that a hearing WITH ORAL ARGUMENT on La Suprema's Motion for Protective Order is SCHEDULED for tomorrow, October 6, 2009, at 2:00 p.m. IT IS FURTHERED ORDERED that responses to the Motion are due to the Court at the end of the day today, October 5, 2009.

New Orleans, Louisiana, this 5th day of October, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE