**COMPOSITE EXHIBIT A**

**TO**

**PSC'S RESPONSE IN OPPOSITION TO THE MOTION OF KNAUF GIPS KG FOR MOTION FOR PROTECTIVE ORDER TO REQUIRE USE OF <u>THE HAGUE EVIDENCE CONVENTION</u>**

**EXHIBIT A-1**

**TO**

**PSC'S RESPONSE IN OPPOSITION TO THE MOTION OF KNAUF GIPS KG FOR
MOTION FOR PROTECTIVE ORDER TO REQUIRE USE OF
THE HAGUE EVIDENCE CONVENTION**

KNAUF - TRADE NAVIGATOR

| ID | Arrival Date | Shipper | Consignee | Notify Party | Vessel Name |
|---|---|---|---|---|---|
| DSLSJKT0422575 | 2006-08-09 | Knauf Gypsum Indonesia Pt | Suprema Enterprise Inc. | | Maersk Danbury |
| DSLSJKT0422613 | 2006-08-09 | Knauf Gypsum Indonesia Pt | Suprema Enterprise Inc. | | Maersk Danbury |
| DSLSJKT0420963 | 2006-07-26 | Knauf Gypsum Indonesia Pt | Suprema Enterprise Inc | | Si Eagle |
| DSLSJKT0420981 | 2006-07-26 | Knauf Gypsum Indonesia Pt | Suprema Enterprise Inc. | | Si Eagle |
| DSLSJKT0415659 | 2006-07-12 | Pt Knauf Gypsum Indonesia karta 0 id | La Suprema Enterprise Inc | | Si Champion |
| DSLSJKT0415650 | 2006-07-12 | Pt Knauf Gypsum Indonesia | La Suprema Enterprise Inc | | Si Champion |
| DSLSJKT0412890 | 2006-07-12 | Pt. Knauf Gypsum Indonesia | La Suprema Enterprise Inc | | Si Champion |
| DSLSJKT0418047 | 2006-07-12 | Pt. Knauf Gypsum Indonesia | La Suprema Enterprise Inc | | Si Champion |
| DSLSJKT0417955 | 2006-07-12 | Pt. Knauf Gypsum Indonesia | La Suprema Enterprise Inc. | | Si Champion |
| DSLSJKT0412891 | 2006-07-05 | Pt. Knauf Gypsum Indonesia | La Suprema Enterprise Inc | | Si Champion |
| DSLSJKT0414049 | 2006-07-05 | Pt. Knauf Gypsum Indonesia | La Suprema Enterprise Inc | | Maersk Darwin |
| DSLSJKT0411933 | 2006-07-05 | Pt. Knauf Gypsum Indonesia | La Suprema Enterprise Inc | | Maersk Darwin |
| DSLSJKT0414045 | 2006-07-05 | Pt. Knauf Gypsum Indonesia | La Suprema Enterprise Inc | | Maersk Darwin |
| BMAO0765H | 2006-09-20 | | Whitney National Bank | J.w. Allen And Co., Inc | Alexandergracht |
| BUGAYAC032002 | 2006-05-02 | Knauf Plasterboard(wuhu) Co Ltd., | Usg C/o L&w Supply Corporation | | Yong An Cheng |
| BUGAYAC032003 | 2006-04-25 | Knauf Plasterboard (wuhu) Co. Ltd | Usg C/o L & W Supply Corporation | | Yong An Cheng |
| BUGAYAC032001 | 2006-04-25 | Knauf Plasterboard (wuhu) Co. Ltd | Usg C/o L&w Supply Corporation | | Yong An Cheng |
| POBUXNGNOL6000B | 2006-04-13 | Knauf Plasterboard (tianjin) Co. | To Order Of Whitney National Bank 2 | Interior Exterior Building Supply, | Dual Confidence |
| POBUXNGNOL6000A | 2006-04-13 | Knauf Plasterboard (tianjin) Co., | To Order Of Whitney National Bank 2 | Interior Exterior Building Supply | Dual Confidence |
| POBUXNGNOL50850 | 2006-02-01 | Knauf Plasterboard (tianjin)co.,ltd | To Order Of Whitney National Bank 2 | Interior/exterior Building Supply | Ubc Toronto |
| BMAO001HP | 2006-06-07 | Guangdon Knauf New Building | Usg C/o L & W Supply Corporation | | Vishva Karma |
| BUGAYAFR011601 | 2006-05-02 | Guangdon Knauf New Building | Usg C/o L & W Supply Corporation | | Yong An Cheng |
| BUGAYON0307601 | 2006-03-09 | Guangdon Knauf New Building | L&W Supply Corp | | Afra |
| STAU06RIO0465B | 2006-08-03 | Knauf Do Brasil Ltda | Usg C O L&w Supply | | Star Oshimana |
| STAU06RIO0465A | 2006-08-03 | Knauf Do Brasil Ltda | Usg C O L&w Supply | | Star Oshimana |
| STAU06RIO0347A | 2006-07-19 | Knauf Do Brasil Ltda | Usg C O L&w Supply | | Star Japan |
| ANRM66040070385518 | 2006-07-02 | Knauf Do Brasil Ltda | All Interior Supply | | Cap San Nicolas |
| KLSL60063844 | 2006-06-22 | Knauf Do Brasil Ltda | Usg C/o L &amp;amp;amp;amp;amp;amp; | | Kent Explorer |
| STAU06RIO0295B | 2006-06-13 | Knauf Do Brasil Ltda | Usg C/o L&w Supply | | Star Oshimana |
| CMDUBR1339403 | 2007-09-29 | Knauf Do Brasil Ltda - | Stewarts Hardware Ltd | | Cma Cgm Itajai |
| CMDUBR1327488 | 2007-07-28 | Knauf Do Brasil Ltda - | Stewarts Hardware Ltd | | Maruba Confidence |
| CMDUBR1322928 | 2007-07-06 | Knauf Do Brasil Ltda - | Pro Hardware Ltda | | Cma Cgm Paulista |
| CMDUBR1315000 | 2007-05-25 | Knauf Do Brasil Ltda - | Stewart Hardware | | Delmas Suffren |
| CMDUBR1314994 | 2007-05-25 | Knauf Do Brasil Ltda | Super Value | | Delmas Suffren |
| CMDUBR1314961 | 2007-05-25 | Knauf Do Brasil Ltda | Quality Dealers Limited | | Delmas Suffren |
| CMDUBR1314825 | 2007-05-19 | Knauf Do Brasil Ltda | Quality Dealers Limited | | Delmas Suffren |
| MSCUSR563358 | 2007-05-02 | Knauf Do Brasil Ltda | Puerto Rico Wood Treating Ind. Inc | | Direct Eagle |
| CMDUBR1304667 | 2007-03-23 | Knauf Do Brasil Ltda | Pro Hardware | | Msc Aures |
| ISKGI06RE04PC02 | 2006-04-10 | Knauf Gips Kg | L&W Supply Corp | | Madeleine Rickmers |
| ISKGISKG06RE04PC | 2006-04-10 | Knauf Gips Kg | L&W Supply Corp | | Rebecca |
| ISKG06AN04BRCH01 | 2006-06-30 | Knauf Gips Kg | L&W Supply Corp | | Rebecca / Anja |

**L W SUPPLY - TRADE NAVIGATOR**

| ID | Arrival Date | Shipper | Consignee | Vessel Name |
|---|---|---|---|---|
| STAU06RIO0465B | 2006-08-03 | Knauf Do Brasil Ltda | Usg C O L&w Supply | Star Oshimana |
| STAU06RIO0465A | 2006-08-03 | Knauf Do Brasil Ltda1 | Usg C O L&w Supply | Star Oshimana |
| STAU06RIO0347A | 2006-07-19 | Knauf Do Brasil Ltda | Usg C O L&w Supply | Star Japan |
| STAU06RIO0295B | 2006-06-13 | Knauf Do Brasil | Usg C/o L&w Supply | Star Oshimana |
| STAU06RIO0295A | 2006-06-13 | Knauf Do Brasil Ltda | Usg C/o L&w Supply | Star Oshimana |
| BMAO001HP | 2006-06-07 | Guangdong Knauf New Building Product Co Ltd | Usg C/o L&w Supply Corporation | Vishva Karma |
| BUGAYON0307601 | 2006-05-02 | Guangdong Knauf New Building Material Product Co. Ltd. | Usg C/o L&w Supply Corporation | Yong An Cheng |
| BUGAYAC032002 | 2006-05-02 | Knauf Plasterboard (wuhu) Co. Ltd | Usg C/o L&w Supply Corporation | Yong An Cheng |
| BUGAYAC032003 | 2006-04-25 | Knauf Plasterboard (wuhu) Co. Ltd. | Usg C/o L & W Supply Corporation | Yong An Cheng |
| BUGAYAC032001 | 2006-04-25 | Knauf Plasterboard (wuhu) Co. Ltd | Usg C/o L&w Supply Corporation | Yong An Cheng |
| ISKG06RE04PC02 | 2006-04-10 | Knauf Gips Kg Am Bahnhof | L & W Supply Corp | Rebecca |
| ISKGISKG06RE04PC | 2006-04-10 | Knauf Gips Kg Am Bahnhof | L & W Supply Corp | Rebecca |
| ISKG06AN04BRCH01 | 2006-03-30 | Knauf Gips Kg Am Bahnhof | L & W Supply Corp | Anja |

**EXHIBIT A-2**

**TO**

**PSC'S RESPONSE IN OPPOSITION TO THE MOTION OF KNAUF GIPS KG FOR
MOTION FOR PROTECTIVE ORDER TO REQUIRE USE OF
THE HAGUE EVIDENCE CONVENTION**

**Bill of Lading**

| SHIPPER | CONSIGNEE |
|---|---|
| Knauf Gips Kg | L & W Supply Corp |
| Am Bahnhof 7 | 125 South Franklin St |
| D-97346 Iphofen Germany | Chicago, Il 60680-6237 |

**NOTIFY PARTIES**

L & W Supply Corp
125 South Franklin St
Chicago, Il 60680-6237

**PACKAGING INFORMATION**

**Weight :** 5,224,833 KG                    **Measurement :** 0 CM
**Quantity :** 128,555 PC

**SHIPMENT DETAIL**

| | |
|---|---|
| **Carrier Code :** ISKG | **Origin :** |
| **Vessel Name :** Rebecca | **U.S. Port :** 1816 - Port Canaveral, Florida |
| **Voyage :** 4 | **Foreign Port :** 42869 - Bremen, Germany |
| **B/L :** ISKG06RE04PC02 | **U.S. Dest :** |
| **Pre Carrier :** Bremen | **Foreign Dest :** |
| **Vessel Code :** | **Mode of Transport :** 10 |
| **Inbond Code :** 0 | **Arrival Date :** 2006-04-10 |

**COMMODITIES**

| Container | Qty | Commodity Description |
|---|---|---|
| NC | 128,555 | (1,891 Plts With 68 Pcs Ea.) Standard Wallboards |

**MARKS & NUMBERS**

| Container | Marks & Numbers |
|---|---|
| NC | Nm Nn |

© 2005-2009 Ealing Market Data Engineering Co. Ltd.

**Bill of Lading**

| SHIPPER | CONSIGNEE |
|---|---|
| Knauf Gips Kg | L & W Supply Corp |
| Am Bahnhof 7 | 125 South Franklin St |
| D-97346 Iphofen Germany | Chicago, Il 60680-6237 |

**NOTIFY PARTIES**

L & W Supply Corp
125 South Franklin St
Chicago, Il 60680-6237

**PACKAGING INFORMATION**

Weight : 5,224,833 KG                         Measurement : 0 CM
Quantity : 128,555 PC

**SHIPMENT DETAIL**

| | |
|---|---|
| Carrier Code : ISKG | Origin : |
| Vessel Name : Rebecca | U.S. Port : 1816 - Port Canaveral, Florida |
| Voyage : 4 | Foreign Port : 42869 - Bremen, Germany |
| B/L : ISKGISKG06RE04PC | U.S. Dest : |
| Pre Carrier : Bremen | Foreign Dest : |
| Vessel Code : | Mode of Transport : 10 |
| Inbond Code : 00 | Arrival Date : 2006-04-10 |

**COMMODITIES**

| Container | Qty | Commodity Description |
|---|---|---|
| NC | 128,555 | (1,891 Plts With 68 Pcs Ea.) Standard Wallboards |

**MARKS & NUMBERS**

| Container | Marks & Numbers |
|---|---|
| NC | Nm Nn |

© 2005-2009 Ealing Market Data Engineering Co. Ltd.

**Bill of Lading**

| SHIPPER | CONSIGNEE |
|---|---|
| Knauf Gips Kg | L & W Supply Corp |
| Am Bahnhof 7 | 125 South Franklin St |
| D-97346 Iphofen | Chicago, Il 60680-6237 |
| Germany | |

**NOTIFY PARTIES**

L & W Supply Corp
125 South Franklin St
Chicago, Il 60680-6237

**PACKAGING INFORMATION**

**Weight :** 5,018,382 KG
**Quantity :** 1,764 PLTS

**Measurement :** 0 CM

**SHIPMENT DETAIL**

| | |
|---|---|
| **Carrier Code :** ISKG | **Origin :** |
| **Vessel Name :** Anja | **U.S. Port :** 1601 - Charleston, South Carolina |
| **Voyage :** 4 | **Foreign Port :** 42869 - Bremen, Germany |
| **B/L :** ISKG06AN04BRCH01 | **U.S. Dest :** |
| **Pre Carrier :** Bremen,germany | **Foreign Dest :** |
| **Vessel Code :** | **Mode of Transport :** 10 |
| **Inbond Code :** 00 | **Arrival Date :** 2006-03-30 |

**COMMODITIES**

| Container | Qty | Commodity Description |
|---|---|---|
| NC | 1,764 | Each With 68 Pcs Standard Wallboards 12.50x1220x3660mm (1/2"x4x12 Feet) Tapered Edge |

**MARKS & NUMBERS**

| Container | Marks & Numbers |
|---|---|
| NC | Nm Nn |

© 2005-2009 Ealing Market Data Engineering Co. Ltd.

**COMPOSITE EXHIBIT B**

**TO**

**PSC'S RESPONSE IN OPPOSITION TO THE MOTION OF KNAUF GIPS KG FOR
MOTION FOR PROTECTIVE ORDER TO REQUIRE USE OF
THE HAGUE EVIDENCE CONVENTION**

**EXHIBIT B-1**

**TO**

**PSC'S RESPONSE IN OPPOSITION TO THE MOTION OF KNAUF GIPS KG FOR
MOTION FOR PROTECTIVE ORDER TO REQUIRE USE OF
<u>THE HAGUE EVIDENCE CONVENTION</u>**



Start page
About Knauf
Knauf worldwide
Company divisions
Gypsum as a building material
Environmental management
Quality Management
Reference buildings

Deutsch | English | Francais | Contact | Sitemap



Knauf worldwide

## Knauf worldwide
## USA

**Knauf Insulation GmbH**

One Knauf Drive
IN 46176 Shelbyville

Phone:   +1 317 398 4434
Fax:      +1 317 398 3675

web:     http://www.knaufusa.com

**Knauf Polystrene**

2725 Henkle Drive
OH 45036 Lebanon

Phone:   +1 513 932 6923
Fax:      +1 513 932 3506

| | | |
|---|---|---|
| Albania | France | Portugal |
| Algeria | Georgia | Romania |
| Argentina | Germany | Russia |
| Armenia | Greece | Serbia |
| Austria | Hungary | Montenegro |
| Azerbaijan | Indonesia | Singapore |
| Belarus | Ireland | Slovakia |

| | | |
|---|---|---|
| web:    http://www.knauf-eps.com | | |

**Knauf Insulation GmbH**

3502 43 Street SW
36863 Lanett

Phone:  + 1 334 576 8141
Fax:      +1 334 576 2494
web:     http://www.knaufusa.com

| | | |
|---|---|---|
| Belgium | Italy | Slovenia |
| Bosnia - Herzegowina | Jordan | Spain |
| | Kasachstan | Sweden |
| Brasil | Kosovo | Switzerland |
| Bulgaria | Latvia | Taiwan |
| Chile | Lebanon | Tunesia |
| China | Lithuana | Turkey |
| Croatia | Macedonia | Ukraine |
| Cyprus | Moldavia | United Arab Emirates |
| Czech Republic | Morocco | United Kingdom |
| Denmark | Netherlands | |
| Egypt | Norway | USA |
| Estonia | Poland | Uzbekistan |
| Finland | | |

Legal notes  |  Data protection                                                                © by Knauf



Start page
About Knauf
Knauf worldwide
**Company divisions**
   Other building materials
   Insulation materials
   DIY / Do it yourself
   Facades
   Preformed parts
   Interior construction
   Logistics
   Mechanical engineering
Gypsum as a building material
Environmental management
Quality Management
Reference buildings



Deutsch | English | Francais | Contact | Sitemap

# Company divisions

Everything began in 1932. The brothers Dr Alfons N. Knauf and Karl Knauf founded the firm Gebr. Knauf.

It was a humble beginning. At the time, nobody would have thought that a worldwide operative corporation would develop out of it, with subsidiaries and participating interests that extend far beyond the original raw material that the company's success began with, gypsum.

**Company divisions**



Other building materials



Preformed parts



Insulation materials



Interior construction

This lead to the resulting subdivision into various functional areas.


DIY / Do it yourself


Logistics


Facades


Mechanical engineering

Legal notes  |  Data protection

© by Knauf



Start page

**About Knauf**

From a family company to a
family of companies

The Knauf Museum in Iphofen

Legal Notes

Knauf worldwide

Company divisions

Gypsum as a building
material

Environmental management

Quality Management

Reference buildings



Deutsch | English | Francais | Contact | Sitemap

## Economy in building

Knauf is a family name. A multinational producer
of building materials and construction systems. A
strong characteristic of Knauf is the courage for
visions, innovation and investments as well as
simple decision-making processes and a wealth of
ideas on the part of its personnel.

Originally a producer of conventional gypsum,
Knauf produces construction materials for drywall
construction, Knauf plasterboard, mineral fibre
acoustic board, dry mortar with gypsum for internal
plaster and cement-based external plaster and
insulating materials on the basis auf glass wool an
mineral wool.

Closeness to customers, the establishment of
long-lasting, special customer relationships by
offering first class advice and appropriate expert
service for top-grade products and systems: this
has been the Knauf way to market. For this

### From a family company to a family of companies

A firm basis from which to progress.
▸ more



### The Knauf Museum in Iphofen

Experience culture live. Here you will
find a unique collection of reliefs from
the great cultural epochs. ▸ more



### Legal Notes

The Knauf headquarters are located in
Iphofen/Germany. ▸ more

Case 2:09-md-02047-EEF-JCW   Document 318-1   Filed 10/05/09   Page 16 of 31



purpose it is necessary to have state-of-the-art plant technology that is subject to an ongoing development process.

However, the future also lies in the hands of talented and highly motivated employees. An important aspect is the "family culture" which prevails in the company: Learn from one another, hold together, pass on knowledge, assume the role of mentor, take fast and direct paths and press for special achievements. All of these are facets of the company culture.

At Knauf the global market became reality a long time ago. Wherever the group of companies becomes established its main prerequisite is: economy in building.

Legal notes   |   Data protection

© by Knauf



Start page

**About Knauf**

From a family company to a
family of companies

The Knauf Museum in Iphofen

■ Legal Notes

Knauf worldwide

Company divisions

Gypsum as a building
material

Environmental management

Quality Management

Reference buildings



Deutsch | English | Francais | Contact | Sitemap

## Legal notes

Knauf Gips KG is a limited commercial partnership under German law with its main place of business in Iphofen.

Managing partners:
Manfred Grundke und Hans Peter Ingenillem

CEO:
Klaus Koch

Post address:
Knauf Gips KG, Am Bahnhof 7, D-97346 Iphofen
Telephone:                      +49 (9323) 31-0
Fax:                            +49 (9323) 31-277
E-Mail:                         zentrale@knauf.de

Contact:
Mr.
Mario Vicedom

Marketing-Service - New Media
Telefon:                      +49 (9323) 31-0
Fax:                          +49 (9323) 31-277
E-Mail:                       vicedom.mario@knauf.de

Implementation:
Knauf Information Services GmbH, Am Bahnhof 7, D-97346 Iphofen
Hyperlinks:
As per the ruling of May 12, 1998 , the Regional Court of Hamburg decreed that by publishing a link the provider may under certain circumstances be held responsible for the contents of the linked site. According to the Regional Court this can only be prevented by explicitly disassociating oneself from those contents.

We have created links to other web pages. As far as these links are concerned: We wish to emphasise explicitly that we have no influence whatsoever on the design and the contents of the linked pages. The web site operator therefore hereby explicitly disassociates itself from the entire contents of all linked pages and in no way adopts them. This applies to all links on the entire Knauf website.

On no account does the owner of the website accept liability towards you or third parties for any direct, indirect, special or other consequential damage which may arise owing to the use of this website or any website linked therewith. Any kind of liability for loss of profit, plant interruption, the loss of programs or other data in your information systems is also excluded. This also applies if our attention is explicitly drawn to the possibility of such damage.

Legal notes  |  Data protection                                                            © by Knauf



Start page

About Knauf

Knauf worldwide

**Company divisions**
  Other building materials
  Insulation materials
  DIY / Do it yourself
  Facades
  Preformed parts
  Interior construction
  Logistics
  Mechanical engineering

Gypsum as a building material

Environmental management

Quality Management

Reference buildings



Deutsch  |  English  |  Francais  |  Contact  |  Sitemap

# Company divisions

Everything began in 1932. The brothers Dr Alfons N. Knauf and Karl Knauf founded the firm Gebr. Knauf.

It was a humble beginning. At the time, nobody would have thought that a worldwide operative corporation would develop out of it, with subsidiaries and participating interests that extend far beyond the original raw material that the company's success began with, gypsum.

**Company divisions**



Other building materials



Preformed parts



Insulation materials



Interior construction

This lead to the resulting subdivision into various functional areas.



DIY / Do it yourself



Logistics



Facades



Mechanical engineering

Legal notes | Data protection

© by Knauf



Start page
About Knauf
**Knauf worldwide**
Company divisions
Gypsum as a building
material
Environmental management
Quality Management
Reference buildings

Deutsch  |  English  |  Francais  |  Contact  |  Sitemap



**Knauf worldwide**

**Germany**

**Knauf Gips KG**
Postfach 10
D-97343 Iphofen

Phone:  +49 9323 31-0
Fax:     +49 9323 31-277

web:    http://www.knauf.de
e-Mail: info@knauf.de



**Knauf worldwide**

**Knauf Bauprodukte GmbH & Co. KG**
Postfach 10
D-97343 Iphofen

Phone:  +49 9323 31-0

| | | |
|---|---|---|
| Albania | France | Portugal |
| Algeria | Georgia | Romania |
| Argentina | **Germany** | Russia |
| Armenia | Greece | Serbia |
| Austria | Hungary | Montenegro |
| Azerbaijan | Indonesia | Singapore |
| Belarus | Ireland | Slovakia |

Fax:     +49 9323 31-323
web:     http://www.Knauf-Bauprodukte.de
e-Mail:  info@knauf-bauprodukte.de

**Knauf Marmorit GmbH**

Ellighofen 6
D-79283 Bollschweil

Phone:   +49 7633 810-0
Fax:     +49 7633 810-113
web:     http://www.marmorit.de
e-Mail:  info@marmorit.de

**Knauf PFT GmbH & Co. KG**

Postfach 60
D-97343 Iphofen

Phone:   +49 9323 31-1818
Fax:     +49 9323 31-770
web:     http://www.pft.eu
e-Mail:  info@pft-iphofen.de

**Knauf Insulation GmbH**

Heraklithstraße 8
84359 Simbach am Inn

Phone:   +49 8571 40-0
Fax:     +49 8571 40-241
web:     http://www.knaufinsulation.de
e-Mail:  info@knaufinsulation.de

**Knauf Dämmstoffe GmbH**

Industrieweg 1
59329 Wadersloh-Liesborn

Phone:   +49 2523 67-0
Fax:     +49 2523 67-30
web:     http://www.Knauf-daemmstoffe.de
e-Mail:  info@knauf-daemmstoffe.de

**Knauf Integral KG**

Am Bahnhof 16
D-74589 Satteldorf

Phone:   +49 7951 497-0
Fax:     +49 7951 497-300
web:     http://www.knauf-integral.de
e-Mail:  info@knauf-Integral.de

**Knauf Perlite GmbH**

Belgium
Bosnia -
Herzegowina
Brasil
Bulgaria
Chile
China
Croatia
Cyprus
Czech
Republic
Denmark
Egypt
Estonia
Finland

Italy
Jordan
Kasachstan
Kosovo
Latvia
Lebanon
Lithuana
Macedonia
Moldavia
Morocco
Netherlands
Norway
Poland

Slovenia
Spain
Sweden
Switzerland
Taiwan
Tunesia
Turkey
Ukraine
United Arab
Emirates
United
Kingdom
USA
Uzbekistan

Kipperstraße 19
D-44147 Dortmund

Phone:  +49 231 9980-01
Fax:    +49 231 9980-138

web:    http://www.knauf-perlite.de
e-Mail: info@knauf-perlite.de

**Knauf Alutop GmbH**

Overweg 14
59494 Soest

Phone:  +49 2921 7804-0
Fax:    +49 2921 7804-50

web:    http://www.knauf-alutop.de
e-Mail: info@knauf-alutop.de

**Knauf AMF GmbH & Co. KG**

Elsenthal 15
D-94481 Grafenau

Phone:  +49 8552 422-0
Fax:    +49 8552 422-30

web:    http://www.amf-grafenau.de
e-Mail: info@amf-grafenau.de

**Knauf USG Systems GmbH & Co. KG**

Kipperstraße 19
44147 Dortmund

Phone:  +49 231 880855-0
Fax:    +49 231 880855-31

web:    http://www.knauf-usg-systems.com
e-Mail: info@knauf-usg-systems.com

**Knauf Trans GmbH**

Postfach 10
D-97343 Iphofen

Phone:  +49 9323 31-0
Fax:    +49 9323 31-200

**Knauf Engineering GmbH**

Postfach 10
D-97343 Iphofen

Phone:  +49 9323 31-0
Fax:    +49 9323 31-444 / 1082

**Knauf Information Services GmbH**

Am Bahnhof 7

D-97343 Iphofen

Phone:   +49 9323 31-0
Fax:     +49 9323 31-1307

---

**Knauf V.V.G. Versicherungsservice und -
Vermittlungs-GmbH**

Am Bahnhof 7
97346 Iphofen

Phone:   +49 9323 31-0
Fax:     +49 9323 31-1325

---

**Richter System GmbH & Co. KG**

Flughafenstr. 10
D-64347 Griesheim

Phone:   +49 6155 876-0
Fax:     +49 6155 876-281

web:     http://www.richtersystem.com
e-Mail:  info@richtersystem.com

---

**Danogips GmbH**

Duisburger Straße 9
41460 Neuss

Phone:   +49 2131 71810-0
Fax:     +49 2131 71810-91

web:     http://www.danogips.de

---

**VG-ORTH GmbH & Co. KG**

Kirchstraße 42
37215 Witzenhausen

Phone:   +49 5542 6007-0
Fax:     +49 5542 6007-30

web:     http://www.vg-orth.de
e-Mail:  info@vg-orth.de

---

**VG-ORTH GmbH & Co. KG**

Holeburgweg 24
37627 Stadtoldendorf

Phone:   +49 5532 505-0
Fax:     +49 5532 505-590

web:     www.vg-orth.de
e-Mail:  zentrale@vg-orth.de

---

**GFR mbH**

Max-von-Laue-Straße 12
97080 Würzburg

| | |
|---|---|
| Phone: | +49 931 90080-0 |
| Fax: | +49 931 90080-30 |
| web: | http://www.gfr-mbh.com |
| e-Mail: | info@gfr-mbh.com |

**Deutsche Heraklith GmbH (Deherag)**

Heraklithstraße 8
D-84359 Simbach am Inn

| | |
|---|---|
| Phone: | +49 8571 40-0 |
| Fax: | +49 8571 40-241 |
| web: | http://www.heraklith.com |
| e-Mail: | office@heraklith.de |

Legal notes   |   Data protection      © by Knauf



Start page

**About Knauf**
From a family company to a family of companies
The Knauf Museum in Iphofen
Legal Notes

Knauf worldwide

Company divisions

Gypsum as a building material

Environmental management

Quality Management

Reference buildings

Deutsch  |  English  |  Francais  |  Contact  |  Sitemap



# Economy in building

Knauf is a family name. A multinational producer of building materials and construction systems. A strong characteristic of Knauf is the courage for visions, innovation and investments as well as simple decision-making processes and a wealth of ideas on the part of its personnel.

Originally a producer of conventional gypsum, Knauf produces construction materials for drywall construction, Knauf plasterboard, mineral fibre acoustic board, dry mortar with gypsum for internal plaster and cement-based external plaster and insulating materials on the basis auf glass wool an mineral wool.

Closeness to customers, the establishment of long-lasting, special customer relationships by offering first class advice and appropriate expert service for top-grade products and systems: this has been the Knauf way to market. For this

**From a family company to a family of companies**

A firm basis from which to progress.
▸ more



**The Knauf Museum in Iphofen**

Experience culture live. Here you will find a unique collection of reliefs from the great cultural epochs. ▸ more



**Legal Notes**

The Knauf headquarters are located in Iphofen/Germany. ▸ more



purpose it is necessary to have state-of-the-art plant technology that is subject to an ongoing development process.

However, the future also lies in the hands of talented and highly motivated employees. An important aspect is the "family culture" which prevails in the company: Learn from one another, hold together, pass on knowledge, assume the role of mentor, take fast and direct paths and press for special achievements. All of these are facets of the company culture.

At Knauf the global market became reality a long time ago. Wherever the group of companies becomes established its main prerequisite is: economy in building.

Legal notes  |  Data protection

© by Knauf



Start page
About Knauf
Knauf worldwide
Company divisions
Gypsum as a building material
Environmental management
Quality Management
Reference buildings



Deutsch  |  English  |  Francais  |  Contact  |  Sitemap



Knauf worldwide

## Economy in building

Knauf is the name of a family. A global group of companies as supplier of building materials. A strong characteristic of Knauf is the courage for visions, innovation and investments as well as simple decision-making processes and a wealth of ideas on the part of its personnel.



**About Knauf**

At Knauf the global market became reality a long time ago. ▸ more

| | | |
|---|---|---|
| Albania | France | Portugal |
| Algeria | Georgia | Romania |
| Argentina | Germany | Russia |
| Armenia | Greece | Serbia Montenegro |
| Austria | Hungary | Singapore |
| Azerbaijan | Indonesia | Slovakia |
| Belarus | Ireland | Slovenia |
| Belgium | Italy | Spain |
| Bosnia - Herzegowina | Jordan | Sweden |
| Brasil | Kasachstan | Switzerland |
| | Kosovo | |

**Company divisions**

Knauf is the leading manufacturer of building materials and systems, insulating materials ▸more



**Environmental management**

Our sense of responsibility for the environment causes us to give more back to nature than we take from it in the form of raw materials. ▸more



Bulgaria
Chile
China
Croatia
Cyprus
Czech Republic
Denmark
Egypt
Estonia
Finland

Latvia
Lebanon
Lithuana
Macedonia
Moldavia
Morocco
Netherlands
Norway
Poland

Taiwan
Tunesia
Turkey
Ukraine
United Arab Emirates
United Kingdom
USA
Uzbekistan

Legal notes | Data protection

© by Knauf

http://www.knauf.com/?lang=EN                    9/30/2009

**EXHIBIT B-2**

**TO**

**PSC'S RESPONSE IN OPPOSITION TO THE MOTION OF KNAUF GIPS KG FOR
MOTION FOR PROTECTIVE ORDER TO REQUIRE USE OF
THE HAGUE EVIDENCE CONVENTION**

# Knauf Gips KG   Iphofen, Germany

## Knauf Gips KG Company Description

Knauf Gips makes and sells building materials and modular construction systems for residential, commercial, and industrial buildings. It makes products including plasterboard, mineral fiber acoustic board, dry mortar, and insulation materials. A global group of companies, Knauf has more than 150 plants, quarries, and mines around the world and operations in some 40 countries in the Americas, Europe, and Asia. Group member companies include Germany's Knauf Marmorit (plasters), Russia's Knauf GUS (gypsum, plaster, and related products), and the US' Knauf Insulation. Brothers Alfons and Karl Knauf founded the still family-owned company in 1932.

---

**VIEW THE COMPREHENSIVE COMPANY DESCRIPTION FOR KNAUF GIPS KG**

The Company Description provides a historical perspective of Knauf Gips KG's organization from inception to current status.

Produced by Hoover's in-house editorial team, the Company Description tracks ownership transitions, company progress via mergers and acquisitions, major growth milestones, and strategic initiatives, to provide a holistic view of Knauf Gips KG's evolution in the marketplace.

**Start your free trial today**

---