about notarial and authentication services abroad.

**SERVICE OF SUBPOENA:** 28 U.S.C. 1783, 28 U.S.C. 1784 and Rule 45 of the Federal Rules of Civil Procedure, 28 U.S.C. Appendix provide for service of a subpoena upon a national or resident of the United States in a foreign country. There are no provisions for service upon non-U.S. nationals or residents. See 22 C.F.R. 92.86 - 92.89. Consult the Directorate of Overseas Citizens Services of the Department of State Bureau of Consular Affairs for further guidance.

**FOREIGN SOVEREIGN IMMUNITIES ACT:** U.S. embassies abroad will serve a summons, complaint and notice of suit on a foreign government (28 U.S.C. 1608 (a)(4); 22 C.F.R. 93) on instructions from the Department of State, Bureau of Consular Affairs, Office of Policy Review and Inter-Agency Liaison. Similarly, letters rogatory requesting service of process on an agency or instrumentality of a foreign government pursuant to 28 U.S.C. 1608 (b)(3)(A) must be transmitted to the Department of State, Office of Policy Review and Inter-Agency Liaison. See Sec. 1608 of the Act for the specific hierarchical service provisions. See also our web page feature about service under the Foreign Sovereign Immunities Act and FSIA checklist.

# COMPOSITE EXHIBIT B





Deutsch | English | Francais | Contact | Sitemap

Start page
About Knauf
  **From a family company to a family of companies**
    The company philosophy
    Company profile
    The Knauf partner portfolio
  ■ History
    The Knauf Museum in Iphofen
    Legal Notes
Knauf worldwide
Company divisions
Gypsum as a building material
Environmental management
Quality Management
Reference buildings

## From a family company to a family of companies

The company established in 1932 in Perl an der Mosel in Saarland by the brothers Dr. Alfons Knauf and Karl Knauf, Gebr. Knauf Rheinische Gipsindustrie was the nucleus of the Knauf Group which operates worldwide today. After the Second World War a new beginning was made by building a gypsum plant in Iphofen in Northern Bavaria, which is still the headquarters of the Group today.

The Group which is owned by the two lines of the family, Dr. Alfons and Karl Knauf, is still run as a family business by the two cousins Baldwin and Nikolaus Knauf. In addition, some of the other shareholders who also all belong to one of the two family lines control the various activities of the Group.

### The company philosophy

The Knauf philosophy stems from the model on which the company is based: we are a family company. The family includes our employees ... »more



### Company profile

Operating more than 150 production sites worldwide, today Knauf is one of the world's leading manufacturers of building materials. »more



### The Knauf partner portfolio

The versatility of Knauf is reflected in the varied portfolio of partner firms. »more



### History

Gebr. Knauf Westdeutsche Gipswerke, Iphofen, originally founded in 1932, is not only one of the leading manufacturers of building materials in Europe.

It is indeed a group of companies that operates worldwide. Its activities are not limited to the production of building materials on the basis of plaster. Despite the extent of its growth, Knauf has remained a family company, owned by the Alfons and Karl Knauf families.

The managing partners are the cousins, Baldwin and Nikolaus Knauf. They both work from Iphofen in Lower Frankonia (between Nuremberg and Würzburg), where the company has its head offices. The other "dormant" partners are also members of the family and in some cases control the various foreign activities of the company.

The company was renamed "KnaufGips KG" on June 2nd 2003.





Legal notes | Data protection                                                  © by Knauf

# KNAUF



Deutsch | English | Francais | Contact | Sitemap

- Start page
- About Knauf
  - **From a family company to a family of companies**
    - The company philosophy
    - Company profile
  - ■ The Knauf partner portfolio
    - History
    - The Knauf Museum in Iphofen
    - Legal Notes
- Knauf worldwide
- Company divisions
- Gypsum as a building material
- Environmental management
- Quality Management
- Reference buildings

## From a family company to a family of companies

The company established in 1932 in Perl an der Mosel in Saarland by the brothers Dr. Alfons Knauf and Karl Knauf, Gebr. Knauf Rheinische Gipsindustrie was the nucleus of the Knauf Group which operates worldwide today. After the Second World War a new beginning was made by building a gypsum plant in Iphofen in Northern Bavaria, which is still the headquarters of the Group today.

The Group which is owned by the two lines of the family, Dr. Alfons and Karl Knauf, is still run as a family business by the two cousins Baldwin and Nikolaus Knauf. In addition, some of the other shareholders who also all belong to one of the two family lines control the various activities of the Group.

## The company philosophy

The Knauf philosophy stems from the model on which the company is based: we are a family company. The family includes our employees ... ›more



## Company profile

Operating more than 150 production sites worldwide, today Knauf is one of the world's leading manufacturers of building materials. ›more



## The Knauf partner portfolio

The versatility of Knauf is reflected in the varied portfolio of partner firms.

This broad and highly diversified range of products makes Knauf the only plaster manufacturer able to present itself as a provider of complete systems in Europe.



| Germany | Western Europe | Northern Europe | Southern Europe | Eastern Europe |
| --- | --- | --- | --- | --- |
| CIS | Middle East, North Africa | **China and Asia** | North America | South America |

Knauf is present with three factories on the booming Chinese market. In the mid-Nineties of the past century first steps were taken that eventually led to the construction of three factories owing to the increasing demand for building materials. This market, which is marked by unbroken growth, will continue to be one of the main areas of investment for the Knauf Group.

**Knauf Plasterboard**
At the three locations in Wuhu, approx. 300 km to the west of *Shanghai*, in *Tianjing* near *Peking* and in *Machong* in Southern China, situated not far from *Hong Kong*, the *Knauf* Group operates wallboard factories *China* and the countries bordering on China are attended to by sales distribution companies.

**PT Knauf Gypsum Indonesia**
Indonesia and the entire South Asian region are supplied with *Knauf* boards from the Cikampek location



## History

Gebr. Knauf Westdeutsche Gipswerke, Iphofen, originally founded in 1932, is not only one of the leading manufacturers of building materials in Europe. ›more



Legal notes | Data protection © by Knauf

# KNAUF 可耐福



| Knauf Charter | Site Map | Contact Us | Chinese |

**Commercial, Retail & Leisure**
We know each sector has its own specific requirements.

We have a wealth of experience and expertise to help your project run smoothly.

Click Here for More

**Knauf Website Service**

Product Index:
--choose product--

Sales Points:
--choose area--

Knauf Global Offices
- Global Offices -

- Home
- Company Introduction
- Product Catalogue
- Company Events
- Company Express
- Industry News
- Technical Support
- Consultation Feedback
- North of China
- Middle of China
- South of China
- Knauf Export

## Worldwide corporation



Knauf Plasterboard Tianjin Co.
可耐福石膏板（天津）有限

Since 1932, Knauf originally manufactured gypsum products along the Saar and Main River in Germany. Today, knauf is one of the largest independent building material group and has a strong presence in almost all markets throughout Europe.

Over 10000 employees work in Knauf plants and offices around globe.

## Introduce the advanced production process into China



In 1995, Knauf introduced its advanced production technics and technology into China. In 1997,2000 and 2001 knauf has also invested in China and established three plasterboard plants which locate in Wuhu, Tianjin and Dongguan.

total production volume of the plasterboard is 60 million square meter per year.

## High standard and high quality



CERTIFICATE    证书

Knauf Plasterboard Limited Company, the wholly owned subsidiary of Germany Knauf Corporation, is equipped with the German high-tech production lines controlled by computers. We will always offer service to our customers through the high quality and standard products and perfect and reliable service system.

Knauf Plasterboard Limited Company has been approved by ISO9001 Quality Certification System and all products have been certified as the green building materials.

Knauf is specialized in manufacturing various gypsum products covering gypsum plasterboards, joint filler, sealant, metal and other accessories.
Currently, the main products of Knauf in China are as following:

1. Knauf Plasterboard: ■standard plasterboard ■fireproof plasterboard ■Moistureshield Plasterboard ■Fire Board ■Denseshield Board

2. Knauf jointing system: ■joint filler ■joint paper tape and fiber tape ■bonding compound ■angle bead ■covering plaster ■pre-mix joint filler ■ready-mix covering cement ■angle bead

3. Knauf partition, ceiling system, metal and components.

4. Knauf PVC ceiling tile and embossing ceiling tile

Knauf has its own full-developed and complete drywall system based on the above products. The major systems cover partition system, ceiling system and linings system. The other systems also include shaftwall system and fireshield encasements system.

Compared with other systems, Knauf drywall system is characterized by fewer-category components, flexible installation and convenience. Knauf will provide the market with qualified products and excellent services before, during and after sale backed by its advanced technical support and the customer-centered principle which Knauf adhere to consistently.

| System Details | Knauf Certification | Knauf Employment | knauf©2006 |

![Knauf 可耐福]



Knauf Charter | Site Map | Contact Us | Chinese

**Commercial- Retail & Leisure**
We know each sector has its own specific requirements.

We have a wealth of experience and expertise to help your project run smoothly.

Click Here for More

Knauf Website Service

Product Index:
--choose product--

Sales Points:
--choose area--

Knauf Global Offices
- Global Offices -

Home
Company Introduction
Product Catalogue
Company Events
Company Express
Industry News
Technical Support
Consultation Feedback
North of China
Middle of China
South of China
Knauf Export

## Knauf Charter

   

Karl Knauf  Dr. Alfons N. Knauf  Nikolaus Knauf  Baldwin Knauf

Knauf is one leading corporation which manufactures gypsum products.
Our aim is to transform the gypsum and other resources into qualified building materials and resolve the problems in the construction and decoration on the basis of the concept "focus on customer and market" in order to create the value.

For the prosperity and development of our company, we must:
1. Manage positively and set up the qualified gypsum system and excellent service.
2. Continue to develop toward high-efficient organization in which every employee should bear their own responsibility and be praised for their achievements.
3. Obtain the trust of employees, customers, suppliers, communities and shareholders through frankly communicating and keeping promises.

Our senses of value are as following:
1. Safety and environment—a vital promise to health, safety and environment;
2. Honesty—we mean what we say;
3. High performance—obtain the excitement and satisfaction from the further achievement and our ability improvement;
Win-win relationship—the focus of this relationship is to create the profit for both parties;
5. Courage of leading innovation—be encouraged when facing difficulties and transmit the positive spirit;
Mutual respect—create a diversified and solid civilization through fairness, share, trust, teamwork and participation.

We have created value successfully while appearing the situations as following:
1. Our shareholders realize that their investments have got great rewards.
2. Our customers and suppliers get the profits from our business relationships.
3. The community we located highly appreciate our social status and set us as the good example to the community.
4. Every employee starts his everyday work with responsibility and ends his work with success.

System Details | Knauf Certification | Knauf Employment  knauf@2006



- Home
- About Knauf Insulation
- Introducing ECOSE Technology
- Products
- Basics of Insulation
- Create a Better Environment
- 2009 Tax Credit for Insulation
- Web Links
- Case Studies
- Literature & Files
- News
- Employment Opportunities
- Contacts
- LEED Certification Information

Knauf Insulation - Comfortable, Energy efficienct, Thermal protection to lower your heating bills. »
About Knauf Insulation
🖨 ▸ Print Friendly
📄 ▸ Open PDF
✉ ▸ e-Mail PDF

# About Knauf Insulation

## The Knauf Group



Knauf is a family company founded in 1932 by the brothers Karl and Dr. Alfons N. Knauf. Today their sons, managing partners Baldwin and Nikolaus Knauf, steer the success of the corporation's numerous enterprises in close coordination with the other family members.

A multinational producer of building materials and construction systems, Knauf remains a typical family company despite its size. With a clear vision, direct decision-making paths, a culture of innovation and a wealth of ideas contributed by all Knauf employees, Knauf is a progressive company.

From its beginnings in gypsum processing in Germany, Knauf has expanded and diversified to become a corporation with worldwide activities, delivering products and services in the following fields:



1. Gypsum products including plasterboard, plaster, screeds, and vertically integrated businesses such as paper and gypsum quarries;
2. Insulation including glasswool, rock mineral wool, extruded polystyrene expanded polystyrene, polyurethane and wood wool cement;
3. Other building products such as ceiling tiles, rolled metal sections and specialist wall render systems.

For further information on the Knauf Group worldwide visit www.knauf.com.

## Knauf Insulation

As part of the Knauf Group, Knauf Insulation represents one of the most respected and progressive names in insulation worldwide. With manufacturing operations in Europe, Russia, UK in addition to the USA, annual sales revenue is in excess of $1.5 billion.

The company is the fastest growing insulation manufacturer in the world with a wide range of insulation products to meet the growing demand for energy efficiency and acoustic performance in new and existing homes, commercial buildings and industrial applications. Products include glasswool, rock mineral wool, expanded polystyrene and extruded polystyrene.

Knauf Insulation is committed to sustainable development and conservation of the environment manufacturing its products from recycled materials.



## In North America

Knauf Insulation manufactures thermal and acoustical fiber glass insulations for residential, commercial, industrial, marine, original equipment manufacturer and metal building applications.

Management:

Robert Claxton, President
Warren Wise, Senior Vice President, Finance
Jeff Brisley, Senior Vice President, Sales and Marketing
Jon Pereira, Senior Vice President, Operations
Glenn Brower, Vice President, Corporate Services
Mike Hudson, Director of Human Resources

John Coombs, Director of Information Services
Ron Houpt, Director of Product and Process Development

**Products:**

- Building Insulation: Batts, rolls and blown insulation and specialty products
- Air Handling: Duct board, duct liner, duct wrap and rigid plenum liner
- Industrial/Commercial: Fiber glass pipe insulation, elevated temperature products, insulation board, duct wrap, pipe and tank insulation
- Metal Building: Blanket insulation
- OEM Products: Blanket insulation, equipment liner, insulation board, acoustical insulations and uncured blanket

**Distribution:**

Knauf products are sold in the U.S., Canada and Mexico and are exported to nations in

Central America, South America, Africa and the Middle East. Products are distributed in the U.S. and Canada through independent insulation distributors and retail building materials outlets.

**Knauf Insulation's U.S. History:**

Knauf Insulation was formed in 1978, as Knauf Fiber Glass, when the Knauf family purchased an existing fiberglass production facility in Shelbyville, Indiana. Already well-established in Europe in the areas of gypsum, lime/cement and other building products, Knauf began an ambitious renovation program to modernize the plant and increase capacity. The company had 450 employees in 1978.

Knauf opened a second plant in Lanett, Alabama, in 1988 to produce light-density insulation and a third in Shelbyville in 1990 to manufacture pipe insulation. In 1995, an additional production line was added to the Lanett plant, doubling its capacity. A new plant that produces light-density insulation began production in Shasta Lake, California, in early February 2002.

In 2003, Knauf Fiber Glass joined with newly acquired and renovated manufacturing facilities throughout Europe to become Knauf Insulation.

The company broke ground in early 2005 to begin a $200+ million renovation of its original manufacturing facility in Shelbyville, Indiana. With the renovation progressing on schedule in mid 2007, Knauf Insulation demonstrates their commitment to the insulation industry. The company currently employs 1,250 people in the United States.

## Website Options

Language
English (United States) français (Canada)
Links To Other Country Sites

Search [ ] ✕ Search

## Latest News

## International

www.knaufinsulation.com   www.knauf.com
© KNAUF INSULATION
Text Only | Print | Site Map | Privacy Policy | Terms of Use



Home
About Knauf Insulation
Introducing ECOSE Technology
Products
Basics of Insulation
Create a Better Environment
2009 Tax Credit for Insulation
Web Links
Case Studies
Literature & Files
News
Employment Opportunities
Contacts
LEED Certification Information

Knauf Insulation - Comfortable, Energy efficienct, Thermal protection to lower your heating bills. » About Knauf Insulation

» e-Mail PDF    » Open PDF    » Print Friendly

## About Knauf Insulation

### The Knauf Group



Knauf is a family company founded in 1932 by the brothers Karl and Dr. Alfons N. Knauf. Today their sons, managing partners Baldwin and Nikolaus Knauf, steer the success of the corporation's numerous enterprises in close coordination with the other family members.

A multinational producer of building materials and construction systems, Knauf remains a typical family company despite its size. With a clear vision, direct decision-making paths, a culture of innovation and a wealth of ideas contributed by all Knauf employees, Knauf is a progressive company.

From its beginnings in gypsum processing in Germany, Knauf has expanded and diversified to become a corporation with worldwide activities, delivering products and services in the following fields:

1. Gypsum products including plasterboard, plaster, screeds, and vertically integrated businesses such as paper and gypsum quarries;
2. Insulation including glasswool, rock mineral wool, extruded polystyrene expanded polystyrene, polyurethane and wood wool cement;
3. Other building products such as ceiling tiles, rolled metal sections and specialist wall render systems.

For further information on the Knauf Group worldwide visit www.knauf.com.

### Knauf Insulation

As part of the Knauf Group, Knauf Insulation represents one of the most respected and progressive names in insulation worldwide. With manufacturing operations in Europe, Russia, UK in addition to the USA, annual sales revenue is in excess of $1.5 billion.

The company is the fastest growing insulation manufacturer in the world with a wide range of insulation products to meet the growing demand for energy efficiency and acoustic performance in new and existing homes, commercial buildings and industrial applications. Products include glasswool, rock mineral wool, expanded polystyrene and extruded polystyrene.

Knauf Insulation is committed to sustainable development and conservation of the environment manufacturing its products from recycled materials.



### In North America

Knauf Insulation manufactures thermal and acoustical fiber glass insulations for residential, commercial, industrial, marine, original equipment manufacturer and metal building applications.

Management:

Robert Claxton, President
Warren Wise, Senior Vice President, Finance
Jeff Brisley, Senior Vice President, Sales and Marketing
Jon Pereira, Senior Vice President, Operations
Glenn Brower, Vice President, Corporate Services
Mike Hudson, Director of Human Resources
John Coombs, Director of Information Services
Ron Houpt, Director of Product and Process Development

Products:

- Building Insulation: Batts, rolls and blown insulation and specialty products
- Air Handling: Duct board, duct liner, duct wrap and rigid plenum liner
- Industrial/Commercial: Fiber glass pipe insulation, elevated temperature products, insulation board, duct wrap, pipe and tank insulation
- Metal Building: Blanket insulation
- OEM Products: Blanket insulation, equipment liner, insulation board, acoustical insulations and uncured blanket

Distribution:

Knauf products are sold in the U.S., Canada and Mexico and are exported to nations in

Website Options
Language
English (United States)
français (Canada)
Links To Other Country Sites

Search

Latest News

International
www.knaufinsulation.com
www.knauf.com

Central America, South America, Africa and the Middle East. Products are distributed in the U.S. and Canada through independent insulation distributors and retail building materials outlets.

© KNAUF INSULATION

### Knauf Insulation's U.S. History:

Knauf Insulation was formed in 1978, as Knauf Fiber Glass, when the Knauf family purchased an existing fiberglass production facility in Shelbyville, Indiana. Already well-established in Europe in the areas of gypsum, lime/cement and other building products, Knauf began an ambitious renovation program to modernize the plant and increase capacity. The company had 450 employees in 1978.

Knauf opened a second plant in Lanett, Alabama, in 1988 to produce light-density insulation and a third in Shelbyville in 1990 to manufacture pipe insulation. In 1995, an additional production line was added to the Lanett plant, doubling its capacity. A new plant that produces light-density insulation began production in Shasta Lake, California, in early February 2002.

In 2003, Knauf Fiber Glass joined with newly acquired and renovated manufacturing facilities throughout Europe to become Knauf Insulation.

The company broke ground in early 2005 to begin a $200+ million renovation of its original manufacturing facility in Shelbyville, Indiana. With the renovation progressing on schedule in mid 2007, Knauf Insulation demonstrates their commitment to the insulation industry. The company currently employs 1,250 people in the United States.

Text Only | Print | Site Map | Privacy Policy | Terms of Use

**KNAUF**



Deutsch | English | Francais | Contact | Sitemap

- Start page
- About Knauf
  - **From a family company to a family of companies**
  - The company philosophy
  - ■ Company profile
  - The Knauf partner portfolio
  - History
  - The Knauf Museum in Iphofen
  - Legal Notes
- Knauf worldwide
- Company divisions
- Gypsum as a building material
- Environmental management
- Quality Management
- Reference buildings

## From a family company to a family of companies

The company established in 1932 in Perl an der Mosel in Saarland by the brothers Dr. Alfons Knauf and Karl Knauf, Gebr. Knauf Rheinische Gipsindustrie was the nucleus of the Knauf Group which operates worldwide today. After the Second World War a new beginning was made by building a gypsum plant in Iphofen in Northern Bavaria, which is still the headquarters of the Group today.

The Group which is owned by the two lines of the family, Dr. Alfons and Karl Knauf, is still run as a family business by the two cousins Baldwin and Nikolaus Knauf. In addition, some of the other shareholders who also all belong to one of the two family lines control the various activities of the Group.

### The company philosophy

The Knauf philosophy stems from the model on which the company is based: we are a family company. The family includes our employees ... ›more



### Company profile

Operating more than 150 production sites worldwide, today Knauf is one of the world's leading manufacturers of building materials.

Knauf has a workforce of 23,000 in 40 countries and in 2008 the company generated sales will amount to 5.6 billion Euros.



| Generally | Drywall construction | Gypsum plasters | Insulation materials | Injection moulding/ moulded parts |

The roughly 1.1 billion ton reserves of raw stone provides the individual plants with a safety margin for the future that spans the generations. Worldwide a total of 60 stone quarries and mines are in operation. In addition to this, numerous plants are supplied with synthetic gypsum which is generated when the flue gases from coal-fired power plants are desulphurised.
The Group started to go international as early as the beginning of the Seventies of the last century and the trend has continued until today. Today the Group produces and sells its products in all European countries. Furthermore, there are factories located in North and South America, in the CIS states, in Turkey, in China and in Indonesia.

### The Knauf partner portfolio

The versatility of Knauf is reflected in the varied portfolio of partner firms. ›more



### History

Gebr. Knauf Westdeutsche Gipswerke, Iphofen, originally founded in 1932, is not only one of the leading manufacturers of building materials in Europe. ›more



Legal notes | Data protection © by Knauf