UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**THIS DOCUMENT RELATES TO ALL CASES**

**ORDER**

The Court has learned that counsel is unable to attend the hearing on La Suprema's Motion for Protective Order (Rec. Doc. No. 306) scheduled for October 6, 2009, at 2:00 p.m. Accordingly, IT IS ORDERED that the hearing is CONTINUED to October 6, 2009, at 4:00 p.m. IT IS FURTHER ORDERED that counsel are to participate by telephone, not in person. The Court will initiate the necessary conference call.

The Court has also been informed of a dispute between La Suprema and Plaintiffs regarding Pretrial Order No. 14. Accordingly, IT IS ORDERED that the parties are to address this dispute following the hearing on La Suprema's Motion for Protective Order.

New Orleans, Louisiana, this 5th day of October, 2009.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE