MINUTE ENTRY
FALLON, J.
October 6, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRY WALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

    Pursuant to the Court's Order of October 5, 2009 (Rec. Doc. No. 320), a special hearing was held on this date in the Chambers of the Honorable Eldon E. Fallon regarding La Suprema's Motion for Protective Order (Rec. Doc. No. 306). The hearing was conducted by telephone. Eduardo Rasco participated on behalf of the movant, La Suprema. Fred Longer participated on behalf of the opposition, Plaintiffs' Steering Committee ("PSC").

    In its Motion, La Suprema raised several objections to the PSC's "Notice of Oral and Videotaped Deposition Pursuant to Fed. R. Civ. P. 30(b)(6)" (Rec. Doc. Nos. 191, 192) and "Plaintiff Steering Committee's First Request for the Production of Documents and Things to Defendant(s) (Importer/Exporter/Broker)." The Court heard and considered each side's position regarding these objections. Accordingly, for oral reasons given, IT IS ORDERED that La Suprema's Motion for Protective Order is GRANTED IN PART and DENIED IN PART.

1

JS10(00:40)

The first objection raised was as to discovery requests regarding La Suprema's finances or net worth. For oral reasons given, IT IS ORDERED that La Suprema's objection to paragraph six (6) under the "Documents to be Produced" section of "Plaintiff Steering Committee's First Request for the Production of Documents and Things to Defendant(s) (Importer/Exporter/Broker)" is GRANTED. La Suprema submitted to the Court an exemplar of documents La Suprema intends to provide in response to the PSC's discovery request under paragraph 12 of the "Deposition Topics" section of "Notice of Oral and Videotaped Deposition Pursuant to Fed. R. Civ. P. 30(b)(6)." The Court considered the exemplar and determined that a response consistent with the submitted exemplar would satisfy paragraph 12. Accordingly, for oral reasons given, IT IS FURTHER ORDERED that La Suprema's objection is DENIED as MOOT.

La Suprema's second objection was to discovery requests seeking documents for drywall purchased from Chinese drywall manufacturers whom are not defendants in the MDL proceeding. For oral reasons given, IT IS ORDERED that the objection is DENIED.

La Suprema's third objection was to the PSC deposing La Suprema Enterprise, Inc. in New Orleans, Louisiana rather than in Miami, Florida where it maintains its principal place of business. For oral reasons given, IT IS ORDERED that the objection is GRANTED.

La Suprema's fourth objection was to paragraph 1(j) under the section "Definitions and Instructions" of both the "Plaintiff Steering Committee's First Request for the Production of Documents and Things to Defendant(s) (Importer/Exporter/Broker)" and the "Notice of Oral and Videotaped Deposition Pursuant to Fed. R. Civ. P. 30(b)(6)." For oral reasons given, IT IS

ORDERED that the objection is GRANTED and the language "including but not limited to their attorneys and accounts" is to be omitted from the foregoing documents.

The Court directed the parties to schedule La Suprema's deposition within the next week. The parties are to send a copy of the letter confirming the date and time of the deposition to the Court. The parties agreed to meet after the hearing to discuss scheduling the deposition.

Pursuant to the Court's Order of October 5, 2009 (Rec. Doc. No. 320), the parties also addressed their dispute regarding Pretrial Order No.14 (Rec. Doc. No. 281). La Suprema informed the Court that it objected to the Exporter, Importer, or Broker Defendant Profile Form issued by the Court in Pretrial Order No.14. The PSC informed the Court that it had no objections to the Form. Accordingly, the Court directed the parties to meet and confer regarding the dispute and inform the Court of any resolution and/or disputes involving the Pretrial Order.

The hearing was transcribed by Ms. Jodi Simcox, Official Court Reporter. Counsel may contact Ms. Simcox at (504) 589-7780 to request a copy of the transcript.