UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL No. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO ALL CASES | | |

**HOMEBUILDERS' STEERING COMMITTEE'S AND DEFENSE STEERING COMMITTEE'S MOTION TO COMPEL PLAINTIFFS' PROFILE FORMS AND INCORPORATED MEMORANDUM OF LAW**

The Homebuilders' Steering Committee ("HSC") and Defense Steering Committee ("DSC"), through undersigned counsel, respectfully move for entry of an Order compelling the Plaintiffs' Steering Committee ("PSC") immediately to produce all of their Plaintiff Profile Forms for the thousands of clients they claim to represent, and state:

1. Pursuant to Pretrial Order # 11 ("PTO 11") (D.E. 168-2), and this Court's related Order dated August 17, 2009 (D.E. 168), the plaintiffs and certain defendants were required to submit their respective profile forms to liaison counsel on or before September 2, 2009. The PSC was required to submit the Plaintiff Profile Forms "completed and signed by every person making a claim in this litigation using one form per affected address." D.E. 168 at 26.

2. As of the filing of this Motion, Plaintiffs' Liaison Counsel, Russ Herman, has provided Defense Liaison Counsel, Kerry Miller, with fewer than 350 Plaintiff Profile Forms. After removing the 45 Plaintiff Profile Forms submitted by The Mitchell Co., a plaintiff homebuilder, the actual number of forms submitted is actually fewer than 300. This number of Plaintiff Profile Forms stands in stark contrast to the thousands of plaintiffs that Russ Herman and the rest of the PSC repeatedly claim to represent. For example, during the most recent status conference on September 3, 2009, Russ Herman represented that there were 635 drywall cases

992827v.1

pending in MDL No. 2047.  After that status conference, many media outlets ran an Associated Press article that attributed the following to Mr. Herman:

> Around 400 plaintiffs and 20 defendants have filled out "profile forms" for the litigation, but Herman estimated that plaintiffs lawyers represent around 6,000 clients with claims.[1]

3. If Mr. Herman's assertions are even close to being accurate, then the PSC has failed to turn over roughly 5,650 Plaintiff Profile Forms, now nearly three weeks after they were supposed to be submitted in accordance with PTO 11.  In fact, no Plaintiff Profile Forms were submitted for at least three of the homes which the PSC included as part of the 30 properties subject to the court-ordered TIP until after Defense Liaison Counsel specifically requested them on September 17, 2009.[2]

4. As for the Plaintiff Profile Forms that were submitted, many of them are either incomplete, unsigned, and/or illegible.  Samples of these are attached hereto as Composite Exhibits A(incomplete forms), B(unsigned forms) and C(illegible forms), respectively.

5. Equally troubling is the fact that a large number of these fewer than 350 forms were completed by plaintiffs who had previously only asserted claims related to defective Chinese-manufactured drywall in state court, and not in MDL No. 2047.  In fact, many of these same state court plaintiffs who recently submitted Plaintiff Profile Forms filed duplicative lawsuits in federal court almost contemporaneously with the submission of their forms.[3] Whether these state court plaintiffs are engaged in improper forum shopping, or there is some other unexplained purpose for filing essentially the same claims in both state and federal court,

---

[1] *E.g.*, Kunzelman, Michael. "Judge eyes January for trial on Chinese drywall." *Miami Herald.*  September 3, 2009.  Available from http://www.miamiherald.com/news/florida/AP/v-print/story/1216209.html.

[2] These three are: Carson and Charlene Fluharty at 1706 Graduate Way in Pensacola; Lula Daniels at 5918 Biler Drive in Pensacola; and Robert Morris at 14123 Stilton Street in Tampa.

[3] A summary chart listing some of the known duplicative cases is attached hereto as Exhibit D.

the PSC is throwing a large wrench into this Court's efforts to consolidate and coordinate with the state court cases to secure the "just and efficient resolution of this litigation." Pretrial Order #1 at 2.

6. The PSC's failure to live up to its own court-ordered discovery obligations comes at the same time the PSC is seeking to impose expedited discovery obligations on all defendants for information well beyond the focused discovery the Court has permitted to date on both product identification and supply chain. The PSC should be required to turn over all completed and signed Plaintiff Profile Forms before the Court considers the PSC's request to expand the scope of discovery, let alone the PSC's request to expedite such discovery, which requests should be denied in any event.

7. No person should be entitled to participate in this MDL proceeding, through discovery or otherwise, without submitting a profile form. At a bare minimum, because the MDL defendants have been prejudiced by the PSC's failure to submit all completed and signed forms in a timely fashion, the initial bellwether trials should be limited to non-personal injury cases selected from the fewer than 350 forms that the PSC has turned over to date. All MDL defendants were required to submit profile forms, and did so timely, and all MDL plaintiffs should be required to do so as well, failing which their claims should be dismissed with prejudice.

WHEREFORE, for the foregoing reasons, the HSC and DSC respectfully request that the Court:

A. Restrict the potential cases eligible for initial bellwether trials to non-personal injury cases from the fewer than 350 forms submitted to date;

992827v.1

B. Compel plaintiffs' counsel to correct all deficiencies with the fewer than 350 Plaintiff Profile Forms they previously submitted by no later than September 30, 2009, failing which such plaintiffs should be precluded from participating in the initial phases of this MDL No. 2047 and from being eligible for the initial bellwether trials;

C. Compel plaintiffs' counsel to submit all Plaintiff Profile Forms for all plaintiffs they currently represent by September 30, 2009;

D. Require plaintiffs' counsel to submit completed Plaintiff Profile Forms for any claimant within seven (7) days of the execution of an agreement to represent such claimant for a claim related to defective Chinese-manufactured drywall; and

E. Grant such other and further relief that this Court deems just and proper.

This 21st day of September, 2009.

Respectfully submitted,

**HOMEBUILDERS' STEERING COMMITTEE**

Phillip A. Wittmann
Stone, Pigman, Walther, Wittman
546 Carondelet St.
New Orleans, LA  70130
(504) 593-0804

Hilarie Bass
Greenberg Traurig PA
1221 Brickell Avenue
Miami, FL 33131
(315) 579-0500

Elizabeth J. Cabraser
Leiff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery St., Suite 3000
San Francisco, CA  94111
(415) 956-1000

J. Kevin Buster
King & Spaulding, LLP
1180 Peachtree St., NE
Atlanta, GA  30309
(404) 572-4804

Neal A. Sivyer
Sivyer Barlow & Watson PA
401 East Jackson Street, Suite 2225
Tampa, FL 33602
(813) 221-4242

Steven L. Nicholas
Cunningham Bounds, LLC
1601 Dauphin Street
Mobile, AL  36604
(251) 471-6191

## DEFENDANTS' STEERING COMMITTEE

Kerry J. Miller (ex-officio)
Frilot L.L.C.
Suite 3700
1100 Poydras Street
New Orleans, LA 70163
(504) 599-8000

Douglas B. Sanders
Baker & McKenzie LLP
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL 60601
(312) 861-8075

Jan Douglas Atlas
Adorno & Yoss LLP
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200

Gary F. Baumann
Fulmer, Leroy, Albee, Baumann & Glass
2866 East Oakland Park Boulevard
Ft. Lauderdale, FL  33306

Donald J. Hayden
Baker & McKenzie LLP
1111 Brickell Avenue, Suite 1700
Miami, FL 33131
(305) 789-8966

Mark A. Salky
Greenberg Traurig PA
1221 Brickell Avenue
Miami, FL 33131
(315) 579-0500

Jeffrey Backman
Adorno & Yoss LLP
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200

Steve Walker
Sivyer Barlow & Watson PA
401 East Jackson Street, Suite 2225
Tampa, FL 33602
(813) 221-4242

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **HOMEBUILDERS' STEERING COMMITTEE'S AND DEFENSE STEERING COMMITTEE'S MOTION TO COMPEL PLAINTIFFS' PROFILE FORMS** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 21st day of September, 2009.

By: /s/ Hilarie Bass
/s/ Mark A. Salky
**GREENBERG TRAURIG, P.A.**
*Attorneys for Lennar Corporation, Lennar Homes, LLC, and U.S. Home Corporation*
1221 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

MIA 180,807,822v4 9-21-09

992827v.1