Plaintiff Profile Form – Residential Properties

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION
THIS DOCUMENT RELATES TO: ALL CASES

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

For Internal Use Only

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

Name Property Owner: CAROLYN BUCKLES
Address of Affected Property: 6360 ESSEX COURT
ALGIERS, LA 70131

Is this Property:* Residential / Commercial / Governmental
Name of Person Completing this Form: Carolyn Buckles
Is above your primary residence? (Yes) No
Mailing Address (if different):

Phone: (504) 258-5251

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: Owner-Occupant / Owner Only / Renter-Occupant

Represented By: Scott R. Bickford
Address: Martzell & Bickford
338 Lafayette St.
New Orleans, LA 70130
Phone: (504) 581-9065
Case No. /Docket Info: 09-3928

### Section II. Insurance Information

Homeowner/Renter Insurer: State Farm
Policy #: 18-55-2169-S
Agent:
Address: 12222 State Farm Blvd.
Tulsa, OK 74146-5042
Phone: ( ) -

+ Attach Copy of Insurance Declaration Page

### Section III. Claimant Information

| Name of Claimant | Dates Occupied Move-in | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| Carolyn Buckles | 11/88 | / T | M /(F) | 11/27/54 | Yes / No | OWNER, OCCUPANT |
| Gerald Buckles | / | / | (M)/ F | 10/09/83 | Yes / No | OCCUPANT |
| | / | / | M / F | / | Yes / No | |
| | / | / | M / F | / | Yes / No | |
| | / | / | M / F | / | Yes / No | |
| | / | / | M / F | / | Yes / No | |
| | / | / | M / F | / | Yes / No | |
| | / | / | M / F | / | Yes / No | |
| | / | / | M / F | / | Yes / No | |
| | / | / | M / F | / | Yes / No | |

* Personal injuries include claims for mental anguish and medical monitoring.

Page 1

Plaintiff Profile Form - Residential Properties

## Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?   Yes   No

    1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection? _____

        1.2. When did the inspection take place?   __/__/__

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?   Yes   No

    2.1. If "Yes" to Question 2.0. Section IV. Who made this determination? _____

        2.2. When was this determination made?   __/__/__

## Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

## Section VI. Home Information

| Approx. Sq. Ft. of House: | | | Yes | No |
|---|---|---|---|---|
| Estimated Sq. Ft. of Drywall | | Occupied | | |
| Height of interior Walls | | Year-round | | |
| Number of Bedrooms: | 4 | Summer | | |
| Number of Bathrooms: | 2 | Winter | | |

### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | | |
| Copper Piping | | | |
| Copper Fixtures | | | |
| Other Fixtures | | | |
| Were repairs made to the plumbing system? | | | |
| Dates: | | | |

### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | | | |
| Switches | | | |
| Main Panel | | | |
| 2nd Panel | | | |
| Exposed Copper Wires | | | |
| Were repairs made to the electrical system? | | | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

## Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | __/__ | Completion Date | __/__ |
|---|---|---|---|
| Move In Date: | __/__ | Date Acquired Home | __/__ |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | 9/__/06 | Completion Date | 9/__/07 |
|---|---|---|---|
| Move In Date: | __/__ | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

## Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name: _____

Address: _____

Phone: ( ) ___-____

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

## Section IX. Drywall Installer

Drywall Installer's Name: _____

Address: _____

Phone: ( ) ___-____

## Section X. Drywall Supplier

Drywall Supplier's Name: _____

Address: _____

Phone: ( ) ___-____

Plaintiff Profile Form - Residential Properties

| Section XI. Verification of Plaintiff Profile Form |

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_Carolyn Burkler_      8/31/09
Claimant's Signature     Date Signed     Claimant's Signature     Date Signed

_[signature]_     8/31/09
Claimant's Signature     Date Signed     Claimant's Signature     Date Signed

Claimant's Signature     Date Signed     Claimant's Signature     Date Signed

Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION
THIS DOCUMENT RELATES TO: ALL CASES

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

For Internal Use Only

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

Name Property Owner: Edwin Boquet
Address of Affected Property: 17454 Rosemont Dr.
Prairieville, La 70769

Is this Property:* [X] Residential  [ ] Commercial  [ ] Governmental
Name of Person Completing this Form: Edwin Boquet
Is above your primary residence? (●) Yes  ( ) No
Mailing Address (If different): P.O. Box 773
Prairieville, La 70769

Phone: (225) 290-0377

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: [X] Owner-Occupant  [ ] Owner Only  [ ] Renter-Occupant
Represented By: Becnel Law Firm
Address: P.O. Drawer H
Reserve, LA 70084

Phone: (985) 536-1186
Case No. /Docket Info: 09-4660

### Section II. Insurance Information

Homeowner/ Renter Insurer: State Farm
Policy #: 18BC42273F
Agent:
Address:
Phone: (   )   -

+ Attach Copy of Insurance Declaration Page

### Section III. Claimant Information

| Name of Claimant | Dates Occupied Move-In | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| Edwin Boquet | / / | / / | [X] M / F | 10 / 21 / 61 | (●) Yes  No ( ) | Owner-Occupant |
| | / / | / / | M / F | / / | ( ) Yes  No ( ) | |
| | / / | / / | M / F | / / | ( ) Yes  No ( ) | |
| | / / | / / | M / F | / / | ( ) Yes  No ( ) | |
| | / / | / / | M / F | / / | ( ) Yes  No ( ) | |
| | / / | / / | M / F | / / | ( ) Yes  No ( ) | |
| | / / | / / | M / F | / / | ( ) Yes  No ( ) | |
| | / / | / / | M / F | / / | ( ) Yes  No ( ) | |
| | / / | / / | M / F | / / | ( ) Yes  No ( ) | |
| | / / | / / | M / F | / / | ( ) Yes  No ( ) | |

* Personal injuries include claims for mental anguish and medical monitoring.

Plaintiff Profile Form - Residential Properties

### Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home? ◯ Yes   No ⦿

1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection? _____

1.2. When did the inspection take place? __/__/__

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?   ◯ Yes   No ◯

2.1. If "Yes" to Question 2.0. Section IV. Who made this determination? _____

2.2. When was this determination made? __/__/__

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

### Section VI. Home Information

| | | Yes | No |
|---|---|---|---|
| Approx. Sq. Ft. of House: | | | |
| Estimated Sq. Ft. of Drywall | Occupied | | |
| Height of Interior Walls | Year-round | | |
| Number of Bedrooms: | Summer | | |
| Number of Bathrooms: | Winter | | |

#### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | ☒ | ☐ | ☐ |
| Copper Piping | ☒ | ☐ | ☐ |
| Copper Fixtures | ☒ | ☐ | ☐ |
| Other Fixtures | ☒ | ☐ | ☐ |
| Were repairs made to the plumbing system? | ☐ | ☐ | |
| Dates: | | | |

#### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ☒ | ☐ | ☐ |
| Switches | ☒ | ☐ | ☐ |
| Main Panel | ☒ | ☐ | ☐ |
| 2nd Panel | ☒ | ☐ | ☐ |
| Exposed Copper Wires | ☒ | ☐ | ☐ |
| Were repairs made to the electrical system? | ☐ | ☐ | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

### Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | __/__/__ | Completion Date | __/__/__ |
|---|---|---|---|
| Move In Date: | __/__/__ | Date Acquired Home | __/__/__ |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | __/__/__ | Completion Date | __/__/__ |
|---|---|---|---|
| Move In Date: | __/__/__ | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | ☐ | ☐ | ☐ |
| First Floor: Full Wall of drywall replaced | ☐ | ☐ | ☐ |
| Second Floor: Any drywall replaced | ☐ | ☐ | ☐ |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:
Sunrise Home Builders

Address: 62250 West End Blvd
Slidell, La 70461

Phone: (985) 649 - 9500

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

### Section IX. Drywall Installer

Drywall Installer's Name:

Address: _____

Phone: (___) ___ - ____

### Section X. Drywall Supplier

Drywall Supplier's Name:

Address: _____

Phone: (___) ___ - ____

Plaintiff Profile Form - Residential Properties

| Section XI. Verification of Plaintiff Profile Form |

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

*Edwin Boquet*                            9/2/09

| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION
THIS DOCUMENT RELATES TO: ALL CASES

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

For Internal Use Only

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

Name Property Owner: JOHANA L. USAGA
Address of Affected Property: 12986 SW 135 ST.
MIAMI, FL 33186
Is this Property: (Residential)  Commercial  Governmental
Name of Person Completing this Form: JOHANA L. USAGA
Is above your primary residence? ⊙ Yes  ○ No
Mailing Address (if different): PO BOX 942124
MIAMI, FL 33194
Phone:
* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow-up form at a later date.
Circle one:  Owner-Occupant  (Owner Only)  Renter-Occupant
Represented By:
Address: ALTERS BOLDT BROWN RASH CULMO
4141 N.E. 2ND Avenue
Miami, Florida 33137
Phone:
Case No./Docket Info:

### Section II. Insurance Information

Homeowner/Renter Insurer: UNIVERSAL INS. CO.
Policy #: HCD 24651
Agent: A.J. MARTINEZ
Address: 6365 TAFT ST. #7005
HOLLYWOOD, FL 33024
Phone: 954-962-0736

+ Attach Copy of Insurance Declaration Page

### Section III. Claimant Information

| Name of Claimant | Dates Occupied Move-In | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| JOHANA L. USAGA | 8/2006 | 4/2009 | M/(F) | 9-7-80 | Y/(N) | OWNER ONLY |
| JESUS M. RODRIGUEZ | 12/2008 | 4/2009 | (M)/F | 8-26-81 | Y/(N) | OWNER ONLY |
| | | | M/F | | Y/N | |
| | | | M/F | | Y/N | |
| | | | M/F | | Y/N | |
| | | | M/F | | Y/N | |
| | | | M/F | | Y/N | |
| | | | M/F | | Y/N | |
| | | | M/F | | Y/N | |
| | | | M/F | | Y/N | |

* Personal injuries include claims for mental anguish and medical monitoring.

Page 1

Plaintiff Profile Form - Residential Properties

### Section IV. Inspection Information

1.0. Have you or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?

1.1. If "Yes" to Question 1.0 Section IV, Who conducted the inspection? **LENNAR**
1.2. When did the inspection take place? **3/2009**

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home? ☒ Yes ☐ No

2.1. If "Yes" to Question 2.0, Section IV, Who made this determination? **LENNAR**
2.2. When was this determination made? **3/2009**

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| UNKNOWN | 04/X6" 23:31 | Master Closet |
| | | |
| | | |

1.0. Have you, or has anyone on your behalf, sent written notice to your homebuilder, drywall contractor, drywall supplier/distributor, drywall manufacturer or any other person or entity of your claim that your home contains Chinese-manufactured drywall? ☐ Yes ☒ No

1.1. If "Yes" to question 1.0 Section V, to whom has any such notice been sent?
1.2. When was notice sent?
+ Attach copy of notice sent

2.0. Have you, or has anyone on your behalf, made a request to anyone that your home be repaired as a result of the presence of Chinese-manufactured drywall in your home?

2.1. If "Yes" to Question 2.0, Section V, to whom has the request been made?
2.2. When was the request made?
+ Attach copy of written request

3.0. Has your home been repaired in any way as a result of the presence of Chinese-manufactured drywall? ☐ Yes ☒ No

3.1. If "No" to question 3.0, Section V. Have any such repairs to your home been offered? ☒ Yes ☐ No
3.1.a. If "Yes" to question 3.1, Section V. When was the offer made?
3.1.b. Who made the offer? **Lennar**

3.2. If "Yes" to Question 3.0, Section V. Have any such repairs to your home been initiated? ☐ Yes ☐ No
3.2.a. Have any such repairs to your home been completed? ☐ Yes ☐ No
3.2.b. Who paid or is paying for the repairs?
3.2.c. What was/is the total cost?
3.2.d. Have samples of the Chinese-manufactured drywall been kept? ☐ Yes ☐ No
3.2.e. Who possesses the samples?

### Section VI. Questions for Florida Residents Only*

1.0. Have you, or anyone on your behalf, sent any notices under Chapter 558 of the Florida Statutes regarding the presence of Chinese-manufactured drywall in your home? ☐ Yes ☒ No

1.1. If "Yes" to Question 1.0., Section VI, To whom has any such notice been sent?
1.2. When was notice sent?
+ Attach copy of notice

2.0. Have you received any responses to your notice under Chapter 558?
2.1. If "Yes" to Question 2.0., Section VI, From whom did you receive such notice?
2.2. When was it received?

3.0. Has anyone inspected your home in response to your notice under Chapter 558? ☐ Yes ☐ No
3.1. If "Yes" to Question 3.0., Section VI. Who inspected your home?

4.0. Have you received a written offer to repair your home in response to your notice under Chapter 558? ☐ Yes ☐ No
4.1. If "Yes" to Question 4.0., Section VI. From whom did you receive this written offer?
4.2. When was it received?

5.0. Have any repairs been performed in your home in response to your notice under Chapter 558? ☐ Yes ☐ No
5.1. If "Yes" to Question 5.0., Section VI. Who performed these repairs?
5.2. What repairs were performed?
5.3. When were the repairs performed?

* By completing this section, you are not relieved of your obligations to comply with the mandates of Chapter 558, Florida Statutes and the Defendants are not waiving any rights they may have pursuant to Chapter 558, Florida Statutes. By answering this form, you are not conceding that Section 558 of the Florida Statutes is applicable.

Plaintiff Profile Form - Residential Properties

### Section VII. Home Information

| | | Yes | No |
|---|---|---|---|
| Approx. Sq. Ft. of House: | | | |
| Estimated Sq. Ft. of Drywall | Occupied | | |
| Height of Interior Walls | Year-round | | |
| Number of Bedrooms: | Summer | | |
| Number of Bathrooms: | Winter | | |

#### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | | |
| Copper Piping | | | |
| Copper Fixtures | | | |
| Other Fixtures | | | |
| Were repairs made to the plumbing system? | | | |

Dates: A/C COILS BLACK

#### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | | | |
| Switches | | | |
| Main Panel | | | |
| 2nd Panel | | | |
| Exposed Copper Wires | | | |
| Were repairs made to the electrical system? | | | |

Dates:

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

### Section VIII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)
Start Date:                Completion Date
Move In Date:              Date Acquired Home

Date Range for Renovations: (Month/Day/Year)
Start Date:                Completion Date
Move In Date:

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

### Section IX. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:
LYNNG
Address: M. 2ml, FL

Phone:

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

### Section X. Drywall Installer

Drywall Installer's Name:

Address: UNKNOWN

Phone:

### Section XI. Drywall Supplier

Drywall Supplier's Name:

Address: UNKNOWN

Phone:

### Section XII. Verification of Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_____   8/28/09
Claimant's Signature       Date Signed         Claimant's Signature         Date Signed

_____   8/28/09
Claimant's Signature       Date Signed         Claimant's Signature         Date Signed

Claimant's Signature       Date Signed         Claimant's Signature         Date Signed

_____   9/1/9
Lawyer's Signature         Date Signed

Page 3

Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION
THIS DOCUMENT RELATES TO: ALL CASES

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

For Internal Use Only

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

Name Property Owner: Thomas Teety
Address of Affected Property: 5165 SE Mariner Garden Cir., unit 54, Stuart, FL 34947
Is this Property: (Residential) Commercial Governmental
Name of Person Completing this Form: Lauri J. Goldstein, Esq.
Is above your primary residence? Yes (No)
Mailing Address (if different): 6107 SE Georgetown Pl, Hobe Sound, FL 33455
Phone: (772) 545-9131

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: Owner-Occupant   Owner Only   Renter-Occupant

Represented By: Lauri J. Goldstein, Esq.
Address: A Law Office of Lauri J. Goldstein, PA
1330 S. Federal Highway
Stuart, FL 34994
Phone: (772) 286-2805
Case No. /Docket Info: 09-14137-Civ-Martinez/Lynch

### Section II. Insurance Information

Homeowner/ Renter Insurer:
Policy #:
Agent:
Address:
Phone: (   )   -

+ Attach Copy of Insurance Declaration Page

### Section III. Claimant Information

| Name of Claimant | Dates Occupied Move-in | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| Thomas M. Teety | / / | / / | (M) / F | / / | (Yes) No | Owner |
| Susan Teety | / / | / / | M / (F) | / / | (Yes) No | Owner |
|  | / / | / / | M / F | / / | Yes No |  |
|  | / / | / / | M / F | / / | Yes No |  |
|  | / / | / / | M / F | / / | Yes No |  |
|  | / / | / / | M / F | / / | Yes No |  |
|  | / / | / / | M / F | / / | Yes No |  |
|  | / / | / / | M / F | / / | Yes No |  |
|  | / / | / / | M / F | / / | Yes No |  |
|  | / / | / / | M / F | / / | Yes No |  |

* Personal injuries include claims for mental anguish and medical monitoring.

Page 1

Plaintiff Profile Form - Residential Properties

### Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home? **(Yes)** No

    1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection? **Steve Rubin**

    1.2. When did the inspection take place? **4/27/09**

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home? **(Yes)** No

    2.1. If "Yes" to Question 2.0. Section IV. Who made this determination? **Steve Rubin**

    2.2. When was this determination made? **4/27/09**

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauph | Chinese | entire Build |
| Bethenilt | | |

### Section VI. Home Information

| | | Yes | No |
|---|---|---|---|
| Approx. Sq. Ft. of House: | | | |
| Estimated Sq. Ft. of Drywall | Occupied | | |
| Height of Interior Walls | Year-round | | |
| Number of Bedrooms: | Summer | | |
| Number of Bathrooms: | Winter | | |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | | |
| Copper Piping | | | |
| Copper Fixtures | | | |
| Other Fixtures | | | |
| Were repairs made to the plumbing system? | | | |
| Dates: | | | |

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | | | |
| Switches | | | |
| Main Panel | | | |
| 2nd Panel | | | |
| Exposed Copper Wires | | | |
| Were repairs made to the electrical system? | | | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

### Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | Date Acquired Home | / / |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

Address:

Phone: ( ) -

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

### Section IX. Drywall Installer

Drywall Installer's Name:

Address:

Phone: ( ) -

### Section X. Drywall Supplier

Drywall Supplier's Name:

Address:

Phone: ( ) -

Page 2

Plaintiff Profile Form - Residential Properties

### Section XI. Verification of Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

/s/ Thomas Leery — 9/b/09
as agent

| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
|---|---|---|---|
| | | | |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| | | | |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |