Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION<br>THIS DOCUMENT RELATES TO: ALL CASES | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**For Internal Use Only**

File Number: _____

Date Received: _____

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

- **Name Property Owner:** Richard & Nancy Nelson
- **Address of Affected Property:** 6635 Bobby Jones Court, Palmetto, FL 34221
- **Is this Property:** Residential [X]  Commercial [ ]  Governmental [ ]
- **Name of Person Completing this Form:** Plaintiff's Counsel
- **Is above your primary residence?** Yes [X] No [ ]
- **Mailing Address (if different):** _____
- **Phone:** (941) 493-0191
- *If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.*
- **Circle one:** Owner-Occupant [X]  Owner Only [ ]  Renter-Occupant [ ]
- **Represented By:** Colson Hicks Eidson
- **Address:** 255 Aragon Avenue, Coral Gables, FL 33134
- **Phone:** (305) 476-7400
- **Case No. /Docket Info:** _____

### Section II. Insurance Information

- **Homeowner/ Renter Insurer:** Federated National Insurance Co.
- **Policy #:** FNH091697-02
- **Agent:** Greater Florida Insurance - Sam Self
- **Address:** POLIVCHAK & SELF INSURANCE SVSCS, Inc., 4213 Bee Ridge Road, Sarasota, FL 34233
- **Phone:** (941) 378-1900

+ Attach Copy of Insurance Declaration Page

### Section III. Claimant Information

| Name of Claimant | Dates Occupied Move-in | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal injuries? Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| Dick Nelson | Nov 15, 2006 | April 2009 | M | Jul 16, 1943 | Yes [X] No [ ] | Owner-Occupant |
| Nancy Nelson | Nov 15, 2006 | April 2009 | F | Jul 28, 1941 | Yes [X] No [ ] | Owner-Occupant |
| | / / | / / | M / F | / / | Yes [ ] No [ ] | |
| | / / | / / | M / F | / / | Yes [ ] No [ ] | |
| | / / | / / | M / F | / / | Yes [ ] No [ ] | |
| | / / | / / | M / F | / / | Yes [ ] No [ ] | |
| | / / | / / | M / F | / / | Yes [ ] No [ ] | |
| | / / | / / | M / F | / / | Yes [ ] No [ ] | |
| | / / | / / | M / F | / / | Yes [ ] No [ ] | |
| | / / | / / | M / F | / / | Yes [ ] No [ ] | |

* Personal injuries include claims for mental anguish and medical monitoring.

Plaintiff Profile Form - Residential Properties

### Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home? **Yes ☒ No ☐**

1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection? Yanes Security & Investigative Services, Inc.

1.2. When did the inspection take place? Mar 3, 2009

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home? **Yes ☒ No ☐**

2.1. If "Yes" to Question 2.0. Section IV. Who made this determination? Javier Yanes of Yanes Security & Investigative Services, Inc.

2.2. When was this determination made? Mar 3, 2009

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf | Knauf | Attic in garage |

### Section VI. Home Information

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 2,500 | | | |
| Estimated Sq. Ft. of Drywall | | Occupied | ☐ | ☒ |
| Height of interior Walls | 12 ft | Year-round | ☐ | ☒ |
| Number of Bedrooms: | 4 | Summer | ☐ | ☒ |
| Number of Bathrooms: | 3 | Winter | ☐ | ☒ |

#### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | ☐ | ☐ | ☒ |
| Copper Piping | ☒ | ☐ | ☐ |
| Copper Fixtures | ☒ | ☐ | ☐ |
| Other Fixtures | ☐ | ☐ | ☒ |
| Were repairs made to the plumbing system? | ☐ | ☒ | |
| Dates: | | | |

#### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ☒ | ☐ | ☐ |
| Switches | ☒ | ☐ | ☐ |
| Main Panel | ☐ | ☐ | ☒ |
| 2nd Panel | ☐ | ☐ | ☒ |
| Exposed Copper Wires | ☒ | ☐ | ☐ |
| Were repairs made to the electrical system? | ☐ | ☒ | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

### Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)
- Start Date: February 2006
- Completion Date: November/2006
- Move In Date: Nov 15, 2006
- Date Acquired Home: Nov 16, 2006

Date Range for Renovations: (Month/Day/Year)
- Start Date: / /
- Completion Date: / /
- Move In Date: / /

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | ☐ | ☒ | ☐ |
| First Floor: Full Wall of drywall replaced | ☐ | ☒ | ☐ |
| Second Floor: Any drywall replaced | ☐ | ☒ | ☐ |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name: Lennar Corporation

Address: C T Corporation System c/o Registered Agent for Lennar Corp.
1200 South Pine Island Road
Plantation, Florida 33324

Phone: ( ) -

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

### Section IX. Drywall Installer

Drywall Installer's Name:

Address:

Phone: ( ) -

### Section X. Drywall Supplier

Drywall Supplier's Name: Banner Supply Co.

Address: Arthur Landers
Registered Agent for Banner Supply Co.
7195 NW 30th Street
Miami, FL 33122

Phone: ( ) -

Page 2

Case 2:09-md-02047-EEF-MBN   Document 324-2   Filed 09/22/09   Page 3 of 12
Case 2:09-md-02047-EEF-JCW   Document 168   Filed 08/17/2009   Page 28 of 28
Plaintiff Profile Form - Residential Properties

### Section XI. Verification of Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

Plaintiff Profile Form - Residential Properties

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

**For Internal Use Only**
File Number: _____
Date Received: _____

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

**Name Property Owner:** James B. Tarzy
**Address of Affected Property:** 28479 Altessa Way, Unit 101
Bonita Springs, Florida 33135

**Is this Property:** Residential [X]   Commercial [ ]   Governmental [ ]

**Name of Person Completing this Form:** Plaintiff's Counsel

**Is above your primary residence?** Yes [X] No [ ]

**Mailing Address (if different):** 11 Sunrise Trail
Medford, NJ 8055

**Phone:** (609) 820-0012

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

**Circle one:** Owner-Occupant [ ]   Owner Only [ ]   Renter-Occupant [ ]

**Represented By:** Ervin Gonzalez, Esq.
**Address:** Colson Hicks Eidson
255 Aragon Avenue, Second Floor
Coral Gables, Florida 33134

**Phone:** (305) 476-7400
**Case No. /Docket Info:** 09-CV-04117-EEF-JCW (EDLA)

### Section II. Insurance Information

**Homeowner/ Renter Insurer:** _____
**Policy #:** _____
**Agent:** _____
**Address:** _____
**Phone:** ( ___ ) ___ - ___

+ Attach Copy of Insurance Declaration Page

### Section III. Claimant Information

| Name of Claimant | Dates Occupied Move-in | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| James B. | 6/1/07 | 1/01//09 | M/F | 2/25/69 | Yes [X] No [ ] | Owner-Occupant |
| Barbara L. Tarzy | 6/1/07 | 1/01/09 | M/F | 10/11/71 | Yes [X] No [ ] | Occupant or Renter Only |
| Jack Tarzy | 6/1/07 | 1/01/09 | M/F | 10/28/03 | Yes [X] No [ ] | Occupant or Renter Only |
| Lea Grace Tarzy | 6/1/07 | 1/01/09 | M/F | 9/18/01 | Yes [X] No [ ] | Occupant or Renter Only |
| | / / | / / | M/F | / / | Yes [ ] No [ ] | |
| | / / | / / | M/F | / / | Yes [ ] No [ ] | |
| | / / | / / | M/F | / / | Yes [ ] No [ ] | |
| | / / | / / | M/F | / / | Yes [ ] No [ ] | |
| | / / | / / | M/F | / / | Yes [ ] No [ ] | |
| | / / | / / | M/F | / / | Yes [ ] No [ ] | |

* Personal injuries include claims for mental anguish and medical monitoring.

Plaintiff Profile Form - Residential Properties

### Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?  Yes ☒ No ☐

1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection? Yanes Security & Investigative Services, Inc., 305-461-5200

1.2. When did the inspection take place? 03/02/09

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home? Yes ☒ No ☐

2.1. If "Yes" to Question 2.0. Section IV. Who made this determination? Yanes Security & Investigative Services, Inc., 305-461-5200

2.2. When was this determination made? 03/02/09

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

### Section VI. Home Information

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 1,800 SF | | | |
| Estimated Sq. Ft. of Drywall | | Occupied | | ☒ |
| Height of Interior Walls | | Year-round | ☐ | ☐ |
| Number of Bedrooms: | 3 | Summer | ☐ | ☐ |
| Number of Bathrooms: | 2 | Winter | ☐ | ☐ |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | ☒ | ☐ | ☐ |
| Copper Piping | ☐ | ☐ | ☐ |
| Copper Fixtures | ☐ | ☐ | ☐ |
| Other Fixtures | ☐ | ☐ | ☐ |
| Were repairs made to the plumbing system? | ☐ | ☐ | |
| Dates: | | | |

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ☒ | ☐ | ☐ |
| Switches | ☒ | ☐ | ☐ |
| Main Panel | ☐ | ☐ | ☐ |
| 2nd Panel | ☐ | ☐ | ☐ |
| Exposed Copper Wires | ☐ | ☐ | ☐ |
| Were repairs made to the electrical system? | ☐ | ☐ | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

### Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | 6/1/07 | Date Acquired Home | 6/1/07 |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | ☐ | ☐ | ☐ |
| First Floor: Full Wall of drywall replaced | ☐ | ☐ | ☐ |
| Second Floor: Any drywall replaced | ☐ | ☐ | ☐ |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

Address: Taylor-Woodrow Communities at Vasari
c/o NRAI Services, Inc. Registered Agent
2731 Executive Park Drive, Suite 4, Weston, FL 33331

Phone: (   )    -    

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

### Section IX. Drywall Installer

Drywall Installer's Name:

Address:

Phone: (   )    -    

### Section X. Drywall Supplier

Drywall Supplier's Name:

Address: Arthur Landers
Registered Agent for Banner Supply Co.
7195 NW 30th Street
Miami, FL 33122

Phone: (   )    -

Plaintiff Profile Form - Residential Properties

| Section XI. Verification of Plaintiff Profile Form |

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_____ , _____    _____ , _____
       Claimant's Signature            Date Signed            Claimant's Signature            Date Signed

_____ , _____    _____ , _____
       Claimant's Signature            Date Signed            Claimant's Signature            Date Signed

_____ , _____    _____ , _____
       Claimant's Signature            Date Signed            Claimant's Signature            Date Signed



Plaintiff Profile Form - Residential Properties

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION
THIS DOCUMENT RELATES TO: ALL CASES

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

For Internal Use Only
File Number
Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

| | |
|---|---|
| Name Property Owner | Peggy Tromatore |
| Address of Affected Property | 1221 Bayou Road |
| | Violet, Louisiana |
| Is this Property:* | [X] Residential  [ ] Commercial  [ ] Governmental |
| Name of Person Completing this Form | |
| Is above your primary residence? | ⊙ Yes   No ○ |
| Mailing Address (if different) | P.O. Box 95 |
| | Louisiana 70085 |
| | 504-460-4167 |
| Phone: | (504) 430 - 4167 |

*If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

| | |
|---|---|
| Circle one: | [ ] Owner-Occupant  [ ] Owner Only  [ ] Renter-Occupant |
| Represented By: | Joseph M. Bruno |
| Address: | 855 Barrone Street |
| | 3rd Floor |
| | New Orleans, Louisiana 70113 |
| Phone: | (504) 561 - 6776 |
| Case No. /Docket Info: | |

### Section II. Insurance Information

| | |
|---|---|
| Homeowner/ Renter Insurer: | All State Insurance |
| Policy #: | 031531774 |
| Agent: | Capetia, Chip |
| Address: | 322 West Judge Perez |
| | Suite A |
| | Chalmette, Louisiana |
| Phone: | (504) 271 - 4064 |

+ Attach Copy of Insurance Declaration Page

### Section III. Claimant Information

| Name of Claimant | Dates Occupied Move-In | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, as Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| Peggy Tromatore | / / | / / | M / F | 08/08/45 | Yes / No | Owner-Occupant |
| Ronald Tromatore | / / | / / | M / F | 12/1/42 | Yes / No | Owner-Occupant |
| | / / | / / | M / F | / / | Yes / No | |
| | / / | / / | M / F | / / | Yes / No | |
| | / / | / / | M / F | / / | Yes / No | |
| | / / | / / | M / F | / / | Yes / No | |
| | / / | / / | M / F | / / | Yes / No | |
| | / / | / / | M / F | / / | Yes / No | |
| | / / | / / | M / F | / / | Yes / No | |
| | / / | / / | M / F | / / | Yes / No | |

* Personal injuries include claims for mental anguish and medical monitoring.

Page 1

Plaintiff Profile Form - Residential Properties

## Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?  ◯ Yes  No ◯

1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection? Micheal Barclay CIN,CSP

1.2. When did the inspection take place? 04 / / 09

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?  ◯ Yes  No ◯

2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?

2.2. When was this determination made? 04 / / 09

## Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

## Section VI. Home Information

Approx. Sq. Ft. of House:

Estimated Sq. Ft. of Drywall:

Height of Interior Walls:

Number of Bedrooms:

Number of Bathrooms:

| | Yes | No |
|---|---|---|
| Occupied | ☒ | |
| Year-round | ☒ | |
| Summer | ☒ | |
| Winter | ☒ | |

### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | | |
| Copper Piping | | | |
| Copper Fixtures | | | |
| Other Fixtures | | | |

Were repairs made to the plumbing system? yes

Dates: February 2009

### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ☒ | | |
| Switches | ☒ | | |
| Main Panel | | | |
| 2nd Panel | | | |
| Exposed Copper Wires | ☒ | | |
| Were repairs made to the electrical system? | | | |

Dates:

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

## Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

Start Date: / /     Completion Date: / /

Move in Date: / /     Date Acquired Home: / /

Date Range for Renovations: (Month/Day/Year)

Start Date: / /     Completion Date: / /

Move in Date: / /

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | ☒ |
| First Floor: Full Wall of drywall replaced | ☒ | | |
| Second Floor: Any drywall replaced | | ☒ | |

## Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

Address:

Phone: ( ) -

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

## Section IX. Drywall Installer

Drywall Installer's Name:

Address: Ohio, IL

Phone: ( ) -

## Section X. Drywall Supplier

Drywall Supplier's Name: Bradford Lumber

Address:

Phone: ( ) -

Plaintiff Profile Form - Residential Properties

### Section XI. Verification of Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| --- | --- | --- | --- |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION
THIS DOCUMENT RELATES TO: ALL CASES

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

For Internal Use Only

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

Name Property Owner: Cindy Goldstein
Address of Affected Property: 8236 NW 125 Lane, Parkland, FL 33076
Is this Property: (Residential) Commercial Governmental
Name of Person Completing this Form:
Is above your primary residence? ☒ Yes ☐ No
Mailing Address (if different):
Phone:

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: (Owner-Occupant) Owner Only Renter-Occupant

Represented By: ALTERS BOLDT BROWN RASH CULMO
Address: 4141 N.E. 2ND Avenue, Miami, Florida 33137
Phone:
Case No. /Docket Info:

### Section II. Insurance Information

Homeowner/Renter Insurer: United Property & Casualty Ins. Co.
Policy #: UHV 202991100 01
Agent: BL Schwartz Insurance Agency
Address: 10331 Royal Palm Blvd., Coral Springs, FL 33065
Phone: 954-255-1551

+ Attach Copy of Insurance Declaration Page

### Section III. Claimant Information

| Name of Claimant | Dates Occupied Move-in | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| Cindy Goldstein | | | M / Ⓕ | 1/19/76 | Y / Ⓝ | Owner-Occupant |
| | | | M / F | | Y / N | |
| | | | M / F | | Y / N | |
| | | | M / F | | Y / N | |
| | | | M / F | | Y / N | |
| | | | M / F | | Y / N | |
| | | | M / F | | Y / N | |
| | | | M / F | | Y / N | |
| | | | M / F | | Y / N | |
| | | | M / F | | Y / N | |

* Personal injuries include claims for mental anguish and medical monitoring.

Page 1

Plaintiff Profile Form - Residential Properties

### Section IV. Inspection Information

○ Has ○ No or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?

1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection? **ABBRC**

1.2. When did the inspection take place? **Unknown**

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home? ● Yes ○ No

2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?

2.2. When was this determination made? **Unknown**

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Unknown | Unknown | |
| | | |
| | | |
| | | |

1.0. Have you, or has anyone on your behalf, sent written notice to your homebuilder, drywall contractor, drywall supplier/distributor, drywall manufacturer or any other person or entity of your claim that your home contains Chinese-manufactured drywall? ○ Yes ● No

1.1. If "Yes" to question 1.0 Section V. to whom has any such notice been sent?

1.2. When was notice sent?

+ Attach copy of notice Sent

2.0. Have you, or has anyone on your behalf, made a request to anyone that your home be repaired as a result of the presence of Chinese-manufactured drywall in your home? **NO**

2.1. If "Yes" to Question 2.0. Section V. to whom has the request been made?

2.2. When was the request made?

+ Attach copy of written request

3.0. Has your home been repaired in any way as a result of the presence of Chinese-manufactured drywall? ○ Yes ● No

3.1. If "No" to question 3.0. Section V. Have any such repairs to your home been offered? ○ Yes ● No

3.1.a. If "Yes" to question 3.1. Section V. When was the offer made?

3.1.b. Who made the offer?

3.2. If "Yes" to Question 3.0. Section V. Have any such repairs to your home been initiated? ○ Yes ○ No

3.2.a. Have any such repairs to your home been completed? ○ Yes ○ No

3.2.b. Who paid or is paying for the repairs?

3.2.c. What was/is the total cost?

3.2.d. Have samples of the Chinese-manufactured drywall been kept? ○ Yes ○ No

3.2.e. Who possesses the samples?

### Section VI. Questions for Florida Residents Only*

1.0. Have you, or anyone on your behalf, sent any notices under Chapter 558 of the Florida Statutes regarding the presence of Chinese-manufactured drywall in your home? ○ Yes ● No

1.1. If "Yes" to Question 1.0., Section VI. To whom has any such notice been sent?

1.2. When was notice sent?

+ Attach copy of notice

2.0. Have you received any responses to your notice under Chapter 558?

2.1. If "Yes" to Question 2.0., Section VI. From whom did you receive such notice?

2.2. When was it received?

3.0. Has anyone inspected your home in response to your notice under Chapter 558? ○ Yes ○ No

3.1. If "Yes" to Question 3.0., Section VI. Who inspected your home?

4.0. Have you received a written offer to repair your home in response to your notice under Chapter 558? ○ Yes ○ No

4.1. If "Yes" to Question 4.0., Section VI. From whom did you receive this written offer?

4.2. When was it received?

5.0. Have any repairs been performed in your home in response to your notice under Chapter 558? ○ Yes ○ No

5.1. If "Yes" to Question 5.0., Section VI. Who performed these repairs?

5.2. What repairs were performed?

5.3. When were the repairs performed?

* By completing this section, you are not relieved of your obligations to comply with the mandates of Chapter 558, Florida Statutes and the Defendants are not waiving any rights they may have pursuant to Chapter 558, Florida Statutes. By answering this form, you are not conceding that Section 558 of the Florida Statues is applicable.

Plaintiff Profile Form - Residential Properties

### Section VII. Home Information

| Approx. Sq. Ft. of House: | 4100 | | | Yes | No |
|---|---|---|---|---|---|
| Estimated Sq. Ft. of Drywall | | | Occupied | X | |
| Height of Interior Walls | | | Year-round | X | |
| Number of Bedrooms: | 4 | | Summer | | |
| Number of Bathrooms: | 3 | | Winter | | |

#### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | X | | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

#### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | | | |
| 2nd Panel | | | |
| Exposed Copper Wires | | | |
| Were repairs made to the electrical system? | | | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

### Section VIII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | | Completion Date | 2006 |
|---|---|---|---|
| Move In Date: | 12/19/08 | Date Acquired Home | 12/19/08 |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | | Completion Date | |
|---|---|---|---|
| Move In Date: | | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

### Section IX. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name: **WCI**

Address:

Phone:

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

### Section X. Drywall Installer

Drywall Installer's Name: Unknown

Address:

Phone:

### Section XI. Drywall Supplier

Drywall Supplier's Name: Unknown

Address:

Phone:

### Section XII. Verification of Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_____ , _____  _____ , _____
Claimant's Signature     Date Signed     Claimant's Signature     Date Signed

_____ , _____  _____ , _____
Claimant's Signature     Date Signed     Claimant's Signature     Date Signed

_____ , _____  _____ , _____
Claimant's Signature     Date Signed     Claimant's Signature     Date Signed

_Ashrié Grasham_   9/2/09
Lawyer's Signature   Date Signed