UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | : | MDL NO. 2047 |
| IN RE: CHINESE MANUFACTURED DRYWALL | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . : | | |

**THIS DOCUMENT RELATES TO ALL CASES**


**<u>ORDER</u>**

The Court directed the parties to draft a pretrial order concerning the preservation of documents and data, specifically electronically stored information ("ESI").  The parties met and conferred on several occasions to develop the pretrial order, yet were unable to come to an agreement.  The Plaintiffs' Steering Committee has requested guidance from the Court in resolving the disputes between the parties.  The Homebuilders' Steering Committee has requested that a hearing be set so that the parties may present their respective arguments to the Court regarding the pretrial order.  Accordingly, IT IS ORDERED that a hearing WITH ORAL ARGUMENT is SCHEDULED for October 15, 2009, following the monthly status conference scheduled for 9:00 a.m. that same day, to address the parties' disputes as to the proposed pretrial order concerning preservation of documents and data, specifically ESI.


New Orleans, Louisiana, this  7th  day of October, 2009.


ELDON E. FALLON
UNITED STATES DISTRICT JUDGE