UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL 2047<br><br>SECTION "L" |
| THIS DOCUMENT PERTAINS TO DOCKET NO. 09-6072 | * * * | JUDGE FALLON<br><br>MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

The undersigned hereby appears for the parties in interest named below and request all notices should be sent to the addresses listed below.

**PARTY IN INTEREST**:

HBW Insurance Services, LLC.
3587 Parkway Lane
Norcross, Georgia 30092

**NOTICE SHOULD BE MAILED TO**:

Daniel J. Caruso, Esq.
Jay H. Kern, Esq.
Simon, Peragine, Smith & Redfearn, L.L.P.
1100 Poydras Street
30th Floor - Energy Centre
New Orleans, Louisiana  70163

**BY ATTORNEYS**:

__/s/ Daniel J. Caruso_____
Daniel J. Caruso, Bar No. 3941
Jay H. Kern, Bar No. 7345
Betty F. Mullin, Bar No. 9818
SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
1100 Poydras Street
30th Floor - Energy Centre
New Orleans, Louisiana 70163
Telephone:   (504) 569-2030
Telecopier:   (504) 569-2999
djcaruso@spsr-law.com
jayk@spsr-law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was this day filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

New Orleans, Louisiana, this 9th day of October, 2009.

                __/s/ Daniel J. Caruso_____
                Daniel J. Caruso

N:\DATA\M\23421057\pleadings\Request.Not.wpd