UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| This Document Relates to 09-4119 | * * | SECTION: L |
| | * * | JUDGE FALLON |
| | * * * * | MAGISTRATE JUDGE WILKINSON |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**MOTION FOR LEAVE TO FILE
REPLY IN SUPPORT OF MOTION OF KNAUF GIPS KG
FOR PROTECTIVE ORDER TO REQUIRE
<u>USE OF THE HAGUE EVIDENCE CONVENTION</u>**

**NOW INTO COURT,** through undersigned counsel, comes Knauf Gips KG, and moves this Court for Leave to file the attached Reply In Support Of Motion Of Knauf Gips KG For Protective Order To Require Use Of The Hague Evidence Convention.  The Reply, attached herewith as Exhibit 1, is necessary to address the legal arguments advanced in opposition to Knauf Gips KG's motion, and will further assist this Court in deciding the issues before it.

Wherefore, Knauf Gips KG respectfully moves this Court for leave to file the attached reply memorandum.

Respectfully submitted by,

/s/ Kyle A. Spaulding

Richard M. Franklin
Douglas B. Sanders
BAKER & MCKENZIE LLP
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL  60601
Telephone:     (312) 861-8075
Facsimile:     (312) 698-2375
Email:  douglas.b.sanders@bakernet.com

Donald J. Hayden
BAKER & McKENZIE
Mellon Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL  33131
Telephone:     (305) 789-8966
Facsimile:     (305) 789-8953
Email:  donald.j.hayden@bakernet.com

Kerry J. Miller (LA Bar #24562)
Kyle A. Spaulding (LA Bar #29000)
FRILOT L.L.C.
1100 Poydras Street Suite 3700
New Orleans, LA 70163
Telephone: (504) 599-8000
Facsimile: (504) 599-8100
E-mail:  Kmiller@frilot.com

*Counsel for Knauf Gips KG*

## **CERTIFICATE**

I hereby certify that the above and foregoing Motion for Leave to File Reply In Support of Motion of Knauf Gips KG For Protective Order To Require Use of Hague Evidence Convention has been served upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this 12th day of October, 2009.

/s/ Kyle A. Spaulding

Richard M. Franklin
Douglas B. Sanders
BAKER & MCKENZIE LLP
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL  60601
Telephone:	(312) 861-8075
Facsimile:	(312) 698-2375
Email:  douglas.b.sanders@bakernet.com

Donald J. Hayden
BAKER & McKENZIE
Mellon Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL  33131
Telephone:	(305) 789-8966
Facsimile:	(305) 789-8953
Email:  donald.j.hayden@bakernet.com

Kerry J. Miller (LA Bar #24562)
Kyle A. Spaulding (LA Bar #29000)
FRILOT L.L.C.
1100 Poydras Street Suite 3700
New Orleans, LA 70163
Telephone: (504) 599-8000
Facsimile: (504) 599-8100
E-mail:  Kmiller@frilot.com


*Counsel for Knauf Gips KG*