





# Invoice

Knauf Gips KG · Postfach 10 · 97343 Iphofen

L & W Supply Corporation
Attn. Tony Muglia
125 South Franklin Street

60680-6237 CHICAGO / ILLINOIS
USA

| | | |
|---|---|---|
| ***Number*** 74581931 | ***Date*** 24.03.2006 | ***Sheet*** 1 |
| ***No. of customer*** 113954 | ***Booking date*** 17.03.2006 | |
| ***Date of order*** 01.03.2006 | ***Order*** LW2 CAN | |
| ***Your VAT-Reg-No.*** | ***Your ILN-No.*** | |
| ***Our VAT-Reg-No.*** DE133017134 | ***Our ILN-No.*** 4003982 00000 2 | |
| ***Delivery note*** 94346187 | ***Service rendered*** 17.03.2006 | |
| ***Order*** 5194964 | ***Date*** 01.03.2006 | ***Offer*** |
| ***Contact person*** HIRTHJ | ***Mode of delivery*** Seafreight | |
| ***Currency*** USD | ***County*** 75945 99200 | ***POD*** 0085 |

***Order initiator***
L & W Supply Corporation
125 South Franklin Street
US-60680-6237 Chicago / Illinois

***Delivery address***
L & W Supply Corporation
125 South Franklin Street
US-60680-6237 Chicago / Illinois

***Subcontractor***

ORDER NO. LW2 CAN

SHIPMENT ON 22nd MARCH 2006

WITH MV "REBECCA"

PORT OF DESTINATION: CANAVERAL

| *Item* | *Material* | *Quantity* | *Grossprice* | *Rebate %* | *Rebate USD* | *Netprice* | *Item value* |
|---|---|---|---|---|---|---|---|
| 10 | 88094<br>GKB 12,7 1220 3660 AK (68)<br>Customs tariff no.: 68091100 | 127.976 ST 571.412,840 M2 | | | | 236,82 / 100 M2 | 1.353.219,89 |

# EXHIBIT A

Knauf Gips KG, Am Bahnhof 7, 97346 Iphofen, Tel: +49 9323 31-0, Fax: +49 9323 31-277
www.knauf.de, E-Mail: zentrale@knauf.de, Sitz: Iphofen, Registergericht: Würzburg HRA 2754, Steuer-Nr: 227 166 01602
HypoVereinsbank, Würzburg, BLZ 790 200 76, Kto.-Nr. 149 9041, IBAN: DE 09 7902 0076 0001 4990 41, SWIFT-BIC: HYVEDEMM455
Deutsche Bank AG, Würzburg, BLZ 790 700 16, Kto.-Nr. 0 305 508 00, IBAN: DE 57 7907 0016 0030 5508 00, SWIFT-BIC: DEUTDEMM790
Dresdner Bank AG, Würzburg, BLZ 790 800 52, Kto.-Nr. 3 327 930 00, IBAN: DE 64 7908 0052 0332 7830 00, SWIFT-BIC: DRESDEFF791

**The conditions mentioned on back side are valid.**

300.000-01.05-976 73 1 07







# Invoice

Knauf Gips KG · Postfach 10 · 97343 Iphofen

L & W Supply Corporation
Attn. Tony Muglia
125 South Franklin Street

60680-6237 CHICAGO / ILLINOIS
USA

| Number | Date | Sheet |
|---|---|---|
| 74581931 | 24.03.2006 | 2 |
| **No. of customer** | **Booking date** | |
| 113954 | 17.03.2006 | |

GOODS SEAWORTHY PACKED
SHIPPING MARKS:
L & W SUPPLY CORPORATION
125 SOUTH FRANKLIN STREET
CHICAGO, ILLINOIS 60680-6237
USA
PORT OF DESTINATION: CANAVERAL
ORDER NO. LW2 CAN
KOLLO NO. 1 - 1882
GROSSWEIGHT: .......................... KOS
COUNTRY OF ORIGIN: FEDERAL REPUBLIC OF GERMANY
++++++++++++++++++++++++++++++++++++++++++++++++++++
TOTAL PACKED ON 1882 PALLETS
COUNTRY OF ORIGIN: FEDERAL REPUBLIC OF GERMANY
++++++++++++++++++++++++++++++++++++++++++++++++++++
TERMS OF PAYMENT: OPEN CREDIT 30 DAYS FROM ARRIVAL
"TRANSACTION BETWEEN NOT RELATED PARTIES."

| | | | |
|---|---|---|---|
| **Total amount (items)** | | | **1.353.219,89** |
| **V.A.T.** | **0,00 %** | **1.353.219,89 USD** | |
| **Total amount** | | | **in USD1.353.219,89** |
| | | | ======== |
| | | | **in Euro1.114.674,29** |

**Weight 4.913.902 KG**

**Total freight 0,00 + package (VP) 0,00 + logistic costs (LK) 0,00 incl. V.A.T.** **0,00**

**Discountable amount *(Tot.amount less freight charg/pallets and logist.costs incl.V.A.T.)*** **1.353.219,89**

**Terms of payment** **Up to 23.04.2006 without deduction, payable** **1.353.219,89**

**Terms of delivery** **Cost, Insurance & freight Canaveral**

It concerns here a tax-free export supply.

Knauf Gips KG, Am Bahnhof 7, 97346 Iphofen, Tel: +49 9323 31-0, Fax: +49 9323 31-277
www.knauf.de, E-Mail: zentrale@knauf.de, Sitz: Iphofen, Registergericht: Würzburg HRA 2754, Steuer-Nr: 227 166 01602
HypoVereinsbank, Würzburg, BLZ 790 200 76, Kto.-Nr. 149 8041, IBAN: DE 09 7902 0076 0001 4990 41, SWIFT-BIC: HYVEDEMM455
Deutsche Bank AG, Würzburg, BLZ 790 700 16, Kto.-Nr. 0 305 508 00, IBAN: DE 57 7907 0016 0030 5508 00, SWIFT-BIC: DEUTDEMM790
Dresdner Bank AG, Würzburg, BLZ 790 800 52, Kto.-Nr. 3 327 930 00, IBAN: DE 64 7908 0052 0332 7930 00, SWIFT-BIC: DRESDEFF791

**The conditions mentioned on back side are valid.**

300.000-01.05-976 73 1 07







# Invoice

Knauf Gips KG · Postfach 10 · 97343 Iphofen

L & W Supply Corporation
125 South Franklin Street

60680-6237 CHICAGO / ILLINOIS
USA

| | | |
|---|---|---|
| *Number* 74581932 | *Date* 24.03.2006 | *Sheet* 1 |
| *No. of customer* 113954 | *Booking date* 21.03.2006 | |
| *Date of order* 21.03.2006 | *Order* LW2 CAN | |
| *Your VAT-Reg-No.* | *Your ILN-No.* | |
| *Our VAT-Reg-No.* DE133017134 | *Our ILN-No.* 4003982 00000 2 | |
| *Delivery note* 94350570 | *Service rendered* 21.03.2006 | |
| *Order* 5225103 | *Date* 21.03.2006 | *Offer* |
| *Contact person* HIRTHJ | *Mode of delivery* Seafreight | |
| *Currency* USD | *County* 75945 99200 | *POD* 0085 |

*Order initiator*
L & W Supply Corporation
125 South Franklin Street
US-60680-6237 Chicago / Illinois

*Delivery address*
L & W Supply Corporation
125 South Franklin Street
US-60680-6237 Chicago / Illinois

*Subcontractor*

ORDER NO. LW2 CAN

SHIPMENT ON 22nd MARCH 2006

WITH MV "REBECCA"

PORT OF DESTINATION: CANAVERAL

| *Item* | *Material* | *Quantity* | | *Grossprice* | *Rebate %* | *Rebate USD* | *Netprice* | *Item value* |
|---|---|---|---|---|---|---|---|---|
| 10 | 88094 | 612 ST | 2.732,580 M2 | | | | 236,82 / 100 M2 | 6.471,30 |

GKB 12,7 1220 3660 AK (68)
KOLLO NO. 1882 - 1891
STANDARD WALLBOARD 1/2" x 4 x 12 feet
TAPERED EDGE
68 pcs. / pallet
Customs tariff no.: 68091100

300.000-01.05-976 73 1 07

Knauf Gips KG, Am Bahnhof 7, 97346 Iphofen, Tel: +49 9323 31-0, Fax: +49 9323 31-277
www.knauf.de, E-Mail: zentrale@knauf.de, Sitz: Iphofen, Registergericht: Würzburg HRA 2754, Steuer-Nr: 227 166 01602
HypoVereinsbank, Würzburg, BLZ 790 200 76, Kto.-Nr. 149 9041, IBAN: DE 09 7902 0076 0001 4990 41, SWIFT-BIC: HYVEDEMM455
Deutsche Bank AG, Würzburg, BLZ 790 700 16, Kto.-Nr. 0 305 508 00, IBAN: DE 57 7907 0016 0030 5508 00, SWIFT-BIC: DEUTDEMM790
Dresdner Bank AG, Würzburg, BLZ 790 800 52, Kto.-Nr. 3 327 930 00, IBAN: DE 64 7908 0052 0332 7930 00, SWIFT-BIC: DRESDEFF791

**The conditions mentioned on back side are valid.**






# Invoice

Knauf Gips KG · Postfach 10 · 97343 Iphofen

L & W Supply Corporation
125 South Franklin Street

60680-6237 CHICAGO / ILLINOIS
USA

| Number | Date | Sheet |
|---|---|---|
| 74581932 | 24.03.2006 | 2 |
| **No. of customer** | **Booking date** | |
| 113954 | 21.03.2006 | |

GOODS SEAWORTHY PACKED
SHIPPING MARKS:
L & W SUPPLY CORPORATION
125 SOUTH FRANKLIN STREET
CHICAGO, ILLINOIS 60680-6237
USA
PORT OF DESTINATION: CANAVERAL
ORDER NO. LW2 CAN
KOLLO NO. 1883 - 1891
GROSSWEIGHT: ........................ KOS
COUNTRY OF ORIGIN: FEDERAL REPUBLIC OF GERMANY
++++++++++++++++++++++++++++++++++++++++++++++++++
TOTAL PACKED ON 9 PALLETS
COUNTRY OF ORIGIN: FEDERAL REPUBLIC OF GERMANY
++++++++++++++++++++++++++++++++++++++++++++++++++
TERMS OF PAYMENT: OPEN CREDIT 30 DAYS FROM ARRIVAL
"TRANSACTION BETWEEN NOT RELATED PARTIES."

| | | | |
|---|---|---|---|
| **Total amount (items)** | | | **6.471,30** |
| **V.A.T.** | **0,00 %** | **6.471,30 USD** | |
| **Total amount** | | | **in USD 6.471,30** |
| | | | ======== |
| | | | **in Euro 5.330,54** |

**Weight 23.499 KG**
**Total freight 0,00 + package (VP) 0,00 + logistic costs (LK) 0,00 incl. V.A.T.** **0,00**
**Discountable amount** ***(Tot.amount less freight charg/pallets and logist.costs incl.V.A.T.)*** **6.471,30**
**Terms of payment** **Up to 23.04.2006 without deduction, payable** **6.471,30**
**Terms of delivery** **Cost, Insurance & freight Canaveral**

It concerns here a tax-free export supply.

300.000-01.05-976 73 1 07

Knauf Gips KG, Am Bahnhof 7, 97346 Iphofen, Tel: +49 9323 31-0, Fax: +49 9323 31-277
www.knauf.de, E-Mail: zentrale@knauf.de, Sitz: Iphofen, Registergericht: Würzburg HRA 2754, Steuer-Nr: 227 166 01602
HypoVereinsbank, Würzburg, BLZ 790 200 76, Kto.-Nr. 149 9041, IBAN: DE 09 7902 0076 0001 4990 41, SWIFT-BIC: HYVEDEMM455
Deutsche Bank AG, Würzburg, BLZ 790 700 16, Kto.-Nr. 0 305 500 00, IBAN: DE 57 7907 0016 0030 5500 00, SWIFT-BIC: DEUTDEMM790
Dresdner Bank AG, Würzburg, BLZ 790 800 52, Kto.-Nr. 3 327 930 00, IBAN: DE 64 7908 0052 0332 7930 00, SWIFT-BIC: DRESDEFF791

**The conditions mentioned on back side are valid.**







# Invoice

Knauf Gips KG · Postfach 10 · 97343 Iphofen

L & W Supply Corporation
Attn. Tony Muglia
125 South Franklin Street

60680-6237 CHICAGO / ILLINOIS
USA

| Number | Date | Sheet |
|---|---|---|
| 74558833 | 08.03.2006 | 1 |
| *No. of customer* | *Booking date* | |
| 113954 | 01.03.2006 | |
| *Date of order* | *Order* | |
| 23.02.2006 | 100546 | |
| *Your VAT-Reg-No.* | *Your ILN-No.* | |
| *Our VAT-Reg-No.* | *Our ILN-No.* | |
| DE133017134 | 4003982 00000 2 | |
| *Delivery note* | *Service rendered* | |
| 94324524 | 01.03.2006 | |
| *Order* | *Date* | *Offer* |
| 5186748 | 23.02.2006 | |
| *Contact person* | *Mode of delivery* | |
| HIRTHJ | Seafreight | |
| *Currency* | *County* | *POD* |
| USD | 75945<br>99200 | 0085 |

*Order initiator*
L & W Supply Corporation
125 South Franklin Street
US-60680-6237 Chicago / Illinois

*Delivery address*
L & W Supply Corporation
125 South Franklin Street
US-60680-6237 Chicago / Illinois

*Subcontractor*

ORDER NO. 100546

SHIPMENT ON 08th MARCH 2006

WITH MV "ANJA"

PORT OF DESTINATION: CHARLESTON

| Item | Material | Quantity | | Grossprice | Rebate % | Rebate USD | Netprice | Item value |
|---|---|---|---|---|---|---|---|---|
| 10 | 88094 | 59.976 ST | 267.792,840 M2 | | | | 236,82 / 100 M2 | 634.187,00 |
| | GKB 12,7 1220 3660 AK (68)<br>KOLLO NO. 1 - 882<br>STANDARD WALLBOARD 1/2" x 4 x 12 feet<br>TAPERED EDGE<br>68 pcs. / pallet<br>Customs tariff no.: 68091100 | | | | | | | |
| 20 | 88094 | 45.288 ST | 202.210,920 M2 | | | | 236,82 / 100 M2 | 478.875,90 |
| | GKB 12,7 1220 3660 AK (68)<br>KOLLO NO. 1001 - 1666<br>STANDARD WALLBOARD 1/2" x 4 x 12 feet<br>TAPERED EDGE<br>68 pcs. / pallet<br>Customs tariff no.: 68091100 | | | | | | | |

300.000-01.05-976 73 1 07

Knauf Gips KG, Am Bahnhof 7, 97346 Iphofen, Tel: +49 9323 31-0, Fax: +49 9323 31-277
www.knauf.de, E-Mail: zentrale@knauf.de, Sitz: Iphofen, Registergericht: Würzburg HRA 2754, Steuer-Nr: 227 166 01602
HypoVereinsbank, Würzburg, BLZ 790 200 76, Kto.-Nr. 149 9041, IBAN: DE 09 7902 0076 0001 4990 41, SWIFT-BIC: HYVEDEMM455
Deutsche Bank AG, Würzburg, BLZ 790 700 16, Kto.-Nr. 0 305 508 00, IBAN: DE 57 7907 0016 0030 5508 00, SWIFT-BIC: DEUTDEMM790
Dresdner Bank AG, Würzburg, BLZ 790 800 52, Kto.-Nr. 3 327 930 00, IBAN: DE 64 7908 0052 0332 7930 00, SWIFT-BIC: DRESDEFF791

**The conditions mentioned on back side are valid.**







# Invoice

Knauf Gips KG · Postfach 10 · 97343 Iphofen

L & W Supply Corporation
Attn. Tony Muglia
125 South Franklin Street

60680-6237 CHICAGO / ILLINOIS
USA

| Number | Date | Sheet |
|---|---|---|
| 74558833 | 08.03.2006 | 2 |
| **No. of customer** | **Booking date** | |
| 113954 | 01.03.2006 | |

| *Item* | *Material* | *Quantity* | *Grossprice* | *Rebate %* | *Rebate USD* | *Netprice* | *Item value* |
|---|---|---|---|---|---|---|---|
| 30 | 88094 | 14.688 ST 65.581,920 M2 | | | | 236,82 / 100 M2 | 155.311,10 |

GKB 12,7 1220 3660 AK (68)
KOLLO NO. 2001 - 2216
STANDARD WALLBOARD 1/2" x 4 x 12 feet
TAPERED EDGE
68 pcs. / pallet
Customs tariff no.: 68091100
GOODS SEAWORTHY PACKED
SHIPPING MARKS:
L & W SUPPLY CORPORATION
125 SOUTH FRANKLIN STREET
CHICAGO, ILLINOIS 60680-6237
USA
PORT OF DESTINATION: CHARLESTON
ORDER NO. 100546
KOLLO NO. 1 - 882 (SCHWARZE PUMPE)
KOLLO NO. 1001 - 1666 (STADTOLDENDORF)
KOLLO NO. 2001 - 2216 (IPHOFEN)
GROSSWEIGHT: ........................ KOS
COUNTRY OF ORIGIN: FEDERAL REPUBLIC OF GERMANY
++++++++++++++++++++++++++++++++++++++++++++++
TOTAL PACKED ON 1764 PALLETS
COUNTRY OF ORIGIN: FEDERAL REPUBLIC OF GERMANY
++++++++++++++++++++++++++++++++++++++++++++++
TERMS OF PAYMENT: OPEN CREDIT 30 DAYS FROM ARRIVAL
"TRANSACTION BETWEEN NOT RELATED PARTIES."

| | | | |
|---|---|---|---|
| **Total amount (items)** | | | **1.268.374,00** |
| **V.A.T.** | **0,00 %** | **1.268.374,00 USD** | |
| **Total amount** | | | **in USD1.268.374,00** |
| | | | ======== |
| | | | **in Euro1.067.920,17** |

**Weight** 4.679.376 KG
**Total freight 0,00 + package (VP) 0,00 + logistic costs (LK) 0,00 incl. V.A.T.** **0,00**
**Discountable amount** ***(Tot.amount less freight charg/pellets and logist.costs incl.V.A.T.)*** **1.268.374,00**
**Terms of payment** **Up to 07.04.2006 without deduction, payable** **1.268.374,00**
**Terms of delivery** **Cost, Insurance & freight Charleston**

It concerns here a tax-free export supply.

Knauf Gips KG, Am Bahnhof 7, 97346 Iphofen, Tel: +49 9323 31-0, Fax: +49 9323 31-277
www.knauf.de, E-Mail: zentrale@knauf.de, Sitz: Iphofen, Registergericht: Würzburg HRA 2754, Steuer-Nr: 227 166 01602
HypoVereinsbank, Würzburg, BLZ 790 200 76, Kto.-Nr. 149 9041, IBAN: DE 09 7902 0076 0001 4990 41, SWIFT-BIC: HYVEDEMM455
Deutsche Bank AG, Würzburg, BLZ 790 700 16, Kto.-Nr. 0 305 508 00, IBAN: DE 57 7907 0016 0030 5508 00, SWIFT-BIC: DEUTDEMM790
Dresdner Bank AG, Würzburg, BLZ 790 800 52, Kto.-Nr. 3 327 930 00, IBAN: DE 64 7908 0052 0332 7930 00, SWIFT-BIC: DRESDEFF791

**The conditions mentioned on back side are valid.**

300.000-01.05-976 73 1 07