## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| This Document Relates to 09-4119 | * * | SECTION: L |
| | * * | JUDGE FALLON |
| | * * * | MAGISTRATE JUDGE WILKINSON |

*********************************************

### ORDER

**CONSIDERING THE FOREGOING;**

**IT IS ORDERED** that Knauf Gips KG's Motion for Leave to File Reply In Support of Motion of Knauf Gips KG For Protective Order To Require Use Of The Hague Evidence Convention is hereby granted.

New Orleans, Louisiana this _____ day of November, 2009.

_____
**JUDGE ELDON E. FALLON**