

A CERTIFIED TRUE COPY
ATTEST

By Darion Payne on Oct 06, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED OCT - 6 2009

LORETTA G. WHYTE
CLERK

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Oct 06, 2009

FILED
CLERK'S OFFICE

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION
    Curtis Hinkley, et al. v. Taishan Gypsum Co., Ltd., et al.,
        E.D. North Carolina, C.A. No. 2:09-25
    Michelle Germano, et al. v. Taishan Gypsum Co., Ltd., et al.,
        E.D. Virginia, C.A. No. 2:09-202

09-6686
MDL No. 2047

09-6687

**TRANSFER ORDER**

SECT. L MAG. 2

    **Before the entire Panel**: Defendants Venture Supply, Inc., The Porter-Blaine Corp., and Tobin Trading, Inc., move, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), to vacate our order conditionally transferring these actions to the Eastern District of Louisiana for inclusion in MDL No. 2047. Harbor Walk Development, LLC, similarly moves with respect to the Eastern District of Virginia action in which it is named as a defendant. Plaintiffs in both actions oppose the motions to vacate.

    After considering all argument of counsel, we find that these actions involve common questions of fact with the actions in this litigation previously transferred to the Eastern District of Louisiana, and that transfer of these actions to the Eastern District of Louisiana for inclusion in MDL No. 2047 will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. We further find that transfer of these actions is appropriate for reasons that we set out in our original order directing centralization in this docket. In that order, we held that the Eastern District of Louisiana was a proper Section 1407 forum for actions sharing allegations that drywall manufactured in China, imported to and distributed in the United States, and used in the construction of houses emits smelly, corrosive gases. *See In re Chinese-Manufactured Drywall Products Liability Litigation*, 626 F.Supp.2d 1376 (J.P.M.L. 2009).

    The defendants opposing transfer argue that they are not currently parties to any action in MDL No. 2047 and that the two actions before the Panel involve few, if any, questions of fact common to the actions in MDL No. 2047. For the following reasons, we respectfully disagree with these arguments. The Chinese manufacturer named in these two actions is similarly named as a defendant in dozens of actions in MDL No. 2047 in which the issue of personal jurisdiction will likely also arise. Moreover, most, if not all, actions in MDL No. 2047 involve claims against local suppliers, installers, builders and other defendants in addition to the drywall manufacturers in China. Inclusion of the present claims in MDL No. 2047 will have the salutary effect of placing all related claims in this docket before a single

____ Fee _____
____ Process _____
_X_ Dktd _____
____ CtRmDep _____
____ Doc. No. _____

- 2 -

judge who can formulate a pretrial program that (1) prevents repetition of previously considered matters; and (2) allows pretrial proceedings with respect to any individual issues to proceed concurrently with pretrial proceedings on common issues. *See, e.g., In re Ephedra Products Liability Litigation*, 314 F.Supp.2d 1373, 1375 (J.P.M.L. 2004). Whenever the transferee judge deems remand of any claims or actions appropriate, procedures are available to accomplish this with a minimum of delay. *See* Rule 7.6, R.P.J.P.M.L., 199 F.R.D. at 436-38.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, these actions are transferred to the Eastern District of Louisiana and, with the consent of that court, assigned to the Honorable Eldon E. Fallon for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

PANEL ON MULTIDISTRICT LITIGATION

_____
John G. Heyburn II
Chairman

Robert L. Miller, Jr.           Kathryn H. Vratil
David R. Hansen                 W. Royal Furgeson, Jr.
Frank C. Damrell, Jr.

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| CHAIRMAN: | MEMBERS: | | DIRECT REPLY TO: |
|---|---|---|---|
| John G. Heyburn II<br>United States District Court<br>Western District of Kentucky | Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | W. Royal Furgeson, Jr.<br>United States District Court<br>Northern District of Texas | Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002 |
| | Kathryn H. Vratil<br>United States District Court<br>District of Kansas | Frank C. Damrell, Jr.<br>United States District Court<br>Eastern District of California | |
| | David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | David G. Trager<br>United States District Court<br>Eastern District of New York | Telephone: [202] 502-2800<br>Fax:       [202] 502-2888<br>http://www.jpml.uscourts.gov |

October 6, 2009

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re: MDL No. 2047 -- IN RE: Chinese-Manufactured Drywall Products Liability Litigation

Dear Ms. Whyte:

      Attached is a certified copy of a transfer order issued today by the Judicial Panel on Multidistrict Litigation in the above-captioned matter. The order is directed to you for filing. Rule 1.5 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 428 (2001), states "A transfer or remand pursuant to 28 U.S.C. § 1407 shall be effective when the transfer or remand order is filed in the office of the clerk of the district court of the transferee district."

      Today we are also serving an information copy of the order on the transferor court(s). The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred [transferor court]."

      Rule 1.6(a), pertaining to transfer of files, states "the clerk of the transferor district court shall forward to the clerk of the transferee district court the complete original file and a certified copy of the docket sheet for each transferred action." **With the advent of electronic filing, many transferee courts have found that it is not necessary to request the original file. Some transferee courts will send their certified copy of the Panel order with notification of the newly assigned transferee court case number and inform the transferor courts that they will copy the docket sheet via PACER. Others may request a certified copy of the docket sheet and a copy of the complaint (especially if it was removed from state court). You should be specific as to the files you would like to receive from the transferor courts and if no files will be necessary, you should make that clear. Therefore, Rule 1.6(a) will be satisfied once a transferor court has complied with your request.**

- 2 -

A list of involved counsel is attached.

                Very truly,

                Jeffery N. Lüthi
                Clerk of the Panel

             By /s/ Darion Payne
                Darion Payne
                Deputy Clerk

Attachments (Transfer Order is a Separate Document)

cc: Transferee Judge: Judge Eldon E. Fallon

                      JPML Form 29

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION                           MDL No. 2047

## INVOLVED COUNSEL LIST

Theodore I. Brenner
BRENNER EVAN & MILLMAN PC
P.O. Box 470
Richmond, VA 23218

Thomas More Buckley
HEDRICK GARDNER
KINCHELOE & GAROFALO LLP
4011 Westchase Blvd.
Suite 300
Raleigh, NC 27607

John Franklin, III
TAYLOR & WALKER PC
555 Main Street
P.O. Box 3490
Norfolk, VA 23514

Russ M. Herman
HERMAN HERMAN
KATZ & COTLAR LLP
820 O'Keefe Avenue
New Orleans, LA 70113-1116

J. Michael Malone
HENDREN & MALONE PLLC
4600 Marriott Drive
Suite 150
Raleigh, NC 27612

Kerry J. Miller
FRILOT LLC
1100 Poydras Street
Suite 3700
New Orleans, LA 70163-3700

Mark Charles Nanavati
SINNOTT NUCKOLS & LOGAN PC
13811 Village Mill Drive
Midlothian, VA 23114

Richard J. Serpe
LAW OFFICES OF RICHARD J SERPE
Crown Center
580 East Main Street
Suite 310
Norfolk, VA 23510

Andrew A. Vanore, III
BROWN CRUMP VANORE & TIERNEY LLP
P.O. Box 1729
Raleigh, NC 27602