A CERTIFIED TRUE COPY
ATTEST

By Darion Payne on Oct 08, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2009 OCT -8  PM 12: 59

LORETTA G. WHYTE
CLERK

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Sep 22, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

MDL No. 2047

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-8)**

On June 15, 2009, the Panel transferred nine civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 626 F.Supp.2d 1346 (J.P.M.L. 2009). Since that time, 47 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of June 15, 2009, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Oct 08, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

___ Fee____
___ Process____
_X_ Dktd____
___ CtRmDep____
___ Doc. No.____

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION                               MDL No. 2047

### SCHEDULE CTO-8 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/2 |
|---|---|---|
| **FLORIDA MIDDLE** | | |
| FLM 2 09-569 | Richard W. Fulks, et al. v. Knauf Gips KG, et al. | **09-6737** |
| **FLORIDA NORTHERN** | | |
| FLN 3 09-409 | Heritage Homes of Northwest Florida, LLC v. Knauf Gips KG, et al. | **09-6738** |
| **FLORIDA SOUTHERN** | | |
| FLS 0 09-61444 | Manuel M. Jesus, et al. v. Knauf Gips KG, et al. | **09-6739** |
| FLS 1 09-22266 | Hunting F. Deutsch, et al. v. Knauf Gips KG, et al. | **09-6740** |
| FLS 1 09-22612 | Lisa Lebron, et al. v. Breezes at Galloway, Inc., et al. | **09-6741** |
| FLS 1 09-22703 | Fernando Diaz, Jr., et al. v. Knauf Gips KG, et al. | **09-6742** |
| FLS 1 09-22724 | Immanuel Sarkar v. Knauf Gips KG, et al. | **09-6743** |
| FLS 1 09-22727 | Gloria C. Wisdom, et al. v. Knauf Gips KG, et al. | **09-6744** |
| FLS 1 09-22730 | Consuelo Jaramillo, et al. v. Knauf Gips KG, et al. | **09-6745** |
| FLS 1 09-22734 | Angelo Zervos, et al. v. Knauf Gips KG, et al. | **09-6746** |
| FLS 1 09-22742 | Omar Gonzalez, et al. v. Knauf Gips KG, et al. | **09-6747** |
| FLS 1 09-22745 | Hassib Elzein v. Knauf Gips KG, et al. | **09-6748** |
| FLS 1 09-22746 | Michelle L. Egan, et al. v. Knauf Gips KG, et al. | **09-6749** |
| FLS 2 09-14313 | Lynn A. Lukaszewski, et al. v. Knauf Gips KG, et al. | **09-6750** |
| FLS 9 09-81274 | Krzysztof Olschewski, et al. v. Centerline Homes, Inc., et al. | **09-6751** |
| **LOUISIANA MIDDLE** | | |
| LAM 3 09-721 | Jeanette Mills v. Knauf Gips KG, et al. | **09-6752** |
| **MISSISSIPPI SOUTHERN** | | |
| MSS 1 09-654 | Paul Legendre, et al. v. Knauf Gips KG, et al. | **09-6753** |
| MSS 1 09-671 | Eric P. Tenorio v. Knauf Gips KG, et al. | **09-6754** |

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Kathryn H. Vratil
United States District Court
District of Kansas

David R. Hansen
United States Court of Appeals
Eighth Circuit

W. Royal Furgeson, Jr.
United States District Court
Northern District of Texas

Frank C. Damrell, Jr.
United States District Court
Eastern District of California

David G. Trager
United States District Court
Eastern District of New York

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C.  20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

October 8, 2009

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re: MDL No. 2047 -- IN RE: Chinese-Manufactured Drywall Products Liability Litigation

(See Attached CTO-8)

Dear Ms. Whyte:

Attached as a PDF document is a certified copy of a conditional transfer order filed by the Panel in the above-captioned matter on September 22, 2009. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel, judges and clerks are attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By /s/ Darion Payne
Darion Payne
Deputy Clerk

Attachments (Conditional Transfer Order is a Separate Document)

cc:  Transferee Judge:       Judge Eldon E. Fallon

JPML Form 36A

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION            MDL No. 2047

**INVOLVED COUNSEL LIST (CTO-8)**

Jeremy Alters
ALTERS BOLDT BROWN
RASH & CULMO PA
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137

Jan Douglas Atlas
ADORNO & YOSS LLP
350 East Las Olas Blvd
Suite 1700
Fort Lauderdale, FL 33301-4217

Joseph Edward Cain
HERMAN HERMAN
KATZ & COTLAR LLP
820 O'Keefe Avenue
New Orleans, LA 70113-1116

Susan J. Cole
BICE COLE LAW FIRM
2801 Ponce De Leon Boulevard
Suite 550
Coral Gables, FL 33134

Faris Ghareeb
HAUSFELD LLP
1700 K Street, NW
Suite 650
Washington, DC 20006

Ervin Amado Gonzalez
COLSON HICKS EIDSON
255 Aragon Avenue
2nd Floor
Coral Gables, FL 33134-2351

Donald John Hayden
BAKER & MCKENZIE LLP
1111 Brickell Avenue
Suite 1700
Miami, FL 33131-3214

Russ M. Herman
HERMAN HERMAN
KATZ & COTLAR LLP
820 O'Keefe Avenue
New Orleans, LA 70113-1116

Ian Lawrence Kleinman
TOLGYESI KATZ HANKIN & KATZ
1909 Tyler Street
Suite 400
Hollywood, FL 33020

Arnold Levin
LEVIN FISHBEIN SEDRAN & BERMAN
510 Walnut Street
Suite 500
Philadelphia, PA 19106-3697

Seth Eric Miles
GROSSMAN ROTH PA
2525 Ponce De Leon Boulevard
Suite 1150
Miami, FL 33134

Kerry J. Miller
FRILOT LLC
1100 Poydras Street
Suite 3700
New Orleans, LA 70163-3700

Jori B. Naegele
GARY NAEGELE & THEADO LLC
446 Broadway
Lorain, OH 44052

Steven L. Nichols
CUNNINGHAM BOUNDS LLC
1601 Dauphin Street
P.O. Box 66705
Mobile, AL 36664

**MDL No. 2047 - Involved Counsel List (CTO-8) (Continued)**

Adam G. Rabinowitz
BROAD & CASSEL
One Financial Plaza
100 SE 3rd Avenue
Suite 2700
Fort Lauderdale, FL 33394

James R. Reeves, Jr.
LUMPKIN & REEVES PLLC
P.O. Drawer 1388
Biloxi, MS 39533

Jonathan D. Selbin
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
780 Third Avenue
48th Floor
New York, NY 10017-2024

Richard J. Serpe
LAW OFFICES OF RICHARD J SERPE
Crown Center
580 East Main Street
Suite 310
Norfolk, VA 23510

Richard W. Stimson
920 Waters Reach Court
Alpharetta, GA 30022

Beth Tyler Vogelsang
ALTERS BOLDT BROWN RASH & CULMO PA
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION                    MDL No. 2047

## INVOLVED JUDGES LIST (CTO-8)

Hon. James J. Brady
U.S. District Judge
369 Russell B. Long Federal Bldg.
777 Florida Street
Baton Rouge, LA 70801

Hon. James I. Cohn
U.S. District Judge
203F U.S. Courthouse
299 East Broward Blvd.
Fort Lauderdale, FL 33332

Hon. Marcia G. Cooke
U.S. District Judge
U.S. District Court, Federal Courthouse Square
301 North Miami Avenue, 6th Floor
Miami, FL 33128

Hon. Donald L. Graham
U.S. District Judge
U.S. District Court
99 N.E. Fourth Street, Room 1155
Miami, FL 33132

Hon. Louis Guirola, Jr.
U.S. District Judge
United States District Court
814 Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street
Gulfport, MS 39501

Hon. Paul C. Huck
U.S. District Judge
1067 James Lawrence King Federal Justice Bldg.
99 Northeast Fourth Street
Miami, FL 33132

Hon. Adalberto Jordan
U.S. District Judge
C. Clyde Atkins U.S. Courthouse
8th Floor
301 North Miami Avenue
Miami, FL 33128

Hon. James Lawrence King
Senior U.S. District Judge
1127 James Lawrence King Federal Justice Bldg.
99 N.E. Fourth Street
Miami, FL 33132

Hon. Joan A. Lenard
U.S. District Judge
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128

Hon. Kenneth A. Marra
U.S. District Judge
Paul G. Rogers Federal Building & U.S. Courthouse
701 Clematis Street
West Palm Beach, FL 33401

Hon. Jose E. Martinez
U.S. District Judge
Federal Courthouse Square
Third Floor
301 North Miami Avenue
Miami, FL 33128

Hon. K. Michael Moore
U.S. District Judge
1168 James Lawrence King Federal Justice Bldg.
99 N.E. Fourth Street
Miami, FL 33132

Hon. Sul Ozerden
U.S. District Judge
United States District Court
714 Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street
Gulfport, MS 39501

**MDL No. 2047 - Involved Judges List (CTO-8) (Continued)**

Hon. William H. Stafford, Jr.
Senior U.S. District Judge
U.S. Courthouse
111 North Adams Street
Suite 505
Tallahassee, FL 32301

Hon. John E. Steele
U.S. District Judge
U.S. Courthouse & Federal Building
Suite 6-109
2110 First Street
Ft. Myers, FL 33901

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION                                          MDL No. 2047

## INVOLVED CLERKS LIST (CTO-8)

Sheryl L. Loesch, Clerk
2-194 U.S. Courthouse & Federal Building
2110 First Street
Fort Myers, FL 33901

William M. McCool, Clerk
226 U.S. Courthouse
One North Palafax Street
Pensacola, FL 32501-5625

Steven Larimore, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

Steven Larimore, Clerk
Paul G. Rogers Federal Bldg. & Courthouse
701 Clematis Street
2nd Floor
West Palm Beach, FL 33401

Nicholas Joseph Lorio, Clerk
139 Russell B. Long Federal Building
777 Florida Street
Baton Rouge, LA 70801

J.T. Noblin, Clerk
U.S. District Court
672 Judge Dan M. Russell, Jr. U.S. Courthouse
2010 15th Street, Suite 403
Gulfport, MS 39501