UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 2047 |
| IN RE: CHINESE MANUFACTURED DRYWALL | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| This Document Relates to 09-4119 | : | MAG. JUDGE WILKINSON |

**ORDER**

CONSIDERING THE FOREGOING;

IT IS ORDERED that Knauf Gips KG's Motion for Leave to File Reply in Support of Motion of Knauf Gips KG For Protective Order To Require Use of the Hague Evidence Convention is hereby GRANTED.

New Orleans, Louisiana, this   13th   day of October, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE