


## Invoice

Knauf Gips KG · Postfach 10 · 97343 Iphofen

L & W Supply Corporation
Attn. Tony Muglia
125 South Franklin Street

60680-6237 CHICAGO / ILLINOIS
USA

| | | |
|---|---|---|
| **Number** | **Date** | **Sheet** |
| 74581931 | 24.03.2006 | 1 |
| **No. of customer** | **Booking date** | |
| 113954 | 17.03.2006 | |
| **Date of order** | **Order** | |
| 01.03.2006 | LW2 CAN | |
| **Your VAT-Reg-No.** | **Your ILN-No.** | |
| **Our VAT-Reg-No.** | **Our ILN-No.** | |
| DE133017134 | 4003982 00000 2 | |
| **Delivery note** | **Service rendered** | |
| 94346187 | 17.03.2006 | |
| **Order** | **Date** | **Offer** |
| 5194964 | 01.03.2006 | |
| **Contact person** | **Mode of delivery** | |
| HIRTHJ | Seafreight | |
| **Currency** | **County** | **POD** |
| USD | 75945 | 0085 |
| | 99200 | |

*Order initiater*
L & W Supply Corporation
125 South Franklin Street
US-60680-6237 Chicago / Illinois

*Delivery address*
L & W Supply Corporation
125 South Franklin Street
US-60680-6237 Chicago / Illinois

*Subcontractor*

ORDER NO. LW2 CAN

SHIPMENT ON 22nd MARCH 2006

WITH MV "REBECCA"

PORT OF DESTINATION: CANAVERAL

| Item | Material | Quantity | Grossprice | Rebate % | USD | Netprice | Item value |
|---|---|---|---|---|---|---|---|
| 10 | 88094 | 127.976 ST  571.412,840 M2 | | | | 236,82 / 100 M2 | 1.353.219,89 |
| | GKB 12,7 1220 3660 AK (68) | | | | | | |
| | Customs tariff no.: 68091100 | | | | | | |

# EXHIBIT A

Knauf Gips KG, Am Bahnhof 7, 97346 Iphofen, Tel: +49 9323 31-0, Fax: +49 9323 31-277
www.knauf.de, E-Mail: zentrale@knauf.de, Sitz: Iphofen, Registergericht: Würzburg HRA 2754, Steuer-Nr: 227 166 01602
HypoVereinsbank, Würzburg, BLZ 790 200 76, Kto.-Nr. 149 9041, IBAN: DE 09 7902 0076 0001 4990 41, SWIFT-BIC: HYVEDEMM455
Deutsche Bank AG, Würzburg, BLZ 790 700 16, Kto.-Nr. 0 305 508 00, IBAN: DE 57 7907 0016 0030 5508 00, SWIFT-BIC: DEUTDEMM790
Dresdner Bank AG, Würzburg, BLZ 790 800 52, Kto.-Nr. 3 327 930 00, IBAN: DE 64 7908 0052 0332 7830 00, SWIFT-BIC: DRESDEFF791
The conditions mentioned on back side are valid.




## Invoice

Knauf Gips KG · Postfach 10 · 97343 Iphofen

L & W Supply Corporation
Attn. Tony Muglia
125 South Franklin Street

60680-6237 CHICAGO / ILLINOIS
USA

| Number | Date | Sheet |
|---|---|---|
| 74581931 | 24.03.2006 | 2 |
| **No. of customer** | **Booking date** | |
| 113954 | 17.03.2006 | |

GOODS SEAWORTHY PACKED
SHIPPING MARKS:
L & W SUPPLY CORPORATION
125 SOUTH FRANKLIN STREET
CHICAGO, ILLINOIS 60680-6237
USA
PORT OF DESTINATION: CANAVERAL
ORDER NO. LW2 CAN
KOLLO NO. 1 - 1882
GROSSWEIGHT: ......................... KGS
COUNTRY OF ORIGIN: FEDERAL REPUBLIC OF GERMANY
++++++++++++++++++++++++++++++++++++++++++++++++
TOTAL PACKED ON 1882 PALLETS
COUNTRY OF ORIGIN: FEDERAL REPUBLIC OF GERMANY
++++++++++++++++++++++++++++++++++++++++++++++++
TERMS OF PAYMENT: OPEN CREDIT 30 DAYS FROM ARRIVAL
"TRANSACTION BETWEEN NOT RELATED PARTIES."

| | | | |
|---|---|---|---|
| Total amount (items) | | | 1.353.219,89 |
| V.A.T. | 0,00 % | 1.353.219,89 USD | |
| Total amount | | | in USD 1.353.219,89 |
| | | | in Euro 1.114.674,29 |

Weight  4.913.902 KG

| | | |
|---|---|---|
| Total freight 0,00 + package (VP) 0,00 + logistic costs (LK) 0,00 incl. V.A.T. | | 0,00 |
| Discountable amount *(Tot.amount less freight charg/pallets and logist.costs incl.V.A.T.)* | | 1.353.219,89 |
| Terms of payment | Up to 23.04.2006 without deduction, payable | 1.353.219,89 |
| Terms of delivery | Cost, Insurance & freight Canaveral | |

It concerns here a tax-free export supply.

Knauf Gips KG, Am Bahnhof 7, 97346 Iphofen, Tel: +49 9323 31-0, Fax: +49 9323 31-277
www.knauf.de, E-Mail: zentrale@knauf.de, Sitz: Iphofen, Registergericht: Würzburg HRA 2754, Steuer-Nr: 227 166 01602
HypoVereinsbank, Würzburg, BLZ 790 200 76, Kto.-Nr. 149 9041, IBAN: DE 09 7902 0076 0001 4990 41, SWIFT-BIC: HYVEDEMM455
Deutsche Bank AG, Würzburg, BLZ 790 700 16, Kto.-Nr. 0 305 508 00, IBAN: DE 57 7907 0016 0030 5508 00, SWIFT-BIC: DEUTDEMM790
Dresdner Bank AG, Würzburg, BLZ 790 800 52, Kto.-Nr. 3 327 930 00, IBAN: DE 64 7908 0052 0332 7930 00, SWIFT-BIC: DRESDEFF791
The conditions mentioned on back side are valid.




# Invoice

Knauf Gips KG · Postfach 10 · 97343 Iphofen

L & W Supply Corporation
125 South Franklin Street

60680-6237 CHICAGO / ILLINOIS
USA

| | | |
|---|---|---|
| **Number** 74581932 | **Date** 24.03.2006 | **Sheet** 1 |
| **No. of customer** 113954 | **Booking date** 21.03.2006 | |
| **Date of order** 21.03.2006 | **Order** LW2 CAN | |
| **Your VAT-Reg-No.** | **Your ILN-No.** | |
| **Our VAT-Reg-No.** DE133017134 | **Our ILN-No.** 4003982 00000 2 | |
| **Delivery note** 94350570 | **Service rendered** 21.03.2006 | |
| **Order** 5225103 | **Date** 21.03.2006 | **Offer** |
| **Contact person** HIRTHJ | **Mode of delivery** Seafreight | |
| **Currency** USD | **County** 75945 99200 | **POD** 0085 |

*Order initiater*
L & W Supply Corporation
125 South Franklin Street
US-60680-6237 Chicago / Illinois

*Delivery address*
L & W Supply Corporation
125 South Franklin Street
US-60680-6237 Chicago / Illinois

*Subcontractor*

ORDER NO. LW2 CAN

SHIPMENT ON 22nd MARCH 2006

WITH MV "REBECCA"

PORT OF DESTINATION: CANAVERAL

| Item | Material | Quantity | Grossprice | Rebate % | USD | Netprice | Item value |
|---|---|---|---|---|---|---|---|
| 10 | 88094 GKB 12,7 1220 3660 AK (68) KOLLO NO. 1882 - 1891 STANDARD WALLBOARD 1/2" x 4 x 12 feet TAPERED EDGE 68 pcs. / pallet Customs tariff no.: 68091100 | 612 ST   2.732,580 M2 | | | | 236,82 / 100 M2 | 6.471,30 |

Knauf Gips KG, Am Bahnhof 7, 97346 Iphofen, Tel: +49 9323 31-0, Fax: +49 9323 31-277
www.knauf.de, E-Mail: zentrale@knauf.de, Sitz: Iphofen, Registergericht: Würzburg HRA 2754, Steuer-Nr: 227 166 01602
HypoVereinsbank, Würzburg, BLZ 790 200 76, Kto.-Nr. 149 9041, IBAN: DE 09 7902 0076 0001 4980 41, SWIFT-BIC: HYVEDEMM455
Deutsche Bank AG, Würzburg, BLZ 790 700 16, Kto.-Nr. 0 305 508 00, IBAN: DE 57 7907 0016 0030 5508 00, SWIFT-BIC: DEUTDEMM790
Dresdner Bank AG, Würzburg, BLZ 790 800 52, Kto.-Nr. 3 327 930 00, IBAN: DE 64 7908 0052 0332 7930 00, SWIFT-BIC: DRESDEFF791

The conditions mentioned on back side are valid.




## Invoice

Knauf Gips KG · Postfach 10 · 97343 Iphofen

L & W Supply Corporation
125 South Franklin Street

60680-6237 CHICAGO / ILLINOIS
USA

| | | |
|---|---|---|
| **Number** | **Date** | **Sheet** |
| 74581932 | 24.03.2006 | 2 |
| **No. of customer** | **Booking date** | |
| 113954 | 21.03.2006 | |

```
GOODS SEAWORTHY PACKED
SHIPPING MARKS:
L & W SUPPLY CORPORATION
125 SOUTH FRANKLIN STREET
CHICAGO, ILLINOIS 60680-6237
USA
PORT OF DESTINATION: CANAVERAL
ORDER NO. LW2 CAN
KOLLO NO. 1883 - 1891
GROSSWEIGHT: ......................... KOS
COUNTRY OF ORIGIN: FEDERAL REPUBLIC OF GERMANY
++++++++++++++++++++++++++++++++++++++++++++++++++++
TOTAL PACKED ON 9 PALLETS
COUNTRY OF ORIGIN: FEDERAL REPUBLIC OF GERMANY
++++++++++++++++++++++++++++++++++++++++++++++++++++
TERMS OF PAYMENT: OPEN CREDIT 30 DAYS FROM ARRIVAL
"TRANSACTION BETWEEN NOT RELATED PARTIES."
```

| | | | |
|---|---|---|---|
| Total amount (items) | | | 6.471,30 |
| V.A.T. | 0,00 % | 6.471,30 USD | |
| Total amount | | | in USD 6.471,30 |
| | | | ======== |
| | | | in Euro 5.330,54 |
| Weight 23.499 KG | | | |
| Total freight 0,00 + package (VP) 0,00 + logistic costs (LK) 0,00 incl. V.A.T. | | | 0,00 |
| Discountable amount *(Tot.amount less freight charg/pallets and logist.costs incl.V.A.T.)* | | | 6.471,30 |
| Terms of payment | Up to 23.04.2006 without deduction, payable | | 6.471,30 |
| Terms of delivery | Cost, Insurance & freight Canaveral | | |

It concerns here a tax-free export supply.

Knauf Gips KG, Am Bahnhof 7, 97346 Iphofen, Tel: +49 9323 31-0, Fax: +49 9323 31-277
www.knauf.de, E-Mail: zentrale@knauf.de, Sitz: Iphofen, Registergericht: Würzburg HRA 2754, Steuer-Nr: 227 166 01602
HypoVereinsbank, Würzburg, BLZ 790 200 76, Kto.-Nr. 149 9041, IBAN: DE 09 7902 0076 0001 4990 41, SWIFT-BIC: HYVEDEMM455
Deutsche Bank AG, Würzburg, BLZ 790 700 16, Kto.-Nr. 0 305 500 00, IBAN: DE 57 7907 0016 0030 5508 00, SWIFT-BIC: DEUTDEMM790
Dresdner Bank AG, Würzburg, BLZ 780 800 52, Kto.-Nr. 3 327 930 00, IBAN: DE 64 7908 0052 0332 7930 00, SWIFT-BIC: DRESDEFF791
The conditions mentioned on back side are valid.




## Invoice

Knauf Gips KG · Postfach 10 · 97343 Iphofen

L & W Supply Corporation
Attn. Tony Muglia
125 South Franklin Street

60680-6237 CHICAGO / ILLINOIS
USA

| | | |
|---|---|---|
| Number | Date | Sheet |
| 74558833 | 08.03.2006 | 1 |
| No. of customer | Booking date | |
| 113954 | 01.03.2006 | |
| Date of order | Order | |
| 23.02.2006 | 100546 | |
| Your VAT-Reg-No. | Your ILN-No. | |
| Our VAT-Reg-No. | Our ILN-No. | |
| DE133017134 | 4003982 00000 2 | |
| Delivery note | Service rendered | |
| 94324524 | 01.03.2006 | |
| Order | Date | Offer |
| 5186748 | 23.02.2006 | |
| Contact person | Mode of delivery | |
| HIRTHJ | Seafreight | |
| Currency | County | POD |
| USD | 75945 | 0085 |
| | 99200 | |

*Order initiater*
L & W Supply Corporation
125 South Franklin Street
US-60680-6237 Chicago / Illinois

*Delivery address*
L & W Supply Corporation
125 South Franklin Street
US-60680-6237 Chicago / Illinois

*Subcontractor*

ORDER NO. 100546

SHIPMENT ON 08th MARCH 2006

WITH MV "ANJA"

PORT OF DESTINATION: CHARLESTON

| Item | Material | Quantity | | Grossprice | Rebate % | USD | Netprice | Item value |
|---|---|---|---|---|---|---|---|---|
| 10 | 88094 | 59.976 ST | 267.792,840 M2 | | | | 236,82 / 100 M2 | 634.187,00 |
| | GKB 12,7 1220 3660 AK (68) | | | | | | | |
| | KOLLO NO. 1 - 882 | | | | | | | |
| | STANDARD WALLBOARD 1/2" x 4 x 12 feet | | | | | | | |
| | TAPERED EDGE | | | | | | | |
| | 68 pcs. / pallet | | | | | | | |
| | Customs tariff no.: 68091100 | | | | | | | |
| 20 | 88094 | 45.288 ST | 202.210,920 M2 | | | | 236,82 / 100 M2 | 478.875,90 |
| | GKB 12,7 1220 3660 AK (68) | | | | | | | |
| | KOLLO NO. 1001 - 1666 | | | | | | | |
| | STANDARD WALLBOARD 1/2" x 4 x 12 feet | | | | | | | |
| | TAPERED EDGE | | | | | | | |
| | 68 pcs. / pallet | | | | | | | |
| | Customs tariff no.: 68091100 | | | | | | | |

Knauf Gips KG, Am Bahnhof 7, 97346 Iphofen, Tel: +49 9323 31-0, Fax: +49 9323 31-277
www.knauf.de, E-Mail: zentrale@knauf.de, Sitz: Iphofen, Registergericht: Würzburg HRA 2754, Steuer-Nr: 227 166 01602
HypoVereinsbank, Würzburg, BLZ 790 200 76, Kto.-Nr. 149 9041, IBAN: DE 09 7902 0076 0001 4990 41, SWIFT-BIC: HYVEDEMM455
Deutsche Bank AG, Würzburg, BLZ 790 700 16, Kto.-Nr. 0 305 508 00, IBAN: DE 57 7907 0016 0030 5508 00, SWIFT-BIC: DEUTDEMM790
Dresdner Bank AG, Würzburg, BLZ 790 800 52, Kto.-Nr. 3 327 930 00, IBAN: DE 64 7908 0052 0332 7930 00, SWIFT-BIC: DRESDEFF791
The conditions mentioned on back side are valid.




Cleaneo Akustik
Neu! serienmäßig mit Luftreinigungseffekt

# Invoice

Knauf Gips KG · Postfach 10 · 97343 Iphofen

L & W Supply Corporation
Attn. Tony Muglia
125 South Franklin Street

60680-6237 CHICAGO / ILLINOIS
USA

| | |
|---|---|
| Number | 74558833 |
| Date | 08.03.2006 |
| Sheet | 2 |
| No. of customer | 113954 |
| Booking date | 01.03.2006 |

| Item | Material | Quantity | Grossprice | Rebate % | USD | Netprice | Item value |
|---|---|---|---|---|---|---|---|
| 30 | 88094 | 14.688 ST   65.581,920 M2 | | | | 236,82 / 100 M2 | 155.311,10 |

GKB 12,7 1220 3660 AK (68)
KOLLO NO. 2001 - 2216
STANDARD WALLBOARD 1/2" x 4 x 12 feet
TAPERED EDGE
68 pcs. / pallet
Customs tariff no.: 68091100
GOODS SEAWORTHY PACKED
SHIPPING MARKS:
L & W SUPPLY CORPORATION
125 SOUTH FRANKLIN STREET
CHICAGO, ILLINOIS 60680-6237
USA
PORT OF DESTINATION: CHARLESTON
ORDER NO. 100546
KOLLO NO. 1 - 882 (SCHWARZE PUMPE)
KOLLO NO. 1001 - 1666 (STADTOLDENDORF)
KOLLO NO. 2001 - 2216 (IPHOFEN)
GROSSWEIGHT: ......................... KOS
COUNTRY OF ORIGIN: FEDERAL REPUBLIC OF GERMANY
++++++++++++++++++++++++++++++++++++++++++++++++++++
TOTAL PACKED ON 1764 PALLETS
COUNTRY OF ORIGIN: FEDERAL REPUBLIC OF GERMANY
++++++++++++++++++++++++++++++++++++++++++++++++++++
TERMS OF PAYMENT: OPEN CREDIT 30 DAYS FROM ARRIVAL
"TRANSACTION BETWEEN NOT RELATED PARTIES."

| | | | |
|---|---|---|---|
| Total amount (items) | | | 1.268.374,00 |
| V.A.T. | 0,00 % | 1.268.374,00 USD | |
| Total amount | | | in USD 1.268.374,00 |
| | | | ========= |
| | | | in Euro 1.067.920,17 |

Weight   4.679.370 KG
Total freight 0,00 + package (VP) 0,00 + logistic costs (LK) 0,00 incl. V.A.T.              0,00
Discountable amount (Tot.amount less freight charg/pellets and logist.costs incl.V.A.T.)   1.268.374,00
Terms of payment     Up to 07.04.2006 without deduction, payable                           1.268.374,00
Terms of delivery    Cost, Insurance & freight Charleston

It concerns here a tax-free export supply.

Knauf Gips KG, Am Bahnhof 7, 97346 Iphofen, Tel: +49 9323 31-0, Fax: +49 9323 31-277
www.knauf.de, E-Mail: zentrale@knauf.de, Sitz: Iphofen, Registergericht: Würzburg HRA 2754, Steuer-Nr: 227 166 01602
HypoVereinsbank, Würzburg, BLZ 790 200 76, Kto.-Nr. 149 9041, IBAN: DE 09 7902 0076 0001 4990 41, SWIFT-BIC: HYVEDEMM455
Deutsche Bank AG, Würzburg, BLZ 790 700 00, Kto.-Nr. 0 305 508 00, IBAN: DE 57 7907 0016 0030 5508 00, SWIFT-BIC: DEUTDEMM790
Dresdner Bank AG, Würzburg, BLZ 790 800 52, Kto.-Nr. 3 327 930 00, IBAN: DE 64 7908 0052 0332 7930 00, SWIFT-BIC: DRESDEFF791
The conditions mentioned on back side are valid.