UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | CASE NO. 09-CV-4115 |
| | : | |
| | : | IN RE: MDL NO. 2047 |
| IN RE: CHINESE MANUFACTURED DRYWALL | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |

**ORDER**

On September 2, 2009, The Mitchell Company, Inc. ("Mitchell Company") filed a Motion for Default Judgment as to Taishan Gypsum Co., Ltd ("Taishan Gypsum") (Rec. Doc. No. 190). The Court considered the Motion and issued an Entry of Preliminary Default against Taishan Gypsum on September 23, 2009 (Rec. Doc. No. 277). In the monthly Status Conference of September 24, 2009, counsel for the Mitchell Company indicated that the Mitchell Company would file a motion for confirmation of the default judgment before the next status conference (Rec. Doc. No. 305). It has come to the Court's attention that the Mitchell Company will need additional time beyond the October 15, 2009 date of the next monthly Status Conference to file its motion for confirmation of the default judgment. Accordingly, IT IS ORDERED that the deadline for the Mitchell Company to file its motion for confirmation of the default judgment is CONTINUED without date, to be reset upon the request of the Mitchell Company.

New Orleans, Louisiana, this 8th day of October, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE