UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
   PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO ALL CASES**

## PRE-TRIAL ORDER # 14(A)

It has come to the Court's attention that the "Exporter, Importer or Broker Defendant Profile Form" attached to Pretrial Order No. 14 does not reflect the agreement entered into by the parties when drafting the Profile Form. The Court directed the parties to meet and confer to develop a revised Profile Form. The parties did so and have submitted to the Court the attached "Revised Exporter, Importer, or Broker Defendant Profile Form" which accurately reflects their original agreement. Accordingly, IT IS ORDERED that the attached "Revised Exporter, Importer, or Broker Defendant Profile Form" and accompanying Exhibit A are substituted for the original Profile Form and Exhibit attached to Pretrial Order No. 14.

New Orleans, Louisiana, this  9th  day of October, 2009

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

Attachments