**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

IN RE:  CHINESE MANUFACTURED DRYWALL          : MDL No. 2047
PRODUCTS LIABILITY LITIGATION          : Section L
_____ :

This Document Relates to          : JUDGE FALLON
ALL CASES          : MAG. JUDGE WILKINSON

_____

**REVISED EXPORTER, IMPORTER, OR BROKER DEFENDANT PROFILE FORM**

      All Defendant Drywall Exporters, Importers, or Brokers (hereinafter, "Responding Party") must complete and submit this Revised Defendant Exporter, Importer, or Broker Profile Form.  Additionally, each Responding Party must sign and date Exhibit A to the Profile Form for each property owned, rented or occupied by persons who are named Plaintiffs in suits pending in the MDL.   If additional knowledge becomes known after completion, this Defendant Exporter, Importer, or Broker Profile Form must be supplemented.  If additional space is needed to answer any questions or complete your responses, additional pages may be attached.  In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Defendant Distributors' Profile Form that relates to the specific attachment or document.  Please print legibly or type your responses in English.

## I.          IDENTIFICATION AND CONTACT INFORMATION

A.          Defendant's Name: _____

B.          Defendant's U.S. Address: _____

      _____

      _____

C.          Phone number: _____

D.          Email address: _____

E.          Web site: _____

F.          Name of supervisor at U.S. Address: _____

G.          Principal Place of Business in the U.S.: _____

H.          Address of Headquarters if Foreign: _____

      _____

      _____

I.          Has Defendant operated under any other names from 2001 to 2009?  If so, please list and explain for each different locale.

_____

_____

_____

_____

_____

J.      Describe your involvement in the exportation/importation of Chinese drywall into the United States:

Exporter _____     Importer _____     Broker _____     Other _____

If other, please describe:

_____

_____

_____

## II.    COUNSEL INFORMATION OF DEFENDANT EXPORTER, IMPORTER, OR BROKER

A.    Name:_____

B.    Address:_____

C.    Phone Number:_____

D.    Fax Number:_____

E.    E-Mail:_____

## III.    EXPORTER/IMPORTER/BROKER'S TRANSACTIONS INVOLVING CHINESE DRYWALL

As to an exemplar transaction in which you were involved concerning the exportation/importation/brokering of Chinese Drywall for import/export to the United States between 2001 and 2009 (including but not limited to purchases, sales, consignments, shipments, transfers, deliveries, receipts, or distributions), which exemplar transaction is representative of each transaction with which you were involved throughout the relevant time period, please provide the following information.  Attach additional sheets as necessary. Responding Party understands that providing information with respect to an exemplar transaction shall not relieve Responding Party from providing documentation as to all relevant transactions in response to discovery requests which have been or will be propounded upon Responding Party. Furthermore, Responding Party may provide relevant documentation responsive to the following inquiries in lieu of written responses thereto, so long as such documentation contains sufficient information to adequately address each inquiry.

1.    Type of transaction (e.g., purchase, sale, delivery) _____

2.    Dates of Relevant Transaction(s)
_____

3.    Volume of Chinese Drywall involved in the transaction _____

4.    Name of Drywall Product _____

5.    During the course of this transaction, did you receive, store, or handle the Chinese Drywall?

Yes _____  No _____

Explain your role in the transaction _____

_____

_____

6.      Identify any markings on the Chinese Drywall product (e.g., lot number, batch number, serial number, color markings, UPC codes, etc.) involved in this transaction:

_____

7.      List all trademarks of the product: _____

8.      Identify any markings or means of identification employed by you to track or identify the Chinese Drywall

_____

9.      Name and Address of Entity that supplied you with Chinese Drywall

_____

_____

_____

   a. Type of Entity (e.g., manufacturer, exporter, broker) _____

   b. Did the supplier provide you with any warranties, product specifications, or instructions for use or storage of the Chinese Drywall?

     Yes _____   No _____

     If so, please describe _____

     _____

     _____

10.     The name and address of any other entity, including manufacturers, importers, exporters, purchasing agents, distributors, or sales brokers involved in any way with supplying you the Chinese Drywall involved in this transaction:

_____

_____

_____

11.   Upon your receipt of, acceptance, or taking possession of or title to the Chinese Drywall,  did you ever store the product:

     Yes _____        No _____

     If Yes, please provide the following:

      a. Name of entity providing storage:    _____

      b. Address of entity providing storage:    _____

                                             _____

3

_____

c. Dates product was stored:

_____/_____/_____ (Month / Day / Year)  to  _____/_____/_____ (Month / Day / Year)

d. Quantity of product stored: _____

e. Price paid for storage: _____

f. Name of contact person at storage facility: _____

g. Phone number: _____

h. Email address: _____

i. List any complaints made or received regarding storage of the product:

_____

j. Name of contact person at storage facility: _____

k. Phone number: _____

l. Email address: _____

12. Name and Address of Entity to which you sold, transferred, shipped, or distributed the Chinese Drywall involved in this transaction:

_____

_____

_____

m. Type of Entity (e.g., importer, distributor, retailer, builder)

_____

n. Did you provide any warranties, product specifications, or instructions for use or storage of the Chinese Drywall to the purchaser, transferee, or recipient?

Yes _____   No _____

If so, please describe _____

_____

_____

13. The name and address of any other entity, including manufacturers, importers, exporters, purchasing agents, distributors, or sales brokers involved in any way with your sale, transfer, shipment, delivery, or distribution of Chinese Drywall:

_____

4

_____

_____

14. Did you ever receive any complaints or notice of any defect about the Chinese Drywall?

      Yes _____ No _____

      If yes, please describe _____

      _____

      _____

      _____

      Please provide the name and address of any entities or persons from whom you received complaints or notice of defects about the Chinese Drywall:

      _____

      _____

      _____

15. Has any testing, inspection, or analysis been performed by you or on your behalf, at any time, to determine whether the Chinese drywall was within product specifications:

      Yes _____ No _____

      a. If Yes, please describe the testing, inspection, or analysis performed:

      _____

      _____

      _____

      b. Identify what ASTM (or other ) standards you used  in determining the quality and characteristics of the drywall products you used:

      _____

      _____

      _____

### IV.    EXPORTER/IMPORTER/BROKER'S ABILITY TO TRACK SHIPMENTS AND/OR RECEIPTS OF CHINESE DRYWALL

    Please briefly describe Defendant's ability to track and document shipments and/or receipts into and out of its locations and to/from particular addresses, including a description of database accessibility of this information, if any.

_____

_____

_____

_____

_____

_____

_____

### V.  INSURANCE

A.    Identify all policies of insurance, including all CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies relating to claims.

     1.    For each policy, identify the following:

        Insurer: _____

        Dates policy in effect:

        ____/____/_____ (Month / Day / Year)  to  ____/____/_____ (Month / Day / Year)

        Policy Number:         _____

        Type of Policy:         _____

        Insurance Agent         _____

        Policy Coverage Limits    _____

        Produce a copy of the Declaration page, exclusions and policy of insurance.

B.    Identify all claims you have made on any insurance policies relating to your sale, transfer, distribution or shipment of products identified herein.

     1.    For each claim please provide the following:

        Date:     ____/____/_____ (Month / Day / Year)

        Insurer:  _____

        Description of claim: _____

        Insurer's response to claim: _____

        If in litigation:

        Caption of Case:_____

        Name and address of attorneys involved:_____

        _____

        _____

        Insurance carriers involved:_____

        _____

6

<u>CERTIFICATION</u>

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Distributor Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration, to the extent that such documents are in my possession, custody or control.


_____          _____          _____
Signature                                           Print Name                               Date

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL | : MDL No. 2047 |
| PRODUCTS LIABILITY LITIGATION | : Section L |
| _____ | : |
| This Document Relates to | : JUDGE FALLON |
| ALL CASES | : MAG. JUDGE WILKINSON |

**EXHIBIT A**
**DEFENDANT EXPORTER, IMPORTER,**
**OR BROKER PROPERTY SPECIFIC DISCLOSURE FORM**

Each Defendant Drywall Exporter, Importer, or Broker must complete and sign a separate Exhibit A for any individual named Plaintiff with an action pending in Federal Court.  If additional knowledge becomes known after completion, this Defendant Exporter, Importer, or Broker Profile Form must be supplemented. If additional space is needed to answer any questions or complete your responses, additional pages may be attached.  In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Defendant Exporter, Importer, or Broker Profile Form that relates to the specific attachment or document.  Please print legibly or type your responses in English.

I.      **INFORMATION ON PLAINTIFF PROPERTY OWNER, RENTER OR OCCUPANT (to be provided by Plaintiff)**

      A.      Name_____

      B.      Address of Affected Property:_____

      C.      Case Docket No._____

II.     **INFORMATION ON SPECIFIC PROPERTIES**

      A.      For each property identified in Section III above, answer the following:

            1.      Do you have any contracts or agreements concerning Drywall contained in the Property?  Yes _____ No _____

            2.      Did you issue any warranties for the product installed in the property?

                Yes_____ No_____ Don't know _____

3.    Have you had any correspondence or other communication concerning Drywall or any construction or remediation at the property?   Yes _____ No _____

If yes, provide the following information:

Who was the correspondence or communications by, between or among?
_____

4.    Have you performed any inspection(s), testing or analysis of the property?

Yes _____ No _____

If yes, provide the following information:

Who performed the inspection, testing or analysis?
_____

When was the inspection, testing or analysis performed?
_____

Did the testing confirm the presence of Chinese Drywall in this property?

Yes _____ No _____

Were you able to determine any of the following information for the subject property:

a.    Manufacturer(s) of the Chinese Drywall

_____

b.    Importer/Distributor into the US

_____

c.    Builder/Developer

_____

d.    Installer/Contractor

_____

As a result of the inspection, were you able to make a determination of the amount and/or percentage of Chinese drywall contained in the subject property?
Yes _____ No _____

If yes, what amount or percentage of Chinese Drywall was found?

_____

5.    Has any sampling of drywall been performed of the property?

Yes _____ No _____

If yes, provide the following information:

Name and address of entity that performed the sampling:

_____

6.    Have any statements been taken in connection with property or claim?

2

Yes _____        No _____

If yes, provide the following information:

Who provided the statement?

_____

7.   Have any communications or correspondence regarding the property taken place with any drywall contractor / installer, builder, distributor in the USA, importer to the USA, exporter from China or manufacturers of drywall?

Yes _____   No _____

If yes, provide the following information:

Who was the correspondence or communication by, between or among?

_____

8.   Have you had any communication concerning the subject property regarding the presence of Chinese Drywall with any foreign or domestic governmental agency or representative? Yes _____   No _____

If yes, provide the following information:

Who was the communication by, between or among?

_____

9.   Have you received a request from anyone to repair the subject property?

Yes_____ No_____

If so, from whom did you receive the request?

_____

### CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Exhibit A to the Distributor Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration, to the extent that such documents are in my possession, custody or control.

_____        _____   _____
Signature                                          Print Name                                  Date