# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURING DRYWALL    :    MDL NO. 2047 | |
| PRODUCTS LIABILITY LITIGATION         :    SECTION: L | |
| : | |
| :    JUDGE FALLON | |
| :    MAG. JUDGE WILKENSON | |
| : | |
| THIS DOCUMENT RELATES TO:                          : | |
| Whitfield, et al. v. Knauf GIPS KB, et al.              : | |
| No. 2:09-cv-04324-EEF-JCW                           : | |
| _____ | |

## MOTION FOR ADDITIONAL TIME
## WITHIN WHICH TO COMPLETE SERVICE OF PROCESS

COMES NOW the Plaintiff, Christopher Whitfield, by and through undersigned counsel, and files this, his Motion for Additional Time Within Which to Complete Service of Process on the foreign Defendants, and in support thereof would show unto the Court as follows, to-wit:

I.

Plaintiff is required to serve process upon the foreign Defendants herein in accordance with the Hague Service Treaty.  This process has been initiated, and this Court has entered an Order allowing Plaintiff to appoint a special process server.

II.

According to Plaintiff's calculations, the 120 days for service of process in this matter will run on or about October 16, 2009, therefore, Plaintiff is requesting an additional 120 days within which to complete foreign service of process.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that this, his Motion for Extension of Time Within Which to Complete Service of Process, be received and filed, and that this Honorable Court will enter its Order granting the Plaintiff an additional one-hundred twenty (120) days from the date of said Order within which to

{00358897.DOC}

complete service of process upon the Defendants; and Plaintiff prays for any and all other relief to which he may be entitled under law.

RESPECTFULLY SUBMITTED this, the 13th day of October, 2009.

CHRISTOPHER WHITFIELD, Plaintiff

By and Through His Attorneys of Record,
LUCKEY & MULLINS, PLLC


BY:   /s/ Stephen W. Mullins
STEPHEN W. MULLINS
(LA Bar No. 22124)


ATTORNEYS FOR PLAINTIFFS:

STEPHEN W. MULLINS (LA Bar No. 22124)
LUCKEY & MULLINS, PLLC
2016 Bienville Blvd., Suite 102  (39564)
Post Office Box 990
Ocean Springs, MS  39566
(228) 875-3175
(228) 872-4719  (fax)

Daniel A. Bryson
North Carolina State Bar No. 15781
LEWIS & ROBERTS, PLLC
3700 Glenwood Avenue, Suite 410
Raleigh, North Carolina 27612
Telephone: (919) 981-0191
Facsimile: (919) 981-0431
Email: dkb@lewis-robcrts.com

Gary E. Mason
The District of Columbia Bar No. 418073
Mason, LLP
1625 Massachusetts Avenue, Suite 605
Washington, DC 20036
Telephone: (202) 429-2290
Facsimile: (202) 429-2294
Email: gmason@masonlawdc.com


{00358897.DOC}

Joel R. Rhine (NC Bar No. 16028)
Lea, Rhine, & Rosbrugh, PLLC
314 Walnut Street
Wilmington, NC 28401
Tel: (910) 772-9960
Fax: (910) 772-9062
Email: jrr@lrlawfirm.com

Christopher L. Coffin
24110 Eden Street
Plaquemine, LA  70765
(252) 687-6396
Fax: (225) 687-6398
Email:  ccoffin@pbclawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by email delivery and email upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2047 on this 13th day of October, 2009.

/s/ Steve W. Mullins

{00358897.DOC}