# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURING DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKENSON |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| Whitfield, et al. v. Knauf GIPS KB, et al. | : | |
| No. 2:09-cv-04324-EEF-JCW | : | |

## ORDER EXTENDING TIME WITHIN WHICH
## TO COMPLETE SERVICE OF PROCESS

THIS DAY this cause came on to be heard upon Plaintiff's Motion for Extension of Time Within Which to Complete Service of Process upon foreign Defendants filed herein, and the Court, after having considered same, finds that the Motion is well-taken and should be sustained.

IT IS, THEREFORE,

ORDERED AND ADJUDGED that Plaintiffs be, and they are hereby granted an additional _____ days from the date of this Order within which to complete service of process in the above-styled and numbered civil action.

SO ORDERED AND ADJUDGED this, the ____ day of October, 2009.

_____
**U. S. DISTRICT COURT JUDGE**

Order Prepared by:

Stephen W. Mullins (LA Bar No. 22124)
Luckey & Mullins, PLLC
2016 Bienville Boulevard, Suite 102  (39564)
Post Office Box 724
Ocean Springs, MS  39566
(228) 875-3175
(228) 872-4719 (fax)