UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) THIS DOCUMENT RELATES TO ALL CASES ) ) ) | MDL No. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |

**HOMEBUILDERS' STEERING COMMITTEE'S AND DEFENSE STEERING COMMITTEE'S MOTION AND INCORPORATED MEMORANDUM IN SUPPORT FOR LEAVE TO FILE THEIR REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF THEIR MOTION TO COMPEL PLAINTIFFS' PROFILE FORMS**

NOW INTO COURT, through undersigned counsel, come the Homebuilders' Steering Committee ("HSC") and Defense Steering Committee ("DSC") and move this Honorable Court for an Order for Leave to file their Reply Memorandum of Law in Further Support of their Motion to Compel Plaintiffs' Profile Forms ("Reply"). The Reply, attached hereto as Exhibit "1", is necessary to address the arguments raised in opposition to the Motion, and will further assist this Court in deciding the issues before it.

Respectfully submitted,

**HOMEBUILDERS' STEERING COMMITTEE**

Phillip A. Wittmann
Stone, Pigman, Walther, Wittmann
546 Carondelet St.
New Orleans, LA 70130
(504) 593-0804

Elizabeth J. Cabraser
Leiff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery St., Suite 3000
San Francisco, CA 94111
(415) 956-1000

Hilarie Bass
Greenberg Traurig PA
1221 Brickell Avenue
Miami, FL 33131
(315) 579-0500

J. Kevin Buster
King & Spaulding, LLP
1180 Peachtree St., NE
Atlanta, GA 30309
(404) 572-4804