# COMPOSITE EXHIBIT 1



Hilarie Bass
Tel. (305) 579-0745
Fax (305) 579-0717
bassh@gtlaw.com

October 9, 2009

**VIA ELECTRONIC MAIL**

Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar L.L.P.
820 O'Keefe Avenue
New Orleans, Louisiana 70113-1116

    Re:    **In Re: Chinese Manufactured Drywall Products Liability Litigation, MDL No. 2047**

Dear Russ:

    In the Plaintiffs' Steering Committee's ("PSC") Memorandum in Opposition to Defendants' Motion to Compel Plaintiffs' Profile Forms ("Opposition"), the PSC requested a list of deficient Plaintiff Profile Forms and agreed to have you, as Plaintiffs' Liaison Counsel, contact the submitting attorneys to address these deficiencies. Pursuant to that request, enclosed is a chart showing the specific forms that are incomplete, unsigned or illegible, along with the names of the attorneys who submitted these deficient forms. Please provide us with corrected and completed Plaintiff Profile Forms by no later than Wednesday, October 14, 2009.

    Additionally, in the PSC's Opposition, the PSC represents that it has submitted "approximately 422 PPFs." I am concerned that the PSC does not know precisely how many Plaintiff Profile Forms it has submitted. This is particularly troublesome given that we only have a record of receiving the 382 Plaintiff Profile Forms reflected on the attached chart, 45 of which were submitted by the plaintiff homebuilder, The Mitchell Company. Please confirm that the attached chart reflects the complete set of Plaintiff Profile Forms the PSC has submitted to date.

    Thank you for your anticipated cooperation in this regard. If you have any questions or comments, please contact me.

                                    Sincerely,

                                    Hilarie Bass

Enclosure
cc:    Kerry Miller (via email)
       HSC (via email)

## MDL 2047 - In re Chinese-Manufacured Drywall Products Liability Litigation
### Plaintiffs' Profile Forms Received to Date
### As of: October 8, 2009

| FIRM NAME | NO. | # | OWNER'S/OCCUPANT'S NAME | HOME BUILDER/GENERAL CONTRACTOR/DEVELOPER | INCOMPLETE | UNSIGNED | ILLEGIBLE |
|---|---|---|---|---|---|---|---|
| Alters, Boldt, Brown, Rash, Culmo, P.A. | 16 | 1 | Barrozo, Hector | N/A [Lennar] | | | X (small font) |
| | | 2 | Belfour, Edward and Ashli | WCI | | | |
| | | 3 | Carey, Vernon and Latavia | GL Homes | | | |
| | | 4 | Davy, Amy and Claris | WCI | | | X (small font) |
| | | 5 | DeCarlo, Felley and Jerald Nelson | Pulte Homes | | | |
| | | 6 | DiFilippo, Steven and Kathleen | GL Homes | | | |
| | | 7 | Foster, Katherine | North Star Holdings, Inc. | | | X (small font) |
| | | 8 | Fulks, Richard and Bonnie | Paul Homes | | | X (small font) |
| | | 9 | Garcia, Lorena | Lennar | X | | |
| | | 10 | Goldstein, Cindy | WCI | X | X | |
| | | 11 | Metzl | Lennar | X | X | X (small font) |
| | | 12 | Perez, Carlos | Unknown | | | X (small font) |
| | | 13 | Prandi, Chad and Krzysztof Olschweski | Centerline Homes | | | X (small font) |
| | | 14 | Royal, Kimberly | Beazer Homes | | | |
| | | 15 | Steiner, Stephanie | Centerline Homes | | | |
| | | 16 | Usaga, Johana | Lennar | X | | |
| The Andry Law Firm, LLC | 1 | 17 | Van Winkle, Anne and Ronnie | Tudela Classic Homes, LLC | | | |
| Baron and Budd, P.C. | 13 | 18 | Doyle, Theodore and Brenda | South Homes | | | |
| | | 19 | Farley, Patrick | N/A | X | | |
| | | 20 | LaBlanc, Dona and Steven | Sunrise Homes | | | |
| | | 21 | Maykut, Donna | Anthony Marino General Contractors LLC | | | X (small font) |
| | | 22 | Oliver, Richard and Patches | contractor - Dwayne Alleman | | | |
| | | 23 | Pyne, Tyne | WCI | X | | |
| | | 24 | Scoggins, Margaret | N/A | | | |
| | | 25 | Shelton, Michael and Leslie | Sun Construction LLC | | | |
| | | 26 | Shuss, Gregory | WCI | X | | |
| | | 27 | Stanich, Dorothy | J. Stanich | | | X (small font) |
| | | 28 | Trent, Wilson and Terry | DR Horton | X | | |
| | | 29 | Utterback, John and Beverly | WCI | | | X (small font) |
| | | 30 | Young, Raymond and Linder | N/A | X | | |
| Barrett Law Office | 1 | 31 | Perry, Timothy | Sun Construction | | | |
| Barrios, Kingsdorf & Casteix, L.L.P | 1 | 32 | Kokoszka, Jason and Heather | Hutchison Homes, Inc | | | |
| Becnel Law Firm, LLC | 39 | 33 | Alexander, Penny & Henry | Calvin Johnson - Home Repair Service | | | |
| | | 34 | Amerson, Amy | Southern Star Construction | | | |
| | | 35 | Ancira, Christopher | Southern Star Contruction | | | |
| | | 36 | Barone, Johnny | N/A | X | | |
| | | 37 | Belsom, Scott | N/A | | | |

| Firm | # | | Plaintiff | Builder/Contractor | X | | |
|---|---|---|---|---|---|---|---|
| | | 38 | Boquet, Edwin | Sunrise Homes Builders | X | | |
| | | 39 | Calamarie, Joe and Kim & Jamie Dakin | contractor - G&F Drywall Frank | | | |
| | | 40 | Ceruti, Ronald and Sharon | C. Adams Construction & Design | | | |
| | | 41 | Chiappetta, Kevin and Karen | Home One Homes, Inc. | | | |
| | | 42 | Conrad, Ariene | LA Homes | | | |
| | | 43 | Cresson, Robert | Lonnie Vollentine | | | |
| | | 44 | Desselle, Brent | LA Homes | | | |
| | | 45 | Donaldson, Jill and John Oertling | David W. Stewart Inc. | | | |
| | | 46 | Dunlap, Jay and Vanessa | contractor - James LeBlanc | | | |
| | | 47 | Fazande, Dwayne | LA Homes | | | |
| | | 48 | Gilberti, Jeffrey and Chrissie | Catalone Custom Homes | | | |
| | | 49 | Haindel, Mary | Southern Star Construction | | | |
| | | 50 | Hall, Darlene and Nathaniel | Gabourel's Construction | X | | |
| | | 51 | Heck, Kelly and Joshua | Self | | | |
| | | 52 | Joseph, Todd | Sun Construction | | | |
| | | 53 | Kelly, Vicki and Gary | Cajun Construction | | | |
| | | 54 | Lea, Julie and Chris | Ray Beck Inc. | | | |
| | | 55 | Ledet, Darryl and Trisha | Sun Construction LLC - Sunrise Homes | | | |
| | | 56 | Mays, Gina and Bobby | Self | | | |
| | | 57 | McKinnies, Terral and Kionne | LA Homes | | | |
| | | 58 | Mercante, Joseph and Barbara | Self | | | |
| | | 59 | Mitchell, James Gray | LaPorte Family Properties | | | |
| | | 60 | Nunez, Ernest and Maries | Sun Construction | | | |
| | | 61 | Pavaguea, Craig and Michelle | Gooden Homes | | | |
| | | 62 | Payton, Patrick and Beth | Crosby Development | | | |
| | | 63 | Peters, Patrina Johnson | Habitat for Humanity | | | |
| | | 64 | Reusch, Kevin and Dorothy | The Precision Construction Group | | | |
| | | 65 | Robinson, Jerome and Ellen | LA Homes | | | |
| | | 66 | Singleton, Andrea | N/A | X | | |
| | | 67 | Staton, Lori Ann | LaPorte Family Properties | | | |
| | | 68 | Staub, Marcus G. and Dana | LaPorte Family Properties | | | |
| | | 69 | Tiemann, Richard and Jena | Alternative Source Inc./Fred Holiday | | | |
| | | 70 | Woodside, Jennifer | contractor - Gwen Core | | | |
| | | 71 | Young, Melissa Ann | LA Homes | | | |
| Bencomo and Associates | 1 | 72 | Berthelotte, Lund and Anna | R & B Housing, LLC | | | |
| Berniard Law Firm | 3 | 73 | Borne, Carol Richoux | C&C Homebuilders | | | |
| | | 74 | Kessler, David and Amanda | GMI Construction, Inc. | | | |
| | | 75 | Wiltz, Kenneth and Barbara | contractor | | | |
| Berrigan, Litchfield, Schonekas, Mann, Traina & Bolner, L.L.C. | 2 | 76 | Green, William and Jamie | Self | | | |
| | | 77 | Pizani, Calvin and Lindsey | Cierra Homes | | | |
| The Law Office of Joseph M. Bruno | 18 | 78 | Ambrose, Rosalie | Chris Jordan | X | | |
| | | 79 | Bailey, Delores J. | contractor - Angie Gonzales | | | |
| | | 80 | Carter, Daniel | Self | X | | |