| | | # | Name | Builder | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 81 | Clark, Carolyn A. | contractor - Samson Mathis | X | | | |
| | | 82 | Eugene, Adrien | blank | X | | | |
| | | 83 | Gardette, Michael A. | Sunrise Homes | X | | | |
| | | 84 | Jones, Daphne | Unknown | X | | | |
| | | 85 | Joseph, Louise | blank | X | | | |
| | | 86 | Kuykendall, Beverly | N/A | | | | |
| | | 87 | Myles, Jessie | blank | X | | | |
| | | 88 | Perez, Sandra and Pedro | Self | X | | | |
| | | 89 | Peters, Ronald | Self | | | | |
| | | 90 | Roberts, Jeffrey D. | Sunrise Homes | X | | | |
| | | 91 | Smith, Gary and Carlette | Self | X | | | |
| | | 92 | Smith, Tanika | Self | X | | | |
| | | 93 | St. Martin, Janeu | Self | X | | | |
| | | 94 | Tromatore, Peggy | blank | X | | | |
| | | 95 | Zubrow, Linda and Michael | blank | X | | | |
| Colson Hicks Eidson | 36 | 96 | Alvarez, Emilio and Martha | D&C Construction | | | | |
| | | 97 | Bloom, Andrew and Ina | Albanese-Popkin The Oaks Develop. Group | | | | |
| | | 98 | Busbee, Clarense and Sheri | Tousa aka Engle Homes | X | | | |
| | | 99 | Deutsch, Hunting and Mary | CDC Builders, Inc. | | | | |
| | | 100 | Eskenazi, Anna and Mark | Albanese-Popkin The Oaks Develop. Group | | | | |
| | | 101 | Feliciano, Felix and Anabelle | Lennar | | | | |
| | | 102 | Fernandez, Jorge and Michelle | Felipe Naranja | | | | |
| | | 103 | Fisher, Donald and Nadja | Habitat for Humanity | | | | |
| | | 104 | Flores, Julia and Nathalia Cora | South Kendall Const. | | | | |
| | | 105 | Freschman, Beth and Brian | Northstar Homes | | | | |
| | | 106 | Galvin, Larry and Lourene | Taylor Woodrow Communities | | | | |
| | | 107 | Gamboa, Hernon and Ana | Lennar | X | | | |
| | | 108 | Garcia, Apolinar and Lydia | Advantage Builders | X | | | |
| | | 109 | Jones, Gail | WCI | | | | |
| | | 110 | Leben, Roger and Janett | South Kendall Const. | X | | | |
| | | 111 | Mardeni, Marirose and Roberto | Tousa Homes, Inc. | X | | | |
| | | 112 | Martinez, Felix and Jenny | South Kendall Const. | | | | |
| | | 113 | Mazza-Martinez, Tania and Armando | contractor - Victor Marzo | | | | |
| | | 114 | Nelson, Richard and Nancy | Lennar | | X | | |
| | | 115 | Pelligra, Anna | South Kendall Const. | | | | |
| | | 116 | Oves, Jose Francisco | South Kendall Const. | X | X | | |
| | | 117 | Ramsarran, Lloyd and Dinah-Martinez | Star Homes of Florida | | | | |
| | | 118 | Raphael, Gene and Quonnisheila | Tousa Homes, Inc. | | | | |
| | | 119 | Rinaldi, Joseph | Garram Homes | | | | |
| | | 120 | Rizzo, Ricardo and Madelin Alfonso | South Kendall Const. | | | | |
| | | 121 | Robert, Steven and Jennifer | Northstar Holdings | | | | |
| | | 122 | Santamaria, Daniel and Carolyn | Northstar Holdings | | | | |
| | | 123 | Santiago, Jason R. | South Kendall Const. | | | | |
| | | 124 | Sardina, Raymond | United Homes | | | | |
| | | 125 | Sirota, Paul and Sirota | Northstar Holdings | | | | |
| | | 126 | Starkman, Jeffrey and Sharlene | WCI Communities, LLC | | X | | |
| | | 127 | Tarzy, James B. | Taylor Woodrow Communities | X | X | | |