| Firm | Count | # | Name | Builder | | | |
|---|---|---|---|---|---|---|---|
| | | 128 | Trepkowski, David and Carrie | Engle Homes | | x | |
| | | 129 | Valdes, Enrique and Ivy | South Kendall Const. | | x | |
| | | 130 | Vickers, Karen | South Kendall Const. | | | |
| | | 131 | Villalta, Daniel and Yesenia | United Homes | | | |
| Coughlin Stoia Geller Rudman & Robbins LLP | 1 | 132 | Riesz, Lawrence and Jennifer Schnee | WCI | x | | |
| Cuneo Gilbert & LaDuca | 1 | 133 | Minafri, Steven J. | MI Homes | | | |
| Cunningham Bounds, LLC | 48 | 134 | Brewton, I.D. | Heritage Homes of NW Florida | | | |
| | | 135 | Knowles, James | Heritage Homes of NW Florida | | | |
| | | 136 | Stefan @ 1698 Bright Lead Ct. | The Mitchell Company Inc. | | | |
| | | 137 | Stefan @ 503 Reil St. | The Mitchell Company Inc. | | | |
| | | 138 | Stefan @ 504 Reil St. | The Mitchell Company Inc. | | | |
| | | 139 | Stefan @ 505 Reil St. | The Mitchell Company Inc. | | | |
| | | 140 | Stefan @ 506 Reil St. | The Mitchell Company Inc. | | | |
| | | 141 | Stefan @ 507 Reil St. | The Mitchell Company Inc. | | | |
| | | 142 | Stefan @ 508 Reil St. | The Mitchell Company Inc. | | | |
| | | 143 | Stefan @ 509 Reil St. | The Mitchell Company Inc. | | | |
| | | 144 | Stefan @ 510 Reil St. | The Mitchell Company Inc. | | | |
| | | 145 | Stefan @ 5910 Bilek Dr. | The Mitchell Company Inc. | | | |
| | | 146 | Stefan @ 5914 Bilek Dr. | The Mitchell Company Inc. | | | |
| | | 147 | Stefan @ 5918 Bilek Dr. | The Mitchell Company Inc. | | | |
| | | 148 | Stefan @ 5919 Bilek Dr. | The Mitchell Company Inc. | | | |
| | | 149 | Stefan @ 5923 Bilek Dr. | The Mitchell Company Inc. | | | |
| | | 150 | Stefan @ 5926 Bilek Dr. | The Mitchell Company Inc. | | | |
| | | 151 | Stefan @ 5934 Bilek Dr. | The Mitchell Company Inc. | | | |
| | | 152 | Stefan @ 5938 Bilek Dr. | The Mitchell Company Inc. | | | |
| | | 153 | Stefan @ 800 McCrory | The Mitchell Company Inc. | | | |
| | | 154 | Stefan @ 802 McCrory | The Mitchell Company Inc. | | | |
| | | 155 | Stefan @ 803 McCrory | The Mitchell Company Inc. | | | |
| | | 156 | Stefan @ 804 McCrory | The Mitchell Company Inc. | | | |
| | | 157 | Stefan @ 805 McCrory | The Mitchell Company Inc. | | | |
| | | 158 | Stefan @ 806 McCrory | The Mitchell Company Inc. | | | |
| | | 159 | Stefan @ 807 McCrory | The Mitchell Company Inc. | | | |
| | | 160 | Stefan @ 808 McCrory | The Mitchell Company Inc. | | | |
| | | 161 | Stefan @ 810 McCrory | The Mitchell Company Inc. | | | |
| | | 162 | Stefan @ 811 McCrory | The Mitchell Company Inc. | | | |
| | | 163 | Stefan @ 812 McCrory | The Mitchell Company Inc. | | | |
| | | 164 | Stefan @ 814 McCrory | The Mitchell Company Inc. | | | |
| | | 165 | Stefan @ 816 McCrory | The Mitchell Company Inc. | | | |
| | | 166 | Stefan @ 818 McCrory | The Mitchell Company Inc. | | | |
| | | 167 | Stefan @ 820 McCrory | The Mitchell Company Inc. | | | |
| | | 168 | Stefan @ 821 McCrory | The Mitchell Company Inc. | | | |
| | | 169 | Stefan @ 822 McCrory | The Mitchell Company Inc. | | | |
| | | 170 | Stefan @ 823 McCrory | The Mitchell Company Inc. | | | |
| | | 171 | Stefan @ 824 McCrory | The Mitchell Company Inc. | | | |
| | | 172 | Stefan @ 825 McCrory | The Mitchell Company Inc. | | | |
| | | 173 | Stefan @ 826 McCrory | The Mitchell Company Inc. | | | |
| | | 174 | Stefan @ 827 McCrory | The Mitchell Company Inc. | | | |
| | | 175 | Stefan @ 828 McCrory | The Mitchell Company Inc. | | | |
| | | 176 | Stefan @701 Hinson St. | The Mitchell Company Inc. | | | |
| | | 177 | Stefan @703 Hinson St. | The Mitchell Company Inc. | | | |
| | | 178 | Stefan @705 Hinson St. | The Mitchell Company Inc. | | | |
| | | 179 | Stefan @707 Hinson St. | The Mitchell Company Inc. | | | |
| | | 180 | Stefan @709 Hinson St. | The Mitchell Company Inc. | | | |
| | | 181 | Weekley, Blake | Heritage Homes of NW Florida | | | |

| Firm | Count | # | Client | Builder/Contractor | | | |
|---|---|---|---|---|---|---|---|
| Diliberto & Kirin LLC | 1 | 182 | Serio, Joseph | Inman Construction Services | | | |
| Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC | 9 | | | | | | |
| | | 183 | Alonzo, Lana | N/A | | | |
| | | 184 | Hernandez, Diane and John | N/A | | | |
| | | 185 | Hopper, Dean and Dena | Self | | | |
| | | 186 | Jarrell, Chad BT and Darlene Marie | Mayeaux Construction | | | X (small font) |
| | | 187 | Meyer, Lawrence and Elizabeth | Affordable Homes & Land | | | |
| | | 188 | Morlas, Ralph L. | GMI Construction | | | |
| | | 189 | Peres, Tony and Kathy | contractor - Kent Stewart Electric & Remodeling | | | |
| | | 190 | Skinner, Helen | Affordable Homes & Land | | | |
| | | 191 | Watts, Sharon | Affordable Homes & Land | | | |
| Gilman and Pastor, LLP | 1 | 192 | Ankney, Duane | contrator - Taylor Morrison | | | |
| The Law Offices of Lauri J. Goldstein | 5 | | | | | | |
| | | 193 | Downs, Terry and Patricia | MDF Construction | | | X |
| | | 194 | Kelly, Francine | Mercedes Homes | | | |
| | | 195 | Malkki, Donna | Centerline Homes | | | |
| | | 196 | Ohear, Anne | Louran Builders/ Vincent Montalto Construction Inc. | | | |
| | | 197 | Teefy, Thomas | N/A | X | | |
| Herman, Herman, Katz & Cotlar, LLP | 5 | 198 | Hernandez, Tatum and Charlene | Royal Homes | | | |
| | | 199 | Legendre, Paul and Jayne | Self | | | |
| | | 200 | Mills, Jeanette | Jacob Fakouri | | | |
| | | 201 | Orduna, Albert and Judith | contractor | | | |
| | | 202 | Pasentine, Judith E. | Self | | | |
| The Lamb Firm, L.L.C. | 1 | 203 | Pampel, Terry and Nancy | Van Alter Construction, Inc. | | | |
| Lambert and Nelson, P.L.C. client - John F. Campbell member of Slidell Property Management LLC | 37 | 204 | Anderson, Quaintrell | Capital Construction | | | |
| | | 205 | Back, Charles and Mary | Southern Star Construction | | | |
| | | 206 | Blue, John B. | Self | | | |
| | | 207 | Borne, Barry and Mary | Southern Star Contruction | | | |
| | | 208 | Braselman, Holly | Southern Star Contruction | | | |
| | | 209 | Campbell, John @ 1013 Clairise Court | Southern Star Construction | | | |
| | | 210 | Campbell, John @ 1020 Clairise Court | Southern Star Construction | | | |
| | | 211 | Campbell, John @ 1021 Clairise Court | Southern Star Construction | | | |
| | | 212 | Campbell, John @ 1024 Clairise Court | Southern Star Construction | | | |
| | | 213 | Campbell, John @ 1028 Clairise Court | Southern Star Construction | | | |
| | | 214 | Campbell, John @ 1029 Clairise Court | Southern Star Construction | | | |
| | | 215 | Campbell, John @ 1032 Clairise Court | Southern Star Construction | | | |
| | | 216 | Campbell, John @ 1033 Clairise Court | Southern Star Construction | | | |
| | | 217 | Campbell, John @ 1036 Clairise Court | Southern Star Construction | | | |
| | | 218 | Campbell, John @ 1037 Clairise Court | Southern Star Construction | | | |
| | | 219 | Campbell, John @ 1040 Clairise Court | Southern Star Construction | | | |

| Firm | Count | # | Client | Builder/Contractor | Col1 | Col2 | Col3 |
|---|---|---|---|---|---|---|---|
| | | 220 | Campbell, John @ 1041 Clairise Court | Southern Star Construction | | | |
| | | 221 | Campbell, John @ 1044 Clairise Court | Southern Star Construction | | | |
| | | 222 | Campbell, John @ 1045 Clairise Court | Southern Star Construction | | | |
| | | 223 | Campbell, John @ 1057 Clairise Court | Southern Star Construction | | | |
| | | 224 | Campbell, John @ 1061 Clairise Court | Southern Star Construction | | | |
| | | 225 | Campbell, John @ 1072 Clairise Court | Southern Star Construction | | | |
| | | 226 | Campbell, John @ 1080 Clairise Court | Southern Star Construction | | | |
| | | 227 | Campbell, John @ 1084 Clairise Court | Southern Star Construction | | | |
| | | 228 | Campbell, John @ 1096 Clairise Court | Southern Star Construction | | | |
| | | 229 | Campbell, John @ 1100 Clairise Court | Southern Star Construction | | | |
| | | 230 | Foster, Evelyn | chuch volunteers | X | | |
| | | 231 | Guidry, Richard and Amy | PK Builders | | | |
| | | 232 | Houston, Rudaphn and Shannon | Majestic Global | | | |
| | | 233 | Jaruzel, John and Karin | Miraman Construction | | | |
| | | 234 | Johnson, Saunjan | Unknown | | | |
| | | 235 | Kehoe, Mary White - 1204 Magnolia | Southern Star Construction | | | |
| | | 236 | Kehoe, Mary White - 12110 Magnolia | Southern Star Construction | | | |
| | | 237 | Kimble, Tijuana | chuch volunteers | | | |
| | | 238 | Meyer, Kirk and Lori | KB Homes | | | |
| | | 239 | Ranson, Lucy | contractor - John Kidd | | | |
| | | 240 | Wilkerson, Robert and Annie | Pattern Construction | | | |
| Lemmon Law Firm LLC | 4 | 241 | Daniels, Lula | Mitchell Homes | | | |
| | | 242 | Dempster, Barry and Annette | Self | | | |
| | | 243 | Fluharty, Carson and Charlens | Westerheim Homes/Solid Construction of the Gulf Coast | | | |
| | | 244 | Morris, Robert | Beazer Homes | | | |
| Leopold & Kuvin | 18 | 245 | Badchkam, Annette | United Homes | X | | |
| | | 246 | Bradford, Debra | United Homes | X | | |
| | | 247 | Catalano, Tom and Faye | A Burton Homes | | | |
| | | 248 | Feuerberg, Bryan and Emily | GL Homes | X | | |
| | | 249 | Fuhrman, Keith and Glorida Berson | Majestic Homes | | | |
| | | 250 | Hamilton, Wayne and Olga | N/A | X | | |
| | | 251 | Hoagland, Lawrence and Ann | United Homes | | | |
| | | 252 | Javis, Francis and Kathy | Aranda Homes, Inc. | | | |
| | | 253 | Knapp, Russell and Audrey Jonas | United Homes | | | |
| | | 254 | Mennine, Rich and Jordan Burrus | United Homes | | | |
| | | 255 | Palsgraf, William and Maria | JPC Enterp. (Majestic Homes) | X | | |
| | | 256 | Schurer, John | Majestic Homes | | | |
| | | 257 | Skora, Gregory and Danielle | E.H. Building Group | X | | |
| | | 258 | William, Michael and Richard Reedy @1203 NE 19 Pl | Rickelman Const. | | | |
| | | 259 | Williams, Michael and Richard Reddy @2617 NE 5th Pl. | Rickelman Const. | | | |
| | | 260 | Williams, Micheal @ 1404 SW 5 Pl. | Rickelman Const. | | | |