UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) THIS DOCUMENT RELATES TO ALL CASES ) ) ) | MDL No. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |

### ORDER

**CONSIDERING THE FOREGOING;**

**IT IS ORDERED** that the Homebuilders' Steering Committee's and Defense Steering Committee's Motion for Leave to File their Reply Memorandum of Law in Further Support of their Motion to Compel Plaintiffs' Profile Forms is hereby granted.

New Orleans, Louisiana this ____ day of October, 2009.

_____
**JUDGE ELDON E. FALLON**