UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

Considering the Plaintiffs' Steering Committee's Omnibus Rule 6(b) Motion for Extension of Time for Service of Process Under Rule 4(m);

IT IS ORDERED that the Plaintiffs' Steering Committee's Omnibus Rule 6(b) Motion for Extension of Time for Service of Process Under Rule 4(m) is GRANTED.

New Orleans, Louisiana, this ____ day of October, 2009.

_____
Eldon E. Fallon
United States District Court Judge

1