UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 2047 SECTION: L |
| | * | JUDGE FALLON |
| *This document relates to All Cases.* | * * | MAG. JUDGE WILKINSON |
| * * * * * * * * * * * * | | |

**PLAINTIFFS' STATEMENT OF CONTESTED MATERIAL FACTS IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING GOOD FAITH SELLERS UNDER LOUISIANA LAW FILED BY DEFENDANT INTERIOR EXTERIOR**

Plaintiffs, by and through the Plaintiffs' Steering Committee, respectfully submit the following Statement of Contested Material Facts in Opposition to the Motion for Partial Summary Judgment filed by Defendant Interior Exterior:

**MAY IT PLEASE THE COURT:**

The following contested issues of material fact preclude partial summary judgment:

1. Whether Interior Exterior knew that the Chinese Drywall it was selling was defective?[1]

2. Whether Interior Exterior is a "manufacturer" under the Louisiana Products Liability Act?[2]

---

[1] *See* DECLARATION OF STEPHEN J. HERMAN; FED. RULE CIV. PRO. 56(f).

[2] *See* MEMO IN SUPPORT OF MOT FOR PARTIAL SUMMARY JUDGMENT, pp.1-2.

3. Whether Interior Exterior should have known, based on the facts and circumstances, that the Chinese Drywall it was selling was defective?[3]

4. Whether Interior Exterior observed any strange and suspicious odors in handling the Chinese Drywall it sold?[4]

5. Whether Interior Exterior received any reports or complaints of strange and suspicious odors in handling the Chinese Drywall it sold?[5]

6. Whether Interior Exterior received or was informed about complaints or reports of high sulfer content in Chinese Drywall?[6]

7. Whether Interior Exterior received or was informed about complaints or reports of high Strontium content in Chinese Drywall?[7]

8. Whether Interior Exterior received or was informed about complaints or reports of defective Chinese Drywall?[8]

9. Whether Interior Exterior received or was informed about complaints or reports of copper wire and/or other corrosion associated, or potentially associated, with the installation or use of Chinese Drywall?[9]

10. Whether Interior Exterior received or was informed about complaints or reports of electrical problems associated, or potentially associated, with the installation or use of Chinese Drywall?[10]

---

[3] *See* DECLARATION OF STEPHEN J. HERMAN; FED. RULE CIV. PRO. 56(f).

[4] *See* DECLARATION OF STEPHEN J. HERMAN; FED. RULE CIV. PRO. 56(f).

[5] *See* DECLARATION OF STEPHEN J. HERMAN; FED. RULE CIV. PRO. 56(f).

[6] *See* DECLARATION OF STEPHEN J. HERMAN; FED. RULE CIV. PRO. 56(f).

[7] *See* DECLARATION OF STEPHEN J. HERMAN; FED. RULE CIV. PRO. 56(f).

[8] *See* DECLARATION OF STEPHEN J. HERMAN; FED. RULE CIV. PRO. 56(f).

[9] *See* DECLARATION OF STEPHEN J. HERMAN; FED. RULE CIV. PRO. 56(f).

[10] *See* DECLARATION OF STEPHEN J. HERMAN; FED. RULE CIV. PRO. 56(f).

11. Whether Interior Exterior received or was informed about complaints or reports of HC/VAC and/or other air conditioning problems associated, or potentially associated, with the installation or use of Chinese Drywall?[11]

12. Whether Interior Exterior received or was informed about complaints or reports of refrigerator or refrigerator coil problems associated, or potentially associated, with the installation or use of Chinese Drywall?[12]

13. Whether Interior Exterior received any notices, warnings or reports from any shippers, suppliers, distributors and/or manufacturers regarding any problems, or potential problems, with Chinese Drywall?[13]

14. Whether Interior Exterior performed any tests on the Chinese Drywall it was selling?[14]

15. Whether Interior Exterior sold the product directly to the plaintiff?

16. Whether Interior Exterior sold the product to the plaintiff through a person or entity who was acting as an agent for the plaintiff?

17. Whether Interior Exterior is in "privity" with the plaintiff?

18. Whether the Chinese Drywall sold by Interior Exterior was reasonably fit for its ordinary use?

19. Whether Interior Exterior had reason to know that the use or purpose for buying the Chinese Drywall in question?[15]

---

[11] *See* DECLARATION OF STEPHEN J. HERMAN; FED. RULE CIV. PRO. 56(f).

[12] *See* DECLARATION OF STEPHEN J. HERMAN; FED. RULE CIV. PRO. 56(f).

[13] *See* DECLARATION OF STEPHEN J. HERMAN; FED. RULE CIV. PRO. 56(f).

[14] *See* DECLARATION OF STEPHEN J. HERMAN; FED. RULE CIV. PRO. 56(f).

[15] *See* DECLARATION OF STEPHEN J. HERMAN; FED. RULE CIV. PRO. 56(f).

This 13th day of October, 2009.

                        Respectfully submitted,


                        /s/ Russ M. Herman
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Stephen J. Herman, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin
Fred S. Longer
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Victor Manuel Diaz
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
 Matthews, Martinez, Gonzales,
 Kalbac & Kane
255 Aragon Avenue, 2nd Floor
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Jerrold Seith Parker
Parker, Waichman, Alonso LLP
27399 Riverview Center Blvd.
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

### OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite  650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Jeremy W. Alters
Alters, Boldt, Brown, Rash & Culmo, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@abbrclaw.com

## CERTIFICATE OF SERVICE

   I hereby certify that the above and foregoing Statement of Contested Facts has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this <u>13th</u> day of <u>October</u>, <u>2009</u>.

                   /s/ Stephen J. Herman
                Stephen J. Herman, La. Bar No. 23129
                Herman, Herman, Katz & Cotlar, LLP
                820 O'Keefe Ave.
                New Orleans, LA  70113
                PH:  (504) 581-4892
                Fax:  (504) 561-6024
                sherman@hhkc.com