UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 2047 SECTION: L |
| | * | JUDGE FALLON |
| *This document relates to All Cases.* | * * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * *

## DECLARATION OF STEPHEN J. HERMAN

The following declaration is submitted under penalty of perjury pursuant to 28 U.S.C. §1746 and in accordance with RULE 56(f) of the Federal Rules of Civil Procedure, in Opposition to the Motion for Partial Summary Judgment filed by Defendant Interior Exterior:

1. I am a person the full age of majority domiciled and residing within the State of Louisiana; I am admitted to practice law in the State of Louisiana and in the United States District Court for the Eastern District of Louisiana; I am counsel of record for Plaintiffs in the above-captioned proceedings.

2. Plaintiffs have recently commenced discovery, seeking documents, testimony and other information from defendants and third parties.

3. At this point, despite reasonably diligent efforts of Plaintiffs and all counsel, Plaintiffs have not had the opportunity to conduct depositions of Interior Exterior, its employees, or other relevant witnesses; nor has Interior Exterior produced documents responsive to Plaintiffs' initial requests.

4. Plaintiffs reasonably believe that discovery will lead to competent evidence establishing (among other things) the following facts which are relevant to Interior Exterior's Motion for Partial Summary Judgment:

   A. That Interior Exterior knew that the Chinese Drywall it was selling was defective.

   B. That Interior Exterior should have known, based on the facts and circumstances, that the Chinese Drywall it was selling was defective.

   C. That Interior Exterior observed strange and suspicious odors in handling the Chinese Drywall it sold.

   D. That Interior Exterior received reports or complaints of strange and suspicious odors in handling the Chinese Drywall it sold.

   E. That Interior Exterior received or was informed about complaints or reports of high sulfer content in Chinese Drywall.

   F. That Interior Exterior received or was informed about complaints or reports of high Strontium content in Chinese Drywall.

   G. That Interior Exterior received or was informed about complaints or reports of defective Chinese Drywall.

   H. That Interior Exterior received or was informed about complaints or reports of copper wire and/or other corrosion associated, or potentially associated, with the installation or use of Chinese Drywall.

   I. That Interior Exterior received or was informed about complaints or reports of electrical problems associated, or potentially associated, with the installation or use of Chinese Drywall.

   J. That Interior Exterior received or was informed about complaints or reports of HC/VAC and/or other air conditioning problems associated, or potentially associated, with the installation or use of Chinese Drywall.

K. That Interior Exterior received or was informed about complaints or reports of refrigerator or refrigerator coil problems associated, or potentially associated, with the installation or use of Chinese Drywall.

L. That Interior Exterior received notices, warnings or reports from shippers, suppliers, distributors and/or manufacturers regarding problems, or potential problems, with Chinese Drywall.

M. That employees or other agents and/or associates of Interior Exterior may have had suspicious and/or adverse personal experiences with Chinese Drywall.

N. That Interior Exterior may have performed tests on the Chinese Drywall it was selling.

O. Interior Exterior's knowledge, understanding and/or expectations about the uses or purposes for the Chinese Drywall it was selling.

P. Interior Exterior's knowledge and/or suspicions regarding products manufactured in and/or imported from China, including, but not limited to, (i) inspection standards and/or processes (and/or lack thereof); (ii) safety standards (and/or lack thereof); (iii) problems with other products, such as dog food, generic drugs and/or children's toys; (iv) lower costs.

I DECLARE under penalty of perjury that the above and foregoing is true and correct.

Executed this 13th day of October, 2009.

_____
STEPHEN J. HERMAN