UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| | DISTRICT JUDGE FALLON |
| | MAGISTRATE JUDGE WILKINSON |

This Document Relates To:
*Frank DeBenedictis and Deborah DeBenedictis v. Knauf Gips KG, et al.*,
    2:09cv4658-EEF-JCW
*Susan Posey, et al. v. Beijing New Building Materials Co., Ltd., et al.*,
    2:09cv6531-EEF-JCW
*Robert Morris v. Beijing New Building Materials Co., Ltd., et al.*,
    2:09cv6530-EEF-JCW
*Marcelo Torres-Lutz and Cecilia Torres v. Shandong Taihe Dongxin Stock Co., Ltd., et al.*,
    2:09cv6529-EEF-JCW

## NOTICE OF APPEARANCE
## BY WILLIAM F. CASH III

Plaintiffs' counsel William F. Cash III hereby enters his appearance in these actions. Mr. Cash is familiar with the Local Rules of this Court as well as all pretrial orders entered in MDL 2047. Mr. Cash is licensed to practice law in Florida and Ohio.

1

RESPECTFULLY SUBMITTED,

_____
William F. Cash III
(Fla. Bar number pending; admitted to practice, sworn Sept. 25, 2009.
Ohio Bar 84482)

Benjamin W. Gordon, Jr.

Amanda R. Slevinski

LEVIN, PAPANTONIO, THOMAS, MITCHELL,
 ECHSNER, AND PROCTOR, P.A.
316 South Baylen Street
Pensacola, Florida 32502
Phone: 850-435-7059
E-mail: bcash@levinlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Motion to Withdraw as Counsel by Amanda R. Slevinski* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Defendants' Liaison Counsel, Kerry Miller, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this ___13th___ day of October, 2009.

_____
William F. Cash III

2