UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

In re: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

MDL NO. 2047

SECTION: L

DISTRICT JUDGE FALLON

MAGISTRATE JUDGE WILKINSON

This Document Relates To:
*Frank DeBenedictis and Deborah DeBenedictis v. Knauf Gips KG, et al.,*
    2:09cv4658-EEF-JCW
*Susan Posey, et al. v. Beijing New Building Materials Co., Ltd., et al.,*
    2:09cv6531-EEF-JCW
*Robert Morris v. Beijing New Building Materials Co., Ltd., et al.,*
    2:09cv6530-EEF-JCW
*Marcelo Torres-Lutz and Cecilia Torres v. Shandong Taihe Dongxin Stock Co., Ltd., et al.,*
    2:09cv6529-EEF-JCW

## MOTION TO WITHDRAW AS COUNSEL
## BY AMANDA R. SLEVINSKI

Plaintiffs' counsel Amanda R. Slevinski hereby seeks leave to withdraw as counsel in these actions. Each of the eleven plaintiffs has consented to her withdrawal and has been served with written notice of the proposed withdrawal in compliance with LR83.2.11. (Slevinski Decl., Ex. A ¶ 4.) Moreover, the plaintiffs will not be prejudiced by the withdrawal because they will remain ably represented by Benjamin W. Gordon Jr. and William F. Cash III, both of whom are deeply involved in Chinese drywall litigation. As this Court is aware, Mr. Gordon was appointed to the Plaintiffs' Steering Committee. (Order appointing Gordon, July 27, 2009, Ex. B.) Finally, the full resources of the Levin

1

Papantonio firm stand behind these clients and the effective prosecution of this case.

(Slevinski Decl., Ex. A ¶ 6.)

RESPECTFULLY SUBMITTED,

/s/ Amanda R. Slevinski
Amanda R. Slevinski
(Fla. Bar 27041)
Benjamin W. Gordon Jr.
William F. Cash III
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
  ECHSNER, AND PROCTOR, P.A.
316 South Baylen Street
Pensacola, Florida 32502
Phone: 850-435-7000
E-mail: aslevinski@levinlaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing *Motion to Withdraw as Counsel by Amanda R. Slevinski* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Defendants' Liaison Counsel, Kerry Miller, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this ___13th___ day of October, 2009.

/s/ Amanda R. Slevinski
Amanda R. Slevinski

2