UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

In re: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

MDL NO. 2047

SECTION: L

DISTRICT JUDGE FALLON

MAGISTRATE JUDGE WILKINSON

This Document Relates To:
*Frank DeBenedictis and Deborah DeBenedictis v. Knauf Gips KG, et al.*,
   2:09cv4658-EEF-JCW
*Susan Posey, et al. v. Beijing New Building Materials Co., Ltd., et al.*,
   2:09cv6531-EEF-JCW
*Robert Morris v. Beijing New Building Materials Co., Ltd., et al.*,
   2:09cv6530-EEF-JCW
*Marcelo Torres-Lutz and Cecilia Torres v. Shandong Taihe Dongxin Stock Co., Ltd., et al.*,
   2:09cv6529-EEF-JCW

## DECLARATION OF AMANDA R. SLEVINSKI

1. I am thirty years old and competent to make this declaration.

2. I am a member in good standing of The Florida Bar.

3. I currently represent the eleven plaintiffs in these four actions.

4. A member of my staff has contacted each one of these clients and received their consent to my withdrawing from further representation. Written notice of the proposed withdrawal was then sent to each client on September 16, 2009.

5. My firm has an extensive, well-established practice in mass tort cases such as this one.

6. Although I seek to withdraw, at least one other member of my firm will represent these clients in this action and the full resources of our firm will continue to be available to the clients in this case. We are actively representing many clients who have Chinese drywall in their homes.

7. Benjamin W. Gordon Jr., a senior attorney of counsel at my firm who has also appeared in this action, is a member of the Plaintiffs' Steering Committee for the national litigation (MDL 2047) and will continue to actively represent these clients in this individual case and at the multi-district litigation level.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on October 12th, 2009.

RESPECTFULLY SUBMITTED,

*/s/ Amanda R. Slevinski*
Amanda R. Slevinski
(Fla. Bar 27041)

LEVIN, PAPANTONIO, THOMAS, MITCHELL,
   ECHSNER, AND PROCTOR, P.A.
316 South Baylen Street
Pensacola, Florida 32502
Phone: 850-435-7000
E-mail: aslevinski@levinlaw.com