UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| In re:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| | DISTRICT JUDGE FALLON |
| | MAGISTRATE JUDGE WILKINSON |

This Document Relates To:

*Frank DeBenedictis and Deborah DeBenedictis v. Knauf Gips KG, et al.*,
    2:09cv4658-EEF-JCW

*Susan Posey, et al. v. Beijing New Building Materials Co., Ltd., et al.*,
    2:09cv6531-EEF-JCW

*Robert Morris v. Beijing New Building Materials Co., Ltd., et al.*,
    2:09cv6530-EEF-JCW

*Marcelo Torres-Lutz and Cecilia Torres v. Shandong Taihe Dongxin Stock Co., Ltd., et al.*,
    2:09cv6529-EEF-JCW

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL
BY AMANDA R. SLEVINSKI**

Now before the Court is plaintiffs' counsel Amanda R. Slevinski's motion to withdraw from representation (docket entry #343). For good cause shown, this motion is hereby GRANTED.

DONE AND ORDERED this _____ day of _____, 2009.

_____
U.S. DISTRICT JUDGE ELDON E. FALLON