UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Hinkley, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 09-6686 (E.D.La.) | |

## PLAINTIFFS' RESPONSE IN OPPOSITION TO
## THE MOTION TO DISQUALIFY COUNSEL FOR PLAINTIFFS

NOW COMES, the plaintiffs, Curtis Hinkley, Lynn Hinkley and Stephanie Hinkley-Lopez, who file this response in opposition to Venture Supply, Inc. and the Porter-Blaine Corporation's Motion to Disqualify Counsel. The defendants' motion is entirely repetitive of a virtually identical motion they filed in the action captioned *Germano v. Taishan Gypsum Co., Ltd., et al.,* Case No. 09-6687 (E.D.La.). Both actions were recently transferred to this Court by the Judicial Panel on Multidistrict Litigation by the Transfer Order dated October 6, 2009. Because the matters addressed herein are repetitive of those already fully briefed in the *Germano* litigation, plaintiffs hereby incorporate by reference their response in opposition to the motion to disqualify counsel for plaintiffs in the *Germano* action.

For the reasons set forth in the *Germano* action, the Motion to Disqualify should be denied.

Respectfully submitted,

**Dated: October 14, 2009**

/s/ Arnold Levin
Arnold Levin
Fred S. Longer
Daniel Levin
Matthew Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
*Co-counsel for Plaintiff*

Michael D. Hausfeld
Richard S. Lewis
James J. Pizzirusso
Faris Ghareeb
HAUSFELD LLP
1700 K Street, N.W.
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
*Co-counsel for Plaintiff*

Richard Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com
Phone: (757) 233-0009
Fax: (757) 233-0455
*Counsel for Plaintiff*

Robert Gary
Gary, Naegele & Theado, LLC
446 Broadway
Lorain, OH 44052
Phone: (440) 244-4809
Fax: (440) 244-3462
*Co-counsel for Plaintiff*

Richard W. Stimson
Attorney at Law
920 Waters Reach Court
Alpharetta, Georgia 30022
Phone: 214-914-6128
*Co-counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Plaintiffs' Response in Opposition to the Motion to Disqualify Counsel for Plaintiff has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 14th day of October, 2009.

        /s/ Arnold Levin
        Arnold Levin
        Fred S. Longer
        Daniel Levin
        Matthew Gaughan
        Levin, Fishbein, Sedran & Berman
        510 Walnut Street
        Suite 500
        Philadelphia, PA 19106
        Phone: (215) 592-1500
        Fax: (215) 592-4663
        *Co-counsel for Plaintiff*