UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL ) | MDL No. 2047 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| ) | |
| ) | JUDGE FALLON |
| ) | MAG. JUDGE WILKINSON |
| _____) | |

**THIS DOCUMENT RELATES TO:**

RONNIE VAN WINKLE, SR. et al        NO. 09-4378

**MEMORANDUM IN SUPPORT OF
MOTION TO DISMISS FOR LACK OF SUBJECT MATTER
JURISDICTION PURSUANT TO FRCP RULE 12(b)(1)**

**MAY IT PLEASE THE COURT:**

Ronnie Van Winkle, Sr. and Anne Van Winkle filed a Complaint maintaining that they are residents of and domiciled in St. Tammany Parish, Louisiana. The Complaint seeks damages for the alleged use of defective "Chinese Dry Wall" in their home located at 70304 Eighth Street, Covington, Louisiana 70433.

Subsequently, Plaintiffs' First Amended and Supplemental Complaint was filed and added Tudela's Classic Homes, LLC, (hereinafter referred to as "Tudela's")as a defendant. The Plaintiffs' First Amended and Supplemental Complaint alleges that Tudela's "is a Louisiana Limited Liability Company, organized with its principle place of business located at 22374 Max Jude Lane, Mandeville, Louisiana 70471." Defendant does not dispute this

designation. Therefore, the plaintiffs and this defendant are both citizens of the State of Louisiana.

"Federal Courts are courts of limited jurisdiction having subject matter jurisdiction only over those matters specifically designated by the Constitution or Congress." ***Johnson v. U.S.,*** 460 Fed.3d 616, 621, n.6 (5 Cir. 2006).

To establish Federal District Court jurisdiction under 28 U.S.C.A. 1332, there must be diversity of citizenship. The presence of a single non-diverse party destroys the Federal District Court's original jurisdiction. ***Wisconsin Department of Corrections v. Schacht,*** 524 U.S. 381, 118 So.2d 2047, 141 L. Ed 2d, 362 (1998).

A limited liability company is a citizen of all of the states of which its members are citizens. ***Harvey v. Gray Wolf Drilling Co.,*** 543 F.3d 1077 (5 Cir. 2008).

Attached is the Affidavit of Brian Tudela. Mr. Tudela is the sole member of the LLC which established Tudela's Classic Homes, LLC. Mr. Tudela is a resident and domiciliary of Mandeville, Louisiana 70471.

Diversity is clearly lacking in this matter. The plaintiffs are Louisiana residents and domiciliaries and Tudela's is a Louisiana Limited Liability Company with its domicile and principle place of business located in Mandeville, Louisiana. Mr. Tudela is also a Louisiana citizen.

Likewise, the plaintiffs have not alleged any federal question jurisdiction pursuant to 28 U. S. C. A. 1331. The plaintiffs allege no cause of action "arising under the

constitution, laws or treaties of the United States."

Plaintiffs allege generally causes of action against various defendants as follows:

a. Breach of an implied warranty of merchantability;

b. Breach of an implied warranty of fitness for the products intended purpose;

c. Products liability;

d. Breach of expressed warranties;

e. Violation of the Louisiana Unfair Trade Practices Act and Consumer Protection Law;

f. Redhibition;

g. Fraudulent misrepresentation;

h. Negligent misrepresentation;

i. Medical Monitoring.

These are all state law causes of action.

In conclusion, the court lacks jurisdiction over the plaintiffs' claims in this matter. The plaintiffs have not alleged any federal question causes of action. In addition, there is a lack of diversity of citizenship. The plaintiffs are all citizens of the State of Louisiana. Therefore, this matter should be dismissed pursuant to FRCP Rule 12(b)(1).

"It is incumbent on all Federal courts to dismiss an action whenever it appears that subject matter jurisdiction is lacking. This is the first principle of Federal jurisdiction." **<u>Stockman v. Federal Election Commission,</u>** 138 F.3d 144, 151 (5 Cir. 1998).

Respectfully submitted,

**GAUDRY, RANSON,
HIGGINS & GREMILLION, L.L.C.**

*/s/ Wade A. Langlois, III*

---

**THOMAS L. GAUDRY, JR.  T.A. (#5980)**
**WADE A. LANGLOIS, III (#17681)**
Oakwood Corporate Center
401 Whitney Avenue, Suite 500
Gretna, Louisiana 70056
Telephone: (504) 362-2466   Fax: (504) 362-5938
Emails: tgaudry@grhg.net and wlanglois@grhg.net
Attorneys for Tudela's Classic Homes, LLC

## CERTIFICATE OF SERVICE

I do hereby certify that on the  15th  day of  October , 2009 a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system, and that a copy has been served upon all counsel of record by electronic transmittal and/or by United States Mail, postage prepaid and properly addressed.

*/s/ Wade A. Langlois, III*

---

Wade A. Langlois, LSBA #17681

G:\2918\0042\Pleadings\Mt. to Dismiss MEMO.wpd