UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> _____) | MDL No. 2047 <br><br> SECTION: L <br><br> JUDGE FALLON <br> MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**

RONNIE VAN WINKLE, SR. et al          NO. 09-4378

### REQUEST FOR ORAL ARGUMENT

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Tudela's Classic Homes, LLC, who, pursuant to Local Rule 78.1E, respectfully requests oral argument on its *Motion to Dismiss for Lack of Subject Matter Jurisdiction Pursuant to FRCP Rule 12(b)(1)*.  The Motion is set for hearing on November 18, 2009, at 9:00 a.m. before the Honorable Judge Eldon E. Fallon, in the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130.  Tudela Classic Homes, LLC represents that the *Motion to Dismiss for Lack of Subject Matter Jurisdiction* presents unique issues that need to be discussed in open court.

Respectfully submitted,

**GAUDRY, RANSON,**
**HIGGINS & GREMILLION, L.L.C.**

*/s/ Wade A. Langlois, III*

**THOMAS L. GAUDRY, JR.  T.A. (#5980)**
**WADE A. LANGLOIS, III (#17681)**
Oakwood Corporate Center
401 Whitney Avenue, Suite 500
Gretna, Louisiana 70056
Telephone: (504) 362-2466   Fax: (504) 362-5938
Emails: tgaudry@grhg.net and wlanglois@grhg.net
Attorneys for Tudela's Classic Homes, LLC

## CERTIFICATE OF SERVICE

I do hereby certify that on the   15th   day of   October, 2009 a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system, and that a copy has been served upon all counsel of record by electronic transmittal and/or by United States Mail, postage prepaid and properly addressed.

*/s/ Wade A. Langlois, III*

Wade A. Langlois, LSBA #17681

G:\2918\0042\Pleadings\Mt. to Dismiss Req Oral Arg.wpd