UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | SECTION: L |
| LITIGATION | * | JUDGE FALLON |
| | * | MAG. JUDGE WILKINSON |
| | * | |
| THIS DOCUMENTS REFERS TO: | * | |
| | * | |
| Patrick Moreau, et al. v. Knauf Gips KG, | * | |
| et al., Case No. 09-4368 (ED LA) and | * | |
| D'Amico, et al. v. Knauf Gips KG, et al., | * | |
| Case No. 09-4367 (ED LA) | * | |
| | * | |

**EX PARTE MOTION TO WITHDRAW AS COUNSEL OF RECORD
AND INCORPORATED MEMORANDUM**

**NOW INTO COURT,** through undersigned counsel of record, come Fayard & Honeycutt, APC, Calvin C. Fayard, Jr., D. Blayne Honeycutt, and Wanda J. Edwards who respectfully move the court as follows:

That Fayard & Honeycutt, APC, Calvin C. Fayard, Jr., D. Blayne Honeycutt, and Wanda J. Edwards be allowed to withdraw as counsel of record in the above captioned litigation. Movers submit that the clients have been notified and have no objection to the withdrawal, there are no pending hearings in the case, and that able representation will be had through remaining counsel of

1

record, Tom Thornhill and Frank Elliot.

**WHEREFORE,** Fayard & Honeycutt, APC, Calvin C. Fayard, Jr., D. Blayne Honeycutt, and Wanda J. Edwards respectfully pray that they be allowed to withdraw as counsel of record in the above cited litigation.

        **Respectfully submitted,**

        **FAYARD & HONEYCUTT, APC**

        _/s/ Calvin C. Fayard, Jr._
        **Calvin C. Fayard, Jr. (#5486)**
        **D. Blayne Honeycutt (#18264)**
        **Wanda J. Edwards (#27448)**
        519 Florida Avenue, SW
        Denham Springs, LA 70726
        (225) 664-4193
        (225) 664-6925 (Fax)
        Email: calvinfayard@fayardlaw.com

        And

        **THORNHILL LAW FIRM, APLC**
        **Tom W. Thornhill (#12776)**
        1308 Ninth Street
        Slidell, LA 70458
        (985) 641-5010
        (985) 641-5011 (Fax)
        Email: tom@thornhilllawfirm.com

        And

        **N. FRANK ELLIOT III, L.L.C.**
        **N. Frank Elliot III (#23054)**
        1511 Watkins Street
        Lake Charles, LA 70601
        Phone: (337) 309-6999
        Facsimile: (337) 439-2545
        Email: nfelliot@yahoo.com

        **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2009, a copy of the foregoing Ex Parte Motion to Withdraw as Counsel of Record was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the court's electronic filing system.

/s/ Calvin C. Fayard, Jr.
Calvin C. Fayard, Jr.