UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENTS REFERS TO: Patrick Moreau, et al. v. Knauf Gips KG, et al., Case No. 09-4368 (ED LA) and D'Amico, et al. v. Knauf Gips KG, et al., Case No. 09-4367 (ED LA) | * * * * * * * | |

## ORDER

Considering the foregoing unopposed Ex Parte Motion to Withdraw as Counsel of Record;

IT IS ORDERED, ADJUDGED, AND DECREED that Fayard & Honeycutt, APC, Calvin C. Fayard, Jr., D. Blayne Honeycutt, and Wanda J. Edwards be and they are hereby withdrawn as counsel of record in the above captioned litigation.

_____
UNITED STATES DISTRICT COURT JUDGE