UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) MDL No. 2047 ) ) ) SECTION: L |
| THIS DOCUMENT RELATES TO ALL CASES | ) ) JUDGE FALLON ) MAG. JUDGE WILKINSON ) |

## ORDER

**CONSIDERING THE FOREGOING;**

**IT IS ORDERED** that the Homebuilders' Steering Committee's and Defense Steering Committee's Motion for Leave to File their Reply Memorandum of Law in Further Support of their Motion to Compel Plaintiffs' Profile Forms is hereby granted.

New Orleans, Louisiana this 13th day of October, 2009.

_____
**JUDGE ELDON E. FALLON**