| Firm | # | # | Plaintiff | Contractor | | | |
|---|---|---|---|---|---|---|---|
| | | 261 | Williams, Micheal @ 2104 NE 9th Ave. | Rickelman Const. | | | |
| | | 262 | Williams, Micheal and Richard Reedy @1817 NE 22 Terr | Rickelman Const. | | | |
| Levin Papantonio Thomas Mitchell Echsner & Proctor, PA | 1 | 263 | DeBenedictis, Frank and Deborah | Aranda Homes, Inc. | | | |
| Lewis & Roberts, P.L.L.C | 2 | 264 | Ledford, Samuel | Jim Walter Homes | | | |
| | | 265 | Whitfield, Christopher | O'Neal Holliman Corp. | | | |
| Lumpkin & Reeves, PLLC | 5 | 266 | Adkins, Lynard | Imperial Developments | | | |
| | | 267 | Coats, Charles and Angela | Holliman/Oneil Const. | | | |
| | | 268 | Gagnard, Gary | blank | | | |
| | | 269 | Hiller, Carl | Sunrise Homes - Sun Const.. | | | |
| (also Hawkins, Stracener & Gibson, PLLC) | | 270 | Pitre, David and Laurie | Bayou Plantation Homes | | | |
| Martzell & Bickford, A P.C. | 31 | 271 | Anderson, Clarence and Constance Pappa @4115 Willow St. | Self | | | |
| | | 272 | Anderson, Clarence and Constance Pappa @4113 Willow St, | Self | | | |
| | | 273 | Anderson, Clarence and Constance Pappa @7510 Dalewood Drive | Self | | | |
| | | 274 | Badon, Lorraine and Ive | contractor - Robert Matriene | | | |
| | | 275 | Berthaust, Colin | Southern Star Construction Inc. | | | |
| | | 276 | Blalock, Angeles | RBN Construction | | | |
| | | 277 | Buckles, Carolyn | N/A | X | | |
| | | 278 | Burke, Thomas and Mona | Daelen of Tangipahoa | | | |
| | | 279 | Callais, Gary | Self | | | |
| | | 280 | Dillon, Ray and Selestine | Self | | | |
| | | 281 | Garrett, Philip and Courtney | N/A | | | |
| | | 282 | Gotreaux, Dustin and Korie | contractor | | | |
| | | 283 | Harding, Matthew | LA Homes | | | |
| | | 284 | Hotard, Christopher | Self | | | |
| | | 285 | Krustenmacher, Kenneth | Self | | | |
| | | 286 | Marullo, Jude and Crishella Menard | Self | | | |
| | | 287 | Matherne, Erich and Hayley | Self | | | |
| | | 288 | Mathvin, William Tracy | Self | | | |
| | | 289 | Melton, John and Tamara | Dynamic Contractors | | | |
| | | 290 | Patin, Danielle | Chris Vignaud | | | |
| | | 291 | Pennington, Dorothy | Self | | | |
| | | 292 | Quilio, Sandra | contractor - Lee Roy Jenkins | | | |
| | | 293 | Ragsdale, Tara | Midgard Investments, LLC | | | |
| | | 294 | Robair, Alexander | Sun Contruction LLC | | | |
| | | 295 | Samples, Deneen | contractor - C&L Roofing and Remodeling | | | |
| | | 296 | Schields, Larry Stephen | P&E Fab Home 1974 | | | |
| | | 297 | Schubert, Alex and Beth | N/A | | | |
| | | 298 | Smith, Clinton and Kelly | contractor | | | |
| | | 299 | Steele, Penny and Jason | Self | | | |
| | | 300 | Tabor, Edward and Emmilou | contractor | | | |
| | | 301 | Walker, Alfonso and Nora | Self | | | |

| Firm | Count | # | Name | Builder/Contractor | X | | |
|---|---|---|---|---|---|---|---|
| Matthews & Associates Law Firm | 25 | 302 | Blaise, Ervin | Self | X | | |
| | | 303 | Brand, Marilyn D. | blank | | | |
| | | 304 | Cager, Mitchell | Unknown | X | | |
| | | 305 | Carter, James and Alexis | Sunrise Homes a/k/a Sun Const. | | | |
| | | 306 | Carter, Alice | N/A | | | |
| | | 307 | Damond, Pam | Unknown | X | | |
| | | 308 | Enclarde, Mary | Unknown | X | | |
| | | 309 | England, Charles | Self | | | |
| | | 310 | Foreston, Anthony and Sherrie | Unknown | X | | |
| | | 311 | Gamble, Lenox, Jr. | N/A | | | |
| | | 312 | Ho, Sang Dinh | blank | | | |
| | | 313 | Huckaby, Michael and Jennifer | Sun Construction | | | |
| | | 314 | Kazakov, Sergey | Unknown | | | |
| | | 315 | Leverette, Donna and Gilleto | blank | | | |
| | | 316 | Mack, Thomas | N/A | X | | |
| | | 317 | McRae, Frances E. | blank | X | | |
| | | 318 | Moore, Evelyn T. | Gregory T. Smith/Sabrina Harris | | | |
| | | 319 | Myers, Christopher | blank | X | | |
| | | 320 | Odoms-Lewis, Janretta | blank | X | | |
| | | 321 | Paul, Audrey | James Kayser - contractor | | | |
| | | 322 | Roers, Gretta | Unknown | | | |
| | | 323 | Rogers, Leslie and Lucille | Miller Contruction | | | |
| | | 324 | Rogers, Marcella | Riberburch | | | |
| | | 325 | Williams, Alice | David Wolf - contractor | X | | |
| | | 326 | Williams, Deborah | Bravis Roberts - contractor | | | |
| Milstein, Adelman, & Kreger LLP | 1 | 327 | Peterson, Derrick and Robin | Treasure Coast Homes | | | |
| Morgan and Morgan, PA | 1 | 328 | Kottkamp, Jeffrey and Cynthia | Aubuchon Homes | | | |
| Morris Bart L.L.C. | 33 | 329 | Bierria, Cynthia | contractor - Joseph Scott | | | |
| | | 330 | Bourg, Junius | Self | | | |
| | | 331 | Brumfield, Ollie and Andrienne | Sun Construction | | | |
| | | 332 | Bryant, Debra | N/A | | | |
| | | 333 | Canty, Honore and Elaine | Fisher & Son, Contr. | | | |
| | | 334 | Carter, Andrea | Unknown | | | |
| | | 335 | Cassagne, Jordan and Brande | Big Bear Constr. Co. | | | |
| | | 336 | Conrad, Jesse | Self | | | |
| | | 337 | Crowley, Felton and Vonda | Self | | | |
| | | 338 | Davis, Lolita | Unknown | | | |
| | | 339 | Donnelly, Jerome and Daphine | Palm Coast Contr. | | | |
| | | 340 | Dunbar, Sandra | contractor - Andrew Robinson | | | |
| | | 341 | Evans, Ronald | Mat D Construction | | | |
| | | 342 | Fugler, James | Nulife Remodeling | | | |
| | | 343 | Glasper, Gregg and Deunker | CB | | | |
| | | 344 | Gritter, Joseph V. | Self | | | |
| | | 345 | Gross, David and Cheryl | Self | | | |
| | | 346 | Hall, Lorne and Mary | Vazquen Construction | | | |
| | | 347 | Hayes, Gloria | Alfred Fields - Habitat for Humanity | | | |
| | | 348 | Lance, Mark | United Interior Drywall | | | |
| | | 349 | Lewis, Willie | Iron Triangle Development | | | |
| | | 350 | Long, Mai | Unknown | | | |

| Firm | Count | # | Plaintiff | Contractor/Builder | X | | |
|---|---|---|---|---|---|---|---|
| (and Becnel Law Firm, LLC) | | 351 | Mai, Kim Lien and David Nguyen | Unknown | | | |
| | | 352 | Martin, Michael | N/A | | | |
| | | 353 | Moore, Marlene | H&H, Albert Howard, Jr. | | | |
| | | 354 | Simmons, Andre and Melinda | Unknown | | | |
| | | 355 | Smith, Sidney and Connie | Nathan Harper - Old School Contruction | | | |
| | | 356 | Stout, Michael | Self | | | |
| | | 357 | Taylor, Willie Mae | Three J's Remodeling Inc. | | | |
| | | 358 | Thymes, Alvin | Home One Homes | X | | |
| | | 359 | Vu, Jesse and Kristy Mai | Self | | | |
| | | 360 | Williams, Shelby and Arnelle | contractor - Carrie Brown Sanders | | | |
| | | 361 | Young, Irvin | blank | | | |
| Norton, Hammersley, Lopez & Skokos, P.A. | 1 | 362 | Culliton, Kristin Morgan | Taylor Morrison - contractor | | | |
| Parker Waichman Alonso LLP | 5 | 363 | Allen, Shane and Nicole | Meritage Homes | | | |
| | | 364 | Campanelli, Larry and Karen | Gatco Construction | | | |
| | | 365 | Cronin, William and Margaret | Miller Professinal Contr. | | | |
| | | 366 | Gill, Winifred | Toll Bros. | | | |
| | | 367 | Schatzle, Ralph and Judith | Aranda Homes | | | |
| Pendley, Baudin & Coffin, LLP | 1 | 368 | Greco, Vincent J. | J&J Builders Northshare Inc. | | | |
| Podhurst Orseck, P.A. | 2 | 369 | Chin, Janet and Dajan Green | Lennar | | | |
| | | 370 | Harrell, Jason and Melissa | South Kendall Constr. | | | |
| Reich & Binstock | 1 | 371 | Broesder, Stanley | Unknown | | | |
| Law Office of Richard J. Serpe, P.C. | 6 | 372 | Dunaway, Jason | Self | | | |
| | | 373 | Germano, Michelle | Wermer Development | | | |
| | | 374 | Heischober, Steven and Elizabeth | Peak Building Corp. | | | |
| | | 375 | Hinkley, Curtis and Sylvia | Law Developers LLC | | | |
| | | 376 | Jackson, Dennis and Sharon | Clark Whitehill/Harbor Walk LLC | | | |
| | | 377 | Morgan, William and Deborah | Wellington LLC | | | |
| Thornhill Law Firm | 2 | 378 | D'Amico, Daniel and Michelle | Hallmark Homes | | | |
| | | 379 | Morreau, Patrick and Catherine | Hallmark Homes | | | |
| Law Office of Sidney D. Torres III | 1 | 380 | Couture, Kosie and Patrick | Self | | | |
| Webb & Scarmozzino, P.A. | 1 | 381 | Smith, Nancy | Meritage Homes | | | |
| Zimmerman Reed, PLLP | 1 | 382 | Ghafari, David and Sylvia | MW Johnson Const. | | | |