IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED
DRYWALL PRODUCTS LIABILITY : MDL No. 2047
LITIGATION : Section L
_____/

This Document Relates to: : JUDGE FALLON
ALL CASES : MAG. JUDGE WILKINSON

**LA SUPREMA ENTERPRISES, INC.'S RESPONSE AND OBJECTIONS TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS**

LA SUPREMA ENTERPRISES, INC. (hereinafter "LA SUPREMA") responds to Plaintiff's First Request for Production of Documents and Things, and states:

GENERAL OBJECTIONS

1. LA SUPREMA objects to the definitions and instructions 1(a) through (s) as the same is overly broad, underly burdensome, cumulative and repetitive, and seeks to impose an obligation upon LA SUPREMA in excess of that which is required by the Federal Rules of Civil Procedure or any Order of this Court. Without limiting the generosity of the foregoing, LA SUPREMA objects to the discovery, to the extent, it requires LA SUPREMA to produce documents, have known or possessed, by affiliates, officers, directors, employees, representatives, independent contractors, consultants, or agents, or documents which are not ordinarily maintained in the ordinary course of LA SUPREMA's business.

2. LA SUPREMA objects to the Request to Produce, to the extent, it requires subsequent supplemental production of any document not currently within LA SUPREMA's possession, dominion, or control.

4. LA SUPREMA objects to the Request for Production, to the extent, that they seek "all documents" concerning a given subject matter. LA SUPREMA objects to these requests for

"all documents", to the extent, the request will require LA SUPREMA to search each and every possible or potential source of documents, computer system application or data source, rather than a request to search those sources that are mostly likely to contain relevant information.  The documents produced by LA SUPREMA are produced as a result of a good faith search for all documents in the custody, control and possession of LA SUPREMA.  Objection is made to the extent additional search of documents of any electronic data base, third parties, or other sources will only produce cumulative and repetitive documents of similar communications to that which is produced herewith.

      6.      To the extent that the Request for Production of documents conflicts with the ruling by this Court concerning LA SUPREMA's Motion for Protective Order, LA SUPREMA objects to the production of documents and shall produce documents in accordance with the ruling of this Court.

RESPOND TO SPECIFIC REQUEST

      1.      LA SUPREMA objects to Request No. 1 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim of defense of any party or likely to lead to the discovery of admissible evidence.  Subject to the general and specific objection, LA SUPREMA has produced documents responsive to this Request.  See LA SUPREMA ENTERPRISE documents Bates Stamp number _____ through _____.

      2.      LA SUPREMA objects to Request No. 2 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim of defense of any party or likely to lead to the discovery of admissible evidence.  Subject to the general and specific objection, LA SUPREMA states that to the best of its knowledge no such document exists.

3. LA SUPREMA objects to Request No. 3 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim of defense of any party or likely to lead to the discovery of admissible evidence. Subject to the general and specific objection, LA SUPREMA has produced documents responsive to this Request. See LA SUPREMA ENTERPRISE documents Bates Stamp number _____ through _____.

4. LA SUPREMA objects to Request No. 4 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim of defense of any party or likely to lead to the discovery of admissible evidence. Subject to the general and specific objection, LA SUPREMA states that to the best of its knowledge no such document exists.

5. LA SUPREMA objects to Request No. 5 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim of defense of any party or likely to lead to the discovery of admissible evidence. Subject to the general and specific objection, LA SUPREMA states that to the best of its knowledge no such document exists.

6. LA SUPREMA does not respond to ¶ 6 pursuant to the ruling on LA SUPREMA's Motion for Protective Order.

7. LA SUPREMA objects to Request No. 7 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim of defense of any party or likely to lead to the discovery of admissible evidence. Subject to the general and specific objection, LA SUPREMA has produced documents responsive to this Request. LA SUPREMA ENTERPRISES produced to the Consumer Product Safety Commission (hereinafter "CPSC") certain documents at their request. LA SUPREMA did not retain a copy list or inventory of the documents provided to the CPSC, but states that the documents produced referring to this Request for Production includes any such document provided to the CPSC.

8. LA SUPREMA objects to Request No. 8 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim of defense of any party or likely to lead to the discovery of admissible evidence.  Subject to the general and specific objection, LA SUPREMA has produced documents responsive to this Request.  See LA SUPREMA ENTERPRISE documents Bates Stamp number _____ through _____.

9. LA SUPREMA objects to Request No. 9 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim of defense of any party or likely to lead to the discovery of admissible evidence.  Subject to the general and specific objection, LA SUPREMA states that to the best of its knowledge no such document exists.

10. LA SUPREMA objects to Request No. 10 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim of defense of any party or likely to lead to the discovery of admissible evidence.  Subject to the general and specific objection, LA SUPREMA states that to the best of its knowledge no such document exists.

11. LA SUPREMA objects to Request No. 11 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim of defense of any party or likely to lead to the discovery of admissible evidence.  Subject to the general and specific objection, LA SUPREMA states that to the best of its knowledge no such document exists.  All documents produced or relevant to this action are maintained in hard copy and to the extent they are in LA SUPREMA's custody, control, or possession have already been produced.

12. LA SUPREMA objects to Request No. 12 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim of defense of any party or likely to lead to the discovery of admissible evidence.  Subject to the general and specific objection, LA SUPREMA states that to the best of its knowledge no such document exists.

13.     LA SUPREMA objects to Request No. 13 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim of defense of any party or likely to lead to the discovery of admissible evidence.  Subject to the general and specific objection, LA SUPREMA states that to the best of its knowledge no such document exists.

14.     LA SUPREMA objects to Request No. 14 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim of defense of any party or likely to lead to the discovery of admissible evidence.  Subject to the general and specific objection, LA SUPREMA has produced documents responsive to this Request.  See LA SUPREMA ENTERPRISE documents Bates Stamp number 0001 through 0003577, and Bates Stamp number 0003618 through 0004597.

15.     LA SUPREMA objects to Request No. 15 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim of defense of any party or likely to lead to the discovery of admissible evidence.  Subject to the general and specific objection, LA SUPREMA has produced documents responsive to this Request.  See LA SUPREMA ENTERPRISE documents Bates Stamp number 0003594 through 0003618.

16.     LA SUPREMA objects to Request No. 16 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim of defense of any party or likely to lead to the discovery of admissible evidence.  Subject to the general and specific objection, LA SUPREMA has produced documents responsive to this Request.  See LA SUPREMA ENTERPRISE documents Bates Stamp number 0001 through 0003146.

17.     LA SUPREMA objects to Request No. 17 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim of defense of any party or likely to

lead to the discovery of admissible evidence. Subject to the general and specific objection, LA SUPREMA states that to the best of its knowledge no such document exists.

18. LA SUPREMA objects to Request No. 18 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim of defense of any party or likely to lead to the discovery of admissible evidence. Subject to the general and specific objection, LA SUPREMA has produced documents responsive to this Request. See LA SUPREMA ENTERPRISE documents Bates Stamp number 0001 through 0003146, Bates Stamp number 0003594 through 0003618.

19. LA SUPREMA objects to Request No. 19 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim of defense of any party or likely to lead to the discovery of admissible evidence. Subject to the general and specific objection, LA SUPREMA has produced documents responsive to this Request. See LA SUPREMA ENTERPRISE documents Bates Stamp number 0003147 through 0003522, and documents are Bates Stamp under 0003653 through 0003708, and Bates Stamp number 0003780 through 0004409, and Bates Stamp number 0004414 through 0004597.

20. LA SUPREMA objects to Request No. 20 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim of defense of any party or likely to lead to the discovery of admissible evidence. Subject to the general and specific objection, LA SUPREMA has produced documents responsive to this Request. See LA SUPREMA ENTERPRISE documents Bates Stamp number 0001 through 0003146, and Bates Stamp number 0003594 through 0003618, Bates Stamp number 0004414 through 0004597.

21. LA SUPREMA objects to Request No. 21 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim of defense of any party or likely to

6

lead to the discovery of admissible evidence. Subject to the general and specific objection, LA SUPREMA has produced documents responsive to this Request. See LA SUPREMA ENTERPRISE documents Bates Stamp number 0003147 through 0003284.

      22.     LA SUPREMA objects to Request No. 22 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim of defense of any party or likely to lead to the discovery of admissible evidence. Subject to the general and specific objection, LA SUPREMA has produced documents responsive to this Request. See LA SUPREMA ENTERPRISE documents Bates Stamp number 0003147 through 0003284.

      23.     LA SUPREMA objects to Request No. 23 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim of defense of any party or likely to lead to the discovery of admissible evidence. Subject to the general and specific objection, LA SUPREMA has produced documents responsive to this Request. See LA SUPREMA ENTERPRISE documents Bates Stamp number 0001 through 0004597.

      24.     LA SUPREMA objects to Request No. 24 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim of defense of any party or likely to lead to the discovery of admissible evidence. Subject to the general and specific objection, LA SUPREMA has produced documents responsive to this Request. See LA SUPREMA ENTERPRISE documents Bates Stamp number 0003594 through 0003618.

      25.     LA SUPREMA objects to Request No. 25 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim of defense of any party or likely to lead to the discovery of admissible evidence. Subject to the general and specific objection, LA SUPREMA has produced documents responsive to this Request. See LA SUPREMA ENTERPRISE documents Bates Stamp number 0001 through 0004597.

26. LA SUPREMA objects to Request No. 26 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim of defense of any party or likely to lead to the discovery of admissible evidence. Subject to the general and specific objection, LA SUPREMA has produced documents responsive to this Request. See LA SUPREMA ENTERPRISE documents Bates Stamp number 0003415 through 0003522.

27. LA SUPREMA objects to Request No. 27 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim of defense of any party or likely to lead to the discovery of admissible evidence. Subject to the general and specific objection, LA SUPREMA states that to the best of its knowledge no such document exists.

28. LA SUPREMA objects to Request No. 28 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim of defense of any party or likely to lead to the discovery of admissible evidence. Subject to the general and specific objection, LA SUPREMA states that to the best of its knowledge no such document exists.

29. LA SUPREMA objects to Request No. 29 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim of defense of any party or likely to lead to the discovery of admissible evidence. Subject to the general and specific objection, LA SUPREMA states that to the best of its knowledge no such document exists, other than the shipping documents (Bates Stamp number 0001 through 0003146, Bates Stamp number 0003415 through 0003522, and Bates Stamp number 0003594 through 0003618).

30. LA SUPREMA objects to Request No. 30 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim of defense of any party or likely to lead to the discovery of admissible evidence. Subject to the general and specific objection, LA

SUPREMA states that to the best of its knowledge no such document exists, other than that which is produced herein.

   31. LA SUPREMA objects to Request No. 31 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim of defense of any party or likely to lead to the discovery of admissible evidence.  Subject to the general and specific objection, LA SUPREMA states that to the best of its knowledge no such document exists.

   32. LA SUPREMA objects to Request No. 32 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim of defense of any party or likely to lead to the discovery of admissible evidence.  Subject to the general and specific objection, LA SUPREMA has produced documents responsive to this Request.  See LA SUPREMA ENTERPRISE documents Bates Stamp number 0003147 through 0003522, Bates Stamp number 0003619 through 0003647, Bates Stamp number 0003653 through 0004409, and Bates Stamp number 0004414 through 0004597.

   33. LA SUPREMA objects to Request No. 33 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim of defense of any party or likely to lead to the discovery of admissible evidence.  Subject to the general and specific objection, LA SUPREMA states that to the best of its knowledge no such document exists.

   34. LA SUPREMA objects to Request No. 34 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim of defense of any party or likely to lead to the discovery of admissible evidence.  Subject to the general and specific objection, LA SUPREMA states that to the best of its knowledge no such document exists.

35. LA SUPREMA objects to Request No. 35 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim of defense of any party or likely to lead to the discovery of admissible evidence. Subject to the general and specific objection, LA SUPREMA states that to the best of its knowledge no such document exists.

36. LA SUPREMA objects to Request No. 36 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim of defense of any party or likely to lead to the discovery of admissible evidence. Subject to the general and specific objection, LA SUPREMA states that to the best of its knowledge no such document exists.

37. LA SUPREMA objects to Request No. 37 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim of defense of any party or likely to lead to the discovery of admissible evidence. Subject to the general and specific objection, LA SUPREMA has produced documents responsive to this Request. See LA SUPREMA ENTERPRISE documents Bates Stamp number 0003523 through 0003577, and Bates Stamp number 0003578 through 0003593.

38. LA SUPREMA objects to Request No. 38 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim of defense of any party or likely to lead to the discovery of admissible evidence. Subject to the general and specific objection, LA SUPREMA has produced documents responsive to this Request. See LA SUPREMA ENTERPRISE documents Bates Stamp number 0003523 through 0003577, and Bates Stamp number 0003578 through 0003593.

39. LA SUPREMA objects to Request No. 39 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim of defense of any party or likely to

lead to the discovery of admissible evidence. Subject to the general and specific objection, LA SUPREMA has produced documents responsive to this Request. LA SUPREMA ENTERPRISES produced to the Consumer Product Safety Commission (hereinafter "CPSC") certain documents at their request. LA SUPREMA did not retain a copy list or inventory of the documents provided to the CPSC, but states that the documents produced referring to this Request for Production includes any such document provided to the CPSC.

40. LA SUPREMA objects to Request No. 40 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim of defense of any party or likely to lead to the discovery of admissible evidence. Subject to the general and specific objection, LA SUPREMA has produced documents responsive to this Request. LA SUPREMA ENTERPRISES produced to the Consumer Product Safety Commission (hereinafter "CPSC") certain documents at their request. LA SUPREMA did not retain a copy list or inventory of the documents provided to the CPSC, but states that the documents produced referring to this Request for Production includes any such document provided to the CPSC.

41. LA SUPREMA objects to Request No. 41 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim of defense of any party or likely to lead to the discovery of admissible evidence. Subject to the general and specific objection, LA SUPREMA has produced documents responsive to this Request. See LA SUPREMA ENTERPRISE documents Bates Stamp number 0003415 through 0003522.

42. LA SUPREMA objects to Request No. 42 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim of defense of any party or likely to lead to the discovery of admissible evidence. Subject to the general and specific objection, LA SUPREMA states that to the best of its knowledge no such document exists.

11

43.     LA SUPREMA objects to Request No. 43 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim of defense of any party or likely to lead to the discovery of admissible evidence.  Subject to the general and specific objection, LA SUPREMA states that to the best of its knowledge no such document exists.

44.     LA SUPREMA objects to Request No. 44 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim of defense of any party or likely to lead to the discovery of admissible evidence.  Subject to the general and specific objection, LA SUPREMA has produced documents responsive to this Request.  See LA SUPREMA ENTERPRISE documents Bates Stamp number 0003594 through 0003618.

45.     LA SUPREMA objects to Request No. 45 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim of defense of any party or likely to lead to the discovery of admissible evidence.  Subject to the general and specific objection, LA SUPREMA states that to the best of its knowledge no such document exists.

46.     LA SUPREMA objects to Request No. 46 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim of defense of any party or likely to lead to the discovery of admissible evidence.  Subject to the general and specific objection, LA SUPREMA states that to the best of its knowledge no such document exists.

47.     LA SUPREMA objects to Request No. 47 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim of defense of any party or likely to lead to the discovery of admissible evidence.  Subject to the general and specific objection, LA SUPREMA states that to the best of its knowledge no such document exists.

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 15th day of October, 2009.

        ROSENTHAL ROSENTHAL RASCO KAPLAN, LLC
        One Aventura, Suite 600
        20900 NE 30th Avenue
        Aventura, Florida 33180
        Tel:    305-937-0300
        Fax:   305-937-1311

        By: _____
           EDUARDO I. RASCO, ESQ.
           FLORIDA BAR NO. 646326
           STEVE BIMSTON, ESQ.
           FLORIDA BAR NO. 179205