IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE MANUFACTURED
DRYWALL PRODUCTS LIABILITY                    : MDL No. 2047
LITIGATION                                                      : Section L
_____/

This Document Relates to:                              : JUDGE FALLON
ALL CASES                                                      : MAG. JUDGE WILKINSON

---

## LA SUPREMA TRADING, INC.'S RESPONSE AND OBJECTIONS TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS

LA SUPREMA TRADING, INC. (hereinafter "LA SUPREMA") responds to Plaintiff's First Request for Production of Documents and Things, and states:

## GENERAL OBJECTIONS

1.      LA SUPREMA objects to the definitions and instructions 1(a) through (s) as the same is overly broad, underly burdensome, cumulative and repetitive, and seeks to impose an obligation upon LA SUPREMA in excess of that which is required by the Federal Rules of Civil Procedure or any Order of this Court.  Without limiting the generality of the foregoing, LA SUPREMA objects to the discovery to the extent it requires LA SUPREMA to produce documents, in the possession of officers, directors, employees, representatives, independent contractors, consultants, or agents, or documents which are not in LA SUPREMA's custody or control and which are not ordinarily maintained in the ordinary course of LA SUPREMA's business.

2.      LA SUPREMA objects to the Request for Production to the extent it requires subsequent supplemental production of any document not currently within LA SUPREMA's possession, dominion, or control.

4.     LA SUPREMA objects to the Request for Production to the extent that it seeks "all documents" concerning a given subject matter.  LA SUPREMA objects to these requests for "all documents" to the extent the request will require LA SUPREMA to search each and every possible or potential source of documents, computer system application or data source rather than a request to search those sources that are mostly likely to contain relevant information.  The documents produced by LA SUPREMA are produced as a result of a good faith search for all documents in the custody, control and possession of LA SUPREMA.  Objection is made to the extent additional search of documents of any electronic data base, third parties, or other sources will only produce cumulative, repetitive or similar documents or communications to that which is produced herewith.

6.     To the extent that the Request for Production of documents conflicts with the ruling by this Court concerning LA SUPREMA's Motion for Protective Order, LA SUPREMA objects to the production of documents and shall produce documents in accordance with the ruling of this Court.

## RESPONSE TO SPECIFIC REQUESTS

1.     LA SUPREMA objects to Request No. 1 on the grounds that it is overly broad, vague, and seeks information that is not relevant to any claim or defense of any party or likely to lead to the discovery of admissible evidence.  Subject to the general and specific objections, LA SUPREMA has produced documents responsive to this Request.  See LA SUPREMA documents Bates Stamp numbers SUP TR 0004707 through SUP TR 0004716.

2.     LA SUPREMA objects to Request No. 2 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim or defense of any party or likely to

lead to the discovery of admissible evidence.  Subject to the general and specific objections, LA SUPREMA states that to the best of its knowledge no such document exists.

3.      LA SUPREMA objects to Request No. 3 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim or defense of any party or likely to lead to the discovery of admissible evidence.  Subject to the general and specific objections, LA SUPREMA has produced documents responsive to this Request.  See LA SUPREMA documents Bates Stamp numbers SUP TR 0004707 through SUP TR 0004716.

4.      LA SUPREMA objects to Request No. 4 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim or defense of any party or likely to lead to the discovery of admissible evidence.  Subject to the general and specific objections, LA SUPREMA states that to the best of its knowledge no such document exists.

5.      LA SUPREMA objects to Request No. 5 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim or defense of any party or likely to lead to the discovery of admissible evidence.  Subject to the general and specific objections, LA SUPREMA states that to the best of its knowledge no such document exists.

6.      LA SUPREMA objects to Request No. 6 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim or defense of any party or likely to lead to the discovery of admissible evidence.  Subject to the general and specific objections, LA SUPREMA states that to the best of its knowledge no such document exists.

7.      LA SUPREMA objects to Request No. 7 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim or defense of any party or likely to lead to the discovery of admissible evidence.  Subject to the general and specific objections, LA SUPREMA states that to the best of its knowledge no such document exists.

8.      LA SUPREMA objects to Request No. 8 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim or defense of any party or likely to lead to the discovery of admissible evidence.  Subject to the general and specific objections, LA SUPREMA states that to the best of its knowledge no such document exists.

9.      LA SUPREMA objects to Request No. 9 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim or defense of any party or likely to lead to the discovery of admissible evidence.  Subject to the general and specific objections, LA SUPREMA states that to the best of its knowledge no such document exists.

10.     LA SUPREMA objects to Request No. 10 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim or defense of any party or likely to lead to the discovery of admissible evidence.  Subject to the general and specific objections, LA SUPREMA states that to the best of its knowledge no such document exists.

11.     LA SUPREMA objects to Request No. 11 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim or defense of any party or likely to lead to the discovery of admissible evidence.  Subject to the general and specific objections, LA SUPREMA states that to the best of its knowledge no such document exists.

12.     LA SUPREMA objects to Request No. 12 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim or defense of any party or likely to lead to the discovery of admissible evidence.  Subject to the general and specific objections, LA SUPREMA states that to the best of its knowledge no such document exists.

13.     LA SUPREMA objects to Request No. 13 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim or defense of any party or likely to

lead to the discovery of admissible evidence.  Subject to the general and specific objections, LA SUPREMA states that to the best of its knowledge no such document exists.

14.     LA SUPREMA objects to Request No. 14 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim or defense of any party or likely to lead to the discovery of admissible evidence.  Subject to the general and specific objections, LA SUPREMA states that to the best of its knowledge no such document exists.

15.     LA SUPREMA objects to Request No. 15 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim or defense of any party or likely to lead to the discovery of admissible evidence.  Subject to the general and specific objections, LA SUPREMA states that to the best of its knowledge no such document exists.

16.     LA SUPREMA objects to Request No. 16 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim or defense of any party or likely to lead to the discovery of admissible evidence.  Subject to the general and specific objections, LA SUPREMA states that to the best of its knowledge no such document exists.

17.     LA SUPREMA objects to Request No. 17 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim or defense of any party or likely to lead to the discovery of admissible evidence.  Subject to the general and specific objections, LA SUPREMA states that to the best of its knowledge no such document exists.

18.     LA SUPREMA objects to Request No. 18 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim or defense of any party or likely to lead to the discovery of admissible evidence.  Subject to the general and specific objections, LA SUPREMA states that to the best of its knowledge no such document exists.

19.     LA SUPREMA objects to Request No. 19 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim or defense of any party or likely to lead to the discovery of admissible evidence.  Subject to the general and specific objections, LA SUPREMA states that to the best of its knowledge no such document exists.

20.     LA SUPREMA objects to Request No. 20 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim or defense of any party or likely to lead to the discovery of admissible evidence.  Subject to the general and specific objections, LA SUPREMA states that to the best of its knowledge no such document exists.

21.     LA SUPREMA objects to Request No. 21 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim or defense of any party or likely to lead to the discovery of admissible evidence.  Subject to the general and specific objections, LA SUPREMA has produced documents responsive to this Request.  See LA SUPREMA documents Bates Stamp numbers SUP TR 0003285 through SUP TR 0003414, and SUP TR 0004598 through SUP TR 0004701.

22.     LA SUPREMA objects to Request No. 22 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim or defense of any party or likely to lead to the discovery of admissible evidence.  Subject to the general and specific objections, LA SUPREMA has produced documents responsive to this Request.  See LA SUPREMA documents Bates Stamp numbers SUP TR 0003285 through SUP TR 0003414, and SUP TR 0004598 through SUP TR 0004701.

23.     LA SUPREMA objects to Request No. 23 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim or defense of any party or likely to

lead to the discovery of admissible evidence.  Subject to the general and specific objections, LA SUPREMA states that to the best of its knowledge no such document exists.

24.     LA SUPREMA objects to Request No. 24 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim or defense of any party or likely to lead to the discovery of admissible evidence.  Subject to the general and specific objections, LA SUPREMA states that to the best of its knowledge no such document exists.

25.     LA SUPREMA objects to Request No. 25 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim or defense of any party or likely to lead to the discovery of admissible evidence.  Subject to the general and specific objections, LA SUPREMA has produced documents responsive to this Request.  See LA SUPREMA documents Bates Stamp numbers SUP TR 0003285 through SUP TR 0003414, and SUP TR 0004598 through SUP TR 0004701.

26.     LA SUPREMA objects to Request No. 26 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim or defense of any party or likely to lead to the discovery of admissible evidence.  Subject to the general and specific objections, LA SUPREMA states that to the best of its knowledge no such document exists.

27.     LA SUPREMA objects to Request No. 27 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim or defense of any party or likely to lead to the discovery of admissible evidence.  Subject to the general and specific objections, LA SUPREMA states that to the best of its knowledge no such document exists.

28.     LA SUPREMA objects to Request No. 28 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim or defense of any party or likely to

lead to the discovery of admissible evidence.  Subject to the general and specific objections, LA SUPREMA states that to the best of its knowledge no such document exists.

29.     LA SUPREMA objects to Request No. 29 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim or defense of any party or likely to lead to the discovery of admissible evidence.  Subject to the general and specific objections, LA SUPREMA states that to the best of its knowledge no such document exists.

30.     LA SUPREMA objects to Request No. 30 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim or defense of any party or likely to lead to the discovery of admissible evidence.  Subject to the general and specific objections, LA SUPREMA states that to the best of its knowledge no such document exists.

31.     LA SUPREMA objects to Request No. 31 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim or defense of any party or likely to lead to the discovery of admissible evidence.  Subject to the general and specific objections, LA SUPREMA states that to the best of its knowledge no such document exists.

32.     LA SUPREMA objects to Request No. 32 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim or defense of any party or likely to lead to the discovery of admissible evidence.  Subject to the general and specific objections, LA SUPREMA has produced documents responsive to this Request.  See LA SUPREMA documents Bates Stamp numbers SUP TR 0003285 through SUP TR 0003414, and SUP TR 0004598 through SUP TR 0004701.

33.     LA SUPREMA objects to Request No. 33 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim or defense of any party or likely to

lead to the discovery of admissible evidence.  Subject to the general and specific objections, LA SUPREMA states that to the best of its knowledge no such document exists.

34.     LA SUPREMA objects to Request No. 34 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim or defense of any party or likely to lead to the discovery of admissible evidence.  Subject to the general and specific objections, LA SUPREMA states that to the best of its knowledge no such document exists.

35.     LA SUPREMA objects to Request No. 35 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim or defense of any party or likely to lead to the discovery of admissible evidence.  Subject to the general and specific objections, LA SUPREMA states that to the best of its knowledge no such document exists.

36.     LA SUPREMA objects to Request No. 36 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim or defense of any party or likely to lead to the discovery of admissible evidence.  Subject to the general and specific objections, LA SUPREMA states that to the best of its knowledge no such document exists.

37.     LA SUPREMA objects to Request No. 37 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim or defense of any party or likely to lead to the discovery of admissible evidence.  Subject to the general and specific objections, LA SUPREMA states that to the best of its knowledge no such document exists.

38.     LA SUPREMA objects to Request No. 38 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim or defense of any party or likely to lead to the discovery of admissible evidence.  Subject to the general and specific objections, LA SUPREMA states that to the best of its knowledge no such document exists.

39.     LA SUPREMA objects to Request No. 39 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim or defense of any party or likely to lead to the discovery of admissible evidence.  Subject to the general and specific objections, LA SUPREMA states that to the best of its knowledge no such document exists.

40.     LA SUPREMA objects to Request No. 40 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim or defense of any party or likely to lead to the discovery of admissible evidence.  Subject to the general and specific objections, LA SUPREMA states that to the best of its knowledge no such document exists.

41.     LA SUPREMA objects to Request No. 41 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim or defense of any party or likely to lead to the discovery of admissible evidence.  Subject to the general and specific objections, LA SUPREMA states that to the best of its knowledge no such document exists.

42.     LA SUPREMA objects to Request No. 42 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim or defense of any party or likely to lead to the discovery of admissible evidence.  Subject to the general and specific objections, LA SUPREMA states that to the best of its knowledge no such document exists.

43.     LA SUPREMA objects to Request No. 43 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim or defense of any party or likely to lead to the discovery of admissible evidence.  Subject to the general and specific objections, LA SUPREMA states that to the best of its knowledge no such document exists.

44.     LA SUPREMA objects to Request No. 44 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim or defense of any party or likely to

lead to the discovery of admissible evidence.  Subject to the general and specific objections, LA SUPREMA states that to the best of its knowledge no such document exists.

45.     LA SUPREMA objects to Request No. 45 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim or defense of any party or likely to lead to the discovery of admissible evidence.  Subject to the general and specific objections, LA SUPREMA states that to the best of its knowledge no such document exists.

46.     LA SUPREMA objects to Request No. 46 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim or defense of any party or likely to lead to the discovery of admissible evidence.  Subject to the general and specific objections, LA SUPREMA states that to the best of its knowledge no such document exists.

47.     LA SUPREMA objects to Request No. 47 on the grounds that it is overly broad, vague, and seeks information that is not relevant to the claim or defense of any party or likely to lead to the discovery of admissible evidence.  Subject to the general and specific objections, LA SUPREMA states that to the best of its knowledge no such document exists.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 15th day of October, 2009.

ROSENTHAL ROSENTHAL RASCO KAPLAN, LLC
One Aventura, Suite 600
20900 NE 30th Avenue
Aventura, Florida 33180
Tel:     305-937-0300
Fax:    305-937-1311


By:_____
        EDUARDO I. RASCO, ESQ.
        FLORIDA BAR NO. 646326
        STEVE BIMSTON, ESQ.
        FLORIDA BAR NO. 179205