UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JACK GODWIN and PAMELA GODWIN, | * * * | CASE NO. 09-6525 |
| Plaintiffs, | * * | |
| v. | * * | JURY TRIAL DEMANDED |
| KNAUF GIPS KG, KNAUF PLASTERBOARD TIANJIN CO., LTD., TAISHAN GYPSUM CO. LTD. f/k/a SHANDONG TAIHE DONGXIN CO. LTD., USG CORPORATION, L&W SUPPLY CORPORATION d/b/a SEACOAST SUPPLY, INDEPENDENT BUILDERS SUPPLY ASSOCIATION, INC. AND ROTHCHILT INTERNATIONAL LIMITED, | * * * * * * * * * * | |
| Defendants. | * * | |

*****************************************************************************

## NOTICE OF SUBSTITUTION OF COUNSEL

Please substitute DANIEL E. BECNEL, JR., SALVADORE CHRISTINA, JR., MATTHEW B. MORELAND and S. RUSSELL COPELAND as counsel for JACK GODWIN and PAMELA GODWIN, replacing and withdrawing SARAH B. DORGER as counsel in this case.

Substitute counsels' address, phone number, and bar number are as follows:

    Daniel E. Becnel, Jr. (Louisiana Bar No. 2926)
    Salvadore Christina, Jr. (Louisiana Bar No. 27198)
    Matthew B. Moreland (Louisiana Bar No. 24567)
    **Becnel Law Firm, L.L.C.**
    106 West 7th Street
    P.O. Drawer H
    Reserve, Louisiana 70084
    (985) 536-1186

S. Russell Copeland (Alabama Bar No. COP018)
**Hoiles, Dasinger, Hollon & Copeland, P.C.**
18419 Pennsylvania Street
P.O. Box 1058
Robertsdale, Alabama 36567
(251) 947-4757

All further pleadings, orders and notices should be sent to substitute counsel.

Respectfully submitted October 19, 2009.

By: /s/ Salvadore Christina, Jr.
Daniel E. Becnel, Jr. (La Bar No. 2926)
Salvadore Christina, Jr. (La Bar No. 27198)
Matthew B. Moreland (La Bar No. 24567)
**Becnel Law Firm, L.L.C.**
106 W. 7th Street
P.O. Drawer H
Reserve, LA 70084

S. Russell Copeland (AL Bar No. COP018)
**Hoiles, Dasinger, Hollon & Copeland, P.C.**
18419 Pennsylvania Street
P.O. Box 1058
Robertsdale, Alabama 36567