UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL No. 2047 <br><br> SECTION: L <br><br> JUDGE FALLON <br> MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO ALL CASES | | |

**HOMEBUILDERS' STEERING COMMITTEE'S EX PARTE, UNCONTESTED MOTION AND INCORPORATED MEMORANDUM OF LAW FOR EXTENSION OF TIME IN WHICH TO RESPOND TO ECONOMIC LOSS MOTION**

The Homebuilders' Steering Committee ("HSC"), through undersigned counsel, respectfully moves for entry of an Order extending the due date for their response to the Distributor Defendants' Motion to Dismiss or, Alternatively, to Strike Plaintiffs' Claims for Economic Damages (R.Doc. 295), and in support thereof states:

1. The Distributor Defendants' motion was filed in this matter on September 28, 2009.

2. Pursuant to this Court's Order entered September 10, 2009 (R.Doc. 216), responses to the motion are due within twenty (20) days, *i.e.*, on October 19, 2009. Replies, if any, are due ten (10) days thereafter. *Id.*

3. At the monthly status conference on October 15, 2009, the Court informed counsel that the pending motions in the MDL regarding Florida's Economic Loss Rule would be heard in Florida state court where motions on the same issue are pending, before the Honorable Judge Joseph Farina. The hearing will take place on November 13, 2009, with participation via telephone by this Court. *See* Minute Entry of October 15, 2009, p. 6 (R.Doc. 358).

4. Responses to the Florida state court motions are due on October 26, 2009.

5. The HSC contacted counsel for the Distributor Defendants to request that they consent to a similar due date for the HSC's response in this Court, since the briefs will be substantially

995754v.1

similar.  Counsel for the Distributor Defendants consents to an extension of time for the filing of the HSC's response in this Court through and including Thursday, October 22, 2009.

6.   HSC therefore requests that this Court grant it a four day extension of time, through and including Thursday, October 22, 2009, in which to file their response to the Distributor Defendants' motion.

WHEREFORE, for the foregoing reasons, the HSC respectfully requests that this Court grant an extension of time, through and including Thursday, October 22, 2009, in which to file their response to the Distributor Defendants' Motion to Dismiss or, Alternatively, to Strike Plaintiffs' Claims for Economic Damages.

Respectfully submitted,

## HOMEBUILDERS' STEERING COMMITTEE

Phillip A. Wittmann
Stone, Pigman, Walther, Wittman
546 Carondelet St.
New Orleans, LA  70130
(504) 593-0804

Elizabeth J. Cabraser
Leiff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery St., Suite 3000
San Francisco, CA  94111
(415) 956-1000

Neal A. Sivyer
Sivyer Barlow & Watson PA
401 East Jackson Street, Suite 2225
Tampa, FL 33602
(813) 221-4242

Hilarie Bass
Greenberg Traurig PA
1221 Brickell Avenue
Miami, FL 33131
(315) 579-0500

J. Kevin Buster
King & Spaulding, LLP
1180 Peachtree St., NE
Atlanta, GA  30309
(404) 572-4804

Steven L. Nicholas
Cunningham Bounds, LLC
1601 Dauphin Street
Mobile, AL  36604
(251) 471-6191

995754v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **HOMEBUILDERS' STEERING COMMITTEE'S AND DEFENSE STEERING COMMITTEE'S MOTION** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of October, 2009.

By: */s/ Hilarie Bass*
**GREENBERG TRAURIG, P.A.**
*Attorneys for Lennar Corporation, Lennar Homes, LLC, and U.S. Home Corporation*
1221 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

995754v.1