UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DAVID GROSS, CHERYL GROSS, AND LOUIS VELEZ, individually, and on behalf of all others similarly situated,** | CASE NO.: 09-6690 |
| | Judge: Eldon E. Fallon |
| **Plaintiffs,** | Mag.: Joseph C. Wilkinson, Jr. |
| v. | |
| **KNAUF GIPS KG, et al,** | JURY TRIAL DEMAND |
| **Defendants.** | |
| _____/ | |

**PLAINTIFFS' MOTION TO AUTHORIZE SERVICE OF PROCESS ON THE INTERNATIONAL DEFENDANTS AND FOR APPOINTMENT OF AN INTERNATIONAL PROCESS SERVER IN ACCORDANCE WITH THE HAGUE CONVENTION**

Pursuant to Federal Rule of Civil Procedure 4(f), Plaintiffs hereby file their motion to authorize service of process on the international defendants in this matter. In support thereof, Plaintiffs state as follows:

1. On October 7, 2009, Plaintiffs filed a Class Action Complaint against defendants, Knauf Gips KG, Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu), Co., Ltd., Knauf Plasterboard (Dongguan) Co., Ltd., Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., Georgia Pacific LLC, Pingyi Baier Building Materials Co., Ltd., Changzhou Wood, Co., Ltd., King Shing Steel Enterprises Co., Ltd., Nanhai Silk Imp. and Exp. Corporation, Jinan Run & Fly New Materials Co., Ltd, Shandong Yifang Gypsum Industry Co., Ltd., Siic Shanghai International Trade (Group) Co., Ltd., Tianjin Tianbao Century Development Co., Ltd., Wide Strategy Limited, Shandong Oriental International Trading Co., Ltd., Shanghai East Best Arts & Crafts Co., Ltd., Quingdao Yilie International Trade Co., Ltd., Tai'an Kangyijia Building Materials Co., Ltd., USG

1

Corporation, Beijing New Building Materials Public Limited Company, ("BNBM"), China National Building Materials Co. Ltd., ("CNBM"), Beijing New Building Materials (Group) Co., Ltd., ("BNBM Group"), Pingyi Zhongxing Paper-Faced Plasterboard Co. Ltd. f/k/a Shandong Chenxiang Building Materials Co. Ltd., China National Building Material Group Corporation ("CNBM Group'), Sinkiang Tianshan Building Material and Gypsum Product Co., Ltd., Taishan Gypsum Co., Ltd. Lucheng Branch, Yunan Taishan Gypsum and Building Material Co. Ltd., Tai'an Jindun Building Material Co., Ltd., Taishan Gypsum (Xiangtan) Co. Ltd., Taishan Gypsum (Pingshan) Co., Ltd., Taishan Gypsum (Hengshui) Co., Ltd., Taishan Gypsum (Henan) Co., Ltd., Hubei Taishan Building Material Co., Ltd., Taishan Gypsum (Tongling) Co., Ltd., Weifang Aotai Gypsum Co., Ltd., Taishan Gypsum (Pizhou) Co., Ltd., Fuxin Taishan Gypsum and Building Material Co., Ltd., Taishan Gypsum (Wenzhou) Co., Ltd., Taishan Gypsum (Chongqing) Co., Ltd., Taishan Gypsum (Jiangyin) Co., Ltd., Qinhuangdao Taishan Building Material Co., Ltd., Tai'an Taishan Gypsum Board Co., Ltd., Taishan Gypsum (Baotou) Co., Ltd., Shaanxi Taishan Gypsum Co., Ltd, Rothchilt International, Ltd., L&W Supply Corporation d/b/a Seacoast Supply, Banner Supply Co., La Suprema Trading, Inc. La Suprema Enterprise, Inc., Black Bear Gypsum Supply, Inc., Smokey Mountain Materials, Inc., Emerald Coast Building Materials, Interior/Exterior Building Supply, LP, Interior/Exterior Enterprises, LLC, Rightway Drywall, Inc., Independent Builders Supply Association, Inc., Tobin Trading, Inc., Venture Supply Inc., Knauf Insulation GMBH a/k/a Knauf USA, CNBM USA Corp., Sunrise Building Materials Ltd., Devon International, Triorient Trading, Inc., Great Western Building Materials, All Interior Supply, Inc. A&R Hardware Supply, Inc., Davis Construction Supply, LLC,

International Materials Trading, Incorporated, Marathon Construction Materials, Inc., Steeler, Inc., Maurice Pincoffs Company, Inc., Metro Resources Corp., Northern Pacific Lumber Co., Oriental Merchandise Company, Inc. f/k/a Oriental Trading Company, Inc., Stock Building Supply, LLC, Stock Building Supply, Inc., Bedrock Building Materials, LLC, The China Corporation, Ltd., TOV Trading, Inc., Builders Gypsum Supply, L.L.P., Builders Gypsum Supply Co., Inc., J.W. Allen & Company Incorporated, Phoenix Imports Co., Ltd., TMO Global Logistics, LLC, Mazer's Discount Home Centers, Inc., Elite Supply Corporation, Quite Solutions, Inc., Knauf Gypsum Indonesia, Guangdong Knauf New Building Products Co., Ltd., Knauf AMF GMBH & Co., KG, Knauf Do Brasil Ltd., Taian Taishan Plasterboard Co., Ltd., Shanghai Yu Yuan Imp & Exp Co., Ltd. and John Doe Defendants 1-20.

2. Plaintiffs respectfully request this Court appoint APS International Limited, as a qualified server to serve German defendants Knauf Gips KG and Knauf AMF GMBH & Co., KG.

3. Plaintiffs respectfully request this Court appoint APS International Limited as a qualified server to serve the Canadian defendant, Sunrise Building Materials, Ltd.

4. Plaintiffs respectfully request this Court appoint APS International Limited as a qualified server to serve the Taiwanese defendant King Shing Steel Enterprise Co., Ltd.

5. Plaintiffs respectfully request this Court appoint APS International Limited as a qualified server to serve the Indonesian defendant, Knauf Gypsum Indonesia.

6. Plaintiffs respectfully request this Court appoint APS International Limited as a qualified server to serve the Chinese defendants Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu), Co., Ltd., Knauf Plasterboard (Dongguan) Co., Ltd., Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., Pingyi Baier Building

Materials Co., Ltd., Changzhou Wood, Co., Ltd., Nanhai Silk Imp. and Exp. Corporation, Jinan Run & Fly New Materials Co., Ltd, Shandong Yifang Gypsum Industry Co., Ltd., Siic Shanghai International Trade (Group) Co., Ltd., Tianjin Tianbao Century Development Co., LTd., Wide Strategy Limited, Shandong Oriental International Trading Co., Ltd., Shanghai East Best Arts & Crafts Co., Ltd., Quingdao Yilie International Trade Co., LTd., Tai'an Kangyijia Building Materials Co., LTd., Beijing New Building Materials Public Limited Company, ("BNBM"), China National Building Materials Co. Ltd., ("CNBM"), Beijing New Building Materials (Group) Co., Ltd., ("BNBM Group"), Pingyi Zhongxing Paper-Faced Plasterboard Co. Ltd. f/k/a Shandong Chenxiang Building Materials Co. Ltd., China National Building Material Group Corporation ("CNBM Group'), Sinkiang Tianshan Building Material and Gypsum Product Co., Ltd., Taishan Gypsum Co., Ltd. Lucheng Branch, Yunan Taishan Gypsum and Building Material Co. Ltd., Tai'an Jindun Building Material Co., Ltd., Taishan Gypsum (Xiangtan) Co. Ltd., Taishan Gypsum (Pingshan) Co., Ltd., Taishan Gypsum (Hengshui) Co., Ltd., Taishan Gypsum (Henan) Co., Ltd., Hubei Taishan Building Material Co., Ltd., Taishan Gypsum (Tongling) Co., Ltd., Weifang Aotai Gypsum Co., Ltd., Taishan Gypsum (Pizhou) Co., Ltd., Fuxin Taishan Gypsum and Building Material Co., Ltd., Taishan Gypsum (Wenzhou) Co., Ltd., Taishan Gypsum (Chongqing) Co., Ltd., Taishan Gypsum (Jiangyin) Co., Ltd., Qinhuangdao Taishan Building Material Co., Ltd., Tai'an Taishan Gypsum Board Co., Ltd., Taishan Gypsum (Baotou) Co., Ltd., Shaanxi Taishan Gypsum Co., Ltd, Guangdong Knauf New Building Products Co., Ltd., Taian Taishan Plasterboard Co., Ltd. and Shanghai Yu Yuan Imp & Exp Co., Ltd.

7. APS International Limited is located at 7800 Glen Roy Road, Minneapolis, MN 55439.

8. APS International Limited is a legal support company that provides services to law firms, including the service of process on entities located in foreign nations. APS International Limited has extensive knowledge of Hague Convention Rules for service abroad on foreign entities.

9. APS International Limited has been appointed to serve German defendants. See, e.g., *In re Bulk (Extruded) Graphite Products Antitrust Litigation*, 2006 WL 1084093 (D.N.J.,2006.)

10. APS International Limited has advised Plaintiffs it would require two weeks to translate Plaintiffs' Class Action Complaint from English to German and Chinese. APS International Limited has advised Plaintiffs counsel that it will require two weeks to translate Plaintiffs' Class Action Complaint from English to German and Chinese. Further, it will take 16 weeks to receive proof of service from Germany and China.

11. WHEREFORE, Plaintiffs respectfully request this Court authorize APS International Limited to serve process on the international Defendants.

                  Respectfully submitted,

Dated: October 19, 2009      /s/ Russ M. Herman
                 Russ M. Herman, Esquire
                 Leonard A. Davis, Esquire
                 HERMAN, HERMAN, KATZ & COTLAR, LLP
                 820 O'Keefe Avenue
                 New Orleans, Louisiana 70113
                 Phone: (504) 581-4892
                 Fax: (504) 561-6024
                 *Plaintiffs' Liaison Counsel*
                 *MDL 2047*

**PLAINTIFFS' STEERING COMMITTEE**

Arnold Levin
Fred S. Longer
Matthew C. Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Victor Manuel Diaz
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
 Matthews, Martinez, Gonzales,
 Kalbac & Kane
255 Aragon Avenue, 2nd Floor
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seith Parker
Parker, Waichman, Alonso LLP
27399 Riverview Center Blvd.
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Jeremy W. Alters
Alters, Boldt, Brown, Rash & Culmo, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@abbrclaw.com

Richard Serpe, Esquire
LAW OFFICES OF RICHARD J. SERPE
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

**INDIVIDUAL PLAINTIFFS' COUNSEL**

Russ M. Herman
Leonard A. Davis
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024


**SPECIAL COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Harry T. Lemmon
Attorney at Law
650 Poydras Street, Suite 2335
New Orleans, LA 70130
Phone: (504) 581-5644
Fax: (504) 581-2156
htlemmon@bellsouth.net

Edward F. Sherman
Tulane Law School
6329 Freret Street
New Orleans, LA 70118-5670
Phone: (504) 865-5979
esherman@tulane.edu


**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of October, 2009.

                                        <u>/s/ Leonard A. Davis</u>
                                        Leonard A. Davis

Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113
PH: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhkc.com