MINUTE ENTRY
FALLON, J.
October 13, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRY WALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

A status conference was held on this date in the Chambers of Judge Eldon E. Fallon. Present for the Plaintiffs Steering Committee was Russ Herman, Plaintiffs Liaison Counsel. Present for the Defendants Steering Committee was Kerry Miller, Defendants Liaison Counsel, via telephone. Present for the Homebuilders Steering Committee were Mark Salky and Dorothy Wimberly, both via telephone.

The first item of discussion was the request of the Homebuilders Steering Committee for the placement of the issue of a proposed Scheduling Protocol on the agenda for the monthly status conference scheduled for October 15, 2009. The Court considered the parties' positions on the request. Accordingly, the Court determined that placement of the issue on the agenda was not necessary.

Second, the parties informed the Court of homebuilder Lennar Corp.'s concern that if it appeared to depose defendant La Suprema prematurely, it would waive its rights to re-depose at a future date if additional information was discovered. The Court assured Lennar that if it takes the

1

JS10(00:25)

deposition of La Suprema now and then later learns of material that requires additional discovery, Lennar will be allowed to re-depose La Suprema on the newly discovered information. The Court also stated that waiting to take depositions until after written discovery is exhausted will take more time than can be allotted given the expedited discovery and bellwether trial schedule. Further, the Court directed the parties to contact Liaison Counsel who will in turn contact the Court if necessary for guidance when issues arise involving scheduling depositions.

