UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | SECTION: L |
| LITIGATION | * | JUDGE FALLON |
| | * | MAG. JUDGE WILKINSON |

THIS DOCUMENTS REFERS TO:

Patrick Moreau, et al. v. Knauf Gips KG, et al., Case No. 09-4368 (ED LA) and D'Amico, et al. v. Knauf Gips KG, et al., Case No. 09-4367 (ED LA)

## ORDER

Considering the foregoing unopposed Ex Parte Motion to Withdraw as Counsel of Record;

IT IS ORDERED, ADJUDGED, AND DECREED that Fayard & Honeycutt, APC, Calvin C. Fayard, Jr., D. Blayne Honeycutt, and Wanda J. Edwards be and they are hereby withdrawn as counsel of record in the above captioned litigation.

New Orleans, Louisiana, this 16th day of October 2009.

_____
UNITED STATES DISTRICT COURT JUDGE