UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL NO. 09-md-2047<br><br>SECTION:  L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

Pursuant to the Court's Order of September 9, 2009, a briefing schedule was established for motions filed in MDL 2047 involving Chapter 558 of the Florida Statutes and the economic loss rule (Rec. Doc. No. 216).  The briefing schedule requires that oppositions in response to these motions are to be submitted to the Court on October 20, 2009.  It has come to the Court's attention that the Plaintiffs Steering Committee ("PSC") and the Homebuilders Steering Committee ("HSC") each have entered into separate agreements with the moving parties to allow the PSC and the HSC an extension of time to respond to these motions.  As to the PSC, it has entered into an agreement that allows the PSC to file its responses in opposition to the Chapter 558 and economic loss rule motions by Wednesday, October 21, 2009.  As to the HSC, it has entered into an agreement that allows the HSC to file its responses in opposition to the economic loss rule motions by Thursday, October 22, 2009.  The Court has considered these agreements.  Accordingly, IT IS ORDERED that the Court adopts the extended briefing schedule for the PSC and HSC as established in the foregoing agreements.

New Orleans, Louisiana, this 19th day of October, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE