UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2047 |
| | ) ) | SECTION: L |
| THIS DOCUMENT RELATES TO ALL CASES | ) ) ) | JUDGE FALLON MAG. JUDGE WILKINSON |

**O R D E R**

Considering the foregoing Homebuilders' Steering Committee's Ex Parte, Uncontested Motion and Incorporated Memorandum of Law for Extension of Time in Which to Respond to Economic Loss Motion,

IT IS ORDERED that the Homebuilders' Steering Committee be and it hereby is granted an extension of time, through and including Thursday, October 22, 2009, in which to respond to the Distributor Defendants' Motion to Dismiss or, Alternatively, to Strike Plaintiffs' Claims for Economic Damages.

NEW ORLEANS, LOUISIANA, this 20th day of October, 2009.

_____
DISTRICT JUDGE

995756v.1