A CERTIFIED TRUE COPY
ATTEST

By Darion Payne on Oct 16, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2009 OCT 16 AM 11:01
LORETTA G. WHYTE
CLERK

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Sep 30, 2009

FILED
CLERK'S OFFICE

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

MDL No. 2047

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-9)**

On June 15, 2009, the Panel transferred nine civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 626 F.Supp.2d 1346 (J.P.M.L. 2009). Since that time, 83 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of June 15, 2009, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Oct 16, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION    MDL No. 2047

### SCHEDULE CTO-9 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC L/2 |
|---|---|---|
| **ALABAMA SOUTHERN** | | |
| ALS 1 09-371 | Jason Kokoszka, et al. v. Knauf Gips KG, et al. | 09-6841 |
| **FLORIDA SOUTHERN** | | |
| FLS 0 09-61447 | Juliana Souza v. Knauf Gips KG, et al. | 09-6842 |
| FLS 1 09-22704 | Harold Borges, et al. v. Knauf Gips KG, et al. | 09-6843 |
| FLS 1 09-22706 | Steven Aboulafia v. Knauf Gips KG, et al. | 09-6844 |
| FLS 1 09-22707 | Elisa Abiega v. Knauf Gips KG, et al. | 09-6845 |
| FLS 1 09-22709 | Kevin Colman, et al. v. Knauf Gips KG, et al. | 09-6846 |
| FLS 1 09-22712 | Frantz Charles, et al. v. Knauf Gips KG, et al. | 09-6847 |
| FLS 1 09-22714 | Kevin Christian v. Knauf Gips KG, et al. | 09-6848 |
| FLS 1 09-22726 | Daniel Scott Miller, et al. v. Knauf Gips KG, et al. | 09-6849 |
| FLS 1 09-22732 | Husein Lamaa v. Knauf Gips KG, et al. | 09-6850 |
| FLS 1 09-22744 | Robert Hay, et al. v. Knauf Gips KG, et al. | 09-6851 |
| FLS 2 09-14312 | Jesse W. Davis v. Knauf Gips KG, et al. | 09-6863 |

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**CHAIRMAN:**
John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Kathryn H. Vratil
United States District Court
District of Kansas

David R. Hansen
United States Court of Appeals
Eighth Circuit

W. Royal Furgeson, Jr.
United States District Court
Northern District of Texas

Frank C. Damrell, Jr.
United States District Court
Eastern District of California

David G. Trager
United States District Court
Eastern District of New York

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:         [202] 502-2888
http://www.jpml.uscourts.gov

October 16, 2009

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re: MDL No. 2047 -- IN RE: Chinese-Manufactured Drywall Products Liability Litigation

(See Attached CTO-9)

Dear Ms. Whyte:

Attached as a PDF document is a certified copy of a conditional transfer order filed by the Panel in the above-captioned matter on September 30, 2009. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel and judges are attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By /s/ Darion Payne
Darion Payne
Deputy Clerk

Attachments (Conditional Transfer Order is a Separate Document)

cc:   Transferee Judge:      Judge Eldon E. Fallon

JPML Form 36A

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION                    MDL No. 2047

## INVOLVED COUNSEL LIST (CTO-9)

Alex Barlow
SANFORD BARLOW LLP
1500 McGowen
Suite 250
Houston, TX 77004

Ervin Amado Gonzalez
COLSON HICKS EIDSON
255 Aragon Avenue
2nd Floor
Coral Gables, FL 33134-2351

Russ M. Herman
HERMAN HERMAN KATZ & COTLAR LLP
820 O'Keefe Avenue
New Orleans, LA 70113-1116

George R. Irvine, III
STONE GRANADE & CROSBY PC
7133 Stone Dr.
Daphne, AL 36526

Kerry J. Miller
FRILOT LLC
1100 Poydras Street
Suite 3700
New Orleans, LA 70163-3700

Vincent A. Noletto, Jr.
CARR ALLISON
6251 Monroe Street
Suite 200
Daphne, AL 36526

Randolph Tucker Yance
YANCE LAW FIRM
169 Dauphin Street
Suite 318
Mobile, AL 36602

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION                          MDL No. 2047

## INVOLVED JUDGES LIST (CTO-9)

Hon. Cecilia M. Altonaga
U.S. District Judge
Federal Courthouse Square
301 North Miami Avenue, 4th Floor
Miami, FL 33128-7788

Hon. Marcia G. Cooke
U.S. District Judge
U.S. District Court, Federal Courthouse Square
301 North Miami Avenue, 6th Floor
Miami, FL 33128

Hon. William P. Dimitrouleas
U.S. District Judge
205F U.S. Courthouse
299 East Broward Boulevard
Ft. Lauderdale, FL 33301

Hon. Donald L. Graham
U.S. District Judge
U.S. District Court
99 N.E. Fourth Street, Room 1155
Miami, FL 33132

Hon. Joan A. Lenard
U.S. District Judge
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128

Hon. Federico A. Moreno
Chief Judge, U.S. District Court
1061 James Lawrence King
Federal Justice Building
99 N.E. Fourth Street
Miami, FL 33132

Hon. Katherine P. Nelson
U.S Magistrate Judge
101 John A. Campbell United States Courthouse
113 St. Joseph Street
Mobile, AL 36602-3621

Hon. Patricia A. Seitz
U.S. District Judge
Federal Courthouse Square
301 North Miami Avenue, 5th Floor
Miami, FL 33128