UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CAROL R. BORNE | * | CIVIL ACTION NO. 09-6073 |
| | * | |
| VERSUS | * | |
| | * | |
| CHRISTOPHER CADIS, C & C | * | |
| HOME BUILDERS, INC., ABC INSURANCE | * | SECTION "L", MAG. 2 |
| COMPANY, MNO INSURANCE COMPANY, | * | |
| INTERIOR EXTERIOR BUILDING SUPPLY, | * | |
| and LIBERTY MUTUAL FIRE INSURANCE | * | IN RE: CHINESE- |
| COMPANY | * | MANUFACTURED PRODUCTS |
| | * | LIABILITY LITIGATION |
| | * | MDL No. 2047   Section: "L" |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ANSWER AND EXCEPTIONS TO PETITION FOR BREACH OF CONTRACT,
WARRANTY AND FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, comes Christopher Cadis and C & C Home Builders, Inc. and for its answers, defenses of the Petition for Breach of Contract, Warranty and Damages filed by Carol R. Borne, avers upon information and belief as follows:

FIRST DEFENSE

This Court lacks subject matter jurisdiction because there is not complete diversity among the parties and the plaintiff's cause of action is not based on a federal law or statute.

SECOND DEFENSE

Plaintiff's Petition fails to state a claim against Christopher Cadis and C & C Home Builders, Inc. for which relief may be granted.

THIRD DEFENSE

All claims and causes of actions asserted in Plaintiff's Petition are barred by the applicable statute of limitations and/or prescriptive periods.

## FOURTH DEFENSE

An now in answer to the specific allegations contained in the Plaintiff's Petition, Christopher Cadis and C & C Home Builders, Inc. aver upon information and belief as follows:

1.

The listing of defendants contained in paragraph 1 of the Petition fails to state contentions of facts therefore no response is required. The allegations contained in paragraph 1 regarding the allegations of third party beneficiary are denied.

2.

The allegations contained in paragraph 2 of the Petition are denied.

3.

The allegations contained in paragraph 3 of the Petition are denied.

4.

The allegations contained in paragraph 4 of the Petition are denied for lack of information sufficient to justify a belief therein.

5.

The allegations contained in paragraph 5 of the Petition are denied for lack of information sufficient to justify a belief therein.

6.

The allegations contained in paragraph 6 of the Petition are denied for lack of information sufficient to justify a belief therein.

7.

The allegations contained in paragraph 7 of the Petition are denied for lack of information sufficient to justify a belief therein.

8.

The allegations contained in paragraph 8 of the Petition are denied for lack of information sufficient to justify a belief therein.

9.

The allegations contained in paragraph 9 of the Petition are denied for lack of information sufficient to justify a belief therein.

10.

The allegations contained in paragraph 10 of the Petition are denied for lack of information sufficient to justify a belief therein.

11.

The allegations contained in paragraph 11 of the Petition are denied for lack of information sufficient to justify a belief therein.

12.

The allegations contained in paragraph 12 of the Petition are denied for lack of information sufficient to justify a belief therein.

13.

The allegations contained in paragraph 13 of the Petition are denied for lack of information sufficient to justify a belief therein.

14.

The allegations contained in paragraph 14 of the Petition are denied for lack of information sufficient to justify a belief therein.

15.

The allegations contained in paragraph 15 of the Petition are denied for lack of information sufficient to justify a belief therein.

16.

The allegations contained in paragraph 16 of the Petition are denied for lack of information sufficient to justify a belief therein.

17.

The allegations contained in paragraph 17 of the Petition are denied for lack of information sufficient to justify a belief therein.

18.

The allegations contained in paragraph 18 of the Petition are denied for lack of information sufficient to justify a belief therein.

19.

The allegations contained in paragraph 19 of the Petition are denied for lack of information sufficient to justify a belief therein.

20.

The allegations contained in paragraph 20 of the Petition are denied for lack of information sufficient to justify a belief therein.

21.

The allegations contained in paragraph 21 of the Petition are denied.

22.

The allegations contained in paragraph 22 of the Petition are denied.

23.

The allegations contained in paragraph 23 of the Petition are denied.

24.

The allegations contained in paragraph 24 of the Petition are denied.

25.

The allegations contained in paragraph 25 of the Petition are denied.

26.

The allegations contained in paragraph 26 of the Petition are denied.

27.

The allegations contained in paragraph 27 of the Petition are denied.

28.

The allegations contained in paragraph 28 of the Petition are denied.

29.

The allegations contained in paragraph 29 of the Petition are denied.

30.

The allegations contained in paragraph 30 of the Petition are denied.

31.

The allegations contained in paragraph 31 of the Petition are denied.

32.

The allegations contained in paragraph 32 of the Petition are denied.

33

The allegations contained in paragraph 33 of the Petition are denied.

34.

The allegations contained in paragraph 34 of the Petition are denied.

35.

The allegations contained in paragraph 35 of the Petition are denied.

36.

The allegations contained in paragraph 36 of the Petition are denied.

37.

The allegations contained in paragraph 37 of the Petition are denied.

38.

The allegations contained in paragraph 38 of the Petition are denied.

39.

The allegations contained in paragraph 39 of the Petition are denied.

40.

The allegations contained in paragraph 40 of the Petition are denied.

41.

The allegations contained in paragraph 41 of the Petition are denied.

42.

The allegations contained in paragraph 42 of the Petition are denied.

43.

The allegations contained in paragraph 43 of the Petition are denied.

44.

The allegations contained in paragraph 44 of the Petition are denied.

45.

The allegations contained in paragraph 45 of the Petition are denied.

46.

The allegations contained in paragraph 46 of the Petition are denied.

47.

The allegations contained in paragraph 47 of the Petition are denied.

48.

Paragraph 48 of Plaintiff's Petition fails to state contentions of fact therefore no response is required.  However, should this Honorable Court require one, the allegations contained in paragraph 48 are denied.

49.

The allegations contained in paragraph 49 of the Petition are denied.

50.

The allegations contained in paragraph 50 of the Petition are denied for lack of information sufficient to justify a belief therein.

51.

The allegations contained in paragraph 51 of the Petition are denied for lack of information sufficient to justify a belief therein.

52.

The allegations contained in paragraph 52 of the Petition are denied for lack of information sufficient to justify a belief therein.

53.

The allegations contained in paragraph 53 of the Petition are denied for lack of information sufficient to justify a belief therein.

54.

The allegations contained in paragraph 54 of the Petition are denied for lack of information sufficient to justify a belief therein.

55.

The allegations contained in paragraph 55 of the Petition are denied for lack of information sufficient to justify a belief therein.

56.

The allegations contained in paragraph 56 of the Petition are denied for lack of information sufficient to justify a belief therein.

57.

The allegations contained in paragraph 57 of the Petition are denied for lack of information sufficient to justify a belief therein.

58.

The allegations contained in paragraph 58 of the Petition are denied for lack of information sufficient to justify a belief therein.

59.

The allegations contained in paragraph 59 of the Petition are denied for lack of information sufficient to justify a belief therein.

60.

The allegations contained in paragraph 60 of the Petition are denied for lack of information sufficient to justify a belief therein.

61.

The allegations contained in paragraph 61 of the Petition are denied for lack of information sufficient to justify a belief therein.

62.

The allegations contained in paragraph 62 of the Petition are denied for lack of information sufficient to justify a belief therein.

63.

The allegations contained in paragraph 63 of the Petition are denied for lack of information sufficient to justify a belief therein.

64.

The allegations contained in paragraph 64 of the Petition are denied for lack of information sufficient to justify a belief therein.

65.

The allegations contained in paragraph 65 of the Petition are denied for lack of information sufficient to justify a belief therein.

66.

The allegations contained in paragraph 66 of the Petition are denied for lack of information sufficient to justify a belief therein.

67.

The allegations contained in paragraph 67 of the Petition are denied for lack of information sufficient to justify a belief therein.

68.

The allegations contained in paragraph 68 of the Petition are denied for lack of information sufficient to justify a belief therein.

69.

The allegations contained in paragraph 69 of the Petition are denied for lack of information sufficient to justify a belief therein.

70.

The allegations contained in paragraph 70 of the Petition are denied for lack of information sufficient to justify a belief therein.

71.

The allegations contained in paragraph 71 of the Petition are denied for lack of information sufficient to justify a belief therein.

72.

The allegations contained in paragraph 72 of the Petition are denied for lack of information sufficient to justify a belief therein.

73.

The allegations contained in paragraph 73 of the Petition are denied for lack of information sufficient to justify a belief therein.

74.

The allegations contained in paragraph 74 of the Petition are denied for lack of information sufficient to justify a belief therein.

FIFTH DEFENSE

In the alternative, Christopher Cadis and C & C Home Builders, Inc. allege the acts and omissions for others for whom it may not be held responsible, caused the damages alleged in the Petition in whole or in part and they are responsible for any damages sustained by plaintiff the extent caused by them.

SIXTH DEFENSE

Christopher Cadis and C & C Home Builders, Inc. allege that plaintiff failed to mitigate their damages as required by law.

**WHEREFORE**, defendants, Christopher Cadis and C & C Home Builders, Inc. pray that this Answer be deemed good and sufficient, and after due proceedings had, there be a judgment in favor and against plaintiff, dismissing with prejudice her claims at plaintiffs costs. Defendant further prays for all general and equitable relief to which it may be entitled.

Respectfully submitted:

**HIDALGO & ASSOCIATES, L.L.P.**

　　s/William B. Hidalgo
**WILLIAM B. HIDALGO (20220)**
516 W. 21st Avenue
Covington, LA 70433
Telephone: (985) 249-5195
Facsimile: (985) 809-5787

**Attorney for Christopher Cadis and
C & C Home Builders, Inc.**

**CERTIFICATE OF SERVICE**

I do hereby certify that on this  21st  day of October, 2009, a copy of the above and foregoing pleading was served upon all counsel of record in compliance with Rule 5 of the Federal Rules of Civil Procedure.

                                   s/William B. Hidalgo
                                    William B. Hidalgo