UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2047 |
|  | : | SECTION: L |
|  | : |  |
| THIS DOCUMENT RELATES TO ALL CASES | : | JUDGE FALLON |
|  | : | MAG. JUDGE WILKINSON |

### NOTICE OF APPEARANCE ON BEHALF OF CENTERLINE HOMES, INC.

COMES NOW, the undersigned law firm of Broad and Cassel and hereby files its Notice of Appearance as counsel on behalf of the Defendant, Centerline Homes, Inc.  It is respectfully requested that all future pleadings and correspondence be served upon the undersigned in connection with this action.

Respectfully submitted,

PETER R. GOLDMAN
Florida Bar No. 860565
ADAM G. RABINOWITZ
Florida Bar No. 177962
VANESSA M. SERRANO
Florida Bar No. 51555
BROAD AND CASSEL
100 S.E. Third Ave., Ste. 2700
Fort Lauderdale, FL 33394
Ph:  (954) 764-7060
Fax: (954) 761-8135
pgoldman@broadandcassel.com
arabinowitz@broadandcassel.com
vserrano@broadandcassel.com

By: __/s/ Vanessa M. Serrano_____
        VANESSA M. SERRANO

Counsel for Centerline Homes, Inc.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 21st day of October, 2009.

                                                  __/s/ Vanessa M. Serrano_____
                                                  Vanessa M. Serrano