# EXHIBIT A

## TO

### RESPONSE OF PLAINTIFFS' STEERING COMMITTEE TO BENCH MEMORANDUM OF CERTAIN DEFENDANTS REGARDING CHAPTER 558, FLORIDA STATUTES

*[handwritten note: "to claim form pleading"]*

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Kathryn H. Vratil
United States District Court
District of Kansas

David R. Hansen
United States Court of Appeals
Eighth Circuit

W. Royal Furgeson, Jr.
United States District Court
Northern District of Texas

Frank C. Damrell, Jr.
United States District Court
Eastern District of California

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:           [202] 502-2888
http://www.jpml.uscourts.gov

June 18, 2009

TO INVOLVED COUNSEL

Re: MDL No. 2047 -- IN RE: Chinese-Manufactured Drywall Products Liability Litigation

(See Attached CTO-1)

Dear Counsel:

Attached hereto is a copy of a conditional transfer order filed today by the Panel involving the above-captioned matter. This matter is transferred pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001). Copies of Rule 5.2, dealing with service, and Rules 7.4 and 7.5, regarding "tag-along" actions, are attached for your convenience.

Inasmuch as there is an unavoidable time lag between notification of the pendency of the tag-along action and the filing of a conditional transfer order, counsel are required by Rule 7.4(b) to notify this office **BY FACSIMILE**, at (202) 502-2888, of any official changes in the status of the tag-along action. These changes could involve dismissal of the action, remand to state court, transfer to another federal court, etc., as indicated by an order filed by the district court. Your cooperation would be appreciated.

**NOTICE OF OPPOSITION DUE ON OR BEFORE: July 6, 2009 (12 noon EST)**
(Facsimile transmission is suggested.)

If you are considering opposing this conditional transfer order, please review Rules 7.4 and 7.5 of the Panel Rules before filing your Notice of Opposition.

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _Darion Payne_
Darion Payne
Deputy Clerk

Attachments

JPML Form 39

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jun 18, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

MDL No. 2047

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-1)

On June 15, 2009, the Panel transferred nine civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __F.Supp.2d__ (J.P.M.L. 2009). With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of June 15, 2009, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION**                         MDL No. 2047

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| ALABAMA NORTHERN | | | |
| ALN | 2 | 09-538 | Samuel Ledford v. Knauf Gips KG, et al. |
| ALABAMA SOUTHERN | | | |
| ALS | 1 | 09-255 | Sylvia Rayfield, et al. v. Knauf Gips KG, et al. |
| FLORIDA SOUTHERN | | | |
| FLS | 1 | 09-20847 | Larry Galvin, et al. v. Knauf Gips KG, et al. |
| FLS | 1 | 09-21027 | Felix Feliciano, et al. v. Knauf Gips KG, et al. |
| FLS | 1 | 09-21028 | Jorge Fernandez, et al. v. Knauf Gips KG, et al. |
| FLS | 1 | 09-21055 | Anna Pelligra v. Knauf Gips KG, et al. |
| FLS | 1 | 09-21057 | Ricardo Rizzo, et al. v. Knauf Gips KG, et al. |
| FLS | 1 | 09-21060 | Julian Flores, et al. v. Knauf Gips KG, et al. |
| FLS | 1 | 09-21061 | Enrique Valdes, et al. v. Knauf Gips KG, et al. |
| FLS | 1 | 09-21062 | Jose Francisoc Oves v. Knauf Gips KG, et al. |
| FLS | 1 | 09-21063 | Roger Leben, et al. v. Knauf Gips KG, et al. |
| FLS | 1 | 09-21145 | Daniel Villalta, et al. v. Knauf Gips KG, et al. |
| FLS | 1 | 09-21146 | Raymond Sardina, et al. v. Knauf Gips KG, et al. |
| FLS | 1 | 09-21250 | Carrie Trepkowski, et al. v. Knauf Gips KG, et al. |
| FLS | 2 | 09-14111 | Ronald Scritchfield, et al. v. Knauf Gips KG, et al. |
| FLS | 2 | 09-14115 | Arif Shakoor v. Knauf Gips KG, et al. |
| FLS | 2 | 09-14125 | Francine Kelly v. Knauf Gips KG, et al. |
| FLS | 2 | 09-14126 | Terel Downs, et al. v. Knauf Gips KG, et al. |
| FLS | 2 | 09-14127 | Thomas Teefy, et al. v. Knauf Gips KG, et al. |
| FLS | 2 | 09-14128 | Donna Malkki, et al. v. Knauf Gips KG, et al. |
| FLS | 2 | 09-14129 | Anne M. O'Hear v. Knauf Gips KG, et al. |
| FLS | 2 | 09-14137 | Deborah Bradford v. Knauf Gips KG, et al. |
| FLS | 2 | 09-14138 | Russell Knapp, et al. v. Knauf Gips KG, et al. |
| FLS | 2 | 09-14139 | John Schurer v. Knauf Gips KG, et al. |
| FLS | 2 | 09-14140 | Thomas Catalano, et al. v. Knauf Gips KG, et al. |
| FLS | 2 | 09-14141 | Gregory Skora, et al. v. Knauf Gips KG, et al. |
| FLS | 2 | 09-14142 | Annette Badchkam v. Knauf Gips KG, et al. |
| FLS | 2 | 09-14154 | Derrick Peterson, et al. v. Treasure Coast Homes, LLC, et al. |
| FLS | 9 | 09-80535 | Katherine L. Foster v. NorthStar Holdings, Inc., et al. |
| FLS | 9 | 09-80644 | Bryan Feuerberg, et al. v. Knauf Gips KG, et al. |
| FLS | 9 | 09-80730 | Sherley Frais v. Knauf Gips KG, et al. |

**MDL No. 2047 - Schedule CTO-1 Tag-Along Actions (Continued)**

**DIST.  DIV.  C.A. #**         **CASE CAPTION**

LOUISIANA MIDDLE
LAM  3  09-301           Darryl Paul Ledet, et al. v. Knauf Gips KG, et al.

MISSISSIPPI SOUTHERN
MSS  1  09-234           Christopher Whitfield v. Knauf Gips KG, et al.

NORTH CAROLINA EASTERN
NCE  2  09-25            Curtis Hinkley, et al. v. Taishan Gypsum Co., Ltd., et al.

VIRGINIA EASTERN
VAE  2  09-202           Michelle Germano, et al. v. Taishan Gypsum Co., Ltd., et al.