```
 1    to any allegations of waiver of entitlement to
 2    either mediation or arbitration until you receive
 3    my order and this case is to move forward.
 4            MR. SCHWARTZ:  Thank you Your Honor.
 5            THE COURT:  Mr. Diaz, you will draft the
 6    order?
 7            MR. DIAZ:  Yes I will Your Honor.
 8            MR. ATLAS:  We have another motion.
 9            THE COURT:  Okay.
10            MR. ATLAS:  Considering that we are way
11    beyond the parameters with Mr. Diaz, I will try
12    to be very brief.  That motion as you will
13    recall is very simply the Motion for Enlargement
14    of Time to obtain limited discovery as to the
15    amount of dollars in dispute .
16            On that connection we asked Plaintiffs
17    counsel for the information --
18            THE COURT:  Amount at issue?
19            MR. ATLAS:  Yes.
20            THE COURT:  How much do you need?
21            MR. ATLAS:  We believe that when we asked
22    them for the information they would give it to
23    us and enter into a stipulation that at least
24    when that occurred we could then deal with the
25    issue of (inaudible).  We did not hear back from
```

1   Mr. Diaz.
2       The limited discovery that we ask for is
3   very, very palatable to address that issue and
4   they have objected to that discovery.
5       We think that we are clearly entitled, under
6   the authority that we sited in our motion, to get
7   that information so that we can make that
8   determination.
9       I think that's appropriate information to ask
10  for and we think that we should be entitled to
11  that.
12      THE COURT: Well you certainly-- is this a
13  motion to abate as well?
14      MR. ATLAS: It's an ore tenus motion to
15  compel at this point, yes. We did address that
16  when we were with you before.
17      THE COURT: I have a motion to abate, but
18  if you propounded the appropriate discovery, is
19  it due yet?
20      MR. ATLAS: It was due and objected to.
21      THE COURT: Okay. So in essence you're
22  seeking to compel?
23      MR. ATLAS: Yes, we are.
24      MR. DIAZ: Judge, I'll respond to both the
25  motion they did file and the motion they did not

1    file.  But I'll let counsel correct something on
2    the record first.
3           Or I'll correct it for him.
4           They say that they offered to stipulate with
5    me that at such time that it was determined that
6    there was $5,000,000.00 in excess of damages that
7    they could then file their Motion for Removal and
8    that I did not respond.  I think Mr. Backman will
9    back me up and tell you that I did respond.  So
10   that was a mistake.
11          THE COURT:  Okay.  So how did you respond?
12          MR. DIAZ:  I responded by saying in
13   reference to the position that we took in our
14   response, which is that it is irrelevant for
15   purposes of this lawsuit, whether or not --
16          THE COURT:  To say that the client will
17   stipulate that it's $5,000,000.00--
18          MR. DIAZ:  I can't stipulate, because I
19   don't know.
20          THE COURT:  Okay.
21          MR. DIAZ:  And we did not just object to
22   the discovery, I read it to you the last time
23   that we were arguing the motion.  We filed a
24   response to discovery.  We objected as saying it
25   was inappropriate but we said we would make

1    reasonable inquiry which is our right under the
2    Rules that govern Requests for Admissions.
3         And that we, Jason and Melissa Harrell do not
4    have sufficient information.  Today in this
5    courtroom I learned for the first time that there
6    are 92 homes.
7         I don't know exactly how many of those homes
8    contain Chinese drywall.  I don't know what the
9    purchase price contracts were.
10        The last time we were before you Your Honor,
11   you allowed us to get expedited discovery in order
12   to make those class allegations possible.
13        Those will be -- we have been working on
14   them.  Those will be propounded certainly by
15   tomorrow and then once we get the information that
16   will be established in the record.
17        But more importantly Judge, that statute -
18   this is really an attempt to circumvent our right
19   to control the Complaint.
20        The motion that was filed, that's my response
21   to --
22        THE COURT:  I'm not going to grant a motion
23   to abate.
24        MR. DIAZ:  They filed a Motion for
25   Enlargement of Time to File and Answer or a

```
 1    Responsive Pleading to the Amended Complaint.
 2         What they argued was their Motion to Dismiss
 3    or Abate based on the original Complaint.  When I
 4    filed the Amended Complaint counsel called me and
 5    said, can we just assume we will file the exact
 6    same Motion to Abate to your new Amended
 7    Complaint?  I said, sure.  We'll just travel under
 8    your old memorandum, we don't need to clutter the
 9    file with more paper.
10         Even though it's contradictory with that
11    agreement, they then went agreed and filed a
12    Motion for Enlargement of Time to file a
13    responsive pleading to the Amended Complaint which
14    you need to dispose of.
15         That Motion for Enlargement of Time asks for
16    more time until they discover that it's
17    $5,000,000.00.  I made three basis responses.
18         One that it's irrelevant.  The premise of
19    their motion is --
20         THE COURT:  You can stop.  I'm going to
21    deny the motion.  When you get the discovery
22    you'll know whether it's $5,000,000.00 or not
23    and 30 days to remove runs from that time.  So
24    go ahead and file an answer.
25         MR. ATLAS:  Thank you Your Honor.
```

Harrell v. South Kendall											7/1/2009

65

1       THE COURT:  How much time to file answers?
2       MR. ATLAS:  20 days, Judge.
3       THE COURT:  Okay.  20 days.
4       MR. ATLAS:  To respond to the Complaint.
5       MR. DIAZ:  To respond or file an answer
6   Judge?
7       THE COURT:  Well they filed a motion to --
8       MR. DIAZ:  I thought we heard the Motion to
9   Dismiss today.
10      MR. ATLAS:  As we indicated, although you
11  weren't listening apparently, we never filed a
12  Motion to Dismiss.  We filed a Motion to Abate.
13      We have every intention of filing a Motion to
14  Dismiss addressing the amended complaint.
15      MR. DIAZ:  Then Your Honor, I would ask
16  that it be shortened to 10 days.
17      MR. ATLAS:  You can shorten it to 5.  We
18  are ready to file the Motion to Dismiss.
19      MR. FALLON:  I think there is a TV show
20  that addresses these issues.
21      THE COURT:  I can name that tune.
22      How long do you need to file your answer?
23      MR. ATLAS:  20 days is fine Judge.
24      THE COURT:  20 days for -- 10 days to file
25  your response.

1        MR. SCHWARTZ: And will that ruling as to
2    South Kendall also apply to Palm Isle Holdings?
3        THE COURT: Yes.
4
5        (Thereupon, the above proceedings were
6    concluded.)

Harrell v. South Kendall                               7/1/2009

67

```
                    - - - - -

                    C E R T I F I C A T E

STATE OF FLORIDA  )
                  )    ss:
COUNTY OF BROWARD )


         I, PAUL ANTHONY LISANTI, do hereby certify
    that the case of JASON HARRELL and MELISSA HARRELL
    v. SOUTH KENDALL CONSTRUCTION CORP., pending in
    the Circuit Court of the Eleventh Judicial Circuit
    in and for Dade County Florida, no. 09-08401 was
    heard before The Honorable Gill S. Freeman; that I
    was authorized to and did report in shorthand the
    proceedings and that the foregoing pages, numbered
    from 1 to 66 inclusive, constitute a true and
    correct transcription of my shorthand report of
    the hearing on said case.
         IN WITNESS WHEREOF, I have hereunto affixed
    my hand this _____ day of July, 2009.


                    _____
                    PAUL ANTHONY LISANTI
```

**WORD INDEX**

Harrell v. South Kendall 7/1/2009

Page 68

| A | | | | |
|---|---|---|---|---|
| **abate** 3:7 15:4 15:20 16:10 19:6 23:10 27:18 36:5,17 37:9 38:16 39:9 42:14,24 44:4,8 46:3,15 49:25 59:3,18 59:20 61:13,17 63:23 64:3,6 65:12 | **addresses** 65:20 **addressing** 65:14 **adequately** 8:11 **adhering** 41:17 **Admissions** 63:2 **adopted** 10:23 **Adorno** 2:6 3:11 **advance** 45:8 **advantage** 30:20 34:18 | **allowed** 7:6 27:12 63:11 **alternate** 9:12 9:24 10:23 **Alternative** 3:7 **ambiguities** 35:22 **ambiguity** 21:5 31:3 33:17,18 33:24 | **apply** 66:2 **appointed** 23:23 **appreciate** 56:12 56:12 57:8 **appreciated** 17:1 **approach** 4:17 **appropriate** 15:18 20:11 61:9,18 | 60:16,21 **asking** 34:3 35:24 **asks** 64:15 **asserted** 20:23 **assertion** 45:15 45:22 48:1 **assertions** 42:18 44:18 |
| **abated** 27:23 37:14,16 40:9 | **affirmative** 48:1 **affixed** 67:17 **afternoon** 16:4 | **ambiguous** 11:22 21:13,22 22:4,15 28:3,3 31:22 | **April** 40:24 **arbitration** 7:16 11:8,19,22 | **assume** 16:8 42:25 47:12 51:1 52:6 57:23 58:8 64:5 |
| **abatement** 12:24 **able** 38:18 42:6 46:10 | **agent** 28:21,25 38:24 44:23 54:2 56:6 | **amended** 4:22 5:14,20,22 8:2 10:3 16:24 | 12:1,12,13,14 12:17,21,22 13:14,17,19 14:4,20,23 | **assuming** 36:22 37:3,22 54:7 55:7 |
| **above-entitled** 1:18 | **agents** 43:10 **ago** 10:7 | 25:14 30:7,13 31:9,10 39:17 | 15:6 18:20 26:4,10,15,20 | **assumption** 55:4 **Atlas** 2:7 3:9,11 |
| **absence** 40:17 54:5 | **agree** 46:22 50:23 | 64:1,4,6,13 65:14 | 26:22,24 27:25 28:5,8 33:6 | 3:11 15:17,22 16:3 36:2,20 |
| **absolutely** 39:19 **abundance** 26:5 29:3 | **agreed** 53:8 56:2 64:11 **agreement** 32:5 | **American** 21:17 **amount** 60:15 60:18 | 59:15,21 60:2 **argue** 29:9 **argued** 64:2 | 37:6,13,18,22 38:13,20,25 40:15,21 41:1 |
| **abuses** 30:18 **accrued** 59:5 | 35:7,10 53:2 64:11 | **announce** 12:6 **answer** 48:23 | **arguing** 62:23 **argument** 4:21 | 41:15,21,25 49:22 50:5,15 |
| **acknowledge** 35:19 52:15 | **Agronomics** 21:18 | 51:14 52:2 57:16 63:25 | 5:18 9:4 13:17 13:18 15:19 | 50:24 51:3,14 52:1 57:10 |
| **acknowledging** 56:13 | **ahead** 59:12 64:24 | 64:24 65:5,22 **answers** 65:1 | 16:10 17:3 18:4 19:5,8 | 58:2,14,18 60:8,10,19,21 |
| **acting** 56:7 **action** 12:15 | **air** 25:5 52:23 **al** 1:8 3:6 | **ANTHONY** 67:6,21 | 20:9,20 21:3 26:2 27:25 | 61:14,20,23 64:25 65:2,4 |
| 13:2 15:4 25:8 26:8 36:11,17 37:8,13 40:9 50:19 | **allegation** 7:22 7:23 8:2 14:5 17:20 39:19 54:5 | **apologize** 58:19 **apparently** 65:11 **appearance** 3:20 | 33:12,14 42:19 45:22 55:1,2,6 57:8 **arguments** | 65:10,17,23 **attach** 9:17 14:8 14:9,21 17:16 23:25 28:15,16 |
| **actions** 23:7 **add** 3:13 | **allegations** 16:12,15 42:23 | **appearances** 2:2 3:10 | 44:20 47:14 **arising** 20:18 | **attached** 4:22,23 7:24 10:8,10 |
| **added** 5:15 **addition** 44:12 | 46:1 60:1 63:12 | **Appearing** 2:5,8 2:11,14 | 32:3 **Arthur** 28:24 | 17:13,14,17 26:1 |
| **additional** 22:15 42:7 | **allege** 39:16 42:21 44:3 | **appears** 59:7,8 **applicable** 29:10 | **articles** 40:17 **aside** 11:10 | **attaching** 24:7 **attempt** 19:4 |
| **address** 15:23 18:21 42:15 61:3,15 | **alleged** 16:22 37:24 43:19 44:3,12 57:19 **alleges** 7:19 | 56:24 **applied** 21:20 57:19 **applies** 55:5 | 36:22 **asked** 11:2 27:9 27:17 29:5 42:22 46:13,14 | **attempted** 34:25 **attention** 40:4 **attorney** 7:7 |

DOWNTOWN REPORTING
(954) 522-3376

| | | | | |
|---|---|---|---|---|
| attorney's 41:9 42:4 | 2:14 3:12 4:1 4:24 6:5,6 13:3 13:7 15:18 44:25 48:13 56:7 57:20 | building 19:25 built 6:7,13,17 8:20 9:13,19 14:16 | certain 10:5 11:25 26:7 certainly 15:4 33:2 37:11 | class 6:23 25:8 57:18,20,22 58:7 63:12 clause 11:19,22 |
| August 4:13 | | | | 12:12,13,14,17 |
| authored 27:15 | | bunch 53:6 | 39:8 43:25 | 12:21,22 13:14 |
| authority 40:18 61:6 | | burden 45:20 buyer 53:22 | 59:14 61:12 63:14 | 13:19 14:4,20 14:24 15:7 |
| authorized 67:12 | believe 15:17 31:13 40:8 49:3,3 50:21 | buyers 26:14 buying 26:14 | certification 6:24 57:23 58:7 | 26:4,7,15,21 27:25 31:18,24 |
| avail 58:21 | 56:5,23 57:5 | | | 33:16 35:9 |
| available 38:15 | 58:6 60:21 | **C** | certified 23:20 | clear 11:5,23 |
| avoid 5:25 40:2 | belong 13:4 | C 67:2,2 | 25:19 38:4,5 | 14:11 16:16 |
| aware 25:18 35:17 36:7 39:12 | belongs 28:8 benefits 39:14 beyond 37:11 44:5 60:11 | call 33:4 49:20 51:20 called 64:4 | 58:1 certify 67:6 chance 38:9 | 21:5 23:10 29:3 32:9,11 36:9 37:7 |
| | binding 26:21 | Cancer 3:15 | change 30:6 | 40:16 50:18 |
| **B** | 26:23 35:14 | capital 9:22 | chapter 9:9 | 59:7 |
| B 29:23 | bit 52:13 | caption 5:22 | 29:25 30:6,15 | clearly 35:7,9 |
| back 41:4 44:25 46:19 52:9 53:6 60:25 62:9 | Blumstein 16:5 16:6 38:3,7,10 43:13 48:9,20 | care 28:24 careful 47:23 carrier 39:5 case 1:3 4:8 5:1 | 31:11,17 36:6 36:11,14 37:15 39:18,21 50:17 50:18,19 55:16 | 39:13 40:6 61:5 client 14:22 44:14 48:3,5,5 |
| backed 43:6 | Blvd 2:6 | 6:5,23 11:17 | 58:24 | 48:13 50:6 |
| Backman 62:8 | body 28:7 31:2 | 11:21 12:7,18 | children 57:6 | 51:8,23 53:13 |
| bad 5:24 | 52:19 | 12:20,20 13:5 | Chinese 5:7 25:7 | 62:16 |
| balance 33:9 | bottom 26:12 | 19:14 21:6 | 25:13 36:7 | clients 43:8 |
| Banner 2:8 3:12 15:18 19:7 25:15,16 28:24 | bought 6:25 bound 34:11,14 breach 12:16 54:8 | 22:22 24:4 27:18,23 28:15 29:10 32:25 | 52:16,21,25 53:5,10 54:3 63:8 | 47:15,20 56:5 client's 45:5 cloakroom 47:3 |
| 36:1,5,6 39:4 | brief 6:16 13:23 | 33:13,25 34:4 | chose 21:24 56:1 | clock 11:14 |
| 39:12,14 40:9 | 60:12 | 34:8,24 35:15 | Circuit 1:1,2,20 | 12:25 14:16 |
| 40:10 45:17 | briefly 5:1 6:9 | 35:17,19 38:25 | 67:9,9 | close 33:4 35:2,3 |
| 48:13 57:13 | 49:22 | 41:20 45:14 | circumvent | 49:14 |
| 58:14 59:14 | bring 27:7 | 49:11 54:9 | 63:18 | closing 54:22 |
| bare 12:21 | bringing 20:13 | 55:13 57:3 | civil 9:21 17:20 | clutter 64:8 |
| based 12:3 38:14 40:8 45:20 | broker 5:10 BROWARD | 58:6 59:24 60:3 67:7,16 | 26:8,17 28:18 46:17 49:19 | coastered 41:23 Cohen 22:1 |
| 64:3 | 67:4 | cases 22:17 28:7 | claim 10:25 | colleagues 13:16 |
| bases 56:25 | Brummer 22:1 | 34:20 | 53:17 | come 13:2 24:22 |
| basing 47:13,18 | build 6:13 | cause 1:18 | claimant 36:13 | 40:22 43:1 |
| basis 38:15 | builder 4:24 5:8 | causes 12:14 | claimant's 45:10 | 46:21,23 47:9 |
| 64:17 | 6:6 7:7,9 10:22 | 26:8 | claimed 13:1 | 56:18,20,22 |
| bath 7:4 | 13:20 16:18 | caution 29:3 | claims 12:3,4,7,9 | 57:1,20 |
| bathroom 25:3 | 26:6 28:9 | 57:12 | 20:3,14,22,22 | comes 32:23 |
| bedroom 7:4 | 53:22 | Center 3:15 | 32:3,3 59:4 | comfort 11:24 |
| beginning 52:16 behalf 2:5,8,11 | builders 30:19 | centilla 49:4 | clarify 39:16 | |

Harrell v. South Kendall                              7/1/2009

| | | | | |
|---|---|---|---|---|
| coming 41:4 | comply 18:10,15 | 21:23 22:5 | 31:21 32:4,12 | 60:17 62:1 |
| comment 25:2 | 29:6 37:14,18 | 30:5 | 33:22 34:22 | 64:4 |
| common 18:3 | 39:11,22 42:20 | consumer 19:1,2 | 35:11 64:10 | counsel's 16:25 |
| communicatio... | 42:25 43:8,19 | 19:18 30:16,23 | contradicts | country 33:1 |
| 39:3 | 45:22 51:17 | consumers | 10:17 | County 1:2,12 |
| community 17:2 | 55:14 | 34:19 | contrary 49:23 | 67:4,10 |
| 27:12 | complying 50:20 | contain 63:8 | contributions | course 59:12 |
| company 5:10 | 59:24 | contains 52:21 | 3:14 | court 1:1 3:5,10 |
| 6:6,7 23:23 | concedes 24:4 | contemporane... | control 63:19 | 3:14,16,19,23 |
| 28:24 48:13 | concept 13:10 | 36:25 50:22 | controlling | 4:4,16,18,19 |
| 59:20 | concerned 40:10 | contends 13:25 | 21:17 55:12 | 5:3,13,16,23 |
| compel 61:15,22 | 58:4 | contract 4:20 | controls 24:4 | 5:25 7:13,17 |
| complaining | concluded 66:6 | 8:4,16,25 9:1,3 | cooling 25:5 | 7:19 8:10,14 |
| 5:24 | conclusion | 9:14,16,21,25 | copies 28:20 | 8:18,23 9:5 |
| complaint 4:23 | 22:17 | 10:13,21 11:1 | 38:1 46:5 | 10:6,16 12:2,4 |
| 5:14,20,22 | condition 8:9 | 11:4,12,20 | 48:20 | 12:10 13:4,12 |
| 7:19 8:2 10:3,3 | 10:11 11:13 | 12:23 13:6,10 | copper 52:23 | 13:13 14:5,12 |
| 10:9,11,15,17 | 14:15 20:13 | 13:20 14:14 | copy 4:14,20 | 15:2,3,6,14,16 |
| 14:10,21 16:12 | 24:2 26:1 | 15:9,10,12,15 | 29:19 38:11 | 15:21 16:1 |
| 16:15,24 17:6 | conditioning | 17:17,17,23 | 43:2,4 | 17:11 18:19 |
| 17:13,16,19,21 | 25:5 52:23 | 18:6,11 19:10 | core 4:20 | 19:16 20:3,8 |
| 18:14 25:14,24 | conditions 8:7 | 19:12,17,20 | corners 17:4 | 20:17 22:7,8 |
| 34:17 36:10 | 9:20 17:22 | 20:7,10,16,22 | 18:14 42:11,12 | 22:12 23:12,18 |
| 37:1 39:17,17 | 24:15 | 20:24 21:1,6 | 43:15 44:1,5 | 24:11,24 26:11 |
| 39:20,22,24 | conducted 45:11 | 21:10,22,24 | CORP 1:7 67:8 | 27:2 28:5,7,12 |
| 40:5 42:11,21 | conflicting | 22:4,5,14,14 | Corporation | 29:13,16,21 |
| 42:23 43:15,19 | 22:13 23:2 | 22:16,18,21,23 | 21:18 | 30:1 32:2,7,14 |
| 44:6,13 46:1 | 32:21 | 23:3,7,8 24:1,7 | correct 4:14 | 32:19 33:2,6 |
| 54:8 63:19 | conjunction | 24:17 25:11 | 31:5 48:4 | 35:1 36:1,17 |
| 64:1,3,4,7,13 | 45:12 | 26:4,6 28:2 | 58:17 62:1,3 | 36:19 37:2,9 |
| 65:4,14 | connection | 29:5 31:4,6,7 | 67:15 | 37:16,19,25 |
| complaints 7:9 | 60:16 | 31:21,23 32:2 | correctly 16:23 | 38:5,8,12,18 |
| complete 39:6 | consequence | 32:3,15 33:3 | 29:22 | 38:23 40:12,19 |
| compliance | 59:5 | 33:17,19,21,24 | correspondence | 40:22,22 41:6 |
| 29:11 30:10,20 | consideration | 35:5,11 49:9 | 52:13 | 41:19,22 42:2 |
| 36:18 38:17 | 57:17 | 54:8,10 55:14 | corrodes 52:22 | 42:13,17 43:2 |
| 44:9 48:2 58:8 | Considering | 57:14 58:16,23 | 52:23,24 | 43:4,9,10,16 |
| Compliant 5:21 | 60:10 | contracts 32:24 | counsel 10:6 | 43:22 44:17 |
| 17:5,15 | consistent 33:21 | 35:21,22 63:9 | 12:5 13:21,23 | 45:16 46:4,24 |
| complied 12:17 | 58:9,10 | contractual | 16:10 19:9 | 47:4,12,21 |
| 18:14 19:5 | constitute 67:14 | 40:10 | 20:20 23:20,25 | 48:16,22 49:21 |
| 29:1,2,8 39:18 | construction 1:7 | contractural | 24:3 25:14,21 | 50:2,3,10,23 |
| 42:22 43:20 | 2:11 3:6,22 | 54:7 | 27:6,13,25 | 51:1,4,23 52:4 |
| 44:19,19 45:24 | 21:10,21 40:2 | contradiction | 28:14 42:18 | 52:8,22 53:12 |
| 50:17 56:15 | 67:8 | 35:12 | 44:21 47:24 | 54:11,14,20,24 |
| complies 58:12 | construed 21:8 | contradictory | 49:2 51:19 | 55:2,7,10,18 |

DOWNTOWN REPORTING
(954) 522-3376

| | | | | |
|---|---|---|---|---|
| 56:3 57:22 | deadline 4:10,12 | determine 26:25 | disposes 19:6 | early 42:9 |
| 58:5,17 59:2 | deal 56:4 60:24 | 52:17,20 | disproving 47:2 | East 2:6 |
| 60:5,9,18,20 | dealing 5:6 6:12 | determined 62:5 | dispute 9:25 | effort 5:25 18:10 |
| 61:12,17,21 | 22:12 | development | 10:24 19:23,24 | eighteen 23:13 |
| 62:11,16,20 | deals 26:7 | 6:10 7:5 | 20:13 23:6 | 23:15 |
| 63:22 64:20 | decide 31:21 | Diaz 2:4 16:4,4 | 32:1,20 60:15 | either 10:12 |
| 65:1,3,7,21,24 | 32:3 41:12 | 17:14 18:21 | disputes 11:25 | 25:10 60:2 |
| 66:3 67:9 | decided 56:21 | 19:17 27:14 | 20:16,18 | Eleventh 67:9 |
| Courthouse 1:12 | decision 21:17 | 28:10,13 29:15 | District 22:1,7 | emails 44:13 |
| courtroom | 22:2,11 30:17 | 29:18,22 30:3 | 22:11 | enforce 13:13 |
| 14:16 24:3 | 31:13,14 | 32:10 33:4,10 | document 13:21 | 15:6 18:7 |
| 47:9 63:5 | decisions 22:8 | 36:2,23 37:4 | 14:9 17:15,18 | 19:19 27:24 |
| courts 34:19 | deeply 47:8 | 37:24 42:9,15 | documents 7:24 | 30:25 31:4 |
| Court's 57:16 | defect 19:25 | 43:12,18 44:7 | 13:22 | 32:14 34:21 |
| cover 56:24 | 25:7,13 40:2 | 45:18 46:25 | doing 47:1 49:9 | 35:15 |
| covered 36:16 | defective 18:23 | 47:7,18,23 | dollars 60:15 | enforceable |
| covers 20:15 | defects 9:19 | 48:19,23 49:23 | doubt 22:17 | 58:25 |
| co-counsel 16:5 | 16:19 | 50:8 51:19 | doubtful 21:22 | enforced 15:13 |
| 27:16 46:6 | Defendant 17:7 | 54:21,25 55:4 | 22:4 | 30:4 |
| creates 14:3 | 59:24 | 55:9,11,19 | Douglas 2:7 | Enlargement |
| critically 36:3 | defendants 1:9 | 57:17 58:20 | dove 12:22 | 60:13 63:25 |
| cure 7:10 8:6 | 16:22 56:7 | 59:2 60:5,7,11 | draft 35:13 60:5 | 64:12,15 |
| 9:20 11:5,11 | defendant's | 61:1,24 62:12 | drafted 21:8,9 | enter 60:23 |
| 14:17 | 13:16 | 62:18,21 63:24 | 21:10 22:23 | enters 40:23 |
| curing 51:7 | defense 13:3,11 | 65:5,8,15 | 33:20,23 34:6 | entire 39:4 |
| | defer 15:24 | different 10:8 | 35:23 | 54:23 |
| **D** | defined 36:11 | 34:13,16 51:21 | drafter 33:20 | entirely 34:15 |
| Dade 1:2,12 | defines 8:24 | 58:15,20 | drafting 22:6 | entities 13:9 |
| 67:10 | delay 45:13 57:3 | digital 38:11 | drafts 33:3 | entitled 12:19,24 |
| damage 12:9 | deleted 5:16 | 43:4 46:4 | drawing 22:21 | 24:22 40:14 |
| damages 13:1 | demand 50:12 | directed 28:18 | drew 21:23 | 41:9,13 42:3,7 |
| 59:4 62:6 | 51:5,23 | disclaimer 20:6 | drop 28:1 | 53:13,21 54:14 |
| date 4:13 | demanded 56:16 | disclosure 45:9 | dropped 5:24 | 59:16 61:5,10 |
| dated 13:24 | demonstrated | discover 64:16 | drywall 5:7,9,12 | entitlement 60:1 |
| 25:19 | 8:3 | discovery 60:14 | 6:18 7:1 25:7 | entity 6:2 21:9 |
| dates 10:5 17:25 | denied 23:11 | 61:2,4,18 | 25:13 36:8 | Equally 11:7 |
| day 11:14 14:17 | 27:5 48:6 | 62:22,24 63:11 | 52:16,21,25 | equities 44:20 |
| 14:17 17:10 | 59:18,20 | 64:21 | 53:5,10 54:3 | Esquire 2:4,7,10 |
| 18:7 39:23 | deny 18:5,6 59:2 | Dismiss 3:7 16:9 | 63:8 | 2:14 28:22 |
| 40:6,21 45:14 | 64:21 | 23:10 42:10,14 | due 4:1 31:13 | essence 41:2 |
| 46:9 67:18 | denying 44:9 | 42:25 44:1,2 | 35:2 49:2 | 53:25 61:21 |
| days 37:3,3 | destructive | 49:24 54:11 | 61:19,20 | essentially 54:9 |
| 40:23 41:14,14 | 45:11 46:22 | 64:2 65:9,12 | | establish 10:11 |
| 51:11 57:2 | detailed 9:23 | 65:14,18 | **E** | established 14:2 |
| 64:23 65:2,3 | determination | dismissal 12:20 | E 67:2,2 | 63:16 |
| 65:16,23,24,24 | 53:9 61:8 | dispose 64:14 | earlier 44:13 | estate 6:7 10:21 |

| | | | | |
|---|---|---|---|---|
| et 1:8 3:6 | 24:25 25:4 | 43:14 44:22,25 | **Flagler** 1:12 2:3 | 54:9,24,25 |
| event 37:6 38:13 | e-mails 10:8 | 46:19 48:8,10 | flies 39:24 40:6 | 55:3 56:8 |
| evidence 8:4 | 13:23 25:2,21 | 48:12 50:3,11 | **Florida** 1:2,13 | general 6:16 7:2 |
| 10:18,19 24:14 | ——— F ——— | 50:13 53:7 | 2:4,7,10,13 6:2 | 21:21 25:2 |
| 25:12 43:20,22 | F 67:2 | 59:8 | 8:5,21 9:13 | 28:17 30:19 |
| 44:9,14 45:23 | face 11:23 24:1 | **Federal** 2:9 5:25 | 12:3 17:16 | generally 33:7 |
| 46:2 49:4 | 39:24 40:6 | feel 37:13 50:15 | 20:4 21:5 22:7 | 35:18 |
| evidentiary | fact 17:6,24 20:2 | 54:6 | 28:18 29:12 | generated 27:8 |
| 24:12 27:24 | 20:15 29:9 | fees 40:3 41:9 | 30:24 31:12 | generating 25:8 |
| 43:17,24 47:1 | 31:7 34:12,15 | 42:4 | 34:9 46:16 | ghosts 47:2 |
| 57:4 | 44:18 50:1 | fiction 45:13 | 49:19 67:3,10 | **Gill** 1:19 67:11 |
| exact 10:24 | 56:22 | file 7:12 23:24 | follow 36:6 | give 8:11 19:18 |
| 12:14 64:5 | facts 48:24 | 39:4,24 45:19 | 46:20 | 21:15 28:20 |
| exactly 30:16 | factual 42:18 | 49:24 50:19 | followed 24:9 | 51:10 60:22 |
| 34:24 63:7 | failed 42:20 | 59:6 61:25 | following 3:1 9:7 | given 14:2 45:25 |
| excess 62:6 | failing 8:12 | 62:1,7 63:25 | 9:10 | 46:1 48:20 |
| exclusive 20:12 | failure 36:6 | 64:5,9,12,24 | foot 7:3 | 57:9 59:8 |
| excuse 42:13 | 55:13 58:13 | 65:1,5,18,22 | foregoing 67:13 | gives 11:24 |
| 46:9 | fair 49:15 | 65:24 | form 9:7 | giving 24:9 |
| exhibit 9:18 | faith 5:25 10:20 | filed 7:8 9:11 | forward 49:11 | 27:19 59:6 |
| exhibits 10:10 | 26:19 | 16:21 17:7 | 59:24 60:3 | go 17:3 19:24 |
| 10:15 14:21 | **Fallon** 2:12,14 | 23:11 36:5 | found 20:7 | 26:23 32:13 |
| 15:1 | 3:25,25 28:22 | 37:20 39:9 | four 6:13 7:3 | 36:1 42:6,10 |
| existed 52:18 | 44:23 52:5,6 | 44:8 51:2,5 | 17:4 18:13 | 44:1 45:17 |
| exists 53:10 | 52:10 53:1,18 | 62:23 63:20,24 | 42:11,12 43:14 | 46:7 47:24 |
| expect 16:13 | 54:13,18 55:21 | 64:4,11 65:7 | 44:1,5 | 59:12 64:24 |
| 46:24 | 56:12 65:19 | 65:11,12 | **Freeman** 1:19 | goes 17:4 44:5 |
| expedited 63:11 | false 7:23 | filing 8:8 27:18 | 67:11 | 45:16 55:2,8 |
| expense 40:3 | familiar 52:3 | 36:25 37:8 | frequently 21:20 | going 4:2 14:17 |
| expert 52:19 | far 40:9 42:12 | 38:15 39:22 | front 19:15 | 14:24 15:22 |
| experts 53:5,6 | 42:16 | 40:5 46:14 | 29:19 43:5 | 16:14 18:13 |
| expired 18:8,15 | fault 43:7,8,11 | 65:13 | froward 42:6 | 21:15 33:8 |
| 41:13 | favor 28:5 33:8 | find 12:25 18:12 | Ft 2:7,10 | 34:11,13 42:15 |
| explained 26:15 | 33:11 35:5,12 | 21:6 37:5 46:8 | full 22:12 26:9 | 46:21,22 52:6 |
| explaining 26:9 | 35:16,18 | fine 34:21,22,23 | fundamental | 53:6,9 57:24 |
| explicit 49:9 | favorable 22:6 | 47:13 65:23 | 21:20 | 59:2,21,23 |
| explicitly 23:7 | 22:20 | firm 16:6 | further 13:3 | 63:22 64:20 |
| expressly 9:8 | **Februaries** | first 3:19 7:23 | 17:24 18:3 | good 10:20 16:4 |
| 18:24,25 19:2 | 41:24 | 13:21 21:16 | 21:25 39:16 | 26:19 48:19 |
| 29:18,24 30:6 | **February** 6:25 | 23:19 28:13 | 45:4,25 46:8 | 52:24 58:10 |
| 30:14 31:11 | 10:10 13:24 | 33:10 35:8 | 48:7 57:4 | gotcha 44:17 |
| extensively 32:8 | 16:16 17:7,9 | 36:20 49:22 | ——— G ——— | 57:2 |
| extent 18:12 | 18:6 23:21,21 | 50:20 54:23 | game 44:17 | gotten 39:3 |
| 20:25 39:10 | 25:19,22 28:21 | 62:2 63:5 | **Gate** 2:14 4:1 | 40:19 47:19 |
| 57:17 | 36:23 37:10,20 | fix 27:1 | 13:8 15:5 19:7 | govern 63:2 |
| e-mail 16:18 | | fixtures 54:4 | | governed 12:11 |

governs 8:20
  9:12 12:14
grant 45:3 63:22
great 56:4
Green 22:11

**H**
half 7:4 11:8
Hancock 22:1
hand 67:18
handing 4:19
handle 4:3
happened 7:1
  39:1 41:23
  53:11 56:13,13
  56:14
happening
  34:24 41:20
happens 8:10
  50:24
happy 28:20
  33:12
harm 51:10
Harrell 1:4,4 3:5
  16:7,7 36:13
  38:17 63:3
  67:7,7
Harrells 21:11
  53:8
Harrell's 6:22
  6:25 7:7 9:17
  11:3 16:17
  27:13 34:2,5
  34:10 35:13
  57:5
head 34:10
headnote 21:19
  22:2
hear 34:7 52:4
  60:25
heard 3:24
  23:20 41:3
  55:18 57:7
  65:8 67:11
hearing 1:19
  12:6 16:9

24:12 27:24
  43:17,24 47:1
  57:4 58:7
  67:16
heart 16:14 47:8
held 18:1
help 5:3
hereunto 67:17
Highway 2:9
history 49:6
hold 46:9
holding 6:6
  28:23 56:8
  59:19
Holdings 2:11
  3:22 66:2
home 6:14,25
  9:13,19 13:1
  16:19,20 19:25
  20:19 24:22
  26:5,14 48:15
  57:5
homeowner
  10:21
homeowners 7:5
  27:11
homes 5:8 6:7,12
  6:15,16,20 7:6
  8:20 27:12,21
  30:14 45:5,10
  46:17 63:6,7
Homestead 6:11
honed 16:13
honesty 55:21
  56:4
Honor 3:9,17,25
  4:9,14,17 11:6
  11:18 15:17
  16:4,13 19:21
  21:4,14 23:14
  25:1 28:10
  29:4,15 30:5
  31:14 35:2
  36:7 39:12
  40:15 43:21
  44:8,15,19

46:11 49:18
  50:16 57:1,10
  60:4,7 63:10
  64:25 65:15
Honorable 1:19
  67:11
hook 53:23
hope 57:9
hoping 56:17
HOROWITZ
  2:9
house 7:3,3 8:17
  11:3 14:23
  25:3 26:25
  27:4,10,17
  52:20 54:3
  56:19
housekeeping
  4:6
houses 24:21
hurdles 49:11

**I**
idea 58:10
identical 9:18
identity 4:2 10:1
ignore 11:11,19
  30:2 34:14
  42:22
ignored 34:12
implied 20:6
  32:17
important 11:7
  22:10 36:3
importantly
  31:2 55:11
  63:17
importer 5:11
impugn 47:16
  47:17
inability 13:5
inadvertent 4:7
inadvertently
  21:3
inappropriate
  62:25

inaudible 60:25
include 31:10
inclusive 67:14
inconsistencies
  21:7
inconsistent
  20:10 21:13
  26:2,3
incurred 42:4
incurring 40:3
indicate 58:23
indicated 36:2
  45:7 65:10
indication 52:24
indisputable
  22:22
information
  6:16 38:14
  47:14,19 60:17
  60:22 61:7,9
  63:4,15
informational
  17:1
initialed 26:11
  26:16 31:19
  32:9
initially 51:13
initiated 16:16
injury 12:7
inquiry 63:1
inspect 11:3
  14:19,23 24:21
  26:25 27:3,9
  27:12,17,22
  41:11 46:17
  51:24 56:1
  59:12,13
inspection 7:6
  8:6 9:24 12:25
  37:12,21 41:8
  45:4,12 46:12
  49:17 50:12
  51:7 52:14
  55:25 56:16
inspections 45:7
  48:15

installed 6:18
  7:2
instance 28:6
instances 29:1
instant 18:2
insurance 23:23
  39:5
intended 22:18
intent 36:4
  39:25,25 40:7
  40:16 41:4,18
  49:2 50:2
intention 65:13
interest 57:12
interested 4:25
interesting 10:2
  19:9
internally 26:2
interpret 31:20
  34:1,4,5 35:22
interpretation
  22:16 32:24
  33:18 35:21
interpreted
  22:20 33:19
inuendos 50:9
involved 27:1
involving 5:7
irrelevant 5:18
  6:1 62:14
  64:18
irrespective
  11:12
Isle 66:2
Isles 2:11 3:22
  6:11 15:5
  28:23 56:8
Isle's 13:8
issue 6:3 18:16
  22:10 26:18
  33:15 43:9
  44:2 52:1,2
  53:18 57:14,15
  57:24 59:14
  60:18,25 61:3
issues 4:2 6:24

15:23 40:2,4
58:12 65:20
issuing 34:20

**J**
Jan 2:7 3:11
January 6:18
Japanese 54:4
Jason 1:4 16:6
   63:3 67:7
Judge 1:20 4:5
   16:8 17:15
   19:15 22:25
   23:9 28:13
   29:2 30:3 31:2
   31:19 32:23
   33:20 43:12
   45:13,18 46:25
   47:7,11,23
   49:13 54:21
   55:11 56:11
   57:7 58:20
   61:24 63:17
   65:2,6,23
judgment 53:19
   54:17
Judicial 1:2 67:9
July 1:13 13:24
   18:9 24:25
   67:18
June 6:18
jurisdiction
   13:13 20:4,17
   32:19 34:7
jury 23:13 26:16
justice 49:16

**K**
keep 8:4 41:4
   57:4
Kendall 1:7 2:11
   3:5,22 13:8
   15:4 17:8 21:9
   22:24 23:11
   25:17 26:23
   28:23 45:1,16

59:19 66:2
67:8
Kendall's 16:9
Keyes 2:14 4:1
   13:8 15:5 19:7
   54:9,24,25
   55:2 56:8
   59:16
Kieran 2:12,14
   3:25 28:22
   44:23
kind 34:18 46:18
   56:17
Knauff 6:4
know 4:12,13,15
   8:13 13:17
   17:3 18:22,22
   21:14,15 31:9
   35:17 38:10
   39:1,7,8 41:6
   41:19 44:19
   46:7,20,21
   48:23 49:14
   50:5,7 53:16
   56:9 57:11
   62:19 63:7,8
   64:22
knowledge
   36:21 54:2
known 34:11,13
knows 28:19
   29:4 30:16

**L**
labor 49:15
   55:23
lack 48:1
Landers 28:24
language 8:25
   9:3,14,19
   19:19 21:21
   22:4,19,19
   23:5 29:5,25
   30:11,12,19,23
   32:4 34:14
   35:4,11 36:10

48:14,25 49:5
49:9 58:13
lapsed 59:10
Las 2:6
Lastly 22:9
late 6:17
Lauderdale 2:7
   2:10
law 16:6 20:3,8
   21:5,15 22:3
   28:16 30:7
   31:3,20 32:2
   32:14,19,25
   33:7,13,17
   34:1,9,20
   35:15,19,20
   42:9
lawsuit 8:8 9:17
   9:21 16:16
   27:9 37:20
   40:20 46:11
   51:1,9 62:15
lawyer 56:11
lawyers 43:1
   47:9,13,22
   56:17
lead 6:22
learned 17:2
   63:5
lease 28:8
leave 11:10
left 3:18
legal 40:3
legislative 36:3
   39:25,25 40:16
   41:18 49:1,6
legislature 10:23
   30:9,18 31:12
   31:15
letter 3:13 14:22
   17:9,12 18:10
   27:15 28:14
   40:20 43:3,4
   43:13 44:22,24
   44:24 45:4,4
   45:18 46:5

48:10,12,15
50:4,11,13
52:7,10,12
letters 9:22 27:7
   44:12 48:21
   58:1
let's 11:10,11
   36:1 40:19
   46:22 52:4
   57:2,3
liability 5:7 12:8
   12:16 53:16
   54:1,7
light 22:5,20
   54:4
limit 23:6
limited 20:21
   60:14 61:2
line 22:7 46:6
LISANTI 67:6
   67:21
listed 5:22
listening 65:11
listing 5:10 54:2
litigation 20:23
   26:8,17
logic 12:4
long 22:7 37:16
   65:22
look 59:21
looked 27:22
looking 19:12
looks 23:12
lot 30:18 52:10
   52:11

**M**
M 2:4
mail 25:19 38:1
   38:3
maintain 55:12
making 44:18
   50:12 55:4
management 4:8
   58:6 59:25
mandated 11:13

mandatory
   36:17
manufacturer
   5:11
March 17:8 18:4
   40:24 45:8
   56:21
Mark 16:5
matter 4:6 32:10
McEnyre 22:11
mean 8:15 42:17
   51:5 53:15
   54:11
meaning 22:18
means 30:15
meat 5:2
mechanism 9:25
   10:24
mediation 4:10
   4:13 7:11
   10:20 11:1,8
   12:22 13:5
   14:24 18:20
   19:8,13,19
   20:1,11 26:19
   31:18,24,25
   32:22 33:11,15
   35:6,6,9,15,16
   35:18 45:3
   59:15,21 60:2
mediator 20:18
Melissa 1:4 16:7
   63:3 67:7
members 57:20
memorandum
   10:7 64:8
merits 6:3 49:12
mesh 16:11
met 24:15
Miami 1:13 2:4
   2:13 12:2
Michael 48:8
mind 8:4
minimum 12:21
mischaracterize
   23:5

misconstrue 21:3 23:4
misstate 23:4
mistake 62:10
moment 11:12
months 41:12
moot 18:16
motion 3:6,24
  5:2,4,23 6:5
  7:14 9:11
  15:20 16:2,8,9
  19:6 23:10
  27:18 33:13
  36:5 38:16
  39:9 41:3
  42:10,13,24,24
  43:25 44:2,4,7
  46:15 48:6,18
  49:24,25 54:11
  59:3,18,20
  60:8,12,13
  61:6,13,14,17
  61:25,25 62:7
  62:23 63:20,22
  63:24 64:2,6
  64:12,15,19,21
  65:7,8,12,12
  65:13,18
motions 4:23
  16:11 46:3
motivates 47:8
motivation 47:22
move 49:11 60:3
moving 22:23
multiple 4:21

N
name 65:21
narrowly 22:19
  30:5
near 9:2
necessarily 29:13
necessary 57:25
necessity 40:3

need 14:22
  24:11 27:24
  37:25 38:20
  44:3 60:20
  64:8,14 65:22
negative 45:20
negatives 47:2
negligence 12:15
  54:6
never 11:1,2
  18:9 23:22
  25:12 45:6
  65:11
new 64:6
nineteen 23:14
  23:15
non 22:6
normal 41:24
normally 19:24
North 2:9
note 25:13
notice 1:20 7:8
  7:20 8:6,11 9:7
  9:19 10:4,5,9
  10:12,12,16,18
  11:2,5,10,13
  11:15 12:23
  14:2,6,8,17,18
  16:18 17:9,12
  17:19,25 18:5
  18:22 24:6,9
  24:24 25:6,9
  25:12,15,22
  26:24 28:17
  29:23 30:10
  36:21 37:19
  39:23 40:5,13
  42:5 45:5
  48:11 50:22
  51:6,13 56:15
  57:19,19 58:4
  58:23 59:6,7,9
noticed 50:11
notices 16:21
  23:21 24:19,19
  25:17 58:3

Notwithstandi... 29:8
number 15:23
numbered 67:13

O
object 62:21
objected 61:4,20
  62:24
obligated 39:11
obligation 51:15
observations 54:22
obtain 60:14
obviously 5:6
  7:9 53:23
occurred 60:24
October 4:11
  30:14
odor 25:3
offered 55:24
  62:4
office 27:8
officer 43:3
  44:16 46:4
  56:3
officers 43:1
Okay 3:16,23
  4:4,16 12:10
  15:16 16:3
  19:17 36:1
  38:12 48:22
  49:21 51:4
  55:19 60:9
  61:21 62:11,20
  65:3
Olas 2:6
old 31:7 64:8
once 35:14 39:6
  41:4 42:1
  50:24 63:15
ones 21:12 33:23
opinion 21:20
  22:1
opportunity
  7:10 8:6 9:20

11:5,11 24:20
  26:25 27:19,20
  31:5 38:21
  41:7,11 51:7
  51:12 59:11
opposing 47:25
opposite 28:19
oral 33:14
order 4:8 23:16
  40:23 42:19
  57:4 58:7
  59:25 60:3,6
  63:11
ore 61:14
original 5:21
  37:1 39:20
  64:3
ORSECK 2:3
ot 27:21 42:13
  43:23
outline 5:1
outside 17:3,4
  18:13 42:11,12
  43:14 44:1
overkill 22:9
overview 5:1
owners 6:14

P
P 2:12
PA 2:12 48:9
page 4:9 11:6
  21:19 22:2
  24:18,18
pages 11:8 26:9
  67:13
paint 25:4
palatable 61:3
Palm 2:11 3:22
  6:11 13:8 15:5
  28:23 56:8
  66:2
paper 64:9
paragraph 9:6,8
  10:4 11:4,7,16
  16:23 19:22,22

20:6 23:1,3,5
  24:3,16 25:14
  29:24 32:11,13
  32:16,16 34:4
  34:14,16,16
paragraphs
  20:15 26:16
  34:6
parameters
  43:25 60:11
part 51:16
particular 17:25
  19:14 28:6,7
  52:12
particularity 25:9
parties 4:25
  13:12 15:11,15
  22:18 26:13
  35:7,10
party 21:23 22:6
  22:20,23,24
  35:13,23 47:25
  54:10 57:13
  58:15
PAUL 67:6,21
penalize 18:1
pending 41:3
  67:8
people 52:11
perfectly 50:18
perform 46:17
period 17:10
  18:8 37:11,21
  40:1,24 41:2
  41:10,10,13
  42:5,8 43:23
  59:9
permanent 47:5
person 21:8
  34:21
personal 12:7
persons 45:9
persue 54:9
Peterson 48:9,10
phone 49:20

| | | | | |
|---|---|---|---|---|
| 51:20 | 9:20 10:12 | 46:10 | 20:10 21:7,13 | realize 4:21 |
| pick 49:20 | 11:14 14:15 | proceeding | 22:13 23:2 | really 15:22 52:1 |
| Plaintiff 11:24 | 15:12 17:23 | 19:22 | 33:22 | 53:25 56:14 |
| 12:5 13:11 | 20:13 24:2,15 | proceedings 3:1 | purchase 20:19 | 63:18 |
| 15:24 16:6 | 26:1 | 66:5 67:13 | 63:9 | realtor 53:15,23 |
| 18:2 20:23 | preceding 32:11 | process 9:23 | purchased 6:20 | 54:1 |
| 40:11 59:23 | 32:16 34:6 | produce 45:19 | purely 49:24 | realtors 55:8 |
| Plaintiffs 1:5 2:5 | prefer 3:17,19 | product 5:6 12:8 | purposes 5:17 | realty 2:14 4:1 |
| 6:22 36:13 | prejudice 46:8 | products 5:12 | 6:2,24 13:4 | 5:9 54:10 |
| 39:16 41:16 | 59:25 | proof 10:16 | 15:3 42:23,24 | reason 53:20 |
| 42:20 60:16 | premise 64:18 | proper 11:13 | 62:15 | 55:25 |
| Plaintiff's 46:8 | premises 42:17 | 26:24 | pursuant 1:20 | reasonable 63:1 |
| 51:19 56:17 | 46:12 | properly 15:11 | 24:5 | reasons 23:9 |
| Plaintiff/claim... | premiss 42:19 | properties 5:9 | put 17:11 21:12 | rebut 33:12 |
| 51:17 | preparatory | property 12:8 | 26:6 31:25 | recall 27:8 52:11 |
| playing 44:17 | 16:25 | proposed 45:10 | 45:19 46:5 | 60:13 |
| pleading 13:25 | prepared 26:23 | propounded | 55:17 | receipt 48:12 |
| 14:18 17:19 | present 16:7 | 61:18 63:14 | putting 36:21 | receipts 38:2,6 |
| 64:1,13 | presented 11:17 | protection 53:14 | | receive 60:2 |
| pleadings 5:19 | 11:21 12:15 | 53:21 54:15 | **Q** | received 52:7 |
| 14:1,3 15:8 | pretty 23:9 | 58:22 | question 33:2,5 | receiving 48:11 |
| please 3:10 51:9 | 41:24 52:24 | protections | 36:15 48:19 | recognition |
| 55:7 | previously 45:6 | 59:17 | 51:14,22 58:2 | 59:11 |
| PODHURST | pre-suit 39:15 | protects 53:15 | questions 29:4 | record 3:20 8:3 |
| 2:3 | price 63:9 | protocol 46:19 | question2 7:17 | 10:18,19 13:22 |
| point 8:1,22 | principals 22:15 | 46:23 52:17 | quite 52:13 | 24:14 29:17 |
| 9:16 15:19 | print 34:21,22 | 56:2,10 | quote 15:11 | 37:23 40:8 |
| 21:17 22:10 | 34:23 | protocols 45:10 | quoted 8:16 9:14 | 43:20,22 44:9 |
| 30:23 35:8,10 | prior 7:8 14:2 | prove 25:22 | | 46:2 55:17 |
| 39:21 49:14 | 37:8 39:22 | 38:19 | **R** | 62:2 63:16 |
| 57:23 58:14 | privity 13:10 | provide 40:1 | R 67:2 | refer 18:25 19:2 |
| 61:15 | 40:11 | provided 10:16 | raise 7:13 33:15 | 20:1 |
| pointed 16:23 | privy 57:14 | 10:19 16:18 | 48:17 54:18 | reference 8:12 |
| 18:23 29:22 | probably 31:7,9 | 17:9,25 35:7,9 | raised 57:16 | 19:12 49:4,6 |
| points 19:9 | 57:11 | 51:6 | reach 35:14 | 62:13 |
| policy 31:15 | problem 7:21 | provides 39:13 | reached 22:17 | referred 24:8 |
| 33:8,11 35:5 | 25:5,13 52:14 | proving 45:20 | read 5:4,19 9:9 | refers 20:2,8 |
| 35:16,17 | 52:18,25 53:21 | provision 18:13 | 16:13 22:15 | refused 7:7 |
| position 15:14 | problems 16:19 | 19:3,18,20 | 32:7 43:12 | 14:19 27:20 |
| 38:13 41:15 | procedural | 20:1,21 23:1 | 46:4 54:7 | 45:3 |
| 62:13 | 18:17 49:10 | 26:6,10 31:24 | 62:22 | regard 33:6 |
| possible 11:24 | procedure 17:20 | 32:1,18,21 | reading 33:25 | 59:19 |
| 49:10 63:12 | 19:13 28:18 | 35:4,6 49:1 | 36:9 44:22 | regarding 32:22 |
| possibly 25:23 | 46:16,17 49:19 | 58:25 | reads 25:1 | 48:14 |
| precaution 26:5 | 49:19 | provisions 11:5 | ready 3:8 65:18 | Regardless 6:4 |
| precedent 8:7,9 | proceed 3:8 45:7 | 12:23 15:9 | real 6:7 10:20 | registered 28:21 |

28:25 38:23
43:10 44:23
56:6
regular 38:3
rejecting 27:15
relief 40:13 42:3
rely 9:17 23:1
relying 14:7
  49:8,8
remarks 16:25
remember 45:2
  52:8
removal 5:25
  62:7
remove 64:23
Reply 10:6
  13:23
report 67:12,15
represent 43:5
  48:8
representations
  42:16
representative
  37:4
represented
  39:7
representing
  3:14 56:6
  57:18
reputation 46:5
reputations
  47:13
request 10:20
  27:3,16 41:8
requested 7:11
  7:16
Requests 63:2
require 50:2
required 8:11
  9:8 10:12 11:1
  13:6 16:21
  17:14 28:15,16
  29:23 32:8
  39:21 58:13
requirement 8:5
  8:14,24 11:9

29:11 30:3,17
31:10 50:21
requirements
  17:19 24:18
  25:10 28:17
  29:6 30:21
  31:15 48:2
  55:15
requires 10:21
  31:16 43:18
requiring 9:23
  9:24
reserve 59:3
resolution 10:24
  19:23 20:12,16
  23:6 32:1
resolve 13:5
  20:18 32:19
  35:12 40:1
resolved 20:3
  34:19 53:22
respect 19:6,8
  19:25 20:10
  30:22 31:13,14
  31:18 33:10
  36:3 44:4,7
  48:25 49:2,13
  59:4,16,17,23
respond 23:17
  28:11 38:21
  50:8 61:24
  62:8,9,11 65:4
  65:5
responded 17:8
  18:4,9 51:25
  56:16 62:12
responding
  44:24 48:9
responds 15:24
response 16:1,14
  44:11 46:3
  48:17 50:13
  62:14,24 63:20
  65:25
responses 64:17
responsibilities

47:5
responsive 64:1
  64:13
rest 25:3
retained 29:9
return 38:6
rewarded 41:17
rewarding 41:19
rewrite 15:14
  21:1,2
right 8:7 14:14
  14:19 17:11
  18:19 21:1
  24:24 27:2
  29:9,21 45:17
  46:11 52:4
  53:12 63:1,18
rights 19:3
  32:15
roller 41:22
room 35:1
Ross 21:18
Rothchilt 6:4
rule 7:25 14:11
  21:21 35:24
  57:9
Rules 17:20
  28:18 46:16
  49:19 63:2
ruling 66:1
run 11:15 37:21
  40:14
runs 64:23

――――― S ―――――
S 1:19 67:11
SACC 56:8
satisfied 17:23
  48:7
saw 5:20 31:19
saying 25:6 42:2
  43:23 50:13
  53:1 62:12,24
says 4:11 8:18
  8:19 9:5 10:3,9
  11:16,24 14:14

20:23 21:20
22:3,14 23:8
23:25 24:1,5,7
25:15 26:21
29:16,23 32:13
33:18 35:17,21
45:4
scheduled 58:6
school 42:10
Schwartz 2:9,10
  3:17,21,21 4:2
  4:5,17,19 5:5
  5:14,17 6:1
  7:15,18,21
  8:13,15,19 9:2
  9:11 12:11
  14:7,13 23:14
  23:19 24:13
  25:1 26:13
  27:5 60:4 66:1
scientific 53:3
second 21:19
Secondly 50:1
  57:15
section 24:4,5
  30:24
see 4:25 14:1
  23:24 24:19,20
  24:22 46:25
  56:18,20 59:22
seek 49:15 55:23
seeking 18:7
  19:19 30:25
  61:22
seeks 45:4
seen 23:22 43:7
sell 8:16
sending 40:4
  50:22
sense 18:3
sent 23:20 28:21
  36:21,22,24
  37:4,5,19,22
  37:23 38:3,5
  40:13 43:5
  44:24,25 48:11

58:3
sentences 57:11
separate 53:18
served 16:22
Service 22:12
settled 22:3 31:2
  32:25 33:17
  34:1,9 35:20
shorten 65:17
shortened 65:16
shorthand 67:12
  67:15
show 65:19
showed 44:11
showing 47:5
shown 50:1
  57:25
shred 8:3
signed 10:13
  15:10 34:22
similar 13:18
simple 22:25
simply 14:25
  25:25 60:13
simultaneous
  59:5
simultaneously
  16:21
single 8:3
site 9:8 18:25
  21:14 29:18,24
  30:6,15,16
  31:11,16 55:15
sited 58:24 61:6
sites 9:4
siting 22:6
situation 39:2
  50:15
situations 21:16
slightly 43:6
smell 16:20
sold 6:8
soon 57:9
sorry 14:13
  28:13 58:18
sort 13:3

| | | | | |
|---|---|---|---|---|
| **South** 1:7 2:11 3:5,21 13:7 15:4 16:9 17:7 21:9 22:24 23:11 25:17 26:23 28:23 45:1,16 66:2 67:8 | 29:12,13,19,21 30:4,7,24 31:8 31:10,16 36:11 38:22 39:11 41:5,18 42:1 43:9,18 44:10 49:7,8 50:2,16 51:18 53:15 55:15 56:23 58:11,12,22 59:9 63:17 | 43:21 47:10,24 51:20 **suggesting** 15:2 24:14 28:16 33:16 **suggestion** 20:21 **suggests** 11:18 11:22 **suing** 13:20 24:17 **suit** 5:7,8 7:8,12 | **system** 28:7 --- T --- **T** 67:2,2 **tabbed** 11:6 **tails** 12:22 **take** 30:19 **talk** 47:21 **talked** 32:17 **talking** 19:13 25:24 **taught** 42:9 | **thought** 65:8 **three** 7:4 13:9 64:17 **threshold** 20:9 35:8 55:5 **thunder** 13:15 **time** 12:6 18:15 19:11 32:23 37:11,20 39:9 40:1,13,24 41:1,2,10,10 |
| **speak** 25:16 27:14 47:3 53:24 **speaking** 33:7 **spec** 6:13 **specific** 8:14,25 29:6 30:11,24 32:18 55:16 **specifically** 8:24 9:1,5 20:2,16 30:2 44:12 58:24 | **statutory** 15:12 19:3 48:2 49:5 **steal** 13:15 **Steve** 3:21 **Steven** 2:10 **stipulate** 62:4,17 62:18 **stipulation** 60:23 | 11:14 25:8 **suite** 2:6,13 28:22 **sulfer** 16:20 **summary** 53:19 54:16 **supersedes** 35:20 **supplier** 5:9 | **tell** 4:12 6:9 19:4 19:21 43:2 51:9 53:12 55:7 62:9 **tenus** 61:14 **terms** 7:2 18:11 18:19 58:21 **test** 52:18 53:3 | 41:13 42:5,8 52:15 53:2 55:24 56:6 57:8 58:19 59:9 60:14 62:5,22 63:5 63:10,25 64:12 64:15,16,23 65:1 |
| **specified** 17:24 **spells** 11:7 **spend** 19:11 **spent** 26:9 **square** 7:3 **ss** 67:3 **stages** 52:16 **stand** 34:9 39:8 43:3 44:16 55:5 | **stood** 46:3 **stop** 64:20 **Street** 1:12 2:3 2:13 28:22 **strict** 12:16 29:11 **strictly** 12:8 55:14 **subject** 12:1 26:8 45:8 50:19 | 36:7,16 39:14 51:16 57:13 **suppliers** 36:10 **Supply** 2:8 3:12 28:24 48:13 **support** 15:19 21:25 22:16 **suppose** 53:20 **supposed** 4:10 37:7 | **testimony** 52:20 53:4 **testing** 45:9,11 46:18,22,23 56:2,9 **thank** 55:10,20 60:4 64:25 **thankfully** 34:19 **theories** 9:12 **thing** 11:23 22:13 55:20 | **times** 55:18 **today** 15:3 35:25 52:19 53:3 56:9 63:4 65:9 **told** 34:12,15 45:2 49:23 55:21,24 56:3 **tolled** 41:2,7 **tolling** 42:7 49:1 **tomorrow** 46:13 49:18 63:15 |
| **standing** 11:17 **start** 11:15 12:24 17:6 **State** 6:2 12:2 20:4 32:25 52:15 67:3 **stated** 30:2 **states** 18:24 20:17 **statue** 37:7 **statute** 8:5,12,12 8:16,19,20,23 10:14 11:13 18:24,25 19:1 19:2 24:8,9,16 25:10 29:2,7 | **submit** 3:14 13:7 25:8 26:19 38:1 39:23 **submits** 10:6 **submitted** 13:21 13:22 46:2 **subsection** 29:23 **substantial** 10:1 30:10,20 **substantially** 9:6 9:9,18 **sue** 14:25 **sued** 12:15 **sufficient** 63:4 **suggest** 28:1 | **supposedly** 25:18 39:18 **Supreme** 12:4 22:8 **sure** 4:6 5:19 7:18 14:12 27:15 28:12 42:6 47:18 48:4 51:25 64:7 **susceptible** 33:24 **SW** 2:13 28:22 **sway** 47:7 **swayed** 44:20 **Sylvester** 3:15 | **things** 12:19 23:16 51:21 **think** 16:1 22:10 23:24 24:13 27:16,24 37:6 51:22 52:14,19 53:2,3,4,8,11 53:25 54:8 55:18 56:4 57:7 59:22 61:5,9,10 62:8 65:19 **thinks** 53:13 **third** 21:25 22:2 22:11 58:19 | **tool** 18:17 **tort** 12:4 20:22 20:24 23:8 32:3,15 **total** 6:12 **totally** 10:7 **touch** 25:4 **toxic** 57:5 **track** 30:11 **transcription** 67:15 **transpired** 51:9 **travel** 64:7 **traveling** 24:16 **treatment** 39:15 |