Harrell v. South Kendall                    7/1/2009

| | | | | |
|---|---|---|---|---|
| trial 26:16 | valid 12:13 | 60:10 | **04** 8:20 9:13 | 24:3,17 25:14 |
| true 41:21,25 | 52:18 | week 45:8 56:20 | **09-08401** 1:3 | 24th 43:14 44:22 |
| 50:10 67:14 | validity 39:6 | weeks 10:7 | 67:10 | 48:8 |
| trust 52:12 | variety 51:21 | went 12:5 17:24 | | **25** 2:3 |
| truth 49:16 | various 6:14 | 37:10 64:11 | **1** | **2600** 7:3 |
| 55:22,23 | 40:17 | weren't 27:19 | **1** 1:13 67:14 | |
| try 23:6 40:1 | vehicle 20:12 | 39:10 65:11 | **1B** 29:24 | **3** |
| 57:2,2,3 60:11 | venue 19:18,20 | West 1:12 | **1D** 9:8 | **3** 4:9 23:21 |
| trying 18:17 | 26:7 31:24 | We'll 5:6 64:7 | **1st** 30:14 | 25:19,22 |
| 20:25 21:2 | verbatim 9:3,14 | we're 3:6 14:24 | **1.130** 7:25 14:11 | 3rd 16:17 17:7,9 |
| 22:25 30:19 | verify 48:3 | 37:11 40:23 | **10** 65:16,24 | 18:6 28:21 |
| 49:14 | versions 4:22 | 46:11 47:1 | **10th** 44:25 48:10 | 36:23 |
| tune 65:21 | versus 3:5 21:18 | 54:17,18 55:4 | 48:12 50:3,11 | **30** 64:23 |
| turn 6:3 | 22:1,11 | 57:22 58:15 | **11TH** 1:2 | **350** 2:6 |
| TV 65:19 | Victor 2:4 | we've 46:2 | **14** 11:4 | |
| two 9:12 11:8 | view 36:16 | **WHEREOF** | **16** 20:6 23:3 | **4** |
| 12:19 21:19 | violated 50:16 | 67:17 | 32:16 34:16 | **4** 23:21 25:19,22 |
| 22:13,15 26:9 | violation 7:25 | wiring 52:22 | **1700** 2:6 | **436** 2:13 28:22 |
| 34:6 41:12 | 39:13 | wish 48:19 | **18** 18:8 19:22 | |
| 57:10 | vs 1:6 | wishes 58:21 | 23:3,5 34:11 | **5** |
| type 9:24 10:24 | | withstanding | 34:16 | **5** 65:17 |
| 13:2,17,18 | **W** | 56:22 | **18th** 17:8 18:4 | **555** 9:12 |
| 25:15 39:15 | **W** 2:3 | witness 47:1 | **19** 11:7,16 23:1 | **558** 8:5 9:4 10:1 |
| types 11:25 12:3 | waive 14:23 19:3 | 67:17 | 34:14 | 11:10 13:18 |
| 15:1 | waived 14:19,20 | wording 21:24 | | 15:11 18:21 |
| typo 4:9,15 | 26:16 | working 63:13 | **2** | 19:5 24:4,5 |
| | waiver 14:4 | world 42:16 | **2nd** 45:8 | 29:7,10 30:16 |
| **U** | 23:12 32:17 | wouldn't 44:17 | **20** 50:13 65:2,3 | 36:6,9,12,14 |
| understand | 60:1 | writing 52:8,11 | 65:23,24 | 36:16,18 37:15 |
| 37:24 41:15 | waiving 14:24 | wrong 12:25 | **200** 2:13 28:23 | 39:13,19,21 |
| 52:2 | want 13:15 | 48:5,5 | **2005** 6:17 | 40:9 50:17,18 |
| understanding | 15:25 18:21 | wrote 21:2 34:23 | **2006** 6:17,19,20 | 51:6 53:14,21 |
| 36:24 | 22:9 23:16 | 43:13 46:19 | 7:2 30:8,13,14 | 54:12,13 55:5 |
| undisputed | 24:19,20 27:14 | | **2007** 6:21 | 55:12 59:17 |
| 33:20 | 49:13 51:24 | **Y** | **2008** 7:1 13:24 | |
| undue 50:20 | 54:21 55:17,20 | yeah 8:23 51:24 | 25:23 | **6** |
| unecessary 40:4 | wanted 31:5 | yesterday 46:13 | **2009** 1:13 4:11 | **60** 14:17 17:10 |
| unit 52:24 | 49:17 | yo 29:20 | 10:10 13:25 | 18:7 37:3 |
| unqualified | wants 4:14 | Yoss 2:6 3:11 | 16:17 17:7 | 40:23 41:14 |
| 45:21 | warranties 20:7 | | 18:8 23:21 | 51:10 |
| unsubstantiated | 32:17 | **$** | 25:20,22 28:21 | **66** 67:14 |
| 45:21 | warranty 12:16 | $5,000,000.00 | 44:23 45:8 | **6751** 2:9 |
| unverified 45:21 | wasn't 38:16 | 62:6,17 64:17 | 48:8 56:21 | |
| | 50:17 51:1 | 64:22 | 67:18 | **7** |
| **V** | way 5:20 12:5 | | **2010** 4:11 | **73** 1:12 |
| v 67:8 | 26:17,21 27:11 | **0** | **21** 10:4 16:23 | |
| | | | | **8** |

Harrell v. South Kendall                    7/1/2009

Page 80

| | | | | |
|---|---|---|---|---|
| **8th** 2:13 28:22 | | | | |
| **9** | | | | |
| **90** 11:14 14:17 37:2 40:23 41:14 51:11 57:2 **92** 6:12,14 63:6 **96** 6:12 | | | | |