City National Bank Bldg., Suite 800
25 West Flagler Street
Miami, Florida 33130
Robert C. Josefsberg, Esq.
Florida Bar No. 040856
rjosefsberg@podhurst.com
Victor M. Diaz, Jr., Esq.
Florida Bar No. 503800
vdiaz@podhurst.com
Alexander Rundlet, Esq.
Florida Bar No. 0692301
arundlet@podhurst.com

By:_____

Stephen F. Rosenthal, Esq.
Florida Bar No. 0131458
srosenthal@podhurst.com

–AND–

Mark Blumstein, Esq.
Florida Bar No. 0090700
Mark@BlumsteinLaw.com
THE BLUMSTEIN LAW FIRM
Bank of America Building
18305 Biscayne Blvd., Suite 402
Aventura, Florida 33160
Tel: (305) 356-7547
Fax: (305) 356-7539

David H. Lichter, Esq
Florida Bar No. 359122
dlichter@hlglawyers.com
J. Joseph Givner, Esq.
Florida Bar No.850705
jgivner@hlglawyers.com
HIGER LICHTER & GIUVNER, LLP
Bank of America Building
18305 Biscayne Blvd., Suite 402
Aventura, Florida 33160
Tel: (305) 933-9970
Fax: (305) 933-0998

-25-

Podhurst Orseck, P.A.

25 West Flagler Street, Suite 800, Miami, FL 33130, Miami 305.358.2800  Fax 305.358.2382  •  Fort Lauderdale 954.463.4346          www.podhurst.com

## CERTIFICATE OF COMPLIANCE WITH
## RULE 9.210(a)(2)

I hereby certify that the type style utilized in this brief is 14 point Times New Roman proportionally spaced.

_____
Stephen F. Rosenthal

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true copy of the foregoing was sent via U.S. First Class mail this **8** th day of September, 2009, to: Jack R. Reiter, Adorno & Yoss, LLP, 2525 Ponce de Leon Boulevard, Suite 400, Miami, Florida 33134, *Counsel for Petitioner, Banner Supply Co.*

_____
Stephen F. Rosenthal
Fla. Bar No.: 0131458

-26-

Podhurst Orseck, P.A.

25 West Flagler Street, Suite 800, Miami, FL 33130, Miami 305.358.2800  Fax 305.358.2382  •  Fort Lauderdale 954.463.4346          www.podhurst.com



**A**

**THE
BLUMSTEIN
LAW FIRM**

Mark Blumstein, Esquire
Direct No. (305) 356-7547
E-Mail:mark@blumsteinlaw.com

February 3, 2009

**VIA FEDEX OVERNIGHT**

**South Kendall Construction Corp. ("SKCC")**
**Palm Isles Holdings, LLC ("PIH")**
Kieran P. Fallon, Esq., as Registered Agent
Kieran P. Fallon, P.A.
436 SW 8th Street, Suite 200
Miami, FL 33130

**Banner Supply Co. ("Banner")**
Arthur Landers, as Registered Agent
7195 NW 30th Street
Miami, FL 33122

Re:   *Notice of Claim pursuant to Fla. Stat. § 558 by Claimants*

Dear Sir or Madam:

The undersigned represents Jason and Melissa Harrell of 1926 SE 23 Court, Homestead, FL ("Harrell"), Travis and Kelly Johnson of 1924 SE 21 Court, Homestead, FL ("Johnson I"), John and Anne Johnson of 1941 SE 22 Court, Homestead, FL ("Johnson II"), Christopher and Loroy Johnson of 1958 SE 23 Court, Homestead, FL ("Johnson III"), Rafael and Marcela Lugo of 1951 SE 22 Drive, Homestead, FL ("Lugo"), Ingrid Veras of 1932 SE 21 Court, Homestead, FL ("Veras"), Ernest and Kimberly Brown of 2178 SE 20 Avenue, Homestead, FL ("Brown"), as well as Nevinsthon and Marlen Alcindor of 1938 SE 22 Court, Homestead, FL ("Alcindor") (collectively, the "Claimants"). Claimants have or will be filing a lawsuit against you for personal injuries and other damages arising from construction defects with their homes for which you are liable.

Florida Statute § 558 expressly excludes civil actions "asserting a claim for alleged personal injuries arising out of an alleged construction defect" from any requirement to serve a Notice of Claim. *Id.* Accordingly, Plaintiffs claiming personal injuries are under no affirmative obligation to serve you with a Notice of Claim prior to filing a lawsuit. Nonetheless, and without waiving any of their rights, including the right to initiate a lawsuit against you without a Notice of Claim, Claimants hereby serve you with this Notice of Claim.

Demand is hereby made on you to cure Claimants' defective homes. The defects emanate from defective drywall purchased, installed, marketed and/or supplied by you and constructed and/or installed in Claimants' homes. As a result, Claimants' homes are completely defective, including but not limited to the drywall, walls, insulation, outlets, wiring, air conditioners and component parts, tiles, grout as well as other components within the homes adversely impacted by the defective drywall used in construction of the homes.

·SKCC, PIH, BANNER
February 3, 2009
Page 2

Claimants seek immediate relief, including but not limited to the following:

    a.  new homes free of defects plus sections c. and d. below; or

    b.  replacement of –

        (1) all defective drywall with drywall that is safe and complies with applicable safety standards, regulations, codes and ordinances; and

        (2) replacement of all wiring within the homes; and

        (3) replacement of all systems within the homes adversely impacted by the drywall defects; and

        (4) replacement of all personal property in the homes damaged by the defective drywall; plus

    c.  other incidental and consequential damages caused by the defective drywall including personal injuries to those residing in the homes; and

    d.  reasonable attorneys' fees and costs.

Kindly contact the undersigned in writing for purposes of any reasonable inspection and/or destructive testing of Claimants' homes.   We look forward to your immediate attention, cooperation and resolution of the claims referenced herein.

PLEASE GOVERN YOURSELVES ACCORDINGLY.

Respectfully Submitted,

**THE BLUMSTEIN LAW FIRM**
*Co-Counsel for Claimants*
Bank of America Building
18305 Biscayne Blvd., Suite 402
Aventura, Florida 33160

Mark Blumstein, Esq.
Florida Bar No. 0090700
(305) 356-7547 (phone)
(305) 356-7539 (fax)
Mark@BlumsteinLaw.com

**HIGER LICHTER & GIVNER, LLP**
*Co-Counsel for Claimants*
Bank of America Building
18305 Biscayne Blvd., Suite 402
Aventura, Florida 33160

David Lichter, Esq.
Florida Bar No. 0359122
(305) 933-9970 (phone)
(305) 933-0998 (fax)
dlichter@hlglawyers.com

**B**

**THE**
**BLUMSTEIN**
**LAW FIRM**

Mark Blumstein, Esquire
Direct No. (305) 356-7547
E-Mail:mark@blumsteinlaw.com

February 24, 2009

**VIA FACSIMILE & U.S. MAIL**
Michael P. Peterson, P.A.
8900 Southwest 117th Avenue
Suite C-104
Miami, Florida 33186

> Re:    Chapter 558 Notice
>        Case No. 09-08401 CA (40) (Miami-Dade County, Florida)

Dear Mr. Peterson:

We are in receipt of your letter dated February 10, 2009 on behalf of your client, Banner Supply Company ("Banner"). We have since been made aware that Banner is represented by Raymond V. Miller, Esq. of Gunster, Yoakley & Stewart, P.A. for the subject litigation. Please confirm if you continue to represent Banner and/or if your representation is limited to the subject notice.

With respect to your request for information pursuant to the above referenced Notice, please be advised that Claimants will reasonably cooperate with your request. Inspections of Claimants homes may be conducted on mutually agreeable dates beginning the week of March 2, 2009 subject to your advanced disclosure of those persons to be testing Claimants' homes, their proposed protocols, and whether destructive testing will be conducted in conjunction with said inspection. Further, please be advised that we are without test results responsive to your request.

We look forward to receipt of your requested inspection dates so we may coordinate same. Should you have any questions, please do not hesitate to contact us.

Sincerely,

**THE BLUMSTEIN LAW FIRM**          **HIGER LICHTER & GIVNER, LLP**
*Co-Counsel for Claimants*          *Co-Counsel for Claimants*
Bank of America Building            Bank of America Building
18305 Biscayne Blvd., Suite 402     18305 Biscayne Blvd., Suite 402
Aventura, Florida 33160             Aventura, Florida 33160


Mark Blumstein, Esq.                David Lichter, Esq.
Florida Bar No. 0090700             Florida Bar No. 0359122
(305) 356-7547 (phone)              (305) 933-9970 (phone)
(305) 356-7539 (fax)                (305) 933-0998 (fax)
Mark@BlumsteinLaw.com               dlichter@hlglawyers.com
Cc:    Clients
       File

Bank of America Building, Suite 402, 18305 Biscayne Boulevard, Aventura, Florida 33160
Telephone (305) 356-7547 • Facsimile (305) 356-7539 • www.blumsteinlaw.com

C

**THE
BLUMSTEIN
LAW FIRM**

Mark Blumstein, Esquire
Direct No. (305) 356-7547
E-Mail:mark@blumsteinlaw.com

February 24, 2009

**VIA FACSIMILE & U.S. MAIL**
Kieran P. Fallon, Esq.
Kieran P. Fallon, P.A.
436 SW 8th Street, Suite 200
Miami, Florida 33130

     Re:    Case No. 09-08401 CA (40) (Miami-Dade County, Florida)

Dear Mr. Fallon:

We are in receipt of your letter dated February 10, 2009 on behalf of your client, South Kendall Construction Corp. ("SKCC").

Your letter indicates that you are in receipt of a Notice of Claim pursuant to Chapter 558, Florida Statutes for the Harrells and Oteros. Please note that a Notice of Claim has been made on behalf of all of our clients, including the Harrells, the Oteros, the Johnsons (Travis and Kelly), the Johnsons (John and Anne), the Johnsons (Christopher and Loray), Ms. Ingrid Veras, the Browns and the Alcindors. We trust that you are now in receipt of same. If not, please let us know.

Also, your letter indicates that notice is required on the contractors pursuant to a sales contract signed by our clients. Kindly forward us copies of said contracts along with the names and addresses of the contractors after which we will review same and take appropriate action. Your letter also suggests that warranties may be applicable to our clients. If so, kindly forward me copies of any applicable warranties so we may review same and make any applicable claims.

Further, your letter seeks inspections of our clients' homes. As we have previously indicated, inspections may proceed beginning the week of March 2, 2009 subject to your advanced disclosure of those persons to be testing Claimants' homes, their proposed protocols, and whether destructive testing will be conducted in conjunction with said inspection.

Finally, your letter advised that you would be contacting me "to discuss a process to resolve these issues in an expedited manner." We welcome your proposal to resolve our clients' claims expeditiously. We did not hear from you last week, but hope that you will contact us soon with your proposal.

Thank you for your anticipated cooperation. Should you have any questions, please do not hesitate to contact us.

Kieran P. Fallon, Esq.
February 24, 2009
Page 2


Sincerely,

**THE BLUMSTEIN LAW FIRM**
*Co-Counsel for Claimants*
Bank of America Building
18305 Biscayne Blvd., Suite 402
Aventura, Florida 33160


Mark Blumstein, Esq.
Florida Bar No. 0090700
(305) 356-7547 (phone)
(305) 356-7539 (fax)
Mark@BlumsteinLaw.com

**HIGER LICHTER & GIVNER, LLP**
*Co-Counsel for Claimants*
Bank of America Building
18305 Biscayne Blvd., Suite 402
Aventura, Florida 33160


David Lichter, Esq.
Florida Bar No. 0359122
(305) 933-9970 (phone)
(305) 933-0998 (fax)
dlichter@hlglawyers.com

Cc:     Clients
        File

D

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT OF
FLORIDA IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

JASON HARRELL and MELISSA HARRELL,
Individually, on Behalf of their Minor Children
and on behalf of all others similarly situated,

CASE NO.: 09-08401 CA (40)

COMPLEX BUSINESS LITIGATION

*Plaintiffs,*

**CLASS REPRESENTATION**
**JURY TRIAL DEMANDED**

vs.

SOUTH KENDALL CONSTRUCTION
CORP., a Florida corporation; PALM ISLES
HOLDINGS, LLC, a Florida limited liability
company; KEYS GATES REALTY, INC., a
Florida corporation; BANNER SUPPLY CO.,
a Florida corporation; KNAUF
PLASTERBOARD TIANJIN CO., LTD., a
Foreign corporation; ROTHCHILT INT'L.,
LTD., a Foreign corporation and DOES #1-#10,
Unknown Persons,

*Defendants.*

_____/

## PLAINTIFFS' RESPONSE TO DEFENDANT SOUTH KENDALL CONSTRUCTION CORP.'S MOTION TO DISMISS OR IN THE ALTERNATIVE TO ABATE

Plaintiffs, JASON HARRELL and MELISSA HARELL, on behalf of their Minor Children

and all others similarly situated, submit the following response to South Kendall Construction

Corp.'s ("SKCC") Motion to Dismiss or in the Alternative to Abate Proceedings (the "Motion to

Dismiss/Abate"). Plaintiffs assert straightforward products liability and related claims against

SKCC arising out of its construction, marketing and sale of a home to Plaintiffs that contains

defective drywall. SKCC relies on provisions of the contract entered into between Plaintiffs and

H:\LIB\DOCS\40120\11209\CM7396.WPD

Podhurst Orseck, P.A.

25 West Flagler Street, Suite 800, Miami, FL 33130, Miami 305.358.2800 Fax 305.358.2382 • Fort Lauderdale 954.463.4346   |   www.podhurst.com

it or chose the language and any ambiguity will be construed *strongly against the party making use of such language*") (emphasis added).

The contract language contemplating that the "Resolution of Disputes," Compl., *Exhibit A*, ¶ 18, must be tried in a court of competent jurisdiction flatly contradicts the provision relied upon by SKCC suggesting that disputes should be referred to mediation. SKCC cannot escape the fact that *Exhibit A* is a form contract of which it is the drafter and, accordingly, the provisions must be construed against SKCC. SKCC's argument that the contract between Plaintiffs and SKCC requires that Plaintiffs' claims are barred from this Court and that the dispute must be submitted to alternative dispute resolution procedures must be rejected. The Motion to Dismiss/Abate on this ground should therefore be denied. *See American Agronomics*, 309 So.2d at 584; *Hancock*, 580 So.2d at 783; *MacIntyre*, 347 So.2d at 1083; *Nicholas*, 119 So.2d at 728.

IV.   **SKCC'S REQUEST THAT PLAINTIFFS' CLAIMS BE ABATED IS NOT SUPPORTED BECAUSE PLAINTIFFS INDEED PROVIDED NOTICE OF THEIR CLAIMS TO SKCC AND HAVE PLEADED THIS FACT IN THE COMPLAINT**

In further support of its argument that this action should be abated, SKCC also relies upon the erroneous assertion that Plaintiffs have not placed it on notice of the defects alleged in this action. *See* Motion to Dismiss/Abate at 2 (¶ 2). Contrary to this assertion, Plaintiffs *have* indeed provided notice of their claims to SKCC. This notice was given as early as July 8, 2008 of last year and several times thereafter, as reflected in the emails attached hereto as *Exhibit A* (redacted to remove privileged communications between Plaintiffs and counsel). Despite *multiple* written attempts -- for example, on July 8, 2008, August 18, 2008, September 23, 2008, and January 26, 2009 -- to obtain relief from SKCC, Plaintiffs have not been made whole. *See id.* The fact that

Podhurst Orseck, P.A.

25 West Flagler Street, Suite 800, Miami, FL 33130, Miami 305.358.2800  Fax 305.358.2382 • Fort Lauderdale 954.463.4346      www.podhurst.com

CASE NO.: 09-08401 CA (40)

Plaintiffs provided written notice of their claims, beginning in July 2008 (more than *seven (7) months before* the Complaint was filed) clearly demonstrates Plaintiffs' compliance with the 90-day Cure Period set forth in the contract. *See* Compl., *Exhibit A* at ¶ 14.2.2.3.[5] Moreover, contrary to SKCC's argument, Plaintiffs indeed alleged that they provided notice to SKCC on several occasions and, as of the date of filing of the Complaint, had not received any relief from SKCC: "Plaintiffs provided to SKCC and/or its assigns written notice of the defects with their home on several occasions, which SKCC and its assigns failed to repair." Compl. ¶ 28. *See also id.* at ¶ 45 ("Plaintiffs made demands on SKCC its assigns, and/or affiliates, including PIH, for repairs to home pursuant to the warranty. However, SKCC, its assigns and/or affiliates, including PIH, failed to resolve the problem.").

Plaintiffs' well-pleaded allegations must be accepted as true in consideration of SKCC's request that Plaintiffs' claims be dismissed, *see Ralph*, 471 So.2d at 2; *Orlando Sports Stadium*, 262 So.2d at 883; *Conley*, 616 So.2d at 524-25, and Plaintiffs' emails putting SKCC on notice of its claims as early as July 2008, *see Exhibit A*, must be considered in response to SKCC's request that Plaintiffs' claims be abated. These allegations and attachments demonstrate that Plaintiffs have indeed served notice of their claims on SKCC, have alleged this fact, and thus the Motion to Dismiss/Abate should be denied

## CONCLUSION

SKCC has failed to demonstrate strict compliance with § 558.003, Fla. Stat., which requires,

---

[5]This paragraphs provides: "Without limiting the foregoing, Buyer shall not bring any litigation against Seller respecting the Home until the expiration of the Cure Period (which shall be deemed to be ninety (90) days from Seller's receipt of Buyer's written notice unless Seller agrees in writing to any shorter period.")." Compl, *Exhibit A* at ¶¶ 14.2.2.3.

**Podhurst Orseck, P.A.** H:\LIB\DOCS\40120\11209\CM7396.WPD

11

25 West Flagler Street, Suite 800, Miami, FL 33130, Miami 305.358.2800 Fax 305.358.2382 • Fort Lauderdale 954.463.4346    www.podhurst.com

**EXHIBIT A**

**TO**

**PLAINTIFFS' RESPONSE TO MOTION TO DISMISS/ABATE FILED BY SOUTH KENDALL CONSTRUCTION CORP.**

----- Forwarded Message -----
**From:** Jason A. Harrell <harrelljason@yahoo.com>
**To:** customerservice@southkendall.net; Melissa Harrell <missyharrell@yahoo.com>
**Sent:** Tuesday, July 8, 2008 6:01:17 PM
**Subject:** Re: 1926 SE 23 Court

Toni,

   One last thing. I did some touch up paint after moving in and after some work was done in the house. The paint kit that the painters gave us does not match the paint. The color seems correct however, there is a difference in the two paints. If Tim needed to see what I am talking about any upstairs door has areas touched up, and to me it seems like we were given maybe a latex when the trim paint was oil or that it was a semi gloss versus something else???

TKS,

Jason

--- On **Tue, 7/8/08, Melissa Harrell <_missyharrell@yahoo.com_>** wrote:

From: Melissa Harrell <missyharrell@yahoo.com>
Subject: 1926 SE 23 Court
To: customerservice@southkendall.net
Cc: "Jason Harrell" <harrelljason@yahoo.com>, missyharrell@yahoo.com
Date: Tuesday, July 8, 2008, 3:35 PM

Toni,

Thank you for taking my call today. These are a list of items we are having issues with. Please see what can be done to get these corrected. The first bullet is urgent.

1. A couple of weeks ago I noticed a mildew type smell in the Master Bath & in the garage that was not there before, I could not find the source, no water or anything that appeared to be leaking. I just went into the garage to move

1

boxes (still unpacking) and found the ceiling has parts falling off and there is a 3 foot line of water damage inside the garage to the far back right. It looks like a pipe or something that is causing the damage. (I am only guessing).
2. The front downstairs bedroom never cools down, stays warm as if the AC does not work in the room, even with the fan on and the shutters closed, this room does not stay cool.
3. We added an outlet upstairs for the Master TV and if we plug anything else into the outlet it trips the breaker. This has happened several times.
4. A couple of dry wall areas in bathroom that need to be corrected around outlets. The outlet in downstairs bath sinks into the wall.

Thanks again so much!

Jason & Melissa Harrell

New Home # 305-230-1880

Melissa Cell – 919-602-4013

Jason Cell – 305-970-8384

2

**Cc:** Jason Harrell <harrelljason@yahoo.com>; missyharrell@yahoo.com
**Sent:** Monday, August 18, 2008 10:45:59 PM
**Subject:** 1926 SE 23 Court

Dear Toni or To Whom this may concern,

1) After returning from vacation on Saturday, I noticed water leaking from the ceiling in the family/living room and the living room wall. I also immediately noticed the house was extremely warm, although the AC unit sounded like it was running continuously. I went upstairs to check the unit and found a large puddle of water on the floor under the AC unit. I also noticed condensation all over the unit. I immediately turned the unit off and cleaned the water up while placing towels and pans to catch the rest of moisture. I opened the AC cover to see if I could get the rest of the water cleaned up to prevent any further damage to the ceiling, but when I opened the cover I saw all of the coils covered in a block of ice. I also saw mold all over the cover and the coils. I called and left a message at your office as well as a emergency message for the AC company. The AC company called me back this morning (Monday) and they came this afternoon to assess the problem. The technician said that there is a possible leak in the gas and he replaced the gas tank and said that he would have to come back on Wednesday to further asses the issue. He told me that I could turn the AC back on, but that the same problem would eventually happen again until they find and correct the problem or leak.

2) Also, as reported previously, I have smelled a mold smell in the master bathroom. We opened one wall and could not identify the problem. I still don't know the exact cause of the smell, but I do know for a fact that the faucet over the tub is creating all the caulking to turn moldy even after cleaning. I think that when the faucet was changed out prior to our closing, that water is leaking behind that tile and down to that caulking. Not sure if this is the cause of the smell or an unrelated issue. Also, the shower is not caulked and I want to be sure there is no issue there.

I have a very sensitive nose to mold as myself and my youngest son are very allergic to all indoor/outdoor molds. It is very important we work together to eliminate and prevent any further issues related to water damage & mold.

Thank you very much for you assistance in advance,
Melissa Harrell
305-230-1880 Home
919-602-4013 Cell

1

**To:** Melissa Harrell <missyharrell@yahoo.com>; customerservice@southkendall.net
**Sent:** Monday, August 25, 2008 9:57:20 PM
**Subject:** RE: 1926 SE 23 Court

Toni or whom this may concern,

Also I noticed that the French doors in the Dining room area, at the top of the door, would not lock.

TKS,

## Jason A. Harrell

**From:** Melissa Harrell [mailto:missyharrell@yahoo.com]
**Sent:** Monday, August 18, 2008 10:46 PM
**To:** customerservice@southkendall.net
**Cc:** Jason Harrell; missyharrell@yahoo.com
**Subject:** 1926 SE 23 Court

Dear Toni or To Whom this may concern,

1) After returning from vacation on Saturday, I noticed water leaking from the ceiling in the family/living room and the living room wall. I also immediately noticed the house was extremely warm, although the AC unit sounded like it was running continuously. I went upstairs to check the unit and found a large puddle of water on the floor under the AC unit. I also noticed condensation all over the unit. I immediately turned the unit off and cleaned the water up while placing towels and pans to catch the rest of moisture. I opened the AC cover to see if I could get the rest of the water cleaned up to prevent any further damage to the ceiling, but when I opened the cover I saw all of the coils covered in a block of ice. I also saw mold all over the cover and the coils. I called and left a message at your office as well as a emergency message for the AC company. The AC company called me back this morning (Monday) and they came this afternoon to assess the problem. The technician said that there is a possible leak in the gas and he replaced the gas tank and said that he would have to come back on Wednesday to further asses the issue. He told me that I could turn the AC back on, but that the same problem would eventually happen again until they find and correct the problem or leak.

2) Also, as reported previously, I have smelled a mold smell in the master bathroom. We opened one wall and could not identify the problem. I still don't know the exact cause of the smell, but I do know for a fact that the faucet over the tub is creating all the caulking to turn moldy even after cleaning. I think that when the faucet was changed out prior to our closing, that water is leaking behind that tile and down to that caulking. Not sure if this is the cause of the smell or an unrelated issue. Also, the shower is not caulked and I want to be sure there is no issue there.

I have a very sensitive nose to mold as myself and my youngest son are very allergic to all indoor/outdoor molds. It is very important we work together to eliminate and prevent any further issues related to water damage & mold.

Thank you very much for you assistance in advance,
Melissa Harrell
305-230-1880 Home
919-602-4013 Cell

1

**From:** Melissa Harrell <missyharrell@yahoo.com>
**To:** Melissa Harrell <missyharrell@yahoo.com>; customerservice@southkendall.net
**Cc:** Jason Harrell <harrelljason@yahoo.com>
**Sent:** Tuesday, September 23, 2008 9:43:16 PM
**Subject:** Re: 1926 SE 23 Court- AC Unit

Toni,

I am writing this again to say that I no longer have a function AC unit as it froze up again and leaked a ton of water out of it tonight (9/23/08). I have attached a video clip so that you can see what I am talking about. I had emptied the pan 4 times prior to shooting the video clip.

I do understand that the part is on back order, but until that part is in, the AC company has to be proactive about keeping the unit charged. Wouldn't you agree? As I also mentioned our electricity bill is ridiculously high due to this issue. Who can compensate for this? Not to mention, the continuous cleaning up of the water, the damage to the house and our inconvenience of having not AC.

Sorry to be complaining like this, it's just been 5 weeks since we first reported the issue. Please call me and let me know when they can service it. I have to have AC tomorrow (Wed) I have 14 people coming for Bible study.

Thanks for your help in advance!

Melissa Harrell

305-230-1880 Home
919-602-4013 Cell

----- Original Message ----

Dear Toni or To Whom this may concern,

1

1) After returning from vacation on Saturday, I noticed water leaking from the ceiling in the family/living room and the living room wall. I also immediately noticed the house was extremely warm, although the AC unit sounded like it was running continuously. I went upstairs to check the unit and found a large puddle of water on the floor under the AC unit. I also noticed condensation all over the unit. I immediately turned the unit off and cleaned the water up while placing towels and pans to catch the rest of moisture. I opened the AC cover to see if I could get the rest of the water cleaned up to prevent any further damage to the ceiling, but when I opened the cover I saw all of the coils covered in a block of ice. I also saw mold all over the cover and the coils. I called and left a message at your office as well as a emergency message for the AC company. The AC company called me back this morning (Monday) and they came this afternoon to assess the problem. The technician said that there is a possible leak in the gas and he replaced the gas tank and said that he would have to come back on Wednesday to further asses the issue. He told me that I could turn the AC back on, but that the same problem would eventually happen again until they find and correct the problem or leak.

2) Also, as reported previously, I have smelled a mold smell in the master bathroom. We opened one wall and could not identify the problem. I still don't know the exact cause of the smell, but I do know for a fact that the faucet over the tub is creating all the caulking to turn moldy even after cleaning. I think that when the faucet was changed out prior to our closing, that water is leaking behind that tile and down to that caulking. Not sure if this is the cause of the smell or an unrelated issue. Also, the shower is not caulked and I want to be sure there is no issue there.

I have a very sensitive nose to mold as myself and my youngest son are very allergic to all indoor/outdoor molds. It is very important we work together to eliminate and prevent any further issues related to water damage & mold.

Thank you very much for you assistance in advance,
Melissa Harrell
305-230-1880 Home
919-602-4013 Cell

**From:** Jason A. Harrell <harrelljason@yahoo.com>
**To:** customerservice@southkendall.net
**Cc:** Melissa Harrell <missyharrell@yahoo.com>
**Sent:** Monday, January 26, 2009 2:18:55 PM
**Subject:** 1926 SE 23rd CT

Toni,

  Per our conversation today I have noticed the following problems at the house. I will be home after 1 PM tomorrow, although the sprinkler problem mentioned should not require me to be there. That is the one I am concerned about immediately as the grass is taking a beating.

- Sprinkler system inoperative. I suspect it has something to do with the motor. I tuned on the system manually and it makes a noise for about 10 seconds and then de-energizes the motor.
- Outlets in the master bedroom are shorting out or something. There are two outlets in the Master Bedroom that when you plug into them, the other outlets in the bedroom lose power.
- There is still a mold smell in the Master Bath
- Paint given to us at move in, specifically the trim is still mismatched and noticeable. Same for the repair in the downstairs ceiling after the AC unit leaked.

Thanks for helping us get this resolved.

All the best,

Jason

1