UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRY WALL
    PRODUCTS LIABILITY LITIGATION        MDL NO. 2047

                                              SECTION: L

                                              JUDGE FALLON
                                              MAG. JUDGE WILKINSON
_____/

THIS DOCUMENT RELATES TO:

    *Sylvia Rayfield and Brenda Spradlin, et al vs. Knauf Gips KG, et al*
    U.S. District Court, Southern District of Alabama 09-255

### NOTICE OF DISMISSAL

    Plaintiffs, **SYLVIA RAYFIELD and BRENDA SPRADLIN**, by and through their attorneys of record hereby file this Notice of Dismissal as to Defendant **BANNER SUPPLY CO., only,** 7195 N.W. 30th Street, Miami, Florida, in the case above filed and hereby request this Honorable Court to dismiss the case, with prejudice, as to any claims against this defendant only.

    Dated this ___21____ day of __October____, 2009.

                                          Respectfully submitted

                                          THE LAMB FIRM, LLC

                                          **s/*Archie C. Lamb, Jr.*_____**
                                          Archie C. Lamb, Jr., Esq.[LAM010]
                                          2900 First Avenue South
                                          Birmingham, AL 35233
                                          205-324-4644
                                          205-324-4649 - facsimile
                                          Email: alamb@archielamb.com

K. Edward Sexton, II
Attorney at Law
2 North 20th Street, Suite 1200
Birmingham, AL 35203
205-716-3000
205-716-3010 - facsimile
Email: ksexton@gtandlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of Courts this _21_ day of October, 2009; by using the CM/ECF system which will send notice of electronic filing to all parties of record t the email addresses on file with the Court.

THE LAMB FIRM, LLC


_s/ Archie C. Lamb, Jr._
Archie C. Lamb, Jr., Esq.[LAM010]
2900 First Avenue South
Birmingham, AL 35233
205-324-4644
205-324-4649 - facsimile
Email: alamb@archielamb.com

K. Edward Sexton, II
Attorney at Law
2 North 20th Street, Suite 1200
Birmingham, AL 35203
205-716-3000
205-716-3010 - facsimile
Email: ksexton@gtandlaw.com