UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

**DAVID GROSS, CHERYL GROSS, AND
LOUIS VELEZ, individually, and on behalf of
all others similarly situated,**

      **Plaintiffs,**

v.

**KNAUF GIPS KG, et al,**

      **Defendants.**
_____

CASE NO.: 09-6690
REF. MDL 2047

Judge: Eldon E. Fallon

Mag.: Joseph C. Wilkinson, Jr

**JURY TRIAL DEMAND**

    Considering the Plaintiffs' Motion to Authorize Service of Process on the International Defendants and for Appointment of an International Process Server in Accordance with the Hague Convention;

    IT IS HEREBY ORDERED, that, APS International, Ltd., including its designated agents, is appropriate and authorized to effect service of process on the following defendants:

1. The German defendants Knauf Gips KG and Knauf AMF GMBH & Co., KG.

2. The Canadian defendant, Sunrise Building Materials, Ltd.;

3. The Indonesian defendant, Knauf Gypsum Indonesia;

4. The Taiwanese defendant, King Shing Steel Enterprises Co., Ltd.; and

5. The Chinese defendants Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu), Co., Ltd., Knauf Plasterboard (Dongguan) Co., Ltd., Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., Pingyi Baier Building Materials Co., Ltd., Changzhou Wood, Co., Ltd., Nanhai Silk Imp. and Exp. Corporation, Jinan Run & Fly New Materials Co., Ltd, Shandong Yifang Gypsum Industry Co., Ltd., Siic Shanghai International Trade (Group) Co., Ltd., Tianjin Tianbao Century Development Co., LTd.,

Wide Strategy Limited, Shandong Oriental International Trading Co., Ltd., Shanghai East Best Arts & Crafts Co., Ltd., Quingdao Yilie International Trade Co., LTd., Tai'an Kangyijia Building Materials Co., Ltd., Beijing New Building Materials Public Limited Company, ("BNBM"), Pingyi Zhongxing Paper-Faced Plasterboard Co. Ltd. f/k/a Shandong Chenxiang Building Materials Co. Ltd., China National Building Materials Co. Ltd., ("CNBM"), Beijing New Building Materials (Group) Co., Ltd., ("BNBM Group"), China National Building Material Group Corporation ("CNBM Group'), Sinkiang Tianshan Building Material and Gypsum Product Co., Ltd., Taishan Gypsum Co., Ltd. Lucheng Branch, Yunan Taishan Gypsum and Building Material Co. Ltd., Tai'an Jindun Building Material Co., Ltd., Taishan Gypsum (Xiangtan) Co. Ltd., Taishan Gypsum (Pingshan) Co., Ltd., Taishan Gypsum (Hengshui) Co., Ltd., Taishan Gypsum (Henan) Co., Ltd., Hubei Taishan Building Material Co., Ltd., Taishan Gypsum (Tongling) Co., Ltd., Weifang Aotai Gypsum Co., Ltd., Taishan Gypsum (Pizhou) Co., Ltd., Fuxin Taishan Gypsum and Building Material Co., Ltd., Taishan Gypsum (Wenzhou) Co., Ltd., Taishan Gypsum (Chongqing) Co., Ltd., Taishan Gypsum (Jiangyin) Co., Ltd., Qinhuangdao Taishan Building Material Co., Ltd., Tai'an Taishan Gypsum Board Co., Ltd., Taishan Gypsum (Baotou) Co., Ltd., Shaanxi Taishan Gypsum Co., Ltd, Guangdong Knauf New Building Products Co., Ltd., Taian Taishan Plasterboard Co., Ltd. and Shanghai Yu Yuan Imp & Exp Co., Ltd.

Service shall be effected according to any internationally agreed means, the laws of the foreign country or as directed by the foreign authority or the originating court if not otherwise prohibited by international agreement or the laws of the foreign country, and in a manner reasonably calculated to give notice.

New Orleans, Louisiana, this __21st__ day of October, 2009

                                                          ELDON E. FALLON
                                                          UNITED STATES DISTRICT JUDGE