UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

Considering the Plaintiffs' Steering Committee's Omnibus Rule 6(b) Motion for Extension of Time for Service of Process Under Rule 4(m);

IT IS ORDERED that the Plaintiffs' Steering Committee's Omnibus Rule 6(b) Motion for Extension of Time for Service of Process Under Rule 4(m) is GRANTED.

New Orleans, Louisiana, this 21st day of October, 2009.

_____
Eldon E. Fallon
United States District Court Judge