**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURING DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKENSON |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| Whitfield, et al. v. Knauf GIPS KB, et al. | : | |
| No. 2:09-cv-04324-EEF-JCW | : | |

**ORDER EXTENDING TIME WITHIN WHICH
TO COMPLETE SERVICE OF PROCESS**

THIS DAY this cause came on to be heard upon Plaintiff's Motion for Extension of Time Within Which to Complete Service of Process upon foreign Defendants filed herein, and the Court, after having considered same, finds that the Motion is well-taken and should be sustained.

IT IS, THEREFORE,

ORDERED AND ADJUDGED that Plaintiffs be, and they are hereby granted an additional __120__ days from the date of this Order within which to complete service of process in the above-styled and numbered civil action.

SO ORDERED AND ADJUDGED this, the 21st day of October, 2009, New Orleans, LA.

_____
**U. S. DISTRICT COURT JUDGE**