UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) MDL No. 2047 ) ) SECTION: L ) ) JUDGE FALLON ) MAG. JUDGE WILKINSON ) |

**THIS DOCUMENT RELATES TO:**

RONNIE VAN WINKLE, SR. et al        NO. 09-4378

### EXPARTE MOTION AND ORDER FOR LEAVE TO FILE TUDELA'S CLASSIC HOMES MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION PURSUANT TO FRCP RULE 12(b)(1)

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Tudela's Classic Homes, LLC, who respectfully represents:

1. This Court imposed a Stay of motion practice until further order in Pre-Trial Order No. 1.

2. Tudela's Classic Homes, LLC respectfully requests this Honorable Court lift the stay to allow Tudela's Classic Homes, LLC to file its Motion to Dismiss for Lack of Subject Matter Jurisdiction pursuant to FRCP Rule 12(b)(1).

**WHEREFORE,** Tudela's Classic Homes, LLC moves this court for an Order lifting the Stay currently in effect, to allow Tudela's Classic Homes, LLC to file the attached Motion to Dismiss for Lack of Subject Matter Jurisdiction.

Respectfully submitted,

**GAUDRY, RANSON,
HIGGINS & GREMILLION, L.L.C.**

*/s/ Wade A. Langlois, III*
_____
**THOMAS L. GAUDRY, JR.  T.A. (#5980)**
**WADE A. LANGLOIS, III (#17681)**
Oakwood Corporate Center
401 Whitney Avenue, Suite 500
Gretna, Louisiana 70056
Telephone: (504) 362-2466   Fax: (504) 362-5938
Emails: tgaudry@grhg.net and wlanglois@grhg.net
Attorneys for Tudela's Classic Homes, LLC

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **EXPARTE MOTION FOR LEAVE TO FILE TUDELA'S CLASSIC HOMES MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION PURSUANT TO FRCP RULE 12(b)(1)** has been served on Plaintiffs' Liaison Counsel, Russ Herman and Leonard Davis and Defendants' Liaison Counsel, Kerry Miller,  by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of October, 2009.

*/s/ Wade A. Langlois, III*_____
Wade A. Langlois, III, LSBA #17681