UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL ) | MDL No. 2047 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| ) | |
| ) | JUDGE FALLON |
| ) | MAG. JUDGE WILKINSON |
| _____) | |

**THIS DOCUMENT RELATES TO:**

RONNIE VAN WINKLE, SR. et al        NO. 09-4378

### ORDER

Considering the foregoing Exparte Motion to Lift Stay of Tudela's Classic Homes, LLC:

**IT IS HEREBY ORDERED** that the Stay imposed by Pre-trial Order No. 1 be and is hereby lifted to allow Tudela's Classic Homes, LLC to file it's Motion to Dismiss for Lack of Subject Matter Jurisdiction and Memorandum in Support and Affidavit.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2009.

_____
DISTRICT JUDGE

G:\2918\0042\Pleadings\Exparte Mt PROPOSED ORDER.wpd