UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) MDL No. 2047 ) ) SECTION: L ) ) JUDGE FALLON ) MAG. JUDGE WILKINSON ) |

**THIS DOCUMENT RELATES TO:**

RONNIE VAN WINKLE, SR. et al     NO. 09-4378

## AFFIDAVIT OF BRIAN TUDELA

**STATE OF LOUISIANA**

**PARISH OF ST. TAMMANY**

    **BEFORE ME,** the undersigned notary, personally came and appeared:

### BRIAN TUDELA

who, after being duly sworn, did depose and state:

1. He is the sole member and owner of Tudela's Classic Homes, LLC;

2. Tudela's Classic Homes, LLC was established on July 26, 2004 and its domicile and principle place of business are located in St. Tammany Parish, Louisiana and has been since its inception;

3.  In addition, my residence and domicile is in St. Tammany Parish, Louisiana and has been since approximately 2001.
    (Year)

*BRIAN TUDELA*

SWORN TO AND SUBSCRIBED
BEFORE ME ON THE __14TH__ DAY
OF __October__, 2009.

Signed: _____
Print Name: __Wade Langlois__
Notary/Bar Number: __#17681__
My Commission expires: __lifetime__

G:\2918\0042\Pleadings\Mt. to Dismiss Affidavit.wpd