UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * *. * * | MDL 2047 <br><br> SECTION: L <br><br> JUDGE FALLON |
| *   *   *   *   *   *   *   * <br> **THIS DOCUMENTS RELATES TO:** | | MAG. JUDGE WILKINSON |

RONNIE VAN WINKLE SR. et al     No. 09-4378

### EXPARTE MOTION AND ORDER FOR LEAVE TO FILE NAUTILUS INSURANCE COMPANY'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION PURSUANT TO FRCP RULE 12(B)(1)

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Nautilus Insurance Company, who respectfully represents:

1. This Court imposed a Stay of motion practice until further order in Pre-Trial Order No. 1.

2. Nautilus Insurance Company respectfully requests this Honorable Court lift the Stay to allow Nautilus Insurance Company to file its Motion to Dismiss for Lack of Subject Matter Jurisdiction pursuant to FRCP 12(b)(1).

**WHEREFORE,** Nautilus Insurance Company moves this Court for an Order lifting the Stay currently in effect to allow Nautilus Insurance Company to file the attached Motion

to Dismiss for Lack of Subject Matter Jurisdiction.

RESPECTFULLY SUBMITTED:

**HEBBLER & GIORDANO, L.L.C.**
*Attorneys at Law*

BY: _____
GEORGE P. HEBBLER, JR. (T.A.)
Louisiana Bar No: 6722
Email: hebbler@hebblergiordano.com
FRANK A. ROMEU, JR.
Louisiana Bar No: 18412
Email: romeu@hebblergiordano.com
MICHAEL P. HIGGINS
Louisiana Bar No: 30554
Email: higgins@hebblergiordano.com
Attorney for Defendants
3636 S. I-10 Service Road W, Suite 300
Metairie, Louisiana 70001
Telephone: (504) 833-8007
Facsimile: (504) 833-2866

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Dismiss for Lack of Subject Matter Jurisdiction has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No.6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of October, 2009.

_____
George P. Hebbler, LSBA #6722