UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL 2047 SECTION: L JUDGE FALLON |
| * * * * * * * * | | MAG. JUDGE WILKINSON |

**THIS DOCUMENTS RELATES TO:**

RONNIE VAN WINKLE SR. et al        No. 09-4378

## ORDER

Considering the foregoing Request For Oral Argument,

IT IS ORDERED that the Court will entertain oral argument on this matter on the date and time specified in defendant's Notice of Hearing.

New Orleans, Louisiana this _____ day of _____, 2009.

_____
**DISTRICT JUDGE**

1