UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL 2047 <br> SECTION: L <br> JUDGE FALLON |
| * * * * * * *    * | | MAG. JUDGE WILKINSON |

**THIS DOCUMENTS RELATES TO:**

RONNIE VAN WINKLE SR. et al    No. 09-4378

## ORDER

Considering the foregoing Ex Parte Motion and Order for Leave to File Nautilus Insurance Company's Motion to Dismiss for Lack of Subject Matter Jurisdiction Pursuant to FRCP Rule 12(b)(1):

**IT IS HEREBY ORDERED** that the Stay imposed by Pre-trial Order No. 1 be and it is hereby lifted to allow Nautilus Insurance Company to file it's Motion to Dismiss for Lack of Subject Matter Jurisdiction and Memorandum in Support of Motion to Dismiss for Lack of Subject Matter Jurisdiction.

**NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2009.

_____
**DISTRICT JUDGE**