IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE** ) | **MDL Docket No. 2047** |
| **MANUFACTURED** ) | |
| **DRYWALL PRODUCTS** ) | **SECTION L** |
| **LIABILITY LITIGATION** ) | |
| ) | **JUDGE  FALLON** |
| ) | |
| ) | **MAGISTRATE JUDGE WILKINSON** |
| **This document relates to All Cases** ) | |

**MAZER SUPER DISCOUNT STORES' NOTICE OF DOCUMENT PRODUCTION TO PLAINTIFFS' STEERING COMMITTEE**

The Defendant designated as MAZER SUPER DISCOUNT STORES (hereinafter "Mazer" or "Defendant") by their undersigned counsel, hereby give notice of their initial production to the Plaintiffs' Steering Committee's First Request for the Production of Documents and Things to Defendant(s) (Distributors).  The documents, Bates labeled Mazer 0001-0913, along with Product Photos and a Storage Video, are being produced to the Plaintiffs' Steering Committee in electronic format via U.S. Mail, and can be accessed by any requesting party by contacting Thomas Fitzpatrick at Sirote & Permutt's Information Technology Department, via telephone at (205) 918-5032, or via email at tfitzpatrick@sirote.com.  Upon such request, please provide the following information: **Ledford v. Knauf disc of 10/23/09.**

*/s/ Christopher A. Bottcher*
Christopher A. Bottcher
Mary Blanche Hankey
C. Lee Reeves
Attorneys for Defendant
Mazer Super Discount Store

OF COUNSEL:
Sirote & Permutt, P.C.
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel.:   (205) 930-5100
Fax:   (205) 930-5101

/s/ Larry S. Logsdon
Larry S. Logsdon
Michael L. Jackson
Attorneys for Defendant
Mazer Super Discount Store

OF COUNSEL:
Wallace, Jordan, Ratliff & Brandt, L.L.C
800 Shades Creek Parkway, Suite 400
Birmingham, Alabama 35209
Tel:   (205) 874-0341
Fax:   (205) 871-7534

## CERTIFICATE OF SERVICE

  I hereby certify that the above and foregoing Notice of Document Production to Plaintiff's Steering Committee has been served on Plaintiff's Liaison Counsel, Russ M. Herman, and Defense Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 26th day of October, 2009.

Russ M. Herman
Leonard A. Davis
Stephen J. Herman
**HERMAN, HERMAN, KATZ**
 **& COTLAR, LLP**
820 O'Keefe Avenue
New Orleans, LA 70113

**Plaintiffs' Liaison Counsel**
Dawn M. Barrios
701 Poydras Street
Suite 3650
New Orleans, LA 70139

Victor M. Diaz
25 Flagler Street, 8th Floor
Miami, FL 33130

Ben Gordon
316 S. Baylen Street, Suite 600
Pensacola, FL 32502

Daniel E. Becnel, Jr.
425 W. Airline Highway, Suite B
LaPlace, LA 70068

Ervin Amanda Gonzalez
255 Aragon Avenue
Cora Gables, FL 33134

Hugh P. Lambert
701 Magazine Street
New Orleans, LA 70130

Arnold Levin
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Jerrold Seth Parker
3301 Bonita Beach Road
Bonita Springs, FL 34134

Christopher Seeger
One William Street
New York, NY 10004

Scott Weinstein
12800 University Drive
Suite 600
Ft. Myers, FL 33907

Gerald E. Meunier
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800

James Robert Reeves
160 Main Street
Biloxi, MS 39530

Bruce William Steckler
3102 Oak Lawn Ave.
Suite 1100
Dallas, TX 75219

         ***/s/ Christopher A. Bottcher***
         OF COUNSEL