UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | CASE NO. 2:09-MD-2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| | * | JUDGE FALLON |
| **This document relates to: 09-7025 (Bourdon)** | * | |
| | * | MAGISTRATE WILKINSON |

## ORDER

Considering the foregoing Motion for Extension of Time:

**IT IS ORDERED** that Defendant Liberty Mutual Fire Insurance Company, be

and hereby is granted an extension of time, through and including November 18, 2009, within

which to respond to the Complaint.

New Orleans, Louisiana, this _____ day of October, 2009.


_____
J U D G E

146185