UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | CASE NO. 2:09-MD-2047 |
| | * | SECTION "L" |
| | * | |
| | * | JUDGE FALLON |
| **This document relates to: 09-7016 (Hufft)** | * | |
| | * | MAGISTRATE WILKINSON |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendant Liberty Mutual Fire Insurance Company ("Liberty Mutual") moves for a twenty (20)-day extension of time within which to answer through and including November 16, 2009, on the following grounds:

1.

This matter was removed from the Civil District Court for the Parish of Orleans, State of Louisiana, to the docket of this Honorable Court on October 22, 2009, making responsive pleadings due October 29, 2009.

2.

Liberty Mutual would like to respond adequately, but needs additional time to investigate.

146187

3.

Considering the time constraints mentioned above, Liberty Mutual requests that this Court grant it a twenty (20)-day extension of time, until November 18, 2009, within which to file responsive pleadings. This extension will not unduly delay the hearing or determination of this case. Liberty Mutual has spoken to counsel for plaintiffs, and he does not oppose the granting of this extension.

                Respectfully submitted,

                __/s/ Catherine F. Giarrusso_____
                Judy Y. Barrasso, 2814
                H. Minor Pipes, III, 24603
                John W. Joyce, 27525
                Catherine Fornias Giarrusso, 29875
                BARRASSO USDIN KUPPERMAN FREEMAN
                  & SARVER, LLC
                909 Poydras Street, Suite 2400
                New Orleans, Louisiana  70112
                Telephone:    (504) 589-9700
                Facsimile:    (504) 589-9701

*Attorneys for Defendant,*
*Liberty Mutual Fire Insurance Company*

146187

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 27, 2009, I electronically filed the foregoing document and this certificate with the Clerk of Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record, in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

*/s/ Catherine F. Giarrusso*

146187