UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * | MDL No. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: 09-6072 | * | JUDGE FALLON MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \*

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL PAPERS AND PLEADINGS

**COME NOW** Warren Horn and the law firm of Heller, Draper, Hayden, Patrick & Horn, L.L.C., who hereby appear as attorneys for GMI Construction, Inc. in the matter entitled *David Kessler and Amanda Kessler v. GMI Construction, Inc., ABC Insurance Company, MNO Insurance Company, Interior Exterior Building Supply, ASI Lloyds and HBW Insurance Services, LLC*, bearing Civil Action No. 09-6072, and request: (1) that their names at the address listed below be added to the matrix; and (2) that they be served with copies of all notices, orders, reports, notices of hearings, motions and any and all papers and pleadings filed in the above-referenced case. The address for notice and service is as follows:

> GMI Construction, Inc.
> c/o Warren Horn, Esquire
> **HELLER, DRAPER, HAYDEN,**
> **PATRICK & HORN, L.L.C.**
> 650 Poydras Street, Suite 2500
> New Orleans, LA 70130
> Phone: (504) 299-3300
> E-mail: whorn@hellerdraper.com

Respectfully submitted,

**HELLER, DRAPER, HAYDEN PATRICK & HORN, L.L.C.**

_____
WARREN HORN, (La. Bar #14380)
650 Poydras Street, Suite 2500
New Orleans, LA  70130
Telephone: 504-299-3300
Facsimile: 504-299-3399
**COUNSEL FOR GMI CONSTRUCTION, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of October, 2009, a copy of the foregoing has been forwarded to liaison counsel Russ Herman at drywall@hhkc.com and Kerry Miller at kmiller@frilot.com and all counsel of record by filing electronically with the Clerk of Court using the CM/ECF system and _via_ uploading the same to Lexis Nexis File & Serve.

_____
**WARREN HORN**