UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| This document relates to | * | JUDGE FALLON |
| Carolyn Buckles | * | |
| | * | MAGISTRATE JUDGE |
| | * | WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF DISMISSAL

NOW COMES Plaintiff, Carolyn Buckles, who hereby dismisses the above-captioned matter without prejudice in accordance with Federal Rule of Civil Procedure 41(A)(I). No opposing party has served any responsive pleadings.

Respectively submitted,
MARTZELL & BICKFORD (APC)

 /s/ *Lawrence J. Centola, III*
Scott R. Bickford (#1165)
Lawrence J. Centola, III(#27402)
Roshawn H. Donahue (#30905)
Spencer R. Doody (27795)
338 Lafayette St.
New Orleans, LA 70130
(504) 581-9065 (voice)
(504) 581-7535 (facsimile)
Email: usdcmd@mbfirm.com

CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing Notice of Dismissal has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this  28th   day of   October , 2009.

                                     */s/ Lawrence J. Centola, III*