# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 2047 |
| | * | |
| | * | |
| This Document Relates to: 09-14115 | * | SECTION: L |
| Arif Shakoor, et al. vs. Knauf Gips KG. et al. | * | |
| USDC, EDLA No. 09-cv-04307-EEF-JCW | * | JUDGE: FALLON |
| | * | |
| | * | Mag. Judge Wilkinson |

******************************************************

## NOTICE OF DISMISSAL

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiff, by and through the undersigned attorneys, voluntarily dismisses this case without prejudice each party to bear their own fees and costs. The Clerk of Court is respectfully requested to close this case.

> */s/ Neil D. Overholtz*
>  Neil D. Overhotlz, FL Bar No. 0188761
> noverholtz@awkolaw.com
> ***Aylstock, Witkin, Kreis & Overholtz, PLLC***
> 803 North Palafox Street
> Pensacola, Florida 32501
> (850) 916-7450 Phone
> (850) 916-7449 Facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed this 28th day of October, 2009 and served upon all counsel of record via the Court's ECF filing system.

> */s/ Neil D. Overhotlz*
> Neil D. Overholtz, FL Bar No. 0188761