UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | MDL No. 2047 |
| This Document Relates to: 09-14115 Arif Shakoor, et al. vs. Knauf Gips KG. et al. USDC, EDLA No. 09-cv-04307-EEF-JCW | * * * | SECTION: L JUDGE: FALLON |
| | * | Mag. Judge Wilkinson |

**************************************************

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS CAUSE having come before the court on Plaintiff's Notice of Voluntary Dismissal and the court having reviewed the Notice and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that this action be and the same hereby is dismissed without prejudice as to all parties, without the assessment of costs or attorneys' fees, and with each party bearing their own attorneys' fees and costs.

DONE AND ORDERED in Chambers at this _____ day of _____, 2009.

_____
Judge of the Circuit Court