# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

In re: CHINESE-MANUFACTURED DRYWALL       MDL NO. 2047
PRODUCTS LIABILITY LITIGATION

SECTION: L

DISTRICT JUDGE FALLON

MAGISTRATE JUDGE WILKINSON

This Document Relates To:

*Frank DeBenedictis and Deborah DeBenedictis v. Knauf Gips KG, et al.*,
    2:09cv4658-EEF-JCW
*Susan Posey, et al. v. Beijing New Building Materials Co., Ltd., et al.*,
    2:09cv6531-EEF-JCW
*Robert Morris v. Beijing New Building Materials Co., Ltd., et al.*,
    2:09cv6530-EEF-JCW
*Marcelo Torres-Lutz and Cecilia Torres v. Shandong Taihe Dongxin Stock Co., Ltd., et al.*,
    2:09cv6529-EEF-JCW

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL
## BY AMANDA R. SLEVINSKI

Now before the Court is plaintiffs' counsel Amanda R. Slevinski's motion to withdraw from representation (docket entry #343). For good cause shown, this motion is hereby GRANTED.

DONE AND ORDERED this  26th  day of  October , 2009, New Orleans, Louisiana.

_____
U.S. DISTRICT JUDGE ELDON E. FALLON