UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | CASE NO. 2:09-MD-2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| | * | JUDGE FALLON |
| **This document relates to: 09-6073 (Borne)** | * | |
| | * | MAGISTRATE WILKINSON |

## PARTIAL MOTION TO DISMISS

Plaintiff Carol Borne respectfully requests that all of her claims in case number 09-6073, Borne, against Liberty Mutual Fire Insurance Company be dismissed, **without prejudice**, each party to bear its own costs. All claims against all other parties are specifically reserved.

**WHEREFORE,** Plaintiff Carol Borne prays that her claims against Liberty Mutual Fire Insurance Company be dismissed, **without prejudice**.

Respectfully submitted,

/s/ Jeffrey P. Berniard
Jeffrey P. Berniard, No. 29088
Berniard Law Firm
643 Magazine Street, Suite 402
New Orleans, Louisiana  70130
Telephone:  504/527-6225
*Attorney for Carol Borne*

## C E R T I F I C A T E

I hereby certify that on October 29, 2009, this document was served on all counsel of record for case number 09-6073, on Defendants' Liaison Counsel, Kerry Miller and Plaintiffs' Liaison Counsel, Russ Herman by electronically uploading the same to Lexiz/Nexis File & Serve in accordance with Pretrial Order No.: 6.

/s/Jeffrey P. Berniard