*Chinese Drywall Litigation*
**All Plaintiffs' List**

| Plaintiff/Current Address | Original Jurisdiction | MDL - E.D. La. | Property Address | Date of Purchase/ Installation | Firm | Manufacturer Defendant | Builder Defendant | Contractor/ Installer Defendant | Distributor Defendant | Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |