IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>Curtis Hinkley, et al. v. Taishan Gypsum Co. Ltd., et al.<br>Case No. 2:2009-cv-06686 (E.D. La.) | MDL No.  09-2047<br><br>JUDGE:  FALLON<br><br>MAGISTRATE:  WILKINSON |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS

COMES NOW, the undersigned law firm of Hedrick, Gardner, Kincheloe & Garofalo, LLP and hereby files its Notice of Appearance as counsel on behalf of the Defendants, Venture Supply, Inc. and The Porter-Blaine Corp.  It is respectfully requested that all future pleadings, documents and correspondence be served upon the undersigned in connection with this action.

This the 4th day of November, 2009.

Respectfully submitted,

        By: /s/ Mindi L. Schulze_____
           Mindi L. Schulze, Esq.
           Attorney for Defendants Venture Supply, Inc. and The Porter-Blaine Corporation
           Hedrick, Gardner, Kincheloe & Garofalo, LLC
           4011 Westchase Blvd., Suite 300
           Raleigh, NC  27607
           Telephone:     (919) 719-3721
           Facsimile:      (919) 832-9425
           Email:             MSchulze@hedrickgardner.com
           N.C. Bar No. 32918

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of November, 2009.

/s/Mindi L. Schulze
Mindi L. Schulze