MINUTE ENTRY
FALLON, J.
November 4, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRY WALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

A telephone status conference was held on this date in the Chambers of Judge Eldon E. Fallon. Present for the Plaintiffs Steering Committee was Leonard Davis. Present for the Defendants Steering Committee was Kerry Miller, Defendants Liaison Counsel. Present for the Homebuilders Steering Committee was Phillip Wittmann.

The Court discussed Pretrial Order No. 17 regarding Knauf Plasterboard (Tianjin) Co., Ltd's agreement to accept service of the PSC's omnibus class action complaint (Rec. Doc. No. 401). Counsel for Knauf Plasterboard (Tianjin) Co., Ltd declared that his client would accept discovery pleadings pursuant to the Federal Rules of Civil Procedure from plaintiffs and defendants named in the PSC's omnibus complaint.

The conference was transcribed by Ms. Jodi Simcox, official court reporter. Ms. Simcox can be reached at (504) 589-7780.

1

JS10(00:15)