UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID KESSLER and AMANDA KESSLER | * | CA NO.  09-6072 |
| | * | JUDGE ELDON E. FALLON |
| v. | | |
| | * | MAG. JUDGE WILKINSON |
| GMI CONSTRUCTION, INC., ET AL | | |
| | * | IN RE: CHINESE-MANUFACTURED PRODUCTS |
| * * * * * * * * * * * * | | LIABILITY LITIGATION MDL No. 09-2047 (L) |

**HBW INSURANCE SERVICES, L.L.C.'S MOTION TO LIFT STAY
AND FOR LEAVE TO FILE A MOTION TO DISMISS**

Defendant, HBW Insurance Services ("HBWIS"), moves the Court to lift the stay in this matter to permit HBWIS to file the attached Motion to Dismiss on suggesting to the Court that:

**1.**

In Pretrial Order No. 1, this Court issued a stay of motion practice until further order.

**2.**

For the reasons stated in HBWIS' Motion to Dismiss and memorandum in support thereof, this Court does not have personal jurisdiction herein over HBWIS or subject matter jurisdiction over the above-captioned matter.

**3.**

HBWIS should be dismissed from this matter now in lieu of being required to expend substantial funds in the defense of this matter when no jurisdiction exists.

**4.**

HBWIS therefore moves the Court to lift the stay and grant HBWIS leave to file its Motion

to Dismiss and for said motion to be heard on November 19, 2009.

WHEREFORE, HBW Insurance Services prays that its Motion to Lift Stay and for Leave

to be Granted.

Respectfully submitted,


/s/ Jay H. Kern
Daniel J. Caruso (03941)
Jay H. Kern (07345) (T.A.)
Douglass F. Wynne (32019)
Simon, Peragine, Smith & Redfearn, L.L.P.
1100 Poydras St., 30th Floor
New Orleans, LA 70163-3000
Telephone: (504) 569-2030

Attorneys for Defendant, HBW Insurance
Services, L.L.C.


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing has been served on Plaintiffs' Liaison

Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail

or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis

Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was

electronically filed with the Clerk of Court of the United States District Court for the Eastern

District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing

in accordance with the procedures established in MDL 2047, on this 4th day of November, 2009.


 /s/ Jay H. Kern
(Signature of Filing Attorney)

N:\DATA\M\23421057\pleadings\Motion to Lift Stay.wpd