UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID KESSLER and AMANDA KESSLER | * | CA NO.  09-6072 |
| | * | JUDGE ELDON E. FALLON |
| v. | | |
| | * | MAG. JUDGE WILKINSON |
| GMI CONSTRUCTION, INC., ET AL | | |
| | * | IN RE: CHINESE-MANUFACTURED PRODUCTS |
| *   *   *   *   *   *   *   *   *   *   *   * | | LIABILITY LITIGATION MDL No. 09-2047 (L) |

**HBW INSURANCE SERVICES, L.L.C.'S MEMORANDUM
IN SUPPORT OF MOTION TO LIFT STAY AND
<u>FOR LEAVE TO FILE A MOTION TO DISMISS</u>**

MAY IT PLEASE THE COURT:

  This memorandum is being submitted on behalf of Defendant, HBW Insurance Services ("HBWIS"), in support of its Motion to Lift Stay and for Leave of Court to file its Motion to Dismiss.

  As explained in HBWIS' Motion to Dismiss, the Court does not have personal jurisdiction over HBWIS in this matter or subject matter jurisdiction over this lawsuit.  If HBWIS is not allowed to file its motion at this time, it will be forced to unnecessarily incur substantial expenses in a case in which this Court has no jurisdiction.

Consequently, HBWIS respectfully requests that this Court lift the current stay and grant HBWIS leave to file its Motion to Dismiss and supporting memorandum.

Respectfully Submitted,

/s/ Jay H. Kern
Daniel J. Caruso (03941)
Jay H. Kern (07345) (T.A.)
Douglass F. Wynne (32019)
Simon, Peragine, Smith & Redfearn, L.L.P.
1100 Poydras St., 30th Floor
New Orleans, LA 70163-3000
Telephone: (504) 569-2030

Attorneys for Defendant, HBW Insurance Services, L.L.C.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of November, 2009.

/s/ Jay H. Kern
(Signature of Filing Attorney)