UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID KESSLER and AMANDA KESSLER | * | CA NO.  09-6072 |
| | * | JUDGE ELDON E. FALLON |
| v. | | |
| | * | MAG. JUDGE WILKINSON |
| GMI CONSTRUCTION, INC., ET AL | | |
| | * | IN RE: CHINESE-MANUFACTURED PRODUCTS |
| * * * * * * * * * * * * | | LIABILITY LITIGATION MDL No. 09-2047 (L) |

**ORDER**

Considering the Motion to Lift Stay filed by the defendant, HBW Insurance Services ("HBWIS");

IT IS ORDERED BY THE COURT that the stay in Pretrial Order No. 1 is lifted insofar as HBWIS is authorized to file and leave of Court is granted to HBWIS to file its Motion to Dismiss and supporting memorandum.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
ELDON E. FALLON
United States District Court Judge