UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 |
| | * | SECTION: L |
| | * | JUDGE FALLON |
| **This document relates to all cases** | * * | MAG. JUDGE WILKINSON |

## INTERIOR/EXTERIOR BUILDING SUPPLY, L.P.'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY MEMORANDUM TO MAYEUX CONSTRUCTION AND PLAINTIFFS' STEERING COMMITTEE'S OPPOSITIONS TO ITS MOTION FOR PARTIAL SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, comes Interior/Exterior Building Supply, L.P. ("Interior/Exterior") and moves this Honorable Court for an Order for Leave to file its Reply Memorandum to Mayeaux Construction and Plaintiffs' Steering Committee's Oppositions to Its Motion for Partial Summary Judgment. The Reply, attached hereto, is necessary to address the arguments raised in opposition to Interior/Exterior's motion, and will further assist this Court in deciding the issue before it.

Counsel for Interior/Exterior represents to the Court that it has conferred with counsel for the Plaintiffs' Steering Committee. and they have no objection to Interior/Exterior filing this reply memorandum on or before Wednesday, November 4, 2009.

1

Therefore, Interior/Exterior prays that it be allowed to file its Reply Memorandum in further support of its motion for partial summary judgment.

Respectfully submitted,

/s/ Richard G. Duplantier, Jr.

Richard G. Duplantier, Jr. #18874
Lambert J. Hassinger, Jr. #21683
Carlina C. Eiselen, #28524
Jeffrey P. Green #30531
Galloway, Johnson, Tompkins, Burr & Smith
701 Poydras Street, Suite 4040 One Shell Square
New Orleans, LA 70139
504 525 6802 / 504 525 2456 Fax
rduplantier@gjtbs.com
jhassinger@gjtbs.com
ceiselen@gjtbs.com
jgreen@gjtbs.com
*Counsel for Interior Exterior Building Supply, L.P.*

### Certificate of Service

The undersigned certifies that this document has been served on Plaintiffs' liaison counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 4th day of November, 2009.

/s/ Richard G. Duplantier, Jr.

Richard G. Duplantier, Jr.

2