UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| | * | SECTION: L |
| | * * | JUDGE FALLON |
| **This document relates to all cases** | * * | MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing;

IT IS HEREBY ORDERED that Interior/Exterior's Reply Memorandum to Mayeux Construction's and Plaintiffs' Steering Committee's Opposition to Its Motion for Partial Summary Judgment, be and is accepted for filing into the Court's record.

New Orleans, Louisiana, this _____ day of November 2009

_____
UNITED STATES DISTRICT COURT

1