## Page 99

In Re: Chinese Drywall October 16, 2009

1  Causation is alleged on Paragraph 189
2  through 90 and damages are alleged specifically
3  in 189 through 90.
4  The negligence claim short and simple
5  statement of the facts. You have seen the
6  negligence counts in the rulebook which is
7  basically the defendant was negligent and the
8  Supreme Court says that is enough.
9  However, we allege the duties on Paragraph
10  192 in great detail and the breaches of those
11  duties in great details. We also allege
12  causation and damages which are the elements of
13  negligence.
14  The claim that the economic loss doctrine
15  bars the claim is not really a basis for a
16  motion to dismiss. A motion to dismiss only
17  looks at the four corners of the complaint to
18  determine whether a cause of action has been
19  properly pled.
20  They are claiming they are barred
21  substantively under the economic loss doctrine.
22  While we disagree with it because even under --
23  even if it were a contract claim, you are
24  entitled to recover damages for other property
25  under that copycat case, that landmark Supreme

## Page 100

In Re: Chinese Drywall October 16, 2009

1  Court case, but in this particular case where
2  there is no privity, we are entitled to our
3  full tort damages and that has become clear
4  since 2004 by -- and thereafter there are
5  numerous Supreme Court cases.
6  Unjust enrichment, Your Honor, we are
7  happy to withdraw it because we don't rely on
8  it. So we will withdraw the unjust enrichment
9  count.
10  As to injunctive relief, Mr. Schwartz is
11  at a disadvantage. I handled the Petitor case
12  which is the landmark case that created medical
13  monitoring in the State of Florida. So I know
14  it like the back of my hand because I argued it
15  at the trial court level and argued it at the
16  appellate court level and I wrote the brief on
17  it.
18  You cannot allege a personal injury as a
19  matter of law in order to qualify for medical
20  monitoring. You have to have no injury because
21  if you have an injury, if you sustained an
22  injury by definition you're not entitled to
23  medical monitoring. It's injunctive relief.
24  So there cannot be any adequate remedy of
25  law. If you have an injury, you have an

## Page 101

In Re: Chinese Drywall October 16, 2009

1  adequate remedy of law.
2  What medical monitoring states under the
3  Petito decision, which is a Third District
4  Court of Appeals case, is that if the risk of
5  injury is present, even though not even yet
6  manifested, the defendant that has caused that
7  risk or substantially contributed to that risk
8  is responsible to monitor the plaintiff, to
9  mitigate future injury or to diagnose early
10  injury that has not yet been diagnosed.
11  So if you already have an injury, if you
12  are already are infirmed, you do not qualify
13  for medical monitoring. So it is necessarily
14  exclusive. We could not allege what they
15  suggested to the Court now and have a medical
16  monitoring claim.
17  Being extremely familiar with the elements
18  required under Petito, we have alleged those
19  elements in Paragraphs 206, 208, 209, 210 as
20  well as specifically setting forth the remedies
21  requested under Paragraph 207 and 208.
22  The landmark case, of course, is Petito,
23  750 So2d 103 and we have tracked those elements
24  to a great detail.
25  So accordingly, Your Honor, we have stated

## Page 102

In Re: Chinese Drywall October 16, 2009

1  a cause of action. Our pleadings looking at
2  the four corners of them state a valid cause of
3  action and we request that the Court deny both
4  motions and we thank the Court for its time.
5  THE COURT: Mr. Schwartz, you have the
6  last word. Anything else?
7  MR. SCHWARTZ: I'm satisfied with our
8  record.
9  THE COURT: Thank you all very much. I
10  will reserve on that and I will get back to you.
11  Thank you.
12  Anything else before the Court at this
13  time? Anyone need to be here at 1:45 this
14  afternoon? I see no hands.
15  Thank you all very much. Have a good day.
16  MR. DIAZ: Thank you, Your Honor.
17  MR. FITZSIMMONS: Thank you, Your Honor.
18  (Thereupon, at 12:00 p.m. the hearing was
19  concluded.)


EXHIBIT "A"