MDL NO. 2047
SECTION L

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 SECTION: L |
| | * | JUDGE FALLON |
| **This document relates to all cases** | * | |
| | * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing;

IT IS HEREBY ORDERED that Distributor Defendants' Motion for Leave to File and Reply Memorandum in Support of Their Motion to Dismiss, or, Alternatively, to Strike Plaintiffs' Tort Claims for Economic Damages, be and are accepted for filing into the Court's record.

New Orleans, Louisiana, this _____ day of November 2009

_____
UNITED STATES DISTRICT COURT

**Adorno & Yoss LLP**
350 EAST LAS OLAS BLVD.• SUITE 1700 • FT. LAUDERDALE, FLORIDA 33301 • TELEPHONE 954-763-1200 •
FAX 954-766-7800

{JBACKMAN/218429.0005/N0792392_1}