UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL    MDL DOCKET: 2047
      PRODUCTS LIABILITY LITIGATION

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO:**
**09-4112 through 09-4120**
**09-4294 through 09-4322**
**All other consolidated and tag-along actions**
**alleging construction defects in the State of Florida**

_____ /

## HOMEBUILDERS' STEERING COMMITTEE'S MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL

The Homebuilders' Steering Committee ("HSC"), hereby seeks leave to file an exhibit to its Reply to Plaintiffs' Steering Committee's Response in Opposition to Memorandum of Law in Support of Motion to Abate and Compel Compliance with Chapter 558, Florida Statutes (the "Reply") and states:

1.    The Plaintiffs' Steering Committee (the "PSC"), responded to the HSC's Motion to Abate and Compel Compliance with Chapter 558, Florida Statutes (the "Motion"), by arguing that defendants had not made "bona fide offers of settlement" to plaintiffs in this matter.

2.    In an effort to refute the PSC's contention, and provide this Court with the opportunity to review a form offer of settlement made by a member of the HSC to plaintiffs and non-plaintiff claimants alike, the HSC seeks to file, as Exhibit "B" to the Reply, a copy of the Repair and Relocation Agreement previously offered by a homebuilder defendant in an attempt to settle claims pending before this Court.

3.      The proposed Exhibit "B" to the Reply is relevant to the Court's ruling on the Motion only to the extent that it will apprise this Court of the lengths to which some homebuilder defendants have gone to resolve the claims asserted against them and it will serve to refute the PSC's notion that the members of the HSC have no intention of making "bona fide settlement offers" but are merely seeking to delay this matter through abatement.

4.      The proposed Exhibit "B" to the Reply has only been filed under seal to prevent it from becoming a matter of public record and from being readily available in the public domain. The HSC has no objection with the proposed Exhibit "B" to the Reply being made available for review by members of the PSC or members of the DSC.

WHEREFORE, the HSC, for good cause shown above, respectfully requests an Order granting this Motion for Leave to File Exhibit Under Seal, and for such other relief as this Court deems just and proper.

_____/s/ Stephen E. Walker_____
Neal A. Sivyer
Florida Bar No. 373745
nsivyer@sbwlegal.com
Stephen E. Walker
swalker@sbwlegal.com
Florida Bar No. 0497851
**SIVYER BARLOW & WATSON, P.A.**
401 E. Jackson Street, Suite 2225
Tampa, Florida 33602
Telephone:  (813) 221-4242
Facsimile:  (813) 227-8598
*Attorneys for Taylor Morrison Services, Inc., and Taylor Woodrow Communities at Vasari, LLC*

I HEREBY certify that on November 5, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No.: 6.

/s/ Stephen E. Walker
Attorney