UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

**THE PLAINTIFFS' STEERING COMMITTEE'S MEMORANDUM OF LAW IN SUPPORT OF ITS OMNIBUS MOTION TO DISMISS CERTAIN DEFENDANTS, WITHOUT PREJUDICE, UNDER FED.R.CIV. P. 41(a)**

As part of its duties and responsibilities to manage the MDL litigation, the PSC has conferred with attorneys representing individual plaintiffs. Through these communications the PSC has learned that counsel in a number of cases now wish to dismiss one or more of the defendants named in their complaints. More specifically, counsel in these cases have informed the PSC that they now wish to dismiss certain defendant(s) as specified in the attached schedule of actions. A copy of the schedule of actions is attached hereto as Exhibit "A".[1]

At the time original counsel filed the cases listed in the schedule of actions, counsel in good faith named defendants who at that time of the filing were thought to be responsible for the damages to their clients. These counsel now wish to dismiss certain defendants, without prejudice.

The PSC's motion to dismiss, without prejudice, should be granted since none of the defendants for whom plaintiffs are seeking dismissal have filed an answer to the operative complaint

---

[1] The PSC has learned that many attorneys also wish to dismiss claims against named defendants in cases that are awaiting transfer to this Court. Once such cases are transferred to this Court, the PSC may file a second motion asking for the same relief being requested herein.

1

and/or have sought summary judgement. *See International Driver Training Inc. v. J-BJRD Inc.*, 202 Fed.Appx. 714, 715 (5th Cir. 2006) ("a plaintiff's right to file a notice of dismissal under Rule 41(a)(1)(I) before the service of an answer or motion for summary judgment is absolute and unconditional.").

WHEREFORE, for the reasons set forth above, the PSC prays that its Omnibus Motion to Dismiss Certain Defendants without Prejudice be granted.

Respectfully submitted,

Dated: November 5, 2009

/s/ Leonard A. Davis
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
*Plaintiffs' Liaison Counsel MDL 2047*

**PLAINTIFFS' STEERING COMMITTEE**

Arnold Levin (on the brief)
Fred S. Longer (on the brief)
Matthew C. Gaughan (on the brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Victor Manuel Diaz
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Aragon Avenue, 2nd Floor
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seith Parker
Parker, Waichman, Alonso LLP
27399 Riverview Center Blvd.
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W. Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Jeremy W. Alters
Alters, Boldt, Brown, Rash & Culmo, P.A.
4141 N.E. 2nd Avenue, Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@abbrclaw.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

## COUNSEL FOR INDIVIDUAL PLAINTIFFS

Gerald E. Meunier
Gainsburgh, Benjamin, David,
 Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Phone: 504-522-2304
Fax: 504-528-9973
*Individual Counsel for the Below Stated Plaintiffs*
  Alonzo, Jarrell, Hernandez, Hopper, Bailey, Meyer, Peres, Morlas

Joseph M. Bruno
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, LA 70113
Phone: 504-525-1335
Fax: 504-561-6775
*Individual Counsel for the Below Stated Plaintiffs*
  Bailey, Kuykendall, Joseph, Perez,
    Clark, Ambrose, Smith, St. Martin, Gardette

Jeffrey P. Berniard
Berniard Law Firm, LLC
625 Baronne Street
New Orleans, LA 70113
Phone: 504-527-6225
Fax: 504-617-6300
*Individual Counsel for the Below Stated Plaintiffs*
  Wiltz

Anthony D. Irpino
Irpino Law Firm
One Canal place
365 Canal Street, Suite 2290
New Orleans, LA 70130
Phone: 504-525-1500
Fax: 504-525-1501
*Individual Counsel for the Below Stated Plaintiffs*
  Chauffe

Jonathan B. Andry
The Andry Law Firm, LLC
610 Baronne Street
New Orleans, LA 70113
Phone: 504-586-8899
Fax: 504-586-8933
*Individual Counsel for the Below Stated Plaintiffs*
  Van Winkle

Sarah B. Dorger
Briskman & Binion, P.C.
P.O. Box 43
Mobile, AL 36601
Phone: 251-443-7600
Fax: 251-433-4485
*Individual Counsel for the Below Stated Plaintiffs*
  Panneton and Godwin

James R. Reevers, Jr.
Lumpkin & Reeves, PLLC
160 Main Street
P.O. Drawer 1388
Biloxi, MS 39533
Phone: 228-374-5151
Fax: 228-374-6630
*Individual Counsel for the Below Stated Plaintiffs*
  Oliver and Legendre

Russ Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: 504-581-4892
Fax: 504-561-6024
*Individual Counsel for the Below Stated Plaintiffs*
  Mills and Gross

Tom W. Thornhill
Thornhill Law Firm, APLC
1308 Ninth Street
Slidell, LA 70458
Phone: 985-641-5010
Fax: 985-641-5011
*Individual Counsel for the Below Stated Plaintiffs*
  D'Amico and Moreau

Sidney D. Torres, III
Law Offices of Sidney D. Torres, III
8301 W. Judge Perez Drive
Suite 303
Chalmette, LA 70043
Phone: 504-271-8421
*Individual Counsel for the Below Stated Plaintiffs*
  Couture

Scott R. Bickford T.A.
Martzell & Bickford
338 Layfayette Street
New Orleans, LA 70130
Phone: 504-581-9065
Fax: 504-581-7635
*Individual Counsel for the Below Stated Plaintiffs*
  Roberts

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084
Phone: 985-536-1186
Fax: 985-536-6445
*Individual Counsel for the Below Stated Plaintiffs*
   Cassagne, Mays, Stayton, Haindel, Chiappetta, Vu, McCrary, Staub, Mai, Martin, Donnelly, Amerson, Bourg, Jaruzel, Brumfield, Simmons, Evans, Davis, Lien Mai, Bryant, Peyton, Cresson, Ceruti, Barone, Donaldson, Gritter, Mitchell, Conrad, Alldredge, Dakin, Ledet, Gilberti, Alexander, Robinson, Fazande, Ancria

Burton LeBlanc
Baron and Budd
9015 Bluebonnet Blvd.
Baton Rouge, LA 70810
Phone: 225-927-5441
*Individual Counsel for the Below Stated Plaintiffs*
   LeBlanc, Maykut, Young, Shelton, Oliver

Robert J. Diliberto
Diliberto & Kirin LLC
3636 S. 1-10 Service Road, West
Suite 210
Metairie, LA 70001
Phone: 504-828-1600
Fax: 504-828-1555
*Individual Counsel for the Below Stated Plaintiffs*
   Serio

## **CERTIFICATE OF SERVICE**

       I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 5th day of November, 2009.

                                                                <u>/s/ Leonard A. Davis</u>
                                                               Leonard A. Davis
                                                               Herman, Herman, Katz & Cotlar, LLP
                                                               820 O'Keefe Ave.
                                                               New Orleans, LA  70113
                                                               PH:  (504) 581-4892
                                                               Fax:  (504) 561-6024
                                                               ldavis@hhkc.com