**EXHIBIT A –SCHEDULE OF ACTIONS**

|  | CAPTION | DEFENDANTS TO BE DISMISSED |
|---|---|---|
| 1. | *Alexander, et al. v. Knauf Gips, KG, et al.*, No. 09-3135 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 2. | *Alldredge, et al. v. Knauf Gips KG, et al.*, Case No. 09-6553 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 3. | *Alonzo v. Knauf Gips KG, et al*, Case No. 09-3959 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 4. | *Ambrose v. Knauf Gips, KG, et al.*, Case No. 09-6096 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 5. | *Amerson, et al. v. Knauf Gips KG, et al.*, Case No. 09-4275 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 6. | *Ancria, et al. v. Knauf Gips KG, et al.*, Case No. 09-3156 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 7. | *Bailey v. Knauf Gips KG, et al.*, Case No. 09-6086 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 8. | *Barone v. Knauf Gips KG, et al.*, Case No. 09-3243 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 9. | *Bourg, et al. v. Knauf Gips KG, et al.*, Case No. 09-3426 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 10. | *Brumfield, et al. v. Knauf Gips KG, et al.*, Case No. 09-3535 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |

| 11. | *Bryant v. Knauf Gips KG, et al.,*, Case No. 09-3634 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
|---|---|---|
| 12. | *Cassagne, et al. v. Knauf Gips KG, et al.*, Case No. 09-3637 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 13. | *Ceruti, et al. v. Knauf Gips KG, et al.*, Case No. 09-3526 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 14. | *Chauffe v. Knauf Gips KG, et al.*, Case No. 09-3215 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 15. | *Chiappetta, et al. v. Knauf Gips KG, et al.*, Case No. 09-3923 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 16. | *Clark v. Knauf Gips KG, et al.*, Case No. 09-6097 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 17. | *Conrad v. Knauf Gips KG, et al.*, Case No. 09-3309 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 18. | *Couture, et al. v. Knauf Gips KG, et al.*, Case No. 09-3956 (E.D.La.) | Knauf Gips, KG; Knauf Plasterboard Tianjin Co., Ltd.,; Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.,; USG Corporation; L&W Supply Corporation d/b/a Seacoast Supply; Independent Builders Supply Association, Inc.; Rothchilt International Limited |
| 19. | *Cresson, et al. v. Knauf Gips KG, et al.*, Case No. 09-3427 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 20. | *D'Amico v. Knauf Gips, KG*, Case No. 09-4367 (E.D.La.) | Taishan Gypsum Co., Ltd, f/k/a Shandong Taihe Dongxin; USG Corporation; L&W Supply Corporation d/b/a Seacoast Supply; Independent Builders Association, Inc.; Rothchilt International Limited |

| | | |
|---|---|---|
| 21. | *Dakin, et al. v. Knauf Gips KG, et al.*, Case No. 09-4274 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 22. | *Davis, et al. v. Knauf Gips KG, et al.*, Case No. 09-3525 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 23. | *Donaldson, et al. v. Knauf Gips KG, et al.*, Case No. 09-2981 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 24. | *Donnelly, et al. v. Knauf Gips KG, et al.*, Case No. 09-3635 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 25. | *Evans, et al. v. Knauf Gips KG, et al.*, Case No. 09-4102 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 26. | *Fazande, et al. v. Knauf Gips KG, et al.*, Case No. 09-3479 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 27. | *Gardette, et al. v. Knauf Gips KG, et al.*, Case No. 09-6094 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 28. | *Gilberti, et al. v. Knauf Gips, KG, et al.*, Case No. 09-3136 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 29. | *Godwin, et al. v. Knauf Gips, KG, et al.*, Case No. 09-6525 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 30. | *Gritter, et al. v. Knauf Gips, KG, et al.*, Case No. 09-4273 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 31. | *Haindel, et al. v. Knauf Gips, KG, et al.*, Case No. 09-3157 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 32. | *Hernandez, et al. v. Knauf Gips KG, et al.*, Case No. 09-6103 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |

| 33. | *Hopper, et al. v. Knauf Gips KG, et al.*, Case No. 09-5830 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| --- | --- | --- |
| 34. | *Jarrell, et al. v. Knauf Gips KG, et al.*, Case No. 09-5828 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 35. | *Jaruzel, et al. v. Knauf Gips KG, et al.*, Case No. 09-3636 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 36. | *Joseph v. Knauf Gips KG, et al.*, Case No. 09-6088 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 37. | *Kokoszka, et al. v. Knauf Gips, KG, et al.*, No. 09-6841 (E.D.La.) | Rothchilt International LTD, a foreign corporation, USG Corporation; and L&W Supply (sometimes d/b/a Seacoast Supply) |
| 38. | *Kuykendall v. Knauf Gips KG, et al.*, Case No. 09-6089 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 39. | *LeBlanc, et al. Knauf Gips, KG, et al.*, Case No. 09-5946 (E.D.La.) | USG Corporation; L&W Supply Corporation d/b/a Seacoast Supply; Independent Builders Supply Association; Rothchilt International Ltd. |
| 40. | *Ledet, et al. v. Knauf Gips KG, et al.*, Case No. 09-4323 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 41. | *Legendre, et al. v. Knauf Gips KG, et al.*, Case No. 09-6753 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 42. | *Mai, et al. v. Knauf Gips KG, et al.* Case No. 09-3422 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 43. | *Mai, et al. v. Knauf Gips KG, et al.*, Case No. 09-3536 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |

| 44. | *Martin, et al. v. Knauf Gips KG, et al.*, Case No. 09-3425 (E.D.La. | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
|---|---|---|
| 45. | *Maykut, et al. v. Knauf Gips, KG, et al.*, Case No. 09-5944 (E.D.La.) | USG Corporation; L&W Supply Corporation d/b/a Seacoast Supply; Independent Builders Supply Association; Beijing New Building Material, PLC; Taishan Gypsum Co. Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., Rothchilt International Ltd. |
| 46. | *Mays, et al. v. Knauf Gips KG, et al.*, Case No. 09-3638 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 47. | *McCrary, et al. v. Knauf Gips KG, et al.*, Case No. 09-4154 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 48. | *Meyer, et al. v. Knauf Gips KG, et al.*, Case No. 09-3960 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 49. | *Mills v. Knauf Gips KG, et al.*, Case No. 09-6752 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 50. | *Mitchell, et al. v. Knauf Gips KG, et al.*, Case No. 09-3192 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 51. | *Moreau v. Knauf Gips, KG, et al.*, Case No. 09-4368 (E.D.La.) | Taishan Gypsum Co. ltd, f/k/a Shandong Taihe Dongxin; USG Corporation; L&W Supply Corporation d/b/a Seacoast Supply; Independent Builders Association, Inc.; Rothchilt International Limited |
| 52. | *Morlas v. Knauf Gips, KG, et al.*, Case No. 09-3265 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 53. | *Oliver, et al. v. Knauf Gips, KG, et al.*, Case No. 09-06509 (E.D.La.) | USG Corporation; L&W Supply Corporation d/b/a Seacoast Supply; Independent Builders Supply Association; Beijing New Building Material, PLC; Taishan Gypsum Co. Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., Rothchilt International Ltd. |

| 54. | *Panneton, et al. v. Knauf Gips KG, et al.*, Case No. 09-6526 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
|---|---|---|
| 55. | *Peres, et al. v. Knauf Gips KG, et al.*, Case No. 09-3961 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 56. | *Perez, et al. v. Knauf Gips KG, et al.*, Case No. 09-3384 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 57. | *Peyton, et al. v. Knauf Gips KG, et al.*, Case No. 09-3424 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 58. | *Roberts, et al. v. Knauf Gips KG, et al.*, Case No. 09-3127 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 59. | *Robinson, et al. v. Knauf Gips KG, et al.*, Case No. 09-3282 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 60. | *Serio v. Knauf Gips, KG, et al.*, Case No. 09-4148 (E.D.La.) | Knauf Gips, KG; Knauf Plasterboard Taishan Gypsum, Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.,; USG Corporation; L&W Supply Corporation d/b/a Seacoast Supply; Interior Exterior Building Supply, Independent Builders Supply Association, Inc.; Rothchilt International Limited |
| 61. | *Shelton, et al. v. Knauf Gips, KG, et al.*, Case No. 09-5943 (E.D.La.) | USG Corporation; L&W Supply Corporation d/b/a Seacoast Supply; Independent Builders Supply Association; Beijing New Building Material, PLC; Taishan Gypsum Co. Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., Rothchilt International Ltd. |
| 62. | *Simmons, et al. v. Knauf Gips KG, et al.*, Case No. 09-3639 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 63. | *Smith et al. v. Knauf Gips KG, et al.*, Case No. 09-6091 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |

| 64. | *St. Martin v. Knauf Gips KG, et al.*, Case No. 09-6084 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| --- | --- | --- |
| 65. | *Staub, et al. v. Knauf Gips KG, et al.*, Case No. 09-4100 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 66. | *Stayton v. Knauf Gips KG, et al.*, Case No. 09-3193 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 67. | *Van Winkle, et al. v. Knauf Gips, KG, et al.*, Case No. 09-4378 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 68. | *Vu, et al. v. Knauf Gips KG, et al.*, Case No. 09-3423 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 69. | *Wiltz, et al. v. Knauf Gips KG, et al.*, Case No. 09-3488 (E.D.La.) | Knauf Gips, KG; Knauf Plasterboard Tianjin Co. Ltd.; Taishan Gypsum, Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd..; USG Corporation; L&W Supply Corporation d/b/a Seacoast Supply; Interior Exterior Building Supply; Independent Builders Supply Association, Inc.; Rothchilt International Limited |
| 70. | *Young, et al. v. Knauf Gips, KG, et al.*, Case No. 09-5945 (E.D.La.) | USG Corporation; L&W Supply Corporation d/b/a Seacoast Supply; Independent Builders Supply Association; Beijing New Building Material, PLC; Taishan Gypsum Co. Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., Rothchilt International Ltd. |