UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

Upon consideration of the Plaintiffs' Steering Committee's Omnibus Motion to Dismiss Certain Defendants, Without Prejudice, under Fed.R.Civ.P. 41(a);

IT IS HEREBY ORDERED that said motion is GRANTED. In each of the cases set forth in Exhibit "A" to the PSC's Motion, the defendants that plaintiffs are seeking to have dismissed from those actions are hereby DISMISSED without prejudice.

New Orleans, Louisiana, this ___ day of _____, 2009.

_____
Eldon E. Fallon
United States District Court Judge

1