UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE WILKINSON |

.. : .. : .. : .. : .. : .. : .. : .. : .. : .. : .. : .. : .. : .. : .. : .. : .. : .. : .. :

**THIS DOCUMENT RELATES TO ALL CASES**

**<u>PRE-TRIAL ORDER # 18</u>**

It has come to the Court's attention that because of the unique position of homebuilders and installers involved in MDL 2047 as both plaintiffs and defendants, their interests are not adequately represented by either the Plaintiffs Liaison Counsel or the Defendants Liaison Counsel.  Accordingly, the Court hereby appoints Phillip A. Wittmann to be the Homebuilders and Installers Liaison Counsel.  The responsibilities of the Homebuilders and Installers Liaison Counsel shall be the following:

1. To serve as the recipient for all Court orders for and on behalf of all homebuilders and installers;

2. To coordinate service and filings for all homebuilders and installers whether presently included or subsequently added;

3. To receive and distribute pleadings, orders, and motions by overnight courier service and telecopier within two days after receipt, unless such service has been waived, in writing, by a receiving counsel (until some program for electronic service can be arranged and agreed upon);

4. To draft agendas for court conferences and periodically report to the Court

regarding the status of the case;

5.      To carry out such other duties as the Court may order.

New Orleans, Louisiana, this 4<u>th</u> day of November, 2009.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE