# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| TIMMOTHY PERRY, ET AL <br> Plaintiff <br> v. <br> KNAUF GIPS KG, LLC, ET AL <br> Defendant | ) <br> ) <br> ) <br> ) <br> ) | Civil Action No.   09-MD-2047 L(2) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
Sun Construction and Development, LLC


A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
David McMullian, Jr.
P.O. BOX 987
Lexington, MS 39095

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


LORETTA G. WHYTE
Name of clerk of court

Date:  September 28, 2009

Deputy clerk's signature


*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _SUNRISE CONSTRUCTION_ by:

(1) personally delivering a copy of each to the individual at this place, _JENNIFER SAWYER @ SUNRISE CONSTRUCTION_ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) _____

My fees are $ _252.40_ for travel and $ _35.00_ for services, for a total of $ _287.40_.

Date: _10-29-09_

_[signature]_
Server's signature

_William L. Barham - Process Server_
Printed name and title

_709 Upper Louisville Rd. · Lexington, MS 39095_
Server's address