# UNITED STATES DISTRICT COURT

EASTERN    District of    LOUISIANA

NEIL PIERSON, ET AL

**SUMMONS IN A CIVIL ACTION**

V.

HOME ONE HOMES, INC., ET AL

CASE NUMBER: 09-6658 L(2)

TO: (Name and address of Defendant)

INTERIOR EXTERIOR BUILDING SUPPLY, LLP
THROUGH ITS AGENT FOR SERVICE OF PROCESS:
CLAYTON C. GEARY
727 SOUTH CORTEZ STREET
NEW ORLEANS, LA 70119

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

HUGH P. LAMBERT (7933)
LAMBERT & NELSON, PLC
701 MAGAZINE STREET
NEW ORLEANS, LA 70130

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Loretta G. Whyte
Name of clerk of court

Date: __Nov 09 2009__

Deputy clerk's signature

| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
                Date                    *Signature of Server*

                                   _____
                                   *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.