UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID KESSLER and AMANDA KESSLER | * | CA NO.  09-6072 |
| | * | JUDGE ELDON E. FALLON |
| v. | * | MAG. JUDGE WILKINSON |
| GMI CONSTRUCTION, INC., ET AL | | |
| | * | IN RE: CHINESE-MANUFACTURED PRODUCTS |
| * * * * * * * * * * * | LIABILITY LITIGATION MDL No. 09-2047 (L) | |

**MOTION FOR LEAVE TO SUPPLEMENT HBW INSURANCE SERVICE'S RULE 12 MOTION TO DISMISS WITH THE AFFIDAVIT OF ALISON SHORT**

Plaintiff, HBW Insurance Services ("HBWIS"), moves this Honorable Court for leave to supplement the *Rule 12 Motion to Dismiss* filed by HBWIS with the signed and notarized *Affidavit of Alison Short*, referred to as Exhibit "A" in the *Memorandum in Support of its Rule 12 Motion to Dismiss*. At the time of filing, HBWIS was not in physical possession of a signed and notarized *Affidavit of Alison Short* and therefore attached a copy which had not been notarized to its memorandum. HBWIS has since obtained the signed and notarized affidavit and wishes to supplement the *Rule 12 Motion to Dismiss* with this original affidavit.

WHEREFORE, Plaintiff, HBW Insurance Services prays that this *Motion for Leave* be granted and that it be permitted to supplement the *Rule 12 Motion to Dismiss* with the attached *Affidavit of Allison Short*.

-1-

Respectfully Submitted,

/s/ Jay H. Kern
Daniel J. Caruso (03941)
Jay H. Kern (07345) (T.A.)
Douglass F. Wynne (32019)
Simon, Peragine, Smith & Redfearn, L.L.P.
1100 Poydras St., 30th Floor
New Orleans, LA 70163-3000
Telephone: (504) 569-2030

Attorneys for Defendant, HBW Insurance Services, L.L.C.

Original Signed Document on File with the Court

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing [DOCUMENT] has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this _____ day of _____, 2009.

/s/ Jay H. Kern
(Signature of Filing Attorney)

-2-