IN THE UNTIED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *MDL No.  09-2047<br>*<br>*JUDGE: FALLON<br>*<br>*MAGISTRATE: WILKINSON |

**************************************************************************

THIS DOCUMENT RELATES TO ALL CASES CONCERNING DEFENDANT MAYEAUX CONSTRUCTION, INC.

MAYEAUX CONSTRUCTION, INC.'S MOTION FOR LEAVE AND INCORPORATED MEMORANDUM IN SUPPORT TO FILE REPLY TO INTERIOR/EXTERIOR'S REPLY MEMORANDUM

MAY IT PLEASE THE COURT:

NOW COMES, through undersigned counsel, Defendant Mayeaux Construction, Inc. who moves this Honorable Court for an Order for Leave to file its Reply Memorandum in response to Interior/Exterior's Reply Memorandum, (rec. doc. 409-2) and in further **Opposition** to Interior/Exterior's Motion for Partial Summary Judgment as to the Recovery Available Against Good Faith Sellers Under Louisiana Law, (rec. doc. 292).

The Reply attached hereto, is essential to address issues of law applicable to Mayeaux Construction, Inc., as a Louisiana Builder, which issues have not been addressed by any party in this litigation other than Mayeaux, in its original opposition (rec. doc. 360) to Interior/Exterior's motion for partial summary judgment.  Further, Mayeaux Construction, Inc. was not contacted by Interior/Exterior prior to Interior/Exterior's filing of reply memorandum, (rec. doc. 409-2) and therefore must take this opportunity to have its position presented to this Honorable Court.

1

For the foregoing reasons, Mayeaux Construction, Inc. prays that it be allowed to file its Reply to Interior/Exterior's Reply Memorandum.

This 9th day of November, 2009

        RESPECTFULLY SUBMITTED:
        SHARON B. KYLE, A.P.L.C.


        SHARON B. KYLE (La Bar Roll # 25437)
        NANCY A. RICHEAUX (La Bar Roll # 29397)
        STEVEN K. SCHILLING (La Bar Roll # 27635)
        4960 Bluebonnet Blvd., Ste. A
        Baton Rouge, Louisiana 70809
        Telephone: 225/293-8400
        Facsimile: 225/291-9501

        Attorneys for Mayeaux Construction, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Opposition has been served on Plaintiffs' Liaision Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of November, 2009.

_____
STEVEN K. SCHILLING

2