IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TIMOTHY PERRY AND | * | MDL DOCKET NO. 2047 |
| TRACEY PERREY | * | |
| | * | |
| PLAINTIFFS | * | |
| | * | Judge Eldon E. Fallon |
| | * | |
| V. | * | Magistrate Judge Joseph C. Wilkerson, Jr. |
| KNAUF GIPS KG; | * | |
| KNAUF PLASTERBOARD | * | Section L |
| TIANJIN COMPANY, LTD | * | |
| SUN CONSTRUCTION, LLC | * | |
| SUNRISE CONSTRUCTION, LLC | * | |
| FICTITIOUS DEFENDANTS A-Z | * | |
| DEFENDANTS | * | |

Case No. 2:09cv5500 L/2

## EXPARTE MOTION AND ORDER FOR LEAVE TO FILE SUN CONTRUCTION, L.L.C'S MOTION FOR SUMAMRY JUDGMENT PURSUANT TO RULE 56

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Sun Construction, LLC, who respectfully represents:

1.      This Court imposed a Stay of motion practice until further order in Pre-Trial Order No.1.

2.    Sun Construction, LLC respectfully request this Honorable Court lift the stay to allow

Sun Construction, LLC to file its Motion for Summary Judgment pursuant to FRCP

Rule 56.

**WHEREFORE**, Sun Construction, LLC moves this court for an Order lifting the Stay

currently in effect, to allow Sun Construction, LLC to file the attached Motion for Summary

Judgment.

**Respectfully submitted,**

**COUHIG PARTNERS, L.L.C.**

BY:

DAVID C. LOEB (LA Bar No. 8660)
LISA L. MAHER (LA Bar No. 21326)
643 MAGAZINE STREET, SUITE 300
NEW ORLEANS, LA 70130
Telephone 504-588-1288
Facsimile 504-588-9750
dloeb@couhigpartners.com
maherl@couhigpartners.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Exparte Motion and Order for Leave to File Sun

Construction, LLC's Motion for Summary Judgment Pursuant to FRCP Rule 56 has been served

on Plaintiffs' Liaison Counsel, Russ Hermann at Drywall@hhkc.com, and Defendants' Liaison

Counsel, Kerry Miller at Kmiller@frilot.com, and Homebuilder Sterring Committees' Counsel

Hilarie Bass and Phillip A. Wittmann at pwittman@stonepigman.com and upon all parties by

electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order

No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on the 10th day of November, 2009.

DAVID C. LOEB