IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TIMOTHY PERRY AND<br>TRACEY PERREY | * <br> * <br> * | MDL DOCKET NO. 2047 |
| PLAINTIFFS | * <br> * <br> * | Judge Eldon E. Fallon |
| V.<br>KNAUF GIPS KG;<br>KNAUF PLASTERBOARD<br>TIANJIN COMPANY, LTD<br>SUN CONSTRUCTION, LLC<br>SUNRISE CONSTRUCTION, LLC<br>FICTITIOUS DEFENDANTS A-Z<br>DEFENDANTS | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | Magistrate Judge Joseph C. Wilkerson, Jr.<br><br>Section L |

Case No. 2:09cv5500 L/2

### ORDER

Considering the foregoing Exparte Motion for Leave to file Motion for Summary Judgment:

IT IS HEREBY ORDERED that the Stay imposed by Pre-Trial Order No. 1 be and is hereby lifted to allow Sun Construction, LLC to file it's Motion for Summary Judgment.

**NEW ORLEANS, LOUISIANA, this** _____**day of** _____ **2009**

_____
**DISTRICT JUDGE**