IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TIMOTHY PERRY AND<br>TRACEY PERREY | * * * | MDL DOCKET NO. 2047 |
| PLAINTIFFS | * * | |
| | * | Judge Eldon E. Fallon |
| V.<br>KNAUF GIPS KG;<br>KNAUF PLASTERBOARD<br>TIANJIN COMPANY, LTD<br>SUN CONSTRUCTION, LLC<br>SUNRISE CONSTRUCTION, LLC<br>FICTITIOUS DEFENDANTS A-Z<br>DEFENDANTS | * * * * * * * * * | Magistrate Judge Joseph C. Wilkerson, Jr.<br><br>Section L |

Case No. 2:09cv5500 L/2

## SUN CONSTRUCTION, LLC'S
## MOTION FOR SUMMARY JUDGMENT PURSUANT TO FRCP RULE 56

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Sun Construction, LLC, a Louisiana Limited Liability Corporation, which moves the Court to grant this summary judgment dismissing this matter on the grounds that the parties have contracted for binding arbitration.

Respectfully submitted,

COUHIG PARTNERS, L.L.C.

BY: _____
DAVID C. LOEB (LA Bar No. 8660)
LISA L. MAHER (LA Bar No. 21326)
643 MAGAZINE STREET, SUITE 300
NEW ORLEANS, LA 70130
Telephone 504-588-1288
Facsimile 504-588-9750
dloeb@couhigpartners.com
maherl@couhigpartners.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Sun Construction, LLC's Motion for Summary Judgment Pursuant to FRCP Rule 56 has been served on Plaintiffs' Liaison Counsel, Russ Hermann at Drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at Kmiller@frilot.com, and Homebuilder Sterring Committees' Counsel Hilarie Bass and Phillip A. Wittmann at pwittman@stonepigman.com and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on the 10th day of November, 2009.

_____
DAVID C. LOEB