# SUNRISE HOMES PURCHASE CONTRACT

_Sun Construction LLC_ d/b/a SUNRISE HOMES, hereinafter called "SELLER" and _Timothy C. and Tracy Perry_ hereinafter called "BUYER" agree as follows: SELLER agrees to sell and BUYER agrees to buy the property located in _Wind Lake_ Subdivision designated as Lot _163_ Phase _14_, more commonly known as (Address) _15190 Westin Cove pl._, _Gulfport_, Mississippi, _39503_, together with all improvements thereon, or to be erected thereon, including House Type _Stanton_, Elevation _k_ in accordance with plans and specifications prepared by SELLER. Said house has been or will be built under the observations and/or inspections of the applicable state and/or local governing authorities, and in accordance with the performance guidelines established by Bonded Builders Home Warranty Association and the National Home Warranty Association residential construction performance guidelines. BUYER agrees to purchase the above property, for the sum of _Two Hundred Thirty-Three Thousand Four Hundred Fifty_ DOLLARS $ _233,450.00_. As a further condition of this sale, the BUYER agrees to pay for all costs incident to closing this transaction which costs include, but are not limited to, credit report, title examination and insurance, fire and extended coverage insurance, appraisal fee, pro-rated Home Owners Association fees, inspection fees, notarial costs and fees (including certificates in the name of the BUYER), preparation and execution of sale and mortgage, recordation, proration of taxes, interest from closing date to first day of following month, and/or such other closing costs as may be required by or approved by the applicable aforementioned Federal Agency or conventional lender.

Within 14 calendar days after the date of this Purchase Contract, BUYER shall make good faith application for a loan in the amount of $ _To be determined_ for a term of _30_ years. The proceeds of the loan will be applied against the purchase price of the property. The balance of the purchase price and the closing costs due by BUYER will be paid in cash by BUYER at the time of closing. BUYER warrants that he/she/they now have $ _To be determined_ cash for the necessary down payment and closing costs.

BUYER may cancel this Purchase Contract for any reason within 14 calendar days after the date of this Purchase Contract and receive a return of the Deposit in full. BUYER may also cancel this Purchase Contract within the first 30 days if BUYER is unable to obtain final loan approval, in which event SELLER will return BUYER'S Deposit, minus the sum of $250, which will be retained by SELLER to cover SELLER'S costs and expenses incurred in processing this transaction. If BUYER cancels this Purchase Contract after the first 30 days for any reason other than SELLER'S default, then the Deposit will be forfeited in full as liquidated damages.

If BUYER fails to comply with this Purchase Contract, SELLER may cancel this Purchase Contract and retain the Deposit (not to exceed $3,000) in full as liquidated damages, in which event SELLER shall have the right to re-offer the property for sale free and clear of this Purchase Contract. If SELLER fails to comply with this Purchase Contract for any reason, this Purchase Contract shall be deemed cancelled, and the SELLER shall return BUYER'S deposit (not to exceed $3,000) and any other payments in full. These shall be the sole and exclusive rights and remedies of BUYER and SELLER in the event of a default. BUYER and SELLER waive all other rights and remedies as a result of a default.

BUYER or SELLER shall have the right to cancel this Purchase Agreement in the event construction is delayed or the property contracted for herein is damaged as a result of an Act of God or by a natural disaster. Either party shall notify the other of the intent to cancel in writing. Cancellation pursuant to this provision shall not be considered a breach of the terms of this Purchase Agreement by either BUYER or SELLER.

BUYER has deposited $ _3,000.00_ to be applied to the sum of the purchase price, closing costs and down payment.

The purchase price above includes the following additions and/or conditions: _Upgrades: flooring, home theater pre-wire, Insulation package, Security system, whirlpool_

The home to be purchased pursuant to this Purchase Contract will be covered by the New Home Warranty Act, a copy of which is provided to BUYER. No other warranty has been or will be given by the SELLER.

The BUYER acknowledges that he/she/they have inspected the lot to be purchased, that the lot is acceptable, and that after the sale, BUYER shall be solely responsible for maintaining the drainage pattern on the lot and for the prevention of erosion.

The SELLER'S warranty shall exclude loss or damage to a home caused by any "fungus(es)" or "spore(s)" or any substance, vapor or gas produced by or arising out of any fungus(es) or spore(s) or any material, product, building component, building or structure that contains, harbors, nurtures or acts as a medium for any fungus(es) or spore(s). Fungus(es) includes, but is not limited to, any form or type of mold, mushroom or mildew. Spore(s) means any reproductive body produced by or arising out of any fungus(es).

All subdivision improvements are included in the purchase price and have been or will be installed in accordance with plans and specifications approved by and on file with the local governing agency.

Subject to any delays beyond the control of SELLER, such as inclement weather or other adverse working conditions, fire or other casualty, riots, strikes or other acts of workmen and/or subcontractors, material delivery days or on account of any acts of God or natural disasters, the above building improvements shall be completed on or before 180 days from the date of acceptance of this contract.

The real estate taxes are to be prorated between BUYER and SELLER as of the date of closing. BUYER shall assume all assessments for municipal improvements, which become a lien after the date of closing.

BUYER shall be delivered possession of the property at the Act of Sale. Act of Sale to be passed within three days after completion of improvements and receipt by SELLER of an Occupancy Certificate unless otherwise extended by written agreement between the parties.

BUYER agrees to take title of said property within three (3) working days upon notification of scheduled closing, verbally or in writing, by SELLER or Lending Institution. Act of Sale to be passed by Julien K. Byrne, III, Notary Public, (228) 452-9408. If BUYER fails to take title to said property as a result of not obtaining loan approval, SELLER shall have the right to retain BUYER'S deposit and re-offer the property for sale.

If the above offer of BUYER is not accepted within thirty (30) days from the date hereof, deposit is to be refunded to BUYER without any cost or obligation.

If any dispute or difference shall arise between BUYER and SELLER with respect to any matter or thing arising out of, or in any way relating to this Contract, such difference or dispute shall, immediately after it has arisen, be referred for final and binding determination to Maps Professional Systems, Inc. a recognized arbitration expert. If that entity is unable to serve, another expert mutually acceptable to both parties shall be named. The decision of the expert shall be final and conclusive as to matters referred to him, provided the decision is rendered in writing within the time specified on the Request of Dispute Resolution. Costs and charges attending such reference shall be paid by the losing party. This agreement for settlement of disputes shall be the sole method for dispute resolution. The decision of the expert as to specific performance and/or damages shall be final and judgment may be entered upon it in accordance with applicable law.

It is expressly agreed that all terms and conditions are included herein or made a written part of this contract by means of an addendum to this contract and there have been no verbal agreements of any kind. Verbal agreements or promises made by anyone (including subcontractors) are not binding on the SELLER.

Dated this _9th_ day of _April_, 200_6_, _Gulfport_, Mississippi.

I acknowledge receipt of the deposit of

$ _3,000.00_

BUYER(S)

X _[signature]_

X _Tracy Perry_

_Margaret D. Compton_
SALES ASSOCIATE

We accept the above offer, subject to the terms and conditions set forth above.

_[signature]_     _4-19-06_
SELLER (FOR SUNRISE HOMES)     (DATE)