| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br><br>SECTION L |
| This document relates to: | |
| JASON KOKOSZKA and HEATHER KOKOSZKA<br>v.<br>KNAUF GIPS KG, a German Corporation, et al | JUDGE FALLON<br><br>MAGISTRATE JUDGE WILKINSON |
| *Docket No. 2:09-cv-06841-EEF-JCW* | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW COMES Shelly A. Sanford, Alex Barlow and the firm of Sanford Barlow LLP, Attorney at Law, attorney of record for plaintiffs, Jason Kokoszka and Heather Kokoszka, and files this Motion for an Order allowing withdrawal of Shelly A. Sanford, Alex Barlow and the firm of Sanford Barlow LLP as attorney of record for plaintiffs, leaving George R. Irvine, III, Stone, and the firm of Granade & Crosby, P.C., R. Tucker Yance and the firm of Yance Law Firm, LLC as attorneys of record for plaintiffs.

Respectfully submitted this 11th day of November, 2009.

/s/ Shelly A. Sanford
Shelly A. Sanford
Federal Bar No. 19105
Texas Bar No. 00784904
**SANFORD BARLOW LLP**
1500 McGowen, Suite 250
Houston, Texas 77004
Tel: 713-524-6677
Fax: 713-524-6611

/s/ Alex Barlow
Alex Barlow
Federal Bar No. 636713
Texas Bar No. 24006798
**SANFORD BARLOW LLP**
1500 McGowen, Suite 250
Houston, Texas 77004
Tel: 713-524-6677
Fax: 713-524-6611

    /s/ George R. Irvine III
GEORGE R. IRVINE, III  (IRVIG4725)
**STONE, GRANADE & CROSBY, P.C.**
7133 Stone Drive
Daphne, Alabama 36526
Tel: 251-626-6696
Fax: 251-626-2617

    /s/ R. Tucker Yance
R. TUCKER YANCE (YANCR9775)
**YANCE LAW FIRM, LLC**
169 Dauphin Street suite 318
Mobile, AL  36602
Tel: 251- 432-8003
Fax: 251- 432-8009

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047<br><br>SECTION L |
| This document relates to: | * * | |
| JASON KOKOSZKA and HEATHER KOKOSZKA<br>v.<br>KNAUF GIPS KG, a German Corporation, et al | * * * * * * | JUDGE FALLON<br><br>MAGISTRATE JUDGE WILKINSON |
| *Docket No. 2:09-cv-06841-EEF-JCW* | * | |

*********************************************

## ORDER GRANTING WITHDRAWAL AS COUNSEL OF RECORD

This matter came before the Court on the Motion to Withdraw As Counsel of Record of the plaintiffs Jason Kokoszka and Heather Kokoszka, in the above civil action. The Court, having considered the Motion and noting the agreement of all law firms, finds that the Motion is well taken and should be granted.

It is ORDERED AND ADJUDGED that the Motion to Withdraw As Counsel of Record on behalf of plaintiffs is hereby granted and that Shelly A. Sanford, Alex Barlow and the firm of Sanford Barlow LLP, Attorneys at Law, are hereby discharged from their obligations of representation in this case and relieved of any further appearance in this case on behalf of plaintiffs. The Court further ORDERS that George R. Irvine, III, Stone, and the firm of Granade & Crosby, P.C., R. Tucker Yance and the firm of Yance Law Firm, LLC are hereby left as counsel of record for the plaintiffs as of the date of this Order.

It is ORDERED this ___ day of November, 2009.

_____
HONORABLE JUDGE

**AGREED AND APPROVED:**

__/s/ Shelly A. Sanford__
Shelly A. Sanford
Federal Bar No. 19105
Texas Bar No. 00784904
**SANFORD BARLOW LLP**
1500 McGowen, Suite 250
Houston, Texas 77004
Tel: 713-524-6677
Fax: 713-524-6611

__/s/ Alex Barlow__
Alex Barlow
Federal Bar No. 636713
Texas Bar No. 24006798
**SANFORD BARLOW LLP**
1500 McGowen, Suite 250
Houston, Texas 77004
Tel: 713-524-6677
Fax: 713-524-6611

__/s/ George R. Irvine III__
GEORGE R. IRVINE, III  (IRVIG4725)
**STONE, GRANADE & CROSBY, P.C.**
7133 Stone Drive
Daphne, Alabama 36526
Tel: 251-626-6696
Fax: 251-626-2617

__/s/ R. Tucker Yance__
R. TUCKER YANCE (YANCR9775)
**YANCE LAW FIRM, LLC**
169 Dauphin Street suite 318
Mobile, AL  36602
Tel: 251- 432-8003
Fax: 251- 432-8009