| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047<br><br>SECTION L |
| This document relates to: | * * | |
| JASON KOKOSZKA and HEATHER KOKOSZKA v. KNAUF GIPS KG, a German Corporation, et al | * * * * * * | JUDGE FALLON<br><br>MAGISTRATE JUDGE WILKINSON |
| *Docket No. 2:09-cv-06841-EEF-JCW* | * | |

***************************************************

## ORDER GRANTING WITHDRAWAL AS COUNSEL OF RECORD

This matter came before the Court on the Motion to Withdraw As Counsel of Record of the plaintiffs Jason Kokoszka and Heather Kokoszka, in the above civil action. The Court, having considered the Motion and noting the agreement of all law firms, finds that the Motion is well taken and should be granted.

It is ORDERED AND ADJUDGED that the Motion to Withdraw As Counsel of Record on behalf of plaintiffs is hereby granted and that Shelly A. Sanford, Alex Barlow and the firm of Sanford Barlow LLP, Attorneys at Law, are hereby discharged from their obligations of representation in this case and relieved of any further appearance in this case on behalf of plaintiffs. The Court further ORDERS that George R. Irvine, III, Stone, and the firm of Granade & Crosby, P.C., R. Tucker Yance and the firm of Yance Law Firm, LLC are hereby left as counsel of record for the plaintiffs as of the date of this Order.

It is ORDERED this ___ day of November, 2009.

_____
HONORABLE JUDGE