# Exhibit A

**INSTALLERS / CONTRACTORS**
All County Drywall Service, Inc.
B & B Stucco
Design Drywall of S. Florida
Florida Style Services, Inc.
Harrell's Drywall
McCoy Drywall
Northeast Drywall Company
Ocean Construction
Rightway Drywall, Inc.
Porter-Blaine Corp.


**BUILDERS**
Beazer Homes Corp.
Centerline Homes, Inc.
Harbor Walk Development, LLC
LA Homes and Properties, LLC
Lennar Corporation
Lennar Homes, LLC f/k/a Lennar Homes Inc.
Lumar Builders, Inc.
M/I Homes, Inc.
Mayeaux Construction, Inc.
Northstar Homes, Inc.
Southern Star Homes
Sunrise Homes
Taylor Morrison Services, Inc. d/b/a Morrison Homes
The Mitchell Company, Inc.
Treasure Coast Homes, LLC
Keys Gate Realty
Taylor Woodrow Communities at Vasari, LLC
South Kendall Construction Corp.
WCI Communities, Inc.
Laporte Family Properties LLC
Northstar Holdings, Inc.
US Home Corporation

**IMPORTERS/ EXPORTERS/ BROKERS**

La Suprema Enterprise, Inc.
La Suprema Trading, Inc.

**DISTRIBUTORS/ SUPPLIERS/ RETAILERS**

Gulfeagle Supply
Black Bear Gypsum Supply, Inc.
Smokey Mountain Materials, Inc. d/b/a Emerald Coast Building Materials
Buildling Materials Wholesale, Inc.
Banner Supply Co.
Independent Builders Supply Association, Inc.
Interior/ Exterior Building Supply, LP
Lowe's Home Center, Inc.
Mazer Super Discount Store
Venture Supply, Inc.
ATCO Int. Corp.
Pro Build Holdings, Inc. f/k/a Rosen Building Supplies
Rothchilt International Limited
Beijing New Building Material Public Limited Company
Beihing New Building Materials Group Co., Ltd.
Gebr Knauf Verwaltungsgesellschaft
Knauf Gips KG
Knauf Plasterboard Dongguan Co., Ltd.
Knauf Plasterboard Tianjin Co., Ltd.
Knauf Plasterboard Wuhu Anhui Co. Ltd.
Knauf Plasterboard Wuhu Co. Ltd.
Knauf Plasterboard Guandong Co. Ltd.
Pingyi Zhongxing Paper Faced Plasterboard Co. Ltd. f/k/a Shandong Chenxiang
Taishan Gypsum Co. Ltd. f/d/a Shandong Taihe Dongxin Co. Ltd.