# Exhibit C

CHINESE DRYWALL
DEFENDANT PRODUCTION
(Only 15 Defendants Have Produced Documents as of 11/11/2009)

| Defendant | Defense Counsel | Pleading Response | Date of Pleading | Privilege Log | Date Privilege Log Recvd | Date Docs Received | No. of pages produced | No. of documents produced | Format of Production | ESI |
|---|---|---|---|---|---|---|---|---|---|---|
| Banner Supply | Jan Douglas Atlas & Jeffery Backman | Yes | 10/16/2009 | No | | 10/22/2009 | 7,318 | 1,569 | zip file of PDF's | No |
| Black Bear Gypsum | Helaine Goodner, Edward Briscoe & Michelle Krone | Yes | 10/13/2009 | No | | 10/13/2009 | 411 | 1 | CD | No |
| Independent Builders Supply Assoc. | Carlina Eiselen & Jeffrey Green | Yes | 10/16/2009 | No | | 10/19/2009 and 10/20/2009 | Not Bates labeled 10/20/09 1-375 | 7  375 | Hard Copy without Bates  Hard copy with bates | Limited because computer crashed |
| Interior/Exterior | Chris Aubert, David Gold, Michael Drew, Richard Duplantier, Lambert Hassinger & Raul Loredo | Yes | 11/2/2009 | No | | 11/2/2009 | 33,426 | 16,421 | 2 CD's | |
| Knauf Tianjin | | Yes | 10/14/2009 | No | | 10/15/2009 | 2,665 | 59 | CD of PDF Documents | No |
| Knauf Wuhu | | Yes | 10/14/2009 | No | | 10/15/2009 | 5 | 5 | Electronic | No |
| L&W Supply/U.S. Gypsum | Susan Cole & David Conner | Yes | 10/15/2009 | No | | 10/15/2009 | 20540 10,240 | 4950 3,781 | Electronic - Electronic-TIF images and OCR but no load file | No |
| La Suprema | Steve Blirnston, Eduardo Rasco & Michael Feldman | Yes | | No | | | 4,822 | 4,241 | Electronic | No |
| Lennar | Joshua Alhalel, Mark Salky & Timothy Kolaya | Yes | 10/13/2009 | No | | 10/20/2009 | 674 2,466 | 70 15 | Electronic CD containing PDF's and various unknown file formats (.tbl, .fmt) | No |
| Mazer Super Discount Stores | Michael Jackson | Yes | 10/15/2009 | Yes | 11/10/2009 | 11/2/2009 | 913 | 7 | Electronic; Product Photos and Storage Video | No |
| M/I Homes | Jaret Fuente & Suzanne Richards | Yes | 10/14/2009 | No | | 11/3/2009 | 642 | 45 | CD | |
| Smoky Mountain Materials, Inc. | Edward Briscoe, Donald Hardeman & Elizabeth Ferry | Yes | 10/13/2009 | No | | 10/13/2009 | 372 | 1 | CD | No |

CHINESE DRYWALL
DEFENDANT PRODUCTION
(Only 15 Defendants Have Produced Documents as of 11/11/2009)

| Defendant | Defense Counsel | Pleading Response | Date of Pleading | Privilege Log | Date Privilege Log Recvd | Date Docs Received | No. of pages produced | No. of documents produced | Format of Production | ESI |
|---|---|---|---|---|---|---|---|---|---|---|
| South Kendall Construction Co. | James Flannigan | Yes | 10/7/2009 | Yes | 10/7/2009 | 10/7/2009 | 1,183 | 5 | PDF | No |
| Taylor Morrison | Mark Romance, Stephen Walker & Neal Sivyer | Yes | 10/13/2009 | No | | 10/19/2009 and 11/5/2009 | 3,805 1,263 | 6 images | Electronic production in summation format w/OCR | No |
| Venture Supply & Porter Blaine | | Yes | 6/26/2009 | No | | 10/20/2009 | | | | No |