# Exhibit H





13550 Reflections Parkway, #5-504 • Fort Myers, Fl 33907
Phone: (239) 482-1412 • Fax: (239) 482-1290

November 1, 2009

Mr. Jordan Chaikin
Parker, Waichman & Alonso, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134

Ref:  Craig Hasselschwert
      8499 Chase Preserve
      Naples, FL 34113

Dear Jordan,

Attached is a copy of the Chinese Drywall Inspection Report for the above referenced location conducted on 10/27/09

Based upon our inspection, this location appears to have "MADE IN CHINA C36 STANDARD".

There are visual indications of contaminated drywall.

Please contact our office with any questions.

Thank you for allowing Air Quality to be of service.

Regards,


Bob Swanson
Air Quality Service



13550 Reflections Parkway, #5-504 • Fort Myers, Fl 33907
Phone: (239) 482-1412 • Fax: (239) 482-1290

# Chinese Drywall Inspection Report

**Customer:** Craig Hasselschwert      **Date Conducted:** 10/27/2009
**Investigator(s):** Ryan Richardson

| Location of Investigation | |
|---|---|
| Street: 8499 Chase Preserve<br>City: Naples<br>State/Zip: 34113<br>Customer Phone<br>Type of Building: Duplex | Builder: **Curtis Lee Wimberly**<br>Year home was built: **Unknown**<br>A/C replaced: **Unknown** |

## Outside Temp/Humidity Readings

|  | Outside |  |  |  |  |  |
|---|---|---|---|---|---|---|
| Temp | 88.3° |  |  |  |  |  |
| Humidity | 66% |  |  |  |  |  |

General Comments:
1. Concerned about possible presence of contaminated drywall.
2. Property was occupied at time of inspection.

Visual Investigation Comments:

**A/C System #1**
1. Temp **85.2°**  Humidity **65.1 %**
2. Sulfur odor detected:          YES __X__   NO ____
3. System is operational:         YES __X__   NO ____
4. HVAC is located in the: **Garage**
5. HVAC was built / installed in: **8-7-2007**
6. Blackening corrosion on evaporator coil: YES __X__  NO ____  Picture #90
7. Blackening corrosion on blower motor:    YES ____   NO __X__ Picture #91
8. Blackening corrosion on copper tubing:   YES __X__  NO ____  Picture #90
9. Blackening corrosion on copper wiring:   YES ____   NO __X__ Picture #92
10. Blackening corrosion on freon pipe:     YES __X__  NO ____  Picture #93

**Comments**
1. Brand: Carrier

**Circuit Panel**
1. Temp **85.2°** Humidity **65.1%**
2. Sulfur odor detected:          YES __X__   NO ____
3. Circuit panel is located in: garage
4. Blackening corrosion on copper wiring:  YES ____   NO __X__ Picture #101

**General**
1. Label on back of drywall: **Appears to be "MADE IN CHINA C36 STANDARD"** – guest bedroom. Unable to cut enough holes to get complete picture.
2. Blackening corrosion on copper water pipes: YES ____ NO ____ Not Insp.
3. Well Water:                    YES ____   NO __X__
4. Sulfur Filter Installed:       YES ____   NO __X__



13550 Reflections Parkway, #5-504 • Fort Myers, Fl 33907
Phone: (239) 482-1412 • Fax: (239) 482-1290

**Kitchen**
1. Temp **82.4°** Humidity **52.7%**
2. Sulfur odor detected:                              YES __**X**__  NO ____
3. Refrigerator copper pipe /tubing corroding: YES __**X**__  NO ____  **Picture #94-95**
4. Faucets / drains corroding:                       YES ____  NO __**X**__  **Picture #96**
5. Blackening corrosion on shut off valves:    YES __**X**__  NO____  **Picture #97**
6. Blackening corrosion on wiring outlet box: YES__**X**__  NO ____  Location: **Left of stove (Picture #98)**
7. Blackening corrosion on wiring light switch: YES____  NO _N/A___  **Not Insp.**

**Comments**
1

**Laundry Room**
1. Temp **84.9°** Humidity **57.6%**
2. Sulfur odor detected:                              YES __**X**__  NO ____
3. Faucets / drains corroding:                       YES ____  NO __**X**__  **Picture #99**
4. Blackening corrosion on shut off valves:    YES ____  NO __**X**__  **Picture #99**
5. Blackening corrosion on dryer power cord: YES __**X**__  NO ____  **Picture #100**
6. Blackening corrosion on wiring outlet box: YES____  NO ____  **N/A**
7. Blackening corrosion on wiring light switch: YES____  NO ____  **N/A**

**Comments**
1. N/A

**Master Bathroom**
1. Temp **83.3°** Humidity **60.5%**
2. Sulfur odor detected:                              YES __**X**__  NO ____
3. Faucets / drains corroding:                       YES ____  NO __**X**__  **Picture #112**
4. Blackening corrosion on shut off valves:    YES __**X**__  NO____  **Picture # 113**
5. Shower / bathtub fixtures corroding:          YES ____  NO __**X**__  **Picture # 114**
6. Blackening corrosion on wiring outlet box: YES____  NO __**X**__  Location: **Left of sink (Picture #115)**
7. Blackening corrosion on wiring light switch: YES____  NO ____  **Not Insp.**
8. Darkening on main mirror edges:              YES __**X**__  NO ____  **Picture #116**
9. Mirror clarity degrading on main mirror:     YES ____  NO __**X**__  **Picture #116**
10. Darkening on medicine mirror edges:       YES ____  NO ____  **N/A**
11. Mirror clarity degrading on medicine mirror: YES ____  NO ____  **N/A**
12. Corrosion on vanity light fixture:              YES ____  NO ____  **N/A**

**Guest Bathroom #1 – First Floor**
1. Temp **82.9°** Humidity **55.6%**
2. Sulfur odor detected:                              YES __**X**__  NO ____
3. Faucets / drains corroding:                       YES __**X**__  NO ____  **Picture #102**
4. Blackening corrosion on shut off valves:    YES __**X**__  NO____  **Picture #103**
5. Shower / bathtub fixtures corroding:          YES __**X**__  NO ____  **Picture # 104**
6. Blackening corrosion on wiring outlet box: YES__**X**__  NO ____  Location: **Left of sink (Picture #105)**
7. Blackening corrosion on wiring light switch: YES____  NO ____  **Not Insp.**
8. Darkening on main mirror edges:              YES __**X**__  NO ____  **Picture #106**
9. Mirror clarity degrading on main mirror:     YES ____  NO __**X**__  **Picture #106**
10. Darkening on medicine mirror edges:       YES ____  NO ____  **N/A**
11. Mirror clarity degrading on medicine mirror: YES ____  NO ____  **N/A**
12. Corrosion on vanity light fixture:              YES ____  NO ____  **N/A**



13550 Reflections Parkway, #5-504 • Fort Myers, Fl 33907
Phone: (239) 482-1412 • Fax: (239) 482-1290

**Comments**
1. N/A

**Guest Bathroom #2 – Second Floor**
1. Temp **82.7°** Humidity **59%**
2. Sulfur odor detected:                          YES ____    NO __**X**__
3. Faucets / drains corroding:                    YES __**X**__ NO ____    Picture **#107**
4. Blackening corrosion on shut off valves:       YES ____    NO __**X**__  Picture **#108**
5. Shower / bathtub fixtures corroding:           YES __**X**__ NO ____    Picture **# 109**
6. Blackening corrosion on wiring outlet box:     YES ____    NO __**X**__  Location: **Right** of sink (Picture #110)
7. Blackening corrosion on wiring light switch:   YES ____    NO ____    **Not Insp.**
8. Darkening on main mirror edges:                YES __**X**__ NO ____    Picture **#111**
9. Mirror clarity degrading on main mirror:       YES __**X**__ NO ____
10. Darkening on medicine mirror edges:           YES ____    NO ____    **N/A**
11. Mirror clarity degrading on medicine mirror:  YES ____    NO ____    **N/A**
12. Corrosion on vanity light fixture:            YES ____    NO ____    **N/A**

**Comments**
1. N/A

**Master Bedroom**
1. Temp **83.6°** Humidity **55.3%**
2. Sulfur odor detected:                          YES __**X**__ NO ____
3. Blackening corrosion on wiring outlet box:     YES __**X**__ NO ____    Location: **Far wall** (Picture # 117)
4. Blackening corrosion on wiring light switch:   YES ____    NO ____    **Not Insp.**
5. Darkening on mirror edges:                     YES ____    NO __**X**__  Picture **#118**
6. Mirror clarity degrading on:                   YES ____    NO __**X**__
7. Blackening corrosion on speaker wires:         YES ____    NO ____    **N/A**
8. Blackening corrosion on T.V. Cable:            YES ____    NO ____    **N/A**

**Comments**
1. N/A

**Guest Bedroom #1**
1. Temp **82.7°** Humidity **58.2%**
2. Sulfur odor detected:                          YES __**X**__ NO ____
3. Blackening corrosion on wiring outlet box:     YES __**X**__ NO ____    Location: **Right** of door (Picture #119)
4. Blackening corrosion on wiring light switch:   YES ____    NO ____    **N/A**
5. Darkening on mirror edges:                     YES ____    NO __**X**__  Picture **#120**
6. Mirror clarity degrading on:                   YES ____    NO __**X**__
7. Blackening corrosion on speaker wires:         YES ____    NO ____    **N/A**
8. Blackening corrosion on T.V. Cable:            YES ____    NO ____    **N/A**

**Comments**
1. N/A

**Guest Bedroom #2**
1. Temp **80.9°** Humidity **56.9%**
2. Sulfur odor detected:                          YES __**X**__ NO ____
3. Blackening corrosion on wiring outlet box:     YES __**X**__ NO ____    Location: **Right of door (Picture #121)**
4. Blackening corrosion on wiring light switch:   YES ____    NO ____    **N/A**
5. Darkening on mirror edges:                     YES ____    NO ____    **N/A**
6. Mirror clarity degrading on:                   YES ____    NO ____    **N/A**



13550 Reflections Parkway, #5-504 • Fort Myers, Fl 33907
Phone: (239) 482-1412 • Fax: (239) 482-1290

|   |   |
|---|---|
| 7. Blackening corrosion on speaker wires: | YES____ NO____ **N/A** |
| 8. Blackening corrosion on T.V. Cable: | YES____ NO____ **N/A** |

**Comments**
1. N/A.

**Great Room**
1. Temp **81.6°** Humidity **56.6%**
2. Sulfur odor detected:      YES __X__ NO ____
3. Blackening corrosion on wiring outlet box:    YES __X__ NO____ Location: **Right of door (Picture #121)**
4. Blackening corrosion on wiring light switch:    YES____ NO____ **Not Insp.**
5. Darkening on mirror edges:    YES____ NO __X__ **Picture #122**
6. Mirror clarity degrading on:    YES____ NO __X__
8. Blackening corrosion on speaker wires:    YES____ NO____ **N/A**
9. Blackening corrosion on T.V. Cable:    YES____ NO____ **N/A**

**Comments**
1. N/A

Pictures



Picture #88 — Front of home
Picture #89 — Address
Picture #90 — Evap coil/ tubing
Picture #91 — Blower motor
Picture # 92 — Wiring
Picture #93 — Freon pipe



# AIRQUALITY SERVICES

13550 Reflections Parkway, #5-504 • Fort Myers, Fl 33907
Phone: (239) 482-1412 • Fax: (239) 482-1290



Picture #106 Guest bath mirror

Picture #107 Guest bath #2 faucet

Picture #108 Guest bath #2 shut off valves

Picture #109 Guest bath #2 shower

Picture #110 Guest bath #2 outlet

Picture #111 Guest bath #2 mirror

Picture #112 Master bath faucet

Picture #113 Master bath shut off valve

Picture #114 Master Bath shower

Picture #115 Master bath outlet

Picture #116 Master bath mirror

Picture #117 Master Bed outlet



13550 Reflections Parkway, #5-504 • Fort Myers, Fl 33907
Phone: (239) 482-1412 • Fax: (239) 482-1290



| Picture #118 Master Bed Mirror | Picture #119 Guest bedroom #1 outlet | Picture #120 Guest bedroom #1 mirror |
| Picture #121 Guest bedroom #2 outlet | Picture #122 Great room mirror | |

We thank you for the opportunity to be of service and if you have any questions regarding this report we will be happy to discuss it with you.

Bob Swanson