UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL  PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL NO. 2047  SECTION: L  JUDGE FALLON MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

### ORDER

Considering the Motion for Expedited Hearing in connection with The Plaintiffs' Steering Committee's Motion to Compel Full and Complete Discovery From All Defendants;

IT IS ORDERED that a hearing on the PSC's Motion to Compel Full and Complete Discovery Form All Defendants be held on an expedited basis following the monthly status conference on November 19, 2009, in this Court, 500 Poydras Street, Room C456, New Orleans, Louisiana,.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge