# EXHIBIT C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES AND<br><br>Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:09-cv-6687 (E.D.La.) | |

## DECLARATION OF RICHARD SERPE IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL DISCOVERY FROM DEFENDANTS VENTURE-SUPPLY, INC. AND PORTER-BLAINE CORP.

I, Richard Serpe, declare:

1. I am an attorney with the law offices of Richard J. Serpe, P.C. and I am serving as an adjunct member of the Plaintiffs' Steering Committee ("PSC") in MDL No. 2047. I have personal knowledge of the facts set forth in this Declaration, and could testify competently to them if called upon to do so.

2. I submit this Declaration in support of *Plaintiffs' Steering Committee's Memorandum in Support of Its Motion to Compel Discovery from Defendants, Venture-Supply, Inc. and Porter-Blaine Corp.*, to designate and produce a corporate designee and to provide and produce all of its electronically stored information ("ESI") in its native format.

3. I am representing plaintiffs in *Tuan and Colleen Nguyen v. Venture-Supply, Inc., et al.*, pending in the Norfolk Circuit Court, Case No. CL09-3105.

4. All of the Exhibits attached to the Motion to Compel are authentic and have not

1

been altered in any way.

5. As a member of the PSC, I met and conferred with Mark C. Nanavati and Kenneth F. Hardt, counsel for Defendants Venture-Supply, Inc. and Porter-Blaine Corp. in an effort to reach an agreement on conducting corporate designee depositions, as well as the production of documents and ESI in their native format. The E-mails attached as Exhibits to the Motion reflect the parties' meet and confer conferences. However, the parties were unable to reach an agreement on these issues and the PSC seeks the Court's assistance in resolving these disputes.

6. I declare the foregoing to be true and correct under current penalty of perjury, under the laws of the United States.

Dated: 11-11-09

_____
RICHARD J. SERPE