# EXHIBIT F

## Charlie Schaffer

| | |
|---|---|
| **From:** | Mark C. Nanavati [MNanavati@SNLLAW.COM] |
| **Sent:** | Friday, October 30, 2009 4:55 PM |
| **To:** | Richard Serpe |
| **Cc:** | Kenneth F. Hardt |
| **Subject:** | RE: Exhibit 1 |





Richard,

I still do not see that I got your email but it appears that all the electronic information was backed up off-site so I doubt there will be any issue.

Mark



**Confidentiality Notice**
This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

**From:** Richard Serpe [mailto:rserpe@serpefirm.com]
**Sent:** Friday, October 30, 2009 4:41 PM
**To:** Mark C. Nanavati
**Cc:** Kenneth F. Hardt
**Subject:** RE: Exhibit 1
**Importance:** High

To the extent that electronic materials were not preserved it would be problematic. I asked Mark to take steps to do this in May before the auction.
Please let me know what is going on.
Thanks.

**From:** Mark C. Nanavati [mailto:MNanavati@SNLLAW.COM]

**Sent:** Friday, October 30, 2009 3:48 PM
**To:** Richard Serpe
**Cc:** 'Kenneth F. Hardt'
**Subject:** RE: Exhibit 1

No idea.  Not sure if any computers still exist after the auction.  Ken do you know?

---

**From:** Richard Serpe [mailto:rserpe@serpefirm.com]
**Sent:** Friday, October 30, 2009 3:47 PM
**To:** Mark C. Nanavati
**Subject:** RE: Exhibit 1

Who has the computer that this excel table was created on?

---

**From:** Mark C. Nanavati [mailto:MNanavati@SNLLAW.COM]
**Sent:** Friday, October 30, 2009 3:35 PM
**To:** Richard Serpe
**Cc:** 'Kenneth F. Hardt'
**Subject:** RE: Exhibit 1


Richard,

I believe this is all Venture had.  Ken?

Mark

**Confidentiality Notice**
This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

**From:** Richard Serpe [mailto:rserpe@serpefirm.com]
**Sent:** Friday, October 30, 2009 3:36 PM
**To:** Mark C. Nanavati
**Subject:** Exhibit 1

Do you have a copy of this spreadsheet that has the city and state for the delivery address?

11/10/2009