UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES AND**
**Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:09-cv-6687 (E.D.La.)**

## ORDER

Considering the Motion for Expedited Hearing in connection with The Plaintiffs' Steering Committee's Motion to Compel Discovery From Defendants, Venture-Supply, Inc. and Porter-Blaine Corp.;

IT IS ORDERED that a hearing on the PSC's Motion to Compel Discovery From Defendants, Venture-Supply, Inc. and Porter-Blaine Corp., be held on an expedited basis following the monthly status conference on November 19, 2009, in this Court, 500 Poydras Street, Room C456, New Orleans, Louisiana,.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge