UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2047 |
| | : | SECTION: L |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

## NOTICE

Because of the complex nature of MDL 2047, notably the numerous and varied defendants and issues, the Court has determined that appointment of a special master is warranted. Accordingly, pursuant to Rule 53 of the Federal Rules of Civil Procedure, the Court hereby provides notice to the parties of its intention to appoint a special master. The Court intends to appoint Michael K. Rozen from Feinberg Rozen, LLP as special master given his extensive experience in these matters. Parties may file a response to this Notice by Tuesday, November 17, 2009.

New Orleans, Louisiana, this __12th__ day of November, 2009.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

attachment