# FEINBERG ROZEN, LLP
780 THIRD AVENUE
26TH FLOOR
NEW YORK, NEW YORK 10017-2024

(212) 527-9600 (TELEPHONE)
(212) 527-9611 (FAX)

WRITER'S DIRECT DIAL NUMBER

**MICHAEL K. ROZEN**

WASHINGTON OFFICE
THE WILLARD OFFICE BUILDING
1455 PENNSYLVANIA AVENUE, N.W.
SUITE 390
WASHINGTON, D.C. 20004-1008
TEL: (202) 371-1110
FAX: (202) 962-9290

Mr. Rozen is a partner in Feinberg Rozen, LLP specializing in the negotiation, mediation and settlement of complex, multi-party disputes. Mr. Rozen has successfully negotiated or mediated thousands of disputes in such areas as products liability – including asbestos, lead paint, fen-phen, zyprexa, oxycontin, cox-2, medical devices, and others – toxic tort and environmental insurance coverage, shareholder class actions, employment discrimination, intellectual property and numerous other business and commercial matters.

In addition to his work as a privately retained settlement counsel, mediator and arbitrator, Mr. Rozen served as the court-appointed Special Settlement Master/Referee for asbestos litigation, in a joint federal and state appointment, in the Southern and Eastern Districts of New York and New York State Supreme Court from January 1994 through July 1999, as well as the Special Discovery Master/Referee for asbestos litigation in the City of New York from September 1996 through July 1999. Mr. Rozen has also served as Special Settlement/Discovery Master, In re Informix Corporation Securities Litigation (securities fraud class action); Court-appointed Mediator, Rapid American v. Allstate Insurance Co. et al.(insurance coverage action involving numerous carriers); Special Settlement/Discovery Master, Herman v. Westinghouse Electric Company (employment discrimination class action); Special Settlement Master, Cook v. Georgia Pacific Corp., et al. (consolidation of asbestos cases); Court-appointed Mediator, Maxicare Health Plans, Inc. v. Pennsylvania Dept. of Public Welfare, et al. (health care bankruptcy); Special Settlement Master, In re Eastern District Asbestos Litigation (consolidation of asbestos cases remanded from MDL court); Special Master, In re Certain Lead Paint Cases (appointed by court to allocate settlement funds among numerous individuals); Special Settlement Master, In re Zyprexa Products Liability Litigation. Mr. Rozen has assisted many corporations with so-called prepackaged or prenegotiated asbestos bankruptcies, and advises numerous companies on their litigation and settlement strategy. In addition, Mr. Rozen was a Deputy Special Master of the United States government's September 11th Victim Compensation Fund of 2001.

Mr. Rozen is an active member of various bar associations and has served as chair or co-chair of ADR and tort committees. He has appeared as a panelist on numerous ABA, PLI and private programs, and has lectured extensively throughout the U.S. and abroad to corporations, investors, attorneys and the judiciary on ADR, mass torts, complex litigation, ethics and other matters. Mr. Rozen is also a member of the Board of Directors of Human Rights First.

Mr. Rozen received a B.A. from Tufts University in 1986 and a J.D. from Georgetown University Law Center in 1989, where he was a member of the American Criminal Law Review. Mr. Rozen practiced as a litigator at Kaye, Scholer, Fierman, Hays & Handler from 1989 to 1993 and joined Feinberg Rozen at its inception in March 1993.