## Gresse, Arrin A.

| | |
|---|---|
| **From:** | Miller, Kerry J. |
| **Sent:** | Tuesday, October 20, 2009 10:21 AM |
| **To:** | Lenny Davis; Russ Herman; alevin@lfsblaw.com; flonger@lfsblaw.com |
| **Cc:** | Donald Hayden; Dorothy Wimberly; Douglas Sanders; Frank Brannen; Gary Baumann; Hilarie Bass; Jan Atlas; Jaret Fuente; Jeffrey Backman; Kevin Buster; Mark Salky; Miller, Kerry J.; Neal Sivyer; Phillip Wittmann; Spaulding, Kyle; Steve Walker; Du Plantier |
| **Subject:** | FW: Defendants' Discovery Requests |
| **Attachments:** | DryWall_List. No Personal Injury abstract.xls.XLS |

Lenny -- This is a follow-
up to the requests made during our meet and confer today with respect to documents, depositions, and inspection damage only plaintiffs. Defendants need this discovery in order to evaluate the property damage only claimants and participate in the selection of bellwether trials, per Judge Fallon's current plan. Specifically, we are requesting the following:

1. Responses and documents from the property damage only plaintiffs listed on the attached in response to the RFPs and Interrogatories propounded by the defendants;
2. Deposition dates for the property damage only plaintiffs listed on the attached, plus depositions requested by Neal Sivyer;
3. Prioritized inspections for the property damage only plaintiffs listed on the attached;
4. Disclosure by Thursday Oct 22 of any additional plaintiffs who have submitted plaintiff profile forms and are currently asserting personal injuries (including medical monitoring), but will be waiving those claims so as to become eligible for early bellwether trials, and documents, deposition dates and inspections for same; and
5. Confirming Judge Fallon's statement at the last status conference, for any MDL plaintiff who has not yet submitted a plaintiff profile form, but wants to be part of the early bellwether trial selection process, we will need the submission of the plaintiff profile form by Thursday Oct 22, plus documents, deposition dates and inspections on a prioritized basis.

Please let me know if you have any questions regarding these requests.

Thank you for your cooperation.

Kerry



EXHIBIT B

11/10/2009