## Gresse, Arrin A.

| | |
|---|---|
| **From:** | Miller, Kerry J. |
| **Sent:** | Monday, October 26, 2009 10:57 AM |
| **To:** | 'ldavis@hhkc.com' |
| **Subject:** | Fw: Drywall: No personal injury abstract w case nos. |
| **Attachments:** | No Personal Injury abstract w cases nos..XLS |



No Personal Injury
   abstract w ...

    Non- PI list of MDL plaintiffs only. Please let me know if any of these claims do involve personal injury and also this is who defendants want discovery from in the form of inspections, answers to written discovery and depositions. We feel this information is criticial to defendants' ability to participate in bellwether trial selection process.

----- Original Message -----
From: Spaulding, Kyle
To: Miller, Kerry J.
Sent: Mon Oct 26 10:32:24 2009
Subject: Drywall: No personal injury abstract w case nos.

Attached is the no personal injury abstract with case nos. and names. Those who submitted a profile form, but are not yet plaintiffs, have been deleted.

Kyle A. Spaulding
FRILOT L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Direct:        504.599.8249
Facsimile:   504.599.8137
E-mail: kspaulding@frilot.com

**EXHIBIT C**

1