# Spaulding, Kyle

**From:** Spaulding, Kyle
**Sent:** Friday, October 30, 2009 9:47 AM
**To:** 'Lenny Davis'; Russ Herman; Arnold Levin
**Cc:** Miller, Kerry J.
**Subject:** CDW: Plaintiff Discovery Responses

Lenny-We write to inquire as to the status of plaintiffs' responses to the Defense Steering Committee's first set of discovery requests. As you know, the DSC, pursuant to PTO 1, propounded its first set of discovery requests to plaintiffs by U.S. Mail, e-mail and through Lexis Nexis File & Serve on October 13, 2009. We held a meet and confer on this issue, wherein defendants agreed to pursue initial discovery only against those MDL claimants alleging no personal injury. Further, plaintiffs agreed to provide objections and responses within 15 days of service (October 28, 2009). To date, the DSC has received no responses or objections to its discovery requests.

Please advise as to the status of plaintiffs' delinquent discovery responses as soon as possible, as we would like a quick resolution to this issue and to avoid Court intervention.

Kyle A. Spaulding
FRILOT L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Direct:      504.599.8249
Facsimile:  504.599.8137
E-mail: kspaulding@frilot.com


EXHIBIT D

11/10/2009