UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO: 2047<br><br>SECTION: L<br><br>JUDGE: FALLON<br>MAG. JUDGE WILKINSON |

This pleading relates to: ALL CASES

## **LOCAL RULE 37.1 CERTIFICATE**

Pursuant to Local Rule 37.1, the undersigned hereby certifies that the Defense Steering Committee (DSC) has corresponded with counsel for the Plaintiff Steering Committee (PSC) on several occasions regarding delinquent discovery responses but to date the PSC has failed to provide responses to said discovery.

Respectfully submitted,

BY: /s/ Kerry J. Miller
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
**FRILOT L.L.C.**
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile:  (504)599-8145
Email: kmiller@frilot.com

Defendants' Liaison Counsel o/b/o
Defense Steering Committee

## **CERTIFICATE**

I hereby certify that the above and foregoing motion has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this 12th day of November, 2009.

/s/ Kerry J. Miller
Kerry Miller