UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO: 2047<br><br>SECTION: L<br><br>JUDGE: FALLON<br>MAG. JUDGE WILKINSON |

This pleading relates to: ALL CASES

## ORDER

Considering the Motion for Expedited Hearing on Defense Steering Committee's Motion to Compel Discovery;

IT IS HEREBY ORDERED that the hearing on Defense Steering Committee's Motion to Compel Discovery will be held following the monthly status conference on November 19, 2009, in this Court, 500 Poydras Street, Room C456, New Orleans, Louisiana.

_____
JUDGE ELDON E. FALLON