UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| BARRY DEMPSTER and ANNETTE | * | MAG. JUDGE WILKINSON |
| DEMPSTER, individually and on behalf of | * | |
| their minor child, JARROD DEMPSTER, | * | |
| and others similarly situated | * | |
| | * | |
| vs. | * | |
| | * | |
| LOWE'S HOME CENTERS, INC. | * | |
| | * | |
| CASE NO. 2:09-5482-EEF-JCW | * | |

* * * * * * * * * * * * * * * * * * * *

**LOWE'S EX APRTE MOTION TO LIFT STAY TO FILE
MOTION TO DECONSOLIDATE FROM MDL**

**NOW INTO COURT**, through undersigned counsel, comes Lowe's Home Centers, Inc.

("Lowe's"), who moves this Court to lift the stay in this matter to permit Lowe's to file the

attached Motion to Deconsolidate from MDL, for the reasons set forth in the attached

Memorandum in Support.

**WHEREFORE**, Lowe's Home Centers, Inc. prays that this Court lift the stay and grant

Lowe's Home Centers, Inc. leave to file the attached Motion to Deconsolidate from MDL.

1

Respectfully submitted,


*Jeffrey E. Richardson*
WILLIAM B. GAUDET (#1374)
FRANCIS V. LIANTONIO, JR. (#19282)
EDWIN C. LAIZER (#17014)
JEFFREY E. RICHARDSON (#23273)
**ADAMS AND REESE LLP**
One Shell Square
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210
*Attorneys for Defendant Lowe's Home Centers, Inc.*


## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12th day of November, 2009.


*Jeffrey E. Richardson*
JEFFREY E. RICHARDSON