UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| BARRY DEMPSTER and ANNETTE DEMPSTER, individually and on behalf of their minor child, JARROD DEMPSTER, and others similarly situated | * * * * * | MAG. JUDGE WILKINSON |
| vs. | * * | |
| LOWE'S HOME CENTERS, INC. | * * | |
| CASE NO. 2:09-5482-EEF-JCW | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**CONSIDERING** Lowe's Home Centers, Inc.'s Motion to Lift Stay to File Motion to Deconsolidate from MDL,

**IT IS ORDERED** that the stay in Pretrial Order No. 1 is lifted insofar as Lowe's Home Centers, Inc. is authorized to file its Motion to Deconsolidate from MDL and supporting memorandum.

New Orleans, Louisiana, this _____ day of November, 2009

                                                Honorable Eldon E. Fallon
                                                U.S. District Court Judge