# VISUAL INSPECTION FORM

## GENERAL PROPERTY INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| Address ID : | Dempster | | Date of Inspection: | | 10/20/2009 |
| Address: | 112 Matthew Dr | | | | |
| City: | Des Alemands | | State: | LA | Zipcode: | 70030 |
| GPS Coordinates | | Longitude | 29.80771 | Latitude | 90.4234 |

## INSPECTOR DATA

| | | | | |
|---|---|---|---|---|
| Inspector Name: | Laney | Emp # | 20497 | Crawford & Company |
| Asst.Inspector Name: | Lods | Emp # | 31027 | Crawford & Company |
| Attorney(s) Present | Michael Ecuyer | | | |
| Camera Serial # 1 | KCFGP71601664 | Camera Make/Model | Kodak 3x Zoom | |
| Camera Serial # 2 | | Camera Make/Model | | |
| Borescope 1 Serial # | 200905310728 | Borescope Mk/Model | ExTech Br200 | |
| Borescope 2 Serial # | | Borescope Mk/Model | | |

## ODOR OBSERVATIONS

| | | |
|---|---|---|
| Sulfur Like  Odor Present | YES | Description/Location of Sulfur like odor or masking fragrance present |

Slight odor, There was a cover sent in the hall bath noted.

## HVAC/ PLUMBING/ LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | Coil replaced 9-07, coil is currently leaking. Heat trip replaced twice 06 & 07 |
| Plumbing | none |
| Light Fixtures | Plug in sons room trips the breaker and has not been repaired |

## DISCOLORATION INSPECTION

| PART | LOCATION | DISCOLORATION PRESENT/ COLOR | | Photo Folder Location |
|---|---|---|---|---|
| HVAC HE COIL | ATTIC | YES | BLACK | Camera 1 |
| HVAC ELEC/MECH | ATTIC | YES | DULL COPPE | Camera 1 |
| CIRCUIT BREAKER | MA BEDR | YES | DULL COPPE | Camera 1 |
| REFRIGERATOR | KITCHEN | YES | DULL COPPE | Camera 1 |
| HOT WATER HEATER | ATTIC | YES | DULL COPPE | Camera 1 |
| LIGHT SWITCH | LIVING ROOM | YES | DULL COPPE | Camera 1 |
| ELECTICAL OUTLET | KITCHEN | NO | BRIGHT COF | Camera 1 |
| LIGHT SWITCH | MA BEDR | YES | DULL COPPE | Camera 1 |
| LIGHT SWITCH | MA BATH | YES | DULL COPPE | Camera 1 |
| LIGHT SWITCH | BED 2 | NO | BRIGHT COF | Camera 1 |
| LIGHT SWITCH | BED 3 | YES | DULL COPPE | Camera 1 |
| LIGHT SWITCH | BATH 2 | NO | BRIGHT COF | Camera 1 |
| LIGHT SWITCH | LIVING ROOM | YES | DULL COPPE | Camera 1 |
| LIGHT SWITCH | DINING ROOM | YES | DULL COPPE | Camera 1 |
| PLUMBING PIPE | BATH 2 | NO | OTHER | Camera 1 |
| CHROME FAUCET | BATH 2 | NO | OTHER | Camera 1 |
| WALL MIRROR | BATH 2 | YES | BLACK | Camera 1 |

Exhibit A

## DISCOLORATION INSPECTION

| PART | LOCATION | DISCOLORATION PRESENT/ COLOR | | Photo Folder Location |
|------|----------|------|------|------|
| PLUMBING PIPE | MA BATH | YES | Black Spots | Camera 1 |
| CHROME FAUCET | MA BATH | NO | OTHER | Camera 1 |
| CHROME FAUCET | KITCHEN | NO | OTHER | Camera 1 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## Visual Inspection Comments

Use N/A for Discoloration Present if required item listed above is not Copper or Chrome
Use additional rows to list all additional parts found made of copper/chrome that show discoloration
All Cells must have an entry.
One Switch or Receptacle must be Inspected in each room.

## VISUAL INSPECTION FORM

### GENERAL PROPERTY INFORMATION

| Address ID : Dempster | | Date of Inspection: | 10/20/2009 |
|---|---|---|---|

### DRYWALL IDENTIFICATION

| Wall Designation (Number or IMP1 and IMP2) | Panel Designation (A-D) | Vertical Measurement from Floor (inches) | Horizontal Measurement from Left (inches) | Ceiling Designation (CLG#) | Measurement from Entry Wall (inches) | Measurement from Left Wall (inches) | Manufacturer | Photo Folder Location | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | |
| 2 | A | | | | | | N/A | | |
| 2 | B | 38 | 60 | | | | 99.  Unlisted Markings Found | Borescope 1 | |
| 2 | C | | | | | | 99.  Unlisted Markings Found | Camera 1 | 100% RECYCLED PAPER" MARKINGS- USG? |
| 2 | D | | | | | | N/A | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| IMP 6 | A | | | | | | N/A | | |
| IMP 6 | B | 24 | 60 | | | | N/A | Borescope 1 | |
| IMP 6 | C | | | | | | N/A | | |
| IMP 6 | D | | | | | | N/A | | |
| 7 | | | | | | | | | |
| 8 | A | | | | | | N/A | | |
| 8 | B | 70 | 60 | | | | 27.  Georgia Pacific | Borescope 1 | |
| 8 | C | | | | | | N/A | | |
| 8 | D | | | | | | N/A | | |
| 9 | | | | | | | | | |
| 10 | A | | | | | | N/A | | |
| 10 | B | 8 | 60 | | | | N/A | Borescope 1 | |

# VISUAL INSPECTION FORM

## GENERAL PROPERTY INFORMATION

| Address ID : Dempster | | Date of Inspection: | 10/20/2009 |

## DRYWALL IDENTIFICATION

| Wall Designation (Number or IMP1 and IMP2) | Panel Designation (A-D) | Vertical Measurement from Floor (inches) | Horizontal Measurement from Left (inches) | Ceiling Designation (CLG#) | Measurement from Entry Wall (inches) | Measurement from Left Wall (inches) | Manufacturer | Photo Folder Location | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 10 | C | | | | | | N/A | | |
| 10 | D | | | | | | N/A | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | A | | | | | | N/A | | |
| 14 | B | 74 | 60 | | | | N/A | Borescope 1 | |
| 14 | C | | | | | | N/A | | |
| 14 | D | | | | | | N/A | | |
| 15 | | | | | | | | | |
| 16 | A | | | | | | N/A | | |
| 16 | B | 38 | 60 | | | | N/A | Borescope 1 | |
| 16 | C | | | | | | N/A | | |
| 16 | D | | | | | | N/A | | |
| 17 | | | | | | | | | |
| IMP18 | A | | | | | | | | |
| IMP18 | B | 29 | 60 | | | | 99. Unlisted Markings Found | Borescope 1 | |
| IMP18 | C | | | | | | | | |

## VISUAL INSPECTION FORM

### GENERAL PROPERTY INFORMATION

| Address ID : Dempster | | Date of Inspection: | 10/20/2009 |

### DRYWALL IDENTIFICATION

| Wall Designation (Number or IMP1 and IMP2) | Panel Designation (A-D) | Vertical Measurement from Floor (inches) | Horizontal Measurement from Left (inches) | Ceiling Designation (CLG#) | Measurement from Entry Wall (inches) | Measurement from Left Wall (inches) | Manufacturer | Photo Folder Location | Comments |
|---|---|---|---|---|---|---|---|---|---|
| IMP18 | D | | | | | | | | |
| | | | | CLG1 | | | 27.  Georgia Pacific | Camera 1 | Tough Rock |
| | | | | CLG4 | | | 27.  Georgia Pacific | Camera 1 | Tough Rock |
| | | | | | | | | | |

| Comments |
|---|
| |
| IMP designates the two impacted areas selected for inspection.  Inspector followed RNG procedure, but recorded the results in numeric order.  Many interior walls were insullated, making inspection with borescope difficult. |

...tion Pro...  ...N 43... 5

| Sample Identification | Sample Size | # of Bags | Sample Date | Time | Comments | Initials |
|---|---|---|---|---|---|---|
| 2009/020-4B | 4" | 1 | 10/20/09 | AM | N/A | BX |
| 2009/020-6B | 4" | 1 | 10/20/09 | AM | N/A | BX |
| 2009/020-2C | 4" | 1 | 10/20/09 | AM | N/A | BX |
| 2009/020-9B | 4" | 4 | 10/20/09 | PM | N/A | BX |
| 2009/020-10B | 4" | 4 | 10/20/09 | PM | N/A | BX |
| 2009/020-14B | 4" | 4 | 10/20/09 | PM | N/A | BX |
| 2009/020-8C | 4" | 2 | 10/20/09 | PM | N/A | BX |
| 2009/020-18B | 4" | 2 | 10/20/09 | PM | N/A | BX |
| 2009/020-2C | 4" | 3 | 10/20/09 | PM | N/A | BX |

| Custodian Name | Date Received | Date Transferred | Designated Recipient | Method of Transfer |
|---|---|---|---|---|
| RIVERS CODS | 10/20/09 | 10/20/09 | ALTHEN LEVENSON | USP |
|  |  |  |  |  |
|  |  |  |  |  |

**Lab Information**

| Company | | | | |
|---|---|---|---|---|
| Attn | | | | |
| Address | | | | |
| City | | | | |
| Phone | FAX | State | Zip | Country US |
|  |  |  | Email |  |

10/20/2009



EEF-MBN   Document 439-5   Filed
10/20/2009

Des Allemands, LA 70060

ADIT PAGE

Bedroom 2
C&G 3
3MP

C&G 4
Master
Bedroom

Bedroom
1
C&G 2

C&G 5
Bath
2

C&G 6
Master
Bath

C&G 7
Kitchen

Living-room
C&G 1

Dining room
C&G 8

11
13
8
5
4
18
17
7
12
15
6
9
2
3
16
10
1
14