# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL No. 2047 <br> * <br> * SECTION "L" <br> * |
| THIS DOCUMENT RELATES TO: | * JUDGE FALLON <br> * |
| BARRY DEMPSTER and ANNETTE DEMPSTER, individually and on behalf of their minor child, JARROD DEMPSTER, and others similarly situated | * MAG. JUDGE WILKINSON <br> * <br> * <br> * <br> * |
| vs. | * <br> * |
| LOWE'S HOME CENTERS, INC. | * <br> * |
| CASE NO. 2:09-5482-EEF-JCW | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PROPOSED ORDER

**CONSIDERING** Lowe's Home Centers, Inc.'s Motion to Deconsolidate from MDL and for Protective Order,

**IT IS ORDERED** that the *Dempster* lawsuit, No. 2:09-5482 (E.D. La.) is deconsolidated from this MDL litigation,

**AND IT IS FURTHER ORDERED** that the Clerk of Court should randomly allot this case to a division of the Eastern District of Louisiana

New Orleans, Louisiana, this _____ day of November, 2009

_____
Honorable Eldon E. Fallon
U.S. District Court Judge