## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| BARRY DEMPSTER and ANNETTE | * | MAG. JUDGE WILKINSON |
| DEMPSTER, individually and on behalf of | * | |
| their minor child, JARROD DEMPSTER, | * | |
| and others similarly situated | * | |
| | * | |
| vs. | * | |
| | * | |
| LOWE'S HOME CENTERS, INC. | * | |
| | * | |
| CASE NO. 2:09-5482-EEF-JCW | * | |

* * * * * * * * * * * * * * * * * * * *

### NOTICE OF HEARING

**PLEASE TAKE NOTICE**, that Defendant Lowe's Home Centers, Inc. ("Lowe's") will

bring for hearing its Motion to Deconsolidate from MDL on December 2, 2009 at 9:00 a.m.

before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District

of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130.

Respectfully submitted,


*Jeffrey E. Richardson*
WILLIAM B. GAUDET (#1374)
FRANCIS V. LIANTONIO, JR. (#19282)
EDWIN C. LAIZER (#17014)
JEFFREY E. RICHARDSON (#23273)
**ADAMS AND REESE LLP**
One Shell Square
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210
*Attorneys for Defendant Lowe's Home Centers, Inc.*


## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12th day of November, 2009.


*Jeffrey E. Richardson*
JEFFREY E. RICHARDSON