UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LUCILLE BOURDON<br>Plaintiff | *<br>*<br>*<br>* | CIVIL ACTION NO: 09-7025<br><br>SECTION: L<br>JUDGE FALLON |
| VERSUS | *<br>* | |
| INTERIOR/EXTERIOR BUILDING SUPPLY,<br>LIMITED PARTNERSHIP, INTERIOR/<br>EXTERIOR ENTERPRISES, L.L.C., ARCH<br>INSURANCE COMPANY, LIBERTY MUTUAL<br>FIRE INSURANCE COMPANY, ARTHUR<br>HOMES, L.L.C., JOSEPH L. ARTHUR,<br>LOUISIANA HOME BUILDERS ASSOCIATION<br>GENERAL LIABILITY TRUST, MARKEL<br>INSURANCE COMPANY, AND STATE FARM<br>FIRE AND CASUALTY COMPANY<br>Defendants | *<br>*<br>*<br>*<br>*<br>*<br><br>*<br>*<br>*<br>* | <br><br><br><br><br><br><br><br><br>MAGISTRATE 2 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: Adrianne L. Baumgartner, T.A. (#2861)
Darrin M. O'Connor (#24582)
Emily S. Morrison (#18351)
Porteous, Hainkel & Johnson
408 N. Columbia St.
Covington, LA 70434
**Attorneys for Defendant,** State Farm & Casualty Company

**PLEASE TAKE NOTICE** that the *Motion to Remand* filed by Plaintiff, Lucille Bourdon, will be brought for hearing on the 2nd day of December, 2009 at 9:00 o'clock a.m., or at such time as the Court may otherwise order.

Respectfully submitted:

/s/Paul A. Lea, Jr.
Paul A. Lea, Jr. (La. Bar No. 18637)
527 East Boston St., Suite 201
Covington, Louisiana 70433-2948
Telephone:(985) 292-2300
Facsimile: (985) 292-3501
**Counsel for Plaintiff**