UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LUCILLE BOURDON<br>Plaintiff | * <br> * <br> * <br> * | CIVIL ACTION NO: 09-7025 <br><br> SECTION: L <br> JUDGE FALLON |
| VERSUS | * <br> * | |
| INTERIOR/EXTERIOR BUILDING SUPPLY,<br>LIMITED PARTNERSHIP, INTERIOR/<br>EXTERIOR ENTERPRISES, L.L.C., ARCH<br>INSURANCE COMPANY, LIBERTY MUTUAL<br>FIRE INSURANCE COMPANY, ARTHUR<br>HOMES, L.L.C., JOSEPH L. ARTHUR,<br>LOUISIANA HOME BUILDERS ASSOCIATION<br>GENERAL LIABILITY TRUST, MARKEL<br>INSURANCE COMPANY, AND STATE FARM<br>FIRE AND CASUALTY COMPANY<br>Defendants | * <br> * <br> * <br> * <br> * <br> * <br><br> * <br> * <br> * <br> * | <br><br><br><br><br><br><br><br><br> MAGISTRATE 2 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Considering plaintiff's *Motion to Remand*:

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Remand will be heard on the 2nd day of December 2009 at 9:00 o'clock a.m., or at such time as the Court may otherwise order.

New Orleans, Louisiana this _____ day of _____, 2009.

_____
JUDGE