UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL       :     MDL NO: 2047
PRODUCTS LIABILITY LITIGATION              :
                                             :     SECTION: L
                                             :
                                             :     JUDGE: FALLON
                                             :     MAG. JUDGE WILKINSON

This pleading relates to: ALL CASES

**DEFENDANTS' STEERING COMMITTEE'S
MOTION TO DISMISS FOR PLAINTIFFS' FAILURE
TO COMPLY WITH COURT-ORDERED DISCOVERY**

**NOW COMES** Defendants' Steering Committee who moves this Court for an order

dismissing those plaintiffs who have failed to provide a Plaintiff Profile Form in violation of this

Court's Orders, all as more fully set forth in their Memorandum attached hereto.

Respectfully submitted,

BY:/s/ Kerry J. Miller
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
**FRILOT L.L.C.**
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile: (504)599-8145
Email: kmiller@frilot.com

Defendants' Liaison Counsel o/b/o
Defendants' Steering Committee

## CERTIFICATE

I hereby certify that the above and foregoing pleading has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this 13th day of November, 2009.

/s/ Kerry J. Miller
Kerry Miller