| | | |
|---|---|---|
| 2:09cv03638 | Mays et al vs Knauf Gips KG et al | Mindi Adams |
| 2:09cv05501 | Adkins vs Knauf Gips KG et al | Lynard Adkins |
| 2:09cv03135 | Alexander et al vs Knauf Gips KG et al | Henry Alexander |
| 2:09cv03135 | Alexander et al vs Knauf Gips KG et al | Penny Alexander |
| 2:09cv06553 | Alldredge et al vs Knauf Gips KG et al | Emily Alldredge |
| 2:09cv06553 | Alldredge et al vs Knauf Gips KG et al | Rufus Alldredge |
| 2:09cv04112 | Allen et al vs Knauf Plasterboard Tianjin Co Ltd et al | Nicole J Allen |
| 2:09cv04112 | Allen et al vs Knauf Plasterboard Tianjin Co Ltd et al | Shane M Allen |
| 2:09cv03959 | Alonzo vs Knauf Gips KG et al | Lana Alonzo |
| 2:09cv06539 | Alvarez et al vs Knauf Gips KG et al | Emilio J Alvarez |
| 2:09cv06539 | Alvarez et al vs Knauf Gips KG et al | MARTHA ALVAREZ |
| 2:09cv06805 | Amato et al vs Knauf Gips KG et al | Dawn Amato |
| 2:09cv06805 | Amato et al vs Knauf Gips KG et al | Dean Amato |
| 2:09cv06096 | Ambrose vs Knauf Gips KG et al | Rosalie Ambrose |
| 2:09cv04275 | Amerson et al vs Knauf Gips KG et al | Amy Louise Amerson |
| 2:09cv03156 | Ancira et al vs Knauf Gips KG et al | Chris Ancira |
| 2:09cv03156 | Ancira et al vs Knauf Gips KG et al | Lilah Ancira |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Darren Anderson |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Farrell Anderson |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Kimberly Anderson |
| 2:09cv04113 | Ankney vs Knauf Gips KG et al | Duane Ankney |
| 2:09cv03932 | Antoine et al vs Knauf Gips KG et al | Gary V Antoine |
| 2:09cv03932 | Antoine et al vs Knauf Gips KG et al | Patrice Antoine |
| 2:09cv04318 | Badchkam vs Knauf Gips KG et al | Annette Badchkam |
| 2:09cv03932 | Antoine et al vs Knauf Gips KG et al | Ive Badon III |
| 2:09cv03932 | Antoine et al vs Knauf Gips KG et al | Lorraine Badon |
| 2:09cv06086 | Bailey vs Knauf Gips KG et al | Deloris J Bailey |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Dorothy Mae Banks |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Gerald L Banks |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Earline H Barbarin |
| 2:09cv03638 | Mays et al vs Knauf Gips KG et al | Shelton Barnes |
| 2:09cv03243 | Barone vs Knauf Gips KG et al | John Joseph Barone III |
| 2:09cv04101 | Lewis et al vs Knauf Gips KG et al | Connie Barrios |
| 2:09cv04101 | Lewis et al vs Knauf Gips KG et al | Raphael Barrios |
| 2:09cv04118 | Garcia et al vs Lennar Corp et al | Hector Barrozo |
| 2:09cv06532 | Belfour et al vs Knauf Gips KG et al | Ashli Belfour |
| 2:09cv06532 | Belfour et al vs Knauf Gips KG et al | Ed Belfour |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | LaTonya Bell |
| 2:09cv03426 | Bourg et al vs Knauf Gips KG et al | Walter Bell |
| 2:09cv04100 | Staub et al vs Knauf Gips KG et al | Jennifer Belsom |
| 2:09cv04100 | Staub et al vs Knauf Gips KG et al | Scott Belsom |
| 2:09cv03840 | Berthaut vs Knauf Gips KG et al | Colin Berthaut |
| 2:09cv04351 | Berthelotte et al vs Knauf Gips KG et al | Anna C Berthelotte |
| 2:09cv04273 | Gritter et al vs Knauf Gips KG et al | Cindy Bierra |
| 2:09cv04273 | Gritter et al vs Knauf Gips KG et al | Nathanial Bierria SR |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Elizabeth Blaise |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Ervin Blaise |
| 2:09cv03608 | Blalock et al vs Interior Exterior Building Supply LP et al | Angeles P Blalock |
| 2:09cv06550 | Bloom et al vs Knauf Gips KG et al | Andrew Bloom |
| 2:09cv06550 | Bloom et al vs Knauf Gips KG et al | Ina Bloom |



EXHIBIT A

| | | |
|---|---|---|
| 2:09cv04660 | Ruesch et al vs Knauf Gips KG et al | Edwin Joseph Boquet |
| 2:09cv06073 | Borne vs Cadis et al | Carol R Borne |
| 2:09cv03426 | Bourg et al vs Knauf Gips KG et al | Junius Bourg |
| 2:09cv04313 | Bradford vs Knauf Gips KG et al | Deborah Bradford |
| 2:09cv03426 | Bourg et al vs Knauf Gips KG et al | Lucern Breaud |
| 2:09cv04145 | Moore et al vs Knauf Gips KG et al | Candy Brister |
| 2:09cv04381 | Broesder vs Knauf Gips KG et al | Stan Broesder |
| 2:09cv04147 | Carter et al vs Knauf Gips KG et al | Joshana Brown |
| 2:09cv03535 | Brumfield et al vs Knauf Gips KG et al | Adrianne Brumfield |
| 2:09cv03535 | Brumfield et al vs Knauf Gips KG et al | Ollie Brumfield III |
| 2:09cv03634 | Bryant vs Knauf Gips KG et al | Debra L Bryant |
| 2:09cv03928 | Buckles vs Knauf Gips KG et al | Carolyn Buckles |
| 2:09cv03127 | Roberts et al vs Knauf Gips KG et al | Thomas E Burke IV |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | August Cafamet Jr |
| 2:09cv04147 | Carter et al vs Knauf Gips KG et al | Mitchell Cager |
| 2:09cv04147 | Carter et al vs Knauf Gips KG et al | Patricia Cager |
| 2:09cv06531 | Posey et al vs Beijing New Building Materials Co Ltd et | Amanda L Calloway |
| 2:09cv06531 | Posey et al vs Beijing New Building Materials Co Ltd et | Frederic Calloway |
| 2:09cv06507 | Campanelli et al vs Knauf Gips KG et al | Karen Campanelli |
| 2:09cv06507 | Campanelli et al vs Knauf Gips KG et al | Larry Campanelli |
| 2:09cv04273 | Gritter et al vs Knauf Gips KG et al | Honore Canty |
| 2:09cv06534 | Carey et al vs Knauf Gips KG et al | Latavia Carey |
| 2:09cv06534 | Carey et al vs Knauf Gips KG et al | Vernon Carey |
| 2:09cv04147 | Carter et al vs Knauf Gips KG et al | Alexis Carter |
| 2:09cv03525 | Davis et al vs Knauf Gips KG et al | Andrea Carter |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Antione C Carter |
| 2:09cv06087 | Carter vs Knauf Gips KG et al | Daniel Carter |
| 2:09cv04147 | Carter et al vs Knauf Gips KG et al | James Carter |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Jeardine Carter |
| 2:09cv03637 | Cassagne et al vs Knauf Gips KG et al | Brande Cassagne |
| 2:09cv03637 | Cassagne et al vs Knauf Gips KG et al | Jordan Cassagne |
| 2:09cv04316 | Catalano et al vs Knauf Gips KG et al | Faye Catalano |
| 2:09cv04316 | Catalano et al vs Knauf Gips KG et al | Thomas Catalano |
| 2:09cv03526 | Ceruti et al vs Knauf Gips KG et al | Ronald P Ceruti |
| 2:09cv03526 | Ceruti et al vs Knauf Gips KG et al | Sharon L Ceruti |
| 2:09cv03215 | Chauffe vs Knauf Gips KG et al | Michael Chauffe |
| 2:09cv03923 | Chiappetta et al vs Knauf Gips KG et al | Karen Ann Chiappetta |
| 2:09cv03923 | Chiappetta et al vs Knauf Gips KG et al | Kevin David Chiappetta |
| 2:09cv03426 | Bourg et al vs Knauf Gips KG et al | Shirley Chopin |
| 2:09cv06097 | Clark vs Knauf Gips KG et al | Carolyn A Clark |
| 2:09cv06511 | Coats et al vs Knauf Gips KG et al | Angela Coats |
| 2:09cv06511 | Coats et al vs Knauf Gips KG et al | Charles Coats |
| 2:09cv04147 | Carter et al vs Knauf Gips KG et al | Cynthia Coff |
| 2:09cv03309 | Conrad vs Knauf Gips KG et al | Ariane Octavia Conrad |
| 2:09cv03525 | Davis et al vs Knauf Gips KG et al | Gelone Conrad |
| 2:09cv03525 | Davis et al vs Knauf Gips KG et al | Jesse Conrad |
| 2:09cv04147 | Carter et al vs Knauf Gips KG et al | Royce Cooper Jr |
| 2:09cv03956 | Couture et al vs Knauf Gips KG et al | Patrick Couture |
| 2:09cv03427 | Cresson et al vs Knauf Gips KG et al | Robert Anthony Cresson SR |
| 2:09cv06527 | Cronin et al vs Knauf Gips KG et al | Margaret M Cronin |

| | | |
|---|---|---|
| 2:09cv06527 | Cronin et al vs Knauf Gips KG et al | William D Cronin |
| 2:09cv03525 | Davis et al vs Knauf Gips KG et al | Felton Crowley |
| 2:09cv03525 | Davis et al vs Knauf Gips KG et al | Vonda Crowley |
| 2:09cv04114 | Culliton et al vs Taylor Morrison Services Inc et al | Kristin Morgan Culliton |
| 2:09cv04274 | Dakin et al vs Knauf Gips KG et al | Kim Dakin |
| 2:09cv04367 | D'Amico et al vs Knauf Gips KG et al | Daniel D'amico |
| 2:09cv04367 | D'Amico et al vs Knauf Gips KG et al | Michelle D'amico |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Pam Damond |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Vorchall Damond |
| 2:09cv06531 | Posey et al vs Beijing New Building Materials Co Ltd et al | Lula D Daniels |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Lee Esther Davis |
| 2:09cv03525 | Davis et al vs Knauf Gips KG et al | LOLITA DAVIS |
| 2:09cv06533 | Davy et al vs Knauf Gips KG et al | Amy Davy |
| 2:09cv06533 | Davy et al vs Knauf Gips KG et al | Christopher Davy |
| 2:09cv04118 | Garcia et al vs Lennar Corp et al | Maria Ines Pinar De Barrozo |
| 2:09cv04659 | De Gamboa et al vs Knauf Gips KG et al | Ana Teixeira De Gamboa |
| 2:09cv04659 | De Gamboa et al vs Knauf Gips KG et al | Hernan De Gamboa |
| 2:09cv04658 | Debenedictis et al vs Knauf Gips KG et al | Deborah Debenedictis |
| 2:09cv04658 | Debenedictis et al vs Knauf Gips KG et al | Frank Debenedictis |
| 2:09cv06546 | Decarlo et al vs Pulte Home Corp et al | Ellen DeCarlo |
| 2:09cv05482 | Dempster et al vs Lowe's Home Centers Inc | Annette Dempster |
| 2:09cv05482 | Dempster et al vs Lowe's Home Centers Inc | Barry Dempster |
| 2:09cv03136 | Gilberti et al vs Knauf Gips KG | Brent Desselle |
| 2:09cv06740 | Deutsch et al vs Knauf Gips KG et al | Hunting F Deutsch |
| 2:09cv06740 | Deutsch et al vs Knauf Gips KG et al | Mary Deutsch |
| 2:09cv06742 | Diaz et al vs Knauf Gips KG et al | Fernando Diaz Jr |
| 2:09cv06547 | Difilippo et al vs Knauf Gips KG et al | Kathleen Difilippo |
| 2:09cv06547 | Difilippo et al vs Knauf Gips KG et al | Steven Difilippo |
| 2:09cv02981 | Donaldson et al vs Knauf Gips KG et al | Jill M Donaldson |
| 2:09cv03635 | Donnelly et al vs Knauf Gips KG et al | Daphine Donnelly |
| 2:09cv03635 | Donnelly et al vs Knauf Gips KG et al | Jerome Donnelly |
| 2:09cv04309 | Downs et al vs Knauf Gips KG et al | Patricia D Downs |
| 2:09cv04309 | Downs et al vs Knauf Gips KG et al | Terel Downs |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Charles Duchane |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Susianna Duchane |
| 2:09cv04660 | Ruesch et al vs Knauf Gips KG et al | Christopher Paul Duhon |
| 2:09cv04660 | Ruesch et al vs Knauf Gips KG et al | Kimberly B Duhon |
| 2:09cv03639 | Simmons et al vs Knauf Gips KG et al | Sandra Dunbar |
| 2:09cv04660 | Ruesch et al vs Knauf Gips KG et al | Jay B Dunlap |
| 2:09cv04660 | Ruesch et al vs Knauf Gips KG et al | Vanessa K Dunlap |
| 2:09cv04345 | Dunn et al vs Knauf Gips KG et al | Dianne Dunn |
| 2:09cv04345 | Dunn et al vs Knauf Gips KG et al | Kenneth Dunn |
| 2:09cv04345 | Dunn et al vs Knauf Gips KG et al | Rayshonda Dunn |
| 2:09cv04345 | Dunn et al vs Knauf Gips KG et al | Willie Dunn |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Georgiana Duplessis |
| 2:09cv06749 | Egan et al vs Knauf Gips KG et al | Michelle L Egan |
| 2:09cv04154 | Mccrary et al vs Knauf Gips KG et al | Mark Elias |
| 2:09cv06748 | Elzein vs Knauf Gips KG et al | Hassib Elzein |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Mary Enclarde |
| 2:09cv04147 | Carter et al vs Knauf Gips KG et al | CHARLES ENGLAND |

| | | |
|---|---|---|
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Kim England |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Michael W England |
| 2:09cv06549 | Eskenazi et al vs Knauf Gips KG et al | Anna Eskenazi |
| 2:09cv06549 | Eskenazi et al vs Knauf Gips KG et al | Mark Eskenazi |
| 2:09cv06090 | Eugene vs Knauf Gips KG et al | Adrian Eugene |
| 2:09cv04102 | Evans et al vs Knauf Gips KG et al | Kareem Evans |
| 2:09cv04102 | Evans et al vs Knauf Gips KG et al | Matthew Evans |
| 2:09cv04102 | Evans et al vs Knauf Gips KG et al | Ronald Evans |
| 2:09cv03479 | Fazande et al vs Knauf Gips KG et al | Corlis Marie Fazande |
| 2:09cv03479 | Fazande et al vs Knauf Gips KG et al | Dwayne Fazande |
| 2:09cv03479 | Fazande et al vs Knauf Gips KG et al | Latanja T Fazande |
| 2:09cv06537 | Rosen et al vs Knauf Gips KG et al | Steven M Felicetti |
| 2:09cv04295 | Feliciano et al vs Knauf Gips KG et al | Annabelle Feliciano |
| 2:09cv04295 | Feliciano et al vs Knauf Gips KG et al | Felix Feliciano |
| 2:09cv04296 | Fernandez et al vs Knauf Gips KG et al | Jorge Fernandez |
| 2:09cv04296 | Fernandez et al vs Knauf Gips KG et al | Michele Fernandez |
| 2:09cv04321 | Feuerberg et al vs Knauf Gips KG et al | Bryan Feuerberg |
| 2:09cv04321 | Feuerberg et al vs Knauf Gips KG et al | Emily Feuerberg |
| 2:09cv03956 | Couture et al vs Knauf Gips KG et al | Kasie Finnan Couture |
| 2:09cv03927 | Fisher et al vs Knauf Gips KG et al | Donald Fisher |
| 2:09cv03927 | Fisher et al vs Knauf Gips KG et al | Nadja Fisher |
| 2:09cv04299 | Flores et al vs Knauf Gips KG et al | Julian Flores |
| 2:09cv04299 | Flores et al vs Knauf Gips KG et al | Nathalia Flores |
| 2:09cv06531 | Posey et al vs Beijing New Building Materials Co Ltd et | Carson L Fluharty |
| 2:09cv06531 | Posey et al vs Beijing New Building Materials Co Ltd et | Charlene F Fluharty |
| 2:09cv04356 | Fontana vs Interior Exterior Building Supply et al | Kelly Fontana |
| 2:09cv04320 | Foster vs Northstar Holdings Inc et al | Katherine L Foster |
| 2:09cv03525 | Davis et al vs Knauf Gips KG et al | Barbara Foy |
| 2:09cv04322 | Frais vs Knauf Gips KG et al | Sherley Frais |
| 2:09cv06548 | Frenchman et al vs Knauf Gips KG et al | Beth S Frenchman |
| 2:09cv06548 | Frenchman et al vs Knauf Gips KG et al | Brian S Frenchman |
| 2:09cv03639 | Simmons et al vs Knauf Gips KG et al | James Fugler |
| 2:09cv03639 | Simmons et al vs Knauf Gips KG et al | Jan Fugler |
| 2:09cv06551 | Gagnard et al vs Knauf Gips KG et al | Ann Gagnard |
| 2:09cv06551 | Gagnard et al vs Knauf Gips KG et al | Gary Gagnard |
| 2:09cv04294 | Galvin et al vs Knauf Gips KG et al | Larry Galvin |
| 2:09cv04294 | Galvin et al vs Knauf Gips KG et al | Rene Galvin |
| 2:09cv04118 | Garcia et al vs Lennar Corp et al | Angela Garcia |
| 2:09cv04118 | Garcia et al vs Lennar Corp et al | Lorena Garcia |
| 2:09cv06094 | Gardette et al vs Knauf Gips KG et al | Michael A Gardette |
| 2:09cv06094 | Gardette et al vs Knauf Gips KG et al | Nicole Gardette |
| 2:09cv05872 | Victores et al vs Lennar Homes Llc et al | Jessica Gesele |
| 2:09cv05872 | Victores et al vs Lennar Homes Llc et al | Michael Gesele |
| 2:09cv03136 | Gilberti et al vs Knauf Gips KG | Chrissie Gilberti |
| 2:09cv03136 | Gilberti et al vs Knauf Gips KG | Jeffry Gilberti |
| 2:09cv06506 | Gill vs Knauf Gips KG et al | Winifred Gill |
| 2:09cv04101 | Lewis et al vs Knauf Gips KG et al | Beunker Glasper |
| 2:09cv04101 | Lewis et al vs Knauf Gips KG et al | Gregg Glasper Sr |
| 2:09cv06525 | Godwin et al vs Knauf Gips KG et al | Jack Godwin |
| 2:09cv06525 | Godwin et al vs Knauf Gips KG et al | Pamela Godwin |

US ED LA Chinese Drywall Plaintiff Info to 20091021 v2 (5).xls

| | | |
|---|---|---|
| 2:09cv05869 | Goldstein vs Knauf Gips KG et al | Cindy A Goldstein |
| 2:09cv03812 | Greco vs Knauf Gips KG et al | Vincent Greco |
| 2:09cv04119 | Morris Chin et al vs Knauf Plasterboard Tianjin Co Ltd et al | Dajan Green |
| 2:09cv05874 | Green et al vs Knauf Gips KG et al | Jamie Green |
| 2:09cv05874 | Green et al vs Knauf Gips KG et al | William Green |
| 2:09cv04273 | Gritter et al vs Knauf Gips KG et al | Catherine Gritter |
| 2:09cv04273 | Gritter et al vs Knauf Gips KG et al | Joseph V Gritter JR |
| 2:09cv06690 | Gross et al vs Knauf Gips KG et al | Cheryl A Gross |
| 2:09cv04101 | Lewis et al vs Knauf Gips KG et al | David Gross |
| 2:09cv04101 | Lewis et al vs Knauf Gips KG et al | Sheryl Gross |
| 2:09cv04122 | Guidry et al vs Knauf Gips KG et al | Amy Guidry |
| 2:09cv03960 | Meyer et al vs Knauf Gips KG et al | Linda Guidry |
| 2:09cv04122 | Guidry et al vs Knauf Gips KG et al | Richard Guidry |
| 2:09cv03157 | Haindel vs Knauf Gips KG et al | Mary Haindel |
| 2:09cv03479 | Fazande et al vs Knauf Gips KG et al | Darlene Hall |
| 2:09cv03639 | Simmons et al vs Knauf Gips KG et al | Lloyd Hall |
| 2:09cv03639 | Simmons et al vs Knauf Gips KG et al | Mary Hall |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Helen Hampton |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Samuel Hampton Sr |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Shavonne Hampton |
| 2:09cv03836 | Harding et al vs Knauf Gips KG et al | Kristin Harding |
| 2:09cv03836 | Harding et al vs Knauf Gips KG et al | Matthew Harding |
| 2:09cv06543 | Harrell et al vs Knauf Plasterboard Tianjin Co Ltd et al | Jason Harrell |
| 2:09cv06543 | Harrell et al vs Knauf Plasterboard Tianjin Co Ltd et al | Melissa Harrell |
| 2:09cv04101 | Lewis et al vs Knauf Gips KG et al | Gloria Hayes |
| 2:09cv04101 | Lewis et al vs Knauf Gips KG et al | Lennette Hayes |
| 2:09cv04100 | Staub et al vs Knauf Gips KG et al | Josh Heck |
| 2:09cv04100 | Staub et al vs Knauf Gips KG et al | Kelly Heck |
| 2:09cv06554 | Heischober et al vs Taishan Gypsum Co Ltd et al | Elizabeth Heischober |
| 2:09cv06554 | Heischober et al vs Taishan Gypsum Co Ltd et al | Steven Heischober |
| 2:09cv03136 | Gilberti et al vs Knauf Gips KG | Rene Henry |
| 2:09cv06050 | Hernandez et al vs Knauf Gips KG et al | Charlene M Hernandez |
| 2:09cv06103 | Hernandez et al vs Knauf Gips KG et al | Diane E Hernandez |
| 2:09cv06103 | Hernandez et al vs Knauf Gips KG et al | John Hernandez Jr |
| 2:09cv06050 | Hernandez et al vs Knauf Gips KG et al | Tatum B Hernandez |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Geraldine Hill |
| 2:09cv06552 | Hillier et al vs Knauf Gips KG et al | Billie Hillier |
| 2:09cv06552 | Hillier et al vs Knauf Gips KG et al | Carl Hillier |
| 2:09cv04306 | Scritchfield et al vs Knauf Gips KG et al | Joanne Hogan |
| 2:09cv04306 | Scritchfield et al vs Knauf Gips KG et al | Roger D Hogan |
| 2:09cv05830 | Hopper et al vs Knauf Gips KG et al | Dean Hopper |
| 2:09cv05830 | Hopper et al vs Knauf Gips KG et al | Dena Hopper |
| 2:09cv06510 | Huckabee vs Knauf Gips KG et al | Harold Huckabee |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Michael Huckaby |
| 2:09cv03925 | Hughes vs Knauf Gips KG et al | Ashley Hughes |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Isa Hunter |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | George Jackson |
| 2:09cv04154 | Mccrary et al vs Knauf Gips KG et al | Rose James |
| 2:09cv04154 | Mccrary et al vs Knauf Gips KG et al | Willie James |
| 2:09cv05828 | Jarrell et al vs Knauf Gips KG et al | Chad Jarrell |

| | | |
|---|---|---|
| 2:09cv05828 | Jarrell et al vs Knauf Gips KG et al | Darlene Jarrell |
| 2:09cv03636 | Jaruzel et al vs Knauf Gips KG et al | John Jaruzel |
| 2:09cv03636 | Jaruzel et al vs Knauf Gips KG et al | Karin Jaruzel |
| 2:09cv04306 | Scritchfield et al vs Knauf Gips KG et al | Francis Jarvis |
| 2:09cv04306 | Scritchfield et al vs Knauf Gips KG et al | Kathy Jarvis |
| 2:09cv06739 | Jesus et al vs Knauf Gips KG et al | Liliane R Jesus |
| 2:09cv06739 | Jesus et al vs Knauf Gips KG et al | Manuel M Jesus |
| 2:09cv03638 | Mays et al vs Knauf Gips KG et al | Patrina A Johnson Peters |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Regina Johnson |
| 2:09cv04314 | Knapp et al vs Knauf Gips KG et al | Audrey Jonas |
| 2:09cv06085 | Jones vs Knauf Gips KG et al | Daphne Jones |
| 2:09cv06536 | Jones vs Knauf Gips KG et al | Gail Jones |
| 2:09cv06088 | Joseph vs Knauf Gips KG et al | Louise Joseph |
| 2:09cv04660 | Ruesch et al vs Knauf Gips KG et al | Quividias T Joseph |
| 2:09cv04660 | Ruesch et al vs Knauf Gips KG et al | Todd Joseph |
| 2:09cv04146 | Myers et al vs Knauf Gips KG et al | Sergey Kazakov |
| 2:09cv04308 | Kelly vs Knauf Gips KG et al | Francine Kelly |
| 2:09cv04100 | Staub et al vs Knauf Gips KG et al | GARY KELLY |
| 2:09cv04154 | Mccrary et al vs Knauf Gips KG et al | Anna Kerr |
| 2:09cv06072 | Kessler et al vs Gmi Construction Inc et al | Amanda Kessler |
| 2:09cv06072 | Kessler et al vs Gmi Construction Inc et al | David Kessler |
| 2:09cv04314 | Knapp et al vs Knauf Gips KG et al | Russell Knapp |
| 2:09cv06528 | Kottkamp et al vs Knauf Gips KG et al | Cynthia I Kottkamp |
| 2:09cv06528 | Kottkamp et al vs Knauf Gips KG et al | Jeffrey D Kottkamp |
| 2:09cv06089 | Kuykendall vs Knauf Gips KG et al | Beverly Kuykendall |
| 2:09cv03425 | Martin et al vs Knauf Gips KG et al | Cherie Lacava |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Marlone J Lafrance |
| 2:09cv04273 | Gritter et al vs Knauf Gips KG et al | Mark Lance |
| 2:09cv04273 | Gritter et al vs Knauf Gips KG et al | Mary Jo Lance |
| 2:09cv04273 | Gritter et al vs Knauf Gips KG et al | Tina Lance |
| 2:09cv04275 | Amerson et al vs Knauf Gips KG et al | Chris Adron Lea |
| 2:09cv04275 | Amerson et al vs Knauf Gips KG et al | Julie Basha Lea |
| 2:09cv04302 | Leben et al vs Knauf Gips KG et al | Janet Leben |
| 2:09cv04302 | Leben et al vs Knauf Gips KG et al | Roger Leben |
| 2:09cv06741 | Lebron et al vs Breezes at Galloway Inc et al | Lisa Lebron |
| 2:09cv04323 | Ledet et al vs Knauf Gips KG et al | Darryl Paul Ledet |
| 2:09cv04323 | Ledet et al vs Knauf Gips KG et al | Trisha A Ledet |
| 2:09cv04292 | Leford vs Knauf Gips KG et al | Samuel Leford |
| 2:09cv06753 | Legendre et al vs Knauf Gips KG et al | Jaunet Carol Legendre |
| 2:09cv06753 | Legendre et al vs Knauf Gips KG et al | Paul Legendre |
| 2:09cv06749 | Egan et al vs Knauf Gips KG et al | Giancarlo A Leo |
| 2:09cv04101 | Lewis et al vs Knauf Gips KG et al | Willie Lewis |
| 2:09cv04351 | Berthelotte et al vs Knauf Gips KG et al | Leslie L Lund |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Thomas Mack Jr |
| 2:09cv03837 | Macombrer et al vs Knauf Gips KG et al | Shawn Macombrer |
| 2:09cv03926 | Maggiore et al vs Knauf Gips KG et al | Frankie Maggiore |
| 2:09cv03926 | Maggiore et al vs Knauf Gips KG et al | Justin Maggiore |
| 2:09cv03926 | Maggiore et al vs Knauf Gips KG et al | Peter Maggiore |
| 2:09cv03423 | Vu et al vs Knauf Gips KG et al | Kristy Mai |
| 2:09cv03422 | Mai et al vs Knauf Gips KG et al | Lien Mai |

| | | |
|---|---|---|
| 2:09cv03536 | Mai et al vs Knauf Gips KG et al | Long Mai |
| 2:09cv04311 | Malkki et al vs Knauf Gips KG et al | Donna Malkki |
| 2:09cv04311 | Malkki et al vs Knauf Gips KG et al | Sppo Malkki |
| 2:09cv03536 | Mai et al vs Knauf Gips KG et al | Kavita Mandhare |
| 2:09cv06541 | Mardeni et al vs Knauf Gips KG et al | Marirose Mardeni |
| 2:09cv06541 | Mardeni et al vs Knauf Gips KG et al | Roberto Mardeni |
| 2:09cv04117 | Vickers et al vs Knauf Gips KG et al | Felix Martinez |
| 2:09cv04117 | Vickers et al vs Knauf Gips KG et al | Jenny L Martinez |
| 2:09cv06542 | Martinez vs Knauf Gips KG et al | Tania A Martinez |
| 2:09cv03425 | Martin et al vs Knauf Gips KG et al | Michael Martin |
| 2:09cv03638 | Mays et al vs Knauf Gips KG et al | Gina Mays |
| 2:09cv03837 | Macombrer et al vs Knauf Gips KG et al | Bonnie McCrary Lofton |
| 2:09cv04154 | Mccrary et al vs Knauf Gips KG et al | Rose McCrary |
| 2:09cv04100 | Staub et al vs Knauf Gips KG et al | Kionne Bourges Mckinnis |
| 2:09cv03136 | Gilberti et al vs Knauf Gips KG | Barbara Mercante |
| 2:09cv03136 | Gilberti et al vs Knauf Gips KG | Joseph Mercante |
| 2:09cv03930 | Methvin et al vs Knauf Gips KG et al | Deborah Methvin |
| 2:09cv03930 | Methvin et al vs Knauf Gips KG et al | William Methvin |
| 2:09cv06538 | Metzl vs Knauf Gips KG et al | Justin Metzl |
| 2:09cv03960 | Meyer et al vs Knauf Gips KG et al | Elizabeth Meyer |
| 2:09cv06834 | Meyer et al vs KB Home/Shaw Louisiana Llc et al | Kirk Meyer |
| 2:09cv03960 | Meyer et al vs Knauf Gips KG et al | Lawrence Meyer |
| 2:09cv06834 | Meyer et al vs KB Home/Shaw Louisiana Llc et al | Lori Jill Meyer |
| 2:09cv04154 | Mccrary et al vs Knauf Gips KG et al | JoAnn R Miller |
| 2:09cv04120 | Minafri vs M I Homes Inc et al | Steven Minafri |
| 2:09cv04115 | Mitchell Co Inc vs Knauf Gips KG et al | Mitchell Co Inc |
| 2:09cv05337 | Mitchell vs Knauf Gips KG et al | Crystal Mitchell |
| 2:09cv03833 | Mitchell et al vs Knauf Gips KG et al | Gray Mitchell |
| 2:09cv03192 | Mitchell et al vs Knauf Gips KG et al | James G Mitchell |
| 2:09cv03192 | Mitchell et al vs Knauf Gips KG et al | Kelsey H Mitchell |
| 2:09cv03833 | Mitchell et al vs Knauf Gips KG et al | Kelsey Mitchell |
| 2:09cv04145 | Moore et al vs Knauf Gips KG et al | Evelyn Moore |
| 2:09cv03639 | Simmons et al vs Knauf Gips KG et al | Leon Moore |
| 2:09cv04368 | Moreau et al vs Knauf Gips KG et al | Catherine Moreau |
| 2:09cv04368 | Moreau et al vs Knauf Gips KG et al | Patrick Moreau |
| 2:09cv06555 | Morgan et al vs Taishan Gypsum Co Ltd et al | Deborah L Morgan |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Sylvia Morgan |
| 2:09cv06555 | Morgan et al vs Taishan Gypsum Co Ltd et al | William F Morgan Jr |
| 2:09cv03265 | Morlas et al vs Knauf Gips KG et al | Paula Morlas |
| 2:09cv03265 | Morlas et al vs Knauf Gips KG et al | Ralph Morlas |
| 2:09cv04119 | Morris Chin et al vs Knauf Plasterboard Tianjin Co Ltd e | Janet Morris-chin |
| 2:09cv06530 | Morris vs Beijing New Building Materials Co Ltd et al | Robert Morris |
| 2:09cv04144 | Paul et al vs Knauf Gips KG et al | Kareem J Mulkey |
| 2:09cv04146 | Myers et al vs Knauf Gips KG et al | Christopher Myers |
| 2:09cv06092 | Myles vs Knauf Gips KG et al | Jessie Myles |
| 2:09cv05868 | Navarro et al vs Knauf Gips KG et al | Marivic A Navarro |
| 2:09cv05868 | Navarro et al vs Knauf Gips KG et al | Ronnie S Navarro |
| 2:09cv04659 | De Gamboa et al vs Knauf Gips KG et al | Dick Nelson |
| 2:09cv06546 | Decarlo et al vs Pulte Home Corp et al | Jerald Nelson |
| 2:09cv04659 | De Gamboa et al vs Knauf Gips KG et al | Nancy J Nelson |

| Case | Caption | Plaintiff |
|---|---|---|
| 2:09cv03422 | Mai et al vs Knauf Gips KG et al | David Nguyen |
| 2:09cv04117 | Vickers et al vs Knauf Gips KG et al | Walter Niemczura |
| 2:09cv04275 | Amerson et al vs Knauf Gips KG et al | Ernest Nunez III |
| 2:09cv04275 | Amerson et al vs Knauf Gips KG et al | Marie L Nunez |
| 2:09cv02981 | Donaldson et al vs Knauf Gips KG et al | John Oertling |
| 2:09cv04312 | OHear vs Knauf Gips KG et al | Anne M O'hear |
| 2:09cv06509 | Oliver et al vs Knauf Gips KG et al | Patches Oliver |
| 2:09cv06509 | Oliver et al vs Knauf Gips KG et al | Richard Oliver |
| 2:09cv04301 | Oves vs Knauf Gips KG et al | Jose Francisco Oves |
| 2:09cv04144 | Paul et al vs Knauf Gips KG et al | Avis Pail |
| 2:09cv06526 | Panneton et al vs Knauf Gips KG et al | Clyde Panneton |
| 2:09cv06526 | Panneton et al vs Knauf Gips KG et al | Ruth Panneton |
| 2:09cv06051 | Pastentine vs Knauf Gips KG et al | Judith Ellen Pastentine |
| 2:09cv04144 | Paul et al vs Knauf Gips KG et al | Audrey Paul |
| 2:09cv04275 | Amerson et al vs Knauf Gips KG et al | Michelle Whiteside Pavageau |
| 2:09cv04297 | Pelligra vs Knauf Gips KG et al | Anna Pelligra |
| 2:09cv03838 | Pennington vs Knauf Gips KG et al | Dorothy Pennington |
| 2:09cv03961 | Peres et al vs Knauf Gips KG et al | Kathy Peres |
| 2:09cv03961 | Peres et al vs Knauf Gips KG et al | Tony Peres |
| 2:09cv03384 | Perez et al vs Knauf Gips KG et al | Pedro Perez |
| 2:09cv03384 | Perez et al vs Knauf Gips KG et al | Sandra E Perez |
| 2:09cv05500 | Perry et al vs Knauf Gips KG et al | Timothy Perry |
| 2:09cv05500 | Perry et al vs Knauf Gips KG et al | Tracey Perry |
| 2:09cv04319 | Peterson et al vs Treasure Coast Homes LLC et al | Derrick Peterson |
| 2:09cv04145 | Moore et al vs Knauf Gips KG et al | Madonna Peterson |
| 2:09cv04319 | Peterson et al vs Treasure Coast Homes LLC et al | Robin Peterson |
| 2:09cv06081 | Peters vs Knauf Gips KG et al | Ronald Peters |
| 2:09cv03424 | Peyton et al vs Knauf Gips KG et al | Beth Peyton |
| 2:09cv03424 | Peyton et al vs Knauf Gips KG et al | Sean Peyton |
| 2:09cv06658 | Pierson et al vs Knauf Gips KG et al | Jan Pierson |
| 2:09cv06658 | Pierson et al vs Knauf Gips KG et al | Neil Pierson |
| 2:09cv04287 | Pizani et al vs Knauf Gips KG et al | Calvin Pizani |
| 2:09cv04287 | Pizani et al vs Knauf Gips KG et al | Lindsey Pizani |
| 2:09cv05871 | Plaza vs Knauf Gips KG et al | Ana Maria Plaza |
| 2:09cv06531 | Posey et al vs Beijing New Building Materials Co Ltd et | Susan Posey |
| 2:09cv03426 | Bourg et al vs Knauf Gips KG et al | Sheryl Powell |
| 2:09cv06544 | Ramsarran vs Knauf Gips KG et al | Lloyd Ramsarran |
| 2:09cv04117 | Vickers et al vs Knauf Gips KG et al | Gene Raphael |
| 2:09cv04293 | Rayfield et al vs Knauf Gips K G et al | Sylvia Rayfield |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Jerome Reddick |
| 2:09cv05872 | Victores et al vs Lennar Homes Llc et al | Jennifer Restrepo |
| 2:09cv05872 | Victores et al vs Lennar Homes Llc et al | Jorge Restrepo |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | David C Richard |
| 2:09cv04116 | Riesz et al vs Knauf Plasterboard Tianjin Co Ltd et al | Lawrence Riesz |
| 2:09cv06540 | Rinaldi vs Knauf Gips KG et al | Joseph J Rinaldi Jr |
| 2:09cv04298 | Rizzo et al vs Knauf Gips KG et al | Madelin Rizzo |
| 2:09cv04298 | Rizzo et al vs Knauf Gips KG et al | Ricardo Rizzo |
| 2:09cv06082 | Roberts vs Knauf Gips KG et al | Jeffrey D Roberts |
| 2:09cv05870 | Roberts et al vs Knauf Gips KG et al | Jennifer D Roberts |
| 2:09cv03127 | Roberts et al vs Knauf Gips KG et al | Mona Roberts |

| | | |
|---|---|---|
| 2:09cv05870 | Roberts et al vs Knauf Gips KG et al | Steven Roberts |
| 2:09cv03282 | Robinson et al vs Knauf Gips KG et al | Ellen Benadette Robinson |
| 2:09cv03282 | Robinson et al vs Knauf Gips KG et al | Jerome Kiloran Robinson |
| 2:09cv06741 | Lebron et al vs Breezes at Galloway Inc et al | Cecilia Rodriguez |
| 2:09cv06741 | Lebron et al vs Breezes at Galloway Inc et al | Patricia Rodriguez |
| 2:09cv06537 | Rosen et al vs Knauf Gips KG et al | Richard Rosen |
| 2:09cv04657 | Royal et al vs Beazer Homes Corp et al | Bryson Royal |
| 2:09cv04657 | Royal et al vs Beazer Homes Corp et al | Kimberly Royal |
| 2:09cv04660 | Ruesch et al vs Knauf Gips KG et al | Dorothy Ruesch |
| 2:09cv04660 | Ruesch et al vs Knauf Gips KG et al | Kevin P Ruesch |
| 2:09cv06742 | Diaz et al vs Knauf Gips KG et al | Jessica C Sanchez |
| 2:09cv05870 | Roberts et al vs Knauf Gips KG et al | Carolyn Santamaria |
| 2:09cv05870 | Roberts et al vs Knauf Gips KG et al | Daniel Santamaria |
| 2:09cv04117 | Vickers et al vs Knauf Gips KG et al | Jason D Santiago |
| 2:09cv04304 | Sardina et al vs Knauf Gips KG et al | Jennifer Sardina |
| 2:09cv04304 | Sardina et al vs Knauf Gips KG et al | Raymond Sardina |
| 2:09cv06743 | Sarkar vs Knauf Gips KG et al | Immanuel Sarkar |
| 2:09cv04656 | Schatzle et al vs Knauf Gips KG et al | Judith Schatzle |
| 2:09cv04656 | Schatzle et al vs Knauf Gips KG et al | Ralph J Schatzle |
| 2:09cv04344 | Schields et al vs Knauf Gips KG et al | Larry Schields |
| 2:09cv04344 | Schields et al vs Knauf Gips KG et al | Randall Schields Deceased |
| 2:09cv04116 | Riesz et al vs Knauf Plasterboard Tianjin Co Ltd et al | Jennifer Schnee |
| 2:09cv04315 | Schurer vs Knauf Gips KG et al | John Schurer |
| 2:09cv04306 | Scritchfield et al vs Knauf Gips KG et al | Ronald Scritchfield |
| 2:09cv04148 | Serio vs Knauf Gips KG et al | Joseph Serio DR |
| 2:09cv04307 | Shakoor vs Knauf Gips KG et al | Arif Shakoor |
| 2:09cv03639 | Simmons et al vs Knauf Gips KG et al | Andre Simmons |
| 2:09cv03639 | Simmons et al vs Knauf Gips KG et al | Melinda Simmons |
| 2:09cv04274 | Dakin et al vs Knauf Gips KG et al | Andrea L Singleton |
| 2:09cv03960 | Meyer et al vs Knauf Gips KG et al | Helena Skinner |
| 2:09cv04317 | Skora et al vs Knauf Gips KG et al | Danielle Skora |
| 2:09cv04317 | Skora et al vs Knauf Gips KG et al | Gregory Skora |
| 2:09cv06068 | Slidell Property Management LLC vs Knauf Gips KG et | Slidell Property Management LL |
| 2:09cv06083 | Smith et al vs Knauf Gips KG et al | Carlette Smith |
| 2:09cv03639 | Simmons et al vs Knauf Gips KG et al | Connie Smith |
| 2:09cv06083 | Smith et al vs Knauf Gips KG et al | Gerry Smith |
| 2:09cv04655 | Smith vs Knauf Gips KG et al | Nancy M Smith |
| 2:09cv03639 | Simmons et al vs Knauf Gips KG et al | Sidney Smith |
| 2:09cv06091 | Smith vs Knauf Gips KG et al | Tanika Smith |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Caffie Soloman |
| 2:09cv04293 | Rayfield et al vs Knauf Gips K G et al | Brenda Spradlin |
| 2:09cv06084 | St Martin vs Knauf Gips KG et al | Janeau St Martin |
| 2:09cv06535 | Starkman et al vs Knauf Gips KG et al | Jeffrey Starkman |
| 2:09cv06535 | Starkman et al vs Knauf Gips KG et al | Sharlene Starkman |
| 2:09cv04100 | Staub et al vs Knauf Gips KG et al | Dana Staub |
| 2:09cv04100 | Staub et al vs Knauf Gips KG et al | Marc Staub |
| 2:09cv03193 | Stayton vs Knauf Gips KG et al | Laurie Stayton |
| 2:09cv06545 | Steiner et al vs Beijing New Building Material Plc et al | Charles Steiner |
| 2:09cv06545 | Steiner et al vs Beijing New Building Material Plc et al | Stephanie Steiner |
| 2:09cv03525 | Davis et al vs Knauf Gips KG et al | Kristina Stout |

| Case | Caption | Plaintiff |
|---|---|---|
| 2:09cv03525 | Davis et al vs Knauf Gips KG et al | Michael Stout |
| 2:09cv03929 | Tabor et al vs Knauf Gips KG et al | Edward Tabor |
| 2:09cv03929 | Tabor et al vs Knauf Gips KG et al | Emmilou Tabor |
| 2:09cv04117 | Vickers et al vs Knauf Gips KG et al | Jim Tarzy |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Doris Taylor |
| 2:09cv04273 | Gritter et al vs Knauf Gips KG et al | Willie Mae Taylor |
| 2:09cv04310 | Teefy et al vs Knauf Gips KG et al | Susan Teefy |
| 2:09cv04310 | Teefy et al vs Knauf Gips KG et al | Thomas Teefy |
| 2:09cv06754 | Tenorio vs Knauf Gips KG et al | Eric P Tenorio |
| 2:09cv03931 | Theard et al vs Knauf Gips KG et al | Avery Theard |
| 2:09cv03931 | Theard et al vs Knauf Gips KG et al | Tjaynell Theard |
| 2:09cv04154 | Mccrary et al vs Knauf Gips KG et al | Herbert Theodore JR |
| 2:09cv04154 | Mccrary et al vs Knauf Gips KG et al | Lois Theodore |
| 2:09cv04154 | Mccrary et al vs Knauf Gips KG et al | Angelina Thomas |
| 2:09cv03639 | Simmons et al vs Knauf Gips KG et al | Alvin Thymes |
| 2:09cv03427 | Cresson et al vs Knauf Gips KG et al | Richard Denis Tiemann JR |
| 2:09cv06529 | Torres Lutz et al vs Shandong Taihe Dongxin Stock Co | Cecilia Torres |
| 2:09cv06529 | Torres Lutz et al vs Shandong Taihe Dongxin Stock Co | Marcelo Torres-lutz |
| 2:09cv04305 | Trepkowski et al vs Knauf Gips KG et al | Carrie Trepkowski |
| 2:09cv04305 | Trepkowski et al vs Knauf Gips KG et al | David Trepkowski |
| 2:09cv06093 | Tromatore et al vs Knauf Gips KG et al | Peggy Tromatore |
| 2:09cv06093 | Tromatore et al vs Knauf Gips KG et al | Ronald Tromatore |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Bui A Tuyet |
| 2:09cv04300 | Valdes et al vs Knauf Gips KG et al | Enrique Valdes |
| 2:09cv04300 | Valdes et al vs Knauf Gips KG et al | Ivy Valdes |
| 2:09cv04154 | Mccrary et al vs Knauf Gips KG et al | Raul Valdez |
| 2:09cv04154 | Mccrary et al vs Knauf Gips KG et al | Varlene Valdez |
| 2:09cv04378 | Van Winkle et al vs Knauf Gips KG et al | Annie Van Winkle |
| 2:09cv04378 | Van Winkle et al vs Knauf Gips KG et al | Ronnie Van Winkle Sr |
| 2:09cv06690 | Gross et al vs Knauf Gips KG et al | Louis Velez |
| 2:09cv04117 | Vickers et al vs Knauf Gips KG et al | Karin Vickers |
| 2:09cv05872 | Victores et al vs Lennar Homes Llc et al | Didio Victores |
| 2:09cv05872 | Victores et al vs Lennar Homes Llc et al | Monica Victores |
| 2:09cv04303 | Villalta et al vs Knauf Gips KG et al | Daniel Villalta |
| 2:09cv04303 | Villalta et al vs Knauf Gips KG et al | Yesenia Villalta |
| 2:09cv03423 | Vu et al vs Knauf Gips KG et al | Jessie Vu |
| 2:09cv04659 | De Gamboa et al vs Knauf Gips KG et al | Jeffrey Wasch |
| 2:09cv03960 | Meyer et al vs Knauf Gips KG et al | Sharon Watts |
| 2:09cv04154 | Mccrary et al vs Knauf Gips KG et al | Victor White |
| 2:09cv04324 | Whitfield vs Knauf Gips KG et al | CHRISTOPHER WHITFIELD |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Alice Williams |
| 2:09cv03525 | Davis et al vs Knauf Gips KG et al | Arnelle Williams |
| 2:09cv04147 | Carter et al vs Knauf Gips KG et al | Deborah Williams |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Latunia M Williams |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Michael Williams |
| 2:09cv03525 | Davis et al vs Knauf Gips KG et al | Shelby Williams |
| 2:09cv03426 | Bourg et al vs Knauf Gips KG et al | Sylvester Williams |
| 2:09cv03488 | Wiltz et al vs Knauf Gips KG et al | Barbara Wiltz |
| 2:09cv03488 | Wiltz et al vs Knauf Gips KG et al | Kenneth Wiltz |
| 2:09cv04100 | Staub et al vs Knauf Gips KG et al | Jennifer Woodside |

| | | |
|---|---|---|
| 2:09cv04100 | Staub et al vs Knauf Gips KG et al | John Woodside |
| 2:09cv03426 | Bourg et al vs Knauf Gips KG et al | Irvin Young |
| 2:09cv03136 | Gilberti et al vs Knauf Gips KG | Melissa Young |
| 2:09cv04147 | Carter et al vs Knauf Gips KG et al | Jeffrey Zeleny |
| 2:09cv04147 | Carter et al vs Knauf Gips KG et al | Margaret Zeleny |
| 2:09cv06095 | Zubrowski et al vs Knauf Gips KG et al | Linda Zubrowski |
| 2:09cv06095 | Zubrowski et al vs Knauf Gips KG et al | Michael Zubrowski |