| Case Number | Case Name | First Name | Last Name | Firm |
|---|---|---|---|---|
| | | Unknown | (Stefan, Chester) | Cunningham Bounds |
| 2:09cv03638 | Mays et al vs Knauf Gips KG et al | Mindi | Adams | Becnel Law Firm LLC-Reserve |
| 2:09cv05501 | Adkins vs Knauf Gips KG et al | Lynard | Adkins | Lumpkin & Reeves PLLC |
| 2:09cv03135 | Alexander et al vs Knauf Gips KG et al | Henry | Alexander | Becnel Law Firm LLC-Reserve |
| 2:09cv03135 | Alexander et al vs Knauf Gips KG et al | Joshua | Alexander | Martzell & Bickford |
| 2:09cv04298 | Rizzo et al vs Knauf Gips KG et al | Penny | Alexander | Becnel, Robert M |
| 2:09cv04295 | Feliciano et al vs Knauf Gips KG et al | Madelin | Alfonso | Colson Hicks Eidson |
| 2:09cv04112 | Allen et al vs Knauf Plasterboard Tianjin Co Ltd et al Nicole | Ashley | Algeciras | Colson Hicks Eidson |
| 2:09cv04112 | Allen et al vs Knauf Plasterboard Tianjin Co Ltd et al Shane | Allen | | Morgan & Morgan PA-Fort Myers |
| 2:09cv03959 | Alonzo vs Knauf Gips KG et al | Lana | Alonzo | Mason Law Firm LLP |
| 2:09cv06539 | Alvarez et al vs Knauf Gips KG et al | Emilio | Alvarez | Gainsburgh Benjamin David Meunier |
| 2:09cv06539 | Alvarez et al vs Knauf Gips KG et al | MARTHA | ALVAREZ | Colson Hicks Eidson |
| 2:09cv06805 | Amato et al vs Knauf Gips KG et al | Dawn | Amato | Lambert & Nelson PLC |
| 2:09cv06805 | Amato et al vs Knauf Gips KG et al | Dean | Amato | Lambert & Nelson PLC |
| 2:09cv06805 | Amato et al vs Knauf Gips KG et al | Emma | Amato | Lambert & Nelson PLC |
| 2:09cv06805 | Amato et al vs Knauf Gips KG et al | Halee | Amato | Lambert & Nelson PLC |
| 2:09cv06096 | Ambrose vs Knauf Gips KG et al | Rosalie | Ambrose | Bruno, Joseph M APLC |
| 2:09cv04275 | Amerson et al vs Knauf Gips KG et al | Amy | Amerson | Becnel Law Firm |
| | | Aiden | Ancira | Becnel Law Firm |
| 2:09cv03156 | Ancira et al vs Knauf Gips KG et al | Chris | Ancira | Becnel Law Firm LLC-Reserve |
| 2:09cv03156 | Ancira et al vs Knauf Gips KG et al | Lilah | Ancira | Herman Herman Katz & Cotlar LLP |
| | | Brianna | Anderson | Matthews & Assoc. |
| | | Brodrick | Anderson | Matthews & Assoc. |
| | | Clarence | Anderson | Martzell & Bickford |
| | | Constance | Anderson | Martzell & Bickford |
| | | LaToya | Anderson | Matthews & Assoc. |
| | | Quaintrell | Anderson | Matthews & Assoc. |
| 2:09cv04113 | Ankney vs Knauf Gips KG et al | Duane | Ankney | Gilman & Pastor LLP-Boston |
| | | Charles | Back | Lambert & Nelson PLC |
| | | Mary | Back | Lambert & Nelson PLC |
| 2:09cv04318 | Badchkam vs Knauf Gips KG et al | Annette | Badchkam | Leopold Kuvin PA |
| | | Antoine | Badon | Martzell & Bickford |
| | | Gary | Badon | Martzell & Bickford |
| 2:09cv03932 | Antoine et al vs Knauf Gips KG et al | Ive | Badon | Martzell & Bickford |
| | | Joseph | Badon | Martzell & Bickford |



EXHIBIT B

| Case Number | Case Name | First Name | Last Name | Firm |
|---|---|---|---|---|
| 2:09cv03932 | Antoine et al vs Knauf Gips KG et al | Lorraine | Badon | Martzell & Bickford |
| | | Patrice | Badon | Martzell & Bickford |
| | | Tianne | Badon | Martzell & Bickford |
| 2:09cv06086 | Bailey vs Knauf Gips KG et al | Delores | Bailey | Bruno, Joseph M APLC |
| | | Heather | Barone | Becnel Law Firm |
| 2:09cv03243 | Barone vs Knauf Gips KG et al | John | Barone | Becnel Law Firm LLC-Reserve |
| 2:09cv04118 | Garcia et al vs Lennar Corp et al | Hector | Barrozo | Alters Boldt Brown Rash & Culmo PA |
| 2:09cv06532 | Belfour et al vs Knauf Gips KG et al | Ashli | Belfour | Alters Boldt Brown Rash & Culmo PA |
| 2:09cv06532 | Belfour et al vs Knauf Gips KG et al | Ed | Belfour | Alters Boldt Brown Rash & Culmo PA |
| | | Elizabeth | Bennett | Alters, Boldt, Brown |
| | | Gloria | Berson | Leopold-Kuvin |
| 2:09cv03840 | Berthaut vs Knauf Gips KG et al | Colin | Berthaut | Martzell & Bickford |
| 2:09cv04351 | Berthelotte et al vs Knauf Gips KG et al | Anna | Berthelotte | Bencomo & Associates |
| 2:09cv04273 | Gritter et al vs Knauf Gips KG et al | Cindy | Bierra | Herman Herman Katz & Cotlar LLP |
| 2:09cv04273 | Gritter et al vs Knauf Gips KG et al | Nandi | Bierra | Morris Bart LLC |
| 2:09cv04273 | Gritter et al vs Knauf Gips KG et al | Nathanial | Bierria | Morris Bart LLC |
| 2:09cv04273 | Gritter et al vs Knauf Gips KG et al | Nathanial | Bierria | Morris Bart LLC |
| 2:09cv03608 | Blalock et al vs Interior Exterior Building Supply LP | Angeles | Blalock | Martzell & Bickford |
| 2:09cv06550 | Bloom et al vs Knauf Gips KG et al | Andrew | Bloom | Colson Hicks Eidson |
| 2:09cv06550 | Bloom et al vs Knauf Gips KG et al | Chase | Bloom | Colson Hicks Eidson |
| 2:09cv06550 | Bloom et al vs Knauf Gips KG et al | Ina | Bloom | Colson Hicks Eidson |
| 2:09cv06550 | Bloom et al vs Knauf Gips KG et al | Jordyn | Bloom | Colson Hicks Eidson |
| | | Calley | Blue | Lambert & Nelson PLC |
| | | John | Blue | Lambert & Nelson PLC |
| | | Rachelle | Blue | Lambert & Nelson PLC |
| 2:09cv03525 | Davis et al vs Knauf Gips KG et al | Kendrick | Bonnee | Morris Bart LLC |
| 2:09cv03525 | Davis et al vs Knauf Gips KG et al | Kenya | Bonnee | Morris Bart LLC |
| 2:09cv04660 | Ruesch et al vs Knauf Gips KG et al | Edwin | Boquet | Roda Nast PC |
| | | Barry | Borne | Lambert & Nelson PLC |
| 2:09cv06073 | Borne vs Cadis et al | Carol | Borne | Berniard Law Firm |
| 2:09cv06073 | Borne vs Cadis et al | Louis | Borne | Berniard Law Firm |
| | | Mary | Borne | Lambert & Nelson PLC |
| | | Tyler | Boudreaux | Bruno, Joseph M APLC |
| 2:09cv03426 | Bourg et al vs Knauf Gips KG et al | Junius | Bourg | Morris Bart LLC |
| 2:09cv04313 | Bradford vs Knauf Gips KG et al | Deborah | Bradford | Leopold Kuvin PA |
| | | Marilyn | Brand | Matthews & Assoc. |
| | | William | Brand | Matthews & Assoc. |

| Case | Case Name | First | Last | Firm |
|---|---|---|---|---|
| 2:09cv04381 | Broesder vs Knauf Gips KG et al | Holly | Braselman | Lambert & Nelson PLC |
| | | Ryan | Braselman | Lambert & Nelson PLC |
| | | Stanley | Broesder | D'Amico, Frank J Jr APLC |
| | | John | Broughton | Matthews & Assoc. |
| 2:09cv03535 | Brumfield et al vs Knauf Gips KG et al | Adrianne | Brumfield | Becnel Law Firm LLC-Reserve |
| 2:09cv03535 | Brumfield et al vs Knauf Gips KG et al | Jada | Brumfield | Morris Bart LLC |
| 2:09cv03535 | Brumfield et al vs Knauf Gips KG et al | Jayden | Brumfield | Morris Bart LLC |
| 2:09cv03535 | Brumfield et al vs Knauf Gips KG et al | Ollie | Brumfield | Morris Bart LLC |
| 2:09cv03535 | Brumfield et al vs Knauf Gips KG et al | Ollie | Brumfield | Morris Bart LLC |
| 2:09cv03535 | Brumfield et al vs Knauf Gips KG et al | Adam | Brumfield | Morris Bart LLC |
| 2:09cv03634 | Bryant vs Knauf Gips KG et al | Debra | Bryant | Becnel Law Firm LLC-Reserve |
| 2:09cv03634 | Bryant vs Knauf Gips KG et al | Carolyn | Bryant | Martzell & Bickford |
| 2:09cv03928 | Buckles vs Knauf Gips KG et al | Gerald | Buckles | Martzell & Bickford |
| | | Anna | Bui | Matthews & Assoc. |
| | | Mona | Burke | Martzell & Bickford |
| 2:09cv03127 | Roberts et al vs Knauf Gips KG et al | Thomas | Burke | Scafidel Law Firm Llc |
| | | Thomas | Burke | Martzell & Bickford |
| | | Victoria | Burke | Martzell & Bickford |
| | | Zachary | Burke | Martzell & Bickford |
| | | Jordan | Burrus | Leopold-Kuvin |
| | | Blake | Busbee | Colson Hicks Eidson |
| | | Clarence | Busbee | Colson Hicks Eidson |
| | | Madisyn | Busbee | Colson Hicks Eidson |
| | | Sheri | Busbee | Colson Hicks Eidson |
| 2:09cv04147 | Carter et al vs Knauf Gips KG et al | Mitchell | Cager | Matthews & Associates |
| 2:09cv04147 | Carter et al vs Knauf Gips KG et al | Patricia | Cager | Matthews & Associates |
| | | Joe | Calamari | Becnel Law Firm |
| | | Gary | Callais | Martzell & Bickford |
| | | Jenna | Callais | Martzell & Bickford |
| | | Michelle | Callais | Martzell & Bickford |
| 2:09cv06531 | Posey et al vs Beijing New Building Materials Co Lt | Amanda | Calloway | Levin Papantonio |
| 2:09cv06531 | Posey et al vs Beijing New Building Materials Co Lt | Frederic | Calloway | Levin Papantonio |
| 2:09cv06507 | Campanelli et al vs Knauf Gips KG et al | Karen | Campanelli | Parker Waichman Alonso LLP |
| | | Kelsey | Campanelli | Parker Waichman Alonso, LLP |
| 2:09cv06507 | Campanelli et al vs Knauf Gips KG et al | Larry | Campanelli | Parker Waichman Alonso LLP |
| | | Marissa | Campanelli | Parker Waichman Alonso, LLP |
| | | John | Campbell d/b/a Slid | Lambert & Nelson |

| Case Number | Case Name | First | Last | Firm |
|---|---|---|---|---|
| 2:09cv04273 | Gritter et al vs Knauf Gips KG et al | Elaine | Canty | Morris Bart LLC |
| 2:09cv04273 | Gritter et al vs Knauf Gips KG et al | Honore | Canty | Morris Bart LLC |
| | | Jaelynn | Carey | Alters, Boldt, Brown |
| | | Jaylen | Carey | Alters, Boldt, Brown |
| 2:09cv06534 | Carey et al vs Knauf Gips KG et al | Latavia | Carey | Alters Boldt Brown Rash & Culmo PA |
| 2:09cv06534 | Carey et al vs Knauf Gips KG et al | Vernon | Carey | Alters Boldt Brown Rash & Culmo PA |
| 2:09cv04147 | Carter et al vs Knauf Gips KG et al | Alexis | Carter | Matthews & Associates |
| | | Alice | Carter | Matthews & Assoc. |
| 2:09cv06087 | Carter vs Knauf Gips KG et al | Amy | Carter | Bruno, Joseph M APLC |
| 2:09cv03525 | Davis et al vs Knauf Gips KG et al | Andrea | Carter | Morris Bart LLC |
| 2:09cv04147 | Carter et al vs Knauf Gips KG et al | Brock | Carter | Matthews & Associates |
| | | Curtis | Carter | Matthews & Assoc. |
| 2:09cv06087 | Carter vs Knauf Gips KG et al | Daniel | Carter | Bruno, Joseph M APLC |
| 2:09cv04147 | Carter et al vs Knauf Gips KG et al | Hannah | Carter | Matthews & Associates |
| 2:09cv04147 | Carter et al vs Knauf Gips KG et al | James | Carter | Matthews & Associates |
| | | Amparo | Casiano | Colson Hicks Eidson |
| | | Christina | Casiano | Colson Hicks Eidson |
| | | Jasmin | Casiano | Colson Hicks Eidson |
| | | Robert | Casiano | Colson Hicks Eidson |
| | | Roberto | Casiano | Colson Hicks Eidson |
| 2:09cv03637 | Cassagne et al vs Knauf Gips KG et al | Brande | Cassagne | Becnel Law Firm LLC-Reserve |
| 2:09cv03637 | Cassagne et al vs Knauf Gips KG et al | Grace | Cassagne | Morris Bart LLC |
| 2:09cv03637 | Cassagne et al vs Knauf Gips KG et al | Isabelle | Cassagne | Morris Bart LLC |
| 2:09cv03637 | Cassagne et al vs Knauf Gips KG et al | Jordan | Cassagne | Morris Bart LLC |
| 2:09cv04316 | Catalano et al vs Knauf Gips KG et al | Faye | Catalano | Leopold Kuvin PA |
| 2:09cv04316 | Catalano et al vs Knauf Gips KG et al | Thomas | Catalano | Leopold Kuvin PA |
| 2:09cv03526 | Ceruti et al vs Knauf Gips KG et al | Ronald | Ceruti | Becnel Law Firm LLC-Reserve |
| 2:09cv03526 | Ceruti et al vs Knauf Gips KG et al | Sharon | Ceruti | Becnel Law Firm LLC-Reserve |
| 2:09cv03923 | Chiappetta et al vs Knauf Gips KG et al | Karen | Chiappetta | Becnel Law Firm LLC-Reserve |
| 2:09cv03923 | Chiappetta et al vs Knauf Gips KG et al | Kevin | Chiappetta | Becnel Law Firm LLC-Reserve |
| | | Kortney | Chiappetta | Becnel Law Firm |
| 2:09cv06097 | Clark vs Knauf Gips KG et al | Carolyn | Clark | Bruno, Joseph M APLC |
| | | Derrin | Clark | Lemmon Law Firm |
| 2:09cv06525 | Godwin et al vs Knauf Gips KG et al | Markell | Clark | Morris Bart LLC |
| 2:09cv06525 | Godwin et al vs Knauf Gips KG et al | Markeva | Clark | Morris Bart LLC |
| | | Grace | Clement | Lemmon Law Firm |
| | | Paul | Clement | Lemmon Law Firm |

| Case | Caption | First | Last | Firm |
|---|---|---|---|---|
| 2:09cv06511 | Coats et al vs Knauf Gips KG et al | Angela | Coats | Lumpkin & Reeves PLLC |
| 2:09cv06511 | Coats et al vs Knauf Gips KG et al | Charles | Coats | Lumpkin & Reeves PLLC |
| | | Ariel | Coleman | Martzell & Bickford |
| | | Traylynn | Coleman | Martzell & Bickford |
| 2:09cv03309 | Conrad vs Knauf Gips KG et al | Ariane | Conrad | Becnel Law Firm LLC-Reserve |
| 2:09cv03525 | Davis et al vs Knauf Gips KG et al | Gelone | Conrad | Becnel Law Firm LLC-Reserve |
| 2:09cv03525 | Davis et al vs Knauf Gips KG et al | Jesse | Conrad | Morris Bart LLC |
| | | Jordon | Cook | Becnel Law Firm |
| 2:09cv04299 | Flores et al vs Knauf Gips KG et al | Nathalia | Cora | Stimson, Richard W LLC |
| 2:09cv04299 | Flores et al vs Knauf Gips KG et al | Noah | Cora | Colson Hicks Eidson |
| 2:09cv03956 | Couture et al vs Knauf Gips KG et al | Baylei | Couture | Torres, Sidney D III APLC |
| 2:09cv03956 | Couture et al vs Knauf Gips KG et al | Kasie | Couture | Torres, Sidney D III APLC |
| 2:09cv03956 | Couture et al vs Knauf Gips KG et al | Patrick | Couture | Torres, Sidney D III APLC |
| | | Terrence | Cox | Matthews & Assoc. |
| 2:09cv03427 | Cresson et al vs Knauf Gips KG et al | Robert | Cresson | Becnel Law Firm LLC-Reserve |
| 2:09cv06527 | Cronin et al vs Knauf Gips KG et al | Margaret | Cronin | Parker Waichman Alonso LLP |
| 2:09cv06527 | Cronin et al vs Knauf Gips KG et al | William | Cronin | Parker Waichman Alonso LLP |
| 2:09cv03525 | Davis et al vs Knauf Gips KG et al | Felton | Crowley | Morris Bart LLC |
| 2:09cv03525 | Davis et al vs Knauf Gips KG et al | Vonda | Crowley | Becnel Law Firm LLC-Reserve |
| | | Kaden | Culliton | Norton, Hammersley, Lopez |
| 2:09cv04114 | Culliton et al vs Taylor Morrison Services Inc et al | Kristin | Culliton | Norton Hammersley Lopez & Skokos PA |
| | | Jenn | Dakin | Becnel Law Firm |
| 2:09cv04274 | Dakin et al vs Knauf Gips KG et al | Kim | Dakin | Herman Herman Katz & Cotlar LLP |
| | | Lee | Dakin | Becnel Law Firm |
| | | Adrianne | D'Amico | Hawkins, Stracener & Gibson PLLC |
| 2:09cv04367 | D'Amico et al vs Knauf Gips KG et al | Ariel | D'Amico | Hawkins, Stracener & Gibson PLLC |
| 2:09cv04367 | D'Amico et al vs Knauf Gips KG et al | Daniel | D'amico | Elliot, N Frank III LLC |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Michelle | D'amico | Fayard & Honeycutt |
| | | Pam | Damond | Matthews & Associates |
| | | Patin | Danielle | Martzell & Bickford |
| 2:09cv06531 | Posey et al vs Beijing New Building Materials Co Ltr Lula | Bryce | Daniels | Levin Papantonio |
| | | Harry | Darby | Lemmon Law Firm |
| | | Melissa | Darby | Lemmon Law Firm |
| 2:09cv03525 | Davis et al vs Knauf Gips KG et al | Glendale | DAVIS | Lemmon Law Firm |
| 2:09cv03525 | Davis et al vs Knauf Gips KG et al | LOLITA | DAVIS | Morris Bart LLC |
| 2:09cv06533 | Davy et al vs Knauf Gips KG et al | Amy | Davy | Herman Herman Katz & Cotlar LLP |
| | | | | Alters Boldt Brown Rash & Culmo PA |

| Case | Case Name | First | Last | Firm |
|---|---|---|---|---|
| 2:09cv06533 | Davy et al vs Knauf Gips KG et al | Brady | Davy | Alters, Boldt, Brown |
| | | Brody | Davy | Alters, Boldt, Brown |
| | | Christopher | Davy | Alters Boldt Brown Rash & Culmo PA |
| | | Ethan | Davy | Alters, Boldt, Brown |
| | | Nicholas | Davy | Alters, Boldt, Brown |
| 2:09cv04658 | Debenedictis et al vs Knauf Gips KG et al | Deborah | Debenedictis | Levin Papantonio |
| 2:09cv04658 | Debenedictis et al vs Knauf Gips KG et al | Frank | Debenedictis | Levin Papantonio |
| | | Danielle | DeCarlo | Alters, Boldt, Brown |
| 2:09cv06546 | Decarlo et al vs Pulte Home Corp et al | Ellen | DeCarlo | Alters Boldt Brown Rash & Culmo PA |
| | | Marcelene | Del Buono | Lemmon Law Firm |
| | | Ijnanya | Delliole | Becnel Law Firm |
| 2:09cv05482 | Dempster et al vs Lowe's Home Centers Inc | Annette | Dempster | Lemmon Law Firm LLC |
| 2:09cv05482 | Dempster et al vs Lowe's Home Centers Inc | Barry | Dempster | Lemmon Law Firm LLC |
| | | Jarrod | Dempster | Lemmon Law Firm |
| 2:09cv03136 | Gilberti et al vs Knauf Gips KG | Brent | Desselle | Becnel Law Firm LLC-Reserve |
| | | Cole | Desselle | Becnel Law Firm |
| 2:09cv06740 | Deutsch et al vs Knauf Gips KG et al | Hunting | Deutsch | Levin Fishbein Sedran & Berman |
| 2:09cv06740 | Deutsch et al vs Knauf Gips KG et al | Mary | Deutsch | Gary Naegele & Theado LLC |
| 2:09cv06742 | Diaz et al vs Knauf Gips KG et al | Fernando | Diaz | Colson Hicks Eidson |
| 2:09cv06083 | Smith et al vs Knauf Gips KG et al | Precious | Diaz | Bruno, Joseph M APLC |
| | | Quanisha | Dickerson | Becnel Law Firm |
| | | Amanda | DiFilippo | Alters, Boldt, Brown |
| 2:09cv06547 | Difilippo et al vs Knauf Gips KG et al | Kathleen | Difilippo | Alters Boldt Brown Rash & Culmo PA |
| | | Nicole | DiFilippo | Alters, Boldt, Brown |
| 2:09cv06547 | Difilippo et al vs Knauf Gips KG et al | Steven | Difilippo | Alters Boldt Brown Rash & Culmo PA |
| | | Ray | Dillon | Martzell & Bickford |
| | | Selestine | Dillon | Martzell & Bickford |
| 2:09cv04117 | Vickers et al vs Knauf Gips KG et al | Devontay | Dobbins | Colson Hicks Eidson |
| 2:09cv02981 | Donaldson et al vs Knauf Gips KG et al | Jill | Donaldson | Becnel Law Firm LLC-Reserve |
| 2:09cv03635 | Donnelly et al vs Knauf Gips KG et al | Daphine | Donnelly | Becnel Law Firm LLC-Reserve |
| 2:09cv03635 | Donnelly et al vs Knauf Gips KG et al | Ethan | Donnelly | Morris Bart LLC |
| 2:09cv03635 | Donnelly et al vs Knauf Gips KG et al | Jerome | Donnelly | Morris Bart LLC |
| 2:09cv03635 | Donnelly et al vs Knauf Gips KG et al | Stacey | Donnelly | Morris Bart LLC |
| | | Deyman | Downs | Goldstein, Lauri J. |
| | | Ian | Downs | Goldstein, Lauri J. |
| | | Jessica | Downs | Goldstein, Lauri J. |
| 2:09cv04309 | Downs et al vs Knauf Gips KG et al | Patricia | Downs | Goldstein, Lauri J |

| Case | Caption | First | Last | Firm |
|---|---|---|---|---|
| 2:09cv04309 | Downs et al vs Knauf Gips KG et al | Terel | Downs | Goldstein, Lauri J |
| | | Brenda | Doyle | Baron & Budd, PC |
| | | Melissa | Doyle | Baron & Budd, PC |
| | | Theodore | Doyle | Baron & Budd, PC |
| 2:09cv04660 | Ruesch et al vs Knauf Gips KG et al | Kimberly | Duhon | Roda Nast PC |
| | | Alexandria | Dunaway | Colson Hicks Eidson |
| | | Alyson | Dunaway | Colson Hicks Eidson |
| | | Ashton | Dunaway | Colson Hicks Eidson |
| | | Jason | Dunaway | Colson Hicks Eidson |
| | | Lisa | Dunaway | Colson Hicks Eidson |
| | | Marcum | Dunaway | Colson Hicks Eidson |
| 2:09cv03639 | Simmons et al vs Knauf Gips KG et al | Darrell | Dunbar | Morris Bart LLC |
| 2:09cv03639 | Simmons et al vs Knauf Gips KG et al | Sandra | Dunbar | Becnel Law Firm LLC-Reserve |
| 2:09cv04660 | Ruesch et al vs Knauf Gips KG et al | Jay | Dunlap | Becnel Law Firm LLC-Reserve |
| | | Justin | Dunlap | Becnel Law Firm |
| 2:09cv04660 | Ruesch et al vs Knauf Gips KG et al | Vanessa | Dunlap | Roda Nast PC |
| 2:09cv06749 | Egan et al vs Knauf Gips KG et al | Michelle | Egan | Colson Hicks Eidson |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Jasmine | Enclarde | Matthews & Associates |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Mary | Enclarde | Matthews & Associates |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | CHARLES | ENGLAND | Matthews & Associates |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | CHARLES | ENGLAND | Matthews & Associates |
| | | Blaise | Ervin | Matthews & Associates |
| | | Felthus | Ervin | Matthews & Associates |
| | | Monica | Erwin | Matthews & Associates |
| | | Zachary | Erwin | Matthews & Associates |
| 2:09cv06549 | Eskenazi et al vs Knauf Gips KG et al | Alexa | Eskenazi | Colson Hicks Eidson |
| | | Anna | Eskenazi | Colson Hicks Eidson |
| | | Jordan | Eskenazi | Colson Hicks Eidson |
| 2:09cv06549 | Eskenazi et al vs Knauf Gips KG et al | Mark | Eskenazi | Colson Hicks Eidson |
| 2:09cv06090 | Eugene vs Knauf Gips KG et al | Adrian | Eugene | Bruno, Joseph M APLC |
| 2:09cv04102 | Evans et al vs Knauf Gips KG et al | Joyce | Evans | Morris Bart LLC |
| 2:09cv04102 | Evans et al vs Knauf Gips KG et al | Ronald | Evans | Herman Herman Katz & Cotlar LLP |
| | | Josephine | Farley | Baron & Budd, PC |
| | | Patrick | Farley | Baron & Budd, PC |
| 2:09cv03479 | Fazande et al vs Knauf Gips KG et al | Dwayne | Fazande | Becnel Law Firm LLC-Reserve |
| 2:09cv06537 | Rosen et al vs Knauf Gips KG et al | Steven | Felicetti | Levin Papantonio |
| 2:09cv04295 | Feliciano et al vs Knauf Gips KG et al | Annabelle | Feliciano | Colson Hicks Eidson |

| Case | Case Name | First | Last | Firm |
|---|---|---|---|---|
| 2:09cv04295 | Feliciano et al vs Knauf Gips KG et al | Daniella | Feliciano | Colson Hicks Eidson |
| 2:09cv04295 | Feliciano et al vs Knauf Gips KG et al | Felix | Feliciano | Levin Fishbein Sedran & Berman |
| 2:09cv04296 | Fernandez et al vs Knauf Gips KG et al | Jorge | Fernandez | Colson Hicks Eidson |
| 2:09cv04296 | Fernandez et al vs Knauf Gips KG et al | Michele | Fernandez | Hausfeld LLP |
| 2:09cv04321 | Feuerberg et al vs Knauf Gips KG et al | Bryan | Feuerberg | Leopold Kuvin PA |
| 2:09cv04321 | Feuerberg et al vs Knauf Gips KG et al | Emily | Feuerberg | Leopold Kuvin PA |
| 2:09cv04321 | Feuerberg et al vs Knauf Gips KG et al | Alfred | Fields | Morris Bart LLC |
| | | Anna | Fields | Morris Bart LLC |
| 2:09cv03927 | Fisher et al vs Knauf Gips KG et al | Donald | Fisher | Martzell & Bickford |
| 2:09cv03927 | Fisher et al vs Knauf Gips KG et al | Nadja | Fisher | Martzell & Bickford |
| 2:09cv04299 | Flores et al vs Knauf Gips KG et al | Julian | Flores | Levin Fishbein Sedran & Berman |
| 2:09cv06531 | Posey et al vs Beijing New Building Materials Co Ltd Carson | Evelyn | Fluharty | Levin Papantonio |
| 2:09cv06531 | Posey et al vs Beijing New Building Materials Co Ltd Charlene | Hubert | Fluharty | Levin Papantonio |
| | | Anthony | Foreston | Matthews & Assoc. |
| | | Sherrie | Foreston | Matthews & Assoc. |
| | | April | Foster | Matthews & Assoc. |
| | | Evelyn | Foster | Matthews & Assoc. |
| | | Hubert | Foster | Matthews & Assoc. |
| 2:09cv04320 | Foster vs Northstar Holdings Inc et al | Katherine | Foster | Wolf & Pravato |
| | | Kevin | Foster | Alters, Boldt, Brown |
| 2:09cv06097 | Clark vs Knauf Gips KG et al | Brandon | Fountain | Bruno, Joseph M APLC |
| 2:09cv06097 | Clark vs Knauf Gips KG et al | Brittney | Fountain | Bruno, Joseph M APLC |
| | | Ry'an | Francois | Martzell & Bickford |
| 2:09cv06548 | Frenchman et al vs Knauf Gips KG et al | Beth | Frenchman | Colson Hicks Eidson |
| 2:09cv06548 | Frenchman et al vs Knauf Gips KG et al | Brian | Frenchman | Colson Hicks Eidson |
| | | Jayda | Frenchman | Colson Hicks Eidson |
| | | Rachel | Frenchman | Colson Hicks Eidson |
| 2:09cv03639 | Simmons et al vs Knauf Gips KG et al | Georgeann | Fugler | Morris Bart LLC |
| 2:09cv03639 | Simmons et al vs Knauf Gips KG et al | James | Fugler | Herman Herman Katz & Cotlar LLP |
| | | Keith | Fuhrman | Leopold-Kuvin |
| | | Bonnie | Fulks | Alters, Boldt, Brown |
| | | Richard | Fulks | Alters, Boldt, Brown |
| | | Oronde | Gabriel | Becnel Law Firm |
| 2:09cv06551 | Gagnard et al vs Knauf Gips KG et al | Ann | Gagnard | Lumpkin & Reeves PLLC |
| 2:09cv06551 | Gagnard et al vs Knauf Gips KG et al | Gary | Gagnard | Lumpkin & Reeves PLLC |
| 2:09cv04294 | Galvin et al vs Knauf Gips KG et al | Larry | Galvin | Levin Fishbein Sedran & Berman |
| 2:09cv04294 | Galvin et al vs Knauf Gips KG et al | Lourene | Galvin | Colson Hicks Eidson |

| Case | Case Name | First | Last | Firm |
|---|---|---|---|---|
| 2:09cv04294 | Galvin et al vs Knauf Gips KG et al | Rene | Galvin | Hausfeld LLP |
| | | Lenox | Gamble | Matthews & Assoc. |
| | | Ana | Gamboa | Colson Hicks |
| | | Hermon | Gamboa | Colson Hicks |
| | | Maria | Gamboa | Colson Hicks |
| | | Pablo | Gamboa | Colson Hicks |
| | | Amanda | Garcia | Colson Hicks Eidson |
| 2:09cv04118 | Garcia et al vs Lennar Corp et al | Angela | Garcia | Baron & Budd PC-Dallas |
| | | Anparo | Garcia | Colson Hicks Eidson |
| | | Apolinar | Garcia | Colson Hicks Eidson |
| | | Christina | Garcia | Colson Hicks Eidson |
| | | Jasmin | Garcia | Colson Hicks Eidson |
| 2:09cv04118 | Garcia et al vs Lennar Corp et al | Lorena | Garcia | Barrios Kingsdorf & Casteix LLP |
| | | Loretta | Garcia | Alters, Boldt, Brown |
| | | Lydia | Garcia | Colson Hicks Eidson |
| | | Robert | Garcia | Colson Hicks Eidson |
| | | Roberto | Garcia | Colson Hicks Eidson |
| 2:09cv06094 | Gardette et al vs Knauf Gips KG et al | Jude | Gardette | Bruno, Joseph M APLC |
| 2:09cv06094 | Gardette et al vs Knauf Gips KG et al | Michael | Gardette | Bruno, Joseph M APLC |
| 2:09cv06094 | Gardette et al vs Knauf Gips KG et al | Nicole | Gardette | Bruno, Joseph M APLC |
| | | Courtney | Garrett | Martzell & Bickford |
| | | Philip | Garrett | Martzell & Bickford |
| | | Dana | Gelpi | Martzell & Bickford |
| | | Rhonda | George | Baron & Budd, PC |
| | | Michelle | Germano | Law Offices of Richard Serpe |
| | | Brian | Ghafari | Zimmerman Reed |
| | | David | Ghafari | Zimmerman Reed |
| | | Losh | Ghafari | Zimmerman Reed |
| 2:09cv03136 | Gilberti et al vs Knauf Gips KG | Chrissie | Gilberti | Becnel Law Firm LLC-Reserve |
| 2:09cv03136 | Gilberti et al vs Knauf Gips KG | Jeffry | Gilberti | Becnel Law Firm LLC-Reserve |
| | | Laila | Gilberti | Becnel Law Firm |
| 2:09cv06506 | Gill vs Knauf Gips KG et al | Winifred | Gill | Parker Waichman Alonso LLP |
| | | Leo | Giancario | Colson Hicks Eidson |
| 2:09cv04101 | Lewis et al vs Knauf Gips KG et al | Deunker | Glasper | Morris Bart LLC |
| 2:09cv04101 | Lewis et al vs Knauf Gips KG et al | Gregg | Glasper | Morris Bart LLC |
| 2:09cv06525 | Godwin et al vs Knauf Gips KG et al | Jack | Godwin | Briskman & Binion PC |
| 2:09cv06525 | Godwin et al vs Knauf Gips KG et al | Pamela | Godwin | Becnel Law Firm LLC-Reserve |

| Case | Case Name | First | Last | Firm |
|---|---|---|---|---|
| 2:09cv05869 | Goldstein vs Knauf Gips KG et al | Cindy | Goldstein | Firm TBD |
| | | Dustin | Gotreaux | Martzell & Bickford |
| | | Korie | Gotreaux | Martzell & Bickford |
| 2:09cv04102 | Evans et al vs Knauf Gips KG et al | Sherria | Gray | Morris Bart LLC |
| 2:09cv04102 | Evans et al vs Knauf Gips KG et al | Sherron | Gray | Morris Bart LLC |
| 2:09cv04114 | Culliton et al vs Taylor Morrison Services Inc et al | Dajan | Green | Podhurst Orseck PA |
| 2:09cv05874 | Green et al vs Knauf Gips KG et al | Jamie | Green | Berrigan Litchfield Schonekas Mann & Traina LLC |
| 2:09cv05874 | Green et al vs Knauf Gips KG et al | Logan | Green | Berrigan Litchfield Schonekas Mann & Traina LLC |
| 2:09cv05874 | Green et al vs Knauf Gips KG et al | Phoenix | Green | Berrigan Litchfield Schonekas Mann & Traina LLC |
| 2:09cv05874 | Green et al vs Knauf Gips KG et al | William | Green | Lentini, Arthur J PLC |
| 2:09cv03812 | Greco vs Knauf Gips KG et al | Vincent | Grego | Pendley Baudin & Coffin LLP |
| 2:09cv04273 | Gritter et al vs Knauf Gips KG et al | Catherine | Gritter | Morris Bart LLC |
| 2:09cv04273 | Gritter et al vs Knauf Gips KG et al | Joseph | Gritter | Herman Herman Katz & Cotlar LLP |
| 2:09cv06690 | Gross et al vs Knauf Gips KG et al | Cheryl | Gross | Herman Herman Katz & Cotlar LLP |
| 2:09cv06690 | Gross et al vs Knauf Gips KG et al | Christopher | Gross | Morris Bart LLC |
| 2:09cv06690 | Gross et al vs Knauf Gips KG et al | David | Gross | Morris Bart LLC |
| 2:09cv06690 | Gross et al vs Knauf Gips KG et al | Jacqueline | Gross | Morris Bart LLC |
| 2:09cv04122 | Guidry et al vs Knauf Gips KG et al | Amy | Guidry | Kanner & Whiteley LLC and/or Lambert & Nelson |
| | | Kyleigh | Guidry | Kanner & Whiteley LLC and/or Lambert & Nelson |
| 2:09cv03960 | Meyer et al vs Knauf Gips KG et al | Linda | Guidry | Gainsburgh Benjamin David Meunier |
| | | Madisyn | Guidry | Kanner & Whiteley LLC and/or Lambert & Nelson |
| 2:09cv03157 | Haindel vs Knauf Gips KG et al | Mary | Haindel | Becnel Law Firm LLC-Reserve |
| 2:09cv03479 | Fazande et al vs Knauf Gips KG et al | Darlene | Hall | Becnel Law Firm LLC-Reserve |
| | | Lorne | Hall | Morris Bart LLC |
| 2:09cv03639 | Simmons et al vs Knauf Gips KG et al | Mary | Hall | Morris Bart LLC |
| | | Nathanial | Hall | Becnel Law Firm |
| | | Olga | Hamilton | Leopold - Kuvin |
| | | Wayne | Hamilton | Leopold-Kuvin |
| 2:09cv03525 | Davis et al vs Knauf Gips KG et al | Gerald | Hampton | Morris Bart LLC |
| 2:09cv03525 | Davis et al vs Knauf Gips KG et al | Shemekia | Hampton | Morris Bart LLC |
| | | Evan | Harding | Martzell & Bickford |
| 2:09cv03836 | Harding et al vs Knauf Gips KG et al | Kristin | Harding | Martzell & Bickford |
| 2:09cv03836 | Harding et al vs Knauf Gips KG et al | Matthew | Harding | Martzell & Bickford |
| 2:09cv06543 | Harrell et al vs Knauf Plasterboard Tianjin Co Ltd et Jason | | Harrell | Podhurst Orseck PA |
| 2:09cv06543 | Harrell et al vs Knauf Plasterboard Tianjin Co Ltd et Melissa | Joseph | Harrell | Podhurst Orseck PA |
| | | Jennifer | Harrin | Colson Hicks Eidson |

| Case | Case Name | First | Last | Firm |
|---|---|---|---|---|
| | | Jennifer | Harrin | Colson Hicks Eidson |
| | | Maria | Harter | Herman Herman Katz & Cotlar LLP |
| | | Mary | Haydel | Baron & Budd, PC |
| | | Amber | Hayes | Morris Bart LLC |
| | | Cara | Hayes | Martzell & Bickford |
| 2:09cv04101 | Lewis et al vs Knauf Gips KG et al | Gloria | Hayes | Morris Bart LLC |
| | | John | Hayes | Martzell & Bickford |
| 2:09cv04101 | Lewis et al vs Knauf Gips KG et al | Lennette | Hayes | Morris Bart LLC |
| | | Caden | Heck | Becnel Law Firm |
| | | Caylee | Heck | Becnel Law Firm |
| 2:09cv04100 | Staub et al vs Knauf Gips KG et al | Josh | Heck | Becnel Law Firm LLC-Reserve |
| 2:09cv04100 | Staub et al vs Knauf Gips KG et al | Kelly | Heck | Becnel, Robert M |
| 2:09cv06554 | Heischober et al vs Taishan Gypsum Co Ltd et al | Allison | Heischober | Colson Hicks Eidson |
| 2:09cv06554 | Heischober et al vs Taishan Gypsum Co Ltd et al | Elizabeth | Heischober | Hausfeld LLP |
| 2:09cv06554 | Heischober et al vs Taishan Gypsum Co Ltd et al | Steven | Heischober | Levin Fishbein Sedran & Berman |
| 2:09cv03136 | Gilberti et al vs Knauf Gips KG | Rene | Henry | Becnel Law Firm LLC-Reserve |
| | | Sebastian | Henry | Becnel Law Firm |
| | | Amelia | Hernandez | Herman Herman Katz & Cotlar LLP |
| 2:09cv06050 | Hernandez et al vs Knauf Gips KG et al | Charlene | Hernandez | Herman Herman Katz & Cotlar LLP |
| | | Cole | Hernandez | Gainsburgh Benjamin David Meunier |
| 2:09cv06103 | Hernandez et al vs Knauf Gips KG et al | Diane | Hernandez | Gainsburgh Benjamin David Meunier |
| | | Grant | Hernandez | Herman Herman Katz & Cotlar LLP |
| | | John | Hernandez | Gainsburgh Benjamin David Meunier |
| 2:09cv06103 | Hernandez et al vs Knauf Gips KG et al | Jordan | Hernandez | Colson Hicks Eidson |
| | | Tatum | Hernandez | Herman Herman Katz & Cotlar LLP |
| 2:09cv06050 | Hernandez et al vs Knauf Gips KG et al | Rafael | Herrera | Colson Hicks Eidson |
| 2:09cv04296 | Fernandez et al vs Knauf Gips KG et al | Billie | Hillier | Lumpkin & Reeves PLLC |
| 2:09cv06552 | Hillier et al vs Knauf Gips KG et al | Carl | Hillier | Lumpkin & Reeves PLLC |
| 2:09cv06552 | Hillier et al vs Knauf Gips KG et al | Curtis | Hinkley | Colson Hicks Eidson |
| | | Sylvia | Hinkley | Colson Hicks Eidson |
| | | Stephanie | Hinkley-Lopez | Colson Hicks Eidson |
| | | Khol | Ho | Matthews & Assoc. |
| | | Phong | Ho | Matthews & Assoc. |
| | | Phu | Ho | Matthews & Assoc. |
| | | Sang | Ho | Matthews & Assoc. |
| | | Uyen | Ho | Matthews & Assoc. |
| | | Ann | Hoagland | Leopold-Kuvin |