| Case | Caption | First | Last | Firm |
|---|---|---|---|---|
| 2:09cv05830 | Hopper et al vs Knauf Gips KG et al | Lawrence | Hoagland | Leopold-Kuvin |
| 2:09cv05830 | Hopper et al vs Knauf Gips KG et al | Dean | Hopper | Gainsburgh Benjamin David Meunier |
| | | Dena | Hopper | Gainsburgh Benjamin David Meunier |
| | | Christopher | Hotard | Martzell & Bickford |
| | | Charisina | Houston | Matthews & Assoc. |
| | | Drakker | Houston | Matthews & Assoc. |
| | | Rudalph | Houston | Matthews & Assoc. |
| | | Shannon | Houston | Matthews & Assoc. |
| 2:09cv06510 | Huckabee vs Knauf Gips KG et al | Harold | Huckabee | Lumpkin & Reeves PLLC |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Jacob | Huckaby | Matthews & Associates |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Jennifer | Huckaby | Matthews & Associates |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Michael | Huckaby | Matthews & Associates |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Zakkary | Huckaby | Matthews & Associates |
| | | Agustin | Illegible | Alters, Boldt, Brown |
| | | Maria | Illegible | Alters, Boldt, Brown |
| | | Pilar | Illegible | Alters, Boldt, Brown |
| | | Victoria | Illegible | Alters, Boldt, Brown |
| | | Dennis | Jackson | Colson Hicks Eidson |
| | | Isaac | Jackson | Matthews & Associates |
| | | Sharon | Jackson | Colson Hicks Eidson |
| 2:09cv05828 | Jarrell et al vs Knauf Gips KG et al | Chad | Jarrell | Gainsburgh Benjamin David Meunier |
| 2:09cv05828 | Jarrell et al vs Knauf Gips KG et al | Darlene | Jarrell | Gainsburgh Benjamin David Meunier |
| | | Isabelle | Jarrell | Gainsburgh Benjamin David Meunier |
| | | Leila R. | Jarrell | Gainsburgh Benjamin David Meunier |
| | | Owen | Jarrell | Gainsburgh Benjamin David Meunier |
| 2:09cv03636 | Jaruzel et al vs Knauf Gips KG et al | John | Jaruzel | Morris Bart LLC |
| | | Kailey | Jaruzel | Becnel Law Firm |
| 2:09cv03636 | Jaruzel et al vs Knauf Gips KG et al | Karin | Jaruzel | Becnel Law Firm LLC-Reserve |
| 2:09cv04306 | Scritchfield et al vs Knauf Gips KG et al | Francis | Jarvis | Firm TBD |
| 2:09cv04306 | Scritchfield et al vs Knauf Gips KG et al | Kathy | Jarvis | Firm TBD |
| | | David | Jesus | Colson Hicks Eidson |
| | | Liliane | Jesus | Colson Hicks Eidson |
| 2:09cv06739 | Jesus et al vs Knauf Gips KG et al | Manuel | Jesus | Colson Hicks Eidson |
| 2:09cv06739 | Jesus et al vs Knauf Gips KG et al | Antonio | Johnson | Matthews & Assoc. |
| | | Dakeia | Johnson | Becnel Law Firm |
| | | Damond | Johnson | Becnel Law Firm |
| | | Dione | Johnson | Morris Bart LLC |

| Case | Caption | First Name | Last Name | Firm |
|---|---|---|---|---|
| 2:09cv03638 | Mays et al vs Knauf Gips KG et al | Jez-zahre | Johnson | Becnel Law Firm |
| 2:09cv04314 | Knapp et al vs Knauf Gips KG et al | Saunja | Johnson | Matthews & Assoc. |
| 2:09cv06085 | Jones vs Knauf Gips KG et al | Patrina | Johnson Peters | Becnel Law Firm LLC-Reserve |
| 2:09cv06536 | Jones vs Knauf Gips KG et al | Audrey | Jonas | Leopold Kuvin PA |
| 2:09cv06088 | Joseph vs Knauf Gips KG et al | Daphne | Jones | Bruno, Joseph M APLC |
| 2:09cv04660 | Ruesch et al vs Knauf Gips KG et al | Gail | Jones | Colson Hicks Eidson |
| 2:09cv04660 | Ruesch et al vs Knauf Gips KG et al | Louise | Joseph | Bruno, Joseph M APLC |
| | | Quividias | Joseph | Roda Nast PC |
| | | Todd | Joseph | Becnel Law Firm LLC-Reserve |
| | | Matthew | Kareen | Morris Bart LLC |
| 2:09cv04146 | Myers et al vs Knauf Gips KG et al | Alexandra | Kazakov | Matthews & Associates |
| 2:09cv04146 | Myers et al vs Knauf Gips KG et al | Sergey | Kazakov | Matthews & Associates |
| 2:09cv04308 | Kelly vs Knauf Gips KG et al | Mary | Kehoe | Lambert & Nelson PLC |
| 2:09cv04100 | Staub et al vs Knauf Gips KG et al | Francine | Kelly | Goldstein, Lauri J |
| | | GARY | KELLY | Becnel, Robert M |
| | | Gary | Kelly | Becnel Law Firm |
| | | Vicki | Kelly | Becnel Law Firm |
| 2:09cv06072 | Kessler et al vs Gmi Construction Inc et al | Amanda | Kessler | Berniard Law Firm |
| 2:09cv06072 | Kessler et al vs Gmi Construction Inc et al | David | Kessler | Berniard Law Firm |
| | | Charles | Kimble | Matthews & Assoc. |
| | | Raheem | Kimble | Matthews & Assoc. |
| | | Robert | Kimble | Matthews & Assoc. |
| | | Roderick | Kimble | Matthews & Assoc. |
| | | Tijuana | Kimble | Matthews & Assoc. |
| | | Russell | Knapp | Leopold Kuvin PA |
| 2:09cv04314 | Knapp et al vs Knauf Gips KG et al | Heather | Kokoska | Barrios Kingsdorf Casteix, LLP |
| | | Jason | Kokoska | Barrios Kingsdorf Casteix, LLP |
| | | Jake | Kokoszka | Barrios Kingsdorf Casteix, LLP |
| | | Samantha | Kokoszka | Barrios Kingsdorf Casteix, LLP |
| 2:09cv06528 | Kottkamp et al vs Knauf Gips KG et al | Cynthia | Kottkamp | Morgan & Morgan PA-Fort Myers |
| 2:09cv06528 | Kottkamp et al vs Knauf Gips KG et al | Jeffrey | Kottkamp | Morgan & Morgan PA-Fort Myers |
| | | Corey | Kustenmacher | Martzell & Bickford |
| | | Julie | Kustenmacher | Martzell & Bickford |
| | | Kenneth | Kustenmacher | Martzell & Bickford |
| | | Tyler | Kustenmacher | Martzell & Bickford |
| 2:09cv06089 | Kuykendall vs Knauf Gips KG et al | Beverly | Kuykendall | Bruno, Joseph M APLC |
| 2:09cv03425 | Martin et al vs Knauf Gips KG et al | Cherie | Lacava | Becnel Law Firm LLC-Reserve |

| Case | Case Name | First | Last | Firm |
|---|---|---|---|---|
| 2:09cv04273 | Gritter et al vs Knauf Gips KG et al | James | LaCava | Morris Bart LLC |
| 2:09cv04273 | Gritter et al vs Knauf Gips KG et al | Joycelyn | LaCava | Morris Bart LLC |
| 2:09cv04273 | Gritter et al vs Knauf Gips KG et al | Anthony | Lacroix | Lemmon Law Firm |
| 2:09cv04273 | Gritter et al vs Knauf Gips KG et al | Jim | Lacroix | Lemmon Law Firm |
| 2:09cv04273 | Gritter et al vs Knauf Gips KG et al | Jessica | Lance | Morris Bart LLC |
| 2:09cv04273 | Gritter et al vs Knauf Gips KG et al | Katelyn | Lance | Morris Bart LLC |
| 2:09cv04273 | Gritter et al vs Knauf Gips KG et al | Mark | Lance | Herman Herman Katz & Cotlar LLP |
| 2:09cv04273 | Gritter et al vs Knauf Gips KG et al | Mary | Lance | Herman Herman Katz & Cotlar LLP |
| 2:09cv04273 | Gritter et al vs Knauf Gips KG et al | Tina | Lance | Morris Bart LLC |
| 2:09cv04273 | Gritter et al vs Knauf Gips KG et al | James | Langdale | Hawkins, Stracener & Gibson PLLC |
| 2:09cv04273 | Gritter et al vs Knauf Gips KG et al | Norma | Langdale | Hawkins, Stracener & Gibson PLLC |
| 2:09cv04275 | Amerson et al vs Knauf Gips KG et al | Chris | Lea | Becnel Law Firm LLC-Reserve |
| 2:09cv04275 | Amerson et al vs Knauf Gips KG et al | Julie | Lea | Becnel Law Firm |
| 2:09cv04273 | Gritter et al vs Knauf Gips KG et al | Aaron | Leben | Colson Hicks |
| 2:09cv04273 | Gritter et al vs Knauf Gips KG et al | Alisha | Leben | Colson Hicks |
| 2:09cv04302 | Leben et al vs Knauf Gips KG et al | Janet | Leben | Colson Hicks Eidson |
| 2:09cv04302 | Leben et al vs Knauf Gips KG et al | Roger | Leben | Colson Hicks Eidson |
| 2:09cv04302 | Leben et al vs Knauf Gips KG et al | Carly | Leblanc | Baron & Budd, PC |
| 2:09cv04302 | Leben et al vs Knauf Gips KG et al | Dana | Leblanc | Baron & Budd, PC |
| 2:09cv04302 | Leben et al vs Knauf Gips KG et al | Steven | Leblanc | Baron & Budd, PC |
| 2:09cv06741 | Lebron et al vs Breezes at Galloway Inc et al | Lisa | Lebron | Podhurst Orseck PA |
| 2:09cv04323 | Ledet et al vs Knauf Gips KG et al | Darryl | Ledet | Becnel Law Firm LLC-Reserve |
| 2:09cv04323 | Ledet et al vs Knauf Gips KG et al | Kaitlyn | Ledet | Becnel Law Firm |
| 2:09cv04323 | Ledet et al vs Knauf Gips KG et al | Trisha | Ledet | Becnel Law Firm LLC-Reserve |
| 2:09cv04323 | Ledet et al vs Knauf Gips KG et al | Lacourtney | Ledford | Lewis & Roberts, PLLC |
| 2:09cv04323 | Ledet et al vs Knauf Gips KG et al | Markeyia | Ledford | Lewis & Roberts, PLLC |
| 2:09cv04323 | Ledet et al vs Knauf Gips KG et al | Sarah | Ledford | Lewis & Roberts, PLLC |
| 2:09cv06753 | Legendre et al vs Knauf Gips KG et al | Jaunet | Legendre | Herman Herman Katz & Cotlar LLP |
| 2:09cv06753 | Legendre et al vs Knauf Gips KG et al | Paul | Legendre | Lumpkin & Reeves PLLC |
| 2:09cv06753 | Legendre et al vs Knauf Gips KG et al | Donna | Leverette | Matthews & Assoc. |
| 2:09cv06753 | Legendre et al vs Knauf Gips KG et al | Gilletto | Leverette | Matthews & Assoc. |
| 2:09cv06753 | Legendre et al vs Knauf Gips KG et al | Ashley | Lewis | Morris Bart LLC |
| 2:09cv06753 | Legendre et al vs Knauf Gips KG et al | Sydnea | Lewis | Morris Bart LLC |
| 2:09cv04101 | Lewis et al vs Knauf Gips KG et al | Willie | Lewis | Morris Bart LLC |
| 2:09cv04351 | Berthelotte et al vs Knauf Gips KG et al | Leslie | Lund | Bencomo & Associates |
| 2:09cv04351 | Berthelotte et al vs Knauf Gips KG et al | Maya | Lund | Bencomo & Associates |
| 2:09cv04351 | Berthelotte et al vs Knauf Gips KG et al | Tyler | Lund | Bencomo & Associates |

| Case | Case Name | First | Last | Firm |
|---|---|---|---|---|
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Thomas | Mack | Matthews & Associates |
| | | Terry | Magee | Bruno, Joseph M APLC |
| | | Cynthia | Mahner | Hawkins, Stracener & Gibson PLLC |
| | | John | Mahner | Hawkins, Stracener & Gibson PLLC |
| 2:09cv03422 | Mai et al vs Knauf Gips KG et al | Kim | Mai | Morris Bart LLC |
| 2:09cv03423 | Vu et al vs Knauf Gips KG et al | Kristy | Mai | Becnel Law Firm LLC-Reserve |
| 2:09cv03536 | Mai et al vs Knauf Gips KG et al | Long | Mai | Becnel Law Firm LLC-Reserve |
| 2:09cv04311 | Malkki et al vs Knauf Gips KG et al | Donna | Malkki | Goldstein, Lauri J |
| 2:09cv04311 | Malkki et al vs Knauf Gips KG et al | Seppo | Malkki | Goldstein, Lauri J |
| 2:09cv03536 | Mai et al vs Knauf Gips KG et al | Kavita | Mandhare | Morris Bart LLC |
| | | Joseph | Mardeni | Colson Hicks |
| 2:09cv06541 | Mardeni et al vs Knauf Gips KG et al | Marirose | Mardeni | Colson Hicks Eidson |
| 2:09cv06541 | Mardeni et al vs Knauf Gips KG et al | Roberto | Mardeni | Colson Hicks Eidson |
| 2:09cv03425 | Martin et al vs Knauf Gips KG et al | Michael | Martin | Herman Herman Katz & Cotlar LLP |
| 2:09cv04117 | Vickers et al vs Knauf Gips KG et al | Andrea | Martinez | Colson Hicks Eidson |
| | | Armando | Martinez | Colson Hicks Eidson |
| 2:09cv04117 | Vickers et al vs Knauf Gips KG et al | Felix | Martinez | Colson Hicks Eidson |
| 2:09cv04117 | Vickers et al vs Knauf Gips KG et al | Jenny | Martinez | Colson Hicks Eidson |
| | | Luis | Martinez | Colson Hicks Eidson |
| | | Tania | Martinez | Colson Hicks Eidson |
| 2:09cv06542 | Martinez vs Knauf Gips KG et al | Dinah | Martinez-Ra | Colson Hicks Eidson |
| | | Crishella | Marullo | Martzell & Bickford |
| | | Enzo | Marullo | Martzell & Bickford |
| | | Jude | Marullo | Martzell & Bickford |
| | | Menard | Marullo | Martzell & Bickford |
| | | Rocco | Marullo | Martzell & Bickford |
| | | Edy | Masse | Colson Hicks Eidson |
| | | Erich | Matherne | Martzell & Bickford |
| | | Hayley | Matherne | Martzell & Bickford |
| | | Peyton | Matherne | Martzell & Bickford |
| | | Donna | Maykut | Baron & Bud |
| | | Ken | Maykut | Baron & Bud |
| | | Bobby | Mays | Becnel Law Firm |
| | | Gina | Mays | Becnel Law Firm LLC-Reserve |
| 2:09cv03638 | Mays et al vs Knauf Gips KG et al | Armando | Mazza-Martinez | Colson Hicks Eidson |
| | | Luis | Mazza-Martinez | Colson Hicks Eidson |
| | | Tania | Mazza-Martinez | Colson Hicks Eidson |

| Case | Case Name | First | Last | Firm |
|---|---|---|---|---|
| 2:09cv04100 | Staub et al vs Knauf Gips KG et al | Kevin | McCoy | Matthews & Assoc. |
| | | Devin | McKinnis | Becnel Law Firm |
| | | Kionne | McKinnis | Becnel Law Firm LLC-Reserve |
| | | Prailynn | McKinnis | Becnel Law Firm |
| | | Terral | McKinnis | Becnel Law Firm |
| | | Trenton | McKinnis | Becnel Law Firm |
| | | Terrell | McMaster | Becnel Law Firm |
| | | Frances | McRae | Matthews & Assoc. |
| | | J.W. Michael | Melton | Martzell & Bickford |
| | | Jean | Melton | Martzell & Bickford |
| | | John | Melton | Martzell & Bickford |
| | | Tamara | Melton | Martzell & Bickford |
| | | Rick | Mennine | Leopold-Kuvin |
| 2:09cv03136 | Gilberti et al vs Knauf Gips KG | Barbara | Mercante | Becnel Law Firm LLC-Reserve |
| 2:09cv03136 | Gilberti et al vs Knauf Gips KG | Joseph | Mercante | Becnel Law Firm LLC-Reserve |
| | | Dana | Methvin | Martzell & Bickford |
| 2:09cv03608 | Blalock et al vs Interior Exterior Building Supply LP | Deborah | Methvin | Martzell & Bickford |
| 2:09cv03608 | Blalock et al vs Interior Exterior Building Supply LP | William | Methvin | Martzell & Bickford |
| 2:09cv06538 | Metzl vs Knauf Gips KG et al | Justin | Metzl | Alters Boldt Brown Rash & Culmo PA |
| 2:09cv03960 | Meyer et al vs Knauf Gips KG et al | Elizabeth | Meyer | Gainsburgh Benjamin David Meunier |
| 2:09cv06834 | Meyer et al vs KB Home/Shaw Louisiana Llc et al | Kirk | Meyer | Lambert & Nelson PLC |
| 2:09cv03960 | Meyer et al vs Knauf Gips KG et al | Lawrence | Meyer | Gainsburgh Benjamin David Meunier |
| | | Meco | Meyer | Martzell & Bickford |
| | | Bruce | Mezsenheimer | Martzell & Bickford |
| | | Jeannette | Mills | Herman, Herman, Katz & Cotlar |
| 2:09cv04120 | Minafri vs M I Homes Inc et al | Steven | Minafri | Cuneo Gilbert & LaDuca LLP |
| 2:09cv03192 | Mitchell et al vs Knauf Gips KG et al | James | Mitchell | Becnel Law Firm LLC-Reserve |
| 2:09cv04145 | Moore et al vs Knauf Gips KG et al | Evelyn | Moore | Matthews & Associates |
| 2:09cv03639 | Simmons et al vs Knauf Gips KG et al | Leon | Moore | Morris Bart LLC |
| | | Neol | Moore | Morris Bart LLC |
| 2:09cv04368 | Moreau et al vs Knauf Gips KG et al | Catherine | Moreau | Elliot, N Frank III LLC |
| 2:09cv04368 | Moreau et al vs Knauf Gips KG et al | Patrick | Moreau | Thornhill Law Firm |
| | | Chelsey | Morgan | Colson Hicks Eidson |
| 2:09cv06555 | Morgan et al vs Taishan Gypsum Co Ltd et al | Deborah | Morgan | Hausfeld LLP |
| 2:09cv06555 | Morgan et al vs Taishan Gypsum Co Ltd et al | William | Morgan | Serpe, Richard J PC |
| | | Blaise | Morlas | Gainsburgh Benjamin David Meunier |
| 2:09cv03265 | Morlas et al vs Knauf Gips KG et al | Ralph | Morlas | Gainsburgh Benjamin David Meunier |

| Case | Case Name | First | Last | Firm |
|---|---|---|---|---|
| 2:09cv06530 | Morris vs Beijing New Building Materials Co Ltd et al | Robert Aldan | Morris Morris-Chin | Levin Papantonio Podhurst Orseck |
| | | Douglas | Morris-Chin | Podhurst Orseck |
| 2:09cv04114 | Culliton et al vs Taylor Morrison Services Inc et al | Janet | Morris-chin | Podhurst Orseck PA |
| 2:09cv04146 | Myers et al vs Knauf Gips KG et al | Brandie | Myers | Matthews & Associates |
| 2:09cv04146 | Myers et al vs Knauf Gips KG et al | Christopher | Myers | Matthews & Associates |
| 2:09cv04146 | Myers et al vs Knauf Gips KG et al | Jayden | Myers | Matthews & Associates |
| 2:09cv04146 | Myers et al vs Knauf Gips KG et al | Karissa | Myers | Matthews & Associates |
| 2:09cv06092 | Myles vs Knauf Gips KG et al | Jessie | Myles | Bruno, Joseph M APLC |
| 2:09cv04659 | De Gamboa et al vs Knauf Gips KG et al | Dick (Richard) | Nelson | Hausfeld LLP |
| 2:09cv06546 | Decarlo et al vs Pulte Home Corp et al | Jerald | Nelson | Alters Boldt Brown Rash & Culmo PA |
| 2:09cv04659 | De Gamboa et al vs Knauf Gips KG et al | Nancy | Nelson | Levin Fishbein Sedran & Berman |
| 2:09cv03422 | Mai et al vs Knauf Gips KG et al | David | Nguyen | Becnel Law Firm LLC-Reserve |
| | | Isabella | Nguyen | Morris Bart LLC |
| | | Tuyet | Nhy | Hawkins, Stracener & Gibson PLLC |
| 2:09cv04275 | Amerson et al vs Knauf Gips KG et al | Ernest | Nunez | Becnel Law Firm LLC-Reserve |
| 2:09cv04275 | Amerson et al vs Knauf Gips KG et al | Marie | Nunez | Becnel Law Firm |
| | | Janretta | Odoms-Lewis | Matthews & Assoc. |
| 2:09cv02981 | Donaldson et al vs Knauf Gips KG et al | John | Oertling | Becnel Law Firm |
| 2:09cv04312 | OHear vs Knauf Gips KG et al | Anne | O'hear | Goldstein, Lauri J |
| | | Colby | Oliver | Baron & Bud |
| 2:09cv06509 | Oliver et al vs Knauf Gips KG et al | Patches | Oliver | Lumpkin & Reeves PLLC |
| 2:09cv06509 | Oliver et al vs Knauf Gips KG et al | Richard | Oliver | Baron & Budd PC-Dallas |
| | | Shelby | Oliver | Baron & Bud |
| | | Krzystof | Olschewski | Alters, Boldt, Brown |
| | | Albert, Estate of Orduna | | Herman Herman Katz & Cotlar LLP |
| | | Chase | Orduna | Herman Herman Katz & Cotlar LLP |
| | | Judith | Orduna | Herman Herman Katz & Cotlar LLP |
| | | Ann | Oves | Colson Hicks Eidson |
| | | Christie | Oves | Colson Hicks Eidson |
| | | Jose | Oves | Colson Hicks Eidson |
| 2:09cv04301 | Oves vs Knauf Gips KG et al | Valerie | Oves | Colson Hicks Eidson |
| | | Jarrid | Page | Becnel Law Firm |
| | | Edith | Palmer | Hawkins, Stracener & Gibson PLLC |
| | | Maria | Palsgraf | Leopold - Kuvin |
| | | William | Palsgraf | Leopold - Kuvin |
| | | Nancy | Pampel | Lamb Firm |

| Case | Caption | First | Last | Firm |
|---|---|---|---|---|
| 2:09cv06526 | Panneton et al vs Knauf Gips KG et al | Terry | Pampel | Lamb Firm |
| 2:09cv06526 | Panneton et al vs Knauf Gips KG et al | Clyde | Panneton | Becnel Law Firm LLC-Reserve |
| 2:09cv06526 | Panneton et al vs Knauf Gips KG et al | Ovila | Panneton | Becnel Law Firm |
| 2:09cv06051 | Pastentine vs Knauf Gips KG et al | Ruth | Panneton | Becnel Law Firm LLC-Reserve |
| 2:09cv06051 | Pastentine vs Knauf Gips KG et al | Judith | Pastentine | Herman Herman Katz & Cotlar LLP |
| 2:09cv04275 | Amerson et al vs Knauf Gips KG et al | Keyshun | Patterson | Matthews & Assoc. |
| 2:09cv04144 | Paul et al vs Knauf Gips KG et al | Michelle | Patterson | Matthews & Assoc. |
| 2:09cv04144 | Paul et al vs Knauf Gips KG et al | LaMiracle | Paul | Matthews & Associates |
| 2:09cv04144 | Paul et al vs Knauf Gips KG et al | Audrey | Paul | Matthews & Associates |
| 2:09cv04144 | Paul et al vs Knauf Gips KG et al | Averi | Paul | Matthews & Associates |
| 2:09cv04275 | Amerson et al vs Knauf Gips KG et al | Avish | Paul | Becnel Law Firm LLC-Reserve |
| 2:09cv04297 | Pelligra vs Knauf Gips KG et al | Michelle | Pavageau | Becnel Law Firm |
| 2:09cv04297 | Pelligra vs Knauf Gips KG et al | Anna | Pavaguea | Colson Hicks Eidson |
| 2:09cv03838 | Pennington vs Knauf Gips KG et al | Ella | Pelligra | Colson Hicks Eidson |
| 2:09cv03961 | Peres et al vs Knauf Gips KG et al | Dorothy | Pennington | Marzell & Bickford |
| 2:09cv03961 | Peres et al vs Knauf Gips KG et al | Bane | Peres | Gainsburgh Benjamin David Meunier |
| 2:09cv03961 | Peres et al vs Knauf Gips KG et al | Kathy | Peres | Gainsburgh Benjamin David Meunier |
| 2:09cv03961 | Peres et al vs Knauf Gips KG et al | Michelle | Peres | Gainsburgh Benjamin David Meunier |
| 2:09cv03961 | Peres et al vs Knauf Gips KG et al | Ricardo | Peres | Gainsburgh Benjamin David Meunier |
| 2:09cv03961 | Peres et al vs Knauf Gips KG et al | Rio | Peres | Gainsburgh Benjamin David Meunier |
| 2:09cv03961 | Peres et al vs Knauf Gips KG et al | Tenorio | Peres | Gainsburgh Benjamin David Meunier |
| 2:09cv03961 | Peres et al vs Knauf Gips KG et al | Tony | Peres | Gainsburgh Benjamin David Meunier |
| 2:09cv03384 | Perez et al vs Knauf Gips KG et al | Carlos | Perez | Alters, Boldt, Brown |
| 2:09cv03384 | Perez et al vs Knauf Gips KG et al | Pedro | Perez | Bruno, Joseph M APLC |
| 2:09cv03384 | Perez et al vs Knauf Gips KG et al | Sandra | Perez | Bruno, Joseph M APLC |
| 2:09cv05500 | Perry et al vs Knauf Gips KG et al | Timothy | Perry | Barrett Law Office PA |
| 2:09cv05500 | Perry et al vs Knauf Gips KG et al | Tracey | Perry | Barrett Law Office PA |
| 2:09cv06081 | Peters vs Knauf Gips KG et al | Inez | Peters | Bruno, Joseph M APLC |
| 2:09cv06081 | Peters vs Knauf Gips KG et al | Ronald | Peters | Bruno, Joseph M APLC |
| 2:09cv04319 | Peterson et al vs Treasure Coast Homes LLC et al | Austin | Peterson | Milstein Adelman & Kreger LLP-Santa Monica |
| 2:09cv04319 | Peterson et al vs Treasure Coast Homes LLC et al | Derrick | Peterson | Milstein Adelman & Kreger LLP-Santa Monica |
| 2:09cv04319 | Peterson et al vs Treasure Coast Homes LLC et al | Robin | Peterson | Milstein Adelman & Kreger LLP-Santa Monica |
| | | Justin | Pettway | Matthews & Assoc. |
| | | Keldrick | Pettway | Matthews & Assoc. |
| 2:09cv03424 | Peyton et al vs Knauf Gips KG et al | Beth | Peyton | Becnel Law Firm LLC-Reserve |
| 2:09cv03424 | Peyton et al vs Knauf Gips KG et al | Connon | Peyton | Becnel Law Firm |
| 2:09cv03424 | Peyton et al vs Knauf Gips KG et al | Megan | Peyton | Becnel Law Firm |

| Case Number | Case Name | First | Last | Firm |
|---|---|---|---|---|
| 2:09cv03424 | Peyton et al vs Knauf Gips KG et al | Sean | Peyton | Becnel Law Firm |
| | | David | Pitre | Lumpkin & Reeves, PLLC |
| | | Laurie | Pitre | Lumpkin & Reeves, PLLC |
| | | Madeline | Pitre | Lumpkin & Reeves, PLLC |
| | | Sophia | Pitre | Lumpkin & Reeves, PLLC |
| | | Tara | Pitre | Becnel Law Firm |
| 2:09cv04287 | Pizani et al vs Knauf Gips KG et al | Calee | Pizani | Berrigan Litchfield Schonekas Mann & Traina LLC |
| 2:09cv04287 | Pizani et al vs Knauf Gips KG et al | Calvin | Pizani | Berrigan Litchfield Schonekas Mann & Traina LLC |
| 2:09cv04287 | Pizani et al vs Knauf Gips KG et al | Lindsey | Pizani | Berrigan Litchfield Schonekas Mann & Traina LLC |
| 2:09cv04287 | Pizani et al vs Knauf Gips KG et al | Rylee | Pizani | Berrigan Litchfield Schonekas Mann & Traina LLC |
| 2:09cv05871 | Plaza vs Knauf Gips KG et al | Ana | Plaza | Alters Boldt Brown Rash & Culmo PA |
| | | Jaylen | Poole | Matthews & Assoc. |
| | | Tonja | Poole | Matthews & Assoc. |
| 2:09cv06531 | Posey et al vs Beijing New Building Materials Co Ltd Susan | Chad | Posey | Levin Papantonio |
| | | Joshua | Prandi | Alters, Boldt, Brown |
| | | Kimberlea | Price | Berniard Law Firm |
| | | James | Pyne (Treal LLC) | Berniard Law Firm |
| | | Ann | Quilio | Baron & Budd, PC |
| | | Caleb | Quilio | Martzell & Bickford |
| | | Emma | Quilio | Martzell & Bickford |
| | | Melissa | Quilio | Martzell & Bickford |
| | | Sandra | Quilio | Martzell & Bickford |
| 2:09cv04117 | Vickers et al vs Knauf Gips KG et al | Isbella | Quonnishella | Colson Hicks Eidson |
| | | Tara | Ragsdale | Martzell & Bickford |
| | | Lauren | Ramsarran | Colson Hicks Eidson |
| 2:09cv06544 | Ramsarran vs Knauf Gips KG et al | Lloyd | Ramsarran | Colson Hicks Eidson |
| | | Lucas | Ramsarran | Colson Hicks Eidson |
| | | Lucy | Ranson | Matthews & Assoc. |
| 2:09cv04117 | Vickers et al vs Knauf Gips KG et al | Gene | Raphael | Colson Hicks Eidson |
| 2:09cv04117 | Vickers et al vs Knauf Gips KG et al | Lilianna | Raphael | Colson Hicks Eidson |
| | | Richard | Reddy | Leopold - Kuvin |
| | | Corey | Richardson | Lewis & Roberts, PLLC |
| 2:09cv06073 | Borne vs Cadis et al | Clara | Richoux | Berniard Law Firm |
| 2:09cv04116 | Riesz et al vs Knauf Plasterboard Tianjin Co Ltd et al | Lawrence | Riesz | Coughlin Stoia Geller Rudman & Robbins LLP |
| | | Jackson | Rinaldi | Colson Hicks Eidson |
| 2:09cv06540 | Rinaldi vs Knauf Gips KG et al | Joseph | Rinaldi | Colson Hicks Eidson |

| Case | Case Name | First | Last | Firm |
|---|---|---|---|---|
| 2:09cv04298 | Rizzo et al vs Knauf Gips KG et al | Ricardo | Rizzo | Colson Hicks Eidson |
| | | Alexander | Robair | Martzell & Bickford |
| | | Scheiaine | Robair | Martzell & Bickford |
| | | Tremecha | Robair | Martzell & Bickford |
| 2:09cv05870 | Roberts et al vs Knauf Gips KG et al | Jeffery | Roberts | Bruno, Joseph M APLC |
| | | Jennifer | Roberts | Levin Fishbein Sedran & Berman |
| | | Madison | Roberts | Colson Hicks Eidson |
| 2:09cv05870 | Roberts et al vs Knauf Gips KG et al | Steven | Roberts | Gary Naegele & Theado LLC |
| | | Dustin | Robertson | Martzell & Bickford |
| | | Sidell | Robertson | Martzell & Bickford |
| 2:09cv03639 | Simmons et al vs Knauf Gips KG et al | Andrew | Robinson | Morris Bart LLC |
| | | Catherine | Robinson | Colson Hicks Eidson |
| 2:09cv03282 | Robinson et al vs Knauf Gips KG et al | Ellen | Robinson | Becnel Law Firm LLC-Reserve |
| 2:09cv03282 | Robinson et al vs Knauf Gips KG et al | Jerome | Robinson | Becnel Law Firm LLC-Reserve |
| 2:09cv06741 | Lebron et al vs Breezes at Galloway Inc et al | Cecilia | Rodriguez | Podhurst Orseck PA |
| 2:09cv06741 | Lebron et al vs Breezes at Galloway Inc et al | Jesus | Rodriguez | Alters, Boldt, Brown |
| | | Patricia | Rodriguez | Podhurst Orseck PA |
| 2:09cv06741 | Lebron et al vs Breezes at Galloway Inc et al | Rafael | Rodriguez | Podhurst Orseck PA |
| | | Clarence | Rogers | Matthews & Associates |
| | | De Andre | Rogers | Matthews & Associates |
| | | De Angelo | Rogers | Matthews & Associates |
| | | Gretta | Rogers | Matthews & Associates |
| | | Joyce | Rogers | Matthews & Associates |
| | | Lakene | Rogers | Matthews & Associates |
| | | Leslie | Rogers | Matthews & Associates |
| | | Lucille | Rogers | Matthews & Associates |
| | | Marcella | Rogers | Matthews & Associates |
| | | Ryan | Rogers | Matthews & Associates |
| | | Schaquelle | Rogers | Matthews & Associates |
| | | Corin | Rohnke | Alters, Boldt, Brown |
| | | Drew | Rohnke | Alters, Boldt, Brown |
| 2:09cv06537 | Rosen et al vs Knauf Gips KG et al | Richard | Rosen | Levin Papantonio T |
| | | Eric | Ross | Matthews & Associates |
| | | Janey | Ross | Matthews & Associates |
| | | Marcel | Ross | Matthews & Associates |
| 2:09cv04657 | Royal et al vs Beazer Homes Corp et al | Bryson | Royal | Alters Boldt Brown Rash & Culmo PA |
| 2:09cv04657 | Royal et al vs Beazer Homes Corp et al | Kimberly | Royal | Alters Boldt Brown Rash & Culmo PA |

| Case Number | Case Name | First Name | Last Name | Law Firm |
|---|---|---|---|---|
| 2:09cv04660 | Ruesch et al vs Knauf Gips KG et al | Dorothy | Ruesch | Roda Nast PC |
| 2:09cv04660 | Ruesch et al vs Knauf Gips KG et al | Kevin | Ruesch | Becnel Law Firm LLC-Reserve |
| | | Ana | Sambrano | Colson Hicks Eidson |
| | | Alexandria | Samples | Martzell & Bickford |
| | | Athel | Samples | Martzell & Bickford |
| | | Deneen | Samples | Martzell & Bickford |
| | | Ethel | Samples | Martzell & Bickford |
| | | Alice | Sampson | Morris Bart LLC |
| | | Deon | Sampson | Morris Bart LLC |
| 2:09cv06742 | Diaz et al vs Knauf Gips KG et al | Jessica | Sanchez | Colson Hicks Eidson |
| 2:09cv05870 | Roberts et al vs Knauf Gips KG et al | Brandon | Santamaria | Colson Hicks Eidson |
| 2:09cv05870 | Roberts et al vs Knauf Gips KG et al | Carolyn | Santamaria | Levin Fishbein Sedran & Berman |
| 2:09cv05870 | Roberts et al vs Knauf Gips KG et al | Daniel | Santamaria | Hausfeld LLP |
| 2:09cv04117 | Vickers et al vs Knauf Gips KG et al | Jason | Santiago | Hausfeld LLP |
| | | Allison | Sardina | Colson Hicks Eidson |
| 2:09cv04304 | Sardina et al vs Knauf Gips KG et al | Jennifer | Sardina | Colson Hicks Eidson |
| 2:09cv04304 | Sardina et al vs Knauf Gips KG et al | Raymond | Sardina | Colson Hicks Eidson |
| | | Christine | Sarkar | Colson Hicks Eidson |
| 2:09cv06743 | Sarkar vs Knauf Gips KG et al | Immanuel | Sarkar | Colson Hicks Eidson |
| 2:09cv04656 | Schatzle et al vs Knauf Gips KG et al | Judith | Schatzle | Parker Waichman Alonso LLP |
| 2:09cv04656 | Schatzle et al vs Knauf Gips KG et al | Ralph | Schatzle | Parker Waichman Alonso LLP |
| | | Mary | Schexnaydre | Lemmon Law Firm |
| 2:09cv04344 | Schields et al vs Knauf Gips KG et al | Larry | Schields | Martzell & Bickford |
| 2:09cv04344 | Schields et al vs Knauf Gips KG et al | Randall | Schields | Martzell & Bickford |
| 2:09cv04116 | Riesz et al vs Knauf Plasterboard Tianjin Co Ltd et al | Jennifer | Schnee | Greenwald, Michael L |
| | | Alex | Schubert | Martzell & Bickford |
| | | Beth | Schubert | Martzell & Bickford |
| | | Brittany | Schubert | Martzell & Bickford |
| | | Gabrielle | Schubert | Martzell & Bickford |
| | | Kasey | Schubert | Martzell & Bickford |
| | | John | Schurer | Leopold Kuvin PA |
| 2:09cv04315 | Schurer vs Knauf Gips KG et al | Margaret | Scoggins | Baron & Budd, PC |
| | | Joseph | Serio | Diliberto & Kirin LLC |
| 2:09cv04148 | Serio vs Knauf Gips KG et al | Melanie | Serjeaunt | Bruno, Joseph M APLC |
| | | Leslie | Shelton | Baron & Budd, PC |
| | | Michael | Shelton | Baron & Budd, PC |
| | | Tyler | Shelton | Baron & Budd, PC |

| Case | Case Name | First | Last | Firm |
|---|---|---|---|---|
| 2:09cv03639 | Simmons et al vs Knauf Gips KG et al | Gregory | Shuss | Baron & Budd, PC |
| | | Andre | Simmons | Morris Bart LLC |
| | | Dominique | Simmons | Morris Bart LLC |
| 2:09cv03639 | Simmons et al vs Knauf Gips KG et al | Melinda | Simmons | Herman Herman Katz & Cotlar LLP |
| | | Rhodes | Simmons | Morris Bart LLC |
| | | Wayne | Simmons | Morris Bart LLC |
| 2:09cv04274 | Dakin et al vs Knauf Gips KG et al | Andrea | Singleton | Herman Herman Katz & Cotlar LLP |
| | | Roguour | Singleton | Becnel Law Firm |
| | | Allison | Sirota | Colson Hicks Eidson |
| | | Paul | Sirota | Colson Hicks Eidson |
| 2:09cv03960 | Meyer et al vs Knauf Gips KG et al | Albert, Estate of Skinner | | Gainsburgh Benjamin David Meunier |
| | | Helen | Skinner | Gainsburgh Benjamin David Meunier |
| 2:09cv04317 | Skora et al vs Knauf Gips KG et al | Danielle | Skora | Leopold Kuvin PA |
| 2:09cv04317 | Skora et al vs Knauf Gips KG et al | Gregory | Skora | Leopold Kuvin PA |
| | | Michael | Sloan | Matthews & Assoc. |
| | | Candace | Smith | Martzell & Bickford |
| 2:09cv06083 | Smith et al vs Knauf Gips KG et al | Carlette | Smith | Bruno, Joseph M APLC |
| | | Clinton | Smith | Martzell & Bickford |
| 2:09cv03639 | Simmons et al vs Knauf Gips KG et al | Connie | Smith | Becnel Law Firm LLC-Reserve |
| 2:09cv06083 | Smith et al vs Knauf Gips KG et al | Gerry | Smith | Bruno, Joseph M APLC |
| | | Kelly | Smith | Martzell & Bickford |
| | | Rachel | Smith | Morris Bart LLC |
| | | Shantel | Smith | Morris Bart LLC |
| 2:09cv03639 | Simmons et al vs Knauf Gips KG et al | Sidney | Smith | Herman Herman Katz & Cotlar LLP |
| 2:09cv06091 | Smith vs Knauf Gips KG et al | Tanika | Smith | Bruno, Joseph M APLC |
| 2:09cv04655 | Smith vs Knauf Gips KG et al | Nancy | Smith (Trust) | Morgan & Morgan PA-Fort Myers |
| 2:09cv06084 | St Martin vs Knauf Gips KG et al | Janeau | St Martin | Bruno, Joseph M APLC |
| | | Charles | Stanich | Baron & Budd, PC |
| | | Dorothy | Stanich | Baron & Budd, PC |
| 2:09cv06535 | Starkman et al vs Knauf Gips KG et al | Jeffrey | Starkman | Colson Hicks Eidson |
| | | Mason | Starkman | Colson Hicks |
| | | Maxwell | Starkman | Colson Hicks |
| | | Mia | Starkman | Colson Hicks |
| 2:09cv06535 | Starkman et al vs Knauf Gips KG et al | Sharlene | Starkman | Colson Hicks Eidson |
| 2:09cv04100 | Staub et al vs Knauf Gips KG et al | Dana | Staub | Becnel Law Firm LLC-Reserve |
| 2:09cv04100 | Staub et al vs Knauf Gips KG et al | Marc | Staub | Becnel Law Firm LLC-Reserve |
| 2:09cv04100 | Staub et al vs Knauf Gips KG et al | Marcus | Staub | Becnel Law Firm |

| Case | Case Name | First | Last | Firm |
|---|---|---|---|---|
| 2:09cv03193 | Stayton vs Knauf Gips KG et al | Tyler | Staub | Becnel Law Firm |
| | | Laurie | Stayton | Becnel Law Firm LLC-Reserve |
| | | Brooke | Steele | Martzell & Bickford |
| | | Jason | Steele | Martzell & Bickford |
| | | Marissa | Steele | Martzell & Bickford |
| | | Penny | Steele | Martzell & Bickford |
| 2:09cv06545 | Steiner et al vs Beijing New Building Material Plc et Charles | Maximilian | Steiner | Alters Boldt Brown Rash & Culmo PA |
| | | | Steiner | Alters, Boldt, Brown |
| 2:09cv06545 | Steiner et al vs Beijing New Building Material Plc et Stephanie | | Steiner | Alters Boldt Brown Rash & Culmo PA |
| | | Coty | Steinmann | Baron & Budd, PC |
| | | Katy | Steinmann | Baron & Budd, PC |
| 2:09cv04117 | Vickers et al vs Knauf Gips KG et al | Jeffrey | Stokes | Colson Hicks Eidson |
| 2:09cv03525 | Davis et al vs Knauf Gips KG et al | Kristina | Stout | Morris Bart LLC |
| 2:09cv03525 | Davis et al vs Knauf Gips KG et al | Michael | Stout | Herman Herman Katz & Cotlar LLP |
| | | Aaron | Stovall | Morris Bart LLC |
| | | Alex | Stovall | Morris Bart LLC |
| 2:09cv04101 | Lewis et al vs Knauf Gips KG et al | Marcedes | Stripbag | Martzell & Bickford |
| 2:09cv03929 | Tabor et al vs Knauf Gips KG et al | Edward | Tabor | Martzell & Bickford |
| 2:09cv03929 | Tabor et al vs Knauf Gips KG et al | Emmilou | Tabor | Martzell & Bickford |
| | | Barbara | Tarzy | Colson Hicks |
| | | Jack | Tarzy | Colson Hicks |
| 2:09cv04117 | Vickers et al vs Knauf Gips KG et al | Jim (James) | Tarzy | Colson Hicks Eidson |
| | | Lea | Tarzy | Colson Hicks |
| | | Rachel | Tassin | Lewis & Roberts, PLLC |
| 2:09cv04273 | Gritter et al vs Knauf Gips KG et al | Willie | Taylor | Morris Bart LLC |
| 2:09cv04310 | Teefy et al vs Knauf Gips KG et al | Susan | Teefy | Goldstein, Lauri J |
| 2:09cv04310 | Teefy et al vs Knauf Gips KG et al | Thomas | Teefy | Goldstein, Lauri J |
| 2:09cv06083 | Smith et al vs Knauf Gips KG et al | Charles | Thomas | Bruno, Joseph M APLC |
| 2:09cv03639 | Simmons et al vs Knauf Gips KG et al | Alvin | Thymes | Herman Herman Katz & Cotlar LLP |
| | | Roland | Thymes | Morris Bart LLC |
| | | Rolchelle | Thymes | Morris Bart LLC |
| | | Jean | Tiemann | Becnel Law Firm |
| 2:09cv03427 | Cresson et al vs Knauf Gips KG et al | Richard | Tiemann | Becnel Law Firm LLC-Reserve |
| 2:09cv06529 | Torres Lutz et al vs Shandong Taihe Dongxin Stock Cecilia | | Torres | Levin Papantonio |
| 2:09cv06529 | Torres Lutz et al vs Shandong Taihe Dongxin Stock Marcelo | | Torres-Lutz | Levin Papantonio |
| | | Lang | Tran | Hawkins, Stracener & Gibson PLLC |
| | | Abigail | Trent | Baron & Budd, PC |

| Case | Case Name | First | Last | Firm |
|---|---|---|---|---|
| | | Rebecca | Trent | Baron & Budd, PC |
| | | Terry | Trent | Baron & Budd, PC |
| | | Wilson | Trent | Baron & Budd, PC |
| 2:09cv04305 | Trepkowski et al vs Knauf Gips KG et al | Brady | Trepkowski | Colson Hicks |
| 2:09cv04305 | Trepkowski et al vs Knauf Gips KG et al | Brianna | Trepkowski | Colson Hicks |
| | | Cali | Trepkowski | Colson Hicks |
| | | Carrie | Trepkowski | Colson Hicks Eidson |
| | | David | Trepkowski | Colson Hicks Eidson |
| | | Tanner | Trepkowski | Colson Hicks |
| | | Tanner | Trepkowski | Colson Hicks |
| 2:09cv06093 | Tromatore et al vs Knauf Gips KG et al | Peggy | Tromatore | Bruno, Joseph M APLC |
| 2:09cv06093 | Tromatore et al vs Knauf Gips KG et al | Ronald | Tromatore | Bruno, Joseph M APLC |
| | | Jake | Tyler | Colson Hicks Eidson |
| | | Johana | Usaga | Alters, Boldt, Brown |
| | | Beverly | Utterback | Baron & Budd, PC |
| | | John | Utterback | Baron & Budd, PC |
| | | Britney | Valdes | Colson Hicks Eidson |
| 2:09cv04300 | Valdes et al vs Knauf Gips KG et al | Enrique | Valdes | Colson Hicks Eidson |
| 2:09cv04300 | Valdes et al vs Knauf Gips KG et al | Ivy | Valdes | Colson Hicks Eidson |
| | | Jake | Valdes | Colson Hicks Eidson |
| | | Kaitlyn | Valdes | Colson Hicks Eidson |
| | | Rick | Valdes | Colson Hicks Eidson |
| | | Sabrina | Valdes | Colson Hicks Eidson |
| 2:09cv04378 | Van Winkle et al vs Knauf Gips KG et al | Annie | Van Winkle | Andry Law Firm |
| 2:09cv04378 | Van Winkle et al vs Knauf Gips KG et al | Ronnie | Van Winkle | Andry Law Firm |
| 2:09cv04117 | Vickers et al vs Knauf Gips KG et al | Karin | Vickers | Hausfeld LLP |
| 2:09cv04303 | Villalta et al vs Knauf Gips KG et al | Daniel | Villalta | Colson Hicks Eidson |
| 2:09cv04303 | Villalta et al vs Knauf Gips KG et al | Isabella | Villalta | Colson Hicks Eidson |
| 2:09cv04303 | Villalta et al vs Knauf Gips KG et al | Yesenia | Villalta | Colson Hicks Eidson |
| | | Le | Vinh | Hawkins, Stracener & Gibson PLLC |
| | | Darian | Vu | Morris Bart LLC |
| | | Gabriella | Vu | Morris Bart LLC |
| 2:09cv03423 | Vu et al vs Knauf Gips KG et al | Jessie | Vu | Morris Bart LLC |
| | | Alfonso | Walker | Martzell & Bickford |
| | | Nora | Walker | Martzell & Bickford |
| | | Ricky | Wallace | Alters, Boldt, Brown |
| | | Sincere | Washington | Morris Bart LLC |

| | | | | | |
|---|---|---|---|---|---|
| | | Christian | Watts | | Gainsburgh Benjamin David Meunier |
| | | Emile | Watts | | Gainsburgh Benjamin David Meunier |
| 2:09cv03960 | Meyer et al vs Knauf Gips KG et al | Sharon | Watts | | Gainsburgh Benjamin David Meunier |
| | | Blake | Weekley | | Cunningham Bounds |
| 2:09cv04324 | Whitfield vs Knauf Gips KG et al | CHRISTOPHER WHITFIELD | Whitfield | | Lewis & Roberts PLLC-Raleigh |
| | | Hayden | Wilkerson | | Lewis & Roberts, PLLC |
| | | Annie | Wilkerson | | Matthews & Assoc. |
| | | Deaunda | Wilkerson | | Matthews & Assoc. |
| | | Mary | Wilkerson | | Matthews & Assoc. |
| | | Robert | Wilkerson | | Matthews & Assoc. |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Alice | Williams | | Matthews & Associates |
| 2:09cv03525 | Davis et al vs Knauf Gips KG et al | Arnelle | Williams | | Herman Herman Katz & Cotlar LLP |
| 2:09cv03525 | Davis et al vs Knauf Gips KG et al | A'shante | Williams | | Morris Bart LLC |
| 2:09cv04147 | Carter et al vs Knauf Gips KG et al | Deborah | Williams | | Matthews & Associates |
| | | Delango | Williams | | Matthews & Assoc. |
| | | Michael | Williams | | Leopold Kuvin PA |
| | | Nicholas | Williams | | Martzell & Bickford |
| | | Shelby | Williams | | Morris Bart LLC |
| 2:09cv03525 | Davis et al vs Knauf Gips KG et al | Wanda | Williams | | Baron & Budd, PC |
| | | Barbara | Wiltz | | Berniard Law Firm |
| | | Kenneth | Wiltz | | Kanner & Whiteley LLC |
| 2:09cv03488 | Wiltz et al vs Knauf Gips KG et al | Jennifer | Woodside | | Becnel Law Firm LLC-Reserve |
| 2:09cv03488 | Wiltz et al vs Knauf Gips KG et al | John | Woodside | | Becnel Law Firm LLC-Reserve |
| 2:09cv04100 | Staub et al vs Knauf Gips KG et al | Bridget | Young | | Baron & Budd, PC |
| 2:09cv04100 | Staub et al vs Knauf Gips KG et al | Cabrera | Young | | Morris Bart LLC |
| | | Carolyn | Young | | Morris Bart LLC |
| 2:09cv03426 | Bourg et al vs Knauf Gips KG et al | Irvin | Young | | Herman Herman Katz & Cotlar LLP |
| | | Linda | Young | | Baron & Budd, PC |
| 2:09cv03136 | Gilberti et al vs Knauf Gips KG | Melissa | Young | | Becnel Law Firm LLC-Reserve |
| | | Raymond | Young | | Baron & Budd, PC |
| 2:09cv06095 | Zubrowski et al vs Knauf Gips KG et al | Linda | Zubrowski | | Bruno, Joseph M APLC |
| 2:09cv06095 | Zubrowski et al vs Knauf Gips KG et al | Michael | Zubrowski | | Bruno, Joseph M APLC |