| Case No. | Case Name | First Name | Last Name | Law Firm |
|---|---|---|---|---|
| 2:09cv06553 | Alldredge et al vs Knauf Gips KG et al | Emily | Alldredge | Becnel Law Firm LLC-Reserve |
| 2:09cv06553 | Alldredge et al vs Knauf Gips KG et al | Rufus | Alldredge | Alldredge, Rufus |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Darren | Anderson | Matthews & Associates |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Farrell | Anderson | Matthews & Associates |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Kimberly | Anderson | Matthews & Associates |
| 2:09cv03932 | Antoine et al vs Knauf Gips KG et al | Gary | Antoine | Martzell & Bickford |
| 2:09cv03932 | Antoine et al vs Knauf Gips KG et al | Patrice | Antoine | Martzell & Bickford |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Dorothy | Banks | Matthews & Associates |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Gerald | Banks | Matthews & Associates |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Earline | Barbarin | Matthews & Associates |
| 2:09cv03638 | Mays et al vs Knauf Gips KG et al | Shelton | Barnes | Becnel Law Firm LLC-Reserve |
| 2:09cv04101 | Lewis et al vs Knauf Gips KG et al | Connie | Barrios | Morris Bart LLC |
| 2:09cv04101 | Lewis et al vs Knauf Gips KG et al | Raphael | Barrios | Morris Bart LLC |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | LaTonya | Bell | Matthews & Associates |
| 2:09cv03426 | Bourg et al vs Knauf Gips KG et al | Walter | Bell | Morris Bart LLC |
| 2:09cv04100 | Staub et al vs Knauf Gips KG et al | Jennifer | Belsom | Becnel, Robert M |
| 2:09cv04100 | Staub et al vs Knauf Gips KG et al | Scott | Belsom | Becnel Law Firm LLC-Reserve |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Elizabeth | Blaise | Matthews & Associates |
| 2:09cv03426 | Bourg et al vs Knauf Gips KG et al | Lucern | Breaud | Becnel Law Firm LLC-Reserve |
| 2:09cv04145 | Moore et al vs Knauf Gips KG et al | Candy | Brister | Matthews & Associates |
| 2:09cv04147 | Carter et al vs Knauf Gips KG et al | Joshana | Brown | Matthews & Associates |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | August | Cafarnet | Matthews & Associates |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Antione | Carter | Matthews & Associates |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Jeardine | Carter | Matthews & Associates |
| 2:09cv03215 | Chauffe vs Knauf Gips KG et al | Michael | Chauffe | Irpino Law Firm |
| 2:09cv03426 | Bourg et al vs Knauf Gips KG et al | Shirley | Chopin | Morris Bart LLC |
| 2:09cv04147 | Carter et al vs Knauf Gips KG et al | Cynthia | Coff | Matthews & Associates |
| 2:09cv04147 | Carter et al vs Knauf Gips KG et al | Royce | Cooper | Matthews & Associates |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Vorchall | Damond | Matthews & Associates |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Lee | Davis | Matthews & Associates |
| 2:09cv04118 | Garcia et al vs Lennar Corp et al | Maria Ines | De Barrozo | Barrios Kingsdorf & Casteix LLP |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Charles | Duchane | Matthews & Associates |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Susianna | Duchane | Matthews & Associates |
| 2:09cv04660 | Ruesch et al vs Knauf Gips KG et al | Christopher | Duhon | Becnel Law Firm LLC-Reserve |
| 2:09cv04660 | Ruesch et al vs Knauf Gips KG et al | Kimberly | Duhon | Roda Nast PC |
| 2:09cv04345 | Dunn et al vs Knauf Gips KG et al | Dianne | Dunn | Martzell & Bickford |


EXHIBIT C

| Case Number | Case Name | First Name | Last Name | Firm |
|---|---|---|---|---|
| 2:09cv04345 | Dunn et al vs Knauf Gips KG et al | Kenneth | Dunn | Martzell & Bickford |
| 2:09cv04345 | Dunn et al vs Knauf Gips KG et al | Rayshonda | Dunn | Martzell & Bickford |
| 2:09cv04345 | Dunn et al vs Knauf Gips KG et al | Willie | Dunn | Martzell & Bickford |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Georgiana | Duplessis | Matthews & Associates |
| 2:09cv04154 | Mccrary et al vs Knauf Gips KG et al | Mark | Elias | Becnel Law Firm |
| 2:09cv06748 | Elzein vs Knauf Gips KG et al | Hassib | Elzein | Colson Hicks Eidson |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Kim | England | Matthews & Associates |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Michael | England | Matthews & Associates |
| 2:09cv04102 | Evans et al vs Knauf Gips KG et al | Kareem | Evans | Herman Herman Katz & Cottar LLP |
| 2:09cv04102 | Evans et al vs Knauf Gips KG et al | Matthew | Evans | Herman Herman Katz & Cottar LLP |
| 2:09cv03479 | Fazzande et al vs Knauf Gips KG et al | Corlis | Fazzande | Becnel Law Firm LLC-Reserve |
| 2:09cv03479 | Fazzande et al vs Knauf Gips KG et al | Latanja | Fazzande | Becnel Law Firm LLC-Reserve |
| 2:09cv03956 | Couture et al vs Knauf Gips KG et al | Kasie | Finnan Couture | Torres, Sidney D III APLC |
| 2:09cv03927 | Fisher et al vs Knauf Gips KG et al | Donald | Fisher | Martzell & Bickford |
| 2:09cv04356 | Fontana vs Interior Exterior Building Supply et Kelly | | Fontana | Murray Law Firm-New Orleans |
| 2:09cv03525 | Davis et al vs Knauf Gips KG et al | Foy | Foy | Becnel Law Firm LLC-Reserve |
| 2:09cv04322 | Frais vs Knauf Gips KG et al | Barbara | Frais | Ellis Ged & Bodden PA |
| 2:09cv03639 | Simmons et al vs Knauf Gips KG et al | Sherley | Fugler | Morris Bart LLC |
| 2:09cv05872 | Victores et al vs Lennar Homes Llc et al | Jan | Gesele | Cuneo Gilbert & LaDuca LLP |
| 2:09cv05872 | Victores et al vs Lennar Homes Llc et al | Jessica | Gesele | Cuneo Gilbert & LaDuca LLP |
| 2:09cv04101 | Lewis et al vs Knauf Gips KG et al | Michael | Glasper | Morris Bart LLC |
| 2:09cv04122 | Guidry et al vs Knauf Gips KG et al | Beunker | Guidry | Lambert & Nelson PLC |
| 2:09cv03639 | Simmons et al vs Knauf Gips KG et al | Richard | Hall | Herman Herman Katz & Cottar LLP |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Lloyd | Hampton | Matthews & Associates |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Helen | Hampton | Matthews & Associates |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Samuel | Hampton | Matthews & Associates |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Shavonne | Hampton | Matthews & Associates |
| 2:09cv04306 | Scritchfield et al vs Knauf Gips KG et al | Geraldine | Hill | Firm TBD |
| 2:09cv04306 | Scritchfield et al vs Knauf Gips KG et al | Joanne | Hogan | Firm TBD |
| 2:09cv03925 | Hughes vs Knauf Gips KG et al | Roger | Hogan | Martzell & Bickford |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Ashley | Hughes | Matthews & Associates |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Isa | Hunter | Matthews & Associates |
| 2:09cv04154 | Mccrary et al vs Knauf Gips KG et al | George | Jackson | Becnel Law Firm LLC-Reserve |
| 2:09cv04154 | Mccrary et al vs Knauf Gips KG et al | Rose | James | Becnel Law Firm LLC-Reserve |
| 2:09cv04154 | Mccrary et al vs Knauf Gips KG et al | Willie | James | Becnel Law Firm LLC-Reserve |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Regina | Johnson | Matthews & Associates |
| 2:09cv04154 | Mccrary et al vs Knauf Gips KG et al | Anna | Kerr | Becnel Law Firm |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Marlone | Lafrance | Matthews & Associates |

| Case No. | Case Name | Last Name | First Name | Firm |
|---|---|---|---|---|
| 2:09cv04292 | Leford vs Knauf Gips KG et al | Ledford | Samuel | Parker Waichman Alonso LLP |
| 2:09cv06749 | Egan et al vs Knauf Gips KG et al | Leo | Giancarlo | Colson Hicks Eidson |
| 2:09cv03837 | Macombrer et al vs Knauf Gips KG et al | Macombrer | Shawn | Martzell & Bickford |
| 2:09cv03926 | Maggiore et al vs Knauf Gips KG et al | Maggiore | Frankie | Martzell & Bickford |
| 2:09cv03926 | Maggiore et al vs Knauf Gips KG et al | Maggiore | Justin | Martzell & Bickford |
| 2:09cv03926 | Maggiore et al vs Knauf Gips KG et al | Maggiore | Peter | Martzell & Bickford |
| 2:09cv03926 | Maggiore et al vs Knauf Gips KG et al | Maggiore | Rose | Martzell & Bickford |
| 2:09cv04154 | Mccrary et al vs Knauf Gips KG et al | McCrary | Bonnie | Becnel Law Firm LLC-Reserve |
| 2:09cv04154 | Mccrary et al vs Knauf Gips KG et al | McCrary Lofton | | Martzell & Bickford |
| 2:09cv03837 | Macombrer et al vs Knauf Gips KG et al | Miller | JoAnn | Herman Herman Katz & Cottar LLP |
| 2:09cv04154 | Mccrary et al vs Knauf Gips KG et al | Mitchell | Crystal | Strom & Young LLP |
| 2:09cv05337 | Mitchell vs Knauf Gips KG et al | Mitchell | Kelsey | Becnel Law Firm LLC-Reserve |
| 2:09cv03192 | Mitchell et al vs Knauf Gips KG et al | Mitchell Co Inc | | Lieff Cabraser Heimann & Bernstein |
| 2:09cv04115 | Mitchell Co Inc vs Knauf Gips KG et al | Morgan | Sylvia | Matthews & Associates |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Morlas | Paula | Gainsburgh Benjamin David Meunier |
| 2:09cv03265 | Morlas et al vs Knauf Gips KG et al | Mulkey | Kareem | Matthews & Associates |
| 2:09cv04144 | Paul et al vs Knauf Gips KG et al | Navarro | Marivic | Ellis Ged & Bodden PA |
| 2:09cv05868 | Navarro et al vs Knauf Gips KG et al | Navarro | Ronnie | Ellis Ged & Bodden PA |
| 2:09cv05868 | Navarro et al vs Knauf Gips KG et al | Niemczura | Walter | Hausfeld LLP |
| 2:09cv04117 | Vickers et al vs Knauf Gips KG et al | Pail | Avis | Matthews & Associates |
| 2:09cv04144 | Paul et al vs Knauf Gips KG et al | Peterson | Madonna | Matthews & Associates |
| 2:09cv04145 | Moore et al vs Knauf Gips KG et al | Pierson | Jan | Lambert & Nelson PLC |
| 2:09cv06658 | Pierson et al vs Knauf Gips KG et al | Pierson | Neil | Lambert & Nelson PLC |
| 2:09cv06658 | Pierson et al vs Knauf Gips KG et al | Powell | Sheryl | Herman Herman Katz & Cottar LLP |
| 2:09cv03426 | Bourg et al vs Knauf Gips KG et al | Rayfield | Sylvia | Gentle Turner & Sexton |
| 2:09cv04293 | Rayfield et al vs Knauf Gips K G et al | Reddick | Jerome | Matthews & Associates |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Restrepo | Jennifer | Cuneo Gilbert & LaDuca LLP |
| 2:09cv05872 | Victores et al vs Lennar Homes Llc et al | Restrepo | Jorge | Cuneo Gilbert & LaDuca LLP |
| 2:09cv05872 | Victores et al vs Lennar Homes Llc et al | Richard | David | Matthews & Associates |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Roberts | Mona | Scafidel Law Firm Llc |
| 2:09cv03127 | Roberts et al vs Knauf Gips KG et al | Scritchfield | Ronald | Firm TBD |
| 2:09cv04306 | Scritchfield et al vs Knauf Gips KG et al | Shakoor | Arif | Aylstock Witkin Kreis & Overholtz |
| 2:09cv04307 | Shakoor vs Knauf Gips KG et al | Slidell Property N | | Lambert & Nelson PLC |
| 2:09cv06068 | Slidell Property Management LLC vs Knauf Gips KG et al | Soloman | Caffie | Matthews & Associates |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Spradlin | Brenda | Franklin Gray & White |
| 2:09cv04293 | Rayfield et al vs Knauf Gips K G et al | Taylor | Doris | Matthews & Associates |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Tenorio | Eric | Lumpkin & Reeves PLLC |
| 2:09cv06754 | Tenorio vs Knauf Gips KG et al | Theard | Avery | Martzell & Bickford |
| 2:09cv03931 | Theard et al vs Knauf Gips KG et al | | | |

| Case | Case Name | First Name | Last Name | Firm |
|---|---|---|---|---|
| 2:09cv03931 | Theard et al vs Knauf Gips KG et al | Tjaynell | Theard | Martzell & Bickford |
| 2:09cv04154 | Mccrary et al vs Knauf Gips KG et al | Herbert | Theodore | Becnel Law Firm LLC-Reserve |
| 2:09cv04154 | Mccrary et al vs Knauf Gips KG et al | Lois | Theodore | Becnel Law Firm |
| 2:09cv04154 | Mccrary et al vs Knauf Gips KG et al | Angelina | Thomas | Becnel Law Firm |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Bui | Tuyet | Matthews & Associates |
| 2:09cv04154 | Mccrary et al vs Knauf Gips KG et al | Raul | Valdez | Becnel Law Firm LLC-Reserve |
| 2:09cv04154 | Mccrary et al vs Knauf Gips KG et al | Varlene | Valdez | Becnel Law Firm |
| 2:09cv06690 | Gross et al vs Knauf Gips KG et al | Louis | Velez | Herman Herman Katz & Cotlar LLP |
| 2:09cv05872 | Victores et al vs Lennar Homes Llc et al | Didio | Victores | Cuneo Gilbert & LaDuca LLP |
| 2:09cv05872 | Victores et al vs Lennar Homes Llc et al | Monica | Victores | Larson King LLP-St Paul |
| 2:09cv04659 | De Gamboa et al vs Knauf Gips KG et al | Jeffrey | Wasch | Hausfeld LLP |
| 2:09cv04154 | Mccrary et al vs Knauf Gips KG et al | Victor | White | Becnel Law Firm LLC-Reserve |
| 2:09cv04513 | Enclarde et al vs Knauf Gips KG et al | Latunia | Williams | Matthews & Associates |
| 2:09cv03426 | Bourg et al vs Knauf Gips KG et al | Sylvester | Williams | Morris Bart LLC |
| 2:09cv04147 | Carter et al vs Knauf Gips KG et al | Jeffrey | Zeleny | Matthews & Associates |
| 2:09cv04147 | Carter et al vs Knauf Gips KG et al | Margaret | Zeleny | Matthews & Associates |