MINUTE ENTRY
FALLON, J.
OCTOBER 15, 2009

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| | JUDGE FALLON |
| THIS DOCUMENT RELATES TO ALL CASES | MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Gaylyn Lambert
Court Reporter: Jodi Simcox

Appearances: Victor Diaz, Esq. For Plaintiffs Steering Committee
            Hillary Bass, Esq. For Homebuilders Steering Committee
            Richard Franklin, Esq. & Kerry Miller, Esq. For Defendants Steering Committee

1. Motion of defendant, Knauf Gips KG, for Protective Order to Require Use of the Hague Evidence Convention (252)

Argument - DENIED - written reasons to follow.

2. Motion of The Homebuilders' Steering Committee and the Defense Steering Committee To Compel Plaintiffs' Profile Forms  (324)

Argument-GRANTED IN PART and DENIED IN PART. The Court granted the Motion insofar as to (1) limit the case selection for the initial bellwether trials to Plaintiff Profile Forms which are submitted properly within ten (10) days of this hearing, including those deficient Plaintiff Profile Forms already submitted but remedied within this time period, and (2) to require all plaintiffs in the MDL to timely and appropriately fill out and submit Plaintiff Profile Forms. The Court denied the Motion insofar as to (1) require the PSC to submit Plaintiff Profile Forms for all

JS10:   1:10


EXHIBIT D

MDL 2047 Page 2
October 15, 2009

homeowners with afflicted Chinese Drywall who are currently represented by counsel but have yet to file suit in the MDL, and (2) to shorten the time period for submission of Plaintiff Profile Forms from fifteen (15) days of joining the MDL litigation to (7) days of execution of an agreement to represent such claimant.

3. Dispute as to Creation of a Pretrial Order for Preservation of Documents, Data, and ESI

Argument-Because the parties were unable to come to an agreement on a modification of the existing preservation protocol, IT IS ORDERED that the existing preservation protocol in Pretrial Order No.1, paragraph 14 remains the effective protocol. IT IS FURTHER ORDERED that this preservation protocol also applies to the production of documents.