## Spaulding, Kyle

| | |
|---|---|
| **From:** | Spaulding, Kyle |
| **Sent:** | Friday, October 23, 2009 4:41 PM |
| **To:** | 'Lenny Davis' |
| **Cc:** | Donald Hayden; Dorothy Wimberly; Douglas Sanders; Frank Brannen; Gary Baumann; Hilarie Bass; Jan Atlas; Jaret Fuente; Jeffrey Backman; Kevin Buster; Mark Salky; Miller, Kerry J.; Neal Sivyer; Phillip Wittmann; Spaulding, Kyle; Steve Walker |
| **Subject:** | Drywall-PPF |
| **Attachments:** | Comparison.xls |

Lenny-This is written on behalf of the DSC.

Please find the attached list of named Plaintiffs that have not yet filed profile forms (those designated "no match"). As you know, Pre-Trial Order #11 provides that all Plaintiff profile forms were to be filed and exchanged no later than September 2, 2009. Plaintiffs failure to timely provide such forms is a violation of the Court's Order.

Please provide us with the outstanding profile forms no later than Friday, October 30, 2009. Otherwise, we will file a motion seeking to dismiss those Plaintiffs and set the motion for hearing on November 19, 2009. See Allen v. Bayer Corp. (In re: Phenylpropanolamine (PPA) Prods. Liability Litigation), 460 F.3d 1217 (9th Cir. 2006)(In a multi-party action in which plaintiff questionnaires were used to streamline case management, the Court affirmed the dismissal with prejudice of plaintiffs that failed to submit the questionnaires, noting: "[The district] court needed to enforce its orders in cases that were stalled by noncompliance so that the coordinated cases for which it was responsible could be resolved on the merits by motion, settlement, or remand for trial.").


Kyle A. Spaulding
**FRILOT L.L.C.**
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Direct:    504.599.8249
Facsimile:   504.599.8137
E-mail: kspaulding@frilot.com


EXHIBIT E

11/5/2009