UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO: 2047<br><br>SECTION: L<br><br>JUDGE: FALLON<br>MAG. JUDGE WILKINSON |

This pleading relates to: ALL CASES

### EX PARTE MOTION FOR EXPEDITED HEARING ON DEFENDANTS' STEERING COMMITTEE'S MOTION TO DISMISS FOR PLAINTIFFS' FAILURE TO COMPLY WITH COURT-ORDERED DISCOVERY

**NOW COMES** the Defendants' Steering Committee who moves for expedited consideration for its Motion to Dismiss For Plaintiffs' Failure to Comply With Court-Ordered Discovery. Due to the expediency with which this case is moving, it is necessary to dismiss those claimants who have not complied with this Court's Pre-Trial Orders regarding submission of plaintiff profile forms, and thus the Defendants' Steering Committee requests expedited hearing on its motion.

Respectfully submitted,

BY: /s/ Kerry J. Miller
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
**FRILOT L.L.C.**
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile: (504)599-8145
Email: kmiller@frilot.com

Defendants' Liaison Counsel o/b/o
Defendants' Steering Committee

## **CERTIFICATE**

I hereby certify that the above and foregoing motion has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this 13th day of November, 2009.

/s/ Kerry J. Miller
Kerry Miller