UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO: 2047 |
| | SECTION: L |
| | JUDGE: FALLON |
| | MAG. JUDGE WILKINSON |

This pleading relates to: ALL CASES

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Defendants' Steering Committee has filed the attached Motion to Dismiss For Plaintiffs' Failure to Comply With Court-Ordered Discovery. **PLEASE TAKE FURTHER NOTICE** that the will be brought on for hearing on December 2, 2009 at 9:00 a.m. in front of the Honorable Eldon E. Fallon.

Respectfully submitted,

BY:/s/ Kerry J. Miller
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
**FRILOT L.L.C.**
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile: (504)599-8145
Email: kmiller@frilot.com

Defendants' Liaison Counsel o/b/o
Defendants' Steering Committee

## **CERTIFICATE**

I hereby certify that the above and foregoing pleading has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this 13th day of November, 2009.

/s/ Kerry J. Miller
Kerry Miller