UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO: 2047<br><br>SECTION: L<br><br>JUDGE: FALLON<br>MAG. JUDGE WILKINSON |

This pleading relates to: ALL CASES

## ORDER

Considering the Motion for Expedited Hearing on Defendants' Steering Committee's Motion to Dismiss For Plaintiffs' Failure to Comply With Court-Ordered Discovery;

IT IS HEREBY ORDERED that the hearing on Defendants' Steering Committee's Motion to Dismiss For Plaintiffs' Failure to Comply With Court-Ordered Discovery will be held following the monthly status conference on November 19, 2009, in this Court, 500 Poydras Street, Room C456, New Orleans, Louisiana.

_____
JUDGE ELDON E. FALLON