David Gross, Cheryl Gross, and Louis Velez, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
## APS International, Ltd.
### 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 100345-0026

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Devon International
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Mr. Daniel C. Levin
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __PENNA__ ) ss.
County of: __MONTGOMERY__ )

**Name of Server:** __CURTIS LIZENBAUM__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __12TH__ day of __November__, 20 __09__, at __1:55__ o'clock __P__ M

**Place of Service:** at __1100 1st Ave, Suite 100__, in __King of Prussia, PA  19406__

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Class Action Complaint w/Jury Demand**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Devon International**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __ROBERT MULHERN, JR., ESQ -- General Counsel__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__; Skin Color __W__; Hair Color __Black__; Facial Hair ____
Approx. Age __65__; Approx. Height __5-9__; Approx. Weight __155__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_[signature]_
Signature of Server

Subscribed and sworn to before me this __12TH__ day of __November__, 20 __09__

_[signature]_ Marguerite Galbraith
Notary Public        (Commission Expires)

**APS International, Ltd.**

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
MARGUERITE GALBRAITH  Notary Public
City of Philadelphia, Phila. County
My Commission Expires October 6, 2010

Robert B. Mulhern, Jr., Esquire
General Counsel

1100 First Avenue, Suite 100
King of Prussia, PA 19406

Phone: 484.688.8215
Fax:    610.768.4509
rmulhern@devonintlgroup.com



DEVON INTERNATIONAL GROUP