UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID KESSLER and AMANDA KESSLER | * | CA NO.  09-6072 |
| | * | JUDGE ELDON E. FALLON |
| v. | * | MAG. JUDGE WILKINSON |
| GMI CONSTRUCTION, INC., ET AL | * | IN RE: CHINESE-MANUFACTURED PRODUCTS |
| * * * * * * * * * * * * | | LIABILITY LITIGATION MDL No. 09-2047 (L) |

## <u>ORDER</u>

Considering HWB Insurance Services' Motion for Leave to Supplement HBW Insurance Service's Rule 12 Motion to Dismiss with the Affidavit of Alison Short; filed herein:

**IT IS ORDERED** that HBW Insurance Service's Motion to Supplement be and hereby is granted, and, in connection with its Rule 12 Motion to Dismiss, HBW Insurance Services is hereby granted leave to supplement the record by filing the Affidavit of Alison Short, attached thereto as Exhibit 1.

New Orleans, Louisiana, this 13th day of November, 2009.

_____
UNITED STATES DISTRICT JUDGE

N:\DATA\M\23421057\pleadings\Supplement Order.wpd

–1–