UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 09-md-2047
PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

The Court has been informed that counsel will meet to discuss issues involved in Motions to Compel filed by the Plaintiffs' Steering Committee and Defendants' Steering Committee (Rec. Doc. Nos. 430, 432, 436).  Accordingly, IT IS ORDERED that the PSC and DSC's Motions to Expedite Hearing (Rec. Doc. Nos. 431, 433, 437) regarding the above mentioned Motions to Compel are DENIED.

New Orleans, Louisiana, this 12th day of November, 2009.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE