**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED * | MDL NO. 2047 |
| DRYWALL PRODUCTS * | |
| LIABILITY LITIGATION * | SECTION: L |
| * | |
| * | JUDGE FALLON |
| **This document relates to all cases** * | |
| * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR PARTIAL SUMMARY JUDGMENT**
**AS TO THE RECOVERY AVAILABLE AGAINST GOOD FAITH SELLERS**
**UNDER LOUISIANA LAW**

Interior Exterior Building Supply, L.P. ("Interior Exterior), defendant, respectfully represents:

1.

Plaintiffs contend that Interior Exterior sold them defective drywall.

2.

Interior Exterior submits this Motion pursuant to Fed. R. Civ. Pro. 56(b), and seeks a ruling from the Court on a precise legal issue, namely:

> If the evidence shows that a non-manufacturer distributor neither knew nor should have known that the Chinese Drywall it sold was defective, then plaintiffs' potential recovery against that distributor is that relief provided for by Louisiana Civil Code Article 2531, namely, a return of the purchase price with interest from the time it was paid, plus reimbursement of immediate expenses occasioned by the contract of sale itself, and reasonable expenses incurred for preservation of the thing sold.

Wherefore, for the reasons set forth in the accompanying Memorandum, Interior Exterior Building Supply, L.P. respectfully moves this Honorable Court to grant this Motion for Partial Summary Judgment.

Respectfully submitted,

/s/ Richard G. Duplantier, Jr.
_____
Richard G. Duplantier, Jr. #18874
Lambert J. Hassinger, Jr. #21683
Carlina C. Eiselen, #28524
Jeffrey P. Green #30531
Galloway, Johnson, Tompkins, Burr & Smith
701 Poydras Street, Suite 4040 One Shell Square
New Orleans, LA 70139
504 525 6802 / 504 525 2456 Fax
rduplantier@gjtbs.com
jhassinger@gjtbs.com
ceiselen@gjtbs.com
jgreen@gjtbs.com
*Counsel for Interior Exterior Building Supply, L.P.*

## Certificate of Service

The undersigned certifies that this document has been served on Plaintiffs' liaison counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 28th day of September, 2009.

/s/ Lambert J. Hassinger, Jr.
_____
Lambert J. Hassinger, Jr.