UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON |
| **This document relates to all cases** | * * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * *

**STATEMENT OF UNCONTESTED MATERIAL FACTS
IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO THE
RECOVERY AVAILABLE AGAINST GOOD FAITH SELLERS
<u>UNDER LOUISIANA LAW</u>**

**MAY IT PLEASE THE COURT:**

Interior Exterior Building Supply, L.P. ("Interior Exterior") files this Statement of Uncontested Facts in support of its Motion for Partial Summary Judgment, and with respect represents:

Interior Exterior filed its Motion in accordance with the parties' desire that certain legal issues be given priory treatment by the Court, so that both the Court and the parties could better assess the case and narrow the issues going forward. (Rec. Doc. 187, Joint Report No.2; Rec. Doc. 216, Order dated September 10, 2009). Accordingly, Interior Exterior's Motion addresses strictly legal issues and, therefore, is not dependent on an extended list of uncontested material facts. As such, Interior Exterior submits that, for purposes of the instant Motion, the following facts are not in dispute:

1. Interior Exterior Building Supply, L.P. is a Louisiana Limited Partnership.

>Respectfully submitted,
>
>/s/ Lambert J. Hassinger, Jr.
>_____
>Richard G. Duplantier, Jr. #18874
>Lambert J. Hassinger, Jr. #21683
>Carlina C. Eiselen, #28524
>Jeffrey P. Green #30531
>Galloway, Johnson, Tompkins, Burr & Smith
>701 Poydras Street, Suite 4040 One Shell Square
>New Orleans, LA 70139
>504 525 6802 / 504 525 2456 Fax
>rduplantier@gjtbs.com
>jhassinger@gjtbs.com
>ceiselen@gjtbs.com
>jgreen@gjtbs.com
>*Counsel for Interior Exterior Building Supply, L.P.*

### Certificate of Service

The undersigned certifies that this document has been served on Plaintiffs' liaison counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 16th day of November, 2009.

>/s/ Lambert J. Hassinger, Jr.
>_____
>Lambert J. Hassinger, Jr.