# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 2047  SECTION: L |
| | * | JUDGE FALLON |
| **This document relates to all cases** | * * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

Interior Exterior Building Supply, L.P. will bring its Motion for Partial Summary Judgment for hearing before the Honorable Eldon E. Fallon on November 19, 2009 at 10:00 a.m. This Motion was originally filed on September 28, 2009. It was originally set for hearing on October 15, 2009, but then reset by the Court for hearing on November 19, 2009. (Rec. Doc. 303).

Respectfully submitted,

/s/ Lambert J. Hassinger, Jr.
_____
Richard G. Duplantier, Jr. #18874
Lambert J. Hassinger, Jr. #21683
Carlina C. Eiselen, #28524
Jeffrey P. Green #30531
Galloway, Johnson, Tompkins, Burr & Smith
701 Poydras Street, Suite 4040 One Shell Square
New Orleans, LA 70139
504 525 6802 / 504 525 2456 Fax
rduplantier@gjtbs.com
jhassinger@gjtbs.com
ceiselen@gjtbs.com
jgreen@gjtbs.com
*Counsel for Interior Exterior Building Supply, L.P.*

1

2

## Certificate of Service

    The undersigned certifies that this document has been served on Plaintiffs' liaison counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 16 day of November, 2009.

                                         /s/ Lambert J. Hassinger, Jr.
                                         _____
                                         Lambert J. Hassinger, Jr.