Nov 12 2009 4:53PM   28019871

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL NO. 2047 <br> : <br> : SECTION: L <br> : <br> : JUDGE FALLON <br> : MAG. JUDGE WILKINSON |
| .......................................... <br> THIS DOCUMENT RELATES TO ALL CASES | : <br> : <br> : |

### MAZER DISCOUNT HOME CENTER'S, INC. MOTION FOR LEAVE TO FILE BRIEF REGARDING THE APPLICATION OF ALABAMA ECONOMIC LOSS RULE

MAY IT PLEASE THE COURT:

COMES NOW, through undersigned counsel, the Defendant Mazer Discount Home Center's, Inc. improperly designated as Mazer Super Discount Stores ("Mazer") and moves this Honorable Court for an Order for Leave to file the Memorandum of Law in Support of Motion to Dismiss Based on the Application of Alabama's Economic Loss Rule, Attached hereto as **Exhibit A**, and says as follows:

Previously, briefs have been filed addressing the Economic Loss Rule in Alabama (and in other states) by distributor and manufacturer defendants. Mazer is best characterized as a "retailer" and believes arguments related to the economic loss rule should apply to preclude claims of the Plaintiffs for damages as to Mazer as a retailer.

For the foregoing reasons, the defendant designated as Mazer Super Discount Stores, respectfully request this Court to allow it to file the brief attached hereto as **Exhibit A**. For the Court's convenience, a proposed Order is attached hereto as **Exhibit B**.

Respectfully submitted on November 12, 2009,

    /s/ **Larry S. Logsdon**
Larry S. Logsdon
Voice: (205) 874-0341
Fax:    (205) 874-3241
E-mail: llogsdon@wallacejordan.com

    /s/ **Michael L. Jackson**
Michael L. Jackson
Voice: (205) 874-0315
Fax:    (205) 874-3251
E-mail: mjackson@wallacejordan.com

Attorneys for the Defendant designated as Mazer Super Discount Store

**Of Counsel:**

Wallace, Jordan, Ratliff & Brandt, L.L.C.
Post Office Box 530910
Birmingham, Alabama 35253
(205) 870-0555

    /s/ **Christopher A. Bottcher**
Christopher A. Bottcher
Voice: (205) 930-5279
Fax:    (205) 930-5101
E-mail: cbottcher@sirote.com
Attorney for the Defendant designated as Mazer Super Discount Store

**Of Counsel:**
Sirote & Permutt, P.C.
P.O. Box 55727
Birmingham, Alabama 35255-5727
(205) 930-5100

## Certificate of Service

      I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12th Day of November 2009.

      Respectfully submitted,

*/s/ Larry S. Logsdon*
Larry S. Logsdon
Wallace, Jordan, Ratliff & Brandt, L.L.C.
Post Office Box 530910
Birmingham, Alabama 35253
Voice: (205) 874-0341
Fax:   (205) 874-3241
E-mail: llogsdon@wallacejordan.com