

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
FILED  OCT - 6 2009
LORETTA G. WHYTE
CLERK

A CERTIFIED TRUE COPY
ATTEST
By Darlon Payne on Oct 06, 2009
FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2009 NOV 13 PM 12:16
LORETTA G. WHYTE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Oct 06, 2009

FILED
CLERK'S OFFICE

09-6686
MDL No. 2047

SECT. L MAG. 2

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION
Curtis Hinkley, et al. v. Taishan Gypsum Co., Ltd., et al.,
  E.D. North Carolina, C.A. No. 2:09-25
Michelle Germano, et al. v. Taishan Gypsum Co., Ltd., et al.,
  E.D. Virginia, C.A. No. 2:09-202

**TRANSFER ORDER**

**Before the entire Panel**: Defendants Venture Supply, Inc., The Porter-Blaine Corp., and Tobin Trading, Inc., move, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), to vacate our order conditionally transferring these actions to the Eastern District of Louisiana for inclusion in MDL No. 2047. Harbor Walk Development, LLC, similarly moves with respect to the Eastern District of Virginia action in which it is named as a defendant. Plaintiffs in both actions oppose the motions to vacate.

After considering all argument of counsel, we find that these actions involve common questions of fact with the actions in this litigation previously transferred to the Eastern District of Louisiana, and that transfer of these actions to the Eastern District of Louisiana for inclusion in MDL No. 2047 will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. We further find that transfer of these actions is appropriate for reasons that we set out in our original order directing centralization in this docket. In that order, we held that the Eastern District of Louisiana was a proper Section 1407 forum for actions sharing allegations that drywall manufactured in China, imported to and distributed in the United States, and used in the construction of houses emits smelly, corrosive gases. *See In re Chinese-Manufactured Drywall Products Liability Litigation*, 626 F.Supp.2d 1376 (J.P.M.L. 2009).

The defendants opposing transfer argue that they are not currently parties to any action in MDL No. 2047 and that the two actions before the Panel involve few, if any, questions of fact common to the actions in MDL No. 2047. For the following reasons, we respectfully disagree with these arguments. The Chinese manufacturer named in these two actions is similarly named as a defendant in dozens of actions in MDL No. 2047 in which the issue of personal jurisdiction will likely also arise. Moreover, most, if not all, actions in MDL No. 2047 involve claims against local suppliers, installers, builders and other defendants in addition to the drywall manufacturers in China. Inclusion of the present claims in MDL No. 2047 will have the salutary effect of placing all related claims in this docket before a single

___ Fee ___
___ Process ___
X  Dktd ___
___ CtRmDep ___
___ Doc. No. ___

___ Fee ___
___ Process ___
X  Dktd ___
___ CtRmDep ___
___ Doc. No. ___

- 2 -

judge who can formulate a pretrial program that (1) prevents repetition of previously considered matters; and (2) allows pretrial proceedings with respect to any individual issues to proceed concurrently with pretrial proceedings on common issues. *See, e.g., In re Ephedra Products Liability Litigation*, 314 F.Supp.2d 1373, 1375 (J.P.M.L. 2004). Whenever the transferee judge deems remand of any claims or actions appropriate, procedures are available to accomplish this with a minimum of delay. *See* Rule 7.6, R.P.J.P.M.L., 199 F.R.D. at 436-38.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, these actions are transferred to the Eastern District of Louisiana and, with the consent of that court, assigned to the Honorable Eldon E. Fallon for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

PANEL ON MULTIDISTRICT LITIGATION

John G. Heyburn II
Chairman

Robert L. Miller, Jr.        Kathryn H. Vratil
David R. Hansen              W. Royal Furgeson, Jr.
Frank C. Damrell, Jr.