AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

**RETURN**

2009 NOV 16 PM 1:56

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| OTIS ASHFORD, ET AL | ) |
| _Plaintiff_ | ) |
| v. | ) Civil Action No. |
| KNAUF GIPS KG, KNAUF PLASTERBOARD TIANJIN CO LTD, ET AL | ) |
| _Defendant_ | ) |

09-7042
SECT. L MAG 2

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   L&W SUPPLY CORPORATION d/b/a SEACOAST SUPPLY
By and through its Registered Agent
CT Corp Systems
350 N. St. Paul
Dallas, Texas 75201

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MIKAL C. WATTS
WATTS HILLIARD, LLP
4 Domion Dr., Bldg. 3, Ste. 100
San Antonio, Texas 78257-1390
(210) 447-0500

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

OCT 2 6 2009

Date: _____

CLERK OF COURT

_____
_Signature of Clerk or Deputy Clerk_

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* L+W Supply Corporation dbA Seacoast Supply
was received by me on *(date)* 11-06-2009.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* CT Corp. Systems, via CMRRR    # 9171082133393577919923, who is designated by law to accept service of process on behalf of *(name of organization)* L+W Supply Corporation dba Seacoast Supply on *(date)* 11-09-2009 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11-13-2009

*Server's signature*

Ryan L. Thompson, Attorney at Law
*Printed name and title*

4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
*Server's address*

Additional information regarding attempted service, etc:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature NOV 09 2009<br>X RECEIVED CT CORPORATION | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br>L&W Supply Corporation d/b/a<br>SEACOAST Supply<br>By and through its Registered Agent<br>CT Corp Systems<br>350 N. St. Paul<br>Dallas, TX 75201 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes | |
| 2. Article Number (Transfer from service label) | 91 7108 2133 3935 7791 9923 | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M |