AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

RETURN
FILED
2009 NOV 16 PM 1:55
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| OTIS ASHFORD, ET AL<br><br>*Plaintiff*<br><br>v.<br><br>KNAUF GIPS KG, KNAUF PLASTERBOARD TIANJIN CO LTD, ET AL<br><br>*Defendant* | Civil Action No. 09-7042<br><br>SECT. L MAG 2 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  UNITED STATES GYPSUM (formerly, USG CORPORATION
By and through its Registered Agent
CT Corp Systems
350 N. St. Paul
Dallas, Texas 75201

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  MIKAL C. WATTS
WATTS HILLIARD, LLP
4 Domion Dr., Bldg. 3, Ste. 100
San Antonio, Texas 78257-1390
(210) 447-0500

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: OCT 2 6 2009

*Signature of Clerk or Deputy Clerk*

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **United States Gypsum (formerly USG Corporation)**
was received by me on *(date)* **11-06-2009** .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **CT Corp. Systems, via CMRRR # 91710821333935 77919930** , who is
designated by law to accept service of process on behalf of *(name of organization)* **United States Gypsum (formerly USG Corporation)** on *(date)* **11-09-2009** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **11-13-2009**

_____
*Server's signature*

**Ryan K. Thompson, Attorney at Law**
*Printed name and title*

**4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257**
*Server's address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States GYPSUM (formerly USG Corporation)
By and through its Registered Agent
CT Corp Systems
350 N. St. Paul
Dallas, TX 75201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  NOV 09 2009  C. Date of Delivery
RECEIVED

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
91 7108 2133 3935 7791 9930

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540