AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| OTIS ASHFORD, ET AL | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 09-7042 |
| KNAUF GIPS KG, KNAUF PLASTERBOARD TIANJIN CO LTD, ET AL | ) ) | SECT. L MAG 2 |
| *Defendant* | ) | |

**RETURN**
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2009 NOV 16 PM 1:55
LORETTA G. WHYTE
CLERK

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  INTERIOR EXTERIOR BUILDING SUPPLY, L.P.
By and through its Registered Agent
CT Corp Systems
350 N. St. Paul
Dallas, Texas 75201

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  MIKAL C. WATTS
WATTS HILLIARD, LLP
4 Domion Dr., Bldg. 3, Ste. 100
San Antonio, Texas 78257-1390
(210) 447-0500

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: OCT 2 6 2009

*Signature of Clerk or Deputy Clerk*

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Interior Exterior Building Supply LP__
was received by me on *(date)* __11-06 2009__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __CT Corp. Systems__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __Interior Exterior Building Supply LP, via CMRR #91-7108213339357791994__ *(date)* __11-09-2009__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __11-13-2009__                    _____
                                         Server's signature

                                         __Ryan L. Thompson, Attorney At Law__
                                         Printed name and title

                                         __4 Dominion Drive, Bldg. 3, Suite 100__
                                         __San Antonio, Tx 78257__
                                         Server's address

Additional information regarding attempted service, etc:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  NOV 09 2009   C. Date of Delivery |
| 1. Article Addressed to:<br>Interior Exterior Building Supply LP<br>By and through its Registered Agent<br>CT Corp Systems<br>350 N. St. Paul<br>Dallas, TX 75201 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered      ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 91 7108 2133 3935 7791 9947 |
| PS Form 3811, February 2004 | Domestic Return Receipt     102595-02-M-154 |

Stamp: RECEIVED CORPORATION