AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

RETURN

2009 NOV 16 PM 1:55

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| OTIS ASHFORD, ET AL<br><br>*Plaintiff*<br>v.<br>KNAUF GIPS KG, KNAUF PLASTERBOARD TIANJIN CO LTD, ET AL<br>*Defendant* | )<br>)<br>)<br>) Civil Action No. 09-7042<br>)<br>)<br>) SECT. L MAG 2 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  INDEPENDENT BUILDERS SUPPLY ASSOCIATION, INC.
By and through its Counsel of Record,
Gary Baumann
FULMER LEROY ALBEE BAUMANN & GLASS
2866 East oakland Park Blvd.
Ft. Lauderdale, FL 33306

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  MIKAL C. WATTS
WATTS HILLIARD, LLP
4 Domion Dr., Bldg. 3, Ste. 100
San Antonio, Texas 78257-1390
(210) 447-0500

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: OCT 2 6 2009

_____
Signature of Clerk or Deputy Clerk

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Independent Builders Supply Association, Inc**
was received by me on *(date)* **11-06-2009**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: **I served Summons via Certified Mail, RRR on its Counsel of Record, with Permission to accept service: Gary Baumann, Fulmer, Leroy, Albee, Baumann & Glass, 2866 East Oakland Blvd., Ft. Lauderdale, FL 33306. On 11-09-2009 # 91-7108-2133-3935-7791-9954**

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **11-13-09**

*Server's signature*

**Ryan L. Thompson, Attorney at Law**
*Printed name and title*

**4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257**
*Server's address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Janet M_ ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Janet N.
C. Date of Delivery: 11/9/09

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

Independent Builders Supply Association Inc. By and through its Counsel of Record:
Gary Baumann
Fulmer Leroy Albee Baumann & Glass
2866 East Oakland Blvd.
Ft. Lauderdale, FL 33306

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☑ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 91 7108 2133 3935 7791 9954

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540