UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**
**09-4112 through 09-4120**
**09-4294 through 09-4322**
**All other consolidated and tag-along actions alleging construction defects in the State of Florida**
_____/

## ORDER GRANTING HOMEBUILDERS' STEERING COMMITTEE'S *EX PARTE* MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL

THIS CAUSE, having come before the Court on the Homebuilders' Steering Committee's *ex parte* Motion for Leave to File Exhibit Under Seal (the "Motion") and the Court having reviewed the Motion and the proposed exhibit, and being otherwise fully advised in these premises hereby **ORDERS AND ADJUDGES** that the Motion is Granted.

**DONE AND ORDERED** in chambers, New Orleans, Louisana, this 16th day of November, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE