IN THE UNTIED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *MDL No.  09-2047 * *JUDGE: FALLON * *MAGISTRATE: WILKINSON |

*************************************************************************

THIS DOCUMENT RELATES TO ALL CASES CONCERNING DEFENDANT MAYEAUX CONSTRUCTION, INC.

ORDER

Considering the foregoing;

IT IS HEREBY ORDERED that Mayeaux Construction, Inc.'s Reply to Interior/Exterior's Reply Memorandum, (rec. doc. 409-2), be and is accepted for filing into the Court's record.

New Orleans, Louisiana, this __17th__ day of November, 2009.

_____
UNITED STATES DISTRICT COURT

1