UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LUCILLE BOURDON | * | **CIVIL ACTION NO: 09-7025** |
| Plaintiff | * | |
| | * | **SECTION: L** |
| | * | **JUDGE FALLON** |
| **VERSUS** | * | |
| | * | |
| **INTERIOR/EXTERIOR BUILDING SUPPLY,** | * | |
| **LIMITED PARTNERSHIP, INTERIOR/** | * | |
| **EXTERIOR ENTERPRISES, L.L.C., ARCH** | * | |
| **INSURANCE COMPANY, LIBERTY MUTUAL** | * | |
| **FIRE INSURANCE COMPANY, ARTHUR** | * | |
| **HOMES, L.L.C., JOSEPH L. ARTHUR,** | * | |
| **LOUISIANA HOME BUILDERS ASSOCIATION** | | |
| **GENERAL LIABILITY TRUST, MARKEL** | * | |
| **INSURANCE COMPANY, AND STATE FARM** | * | |
| **FIRE AND CASUALTY COMPANY** | * | **MAGISTRATE 2** |
| Defendants | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## EXPARTE CONSENT MOTION FOR LEAVE TO FILE MOTION TO LIFT STAY

Plaintiff, Lucille Bourdon ("Bourdon"), requests this Court to grant her leave to file the

attached Motion to Lift Stay in order for the attached Motion to Remand be heard.

WHEREFORE, Lucille Bourdon requests this Court to grant her leave to file the attached

Motion to Lift Stay in order for her Motion to Remand be heard.

Respectfully submitted:

/s/Paul A. Lea, Jr.
Paul A. Lea, Jr. (La. Bar No. 18637)
527 East Boston St. - Suite 201
Covington, Louisiana 70433-2948
Telephone:(985) 292-2300
Facsimile:(985) 292-3501
**Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

I certify that on this ⁄ ⁊ day of November 2009, the undersigned electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

/s/Paul A. Lea, Jr.
Paul A. Lea, Jr.