UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LUCILLE BOURDON<br>Plaintiff | * <br> * <br> * <br> * | CIVIL ACTION NO: 09-7025<br><br>SECTION: L<br>JUDGE FALLON |
| VERSUS | * <br> * | |
| INTERIOR/EXTERIOR BUILDING SUPPLY,<br>LIMITED PARTNERSHIP, INTERIOR/<br>EXTERIOR ENTERPRISES, L.L.C., ARCH<br>INSURANCE COMPANY, LIBERTY MUTUAL<br>FIRE INSURANCE COMPANY, ARTHUR<br>HOMES, L.L.C., JOSEPH L. ARTHUR,<br>LOUISIANA HOME BUILDERS ASSOCIATION<br>GENERAL LIABILITY TRUST, MARKEL<br>INSURANCE COMPANY, AND STATE FARM<br>FIRE AND CASUALTY COMPANY<br>Defendants | * <br> * <br> * <br> * <br> * <br> * <br><br> * <br> * <br> * <br> * | <br><br><br><br><br><br><br><br><br>MAGISTRATE 2 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

UPON CONSIDERATION of the Motion for Leave to File Motion to Lift Stay in order that the attached Motion for Remand can be filed by Lucille Bourdon,

IT IS HEREBY ORDERED that the attached Motion to Lift Stay in order that the attached Motion to Remand be filed in the record of this proceeding.

Thus done and signed on this ____ day of _____ 2009, at New Orleans, Louisiana.

_____
**JUDGE**