UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VAL LOUIS HUFFT AND <br> AUDREY HUTHER HUFFT <br> Plaintiffs <br><br> VERSUS <br><br> INTERIOR/EXTERIOR BUILDING SUPPLY, <br> LIMITED PARTNERSHIP, INTERIOR/ <br> EXTERIOR ENTERPRISES, L.L.C., <br> MARIGOLD COURT, L.L.C., ANTHONY F. <br> MARINO, ARCH INSURANCE COMPANY, <br> LIBERTY MUTUAL FIRE INSURANCE <br> COMPANY, ABC INSURANCE COMPANY <br> AND STATE FARM FIRE AND CASUALTY <br> INSURANCE COMPANY <br> Defendants | CIVIL ACTION NO: 09-7016 <br><br> SECTION: L <br><br> JUDGE: FALLON <br><br> MAGISTRATE: 2 - WILKINSON |

**PLAINTIFFS' MOTION TO LIFT STAY**

*************************************************************************

NOW INTO COURT, through undersigned counsel, come Val Louis Hufft and Audrey Hufft ("Plaintiffs"), who, respectfully moves for an Order lifting the stay in order for the attached Motion to Remand be heard for the reasons that follow:

I.

Defendant, State Farm Fire and Casualty Company ("State Farm"), ignoring the stay in this matter, filed the Motion to Remove (without grounds to do so).

II.

The allegation of lack of diversity is without merit. As it is clear from the Petition, Plaintiffs, Val and Audrey Hufft, sued their own builder who resides in this state and also the distributor of the defective drywall who resides in this state. Thus, diversity was established and

is without doubt from the original filing of Plaintiffs' Petition; however, Plaintiffs can not proceed against these parties in their chosen forum.

### III.

Plaintiffs chose to file in State Court in order to pursue these parties in particular and has a right to stay there as per the attached Motion to Remand.

Respectfully submitted:

/s/Paul A. Lea, Jr.
Paul A. Lea, Jr. (La. Bar No. 18637)
527 East Boston St., Suite 201
Covington, Louisiana 70433
Telephone:(985) 292-2300
Facsimile: (985) 292-3501
**Counsel for Plaintiff**

### CERTIFICATE OF SERVICE

I certify that on this ___17___ day of November 2009, the undersigned electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

/s/Paul A. Lea, Jr.
Paul A. Lea, Jr.