UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VAL LOUIS HUFFT AND <br> AUDREY HUTHER HUFFT <br> Plaintiffs <br><br> VERSUS <br><br> INTERIOR/EXTERIOR BUILDING SUPPLY, <br> LIMITED PARTNERSHIP, INTERIOR/ <br> EXTERIOR ENTERPRISES, L.L.C., <br> MARIGOLD COURT, L.L.C., ANTHONY F. <br> MARINO, ARCH INSURANCE COMPANY, <br> LIBERTY MUTUAL FIRE INSURANCE <br> COMPANY, ABC INSURANCE COMPANY <br> AND STATE FARM FIRE AND CASUALTY <br> INSURANCE COMPANY <br> Defendants | CIVIL ACTION NO: 09-7016 <br><br> SECTION: L <br><br> JUDGE: FALLON <br><br> MAGISTRATE: 2 - WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**O R D E R**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Considering plaintiff's *Motion to Lift Stay:*

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Lift Stay be granted allowing Plaintiffs to file a Motion to Remand.

New Orleans, Louisiana this _____ day of _____, 2009.

_____
JUDGE