UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LUCILLE BOURDON | * | CIVIL ACTION NO: 09-7025 |
| Plaintiff | * | |
| | * | SECTION: L |
| | * | JUDGE FALLON |
| VERSUS | * | |
| | * | |
| INTERIOR/EXTERIOR BUILDING SUPPLY, | * | |
| LIMITED PARTNERSHIP, INTERIOR/ | * | |
| EXTERIOR ENTERPRISES, L.L.C., ARCH | * | |
| INSURANCE COMPANY, LIBERTY MUTUAL | * | |
| FIRE INSURANCE COMPANY, ARTHUR | * | |
| HOMES, L.L.C., JOSEPH L. ARTHUR, | * | |
| LOUISIANA HOME BUILDERS ASSOCIATION | | |
| GENERAL LIABILITY TRUST, MARKEL | * | |
| INSURANCE COMPANY, AND STATE FARM | * | |
| FIRE AND CASUALTY COMPANY | * | MAGISTRATE 2 |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

NOTICE OF HEARING
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: Adrianne L. Baumgartner, T.A. (#2861)
Darrin M. O'Connor (#24582)
Emily S. Morrison (#18351)
Porteous, Hainkel & Johnson
408 N. Columbia St.
Covington, LA 70434
**Attorneys for Defendant,** State Farm & Casualty Company

PLEASE TAKE NOTICE that the *Motion to Remand* filed by Plaintiff, Lucille Bourdon, will be brought for hearing on the 2nd day of December, 2009 at 9:00 o'clock a.m., or at such time as the Court may otherwise order.

Respectfully submitted:

/s/Paul A. Lea, Jr.
Paul A. Lea, Jr. (La. Bar No. 18637)
527 East Boston St., Suite 201
Covington, Louisiana 70433-2948
Telephone:(985) 292-2300
Facsimile: (985) 292-3501
**Counsel for Plaintiff**