UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VAL LOUIS HUFFT AND | * | CIVIL ACTION NO: 09-7016 |
| AUDREY HUTHER HUFFT | * | |
| Plaintiffs | * | |
| | * | SECTION: L |
| VERSUS | * | |
| | * | JUDGE: FALLON |
| INTERIOR/EXTERIOR BUILDING SUPPLY, | * | |
| LIMITED PARTNERSHIP, INTERIOR/ | * | MAGISTRATE: 2 - WILKINSON |
| EXTERIOR ENTERPRISES, L.L.C., | * | |
| MARIGOLD COURT, L.L.C., ANTHONY F. | * | |
| MARINO, ARCH INSURANCE COMPANY, | * | |
| LIBERTY MUTUAL FIRE INSURANCE | * | |
| COMPANY, ABC INSURANCE COMPANY | * | |
| AND STATE FARM FIRE AND CASUALTY | * | |
| INSURANCE COMPANY | * | |
| Defendants | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |

**EXPARTE CONSENT MOTION FOR LEAVE TO FILE MOTION TO LIFT STAY**

Plaintiffs, Val Louis Hufft and Audrey Huther Hufft ("Huffts"), request this Court to grant them leave to file the attached Motion to Lift Stay in order for the attached Motion to Remand be heard.

WHEREFORE, Val Louis Hufft and Audrey Huther Hufft request this Court to grant them leave to file the attached Motion to Lift Stay in order for their Motion to Remand be heard.

                                          Respectfully submitted:

                                          /s/Paul A. Lea, Jr.
                                          Paul A. Lea, Jr. (La. Bar No. 18637)
                                          527 East Boston St. - Suite 201
                                          Covington, Louisiana 70433-2948
                                          Telephone:(985) 292-2300
                                          Facsimile:(985) 292-3501
                                          **Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

I certify that on this ___ day of November 2009, the undersigned electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

/s/Paul A. Lea, Jr.
Paul A. Lea, Jr.