UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VAL LOUIS HUFFT AND<br>AUDREY HUTHER HUFFT<br>Plaintiffs | * * * * | CIVIL ACTION NO: 09-7016 |
| | * | SECTION: L |
| VERSUS | * * | |
| | * | JUDGE: FALLON |
| INTERIOR/EXTERIOR BUILDING SUPPLY,<br>LIMITED PARTNERSHIP, INTERIOR/<br>EXTERIOR ENTERPRISES, L.L.C.,<br>MARIGOLD COURT, L.L.C., ANTHONY F.<br>MARINO, ARCH INSURANCE COMPANY,<br>LIBERTY MUTUAL FIRE INSURANCE<br>COMPANY, ABC INSURANCE COMPANY<br>AND STATE FARM FIRE AND CASUALTY<br>INSURANCE COMPANY<br>Defendants | * * * * * * * * * * | MAGISTRATE: 2 - WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

UPON CONSIDERATION of the Motion for Leave to File Motion to Lift Stay in order that the attached Motion for Remand can be filed by Val Louis Hufft and Audrey Huther Hufft,

IT IS HEREBY ORDERED that the attached Motion to Lift Stay in order that the attached Motion to Remand be filed in the record of this proceeding.

Thus done and signed on this ____ day of _____ 2009, at New Orleans, Louisiana.

_____
**JUDGE**