UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LUCILLE BOURDON<br>Plaintiff | * <br> * <br> * <br> * | CIVIL ACTION NO: 09-7025 <br><br> SECTION: L <br> JUDGE FALLON |
| VERSUS | * <br> * | |
| INTERIOR/EXTERIOR BUILDING SUPPLY,<br>LIMITED PARTNERSHIP, INTERIOR/<br>EXTERIOR ENTERPRISES, L.L.C., ARCH<br>INSURANCE COMPANY, LIBERTY MUTUAL<br>FIRE INSURANCE COMPANY, ARTHUR<br>HOMES, L.L.C., JOSEPH L. ARTHUR,<br>LOUISIANA HOME BUILDERS ASSOCIATION<br>GENERAL LIABILITY TRUST, MARKEL<br>INSURANCE COMPANY, AND STATE FARM<br>FIRE AND CASUALTY COMPANY<br>Defendants | * <br> * <br> * <br> * <br> * <br> * <br><br> * <br> * <br> * <br> * | <br><br><br><br><br><br><br><br><br>MAGISTRATE 2 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S MOTION TO LIFT STAY**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOW INTO COURT, through undersigned counsel, comes Lucille Bourdon ("Plaintiff"), who, respectfully moves for an Order that the stay on this case be lifted in order for the attached Motion to Remand be heard for the reasons that follow:

I.

Defendant, State Farm Fire and Casualty Company ("State Farm"), ignoring the stay in this matter, filed the Motion to Remove (without grounds to do so) in this matter.

II.

The allegation of lack of diversity is without merit. As it is clear from the Petition, Plaintiff, Lucille Bourdon, sued her own builder who resides in this state and also the distributor of the defective drywall who resides in this state. Thus, diversity was established and is without

doubt from the original filing of Plaintiff's Petition; however, Plaintiff cannot proceed against these parties in her chosen forum.

### III.

Plaintiff chose to file in State Court in order to pursue these parties in particular and has a right to stay there as per the attached Motion to Remand.

Respectfully submitted:

/s/Paul A. Lea, Jr.
Paul A. Lea, Jr. (La. Bar No. 18637)
527 East Boston St., Suite 201
Covington, Louisiana 70433
Telephone:(985) 292-2300
Facsimile: (985) 292-3501
**Counsel for Plaintiff**

### CERTIFICATE OF SERVICE

I certify that on this _17_ day of November 2009, the undersigned electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

/s/Paul A. Lea, Jr.
Paul A. Lea, Jr.