# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LUCILLE BOURDON<br>Plaintiff | CIVIL ACTION NO: 09-7025 |
| | SECTION: L<br>JUDGE FALLON |
| VERSUS | |
| INTERIOR/EXTERIOR BUILDING SUPPLY,<br>LIMITED PARTNERSHIP, INTERIOR/<br>EXTERIOR ENTERPRISES, L.L.C., ARCH<br>INSURANCE COMPANY, LIBERTY MUTUAL<br>FIRE INSURANCE COMPANY, ARTHUR<br>HOMES, L.L.C., JOSEPH L. ARTHUR,<br>LOUISIANA HOME BUILDERS ASSOCIATION<br>GENERAL LIABILITY TRUST, MARKEL<br>INSURANCE COMPANY, AND STATE FARM<br>AND CASUALTY COMPANY<br>Defendants | MAGISTRATE 2 |

## ORDER

*******************************************************************************

Considering plaintiff's *Motion to Lift Stay:*

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Lift Stay be granted allowing Plaintiff to file a Motion to Remand.

New Orleans, Louisiana this _____ day of _____, 2009.

_____
**JUDGE**