UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VAL LOUIS HUFFT AND<br>AUDREY HUTHER HUFFT<br>Plaintiffs | *<br>*<br>* | CIVIL ACTION NO: 09-7016 |
| | *<br>* | SECTION: L |
| VERSUS | * | |
| | * | JUDGE: FALLON |
| INTERIOR/EXTERIOR BUILDING SUPPLY,<br>LIMITED PARTNERSHIP, INTERIOR/<br>EXTERIOR ENTERPRISES, L.L.C.,<br>MARIGOLD COURT, L.L.C., ANTHONY F.<br>MARINO, ARCH INSURANCE COMPANY,<br>LIBERTY MUTUAL FIRE INSURANCE<br>COMPANY, ABC INSURANCE COMPANY<br>AND STATE FARM FIRE AND CASUALTY<br>INSURANCE COMPANY<br>Defendants | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | MAGISTRATE: 2 - WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

O R D E R

*********************************************************************************

Considering Plaintiffs' *Motion to Remand:*

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Remand will be heard on the 2nd day of December, 2009 at 9:00 o'clock a.m., or at such time as the Court may otherwise order.

New Orleans, Louisiana this _____ day of _____, 2009.

_____
**JUDGE**