UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 2047 SECTION L |
| | * | JUDGE FALLON |
| This document relates to All Cases | * * | MAGISTRATE JUDGE WILKINSON |

## AGENDA

Agenda for November 19, 2009 status conference.

I. PRE-TRIAL ORDERS

II. PROPERTY INSPECTIONS

III. PLAINTIFF AND DEFENDANT PROFILE FORMS

IV. PRESERVATION ORDER

V. STATE/FEDERAL COORDINATION

VI. STATE COURT TRIAL SETTINGS

VII. MOTIONS IN THE MDL

VIII. DISCOVERY ISSUES

IX. FREEDOM OF INFORMATION ACT/PUBLIC RECORDS REQUESTS

X. TRIAL SETTINGS IN FEDERAL COURT

XI. FILINGS IN THE MDL

XII. NOTICES OF APPEARANCE AND DEFAULT JUDGMENTS

2

    XIII.    INSURANCE ISSUES

    XIV.    SERVICE OF PLEADINGS ELECONTRONICALLY

    XV.    MASTER COMPLAINT

    XVI.    CLASS ACTION COMPLAINT (INDETERMINATE DEFENDANT)

    XVII.    OMNIBUS CLASS ACTION COMPLAINT

**NEW ITEMS**

    XVIII.  SPECIAL MASTER

    XIX.    KNAUF GIPS KG PERSONAL JURISDICTION MATTER

    XX.    NEXT STATUS CONFERENCE