IN THE UNTIED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *MDL No. 09-2047<br>*<br>*JUDGE: FALLON<br>*<br>*MAGISTRATE: WILKINSON |

*************************************************************************

THIS DOCUMENT RELATES TO ALL CASES CONCERNING DEFENDANT MAYEAUX CONSTRUCTION, INC.

MEMORANDUM IN **OPPOSITION** TO MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO THE RECOVERY AVAILABLE AGAINST GOOD FAITH SELLERS
UNDER LOUISISNA LAW
[Filed by Interior/Exterior Building Supply, L.P.]

MAY IT PLEASE THE COURT:

NOW COMES, through undersigned counsel, Defendant and Louisiana Builder, Mayeaux Construction, Inc., (Mayeaux herein) to file this **opposition** to Interior/Exterior's Motion for Partial Summary Judgment as to the Recovery Available Against Good Faith Sellers Under Louisiana Law, (rec. doc. 448). Interior/Exterior has previously filed an essentially identical motion, (rec. doc. 292), and Mayeaux has previously filed opposition thereto. Therefore, Mayeaux, in opposition to Interior/Exterior's latest Motion for Partial Summary Judgment, (rec. doc. 448) incorporates by reference its original memorandum in opposition, (rec. doc. 360), (attached as Exhibit A) and its reply to Interior/Exterior's reply memorandum[1], (rec. doc. 426 1-4), (attached as Exhibit B).

---

[1] By Court Order signed November 17, 2009 (rec. doc. 456), Mayeaux's above referenced reply to Interior/Exterior's reply memorandum was accepted for filing into the record.

1

Mayeaux also makes the following revision to its reply memorandum filed on November 9, 2009, (rec. doc. 426-3): on page 3 of the reply Mayeaux states that the 30(b)(6) deposition of Interior/Exterior is set for November 17, 2009, on November 11, 2009 this deposition was re-noticed, (rec. doc. 438) to take place on December 4, 2009.

### Conclusion

For all reasons previously stated by Mayeaux in **opposition** to Interior/Exterior's Motion for Partial Summary Judgment and incorporated herein by reference, Interior/Exterior's motion, (rec. doc. 448) should be denied.

This 17th day of November, 2009.

    RESPECTFULLY SUBMITTED:
    SHARON B. KYLE, A.P.L.C.


    SHARON B. KYLE (La Bar Roll # 25437)
    NANCY A. RICHEAUX (La Bar Roll # 29397)
    STEVEN K. SCHILLING (La Bar Roll # 27635)
    4960 Bluebonnet Blvd., Ste. A
    Baton Rouge, Louisiana 70809
    Telephone: 225/293-8400
    Facsimile: 225/291-9501

    Attorneys for Mayeaux Construction, Inc.

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Opposition has been served on Plaintiffs' Liaision Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 17th day of November, 2009.

    _____
    STEVEN K. SCHILLING