UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | * * * | JUDGE FALLON |
| THOMAS WEST, SR. AND GLORIA WEST | * * | MAG. WILKINSON |
| Versus | * * | |
| STATE FARM FIRE & CASUALTY COMPANY | * * | 09-6356 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT STATE FARM FIRE & CASUALTY COMPANY'S
MOTION AND INCORPORATED MEMORANDUM TO LIFT STAY**

State Farm Fire & Casualty Company, through undersigned counsel, respectfully represents:

1. Plaintiffs Thomas and Gloria West filed a Petition for Damages ("Petition") against Defendant State Farm Fire & Casualty Company ("State Farm") on July 28, 2009, in the Civil District Court, for the Parish of Jefferson, State of Louisiana, asserting that their State Farm-issued homeowners insurance policy provides coverage for alleged property damage and bodily injury suffered by them as the result of the existence of Chinese-manufactured drywall in their home.

2. On September 16, 2009, State Farm removed the Petition to this Court pursuant to 28 U.S.C. §§ 1332 and 1441, based on its diversity jurisdiction. Pursuant to this Court's Pretrial

Order No. 1, the case has been automatically consolidated with the above-captioned multidistrict litigation. (*See* Dkt. 2, ¶ 3.)

3. In Pretrial Order No. 1, this Court imposed a stay of motion practice until further order. (*See id.*, ¶ 8.)

4. State Farm, through undersigned counsel, advised the Court at its September 24, 2009 status conference of the desire to resolve Plaintiffs' claims through the filing of a dispositive motion.

5. Unlike most of the cases pending in the multidistrict litigation, which include allegations against the manufacturers and suppliers of allegedly defective drywall, as well as homebuilders and subcontractors who allegedly used the drywall, the Petition in this action asserts a simple first-party homeowners insurance coverage claim that presents straightforward questions of law and interpretation of the policy at issue.

6. In contrast to the fact-intensive claims asserted in most of the cases pending in the multidistrict litigation, the Court can resolve the coverage issues presented by the Petition expeditiously and without the need for discovery, as set forth in the attached Rule 12(b)(6) Motion to Dismiss Petition for Damages and the accompanying brief in support thereof.

7. State Farm seeks approval by this Court, which requires a lifting of the stay, to file the attached Motion to Dismiss Petition for Damages.

8. State Farm has conferred with Plaintiffs' counsel and is authorized to represent that Plaintiffs do not oppose the lifting of the stay for the purpose of State Farm's filing a dispositive motion.

WHEREFORE, Defendant State Farm Fire & Casualty Company moves for entry of an Order lifting the stay currently in effect to enable State Farm to file the attached Rule 12(b)(6) Motion to Dismiss Petition for Damages and the attached Memorandum of Law in Support of Rule 12(b)(6) Motion to Dismiss Petition for Damages.

Respectfully submitted this 17th day of November, 2009.


/s/ Adrianne L. Baumgartner

_____
**ADRIANNE L. BAUMGARTNER, T.A. (#2861)**
**DARRIN M. O'CONNOR (#24582)**
**EMILY S. MORRISON  (#18351**)
PORTEOUS, HAINKEL & JOHNSON
408 North Columbia Street
Covington, LA 70434
(985) 893-4790
Abaumgartner@phjlaw.com
doconnor@phjlaw.com
emorrison@phjlaw.com

**JAMES R. NIESET, JR. (#24856)**
PORTEOUS, HAINKEL & JOHNSON, LLP
704 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3838
Jnieset@phjlaw.com

**Attorneys for State Farm Fire & Casualty Company**

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Defendant State Farm Fire & Casualty Company's Motion and Incorporated Memorandum to Lift Stay has been served upon John Houghtaling, counsel for Plaintiffs Thomas and Gloria West by first class mail postage pre-paid and by email pending Plaintiff's counsel's registration with Lexis Nexis File and Serve; service has been made upon Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on the 17th day of November, 2009.

                                                /s/ Adrianne L. Baumgartner

                                            _____
                                            **ADRIANNE L. BAUMGARTNER**