UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | * * * | JUDGE FALLON |
| THOMAS WEST, SR. AND GLORIA WEST | * * | MAG. WILKINSON |
| Versus | * * | |
| STATE FARM FIRE & CASUALTY COMPANY | * | 09-6356 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Defendant State Farm Fire & Casualty Company's Motion and Incorporated Memorandum to Lift Stay,

IT IS ORDERED that the stay imposed by Pretrial Order No. 1 be and hereby is lifted to permit the filing of State Farm Fire & Casualty Company's Rule 12(b)(6) Motion to Dismiss Petition for Damages and Memorandum of Law in Support thereof.

New Orleans, Louisiana, this __ day of _____, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE