UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | * * * | JUDGE FALLON |
| THOMAS WEST, SR. AND GLORIA WEST | * * | MAG. WILKINSON |
| Versus | * * | |
| STATE FARM FIRE & CASUALTY COMPANY | * | 09-6356 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering State Farm's Notice of Hearing and Request for Oral Argument:

IT IS ORDERED that State Farm Fire & Casualty Company's Rule 12(b)(6) Motion to Dismiss Plaintiffs' Petition for Damages will be heard by the court with oral argument on the _____ day of _____, 20\_\_\_\_\_ at \_\_\_\_ :\_\_\_\_. M.

New Orleans, Louisiana, this \_\_ day of _____, 2009.

                                                  HON. ELDON E. FALLON
                                                  UNITED STATES DISTRICT JUDGE