UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED          *          MDL NO. 2047
    DRYWALL PRODUCTS                 *
    LIABILITY LITIGATION             *          SECTION: L
                                     *
                                     *          JUDGE FALLON
This document relates to all cases   *
                                     *          MAG. JUDGE WILKINSON

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing;

IT IS HEREBY ORDERED that Interior/Exterior's Reply Memorandum to Mayeux

Construction's and Plaintiffs' Steering Committee's Opposition to Its Motion for Partial

Summary Judgment, be and is accepted for filing into the Court's record.

New Orleans, Louisiana, this 17th day of November 2009

_____
UNITED STATES DISTRICT COURT

1