UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:09-cv-6687 (E.D.La.) | |

## ORDER

AND NOW, on this _____ Day of _____, 2009, upon consideration of the Plaintiffs' Motion for Default Judgement against Taishan Gypsum Co., Ltd., it is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED.  Plaintiffs and the class they seek to represent are entitled to an entry of default and default judgment on liability, with damages to be determined on further submission according to proof.

By the Court,

_____
                                                                                                J.