# EXHIBIT B

CLOSED, JURY

# U.S. District Court
## Eastern District of Virginia - (Norfolk)
## CIVIL DOCKET FOR CASE #: 2:09-cv-00202-MSD-TEM

Germano et al v. Taishan Gypsum Co. Ltd. et al
Assigned to: District Judge Mark S. Davis
Referred to: Magistrate Judge Tommy E. Miller
Cause: 28:1332 Diversity-Product Liability

Date Filed: 05/01/2009
Date Terminated: 10/13/2009
Jury Demand: Both
Nature of Suit: 385 Prop. Damage Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Michelle Germano**
*individually, and on behalf of all others similarly situated*

represented by **Frederick Steven Longer**
Levin Fishbein Sedran & Berman
510 Walnut St
Suite 500
Philadelphia , PA 19106
**NA**
(215) 592-1500
Fax: (215) 592-4663
Email: flonger@lfsblaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard James Serpe**
Law Offices of Richard J. Serpe, P. C.
580 E Main St
Suite 310
Norfolk , VA 23510
(757) 233-0009
Fax: (757) 233-0455
Email: rserpe@serpefirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dennis Jackson**
*individually, and on behalf of all others similarly situated*

represented by **Frederick Steven Longer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard James Serpe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sharon Jackson**
*individually, and on behalf of all others similarly situated*

represented by **Frederick Steven Longer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard James Serpe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Plaintiff

**Jason Dunaway**
*individually, and on behalf of all others similarly situated*

represented by **Frederick Steven Longer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard James Serpe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Plaintiff

**Lisa Dunaway**
*individually, and on behalf of all others similarly situated*

represented by **Frederick Steven Longer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard James Serpe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Defendant

**Taishan Gypsum Co. Ltd.**
*formerly known as*
Shandong Taihe Dongxin Co. Ltd.

### Defendant

**Venture Supply Inc.**

represented by **Mark Charles Nanavati**
Sinnott, Nuckols & Logan PC
13811 Village Mill Dr
Midlothian , VA 23114
(804) 378-7600
Email: mnanavati@snllaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth Francis Hardt**
Sinnott, Nuckols & Logan PC
13811 Village Mill Dr
Midlothian , VA 23114
804 378-7600

ATTORNEY TO BE NOTICED

**Defendant**
**Harbor Walk Development, LLC**   represented by   **John Franklin , III**
Taylor & Walker PC
555 Main St
PO Box 3490
Norfolk , VA 23514-3490
(757) 625-7300
Email: JFRANKLIN@TAYLORWALKERLAW.COM

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**The Porter-Blaine Corp.**   represented by   **Mark Charles Nanavati**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth Francis Hardt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Tobin Trading, Inc**   represented by   **Theodore Ira Brenner**
Brenner Evans & Millman PC
411 E Franklin St
PO Box 470
Richmond , VA 23218-0470
(804) 644-1300
Email: tbrenner@beylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander Spotswood de Witt**
Brenner Evans & Millman PC
411 E Franklin St
PO Box 470
Richmond , VA 23218-0470
(804) 644-1300
Fax: 804-644-1354
Email: adewitt@beylaw.com
*ATTORNEY TO BE NOTICED*

**Cross Claimant**
**Venture Supply Inc.**   represented by   **Mark Charles Nanavati**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth Francis Hardt**
(See above for address)

**Cross Claimant**

| | | |
|---|---|---|
| **The Porter-Blaine Corp.** | represented by | **Mark Charles Nanavati**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kenneth Francis Hardt**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Cross Defendant**

**Taishan Gypsum Co. Ltd.**

**Cross Defendant**

| | | |
|---|---|---|
| **Tobin Trading, Inc** | represented by | **Theodore Ira Brenner**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Alexander Spotswood de Witt**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/01/2009 | 1 | COMPLAINT against Taishan Gypsum Co. Ltd., Venture Supply Inc., Harbor Walk Development, LLC, The Porter-Blaine Corp. ( Filing fee $ 350 receipt number 24683002878.), filed by Michelle Germano, Dennis Jackson, Sharon Jackson, Jason Dunaway, Lisa Dunaway. (Attachments: # 1 Civil Cover Sheet, # 2 Receipt, # 3 cover letter)(lwoo) (Entered: 05/04/2009) |
| 05/05/2009 | 2 | Three Summonses with one copy each issued as to Venture Supply Inc., Harbor Walk Development, LLC, The Porter-Blaine Corp and provided to counsel. (Attachments: # 1 Magistrate's notice and Judge's instructions)(lwoo) (Entered: 05/05/2009) |
| 05/26/2009 | 3 | AMENDED COMPLAINT against Taishan Gypsum Co. Ltd., Venture Supply Inc., Harbor Walk Development, LLC, The Porter-Blaine Corp., and Tobin Trading Inc., filed by Michelle Germano, Dennis Jackson, Sharon Jackson, Jason Dunaway, Lisa Dunaway (Serpe, Richard) Modified on 6/19/2009 to add all plaintiffs as filers and to add names of defendants (mwin, ). (Entered: 05/26/2009) |
| 05/26/2009 | 4 | AMENDED COMPLAINT against all defendants, filed by Tobin Trading, Inc.(Serpe, Richard) (Entered: 05/26/2009) |
| 05/26/2009 |  | Notice of Correction re 4 Amended Complaint. The clerk's office was notified by counsel that this document is a duplicate of document #3 and was filed in error. Document #4 has been removed by the clerk. (lwoo) (Entered: 05/26/2009) |
| 05/27/2009 | 5 | Four Summonses with one copy each (Amended complaint) issued as to Venture Supply Inc., Harbor Walk Development, LLC, The Porter-Blaine Corp., Tobin Trading, Inc. and provided to counsel. (Attachments: # 1 Magistrate's notice and Judge's instructions)(lwoo) (Entered: 05/27/2009) |
| 05/27/2009 | 6 | ANSWER to 1 Complaint, CROSSCLAIM against by The Porter-Blaine Corp.(Nanavati, |

| | | |
|---|---|---|
| | | Mark) Modified on 5/28/2009 to remove language regarding motion to dismiss - see notice of correction (lwoo). (Entered: 05/27/2009) |
| 05/27/2009 | 7 | ANSWER to 1 Complaint, CROSSCLAIM against by Venture Supply Inc..(Nanavati, Mark) Modified on 5/28/2009 to remove language regarding motion to dismiss - see notice of correction (lwoo). (Entered: 05/27/2009) |
| 05/27/2009 | 8 | Financial Interest Disclosure Statement (Local Rule 7.1) by The Porter-Blaine Corp.. (Nanavati, Mark) (Entered: 05/27/2009) |
| 05/27/2009 | 9 | Financial Interest Disclosure Statement (Local Rule 7.1) by Venture Supply Inc.. (Nanavati, Mark) (Entered: 05/27/2009) |
| 05/28/2009 | | Notice of Correction re 7 Answer to Complaint, Crossclaim, 6 Answer to Complaint, Crossclaim. Both answers contain Motions to dismiss with briefs in support. The motions should be filed as separate documents and not included with the answer. The filing user has been notified to refile each motion with brief in support. (lwoo) (Entered: 05/28/2009) |
| 05/28/2009 | 10 | NOTICE of Appearance by Kenneth Francis Hardt on behalf of Venture Supply Inc. (Hardt, Kenneth) (Entered: 05/28/2009) |
| 05/28/2009 | 11 | NOTICE of Appearance by Kenneth Francis Hardt on behalf of The Porter-Blaine Corp. (Hardt, Kenneth) (Entered: 05/28/2009) |
| 05/29/2009 | | Notice of Correction re 11 Notice of Appearance, 10 Notice of Appearance. The filing user has been notified that the documents are not legible because they were filed in an improper size. The document will need to be refiled only once in the proper size. (lwoo) (Entered: 05/29/2009) |
| 05/29/2009 | 12 | MOTION to Dismiss for Lack of Jurisdiction by Venture Supply Inc., The Porter-Blaine Corp.. (Hardt, Kenneth) (Entered: 05/29/2009) |
| 05/29/2009 | 13 | MOTION to Dismiss by Venture Supply Inc., The Porter-Blaine Corp.. (Hardt, Kenneth) (Entered: 05/29/2009) |
| 05/29/2009 | 14 | NOTICE of Appearance by Kenneth Francis Hardt on behalf of Venture Supply Inc., The Porter-Blaine Corp. (Hardt, Kenneth) (lwoo, ). (Entered: 05/29/2009) |
| 05/29/2009 | | Notice of Correction re 14 Notice of Appearance was filed again in an improper size. The clerk has corrected the error. Please do not refile the document. (lwoo) (Entered: 05/29/2009) |
| 05/29/2009 | 15 | Modified on 5/29/2009 - Docketed in error, No documents attached. (lwoo). (Entered: 05/29/2009) |
| 06/01/2009 | 16 | ANSWER to Complaint *(Amended)*, CROSSCLAIM against by Venture Supply Inc., The Porter-Blaine Corp..(Hardt, Kenneth) (Entered: 06/01/2009) |
| 06/01/2009 | 17 | MOTION to Dismiss for Lack of Jurisdiction *with memorandum in support* by Venture Supply Inc., The Porter-Blaine Corp.. (Hardt, Kenneth) (Entered: 06/01/2009) |
| 06/01/2009 | 18 | MOTION to Dismiss *with memorandum in support* by Venture Supply Inc., The Porter-Blaine Corp.. (Hardt, Kenneth) (Entered: 06/01/2009) |
| 06/01/2009 | 19 | Request for Hearing by Venture Supply Inc., The Porter-Blaine Corp. re 17 MOTION to Dismiss for Lack of Jurisdiction *with memorandum in support*, 18 MOTION to Dismiss *with memorandum in support* (Hardt, Kenneth) (Entered: 06/01/2009) |
| 06/03/2009 | 20 | THREE SUMMONS Returned Executed as to Venture Supply Inc. served on 5/14/2009; Harbor Walk Development, LLC served on 5/26/2009; The Porter-Blaine Corp. served on 5/14/2009. (lwoo) Modified on 6/4/2009 to correct filing date (lwoo). (Entered: 06/04/2009) |

| | | |
|---|---|---|
| 06/03/2009 | 21 | SUMMONSES Returned Executed as to Venture Supply Inc. served on 5/29/2009; The Porter-Blaine Corp. served on 5/29/2009. (Amended Complaint) (lwoo) (Entered: 06/04/2009) |
| 06/11/2009 | 22 | Summons with one copy issued as to Taishan Gypsum Co. Ltd. and provided to counsel. (Attachments: # 1 Magistrate's notice and Judge's instructions)(lwoo) (Entered: 06/11/2009) |
| 06/11/2009 | 23 | AGREED ORDER that Plaintiffs have until 6/25/09 to file their response to Porter-Blain Corporation and Venture Supply Inc.'s Rule 12(b)(1) and 12(b)(6) motions. Signed by District Judge Mark S. Davis and filed on 6/11/09. (lwoo) (Entered: 06/11/2009) |
| 06/12/2009 | 24 | Summonses with 2 certified copies issued as to Taishan Gypsum Co. Ltd. and provided to counsel. (Amended Complaint) (Attachments: # 1 Magistrate's notice and Judge's instructions)(lwoo) (Entered: 06/12/2009) |
| 06/17/2009 | 25 | MOTION to Dismiss for Lack of Jurisdiction by Harbor Walk Development, LLC. (Franklin, John) (Entered: 06/17/2009) |
| 06/17/2009 | 26 | Brief in Support to 25 MOTION to Dismiss for Lack of Jurisdiction filed by Harbor Walk Development, LLC. (Franklin, John) (Entered: 06/17/2009) |
| 06/17/2009 | 27 | MOTION to Dismiss by Harbor Walk Development, LLC. (Franklin, John) (Entered: 06/17/2009) |
| 06/17/2009 | 28 | Brief in Support to 27 MOTION to Dismiss filed by Harbor Walk Development, LLC. (Franklin, John) (Entered: 06/17/2009) |
| 06/17/2009 | 29 | MOTION for More Definite Statement by Harbor Walk Development, LLC. (Franklin, John) (Entered: 06/17/2009) |
| 06/17/2009 | 30 | Financial Interest Disclosure Statement (Local Rule 7.1) by Harbor Walk Development, LLC. (Franklin, John) (Entered: 06/17/2009) |
| 06/17/2009 | 31 | AFFIDAVIT *of Daniel Levin* by Sharon Jackson. (Serpe, Richard) (Entered: 06/17/2009) |
| 06/18/2009 | | Notice of Correction re 31 Affidavit. The filing user has been notified to file a separate Certificate of Service. (lwoo) (Entered: 06/18/2009) |
| 06/18/2009 | 32 | CERTIFICATE of Service *of Daniel Levin Affidavit,* re 31 Affidavit by Richard James Serpe on behalf of all plaintiffs (Serpe, Richard) (Entered: 06/18/2009) |
| 06/19/2009 | 33 | MOTION Reissue Summons to Taishan *Gypsum Co. LTD* by Michelle Germanom, Dennis Jackson, Sharon Jackson, Jason Dunaway, Lisa Dunaway. (Serpe, Richard) Modified on 6/19/2009 to add all filing parties (mwin, ). (Entered: 06/19/2009) |
| 06/19/2009 | 34 | Memorandum in Support re 33 MOTION Reissue Summons to Taishan *Gypsum Co. LTD* filed by Michelle Germano, Dennis Jackson, Sharon Jackson, Jason Dunaway, Lisa Dunaway. (Serpe, Richard) Modified on 6/19/2009 to add all filers (mwin, ). (Entered: 06/19/2009) |
| 06/19/2009 | | Notice of Correction re 3 Amended Complaint, 33 MOTION Reissue Summons to Taishan *Gypsum Co. LTD,* 34 Memorandum in Support: The clerk will correct the docket entries to add all plaintiffs as filers. Counsel has been requested to select all filers in future filings. (mwin, ) (Entered: 06/19/2009) |
| 06/24/2009 | 35 | NOTICE by Venture Supply Inc., The Porter-Blaine Corp. *Letter to MDL Clerk* (Hardt, Kenneth) (Entered: 06/24/2009) |
| 06/24/2009 | 36 | NOTICE by Venture Supply Inc., The Porter-Blaine Corp. re 35 NOTICE *Notice of Objection to MDL conditional transfer* (Hardt, Kenneth) (Entered: 06/24/2009) |
| 06/24/2009 | 37 | NOTICE by Venture Supply Inc., The Porter-Blaine Corp. re 35 NOTICE *Corporate disclosure filed with MDL Panel* (Hardt, Kenneth) (Entered: 06/24/2009) |

| | | |
|---|---|---|
| 06/24/2009 | | Remark: Motion Terminated. 33 Motion to Reissue Summons to Taishan Gypsum Co. LTD (mwin, ) (Entered: 06/24/2009) |
| 06/25/2009 | | Notice of Correction re 37 NOTICE 36 NOTICE, are illegible documents (too small). The filing user has been notified to refile the documents. (lwoo) (Entered: 06/25/2009) |
| 06/25/2009 | 38 | NOTICE by Venture Supply Inc., The Porter-Blaine Corp. re Notice of Correction *Notice of objection to conditional MDL transfer order* (Hardt, Kenneth) (Entered: 06/25/2009) |
| 06/25/2009 | 39 | NOTICE by Venture Supply Inc., The Porter-Blaine Corp. re Notice of Correction *Corporate disclosure statement filed in MDL* (Hardt, Kenneth) (Entered: 06/25/2009) |
| 06/25/2009 | 40 | Opposition to 17 and 18 , Porter-Blaine Corp. and Venture Supply Inc.'s Rule 12(b)(1) and 12(b)(6) Motions filed by Michelle Germano. (Serpe, Richard) Modified on 6/26/2009 to link to motions 17/18 (lwoo). (Entered: 06/25/2009) |
| 06/26/2009 | | Notice of Correction re 40 Opposition. The filing user has been notified in future filings to create a link to the motions. The link has been created by the Clerk's office. No further action is required. (lwoo) (Entered: 06/26/2009) |
| 06/29/2009 | 41 | Rebuttal Brief re 17 MOTION to Dismiss for Lack of Jurisdiction *with memorandum in support*, 18 MOTION to Dismiss *with memorandum in support* filed by Venture Supply Inc., The Porter-Blaine Corp.. (Attachments: # 1 Exhibit A - Contract Documents)(Hardt, Kenneth) (Entered: 06/29/2009) |
| 07/01/2009 | 42 | Opposition to 25 MOTION to Dismiss for Lack of Jurisdiction, 26 Brief in Support filed by Michelle Germano. (Serpe, Richard) (Entered: 07/01/2009) |
| 07/01/2009 | 43 | Opposition to 28 Brief in Support, 27 MOTION to Dismiss filed by Michelle Germano. (Serpe, Richard) (Entered: 07/01/2009) |
| 07/01/2009 | 44 | RESPONSE in Opposition re 29 MOTION for More Definite Statement filed by Michelle Germano. (Serpe, Richard) (Entered: 07/01/2009) |
| 07/01/2009 | 45 | Copy of Letter *Filing Harbor Walk's Notice of Objection to Conditional Transfer Order*. (Franklin, John) Modified on 7/2/2009 to show as copy of letter (kgri) (Entered: 07/01/2009) |
| 07/01/2009 | 46 | NOTICE by Harbor Walk Development, LLC *of Objection to Conditional Transfer Order* (Franklin, John) (Entered: 07/01/2009) |
| 07/02/2009 | | Notice of Correction re 38 NOTICE, 39 NOTICE, 45 Letter, 46 NOTICE: The filing users have been notified to refile these documents with proper case caption and number and which include certificates of service with all required 9-element signature blocks. (kgri) (Entered: 07/02/2009) |
| 07/06/2009 | 47 | NOTICE by Venture Supply Inc., The Porter-Blaine Corp. re Notice of Correction, (Attachments: # 1 Notice of MDL Objection, # 2 Letter to MDL Clerk re: Notice of Objection)(Hardt, Kenneth) (Entered: 07/06/2009) |
| 07/06/2009 | 48 | NOTICE by Venture Supply Inc., The Porter-Blaine Corp. (Attachments: # 1 Letter to MDL clerk, # 2 Motion to Vacate Conditional Transfer Order (MDL), # 3 Reasons for Oral Argument (MDL))(Hardt, Kenneth) (Entered: 07/06/2009) |
| 07/06/2009 | 49 | RESPONSE in Support re 29 MOTION for More Definite Statement, 25 MOTION to Dismiss for Lack of Jurisdiction, 27 MOTION to Dismiss filed by Harbor Walk Development, LLC. (Attachments: # 1 Exhibit 1)(Franklin, John) (Entered: 07/06/2009) |
| 07/07/2009 | 50 | NOTICE by Venture Supply Inc., The Porter-Blaine Corp. (Attachments: # 1 Letter to MDL Clerk)(Hardt, Kenneth) (Entered: 07/07/2009) |
| 07/13/2009 | 51 | SUMMONS Returned Executed as to Harbor Walk Development, LLC served on 6/9/2009 |

| | | |
|---|---|---|
| 07/14/2009 | 52 | Response to 25 MOTION to Dismiss for Lack of Jurisdiction, 26 Brief in Support *(Plaintiff Supplemental Authority)* filed by Michelle Germano. (Attachments: # 1 Exhibit "A" exhibits from APS International, LTD)(Serpe, Richard) (Entered: 07/14/2009) |
| 07/16/2009 | 53 | NOTICE by Harbor Walk Development, LLC *of MDL Filings* (Attachments: # 1 Letter to MDL, # 2 Motion to Vacate, # 3 Brief in Support of Motion, # 4 Oral Argument Request)(Wiemken, Christopher) (Entered: 07/16/2009) |
| 07/22/2009 | 54 | MOTION to Dismiss, by Tobin Trading, Inc. (Brenner, Theodore) Modified on 8/7/2009 to remove language regarding additional Motion for More Definite Statement (See Notice of Correction) (lwoo). (Entered: 07/22/2009) |
| 07/22/2009 | 55 | Memorandum in Support re 54 MOTION to Dismiss 61 MOTION for More Definite Statement filed by Tobin Trading, Inc. (Brenner, Theodore) Modified on 7/24/2009 to link to #61 (lwoo). (Entered: 07/22/2009) |
| 07/22/2009 | 56 | NOTICE of Appearance by Alexander Spotswood de Witt on behalf of Tobin Trading, Inc (de Witt, Alexander) (Entered: 07/22/2009) |
| 07/22/2009 | 57 | ANSWER to Complaint with Jury Demand by Tobin Trading, Inc.(Brenner, Theodore) (Entered: 07/22/2009) |
| 07/22/2009 | 58 | ANSWER to Crossclaim by Tobin Trading, Inc.(Brenner, Theodore) (Entered: 07/22/2009) |
| 07/22/2009 | 59 | NOTICE by Tobin Trading, Inc *of MDL Filings* (Attachments: # 1 Exhibit 1 Letter to MDL, # 2 Exhibit 2 Motion & Brief, # 3 Exhibit 3 Reasons)(Brenner, Theodore) (Entered: 07/22/2009) |
| 07/22/2009 | 60 | CERTIFICATE of Service re 58 Answer to Crossclaim, 59 NOTICE, 57 Answer to Complaint, 55 Memorandum in Support, 54 MOTION to Dismiss MOTION for More Definite Statement by Theodore Ira Brenner on behalf of Tobin Trading, Inc (Brenner, Theodore) (Entered: 07/22/2009) |
| 07/23/2009 | | Notice of Correction re 54 MOTION to Dismiss MOTION for More Definite Statement contains more than one pleading or motion for relief. The filing user has been notified to file the document separately for each motion relief. (lwoo) (Entered: 07/23/2009) |
| 07/23/2009 | | Notice of Correction re 56 Notice of Appearance does not contain a certificate of service. The filing user has been notified to file a separate Certificate of Service. (lwoo) (Entered: 07/23/2009) |
| 07/23/2009 | 61 | MOTION for More Definite Statement by Tobin Trading, Inc. (Brenner, Theodore) (Entered: 07/23/2009) |
| 07/23/2009 | 62 | CERTIFICATE of Service re 56 Notice of Appearance by Alexander Spotswood de Witt on behalf of Tobin Trading, Inc (de Witt, Alexander) (Entered: 07/23/2009) |
| 08/04/2009 | 63 | NOTICE by Venture Supply Inc., The Porter-Blaine Corp. (Attachments: # 1 Joint Reply Memorandum in Support of Motion to Vacate Transfer (MDL), # 2 Exhibits 1-5 to Reply Memorandum)(Hardt, Kenneth) (Entered: 08/04/2009) |
| 08/05/2009 | 64 | NOTICE by Tobin Trading, Inc *of MDL Filing* (Attachments: # 1 Exhibit Letter to MDL Panel, # 2 Exhibit Reply to Pls' Response to Mtn. to Vacate CTO)(Brenner, Theodore) (Entered: 08/05/2009) |
| 08/06/2009 | 65 | Opposition to 55 Memorandum in Support, 54 MOTION to Dismiss 61 MOTION for More Definite Statement *of Tobin Trading* filed by Michelle Germano. (Attachments: # 1 Exhibit A to Plts Joint Res in Opposition to Tobin Motion to Dismiss)(Serpe, Richard) Modified on 8/7/2009 to include link to #61 (lwoo). (Entered: 08/06/2009) |

| 08/07/2009 | | Notice of Correction re 65 Opposition: The motion was originally filed as two motions (See previous Notice of Correction). The second motion became document #61. The clerk has linked the Opposition to both motions. No further action is necessary. (lwoo) (Entered: 08/07/2009) |
|---|---|---|
| 08/07/2009 | 66 | NOTICE by Harbor Walk Development, LLC *of MDL Filings* (Attachments: # 1 Letter filing Joint Reply, # 2 Joint Reply Memorandum)(Wiemken, Christopher) (Entered: 08/07/2009) |
| 08/11/2009 | 67 | Rebuttal Brief re 61 MOTION for More Definite Statement, 54 MOTION to Dismiss MOTION for More Definite Statement *(Reply to Dkt. No. 65 - Plaintiffs' Joint Response in Opposition to Tobin Trading Inc.'s Motion for More Definite Statement and Motion to Dismiss)* filed by Tobin Trading, Inc. (de Witt, Alexander) (Entered: 08/11/2009) |
| 08/25/2009 | 68 | NOTICE by Venture Supply Inc., The Porter-Blaine Corp. *of MDL Filing* (Attachments: # 1 Defendants' Joint Supplemental Submission of New Evidence in Support of Motion to Vacate (MDL), # 2 Letter to MDL Clerk, # 3 Exhibt to Submission (Complaint 1), # 4 Exhibit to Submission (Complaint 2), # 5 Exhibit to Submission (Complaint 3), # 6 Exhibit to Submission (Complaint 4), # 7 Exhibit to Submission (Norfolk Ct Information))(Hardt, Kenneth) (Entered: 08/25/2009) |
| 08/25/2009 | | Notice of Correction re 68 NOTICE: Certain exhibits are not viewable. Counsel needs to refile the document and all attachments, ensuring that all attachments are full-sized and readable. (mwin, ) (Entered: 08/25/2009) |
| 08/26/2009 | 69 | NOTICE by Venture Supply Inc., The Porter-Blaine Corp. re Notice of Correction *MDL filing* (Attachments: # 1 Supplemental Submission of New Evidence (MDL), # 2 Letter to MDL Clerk (Supplemental Submission), # 3 Exhibit (Complaint 1), # 4 Exhibit (Complaint 2), # 5 Exhibit (Complaint 3), # 6 Exhibit (Complaint 4), # 7 Exhibit (Norfolk Docket Information)) (Hardt, Kenneth) (Entered: 08/26/2009) |
| 09/04/2009 | 70 | MOTION to Disqualify Counsel by Venture Supply Inc., The Porter-Blaine Corp.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit D, # 4 Exhibit E, # 5 Exhibit F, # 6 Exhibit G, # 7 Exhibit C1, # 8 Exhibit C2, # 9 Exhibit C3, # 10 Exhibit C4, # 11 Exhibit C5, # 12 Exhibit C6)(Hardt, Kenneth) (Entered: 09/04/2009) |
| 09/08/2009 | 71 | NOTICE by Venture Supply Inc., The Porter-Blaine Corp. *of MDL filing of Second Supplemental Submission of New Evidence* (Attachments: # 1 Second Supplemental Submission of Evidence (MDL), # 2 Exhibit A to Second Submission, # 3 Exhibit B to Second Submission, # 4 Letter to MDL Clerk (Second Submission))(Hardt, Kenneth) (Entered: 09/08/2009) |
| 09/09/2009 | 72 | Request for Hearing by Venture Supply Inc., The Porter-Blaine Corp. re 70 MOTION to Disqualify Counsel (Hardt, Kenneth) (Entered: 09/09/2009) |
| 09/21/2009 | | MOTION REFERRED to Magistrate Judge: 70 MOTION to Disqualify Counsel (lwoo) (Entered: 09/21/2009) |
| 09/21/2009 | 73 | RESPONSE in Opposition re 70 MOTION to Disqualify Counsel filed by Michelle Germano. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E) (Serpe, Richard) (Entered: 09/21/2009) |
| 09/22/2009 | 74 | Notice of Hearing Date set for 10-09-2009 re 70 MOTION to Disqualify Counsel (Nanavati, Mark) (Entered: 09/22/2009) |
| 09/22/2009 | | Set Deadlines as to 70 MOTION to Disqualify Counsel. Motion Hearing set for 10/9/2009 02:00 PM in Norfolk Mag Courtroom 2 before Magistrate Judge Tommy E. Miller. (lwoo) (Entered: 09/22/2009) |
| 09/22/2009 | 75 | MOTION for Extension of Time to File Response/Reply as to Motions Referred, 73 Response in Opposition to Motion *To Disqualify* by Michelle Germano. (Serpe, Richard) (Entered: |

| | | |
|---|---|---|
| 09/22/2009 | 76 | Memorandum in Support re 75 MOTION for Extension of Time to File Response/Reply as to Motions Referred, 73 Response in Opposition to Motion *To Disqualify* filed by Michelle Germano. (Serpe, Richard) (Entered: 09/22/2009) |
| 09/23/2009 | 77 | SUMMONS Returned Executed as to Taishan Gypsum Co. Ltd. served on 8/3/2009. (Amended complaint) (lwoo) (Entered: 09/23/2009) |
| 09/24/2009 | 78 | Rebuttal Brief re 70 MOTION to Disqualify Counsel filed by Venture Supply Inc., The Porter-Blaine Corp.. (Attachments: # 1 Exhibit G to Rebuttal, # 2 Exhibit H To Rebuttal, # 3 Exhibit I to Rebuttal)(Nanavati, Mark) (Entered: 09/24/2009) |
| 09/25/2009 | 79 | MOTION for Frederick Steven Longer to appear Pro hac vice by Michelle Germano, Dennis Jackson, Sharon Jackson, Jason Dunaway, Lisa Dunaway. (Attachments: # 1 Receipt)(lwoo) (Entered: 09/25/2009) |
| 09/25/2009 | 80 | AGREED ORDER granting 75 Motion for Extension of Time to File Response/Reply. Plaintiffs are permitted to late file their Response in Opposition to the Motion to Disqualify. Signed by Magistrate Judge Tommy E. Miller and filed on 9/25/09. (lwoo) (Entered: 09/25/2009) |
| 09/30/2009 | 81 | ORDER granting 79 Motion for Pro hac vice Appointed Frederick Steven Longer for Michelle Germano, Dennis Jackson, Sharon Jackson, Jason Dunaway and Lisa Dunaway. Signed by District Judge Mark S. Davis and filed on 9/30/09. (lwoo) (Entered: 09/30/2009) |
| 10/06/2009 | 82 | Advanced Copy of Transfer Order that pursuant to 28 U.S.C. 1407 these actions are transferred to the Eastern District of Louisiana and assigned to the Honorable Eldon E. Fallon for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket. (lwoo) (Entered: 10/06/2009) |
| 10/13/2009 | 83 | MDL TRANSFER ORDER directing that this case be transferred to the Eastern District of Louisiana and assigned to the Honorable Eldon E. Fallon for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket; for the panel John G. Heyburn, II, Chairman. (lwoo) (Entered: 10/15/2009) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/04/2009 10:59:10 | | | |
| PACER Login: | lf0044 | Client Code: | chinese drywall |
| Description: | Docket Report | Search Criteria: | 2:09-cv-00202-MSD-TEM |
| Billable Pages: | 9 | Cost: | 0.72 |