David Gross, Cheryl Gross, and Louis Velez, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 100345-0005

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Independent Builders Supply Association, Inc., c/o Ray Price

Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Mr. Daniel C. Levin
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **North Carolina** ) ss.
County of: **Johnston** )

**Name of Server:** **Jennifer McKenzie**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **13** day of **November**, 20 **09**, at **9:40** o'clock **A** M

**Place of Service:** at **1801 Wal Pat Rd** ~~101 East Johnson St.~~, in **Smithfield, NC 27477**

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Class Action Complaint w/Jury Demand**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Independent Builders Supply Association, Inc., c/o Ray Price**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Ray Prices-President**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **White**; Facial Hair **No**
Approx. Age **60**; Approx. Height **6'2"**; Approx. Weight **200**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **15** day of **November**, 20 **09**

Notary Public    (Commission Expires)

**APS International, Ltd.**