UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br><br>SECTION:  L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  .. | : | |

**THIS DOCUMENT RELATES TO ALL CASES**

**ORDER**

Considering the Motion for Expedited Hearing on Defendants' Steering Committee's Motion to Dismiss for Plaintiffs' Failure to Comply With Court-Ordered Discovery (Rec. Doc. No. 443);

IT IS HEREBY ORDERED that the hearing on Defendants' Steering Committee's Motion to Dismiss for Plaintiffs' Failure to Comply With Court-Ordered Discovery will be held on a date to be set at the monthly status conference on November 19, 2009.  IT IS FURTHER ORDERED that responses to the Motion be filed on or before November 25, 2009.

New Orleans, Louisiana, this  17th  day of November, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE