David Gross, Cheryl Gross, and Louis Velez, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  100345-0012

## AFFIDAVIT OF SERVICE -- Corporate

LEVIN, FISHBEIN, ET AL
Mr. Daniel C. Levin
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Service of Process on:
—Banner Supply Co., c/o GY Corporate Services
Court Case No. 09-6690

---

State of: __Florida__ ) ss.
County of: __DADE__ )

**Name of Server:** __Carlos Aguirre__, undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __12Th__ day of __November__, 20 __09__, at __2:25__ o'clock __P__ M

**Place of Service:** at __Two South Biscayne Blvd., Suite 3400__, in __Miami, FL  33131__

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Class Action Complaint w/Jury Demand**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Banner Supply Co., c/o GY Corporate Services**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and
title is: __Arthur Furia As: Director__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__ ; Skin Color __White__ ; Hair Color __BROWN__ ; Facial Hair __No__
Approx. Age __55__ ; Approx. Height __6'0__ ; Approx. Weight __195__

☐ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury
that the foregoing is true and correct.

Subscribed and sworn to before me this
__13__ day of __november__20 __09__

Signature of Server                          Notary Public                    (Commission Expires)

**APS International, Ltd.**

ISABELLE C. FERNANDEZ-MIRANDA
Notary Public – State of Florida
My Commission Expires Feb 27, 2010
Commission # DD 522663
Bonded By National Notary Assn.