UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
   PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE WILKINSON

**This Document Relates to All Cases**

# ORDER

The Court has considered Defendant Mayeaux Construction, Inc.'s Request for Oral Argument in connection with Interior/Exterior's Motion for Partial Summary Judgment as to the Recovery Available Against Good Faith Sellers Under Louisiana Law (Rec. Doc. No. 426). Accordingly, IT IS ORDERED that Defendant's Request for Oral Argument is GRANTED.

New Orleans, Louisiana, this 17th day of November, 2009.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE