David Gross, Cheryl Gross, and Louis Velez, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 100345-0006

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--TMO Global Logistics, LLC, c/o James M. Bowling, IF

Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Mr. Daniel C. Levin
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Virginia** ) ss.
County of: **Albemarle** )

Name of Server: **Raymond C. DeVore III**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **13th** day of **November**, 20 **09**, at **10:11** o'clock **A** M

Place of Service: at **416 Park St.**, in **Charlottesville, VA 22902**

Documents Served: the undersigned served the documents described as:
Summons and Amended Class Action Complaint w/Jury Demand

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
TMO Global Logistics, LLC, c/o James M. Bowling, IF

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **James M. Bowling, IF  Personally**

Description of Person Receiving Documents: The person receiving documents is described as follows: Balding
Sex **M**; Skin Color **White**; Hair Color **Gray**; Facial Hair **none**
Approx. Age **50**; Approx. Height **5'11"**; Approx. Weight **180**

**X** To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Raymond C. DeVore III
Signature of Server

Subscribed and sworn to before me this **16th** day of **November**, 20 **09**

Susan L. Hull  3/31/10
Notary Public   (Commission Expires)

APS International, Ltd.

SUSAN L. HULL
Notary Public
Commonwealth of Virginia
7018098
My Commission Expires Mar 31, 2010