IN THE UNTIED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *MDL No.  09-2047 <br> * <br> *JUDGE: FALLON <br> * <br> *MAGISTRATE: WILKINSON |

**********************************************************************

THIS DOCUMENT RELATES TO ALL CASES CONCERNING DEFENDANT MAYEAUX CONSTRUCTION, INC.

REQUEST FOR ORAL ARGUMENT

MAY IT PLEASE THE COURT:

NOW COMES, through undersigned counsel, Defendant Mayeaux Construction, Inc., to hereby request ORAL ARGUMENT in connection with Interior/Exterior's Motion for Partial Summary Judgment as to the Recovery Available Against Good Faith Sellers Under Louisiana Law and the OPPOSITION thereto filed by Mayeaux Construction, Inc.

This 9th day of November, 2009

                                        RESPECTFULLY SUBMITTED:
                                        SHARON B. KYLE, A.P.L.C.

*Steven Schilling* (Digitally signed by Steven Schilling. DN: cn=Steven Schilling, o=Sharon B. Kyle, A.P.L.C., ou, email=ss@kylelaw.net, c=US. Date: 2009.11.09 16:49:33 -06'00')

SHARON B. KYLE (La Bar Roll # 25437)
NANCY A. RICHEAUX (La Bar Roll # 29397)
STEVEN K. SCHILLING (La Bar Roll # 27635)
4960 Bluebonnet Blvd., Ste. A
Baton Rouge, Louisiana 70809
Telephone: 225/293-8400
Facsimile: 225/291-9501

Attorneys for Mayeaux Construction, Inc.

1

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Opposition has been served on Plaintiffs' Liaision Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of November, 2009.

Steven Schilling
Digitally signed by Steven Schilling
DN: cn=Steven Schilling, o=Sharon B. Kyle, A.P.L.C., ou, email=ss@kylelaw.net, c=US
Date: 2009.11.09 16:49:54 -06'00'

_____
STEVEN K. SCHILLING