David Gross, Cheryl Gross, and Louis Velez, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 100345-0017

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Smokey Mountain Materials, Inc., c/o William B. Batting
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Mr. Daniel C. Levin
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Escambia__ )

**Name of Server:** __Mall Shrout__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __13__ day of __November__, 20 __09__, at __5:15__ o'clock __P__.M

**Place of Service:** at __8040 Old Palafox Street__, in __Pensacola, FL 32534__

**Documents Served:** the undersigned served the documents described as:
Summons and Amended Class Action Complaint w/Jury Demand

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Smokey Mountain Materials, Inc., c/o William B. Batting

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __William B. Batting, Registered Agent__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __Wht__ ; Hair Color __Brn__ ; Facial Hair __No__
Approx. Age __45-50__ ; Approx. Height __6'0"__ ; Approx. Weight __215__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Signature of Server_

Subscribed and sworn to before me this __16__ day of __November__, 20 __09__

_Christina E. Jones_  9/14/2012
Notary Public    (Commission Expires)

APS International, Ltd.

CHRISTINA E. JONES
Comm# DD0822225
Expires 9/14/2012
Florida Notary Assn., Inc