| | |
|---|---|
| David Gross, Cheryl Gross, and Louis Velez, et. al., Plaintiff(s)<br>vs.<br>Knauf Gips, KG, et. al., Defendant(s) | Service of Process by<br>**APS International, Ltd.**<br>1-800-328-7171<br><br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439-3122 |



APS File #: 100345-0009

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Rightway Drywall, Inc., c/o Michael Jenkins
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Mr. Daniel C. Levin
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **GA** ) ss.
County of: **BIBB** )

Name of Server: **J. WAYNE DOWNS**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **14th** day of **Nov**, 20 **09**, at **11:25** o'clock **A** M

Place of Service: at **102 Samatha Drive**, in **Bonaire, GA 31005**

Documents Served: the undersigned served the documents described as:
**Summons and Amended Class Action Complaint w/Jury Demand**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Rightway Drywall, Inc., c/o Michael Jenkins

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Michael Jenkins, Pres**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **W**; Hair Color **Gray**; Facial Hair **No**
Approx. Age **55**; Approx. Height **5'11"**; Approx. Weight **185**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **18th** day of **November**, 20 **09**

Notary Public

NOTARY PUBLIC
JOHN H JOHNSON
MY COMM. EXP. 9-17-2013
BIBB COUNTY, GEORGIA

APS International, Ltd.