UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| VAL LOUIS HUFFT AND AUDREY HUTHER HUFFT | * * | MAG. WILKINSON |
| Versus | * * | |
| INTERIOR/EXTERIOR BUILDING SUPPLY, LIMITED PARTNERSHIP, INTERIOR/EXTERIOR ENTERPRISES, L.L.C., MARIGOLD COURT, L.L.C., ANTHONY F. MARINO, ARCH INSURANCE COMPANY, LIBERTY MUTUAL FIRE INSURANCE COMPANY, ABC INSURANCE COMPANY, AND STATE FARM FIRE AND CASUALTY COMPANY | * * * * * * * * * | 09-7016 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT STATE FARM FIRE & CASUALTY COMPANY'S MOTION TO SEVER

Pursuant to Federal Rule of Civil Procedure 21, Defendant State Farm Fire & Casualty Company moves for an order severing Plaintiffs' claims against Interior/Exterior Building Supply, Limited Partnership, Interior/Exterior Enterprises, L.L.C., Marigold Court, L.L.C., and Anthony F. Marino (the "Builder/Supplier Defendants") and Arch Insurance Company, Liberty Mutual Fire Insurance Company, and ABC Insurance Company (the "Builder/Supplier Insurer Defendants") from Plaintiffs' claim against State Farm.

State Farm states as the grounds for this motion that the claims against State Farm and against the Builder/Supplier Defendants and the Builder/Supplier Insurer Defendants are improperly

joined, are based on entirely different legal theories, involve different factual and legal issues, and can be more efficiently adjudicated in separate cases.

In support of its motion, State Farm relies on its Memorandum of Law in Support of Its Motion to Sever, submitted herewith, and the authorities cited therein.

WHEREFORE, Defendant State Farm Fire & Casualty Company seeks an order severing, pursuant to Federal Rule of Civil Procedure 21, the claim against State Farm from the claims against the Builder/Supplier Defendants and the Builder/Supplier Insurer Defendants.

This 18th day of November, 2009.

                                                         _____
                                                        **ADRIANNE L. BAUMGARTNER, T.A. (#2861)**
                                                        **DARRIN M. O'CONNOR (#24582)**
                                                        **EMILY S. MORRISON  (#18351**)
                                                        PORTEOUS, HAINKEL & JOHNSON
                                                        408 North Columbia Street
                                                        Covington, LA 70434
                                                        (985) 893-4790
                                                        abaumgartner@phjlaw.com
                                                        doconnor@phjlaw.com
                                                        emorrison@phjlaw.com

                                                        **Attorneys for State Farm Fire & Casualty Company**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Defendant State Farm Fire & Casualty Company's Motion to Sever has been served upon Paul A. Lea, Jr., counsel for Plaintiffs' Val Louis Hufft and Audrey Huther Hufft by first class mail postage pre-paid and by email pending counsel's registration with Lexis Nexis File and Serve; Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and email <u>and</u> upon all parties including Rick Duplantier, counsel for Interior/Exterior Buildings Supply and Judy Barrasso, counsel for Liberty Mutual Insurance Company by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on the 17th day of November, 2009.

                                                                          **/s/ Adrianne L. Baumgartner**