# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | |
| VAL LOUIS HUFFT AND AUDREY HUTHER HUFFT | * * | MAG. WILKINSON |
| Versus | * * | |
| | * | 09-7016 |
| INTERIOR/EXTERIOR BUILDING SUPPLY, LIMITED PARTNERSHIP, INTERIOR/EXTERIOR ENTERPRISES, L.L.C., MARIGOLD COURT, L.L.C., ANTHONY F. MARINO, ARCH INSURANCE COMPANY, LIBERTY MUTUAL FIRE INSURANCE COMPANY, ABC INSURANCE COMPANY, AND STATE FARM FIRE AND CASUALTY COMPANY | * * * * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF HEARING OF DEFENDANT STATE FARM FIRE & CASUALTY COMPANY'S RULE 12(b)(6) MOTION TO DISMISS AND MOTION TO SEVER

To:  **Plaintiffs:**

VAL LOUIS HUFFT
AUDREY HUTHER HUFFT
Through their counsel :
**Paul Lea**
527 East Boston Street
Suite 201
Covington, LA  70433


**PLEASE TAKE NOTICE** that counsel for Mover and Defendant herein, **State Farm Fire and Casualty Company,** has requested to bring on for Hearing  the attached Motion  to

1

Dismiss Plaintiffs' Claims and Motion to Sever before Judge Eldon E. Fallon at United States Courthouse, 500 Poydras Street, RoomC468, New Orleans, Louisiana, 70130, on **the 16th day of December 2009, at 9:00 a.m.**, or at a time set by the court with the request that State Farm's Motion's be heard at the same time as Plaintiffs' Motion to Remand.

Respectfully submitted this 18th day of November, 2009.


/s/ Adrianne L. Baumgartner

_____
**ADRIANNE L. BAUMGARTNER, T.A. (#2861)**
**DARRIN M. O'CONNOR (#24582)**
**EMILY S. MORRISON  (#18351**)
PORTEOUS, HAINKEL & JOHNSON
408 North Columbia Street
Covington, LA 70434
(985) 893-4790
Abaumgartner@phjlaw.com
doconnor@phjlaw.com
emorrison@phjlaw.com

**Attorneys for State Farm Fire & Casualty Company**

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant State Farm Fire & Casualty Company's Notice of Hearing has been served upon Paul A. Lea, Jr., counsel for Plaintiffs' Val Louis Hufft and Audrey Huther Hufft by first class mail postage pre-paid and by email pending counsel's registration with Lexis Nexis File and Serve; Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and email <u>and</u> upon all parties including Rick Duplantier, counsel for Interior/Exterior Buildings Supply and Judy Barrasso, counsel for Liberty Mutual Insurance Company by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on the 17th day of November, 2009.

**/s/ Adrianne L. Baumgartner**