UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL | * | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * | |
| | * | |
| VAL LOUIS HUFFT AND AUDREY HUTHER HUFFT | * | MAG. WILKINSON |
| | * | |
| Versus | * | |
| | * | 09-7016 |
| INTERIOR/EXTERIOR BUILDING SUPPLY, | * | |
| LIMITED PARTNERSHIP, INTERIOR/EXTERIOR | * | |
| ENTERPRISES, L.L.C., MARIGOLD COURT, L.L.C., | * | |
| ANTHONY F. MARINO, ARCH INSURANCE | * | |
| COMPANY, LIBERTY MUTUAL FIRE INSURANCE | * | |
| COMPANY, ABC INSURANCE COMPANY, AND | * | |
| STATE FARM FIRE AND CASUALTY COMPANY | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**REQUEST FOR ORAL ARGUMENT OF DEFENDANT STATE FARM
FIRE & CASUALTY COMPANY'S
RULE 12(b)(6) MOTION TO DISMISS   AND MOTION TO SEVER**

   **NOW INTO COURT,** through undersigned counsel, comes Mover and Defendant, **State

Farm Fire and Casualty Company,** defendant in the above-numbered and entitled action, who,

pursuant to Local Rule 78.1E, respectfully requests oral argument on the Rule 12 (b) (6) Motion

to Dismiss  and Motion to Sever set for hearing before this Honorable Court on the **16th day of

December, 2009, at 9:00 a.m.  or at a time set by this court** to more fully address any

questions the court may have concerning State Farm's Motion to Dismiss Plaintiffs' lawsuit with

prejudice. State Farm requests further that oral argument on the Motion to Sever and Motion to

Dismiss set be for the same time as Plaintiff's Motion for Remand.

Respectfully submitted this 18th day of November, 2009.

/s/ Adrianne L. Baumgartner

_____
**ADRIANNE L. BAUMGARTNER, T.A. (#2861)**
**DARRIN M. O'CONNOR (#24582)**
**EMILY S. MORRISON  (#18351)**
PORTEOUS, HAINKEL & JOHNSON
408 North Columbia Street
Covington, LA 70434
(985) 893-4790
Abaumgartner@phjlaw.com
doconnor@phjlaw.com
emorrison@phjlaw.com

**Attorneys for State Farm Fire & Casualty Company**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Defendant State Farm Fire & Casualty Company's Request for Oral Argument has been served upon Paul A. Lea, Jr., counsel for Plaintiffs' Val Louis Hufft and Audrey Huther Hufft by first class mail postage pre-paid  and by email pending counsel's  registration with Lexis Nexis File and Serve;  Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and email and upon all parties including Rick Duplantier, counsel for Interior/Exterior Buildings Supply and Judy Barrasso, counsel for Liberty Mutual Insurance Company by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the

2

3

foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on the 17th day of November, 2009.

**/s/ Adrianne L. Baumgartner**