UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| LUCILLE BOURDON | * * | MAG. WILKINSON |
| Versus | * * | 09-7025 |
| INTERIOR/EXTERIOR BUILDING SUPPLY, LIMITED PARTNERSHIP, INTERIOR/EXTERIOR ENTERPRISES, L.L.C., ARCH INSURANCE COMPANY, LIBERTY MUTUAL FIRE INSURANCE COMPANY, ARTHUR HOMES, L.L.C., JOSEPH L. ARTHUR, LOUISIANA HOME BUILDERS ASSOCIATION GENERAL LIABILITY TRUST, MARKEL INSURANCE COMPANY, AND STATE FARM FIRE AND CASUALTY COMPANY | * * * * * * * * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Considering the foregoing Defendant State Farm Fire & Casualty Company's Motion and Incorporated Memorandum to Lift Stay,

IT IS ORDERED that the stay imposed by Pretrial Order No. 1 be and hereby is lifted to permit the filing of State Farm Fire & Casualty Company's Motion to Sever and Memorandum of Law in Support thereof and Rule 12(b)(6) Motion to Dismiss Petition for Damages and Memorandum of Law in Support thereof.

New Orleans, Louisiana, this ___ day of _____, 2009.

                                                ELDON E. FALLON
                                                UNITED STATES DISTRICT JUDGE