# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | |
| LUCILLE BOURDON | * * | MAG. WILKINSON |
| Versus | * * | |
| | * | 09-7025 |
| INTERIOR/EXTERIOR BUILDING SUPPLY, LIMITED PARTNERSHIP, INTERIOR/EXTERIOR ENTERPRISES, L.L.C., ARCH INSURANCE COMPANY, LIBERTY MUTUAL FIRE INSURANCE COMPANY, ARTHUR HOMES, L.L.C., JOSEPH L. ARTHUR, LOUISIANA HOME BUILDERS ASSOCIATION GENERAL LIABILITY TRUST, MARKEL INSURANCE COMPANY, AND STATE FARM FIRE AND CASUALTY COMPANY | * * * * * * * * * * * | |

*    *    *    *    *    *    *    *    *    *    *    *    *

## DEFENDANT STATE FARM FIRE & CASUALTY COMPANY'S MOTION TO SEVER

Pursuant to Federal Rule of Civil Procedure 21, Defendant State Farm Fire & Casualty Company moves for an order severing Plaintiff's claims against Interior/Exterior Building Supply, Limited Partnership; Interior/Exterior Enterprises, L.L.C.; Arthur Homes, L.L.C.; and Joseph L. Arthur (the "Builder/Supplier Defendants") and Arch Insurance Company; Liberty Mutual Fire Insurance Company; Louisiana Home Builders Association General Liability Trust; Markel Insurance Company (the "Builder/Supplier Insurer Defendants") from Plaintiff's claim against State Farm.

State Farm states as the grounds for this motion that the claims against State Farm and against the Builder/Supplier Defendants and the Builder/Supplier Insurer Defendants are improperly joined, are based on entirely different legal theories, involve different factual and legal issues, and can be more efficiently adjudicated in separate cases.

In support of its motion, State Farm relies on its Memorandum of Law in Support of Its Motion to Sever, submitted herewith, and the authorities cited therein.

WHEREFORE, Defendant State Farm Fire & Casualty Company seeks an order severing, pursuant to Federal Rule of Civil Procedure 21, the claim against State Farm from the claims against the Builder/Supplier Defendants and the Builder/Supplier Insurer Defendants.

This 19th day of November, 2009.


/s/ Adrianne L. Baumgartner

_____
**ADRIANNE L. BAUMGARTNER, T.A. (#2861)**
**DARRIN M. O'CONNOR (#24582)**
**EMILY S. MORRISON  (#18351)**
PORTEOUS, HAINKEL & JOHNSON
408 North Columbia Street
Covington, LA 70434
(985) 893-4790
abaumgartner@phjlaw.com
doconnor@phjlaw.com
emorrison@phjlaw.com


**Attorneys for State Farm Fire & Casualty Company**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant State Farm Fire & Casualty Company's Motion to Sever has been served upon Paul A. Lea, Jr., counsel for Plaintiff Lucille Bourdon by email and by first class mail postage prepaid and on, Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on the 19th day of November, 2009.

/s/ Adrianne L. Baumgartner