UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO | * * | MAG. WILKINSON |
| THOMAS WEST, SR. AND GLORIA WEST | * * | 09-6356 |
| VERSUS | * * | |
| STATE FARM FIRE & CASUALTY CO. | * | |

*****************************************************************************

## MOTION TO REMAND

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Thomas West and Gloria West, who respectfully request that this Honorable Court remand this matter to the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, as this Court lacks diversity subject matter jurisdiction for the reasons set forth in the Memorandum in Support attached to this Motion.

Respectfully submitted,

GAUTHIER, HOUGHTALING
 & WILLIAMS, L.L.P.

By: s/Charles M. Thomas
STEPHEN M. HUBER, BAR NO. 24463
CHARLES M. THOMAS, BAR NO. 31989
3500 N. Hullen St.
Metairie, LA 70002
Telephone:    (504) 456-8600
Facsimile:    (504) 456-8624
ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing Motion to Remand filed by Plaintiffs Thomas West and Gloria West has been served upon Plaintiffs' Liaison counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of November, 2009.

                                                s/Charles M. Thomas  
                                                CHARLES M. THOMAS