# EXHIBIT "1"

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL NO. 2047 <br> * <br> * JUDGE FALLON <br> * |
| THIS DOCUMENT RELATES TO | * MAG. WILKINSON <br> * |
| THOMAS WEST, SR. AND GLORIA WEST | * <br> * |
| VERSUS | * <br> * |
| STATE FARM FIRE & CASUALTY CO. | * |

******************************************************************

## STIPULATION OF DAMAGES

**STATE OF LOUISIANA**

**PARISH OF JEFFERSON**

    **BEFORE ME,** the undersigned authority, personally came and appeared:

**THOMAS WEST, SR.**

who, after being first duly sworn, did depose and state as follows:

1.

    My name is Thomas West and my wife, Gloria, and I own the property located at 2748 Russell Drive, Marrero, LA 70072 (the "Property").

2.

    We purchased a homeowner's insurance policy from State Farm Fire & Casualty Company ("State Farm") to provide coverage for the Property. This coverage was in effect at the time of our loss.

3.

Our Property was damaged by the presence of Chinese drywall. At this time, we have a good faith basis to believe that our State Farm homeowner's policy provides coverage for this loss.

4.

State Farm has failed to compensate us for damage to the Property from this loss.

5.

We filed a Petition for Damages against State Farm for nonpayment of this covered loss in the 24th Judicial District Court of Louisiana, Parish of Jefferson, Civil Action No. 676115, on July 28, 2009. The Petition for Damages failed to address an amount in controversy, which was ambiguous at the time of the Petition's filing and at the time of removal.

6.

We certify that our lawsuit against State Farm contained in the above-captioned matter has an amount in dispute of $75,000.00 or less, exclusive of interest and costs.

7.

Additionally, we renounce our right to enforce a judgment obtained in the above-captioned matter in an amount greater than $75,000.00.

Charles M. Thomas
Notary Public, Bar No. 31989
State of Louisiana
My Commission is issued for Life

_____
THOMAS WEST, SR.

SWORN TO AND SUBSCRIBED
BEFORE ME this 18 day of November, 2009.

_____
Notary Public