UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| | * | JUDGE FALLON |
| | * | |
| THIS DOCUMENT RELATES TO | * | MAG. WILKINSON |
| | * | |
| THOMAS WEST, SR. AND GLORIA WEST | * | 09-6356 |
| | * | |
| VERSUS | * | |
| | * | |
| STATE FARM FIRE & CASUALTY CO. | * | |

*****************************************************************************

**O R D E R**

Considering the foregoing Motion to Remand,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the above-captioned matter be and is hereby remanded to the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana for all further proceedings.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
**J U D G E**