UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *  MDL NO. 2047<br>*<br>*  JUDGE FALLON<br>* |
| THIS DOCUMENT RELATES TO | *  MAG. WILKINSON<br>* |
| THOMAS WEST, SR. AND GLORIA WEST | *  09-6356<br>* |
| VERSUS | *<br>* |
| STATE FARM FIRE & CASUALTY CO. | * |

******************************************************************************

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Plaintiffs will bring their Motion to Remand before the Honorable Eldon Fallon on December 16, 2009, at 9:00 a.m., at U.S. District Court, 500 Poydras Street, New Orleans, LA 70130.

    Respectfully submitted,

    GAUTHIER, HOUGHTALING
     & WILLIAMS, L.L.P.

    By: s/Charles M. Thomas
    JAMES M. WILLIAMS, BAR NO. 26141
    CHARLES M. THOMAS, BAR NO. 31989
    3500 N. Hullen St.
    Metairie, LA  70002
    Telephone:     (504) 456-8600
    Facsimile:      (504) 456-8624
    ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the foregoing Notice of Hearing filed by Plaintiffs Thomas West and Gloria West has been served upon Plaintiffs' Liaison counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of November, 2009.

                s/Charles M. Thomas
                CHARLES M. THOMAS