David Gross, Cheryl Gross, and Louis Velez, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 100345-0019

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Mazer's Discount Home Centers, Inc., The Corporation Trust Company
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Mr. Daniel C. Levin
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: DELAWARE ) ss.
County of: NEW CASTLE )

Name of Server: ADAM GOLDEN, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 12th day of November, 20 09, at 2:20 o'clock P. M

Place of Service: at Corporation Trust Center, in Wilmington, DE 19801
1209 Orange Street

Documents Served: the undersigned served the documents described as:
Summons and Amended Class Action Complaint w/Jury Demand

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Mazer's Discount Home Centers, Inc., The Corporation Trust Company

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: SCOTT LASCALA, SECTION HEAD PROCESS

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex M ; Skin Color WHITE ; Hair Color BROWN ; Facial Hair ___
Approx. Age 30's ; Approx. Height 6' ; Approx. Weight 230 lbs

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this 12th day of Nov., 20 09

_____
Notary Public