David Gross, Cheryl Gross, and Louis Velez, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 100345-0019

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Georgia-Pacific, LLC, The Corporation Trust Company
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Mr. Daniel C. Levin
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __DELAWARE__ ) ss.
County of: __NEW CASTLE__ )

**Name of Server:** __ADAM GOLDEN__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __12th__ day of __November__, 20 __09__, at __2:20__ o'clock __p.__ M

**Place of Service:** at Corporation Trust Center, in __Wilmington, DE 19801__
1209 Orange Street

**Documents Served:** the undersigned served the documents described as:
Summons and Amended Class Action Complaint w/Jury Demand

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Georgia-Pacific, LLC, The Corporation Trust Company

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __SCOTT LASCALA, SECTION HEAD PROCESS__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__ ; Skin Color __WHITE__ ; Hair Color __BROWN__ ; Facial Hair ____
Approx. Age __30's__ ; Approx. Height __6'__ ; Approx. Weight __230 lbs__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this __12th__ day of __Nov.__, 20 __09__

_____
Notary Public (Commission Expires)

[Notary Seal: ANNE M. FRANCIA, EXPIRES MARCH 14, 2011, STATE OF DELAWARE, NOTARY PUBLIC]

**APS International, Ltd.**