David Gross, Cheryl Gross, and Louis Velez, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 100345-0021

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Trioricnt Trading, Inc., Attn: Albert Winslow
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Mr. Daniel C. Levin
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: CONNECTICUT ) ss.
County of: HARTFORD )

**Name of Server:** ERIC RUBIN, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 13 day of November, 20 09, at 3:05 o'clock P M

**Place of Service:** at 281 Tressor Blvd, Suite 1505, in Stamford, CT 06901

**Documents Served:** the undersigned served the documents described as:
Summons and Amended Class Action Complaint w/Jury Demand

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
Trioricnt Trading, Inc., Attn: Albert Winslow
By delivering them into the hands of an officer or managing agent whose name and title is: INES JAIME, CONTROLLER

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color Hisp. ; Hair Color Brown ; Facial Hair ____
Approx. Age 37 ; Approx. Height 5'4" ; Approx. Weight 120

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this 17 day of November, 20 09

Notary Public                (Commission Expires)
                              8/31/2014