# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

In Re:

Chinese-Manufactured Drywall Products Litigation

Case No.: 2047
Compliance Date: 11/20/2009

I Jimmy h Taylor , being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case. I am over the age of 18, and am not a party to or otherwise interested in this matter.

Date/Time Received: 11/4/2009

**Document(s): Subpoena and Exhibit A to Subpoena Duces Tecum To Suppliers**

**Serve To: Corporation Service Company**

**Address: 506 South President Street, Jackson, MS 39201**

**Date Served:** 11-10-09 **Time Served:** 1316 AM/PM

Method of Service: [ ] Individual [ ] Substitute [X] Corporate [ ] Govt. Agency [ ] Posted [ ] Other [ ] Non-Served

Person Served: Anny Perry Capacity: CSC Agent

Address: 506 S President St/ Jackson MS 39201

Military Status: [ ] N/A [ ] Not in Military [ ] Active Duty Military

Comments:

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Executed on 11-16-09

Investigations Unlimited, LLC,

Keith Investigations, LLC
416 Pittman Road
Ellisville, MS 39437
(601) 319-2675

ID: 4637