UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL NO. 2047<br>*<br>* SECTION: L<br>* JUDGE FALLON<br>* MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: | * |
| Germano, et al. | * |
| Plaintiff, | * Case No. 2:09-cv-6687 |
| vs. | * |
| Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ENTRY OF DEFAULT

UPON APPLICATION OF PLAINTIFF and upon Declaration that defendant TAISHAN GYPSUM CO., LTD., F/K/A SHANDONG TAIHE DONGXIN CO. LTD. has failed to plead or otherwise defend the action;

IT IS HEREBY ORDERED that preliminary default be and the same is hereby entered against defendant TAISHAN GYPSUM CO., LTD., F/K/A SHANDONG TAIHE DONGXIN CO. LTD. in the above numbered and captioned action.

New Orleans, Louisiana, this 19th day of November, 2009.

Lorretta G. Whyte
Clerk of Court

by: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>Germano, et al.<br><br><br>Plaintiff,<br><br>vs.<br><br>Taishan Gypsum Co., Ltd., f/k/a<br>Shandong Taihe Dongxin Co. Ltd., et al.,<br><br>Defendants. | * * * * * * * * * * * * * * | Case No. 2:09-cv-6687 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## LAST KNOWN ADDRESS OF DEFENDANT IN DEFAULT

DEFENDANT:    TAISHAN GYPSUM CO., LTD.
F/K/A SHANDONG TAIDE DONGXIN CO., LTD.
Throught its agent: ZHANG WEN JUN, staff of the law department of the company
Dawenkou, Taian
Shandong, China 271026