UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID KESSLER and AMANDA KESSLER | * | CA NO. 09-6072 |
| | * | JUDGE ELDON E. FALLON |
| v. | | |
| | * | MAG. JUDGE WILKINSON |
| GMI CONSTRUCTION, INC., ET AL | | |
| | * | IN RE: CHINESE-MANUFACTURED PRODUCTS |
| *  *  *  *  *  *  *  *  *  *  *  * | | LIABILITY LITIGATION MDL No. 09-2047 (L) |

## MOTION TO ENROLL ADDITIONAL COUNSEL

Defendant, HBW Insurance Services, L.L.C., respectfully moves the Court for an Order allowing Douglass F. Wynne, Jr., of Simon, Peragine, Smith & Redfearn, L.L.P. to enroll as additional counsel on its behalf in the above numbered and titled action.

WHEREFORE, HBW Insurance Services, L.L.C. respectfully moves the Court to allow Douglass F. Wynne, Jr. to enroll as counsel on its behalf.

    Respectfully Submitted,
    /s/ Jay H. Kern
    Daniel J. Caruso (03941)
    Jay H. Kern (07345) (T.A.)
    Simon, Peragine, Smith & Redfearn, L.L.P.
    1100 Poydras St., 30th Floor
    New Orleans, LA 70163-3000
    Telephone: (504) 569-2030
    **Attorneys for Defendant, HBW Insurance Services, L.L.C.**
    Original Signed Document on File with the Court

-1-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion to Enroll Additional Counsel has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 20th day of November, 2009.

/s/ Jay H. Kern
(Signature of Filing Attorney)