UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID KESSLER and AMANDA KESSLER | * | CA NO. 09-6072 |
| | * | JUDGE ELDON E. FALLON |
| v. | | |
| | * | MAG. JUDGE WILKINSON |
| GMI CONSTRUCTION, INC., ET AL | | |
| | * | IN RE: CHINESE-MANUFACTURED PRODUCTS |
| * * * * * * * * * * * | | LIABILITY LITIGATION MDL No. 09-2047 (L) |

## **ORDER**

Considering the foregoing Motion to Enroll as Additional Counsel,

IT IS HEREBY ORDERED that Douglass F. Wynne, Jr. be and is hereby enrolled as additional counsel of record for HBW Insurance Services, L.L.C.

Signed this ___ day of November, 2009 in New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE