David Gross, Cheryl Gross, and Louis Velez, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)

Service of Process by
APS International, Ltd.
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 100345-0020

## AFFIDAVIT OF SERVICE — Corporate

Service of Process on:
—Davis Construction Supply, LLC, c/o James J. Stockman
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Mr. Daniel C. Levin
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Alachua )

Name of Server: Steve Lehl, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 19th day of November, 20 09, at 9:50 o'clock A M

Place of Service: at 20725 SW 46th Avenue, in Newberry, FL 32669

Documents Served: the undersigned served the documents described as:
Summons and Amended Class Action Complaint w/Jury Demand

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Davis Construction Supply, LLC, c/o James J. Stockman

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: James Stockman

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex Male ; Skin Color white ; Hair Color Light brown ; Facial Hair ___
Approx. Age 45-50 ; Approx. Height 6'0"-6'2" ; Approx. Weight 180-200

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 21st day of November, 20 09.

Signature of Server

Notary Public (Commission Expires)

APS International, Ltd.



ROBERT SHAWN MAZZERLE
Comm# DD802085
Expires 10/4/2010
Florida Notary Assn., Inc.