David Gross, Cheryl Gross, and Louis Velez, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 100345-0036

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--J.W. Allen & Company Incorporated, c/o W.S. App, Jr.
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Mr. Daniel C. Levin
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Louisiana ) ss.
County of: Jefferson Parish )

**Name of Server:** Anthony Jones, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 18 day of November, 20 09, at 4:45 o'clock P M

**Place of Service:** at 200 Cforton Road, Box 34, in Kenner, LA 70062

**Documents Served:** the undersigned served the documents described as:
Summons and Amended Class Action Complaint w/Jury Demand

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
J.W. Allen & Company Incorporated, c/o W.S. App, Jr.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: William App - President

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M; Skin Color White; Hair Color White; Facial Hair Yes-Beard
Approx. Age 60; Approx. Height 5'11"; Approx. Weight 165

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this
_____ day of _____, 20 ___

_____
Notary Public    (Commission Expires)

**APS International, Ltd.**