David Gross, Cheryl Gross, and Louis Velez, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 100345-0039

## AFFIDAVIT OF SERVICE -- Corporate

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Service of Process on:
–Maurice Pincoffs Company, Inc., c/o Deborah C. Wilder
Court Case No. 09-6690

State of: _TEXAS_ ) ss.
County of: _HARRIS_ )

Name of Server: _JOE BARAK_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _18th_ day of _NOVEMBER_, 20 _09_, at _1:30_ o'clock _P_ M

Place of Service: at _1235 North Loop WEST, Suite 510_, in _Houston, TX 77018_

Documents Served: the undersigned served the documents described as:
**Summons and Amended Class Action Complaint w/Jury Demand**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Maurice Pincoffs Company, Inc., c/o Deborah C. Wilder**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _____

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _Red_ ; Facial Hair _____
Approx. Age _55_ ; Approx. Height _5' 0"_ ; Approx. Weight _125_

. To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Joe Barak_
Signature of Server   _SCH-173_

Subscribed and sworn to before me this _18th_ day of _November_, 20 _09_

_Carol Sanford_
Notary Public        (Commission Expires)

**APS International, Ltd.**

CAROL SANFORD
MY COMMISSION EXPIRES
November 3, 2010