David Gross, Cheryl Gross, and Louis Velez, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 100345-0035

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Quiet Solutions, Inc., c/o Jagan Mohan Battu
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Mr. Daniel C. Levin
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Texas ) ss.
County of: Dallas )

Name of Server: Kirk French, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 18th day of November, 20 09, at 8:10 o'clock P M

Place of Service: at 708 Wheaton Court, in Allen, TX 75013

Documents Served: the undersigned served the documents described as:
Summons and Amended Class Action Complaint w/Jury Demand

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Quiet Solutions, Inc., c/o Jagan Mohan Battu

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Jagan Mohan Battu, authorized to accept

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color brown ; Hair Color black ; Facial Hair mustache
Approx. Age 35-40 ; Approx. Height 5'6" ; Approx. Weight 150

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 19th day of Nov., 20 09

Signature of Server

Notary Public    (Commission Expires)

APS International, Ltd.

Kirk French
Supreme Court No. SCH000000484

MELISSA PEREZ
MY COMMISSION EXPIRES
December 4, 2012