David Gross, Cheryl Gross, and Louis Velez, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 100345-0001

## AFFIDAVIT OF SERVICE – Corporate

Service of Process on:
–Venture Supply Inc., c/o Richard F. Biemiller
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Mr. Daniel C. Levin
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Virginia ) ss.
County of: Norfolk )

| | |
|---|---|
| **Name of Server:** | __Brian Noth__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| **Date/Time of Service:** | that on the __17__ day of __November__, 20 __09__, at __2:35__ o'clock __P__ M |
| **Place of Service:** | at  Convergence Center IV , in  Virginia Beach, VA 23452 ............... 301 Bendix Road, Suite 500 |
| **Documents Served:** | the undersigned served the documents described as: **Summons and Amended Class Action Complaint w/Jury Demand** |
| **Service of Process on:** | A true and correct copy of the aforesaid document(s) was served on: **Venture Supply Inc., c/o Richard E. Biemiller** |
| **Person Served, and Method of Service:** | By delivering them into the hands of an officer or managing agent whose name and title is: _____ |

**Description of
Person Receiving
Documents:**

The person receiving documents is described as follows:
Sex _M_ ; Skin Color ___W___ ; Hair Color ___B___ ; Facial Hair ___NO___
Approx. Age _32_ ; Approx. Height _5'4"_ ; Approx. Weight ___180___
☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**

Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Signature of Server_

**APS International, Ltd.**

Subscribed and sworn to before me this
__17__ day of __November__, 20 __09__
_Notary Public_      __12-31-2010__
(Commission Expires)

MISTIE WOOD
Notary Public
Commonwealth of Virginia
7036886
My Commission Expires Dec 31, 2010