David Gross, Cheryl Gross, and Louis Velez, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 100345-0015

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--USG Corporation, CT Corporation System
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Mr. Daniel C. Levin
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: FLORIDA ) ss.
County of: BROWARD )

**Name of Server:** MURRAY DEAL, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 12 day of NOVEMBER, 20 09, at 12:00 o'clock PM

**Place of Service:** at 1200 South Pine Island Road, in Plantation, FL 33324

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Class Action Complaint w/Jury Demand**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
USG Corporation, CT Corporation System

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **CT Corporation, Registered Agent, for contact, Donna Moch, Section Head Process for CT Corp.**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F** ; Skin Color **W** ; Hair Color **Brown** ; Facial Hair ____
Approx. Age **40+** ; Approx. Height **5'6"** ; Approx. Weight **140**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 13 day of November 20 09

Signature of Server

Notary Public

**APS International, Ltd.**

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of Louisiana

Case Number: 09-6690

Plaintiff:
**David Gross, Cheryl Gross and Louis Velez, Indiv. and on behalf of all others similarly situated**

vs.

Defendant:
**Knauf Glips, KG, et al**

For:
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar

New Orleans, LA 70113

Received by APS International, Ltd. (Nat'l. Div) on the 12th day of November, 2009 at 10:20 am to be served on **USG Corporation c/o CT Corporation System, 1200 S. Pine Island Rd., Plantation, FL 33324.**

I, Murray Deal, being duly sworn, depose and say that on the **12th day of November, 2009** at **12:00 pm, I:**

Served the within **Corporation** by delivering a true copy of the **Summons in A Civil Action, Amended Class Action Complaint** with the date and hour of service endorsed thereon by me to CT Corporation System as **Registered Agent**, at **1200 S. Pine Island Rd., Plantation, FL 33324** pursuant to F.S. 48.081(3).

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: WHITE, Height: 5'6", Weight: 140, Hair: BROWN, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.



Subscribed and Sworn to before me on the 12th day of November, 2009 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

**Murray Deal**
CPS 020

APS International, Ltd. (Nat'l. Div)
7800 Glenroy Road
Aps International Plaza
Minneapolis, MN 55439-3122
(800) 328-7171
Our Job Serial Number: 2009031666
Ref: 100345-0015

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3u