Chinese Drywall Gross, et al, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et al, et. al., Defendant(s)



Service of Process by
## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 100345-0027

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Great Western Building Materials, Attention: David Steele

Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Mr. Daniel C. Levin
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Arizona** ) ss.
County of: **Maricopa** )

**Name of Server:** **Ernad Cajic**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **13th** day of **November**, 20**09**, at **10:25** o'clock **A** M

**Place of Service:** at **3652 E. Miami Street**, in **Phoenix, AZ  85040**

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Class Action Complaint w/Jury Demand**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Great Western Building Materials, Attention: David Steele**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **David Steele, Statutory Agent**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M** ; Skin Color **Cauc** ; Hair Color **Grey** ; Facial Hair ____
Approx. Age **50** ; Approx. Height **5'8"** ; Approx. Weight **155**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this **16th** day of **November 09**

Notary Public    (Commission Expires)

OFFICIAL SEAL
JOANN FLOREZ
NOTARY PUBLIC-ARIZONA
MARICOPA COUNTY
My Comm. Exp. Feb. 26, 2010