168-7008

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DAVID GROSS, CHERYL GROSS** | * | **CASE NO.: 2:09-cv-6690** |
| **AND LOUIS VELEZ, individually, and** | * | |
| **on behalf of all others similarly situated,** | * | **SECTION:  L** |
| | * | |
| **Plaintiffs** | * | **JUDGE FALLON** |
| | * | |
| **VERSUS** | * | **MAG. JUDGE WILKINSON** |
| | * | |
| **KNAUF GIPS KG, et al.** | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## NOTICE OF APPEARANCE

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Great Western Building Materials, who give this Court notice of the appearance of Foster P. Nash, III and Laura M. Mayes of the law firm Degan, Blanchard & Nash, 2600 Texaco Center, 400 Poydras Street, New Orleans, Louisiana 70130, as their counsel of record in the above-captioned matter.

1

Respectfully submitted,

**DEGAN, BLANCHARD & NASH**

*/s/ Laura M. Mayes*
Foster P. Nash, III, Esq. (#19079)
Laura M. Mayes, Esq. (#32197)
2600 Texaco Center
400 Poydras Street
New Orleans, Louisiana 70130
Telephone: (504) 529-3333
Facsimile: (504) 529-3337

*Attorneys for Great Western Building Materials*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Unopposed Motion for Extension of Time has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of November, 2009.

/s/ Laura M. Mayes

L:\168\7008\Doc\03 Notice of Appearance.doc