168-7008

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DAVID GROSS, CHERYL GROSS** | * | **CASE NO.: 2:09-cv-6690** |
| **AND LOUIS VELEZ, individually, and** | * | |
| **on behalf of all others similarly situated,** | * | **SECTION:  L** |
| | * | |
| **Plaintiffs** | * | **JUDGE FALLON** |
| | * | |
| **VERSUS** | * | **MAG. JUDGE WILKINSON** |
| | * | |
| **KNAUF GIPS KG, et al.** | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## UNOPPOSED MOTION FOR EXTENSION OF TIME

**NOW INTO COURT**, comes defendant, Great Western Building Materials, and move this Court for an Order pursuant to Local Rule 7.9E granting an extension of twenty (20) days in which to file responsive pleadings, and upon showing there have been no previous formal extensions of time granted by this court, and said extension of time will give defendants ample opportunity to investigate these claims.  Defendant further asserts that this extension of time will not unduly delay this matter or prejudice any other party.   Opposing counsel has been contacted and has no objection to this motion.

1

Respectfully submitted,

**DEGAN, BLANCHARD & NASH**

*/s/ Laura M. Mayes*
Foster P. Nash, III, Esq. (#19079)
Laura M. Mayes, Esq. (#32197)
2600 Texaco Center
400 Poydras Street
New Orleans, Louisiana 70130
Telephone: (504) 529-3333
Facsimile: (504) 529-3337

*Attorneys for Great Western Building Materials*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Unopposed Motion for Extension of Time has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this __24th__ day of _November_, 2009.

                                                    /s/ Laura M. Mayes

F:\168\7008\Doc\01 Motion of Extension of Time.doc