IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 09-2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO:<br>Curtis Hinkley, et al. v. Taishan Gypsum Co. Ltd., et al.<br>Case No. 2:2009-cv-06686 (E.D. La.) | JUDGE: FALLON |
| | MAGISTRATE: WILKINSON |

**REQUEST FOR HEARING ON MOTION TO DISQUALIFY AND
MOTIONS TO DISMISS PURSUANT TO RULE 12(b)(6)**

Venture Supply, Inc. ("Venture") and The Porter-Blaine Corporation ("PB"), by counsel, request a hearing and the opportunity to present oral arguments and evidence in support of their Motion to Disqualify Counsel for Plaintiffs and their Motions to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

This the 24th day of November, 2009.

Respectfully submitted,

                By:    /s/ Thomas M. Buckley
                         Thomas M. Buckley, Esq. (NCB # 26076)
                         Mindi L. Schulze, Esq. (NCB # 32918)
                         Attorney for Defendants Venture Supply, Inc. and The Porter-Blaine Corporation
                         Hedrick, Gardner, Kincheloe & Garofalo, LLC
                         4011 Westchase Blvd., Suite 300
                         Raleigh, NC  27607
                         Telephone:    (919) 719-3721
                         Facsimile:     (919) 832-9425
                         Email: TBuckley@hedrickgardner.com
                         Email: MSchulze@hedrickgardner.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Request for Hearing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of November, 2009.

/s/ THOMAS M. BUCKLEY
Thomas M. Buckley