```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
```

        Date:   <u>November 25, 2009</u>

        David Kessler, Et. Al.

              vs.

        GMI Construction, Inc. et. al..

        Case No. **09-6072**_____ Section  <u>L</u>____

Dear Sir:

    Please (issue) (re-issue) summons on the <u>X</u> (complaint) (amended complaint) (_____ amended complaint) (third party complaint) (other : _____ ) to the following:

1.  **HBW INSURANCE SERVICES LLC**
    **Through Its Registered Agent of Service**
    C T CORPORATION
    5615 Corporate Blvd. Suite 400B
    BATON ROUGE, LA 70808

        Very truly yours,

        "Signature"

        Attorney for David Kessler, et. al.

        <u>/s/ Jeffrey P. Berniard</u>_____
        **JEFFREY BERNIARD, LSBA #29088**
        Berniard Law Firm
        643 Magazine st., Suite 402
        New Orleans, LA 70130
        Telephone: (504)527-6225
        Facsimile: (504) 617-6300