# EXHIBIT A

| Last | First | Firm | Case No. | Note |
|---|---|---|---|---|
| De Barrozo | Maria Ines | Alters Boldt | 2:09cv04118 | Submitted 9.2.09 via Carlos Perez |
| Victores | Didio | Alters Boldt | 2:09cv05872 | Counsel will produce on or before 12.2.2009 |
| Victores | Monica | Alters Boldt | 2:09cv05872 | Counsel will produce on or before 12.2.2009 |
| Spradlin | Brenda | Archie Lamb | 2:09cv04293 | Counsel will produce on or before 12.2.2009 |
| Rayfield | Sylvia | Archie Lamb | 2:09cv04293 | Counsel will produce on or before 12.2.2009 |
| Shakoor | Arif | Aylstock Witkin Kreis Overholtz | 2:09cv04307 | DISMISSED |
| Alldredge | Emily | Becnel | 2:09cv06553 | Submitted 11.20.09 |
| Alldredge | Rufus | Becnel | 2:09cv06553 | Submitted 11.20.09 |
| Barnes | Shelton | Becnel | 2:09cv04101 | Counsel states case to be dismissed |
| Belsom | Jennifer | Becnel | 2:09cv04100 | Submitted 9.2.09 |
| Belsom | Scott | Becnel | 2:09cv04513 | Submitted 9.2.09 |
| Elias | Mark | Becnel | 2:09cv04154 | Submitted 11.20.09 |
| Evans | Kareem | Becnel | 2:09cv04102 | Submitted 9.2.09 via Ronald Evans |
| Evans | Matthew | Becnel | 2:09cv04102 | Submitted 9.2.09 via Ronald Evans |
| Fazande | Corlis | Becnel | 2:09cv03479 | Previously submitted, amendment to PPF 11.18.09 |
| Fazande | Latanja | Becnel | 2:09cv03479 | Previously submitted, amendment to PPF 11.18.09 |
| Foy | Barbara | Becnel | 2:09cv03525 | Counsel states case to be dismissed |
| Hall | Lloyd | Becnel | 2:09cv03639 | Submitted 11.11.09 under Lorne Hall. Counsel will amend for correct (not nick) name. |
| James | Rose | Becnel | 2:09cv04154 | Counsel states case to be dismissed |
| James | Willie | Becnel | 2:09cv04154 | Counsel states case to be dismissed |
| Kerr | Anna | Becnel | 2:09cv04154 | Submitted 11.20.09 |
| McCrary | Rose | Becnel | 2:09cv04154 | Counsel states case to be dismissed |
| Miller | JoAnn | Becnel | 2:09cv04154 | Submitted 11.20.09 |
| Mitchell | Kelsey | Becnel | 2:09cv03192 | Submitted 9.2.09 via James Gray Mitchell |
| Theodore | Herbert | Becnel | 2:09cv04154 | Counsel states case to be dismissed |
| Theodore | Lois | Becnel | 2:09cv04154 | Counsel states case to be dismissed |
| Thomas | Angelina | Becnel | 2:09cv04154 | Counsel states case to be dismissed |
| Valdez | Raul | Becnel | 2:09cv04154 | Counsel states case to be dismissed |
| Valdez | Varlene | Becnel | 2:09cv04154 | Counsel states case to be dismissed |
| White | Victor | Becnel | 2:09cv04154 | Counsel states case to be dismissed |
| Breaud | Lucern | Becnel | 2:09cv04145 | Counsel states case to be dismissed |

| | | | | |
|---|---|---|---|---|
| Powell | Sheryl | Becnel | 2:09cv03426 | Counsel states case to be dismissed |
| Fugler | Jan | Becnel / Morris Bart | 2:09cv03639 | Counsel states case to be dismissed |
| Duhon | Christopher | Becnel / Roda Nast | 2:09cv04660 | Submitted 11.20.09 |
| Duhon | Kimberly | Becnel / Roda Nast | 2:09cv04600 | Submitted 11.20.09 |
| Elzein | Hassib | Colson Hicks Eidson | 2:09cv06748 | Submitted 11.20.09 |
| Leo | Giancarlo | Colson Hicks Eidson | 2:09cv06749 | Previously submitted via Michele Egan and deficiency response provided 10.29.09 |
| Niemczura | Walter | Colson Hicks Eidson/Hausfeld | 2:09cv04117 | Submitted 11.20.09 |
| Wasch | Jeffrey | Colson Hicks Eidson/Hausfeld | 2:09cv04659 | Case settled |
| Gesele | Jessica | Cuneo Gilbert LaDuca | 2:09cv05872 | Counsel will produce on or before 12.2.2009 |
| Gesele | Michael | Cuneo Gilbert LaDuca | 2:09cv05872 | Counsel will produce on or before 12.2.2009 |
| Restrepo | Jennifer | Cuneo Gilbert LaDuca | 2:09cv05872 | Counsel will produce on or before 12.2.2009 |
| Restrepo | Jorge | Cuneo Gilbert LaDuca | 2:09cv05872 | Counsel will produce on or before 12.2.2009 |
| Frais | Sherley | Ellis Ged & Bodden | 2:09cv04322 | Counsel will produce on or before 12.2.2009 |
| Frais | Sherley | Ellis Ged & Bodden | 2:09cv04322 | Counsel will produce on or before 12.2.2009 |
| Navarro | Marivic | Ellis Ged & Bodden | 2:09cv05868 | Counsel will produce on or before 12.2.2009 |
| Navarro | Ronnie | Ellis Ged & Bodden | 2:09cv05868 | Counsel will produce on or before 12.2.2009 |
| Navarro | Marivic | Ellis Ged & Bodden | 2:09cv05868 | Counsel will produce on or before 12.2.2009 |
| Navarro | Ronnie | Ellis Ged & Bodden | 2:09cv05868 | Counsel will produce on or before 12.2.2009 |
| Morlas | Paula | Gainsburgh Benjamin | 2:09cv03265 | Submitted 9.2.09 |
| Velez | Louis | Herman, Herman, Katz & Cotlar | 2:09cv06690 | Submitted 11.20.09 |
| Chauffe | Michael | Irpino Law Firm | 2:09cv03215 | Counsel will produce on or before 12.2.2009 |
| Guidry | Richard | Lambert & Nelson | 2:09cv04122 | Submitted 9.17.09 |
| Pierson | Jan | Lambert & Nelson | 2:09cv06658 | Submitted 11.20.09 |
| Pierson | Neil | Lambert & Nelson | 2:09cv06658 | Submitted 11.20.09 |
| Slidell Property | | Lambert & Nelson | 2:09cv06068 | Submitted 9.2.09 |
| Mitchell & Co | | Lieff Cabraser Heimann | 2:09cv04115 | Submitted 9.2.09 |
| Tenorio | Eric | Lumpkin Reeves | 2:09cv06754 | Submitted 11.23.2009 |
| Antoine | Gary | Martzell & Bickford | 2:09cv03932 | Submitted 9.2.09 via Lorriane & Ive Badon's PPF |
| Antoine | Patrice | Martzell & Bickford | 2:09cv03932 | Submitted 9.2.09 via Lorriane & Ive Badon's PPF |
| Dunn | Dianne | Martzell & Bickford | 2:09cv04345 | Submitted 11.20.09 |
| Dunn | Kenneth | Martzell & Bickford | 2:09cv04345 | Submitted 11.20.09 |
| Dunn | Rayshonda | Martzell & Bickford | 2:09cv04345 | Submitted 11.20.09 |

| | | | | |
|---|---|---|---|---|
| Dunn | Willie | Martzell & Bickford | 2:09cv04345 | Submitted 11.20.09 |
| Fisher | Donald | Martzell & Bickford | 2:09cv03927 | Submitted 9.15.09 |
| Hughes | Ashley | Martzell & Bickford | 2:09cv03925 | DISMISSED; Buckles resident |
| Macomber | Shawn | Martzell & Bickford | 2:09cv03837 | Previously submitted and amended PPF submitted 11.11.09 |
| Maggiore | Frankie | Martzell & Bickford | 2:09cv03926 | Previously submitted 9.2.09 |
| Maggiore | Justin | Martzell & Bickford | 2:09cv03926 | Previously submitted 9.2.09 |
| Maggiore | Peter | Martzell & Bickford | 2:09cv03926 | Previously submitted 9.2.09 |
| McCrary Lofton | Bonnie | Martzell & Bickford | 2:09cv03837 | Previously submitted and amended PPF submitted 11.11.09 via Shawn Macomber |
| Theard | Avery | Martzell & Bickford | 2:09cv03931 | Submitted 11.20.09 |
| Theard | Tjaynell | Martzell & Bickford | 2:09cv03931 | Submitted 11.20.09 |
| Anderson | Darren | Matthews & Associates | 2:09cv04513 | Counsel will produce on or before 12.2.2009 |
| Anderson | Farrell | Matthews & Associates | 2:09cv04513 | Counsel will produce on or before 12.2.2009 |
| Anderson | Kimberly | Matthews & Associates | 2:09cv04513 | Counsel will produce on or before 12.2.2009 |
| Banks | Dorothy | Matthews & Associates | 2:09cv04513 | Counsel will produce on or before 12.2.2009 |
| Banks | Gerald | Matthews & Associates | 2:09cv04513 | Counsel will produce on or before 12.2.2009 |
| Barbarin | Earline | Matthews & Associates | 2:09cv03638 | Counsel will produce on or before 12.2.2009 |
| Bell | LaTonya | Matthews & Associates | 2:09cv03426 | Counsel will produce on or before 12.2.2009 |
| Blaise | Elizabeth | Matthews & Associates | 2:09cv03426 | Previously submitted and deficiency response submitted 10.29.09 |
| Brister | Candy | Matthews & Associates | 2:09cv04147 | Counsel will produce on or before 12.2.2009 |
| Brown | Joshana | Matthews & Associates | 2:09cv04513 | Counsel will produce on or before 12.2.2009 |
| Cafamet | August | Matthews & Associates | 2:09cv04513 | Counsel will produce on or before 12.2.2009 |
| Carter | Antione | Matthews & Associates | 2:09cv04513 | Counsel will produce on or before 12.2.2009 |
| Carter | Jeardine | Matthews & Associates | 2:09cv04513 | Counsel will produce on or before 12.2.2009 |
| Coff | Cynthia | Matthews & Associates | 2:09cv04147 | Counsel will produce on or before 12.2.2009 |
| Cooper | Royce | Matthews & Associates | 2:09cv04147 | Counsel will produce on or before 12.2.2009 |
| Damond | Vorchall | Matthews & Associates | 2:09cv04513 | Previously submitted and deficiency response submitted 10.29.09 |
| Davis | Lee | Matthews & Associates | 2:09cv04513 | Counsel will produce on or before 12.2.2009 |
| Duchane | Charles | Matthews & Associates | 2:09cv04513 | Counsel will produce on or before 12.2.2009 |
| Duchane | Susianna | Matthews & Associates | 2:09cv04513 | Counsel will produce on or before 12.2.2009 |

| | | | | |
|---|---|---|---|---|
| Duplessis | Georgiana | Matthews & Associates | 2:09cv04513 | Counsel will produce on or before 12.2.2009 |
| England | Kim | Matthews & Associates | 2:09cv04513 | Counsel will produce on or before 12.2.2009 |
| England | Michael | Matthews & Associates | 2:09cv04513 | Counsel will produce on or before 12.2.2009 |
| Hampton | Helen | Matthews & Associates | 2:09cv04513 | Counsel will produce on or before 12.2.2009 |
| Hampton | Samuel | Matthews & Associates | 2:09cv04513 | Counsel will produce on or before 12.2.2009 |
| Hampton | Shavonne | Matthews & Associates | 2:09cv04513 | Counsel will produce on or before 12.2.2009 |
| Hill | Geraldine | Matthews & Associates | 2:09cv04513 | Counsel will produce on or before 12.2.2009 |
| Hunter | Isa | Matthews & Associates | 2:09cv04513 | Counsel will produce on or before 12.2.2009 |
| Jackson | George | Matthews & Associates | 2:09cv04513 | Counsel will produce on or before 12.2.2009 |
| Johnson | Regina | Matthews & Associates | 2:09cv04513 | Counsel will produce on or before 12.2.2009 |
| Lafrance | Marlone | Matthews & Associates | 2:09cv04513 | Counsel will produce on or before 12.2.2009 |
| Morgan | Sylvia | Matthews & Associates | 2:09cv04513 | Counsel will produce on or before 12.2.2009 |
| Mulkey | Kareem | Matthews & Associates | 2:09cv04144 | Counsel will produce on or before 12.2.2009 |
| Pail | Avis | Matthews & Associates | 2:09cv04144 | Counsel will produce on or before 12.2.2009 |
| Peterson | Madonna | Matthews & Associates | 2:09cv04145 | Counsel will produce on or before 12.2.2009 |
| Reddick | Jerome | Matthews & Associates | 2:09cv04513 | Counsel will produce on or before 12.2.2009 |
| Richard | David | Matthews & Associates | 2:09cv04513 | Counsel will produce on or before 12.2.2009 |
| Soloman | Caffie | Matthews & Associates | 2:09cv04513 | Counsel will produce on or before 12.2.2009 |
| Taylor | Doris | Matthews & Associates | 2:09cv04513 | Counsel will produce on or before 12.2.2009 |
| Tuyet | Bui | Matthews & Associates | 2:09cv04513 | Counsel will produce on or before 12.2.2009 |
| Williams | Latunia | Matthews & Associates | 2:09cv04513 | Counsel will produce on or before 12.2.2009 |
| Zeleny | Jeffrey | Matthews & Associates | 2:09cv04147 | Counsel will produce on or before 12.2.2009 |
| Zeleny | Margaret | Matthews & Associates | 2:09cv04147 | Counsel will produce on or before 12.2.2009 |
| Barrios | Raphael | Morris Bart | 2:09cv04513 | Counsel states case to be dismissed |
| Bell | Walter | Morris Bart | 2:09cv04100 | Counsel states case to be dismissed |
| Williams | Sylvester | Morris Bart | 2:09cv03426 | Counsel states case to be dismissed |
| Barrios | Connie | Morris Bart | 2:09cv04101 | Counsel states case to be dismissed |
| Chopin | Shirley | Morris Bart | 2:09cv03426 | Counsel states case to be dismissed |
| Glasper | Beunker | Morris Bart | 2:09cv04101 | Submitted 9.2.09 |
| Fontana | Kelly | Murray Law Firm | 2:09cv04356 | Counsel will produce on or before 12.2.2009 |
| Ledford | Samuel | Parker Waichman Alonso | 2:09cv04292 | Counsel will produce on or before 12.2.2009 |
| Roberts | Mona | Scafidel Law Firm | 2:09cv03127 | Counsel will produce on or before 12.2.2009 |

| Finnan Couture | Kasie | Sidney Torres | 2:09cv03956 | Previously submitted and deficiency response submitted 10.29.09 |
|---|---|---|---|---|
| Mitchell | Crystal | Strom & Young | 2:09cv05337 | Submitted 9.2.09 via James Gray Mitchell |