AFFIDAVIT OF MICHAEL K. ROZEN

TENDERED PURSUANT TO FED. R. CIV. P. 53

STATE OF *New York* )

                    ) s.s.           AFFIDAVIT

COUNTY OF *New York*

Michael K. Rozen, being first duly sworn according to law, states the following:

1.     I have thoroughly familiarized myself with the issues involved in the multidistrict litigation captioned *In re Chinese-Manufactured Drywall Products Liability Litigation*, No. 09-2047, which is pending in the United States District Court for the Eastern District of Louisiana. As a result of my knowledge of that case, I can attest and affirm that there are no non-disclosed grounds for my disqualification under 28 U.S.C. § 455 that would prevent me from serving as the Special Master in the captioned matter.

FURTHER AFFIANT SAYETH NAUGHT.

Sworn to before me and subscribed in my presence this 24th day of November, 2009.

_____
Notary Public

```
PATRICIA CASEY
Notary Public - State of New York
NO. 01CA6020629
Qualified in Nassau County
My Commission Expires  3/1/11
```

*Certificate filed in New York County*