UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**This Document Relates to** *Germano v. Taishan Gypsum Co. Ltd.*, **Case No. 09-6687**

## ORDER

The Court received a letter from counsel for Defendants Venture Supply, Inc. and Porter-Blaine Corp. requesting that the Court set a hearing next week for the Defendants' Rule 12(b)(1) and Rule 12(b)(6) Motions and Objection to the Apparent Stipulation or Agreement Between the DSC and PSC.  The Court considered counsel's request, and has determined that it will not hear any motions that are not currently pending before the MDL Court and in which briefs have not been submitted to the MDL Court.  Accordingly, IT IS ORDERED that Defendants Venture Supply, Inc. and Porter-Blaine Corp.'s Rule 12(b)(1) and Rule 12(b)(6) Motions and Objection to the Apparent Stipulation or Agreement Between the DSC and PSC, which have not been filed or briefed in the MDL, will not be heard by the Court next week.

IT IS FURTHER ORDERED that, consistent with the Minute Entry of November 19, 2009 (Rec. Doc. No. 489), a hearing is SCHEDULED for Friday, December 4, 2009, at 9:00 a.m. at which the Court will hear the following motions: Plaintiff Steering Committee's Motion to Compel Discovery from Defendants Venture Supply, Inc. and Porter-Blaine Corp. (Rec. Doc. No. 432), and Venture Supply, Inc. and Porter-Blaine Corp.'s Motion to Disqualify Counsel for

Plaintiffs (Re-noticed by Response, Rec. Doc. No. 346).

       New Orleans, Louisiana, this  24th  day of November, 2009.

                                                         _____
                                                         ELDON E. FALLON
                                                         UNITED STATES DISTRICT JUDGE