UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

In Pretrial Order No. 1C the Court "lift[ed] the stay on motion practice in the MDL, unless a case or motion is specifically excepted from this Order by the Court."  The Court has determined that it is appropriate to except *Gross v. Knauf Gips KG*, Case No. 09-6690 from Pretrial Order No.1C, and directs that the stay on motion practice instituted by Pretrial Order No.1 remain in place in this case until further notice from the Court.

New Orleans, Louisiana, this  24th  day of November, 2009.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE