MINUTE ENTRY
FALLON, J.
NOVEMBER 19, 2009

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE-MANUFACTURED                    MDL NO. 2047
      DRYWALL PRODUCTS
      LIABILITY LITIGATION                         SECTION: L

                                                  JUDGE FALLON

THIS DOCUMENT RELATES TO ALL CASES          MAGISTRATE WILKINSON

BEFORE JUDGE ELDON E. FALLON
Case Manager: Gaylyn Lambert
Court Reporter: Jodi Simcox
Appearances: Victor Diaz, Esq., Steve Herman, Esq., Fred Longer, Esq. For PSC
             Neil Sivyer, Esq. For Homebuilders Steering Committee
             Richard Duplantier, Esq. For Interior Exterior Building Supply LP
             Don Hayden, Esq., Kerry Miller, Esq. For Defendant Steering Committee

1.     Motions of the Distributor and Manufacturer Defendants to Dismiss or Alternatively, to
      Strike Plaintiffs' Tort Claims for Economic Damages (295)

Argument-TAKEN UNDER SUBMISSION.

2.     Motion of the HSC to Compel Compliance with Chapter 558, Florida Statutes (416)

Argument-GRANTED insofar as the Court recognizes the viability of Chapter 558, Florida
Statutes in the instant matter.  However, the application of Chapter 558 is case-specific.
Accordingly, Chapter 558 applies in the following manner: With regard to cases in which proper
notice has been given, re-notice is not necessary, and the suit may proceed; with regard to cases
in which notice have been given and a suit filed, the suit is abated, if at all, after 60 days has
passed since the notice was given; with regard to cases in which no notice has been given, the
suit is abated until proper notice has been given and 60 days have passed since that notice.   The
Court recognizes that Chapter 558 does not operate to dismiss Plaintiffs' property damage
claims, but rather, merely abates those claims until proper notice has been given.

3.     Motion of Defendant Interior Exterior for Partial Summary Judgment Regarding Good
      Faith Sellers Under Louisiana Law (292 corrected at 448)

Argument-DENIED with the right to refile.

JS10:    :37