IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL No. 2047<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 09-6687 (E.D.La.) | : : : : : : : | |

## MOTION FOR MORE DEFINITE STATEMENT AND MOTION TO DISMISS

Defendant Tobin Trading Inc. ("Tobin"), by counsel, responding to the "Second Amended Complaint – Class Action" ("Second Amended Complaint") previously filed herein (MDL No. 2047, Doc. No. 470),[1] and for its Motion For More Definite Statement and Motion to Dismiss pursuant to Rules 9, 12(b)(6) and 12(e) of the Federal Rules of Civil Procedure, states the following:

---

[1] By Order entered November 17, 2009 (Doc. 469), the Court granted the Plaintiffs' Motion to Amend the First Amended Class Action Complaint by Interlineation. Before this action was transferred to this Court from the Eastern District of Virginia, Tobin Trading Inc. filed a motion for more definite statement, motion to dismiss, and answer to the "First Amended Complaint – Class Action" filed by the Plaintiffs in the *Germano* action (Case No. 2:09cv202). Those responsive pleadings (and supporting memoranda) are incorporated herein by reference. Tobin Trading also objects to the Eastern District of Louisiana's exercise of personal jurisdiction over Tobin under Rule 12(b)(2), and objects to the Eastern District of Louisiana as an improper venue under Rule 12(b)(3) and 28 U.S.C. § 1391, for the reasons stated in its Answer (Seventh and Eighth Affirmative Defenses) filed contemporaneously herewith. This motion is filed subject to and without waiving Tobin's objections to personal jurisdiction and venue.

1

1. With regard to Tobin Trading, Inc., the allegations of the Second Amended Complaint are so vague, ambiguous, conclusory and general in nature that Tobin cannot reasonably prepare a response.  Accordingly, pursuant to Rule 12(e) of the Federal Rules of Civil Procedure, and for the reasons stated more fully in its supporting memorandum filed herewith, Tobin moves for an Order directing the Plaintiffs to file a more definite statement of their pleading.  The factual details desired are described in the memorandum filed herewith.

2. For the reasons stated more fully in its supporting memorandum filed herewith, Count I (Negligence) of the Second Amended Complaint fails to state a claim against Tobin, and fails to state sufficient facts upon which the relief demanded can be granted.

3. For the reasons stated more fully in its supporting memorandum filed herewith, Count II (Negligence *Per Se*) of the Second Amended Complaint fails to state a claim against Tobin, and fails to state sufficient facts upon which the relief demanded can be granted.

4. For the reasons stated more fully in its supporting memorandum filed herewith, Count III (Breach of Express and/or Implied Warranties) of the Second Amended Complaint fails to state a claim against Tobin, and fails to state sufficient facts upon which the relief demanded can be granted.

5. For the reasons stated more fully in its supporting memorandum filed herewith, Count V (Private Nuisance) of the Second Amended Complaint fails to state a claim against Tobin, and fails to state sufficient facts upon which the relief demanded can be granted.

6. For the reasons stated more fully in its supporting memorandum filed herewith, Count VI (Unjust Enrichment) of the Second Amended Complaint fails to state a claim against Tobin, and fails to state sufficient facts upon which the relief demanded can be granted.

7. For the reasons stated more fully in its supporting memorandum filed herewith, Count VII (Violation of Consumer Protection Acts) of the Second Amended Complaint fails to state a claim against Tobin, and fails to state sufficient facts upon which the relief demanded can be granted.

8. For the reasons stated more fully in its supporting memorandum filed herewith, Count VIII (Equitable and Injunctive Relief and Medical Monitoring) of the Second Amended Complaint fails to state a claim against Tobin, and fails to state sufficient facts upon which the relief demanded can be granted.

9. For the reasons stated more fully in its supporting memorandum filed herewith, the Second Amended Complaint fails to state a claim for punitive damages against Tobin, and fails to state sufficient facts upon which an award of punitive damages can be granted against Tobin.

WHEREFORE, Defendant Tobin Trading Inc. respectfully prays that this Court enter an Order granting its Motion for More Definite Statement and Motion to Dismiss, and for such other and further relief as this Court deems appropriate.

    Respectfully submitted,

    TOBIN TRADING, INC.

Date:  November 25, 2009    By:    /s/ Theodore I. Brenner
    Theodore I. Brenner, VSB 17815
    BRENNER, EVANS & MILLMAN, P.C.
    411 E. Franklin Street, Suite 200
    P.O. Box 470
    Richmond, Virginia  23218-0470
    Phone: (804) 644-1300
    Fax: (804) 644-1354
    E-mail: tbrenner@beylaw.com

>Jay O. Millman, VSB 37212
>BRENNER, EVANS & MILLMAN, P.C.
>411 E. Franklin Street, Suite 200
>P.O. Box 470
>Richmond, Virginia  23218-0470
>Phone: (804) 644-1300
>Fax: (804) 644-1354
>E-mail: jom@beylaw.com
>
>Alexander S. de Witt, VSB 42708
>BRENNER, EVANS & MILLMAN, P.C.
>411 E. Franklin Street, Suite 200
>P.O. Box 470
>Richmond, VA  23218-0470
>Phone: (804) 644-1300
>Fax: (804) 644-1354
>E-mail: adewitt@beylaw.com
>
>*ATTORNEYS FOR TOBIN TRADING, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion has been served on Plaintiffsø Liaison Counsel, Russ Herman, and DefendantsøLiaison Counsel Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mal and upon all parties by electronically uploading the same to LexisNexis File and Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this 25th day of November, 2009

>By:   /s/ Theodore I. Brenner