✎ AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| DAVID KESSLER AND AMANDA KESSLER | ) | 09MD2047 L (2) |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 09-6072 |
| GMI CONSTRUCTION INC., et. al. | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

    HBW INSURANCE SERVICES LLC
    Through its agent of service;  C T CORPORATION
    5615 Corporate Blvd. Suite 400B
    Baton Rouge, LA., 70808

A lawsuit has been filed against you.

    Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

  Berniard Law Firm
  Jeffrey P. Berniard
  643 Magazine St., Suite 402
  New Orleans, LA. 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                                     Loretta G. Whyte
                                                                                     Name of clerk of court

Date:  **Nov 30 2009**
                                                                                     Deputy clerk's signature

(*Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).*)

◎ AO 440 (Rev. 04/08)  Civil Summons (Page 2)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on _____ ,
by:

 (1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

 (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
  who resides there and is of suitable age and discretion; or

 (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

 (4) returning the summons unexecuted to the court clerk on _____ ; or

 (5) other *(specify)* CERTIFIED MAIL
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

Date: _____

                   _____
                          Server's signature

                   _____
                          Printed name and title

                   _____
                          Server's address