UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. : 

**This Document Relates to *Germano v. Taishan Gypsum Co. Ltd.*, Case No. 09-6687**

## ORDER

Pursuant to Pretrial Order No.1C, the Court excepted Venture Supply, Inc. and Porter-Blaine Corp.'s Motion to Disqualify Counsel for Plaintiffs from the general continuance and scheduled a hearing for Friday, December 4, 2009, at 9:00 a.m. CST (Rec. Doc. No. 506). Although the Plaintiffs' Steering Committee re-noticed the Motion in the MDL pursuant to Pretrial Order No.1 (Rec. Doc. No. 346), because the Motion was filed before the case was transferred to the MDL Court, not all relevant documents appear on the MDL Court's docket. Accordingly, the Court now enters the Motion, Response, Rebuttal and accompanying briefs into the MDL 2047 docket.

attachments

New Orleans, Louisiana, this  30th  day of November, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE