# Sinnott Nuckols & Logan, PC
### ATTORNEYS AT LAW

(804) 378-7600 Ext. 3316                                                                                                         mnanavati@snllaw.com

August 20, 2009

Richard J. Serpe, Esquire
LAW OFFICE OF RICHARD J. SERPE, P.C.
Crown Center, Suite 310
580 Main Street
Norfolk, Virginia 23510

Daniel C. Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3697

> Re:   **Tuan Nguyen and Colleen Nguyen v. Venture Supply, Inc., The Porter-Blaine Corp., and Curb Appeal Home Builders, Inc.**
> Norfolk Circuit Court; Case No. CL09-3105
> **Michelle Germano, et al. v. Taishan Gypsum Co. Ltd., et al.**
> United States District Court; Eastern District of Virginia
> Case No.: 2:09-cv-202
> **Curtis Hinkley, et al. v. Taishan Gypsum Co. Ltd., et al.**
> United States District Court; Eastern District of North Carolina; Northern Division
> Case No.: 2:09-cv-00025-FL
> **MDL No. 2047 – IN RE: Chinese-Manufactured Drywall Products Liability Litigation**

Dear Richard and Dan:

   I am writing in regard to the above matters. Venture Supply, Inc., The Porter-Blaine Corp. and Tobin Trading recently posed the following question to the Virginia State Bar for an informal opinion:

   Is a lawyer representing the plaintiffs in a class action lawsuit precluded from representing an individual who wishes to bring a tort action involving related subject matter against the same defendant? Just for reference, the cost of complying with a judgment in favor of the individual or class may render the defendant financially unable to satisfy the claims of the other.

Serpe and Levin – 2
August 20, 2009

    In response, we were told that it would be a conflict if both plaintiffs are potentially after the same pot of money, which has limitations – a conflict that cannot be cured with consent. We were further informed that the best case would be to move for disqualification of counsel as to both actions.

    Obviously, this response appears problematic for the above mentioned cases. As such, we thought it might be a good idea for you to contact the Virginia State Bar for an opinion on this and see what you hear. Once you have done so, please let Ted, Ken or me know your thoughts on this issue.

    Finally, Richard, I just learned that you have filed four additional state court suits in Norfolk seeking $2,000,000.00 each. I believe these suits are in the same position as those cited above. In the mean time, if you have any questions or concerns, please contact one of us.

    With best regards, I remain

                                                 Sincerely yours,

                                                 Mark C. Nanavati

/mcn

cc:    Theodore L. Brenner, Esquire
        John Franklin, III, Esquire