IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | :MDL NO. 2047<br>:Section L<br>: |
| **This Document Relates to**<br>Germano, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co. Ltd., et al. Case No. 2:09-cv-6687 (E.D. La.) | :JUDGE FALLON<br>:MAG. JUDGE WILKINSON |

### VENTURE SUPPLY, INC. AND THE PORTER-BLAINE CORPORATION'S NOTICE OF FILING

Venture Supply, Inc. ("Venture") and The Porter-Blaine Corporation ("PB"), by counsel, and respectfully provide notice of the filing of the foregoing[1] on this date:

1. Opposition to Motion to Compel with 12 Exhibits (served 11/13/2009)

2. Request for Hearing (served 11/19/2009)

3. Objection to Apparent Agreement (served 11/20/2009)

4. Exhibit to Apparent Agreement (served 11/23/2009)

5. Responsive Pleadings with 1 Exhibit (served 11/24/2009)

6. Amended Responsive Pleadings with 1 Exhibit (served 11/25/2009)

This the 30th day of November, 2009.

Respectfully submitted,

---

[1] Through error or miscommunication, Venture and PB were told that documents only needed to be submitted through Lexis/Nexis and that the DSC would thereafter file them with the Court. As such, the dates contained in the referenced pleadings, reflect the date they were served on counsel rather than today's date. This is now being corrected by Venture and PB.

By: _____/s/_____
Mark C. Nanavati, Esquire (VSB #38709)
Kenneth F. Hardt, Esquire (VSB # 23966)
Sinnott, Nuckols & Logan, P.C.
13811 Village Mill Drive
Midlothian, Virginia 23114
(804) 378-7600 ext. 3311 or 3316
(804) 378-2610 (fax)
khardt@snllaw.com
mnanavati@snllaw.com
*Attorneys for Defendants Venture Supply Inc.
and The Porter-Blaine Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance and Request for Service of All Documents and Pleadings has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 1st day of December, 2009.

_____/s/_____
Kenneth F. Hardt