

Nov 23 2009
1:00PM

**Kenneth F. Hardt**

**From:** Kenneth F. Hardt [khardt@snllaw.com]
**Sent:** Tuesday, November 17, 2009 11:19 AM
**To:** 'Richard Serpe'
**Cc:** 'Mark Nanavati'; 'Spaulding, Kyle'
**Subject:** FW: Case: MC MDL 2047; Transaction: 28060197 - Notification of Service
**Attachments:** IT IS ORDERED that t.pdf




Home | About Us | Directory | Publications | Contact Us | Directions

Richard. I understand the PSC and DSC are meeting on their cross motions to compel at the "meet and confer" tomorrow. I also understand that your motion directed at Venture and PB is not part of that meeting (I wasn't even consulted about the "meet and confer" anyway). Now that the Judge has denied the motion to expedite the hearing, including the hearing on your motion directed at my clients, I have cancelled my flight and we can discuss your motion to compel at any time you would like. Just let me know when it is convenient for you and we can set up a conference call or meeting here in Virginia. We look forward to working with you on this matter. Ken

Bio | V-card




Kenneth F. Hardt, *Esquire*
khardt@snllaw.com
(804) 378-7600
Extension 3511
Fax: (804) 423-5424

13811 Village Mill Drive, Midlothian, VA 23114-4365
www.snllaw.com

-----Original Message-----
From: LexisNexis File & Serve [mailto:ServiceNotification@fileandserve.lexisnexis.com]
Sent: Monday, November 16, 2009 3:48 PM
To: khardt@snllaw.com
Subject: Case: MC MDL 2047; Transaction: 28060197 - Notification of Service

To: Kenneth F Hardt
From: LexisNexis File & Serve
Subject: Service of Documents in In re: Chinese Manufactured Drywall Products Liability Litigation

You are being served documents that have been electronically submitted in In re: Chinese Manufactured Drywall Products Liability Litigation through LexisNexis File & Serve. The details for this transaction are listed below.

Court: LA US District Court Eastern District E-Service-Chinese Drywall
Case Name: In re: Chinese Manufactured Drywall Products Liability Litigation
Case Number: MC MDL 2047
Transaction ID: 28060197
Document Title(s):



IT IS ORDERED that the PSC and DSC's motions to expedite hearing [431], [433] & [437] regarding motions to compel are DENIED. Signed by Judge Eldon E. Fallon on 11-12-09. (1 page)
Authorized Date/Time: Nov 16 2009 2:46PM CST
Authorizer: LexisNexis Service
Authorizer's Organization: LexisNexis Service
Sending Parties:
LexisNexis Service
Served Parties:
Defendant

Check for additional details (and view the documents) online at:
https://fileandserve.lexisnexis.com/Login/Login.aspx?FI=28060197 (subscriber login required)

Thank you for using LexisNexis File & Serve.

Questions? For prompt, courteous assistance please contact LexisNexis Customer Service by phone at 1-888-529-7587 (24/7).

<>

## Kenneth F. Hardt

**From:** Spaulding, Kyle [kspaulding@frilot.com]
**Sent:** Tuesday, November 17, 2009 11:23 AM
**To:** Ken Hardt
**Cc:** Mark Nanavati; Miller, Kerry J.
**Subject:** RE: Discovery meet & confer

You should be able to meet and confer with Richard Serpe and/or Fred Longer on your discovery issues.

Kyle A. Spaulding
FRILOT L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Direct: 504.599.8249
Facsimile: 504.599.8137
E-mail: kspaulding@frilot.com

---

**From:** Kenneth F. Hardt [mailto:khardt@snllaw.com]
**Sent:** Tuesday, November 17, 2009 9:22 AM
**To:** Spaulding, Kyle
**Cc:** Mark Nanavati; Miller, Kerry J.
**Subject:** RE: Discovery meet & confer

Sinnott Nuckols & Logan, PC

Home | About Us | Directory | Publications | Contact Us | Directions

Kyle....I see that the Court included the motion to compel against my clients venture and porter blaine in denying the expedited hearing. You mentioned that the meet and confer was dealing with the PSC and DSC's motions to compel directed at each other, and did not include the motion dealing with my clients. Is this something I can "meet and confer" with Virginia counsel Richard Serpe here in Virginia, who is charged by the PSC with dealing with the Virginia cases, rather than coming all the way to New Orleans to meet and confer with him there? I need to know something asap...thanks..Ken



**From:** Spaulding, Kyle [mailto:kspaulding@frilot.com]
**Sent:** Monday, November 16, 2009 10:55 AM
**To:** Ken Hardt
**Cc:** Mark Nanavati; Miller, Kerry J.
**Subject:** RE: Discovery meet & confer

It's not set for hearing. The PSC requested the 19th, but the Court has not granted their request.

---

**From:** khardt@snllaw.com [mailto:khardt@snllaw.com]
**Sent:** Monday, November 16, 2009 8:24 AM
**To:** Spaulding, Kyle
**Cc:** Mark Nanavati; Miller, Kerry J.
**Subject:** Re: Discovery meet & confer

Can you tell me if the motion to compel Venture and Porter Blaine is on the docket for Thursday?

Sent from my Verizon Wireless BlackBerry

---

**From:** "Spaulding, Kyle" <kspaulding@frilot.com>
**Date:** Mon, 16 Nov 2009 08:09:54 -0600
**To:** Ken Hardt<khardt@snllaw.com>
**Cc:** Mark Nanavati<mnanavati@snllaw.com>; Miller, Kerry J.<kmiller@frilot.com>
**Subject:** RE: Discovery meet & confer

It does not. The agreement only concerns the DSC motion to compel and the PSC's generic motion to compel discovery.

Kyle A. Spaulding
FRILOT L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Direct: 504.599.8249
Facsimile: 504.599.8137
E-mail: kspaulding@frilot.com

---

**From:** Kenneth F. Hardt [mailto:khardt@snllaw.com]
**Sent:** Friday, November 13, 2009 3:20 PM
**To:** Spaulding, Kyle
**Cc:** Mark Nanavati
**Subject:** RE: Discovery meet & confer

Kyle...does this include the specific motion to compel directed at my clients Venture and Porter-Blaine??

**From:** Spaulding, Kyle [mailto:kspaulding@frilot.com]
**Sent:** Friday, November 13, 2009 4:05 PM
**To:** Adam Rabinowitz; Adam Foslid; Amanda Aucoin; Brian Casey; Catherine Giarrusso; Chris Bottcher; Chris Coutroulis; Chrisotpher Wiemken; Clark Smith; Daniel Caruso; David Bienvenu; David Conner; David Loeb; Donald Hayden; Dorothy

Wimberly; Douglas Sanders; Du Plantier; Ed Briscoe; Ed Fitzpatrick; Eduardo Rasco; Edwin Laizer; Effie Silva; Francis Liantonio; Frank Smith; Frank Brannen; Fred Moore; Gary Baumann; Greg Burge; Hilarie Bass; James Nieset; Jan Atlas; Jaret Fuente; Jeffrey Kronengold; Jeffrey Backman; Jeffrey Richardson; Jennifer R; Jeremy Bertsch; Jeremy Springhart; Joe Hassinger; John Franklin; John Marion; John Joyce; Judy Barrasso; Ken Hardt; Kent Koch; Kevin Buster; Kieran Fallon; l logsdon; Lee Reeves; Liz Ferry; M Jackson; Mark Salky; Mark Nanavati; Mark Romance; Mary Blanche; Matthew Allen; Michael Feldman; Michelle Nelson; Miller, Kerry J.; Mindi Schulz; Mott Mcdonald; Nancy Fouad; Neal Sivyer; Nicole Loup; Paula Wellons; Peter Goldman; Phillip Wittmann; Pipes, Minor; Rebecca Battaglia; Ricardo Woods; Richard Musgrave; Robert Fitzsimmons; Robert Horwitz; Russell Allison; Scott Loeb; Shima Roy; Spaulding, Kyle; Steve Bimston; Steve Walker; Steven Samilow; Steven Schilling; Steven Schwartz; Tamara Plattsmier; Theodore Brenner; Thomas Buckley; Tim Kozik; Vanessa Serrano; Wade Langlois; Warren Horn; William Harvey; William Gaudet
**Subject:** CDW: Discovery meet & confer

Counsel-The dueling motions to compel discovery set for hearing on November 19th have been taken off the docket pursuant to an agreement between liaison counsel for the PSC, DSC, and HSC. We will have a follow up meet & confer on discovery issues, including ESI, on Wednesday, November 18 at 5:00 pm CT at the offices of Stone Pigman. If we cannot conclude the meet & confer on that date, the parties should be prepared to stay over after the status conference on the 19th to finish the meeting.

Kyle A. Spaulding
FRILOT L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Direct: 504.599.8249
Facsimile: 504.599.8137
E-mail: kspaulding@frilot.com