David Gross, Cheryl Gross, and Louis Velez, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 100345-0007

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Stock Building Supply, Inc., c/o C.T. Corporation System
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Mr. Daniel C. Levin
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: New Mexico ) ss.
County of: Santa Fe )

Name of Server: **Vern Bowers**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **13** day of **November**, 20 **09**, at **1:30** o'clock **P** M

Place of Service: at **123 East Marcy**, in **Santa Fe, NM 87501**

Documents Served: the undersigned served the documents described as:
**Summons and Amended Class Action Complaint w/Jury Demand**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Stock Building Supply, Inc., c/o C.T. Corporation System**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **C.T. Corporation, LeeAnn Martinez**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **Cau**; Hair Color **Brn**; Facial Hair **N/A**
Approx. Age **30**; Approx. Height **5'5"**; Approx. Weight **130**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*V Bowers*
Signature of Server

Subscribed and sworn to before me this **13** day of **Nov**, 20 **09**

*[signature]*
Notary Public           (Commission Expires)

**APS International, Ltd.**



OFFICIAL SEAL
Cynthia M. Bowers
NOTARY PUBLIC - STATE OF NEW MEXICO
My Commission Expires: 2/20/10