David Gross, Cheryl Gross, and Louis Velez, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 100345-0010

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--International Materials Trading, Incorporated, c/o Corporate Services of Nevada
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Mr. Daniel C. Levin
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **NEVADA** ) ss.
County of: **WASHOE** )

**Name of Server:** **ROBERT DEALE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **13th** day of **NOVEMBER**, 20 **09**, at **3:25** o'clock **P** M

**Place of Service:** at **204 W. SPEAR ST.**, in Carson City, NV 89703

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Class Action Complaint w/Jury Demand**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**International Materials Trading, Incorporated, c/o Corporate Services of Nevada**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **STEPHANIE LUJAN, REGISTERED AGENT**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F** ; Skin Color **HISPANIC** ; Hair Color **Brown** ; Facial Hair **N/A**
Approx. Age **35** ; Approx. Height **5'3"** ; Approx. Weight **120**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this **16th** day of **NOVEMBER**, 20 **09**

_____   4/28/2011
Notary Public           (Commission Expires)

**APS International, Ltd.**

GWENN DELORME
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 09-57651-2 - Expires April 28, 2011