# EXHIBIT 1

| Style | Court | Case No. | Date Action Was Instituted | Amount Sued For |
|---|---|---|---|---|
| Nguyen v. Curb Appeal Home Builders, et al. | Norfolk Circuit Court | CL09-3105 | 8-May-2009 | $2,000,000.00 |
| Sakony v. Wellington, LLC, et al. | Norfolk Circuit Court | CL09-5127 | 10-Aug-2009 | $2,000,000.00 |
| Baldwin v. Wellington, LLC, et al. | Norfolk Circuit Court | CL09-5135 | 10-Aug-2009 | $2,000,000.00 |
| Galgano v. Wellington, LLC, et al. | Norfolk Circuit Court | CL09-5137 | 10-Aug-2009 | $2,000,000.00 |
| Ward v. Peak Building Corporation, et al. | Norfolk Circuit Court | CL09-5167 | 10-Aug-2009 | $2,000,000.00 |
| Morgan v. Wellington, LLC, et al. | Norfolk Circuit Court | CL09-5133 | 11-Aug-2009 | $2,000,000.00 |
| Heishober v. Peak Building Corporation, et al. | Norfolk Circuit Court | CL09-5168 | 12-Aug-2009 | $2,000,000.00 |
| Edmonds v. Parallel Design & Development, et al. | Norfolk Circuit Court | CL09-5697 | 3-Sep-2009 | $2,000,000.00 |
| Orlando v. Wellington, LLC, et al. | Norfolk Circuit Court | CL09-5722 | 4-Sep-2009 | $2,000,000.00 |
| Gulledge v. Woodall, LLC, et al. | Norfolk Circuit Court | CL09-5763 | 8-Sep-2009 | $2,000,000.00 |
| Sakowski v. Wyndwil, LLC, et al. | Norfolk Circuit Court | CL09-5795 | 9-Sep-2009 | $2,000,000.00 |
| Simpson v. Wyndwil, LLC, et al. | Norfolk Circuit Court | CL09-5822 | 10-Sep-2009 | $2,000,000.00 |
| Smith v. HHJV, LLC, et al. | Norfolk Circuit Court | CL09-5901 | 14-Sep-2009 | $2,000,000.00 |

| Style | Court | Case No. | Date Action Was Instituted | Amount Sued For |
|---|---|---|---|---|
| Gandy v. HHJV, LLC, et al. | Norfolk Circuit Court | CL09-5891 | 15-Sep-2009 | $2,000,000.00 |
| Bailey v. HHJV, LLC, et al. | Norfolk Circuit Court | CL09-5892 | 15-Sep-2009 | $2,000,000.00 |
| Havrilla v. HHJV, LLC, et al. | Norfolk Circuit Court | CL09-5893 | 15-Sep-2009 | $2,000,000.00 |
| Fowle v. HHJV, LLC, et al. | Norfolk Circuit Court | CL09-5894 | 15-Sep-2009 | $2,000,000.00 |
| Fontenot v. HHJV, LLC, et al. | Norfolk Circuit Court | CL09-5895 | 15-Sep-2009 | $2,000,000.00 |
| McKellar v. HHJV, LLC, et al. | Norfolk Circuit Court | CL09-5903 | 15-Sep-2009 | $2,000,000.00 |
| Leach v. Wellington, LLC, et al. | Norfolk Circuit Court | CL09-5932 | 16-Sep-2009 | $500,000.00 |
| Riedl v. HHJV, LLC, et al. | Norfolk Circuit Court | CL09-5946 | 16-Sep-2009 | $2,000,000.00 |
| Matulenas v. Venture Supply, Inc., et al. | Norfolk Circuit Court | CL09-6328 | 5-Oct-2009 | $2,000,000.00 |
| Jones v. HHJV, LLC, et al. | Norfolk Circuit Court | CL09-6329 | 5-Oct-2009 | $2,000,000.00 |
| Day v. Venture Supply, Inc., et al. | Norfolk Circuit Court | CL09-6330 | 5-Oct-2009 | $2,000,000.00 |
| Brown v. HHJV, LLC, et al. | Norfolk Circuit Court | CL09-6331 | 5-Oct-2009 | $2,000,000.00 |
| Lenander v. Wellington, LLC, et al. | Norfolk Circuit Court | CL09-6332 | 5-Oct-2009 | $2,000,000.00 |

| Style | Court | Case No. | Date Action Was Instituted | Amount Sued For |
|---|---|---|---|---|
| Blount v. HHJV, LLC, et al. | Norfolk Circuit Court | CL09-6333 | 5-Oct-2009 | $2,000,000.00 |
| Michaux v. HHJV, et al. | Norfolk Circuit Court | CL09-6334 | 5-Oct-2009 | $2,000,000.00 |
| Levy v. Venture Supply, Inc., et al. | Norfolk Circuit Court | CL09-6365 | 6-Oct-2009 | $2,000,000.00 |
| Germano v. Harbor Walk Development, LLC, et al. | Norfolk Circuit Court | CL09-6366 | 6-Oct-2009 | $2,000,000.00 |
| Dunn v. Harbor Walk Development, LLC, et al. | Norfolk Circuit Court | CL09-6367 | 6-Oct-2009 | $2,000,000.00 |
| Atkins v. HHJV, LLC, et al. | Norfolk Circuit Court | CL09-6487 | 13-Oct-2009 | $2,000,000.00 |
| MacKall v. HHJV, LLC, et al. | Norfolk Circuit Court | CL09-6629 | 19-Oct-2009 | $2,000,000.00 |
| Hollingsworth v. HHJV, LLC, et al. | Norfolk Circuit Court | CL09-6630 | 19-Oct-2009 | $2,000,000.00 |
| Phillips v. HHJV, LLC, et al. | Norfolk Circuit Court | CL09-6631 | 19-Oct-2009 | $2,000,000.00 |
| Walker v. HHJV, LLC, et al. | Norfolk Circuit Court | CL09-6720 | 22-Oct-2009 | $2,000,000.00 |
| Burgohy v. HHJV, LLC, et al. | Norfolk Circuit Court | CL09-6721 | 22-Oct-2009 | $2,000,000.00 |
| Cain v. HHJV, LLC, et al. | Norfolk Circuit Court | CL09-6725 | 22-Oct-2009 | $2,000,000.00 |
| Dillard v. HHJV, LLC, et al. | Norfolk Circuit Court | CL09-6726 | 22-Oct-2009 | $2,000,000.00 |

| Style | Court | Case No. | Date Action Was Instituted | Amount Sued For |
|---|---|---|---|---|
| Parker v. HHJV, LLC, et al. | Norfolk Circuit Court | CL09-6784 | 27-Oct-2009 | $2,000,000.00 |
| Allen v. HHJV, LLC, et al. | Norfolk Circuit Court | CL09-6785 | 27-Oct-2009 | $2,000,000.00 |
| Goboy v. Ainslie Group, et al. | Norfolk Circuit Court | CL09-6820 | 28-Oct-2009 | $2,000,000.00 |
| Woodson v. Ainslie Group, et al. | Norfolk Circuit Court | CL09-6875 | 30-Oct-2009 | $2,000,000.00 |
| Barnes v. Atlantic Homes, LLC, et al. | Norfolk Circuit Court | CL09-6876 | 30-Oct-2009 | $2,000,000.00 |
| Hrishikesh v. Atlantic Homes, LLC, et al. | Norfolk Circuit Court | CL09-6878 | 30-Oct-2009 | $2,000,000.00 |
| Christ v. Ainslie Group, et al. | Norfolk Circuit Court | CL09-6879 | 30-Oct-2009 | $2,000,000.00 |
| Starnes v. Wellington, LLC, et al. | Norfolk Circuit Court | CL09-6880 | 30-Oct-2009 | $2,000,000.00 |
| Anello v. Ainslie Group, et al. | Norfolk Circuit Court | CL09-6952 | 4-Nov-2009 | $2,000,000.00 |
| Kim v. HHJV, LLC et al. | Norfolk Circuit Court | CL09-7024 | 6-Nov-2009 | $2,000,000.00 |
| Cousins v. HHJV, LLC, et al. | Norfolk Circuit Court | CL09-7078 | 10-Nov-2009 | $2,000,000.00 |
| Perez v. HHJV, LLC, et al. | Norfolk Circuit Court | CL09-7079 | 10-Nov-2009 | $2,000,000.00 |
| Germano v. Harbor Walk Development, LLC, et al. | United States District Court for the Eastern District of Virginia; Norfolk Division | 2:09-cv-202 | 1-May-2009 | $5,000,000.00 |

| Style | Court | Case No. | Date Action Was Instituted | Amount Sued For |
|---|---|---|---|---|
| Hinkley v. Venture Supply, Inc., et al. | United States District Court for the Eastern District of North Carolina; Northern Division | 2:09-cv-25 | 15-May-2009 | $5,000,000.00 |
| Gross v. Knauf Gips KG, et al. | United States District Court for the Eastern District of Louisiana | Sep-90 | 7-Oct-2009 | $5,000,000.00 |