

28036308
Nov 13 2009
2:22PM

# EXHIBIT 2

# Kenneth F. Hardt

**From:** Kenneth F. Hardt [khardt@snllaw.com]
**Sent:** Wednesday, October 28, 2009 4:49 PM
**To:** 'Richard Serpe'
**Cc:** 'mnanavati@snllaw.com'
**Subject:** Installer profile form



Richard....I have been trying to get answers on the Contractor/Installer form and its contents, but was getting nowhere. So I finally spoke with an attorney that represents an installer in Florida. He told me that the parties are negotiating over the contents of the form because there apparently was some confusion when it was cut-and-pasted out of one of the other forms. For example, it includes requests about consulting experts, opinions, reports, etc., which none of the other forms have. The Florida attorney mentioned that the negotiations over this form was noted during one of the hearings.

In any event, I will assume that a revised form will be agreed upon by the PSC and DSC and will be presented to Judge Fallon for entry. Accordingly, I plan to sit tight for now on that particular form. As a practical matter, however, the Venture profile form provides any information that would be wanted from Porter-Blaine form.

Thanks...Ken



Confidentiality Notice
This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

| | |
|---|---|
| From: | Kenneth F. Hardt |
| To: | "Richard Serpe"; "Mark C. Nanavati" |
| Cc: | "Lenny Davis" |
| Subject: | RE: Contractor-Installer Defendant Profile Form |
| Date: | Monday, November 09, 2009 5:07:56 PM |

www.snllaw.com



Richard

As we discussed on the phone, the installer form asks for more information, primarily about experts and work product material, then any other form I have seen, including the importer form that we filled out for Venture. Here are my specific comments:

Section IV, question 6. Although we have done no sampling of the named plaintiffs' homes, this question asks for what could be consulting expert information. If we eventually do test, say the Germano's home, I would object to producing this information until it was determined that we would use the expert as a testifying expert and disclose the information. Certainly, the plaintiffs do not want to disclose consulting expert information. If plaintiffs are required to disclose all testing on their homes even by consultants, please let me know and we can discuss this.

Section IV, question 7. This asks for all statements taken of anyone. Although we have no statements other than maybe a complaint by the specific plaintiffs themselves, we would object to this as seeking work product unless the question asks solely about statements taken from the plaintiffs, which we would have to disclose under the Virginia statute on this. Do the plaintiffs have to disclose this on their forms?

Section IV, question 9. This asks for any "communication", which would include work product or attorney-client material. To the extent it asks solely about communications from the plaintiffs, that is fine. Do the plaintiffs have to disclose this on their forms?

Section IV, question 11. In its entirety it seeks consulting expert information. See above on this. Certainly, the plaintiffs are not required to disclose this.

Although these are really "stylistic" comments –

Section V – it starts with Paragraph B, when there is no A, and question B1 is redundant of an earlier question (Section IV a 1). Really, I think section V, which starts with "B", belongs in section IV

Section VI – has two question 2's

The form really needs to be "cleaned up" as well – who has it in a Word format? Also, if someone has it in a Word format, can you provide that so we don't have to re-type the form like we did with Ventures?

As I mentioned to you, you really are not going to get any more information from Porter-Blaine than you did from Venture. However, I have been attempting to get this form "cleaned up" since we got transferred into this case because I fully intend to meet our obligations with respect to Judge Fallon's orders. I started by calling Mr. Miller's office; then trading phone calls with Mr. Davis; then finally contacting installer counsel in Florida, who both said that they understood the form was being re-negotiated by, I am assuming, the PSC and DSC. However, Mr. Miller mentioned that no problems with this form have come up in the discussions, so I'm guessing no one else has mentioned it.

Please let me know what you think. If you can find the Word document, I'll be happy to make the stylistic changes, and discuss with you the substantive changes.

On another note, we just sent to you a CD with a copy of the project files for each of the named plaintiffs in the state court cases or federal cases (that we know of to date). Although we are not required to provide this to you at this time, we certainly believe you are entitled to this information.

Please let me know if you have any questions.

Ken

www.snllaw.com



http://www.lettermark.net/Staging/mm1/snllaw/images/disclaimer.gif



**From:** Richard Serpe [mailto:rserpe@serpefirm.com]
**Sent:** Friday, November 06, 2009 11:33 AM
**To:** Kenneth F. Hardt; Mark C. Nanavati
**Cc:** Lenny Davis
**Subject:** Contractor-Installer Defendant Profile Form

Ken and Mark,

It is my understanding that Porter Blaine Corp. has not filed a profile form because of concerns that

it was incomplete, and/or contained extraneous objectionable questions (I believe you mentioned you're concerned about consulting experts.) In an effort to expedite resolution of this matter, and to obtain a profile form for your client, Lenny Davis has asked me to work with you to resolve, if possible, your concerns, and submit a updated profile form to Judge Fallon for entry.

I have attached a copy of the current form to expedite this process. Would you be kind enough to annotate this form with any concerns that you may have very well promptly respond and see if agreement can be reached in this matter.

Richard Serpe

CC by first-class mail