

28036308
Nov 13 2009
2:22PM

# EXHIBIT 3

## Kenneth F. Hardt

**From:** Kenneth F. Hardt [khardt@snllaw.com]
**Sent:** Friday, September 04, 2009 3:41 PM
**To:** 'Richard Serpe'
**Cc:** 'Mark C. Nanavati'; 'tbrenner@beylaw.com'
**Subject:** RE: Blog entry



Richard...the 30(b)(6) notices you mentioned. We did get a copy from Ted Brenner (we were not sent a courtesy copy by whoever sent the notice out). Mark has a call in to the attorney who signed the notice. Neither Venture nor Porter-Blaine are parties to the MDL or have received subpoenas for any depositions. In addition, we don't believe even if subpoenas were issued, that a representative of a non-party could be forced to go to Louisiana. We don't intend to do anything in response to the 30(b)(6) notices. If you have a different position on this, please let me know. Thanks...Ken

