
28036308
Nov 13 2009
2:22PM

# EXHIBIT 4

# Kenneth F. Hardt

**From:** Richard Serpe [rserpe@serpefirm.com]
**Sent:** Wednesday, November 04, 2009 11:08 AM
**To:** Kenneth F. Hardt
**Cc:** Mark C. Nanavati; Sara V. Theile
**Subject:** RE: Documents and Nguyen brief

- The 12th delivery on the delivery documents Venture Supply filed with the court is 163 S. Gum Street.  A 163 S. Gum Street could not be found but a 163 S. Gum Avenue is the Matulenas' address in Virginia Beach
- Sakowski – Wyndham Plantation West Condominium Phase 3 Unit 1 (438-22-38-120) ; Entry 613 on the Venture Supply shipping documents is 120 Wyndham
- Simpson – Wyndham Plantation West Condominium Phase 3 Unit 3 (438-22-38-120) ; Entry 694 on the Venture Supply shipping documents is 112 Wyndham

**From:** Kenneth F. Hardt [mailto:khardt@snllaw.com]
**Sent:** Tuesday, November 03, 2009 4:17 PM
**To:** Richard Serpe
**Cc:** 'Mark C. Nanavati'; 'Sara V. Theile'
**Subject:** Documents and Nguyen brief



Richard….we are working to get the project files together on the plaintiffs that have filed suit, similar to the file you have on Nguyen.  Have a couple of questions, however.  First, on Sawkowski and Simpson, we need lot numbers.  The files for that project are kept by lot numbers.  Second, on Matulenas, we are not showing the address of 163 S. Gum Ave.  Could the number of the address be a typo? - we have other addresses in that area.

On Nguyen, when are you going to file your brief?  And would you email our copy so that we can respond, if necessary???

Thanks…Ken



Kenneth F. Hardt   khardt@snllaw.com
Esquire   (804) 378-7600
Extension 3311
Fax: (804) 423-5424

13811 Village Mill Drive, Midlothian, VA 23114-4365
www.snllaw.com

Confidentiality Notice

1

# Sinnott Nuckols & Logan, PC

ATTORNEYS AT LAW

(804) 378-7600 Ext. 3311

khardt@snllaw.com

November 9, 2009

Richard J. Serpe, Esquire
LAW OFFICE OF RICHARD J. SERPE, P.C.
Crown Center, Suite 310
580 Main Street
Norfolk, Virginia 23510

**RE:  Chinese Drywall Litigation pending in the Norfolk Circuit Court**

Dear Richard:

I am writing with regard to the above referenced matter. Enclosed please find electronic copies of Venture Supply and Porter-Blaine's project files for the homes of the plaintiffs in the cases currently pending in the Norfolk Circuit Court.

If you have any questions or concerns, please call me. With best regards, I remain

Sincerely yours,

Kenneth F. Hardt

KFH/svt
Enclosure

cc:   Sam Porter (wo/encl.)
      William D. Makimoto, Regional General Adjuster (w/o encl.)
      (03-834333-12)