

28036308
Nov 13 2009
2:22PM

# EXHIBIT 5

## Mark C. Nanavati

| | |
|---|---|
| **From:** | Mark C. Nanavati [MNanavati@SNLLAW.COM] |
| **Sent:** | Friday, October 30, 2009 2:32 PM |
| **To:** | 'Richard Serpe' |
| **Attachments:** | Exhibit A - Venture Supply Specific Disclosure Form (Dunaway).pdf; Exhibit A - Venture Supply Specific Disclosure Form (Germano).pdf; Exhibit A - Venture Supply Specific Disclosure Form (Hinkley).pdf; Exhibit A - Venture Supply Specific Disclosure Form (Jackson).pdf; Exhibit 1 to VS Profile Form.pdf; Exhibit 3 to VS Profile Form.pdf; Venture Supply, Inc. Exporter-Importer-Broker Profile Form.pdf; Exhibit 2 to VS Profile Form.pdf; Exhibit 4 to VS Profile Form.pdf |