

# EXHIBIT 6

## Mark C. Nanavati

**From:** Mark C. Nanavati [MNanavati@SNLLAW.COM]
**Sent:** Friday, October 30, 2009 3:35 PM
**To:** 'Richard Serpe'
**Cc:** 'Kenneth F. Hardt'
**Subject:** RE: Exhibit 1
**Attachments:** Exhibit 1 to VS Profile Form.pdf



Richard,

I believe this is all Venture had. Ken?

Mark



Mark C. Nanavati   mnanavati@snllaw.com
Esquire           (804) 378-7600
                  Extension 3316
                  Fax: (804) 378-2610

13811 Village Mill Drive, Midlothian, VA 23114-4365
www.snllaw.com

*Confidentiality Notice*
This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

**From:** Richard Serpe [mailto:rserpe@serpefirm.com]
**Sent:** Friday, October 30, 2009 3:36 PM
**To:** Mark C. Nanavati
**Subject:** Exhibit 1

Do you have a copy of this spreadsheet that has the city and state for the delivery address?

1

# Mark C. Nanavati

**From:** Mark C. Nanavati [MNanavati@SNLLAW.COM]
**Sent:** Friday, October 30, 2009 4:40 PM
**To:** 'Richard Serpe'
**Cc:** 'Kenneth F. Hardt'
**Subject:** RE: Exhibit 1



Richard,

Do not get too worked up before we find out if it exists and if not why.

Mark



*Confidentiality Notice*
This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

**From:** Richard Serpe [mailto:rserpe@serpefirm.com]
**Sent:** Friday, October 30, 2009 4:41 PM
**To:** Mark C. Nanavati
**Cc:** Kenneth F. Hardt
**Subject:** RE: Exhibit 1
**Importance:** High

To the extent that electronic materials were not preserved it would be problematic. I asked Mark to take steps to do this in May before the auction.
Please let me know what is going on.
Thanks.

**From:** Mark C. Nanavati [mailto:MNanavati@SNLLAW.COM]
**Sent:** Friday, October 30, 2009 3:48 PM
**To:** Richard Serpe
**Cc:** 'Kenneth F. Hardt'
**Subject:** RE: Exhibit 1

1

No idea. Not sure if any computers still exist after the auction. Ken do you know?

**From:** Richard Serpe [mailto:rserpe@serpefirm.com]
**Sent:** Friday, October 30, 2009 3:47 PM
**To:** Mark C. Nanavati
**Subject:** RE: Exhibit 1

Who has the computer that this excel table was created on?

**From:** Mark C. Nanavati [mailto:MNanavati@SNLLAW.COM]
**Sent:** Friday, October 30, 2009 3:35 PM
**To:** Richard Serpe
**Cc:** 'Kenneth F. Hardt'
**Subject:** RE: Exhibit 1

Richard,

I believe this is all Venture had. Ken?

Mark

Confidentiality Notice
This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

**From:** Richard Serpe [mailto:rserpe@serpefirm.com]
**Sent:** Friday, October 30, 2009 3:36 PM
**To:** Mark C. Nanavati
**Subject:** Exhibit 1

Do you have a copy of this spreadsheet that has the city and state for the delivery address?

**Cc:** 'Kenneth F. Hardt'
**Subject:** RE: Exhibit 1

No idea. Not sure if any computers still exist after the auction. Ken do you know?

---

**From:** Richard Serpe [mailto:rserpe@serpefirm.com]
**Sent:** Friday, October 30, 2009 3:47 PM
**To:** Mark C. Nanavati
**Subject:** RE: Exhibit 1

Who has the computer that this excel table was created on?

---

**From:** Mark C. Nanavati [mailto:MNanavati@SNLLAW.COM]
**Sent:** Friday, October 30, 2009 3:35 PM
**To:** Richard Serpe
**Cc:** 'Kenneth F. Hardt'
**Subject:** RE: Exhibit 1

Richard,

I believe this is all Venture had. Ken?

Mark

*Confidentiality Notice*
This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

**From:** Richard Serpe [mailto:rserpe@serpefirm.com]
**Sent:** Friday, October 30, 2009 3:36 PM
**To:** Mark C. Nanavati
**Subject:** Exhibit 1

Do you have a copy of this spreadsheet that has the city and state for the delivery address?

# Mark C. Nanavati

| | |
|---|---|
| **From:** | Mark C. Nanavati [MNanavati@SNLLAW.COM] |
| **Sent:** | Friday, October 30, 2009 3:48 PM |
| **To:** | 'Richard Serpe' |
| **Cc:** | 'Kenneth F. Hardt' |
| **Subject:** | RE: Exhibit 1 |

No idea.  Not sure if any computers still exist after the auction.  Ken do you know?

---

**From:** Richard Serpe [mailto:rserpe@serpefirm.com]
**Sent:** Friday, October 30, 2009 3:47 PM
**To:** Mark C. Nanavati
**Subject:** RE: Exhibit 1

Who has the computer that this excel table was created on?

---

**From:** Mark C. Nanavati [mailto:MNanavati@SNLLAW.COM]
**Sent:** Friday, October 30, 2009 3:35 PM
**To:** Richard Serpe
**Cc:** 'Kenneth F. Hardt'
**Subject:** RE: Exhibit 1



Richard,

I believe this is all Venture had.  Ken?

Mark



Mark C. Nanavati  mnanavati@snllaw.com
Esquire  (804) 378-7600
Extension 3316
Fax: (804) 378-2610

13811 Village Mill Drive, Midlothian, VA 23114-4365
www.snllaw.com

Confidentiality Notice
This message is being sent by or on behalf of a lawyer.  It is intended exclusively for the individual or entity to which it is addressed.  This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure.  If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it.  If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

**From:** Richard Serpe [mailto:rserpe@serpefirm.com]
**Sent:** Friday, October 30, 2009 3:36 PM

1

**To:** Mark C. Nanavati
**Subject:** Exhibit 1

Do you have a copy of this spreadsheet that has the city and state for the delivery address?

**To:** Mark C. Nanavati
**Subject:** Exhibit 1

## Mark C. Nanavati

**From:** Mark C. Nanavati [MNanavati@SNLLAW.COM]
**Sent:** Friday, October 30, 2009 4:55 PM
**To:** 'Richard Serpe'
**Cc:** 'Kenneth F. Hardt'
**Subject:** RE: Exhibit 1



Richard,

I still do not see that I got your email but it appears that all the electronic information was backed up off-site so I doubt there will be any issue.

Mark



Confidentiality Notice
This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

**From:** Richard Serpe [mailto:rserpe@serpefirm.com]
**Sent:** Friday, October 30, 2009 4:41 PM
**To:** Mark C. Nanavati
**Cc:** Kenneth F. Hardt
**Subject:** RE: Exhibit 1
**Importance:** High

To the extent that electronic materials were not preserved it would be problematic. I asked Mark to take steps to do this in May before the auction.
Please let me know what is going on.
Thanks.

**From:** Mark C. Nanavati [mailto:MNanavati@SNLLAW.COM]
**Sent:** Friday, October 30, 2009 3:48 PM
**To:** Richard Serpe

1

## Mark C. Nanavati

**From:** Mark C. Nanavati [MNanavati@SNLLAW.COM]
**Sent:** Friday, October 30, 2009 4:48 PM
**To:** 'Richard Serpe'
**Cc:** 'Kenneth F. Hardt'
**Subject:** RE: Exhibit 1
**Attachments:** Preservation of electronic evidence



Richard,

I am not sure there is any issue for us to deal with on this but I have gone back and looked at my emails from May 14, 2009 and do not see this. Are you sure it was sent? I may just be missing it.

Thanks,

Mark



Mark C. Nanavati    mnanavati@snllaw.com
Esquire    (804) 378-7600
    Extension 3316
    Fax: (804) 378-2610

13811 Village Mill Drive, Midlothian, VA 23114-4365
www.snllaw.com

Confidentiality Notice

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

**From:** Richard Serpe [mailto:rserpe@serpefirm.com]
**Sent:** Friday, October 30, 2009 4:41 PM
**To:** Mark C. Nanavati
**Cc:** Kenneth F. Hardt
**Subject:** RE: Exhibit 1
**Importance:** High

To the extent that electronic materials were not preserved it would be problematic. I asked Mark to take steps to do this in May before the auction.
Please let me know what is going on.
Thanks.

1

**From:** Mark C. Nanavati [mailto:MNanavati@SNLLAW.COM]
**Sent:** Friday, October 30, 2009 3:48 PM
**To:** Richard Serpe
**Cc:** 'Kenneth F. Hardt'
**Subject:** RE: Exhibit 1

No idea.  Not sure if any computers still exist after the auction.  Ken do you know?

---

**From:** Richard Serpe [mailto:rserpe@serpefirm.com]
**Sent:** Friday, October 30, 2009 3:47 PM
**To:** Mark C. Nanavati
**Subject:** RE: Exhibit 1

Who has the computer that this excel table was created on?

---

**From:** Mark C. Nanavati [mailto:MNanavati@SNLLAW.COM]
**Sent:** Friday, October 30, 2009 3:35 PM
**To:** Richard Serpe
**Cc:** 'Kenneth F. Hardt'
**Subject:** RE: Exhibit 1


Richard,

I believe this is all Venture had.  Ken?

Mark

Confidentiality Notice

This message is being sent by or on behalf of a law firm. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate the message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

**From:** Richard Serpe [mailto:rserpe@serpefirm.com]
**Sent:** Friday, October 30, 2009 3:36 PM
**To:** Mark C. Nanavati
**Subject:** Exhibit 1

Do you have a copy of this spreadsheet that has the city and state for the delivery address?

2