

# EXHIBIT 7

## Kenneth F. Hardt

**From:** Richard Serpe [rserpe@serpefirm.com]
**Sent:** Friday, November 06, 2009 11:47 AM
**To:** Kenneth F. Hardt; Mark C. Nanavati
**Subject:** follow up on our discussions concerning electronically stored information

Ken and Mark,

When we spoke on Wednesday you indicated that you would be hearing from your newly retained IT consultant concerning the likely schedule to obtain responsive documents from the off-site computer storage, as well as the file server for Venture Supply. Please let me know when the discoverable information is expected to be made available.

As we discussed, the responsive information (including all responsive e-mails, and a complete database of Chinese drywall deliveries made by Venture Supply to homes and other buyers) must be obtained in time for us to prepare for the corporate deposition of your client.

Thank you for your prompt attention to this request.

Richard Serpe

CC by first-class mail

## Richard J. Serpe

580 E. Main St. Suite 310

Norfolk, VA 23510

877.544.5323 toll free

757.233.0009 ext.12

757.233.0455 fax

rserpe@serpefirm.com

www.serpefirm.com



LAW OFFICES OF
RICHARD J. SERPE, P.C.

This email may contain attorney-client confidential and privileged information. If you are not the intended recipient, please delete this email and all attachments and notify the sender immediately by return email.

 Please don't print this e-mail unless you really need to.

i