

28036308
Nov 13 2009
2:22PM

# EXHIBIT 8

# VENTURE SUPPLY, INC.

**INVOICE** 00117263-001

Remit To: Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA 23502-
USA Phone: (757)-855-5433

Invoice Date: 03/30/06
Account#: POR013269
Branch: VENTNRF
Phone#: (757)-857-0282
Fax#:
Delivery#: 00117263-001

**BILL TO:**
Porter-Blaine Co.
1140 Azalea Garden Road
Norfolk VA 23502

**SHIP TO:**
8171 Harborview Blvd
Norfolk VA 23502

CREATED BY: Kim    Page 1 of 1

PO#: 060095   REF#:   JOB#:
ORDER DATE: 03/29/06   SALES AGENTS   ORDER TYPE: Whse   SHIP VIA: Our Truck   FRT TERM: Prepaid
SHIP DATE: 03/29/06      ORDERED BY:

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | | CONVERTED QTY | PRICE/UOM | | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 153 | 153 | PC | 1212DWVS<br>Drywall Venture Supply | 1/2" 4X12 | 7.3440 | 263.33 | /MSF | 1,933.90 |
| 37 | 37 | PC | 1254DWGB<br>Drywall Gold Bond | 1/2" 54X12 | 1.9980 | 301.85 | /MSF | 603.10 |
| 16 | 16 | PC | 5812DWGB<br>Drywall Gold Bond | 5/8" 4X12 | 0.7680 | 291.67 | /MSF | 224.00 |
| 29 | 29 | PC | DWBD08<br>Drywall Corner Bead | 8' | 29.0000 | 1.18 | /PC | 34.22 |
| 3 | 3 | PC | SPLYBD08M<br>Splayed Drywall Bead Metal | 8' | 0.0240 | 304.00 | /MLF | 7.30 |
| 24 | 24 | PC | DWBD09<br>Drywall Corner Bead | 9' | 24.0000 | 1.32 | /PC | 31.68 |
| 4 | 4 | PC | SPLYBD09M<br>Splayed Drywall Bead Metal | 9' | 0.0360 | 304.00 | /MLF | 10.94 |
| 20 | 20 | ROLL | DWTAPE<br>Drywall Tape | 250' | 20.0000 | 1.88 | /ROLL | 37.60 |
| 20 | 20 | BKT | MDGBADV<br>Mud Advantage Pail Gold Bond | 5 Gal | 20.0000 | 12.72 | /BKT | 254.40 |
| 1 | 1 | BG | EZ45<br>Easy Sand 45 Minute | 18 lb. | 1.0000 | 14.70 | /BG | 14.70 |

****** SUB-TOTAL ******   3,151.84
VA Sales Tax   5.0%   157.59

**TERMS:**
2% Discount on 10th of Following Month 25th Cut Off  Due Date: 05/25/06
You may deduct 63.04 if paid by 05/10/06

Balance   3,309.43

V029378