

28036308

Nov 13 2009
2:22PM

# EXHIBIT 11

Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL

PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO: ALL CASES

MDL NO. 2047

SECTION: L

JUDGE FALLON

MAG. JUDGE WILKINSON

| For Internal Use Only |
| --- |
| File Number |
| Date Received |

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

**Section I. Property Information**

Name Property Owner: Jason Dunaway

Address of Affected Property: 27037 Flaggy Run Rd. Courtland, VA 23837

Is this Property:* (Residential)   Commercial   Governmental

Name of Person Completing this Form: Lisa Dunaway

Is above your primary residence? (Yes)  No

Mailing Address (if different): 27206 Flaggy Run Rd. Courtland, VA 23837

Phone: (757) 286-9255

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one:  (Owner-Occupant)   Owner Only   Renter-Occupant

Represented By: Richard Serpe

Address: 580 E. Main St Ste 310 Norfolk, VA 23510

Phone: (757) 233.0009

Case No. /Docket Info:

**Section II. Insurance Information**

Homeowner/ Renter Insurer: Nationwide Insurance

Policy #: 53-45HO555393

Agent: Ty Anderson

Address: 342 Battlefield S. Chesapeake, VA 23322

Phone: (757) 482.3500

+ Attach Copy of Insurance Declaration Page

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Move-in | Leave | | | | | |
| Jason Dunaway | 3 15 07 | 6 25 09 | (M) / F | ■79 | (Yes) | No | Owner-Occupant |
| Lisa Dunaway | 3 15 07 | 6 25 09 | M / (F) | ■71 | (Yes) | No | Occupant |
| Alyson Dunaway | 3 15 07 | 5 25 09 | M / (F) | ■01 | (Yes) | No | Occupant |
| Ashton Dunaway | 3 15 07 | 5 25 09 | (M) / F | ■04 | (Yes) | No | Occupant |
| ✱ Alexandria Marcum | / / | / / | M / (F) | ■94 | (Yes) | No | Occupant ✱ |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |

* Personal injuries include claims for mental anguish and medical monitoring.

✱ Daughter that lives w/ us during school breaks.

Page 1

**Section IV. Inspection Information**

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?   (Yes)   No

1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?  Conestoga - Rovers, Nationwide & CPSC & ART Greason

1.2. When did the inspection take place?   3/27/09

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?   (Yes)   No

2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?  Conestoga - Rovers, Nationwide & CPSC Art Greason

2.2. When was this determination made?   4/6/09

**Section V. Drywall Information**

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Venture Supply/Tahhe | Venture Supply MFG: Taihe China | Throughout except FROL & Garage |
| | | |
| | | |
| | | |

**Section VI. Home Information**

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 2000 | | | |
| Estimated Sq. Ft. of Drywall | 10,308 | Occupied | | X |
| Height of Interior Walls | 9ft & 14ft | Year-round | X | |
| Number of Bedrooms: | 2 | Summer | X | |
| Number of Bathrooms: | 2 | Winter | X | |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | X | |
| Copper Piping | X(crossed) | | X |
| Copper Fixtures | | | X |
| Other Fixtures | X | | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | | X | |
| 2nd Panel | | X | |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | X | | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

**Section VII. Construction/Renovation Information**

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | 8 / 1 /06 | Completion Date | 2 / 1 /07 |
|---|---|---|---|
| Move In Date: | 3 /15/ 07 | Date Acquired Home | 2 /15/ 07 |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | X | X |
| First Floor: Full Wall of drywall replaced | | | X |
| Second Floor: Any drywall replaced | | | X |

**Section VIII. Homebuilder/ General Contractor/ Developer Information**

Homebuilder/ General Contractor/ Developer's Name:  Jason Dunaway (Homeowner/GC)

Address:  27206 Flaggy Run Rd. Courtland, VA 23837

Phone:  (757) 773 - 0753

+ Attach Copy of Construction/Renovation Contract

+ Attach Copy of New Home Warranty Declaration

**Section IX. Drywall Installer**

Drywall Installer's Name:  The Porter-Blaine Corp.

Address:  1140 Azalea Garden Rd. Norfolk, VA 23502

Phone:  (757) 431-9758

**Section X. Drywall Supplier**

Drywall Supplier's Name:  Venture Supply

Address:  1140 Azalea Garden Rd. Norfolk, VA 23502

Phone:  (757) 855-5433

---

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| Claimant's Signature | Date Signed 8/29/09 | Claimant's Signature | Date Signed |
|---|---|---|---|
| Claimant's Signature | Date Signed 8/29/09 | Claimant's Signature | Date Signed |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | For Internal Use Only |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 | |
| PRODUCTS LIABILITY LITIGATION | SECTION: L | File Number |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON | |
| | MAG. JUDGE WILKINSON | Date Received |

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary.  All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

**Section I. Property Information**

Name Property Owner  M. MICHELLE GERMANO

Address of Affected Property  8171 N. VIEW BLVD.
NORFOLK, VA 23518

Is this Property:* (Residential)   Commercial   Governmental

Name of Person Completing this Form  MICHELLE GERMANO

Is above your primary residence?   (Yes)  No

Mailing Address (if different)  4518 PLEASANT AVE
UNIT D
NORFOLK, VA 23518

Phone:  (860) 324-7777

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one:  (Owner-Occupant)   Owner Only   Renter-Occupant

Represented By:  RICHARD SERPE

Address:  580 E. MAIN STREET
SUITE 310
NORFOLK, VA. 23518

Phone:  (757) 233-0009

Case No. /Docket Info:

**Section II. Insurance Information**

Homeowner/ Renter Insurer:
USAA

Policy #:  005560613

Agent:

Address:  9800 FREDRICKSBURG RD.
SAN ANTONIO, TX 78288

Phone:  (800) 531-8111

+ Attach Copy of  Insurance Declaration Page

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* | | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|---|
| | Move-In | Leave | | | Circle One | | |
| M. MICHELLE GERMANO | 6/1/06 | 4/9/09 | M (F) | ▓ 50 | (Yes) | No | OWNER/OCCUPANT |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |

* Personal injuries include claims for mental anguish and medical monitoring.

Plaintiff Profile Form - Residential Properties

**Section IV. Inspection Information**

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?　　(Yes)　No

　1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?　ART GREASON

　　1.2. When did the inspection take place?　4/19/09

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?　(Yes)　No

　2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?　DRYWALL WITH "VENTURE" MADE IN CHINA &

　　2.2. When was this determination made?　4/19/09　ESi test DATA (RB)

**Section V. Drywall Information**

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| VENTURE | MADE IN CHINA | ALL 3 STORIES |
| └ MANUFACTURED BY TAISHAN (RB) | | |

**Section VI. Home Information**

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 2600 | | | |
| Estimated Sq. Ft. of Drywall | 2600 | Occupied | ✓ | |
| Height of interior Walls | | Year-round | ✗ | |
| Number of Bedrooms: | 3 | Summer | ✓ | |
| Number of Bathrooms: | 3.5 | Winter | ✓ | |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | mg | (✗) | |
| Copper Piping | ✗ | | |
| Copper Fixtures | ✗ | | |
| Other Fixtures | ✗ | | |
| Were repairs made to the plumbing system? | | ✗ | |
| Dates: | | | |

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | | | |
| Switches | ✗ | | |
| Main Panel | | | |
| 2nd Panel | | | |
| Exposed Copper Wires | ✗ | | |
| Were repairs made to the electrical system? | ✗ | | |
| Dates: Aug 2007 & Nov 2008 | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

**Section VII. Construction/Renovation Information**

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | 2/23/06 | Completion Date | 5/31/06 |
|---|---|---|---|
| Move In Date: | 6/1/09 | Date Acquired Home | 6/1/06 |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

**Section VIII. Homebuilder/ General Contractor/ Developer Information**

Homebuilder/ General Contractor/ Developer's Name: HARBOR WALK LLC

WERNER DEVELOPMENT (RB)

Address: 404 OAKMEARS CRES.
SUITE 101
VA BEACH VA. 23462

Phone: (757) 227-6912

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

**Section IX. Drywall Installer**

Drywall Installer's Name: PORTER-BLAINE CORP (RB)
CLARK WHITEHILL

Address: CLARK WHITEHILL ENTERPRISES
4224 HOLLAND RD SUITE 104
VA. BEACH VA 23452

Phone: (757) 431-9758

**Section X. Drywall Supplier**

Drywall Supplier's Name:
VENTURE SUPPLY

Address: 1140 AZALEA GARDEN RD
NORFOLK VA 23502

Phone: (757) 855-5433

Page 2

Plaintiff Profile Form - Residential Properties

| Section XI. Verification of Plaintiff Profile Form |
|---|

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| _M Michelle Germano_ | _Aug 21, 2009_ | | |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

| | | | |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

| | | | |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

**For Internal Use Only**

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

| Section I. Property Information | | |
|---|---|---|
| Name Property Owner | Dennis and Sharon Jackson | |
| Address of Affected Property | 8151 N. View Boulevard | |
| | Norfolk, Virginia 23518 | |
| Is this Property:* (Residential) | Commercial | Governmental |
| Name of Person Completing this Form | Sharon Jackson | |
| Is above your primary residence? | (Yes) No | |
| Mailing Address (if different) | | |
| Phone: | ( 540 ) 842 - 6009 | |

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

| | | | |
|---|---|---|---|
| Circle one: | (Owner-Occupant) | Owner Only | Renter-Occupant |
| Represented By: | Richard J. Serpe, P.C. | | |
| Address: | 580 E. Main Street, Suite 310 | | |
| | Norfolk, Virginia 23510-2322 | | |
| Phone: | ( 757 ) 233-0009 | | |
| Case No. /Docket Info: | | | |

| Section II. Insurance Information | |
|---|---|
| Homeowner/ Renter Insurer: | Balboa Insurance Company |
| Policy #: | BH046005663 |
| Agent: | Suzanne Harding |
| Address: | P.O. Box 9061 |
| | Carlsbad, CA 92018-9061 |
| Phone: | (800 ) 905- 7550 |

+ Attach Copy of Insurance Declaration Page

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | | Identify Claimant Status as an Owner Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|---|
| | Move-In | Leave | | | | | |
| Dennis C. Jackson | 10 /24/08 | / / | (M)/ F | ▓ 64 | (Yes) | No | Owner partial occupant |
| Sharon L. Jackson | 10/24 08 | / / | M /(F) | ▓ 64 | (Yes) | No | Owner partial occupant |
| | / / | / / | M / F | / / | Yes. | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |

* Personal injuries include claims for mental anguish and medical monitoring.

Plaintiff Profile Form - Residential Properties

### Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?  (Yes)  No

    1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?  Art Gleason

      1.2. When did the inspection take place?  04 /21/ 09

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?  (Yes)  No

    2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?  Art Gleason

      2.2. When was this determination made?  04 /21/ 09

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Taishan GypsumCo. | Venture Supply | All floors |
| | | |
| | | |
| | | |

### Section VI. Home Information

| | | | | Yes | No |
|---|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 2500 | | | | |
| Estimated Sq. Ft. of Drywall | | Occupied | | X | |
| Height of Interior Walls | 9 Ft | Year-round | | | |
| Number of Bedrooms: | 3 | Summer | | | |
| Number of Bathrooms: | 3 1/2 | Winter | | | |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | | |
| Copper Piping | X | | |
| Copper Fixtures | | | X |
| Other Fixtures | | X | |
| Were repairs made to the plumbing system? | | X | |
| Dates:   N/A | | | |

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | X | | |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

### Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| | | | |
|---|---|---|---|
| Start Date: | / / | Completion Date | / / |
| Move In Date: | / / | Date Acquired Home | / / |

Date Range for Renovations: (Month/Day/Year)

| | | | |
|---|---|---|---|
| Start Date: | / / | Completion Date | / / |
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | X | |
| First Floor: Full Wall of drywall replaced | | x | |
| Second Floor: Any drywall replaced | | x | |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:
Clark Whitehill /Harbor Walk LLC

Address:
8141 Shore Drive
Norfolk, VA

Phone: (757) 588-4075

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

### Section IX. Drywall Installer

(See M. Germano copy)

Drywall Installer's Name:
Porter-Blaine Corp.

Address:
1140 Azalea Garden Rd.
Norfolk, VA

Phone: (757) 855-5433

### Section X. Drywall Supplier

Drywall Supplier's Name:  VENTURE SUPPLY

Address:
1140 Azalea Garden Rd
Norfolk VA

Phone: (757) 855-5433

Case 2:09-md-02047-EEF-JCW   Document 168   Filed 08/17/2009   Page 28 of 28
Plaintiff Profile Form - Residential Properties

| Section XI. Verification of Plaintiff Profile Form |

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| _Dennis C Jackson_ | _8-26-09_ | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

| _____ | _8-26-09_ | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

| _____ | _____ | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

Page 3