

28036308

Nov 13 2009
2:22PM

# EXHIBIT 12

## Kenneth F. Hardt

| | |
|---|---|
| **From:** | Mark C. Nanavati [MNanavati@SNLLAW.COM] |
| **Sent:** | Wednesday, November 11, 2009 3:20 PM |
| **To:** | 'Richard Serpe' |
| **Cc:** | khardt@snllaw.com; 'Joseph L. Biagioni' |
| **Subject:** | MDL Drywall Case (Germano and Hinkley) |
| **Attachments:** | Letter to Kerry Miller re 1st set of interrogatories 10-21-2009 (2).pdf |



Richard,

Does this letter from 10/21 still reflect the plaintiffs' position on the permissible scope of discovery?  If so, I am not sure I understand the basis for your email to Ken earlier this week.  Please advise.

Mark



Confidentiality Notice

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of this message.

1