

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | : | |
| | : | MAG. JUDGE WILKINSON |
| Michelle Germano, et al. v. Taishan Gypsum Co. Ltd., | : | |
| et al. | : | |
| Case No. 2:2009-cv-06687 (E.D. La.) | : | |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**REQUEST FOR HEARING ON MOTION TO DISQUALIFY
AND MOTIONS TO DISMISS PURSUANT TO RULE 12(b)(1) and RULE 12(b)(6)**

Venture Supply, Inc. ("Venture") and The Porter-Blaine Corporation ("PB"), by counsel, request a hearing and the opportunity to present oral arguments and evidence in support of their Motion to Disqualify Counsel for Plaintiffs, their Motion to Dismiss pursuant to Rule 12(b)(1), and their Motions to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

This the 19th day of November, 2009.

Respectfully submitted,

By:  _____/s/_____
Kenneth F. Hardt, Esquire (VSB # 23966)
Mark C. Nanavati, Esquire (VSB #38709)
Sinnott, Nuckols & Logan, P.C.
13811 Village Mill Drive
Midlothian, Virginia 23114
(804) 378-7600 ext. 3311 or 3316
(804) 378-2610 (fax)
khardt@snllaw.com
mnanavati@snllaw.com
*Attorneys for Defendants Venture Supply Inc.
and The Porter-Blaine Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Request for Hearing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of November, 2009.

                                    /s/
                            Kenneth F. Hardt