# EXHIBIT F



BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE:                                                    MDL NO.: 2047

CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

### REASONS WHY ORAL ARGUMENT SHOULD BE HEARD ON VENTURE SUPPLY, INC. AND THE PORTER-BLAINE CORPORATION'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER WITH RESPECT TO MICHELLE GERMANO, et al. v. TAISHAN GYPSUM CO., LTD, et al., AND CURTIS HINKLEY, et al. v. TAISHAN GYPSUM CO. LTD, et al.

Mark C. Nanavati (VSB# 38709)
Kenneth F. Hardt (VSB # 23966)
SINNOTT, NUCKOLS & LOGAN, P.C.
13811 Village Mill Dr.
Midlothian, VA 23114
(804) 378-7600
(804) 378-2610 (fax)
khardt@snllaw.com
Counsel for Venture Supply, Inc. and The Porter-Blaine Corporation

1

Pursuant to Rule 16.1(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Venture Supply, Inc. ("Venture"), and The Porter-Blaine Corporation ("PB") set forth the following as the reasons why oral argument should be heard by this Panel on their Motion to Vacate Conditional Transfer Order:

1. Neither Venture nor PB is a party to any of the other actions already transferred by this Panel to the United States District Eastern District of Louisiana, or sought to be transferred by this Panel's Conditional Transfer Order dated June 18, 2009.

2. The two actions involving Venture and PB are distinctly different than the actions already transferred or sought to be transferred and are uniquely actions which belong in the Courts in which they are pending.

3. There is a serious question in the <u>Michelle Germano, Dennis Jackson and Sharon Jackson v. Taishan Gypsum Co., Ltd.</u>, Case No. 2:09-cv-00202 ("Germano Action") whether the United States District Court for the Eastern District of Virginia has subject matter jurisdiction, and thus, whether this Panel has subject matter jurisdiction.

4. This Panel heard no opposition to the original consolidation/transfer Motion, and this would be the first opposition heard relating to these matters.

**WHEREFORE**, Venture and PB request oral argument on their Motion to Vacate the Conditional Transfer Order.

VENTURE SUPPLY, INC.<br>
THE PORTER-BLAINE CORPORATION<br><br>
By: _____<br>
Counsel

Mark C. Nanavati (VSB# 38709)
Kenneth F. Hardt (VSB # 23966)
SINNOTT, NUCKOLS & LOGAN, P.C.
13811 Village Mill Dr.
Midlothian, VA 23114
(804) 378-7600
(804) 378-2610 (fax)
khardt@snllaw.com
Counsel for Venture Supply, Inc. and The Porter-Blaine Corporation

## CERTIFICATE OF SERVICE

I certify that on this 6th day of July, 2009, a true copy of the foregoing was mailed, first class mail, postage pre-paid to, or filed electronically with, the Clerk of the United States District Court for the Eastern District of Virginia, Norfolk Division; Clerk of the Eastern District of North Carolina, Northern Division; Richard J. Serpe, Esquire, Law Offices of Richard J. Serpe, Crown Center, Ste 3120, 580 East Main Street, Norfolk, VA 23510-2322, counsel for Michelle Germano, Dennis Jackson and Sharon Jackson; John Franklin, III, Esquire, Taylor & Walker, P.C., 1300 FIRST VIRGINIA TOWER, 555 Main Street, Norfolk, VA 23514, counsel for Harbor Walk Development, LLC; Theodore I. Brenner, Esquire, Brenner, Evans & Millman, 411 E. Franklin Street, Ste 200, Richmond, VA 23219, counsel for Tobin Trading, Inc.; and . J. Michael Malone, Esquire, HENDREN & MALONE, PLLC, 4600 Marriott Drive, Suite 150, Raleigh, North Carolina 27612, counsel for Curtis Hinkley.

I also certify that a true copy of the foregoing was mailed to the Attached MDL Panel Service List.

_/s/ Kenneth_

3

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

MDL No. 2047

## INVOLVED COUNSEL LIST (EXCERPTED FROM CTO-1)

Curtis Hinkley, et al. v. Taishan Gypsum Co., Ltd., et al., E.D. North Carolina, C.A. No. 2:09-25
    (Judge Louise Wood Flanagan)
Michelle Germano, et al. v. Taishan Gypsum Co., Ltd., et al., E.D. Virginia, C.A. No. 2:09-202
    (Judge Mark S. Davis)

Jan Douglas Atlas
ADORNO & YOSS LLP
350 East Las Olas Blvd
Suite 1700
Fort Lauderdale, FL 33301

Hilarie Bass
GREENBERG TRAURIG LLP
1221 Brickell Avenue
Miami, FL 33131

Gary F. Baumann
FULMER LEROY ALBEE
BAUMANN & GLASS
2866 East Oakland Park Blvd.
Ft. Lauderdale, FL 33306

Daniel E. Becnel, Jr.
BECNEL LAW FIRM LLC
106 West Seventh Street
P.O. Drawer H
Reserve, LA 70084

Kimberly L. Boldt
ALTERS BOLDT BROWN RASH & CULMO PA
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137

Edward J. Briscoe
FOWLER WHITE BURNETT PA
Espirito Santo Plaza
1395 Brickell Avenue
14th Floor
Miami, FL 33131-3302

Thomas More Buckley
HEDRICK GARDNER KINCHELOE &
GAROFALO LLP
4011 Westchase Blvd.
Suite 300
Raleigh, NC 27607

S. Greg Burge
BURR & FORMAN LLP
420 North 20th Street
Suite 3400
Birmingham, AL 35203

Christopher C. Casper
JAMES HOYER NEWCOMER &
SMILJANICH PA
One Urban Centre
4830 West Kennedy Boulevard
Suite 550
Tampa, FL 33609-2589

Susan J. Cole
BICE COLE LAW FIRM
999 Ponce De Leon Boulevard
Suite 710
Coral Gables, FL 33134

Chris S. Coutroulis
CARLTON FIELDS PA
P.O. Box 3239
4221 West Boy Scout Boulevard
Suite 1000
Tampa, FL 33601-3239

**MDL No. 2047 - Involved Counsel List (Excerpted from CTO-1) (Continued)**

Victor Manuel Diaz, Jr.
PODHURST ORSECK JOSEFSBERG ET AL
City National Bank Building
Suite 800
25 W. Flagler Street
Miami, FL 33130

John Franklin, III
TAYLOR & WALKER PC
555 Main Street
P.O. Box 3490
Norfolk, VA 23514

Kenneth G. Gilman
GILMAN & PASTOR LLP
6363 Highcroft Drive
Naples, FL 34119

Interior Exterior Bldg.
727 S. Cortez
New Orleans, LA 70119

Knauf Gips KG
Ridham Dock, Kemsley
Sittingbourne, Kent ME 9 8SR, UK

Knauf Plasterboard
North Yinhe Bridge, East Jingjin Road
Beichen District
Tianjin, China 300400 P.R.C.

Knauf Plasterboard
No. 2 Gang Wan Road
RC-241009 Whuhu Anhui, China

Knauf Plasterboard
No. 2 Xinsha Development Zone
RC-52347 Guangdong, China

La Suprema Enterprise
221 NE 164th Street
North Miami Beach, FL 33160

La Suprema Trading, Inc.
221 NE 164th Street
N. Miam Beach, FL 33160

Jack Landskroner
LANDSKRONER GRIECO MADDEN LTD
1360 West 9th Street
Suite 200
Cleveland, OH 44113

Arnold Levin
LEVIN FISHBEIN SEDRAN & BERMAN
510 Walnut Street
Suite 500
Philadelphia, PA 19106-3697

Raul Ricardo Loredo
MINTZER SOROWITZ & ZERIS
255 Alhambra Circle
Suite 1150
Coral Gables, FL 33134

J. Michael Malone
HENDREN & MALONE PLLC
4600 Marriott Drive
Suite 150
Raleigh, NC 27612

Steven L. Nicholas
CUNNINGHAM BOUNDS LLC
1601 Dauphin Street
P.O. Box 66705
Mobile, AL 36660

Jack Reise
COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
120 East Palmetto Park Road
Suite 500
Boca Raton, FL 33432

Rothchilt International
N-510 Chia Hsn Bld.
Annex 96 Chung Shan N. Rd. Sec. 2
Taipei, Taiwan R.O.C.

**MDL No. 2047 - Involved Counsel List (Excerpted from CTO-1) (Continued)**

Richard J. Serpe
LAW OFFICES OF RICHARD J SERPE
Crown Center
580 East Main Street
Suite 310
Norfolk, VA 23510-2322

Neal A. Sivyer
SIVYER BARLOW & WATSON PA
401 East Jackson Street
Suite 2225
Tampa, FL 33602

South Kendall Constructio
2368 SE 17th Ter.
Homestead, FL 33035

Bruce Steckler
BARON & BUDD
3102 Oak Lawn Ave, Ste 1100
Dallas, TX 75219-4281

Taishan Gypsum Co., Ltd.
Dawenkou, Taian
Shandong, China 271026

Andrew A. Vanore, III
BROWN CRUMP VANORE & TIERNEY LLP
P.O. Box 1729
Raleigh, NC 27602

Scott Wm. Weinstein
MORGAN & MORGAN PA
12800 University Drive
Suite 600
Fort Myers, FL 33907-5337