# EXHIBIT G

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

MICHELLE GERMANO; DENNIS JACKSON;
SHARON JACKSON; JASON DUNAWAY;
LISA DUNAWAY, individually, and on behalf of
all others similarly situated,

        2:09-cv-00202

        Plaintiff,

        v.

TAISHAN GYPSUM CO. LTD f/k/a
SHANDONG TAIHE DONGXIN COMPANY,
LTD; TOBIN TRADING INC.; HARBOR WALK
DEVELOPMENT, LLC, and VENTURE SUPPLY
CORPORATION and THE PORTER-BLAINE
CORP.,

        Defendants

---

## NOTICE OF SUPPLEMENTAL AUTHORITY
## FOR DEFENDANTS' MOTION TO DISMISS

      Plaintiffs submit this Supplemental Authority to update the Court on the translation and

service of the Amended Complaint pursuant to Rule 4 of the Federal Rules of Civil Procedure on

defendant, Taishan Gypsum Co., Ltd. ("Taishan"). Translation for service of the above named

defendant was completed on July 7, 2009. See Exhibit "A" for letter from APS International,

Ltd. to Daniel C. Levin regarding service of Taishan. Accordingly, the documents were then

forwarded that day to the Central Authority in Beijing. Federal Express confirmed the receipt of

the documents at the Central Authority on July 10, 2009. Once the Central Authority processes

the documents, it will then forward them to a local court in Shandong Provence which has

jurisdiction over the address listed for the defendant, Taishan. This local court will then review

the process and attempt service. Once this is completed, a certificate will be returned to the

Ministry of Justice which will then, in turn, forward to APS International Ltd. Plaintiffs will update the Court when this service takes place. This process takes four to six months.

Since service has been started pursuant to Hague Convention rules on defendant Taishan, it would be inappropriate for this Court not to address the personal jurisdiction of Taishan. Neither the Court nor third party defendants have standing to assert lack of jurisdiction on another defendant. Since personal jurisdiction is a waivable defense, it is inappropriate to address that issue now. See, *Duttle v. Banler V. Cass*, 1992 WL 162636, *5-6 (S.D.N.Y. 1992); *Sayles v. Pacific Engineers and Construction Ltd.*, 2009 WL 791332, *4-5 (W.D.N.Y. 2009).

In conclusion, plaintiffs respectfully request this Court deny defendants' motion to dismiss.

Dated: July 14, 2009

Respectfully Submitted,

　　　／s／ _____

Richard Serpe, Esquire (VA Bar No. 33340)
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com
*Counsel for Plaintiffs*

Michael D. Hausfeld
Richard S. Lewis
James J. Pizzirusso
Faris Ghareeb
Hausfeld, LLP
1700 K Street, N.W., Suite 650
Washington, DC 20006
(202) 540-7200
(202) 540-7201 (Facsimile)
*Co-counsel for Plaintiffs*

Arnold Levin
Fred S. Longer
Daniel Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500
(215) 592-4663 (Facsimile)
*Co-counsel for Plaintiffs*

Robert Gary
Gary, Naegele & Theado, LLC
446 Broadway
Lorain, OH 44052
(440) 244-4809
(440) 244-3462 (Facsimile)
*Co-counsel for Plaintiffs*

Richard W. Stimson
Richard W. Stimson, LLC
4726 Mainsail Drive
Bradenton, FL 34208
(214) 914-6128
*Co-counsel for Plaintiffs*

Ervin Gonzalez
Patrick Montoya
Colson, Hicks, Eidson, Colson, Cooper,
    Matthews, Martinez, Gonzalez, Kalbac
    & Kane
255 Aragon Avenue
Coral Gables, FL 33134
(305) 476-7400
*Co-Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of July, 2009, the foregoing pleading was electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Mark C. Nanavati, Esquire (VA Bar No. 38709)
Kenneth F. Hardt, Esquire (VA Bar No. 23966)
Sinnott, Nuckols & Logan, P.C.
13811 Village Mill Drive
Midlothian, VA 23114-4365
(804) 378-7600
(804) 378-2610 (Facsimile)
mnanavati@snllaw.com
khardt@snllaw.com
*Counsel for Venture Supply, Inc. and The Porter-Blaine Corp.*

John Franklin, III, Esquire (VA Bar No. 13267)
James E. Brydges, Jr., Esquire (VA Bar No. 4420)
Brian N. Casey, Esquire (VA Bar No. 26710)
Taylor & Walker, P.C.
P.O. Box 3490
Norfolk, VA 23514-3490
(757) 625-7300
(757) 625-1504 (Facsimile)

jfranklin@taylorwalkerlaw.com
jbrydges@taylorwalkerlaw.com
bcasey@taylorwalkerlaw.com
*Counsel for Harbor Walk Development, LLC*

I also hereby certify that on the 14th day of July, 2009, a true and correct copy of the foregoing pleading was served by first-class mail upon:

>   Taishan Gypsum Co. Ltd. f/k/a
>   Shandong Taihe Dongxin Co. Ltd.
>   Dawenkou, Daiyue District
>   Tai'an City, Shandohng Province
>   China 271026
>
>   Tobin Trading, Inc.
>   c/o Theodore J. Brenner, Esuqire
>   Brenner, Evans & Millman
>   411 E. Franklin Street, Suite 200
>   Richmond, Virginia 23219
>   *Counsel for Tobin Trading, Inc.*

By:

/s/
Richard J. Serpe, Esquire (Va Bar No. 33340)
Law Offices of Richard J. Serpe, P.C.
580 E. Main Street, Suite 310
Norfolk, VA  23510-2322
757-233-0009
757-233-0455 (Facsimile)
rserpe@serpefirm.com
*Counsel for Plaintiffs*

{619\01\00034718.DOC }

# EXHIBIT A

APS International Plaza • 7800 Glenroy Road
Minneapolis, Minnesota 55439-3122
PHONE: (952) 831-7776
FAX: (952) 831-8150
TOLL FREE: (800) 328-7171

# APS International, Ltd.

**Website: www.CivilActionGroup.com**

July 10, 2009

Attn: Mr. Daniel C. Levin
LEVIN, FISHBEIN, ET AL
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

RE:   Germano v Taishan Gypsum Co. Ltd.
      Country: China
      APS File #255001

    --Taishan Gypsum Co. Ltd. formerly known as Shandong Taihe Dongxin Co., Ltd.

Dear Mr. Levin:

Translations for service on the above named defendant in the above referenced matter were completed on July 7th. Accordingly, the documents were forwarded that day to the Central Authority in Beijing (the Division of Judicial Assistance at the Ministry of Justice of the People's Republic of China). Federal Express confirmed receipt of the documents at the Central Authority today, July 10th (see attached Federal Express delivery confirmation).

After review and processing, the Central Authority will forward the documents to a local court in Shandong Province which has jurisdiction over the address listed for the defendant. This local court will also review and process the documents, and a court official will attempt service. Upon completion, the local court will return a Certificate to the Ministry of Justice, which will in turn create another Certificate and forward this to our office. Due to the bureaucratic nature of service and other factors beyond our control, this process will take four to six months.

Should you have any questions, please feel free to contact me.

Sincerely,

Josh Cobb
Direct Extension: 338
APS International, Ltd.
International Division
JCobb@CivilActionGroup.com

## Josh R. Cobb

**From:** TrackingUpdates@fedex.com
**Sent:** Thursday, July 09, 2009 9:41 PM
**To:** Josh R. Cobb
**Subject:** FedEx Shipment 797742291166 Delivered

This tracking update has been requested by:

Company Name:          APS INTERNATIONAL, LTD
Name:                  JOSH COBB
E-mail:                JCobb@civilactiongroup.com

Our records indicate that the following shipment has been delivered:

Reference:                 INT255001
Ship (P/U) date:           Jul 7, 2009
Delivery date:             Jul 10, 2009 10:32 AM
Sign for by:               .CHOP
Delivered to:              Mailroom
Service type:              FedEx International Priority
Packaging type:            FedEx Envelope
Number of pieces:          1
Weight:                    1.10 lb.
Special handling/Services: Deliver Weekday

Tracking number:           <u>797742291166</u>

Shipper Information                 Recipient Information
JOSH COBB                           DIVISION OF JUDICIAL ASSISTANCE
APS INTERNATIONAL, LTD              MINISTRY OF JUSTICE OF THE
7800 GLENROY RD                     PEOPLES
MINNEAPOLIS                         NO. 10, CHAOYANGMEN, NANDAJIE;
MN                                  CHAOYANG DISTRICT
US                                  BEIJING
55439                               CN
                                    100020

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 9:41 PM CDT
on 07/09/2009.

<u>Learn more</u> about new ways to track with FedEx.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above,
or visit us at <u>fedex.com</u>.

This tracking update has been sent to you by FedEx on the behalf of the

questor noted above. FedEx does not validate the authenticity of the
questor and does not validate, guarantee or warrant the authenticity of the
quest, the requestor's message, or the accuracy of this tracking update. For
icking results and fedex.com's terms of use, go to <u>fedex.com</u>.

ank you for your business.

is email has been scanned by the MessageLabs Email Security System.
: more information please visit http://www.messagelabs.com/email