# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | 2:09-CV-03639 |
| **THIS DOCUMENT RELATES TO:** | |
| JAMES FUGLER and JAN FUGLER | HONORABLE ELDON E. FALLON |
| Plaintiffs, | |
| | **NOTICE OF DISMISSAL** |
| v. | |
| KNAUF GIPS KG, et al | |
| | Complaint Filed:   May 22, 2009 |
| Defendants. | |

Now come the Plaintiffs, James Fugler and Jan Fugler, by and through their counsel, Daniel E. Becnel Jr., and for their Notice of Dismissal of Civil Action No. 2:09-cv-03639 states:

1. Defendants Knauf Gips KG, Knauf Plasterboard Tianjin Co., Ltd, Taishan Gypsum Co. Ltd. f/k/a Shandong Taihe Dongxin Co. Ltd., USG Corporation, L&W Supply Corporation d/b/a Seacoast Supply, Interior Exterior Building Supply, Independent Builders Supply Association, Inc., and Rothchilt International Limited have not filed an answer or entered an appearance in this lawsuit.

2. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby provide notice of dismissal of Civil Action No. 2:09-cv-03639.

3. This dismissal is without prejudice.  Fed. R. Civ. P. 41(a)(1)(B).

Wherefore, Plaintiffs James Fugler and Jan Fugler, request that this Court accept Plaintiffs' Notice of Dismissal of Civil Action No. 2:09-cv-03639, and that the Complaint be dismissed without prejudice.

Respectfully submitted,

/s/ Daniel E. Becnel Jr.
Daniel E. Becnel Jr. (Louisiana Bar #2926)
BECNEL LAW FIRM, LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, Louisiana 70084
dbecnel@becnellaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Notice of Dismissal has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon Knauf Gips KG, Knauf Plasterboard Tianjin Co., Ltd, USG Corporation, Independent Builders Supply Association, Inc., Interior Exterior Building Supply, and L&W Supply Corporation d/b/a Seacoast Supply by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 1st day of December, 2009.

                                          <u>s/ Daniel E. Becnel, Jr.</u>
                                          Daniel E. Becnel, Jr.
                                          BECNEL LAW FIRM, LLC
                                          P.O. Drawer H
                                          106 W. Seventh Street
                                          Reserve, Louisiana 70084
                                          schristina@becnellaw.com