## Mark C. Nanavati

**From:** Richard Serpe [rserpe@serpefirm.com]
**Sent:** Monday, August 31, 2009 4:55 PM
**To:** Mark C. Nanavati; Daniel C. Levin
**Cc:** John Franklin, III; Theodore I. Brenner; Kenneth F. Hardt
**Subject:** RE: Germano, et la.

We acknowledge receipt of yours of August 20th, and reject your suggestion of the need to take any such action, based both upon our own analysis and that of an independent ethics counsel.

---

**From:** Mark C. Nanavati [mailto:MNanavati@SNLLAW.COM]
**Sent:** Friday, August 28, 2009 2:48 PM
**To:** Richard Serpe; 'Daniel C. Levin'
**Cc:** 'John Franklin, III'; 'Theodore I. Brenner'; 'Kenneth F. Hardt'
**Subject:** Germano, et la.



Did you all hear something different from the Bar than the attached?

Mark



Confidentiality Notice
This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.