IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL No. 2047<br><br>SECTION:  L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: | : : | |
| Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 09-6687 (E.D.La.) | : : : : | |

### MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF 25 PAGES

NOW INTO COURT, through undersigned counsel, comes Tobin Trading, Inc. ("Tobin"), seeking leave pursuant to Local Rule 7.8.1E to file its Memorandum in Support of Motion for More Definite Statement and Motion to Dismiss (previously filed herein on November 25, 2009, at Doc. No. 512) in a length in excess of 25 pages on the following grounds:

1.  To adequately respond to the multiple claims and allegations presented by the Second Amended Complaint, Tobin's Memorandum of Law in support of its Motion for More Definite Statement and Motion to Dismiss (33 pages in length, including the certificate of service) exceeds the 25-page limit prescribed by the Local Rules.  Tobin requests the Court's permission to exceed said page limit.

1

WHEREFORE, Tobin respectfully moves the Court for leave to file its Memorandum in Support of Motion for More Definite Statement and Motion to Dismiss (previously filed herein on November 25, 2009, at Doc. No. 512), in a length not to exceed 33 pages.  A proposed Order is filed herewith.

                                                      Respectfully submitted,

                                                      TOBIN TRADING, INC.

Date:  December 1, 2009        By:    /s/ Theodore I. Brenner
                                                      Theodore I. Brenner, VSB 17815
                                                        BRENNER, EVANS & MILLMAN, P.C.
                                                        411 E. Franklin Street, Suite 200
                                                        P.O. Box 470
                                                        Richmond, Virginia  23218-0470
                                                        Phone: (804) 644-1300
                                                        Fax: (804) 644-1354
                                                        E-mail: tbrenner@beylaw.com

                                                        Jay O. Millman, VSB 37212
                                                       BRENNER, EVANS & MILLMAN, P.C.
                                                        411 E. Franklin Street, Suite 200
                                                       P.O. Box 470
                                                        Richmond, Virginia  23218-0470
                                                        Phone: (804) 644-1300
                                                        Fax: (804) 644-1354
                                                        E-mail: jom@beylaw.com

                                                        Alexander S. de Witt, VSB 42708
                                                       BRENNER, EVANS & MILLMAN, P.C.
                                                        411 E. Franklin Street, Suite 200
                                                        P.O. Box 470
                                                        Richmond, VA  23218-0470
                                                        Phone: (804) 644-1300
                                                        Fax: (804) 644-1354
                                                        E-mail: adewitt@beylaw.com

                                                        *ATTORNEYS FOR TOBIN TRADING, INC.*

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Motion has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mal and upon all parties by electronically uploading the same to LexisNexis File and Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this 1st day of December, 2009

    By:    /s/ Theodore I. Brenner