IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL No. 2047<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 09-6687 (E.D.La.) | : : : : : : | |

## ORDER

Having considered Tobin Trading, Inc.'s Motion for Leave to File Memorandum in Excess of 25 pages,

IT IS ORDERED that Tobin Trading Inc.'s Motion for Leave to File Memorandum in Excess of 25 Pages is GRANTED, and the Memorandum in Support of Motion for More Definite Statement and Motion to Dismiss (previously filed herein on November 25, 2009, at Doc. No. 512) is hereby deemed properly filed with the Court.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
UNITED STATES DISTRICT JUDGE