IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | | |
|---|---|---|
| MICHELLE GERMANO; DENNIS JACKSON; SHARON JACKSON; JASON DUNAWAY; LISA DUNAWAY; individually, and on behalf of all others similarly situated, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 2:09cv202 |
| TAISHAN GYPSUM CO. LTD. f/k/a SHANDONG TAIHE DONGXIN CO. LTD.; TOBIN TRADING INC.; VENTURE SUPPLY INC.; HARBOR WALK DEVELOPMENT, LLC; and THE PORTER-BLAINE CORP., | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## MOTION FOR MORE DEFINITE STATEMENT AND MOTION TO DISMISS

Defendant Tobin Trading Inc. ("Tobin"), by counsel, responding to the "First Amended Complaint – Class Action" ("Amended Complaint") previously filed herein (Dkt. No. 3), and for its Motion For More Definite Statement and Motion to Dismiss pursuant to Rules 9, 12(b)(6) and 12(e) of the Federal Rules of Civil Procedure, states the following:

1.      With regard to Tobin Trading, Inc., the allegations of the Amended Complaint are so vague, ambiguous, conclusory and general in nature that Tobin cannot reasonably prepare a response. Accordingly, pursuant to Rule 12(e) of the Federal Rules of Civil Procedure, and for the reasons stated more fully in its supporting memorandum filed herewith, Tobin moves for an Order directing the Plaintiffs to file a more definite statement of their pleading. The factual details desired are described in the memorandum filed herewith.

1

2.     For the reasons stated more fully in its supporting memorandum filed herewith, Count I (Negligence) of the First Amended Complaint fails to state a claim against Tobin, and fails to state sufficient facts upon which the relief demanded can be granted.

3.     For the reasons stated more fully in its supporting memorandum filed herewith, Count II (Negligence *Per Se*) of the First Amended Complaint fails to state a claim against Tobin, and fails to state sufficient facts upon which the relief demanded can be granted.

4.     For the reasons stated more fully in its supporting memorandum filed herewith, Count III (Breach of Express and/or Implied Warranties) of the First Amended Complaint fails to state a claim against Tobin, and fails to state sufficient facts upon which the relief demanded can be granted.

5.     For the reasons stated more fully in its supporting memorandum filed herewith, Count V (Private Nuisance) of the First Amended Complaint fails to state a claim against Tobin, and fails to state sufficient facts upon which the relief demanded can be granted.

6.     For the reasons stated more fully in its supporting memorandum filed herewith, Count VI (Unjust Enrichment) of the First Amended Complaint fails to state a claim against Tobin, and fails to state sufficient facts upon which the relief demanded can be granted.

7.     For the reasons stated more fully in its supporting memorandum filed herewith, Count VII (Violation of the Virginia Consumer Protection Act) of the First Amended Complaint fails to state a claim against Tobin, and fails to state sufficient facts upon which the relief demanded can be granted.

8.     For the reasons stated more fully in its supporting memorandum filed herewith, Count VIII (Equitable and Injunctive Relief and Medical Monitoring) of the First Amended Complaint fails to state a claim against Tobin, and fails to state sufficient facts upon which the relief demanded can be granted.

9. For the reasons stated more fully in its supporting memorandum filed herewith, the First Amended Complaint fails to state a claim for punitive damages against Tobin, and fails to state sufficient facts upon which an award of punitive damages can be granted against Tobin.

WHEREFORE, Defendant Tobin Trading Inc. respectfully prays that this Court enter an Order granting its Motion for More Definite Statement and Motion to Dismiss, and for such other and further relief as this Court deems appropriate.

                Respectfully submitted,

                TOBIN TRADING, INC.

Date: July 22, 2009        By:   /s/ Theodore I. Brenner
                Theodore I. Brenner, VSB 17815
                BRENNER, EVANS & MILLMAN, P.C.
                411 E. Franklin Street, Suite 200
                P.O. Box 470
                Richmond, Virginia 23218-0470
                Phone: (804) 644-1300
                Fax: (804) 644-1354
                E-mail: tbrenner@beylaw.com

                Jay O. Millman, VSB 37212
                BRENNER, EVANS & MILLMAN, P.C.
                411 E. Franklin Street, Suite 200
                P.O. Box 470
                Richmond, Virginia 23218-0470
                Phone: (804) 644-1300
                Fax: (804) 644-1354
                E-mail: jom@beylaw.com

                Alexander S. de Witt, VSB 42708
                BRENNER, EVANS & MILLMAN, P.C.
                411 E. Franklin Street, Suite 200
                P.O. Box 470
                Richmond, VA 23218-0470
                Phone: (804) 644-1300
                Fax: (804) 644-1354
                E-mail: adewitt@beylaw.com

                *ATTORNEYS FOR TOBIN TRADING, INC.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of July, 2009, I will electronically file the foregoing MOTION with the Clerk of this Court using the CM/ECF system, which will then send a notification of such filing to any filing user.

By:   /s/ Theodore I. Brenner
Theodore I. Brenner, VSB 17815
BRENNER, EVANS & MILLMAN, P.C.
411 E. Franklin Street, Suite 200
P.O. Box 470
Richmond, Virginia 23218-0470
Phone: (804) 644-1300
Fax: (804) 644-1354
E-mail: tbrenner@beylaw.com

*ATTORNEY FOR TOBIN TRADING, INC.*