David Gross, Cheryl Gross, and Louis Velez, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
# APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 100345-0023

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Tov Trading, Inc., The Corporation
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Mr. Daniel C. Levin
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **NEW YORK** ) ss.
County of: **SUFFOLK** )

**Name of Server:** **CURTIS S. WARREN**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **18** day of **NOVEMBER**, 20 **09**, at **3:22** o'clock **P.** M

**Place of Service:** at **5014 20th Avenue**, in **Brooklyn, NY 11204**

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Class Action Complaint w/Jury Demand**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Tov Trading, Inc., The Corporation**
By delivering them into the hands of an officer or managing agent whose name and title is: **MS. TEITEL BAUM, AUTHORIZED AGENT**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F** ; Skin Color **WHITE** ; Hair Color **BROWN** ; Facial Hair _____
Approx. Age **42** ; Approx. Height **5'9"** ; Approx. Weight **150**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

*C W Au*
Signature of Server
CURTIS S. WARREN
**APS International, Ltd.**

Subscribed and sworn to before me this
**19** day of **NOVEMBER**, 20 **09**

*Vincent J Gillis*
Notary Public          (Commission Expires)

VINCENT J. GILLIS
Notary Public State of New York
No. 01GI4984594
Qualified in Suffolk County
Commission Expires July 29, 20 11