Chinese Drywall Gross, et al, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et al, et. al., Defendant(s)



Service of Process by
## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 100345-0033

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Bedrock Building Materials, LLC, c/o National Registered Agents Inc.
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Mr. Daniel C. Levin
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __WASHINGTON__ ) ss.
County of: __KING__ )

**Name of Server:** __NICK SCHOUTEN__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __13th__ day of __November__, 20__09__, at __1:26__ o'clock __P__ M

**Place of Service:** at __1780 Barnes Blvd. SW, Bldg. G__, in __Tumwater, WA 98512__

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Class Action Complaint w/Jury Demand**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Bedrock Building Materials, LLC, c/o National Registered Agents Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __CHERYL WESTBY, Administrative Assistant @ NATIONAL REGISTERED AGENTS, INC., Authorized To Accept.__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __F__; Skin Color __white__; Hair Color __brown__; Facial Hair ____
Approx. Age __35__; Approx. Height __5'4"__; Approx. Weight __135__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server __NICK SCHOUTEN__

Subscribed and sworn to before me this __16th__ day of __November__, 20__09__

Notary Public (Commission Expires)

**APS International, Ltd.**

ROBERT J. HOYDEN
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
JUNE 9, 2011