Chinese Drywall Gross, et al, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et al, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 100345-0030

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Steeler, Inc., Attention: Walter J. Yund, Jr.
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Mr. Daniel C. Levin
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __WASHINGTON__ ) ss.
County of: __KING__ )

**Name of Server:** __ROBERT HOYDEN__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __16th__ day of __November__, 20__09__, at __3:58__ o'clock __P__ M

**Place of Service:** at __701 Fifth Ave., Suite 5500__, in __Seattle, WA 98104__

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Class Action Complaint w/Jury Demand**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Steeler, Inc., Attention: Walter J. Yund, Jr.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __WALTER J. YUND, JR., Registered Agent__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __M__; Skin Color __white__; Hair Color __brown__; Facial Hair ____
Approx. Age __42__; Approx. Height __5'11"__; Approx. Weight __160__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this __16__ day of __November__, 20__09__

Signature of Server / ROBERT HOYDEN

Notary Public   (Commission Expires) 3/20/11

**APS International, Ltd.**

TRACI E. NASH
STATE OF WASHINGTON
NOTARY PUBLIC
MY COMMISSION EXPIRES
03-20-11