UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES AND<br><br>Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:09-cv-6687 (E.D.La.) | |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion for Leave to File Reply Brief in Support of its Motion to Compel Discovery from Defendants, Venture-Supply, Inc. and Porter-Blaine Corp.;

IT IS ORDERED BY THE COURT that the Plaintiffs' Steering Committee is granted leave of court to file the attached Reply Brief in Support of its Motion to Compel Discovery from Defendants, Venture-Supply, Inc. and Porter-Blaine Corp., and said Reply Brief is to be filed into the record herein.

New Orleans, Louisiana this  1st  day of  December , 2009.

_____
Honorable Eldon E. Fallon
U.S. District Judge

1