IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>David Gross, et al. v. Knauf Gips KG, et al.<br>Case No. 2:09-cv-6690 (E.D. La.) | MDL No. 09-2047<br><br>JUDGE: FALLON<br><br>MAGISTRATE: WILKINSON |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS

COMES NOW, the undersigned law firm of Bartlit Beck Herman Palenchar & Scott LLP and hereby files its Notice of Appearance as counsel on behalf of the Defendant, Georgia-Pacific LLC. It is respectfully requested that all future pleadings, documents, and correspondence be served upon the undersigned in connection with this action.

Respectfully submitted,

/s/ Andrew C. Baak
Adam L. Hoeflich (IL Bar No. 6209163)
Carolyn J. Frantz (IL Bar No. 6282896)
Andrew C. Baak (IL Bar No. 6285675)
Martha M. Pacold (IL Bar No. 6280760)
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60654
Telephone: 312-494-4400
Facsimile: 312-494-4440
*Counsel for Defendant Georgia-Pacific LLC*

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of December, 2009.

                                                  /s/ Andrew C. Baak
                                                  Andrew C. Baak