**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 09-2047 |
| THIS DOCUMENT RELATES TO:<br>David Gross, et al. v. Knauf Gips KG, et al.<br>Case No. 2:09-cv-6690 (E.D. La.) | JUDGE:  FALLON<br><br>MAGISTRATE:  WILKINSON |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant Georgia-Pacific LLC ("Georgia-Pacific) respectfully moves this Court for an extension of time to answer or otherwise respond until January 15, 2010.  In support of its Motion for Extension of Time, Georgia-Pacific states the following grounds:

1.      Plaintiffs served their complaint on November 12, 2009.

2.      Georgia-Pacific needs additional time to respond to Plaintiffs' complaint, which includes nearly three hundred paragraphs of allegations.

3.      An extension until January 15, 2010, should provide Georgia-Pacific with adequate time to respond.

4.      No previous extensions of time have been requested.

5.      This extension of time will not unduly delay this matter or prejudice any other party.

6.      Georgia-Pacific has spoken to counsel for Plaintiffs, and they have no objection to this motion.

Respectfully submitted,

/s/ Andrew C, Baak
Adam L. Hoeflich (IL Bar No. 6209163)
Carolyn J. Frantz (IL Bar No. 6282896)
Andrew C. Baak (IL Bar No. 6285675)
Martha M. Pacold (IL Bar No. 6280760)
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL  60654
Telephone:  312-494-4400
Facsimile:  312-494-4440

*Counsel for Defendant Georgia-Pacific LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of December, 2009.

/s/ Andrew C. Baak
Andrew C. Baak