**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br>**David Gross, et al. v. Knauf Gips KG, et al.**<br>**Case No. 2:09-cv-6690 (E.D. La.)** | **MDL No. 09-2047**<br><br>**JUDGE: FALLON**<br><br>**MAGISTRATE: WILKINSON** |

**ORDER**

Considering the foregoing Motion for Extension of Time,

**IT IS ORDERED** that Defendant Georgia-Pacific LLC be granted an extension of time until January 15, 2010, to respond to Plaintiffs' complaint.

New Orleans, Louisiana, this _____ day of December, 2009.

_____
United States District Judge