# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | :MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | :Section L |
|  | : |
| This Document Relates to | :JUDGE FALLON |
| Germano, et al. v. Taishan Gypsum Co., | :MAG. JUDGE WILKINSON |
| Ltd. f/k/a Shandong Taihe Dongxin Co. | |
| Ltd., et al. Case No. 2:09-cv-6687 (E.D. La.) | |

**CONSENT ORDER (VENTURE SUPPLY, INC. AND THE PORTER-BLAINE CORPORATION'S OBJECTION TO APPARENT STIPULATION OR AGREEMENT BETWEEN DSC AND PSC)**

Come now the Plaintiffs' Steering Committee ("PSC"), by liaison counsel, the Defendants' Steering Committee ("DSC"), by liaison counsel, and Venture Supply, Inc. ("Venture") and The Porter-Blaine Corporation ("PB"), by counsel, on Venture's and PB's objection to the apparent stipulation or agreement between the DSC and the PSC relating to the scheduling of default judgment proceedings against Taishan Gypsum Co., Ltd f/k/a Shandong Tiahe Dongxin, Co., Ltd ("Taishan") on the Plaintiffs' Second Amended Complaint in Germano, et al. v. Taishan Gypsum Co. Ltd., et al., Case No. 2:09cv6687 ("the Germano action"). Based on the agreement of the parties and for good cause shown, this Court enters the following Order:

1. The default judgment proceedings against Taishan on the Plaintiffs' Second Amended Complaint in the Germano action by agreement will be directed to the issue of property damage remediation and shall have no effect, collateral, direct or otherwise, on Venture, PB or any of the other non-Taishan defendants in the Germano action.

1

2. Venture, PB and the other non-Taishan defendants in the <u>Germano</u> action shall not be required to participate in the default judgment proceedings against Taishan. Venture, PB and the other non-Taishan defendants shall not be prejudiced by failing to appear at or participate in the default judgment proceedings against Taishan. In the event default judgment damages are awarded against Taishan in favor of the plaintiffs, Venture, PB and the other non-Taishan defendants will not be subject to a contribution or indemnity claim from Taishan based on said judgment.

3. By Venture and PB agreeing to entry this order, Venture, PB and the other non-Taishan defendants shall not be deemed to have waived any defenses they have raised to the <u>Germano</u> action including but not limited to those contained in their respective 12(b)(1) (such as subject matter jurisdiction based on the apparent lack of personal jurisdiction over Taishan) and 12(b)(6) motions and the other issues outlined in footnote one to Venture and PB's objection to the default judgment proceedings against Taishan that is the subject of this order.

4. Furthermore, the Court acknowledges that Venture, PB and the other non-Taishan defendants have not waived venue and/or the right to seek remand of the <u>Germano</u> action against any of them to the United States District Court for the Eastern District of Virginia for trial.

5. With the entry of this order, Venture's and PB's objection to the apparent stipulation or agreement between the DSC and the PSC relating to the scheduling of default judgment proceedings against Taishan on the Plaintiffs' Second Amended Complaint in the <u>Germano</u> action is deemed withdrawn and moot.

It is so **ORDERED**.

Entered this 2nd day of December, 2009.

*[signature]*

The Honorable Eldon E. Fallon

We ask for this:

*[signature]*

Mark C. Nanavati, Esquire (VSB #38709)
Kenneth F. Hardt, Esquire (VSB # 23966)
Sinnott, Nuckols & Logan, P.C.
13811 Village Mill Drive
Midlothian, Virginia 23114
(804) 378-7600 ext. 3311 or 3316
(804) 378-2610 (fax)
mnanavati@snllaw.com
khardt@snllaw.com
*Attorneys for Defendants Venture Supply Inc.
and The Porter-Blaine Corporation*

Seen and agreed:

*[signature]*

Russ M. Herman (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
(504) 581-4892
(504) 561-6024 (fax)
*Plaintiffs' Liaison Counsel*

3

Seen and agreed:

_____
Kerry Miller (Bar No. 24562)
Kyle Spaulding (Bar No. 29000)
Frilot, L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, LA 70613-3600
(504) 599-8000
(504) 599-8100 (fax)
*Defendants' Liaison Counsel*