UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID GROSS, CHERYL GROSS, AND ) <br> LOUIS VELEZ, individually, and on behalf of ) <br> all others similarly situated, ) <br>  ) <br> Plaintiffs, ) <br>  ) <br> v. ) <br>  ) <br> KNAUF GIPS KG, et al. ) <br>  ) <br> Defendants. ) | Case No.: 09-6690 <br> Section: L <br> Judge Fallon <br> Mag. Judge Wilkinson <br>  <br> Class Action |

## MAZER'S NOTICE OF APPEARANCE

COMES NOW Larry S. Logsdon and Michael L. Jackson of the law firm Wallace, Jordan, Ratliff & Brandt, LLC and Christopher A. Bottcher, C. Lee Reeves and Mary Blanche Hankey of the law firm Sirote & Permutt, P.C., and notifies this Court of their appearance as counsel for the Defendant Mazer's Discount Home Centers, Inc., ("Mazer's") and requests that any orders, notices, motions, pleadings, correspondence, etc., issued from this Honorable Court be forwarded to their attorneys as counsel of record for Mazer's.

Respectfully submitted on December 1, 2009,

s/ *Larry S. Logsdon*
Larry S. Logsdon
Voice: (205) 874-0341
Fax:    (205) 874-3241
E-mail: llogsdon@wallacejordan.com

s/ *Michael L. Jackson*
Michael L. Jackson
Voice: (205) 874-0315
Fax:    (205) 874-3251
E-mail: mjackson@wallacejordan.com

Attorneys for the Defendant designated as Mazer's Discount Home Centers, Inc

**Of Counsel:**

Wallace, Jordan, Ratliff & Brandt, L.L.C.
Post Office Box 530910
Birmingham, Alabama 35253
(205) 870-0555

     s/ *Christopher A. Bottcher*
Christopher A. Bottcher
Voice: (205) 930-5279
Fax:   (205) 930-5101
E-mail: cbottcher@sirote.com

     s/ *C. Lee Reeves*
C. Lee Reeves
Voice: (205) 930-5183
Fax:   (205) 930-5101
E-mail: lreeves@sirote.com

     s/ *Mary Blanche Hankey*
Mary Blanche Hankey
Voice: (205) 930-5100
Fax:   (205) 930-5101
Attorneys for the Defendant designated as Mazer's Discount Home Centers, Inc

**Of Counsel:**

Sirote & Permutt, P.C.
P.O. Box 55727
Birmingham, Alabama 35255-5727
(205) 930-5100

## Certificate of Service

      I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Lousiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 20th Day of November 2009.

Respectfully submitted,

*s/ Larry S. Logsdon*

Larry S. Logsdon
Wallace, Jordan, Ratliff & Brandt, L.L.C.
Post Office Box 530910
Birmingham, Alabama 35253
Voice: (205) 874-0341
Fax:    (205) 874-3241
E-mail: llogsdon@wallacejordan.com