UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 09-2047 |
| THIS DOCUMENT RELATES TO: Lucille Bourdon v. Interior Exterior Building Supply LP, et al. - Case No. 2:09-cv-07025 (E.D. La.) | JUDGE: FALLON MAG.: WILKINSON |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS

COMES NOW, the undersigned law firm of Degan Blanchard & Nash and hereby files its Notice of Appearance as counsel on behalf of the Defendant, Markel American Insurance Company. It is respectfully requested that all future pleadings, documents, and correspondence be served upon the undersigned in connection with this action.

Respectfully submitted,

DEGAN, BLANCHARD & NASH

/s/ Carolyn C. Kolbe
Sidney W. Degan, III (No. 4804)
James A. Rowell (No. 21393), T.A.
Carolyn C. Kolbe (No. 31489)
400 Poydras Street, Suite 2600
New Orleans, Louisiana 70130
Telephone: 504-529-3333
Facsimile: 504-529-3337
*Attorneys for Markel Insurance Co.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 3rd day of December, 2009.

/s/ Carolyn C. Kolbe
Carolyn C. Kolbe