UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2009 DEC -1 PM 12: 02

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 2047 Section L |
| | ) | JUDGE FALLON |
| This Document Relates to: 09-6690 (Gross) | ) | MAG. JUDGE WILKINSON |

### NOTICE OF APPEARANCE OF COUNSEL

NOTICE IS HEREBY GIVEN that A. Todd Brown of the firm Hunton & Williams LLP, Bank of America Plaza, Suite 3500, 101 South Tryon Street, Charlotte, North Carolina, 28280, hereby appears as counsel for Stock Building Supply, LLC, f/k/a Stock Building Supply, Inc., in _David Gross, Cheryl Gross and Louis Velez, individually and on behalf of all others similarly situated v. Knauf Gips, KG, et al._, United States District Court for the Eastern District of Louisiana, Case No. 09-6690.

This the 30th day of November, 2009.

Respectfully submitted,

HUNTON & WILLIAMS LLP

_/s/ A. Todd Brown_
A. Todd Brown
Bank of America Plaza
101 South Tryon Street, Suite 3500
Charlotte, NC 28280
(704) 378-4700
(704) 378-4890 ~ Fax
tbrown@hunton.com
*Counsel for Stock Building Supply, LLC f/k/a Stock Building Supply, Inc.*

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of November, 2009, the foregoing was sent for filing with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by overnight mail and, upon receipt of a file-stamped copy of the foregoing, will be served upon all counsel via LexisNexis File & Serve in accordance with the procedures established in MDL 2047.

HUNTON & WILLIAMS LLP

*/s/ A. Todd Brown*
A. Todd Brown
