IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>David Gross, et al. v. Knauf Gips KG, et al.<br>Case No. 2:09-cv-6690 (E.D. La.) | MDL No. 09-2047<br><br>JUDGE:  FALLON<br><br>MAGISTRATE:  WILKINSON |

### ORDER

Considering the foregoing Motion for Extension of Time,

**IT IS ORDERED** that Defendant Georgia-Pacific LLC be granted an extension of time until January 15, 2010, to respond to Plaintiffs' complaint.

New Orleans, Louisiana, this  3rd  day of December, 2009.

_____
United States District Judge