UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION _____ | ) ) ) ) MDL NO. 2047 |
| | ) SECTION: L |
| This Document Relates to: | ) JUDGE FALLON |
| David Gross, Cheryl Gross, and Louis Velez, | ) MAG. JUDGE WILKINSON |
| individually, and on behalf of all others similarly | ) |
| situated v. Knauf Gips KG, et al., | ) |
| Case No. 2:09-cv-6690 (E.D. La.) | ) |
| | ) |

**DEFENDANT RIGHTWAY DRYWALL, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT**

COMES NOW Defendant, Rightway Drywall, Inc. ("Rightway" or "Defendant"), by and through counsel, and files this Answer and Affirmative Defenses to the Plaintiffs' Complaint filed against it herein:

**ANSWER**

Responding to the allegations of the Complaint, paragraph by paragraph, Rightway states as follows:

1.      Denied.

2.      Denied.

3.      Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 3 of the Complaint and, therefore, denies same.

4.      Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 4 of the Complaint and, therefore, denies same.

5.      Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 5 of the Complaint and, therefore, denies same.

6.      Denied.

7.      Denied.

8.      Denied.

9.      Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 9 of the Complaint and, therefore, denies same.

10.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 10 of the Complaint and, therefore, denies same.

11.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 11 of the Complaint and, therefore, denies same.

12.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 12 of the Complaint and, therefore, denies same.

13.     Denied.

14.     Denied.

15.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 15 of the Complaint and, therefore, denies same.

16.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 16 of the Complaint and, therefore, denies same.

17.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 17 of the Complaint and, therefore, denies same.

18.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 18 of the Complaint and, therefore, denies same.

19.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 19 of the Complaint and, therefore, denies same.

20.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 20 of the Complaint and, therefore, denies same.

21.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 21 of the Complaint and, therefore, denies same.

22.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 22 of the Complaint and, therefore, denies same.

23.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 23 of the Complaint and, therefore, denies same.

24.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 24 of the Complaint and, therefore, denies same.

25.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 25 of the Complaint and, therefore, denies same.

26.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 26 of the Complaint and, therefore, denies same.

27.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 27 of the Complaint and, therefore, denies same.

28.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 28 of the Complaint and, therefore, denies same.

29.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 29 of the Complaint and, therefore, denies same.

30.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 30 of the Complaint and, therefore, denies same.

31.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 31 of the Complaint and, therefore, denies same.

32.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 32 of the Complaint and, therefore, denies same.

33.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 33 of the Complaint and, therefore, denies same.

34.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 34 of the Complaint and, therefore, denies same.

35.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 35 of the Complaint and, therefore, denies same.

36.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 36 of the Complaint and, therefore, denies same.

37.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 37 of the Complaint and, therefore, denies same.

38.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 38 of the Complaint and, therefore, denies same.

39.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 39 of the Complaint and, therefore, denies same.

40.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 40 of the Complaint and, therefore, denies same.

41.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 41 of the Complaint and, therefore, denies same.

42.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 42 of the Complaint and, therefore, denies same.

43.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 43 of the Complaint and, therefore, denies same.

44.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 44 of the Complaint and, therefore, denies same.

45.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 45 of the Complaint and, therefore, denies same.

46.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 46 of the Complaint and, therefore, denies same.

47.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 47 of the Complaint and, therefore, denies same.

48.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 48 of the Complaint and, therefore, denies same.

49.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 49 of the Complaint and, therefore, denies same.

50.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 50 of the Complaint and, therefore, denies same.

51.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 51 of the Complaint and, therefore, denies same.

52.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 52 of the Complaint and, therefore, denies same.

53.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 53 of the Complaint and, therefore, denies same.

54.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 54 of the Complaint and, therefore, denies same.

55.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 55 of the Complaint and, therefore, denies same.

56.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 56 of the Complaint and, therefore, denies same.

57.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 57 of the Complaint and, therefore, denies same.

58.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 58 of the Complaint and, therefore, denies same.

59.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 59 of the Complaint and, therefore, denies same.

60.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 60 of the Complaint and, therefore, denies same.

61.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 61 of the Complaint and, therefore, denies same.

62.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 62 of the Complaint and, therefore, denies same.

63.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 63 of the Complaint and, therefore, denies same.

64.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 64 of the Complaint and, therefore, denies same.

65.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 65 of the Complaint and, therefore, denies same.

66.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 66 of the Complaint and, therefore, denies same.

67.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 67 of the Complaint and, therefore, denies same.

68.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 68 of the Complaint and, therefore, denies same.

69.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 69 of the Complaint and, therefore, denies same.

70.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 70 of the Complaint and, therefore, denies same.

71.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 71 of the Complaint and, therefore, denies same.

72.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 72 of the Complaint and, therefore, denies same.

73.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 73 of the Complaint and, therefore, denies same.

74.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 74 of the Complaint and, therefore, denies same.

75.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 75 of the Complaint and, therefore, denies same.

76.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 76 of the Complaint and, therefore, denies same.

77.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 77 of the Complaint and, therefore, denies same.

78.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 78 of the Complaint and, therefore, denies same.

79.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 79 of the Complaint and, therefore, denies same.

80.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 80 of the Complaint and, therefore, denies same.

81.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 81 of the Complaint and, therefore, denies same.

82.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 82 of the Complaint and, therefore, denies same.

83.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 83 of the Complaint and, therefore, denies same.

84.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 84 of the Complaint and, therefore, denies same.

85.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 85 of the Complaint and, therefore, denies same.

86.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 86 of the Complaint and, therefore, denies same.

87.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 87 of the Complaint and, therefore, denies same.

88.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 88 of the Complaint and, therefore, denies same.

89.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 89 of the Complaint and, therefore, denies same.

90.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 90 of the Complaint and, therefore, denies same.

91.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 91 of the Complaint and, therefore, denies same.

92.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 92 of the Complaint and, therefore, denies same.

93.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 93 of the Complaint and, therefore, denies same.

94.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 94 of the Complaint and, therefore, denies same.

95.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 95 of the Complaint and, therefore, denies same.

96.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 96 of the Complaint and, therefore, denies same.

97.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 97 of the Complaint and, therefore, denies same.

98.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 98 of the Complaint and, therefore, denies same.

99.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 99 of the Complaint and, therefore, denies same.

100.    Denied.

101.    Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph  of the Complaint and, therefore, denies same.

102.    Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 102 of the Complaint and, therefore, denies same.

103.    Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 103 of the Complaint and, therefore, denies same.

104.    Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 104 of the Complaint and, therefore, denies same.

105.    Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 105 of the Complaint and, therefore, denies same.

106.    Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 106 of the Complaint and, therefore, denies same.

107.    Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 107 of the Complaint and, therefore, denies same.

108.    Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 108 of the Complaint and, therefore, denies same.

109.    Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 109 of the Complaint and, therefore, denies same.

110.    Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 110 of the Complaint and, therefore, denies same.

111.    Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 111 of the Complaint and, therefore, denies same.

112.    Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 112 of the Complaint and, therefore, denies same.

113.    Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 113 of the Complaint and, therefore, denies same.

114.    Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 114 of the Complaint and, therefore, denies same.

115.    Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 115 of the Complaint and, therefore, denies same.

116.    Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 116 of the Complaint and, therefore, denies same.

117.    Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 117 of the Complaint and, therefore, denies same.

118.    Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 118 of the Complaint and, therefore, denies same.

119.    Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 119 of the Complaint and, therefore, denies same.

120.    Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 120 of the Complaint and, therefore, denies same.

121.    Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 121 of the Complaint and, therefore, denies same.

122.    Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 122 of the Complaint and, therefore, denies same.

123.    Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 123 of the Complaint and, therefore, denies same.

124.    Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 124 of the Complaint and, therefore, denies same.

125.    Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 125 of the Complaint and, therefore, denies same.

126.    Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 126 of the Complaint and, therefore, denies same.

127.    Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 127 of the Complaint and, therefore, denies same.

128.    Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 128 of the Complaint and, therefore, denies same.

129.    Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 129 of the Complaint and, therefore, denies same.

130.    Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 130 of the Complaint and, therefore, denies same.

131.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 131 of the Complaint and, therefore, denies same.

132.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 132 of the Complaint and, therefore, denies same.

133.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 133 of the Complaint and, therefore, denies same.

134.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 134 of the Complaint and, therefore, denies same.

135.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 135 of the Complaint and, therefore, denies same.

136.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 136 of the Complaint and, therefore, denies same.

137.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 137 of the Complaint and, therefore, denies same.

138.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 138 of the Complaint and, therefore, denies same.

139.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 139 of the Complaint and, therefore, denies same.

140.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 140 of the Complaint and, therefore, denies same.

141.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 141 of the Complaint and, therefore, denies same.

142.    Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 142 of the Complaint and, therefore, denies same.

143.    Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 143 of the Complaint and, therefore, denies same.

144.    Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 144 of the Complaint and, therefore, denies same.

145.    Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 145 of the Complaint and, therefore, denies same.

146.    Denied.

147.    Denied.

148.    Denied.

149.    Denied.

150.    Denied.

151.    Denied.

152.    Denied.

153.    Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 153 of the Complaint and, therefore, denies same.

154.    Denied.

155.    Denied.

156.    Denied.

157.    Denied.

158.    Denied.

159.    Denied.

160.    Denied.

161.    Denied.

162.    Denied.

163.    Denied.

164.    Denied.

165.    Denied.

166.    Denied.

167.    Denied.

168.    Denied.

169.    Denied.

170.    Denied.

171.    Denied.

172.    Denied.

173.    Denied.

174.    Denied.

175.    Denied.

176.    Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 176 of the Complaint and, therefore, denies same.

177.    Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 177 of the Complaint and, therefore, denies same.

178.    Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 178 of the Complaint and, therefore, denies same.

179.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 179 of the Complaint and, therefore, denies same.

180.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 180 of the Complaint and, therefore, denies same.

181.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 181 of the Complaint and, therefore, denies same.

182.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 182 of the Complaint and, therefore, denies same.

183.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 183 of the Complaint and, therefore, denies same.

184.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 184 of the Complaint and, therefore, denies same.

185.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 185 of the Complaint and, therefore, denies same.

186.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 186 of the Complaint and, therefore, denies same.

187.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 187 of the Complaint and, therefore, denies same.

188.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 188 of the Complaint and, therefore, denies same.

189.     Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 189 of the Complaint and, therefore, denies same.

190.   Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 190 of the Complaint and, therefore, denies same.

191.   Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 191 of the Complaint and, therefore, denies same.

192.   Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 192 of the Complaint and, therefore, denies same.

193.   Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 193 of the Complaint and, therefore, denies same.

194.   Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 194 of the Complaint and, therefore, denies same.

195.   Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 195 of the Complaint and, therefore, denies same.

196.   Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 196 of the Complaint and, therefore, denies same.

197.   Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 197 of the Complaint and, therefore, denies same.

198.   Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 198 of the Complaint and, therefore, denies same.

199.   Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 199 of the Complaint and, therefore, denies same.

200.   Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 200 of the Complaint and, therefore, denies same.

201.    Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 201 of the Complaint and, therefore, denies same.

202.    Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 202 of the Complaint and, therefore, denies same.

203.    Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 203 of the Complaint and, therefore, denies same.

204.    Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 204 of the Complaint and, therefore, denies same.

205.    Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 205 of the Complaint and, therefore, denies same.

206.    Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 206 of the Complaint and, therefore, denies same.

207.    Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 207 of the Complaint and, therefore, denies same.

208.    Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 208 of the Complaint and, therefore, denies same.

209.    Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 209 of the Complaint and, therefore, denies same.

210.    Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 210 of the Complaint and, therefore, denies same.

211.    Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 211 of the Complaint and, therefore, denies same.

212.    Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 212 of the Complaint and, therefore, denies same.

213.    Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 213 of the Complaint and, therefore, denies same.

214.    Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 214 of the Complaint and, therefore, denies same.

215.    Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 215 of the Complaint and, therefore, denies same.

216.    Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 216 of the Complaint and, therefore, denies same.

217.    Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 217 of the Complaint and, therefore, denies same.

218.    Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 218 of the Complaint and, therefore, denies same.

219.    Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 219 of the Complaint and, therefore, denies same.

220.    Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 220 of the Complaint and, therefore, denies same.

221.    Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 221 of the Complaint and, therefore, denies same.

222.    Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 222 of the Complaint and, therefore, denies same.

223.    Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 223 of the Complaint and, therefore, denies same.

224.    Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 224 of the Complaint and, therefore, denies same.

225.    Denied.

226.    Denied.

227.    Denied.

228.    Denied.

229.    Denied.

230.    Denied.

231.    Denied.

232.    Denied.

233.    Denied.

234.    Denied.

235.    Denied.

236.    Denied.

237.    Denied.

238.    Denied.

239.    Denied.

240.    Denied.

241.    Denied.

242.    Denied.

243.    Denied.

244.    Denied.

245.    Denied.

246.    Denied.

247.    Denied.

248.    Denied.

249.    Denied.

250.    Denied.

251.    Denied.

252.    Denied.

253.    Denied.

254.    Denied.

255.    Denied.

256.    Denied.

257.    Denied.

258.    Denied.

259.    Denied.

260.    Denied.

261.    Denied.

262.    Denied.

263.    Denied.

264.    Denied.

265.    Denied.

266.    Denied.

267.    Denied.

268.    Denied.

269.    Denied.

270.    Denied.

271.    Denied.

272.    Denied.

273.    Denied.

274.    Denied.

275.    Denied.

276.    Denied.

277.    Denied.

278.    Denied.

279.    Denied.

280.    Denied.

281.    Denied.

282.    Denied.

283.    Denied.

284.    Denied.

285.    Denied.

286.    Denied.

287.    Denied.

288.    Denied.

289.    Denied.

290.   Denied.

291.   Denied.

292.   Denied.

293.   Denied.

294.   Denied.

295.   Denied.

296.   Denied.

297.   Denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Rightway denies that it is guilty in the matters alleged in the Complaint and demands strict proof thereof.  Furthermore, Rightway denies the averments of the Plaintiff's Complaint that are not expressly admitted and asserts the defenses as set out previously.

### SECOND AFFIRMATIVE DEFENSE

The applicable statute of limitations bars the Plaintiff's cause.

### THIRD AFFIRMATIVE DEFENSE

The Complaint fails to state a claim against the Defendant upon which relief may be granted.

### FOURTH AFFIRMATIVE DEFENSE

The Defendant pleads superseding cause.

### FIFTH AFFIRMATIVE DEFENSE

The Defendant pleads intervening cause.

### SIXTH AFFIRMATIVE DEFENSE

Waiver.

### SEVENTH AFFIRMATIVE DEFENSE

The Defendant pleads comparative negligence.

### EIGHTH AFFIRMATIVE DEFENSE

The Defendant pleads assumption of risk.

### NINTH AFFIRMATIVE DEFENSE

The Defendant pleads that nothing done by any of its agents or servants caused or contributed to the Plaintiff's alleged injuries.

### TENTH AFFIRMATIVE DEFENSE

Release.

### ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff lacks capacity to bring this suit.

### TWELFTH AFFIRMATIVE DEFENSE

Failure to join one or more parties under F.R.C.P. 19.

### THIRTEENTH AFFIRMATIVE DEFENSE

This defendant has no custody or control over the guilty parties.

### FOURTEENTH AFFIRMATIVE DEFENSE

This defendant denies that this action is appropriate for class action status as to this defendant.

### FIFTEENTH AFFIRMATIVE DEFENSE

Plaintiff's alleged damages were unknown and unforeseeable as to this defendant.

## SIXTEENTH AFFIRMATIVE DEFENSE

This defendant denies that it is a manufacturer or distributor of Chinese Drywall.

## SEVENTEENTH AFFIRMATIVE DEFENSE

The plaintiff is not entitled to punitive damages.

## EIGHTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims for punitive damages cannot be upheld to the extent these claims violate or contravene the holdings of the United States Supreme Court in BMW v. Gore, 116 S.Ct. 1589 (1996); State Farm Mut. Auto. Ins. Co. v. Campbell, 123 S.Ct. 1513 (2003); and Phillip Morris USA v. Williams, 127 S.Ct. 1057 (2007).

## NINETEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims for punitive damages are barred to the extent that it seeks the admission into evidence of Rightway's net worth in determining whether punitive damages are to be awarded and/or in what amount they are to be awarded, because punitive damages are a form of punishment that is grounded in Rightway's status rather than in specific misconduct, and thus has the effect of treating classes of citizens unequally in violation of the Equal Protection Clause of the Fifth and Fourteenth Amendments to the United States Constitution.

## TWENTIETH AFFIRMATIVE DEFENSE

To permit the imposition of punitive damages against Rightway on a joint and several liability basis would impermissibly punish Rightway for the conduct of other persons or companies and would deprive Rightway of due process of law under the Fourteenth Amendment of the United States Constitution.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

Contributory Negligence.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

Estoppel.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

This defendant denies that it designed, manufactured, exported, imported, distributed, delivered, supplied, marketed or sold any Chinese drywall to any of the alleged class members.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

This defendant avers that there exist no privity between this defendant and any of the alleged class members.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

Lack of personal jurisdiction.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

Rightway's investigation into the matters alleged in plaintiff's complaint is ongoing, and Rightway therefore reserves the right to assert other or different defenses to plaintiff's claims as additional facts or information are discovered.


/s/ S. Greg Burge
S. Greg Burge
gburge@burr.com

Attorney for Defendant
RIGHTWAY DRYWALL, INC.


**OF COUNSEL:**
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing **Defendant Rightway Drywall, Inc.'s Answer and Affirmative Defenses to Plaintiffs' Amended Class Action Complaint** has been served upon Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of December, 2009.

/s/ S. Greg Burge
OF COUNSEL