UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL NO. 09-2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:

DAVID GROSS, ET AL. vs. KNAUF GIPS KG, ET AL; CASE NO.: 09-6690

### NOTICE OF APPEARANCE

Pursuant to Rule 5.2(c), notice is hereby given that:

**DONALD C. BROWN**, of the Woodley, Williams Law Firm, L.L.C., P. O. Box 3731, Lake Charles, LA 70602-3731, is designated to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of defendants:

DAVIS CONSTRUCTION SUPPLY, LLC; and

TMO GLOBAL LOGISTICS, LLC,

Dated this 4th day of December, 2009.

Respectfully submitted,

WOODLEY, WILLIAMS LAW FIRM, L.L.C.

BY: <u>/s/ Donald C. Brown</u>
DONALD C. BROWN (#03549)
P. O. Box 3731
Lake Charles, LA 70602-3731
Telephone: (337) 433-6328
Facsimile: (337) 433-7513
E-mail: dcbrown@woodleywilliams.com
Attorney for defendants, DAVIS CONSTRUCTION SUPPLY, LLC and TMO GLOBAL LOGISTICS, LLC,

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing pleading has been served on all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of December 2009.

WOODLEY, WILLIAMS LAW FIRM, L.L.C.

<u>/s/ Donald C. Brown</u>
**DONALD C. BROWN**
**LA BAR ROLL #3549**
P. O. Box 3731
Lake Charles, LA 70602-3731
Telephone: (337) 433-6328
Facsimile: (337) 433-7513
dcbrown@woodleywilliams.com