UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | SECTION: L |
| | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: | |
| Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al. | |
| Case No. 2:09-cv-6687 (E.D. La.) | |

MOTION TO INTERVENE OR,
IN THE ALTERNATIVE, TO CONSOLIDATE HEARING

Comes now The Mitchell Company, Inc. ("Mitchell Co."), by and through its undersigned attorney, and moves this Court to intervene in the default proceedings in that action styled *Germano v. Taishan Gypsum, et al.*, Case No. 2:09-cv-6687, currently scheduled for proceedings in January and February, 2010 under Rule 24(b) of the Federal Rules of Civil Procedure. The basis for said intervention is set out in the memorandum filed contemporaneously herewith. Alternatively, Mitchell Co. requests that its default judgment against Taishan Gypsum be reduced to judgment during the same proceedings.

Respectfully submitted,

/s/ Steven L. Nicholas
STEVEN L. NICHOLAS
Cunningham Bounds, LLC
1601 Dauphin Street
Mobile, Alabama 36604
251-471-6191
251-479-1031 (fax)
sln@cunninghambounds.com

-1-

JONATHAN D. SELBIN
Lieff, Cabraser, Heimann & Bernstein, LLP
780 Third Avenue, 48th Floor
New York, New York 10017-2024
212-355-9500
212-355-9592 (fax)

ELIZABETH J. CABRASER
KRISTEN E. LAW
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, Suite 3000
San Francisco, California 94111-3339
415-956-1000
415-956-1008 (fax)

Attorneys for The Mitchell Company, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this the 4th day of December, 2009, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Steven L. Nicholas
STEVEN L. NICHOLAS