UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: | |
| Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al. | |
| Case No. 2:09-cv-6687 (E.D. La.) | |

**MEMORANDUM IN SUPPORT OF MOTION TO INTERVENE OR,
IN THE ALTERNATIVE, TO CONSOLIDATE HEARING**

The Mitchell Company, Inc. ("Mitchell Co.") has moved this Court to allow its permission for intervention in the default proceedings in *Germano v. Taishan Gypsum, et al.*, Case No. 2:09-cv-6687, currently scheduled for proceedings in January and February, 2010. Because of Mitchell Co.'s unique position as a party with a parallel default against Taishan Gypsum, the Court should allow Mitchell Co. to fully participate in the proceedings.

Mitchell Co. is a party to the MDL by virtue of its class action complaint filed against Taishan Gypsum Co., Ltd. and other, wherein Mitchell Co. seeks to represent a class of homebuilders damaged by the importation and sale of defective Chinese manufactured drywall. Defendant Taishan Gypsum Co., Ltd. was served with Mitchell Co.'s complaint on or about May 8, 2009, and failed to answer or otherwise plead before this Court. On September 22, 2009, this Court entered a default judgment in favor of Mitchell Co. against Defendant Taishan Gypsum Co., Ltd. and deferred any ruling on the quanitification of Plaintiff's damages.

On November 20, 2009 [Doc. 487], the clerk also entered a default against Taishan Gypsum Co., Ltd. in *Germano*, and the Court has scheduled proceedings for the determination of the proper

-1-

measure and amount of damages to be included in any judgment against Taishan Gypsum. This Court has ordered that any interested party may seek to intervene in the *Germano* case in order to participate in those proceedings.

Mitchell Co. has moved for permissive intervention pursuant to Rule 24(b) of the Federal Rules of Civil Procedure. Rule 24(b) allows for intervention when an applicant's claim or defense in the main action have a question of law and fact in common. The bedrock requirement for Rule 24(b)(2) permissive intervention is a demonstration by the party seeking intervention that there exists a common question of law and fact between that person's claim or defense and the pending litigation. *TransChemical, Ltd. v. China Nat'l Machinery Import & Export Corp.*, 332 F.3d 815, 824 (5th Cir. 2003). There can be little question that there are several common questions of law and fact as it relates to Mitchell Co.'s quantification of its default judgment and the quantification of the default judgment in *Germano*. The issues regarding the proper scope and cost of remediation in the two cases will be substantially identical.

Alternatively, Mitchell Co. has moved this Court to consolidate its default judgment determination with the proceedings in *Germano*. The quantification of the damages asserted by Mitchell Co. and the class which it seeks to represent will be best determined as part of the proceedings in *Germano*, and judicial economy would be best served by conducting the proceedings on a joint basis.

Respectfully submitted,

/s/ Steven L. Nicholas
STEVEN L. NICHOLAS
Cunningham Bounds, LLC
1601 Dauphin Street
Mobile, Alabama 36604
251-471-6191
251-479-1031 (fax)
sln@cunninghambounds.com

JONATHAN D. SELBIN
Lieff, Cabraser, Heimann & Bernstein, LLP
780 Third Avenue, 48th Floor
New York, New York 10017-2024
212-355-9500
212-355-9592 (fax)

ELIZABETH J. CABRASER
KRISTEN E. LAW
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, Suite 3000
San Francisco, California 94111-3339
415-956-1000
415-956-1008 (fax)

Attorneys for The Mitchell Company, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 4th day of December, 2009, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Steven L. Nicholas
STEVEN L. NICHOLAS