UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 <br><br> SECTION: L <br><br> JUDGE FALLON <br> MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: <br><br> Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al. <br><br> Case No. 2:09-cv-6687 (E.D. La.) | |

## NOTICE OF HEARING

TO: Richard James Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, Virginia 23510

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Michael D. Hausfeld
Hausfeld, LLP
1700 K Street, NW, Suite 650
Washington, DC 20006

Richard W. Stimson
4726 Mainsail Drive
Bradenton, Florida 34208

Robert Gary
Gary, Naegele & Theado, LLC
446 Broadway
Lorain, Ohio 44052

Taishan Gypsum Co. Ltd.
c/o Zhang Wen Jun
Dawenkou, Taian
Shandong, China 27016

-1-

Mark C. Nanavanti
Sinnott Nuchols & Logan, PC
13811 Village Mill Drive
Midlothian, Virginia 23114

John Franklin, III
Taylor & Walker, PC
555 Main Street
Post Office Box 3490
Norfolk, Virginia 23514

Theodore I. Brenner
Brenner, Evans & Millman
411 East Franklin Street, Suite 200
Richmond, Virginia 23219

Please take notice that The Mitchell Company, Inc. will bring on the attached Motion to Intervene Or, in the Alternative, to Consolidate Hearing before the Honorable Eldon E. Fallon on January 13, 2010, at 9:00 a.m.

Respectfully submitted,

/s/ Steven L. Nicholas
STEVEN L. NICHOLAS
Cunningham Bounds, LLC
1601 Dauphin Street
Mobile, Alabama 36604
251-471-6191
251-479-1031 (fax)
sln@cunninghambounds.com

JONATHAN D. SELBIN
Lieff, Cabraser, Heimann & Bernstein, LLP
780 Third Avenue, 48th Floor
New York, New York 10017-2024
212-355-9500
212-355-9592 (fax)

ELIZABETH J. CABRASER
KRISTEN E. LAW
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, Suite 3000
San Francisco, California 94111-3339
415-956-1000
415-956-1008 (fax)
Attorneys for The Mitchell Company, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this the 4th day of December, 2009, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Steven L. Nicholas
STEVEN L. NICHOLAS