UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : | MDL NO: 2047 |
| | : | SECTION: L |
| THIS APPLIES TO: ALL CASES | : : | JUDGE: FALLON |
| | : | MAG. JUDGE WILKINSON |

## DEFENDANTS' LIAISON COUNSEL'S
## MOTION TO COMPEL DISCOVERY FROM HOMEBUILDERS

**NOW COMES** Defendants' Liaison Counsel ("DLC") on behalf of Knauf Plasterboard (Tianjin) Co., Ltd., Interior Exterior Supply, Banner Supply Co., and Independent Builders Supply Assn., Inc., who, due to the deadlines posed in the schedule order for the *Germano* default proceedings and the need for certain remediation information from the homebuilders, moves this Court for an order compelling discovery responses from the homebuilders who were served with discovery by DLC on November 25, 2009, all as more fully set forth in their Memorandum attached hereto.

Respectfully submitted,

BY: /s/ Kerry J. Miller
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
**FRILOT L.L.C.**
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile: (504)599-8145
Email: kmiller@frilot.com

Defendants' Liaison Counsel

## CERTIFICATE OF SERVICE

I certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Homebuilders' Liaison Counsel, Phillip Wittman, by email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order no. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of December, 2009.

/s/ Kerry J. Miller