UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : | MDL NO: 2047 |
| | : | |
| | : | SECTION: L |
| THIS APPLIES TO: ALL CASES | : | |
| | : | JUDGE: FALLON |
| | : | MAG. JUDGE WILKINSON |

**MEMORANDUM IN SUPPORT OF
DEFENDANT LIAISON COUNSEL'S
MOTION TO COMPEL DISCOVERY FROM HOMBUILDERS**

Defendants' Liaison Counsel ("DLC") on behalf of Knauf Plasterboard (Tianjin) Co., Ltd., Interior Exterior Supply, Banner Supply Co., and Independent Builders Supply Assn., Inc. hereby submits this memorandum in support of its Motion to Compel Discovery From Homebuilders pursuant to Fed.R.Civ.Proc. Rule 37. DLC requests an Order compelling the homebuilders served with discovery on November 25, 2009 to respond to those discovery requests without further delay. In support, DLC shows as follows:

On November 25, 2009 Manufacturer Defendant served is First Request for Production of Documents and Things to homebuilders named in the MDL, including but not limited to Lennar, Taylor Morrison, Beazer Homes, Centerline, and Sunrise. See Exhibit "A" (DLC's First Request for Production of Document and Things To Defendant Homebuilders Related to Repair or Remediation).  These Requests for Production were narrowly focused on specific non-objectionable topics such as remediation or repair protocols; corporate knowledge of the defects in the drywall products; preservation policies and practices; insurance documentation relating to, among other things, remediation activities; releases or other agreements being entered by the homeowners; and all inspection and testing reports on which remediation activities rely.

This Court's desire to move this matter with expediency is well documented. In fact, in the *Germano* default proceedings scheduling order, the Court stated its desire "to expedite the scheduling of a hearing to address the scope and extent of appropriate remediation" and the set the default judgment proceedings in *Germano* in February 2010, only two months from now. See Exhibit "B" (Scheduling Order entered November 24, 2009). Moreover, This Court ordered the completion of all discovery no later than January 15, 2010. *Id*. The DLC is mindful of the Court's desire to expedite the hearing, and thus requested a return date on its discovery to the homebuilders within seven (7) days from the date of service. However, to date, the homebuilders have provided no written objections or responses to DLC's discovery requests.

Given the time constraints imposed by the Court's scheduling order in the *Germano* default proceedings in which certain defendants intends to intervene, the need to review the homebuilders' remediation information by other defendants, and the upcoming holidays, DLC respectfully requests that the Court order the homebuilders subject to this motion to respond to DLC's discovery without further delay.

In an effort to expedite service of the homebuilders' responses and pursuant to Local Rule 37.1, DLC and certain other defendants have spoken with Homebuilders' Liaison Counsel and Homebuilders' Lead Counsel inquiring as to the status of the homebuilders' delinquent discovery responses, and requesting production of same without Court intervention. While certain homebuilders have expressed a desire to resolve this discovery dispute without the need for Court intervention, out of an abundance of caution, and in light of the *Germano* proceedings, the DLC had to file this motion to protect their clients' interests. Nevertheless, in the interim, the DLC will continue to work with the homebuilders to resolve this discovery issue.

**WHEREFORE,** Defendants' Steering Committee prays for entry of an Order directing Plaintiffs to respond to discovery without further delay.

Respectfully submitted,

BY: /s/ Kerry J. Miller  
KERRY J. MILLER (#24562)  
KYLE A. SPAULDING (#29000)  
**FRILOT L.L.C.**  
1100 Poydras Street  
Suite 3700  
New Orleans, LA 70163  
Telephone: (504)599-8194  
Facsimile: (504)599-8145  
Email: kmiller@frilot.com

Defendants' Liaison Counsel

### CERTIFICATE OF SERVICE

I certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Homebuilders' Liaison Counsel, Phillip Wittman, by email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order no. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of December, 2009.

/s/ Kerry J. Miller