UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : | MDL NO:  2047 |
| THIS APPLIES TO: ALL CASES | : : : : | SECTION: L JUDGE: FALLON MAG. JUDGE WILKINSON |

### DLC'S REQUEST FOR THE PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT HOMEBUILDERS RELATING TO REPAIR OR REMEDIATION

To: Phillip A. Wittman
    Homebuilders' Liaison Counsel
    Stone, Pigman, Walther, Wittman L.L.C.
    546 Carondelet Street
    New Orleans, LA 70130

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil Procedure, 26(b) and 34, the Defendants' Liaison Counsel ("DLC") on behalf of Knauf Plasterboard (Tianjin) Co., Ltd., Interior Exterior Supply, Banner Supply Co. and Independent Builders Supply Assn., Inc.,  pursuant to Pre-Trial Order No. 18, propounds the following Request for the Production of Documents and Things to Defendant Homebuilders Relating To Repair Or Remediation upon Homebuilders' Liaison Counsel for distribution to the following homebuilders:

**Beazer Homes Corp.**
**Centerline Homes, Inc.**
**Harbor Walk Development, LLC**
**LA Homes and Properties, LLC**
**Lennar Corporation**
**Lennar Homes, LLC f/k/a Lennar Homes Inc.**
**Lumar Builders, Inc.**
**M/I Homes, Inc.**
**Mayeaux Construction, Inc.**
**Northstar Homes, Inc.**
**Southern Star Homes**
**Sunrise Homes**
**Taylor Morrison Services, Inc. d/b/a Morrison Homes**
**The Mitchell Company, Inc.**
**Treasure Coast Homes, LLC**
**Keys Gate Realty**
**Taylor Woodrow Communities at Vasari, LLC**
**South Kendall Construction Corp.**
**WCI Communities, Inc.**
**Laporte Family Properties, LLC**
**Northstar Holdings, Inc.**


EXHIBIT
A

**US Home Corporation**

Due to the expedited scheduled for the above-captioned litigation, Defendant(s) shall produce the following documents and things <u>within 7 days</u> from the service of this document, or at such other time as ordered by the Court.

## DEFINITIONS

1.      "Chinese drywall" means any drywall imported from China between 2005 and 2007 or any drywall that is subject to this MDL proceedings.

2.      "Affected Houses" means any houses that were built by Homebuilder in which Chinese drywall was installed.

3.      "Remediated Houses" means any houses that Homebuilder has undertaken remediation or repair or intends to undertake remediation or repair arising from claims or notices that Chinese drywall was installed in the house.

4.      "Homebuilder" means any and all subsidiaries, affiliates, partnerships, and parent companies.

5.      "Document" is used in its broadest sense and includes, without limitation, any hard copy writings and documents as well as all electronically stored information ("ESI") as defined in the Federal Rules of Civil Procedure.

6.      "Represent," "referred to," "relate to" or "reflect" mean, without limitation, any reference to, connection to, reflection or inclusion within the scope of the particular request, directly and indirectly.

7.      "Communication" means any oral or written statement, dialogue, colloquy, discussion, conversation or agreement.

8.      "Statement" means a written statement made by said person and signed or otherwise adopted or approved by him, and also includes any statement of any kind or manner made by such person and written or recorded or summarized in any writing or recording.

## INSTRUCTIONS

9.      The time period, unless otherwise specified, covered by each request set forth below is from January 1, 2005 up to and including the present.

10.     All documents produced shall be segregated in accordance with the numbered paragraphs and subparagraphs herein.

11.     All documents requested herein to which Homebuilder claims a privilege or any other statutory or legal authority as a ground for non-production shall be described as required in PTO # 15.

12.     If Homebuilder objects to a request in part, please state specifically which part of the request Homebuilder objects to and produce all documents responsive to all other parts of the request.

13.     To the extent responsive documents reside on databases and other such systems and files, Homebuilder shall either produce the relevant database in useable form and/or permit access for inspection, review, and extraction of responsive information.

## DOCUMENTS REQUESTED

1.      All documents containing the names, phone numbers, and addresses of all individuals known or identified as involved in Remediated Houses.

2.      All documents concerning, referring or relating to smells or odors, corrosion of metals, component replacement, electrical or plumbing systems or components, any physical symptoms, health or safety concerns, issues, or claims relating to Affected Houses or Remediated Houses.

3.      All documents concerning, referring or relating to or containing notice of claims, claims projections, loss estimates or risk management relating to Chinese drywall.

4.      All documents concerning, supporting, evidencing, referring or relating to any action Homebuilders have taken to mitigate any damages, including, but not limited to, investigating, testing, cleaning, repairing, or replacing any element(s) of Affected Houses or personal property contained therein.

5.      All documents concerning, supporting, evidencing, referring or relating to any action Homebuilders have taken to repair or remediate Remediated Houses.

3

6.      All documents concerning, supporting, evidencing, referring or relating to names and addresses of each person or entity performing replacement, remediation or taking any corrective or other action with respect to Remediated Houses or personal property contained therein.

7.      All documents concerning, supporting, evidencing, referring or relating to any testing of Chinese drywall, including but not limited to, test protocols, data compilations, summaries of results, drafts of reports, interim reports, final reports, published articles, engagement of consultants or investigators, and internal memoranda.

8.      All agreements with architects, contractors, subcontractors, and builders, including, but not limited to, blueprints, diagrams, drawings, maps, charts, or plans along with their specifications, inspection reports, certificates of occupancy, and permits, concerning, supporting, evidencing, referring or relating to Affected Houses and the location and manufacturer of the allegedly defective drywall in Affected Houses.

9.      All reports prepared by experts regarding Chinese drywall or any allegedly defective drywall, the appropriate remediation of Affected Houses, and all documents discussing or referring to such reports.

10.     All documents containing information relating to remediation efforts performed by Homebuilders including but not limited to initiation of remediation efforts, remediation efforts requested and by whom, evidence of payment for remediation efforts, evidence of total amount expended for remediation efforts, date of remediation performed, the method by which the remediation work was performed, the company that performed the remediation or replacement of drywall in Remediated Houses and any receipts, invoices, and statements received by Homebuilders from persons who have performed remediation efforts or replacement of drywall in Remediated Houses.

11.     All documents relating to general liability, comprehensive general liability, advertising liability, insurance documents and indemnification agreements held by Homebuilders potentially covering the allegedly defective drywall including but not limited to all excess layers, including documents relating to claims made, reservation or rights, acceptance or denial of coverage relating to the remediation efforts

4

or replacement of Chinese drywall or other repairs, replacement or corrective actions in Affected Houses and Remediated Houses.

12.     All documents relating to any agreements, releases or other understandings between the Homebuilder and homeowners or others relating to repair or remediation activities by the Homebuilder in Remediated Houses, including but not limited to any communications with the homeowners of Remediated Houses.

13.     All documents including all drafts and previously implemented drafts of remediation protocols or other documents referencing or indicating protocols or procedures to be followed in the repair or remediation of Affected Houses and Remediated Houses.

Respectfully submitted,

/s/ Kerry J. Miller
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
**FRILOT L.L.C.**
1100 Poydras Street, Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile: (504)599-8145
Email: kmiller@frilot.com

*DEFENDANTS' LIAISON COUNSEL*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Request for the Production of Documents and Things to Various Defendant(s) (Homebuilder), has been served upon all parties by electronically uploading the pleading to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and by facsimile and U.S. mail transmission to Plaintiffs' Liaison Counsel and Homebuilders' Liaison Counsel in accordance with the procedures established in MDL 2047, on this 25th day of November, 2009.

/s/ Kerry J. Miller