UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL | : | MDL NO: 2047 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION: L |
| THIS APPLIES TO: ALL CASES | : | |
| | : | JUDGE: FALLON |
| | : | MAG. JUDGE WILKINSON |
| | : | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Defendants' Steering Committee has filed the attached Motion

to Compel Discovery. **PLEASE TAKE FURTHER NOTICE** that the will be brought on for hearing on

January 13, 2010 at 9:00 a.m. in front of the Honorable Eldon E. Fallon.

Respectfully submitted,


BY:/s/ Kerry J. Miller
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
**FRILOT L.L.C.**
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile: (504)599-8145
Email: kmiller@frilot.com

Defendants' Liaison Counsel

## CERTIFICATE OF SERVICE

I certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Homebuilders' Liaison Counsel, Phillip Wittman, by email, <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order no. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of December, 2009.

<u>/s/ Kerry J. Miller</u>