UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : | MDL NO: 2047 |
| | : | |
| | : | SECTION: L |
| | : | |
| | : | JUDGE: FALLON |
| | : | MAG. JUDGE WILKINSON |

This pleading relates to: ALL CASES

### EX PARTE MOTION FOR EXPEDITED HEARING ON DEFENSE STEERING COMMITTEE'S <u>MOTION TO COMPEL DISCOVERY FROM HOMEBUILDERS</u>

**NOW COMES** the Defendants' Liaison Counsel ("DLC") on behalf of Knauf Plasterboard (Tianjin) Co., Ltd., Interior Exterior Supply, Banner Supply Co., and Independent Builders Supply Assn., Inc., who, moves this Court for an order setting the hearing on its Motion to Compel Discovery From Homebuilders following the monthly status conference on December 10, 2009. Due to the expediency with which this case is moving, the impending scheduling order deadlines imposed by the *Germano* default proceedings and the need to obtain remediation documentation from the homebuilders without delay, DLC requires responses to its discovery to the homebuilders without further delay, and thus requests the December 10, 2009 hearing date for its Motion to Compel Discovery from Homebuilders.

Respectfully submitted,

BY:<u>/s/ Kerry J. Miller</u>
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
**FRILOT L.L.C.**
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile: (504)599-8145
Email: kmiller@frilot.com

Defendants' Liaison Counsel

## **CERTIFICATE OF SERVICE**

I certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Homebuilders' Liaison Counsel, Phillip Wittman, by email, <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order no. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of December, 2009.

/s/ Kerry J. Miller