UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO: 2047<br>SECTION: L<br>JUDGE: FALLON<br>MAG. JUDGE WILKINSON |

This pleading relates to: ALL CASES

## ORDER

Considering the Motion for Expedited Hearing on Defendants' Liaison Counsel's Motion to Compel Discovery From Homebuilders;

IT IS HEREBY ORDERED that the hearing on Defendants' Liaison Counsel's Motion to Compel Discovery From Homebuilders will be held following the monthly status conference on December 10, 2009, in this Court, 500 Poydras Street, Room C456, New Orleans, Louisiana.

_____
JUDGE ELDON E. FALLON