# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2047 SECTION "L"  MAG. DIV. (2) DISTRICT JUDGE: ELDON E. FALLON |
| This Document Relates to: *David Gross, Cheryl Gross, and Louis Velez, individually, and on behalf of all others similarly situated v. Knauf Gips KG, et al.,* Case No. 2:09-cv-6690 (E.D. La.) | * * * * * | MAGISTRATE JUDGE: JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * *

## *EX PARTE* MOTION FOR EXTENSION OF TIME

**NOW INTO COURT**, through undersigned counsel, and without waiving any of its defenses, including but not limited to objections to subject matter and/or personal jurisdiction, come Builders Gypsum Supply, LLP and Builders Gypsum Supply Co., Inc. and pursuant to Local Rule 7.9E, hereby request an extension of time within which to file responsive pleadings to the Amended Class Action Complaint filed herein.

I.

There has been no previous extension of time to plead and the opposing party has not filed in the record an objection to an extension of time.

II.

Without an extension, the responsive pleadings would be due December 8, 2009. The additional time is required because undersigned counsel just received the assignment and given the nature of this dispute and its relationship with other similar pending large, complex litigation, additional time is required to review and evaluate this matter.

**WHEREFORE**, Builders Gypsum Supply, LLP and Builders Gypsum Supply Co., Inc. pray that pursuant to Local Rule 7.9E, this Honorable Court grant them an extension of time of twenty-one days, or until December 29, 2009, within which to file responsive pleadings.

**RESPECTFULLY SUBMITTED:**

*/s/ WM. DANIEL WELLONS*
**WM. DANIEL WELLONS, T.A. (Bar No. 18498)**
**WILLIAM B. SCHWARTZ (Bar No. 11854)**
**BEVERLY K. BAUDOUIN (Bar No. 14423)**
**BALDWIN HASPEL BURKE & MAYER, LLC**
Energy Centre – 22nd Floor
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   (504)569-2900
Facsimile:   (504)569-2099
Email: dwellons@bhbmlaw.com
**COUNSEL FOR DEFENDANTS,**
**BUILDERS GYPSUM SUPPLY, LLP AND**
**BUILDERS GYPSUM SUPPLY CO., INC.**
(B0332583.1)

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served on all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 7th day of December, 2009.

*/s/ **WM. DANIEL WELLONS***