David Gross, Cheryl Gross, and Louis Velez, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 100345-0036

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--J.W. Allen & Company Incorporated, c/o W.S. App, Jr.
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Mr. Daniel C. Levin
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Louisiana ) ss.
County of: Jefferson Parish )

**Name of Server:** Anthony Jones, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 18 day of November, 20 09, at 4:45 o'clock P M

**Place of Service:** at 200 Cforton Road, Box 34, in Kenner, LA 70062

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Class Action Complaint w/Jury Demand**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**J.W. Allen & Company Incorporated, c/o W.S. App, Jr.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: William App - President

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M; Skin Color White; Hair Color White; Facial Hair Yes - Beard
Approx. Age 60; Approx. Height 5'11"; Approx. Weight 165

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 25th day of November, 2009

At my Death
(Commission Expires)

APS International, Ltd.

OFFICIAL SEAL
KIM J. LORD
NOTARY PUBLIC NO. 59521
STATE OF LOUISIANA
PARISH OF JEFFERSON
My Commission Is for Life