David Gross, Cheryl Gross, and Louis Velez, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 100345-0038

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Builders Gypsum Supply Co., Inc., Attention: Rigo Flores
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Mr. Daniel C. Levin
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _TEXAS_ ) ss.
County of: _HARRIS_ )

**Name of Server:** _JOE BARAK_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _18th_ day of _NOVEMBER_, 20 _09_, at _1:15_ o'clock _P._ M.

**Place of Service:** at ~~2018~~ _2015_ Pasket, in Houston, TX 77092

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Class Action Complaint w/Jury Demand**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Builders Gypsum Supply Co., Inc., Attention: Rigo Flores**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _MARK ALEXANDER, MANAGER_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _M_ ; Skin Color _White_ ; Hair Color _Black_ ; Facial Hair ____
Approx. Age _45_ ; Approx. Height _5'10"_ ; Approx. Weight _300_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Joe Barak_
Signature of Server  SCH-173

Subscribed and sworn to before me this _18th_ day of _November_, 20 _09_
_Carol Sanford_
Notary Public         (Commission Expires)

CAROL SANFORD
MY COMMISSION EXPIRES
November 3, 2010

**APS International, Ltd.**