MINUTE ENTRY
FALLON, J.
DECEMBER 4, 2009

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED       MDL NO. 2047
         DRYWALL PRODUCTS
         LIABILITY LITIGATION      SECTION: L

     JUDGE FALLON

     MAGISTRATE WILKINSON

THIS DOCUMENT RELATES TO 09-6687
Germano v. Taishan Gypsum Co., Ltd.

BEFORE JUDGE ELDON E. FALLON
Case Manager: Gaylyn Lambert
Court Reporter: Cathy Pepper

Appearances: Leonard Davis, Esq. and Fred Longer, Esq. For PSC
         Kenneth Hardt, Esq. For Venture Supply, Inc. and Porter-Blaine Corp.

---

1. Motion of Plaintiffs' Steering Committee to Compel Discovery from defendants, Venture-Supply, Inc. And Porter-Blaine Corp. (432)

2. Motion of defendants, Venture-Supply, Inc. And Porter-Blaine Corp., to Disqualify Counsel for Plaintiffs (346 and 514)


1. Argument - DENIED as MOOT reserving the right to re-file, if necessary.


2. Argument - DENIED with oral reasons given.


JS10:   1:15