UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
   PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO** *GERMANO V. TAISHAN GYPSUM CO., LTD.*, **CASE NO. 09-6687**

## ORDER

Pursuant to the Court's direction at the hearing held on December 4, 2009 in the above captioned matter, IT IS ORDERED that a telephone status conference to discuss discovery issues involving Plaintiffs and Defendants Venture Supply Inc. and Porter-Blaine Corp. shall be scheduled on Friday, December 18, 2009, at 1:30 p.m. The Court will initiate the call.

New Orleans, Louisiana, this __4th__ day of December, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE