UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

The Court is in receipt of the Defendants' Steering Committee's Motion to Compel Discovery from Homebuilders (Rec. Doc. No. 559) and the Defendants' Steering Committee's Motion to Expedite Hearing on the Motion to Compel (Rec. Doc. No. 560).  The Court has considered the Motion to Expedite Hearing.  Accordingly, IT IS ORDERED that the Motion to Expedite Hearing (Rec. Doc. No. 560) is GRANTED.  IT IS FURTHER ORDERED that the Motion to Compel Discovery from Homebuilders is SCHEDULED for hearing on December 16, 2009, at 9:00 a.m. with oral argument.  Responses to the Motion to Compel are due Friday, December 11, 2009.

New Orleans, Louisiana, this 7th day of December, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE