UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: 09-6741 (*LEBRON*) 09-4324 (*WHITFIELD*) 09-4115 (*MITCHELL*) 09-4117 (*VICKERS*) | JUDGE FALLON MAG. JUDGE WILKINSON |

**NOTICE OF APPEARANCE OF COUNSEL**

NOW COME the defendant entities identified in the following paragraphs, who file this Notice of Appearance, showing as follows:

1.

In case no. 09-6741 (*Lebron*), Kerry J. Miller, Esq. (LA. Bar #24562), Kyle A. Spaulding (LA. Bar #29000) and Paul C. Thibodeaux (LA. Bar # 29446) of Frilot L.L.C., and Donald J. Hayden (FL. Bar #0097136), Douglas B. Sanders (IL. Bar #6256621) and Richard M. Franklin (IL. Bar #0864390) of Baker & McKenzie LLP hereby appear as counsel on behalf of Knauf Plasterboard (Tianjin) Co., Ltd.[1]

2.

In case no. 09-4324 (*Whitfield*), Kerry J. Miller, Esq. (LA. Bar #24562), Kyle A. Spaulding (LA. Bar #29000) and Paul C. Thibodeaux (LA. Bar # 29446) of Frilot L.L.C., and Donald J. Hayden (FL. Bar #0097136), Douglas B. Sanders (IL. Bar #6256621) and Richard M. Franklin (IL. Bar #0864390) of Baker & McKenzie LLP hereby appear as counsel on behalf of

---

[1] Undersigned counsel has previously appeared on behalf of Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., and Knauf Gips KG in case no. 09-4119 (*Morris-Chin*), and on behalf of Knauf Plasterboard (Wuhu) Co., Ltd. in case no. 09-4117 (*Vickers*).

Knauf Plasterboard (Tianjin) Co., Ltd.

3.

In case no. 09-4115 (*Mitchell*), Kerry J. Miller, Esq. (LA. Bar #24562), Kyle A. Spaulding (LA. Bar #29000) and Paul C. Thibodeaux (LA. Bar # 29446) of Frilot L.L.C., and Donald J. Hayden (FL. Bar #0097136), Douglas B. Sanders (IL. Bar #6256621) and Richard M. Franklin (IL. Bar #0864390) of Baker & McKenzie LLP hereby appear as counsel on behalf of Knauf Plasterboard (Tianjin) Co., Ltd. and Knauf Gips KG.

4.

In case no. 09-4117 (*Vickers*), Kerry J. Miller, Esq. (LA. Bar #24562), Kyle A. Spaulding (LA. Bar #29000) and Paul C. Thibodeaux (LA. Bar # 29446) of Frilot L.L.C., and Donald J. Hayden (FL. Bar #0097136), Douglas B. Sanders (IL. Bar #6256621) and Richard M. Franklin (IL. Bar #0864390) of Baker & McKenzie LLP hereby appear as counsel on behalf of Knauf Gips KG.

5.

This appearance is submitted without waiver of objections to jurisdiction, venue or service on behalf of the clients represented by Frilot L.L.C. and Baker & McKenzie LLP in accordance with Pre-Trial Order no. 1. See Pre-Trial Order no. 1 at paragraph 6.

Respectfully submitted,

BY:/s/ Kyle A. Spaulding
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
**FRILOT L.L.C.**
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile: (504)599-8145
Email: kspaulding@frilot.com

2

-AND-

DONALD J. HAYDEN (FL Bar No. 0097136)
**BAKER & MCKENZIE LLP**
Mellon Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL 33131
Telephone: (305) 789-8966
Facsimile: (305) 789-8953
Email: donald.j.hayden@bakernet.com

DOUGLAS B. SANDERS (IL Bar No. 6256621)
RICHARD M. FRANKLIN (IL Bar No. 0864390)
**BAKER & MCKENZIE LLP**
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL 60601
Telephone: (312) 861-8075
Facsimile: (312) 698-2375
Email: douglas.b.sanders@bakernet.com

## CERTIFICATE OF SERVICE

I certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Homebuilders' Liaison Counsel, Phillip Wittman, by email, <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order no. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 8th day of December, 2009.

/s/ Kyle A. Spaulding