UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2047<br><br>SECTION L |
| **THIS DOCUMENT RELATES TO:** | : : | JUDGE FALLON |
| MICHELLE GERMANO, et al. vs. TAISHAN GYPSUM CO. LTD., et al., CASE NO. 2:2009-CV-06687 (E.D. La.) | : : : : : | MAG. JUDGE WILKINSON |

**NON-PARTY DISTRIBUTOR DEFENDANTS' CORRECTED MOTION FOR EXTENSION OF DEADLINES IN THIS COURT'S SCHEDULING ORDER DATED NOVEMBER 24, 2009 AND FOR CONTINUANCE OF THE FEBRUARY CONFIRMATION OF DEFAULT JUDGMENT PROCEEDING**

Non-Party Distributor Defendants[1], through their undersigned counsel, file the instant Corrected[2] Motion for Extension of Deadlines in this Court's Scheduling Order Dated November 24, 2009 and for Continuance of the February Confirmation of Default Judgment Proceeding, and request that said Motion be granted for the all the reasons set forth in the Memorandum in Support of the Motion filed contemporaneously herewith.

WHEREFORE, Non-Party Distributor Defendants respectfully request the Court to enter an Order (1) enlarging the time to file a Motion to Intervene, if at all, by ten (10) days following the resolution of the instant Motion; (2) continuing the February, 2010 Default Judgment Proceeding until a date and time sufficient to allow the expert witnesses who may be called upon

---

[1] Distributor Defendants include, but may not be limited to, Defendants BANNER SUPPLY CO., INDEPENDENT BUILDER SUPPLY ASSOCIATION, INC., INTERIOR EXTERIOR SUPPLY, INC., and others similarly situated. By filing the instant Motion, Distributor Defendants are not intervening into the *Germano* action at this time. Rather, since the Court in its Scheduling Order invites all parties with a potential interest in the determination of a proper remediation protocol to intervene, and since the Distributor Defendants have such an interest, the instant Motion is being filed to advise the Court of these interests, but at the same time, advise the Court that the current Scheduling Order may not be feasible for certain Defendants whose interests, even if remote, could potentially be affected by any outcome.

[2] On December 4, 2009, the Distributor Defendants filed and served the instant Motion via Lexis-Nexis, but inadvertently failed to file same with the Court through CM/ECF. True and correct copies of the Lexis-Nexis Transaction Report (first page only) and correspondence to Liaison counsel demonstrating service on December 4, 2009 are attached hereto as Composite Exhibit "A". Thus, the Distributor Defendants are now filing said Motion through CM/ECF and also through Lexis-Nexis.

{218429.0005/N0800436_1}

to render opinions and conclusions on the proper remediation protocol; (3) extending all deadlines in the Scheduling Order; and (4) such other and further relief as this Court deems just and proper.

    Respectfully submitted,

    /s/Jeffrey A. Backman                
    JAN DOUGLAS ATLAS
    Fla. Bar No. 226246
    JEFFREY A. BACKMAN
    Fla. Bar No. 0662501
    ADORNO & YOSS LLP
    350 East Las Olas Boulevard; Suite 1700
    Fort Lauderdale, FL 33301-4217
    Telephone: (954) 763-01200
    Facsimile:  (954) 766-7800
    Attorneys for BANNER SUPPLY CO.

    /s/ Gary Baumann                   
    GARY BAUMANN, ESQ.
    Florida Bar No. 89052
    Fulmer LeRoy Albee Baumann & Glass
    2866 E. Oakland Park Blvd.
    Fort Lauderdale, FL  33306
    Telephone:  954-707-4430
    Fax:  954-707-4431
    Attorneys for Defendant INDEPENDENT BUILDERS SUPPLY ASSOC.

    /s/ Richard Duplantier               
    RICHARD DUPLANTIER, ESQ.
    Louisiana Bar No. 18874
    Galloway, Johnson, Tompkins, Burr & Smith
    701 Poydras Street, Suite 4040
    New Orleans, LA  70139
    Telephone:  504-525-6802
    Fax:  504-525-2456
    Attorneys for Defendant INTERIOR EXTERIOR BUILDING SUPPLY

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleading has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by

U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 8th day of December, 2009.

/s/Jeffrey A. Backman
Jeffrey A. Backman