

December 08, 2009

Jeffrey A Backman
Adorno & Yoss LLP
2525 Ponce De Leon Blvd Ste 400
Miami, FL 33134

**RE: LexisNexis File & Serve Transaction No. 28360745**



Official Document
RPT#: 0001433
December 08, 2009
File & Serve

Dear Customer:

The following information for LexisNexis File & Serve Transaction 28360745 reflects the details of the transaction contained in the File & Serve system as of December 08, 2009 11:50:30 AM CST.

Jeffrey A Backman, authorized by Jeffrey A Backman, submitted Transaction 28360745 on December 04, 2009 03:57:58 PM CST to LA US District Court Eastern District E-Service-Chinese Drywall, via LexisNexis File & Serve for the following case:

| Case Number | Case Name | Division | Judge |
|---|---|---|---|
| MC MDL 2047 | In re: Chinese Manufactured Drywall Products Liability Litigation | | |

The Transaction contained 1 document titled as follows:

| ID | Document | Pages |
|---|---|---|
| 35608668 | Non-Party Distributor Defendants' Motion for Extension of Deadlines in this Court's Scheduling Order Dated November 24, 2009 and for Continuance of the February Confirmation of Default Judgment Proceeding | 6 |

The above-mentioned documents within this Transaction were sent to the following 275 recipients:

| Attorney | Party | Notice Type | Delivery Method | Delivery Status |
|---|---|---|---|---|
| Adams & Reese LLP-New Orleans<br>Edwin C Laizer | Defendant<br>111 East QA Ave<br>Box 3<br>QA Junction, WA 54321<br>Interested Party | Service | E-Service | Delivered |
| Adams & Reese LLP-New Orleans<br>Francis V Liantonio Jr | Defendant<br>111 East QA Ave<br>Box 3<br>QA Junction, WA 54321<br>Interested Party | Service | E-Service | Delivered |
| Adams & Reese LLP-New Orleans<br>Jeffrey E Richardson | Defendant<br>111 East QA Ave<br>Box 3<br>QA Junction, WA 54321<br>Interested Party | Service | E-Service | Delivered |

## Jeffrey Backman

**From:** Jeffrey Backman
**Sent:** Friday, December 04, 2009 5:01 PM
**To:** Miller, Kerry J.; Russ Herman
**Cc:** LDAVIS@hhkc.com; kspaulding@frilot.com; Jan Douglas Atlas
**Subject:** Non-Party Distributor Defendants' Motion for Extension and Continuance

Gentlemen, attached is a Motion filed and served via Lexis-Nexis by the Distributor Defendants today. Should you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

Jeff

### ADORNO & YOSS

**Jeffrey Backman**
Partner                                    ☎ (954) 763-1200
Adorno & Yoss LLP                          ☎ Direct: (954) 766-7803
350 East Las Olas Blvd., Suite 1700        ☏ Fax: (954) 446-1541
Ft. Lauderdale, FL 33301                   ✉ JBackman@adorno.com
www.adorno.com                             📇 View BIO

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (a) avoiding penalties under the Internal Revenue Code or (b) promoting, marketing or recommending to another party any transaction or matter addressed herein.

THIS ELECTRONIC MAIL TRANSMISSION AND ANY ATTACHMENTS MAY CONTAIN PRIVILEGED, CONFIDENTIAL, OR PROPRIETARY INFORMATION INTENDED ONLY FOR THE PERSON(S) NAMED. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE AUTHORIZED REPRESENTATIVE OF THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISTRIBUTION, COPYING, OR DISCLOSURE OF THIS COMMUNICATION IS STRICTLY PROHIBITED.