UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047<br><br>SECTION L |
| **THIS DOCUMENT RELATES TO:** | : : | JUDGE FALLON |
| MICHELLE GERMANO, et al. vs. TAISHAN GYPSUM CO. LTD., et al. CASE NO. 2:2009-CV-06687 (E.D. La) | : : : : | MAG. JUDGE WILKINSON |

### EX PARTE MOTION FOR EXPEDITED HEARING ON NON-PARTY DISTRIBUTOR DEFENDANTS' MOTION FOR EXTENSION OF DEADLINES IN THIS COURT'S SCHEDULING ORDER DATED NOVEMBER 24, 2009 AND FOR CONTINUANCE OF THE FEBRUARY CONFIRMATION OF DEFAULT JUDGMENT PROCEEDING

**NOW COMES** the Distributor Defendants who move for expedited consideration for their Motion for Expedited Hearing on Non-Party Distributor Defendants' Motion for Extension of Deadlines in This Court's Scheduling Order Dated November 24, 2009 and for Continuance of the February Confirmation of Default Judgment Proceeding.  Due to the expediency with which this case is moving, and the implementation of the Scheduling Order, it is necessary that the subject Motion be heard on an expedited basis, and thus, Distributor Defendants request an expedited hearing on their Motion.

                                              Respectfully submitted,

                                              /s/Jeffrey A. Backman
                                              JAN DOUGLAS ATLAS
                                              Fla. Bar No. 226246
                                              JEFFREY A. BACKMAN
                                              Fla. Bar No. 0662501
                                              ADORNO & YOSS LLP
                                              350 East Las Olas Boulevard; Suite 1700
                                              Fort Lauderdale, FL 33301-4217
                                              Telephone: (954) 763-01200
                                              Facsimile:  (954) 766-7800

{218429.0005/N0800450_1}

Adorno & Yoss LLP
350 EAST LAS OLAS BLVD. • SUITE 1700 • FT. LAUDERDALE, FLORIDA 33301 • TELEPHONE 954-763-1200 • FAX 954-766-7800

Attorneys for BANNER SUPPLY CO.

/s/ Gary Baumann
GARY BAUMANN, ESQ.
Florida Bar No. 89052
Fulmer LeRoy Albee Baumann & Glass
2866 E. Oakland Park Blvd.
Fort Lauderdale, FL  33306
Telephone:  954-707-4430
Fax:  954-707-4431
Attorneys for Defendant INDEPENDENT BUILDERS SUPPLY ASSOC.

/s/ Richard Duplantier
RICHARD DUPLANTIER, ESQ.
Louisiana Bar No. 18874
Galloway, Johnson, Tompkins, Burr & Smith
701 Poydras Street, Suite 4040
New Orleans, LA  70139
Telephone:  504-525-6802
Fax:  504-525-2456
Attorneys for Defendant INTERIOR EXTERIOR BUILDING SUPPLY

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleading has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 8th day of December, 2009.

/s/Jeffrey A. Backman
Jeffrey A. Backman

{218429.0005/N0800450_1}

2

ADORNO & YOSS LLP
350 EAST LAS OLAS BLVD. • SUITE 1700 • FT. LAUDERDALE, FLORIDA 33301 • TELEPHONE 954-763-1200 • FAX 954-766-7800