UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047  SECTION L |
| **THIS DOCUMENT RELATES TO:** | : : | JUDGE FALLON |
| MICHELLE GERMANO, et al. vs. TAISHAN GYPSUM CO. LTD., et al. CASE NO. 2:2009-CV-06687 (E.D. La) _____ | : : : : | MAG. JUDGE WILKINSON |

## ORDER

Considering the Motion for Expedited Hearing on Non-Party Distributor Defendants' Motion for Extension of Deadlines in This Court's Scheduling Order Dated November 24, 2009 and for Continuance of the February Confirmation of Default Judgment Proceeding;

IT IS HEREBY ORDERED that the hearing on Distributor Defendants' Motion for Extension of Deadlines in This Court's Scheduling Order Dated November 24, 2009 and for Continuance of the February Confirmation of Default Judgment Proceeding will be held on December 16, 2009,[1] in this Court, 500 Poydras Street, Room C456, New Orleans, Louisiana.

_____
JUDGE ELDON E. FALLON

---

[1] Distributor Defendants selected this date based upon the Court's Order entered on December 7, 2009 (Rec. Doc. No. 568) setting a hearing on the Defendants' Steering Committee's Motion to Compel Discovery from Homebuilders. To the extent this Court wishes to set a hearing on an earlier date, the Distributor Defendants will make themselves available at any time.

{218429.0005/N0800453_1}