UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| This Document Relates to: 09-4120 (Minafri) | Judge Fallon |
| | Mag. Judge Wilkinson |

## STIPULATION

Steven Minafri, M/I Homes, Inc., and M/Homes of Tampa, LLC, through their respective counsel, hereby stipulate and agree as follows:

1. M/I Homes of Tampa, LLC shall be added as a party defendant in the action entitled *Minafri v. M/I Homes, Inc.* originally filed in the United States District Court for the Southern District of Ohio and transferred to this Court pursuant to an Order of the Multidistrict Litigation Panel Dated June 15, 2009.

2. Mr. Minafri agrees that he will file an amended complaint by the date required by Pretrial Order 17 in which (a) M/I Homes of Tampa, LLC is named as a party defendant; (b) the fraud claims against M/I Homes, Inc are dismissed without prejudice; and (c) no fraud claims are asserted against M/I Homes of Tampa, LLC. Mr. Minafri further agrees that no other changes, amendments, or additions of any nature whatsoever will be made to the complaint filed pursuant to this Stipulated Order other than what is set forth in this paragraph, but there is no waiver of any right that otherwise exists under Rule 15(a) of the Federal Rules of Civil Procedure.

3. M/I Homes of Tampa, LLC agrees that service of process, for purposes of this amendment only, may be effectuated by service upon Suzanne K. Richards, Esq. at her place of business, and further states that it agrees to jurisdiction and venue in the United States District Court for the Southern District of Ohio.

16010870.1

Date: 12/8/09                                   Date: 12/8/09

So Stipulated                                   So Stipulated

s/Jack Landskroner (per telephone authorization)   s/Suzanne K. Richards
Jack Landskroner (0059227)                      Suzanne K. Richards, Trial Atty.  (0012034)
Landskroner Grieco Madden, Ltd.                 Vorys, Sater, Seymour and Pease LLP
1360 West 9th Street, Suite 200                 52 E. Gay Street
Cleveland, OH  44113                            Columbus, OH  43215
Telephone:    (216) 522-9000                    Telephone:    (614) 464-6458
Facsimile:    (216) 522-9007                    Facsimile:    (614) 719-4920
jack@lgmlegal.com                               skrichards@vorys.com

*Attorneys for Plaintiff*                       *Attorneys for Defendant M/I Homes, Inc.*

16010870.1