**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES AND<br><br>Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:09-cv-6687 (E.D.La.) | |

**PSC'S RESPONSE IN OPPOSITION TO THE NON-PARTY DISTRIBUTOR DEFENDANTS' MOTION FOR EXTENSION OF DEADLINES IN THIS COURT'S SCHEDULING ORDER OF NOVEMBER 25, 2009**

The Plaintiffs' Steering Committee ("PSC") hereby responds to Banner Supply Company, Independent Builder Supply Association, Inc., Interior/Exterior Supply, Inc. and other similarly situated distributors (the "non-party distributor defendants"), motion for extension of deadline in this Court's Scheduling Order entered November 25, 2009. The non-party distributor defendants lack standing in the proceedings taking place in the *Germano* action. Their effort to extend the order's deadlines or seek a continuance is unjustified and unfounded.

This Court's November 25, 2009 Scheduling Order set a deadline for interested persons to intervene into the default judgment proceedings. The deadline set for motions to intervene was Friday, December 4, 2009. None of the non-party distributor defendants filed such a motion. As parties on the periphery of the action but not in the *Germano* action, the non-party distributor defendants have no standing to comment one way or the other as to the proceedings within the *Germano* action. They are interlopers.

1

Unlike the non-party distributor defendants, the plaintiffs that have intervened into the *Germano* action have a direct interest in the outcome of the default judgment proceedings that are governed by this Court's Scheduling Order. These homeowners are directly impacted by the defective drywall installed in their homes. They should not have to wait for the non-party distributor defendants or their counsel to prepare to meet the deadlines set forth by this Court's Scheduling Order. While they dither, we are acting.

The Court's Scheduling Order should not be modified or extended to meet the desires of parties that are not participating in the proceedings governed by the Court's Order.

For the reasons set forth above, the non-party distributor defendants' motion for extension of deadlines in this Court's Scheduling Order should be denied.

                                                     Respectfully submitted,

Dated: December 8, 2009

                                        /s/ Russ M. Herman
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

2

>Arnold Levin (On the Brief)
>Fred S. Longer (On the Brief)
>Levin, Fishbein, Sedran & Berman
>510 Walnut Street, Suite 500
>Philadelphia, PA 19106
>215-592-1500 (phone)
>215-592-4663 (fax)
>Alevin@lfsblaw.com
>*Plaintiffs' Lead Counsel*
>*MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| Dawn M. Barrios | Ervin A. Gonzalez |
| Barrios, Kingsdorf & Casteix, LLP | Colson, Hicks, Eidson, Colson |
| 701 Poydras Street, Suite 3650 | Matthews, Martinez, Gonzales, |
| New Orleans, LA 70139 | Kalbac & Kane |
| Phone: (504) 524-3300 | 255 Aragon Avenue, 2nd Floor |
| Fax: (504) 524-3313 | Cora Gables, FL 33134 |
| Barrios@bkc-law.com | Phone: (305) 476-7400 |
| | Fax: (305) 476-7444 |
| Daniel E. Becnel, Jr. | Ervin@colson.com |
| Becnel Law Firm. LLC | |
| P.O. Drawer H | Ben W. Gordon, Jr. |
| 106 W. Seventh Street | Levin, Papantonio, Thomas, Mitchell |
| Reserve, LA 70084 | Echsner & Proctor, P.A. |
| Phone: (985) 536-1186 | 316 S. Baylen Street, Suite 600 |
| Fax: (985) 536-6445 | Pensacola, FL 32502 |
| dbecnel@becnellaw.com | Phone: (850) 435-7000 |
| | Fax: (850) 435-7020 |
| Victor Manuel Diaz | bgordon@levinlaw.com |
| Podhurst Orseck, P.A. | |
| 25 Flagler Street, 8th Floor | Hugh P. Lambert |
| Miami, FL 33130 | Lambert and Nelson |
| Phone: (305) 358-2800 | 701 Magazine Street |
| Fax: (305) 358-2382 | New Orleans, LA 70130 |
| vdiaz@podhurst.com | Phone: (504) 581-1750 |
| | Fax: (504) 529-2931 |
| | hlambert@lambertandnelson.com |

| | |
|---|---|
| Bruce William Steckler<br>Baron & Budd, P.C.<br>3102 Oak Lawn Ave., Suite 1100<br>Dallas, TX 75219<br>Phone: (214) 521-3605<br>Fax: (214) 520-1181<br>bsteckler@baronbudd.com | James Robert Reeves<br>Lumpkin & Reeves<br>160 Main Street<br>Biloxi, MS 39530<br>Phone: (228) 374-5151<br>Fax: (228) 374-6630<br>jrr@lumpkinreeves.com |
| Gerald E. Meunier<br>Gainsburgh, Benjamin, David, Meunier<br> & Warshauer, LLC<br>2800 Energy Centre, 1100 Poydras Street<br>New Orleans, LA 70163-2800<br>Phone: (504) 522-2304<br>Fax: (504) 528-9973<br>gmeunier@gainsben.com | Christopher Seeger<br>Seeger Weiss, LLP<br>One William Street<br>New York, NY 10004<br>Phone: (212) 584-0700<br>Fax: (212) 584-0799<br>cseeger@seegerweiss.com |
| Jerrold Seth Parker<br>Parker, Waichman, Alonso LLP<br>3301 Bonita Beach Road<br>Bonita Springs, FL 34134<br>Phone: (239) 390-1000<br>Fax: (239) 390-0055<br>Jerry@yourlawyer.com | Scott Wm. Weinstein<br>Morgan & Morgan<br>12800 University Drive, Suite 600<br>Ft. Meyers, FL 33907<br>Phone: (239) 433-6880<br>Fax: (239) 433-6836<br>sweinstein@forthepeople.com |

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

| | |
|---|---|
| Richard S. Lewis<br>HAUSFELD LLP<br>1700 K Street, N.W<br>Suite  650<br>Washington, DC 20006<br>Phone: (202) 540-7200<br>Fax:  (202) 540-7201<br>rlewis@hausfeldllp.com | Jeremy W. Alters<br>Alters, Boldt, Brown, Rash & Culmo, P.A.<br>4141 N.E. 2nd Avenue<br>Suite 201<br>Miami, FL 33137<br>Phone: (305) 571-8550<br>Fax: (305) 571-8559<br>jeremy@abbrclaw.com |
| Daniel K. Bryson<br>Lewis & Roberts<br>3700 Glenwood Avenue, Suite 410<br>Raleigh, NC 27612<br>Phone: (919) 981-0191<br>Fax: (919) 981-0431<br>dkb@lewis-roberts.com | Richard J. Serpe, Esquire<br>Law Offices of Richard J. Serpe<br>Crown Center, Ste. 310<br>580 East Main Street<br>Norfolk, VA 23510-2322<br>rserpe@serpefirm.com |

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Plaintiffs Steering Committee's Response in Opposition to the Non-Party Distributor Defendants' Motion for Extension of Deadlines in this Court's Scheduling Order of November 25, 1009 has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 8th day of December, 2009.

      /s/ Leonard A. Davis
      Leonard A. Davis, Esquire
      Herman, Herman, Katz & Cotlar, LLP
      820 O'Keefe Avenue
      New Orleans, Louisiana 70113
      Phone: (504) 581-4892
      Fax: (504) 561-6024
      LDavis@hhkc.com