UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

Upon consideration of the Plaintiffs' Steering Committee's Omnibus Motion to Dismiss Certain Defendants, Without Prejudice, under Fed.R.Civ.P. 41(a);

IT IS HEREBY ORDERED that said motion is GRANTED.  In each of the cases set forth in Exhibit "A" to the PSC's Motion, the defendants that plaintiffs are seeking to have dismissed from those actions are hereby DISMISSED without prejudice.

New Orleans, Louisiana, this 7th day of December, 2009.

_____
Eldon E. Fallon
United States District Court Judge

1

**EXHIBIT A –SCHEDULE OF ACTIONS**

|     | CAPTION | DEFENDANTS TO BE DISMISSED |
| --- | --- | --- |
| 1.  | *Alexander, et al. v. Knauf Gips, KG, et al.*, No. 09-3135 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 2.  | *Alldredge, et al. v. Knauf Gips KG, et al.*, Case No. 09-6553 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 3.  | *Alonzo v. Knauf Gips KG, et al*, Case No. 09-3959 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 4.  | *Ambrose v. Knauf Gips, KG, et al.*, Case No. 09-6096 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 5.  | *Amerson, et al. v. Knauf Gips KG, et al.*, Case No. 09-4275 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 6.  | *Ancria, et al. v. Knauf Gips KG, et al.*, Case No. 09-3156 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 7.  | *Bailey v. Knauf Gips KG, et al.*, Case No. 09-6086 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 8.  | *Barone v. Knauf Gips KG, et al.*, Case No. 09-3243 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 9.  | *Bourg, et al. v. Knauf Gips KG, et al.*, Case No. 09-3426 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 10. | *Brumfield, et al. v. Knauf Gips KG, et al.*, Case No. 09-3535 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |

| 11. | *Bryant v. Knauf Gips KG, et al.,*, Case No. 09-3634 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
|---|---|---|
| 12. | *Cassagne, et al. v. Knauf Gips KG, et al.*, Case No. 09-3637 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 13. | *Ceruti, et al. v. Knauf Gips KG, et al.*, Case No. 09-3526 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 14. | *Chauffe v. Knauf Gips KG, et al.*, Case No. 09-3215 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 15. | *Chiappetta, et al. v. Knauf Gips KG, et al.*, Case No. 09-3923 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 16. | *Clark v. Knauf Gips KG, et al.*, Case No. 09-6097 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 17. | *Conrad v. Knauf Gips KG, et al.*, Case No. 09-3309 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 18. | *Couture, et al. v. Knauf Gips KG, et al.*, Case No. 09-3956 (E.D.La.) | Knauf Gips, KG; Knauf Plasterboard Tianjin Co., Ltd.,; Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.,; USG Corporation; L&W Supply Corporation d/b/a Seacoast Supply; Independent Builders Supply Association, Inc.; Rothchilt International Limited |
| 19. | *Cresson, et al. v. Knauf Gips KG, et al.*, Case No. 09-3427 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 20. | *D'Amico v. Knauf Gips, KG*, Case No. 09-4367 (E.D.La.) | Taishan Gypsum Co., Ltd, f/k/a Shandong Taihe Dongxin; USG Corporation; L&W Supply Corporation d/b/a Seacoast Supply; Independent Builders Association, Inc.; Rothchilt International Limited |

| 21. | *Dakin, et al. v. Knauf Gips KG, et al.*, Case No. 09-4274 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 22. | *Davis, et al. v. Knauf Gips KG, et al.*, Case No. 09-3525 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 23. | *Donaldson, et al. v. Knauf Gips KG, et al.*, Case No. 09-2981 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 24. | *Donnelly, et al. v. Knauf Gips KG, et al.*, Case No. 09-3635 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 25. | *Evans, et al. v. Knauf Gips KG, et al.*, Case No. 09-4102 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 26. | *Fazande, et al. v. Knauf Gips KG, et al.*, Case No. 09-3479 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 27. | *Gardette, et al. v. Knauf Gips KG, et al.*, Case No. 09-6094 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 28. | *Gilberti, et al. v. Knauf Gips, KG, et al.*, Case No. 09-3136 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 29. | *Godwin, et al. v. Knauf Gips, KG, et al.,* Case No. 09-6525 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 30. | *Gritter, et al. v. Knauf Gips, KG, et al.*, Case No. 09-4273 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 31. | *Haindel, et al. v. Knauf Gips, KG, et al.*, Case No. 09-3157 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 32. | *Hernandez, et al. v. Knauf Gips KG, et al.*, Case No. 09-6103 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |

| 33. | *Hopper, et al. v. Knauf Gips KG, et al.*, Case No. 09-5830 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
|---|---|---|
| 34. | *Jarrell, et al. v. Knauf Gips KG, et al.*, Case No. 09-5828 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 35. | *Jaruzel, et al. v. Knauf Gips KG, et al.*, Case No. 09-3636 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 36. | *Joseph v. Knauf Gips KG, et al.*, Case No. 09-6088 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 37. | *Kokoszka, et al. v. Knauf Gips, KG, et al.*, No. 09-6841 (E.D.La.) | Rothchilt International LTD, a foreign corporation, USG Corporation; and L&W Supply (sometimes d/b/a Seacoast Supply) |
| 38. | *Kuykendall v. Knauf Gips KG, et al.*, Case No. 09-6089 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 39. | *LeBlanc, et al. Knauf Gips, KG, et al.*, Case No. 09-5946 (E.D.La.) | USG Corporation; L&W Supply Corporation d/b/a Seacoast Supply; Independent Builders Supply Association; Rothchilt International Ltd. |
| 40. | *Ledet, et al. v. Knauf Gips KG, et al.*, Case No. 09-4323 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 41. | *Legendre, et al. v. Knauf Gips KG, et al.,* Case No. 09-6753 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 42. | *Mai, et al. v. Knauf Gips KG, et al.* Case No. 09-3422 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 43. | *Mai, et al. v. Knauf Gips KG, et al.*, Case No. 09-3536 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |

| | | |
|---|---|---|
| 44. | *Martin, et al. v. Knauf Gips KG, et al.*, Case No. 09-3425 (E.D.La. | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 45. | *Maykut, et al. v. Knauf Gips, KG, et al.*, Case No. 09-5944 (E.D.La.) | USG Corporation; L&W Supply Corporation d/b/a Seacoast Supply; Independent Builders Supply Association; Beijing New Building Material, PLC; Taishan Gypsum Co. Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., Rothchilt International Ltd. |
| 46. | *Mays, et al. v. Knauf Gips KG, et al.*, Case No. 09-3638 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 47. | *McCrary, et al. v. Knauf Gips KG, et al.*, Case No. 09-4154 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 48. | *Meyer, et al. v. Knauf Gips KG, et al.*, Case No. 09-3960 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 49. | *Mills v. Knauf Gips KG, et al.*, Case No. 09-6752 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 50. | *Mitchell, et al. v. Knauf Gips KG, et al.*, Case No. 09-3192 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 51. | *Moreau v. Knauf Gips, KG, et al.*, Case No. 09-4368 (E.D.La.) | Taishan Gypsum Co. ltd, f/k/a Shandong Taihe Dongxin; USG Corporation; L&W Supply Corporation d/b/a Seacoast Supply; Independent Builders Association, Inc.; Rothchilt International Limited |
| 52. | *Morlas v. Knauf Gips, KG, et al.*, Case No. 09-3265 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 53. | *Oliver, et al. v. Knauf Gips, KG, et al.*, Case No. 09-06509 (E.D.La.) | USG Corporation; L&W Supply Corporation d/b/a Seacoast Supply; Independent Builders Supply Association; Beijing New Building Material, PLC; Taishan Gypsum Co. Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., Rothchilt International Ltd. |

| | | |
|---|---|---|
| 54. | *Panneton, et al. v. Knauf Gips KG, et al.*, Case No. 09-6526 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 55. | *Peres, et al. v. Knauf Gips KG, et al.*, Case No. 09-3961 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 56. | *Perez, et al. v. Knauf Gips KG, et al.*, Case No. 09-3384 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 57. | *Peyton, et al. v. Knauf Gips KG, et al.*, Case No. 09-3424 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 58. | *Roberts, et al. v. Knauf Gips KG, et al.*, Case No. 09-3127 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 59. | *Robinson, et al. v. Knauf Gips KG, et al.*, Case No. 09-3282 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 60. | *Serio v. Knauf Gips, KG, et al.*, Case No. 09-4148 (E.D.La.) | Knauf Gips, KG; Knauf Plasterboard Taishan Gypsum, Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.,; USG Corporation; L&W Supply Corporation d/b/a Seacoast Supply; Interior Exterior Building Supply, Independent Builders Supply Association, Inc.; Rothchilt International Limited |
| 61. | *Shelton, et al. v. Knauf Gips, KG, et al.*, Case No. 09-5943 (E.D.La.) | USG Corporation; L&W Supply Corporation d/b/a Seacoast Supply; Independent Builders Supply Association; Beijing New Building Material, PLC; Taishan Gypsum Co. Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., Rothchilt International Ltd. |
| 62. | *Simmons, et al. v. Knauf Gips KG, et al.*, Case No. 09-3639 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 63. | *Smith et al. v. Knauf Gips KG, et al.*, Case No. 09-6091 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |

| 64. | *St. Martin v. Knauf Gips KG, et al.*, Case No. 09-6084 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| --- | --- | --- |
| 65. | *Staub, et al. v. Knauf Gips KG, et al.*, Case No. 09-4100 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 66. | *Stayton v. Knauf Gips KG, et al.*, Case No. 09-3193 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 67. | *Van Winkle, et al. v. Knauf Gips, KG, et al.*, Case No. 09-4378 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 68. | *Vu, et al. v. Knauf Gips KG, et al.*, Case No. 09-3423 (E.D.La.) | Independent Builders Supply Association, Inc; L&W Supply d/b/a Seacoast Supply and USG Corporation |
| 69. | *Wiltz, et al. v. Knauf Gips KG, et al.*, Case No. 09-3488 (E.D.La.) | Knauf Gips, KG; Knauf Plasterboard Tianjin Co. Ltd.; Taishan Gypsum, Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd..; USG Corporation; L&W Supply Corporation d/b/a Seacoast Supply; Interior Exterior Building Supply; Independent Builders Supply Association, Inc.; Rothchilt International Limited |
| 70. | *Young, et al. v. Knauf Gips, KG, et al.*, Case No. 09-5945 (E.D.La.) | USG Corporation; L&W Supply Corporation d/b/a Seacoast Supply; Independent Builders Supply Association; Beijing New Building Material, PLC; Taishan Gypsum Co. Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., Rothchilt International Ltd. |