UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br><br>SECTION:  L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** *Germano v. Taishan Gypsum Co., Ltd.*, **Case No. 09-6687**

## ORDER

On November 25, 2009, the Court entered a Scheduling Order in the above captioned matter (Rec. Doc. No. 502).  It has come to the Court's attention that parties and other interested persons are inquiring as to the preclusive effects of the result of the hearing scheduled for February 19-22, 2010.  The Court now clarifies that the result of the hearing will only have a preclusive effect on those properties which are the subject of the hearing but, hopefully, the Court's findings will provide some guidance for similarly situated and/or affected properties.

New Orleans, Louisiana, this __4th__ day of December, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE