UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**EX PARTE MOTION FOR LEAVE TO FILE AMENDED EXHIBIT "C" TO DEFENDANTS' STEERING COMMITTEE'S MOTION TO DISMISS FOR PLAINTIFF'S FAILURE TO COMPLY WITH COURT-ORDERED DISCOVERY**

NOW COMES Defendants' Steering Committee ("the DSC"), who respectfully requests an Order granting leave to amend Exhibit "C" to its Motion to Dismiss For Plaintiffs' Failure to Comply With Court-Ordered Discovery (Rec. Doc. 442) filed on November 13, 2009 and set for hearing following the status conference on December 10, 2009.

The spreadsheet attached to the DSC's Motion to Dismiss For Plaintiffs' Failure to Comply With Court-Ordered Discovery is no longer accurate. Between the date of filing the DSC's motion to dismiss and the filing of this motion for leave, some plaintiffs have provided Plaintiff Profile Forms. However, to date, those plaintiffs identified in amended Exhibit "C" have failed to provide a form pursuant the Court's directive in Pre-Trial Order No. 11.

For the reasons set forth above, the DSC requests leave to file its amended Exhibit "C" to accurately reflect the plaintiffs who have disobeyed this Court's Pre-Trial Order No. 11. Defendants' Steering Committee requests that those plaintiffs identified on amended Exhibit "C" be dismissed from MDL 2047 with prejudice, and for all other relief deemed appropriate by the Court.

Respectfully submitted,

BY: /s/ Kerry J. Miller
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
**FRILOT L.L.C.**
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile: (504)599-8145
Email: kmiller@frilot.com

**Defendants' Liaison Counsel
o/b/o Defense Steering Committee**

## CERTIFICATE OF SERVICE

I certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, by email, <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order no. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 8th day of December, 2009.

/s/ Kerry J. Miller