| Case | Last Name | First Name | Firm |
|---|---|---|---|
| 2:09cv04513 | Anderson | Darren | Matthews & Associates |
| 2:09cv04513 | Anderson | Farrell | Matthews & Associates |
| 2:09cv04513 | Anderson | Kimberly | Matthews & Associates |
| 2:09cv04513 | Banks | Dorothy | Matthews & Associates |
| 2:09cv04513 | Banks | Gerald | Matthews & Associates |
| 2:09cv03638 | Barbarin | Earline | Matthews & Associates |
| 2:09cv03426 | Bell | LaTonya | Matthews & Associates |
| 2:09cv04147 | Brister | Candy | Matthews & Associates |
| 2:09cv04513 | Brown | Joshana | Matthews & Associates |
| 2:09cv04513 | Cafamet | August | Matthews & Associates |
| 2:09cv03215 | Chauffe | Michael | Irpino Law Firm |
| 2:09cv04147 | Coff | Cynthia | Matthews & Associates |
| 2:09cv04147 | Cooper | Royce | Matthews & Associates |
| 2:09cv04513 | Davis | Lee | Matthews & Associates |
| 2:09cv04513 | Duchane | Charles | Matthews & Associates |
| 2:09cv04513 | Duchane | Susianna | Matthews & Associates |
| 2:09cv04513 | Duplessis | Georgiana | Matthews & Associates |
| 2:09cv04513 | England | Kim | Matthews & Associates |
| 2:09cv04513 | England | Michael | Matthews & Associates |
| 2:09cv04356 | Fontana | Kelly | Murray Law Firm |
| 2:09cv04513 | Hampton | Samuel | Matthews & Associates |
| 2:09cv04513 | Hampton | Shavonne | Matthews & Associates |
| 2:09cv04513 | Hill | Geraldine | Matthews & Associates |
| 2:09cv04306 | Hogan | Joanne | Firm TBD |
| 2:09cv04306 | Hogan | Roger | Firm TBD |
| 2:09cv04513 | Hunter | Isa | Matthews & Associates |
| 2:09cv04513 | Jackson | George | Matthews & Associates |
| 2:09cv04513 | Johnson | Regina | Matthews & Associates |
| 2:09cv04513 | Lafrance | Marlone | Matthews & Associates |
| 2:09cv04513 | Morgan | Sylvia | Matthews & Associates |
| 2:09cv04145 | Peterson | Madonna | Matthews & Associates |
| 2:09cv04293 | Rayfield | Sylvia | Archie Lamb |

EXHIBIT C

| 2:09cv04513 | Reddick | Jerome | Matthews & Associates |
| --- | --- | --- | --- |
| 2:09cv04306 | Scritchfield | Ronald | Firm TBD |
| 2:09cv04513 | Soloman | Caffie | Matthews & Associates |
| 2:09cv04293 | Spradlin | Brenda | Archie Lamb |
| 2:09cv04513 | Taylor | Doris | Matthews & Associates |