UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## ORDER

Considering the Ex Parte Motion for Leave to File Amended Exhibit "C" To Defendants' Steering Committee's Motion to Dismiss For Plaintiffs' Failure to Comply With Court-Ordered Discovery filed by Defendants' Steering Committee, and the Court being of the opinion that the motion is meritorious and should be granted;

IT IS ORDERED that amended Exhibit "C" to Defendants' Steering Committee's Motion to Dismiss For Plaintiffs' Failure to Comply With Court-Ordered Discovery is deemed filed herein and replaces the original Exhibit "C" to the motion.

New Orleans, Louisiana, this ___ day of _____, 2009.

_____
JUDGE ELDON E. FALLON