UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> *Vickers, et al v. Knauf Gips, KG, et al*, 09-cv-04117 ) <br> ) <br> _____) | MDL NO. 2047 <br><br> SECTION: L <br><br> JUDGE FALLON <br> MAG. JUDGE WILKINSON |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS'**
**MOTION FOR COURT TO ISSUE LETTER ROGATORY**

**I.     INTRODUCTION**

Plaintiffs hereby submit this Memorandum of Law in Support of Plaintiffs' Motion for this Court to Issue a Letter Rogatory for Rothchilt International Limited ("Rothchilt"). As this brief will demonstrate, a letter rogatory is appropriate to be issued to serve defendant Rothchilt because Taiwan is not a signatory of the Hague Convention.

**II.    FACTS**

Plaintiffs brought actions against manufacturers and suppliers of Chinese drywall. Chinese drywall has been used in homes of plaintiffs around the country. Chinese drywall is inherently defective because it omits various sulfide gasses and other chemicals through "off gassing" that creates noxious, "rotten egg like odors" and causes a corrosion of air conditioner and refrigerator coils, microwaves, faucets, utensils and copper tubing, electrical wiring, computer wiring, personal property, electrical appliances and other metal surfaces in household items.

This defect is latent and existed in defendants' drywall at the time of instillation regardless of the way the product is installed. There is no repair that would correct the corrosion. The defendants in this case include the manufacturers of drywall. The manufacturers

of drywall are located in Germany and China and include defendants, Knauf Gips and its subsidiaries Knauf Tianjin, Knauf Wuhu, and Knauf Dongguan. Defendant, Rothchilt is a supplier of Chinese drywall.

Defendants and numerous other entities around the country used this Chinese drywall and are similarly liable. The Chinese drywall has been sold in Florida, Arizona, Colorado, Georgia, Louisiana, Maryland, Nevada, New Jersey, New Mexico, North and South Carolina, Virginia and Texas. Shipping records indicate that 550 million pounds of Chinese drywall has been offloaded to US ports since 2006. There is enough drywall to build 60,000 average sized homes. It is believed that thousands of cases will be brought requiring consolidation pursuant to § 28 U.S.C. § 1407.

As a result of the conduct of defendants, plaintiffs and thousands of others across the United States have suffered economic losses and personal injury by owning homes containing inherently defective drywall.

### III. ARGUMENT

Pursuant to Federal Rules of Civil Procedure Rule 4(f), plaintiffs are required to effectuate service on a foreign defendant. When a foreign government is not a signatory to the Hague Convention, letters of rogatory are the prescribed method of service. *See also, Sayles v. Pacific Engineers and Constructors, Ltd.,* 2009 WL 791332, *4 (W.D.N.Y. 2009). See also, 28 U.S.C. 1781(a)(2).

In this case, plaintiffs have brought suit against defendant, Rothchilt. The defendant, Rothchilt is located in Taiwan. Pursuant to the procedures set forth above, plaintiffs respectfully request this Court issue the letter rogatory in order to effectuate service on Rothchilt pursuant to the Federal Rules of Civil Procedure and international law.

## IV. CONCLUSION

Plaintiffs respectfully request this Court issue the letter rogatory.

Dated: 12/9/09

Respectfully submitted,

_____
ERVIN A. GONZALEZ
Fla. Bar No. 500720
Ervin@colson.com
PATRICK S. MONTOYA
Fla. Bar No. 524441
Patrick@colson.com
COLSON HICKS EIDSON COLSON
MATTHEWS MARTINEZ GONZALEZ KALBAC
& KANE
255 Aragon Avenue, 2nd Floor
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax:    (305) 476-7444
*Counsel for Plaintiffs*

Michael D. Hausfeld
Richard S. Lewis
James J. Pizzirusso
Faris Ghareeb
HAUSFELD LLP
1700 K Street, N.W.
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
*Co-counsel for Plaintiffs*

Robert Gary
Gary, Naegele & Theado, LLC
446 Broadway
Lorain, OH 44052
Phone: (440) 244-4809
Fax: (440) 244-3462
*Co-counsel for Plaintiffs*

Arnold Levin
Fred S. Longer
Daniel Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
*Co-counsel for Plaintiffs*

Richard Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
*Co-counsel for Plaintiffs*

Richard W. Stimson
Attorney at Law
920 Waters Reach Court
Alpharetta, Georgia 30022
Phone: 214-914-6128
*Co-counsel for Plaintiffs*