UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Chinese-Manufactured Drywall Products Liability Litigation<br><br>This Document Relates to:<br><br>KELLY FONTANA<br><br>      Plaintiff,<br>vs.<br><br>INTERIOR EXTERIOR BUILDING SUPPLY; KNAUF GIPS KG, a German Corporation; KNAUF PLASTERBOARD (TIANJIN) CO., LTD., KNAUF PLASTERBOARD (WUHU) CO. LTD., KNAUF PLASTERBOARD (DONGGUAN) CO. LTD. Chinese limited liability corporations; ROTHCHILT INTERNATIONAL LTD., a foreign corporation; USG CORPORATION; L & W SUPPLY CORPORATION D/B/A SEACOAST SUPPLY; Supplier Does 1-100;<br>Installer Does 1-100; Distributer Does 1-100; and Builder Does 1-100.<br><br>      Defendants. | MDL: 2047<br><br>CASE NO. 09-4356<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, comes Plaintiff Kelly Fontana who hereby dismisses WITHOUT PREJUDICE the above-captioned action pursuant to FRCP 41 (a)(l)(A)(i), no Answer or Motion for Summary Judgment having been filed in this matter.

            Respectfully submitted,
            /s/ James R. Dugan, II
            Stephen Murray, Sr. (Bar #9858)
            James Dugan (Bar #24785)
            Murray Law Firm
            650 Poydras Street, Suite 2150
            New Orleans, LA 70130
            (504) 648-0180
            Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Notice of Dismissal without Prejudice was filed electronically with the Clerk of Court using CM/ECF system. Notice of this will be sent to all parties to this matter by operation of court's electronic filing system and/or via U.S. mail, postage prepaid and properly addressed this 9th day of December, 2009.

/s/ James R. Dugan, II
James R. Dugan, II