Chinese Drywall Gross, et al, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et al, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 100345-0028

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--CNBM USA Corp., Attention: Lina Zhang
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Mr. Daniel C. Levin
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **California** ) ss.
County of: **Orange** )

**Name of Server:** **Arturo Chayra, Jr.**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **19** day of **November**, 20**09**, at **1:35** o'clock **P** M

**Place of Service:** at **17800 Castleton Street., Suite 558**, in **City of Industry, CA 91748**

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Class Action Complaint w/Jury Demand**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**CNBM USA Corp., Attention: Lina Zhang**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Linda Zhang, Agent**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F**; Skin Color **Asian**; Hair Color **Black**; Facial Hair **—**
Approx. Age **40**; Approx. Height **5'1"**; Approx. Weight **110**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **23** day of **November**, 20 **09**

Tamara Morales  8/5/2011
Notary Public         (Commission Expires)

**APS International, Ltd.**

TAMARA A. MORALES
Commission # 1760528
Notary Public - California
Orange County
My Comm. Expires Aug 5, 2011