UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Hernandez v. Knauf GIPS KG, et al., Case No. 09-6050 (E.D.La.) | |

**PLAINTIFFS' MOTION TO DISMISS  KNAUF GIPS KG; TAISHAN GYPSUM CO. LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD.; USG CORPORATION; L&W SUPPLY CORPORATION D/B/A SEACOAST SUPPLY, INDEPENDENT BUILDERS  SUPPLY ASSOCIATION,  INC.; AND ROTHCHILT INTERNATIONAL LIMITED WITHOUT PREJUDICE, UNDER FED.R.CIV. P.  41(a)**

NOW COMES the Plaintiffs, Tatum B. Hernandez, Charlene M. Hernandez, Grant M. Hernandez, and Amelia C. Hernandez, who hereby move for this Honorable Court to dismiss certain named defendants, without prejudice, under Fed.R.Civ.P. 41(a).  For the reasons set forth in the Memorandum of law filed in conjunction herewith, Plaintiffs respectfully requests that the Court grant their Motion to Dismiss without Prejudice.

Respectfully submitted,

Dated: December 9, 2009

/s/ Leonard A. Davis
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of December, 2009.

                                            /s/ Leonard A. Davis
                                            Leonard A. Davis
                                            Herman, Herman, Katz & Cotlar, LLP
                                            820 O'Keefe Ave.
                                            New Orleans, LA  70113
                                            PH:  (504) 581-4892
                                            Fax:  (504) 561-6024
                                            ldavis@hhkc.com