## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>**Hernandez v. Knauf GIPS KG, et al., Case No. 09-6050 (E.D.La.)** | |

### PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS KNAUF GIPS KG; TAISHAN GYPSUM CO. LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD.; USG CORPORATION; L&W SUPPLY CORPORATION D/B/A SEACOAST SUPPLY, INDEPENDENT BUILDERS  SUPPLY ASSOCIATION,  INC.; AND ROTHCHILT INTERNATIONAL LIMITED WITHOUT PREJUDICE, UNDER FED.R.CIV. P. 41(a)

Plaintiffs, Tatum B. Hernandez, Charlene M. Hernandez, Grant M. Hernandez, and Amelia C. Hernandez, wish to dismiss certain named defendants, without prejudice, under Fed.R.Civ.P. 41(a).  Specifically, Plaintiffs seek to dismiss their claims against Knauf GIPS KG; Taishan Gypsum Co. Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.; USG Corporation; L&W Supply Corporation d/b/a Seacoast Supply, Independent Builders Supply Association, Inc.; and Rothchilt International Limited.

Plaintiffs' motion to dismiss should be granted without prejudice since none of the defendants for whom Plaintiffs are seeking dismissal have filed an answer to the operative complaint and/or have sought summary judgement. *See International Driver Training Inc. v. J-BJRD Inc.*, 202 Fed.Appx. 714, 715 (5th Cir. 2006) ("a plaintiff's right to file a notice of dismissal under Rule 41(a)(1)(I) before the service of an answer or motion for summary judgment is absolute and

1

unconditional.").

WHEREFORE, for the reasons set forth above, Plaintiffs pray that their Motion to Dismiss without Prejudice be granted.

Respectfully submitted,

Dated: December 9, 2009

/s/ Leonard A. Davis
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of December, 2009.

/s/ Leonard A. Davis
Leonard A. Davis
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA  70113
PH:  (504) 581-4892
Fax:  (504) 561-6024
ldavis@hhkc.com

W:\! DRYWALL\27687 MDL\Pld\Motion to Dismiss Hernandez\memo of law in support of motion to dismiss wo prej in Hernandez.wpd