**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>**Hernandez v. Knauf GIPS KG, et al., Case No. 09-6050 (E.D.La.)** | |

## ORDER

Upon consideration of the plaintiffs', Tatum B. Hernandez, Charlene M. Hernandez, Grant M. Hernandez, and Amelia C. Hernandez, motion to dismiss Knauf GIPS KG; Taishan Gypsum Co. Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.; USG Corporation; L&W Supply Corporation d/b/a Seacoast Supply, Independent Builders Supply Association, Inc.; and Rothchilt International Limited, without prejudice, under Fed.R.Civ.P. 41(a);

It is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED.

New Orleans, Louisiana, this ____ day of _____, 2009.

_____
Eldon E. Fallon
United States District Court Judge