IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>Curtis Hinkley, et al. v. Taishan Gypsum Co. Ltd., et al.<br>Case No. 2:2009-cv-06686 (E.D. La.) | MDL No. 09-2047<br><br>SECTION: L<br><br>JUDGE: FALLON<br><br>MAGISTRATE: WILKINSON |

### VENTURE SUPPLY, INC. AND THE PORTER-BLAINE CORPORATION'S NOTICE OF FILING

Please take notice that the Defendants Venture Supply, Inc. and the Porter-Blaine Corporation have this day filed the Porter Blaine Corporation and Venture Supply, Inc.'s Rule 12(b)(6) Motions with Briefs in Support, Answer, and Rule 13(g) Crossclaim, which was previously filed in the Office of the Clerk of the United States District Court for the Eastern District of North Carolina. A true copy of said document is attached hereto.

This the 10th day of December, 2009.

Respectfully submitted,

By: /s/ Thomas M. Buckley
Thomas M. Buckley, Esq. (NCB # 26076)
Mindi L. Schulze, Esq. (NCB # 32918)
Attorney for Defendants Venture Supply, Inc. and The Porter-Blaine Corporation
Hedrick, Gardner, Kincheloe & Garofalo, LLC
4011 Westchase Blvd., Suite 300
Raleigh, NC  27607
Telephone:     (919) 719-3721
Facsimile:      (919) 832-9425
Email: TBuckley@hedrickgardner.com
Email: MSchulze@hedrickgardner.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Request for Hearing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of December, 2009.

/s/ THOMAS M. BUCKLEY
Thomas M. Buckley