UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| This Document Relates to: | |
| | Judge Fallon |
| E.D.L.A. 2:09-cv-4114 | Mag. Judge Wilkinson |

_____/

KRISTIN MORGAN CULLITON,

    Plaintiff,

v.                                                                               E.D.L.A. Case No.: 2:09-cv-4114

TAYLOR MORRISON SERVICES,
INC., A DELAWARE CORPORATION,
SUCCESSOR TO MORRISON HOMES,
INC., A DELAWARE CORPORATION
d/b/a MORRISON HOMES, KNAUF
GIPS KG, A GERMAN CORPORATION,
GEBR KNAUF VERWALTUNGSGESELLSCHAFT
KG, A GERMAN CORPORATION, KNAUF
PLASTERBOARD TIANJIN CO. LTD.,
A CHINESE LIMITED CORPORATION,
ROTHCHILT INTERNATIONAL
LTD., A CHINESE LIMITED CORPORATION,
USG CORPORATION, A FOREIGN
CORPORATION, L&W SUPPLY
CORPORATION d/b/a SEACOAST
SUPPLY, A FOREIGN CORPORATION,
BANNER SUPPLY CO., A FLORIDA
CORPORATION,

    Defendants.

_____/

**PLAINTIFF KRISTIN CULLITON'S NOTICE OF
VOLUNTARY DISMISSAL**

    Plaintiff Kristin Culliton, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), hereby gives notice of

dismissal of this action, Case No.: E.D.L.A. 2:09-cv-4114. This dismissal is WITH

PREJUDICE as to Defendant Taylor Morrison Services, Inc., and WITHOUT PREJUDICE as to all other Defendants.

      s/ Christopher Casper
Christopher Casper
James, Hoyer, Newcomer
       & Smiljanich, P.A.
4830 West Kennedy Blvd., Suite 550
Tampa, Florida  33609
Telephone: (813) 286-4100
Fax: (813) 286-4174
ccasper@jameshoyer.com
Counsel for Plaintiff Kristin Culliton
ORIGINAL SIGNED DOCUMENT ON
FILE WITH THE COURT

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing Notice of Voluntary Dismissal has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order #6, and that the foregoing was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 10th day of December, 2009.

      s/ Christopher Casper