**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED | : | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | : | |
| LITIGATION | : | SECTION:  L |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| Germano, et al. v. Taishan Gypsum Co., Ltd., | : | |
| f/k/a Shandong Taihe Dongxin Co. Ltd., et al., | : | |
| Case No. 09-6687 (E.D.La.) | : | |
| _____ | : | |

**ANSWER TO CROSS-CLAIM FILED BY
THE PORTER-BLAINE CORPORATION AND VENTURE SUPPLY, INC.**

Defendant Tobin Trading, Inc. ("Tobin"), by counsel, subject to and without waiving the

defenses and objections raised in its previously filed Answer and Affirmative Defenses, Motion

For More Definite Statement and Motion To Dismiss (MDL No. 2047, Doc. No. 511, 512), as its

Answer to the Cross-Claim (MDL No. 2047, Doc. No. 521) filed herein by Venture Supply, Inc.

("Venture") and The Porter-Blaine Corp. ("Porter-Blaine"), states the following:

1.      In response to paragraph 1 of the Crossclaim, Tobin admits that an action was

filed against Harbor Walk Development, LLC, Venture, Porter-Blaine, Tobin and Taishan in the

Eastern District of Virginia (Case No. 2:09cv202).  Further answering, the allegations of the

Second Amended Complaint filed in MDL No. 2047 are self-explanatory.  The remaining

allegations in paragraph 1 of the Crossclaim are denied.

2.      In response to the allegations in paragraph 2 of the Crossclaim, the allegations of the First Amended Complaint filed in the Eastern District of Virginia (Case No. 2:09cv202) are self-explanatory, and the allegations of the Second Amended Complaint filed in MDL No. 2047 are self-explanatory.  The remaining allegations in paragraph 2 of the Crossclaim are denied.

3.      The allegations in paragraph 3 of the Crossclaim are admitted.

4.      Tobin lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 4 of the Crossclaim.

5.      Tobin lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 5 of the Crossclaim.

6.      Tobin lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 6 of the Crossclaim.

7.      Tobin lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 7 of the Crossclaim.

8.      The allegations in paragraph 8 of the Crossclaim are denied.

9.      The allegations in paragraph 9 of the Crossclaim are denied.

10.     The allegations in paragraph 10 of the Crossclaim are denied.

11.     All allegations in the Crossclaim that have not been specifically admitted above are hereby denied.

12.     Tobin denies that it is liable to Venture or Porter-Blaine for indemnity or contribution, or under any other theory of recovery.

13.     The Crossclaim fails to state a claim against Tobin for indemnity or contribution, and fails to state sufficient facts upon which the relief demanded can be granted.

14.     Tobin hereby incorporates by reference the objections and defenses raised in its Answer and Affirmative Defenses to the Second Amended Complaint, including its objections to venue and personal jurisdiction in the Eastern District of Louisiana.

15.     The claims asserted in the Crossclaim may be barred, in part or in whole, due to the cross-claimants' failure to mitigate.

16.     The claims asserted in the Crossclaim may be time barred, in part or in whole, by the applicable statute(s) of limitations.

17.     The claims asserted in the Crossclaim may be barred, in part or in whole, due to contributory negligence and/or the negligence of other persons or entities for which this defendant is not responsible.

18.     The claims asserted in the Crossclaim may be barred, in part or in whole, pursuant to the economic loss doctrine.

19.     Tobin will rely upon all properly provable defenses to the Crossclaim and reserves the right to amend this Answer if at any time it is so advised.

WHEREFORE, having fully answered, Tobin Trading, Inc. respectfully prays that the Court enter an Order dismissing the Cross-Claim (MDL No. 2047, Doc. No. 521) filed herein by Venture Supply, Inc. and The Porter-Blaine Corp.; for an award of its costs; and for such other and further relief as the Court deems appropriate.

**TRIAL BY JURY IS DEMANDED.**

TOBIN TRADING, INC.

Date:  December 10, 2009           By:    /s/ Theodore I. Brenner
                                        Theodore I. Brenner, VSB 17815
                                        BRENNER, EVANS & MILLMAN, P.C.
                                        411 E. Franklin Street, Suite 200
                                        P.O. Box 470
                                        Richmond, Virginia  23218-0470
                                        Phone: (804) 644-1300
                                        Fax: (804) 644-1354
                                        E-mail: tbrenner@beylaw.com

                                        Jay O. Millman, VSB 37212
                                        BRENNER, EVANS & MILLMAN, P.C.
                                        411 E. Franklin Street, Suite 200
                                        P.O. Box 470
                                        Richmond, Virginia  23218-0470
                                        Phone: (804) 644-1300
                                        Fax: (804) 644-1354
                                        E-mail: jom@beylaw.com

                                        Alexander S. de Witt, VSB 42708
                                        BRENNER, EVANS & MILLMAN, P.C.
                                        411 E. Franklin Street, Suite 200
                                        P.O. Box 470
                                        Richmond, VA  23218-0470
                                        Phone: (804) 644-1300
                                        Fax: (804) 644-1354
                                        E-mail: adewitt@beylaw.com

                                        *ATTORNEYS FOR TOBIN TRADING, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Answer to Cross-Claim has been served on Plaintiffsø Liaison Counsel, Russ Herman, and Defendantsø Liaison Counsel Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mal and upon all parties by electronically uploading the same to LexisNexis File and Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this 10th day of December, 2009

By:     /s/ Theodore I. Brenner
Theodore I. Brenner, VSB 17815
BRENNER, EVANS & MILLMAN, P.C.
411 E. Franklin Street, Suite 200
P.O. Box 470
Richmond, Virginia  23218-0470
Phone: (804) 644-1300
Fax: (804) 644-1354
E-mail: tbrenner@beylaw.com

*ATTORNEYS FOR TOBIN TRADING, INC.*