David Gross, Cheryl Gross, and Louis Velez, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 100345-0016

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Metro Resources Corporation, c/o The Corporate Place, Inc.

Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Mr. Daniel C. Levin
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Nevada ) ss.
County of: Clark )

**Name of Server:** Judith Mae All, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 12 day of November, 2009, at 3:40 o'clock P M

**Place of Service:** at 601 East Charleston Blvd., Suite 100, in Las Vegas, NV 89104

**Documents Served:** the undersigned served the documents described as:
Summons and Amended Class Action Complaint w/Jury Demand

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Metro Resources Corporation, c/o The Corporate Place, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Don Warren (bookkeeper)

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color Red ; Facial Hair no
Approx. Age 40s ; Approx. Height 6'1" ; Approx. Weight 180

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Judith Mae All
Signature of Server

Subscribed and sworn to before me this 16 day of November, 2009

L. E. Whitehead
Notary Public

APS International, Ltd.
7800 Glenroy Rd.
Minneapolis, MN 55439-3122
thru
PROCESS SERVERS, INC.
NV State License No. 174a

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
L. E. WHITEHEAD
Appt No 99-59631-1
My Appt. Expires November 30, 2011