David Gross, Cheryl Gross, and Louis Velez, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 100345-0038

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Builders Gypsum Supply LLP, Attention: Rigo Flores
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Mr. Daniel C. Levin
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Texas_ ) ss.
County of: _Harris_ )

Name of Server: _Joe Barak_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _18th_ day of _November_, 20 _09_, at _1:15_ o'clock _P_ M

Place of Service: at _2015_ ~~2018~~ Pasket, in Houston, TX 77092

Documents Served: the undersigned served the documents described as:
**Summons and Amended Class Action Complaint w/Jury Demand**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Builders Gypsum Supply LLP, Attention: Rigo Flores**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Mark Alexander, Manager_

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex _M_ ; Skin Color _White_ ; Hair Color _Black_ ; Facial Hair ____
Approx. Age _45_ ; Approx. Height _5'10"_ ; Approx. Weight _300_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Joe Barak_
Signature of Server  SCH-173

Subscribed and sworn to before me this _18th_ day of _November_, 20 _09_

_Carol Sanford_
Notary Public                 (Commission Expires)

**APS International, Ltd.**

CAROL SANFORD
MY COMMISSION EXPIRES
November 3, 2010