UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Hernandez v. Knauf GIPS KG, et al., Case No. 09-6050 (E.D.La.) | |

## ORDER

Upon consideration of the plaintiffs', Tatum B. Hernandez, Charlene M. Hernandez, Grant M. Hernandez, and Amelia C. Hernandez, motion to dismiss Knauf GIPS KG; Taishan Gypsum Co. Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.; USG Corporation; L&W Supply Corporation d/b/a Seacoast Supply, Independent Builders Supply Association, Inc.; and Rothchilt International Limited, without prejudice, under Fed.R.Civ.P. 41(a);

It is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED.

New Orleans, Louisiana, this 11th day of December, 2009.

_____
Eldon E. Fallon
United States District Court Judge