UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION _____ / | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**

*KARIN VICKERS, ET AL., v. KNAUF GIPS KG, ET AL.*, ( No. 09-4117 E.D.La.)
_____ /

### REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY) ADDRESSED TO THE APPROPRIATE JUDICIAL AUTHORITY OF TAIWAN

The United States District Court for the Eastern District of Louisiana presents its compliments to the Appropriate Judicial Authority of Taiwan, and requests international assistance to effect Service of Process on Defendant ROTHCHILT INT'L LTD. to be used in a Civil proceeding before this court in the above captioned matter.

**I.   REQUEST**

This Court requests the assistance described herein as necessary in the interests of justice. The assistance requested is that the Appropriate Judicial Authority of Taiwan effect Service of Process of the Summons in a Civil Action, Amended Complaint - Class Action, the June 15, 2009 Transfer Order with attached Schedule A and Certified Translations of the Summons in a Civil Action, Amended Complaint - Class Action, and the June 15, 2009 Transfer Order with attached Schedule A, on the below-named corporation:

ROTHCHILT INTERNATIONAL., LTD
N-510 Chia Hsin Bld. Annex 96 Chung Shan N. Rd. Sec. 2
Tapei, Taiwan

The Appropriate Judicial Authority of Taiwan is requested to serve the above-mentioned documents by formal service on a corporate officer authorized to accept service or in a manner of service consistent with the law of Taiwan.

## II.   FACTS OF CASE

This action involves the design, testing, manufacture, distribution, marketing and sale of drywall. Plaintiffs, on behalf of themselves and a class of all persons similarly situated, claim that defective drywall was introduced into the stream of commerce in the United States and installed in homes therein, including in the State of Florida.

Plaintiffs allege that the drywall installed in Plaintiffs' home is defective because toxic chemicals emanate from the drywall. According to Plaintiffs, when certain chemical compounds in the drywall, including but not limited to sulphur, are exposed to moisture or react with other chemicals found in the houses, they create noxious chemicals that spread through the air in the homes, damaging the homes, fixtures attached thereto, personal property contained therein, and render the homes unsafe and/or uninhabitable.

Plaintiffs allege that the defective drywall was designed, tested, manufactured and sold by Defendants Knauf Gips, KG, Knauf Plasterboard Tianjin Co., Ltd., Knauf Plasterboard (Wuhu) Co. Ltd., and Knauf Plasterboard (Dongguan) Co. Ltd. Plaintiffs also allege that the defective drywall was distributed, supplied, marketed, wholesaled and sold in the United States, including in the State of Florida, by Defendant Rothchilt Int'l Ltd. and Banner Supply Co. Plaintiffs allege that the defective drywall that was manufactured by the Defendant Knauf entities and distributed by Defendants Rothchilt and Banner has caused damages to Plaintiffs and members of the class by

causing damages to their homes, to fixtures attached thereto, and to property contained therein, and/or rendered the homes unsafe and/or uninhabitable.

Plaintiffs claim that as a result of the Defendants' conduct, Plaintiffs and numerous others have suffered economic losses and personal injury by owning homes containing defective drywall.

### III. RECIPROCITY

This Court is willing to provide similar assistance to the judicial authorities of Taiwan in accordance with the laws and treaty obligations of the United States.

### IV. REIMBURSEMENT OF COSTS

The costs for such service will be reimbursed by counsel for Plaintiffs. If the costs for such service are anticipated to exceed Seven Hundred Thirty-Five United States Dollars ($735 US), please contact:

    Arnold Levin
    Levin, Fishbein Sedran & Berman
    510 Walnut Street, Suite 500
    Philadelphia, PA  19106
    Telephone: 1-215-592-1500
    Facsimile:  1-215-592-4663

In acknowledgment of the additional time which is needed to prepare and file an Answer to the attached documents, the time period for answering is extended to 45 days after the date service has been effected

DATE: December 11, 2009
[SEAL OF COURT]

                                                    ELDON E. FALLON
                                                   UNITED STATES DISTRICT JUDGE

                                                   United States District Court
                                                   Eastern District of Louisiana
                                                   500 Poydras Street, Room C456
                                                   New Orleans, LA  70130
                                                   United States of America

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiffs' Motion for Court to Issue Letter of Rogatory has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 9th day of December, 2009.

_____
Arnold Levin
Fred S. Longer
Daniel Levin
Matthew Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
*Co-counsel for Plaintiff*