UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

DAVID GROSS, CHERYL GROSS, AND
LOUIS VELEZ, individually, and on behalf of
all others similarly situated,

CASE NO.: 09-6690

      Plaintiffs,

v.

JURY TRIAL DEMAND

KNAUF GIPS KG, et al,

      Defendants.

_____/

### REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE
### (LETTER ROGATORY)

United States District Court for the Eastern District of Louisiana presents its compliments to the Appropriate Judicial Authority of Indonesia and requests international assistance to effect service of process to be used in a civil proceeding before this Court in the above captioned matter.

I.    **REQUEST**

This Court requests the assistance described herein as necessary in the interests of justice. The assistance requested is that the Appropriate Judicial Authority of Indonesia effect Service of Process of the Summons in a Civil Action, Amended Class Action Complaint and Certified Translations on the below named.

Knauf Gypsum Indonesia
The Landmark Centre Tower A
19th Floor
Jl. Jendral Sudirman No. 1
Jakarta, 12910 Indonesia

The Appropriate Judicial Authority of Indonesia is requested to serve the above-mentioned documents by personal service into the hands of a director, managing agent or

other person authorized to accept service, or in a manner of service consistent with the law of Indonesia.

## II. FACTS OF CASE

Plaintiffs brought actions against manufacturers and suppliers of Chinese drywall. Chinese drywall has been used in homes of plaintiffs around the country. Chinese drywall is inherently defective because it omits various sulfide gasses and other chemicals through "off gassing" that creates noxious, "rotten egg like odors" and causes a corrosion of air conditioner and refrigerator coils, microwaves, faucets, utensils and copper tubing, electrical wiring, computer wiring, personal property, electrical appliances and other metal surfaces in household items.

This defect is latent and existed in defendants' drywall at the time of instillation regardless of the way the product is installed. There is no repair that would correct the corrosion. The defendants in this case include the manufacturers of drywall. The manufacturers of drywall are located in Germany and China and include defendants, Knauf Gips and its subsidiaries Knauf Tiajin, Knauf Wuhu, and Knauf Dongguan. Knauf Gypsum Indonesia is responsible for the import and expert of Chinese drywall.

Defendants and numerous other entities around the country used this Chinese drywall and are similarly liable. The Chinese drywall has been sold in Florida, Arizona, Colorado, Georgia, Louisiana, Maryland, Nevada, New Jersey, New Mexico, North and South Carolina, Virginia and Texas. Shipping records indicate that 550 million pounds of Chinese drywall has been offloaded to US ports since 2006. There is enough drywall to build 60,000 average sized homes. It is believed that thousands of cases will be brought requiring consolidation pursuant to § 28 U.S.C. § 1407.

As a result of the conduct of defendants, plaintiffs and thousands of others across the United States have suffered economic losses and personal injury by owning homes containing inherently defective drywall.

### III. RECIPROCITY

The United States District Court for the Eastern District of Louisiana is willing to provide similar assistance to the judicial authorities of Indonesia.

### IV. REIMBURSEMENT FOR COSTS

Plaintiffs' counsel will reimburse the judicial authorities of Indonesia for costs incurred in executing the United States District Court, Eastern District of Louisiana's Letter Rogatory. The judicial authorities of Indonesia are requested to contact plaintiff's counsel before exceeding the amount of $500.00. The counsel's information is: Arnold Levin, Esquire at the firm of Levin, Fishbein, Sedran & Berman, 510 Walnut Street, Ste. 500, Philadelphia, PA 19106, (215) 592-1500.

In acknowledgment of the additional time which is needed to prepare and file an Answer to the attached documents, the time period for answering is extended to 45 days after service.

DATE:

December 2, 2009.

_____
The Honorable Eldon E. Fallon
United States District Court for the
Eastern District of Louisiana
500 Poydras Street
Room C456
New Orleans, LA 70130

## CERTIFICATION OF THE JUDGE'S SIGNATURE

I, __Loretta G. Whyte__, Clerk of the United States District Court for the Eastern
   [NAME OF CLERK]

District of Louisiana, do hereby certify that the Honorable Eldon E. Fallon, Judge of the United States District Court for the Eastern District of Louisiana whose signature is attached to the Letters Rogatory hereto annexed, was at the date hereof the Judge of the United States District Court for the Eastern District of Louisiana and that the official acts and doings of said Judge are entitled to full faith and credit, and that the attestation to said Letters Rogatory is in due form of law.

I further certify that the seal attached to the said Letters Rogatory is the seal of this Court.

Witness my hand and the Seal of the said Court at the city of New Orleans, Louisiana on the __2nd__ day of __December__ in the year __2009__.

[SEAL OF COURT]

_Loretta G Whyte_
[SIGNATURE OF THE CLERK]

Loretta G. Whyte
[PRINTED NAME OF THE CLERK]

## CERTIFICATION OF THE CLERK'S SIGNATURE

I, the Honorable Eldon E. Fallon, Judge of United States District Court for the Eastern District of Louisiana, do hereby certify that ___Loretta G. Whyte___, Clerk of the United States
[NAME OF CLERK]
District Court for the Eastern District of Louisiana, whose signature is attached to the Letters Rogatory hereto annexed, was at the date hereof the Clerk of the United States District Court for the Eastern District of Louisiana and that the official acts and doings of said Clerk are entitled to full faith and credit, and that the attestation to said Letters Rogatory is in due form of law.

I further certify that the seal attached to the said Letters Rogatory is the seal of this Court.

Witness my hand and the Seal of the said Court at the city of New Orleans, Louisiana on the _2nd_ day of ___December___ in the year ___2009___.

[SEAL OF COURT]

Loretta G. Whyte

[SIGNATURE OF THE JUDGE]

Eldon E. Fallon
[PRINTED NAME OF THE JUDGE]