# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | SECTION: L |
| | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:** | |
| Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al. | |
| Case No. 2:09-cv-6687 (E.D. La.) | |

## WITNESS LIST OF PLAINTIFF THE MITCHELL COMPANY, INC.

Comes now The Mitchell Company, Inc. ("Mitchell Co."), by and through its undersigned attorney, and would provide to the Court the following names of persons who may testify at the evidentiary hearing in this matter:

1. Robert M. Freas, PSP
   Exponent
   1800 Diagonal Road
   Suite 300
   Alexandria, VA 22314;

2. Paul J. Gorman
   Exponent
   1800 Diagonal Road
   Suite 300
   Alexandria, VA 22314;

3. Wesley Grover, P.E.Exponent
   1800 Diagonal Road
   Suite 300
   Alexandria, VA 22314.

-1-

Respectfully submitted,

*/s/ Steven L. Nicholas*

STEVEN L. NICHOLAS
Cunningham Bounds, LLC
1601 Dauphin Street
Mobile, Alabama 36604
251-471-6191
251-479-1031 (fax)
sln@cunninghambounds.com

JONATHAN D. SELBIN
Lieff, Cabraser, Heimann & Bernstein, LLP
780 Third Avenue, 48th Floor
New York, New York 10017-2024
212-355-9500
212-355-9592 (fax)

ELIZABETH J. CABRASER
KRISTEN E. LAW
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, Suite 3000
San Francisco, California 94111-3339
415-956-1000
415-956-1008 (fax)

Attorneys for The Mitchell Company, Inc.

**CERTIFICATE OF SERVICE**

    I do hereby certify that the above and foregoing **"Witness List of Plaintiff The Mitchell Company, Inc."** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 11th day of December, 2009.

*/s/ Steven L. Nicholas*

STEVEN L. NICHOLAS

-2-