UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL 2047 |
| | * | SECTION "L" |
| | * | JUDGE FALLON |
| **This document related to:** **ALL ACTIONS** | * * | |

*************************************************************************

### LIMITED ENTRY OF APPEARANCE ON BEHALF OF DEFENDANT MAURICE PINCOFFS COMPANY, INC.

In accordance with Pre-trial Order No. 1A entered on August 28, 2009, undersigned counsel hereby enter an appearance on behalf of Maurice Pincoffs Company, Inc., reserving all rights to object to jurisdiction and venue preserving all defenses.

Respectfully submitted,

s/ Patrick H. Patrick
Patrick H. Patrick (14297) (TA)
Pierre V. Miller, II     (17712)
PATRICK MILLER LLC
Suite 1680, Texaco Center
400 Poydras Street
New Orleans, Louisiana 70130
Telephone:    (504) 527-5400
Facsimile:     (504) 527-5456

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Limited Entry of Appearance on Behalf of Defendant Maurice Pincoffs Company, Inc.* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that all the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 14th day of December, 2009.

s/ Patrick H. Patrick
PATRICK H. PATRICK