UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL: | |
| PRODUCTS LIABILITY LITIGATION : | |
| : | MDL 2047 |
| THIS DOCUMENT RELATES TO: : | SECTION: L |
| : | JUDGE FALLON |
| Winifred S. Gill v. Knauf Gips KG, et al. : | MAG. JUDGE WILKINSON |
| Case No. 2:2009-cv-06506-EEF-JCW (E.D. La.) : | |
| : | |
| …………………………………………………….: | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, WINIFRED S. GILL, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice of voluntarily dismissing the above-captioned action *without* prejudice.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court this 14th day of December 2009, by using the CM/ECF system which will send notice of electronic filing to all parties of record.

By:   /s/ Jordan L. Chaikin   .
Jordan L. Chaikin
Florida Bar Number 0878421
**PARKER WAICHMAN ALONSO LLP**
3301 Bonita Beach Road, Suite 101
Bonita Springs, Florida 34134
Telephone: (239) 390-1000
Facsimile: (239) 390-0055
Email: JChaikin@yourlawyer.com

*Attorneys for Plaintiff*