UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL   MDL No. 2047
        PRODUCTS LIABILITY LITIGATION

SECTION: L

This Document Relates to:   09-4120 (Minafri)       Judge Fallon

Mag. Judge Wilkinson

_____/

### PLAINTIFF MINAFRI'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Steven Minafri, through counsel, moves this Honorable Court for leave to file the Amended Class Action Complaint submitted herewith under Federal Rule of Civil Procedure 15(a)(2), which provides that "a party may amend its pleading only with the opposing party's written consent or the court's leave."  Defendant has consented to the proposed amendment. Therefore, "[t]he court should freely give leave" and accept the amended complaint.

| Respectfully submitted, | Consent granted by, |
|---|---|
| s/Jack Landskroner | s/Suzanne K. Richards (telephonically) |
| Jack Landskroner (0059227) | Suzanne K. Richards, Trial Atty. (0012034) |
| Landskroner Grieco Madden, LLC | Vorys, Sater, Seymour and Pease LLP |
| 1360 West 9th Street, Suite 200 | 52 E. Gay Street |
| Cleveland, OH  44113 | Columbus, OH  43215 |
| Telephone:    (216) 522-9000 | Telephone:    (614) 464-6458 |
| Facsimile:    (216) 522-9007 | Facsimile:    (614) 719-4920 |
| jack@lgmlegal.com | skrichards@vorys.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant M/I Homes, Inc.* |

16010870.1