UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL      MDL No. 2047
PRODUCTS LIABILITY LITIGATION

SECTION: L

This Document Relates to:   09-4120 (Minafri)      Judge Fallon
Mag. Judge Wilkinson

## ORDER

Considering the foregoing Stipulation,

IT IS ORDERED that:

1. M/I Homes of Tampa, LLC shall be added as a party defendant in the action entitled *Minafri v. M/I Homes, Inc.* originally filed in the United States District Court for the Southern District of Ohio and transferred to this Court pursuant to an Order of the Multidistrict Litigation Panel Dated June 15, 2009.

2. Plaintiff Minafri shall file an amended complaint by the date required by Pretrial Order 17 in which (a) M/I Homes of Tampa, LLC is named as a party defendant; (b) the fraud claims against M/I Homes, Inc. are dismissed without prejudice; and (c) no fraud claims are asserted against M/I Homes of Tampa, LLC.  Plaintiff Minafri's amended complaint shall contain no other changes, amendments, or additions of any nature whatsoever and no other changes shall be made to the complaint filed pursuant to this Stipulated Order other than what is set forth in this paragraph, but there is no waiver of any right that otherwise exists under Rule 15(a) of the Federal Rules of Civil Procedure.

3. M/I Homes of Tampa, LLC agrees that service of process, for purposes of this amendment only, may be effectuated by service upon Suzanne K. Richards, Esq. at her place of business, and further states that it agrees to jurisdiction and venue in the United States District Court for the Southern District of Ohio.

NEW ORLEANS, LOUISIANA, this 11th day of December, 2009.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

16010950.1