Service of Process by

Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



**APS International, Ltd.**
**1-800-328-7171**
CivilActionGroup.com

APS File: 255512-6

## AFFIDAVIT OF SERVICE ON A CORPORATION

Service in a foreign country pursuant to Article 10 of the Hague Service Convention

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Service of Process on:

--Sunrise Building Materials Ltd.
Court Case No. 09-6690

**Name of Server:** _Amilcar Vieira_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service:** that on the _7th_ day of _December_, 20_09_, at _2:53_ o'clock _P_ M

**Place of Service:** at _7-55 Nugget Ave._; city of _Scarborough_, ~~state~~ Province of _Ontario_

**Documents Served:** the undersigned served the documents described as:
Summons in a Civil Action, Class Action Complaint, Summary of the Document to Be Served

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Sunrise Building Materials Ltd.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Amee Wen, Manager_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_; Skin Color _white_; Hair Color _Black_; Facial Hair _N/A_
Approx. Age _28_; Approx. Height _5'2"_; Approx. Weight _100 lbs._
☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Foreign Law:** Service also done under Rule: _16.02(1)(c)_ of Canada

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this _10th_ day of _December_, 20 _09_.

_Amilcar Vieira_
Signature of Server _Amilcar Vieira_

_____
Notary Public   (Commission Expires) _N/A_

**APS International, Ltd.**