IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | : | MDL No.  2047 |
| DRYWALL PRODUCTS LIABILITY | : | |
| LITIGATION | : | Section  L |
| | : | |
| | : | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | : | |
| | : | MAG. JUDGE WILKINSON |
| THE MITCHELL COMPANY, INC. v. | : | |
| KNAUF GIPS KG, et al. | : | |
| Case No. 2:09-CV-04115 (E.D. La.) | : | |
| | : | |

**AMENDED MOTION TO DISMISS DEFENDANT/THIRD-PARTY PLAINTIFF
RIGHTWAY DRYWALL, INC.'S THIRD-PARTY COMPLAINT**

Third-Party Defendant SMOKY MOUNTAIN MATERIALS, INC. d/b/a EMERALD

COAST BUILDING MATERIALS (hereinafter "Smoky Mountain"), by and through its undersigned

counsel and pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby files this Amended Motion

to Dismiss Defendant/Third-Party Plaintiff Rightway Drywall, Inc.'s Third-Party Complaint for

failure to state a claim upon which relief can be granted, and avers as follows:

1.      For the reasons stated more fully in the supporting memorandum of law filed

herewith, Defendant/Third-Party Plaintiff Rightway has failed to state a claim valid for relief against

Third-Party Defendant Smoky Mountain.

2.      Specifically, Paragraph 6 of Rightway's Third-Party Complaint, which contains the

only substantive allegation against Smoky Mountain, fails to state a claim for common law

indemnity, contractual indemnity, or contribution under Florida law, which governs the Third-Party

Complaint.

WHEREFORE, Defendant Smoky Mountain Materials, Inc. d/b/a Emerald Coast Building Materials respectfully requests that this Honorable Court enter an Order dismissing Rightway Drywall, Inc.'s Third-Party Complaint against Smoky Mountain Materials, Inc. d/b/a Emerald Coast Building Materials, and granting such other and further relief as the Court deems appropriate.

Respectfully submitted,

/s/Edward J. Briscoe
Edward J. Briscoe
Fla. Bar No. 109691
Donald W. Hardeman
Fla. Bar No. 180982
Elizabeth J. Ferry
Fla. Bar No. 43823

FOWLER WHITE BURNETT P.A.
Espirito Santo Plaza, 14th Floor
1395 Brickell Avenue
Miami, Florida 33131-3302
Telephone: (305) 789-9200
Facsimile: (305) 789-9201
*Counsel for Defendant Smoky Mountain Materials, Inc. d/b/a Emerald Coast Building Materials*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served via e-mail on Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 15th day of December, 2009.


*/s/Edward J. Briscoe*
Edward J. Briscoe