IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : | MDL No. 2047<br><br>Section L<br><br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | : : | MAG. JUDGE WILKINSON |
| THE MITCHELL COMPANY, INC. v. KNAUF GIPS KG, et al.<br>Case No. 2:09-CV-04115 (E.D. La.) | : : : | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Defendant, Smoky Mountain Materials, Inc. d/b/a Emerald Coast Building Materials (hereinafter "Smoky Mountain"), will bring its Motion to Dismiss Defendant/Third-Party Plaintiff Rightway Drywall, Inc.'s Third-Party Complaint for hearing before the Honorable Eldon E. Fallon, Judge, United States District Court for the Eastern District of Louisiana, 500 Camp Street, New Orleans Louisiana 70130, on the 13th day of January, 2010 at 9:00 o'clock a.m. CST or as soon thereafter as counsel may be heard.

    Respectfully submitted,

    */s/Edward J. Briscoe*
    Edward J. Briscoe
    Fla. Bar No. 109691

    FOWLER WHITE BURNETT P.A.
    Espirito Santo Plaza, 14th Floor
    1395 Brickell Avenue
    Miami, Florida 33131-3302
    Telephone: (305) 789-9200
    Facsimile: (305) 789-9201
    *Counsel for Defendant Smoky Mountain*
    *Materials, Inc. d/b/a Emerald Coast*
    *Building Materials*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing document has been served via e-mail on Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 15th day of December, 2009.

/s/Edward J. Briscoe
Edward J. Briscoe