IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : | MDL No. 2047<br><br>Section L<br><br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | : : | MAG. JUDGE WILKINSON |
| SHANE M. ALLEN and NICOLE J. ALLEN v. KNAUF GIPS KG, et al. Case No. 2:09-CV-04112 (E.D. La.) | : : : | |

**DEFENDANT BLACK BEAR GYPSUM SUPPLY, INC.'S
AMENDED MOTION TO DISMISS PLAINTIFFS'
<u>CLASS ACTION AMENDED COMPLAINT</u>**

Defendant BLACK BEAR GYPSUM SUPPLY, INC. (hereinafter "Black Bear"), by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby files this Amended Motion to Dismiss Plaintiff's Class Action Amended Complaint for failure to state a claim upon which relief can be granted and avers as follows:

1. For the reasons stated more fully in the supporting memorandum of law filed herewith, Plaintiffs have failed to comply with Federal Rule of Civil Procedure 8(a), in that their complaint does not contain a short and plain statement of the claim showing that the pleader is entitled to relief. *See Ashcroft v. Iqbal*, ___ U.S. ___, 129 S. Ct. 1937, 1949 (2009).

2. For the reasons stated more fully in the supporting memorandum of law filed herewith, Plaintiffs have failed to state a valid claim for negligence against Black Bear.

3. For the reasons stated more fully in the supporting memorandum of law filed herewith, Plaintiffs have failed to state a valid claim for breach of implied warranty of merchantability against Black Bear.

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | Case No. 2:09-CV-04112 (E.D. La.) Page 2 |

4. For the reasons stated more fully in the supporting memorandum of law filed herewith, Plaintiffs have failed to state a valid claim for breach of implied warranty of fitness for a particular purpose against Black Bear.

5. For the reasons stated more fully in the supporting memorandum of law filed herewith, Plaintiffs have failed to state a valid claim for strict liability in tort against Black Bear.

6. For the reasons stated more fully in the supporting memorandum of law filed herewith, Plaintiffs have failed to state a valid claim for breach of express warranty against Black Bear.

7. For the reasons stated more fully in the supporting memorandum of law filed herewith, determination of class status for the class Plaintiffs purport to represent is premature at this time. Black Bear reserves its right to raise its objections to class certification after discovery on class certification issues has been conducted and the issue is ripe for determination.

8. For the reasons stated more fully in the supporting memorandum of law filed herewith, Plaintiffs have failed to state a valid claim for punitive damages and attorneys' fees.

9. For the reasons stated more fully in the supporting memorandum of law filed herewith, Plaintiffs' action should be abated pursuant to Fla. Stat. § 558, until 60 days after Plaintiffs have served the notice required under that statute.

WHEREFORE, Defendant Black Bear Gypsum Supply, Inc. respectfully requests that this Honorable Court dismiss Plaintiffs' Amended Class Action Complaint as it relates to Black Bear (Counts XIV, XV, XVI, and XX, and general allegations discussed above) as to Black Bear; strike Plaintiffs' claims for treble, exemplary, and/or punitive damages and for attorneys' fees; and/or abate

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | Case No. 2:09-CV-04112 (E.D. La.) Page 3 |

the action until such time as Plaintiffs comply with the provisions of Fla. Stat. § 558.004 and the

time period stated therein has elapsed.

                                                                                                       Respectfully submitted,

                                                                                                       */s/Edward J. Briscoe*
                                                                                                        Edward J. Briscoe
Fla. Bar No. 109691
Donald W. Hardeman
Fla. Bar No. 180982
Elizabeth J. Ferry
Fla. Bar No. 43823

FOWLER WHITE BURNETT P.A.
Espirito Santo Plaza, 14th Floor
1395 Brickell Avenue
Miami, Florida 33131-3302
Telephone: (305) 789-9200
Facsimile: (305) 789-9201
*Counsel for Defendant Black Bear Gypsum Supply, Inc.*

IN RE: CHINESE-MANUFACTURED           Case No. 2:09-CV-04115 (E.D. La.)
DRYWALL PRODUCTS LIABILITY                                      Page 4
LITIGATION

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing document has been served via e-mail on Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of December, 2009.

                                                           */s/Edward J. Briscoe*
                                                           Edward J. Briscoe