IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : | MDL No. 2047<br><br>Section L<br><br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | : : | MAG. JUDGE WILKINSON |
| SHANE M. ALLEN and NICOLE J. ALLEN: v. KNAUF GIPS KG, et al. Case No. 2:09-CV-04112 (E.D. La.) | : : : | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Defendant, Black Bear Gypsum Supply, Inc. (hereinafter "Black Bear"), will bring its Amended Motion to Dismiss Plaintiff's Class Action Amended Complaint for hearing before the Honorable Eldon E. Fallon, Judge, United States District Court for the Eastern District of Louisiana, 500 Camp Street, New Orleans Louisiana 70130, on the 13th day of January, 2010 at 9:00 o'clock a.m. CST or as soon thereafter as counsel may be heard.

Respectfully submitted,

/s/Edward J. Briscoe
Edward J. Briscoe
Fla. Bar No. 109691

FOWLER WHITE BURNETT P.A.
Espirito Santo Plaza, 14th Floor
1395 Brickell Avenue
Miami, Florida 33131-3302
Telephone: (305) 789-9200
Facsimile: (305) 789-9201
*Counsel for Defendant Black Bear Gypsum Supply, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served via e-mail on Plaintiffs' Liaison Counsel, Russ Herman at [drywall@hhkc.com](mailto:drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller at [kmiller@frilot.com](mailto:kmiller@frilot.com), and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of December, 2009.

                                                           */s/Edward J. Briscoe*  
                                                           Edward J. Briscoe