# EXHIBIT A

# LEVIN, FISHBEIN, SEDRAN & BERMAN
*Counsellors at Law and Proctors in Admiralty*

ARNOLD LEVIN
MICHAEL D. FISHBEIN
HOWARD J. SEDRAN
LAURENCE S. BERMAN
FRED S. LONGER *
DANIEL C. LEVIN
CHARLES E. SCHAFFER
AUSTIN B. COHEN
MICHAEL M. WEINKOWITZ * †
CHARLES C. SWEEDLER *
MATTHEW C. GAUGHAN * †

* also admitted in New Jersey
† also admitted in New York

510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106-3697
www.lfsblaw.com

TELEPHONE (215) 592-1500
FACSIMILE (215) 592-4663

December 15, 2009

**VIA REGULAR MAIL TO DOMESTIC DEFENDANTS AND
VIA FEDERAL EXPRESS TO FOREIGN DEFENDANTS EXCEPT THOSE
DEFENDANTS LISTED BELOW.[1]**

Re:   In re: *Chinese Drywall Litigation*, MDL No. 2047
      *Gross, et al v. Knauf Gips, KG, et al*, No: 09-6690, (E.D.La.)

To Whom It May Concern:

Each of you (or your client) have been named as a defendant in a class action complaint in *Gross v. Knauf Gips KG*, 09-6690 (E.D.La.), that was filed in the United States District Court for the Eastern District of Louisiana on October 19, 2009. This class action complaint was filed as part of MDL No. 2047, which is currently pending before the Honorable Eldon E. Fallon. See *In re: Chinese-Manufactured Drywall Products Liability Litigation*, 626 F.Supp.2d 1346 (J.P.M.L. Jun. 15, 2009). You have either been served with the complaint or will shortly be served with the complaint.

The Court requests that all parties to the litigation familiarize themselves with Pre-Trial Orders issued by the Court. Please note that all Pre-Trial Orders and other important information is posted on the Court's website located at www.laed.uscourts.gov which has a tab that links directly to "Drywall MDL".[2] Specifically, we strongly suggest that you pay particular attention to Pretrial Orders Nos. 1, 1A, 1B, 1C, 3, 4, 5A, 6, 12A, and 14(A).

---

[1] The following defendants have been mailed this letter by United States Postal Service International Mail.
- Taishan Gypsum (Xiangtan) Co., Ltd.;
- Yunan Taishan Gypsum and Building Material Co., Ltd.;
- Fuxin Taishan Gypsum and Building Material Co., Ltd.;
- Taishan Gypsum (Baotou) Co., Ltd; and
- Shaanxi Taishan Gypsum Co., Ltd.

[2] See http://www.laed.uscourts.gov/Drywall/Drywall.htm.

LEVIN, FISHBEIN, SEDRAN & BERMAN

December 15, 2009
Page 2

      Judge Fallon has required that counsel must promptly enter an appearance in MDL No. 2047. You must also provide updated contact information to Liaison Counsel. *See* PTO Nos. 3, 4, and 5A. You are **NOT** required to file an answer to the complaint at this time, but you should continue to monitor the Court's website for future Orders that may impact this time frame.

      Please familiarize yourself with Pre-Trial Order No. 6 that governs electronic service and be certain that all filings are uploaded to the Court's ECF System and to LexisNexis File & Serve, and that service is in accordance with the Certificate of Service required by PTO No. 6 (paragraph 11).

      You must also complete and return a copy of the appropriate Defendant Profile Form, e.g., the exporter/importer/broker profile form, *see* PTO # 14(A), or the distributor profile form, *see* PTO # 12A. Your completed Defendant Profile Form must be returned to Defendants' Liaison Counsel. The contact information for Defendants' Liaison Counsel is set forth in PTO #s 4 and 12A.[3]

      You are reminded that the Court has issued preservation orders (see PTO Nos. 1 and 1B).

      The Court holds monthly status conferences. Joint Status Reports by Plaintiffs' and Defendants' Liaison Counsel are submitted to the Court on a monthly basis in advance of the status conference. Copies and further information concerning the policies and procedures concerning MDL No. 2047 may be located on the website of the United States District Court for the Eastern District of Louisiana referenced above.

      Further information concerning the policies and procedures in place in MDL No. 2047 may be located on the website of the United States District Court for the Eastern District of Louisiana.

      Should you have any questions, please do not hesitate to contact me.

      Very truly yours,

      ARNOLD LEVIN

/mmh
Enc.
cc:  The Honorable Eldon E. Fallon (via Federal Express mail)
     Kerry J. Miller, Esquire (via Federal Express mail)
     Phillip A. Wittmann, Esquire (via Federal Express mail)

---

[3] The Defendant Profile Forms must be promptly completed and returned to Defendants' Liaison Counsel or you will be subject to a motion to compel.