# EXHIBIT B

| **Defendant** | **Contact Information** |
|---|---|
| A & R Hardware Supply, Inc. | 13453 SW 66th Terrace<br>Miami, FL 33183 |
| All Interior Supply, Inc. | C.T Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324 |
| Banner Supply Co | GY Corporate Services<br>Two South Biscayne Blvd.<br>Suite 3400<br>Miami, FL 33131 |
| Bedrock Building Materials, LLC | National Registered Agents Inc<br>1780 Barnes Blvd. SW<br>Bldg G<br>Tumwater, WA 98512-0410 |
| Beijing New Building Materials Public Limited Company (BNBM) | No. 16 West Road<br>Jiancaicheng Xisanqi<br>Haidian District<br>Beijing China<br>100096 |
| Beijing New Building Materials Group Co., Ltd. (BNBM Group) | No. 16<br>West Road Jiancaicheng Xisanqi<br>Haidian District<br>Beijing China<br>100096 |
| Black Bear Gypsum Supply, Inc., and Smoky Mountain Materials, Inc. d/b/a Emerald Coast Building Materials | **Black Bear:**<br><br>2050 Tall Pines Drive<br>Suite B<br>Largo, FL 33771<br><br>**Smoky Mountain:**<br><br>8040 Old Palafox Street<br>Pensacola, FL 32534 |
| Builders Gypsum Supply, L.L.P | 2018 Pasket<br>Houston, TX 77092 |

1

| Defendant | Contact Information |
|---|---|
| Builders Gypsum Supply Co., Inc. | 2018 Pasket<br>Houston, TX 77092 |
| Changzhou Yinhe Wood Industry Co., Ltd. | Qianfeng Industrial Park<br>Henglin Town<br>Changzhou, Jiangsu, China<br>213 103 |
| China National Building Materials Co., Ltd. (CNBM) | 17th Floor<br>Zhong Guo Jlan Cai Da Sha<br>San Li He Road #11<br>Haidian District<br>Beijing City, PR.China 100037 |
| China National Building Material Group Corporation (CNBM Group) | No. 2 Zixhuyuan South Road<br>Haidian District Beijing<br>P.R.C. 100048 |
| CNBM USA Corp | 17800 Castleton Street, Ste. 558<br>City of Industry, CA 91748 |
| Davis Construction Supply, LLC | 20725 SW 46th Avenue<br>Newberry, FL 32669<br><br>and<br><br>**Counsel:**<br>Donald C. Brown, Esquire<br>Woodley, Williams Law Firm, LLC<br>PO Box 3731 Lake Charles, LA 70602-3731 |
| Devon International Group, Inc. | 1100 1st Ave.<br>Suite 100<br>King of Prussia, PA 19406 |
| Elite Supply Corporation | The Corporation<br>85-10 Queens Boulevard<br>#2/F<br>Elmhurst, NY 11373 |

| Defendant | Contact Information |
|---|---|
| Fuxin Taishan Gypsum And Building Material Co., Ltd. | Pingxi Industrial Park North<br>Haizhou District<br>Fuxin<br>Liaoning<br>123000 |
| Georgia Pacific, LLC | The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |
| Great Western Building Materials | David Steel<br>3652 E. Miami St.<br>Phoenix, AZ 85040 |
| Guangdong Knauf New Building Products Co., Ltd. | No. 2 Xinsha Development Zone<br>Machong Country<br>RC-523147, Guangdong<br>China |
| Hubei Taishan Building Material Co., Ltd. | Jingmen High and New Technology Industrial Park,<br>Hubei<br>450000 |
| I.B.S.A., Inc. Independent Builders Supply Association, Inc. | 1801 Wal Pat Road<br>Smithfield, NC 27477 |
| Interior/Exterior Building Supply, LP | 727 South Cortez Street<br>New Orleans, LA 70119 |
| Interior/Exterior Enterprises, LLC | 727 South Cortez Street<br>New Orleans, LA 70119 |
| International Materials Trading, Incorporated | 204 W. Spear Street<br>Carson City, NV 89703 |
| J.W. Allen & Company Incorporated | 200 Crofton Road<br>Box 34<br>Kenner, LA 70062 |

| Defendant | Contact Information |
|---|---|
| Jinan Run & Fly New Materials Co., Ltd. | 3-201, Ruyibei BLD.<br>Hualong Road<br>Jinan, Shandong China<br>250100 |
| King Shing Steel Enterprises Co., Ltd. | No. 21 Sec. 1, Baoan Road<br>Baoan Tsuen Ren Der Shiang<br>Tainan Shian, Taiwan |
| Knauf AMF GMBH& Co. KG | Elsenthal 15<br>Grafenau German 94481 |
| Knauf DO Brasil, Ltd. | Praça Floriano 19 sala 3101 - Centro<br>Cep: 20031-050 Rio de Janeiro / RJ |
| Knauf GIPS KG | Knauf Gips KD<br>Ridham Dock, Kemsley<br>Sittingbourne, Kent ME 9 8SR, UK |
| Knauf Gypsum Indonesia | The Landmark Centre Tower A<br>19th Floor<br>Jl. Jendral Sudirman No. 1<br>Setiabudi, Jakarta Selatan<br>INDONESIA<br>12910 |
| Knauf Insulation GMBH a/k/a Knauf USA | One Knauf Drive<br>Shelbyville, Indiana 46176 |
| Knauf Plasterboard (Tianjin) Co. Ltd. | North Yinhe Bridge<br>East Jingjin Road<br>Beichen District<br>Tianjin, 300400 P.R.C. |
| Knauf Plasterboard (Wuhu) Co. Ltd. | No. 2 Gang Wan Road<br>Wuhu Economic & Technological Development Area<br>Aihui, 241000 China |
| Knauf Plasterboard Dongguan Co., Ltd. | Ma'er Xinsha Development Zone<br>Mayong County<br>Dongguan City<br>Guangdong, 523147<br>P.R. China |

4

| Defendant | Contact Information |
|---|---|
| L & W Supply Corporation d/b/a Seacoast Supply | Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |
| La Suprema Enterprise, Inc. | 2221 NE 164th St<br>Suite 335<br>North Miami Beach, FL 33160<br><br>and<br><br>Steve M. Bimston, Esquire<br>Rosenthal, Rosenthal, Rasco, Kaplan, LLC<br>One Aventura, Suite 600<br>20900 N.E. 30th Avenue<br>Aventura, FL 33180 |
| La Suprema Trading, Inc. | 2221 NE 164th St.<br>Suite 335<br>North Miami Beach, FL 33160<br><br>and<br><br>Steve M. Bimston, Esquire<br>Rosenthal, Rosenthal, Rasco, Kaplan, LLC<br>One Aventura, Suite 600<br>20900 N.E. 30th Avenue<br>Aventura, FL 33180 |
| Marathon Construction Materials Inc. | The Corporation<br>388 Second Avenue<br>New York, NY 10010 |
| Maurice Pincoffs Company, Inc. | 1235 North Loop, West, Ste. 510<br>Houston, TX 77018 |
| Mazer's Discount Home Centers Inc. | The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |
| Metro Resources Corp. | The Corporate Place, Inc.<br>601 East Charleston Blvd.<br>Suite 100<br>Las Vegas, NV 89104 |

| Defendant | Contact Information |
|---|---|
| Nanhai Silk Imp. & Exp. Corporation | Block 1<br>4 Nangui Road, West<br>Foshan Guangdong<br>China, 528200 |
| North Pacific Lumber Co. | C T Corporation System<br>118 North Congress Street<br>Jackson, MS 39205 |
| Oriental Merchandise Company, Inc. f/k/a Oriental Trading Company, Inc | 1027 Arabella, New Orleans, La 70115<br><br>and<br><br>5037 Academy Dr. Metairie, La 70003 |
| Phoenix Imports Co., LTD | 660 Hembree PKWY<br>Suite 110<br>Roswell, GA 30076 |
| Pingyi Baier Building Materials Co., Ltd. | Baier Industrial Park<br>Ziqiu Town<br>Pingyi County<br>Shandong<br>China 273300 |
| Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd (Chexiang) | Dongyah Dianzi Village<br>Pingyi Town<br>Pingyi County<br>Shandong China 273300 |
| Qingdao Yilie International Trade Co., Ltd | Room 804<br>Building 1<br>Tianshengyuan<br>21 Donghai West Road<br>Shinan District<br>Qingdao, Shandong, China 266071 |
| Qinhuangdao Taishan Building Material Co., Ltd | Gangcheng Street<br>East No. 69<br>Haigang District<br>Qinhuangdao<br>066000 |

| **Defendant** | **Contact Information** |
|---|---|
| Quiet Solutions Inc. | 708 Wheaton Court<br>Allen, TX 75013 |
| Rightway Drywall | 102 Samantha Drive<br>Bonaire, GA 31005 |
| Rothchilt International, Ltd. | N–510 Chia Hsn Bld<br>Annex 96 Chung Shan N. Rd.<br>Sec. 2<br>Taipei, Taiwan R.O.C. |
| Shaanxi Taishan Gypsum Co., Ltd. | Weibei Industrial Park<br>Xinshi Township<br>Linwei District<br>Weinan City<br>Shaanxi<br>714000 |
| Shandong Oriental International Trading Co., Ltd. | 17 - 21/F Shandong International Trades Mansion<br>51 Taiping Road<br>Qingdao, China 266002 |
| Shandong Yifang Gypsum Industry Co., Ltd. | Industry Park of Taierzhuang, Zaozhuang City, Shandong<br>China 250000 |
| Shanghai East Best Arts & Crafts Co., Ltd. | 273 SI Ping Lu<br>Shanghai<br>Shanghai China 200081 |
| Shanghai Yu Yuan Imp. & Exp.Co., Ltd | 3/F No. 135-1<br>Jiu Jiao Chang Road<br>Shanghai<br>China 200010 |
| SIIC Shanghai International Trade (Group) Co., Ltd. | 30/F, SIIC Building<br>No. 18, Caoxi North Road<br>Shanghai, China 200030 |

7

| Defendant | Contact Information |
|---|---|
| Sinkiang Tianshan Building Material and Gypsum Product Co., Ltd | Dabancheng Village<br>Dabancheng Township<br>Dabancheng District<br>Urumchi<br>Xinjiang Uygur<br>Autonomous Region<br>830000 |
| Steeler, Inc. | 701 Fifth Avenue., Ste 5500<br>Seattle, WA 98104 |
| Stock Building Supply, Inc | C T Corporation System<br>123 East Marcy<br>Santa Fe, NM 87501 |
| Stock Building Supply, LLC | C T Corporation System<br>123 East Marcy<br>Santa Fe, NM 87501 |
| Sunrise Building Materials Ltd. | Unit 7, 55 Nugget Ave.<br>Scarborough, Toronto, ON<br>Canada, M1S 3L1 |
| Tai'an Jindun Building Material Co., Ltd. | Dawenkou<br>Daiyue District<br>Tai'an<br>271000 |
| Tai'an Kangyijia Building Materials Co., Ltd. | Shigao Industrial Park<br>Dawenkou, Tai'an City<br>Shandong, China<br>271000 |
| Tai'an Taishan Gypsum Board Co., Ltd. | Houzhou Village<br>Dawenkou<br>Daiyue District<br>Tai'an<br>271000 |
| Taian Taishan Plasterboard Co., Ltd. | Beixiyao Village<br>Dawenkou<br>Taian<br>Shandong 271000<br>China |

8

| Defendant | Contact Information |
|---|---|
| Taishan Gypsum (Baotou) Co., Ltd. | No. 7 Goumen Township<br>Tuyouqi<br>Baotou<br>Inner Mongolia Autonomous Region<br>014100 |
| Taishan Gypsum (Chongqing) Co., Ltd. | Luhuang Industrial Park A<br>Jiangjin<br>Chongqing<br>402260 |
| Taishan Gypsum (Henan) Co., Ltd. | Shouyang Industrial Park<br>Beihuan Road North<br>Yanshi<br>Henan<br>471900 |
| Taishan Gypsum (Hengshui) Co., Ltd. | Renmin West Road (Hengfeng Power Plant Ecology Industrial Park)<br>Hengshui City<br>253000 |
| Taishan Gypsum (Jiangyin) Co., Ltd. | Shengang Industrial Park<br>Jiangyin Economic and Technological Development Zone<br>Jiangsu<br>214443 |
| Taishan Gypsum (Pingshan) Co., Ltd. | Dianchang Road<br>Pingshan Township<br>Pingshan County<br>Hong Kong |
| Taishan Gypsum (Pizhou) Co., Ltd. | Yunhe Bridge West<br>Xulian Road<br>Pizhou City<br>Jiangsu<br>212000 |
| Taishan Gypsum (Tongling) Co., Ltd. | Jinqiao Industrial Park<br>Tongling Anhui<br>244000 |

9

| Defendant | Contact Information |
|---|---|
| Taishan Gypsum (Wenzhou) Co., Ltd. | Wenzhen Power Generation Co., Ltd., Yinhui Road No. 76, Panshi Zhen, Leqing, Wenzhen, Zhenjiang, China 325602 |
| Taishan Gypsum (Xiangtan) Co., Ltd. | Industrial Park<br>Guoqiang Village<br>Shuangma Township<br>Yuetang District<br>Xiangtan<br>Hunan<br>411102 |
| Taishan Gypsum Co. Ltd, f/k/a Shandong Taihe Dongxin Co., Ltd. | Dawenkou Daiyue District<br>East of National Road 104, 25km South<br>Tai'an City<br>271000 Taian, Shandong, China |
| Taishan Gypsum Co., Ltd. Lucheng Branch | Ganlin Road No. 3<br>Lucheng, Shaanxi<br>325088 |
| The China Corporation, LTD | Room A22, 13/F, Block A<br>37-41 San Mei Street<br>Wah Lok Industrial Centre<br>Fotan, Sha Tin, New Territories<br>Hong Kong SAR |
| Tianjin Tianbao Century Development Co., Ltd. | 3 F, Eastern Exhibition Hall<br>31 Halbin Fifth Road<br>Tianjin Free Trade Zone<br>Tianjin City, China 300461 |
| TMO Global Logistics, LLC | James M. Bowling, IF<br>416 Park St.<br>Charlottesville, VA 22902<br><br>and<br><br>**Counsel:**<br>Donald C. Brown, Esquire<br>Woodley, Williams Law Firm, LLC<br>PO Box 3731 Lake Charles, LA 70602-3731 |

| Defendant | Contact Information |
|---|---|
| Tobin Trading Inc. | 5008 Gatehouse Way<br>Virginia Beach, VA 23455 |
| Tov Trading Inc. | Tov Trading Inc.<br>The Corporation<br>5014 20th Avenue<br>Brooklyn, NY 11204 |
| Triorient Trading, Inc. | 281 Tressor Blvd.<br>Suite 1505<br>Stamford, CT 06901 |
| USG Corporation | CT Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324 |
| Venture Supply, Inc. | Convergence Center IV<br>301 Bendix Road<br>Suite 500<br>Virginia Beach, VA 23452 |
| Weifang Aotai Gypsum Co., Ltd. | Anqiu Economic Development Zone North<br>Weifang<br>262100 |
| Wide Strategy Limited | Room 203<br>No. 7-19 Tiyudoncheng Street<br>East Tiyu Road<br>Tianhe, Guangzhou, China<br>510635 |
| Yunan Taishan Gypsum And Building Material Co., Ltd. | Sanjia Village<br>Liujiezhen Factory<br>Yimen County<br>Yunan<br>651107 |

11