UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 2047 SECTION: L |
| | * | JUDGE FALLON |
| **THIS DOCUMENT RELATES TO:** | * * | |
| MICHELLE GERMANO, et al. vs. TAISHAN GYPSUM CO. LTD., et al., CASE NO. 2:2009-CV-06687 (E.D. La) | * * * | MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NON-PARTY DISTRIBUTOR DEFENDANTS' MOTION FOR LEAVE TO FILE

Non-Party Distributor Defendants[1] move this Court for leave to file a Reply Response to PSC's Opposition to Motion for Extension of Deadlines in this Court's Scheduling Order Dated November 24, 2009 and for Continuance of the February Confirmation of Default Judgment Proceeding and supporting Affidavit in order to briefly respond to the arguments raised by the Plaintiffs' Steering Committee.

WHEREFORE, Non-Party Distributor Defendants respectfully request that this Court grant its Motion for Leave and all such further relief as this Court deems just and proper.

Respectfully submitted,

/s/ Jeffrey A. Backman

JAN DOUGLAS ATLAS
Florida Bar # 226246
JEFFREY A. BACKMAN
Florida Bar #0662501
ADORNO & YOSS LP
350 East Las Olas Blvd., Suite 1700
Fort Lauderdale, FL  33301-4217

---

[1] Distributor Defendants include, but are not limited to, defendants BANNER SUPPLY CO., INDEPENDENT BUILDER SUPPLY ASSOCIATION, INC., INTERIOR EXTERIOR SUPPLY, INC., and others similarly situated.

1

Phone: (954) 763-1200
Fax: (954) 766-7800
*Counsel for Banner Supply Co.*

/s/ Gary Baumann
_____

GARY BAUMANN, ESQ.
Florida Bar # 89052
Fulmer LeRoy Albee Baumann & Glass
2866 E. Oakland Park Blvd.
Fort Lauderdale, FL  33306
Phone: (954) 707-4430
Fax: (954) 766-4431
*Counsel for Independent Builders Supply Assoc.*


/s/ Richard G. Duplantier, Jr
_____

Richard G. Duplantier, Jr.
Louisiana Bar #18874
Lambert J. Hassinger, Jr.
Louisiana Bar #21683
Galloway, Johnson, Tompkins, Burr & Smith
701 Poydras Street, Suite 4040 One Shell Square
New Orleans, LA 70139
Phone: (504) 525 6802
Fax: (504) 525 2456
rduplantier@gjtbs.com
jhassinger@gjtbs.com
*Counsel for Interior Exterior Building Supply, L.P.*


## Certificate of Service

The undersigned certifies that this document has been served on Plaintiffs' liaison counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 15th day of December, 2009.

/s/ Richard G. Duplantier, Jr.
_____

Richard G. Duplantier, Jr.