UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON |
| **THIS DOCUMENT RELATES TO:** | * * | |
| MICHELLE GERMANO, et al. vs. TAISHAN GYPSUM CO. LTD., et al., CASE NO. 2:2009-CV-06687 (E.D. La) | * * * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing motion for leave of court:

**IT IS HEREBY ORDERED**, that Non-Party Distributor Defendants' Motion For Leave to File a Response to PSC's Opposition to Motion for Extension of Deadlines in this Court's Scheduling Order Dated November 24, 2009 and for Continuance of the February Confirmation of Default Judgment Proceeding and supporting Affidavit be and is hereby granted.

**NEW ORLEANS,** Louisiana this _____ day of _____, 2009.

> **ELDON E. FALLON**
> **UNITED STATES DISTRICT JUDGE**

1