UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 SECTION: L |
| | * | JUDGE FALLON |
| **THIS DOCUMENT RELATES TO:** | * * | |
| MICHELLE GERMANO, et al. vs. TAISHAN GYPSUM CO. LTD., et al., CASE NO. 2:2009-CV-06687 (E.D. La) | * * * * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT

STATE OF LOUISIANA

PARISH OF ORLEANS

Tracey Dodd, being first duly sworn, deposes and states as follows:

1. My name is Tracey Dodd. I have personal knowledge of the facts contained herein and am competent to testify as to the same.

2. I am a consulting toxicologist, also specializing in industrial hygiene and building science, with over eighteen years experience in my field. I have assessed hundreds of properties across the country for physical damage relating to various environmental conditions, and to ascertain the degree of exposure to occupants of each structure. I have designed remediation protocols for properties as small as single family residences to as large as the Superdome. My professional expertise is supported by a Master's of Science from Tulane University School of Public Health specializing in toxicology and risk assessment, coupled with the completion of all

but dissertation in Environmental Health Sciences at Tulane University School of Public Health. I have provided expert reports and/or testimony in numerous complex litigation matters over the years.

3. I am aware of the Multi-District Litigation entitled "In Re: Chinese-Manufactured Drywall Products Liability Litigation" and this Court's Scheduling Order signed on November 24, 2009.

4. Pursuant to this Court's Order in the *Germano* proceeding, I have, along with other representatives of United States Risk Management, L.L.C., actively participated in the inspection and testing of the Virginia homes at issue.

5. Further testing of these Virginia homes may be necessary.

6. It is my professional opinion that due to the scope and extent of testing, specifically to develop and implement a proper, scientifically supported remediation protocol and to define the scope of remediation, all experts will require additional time from the Court's current scheduling order.

7. I am aware of the February 5, 2010 deadline regarding the completion of testing as it pertains to the scope and extent of remediation for homes impacted by allegedly defective Chinese manufactured drywall, and it is my professional opinion that additional time is required to develop a scientifically reliable protocol for testing and remediation.

8. Further, governmental regulatory agencies, and research groups, such as the Environmental Protection Agency, Florida Department of Health, and the U.S. Consumer Product Safety Commission (CPSC) has yet to complete and release findings regarding necessary information such as secondary contamination or provide a date when these findings will be released.

FURTHER, AFFIANT SAYETH NOT.

_____
TRACEY DODD

SWORN TO AND SUBSCRIBED BEFORE ME, this the 15-th day of December, 2009.

_____
NOTARY PUBLIC

My Commission Expires:

_at   dec 15_

3