IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>THE MITCHELL COMPANY, INC., individually and on behalf of others similarly situated v. Knauf Gips KG, et al.,<br>Case No. 09-cv-4115 (E.D. La.) | MDL Docket No. 2047<br><br>SECTION L<br>JUDGE FALLON<br>MG. JUDGE WILKINSON |

**DEFENDANT RIGHTWAY DRYWALL, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT**

COMES NOW Defendant, Rightway Drywall, Inc. ("Rightway" or "Defendant"), by and through counsel, and files this Answer and Affirmative Defenses to the Plaintiff's Amended Complaint filed against it herein:

**ANSWER**

Responding to the allegations of the Complaint, paragraph by paragraph, Rightway states as follows:

1. Denied.

2. Denied.

3. Denied.

4. Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 4 of the Amended Complaint and, therefore, denies same.

5. Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 5 of the Amended Complaint and, therefore, denies same.

6. Denied.

1796625 v1

7. Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 7 of the Amended Complaint and, therefore, denies same.

8. Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 8 of the Amended Complaint and, therefore, denies same.

9. Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 9 of the Amended Complaint and, therefore, denies same.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

19. Rightway is without sufficient information to either admit or deny the allegations contained in Paragraph 19 of the Amended Complaint and, therefore, denies same.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

34. Denied.

35. Denied.

36. Denied.

37. Denied.

38. Denied.

39. Denied.

40. Denied.

41. Denied.

42. Denied.

43. Denied.

44. Denied.

45. Denied.

46. Denied.

47. Denied.

48. Denied.

49. Denied.

50. Denied.

51. Denied.

52. Denied.

53. Denied.

54. Denied.

55. Denied.

56. Denied.

57. Denied.

58. Denied.

59. Denied.

60. Denied.

61. Denied.

62. Denied.

63. Denied.

64. Denied.

65. Denied.

66. Denied.

67. Denied.

68. Denied.

69. Denied.

70. Denied.

71. Denied.

72. Denied.

73. Denied.

74. Denied.

75. Denied.

76. Denied.

77. Denied.

78. Denied.

79. Denied.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

Rightway denies that it is guilty in the matters alleged in the Complaint and demands strict proof thereof. Furthermore, Rightway denies the averments of the Plaintiff's Complaint that are not expressly admitted and asserts the defenses as set out previously.

### SECOND DEFENSE

The applicable statute of limitations bars the Plaintiff's cause.

### THIRD DEFENSE

The Complaint fails to state a claim against the Defendant upon which relief may be granted.

### FOURTH DEFENSE

The Defendant pleads superseding cause.

### FIFTH DEFENSE

The Defendant pleads intervening cause.

### SIXTH DEFENSE

Waiver.

**SEVENTH DEFENSE**

The Defendant pleads comparative negligence.

**EIGHTH DEFENSE**

The Defendant pleads assumption of risk.

**NINTH DEFENSE**

The Defendant pleads that nothing done by any of its agents or servants caused or contributed to the Plaintiff's alleged injuries.

**TENTH DEFENSE**

Release.

**ELEVENTH DEFENSE**

Plaintiff lacks capacity to bring this suit.

**TWELFTH DEFENSE**

Failure to join one or more parties under F.R.C.P. 19.

**THIRTEENTH DEFENSE**

This defendant has no custody or control over the guilty parties.

**FOURTEENTH DEFENSE**

This defendant denies that this action is appropriate for class action status as to this defendant.

**FIFTEENTH DEFENSE**

Plaintiff's alleged damages were unknown and unforeseeable as to this defendant.

**SIXTEENTH DEFENSE**

This defendant denies that it is a manufacturer or distributor of Chinese Drywall.

**SEVENTEENTH DEFENSE**

This defendant pleads that unnamed parties are culpable. This defendant installed drywall for the plaintiff which was purchased from Smokey Mountain Materials, Inc. d/b/a Emerald Coast Building Materials. This unnamed party delivered the drywall to each site and segregated it into each room to be installed by this defendant.

**EIGHTEENTH DEFENSE**

The plaintiff is not entitled to punitive damages.

**NINETEENTH DEFENSE**

Plaintiff's claims for punitive damages cannot be upheld to the extent these claims violate or contravene the holdings of the United States Supreme Court in BMW v. Gore, 116 S.Ct. 1589 (1996); State Farm Mut. Auto. Ins. Co. v. Campbell, 123 S.Ct. 1513 (2003); and Phillip Morris USA v. Williams, 127 S.Ct. 1057 (2007).

**TWENTIETH DEFENSE**

Plaintiff's claims for punitive damages are barred to the extent that it seeks the admission into evidence of Rightway's net worth in determining whether punitive damages are to be awarded and/or in what amount they are to be awarded, because punitive damages are a form of punishment that is grounded in Rightway's status rather than in specific misconduct, and thus has the effect of treating classes of citizens unequally in violation of the Equal Protection Clause of the Fifth and Fourteenth Amendments to the United States Constitution.

**TWENTY-FIRST DEFENSE**

To permit the imposition of punitive damages against Rightway on a joint and several liability basis would impermissibly punish Rightway for the conduct of other persons or

companies and would deprive Rightway of due process of law under the Fourteenth Amendment of the United States Constitution.

## TWENTY-SECOND DEFENSE

Defendant pleads the economic loss rule.

## TWENTY-THIRD DEFENSE

Defendant pleads Florida Statute Chapter 558.

## TWENTY-FOURTH DEFENSE

This defendant provided no warranties as to any drywall that it installed.

## TWENTY-FIFTH DEFENSE

This defendant pleads lack of personal jurisdiction.

## TWENTY-SIXTH DEFENSE

This defendant has done business with the plaintiff Mitchell Homes only as to nine properties alleged to have Chinese drywall, all located in Pensacola, Florida. This defendant has done no business in the State of Louisiana or with any other alleged class members.

## TWENTY-SEVENTH DEFENSE

This defendant is not a supplier, importer, manufacturer or holder of drywall. This defendant only installs drywall that has been delivered to job sites by others.

Rightway's investigation into the matters alleged in plaintiff's complaint is ongoing, and Rightway therefore reserves the right to assert other or different defenses to plaintiff's claims as additional facts or information are discovered.

/s/ S. Greg Burge
S. Greg Burge
gburge@burr.com

Attorney for Defendant
RIGHTWAY DRYWALL, INC.

OF COUNSEL:
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 16th day of December, 2009.

/s/ S. Greg Burge
OF COUNSEL

1796625 v1