OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA   70130

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  DEC - 9 2010
LORETTA G. WHYTE
CLERK

Date: _____

Chinese-Manufactured Drywall
_____

vs.

Janet Morris et al
_____

Case No. 09-MD 247 Section L

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (_____ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) Rothchilt International
   (address) _____

2. (name) _____
   (address) _____

3. (name) _____
   (address) _____

4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for Plaintiff

Address _____