OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA    70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2009 DEC 10 PM 1:36

LORETTA G. WHYTE
CLERK

Date: 12-10-09

David Gross, et al

vs.

Knauf Gips, KG, et al

Case No. 09-6690 Section L

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (_____ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) The China Corp. LTD.
   (address) Room A22, 13/F Block A 37-41 San Mei St.

2. (name) _____
   (address) _____

3. (name) _____
   (address) _____

4. (name) _____
   (address) _____

Very truly yours,

Russ M. Herman
"Signature"

Attorney for Plaintiff
Address 820 O'Keefe Ave.
        New Orleans, LA 70113

✓ Process
X Dktd
__ CtRmDep
__ Doc. No.