UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE WILKINSON
..............................................:

**THIS DOCUMENT RELATES TO ALL CASES**

**ORDER**

The Defendants Steering Committee filed a Motion to Compel Discovery from Homebuilders (Rec. Doc. No. 559). The Motion was set for hearing on December 16, 2009. Prior to the hearing date, the Court was informed by both parties to the Motion that they were in the process of working out the discovery issues involved in the Motion and that the hearing would not be necessary at this time. Accordingly, IT IS ORDERED that The Defendants Steering Committee's Motion to Compel Discovery from Homebuilders (Rec. Doc. No. 559) is CONTINUED without date.

New Orleans, Louisiana, this 16th day of December, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE