MINUTE ENTRY
FALLON, J.
DECEMBER 16, 2009

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED                    MDL NO. 2047
       DRYWALL PRODUCTS
       LIABILITY LITIGATION                    SECTION: L

                                       JUDGE FALLON

                                       MAGISTRATE WILKINSON

THIS DOCUMENT RELATES TO 09-6687 Germano

BEFORE JUDGE ELDON E. FALLON
Case Manager: Gaylyn Lambert
Court Reporter: Karen Ibos

Appearances: Leonard Davis, Esq. For PSC
                 Richard Duplantier, Esq. For Non Party Distributor defendants and
                             Interior/Exterior Building Supply

---

Motion of Non party distributor Defendants for Extension of Deadlines in this Court's
Scheduling Order dated 11-24-09 and for Continuation of the February Confirmation of Default
Judgment Proceeding (570)

Argument - DENIED for lack of standing as stated in the Court's oral reasons.

JS10:   :07