UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

PSC'S MEMORANDUM IN SUPPORT OF
MOTION TO SET EXPEDITED HEARING
OR, ALTERNATIVELY, STATUS CONFERENCE

MAY IT PLEASE THE COURT:

On September 2, 2009, the Plaintiffs' Steering Committee ("PSC") provided to Defendants its First Set of Request for the Production of Documents and Things. Numerous meets and confers have taken place since the issuance of the discovery requests. The PSC was forced to file a Motion for Expedited Hearing on the Plaintiffs' Steering Committee's Motion to Compel Full and Complete Discovery from All Defendants. The discovery issues were also addressed by the Court at the November 19, 2009 status conference, the December 10, 2009 status conference, and at other times. The PSC has been assured by Defendants that ESI would be forthcoming, yet the PSC still does not have production of ESI from Defendants. Further, protocols for the production of ESI have not been agreed upon by Defendants (the only one that has agreed is Knauf). The PSC is concerned since trials have been set in early 2010 and the production of the discovery is relevant and material to

these trials.  Accordingly, the PSC requests that the Court expedite a hearing on its motion or, alternatively, a status conference to address these matters.

                Respectfully submitted,

Dated:  December 17, 2009

                /s/ Russ M. Herman
                Russ M. Herman, Esquire
                Leonard A. Davis, Esquire
                HERMAN, HERMAN, KATZ & COTLAR, LLP
                820 O'Keefe Avenue
                New Orleans, Louisiana 70113
                Phone: (504) 581-4892
                Fax: (504) 561-6024
                LDavis@hhkc.com
                *Plaintiffs' Liaison Counsel, MDL 2047*

                Arnold Levin
                Fred S. Longer
                Levin, Fishbein, Sedran & Berman
                510 Walnut Street, Suite 500
                Philadelphia, PA 19106
                215-592-1500 (phone)
                215-592-4663 (fax)
                Alevin@lfsblaw.com
                *Plaintiffs' Lead Counsel*
                *MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Victor Manuel Diaz
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Aragon Avenue, 2nd Floor
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

| | |
|---|---|
| Christopher Seeger | Scott Wm. Weinstein |
| Seeger Weiss, LLP | Morgan & Morgan |
| One William Street | 12800 University Drive, Suite 600 |
| New York, NY 10004 | Ft. Meyers, FL 33907 |
| Phone: (212) 584-0700 | Phone: (239) 433-6880 |
| Fax: (212) 584-0799 | Fax: (239) 433-6836 |
| cseeger@seegerweiss.com | sweinstein@forthepeople.com |

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

| | |
|---|---|
| Richard S. Lewis | Jeremy W. Alters |
| HAUSFELD LLP | Alters, Boldt, Brown, Rash & Culmo, P.A. |
| 1700 K Street, N.W | 4141 N.E. 2nd Avenue |
| Suite 650 | Suite 201 |
| Washington, DC 20006 | Miami, FL 33137 |
| Phone: (202) 540-7200 | Phone: (305) 571-8550 |
| Fax: (202) 540-7201 | Fax: (305) 571-8559 |
| rlewis@hausfeldllp.com | jeremy@abbrclaw.com |
| | |
| Daniel K. Bryson | Richard J. Serpe, Esquire |
| Lewis & Roberts | Law Offices of Richard J. Serpe |
| 3700 Glenwood Avenue, Suite 410 | Crown Center, Ste. 310 |
| Raleigh, NC 27612 | 580 East Main Street |
| Phone: (919) 981-0191 | Norfolk, VA 23510-2322 |
| Fax: (919) 981-0431 | rserpe@serpefirm.com |
| dkb@lewis-roberts.com | |

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 17th day of December, 2009.

    /s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com