**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion to Set Expedited Hearing or, Alternatively, Status Conference;

IT IS ORDERED BY THE COURT that the Plaintiffs' Steering Committee's Motion to Set Expedited Hearing or, Alternatively Status Conference, is set as follows:

(a)   A hearing is set for the ____ day of _____, 20____, at _____ o'clock ___.

(b)   A status conference is set for the ____ day of _____, 20___, at _____ o'clock ___.m.

New Orleans, Louisiana, this ____ day of _____, 2009.

_____
Eldon E. Fallon
United States District Court Judge