UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES IN WHICH DEFENDANTS HAVE BEEN SERVED[1] | JUDGE FALLON MAG. JUDGE WILKINSON |

### EX PARTE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANTS' MOTIONS ON THE ECONOMIC LOSS RULE

NOW COME Defendants, Knauf Plasterboard (Tianjin) Co. Ltd., Knauf Plasterboard (Wuhu) Co., Ltd. and Knauf GIPS KG ("The Knauf entities"), who respectfully request leave of Court to file into the record Exhibits "A" and "B" attached hereto in connection with the Economic Loss Rule issues currently under advisement with the Court (Rec. Doc. 304). The Knauf entities believe that Exhibits "A" and "B," which are Orders from the Honorable Michael T. McHugh, Circuit Court Judge in the Circuit Court of the Twentieth Judicial District Court In and For Lee County Florida, are instructive for the Court's consideration on the Economic Loss Rule motions under advisement.

WHEREFORE Knauf Plasterboard (Tianjin) Co. Ltd., Knauf Plasterboard (Wuhu) Co., Ltd. and Knauf GIPS KG request that the attached Exhibits "A" and "B" be attached to their Motion to Joint in Distributors' Rule 12(b)(6) Motion to Dismiss Or, Alternatively, To Strike Plaintiffs' Tort Claims For Economic Damages , and for all other relief deemed appropriate by the Court.

---

[1] For a list of cases in which the Knauf entities have been served, please see the original Motion to Join in Distributors' Rule 12(b)(6) Motion to Dismiss Or, Alternatively, To Strike Plaintiffs' Tort Claims for Economic Damages. Rec. Doc. 304.

Respectfully submitted,

BY: /s/ Kerry J. Miller
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
**FRILOT L.L.C.**
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile: (504)599-8145
Email: kmiller@frilot.com

### CERTIFICATE OF SERVICE

I certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, by email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order no. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 17th day of December, 2009.

/s/ Kerry J. Miller