UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**THIS DOCUMENT RELATES TO** *Germano v. Taishan Gypsum Co., Ltd.*, **Case no. 09-6687.**

## ORDER

The Court ordered that a telephone status conference be held on Friday, December 18, 2009, at 1:30 p.m. to discuss discovery issues between Plaintiffs, Venture Supply, Inc. and Porter-Blaine, Corp (Rec. Doc. No. 567). The Court has been informed that these parties are in the process of resolving the outstanding discovery issues. Accordingly, IT IS ORDERED that the telephone status conference is CONTINUED without date.

New Orleans, Louisiana, this  17th   day of December, 2009.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE