**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br>**ALL CASES** | |

## O R D E R

Considering the Plaintiffs' Steering Committee's Motion to Set Expedited Hearing or, Alternatively, Status Conference;

IT IS ORDERED BY THE COURT that the Plaintiffs' Steering Committee's Motion to Set Expedited Hearing or, Alternatively Status Conference, is set as follows:

A telephone status conference is set for December 22, 2009, at 9:30 a.m. CST.  Responses to the Motion are due by December 21, 2009.  Parties are to contact the Court with their call-in information by December 21, 2009.  The Court will initiate the telephone status conference call.

New Orleans, Louisiana, this 17th day of _____December_____, 2009.

Eldon E. Fallon
United States District Court Judge