UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL :
PRODUCTS LIABILITY LITIGATION :
: MDL 2047
THIS DOCUMENT RELATES TO: : SECTION: L
: JUDGE FALLON
Shane Allen, et al. v. Knauf Gips KG, et al. : MAG. JUDGE WILKINSON
Case No. 2:2009-cv-04112 (E.D. La.) :
:
……………………………………………………:

# ORDER

Upon consideration of Plaintiffs', SHANE ALLEN and NICOLE ALLEN, Unopposed Motion to Drop Defendant Black Bear Gypsum Supply, Inc. Without Prejudice;

IT IS ORDERED BY THE COURT that said Motion is GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
Eldon E. Fallon
United States District Court Judge