UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * * | MDL Docket No. 2047 SECTION L JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, Case No. 2:09-cv-6687 (E.D.La.)

## CONSENT MOTION FOR ENTRY OF REVISED SCHEDULING ORDER

NOW COMES Intervenor, Knauf Plasterboard (Tianjin) Co., Ltd. ("KPT"), by and through its undersigned counsel of record, who files the above-captioned Motion requesting that the Court enter the revised *Germano* Scheduling Order attached hereto as Exhibit "A." The revised Scheduling Order allows for a more efficient and streamlined exchange of information between and among the parties leading up to the *Daubert* hearings and ultimate scope of remediation trial. Accordingly, KPT requests that the Court enter the revised Scheduling Order to allow additional time to complete certain pre-trial efforts. Granting this Motion will have no affect on the remediation trial date.

KPT has worked closely with members of the Plaintiffs' Steering Committee and Plaintiffs' Liaison Counsel on the revised Scheduling Order, and all parties have consented to the extensions set forth in the revised Scheduling Order attached hereto as Exhibit "A."

This Motion is not sought for purposes of delay, but so that justice may be done and so that the parties may achieve a just, speedy, and inexpensive determination of this action.

## CONCLUSION

For the foregoing reasons, the Intervenor, Knauf Plasterboard (Tianjin) Co., Ltd., respectfully requests the court to enter the revised Scheduling Order attached hereto as Exhibit "A" in the *Germano* matter.

Respectfully submitted,

BY: /s/ Kerry J. Miller
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
**FRILOT L.L.C.**
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile:  (504)599-8145
Email: kmiller@frilot.com

**-AND-**

DONALD J. HAYDEN (FL Bar No. 0097136)
**BAKER & MCKENZIE, LLP**
Mellon Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL 33131
Telephone:    (305) 789-8966
Facsimile:    (305) 789-8953
Email: donald.j.hayden@bakernet.com

DOUGLAS B. SANDERS (IL Bar No. 6256621)
RICHARD M. FRANKLIN (IL Bar No. 0864390)
**BAKER & MCKENZIE LLP**
130 E. Rudolph Drive
One Prudential Plaza
Chicago, IL 60601
Telephone:    (312) 861-8075
Facsimile:    (312) 698-2375
Email: douglas.b.sanders@bakernet.com

COUNSEL FOR KNAUF PLASTERBOARD
(TIANJIN) CO., LTD.

- 3 -

- 4 -

## CERTIFICATE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, and Phillip K. Wittman, Homebuilders' Liaison Counsel, by email , and to all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this 18th day of December, 2009.

/s/ Kerry J. Miller
Kerry J. Miller