UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | CIVIL ACTION NO. 09-2047 |
| | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: David Gross, et al. v. Knauf Gips KG, et al. Case No. 2:09-cv-6690 (E.D. La) | MAGISTRATE JUDGE WILKINSON |

### LIMITED NOTICE OF APPEARANCE

COME NOW, the undersigned counsel with the law firms of Phelps Dunbar LLP and Pillsbury Winthrop Shaw Pittman LLP, and hereby enter an appearance on behalf of Bedrock Building Materials, LLC, reserving all rights to object to jurisdiction and venue and preserving all defenses. It is respectfully requested that all future pleadings, documents, and correspondence be served upon the undersigned counsel in connection with this action.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:  s/ J. Alan Harrell
Michael D. Hunt, T.A., Bar Roll No. 7061
J. Alan Harrell, Bar Roll No. 25081
II City Plaza
400 Convention Street • Suite 1100
Baton Rouge, Louisiana 70802-5618

PD.3896527.1

- 2 -

                P.O. Box 4412
                Baton Rouge, Louisiana 70821-4412
                Telephone: (225) 346-0285
                Telecopier: (225) 381-9197
                Email: michael.hunt@phelps.com
                          allen.harrell@phelps.com

AND

BY:   s/ Thomas V. Loran, III
       Thomas V. Loran, III, CA Bar # 95255
       PILLSBURY WINTHROP SHAW PITTMAN LLP
       50 Fremont Street, Fifth Floor
       San Francisco, CA 94105
       Telephone: (415) 983-1865
       Telecopier: (415) 983-1200
       Email: thomas.loran@pillsburylaw.com

ATTORNEYS FOR BEDROCK BUILDING MATERIALS, LLC

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Limited Notice of Appearance has been served on Plaintiffs' Liaison counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18th day of December, 2009.

s/ J. Alan Harrell
J. Alan Harrell