UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

PLAINTIFF STEERING COMMITTEE'S MEMORANDUM OF
LAW IN SUPPORT OF MOTION TO STRIKE PLEADINGS
FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 6

I.     INTRODUCTION

The Plaintiffs' Steering Committee ("PSC") has moved to strike certain pleadings for failure to comply with Pretrial Order No. 6. Pretrial Order No. 6 required for parties participating in MDL No. 2047 that in addition to filing papers with the Court through the electronic filing system, counsel who file documents must also upload the documents, including all exhibits and attachments to Lexis/Nexis's File & Serve. Certain parties have failed to observe Pretrial Order No. 6. Accordingly, the PSC seeks to strike their improperly filed documents without prejudice to them refiling them in accordance with this Court's Orders.

II.    FACTUAL BACKGROUND

On July 20, 2009, this Court issued Pretrial Order No. 6 which mandated the process by which counsel would file and serve papers in MDL No. 2047. Pretrial Order No. 6 was designed to facilitate case management, document retrieval, case organization and the expeditious, efficient and economical communication by and amongst counsel. To accomplish these feats, the Court

1

ordered that parties utilize the services of Lexis/Nexis File & Serve.  Pretrial Order No. 6 was specific and mandatory.  In particular, Pretrial Order No. 6 stated:

> 4.  In order to effect service of any document submitted by a party to File & Serve, on the same day that any document is filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana in this matter, the Counsel of record who is filing the document, or in the case of an unrepresented party, the unrepresented party who is filing the document, shall upload the document, including all exhibits and attachments, to File & Serve, by (1) electronic transfer (either as a word-processing document, PDF file, or TIFF file).  Documents sent to File & Serve by electronic transmission shall be up-loaded directly to the File & Serve system at www.lexisnexis.com/fileandserve.

*In re Chinese Drywall Products LIability LItigation*, MDL 2047, Pretrial Order No. 6, ¶4 (E.D.La. July 20, 2009).

In Joint Report No. 6 of Plaintiffs and Defendants Liaison Counsel, PLC and DLC note on pages 8 through 11 therein, several motions that were filed by various parties in the litigation.  The several of the motions enumerated therein, while filed with the Clerk of the Court, were not uploaded to Lexis/Nexis File & Serve pursuant to Pretrial Order No. 6.  In particular, the following motions were not uploaded in violation of Pretrial Order No. 6:

1.  Tudela's Classic Homes Motion to Dismiss for Lack of Subject Matter Jurisdiction [Document Number 382];

2. Nautilus Insurance Company's Motion to Dismiss for Lack of Subject Matter Jurisdiction [Document Number 384];

3. HBW Insurance Services Motion to Dismiss for Insufficient Service of Process and Lack of Subject Matter Jurisdiction [Document Number 408];

4.  Sun Construction's Motion for Leave to File Summary Judgment Motion [document

number 428];

     5.  Lowe's Home Centers, Inc. Motion to Lift Stay and Allow a Motion to Deconsolidate from MDL [Document Number 439];

     6.  State Farm Motion to Dismiss [Document Number 461];

     7.  State Farm's Motion to Sever Claims [Document Number 480]; and

     8.  Habor Walk Development, LLC's Rule 12(b)(1) and 12(b)(6) Motions with Briefs in Support, NOtice Requesting Hearing, and Answer [Document Number 543].

     These motions should be stricken.

### III.   ARGUMENT

     Pretrial Order No. 6 was entered by this Court to aid in the efficient administration of MDL No. 2047.  Pretrial Order No. 6 was mandatory and required that persons comply with its directives by filing documents, *i.e.*, motions, pleadings, etc., with the Clerk of the Court, and serving same by uploading them to Lexis/Nexis File & Serve.  Each of the papers discussed herein, failed to comply with Pretrial Order No. 6.  The PSC submits that these papers should be stricken without prejudice.  If counsel so choose, they can be refiled in a fashion which complies with this Court's Orders and directives.

## IV.  CONCLUSION

For the reasons set forth above, the PSC's Motion to Strike Pleadings should be granted.

Respectfully submitted,

Dated:  December 18, 2009

/s/ Russ M. Herman
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

**PLAINTIFFS' STEERING COMMITTEE**

| | |
|---|---|
| Dawn M. Barrios | Daniel E. Becnel, Jr. |
| Barrios, Kingsdorf & Casteix, LLP | Becnel Law Firm. LLC |
| 701 Poydras Street, Suite 3650 | P.O. Drawer H |
| New Orleans, LA 70139 | 106 W. Seventh Street |
| Phone: (504) 524-3300 | Reserve, LA 70084 |
| Fax: (504) 524-3313 | Phone: (985) 536-1186 |
| Barrios@bkc-law.com | Fax: (985) 536-6445 |
| | dbecnel@becnellaw.com |

Victor Manuel Diaz
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Aragon Avenue, 2nd Floor
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Jeremy W. Alters
Alters, Boldt, Brown, Rash & Culmo, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@abbrclaw.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Plaintiffs Steering Committee's Memorandum in Support of Motion to Strike Pleadings for Failure to Comply with Pretrial Order No. 6 has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 18th day of December, 2009.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047