UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

**O R D E R**

Considering the Plaintiff Steering Committee's Motion to Strike Pleadings for Failure to Comply With Pre-Trial Order No. 6;

IT IS ORDERED BY THE COURT the defendants appear and show cause at the monthly status conference on January 14, 2010, at 9:00 o'clock a.m., why the Plaintiffs' Steering Committee's Motion should not be granted and the pleadings stricken as outlined in the motion.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
Eldon E. Fallon
United States District Court Judge

1