UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | CIVIL ACTION NO. 09-2047<br><br>JUDGE FALLON |
| This Document Relates to:<br>David Gross, et al. v. Knauf Gips KG, et al,<br>Case No.09-6690 (E.D. La) | | MAGISTRATE WILKINSON |

## NOTICE OF APPEARANCE AND REQUEST TO SUBSITUTE COUNSEL

**PLEASE TAKE NOTICE** that the undersigned counsel, hereby enters an appearance on behalf of defendants **Builders Gypsum Supply, LLP and Builders Gypsum Supply Co., Inc.** reserving all rights to object to jurisdiction, venue or service and preserving all defenses. To the extent that a Notice of Appearance has been filed on behalf of these defendants by Dan Wellons of Baldwin Haspel Burke & Mayer, LLC, it is respectfully requested that the undersigned be substituted as counsel of record for Builders Gypsum Supply, LLP and Builders Gypsum Supply Co., Inc.

Respectfully submitted,

TAYLOR, PORTER, BROOKS, & PHILLIPS L.L.P.

By: /s/ Amy C. Lambert
Harry J. "Skip" Philips (#2047)
Margaret L. Tooke (#19810)
Amy C. Lambert (#24348)
John M. Parker, Jr. (#32629)
451 Florida Street, 8th Floor
P.O. Box 2471
Baton Rouge, LA 70821
Phone: 225-387-3221
Fax: 225-346-8049
Skip.philips@taylorporter.com
Amy.Lambert@taylorporter.com
*Attorneys for Builders Gypsum Supply, LLP and Builders Gypsum Supply Co., Inc*

519011.1

CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing Notice of Appearance has been served on plaintiff's liaison counsel Russ Herman and Defendant liaison counsel, Kerry Miller, by U.S. Mail and Email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047, on this 18th day of December, 2009.

                                    **s/Amy C. Lambert**