## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | x x x x x x | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT APPLIES TO: *Germano et al V. Taishan Gypsum Co. Ltd. et al; Docket No. 09-06687* | x x x x | |

### PLAINTIFFS' WITNESS LIST AND APPENDIX

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Robert and Lisa Orlando, William and Deborah Morgan, J. Frederick and Vannessa Michaux, Preston and Rachel McKellar, Steven and Elizabeth Heischober, Jerry and Inez Baldwin, and Joseph and Cathy Leach, who hereby submit the following list of witnesses who may be called upon to testify in the trial of this matter:

I. Fact Witnesses[1]:

1. Jerry Baldwin
2. Inez Baldwin
3. Steven Heischober
4. Elizabeth Heischober
5. Joseph Leach
6. Cathy Leach
7. Preston McKellar

---

[1] See Appendix- Additional witnesses to present testimony through deposition, stipulation or rebuttal, if necessary.

1

8. Rachel McKellar

9. J. Frederick Michaux

10. Vannessa Michaux

11. William Morgan

12. Deborah Morgan

13. Robert Orlando

14. Lisa Orlando

15. Venture Supply, Inc., *Corporate Representative*, 1140 Azalea Garden Rd., Norfolk, VA 23502

16. Porter-Blaine Corp., *Corporate Representative,* 1140 Azalea Garden Rd., Norfolk, VA 23502

17. American Eastern, Inc., *Corporate Representative,* 632 Hampton Highway, Yorktown, VA 23693

18. Atlantic Homes, L.L.C., *Corporate Representative*, 2 Eaton St., Suite 1100, Hampton, VA 23669

19. Wellington, L.L.C., *Corporate Representative,* 632 Hampton Highway, Yorktown, VA 23693

20. Beazer Homes, *Corporate Representative*, Ray Phillips, Gerry Smith, Brandon Roberts, 1000 Abernathy Rd., Suite 1200, Atlanta Georgia 30328

21. Lennar Homes, Inc., *Corporate Representative*, 10471 Bn C Prtt, Fort Myers, FL 33966 and 700 N.W. 107th Ave., Miami, FL 33172

22. Knauf Plasterboard (Tianjin) Co., Ltd., *Corporate Representatives*, Hans-Ulrich Hummel, Mark Norris, Cecilia Wang or other representatives, Road, RC-300400,

Tianjin, China and North Yinhe Bridge, East Jingjin Road, Beichen District, Tianjin, 300400

23. Randi Davenport Green; Newport News Municipal Employees Credit Union, Manager; 502 Operations Drive, Newport News, VA 23602

II. Expert Witnesses[2]

1. Jacqueline C. Tuthill, CPA, CrFA, CFF; Legier & Company, apac; Energy Centre, 34th Floor, 1100 Poydras Street, New Orleans, LA 70163; Expert Testimony: CPA and Forensic Accounting

2. John E. Smith; 200 Pointer Land, Pearl River, LA 70452; Expert Testimony: Consumer credit banker and financial implications of loss of credit

3. Kenneth Acks, The Cost Benefit Group LLC f/k/a/ Damage Valuation Associates, 304 Park Avenue South, New York, NY 10010

4. Donald P. Adams, President, Virtexco Corp., 977 Norfolk Square, Norfolk, VA 23502-1114

5. Ronald B. Bailey, P.E., BEC, 860 Jupiter Park Drive, Ste. 1, Jupiter, FL 33459

6. Jonathan Ross Barnett, Ph.D., P.E., Staff Consultant / Fire Safety, Simpson Gumpertz & Heger, 41 Seyon St., Bldg. 1, Ste. 500, Waltham, MA 02453

7. Christopher Batich, Ph.D., University of Florida, PO Box 116400, Gainesville, FL 32611

8. Matthew W. Fields, Ph.D., 1418 Robin Lane, Bozeman, MT 59715

9. Donald Galler, P.E., MIT, Rm. 4-133, 77 Massachusetts Ave., Cambridge, MA 02139

10. Lydia Luckevich, BSC C./Gypsum and Inorganic Materials Consultant, 14 King

---

[2] See Appendix – Additional experts to present testimony through deposition, stipulation or rebuttal, if necessary.

Georges Road, Toronto, Canada M8X 1K7

11. Peter E. Nelson, P.E., Simpson Gumpertz & Heger, 41 Seyon St., Bldg. 1, Ste. 500, Waltham, MA  02453

12. Mark W. Rigler, Ph.D., Senior Consultant, MAS, LLC, Materials and Environmental Testing, 3945 Lakefield Court, Suwanee, GA 30024

13. Dean A. Rutila, P.E., Simpson Gumpertz & Heger, 41 Seyon St., Bldg. 1, Ste. 500, Waltham, MA  02453

14. Lori Streit, Ph.D., Unified Engineering Inc., 3056 Weber Drive, Aurora, IL 60502

15. Ron E. Wright, P.E., RV Buric Construction Consultants, Inc., 2512 Independence Blvd., Ste. 200, Wilmington, NC  28412

III. Witnesses on Plaintiffs Witness Appendix

IV. Any witness deposed in this matter; and

V. Any witness listed or called by any other party.

Plaintiffs reserve the right to supplement this list should the identity of additional witnesses become known during the course of discovery or otherwise.

Respectfully submitted,

Dated:  December 18, 2009

/s/ Russ M. Herman_____
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
**HERMAN, HERMAN, KATZ & COTLAR, LLP**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin
Fred S. Longer
**Levin, Fishbein, Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

**PLAINTIFFS' STEERING COMMITTEE**

| | |
|---|---|
| Dawn M. Barrios<br>**Barrios, Kingsdorf & Casteix, LLP**<br>701 Poydras Street, Suite 3650<br>New Orleans, LA 70139<br>Phone: (504) 524-3300<br>Fax: (504) 524-3313<br>Barrios@bkc-law.com<br><br>Daniel E. Becnel, Jr.<br>**Becnel Law Firm. LLC**<br>P.O. Drawer H<br>106 W. Seventh Street<br>Reserve, LA 70084<br>Phone: (985) 536-1186<br>Fax: (985) 536-6445<br>dbecnel@becnellaw.com<br><br>Victor Manuel Diaz<br>**Podhurst Orseck, P.A.**<br>25 Flagler Street, 8th Floor<br>Miami, FL 33130<br>Phone: (305) 358-2800<br>Fax: (305) 358-2382<br>vdiaz@podhurst.com<br><br>Ervin A. Gonzalez<br>**Colson, Hicks, Eidson, Colson**<br> **Matthews, Martinez, Gonzales,**<br> **Kalbac & Kane**<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>Phone: (305) 476-7400<br>Fax: (305) 476-7444<br>Ervin@colson.com | Ben W. Gordon, Jr.<br>Levin, Papantonio, Thomas, Mitchell<br>**Echsner & Proctor, P.A.**<br>316 S. Baylen Street, Suite 600<br>Pensacola, FL 32502<br>Phone: (850) 435-7000<br>Fax: (850) 435-7020<br>bgordon@levinlaw.com<br><br>Hugh P. Lambert<br>**Lambert and Nelson**<br>701 Magazine Street<br>New Orleans, LA 70130<br>Phone: (504) 581-1750<br>Fax: (504) 529-2931<br>hlambert@lambertandnelson.com<br><br>Bruce William Steckler<br>**Baron & Budd, P.C.**<br>3102 Oak Lawn Ave., Suite 1100<br>Dallas, TX 75219<br>Phone: (214) 521-3605<br>Fax: (214) 520-1181<br>bsteckler@baronbudd.com<br><br>Gerald E. Meunier<br>**Gainsburgh, Benjamin, David, Meunier**<br> **& Warshauer, LLC**<br>2800 Energy Centre, 1100 Poydras Street<br>New Orleans, LA 70163-2800<br>Phone: (504) 522-2304<br>Fax: (504) 528-9973<br>gmeunier@gainsben.com |

| | |
|---|---|
| Jerrold Seith Parker<br>**Parker, Waichman, Alonso LLP**<br>27399 Riverview Center Blvd.<br>Bonita Springs, FL 34134<br>Phone: (239) 390-1000<br>Fax: (239) 390-0055<br>Jerry@yourlawyer.com<br><br>James Robert Reeves<br>**Lumpkin & Reeves**<br>160 Main Street<br>Biloxi, MS 39530<br>Phone: (228) 374-5151<br>Fax: (228) 374-6630<br>jrr@lumpkinreeves.com | Christopher Seeger<br>**Seeger Weiss, LLP**<br>One William Street<br>New York, NY 10004<br>Phone: (212) 584-0700<br>Fax: (212) 584-0799<br>cseeger@seegerweiss.com<br><br>Scott Wm. Weinstein<br>**Morgan & Morgan**<br>12800 University Drive, Suite 600<br>Ft. Meyers, FL 33907<br>Phone: (239) 433-6880<br>Fax: (239) 433-6836<br>sweinstein@forthepeople.com |

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| Richard S. Lewis<br>HAUSFELD LLP<br>1700 K Street, N.WSuite  650<br>Washington, DC 20006<br>Phone: (202) 540-7200<br>Fax:  (202) 540-7201<br>rlewis@hausfeldllp.com<br><br>Daniel K. Bryson<br>Lewis & Roberts<br>3700 Glenwood Avenue, Suite 410<br>Raleigh, NC 27612<br>Phone: (919) 981-0191<br>Fax: (919) 981-0431<br>dkb@lewis-roberts.com | Jeremy W. Alters<br>Alters, Boldt, Brown, Rash & Culmo, P.A.<br>4141 N.E. 2nd Avenue<br>Suite 201<br>Miami, FL 33137<br>Phone: (305) 571-8550<br>Fax: (305) 571-8559<br>jeremy@abbrclaw.com<br><br>Richard J. Serpe, Esquire<br>Law Offices of Richard J. Serpe<br>Crown Center, Ste. 310<br>580 East Main Street<br>Norfolk, VA 23510-2322<br>rserpe@serpefirm.com |

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18th day of December, 2009.

/s/ Leonard A. Davis
Leonard A. Davis
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA  70113
PH:  (504) 581-4892
Fax:  (504) 561-6024
ldavis@hhkc.com

# PLAINTIFFS' WITNESS LIST APPENDIX

1. William Johns or other representative of Air Specialty Corp., 121 East 25th Street, Norfolk, VA 23517

2. Representative of Tommy Garner, Inc., 12535 Warwick Blvd., Newport News, VA 23606

3. Representative of Williamsburg Heating & Air Conditioning, Inc.; 8888 Richmond Rd., Toano, VA 23168

4. Representative of Xactec; 109 Bulifants Blvd., Suite B, Williamsburg, VA 23188

5. Representative of GE Appliances/ GE Consumer Home Services

6. Jason Jernigan; Metro Mechanical, 5508 Gara Rd., Virginia Beach, VA 23464

7. Representative of Audio Visual Solutions; 5304 George Washington Mem. Hwy., Yorktown, VA 23692

8. Representative of Color and Sound, Inc. Electronic Service Center; 14818 Warwick Blvd., Newport News, VA 23608

9. Representative of Dell Computer Corporation; One Dell Way, Round Rock, TX 78682

10. Representative of Riverside Heating & Air Conditioning; 12549 Warwick Boulevard, Newport News, VA 23606

11. Representative of Fireside Hearth & Home; 11850 Canon Blvd., Newport News, VA 23606

12. Representative of Indoor Air Systems, Inc.; P.O. Box 7565, 1204 Galloop Ave., Chesapeake, VA 23324

13. Representative of Duval Heating, Air Conditioning & Plumbing, Inc.; 13193 Warwick Blvd., Suite 100, Newport News, VA 23602

14. Representative of Roto-Rooter Plumbing & Drain Service; 208 N. Witchduck Rd., Virginia Beach, VA 23462

15. Representative of Maximum Air; 157 Edsyl St., Newport News, VA 23602

16. Representative of West Plumbing & Heating; 1843 Kensington Drive, Hampton, VA 23663

17. Floyd M. Gibbs, III; Quality Home Inspections, 28 Paula Maria Dr., Newport News, VA 23606

18. Representative of 1st Choice Plumbing & Drain Service; P.O. Box 594, Hampton, VA 23669

19. Jimmy Fazenbaker; Atlantic Constructors Inc., 745D Bluecrab Road, Newport News, VA 23606

20. Representative of James City County Real Estate Assessments Division; 101-F Mounts Bay Road, Williamsburg, VA 23185

21. Representative of City of Virginia Beach Office of the Real Estate Assessor; Municipal Center- Building 18, 2424 Courthouse Drive, Virginia Beach, VA 23456

22. Representative of City of Newport News Virginia Real Estate Assessor's Office; 700 Town Center Dr., Suite 220, Newport News, VA 23606

23. Representative of Bank of America; PO Box 45140, Jacksonville, FL 32232 and/or PO Box 10222, Van Nuys, CA 91410

24. Raymond Melynk or other representative of Bank of America; BAC Home Loans, PO Box 5170 Simi Valley, CA 93062

25. Representative of Capital One; PO Box 17000, Baltimore, MD 21297

26. Representative of Chase Home Finance, LLC, 4515 Vision Dr., Columbus, OH 43219

27. Representative of Bayport Credit Union; 3711 Huntington Ave., Newport News, VA 23607

28. John R. Scully, Ph.D., Dept. of Materials Science and Engineering, University of Virginia, 116 Engineers Way, Charlottesville, VA 22904

29. Simon C. Bellemare, Ph.D., Staff II/Materials-Metallurgy, Simpson Gumpertz & Heger, 41 Seyon St., Bldg. 1, Ste. 500, Waltham, MA  02453

30. Fadi E. Debbas, P.E., ABC Consulting, Inc., 2715 Monticello Avenue, Norfolk, VA 23517

31. Chris Ettel, Partner, VB Homes, 1209 Laskin Rd., Virginia Beach, VA  23451

32. Zdenek Hedjar, Engineering Systems Inc., 12750 Commonwealth Dr., Fort Myers, FL 33913

33. Andrew E. Jeffrey, Staff II,  Simpson Gumpertz & Heger, 41 Seyon St., Bldg. 1, Ste. 500, Waltham, MA  02453

34. Marco Kaltofen, PE, Boston Chemical Data Corp., 2 Summer St., Ste 14, Natick, MA 01760

35. David Krause, Ph.D., MSPH, CIH, Division of Environmental Health, 4052 Bald Cypress Way , Bin A08, Tallahassee, FL  32399-1712

36. Brenda J. Little, Ph.D., 6528 Alakoko Drive, Diamondhead, MS 39525

37. Phillip E. Russell, Distinguished Professor of Physics and Science Education Dept. of Physics and Astronomy, 223 CAP Building ASU, Box 32106, Appalachian State University, Boone, NC 28608-2106

38. Mauro J. Scali, Staff Consultant/Petrographer, Professional Geologist, Simpson Gumpertz & Heger, 41 Seyon St., Bldg. 1, Ste. 500, Waltham, MA  02453

39. Paul C. Scheiner, Ph.D., Staff Consultant/Chemist, Simpson Gumpertz & Heger, 41 Seyon St., Bldg. 1, Ste. 500, Waltham, MA  02453

40. Scott A. Tomlinson, Staff II, Simpson Gumpertz & Heger, 41 Seyon St., Bldg. 1, Ste. 500, Waltham, MA  02453

41. David J. Maloney, AOA CM; Frederick Appraisal, Claims & Estate Services, P.O. Box 2049, Frederick, MD 21702; Expert Testimony: Certified appraiser specializing in the valuation of personal property including antiques and residential contents

42. Betsy A. Gard, Ph.D.; Atlanta Area Family Psychiatry Clinic, P.C., 7000 Peachtree Dunwoody Road, Atlanta, GA 30328; Expert Testimony:  Reactions to   public health and safety disasters affecting homes;

43. Representative of Rosen & Womble Realty Co., 404 Oakmears Crescent, Suite 102, Virginia Beach, VA 23462

44. Representative of Ferguson Enterprises, Inc. #4, 618 Bland Blvd., Newport News, VA 23602

45. Representative of FEI-Williamsburg #73, 6540 Mooretown Rd., Williamsburg, VA 23188

46. Representative of Seaford Transfer, 143 Freedom Blvd., Yorktown, VA 23692

47. Representative of Building Specs Inc., 101 Tully Cove Trail, Yorktown, VA 23692

48. Representative of State Farm Insurance; PO Box 9024, Charlottesville, VA 22906 (Insurer of Tobin Trading)

49. Representative of  Colonial Gardens, GLM, Inc.; 320 Ewell Road, Williamsburg, VA

50. Representative of Allstate Indemnity Company

51. Representative of Grass Roots of Virginia, LLC; PO Box 1568, Yorktown, VA 23692

52. Representative of Sinnen- Green & Associates, Inc.; 120 Landmark Square, Virginia Beach, VA 23452

53. Representative of Peak Building Corporation; 308 Sturgeon Lane, Virginia Beach, VA 23456

54. Representative of Real Estate Information Network, Inc./ William C. Wood & Associates

55. Representative of Nationwide Mutual Insurance Company; 7545 Midlothian Tripk, Richmond, VA 23225

56. Jacqueline S. Fanney; 215 62nd St., Virginia Beach, VA 23451

57. Representative of Allstate Insurance Company; 801Park Central Drive, Suite 500, Richmond, VA 23227

58. Representative of Williamsburg Indoor Sports Complex; Kid's Club; 5700 Warhill Trail, Williamsburg, VA 23188

59. Representative of AmeriSpec- Quality Home Inspections; 534-D Wythe Creek Rd., Poquoson, VA 23662

60. Representative of Landmark Residential Appraisals; LLC; 926 J. Clyde Morris Blvd., Suite H, Newport News, VA 23601

61. Representative of Belote Appraisals, Inc.; 12284 Warwick Blvd., St. 1K, Newport News, VA 23606

62. Representative of Inspection Consultants, LLC; 3016 Lethbridge Lane, Williamsburg, VA 23185

63. Representative of John Cryer Concrete, Inc.; 3769 Borden Rd., Hayes, VA 23072

64. Representative of JPS Pool & Spa, LLC; 8401 Old Rocksbury Rd., Quinton, VA 23141

65. Representative of Artistic Fences Incorporated; 111 Stone Bridge, Williamsburg, VA

23188

66. Representative of Sanders Electrical, Inc.; 3342 Derby Lane, Williamsburg, VA 23185

67. Representative of Knight-Scapes; 143 Herman Melville Ave., Newport News, VA 23606

68. Crawford and Company, Corporate Representatives, Robert Jones, Frank Ruane, or other representatives; 100 Glenridge Point Parkway, NE 300, Atlanta, GA 30342

<u>Personal Friends and Family</u>:

1. Vincent Sakony; 4063 Dunbarton Circle, Williamsburg, VA 23188

2. Karen Sakony; 4063 Dunbarton Circle, Williamsburg, VA 23188

3. Don Hannahs; 216 80th St., Virginia Beach, VA 23451

4. Debbie Hannahs; 216 80th St., Virginia Beach, VA 23451

5. Walter Howell; 6601 Horseshoe Trail, Clifton, VA 20124

6. Gail Howell; 6601 Horseshoe Trail, Clifton, VA 20124

7. Ruby Weber; 6004 Atlantic Ave., Virginia Beach, VA 23451

8. Walter Young; 2389 N. Lakefront Dr., Hernando, FL 34442

9. Sharon Young; 2389 N. Lakefront Dr., Hernando, FL 34442

10. Amanda Fowles; 957 Hollymeade Circle, Newport News, VA 23602

11. Matt Nations; 957 Hollymeade Circle, Newport News, VA 23602

12. Eric Bailey; 958 Hollymeade Circle, Newport News, VA 23602

13. Rob Sipe; 958 Hollymeade Circle, Newport News, VA 23602

14. Bulah McKellar; 457 Richeck Rd., Newport News, VA 23602

15. Tim Rogers; 128 James Landing Rd., Newport News, VA 23606

16. Kristi Rogers; 128 James Landing Rd., Newport News, VA 23606

17. Christoph Fehrenbach; 21 Autumn East, Williamsburg, VA 23188

18. Tonya Fehrenbach; 21 Autumn East, Williamsburg, VA 23188

19. George Hrichak; 115 Albacore Dr., Yorktown, VA 23692

20. Sharon Hrichak; 115 Albacore Dr., Yorktown, VA 23692

21. Ed Lee; 18 Plymouth Circle, Bristol, TN 37620

22. Joyce Lee; 18 Plymouth Circle, Bristol, TN 37620

23. Marc Chiesa; 7973 River Rock Way, Baltimore, MD 21226

24. Lindsey Chiesa; 7973 River Rock Way, Baltimore, MD 21226

25. Francis Hileman; 704 Stone Cove, Newport News, VA 23602

26. Lynn Ashby; 6113 Green House Drive, Mechanicsville, VA

27. Denise Ashby; 6113 Green House Drive, Mechanicsville, VA

28. Dr. Cynthia Pugh; 12465 Warwick Blvd., Newport News, VA 23606

29. Jim Strychalski; 79 McEchron Lane, Queensbury, NY 12804

30. Pat Strychalski; 79 McEchron Lane, Queensbury, NY 12804

31. Jeff Strychalski; 79 McEchron Lane, Queensbury, NY 12804

32. Warren Law; 2 Finch, Queensbury, NY 12804

33. Linda Law; 2 Finch, Queensbury, NY 12804

34. Chelsey Morgan; 6148 S. Mayfair Cir., Williamsburg, VA 23188

Entities Supplying Costs:

1. Representative of Stanley Steemer Carpet Cleaner; PO Box 1905, Hampton, VA 23669

2. Representative of A Sure Move/ BOS Enterprises, Inc.; 3 Interstate Corporate Center, Suite 101, Norfolk, VA 23502

3. Representative of Willis Furniture; 4220 Virginia Beach Blvd., Virginia Beach, VA 23452

4. Representative of A Better Move, Inc.; 310 Shoal Creek, Williamsburg, VA 23188

5. Lowenthal Outerwear Boutique; 4097 Virginia Beach Blvd., Virginia Beach, VA 23452

6. Representative of Comp USA, 12131 Jefferson City, Newport News, VA 23602

7. Fred Simmermon; HomePro Inspection Services, Inc.; P.O. Box 6213, Norfolk, VA 23508

8. Representative of Wellington Homeowners Association; 632 Hampton Hwy, Yorktown, VA 23693

9. Representative of The Wicker Gallery; 7219 W. Broad St., Richmond, VA 23294

10. Representative of Prism Painting of Williamsburg, Inc.; 104 Shady Bluff Point, Williamsburg, VA 23188

11. Rhonda Noska; 4023 Dunbarton Circle, Williamsburg, VA 23188

12. Heather Urick, Window Fashion Design; 108 Ingram Rd., Unit 23, Williamsburg, VA 23188

13. Representative of Onsite Drapery Cleaning of VA.; PO Box 786, Lightfoot, VA 23090

14. Ken Melton or representative of HomeGauge; 3936 Silina Drive, Virginia Beach, VA 23452 (inspected home at act of sale)

15. Hyman and Hyman, LLC, Janitorial Service; 240 Jonathans Way, Suffolk, VA 23434

16. Representative of Levin's Brass Beds of Virginia; 4000 Virginia Beach Blvd., Virginia Beach, VA 23452

17. Representative of The Original Mattress Factory; 3750 Virginia Beach Blvd., Virginia Beach, VA 23452

18. Representative of The Shoppes at 31 Ocean; 221 Laskin Rd., Virginia Beach, VA 23451

19. Representative of Mark Gonsenhauser's Rug & Carpet Superstore; 4153 Virginia Beach

Blvd., Virginia Beach, VA 23452

20. Representative of Restoration Hardware; 300 Monticello Ave., Suite 209, Norfolk, VA 23510

21. Representative of Lowe's Home Centers, Inc.; 3565 Holland Rd., Virginia Beach, VA 23452

22. Representative of Roundtree's; 7110 Hilltop North S.C., Virginia Beach, VA 23451

23. Representative of Albano Cleaners; 401 Laskin Rd., Virginia Beach, VA 28451

24. Representative of Apple Store; MacArthur Center, 300 Monticello Ave., Norfolk, VA 23540

25. Representative of Surveillance Video; www.surveillance-video.com

26. Representative of Best Buy; www.bestbuy.com

27. Representative of Pottery Barn

28. Representative of Wal-Mart; Williamsburg, VA

29. Representative of Zoots, 1416 N. Great Neck Rd., Virginia Beach, VA 23454 and 12551 Jefferson Ave., Ste. 259, Newport News, VA 23602

30. Representative of Molly Maid of the Peninsula and Williamsburg, 736 Middle Ground Blvd., Suite B, Newport News, VA 23606

31. Representative of Cort Furniture Rental; www.cort.com

32. Representative of Space Mart Self-Storage Villages of Kiln Creek; 701 Brick Kiln Blvd Newport News, VA 23602

33. Representative of Ace Hardware Hampton; 2098 Nickerson Blvd., Hampton, VA 23663

34. Representative of JC Penny; Military Circle Mall, 880 North Military Highway #1014, Norfolk, VA 23502

35. Representative of Haynes Furniture Company; 12620 Jefferson Ave., Newport News, VA 23602

36. Representative of Costco Wholesale P.B. Gardens #93

37. Representative of Roomstore East

38. Representative of Babies R Us; 12153 Jefferson Ave., Newport News, VA 23602

39. Representative of Amazon.com

40. Representative of Sam's Club; Newport News, VA

41. Representative of Tidewater Carpet and Upholstery "Steam" Cleaning; 10 Sue Circle, Newport News, VA 23605

42. Representative of Bed Bath & Beyond; www.bedbathandbeyond.com

Entities Supplying Alternative Living Costs:

1. Joyce Ortman, Certified Moving Consultant or other representative of Security Storage & Van Company; 5786 Sellger Drive, Norfolk, VA 23502l

2. Representative of Oakwood Corporate Housing; 2500 Almeda Ave, Suite 104, Norfolk, VA 23513

3. Representative of Virginia Natural Gas, P.O. Box 4569, Dept. 6250, Atlanta, GA 30302

4. Representative of Dominion Virginia Power, 120 Tredegar Street, Richmond, VA 23219

5. Representative of Cox Communications; PO Box 9001087, Louisville, KY 40290

6. Representative of City of Virginia Beach Public Utilities and Public Works; Municipal Center, Bldg. 2, 2405 Courthouse Drive, Virginia Beach, VA 23456

7. Representative of Pallett Oil Company; 3321 Bainbridge Blvd., Chesapeake, VA 23324