IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT APPLIES TO:<br><br>Case No's. 09-4115 , 09-4119, 09-4324 09-6741 | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

## KNAUF PLASTERBOARD (TIANJIN) CO., LTD.'S OPPOSITION MEMORANDUM TO PSC'S MOTION TO COMPEL

The PSC has renewed its Motion to Compel, but it is unclear what, if anything, the PSC seeks to compel from Knauf Plasterboard (Tianjin) Co., Ltd. or any other Knauf company at this time. Similar to November when the PSC filed its original Motion to Compel, KPT's understanding is that it is and has been cooperating with the PSC with respect to discovery is in compliance with its discovery obligations. The PSC has not identified a single discovery issue with respect to KPT or any Knauf entity through a meet and confer prior to its renewal of its Motion on December 18, 2009 that it intends to address with the Court on December 22, 2009.

KPT has produced 11,232 pages of responsive documents to the PSC's requests, including an initial segment of Electronically Stored Information ("ESI") on December 18, 2009. Knauf Plasterboard (Wuhu) Co., Ltd. ("Knauf Wuhu") has produced 253 pages of documents, and will produce an additional 9,000 pages this week.[1] ESI for both KPT and Knauf Wuhu is in

---

[1] Knauf Wuhu is a separate Chinese company from KPT and operates a different facility in a different geographic area from KPT. We have focused and continue to focus on production from KPT because we have no evidence that there are any issues with drywall from Knauf Wuhu.

the pipeline to be produced. Knauf Gips KG has responded to the PSC's jurisdictional requests on December 4, 2009, and produced an initial set of documents on December 18, 2009 (more in response to the HSC's requests). Knauf Gips KG will continue to produce documents with respect to jurisdictional issues although for purposes of this renewed motion, Knauf Gips KG is not participating in the February 18, 2010 evidentiary hearing regarding the scope of remedy, and is not a defendant in the March 15, 2010 bellwether trial. Therefore, there are no discovery issues properly before the Court with respect to Knauf Gips KG, and none are imminent.

The PSC's original Memorandum was full of misrepresentations with respect to the cooperation of KPT. At the time of its filing, KPT was actively engaged in a meet and confer process with PSC representatives with respect to the scope of the requests and working out an ESI protocol. Despite the premature filing of the Motion, KPT continued to work with the PSC. Indeed, the PSC admits in its most recent filing that KPT is the only defendant to have agreed on an ESI protocol.[2]

KPT and Knauf Wuhu will continue to produce ESI on a rolling basis. The length of time for production of ESI relates partially to many of the documents being in Chinese. The more significant issue is the need to review documents in China, not in the U.S., for state secret issues or risk significant liability for KPT and Knauf Wuhu, as well as employees of the companies. (See e.g., Sky Canaves, *Murky State Secrets Laws At Issue In Rio Tinto Case*, Wall St. J.. July 9, 2009, attached as Ex. A.) KPT and the PSC agreed on English and Chinese search terms in the fist week of December, but the state secret issue has resulted in a more cumbersome process of production and is the reason ESI is only being produced now.

---

[2] The only issue that is outstanding with respect to KPT is its privilege log. KPT has not produced a privilege log because almost all of the privileged documents are ESI. KPT is working on the privilege log as it reviews ESI, and KPT will provide an initial privilege log before the end of the year.

In sum, KPT and the other Knauf entities have been cooperating with the PSC and diligently working on production. The PSC's motion with respect to KPT and any other Knauf entities is premature because there has not been a meet and confer and without any basis because KPT is diligently proceeding with production. KPT respectfully requests that this Court deny the PSC's Motion to Compel to the extent the PSC continues to seek its application to KPT or any Knauf entity.

Dated: December 21, 2009

Respectfully submitted,

/s/ Douglas B. Sanders

Douglas B. Sanders
Richard Franklin
**BAKER & MCKENZIE LLP**
130 E. Randolph Dr.
Chicago, IL 60601
Telephone: (312) 861-8075
Facsimile: (312) 698-2375
Email: douglas.b.sanders@bakernet.com

Donald J. Hayden
**BAKER & MCKENZIE LLP**
1111 Brickell Avenue
Suite 1700
Miami, Florida 33131
Telephone: (305) 789-8966
Facsimile: (305) 789-8953
E-mail: Donald.hayden@bakernet.com

Kerry Miller (LA Bar No. 24562)
Kyle A. Spaulding (LA Bar No. 29000)
**FRILOT L.L.C.**
1100 Poydras Street
Suite 3700
New Orleans, Louisiana 70163
Telephone:    (504) 599-8194
Facsimile:    (504) 599-8145
Email: kmiller@frilot.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing, **Knauf Plasterboard (Tianjin) Co., Ltd.'s Opposition Memorandum to PSC's Motion to Compel,** has been served upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this 21st day of December, 2009.

/s/ Douglas B. Sanders