UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**THIS DOCUMENT RELATES TO** *Germano v. Taishan Gypsum Co., Ltd.*, **Case No. 09-6687**

**ORDER**

On November 25, 2009, the Court entered a Scheduling Order for the hearing in *Germano v. Taishan Gypsum Co., Ltd*, Case No. 09-6687 (Rec. Doc. No. 502). In the Scheduling Order, the Court set December 4, 2009, as the date for all motions to intervene, with responses due on December 9, 2009. Two motions to intervene were filed timely, (1) Plaintiff's Motion to Intervene Pursuant to the Court's Scheduling Order of November 25, 2009 (Rec. Doc. No. 548), and (2) Knauf Plasterboard (Tianjin) Co. Ltd.'s Motion for Leave to Intervene (Rec. Doc. No. 561). No responses in opposition were filed to these Motions. The Court has considered the Motions to Intervene. Accordingly, IT IS ORDERED that (1) Plaintiff's Motion to Intervene Pursuant to the Court's Scheduling Order of November 25, 2009 (Rec. Doc. No. 548), and (2) Knauf Plasterboard (Tianjin) Co. Ltd.'s Motion for Leave to Intervene (Rec. Doc. No. 561) are GRANTED.

The Mitchell Company, Inc. timely filed a Motion to Intervene or, In the Alternative, to Consolidate Hearing (Rec. Doc. No. 558). The Motion is currently set for hearing on January 13, 2010. However, in light of the current Scheduling Order, the Court finds it necessary to expedite the hearing date for this Motion. Accordingly, IT IS ORDERED that the hearing date

for The Mitchell Company, Inc.'s Motion to Intervene or, In the Alternative, to Consolidate Hearing (Rec. Doc. No. 558) is set for December 30, 2009. Responses to the Motion are due December 28, 2009.

      New Orleans, Louisiana, this __20th__ day of December, 2009.

                                                   ELDON E. FALLON
                                                 UNITED STATES DISTRICT JUDGE