- 5 -

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * | MDL Docket No. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, Case No. 2:09-cv-6687 (E.D.La.)

### ORDER

CAME UNTO BE CONSIDERED the Consent Motion for Entry of Revised Scheduling Order, the Court, having considered the Motion, is of the opinion that it is meritorious and should be granted. Accordingly, it is **ORDERED** that the revised Scheduling Order attached to Knauf Plasterboard (Tianjin) Co., Ltd.'s Motion shall be entered into the record of this matter, and replaces the original *Germano* Scheduling Order.

December 20, 2009, New Orleans, Louisiana

_____
JUDGE ELDON E. FALLON