UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| | JUDGE FALLON |
| THIS DOCUMENT RELATES TO ALL CASES | MAG. JUDGE WILKINSON |

**INTERIOR EXTERIOR BUILDING SUPPLY'S
OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL**

Since plaintiffs have not sought to meet and confer with Interior Exterior Building Supply, L.P. ("Interior Exterior") regarding any particular discovery issue, Interior Exterior can only conclude that plaintiffs' discovery complaints are directed to some other party.

The only issue that is outstanding with respect to Interior Exterior is its privilege log, which is being prepared and should be finalized shortly. Interior Exterior has produced over 16,000 pages of documents. Those documents, which were produced about two months ago, contain all unprivileged documents, including Electronically Stored Information, responsive to plaintiffs' document requests. Of course, Interior Exterior will continue to supplement its production on a rolling basis if and when additional documents are located.

For the reasons set forth above, plaintiffs' Motion should be denied.

Respectfully submitted,

/s/ Lambert J. Hassinger, Jr.

_____

Richard G. Duplantier, Jr. #18874
Lambert J. Hassinger, Jr. #21683
Galloway, Johnson, Tompkins, Burr & Smith
701 Poydras Street, Suite 4040
New Orleans, LA 70139
Phone: (504) 525 6802; Fax: (504) 525 2456
rduplantier@gjtbs.com
jhassinger@gjtbs.com
*Counsel  for Interior Exterior Building Supply, L.P.*

## Certificate of Service

The undersigned certifies that this document has been served on Plaintiffs' liaison counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 21st day of December, 2009.

/s/ Lambert J. Hassinger, Jr.

_____

Lambert J. Hassinger, Jr.