Case Name: Morris-Chin v. Knauf Plasterboard Tianjin Co., Ltd.
Defendant: Knauf Gips KG
Court Case No.: 09-20796-CIV-GOLD

## CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
 - the (date) 28.05.2009
 - *le (date)*
 - at (place, street, number)
 - *à (localité, rue numéro)* ~~Iphofen, Am Bahnhof 7~~

 - in one of the following methods authorised by article 5-
 - *dans une des formes suivantes prévues à l'article 5:*
 [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
 XX a) *selon les formes légales (article 5, alinéa premier, lettre a).*
 ~~[ ] (b) in accordance with the following particular method*:~~
 b) *selon la forme particulière suivante:* _____

 ~~[ ] (c) by delivery to the addressee, who accepted it voluntarily.*~~
 c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
 - (identity and description of person)
 - *(identité et qualité de la personne)* Ursula Hess

 - relationship to the addressee (family, business or other):
 - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* Beschäftigte des Adressaten in den Geschäftsräumen

~~2) that the document has not been served, by reason of the following facts*:~~
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Amended Class Action Complaint, Order Granting Plaintiffs' Motion for Appoint of Special Process Server for Service in Germany (DE 5), Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Piéces renvoyées:*

_____
_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

Die als Anlage mit dem Zustellzeugnis verbundenen Schriftstücke wurden zugestellt

Done at Kitzingen , the 06.11.2009
*Fait à* , *le*

Signature and/or stamp.
*Signature et/ou cachet.*

Hamm
Rechtspflegerin

*Delete if inappropriate.*
*Rayer les mentions inutiles.*

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Florida

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile*
*ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776     Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | PRÄSIDENTIN DES OBERLANDESGERICHTS MÜNCHEN<br>Prielmayerstraße 5<br>80097 München<br><br>Germany<br><br>[Stamp: Der Präsident des Oberlandesgerichts München  Eing. 2 7. APR. 2009  Akt....Heft....Beil....Abdr.  Nr. 9341 oE-61/09] |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
   (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

   *(identité et adresse)*    Knauf Gips KG
           Am Bahnhof 7, D-97343 Iphofen, Germany
                  Tel:

[X] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    a)   *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    b)   *selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*

[ ] (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    c)   *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

--Amended Class Action Complaint
--Order Granting Plaintiffs' Motion for Appoint of Special Process Server for Service in Germany (DE 5)
--Summons in a Civil Action
--Translations
--Summary of the Documents to be Served

Done at
*Fait à* Minneapolis, Minnesota, U.S.A.         , the 4/23/09
                                                 , *le*

Signature and/or stamp.
*Signature et/ou cachet.*

[Signature]

(Formerly OBD-116 which was formerly LAA-116,       USM-94
both of which may still be used)                    (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*