UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 2047 |
| | | SECTION L |
| | * | JUDGE FALLON |
| This document relates to: See Exhibit "A" | * * | MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * *

## ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE

**IT IS ORDERED** that plaintiffs in the cases listed in the attached **Exhibit "A"** show cause on the 14th day of January, 2010 after the monthly status conference, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiffs' cases dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure Rules 37(b)(2)(c) and/or 41(b). Plaintiffs shall file and serve upon Liaison Counsel any oppositions to the Rule on or before the 6th day of January 2010. Defendants' Steering Committee shall file and serve upon Plaintiffs' Liaison Counsel and plaintiffs' counsel in the above-referenced cases any replies to the oppositions on or before the 12th day of January, 2010.

NEW ORLEANS, LOUISIANA, this _____ day of December, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE