# **EXHIBIT D**

Jonathan D. Selbin is a partner at Lieff, Cabraser, Heimann & Bernstein, LLP, resident in the firm's New York office, and a member of the firm's Executive Committee.  Mr. Selbin heads the Firm's economic injury product defect practice group, representing plaintiffs in consumer protection and defective products cases.  Cases in which he has played a lead role have resulted in court-approved class action settlements with a combined total recovery for consumers and homeowners of over $2 billion in cash, as well as other relief.  Among his many sole or co-lead positions in dozens of state and federal cases over the last 14 years, Mr. Selbin is currently court-appointed co-lead counsel in *In re: Mercedes-Benz Tele Aid Contract Litigation*, MDL No. 1914 (D.N.J.), and court-appointed sole lead counsel in *In re: Whirlpool Corp. Front-Loading Washer Products Liability Litigation*, MDL No. 2001 (N.D.Ohio).  Mr. Selbin has argued in the Fifth and Ninth Circuit U.S. Courts of Appeal, as well as several state appellate courts, and was lead trial counsel in a three month class action jury trial in 2006.  He is a contributing author to California Class Actions Practice and Procedures (Elizabeth J. Cabraser, Editor-in-Chief, 2003).  For more information about Mr. Selbin, see www.lieffcabraser.com.