# **EXHIBIT D**

taishan gypsum.txt

| Name | Court | Case No. | Filed | NOS | Closed |
|---|---|---|---|---|---|
| TAISHAN GYPSUM CO LTD | flndce | 3:2009cv00089 | 03/06/2009 | 385 | 06/24/2009 |
| TAISHAN GYPSUM CO LTD | flndce | 3:2009cv00409 | 09/11/2009 | 195 | |
| TAISHAN GYPSUM CO, LTD. | lamdce | 3:2009cv00373 | 06/18/2009 | 385 | 09/16/2009 |
| TAISHAN GYPSUM CO. LTD | flmdce | 2:2009cv00054 | 01/30/2009 | 385 | 06/19/2009 |
| TAISHAN GYPSUM CO. LTD | lamdce | 3:2009cv00301 | 05/19/2009 | 365 | 07/09/2009 |
| TAISHAN GYPSUM CO. LTD | lamdce | 3:2009cv00395 | 06/25/2009 | 365 | 07/31/2009 |
| TAISHAN GYPSUM CO. LTD | lamdce | 3:2009cv00937 | 10/30/2009 | 385 | 12/08/2009 |
| TAISHAN GYPSUM CO. LTD | lamdce | 3:2009cv00938 | 10/30/2009 | 385 | 12/08/2009 |
| TAISHAN GYPSUM CO. LTD | lamdce | 3:2009cv00939 | 10/30/2009 | 385 | 12/08/2009 |
| TAISHAN GYPSUM CO. LTD | flsdce | 1:2009cv22160 | 07/23/2009 | 245 | 08/03/2009 |
| TAISHAN GYPSUM CO. LTD | flsdce | 1:2009cv22570 | 08/28/2009 | 365 | 09/01/2009 |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv04345 | 07/08/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv04351 | 07/09/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv04367 | 07/09/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv04368 | 07/09/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv04378 | 07/10/2009 | 385 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv04538 | 07/28/2009 | 385 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv04655 | 08/06/2009 | 245 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv04656 | 07/31/2009 | 385 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv04660 | 07/31/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv05337 | 08/03/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv05828 | 08/19/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv05830 | 08/19/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv05869 | 08/27/2009 | 245 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv05871 | 08/27/2009 | 245 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv05872 | 08/27/2009 | 245 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv05874 | 08/25/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv05943 | 08/28/2009 | 385 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv05944 | 08/28/2009 | 385 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv05945 | 08/28/2009 | 385 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv05946 | 08/28/2009 | 385 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv06050 | 09/01/2009 | 385 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv06051 | 09/01/2009 | 385 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv06052 | 09/01/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv06081 | 09/02/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv06082 | 09/02/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv06083 | 09/02/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv06084 | 09/02/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv06085 | 09/02/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv06086 | 09/02/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv06087 | 09/02/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv06088 | 09/02/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv06089 | 09/02/2009 | 365 | |

taishan gypsum.txt

| Defendant | Court | Case No. | Date | Code | Date 2 |
|---|---|---|---|---|---|
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv06090 | 09/02/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv06091 | 09/02/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv06092 | 09/02/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv06093 | 09/02/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv06094 | 09/02/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv06095 | 09/02/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv06096 | 09/02/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv06097 | 09/02/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv06103 | 09/03/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv06506 | 10/08/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv06507 | 10/02/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv06509 | 09/30/2009 | 385 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv06525 | 09/30/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv06526 | 10/01/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv06532 | 10/01/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv06533 | 10/01/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv06538 | 10/01/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv06545 | 10/01/2009 | 385 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv06546 | 10/01/2009 | 385 | |
| TAISHAN GYPSUM CO. LTD | flsdce | 0:2009cv61096 | 07/23/2009 | 245 | 07/27/2009 |
| TAISHAN GYPSUM CO. LTD. | vaedce | 4:2009cv00115 | 08/28/2009 | 385 | 09/30/2009 |
| TAISHAN GYPSUM CO. LTD. | vaedce | 2:2009cv00202 | 05/01/2009 | 385 | 10/13/2009 |
| TAISHAN GYPSUM CO. LTD. | vaedce | 2:2009cv00202 | 05/01/2009 | 385 | 10/13/2009 |
| TAISHAN GYPSUM CO. LTD. | flmdce | 2:2009cv00418 | 06/30/2009 | 245 | 07/31/2009 |
| TAISHAN GYPSUM CO. LTD. | flmdce | 2:2009cv00419 | 07/01/2009 | 385 | 07/31/2009 |
| TAISHAN GYPSUM CO. LTD. | vaedce | 2:2009cv00428 | 08/28/2009 | 385 | 09/30/2009 |
| TAISHAN GYPSUM CO. LTD. | flmdce | 2:2009cv00557 | 08/24/2009 | 385 | 10/01/2009 |
| TAISHAN GYPSUM CO. LTD. | flmdce | 2:2009cv00558 | 08/24/2009 | 385 | 10/01/2009 |
| TAISHAN GYPSUM CO. LTD. | lamdce | 3:2009cv00721 | 09/01/2009 | 245 | 10/22/2009 |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv02981 | 03/03/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03127 | 03/24/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03135 | 03/24/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03136 | 03/24/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03156 | 03/27/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03157 | 03/27/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03192 | 03/31/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03193 | 03/31/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03215 | 04/02/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03243 | 04/08/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03265 | 04/09/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03282 | 04/14/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03309 | 04/16/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03384 | 04/28/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03422 | 05/01/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03423 | 05/01/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03424 | 05/01/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03425 | 05/01/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03426 | 05/01/2009 | 365 | |

taishan gypsum.txt

| | | | | |
|---|---|---|---|---|
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03427 | 05/01/2009 | 365 |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03479 | 05/08/2009 | 365 |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03488 | 05/08/2009 | 365 |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03525 | 05/12/2009 | 365 |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03526 | 05/12/2009 | 365 |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03535 | 05/13/2009 | 365 |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03536 | 05/13/2009 | 365 |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03634 | 05/22/2009 | 365 |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03635 | 05/22/2009 | 365 |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03636 | 05/22/2009 | 365 |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03637 | 05/22/2009 | 365 |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03638 | 05/22/2009 | 365 |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03639 | 05/22/2009 | 365 |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03812 | 06/10/2009 | 385 |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03836 | 06/11/2009 | 365 |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03837 | 06/11/2009 | 385 |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03838 | 06/11/2009 | 385 |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03840 | 06/11/2009 | 380 |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03923 | 06/18/2009 | 365 |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03925 | 06/18/2009 | 385 | 09/23/2009 |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03926 | 06/18/2009 | 385 |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03927 | 06/18/2009 | 385 |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03928 | 06/18/2009 | 385 | 10/28/2009 |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03929 | 06/18/2009 | 385 |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03930 | 06/18/2009 | 385 |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03931 | 06/18/2009 | 385 |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03932 | 06/18/2009 | 385 |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03956 | 06/19/2009 | 385 |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03959 | 06/19/2009 | 385 |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03960 | 06/19/2009 | 385 |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03961 | 06/19/2009 | 385 |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv04100 | 06/15/2009 | 365 |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv04101 | 06/15/2009 | 365 |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv04102 | 06/15/2009 | 365 |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv04112 | 06/24/2009 | 385 |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv04115 | 06/24/2009 | 385 |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv04122 | 06/16/2009 | 365 |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv04148 | 06/17/2009 | 365 |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv04154 | 06/23/2009 | 365 |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv04273 | 07/06/2009 | 365 |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv04274 | 07/06/2009 | 365 |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv04275 | 07/06/2009 | 365 |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv04287 | 07/07/2009 | 365 |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv04293 | 07/10/2009 | 365 |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv04323 | 07/09/2009 | 365 |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv04344 | 07/08/2009 | 365 |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv06547 | 10/01/2009 | 385 |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv06553 | 09/30/2009 | 365 |

```
                                          taishan_gypsum.txt
TAISHAN GYPSUM CO. LTD.                   laedce  2:2009cv06554  10/02/2009  365
TAISHAN GYPSUM CO. LTD.                   laedce  2:2009cv06555  10/02/2009  365
TAISHAN GYPSUM CO. LTD.                   laedce  2:2009cv06686  10/15/2009  385
TAISHAN GYPSUM CO. LTD.                   laedce  2:2009cv06686  10/15/2009  385
TAISHAN GYPSUM CO. LTD.                   laedce  2:2009cv06687  10/13/2009  385
TAISHAN GYPSUM CO. LTD.                   laedce  2:2009cv06687  10/13/2009  385
TAISHAN GYPSUM CO. LTD.                   laedce  2:2009cv06690  10/07/2009  365
TAISHAN GYPSUM CO. LTD.                   laedce  2:2009cv06738  10/13/2009  245
TAISHAN GYPSUM CO. LTD.                   laedce  2:2009cv06752  10/22/2009  365
TAISHAN GYPSUM CO. LTD.                   laedce  2:2009cv06753  10/13/2009  365
TAISHAN GYPSUM CO. LTD.                   laedce  2:2009cv07042  10/26/2009  365
TAISHAN GYPSUM CO. LTD.                   laedce  2:2009cv07131  11/02/2009  365
TAISHAN GYPSUM CO. LTD.                   flsdce  1:2009cv22569  08/28/2009  365
TAISHAN GYPSUM CO. LTD.                   flsdce  9:2009cv81261  08/28/2009  365  10/01/2009
TAISHAN GYPSUM CO., LTD                   flsdce  1:2009cv21331  05/18/2009  365  06/17/2009
TAISHAN GYPSUM CO., LTD                   flsdce  1:2009cv22159  07/23/2009  245  08/27/2009
TAISHAN GYPSUM CO., LTD                   flsdce  9:2009cv81250  08/27/2009  365
TAISHAN GYPSUM CO., LTD                   flsdce  9:2009cv81259  08/28/2009  365  10/01/2009
TAISHAN GYPSUM CO., LTD.                  ncedce  2:2009cv00025  05/15/2009  385  10/15/2009
TAISHAN GYPSUM CO., LTD.                  alsdce  1:2009cv00255  05/08/2009  365  07/10/2009
TAISHAN GYPSUM CO., LTD.                  alsdce  1:2009cv00550  08/25/2009  385
TAISHAN GYPSUM CO., LTD.                  alsdce  1:2009cv00554  08/26/2009  360
TAISHAN GYPSUM CO., LTD.                  alsdce  1:2009cv00565  08/28/2009  365  10/01/2009
TAISHAN GYPSUM CO., LTD.                  mssdce  1:2009cv00645  08/28/2009  385  09/30/2009
TAISHAN GYPSUM CO., LTD.                  mssdce  1:2009cv00651  08/31/2009  365  09/30/2009
TAISHAN GYPSUM CO., LTD.                  mssdce  1:2009cv00654  09/02/2009  385  10/13/2009
```