**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION, | MDL Docket No. 2047 |
| THIS DOCUMENT RELATES TO: | |
| THE MITCHELL COMPANY, INC., | Case No. 09-cv-4115 |
| Plaintiff, individually and on behalf of others similarly situated, | |
| vs. | |
| KNAUF GIPS KG, a German corporation; KNAUF PLASTERBOARD (TIANJIN CO., LTD., a Chinese limited liability corporation; TAISHAN GYPSUM CO., LTD. (f/k/a Shandong Taihe Dongxin Co., Ltd.), a Chinese limited liability corporation); INTERIOR & EXTERIOR BUILDING SUPPLY, L.P., a limited partnership; and RIGHTWAY DRYWALL, INC., a Georgia corporation, | SECTION L JUDGE FALLON MAG. JUDGE WILKINSON

Oral Argument Requested Proposed Hearing Date: Jan. 27, 2010 |
| Defendants. | |

**REQUEST FOR ORAL ARGUMENT ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AGAINST TAISHAN GYPSUM CO., LTD.**

852426.1

Plaintiff The Mitchell Company, Inc. requests oral argument on its Motion For Class Certification Against Taishan Gypsum Co., Ltd.

DATED: December 23, 2009      *s/  Kristen E. Law*
                 ELIZABETH J. CABRASER
                 KRISTEN E. LAW
                 Lieff, Cabraser, Heimann & Bernstein, LLP
                 Embarcadero Center West
                 275 Battery Street, 29th Floor
                 San Francisco, California  94111-3339
                 415-956-1000
                 415-956-1008 (fax)

                 STEVEN L. NICHOLAS (ASB-2021-N35S)
                 R. EDWIN LAMBERTH
                 Cunningham Bounds, LLC
                 1601 Dauphin Street
                 Mobile, Alabama  36604
                 251-471-6191
                 251-479-1031 (fax)

                 JONATHAN D. SELBIN
                 Lieff, Cabraser, Heimann & Bernstein, LLP
                 780 Third Avenue, 48th Floor
                 New York, New York  10017-2024
                 212-355-9500
                 212-355-9592 (fax)

                 Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I do hereby certify that the above and foregoing "Request For Oral Argument On Plaintiff's Motion For Class Certification Against Taishan Gypsum Co., Ltd." has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically

852426.1

filed with the Clerk of Court of the United States District Court for the Eastern District of

Louisiana by using the CM/ECF System, which will send a notice of electronic filing in

accordance with the procedures established in MDL 2047, on this the 23rd day of December,

2009.

_s/  Kristen E. Law_  
KRISTEN E. LAW

**DEFENDANTS TO BE SERVED AS FOLLOWS:**

Knauf Gips KG
Ridham Dock, Kemsley
Sittingbourne, Kent ME9 8SR, UK

Knauf Plasterboard (Tianjin) Co., Ltd.
North Yinhe Bridge, East Jingjin Road
RC-300400 Tianjin, China

Taishan Gypsum Co. Ltd.
Dawenkou Daiyue District
RC-271026 Tai'an Shandong, China

Interior & Exterior Building Supply, L.P.
727 South Cortez Street
New Orleans, Louisiana  70119

Rightway Drywall, Inc.
c/o Michael S. Jenkins, Registered Agent
102 Samantha Drive
Bonaire, Georgia  31005

852426.1