UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO CASE NO:<br>09-6690 | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## NOTICE OF APPEARANCE OF FULMER LEROY ALBEE BAUMANN & GLASS, P.L., AS COUNSEL FOR DEFENDANT INDEPENDENT BUILDERS SUPPLY ASSOCIATION, INC.

COMES NOW, the law firm of Fulmer LeRoy Albee Baumann & Glass, P.L., and hereby files its Notice of Appearance as counsel on behalf of the Defendant, Independent Builders Supply Association, Inc., ("IBSA"). It is respectfully requested that all future pleading and correspondence be served upon the undersigned in connection with this action.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 28, 2009, I electronically filed the foregoing document and this certificate with the Clerk of the Court using the CM/ECF system. I also certify a copy of the foregoing was served upon all parties by electronically uploading the document to LexisNexis File and Serve and in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing:

**FULMER, LeROY, ALBEE, BAUMANN & GLASS, P.L.**

/s/ Gary F. Baumann
Gary F. Baumann
gbaumann@FulmerLeRoy.com
Florida Bar No.: 089052
2866 East Oakland Park Boulevard
Fort Lauderdale, FL 33306
(954) 707-4430 phone
(954) 707-4431 fax
Attorneys for Defendant
**INDEPENDENT BUILDERS SUPPLY ASSOCIATION, INC**