APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Florida

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matièr civile*
*ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776   Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | **DIVISION OF JUDICIAL ASSISTANCE**<br>**Ministry of Justice**<br>**No.10, Chaoyangmen, Nandajie**<br>**Chaoyang District**<br>**Beijing**<br><br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
　　　(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
　　　*(identité et adresse)*　　Knauf Plasterboard Wuhu Co., Ltd.
　　　　　　No. 2 Gang Wan Road, Wuhu Anhui, China, 241009
　　　　　　　Tel:

[X]　(a)　in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
　　　*a)　selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]　(b)　in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
　　　*b)　selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*_____

[ ]　(c)　by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
　　　*c)　le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

Amended Complaint - Class Action
Summons in a Civil Action
Translations
Summary of the Documents to be Served

Done at　　　　　　　　　　　　　　　　　, the   5/6/09
*Fait à* Minneapolis, Minnesota, U.S.A.　　*le*

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116,　　USM-94
both of which may still be used)　　　　　　　　　(Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

# ANHUI PROVINCE SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[The People's Republic of China
Anhui Province Superior People's Court
Judicial Assistance Seal]

*Law Association No. FX-09-903*
*Judicial Association No. SX-09-865*
*(2009) Anhui Superior People's Court/International No. 0014*

| | |
|---|---|
| Cause of Action | |
| Servee | KNAUF PLASTERBOARD (WUHU) CO. LTD. |
| Address for Service | 2 Gang Wan Road, Wuhu City, (Anhui Province, China). |
| Document Served and Number | Summary of documents, 1 copy; Summons, 1 copy; Complaint, 1 copy; and the translation of these documents. |
| Recipient Signature or Seal | Seal: Knauf Plasterboard (Wuhu) Company, Limited. |
| Date of Receipt | June 23, 2009 |
| Substitute Recipient and Reason | |
| Servers | |
| Notes | |

Note:
1. *If the recipient proper is not in, hand the documents to an adult family member for receiving in substitution.*
2. *In case of receipt by substitution, the recipient shall sign or seal in the recipient's space and note his/her relationship with the servee.*
3. *If the recipient refuses to accept and sign the documents served, the server shall invite his/her neighbor or other witnesses to be present, and explain to them the situation, note on the Proof of Service the refusal and date, have himself and the witness sign, and leave the process documents at the place of residence of the recipient. The service is then deemed as executed.*

# KNAUF 可耐福

## Letter of Introduction

City Intermediate People's Court:

Comrade Yang Aizhen is accredited by this company to be at your court for signing and receiving the process proceedings.

Your acceptance and assistance will be appreciated.

Thank you.

                      Sincerely,

                      Knauf Plasterboard (Wuhu) Company Limited

                      [Seal: Knauf Plasterboard (Wuhu) Company Limited]

                      June 23, 2009

Duration of Validity: 30 days.

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile*
*ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776    Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | DIVISION OF JUDICIAL ASSISTANCE<br>Ministry of Justice<br>No.10, Chaoyangmen, Nandajie<br>Chaoyang District<br>Beijing<br><br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
   (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
   *(identité et adresse)*    Knauf Plasterboard Wuhu Co., Ltd.
                No. 2 Gang Wan Road, Wuhu Anhui, China, 241009
                    Tel:

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
  a) *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
  b) *selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*_____

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
  c) *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| | |
|---|---|
| Amended Complaint - Class Action<br>Summons in a Civil Action<br>Translations<br>Summary of the Documents to be Served | Done at                                              , the  5/6/09<br>*Fait à* Minneapolis, Minnesota, U.S.A.    , *le*<br><br>Signature and/or stamp.<br>*Signature et/ou cachet.* |

(Formerly OBD-116 which was formerly LAA-116,           USM-94
both of which may still be used)                                       (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

## CERTIFICATE
### ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)    that the document has been served*
1.    *que la demande a été exécutée*
 - the (date)
 - *le (date)*    **23/6, 2009**
 - at (place, street, number)
 - *à (localité, rue numéro)*    **No. 2, Gangwan Road, Wuhu, Anhui, China**

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
  - [X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
    - a)  *selon les formes légales (article 5, alinéa premier, lettre a).*
  - [ ]  (b)  in accordance with the following particular method*:
    - b)  *selon la forme particulière suivante:* _____
  - [ ]  (c)  by delivery to the addressee, who accepted it voluntarily.*
    - c)  *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)*    **Knauf Plasterboard Wuhu Co. Ltd.**

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination ou autres, avec le destinataire de l'acte:*    **Personal Service**

2)    that the document has not been served, by reason of the following facts*:
2.    *que la demande n'a pas été exécutée, en raison des faits suivants:*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Amended Complaint - Class Action, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

Done at    **Beijing**   , the **13/7, 2009**
*Fait à*
Signature and/or stamp.
*Signature et/ou cachet.*

[Chinese stamp: 中华人民共和国 司法协助专用章]

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

*  Delete if inappropriate.
  *Rayer les mentions inutiles.*

2