UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL 2047 |
| | | SECTION: L |
| | | JUDGE FALLON |
| * * * * * * * * | | MAG. JUDGE WILKINSON |

**THIS DOCUMENTS RELATES TO:**

RONNIE VAN WINKLE SR. et al      No. 09-4378

### NAUTILUS INSURANCE COMPANY'S OPPOSITION TO PLAINTIFF STEERING COMMITTEE'S MOTION TO STRIKE ITS MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Nautilus Insurance Company ("Nautilus"), in opposition to the Motion to Strike filed by the Plaintiff Steering Committee on December 18, 2009.

For the reasons set forth in the accompanying memorandum of law, Nautilus submits that its Motion to Dismiss for Lack of Subject Matter Jurisdiction Pursuant to FRCP

Rule 12(B)(1) should not be stricken, and movant's motion seeking such relief, should be denied.

Dated: December 28, 2009

RESPECTFULLY SUBMITTED:

**HEBBLER & GIORDANO, L.L.C.**
*Attorneys at Law*

BY: _____
GEORGE P. HEBBLER, JR. (T.A.)
Louisiana Bar No: 6722
Email: hebbler@hebblergiordano.com
FRANK A. ROMEU, JR.
Louisiana Bar No: 18412
Email: romeu@hebblergiordano.com
MICHAEL P. HIGGINS
Louisiana Bar No: 30554
Email: higgins@hebblergiordano.com
Attorney for Defendants
3636 S. I-10 Service Road W, Suite 300
Metairie, Louisiana 70001
Telephone: (504) 833-8007
Facsimile: (504) 833-2866

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Opposition to Plaintiff Steering Committee's Motion to Strike Nautilus Insurance Company's Motion to Dismiss for Lack of Subject Matter Jurisdiction has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No.6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 28th day of December, 2009.

_____
FRANK A. ROMEU, JR., LSBA #18412