UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL 2047 SECTION: L JUDGE FALLON |
| * * * * * * * * | | MAG. JUDGE WILKINSON |

**THIS DOCUMENTS RELATES TO:**

RONNIE VAN WINKLE SR. et al      No. 09-4378

## NAUTILUS INSURANCE COMPANY'S MEMORANDUM IN SUPPORT OF OPPOSITION TO PLAINTIFF STEERING COMMITTEE'S MOTION TO STRIKE ITS MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

On October 23, 2009, Defendant, Nautilus Insurance Company, filed with the Court and uploaded to Lexis/Nexis' File & Serve the following pleadings:

1) Ex Parte Motion for Leave to File its Motion To Dismiss for Lack of Subject Matter Jurisdiction Pursuant to FRCP Rule 12(B)(1);

2) Order on Ex Parte Motion;

3) Motion To Dismiss for Lack of Subject Matter Jurisdiction Pursuant to FRCP Rule 12(B)(1);

4) Memorandum in Support of Motion To Dismiss for Lack of Subject Matter Jurisdiction Pursuant to FRCP Rule 12(B)(1); and

5) Request for Oral Argument.

Nautilus was under the impression that it had successfully and satisfactorily complied with the Court's Pretrial Order No. 6 in doing so. It was not until its receipt of the Plaintiff Steering Committee's Motion to Strike that it became aware that its pleadings had

apparently not been uploaded to the Lexis/Nexis File & Serve.

In an effort to again comply with the Court's Pretrial Order No. 6, on December 23, 2009, Nautilus uploaded to Lexis/Nexis' File & Serve the above five pleadings. That Nautilus successfully uploaded the above five delineated pleadings on December 23, 2009, is evidenced by the attached receipt from Lexis/Nexis. See Exhibit "A".

In light of Nautilus' recent compliance with the Court's Pretrial Order No. 6, Nautilus submits that Plaintiff Steering Committee's Motion to Strike is not moot and that it should be denied.

Dated: December 28, 2009

RESPECTFULLY SUBMITTED:

**HEBBLER & GIORDANO, L.L.C.**
*Attorneys at Law*

BY: _____
GEORGE P. HEBBLER, JR. (T.A.)
Louisiana Bar No: 6722
Email: hebbler@hebblergiordano.com
FRANK A. ROMEU, JR.
Louisiana Bar No: 18412
Email: romeu@hebblergiordano.com
MICHAEL P. HIGGINS
Louisiana Bar No: 30554
Email: higgins@hebblergiordano.com
Attorney for Defendants
3636 S. I-10 Service Road W, Suite 300
Metairie, Louisiana 70001
Telephone: (504) 833-8007
Facsimile: (504) 833-2866

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Opposition to Plaintiff Steering Committee's Motion to Strike Nautilus Insurance Company's Motion to Dismiss for Lack of Subject Matter Jurisdiction has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No.6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 28th day of December, 2009.

FRANK A. ROMEU, JR., LSBA #18412