# Debbie Bertucci

| | |
|---|---|
| **From:** | LexisNexis File & Serve [TransactionReceipt@fileandserve.lexisnexis.com] |
| **Sent:** | Wednesday, December 23, 2009 11:17 AM |
| **To:** | debbieb@hebblergiordano.com |
| **Subject:** | Case: MC MDL 2047; Transaction: 28650510 Transaction Receipt |

To: Debbie Bertucci
Subject: Transaction Receipt

This email is to confirm receipt of your documents. The transaction option you selected was "Serve Only - Public". The details for this transaction are listed below.

```
Court:                   LA US District Court Eastern District E-Service-Chinese Drywall
Case Name:               In re: Chinese Manufactured Drywall Products Liability Litigation
Case Number:             MC MDL 2047
Transaction ID:          28650510
Document Title(s):
     Ex Parte Motion and Order for Leave to File Nautilus Insurance Company's Motion to
Dismiss for Lack of Subject Matter Jursdiction to FRCP Rule 12(B)(1) (2 pages)
     Proposed Order (1 page)
     Motion to Dismiss for Lack of Subject Matter Jurisdiction (2 pages)
     Memorandum in Support of Motion to Dismiss for Lack of Subject Matter Jurisdiction (5
pages)
     Request for Oral Argument (2 pages)
Authorized Date/Time:    Dec 23 2009 11:15AM CST
Authorizer:              George P Hebbler
Authorizer's Organization:  Hebbler & Giordano LLC
Sending Parties:
     Defendant
Served Parties:
     8 parties
```

Thank you for using LexisNexis File & Serve.

Questions? For prompt, courteous assistance please contact LexisNexis Customer Service by phone at 1-888-529-7587 (24/7).



EXHIBIT A

## LexisNexis File & Serve Transaction Receipt

**Transaction ID:** 28650510
**Submitted by:** Debbie Bertucci, Hebbler & Giordano LLC
**Authorized by:** George P Hebbler, Hebbler & Giordano LLC
**Authorize and file on:** Dec 23 2009 11:15AM CST

**Court:** LA US District Court Eastern District E-Service-Chinese Drywall
**Division/Courtroom:** N/A
**Case Class:** Civil-Products Liability-Chinese Drywall
**Case Type:** Chinese Drywall-All Cases
**Case Number:** MC MDL 2047
**Case Name:** In re: Chinese Manufactured Drywall Products Liability Litigation

**Transaction Option:** Serve Only - Public
**Billing Reference:** 0463.158
**Read Status for e-service:** Not Purchased

**Documents List**
**5 Document(s)**

**Attached Document, 2 Pages** Document ID: 26473245 — PDF Format | Original Format
| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
| Motion - Other | Public | $0.00 | |

**Document title:**
Ex Parte Motion and Order for Leave to File Nautilus Insurance Company's Motion to Dismiss for Lack of Subject Matter Jursdiction to FRCP Rule 12(B)(1)

**Attached Document, 1 Pages** Document ID: 26473302 — PDF Format | Original Format
Related Document ID: 26473245
| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
| Order | Public | $0.00 | |

**Document title:**
Proposed Order

**Attached Document, 2 Pages** Document ID: 26473326 — PDF Format | Original Format
Related Document ID: 26473245
| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
| Motion | Public | $0.00 | |

**Document title:**
Motion to Dismiss for Lack of Subject Matter Jurisdiction

**Attached Document, 5 Pages** Document ID: 26473374 — PDF Format | Original Format
Related Document ID: 26473245
| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
| Other Pleading | Public | $0.00 | |

**Document title:**
Memorandum in Support of Motion to Dismiss for Lack of Subject Matter Jurisdiction

**Attached Document, 2 Pages** Document ID: 26473398 — PDF Format | Original Format
Related Document ID: 26473245
| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
| Other Pleading | Public | $0.00 | |

**Document title:**
Request for Oral Argument

Expand All

⊟ **Sending Parties (1)**

| Party | Party Type | Attorney | Firm | Attorney Type |
| Defendant Interested Party | | Hebbler, George P | Hebbler & Giordano LLC | Attorney in Charge |

⊞ **Recipients (291)**

⊞ Service List (291)

⊟ Additional Recipients (0)

⊞ **Case Parties**

[Close]

 | About LexisNexis | Terms & Conditions | Privacy | Customer Support - 1-888-529-7587
Copyright © 2009 LexisNexis®, a division of Reed Elsevier Inc. All rights reserved.