# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) MDL Docket No. 2047 ) |
| This Document Relates to:<br>THE MITCHELL COMPANY, INC., individually and on behalf of others similarly situated v. Knauf Gips KG, et al.,<br>Case No. 09-cv-4115 (E.D. La.) | ) ) SECTION L ) JUDGE FALLON ) MG. JUDGE WILKINSON ) ) ) |

## RULE 41 VOLUNTARY DISMISSAL OF THIRD-PARTY COMPLAINT AGAINST SMOKY MOUNTAIN MATERIALS, INC. d/b/a EMERALD COAST BUILDING MATERIALS WITHOUT PREJUDICE

**COMES NOW** the defendant, Rightway Drywall, Inc., and hereby gives notice under Federal Rule of Civil Procedure 41 of its voluntary dismissal of its third-party complaint against third-party defendant Smoky Mountain Materials, Inc. d/b/a Emerald Coast Building Materials without prejudice.

/s/ S. Greg Burge
S. Greg Burge
gburge@burr.com

Attorney for Defendant
RIGHTWAY DRYWALL, INC.

**OF COUNSEL:**
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

1798825 v1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 28th day of December, 2009.

/s/ S. Greg Burge
OF COUNSEL