UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

MDL No. 09-2047

THIS DOCUMENT RELATES TO:

JUDGE: FALLON

David Gross, et al. v. Knauf Gips KG, et al.
No. 09-06690 (E.D. LA)

MAGISTRATE: WILKINSON

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS

COMES NOW, J. Dwight LeBlanc, Jr. of the law firm of Chaffe McCall, L.L.P. and hereby file their Notice of Appearance as additional counsel on behalf of Defendant, J.W. Allen & Company, Inc. It is respectfully requested that all future pleadings, orders, notices, motions, documents, and correspondence be served upon the undersigned in connection with this action.

Respectfully submitted,

/s/ J. Dwight LeBlanc, Jr.
**J. Dwight LeBlanc, Jr.  (# 8195)**
E-mail: leblanc@chaffe.com
**CHAFFE McCALL, L.L.P**
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2300
Telephone: (504) 585-7000
*Attorney for Defendant, J.W. Allen & Company, Inc.*

1409172-1

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, this 29th day of December, 2009.

                                            /s/ J. Dwight LeBlanc, Jr.