# EXHIBIT "A"

CHINESE DRYWALL
STATUS OF DEFENDANTS' PRODUCTIONS AS OF 12/29/2009

| Defendant | Type | 30(b)6 Sent | RFP Sent | Responsive Pleading Received | Date of Pleading | Privilege Log Received | Date Privilege Log Received | Documents Produced | Date Docs Received | No. of pages produced | No. of documents produced | Format of Production | ESI | Comments on Production |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Banner Supply | Distributor | 9/2/2009 | 9/2/2009 | Yes | 10/16/2009 | No | | Yes | 10/22/2009 | 7,318 | 1,569 | Electronic images of documents | No | Not readily searchable. |
| Black Bear Gypsum | Distributor | 9/2/2009 | 9/2/2009 | Yes | 10/13/2009 | No | | Yes | 10/13/2009 | 411 | 1 | Electronic images of documents | No | Not readily searchable. |
| Centerline Homes, Inc. | Builder | | 9/2/2009 | Yes | 11/6/2009 | No | | No | | | | | | No documents produced. |
| Independent Builders Supply Assoc. (I.B.S.A. Inc., a North Carolina Corporation) | Distributor | 9/2/2009 | 9/2/2009 | Yes | 10/16/2009 | No | | Yes | 10/19/2009 10/20/2009 | Not Bates labeled 10/20/09 1-375 | 7 375 | Hard copy documents but only some of them were Bates numbered | Claims computer crashed and only limited access to ESI | Not searchable. |
| Interior/Exterior | Distributor | 9/2/2009, 11/4/2009, 11/12/2009, 12/22/2009 | 9/2/2009 | Yes | 11/2/2009 | No | | Yes | 11/2/2009 | 33,426 | 16,421 | Electronic images of documents | No | Not readily searchable. |
| L&W Supply/U.S. Gypsum | Distributor | 9/2/2009 | | Yes | 10/15/2009 | No | | Yes | 10/15/2009, 11/2/2009 | 20540 10,240 | 4950 3,781 | Electronic images of documents and OCR but no load file. | No | Not readily searchable. |
| La Suprema (La Suprema Trading inc) | Exporter/ Importer/ Broker | 9/2/09, 10/8/09, 10/9/09, 10/16/09 | 9/2/2009 | Yes | | No | | Yes | | 4,822 | 4,241 | Electronic images of documents. | No | Not readily searchable. |
| Lennar Corporation | Builder | 10/13/09, 10/23/09 | 9/2/2009 | Yes | 10/13/2009 | Yes | 11/23/2009 | Yes | 10/20/2009, 11/4/2009, 11/20/2009 | 674 2,466 405 | 70 15 | Electronic images of documents. | No | Parties are discussing format of production. Presently, Lennar is unwilling to adopt the agreement entered into between the PSC and certain Knauf entities. |
| M/I Homes | Builder | | 9/2/2009 | Yes | 10/14/2009 | No | | Yes | 11/3/2009 | 642 | 45 | Electronic images of documents. | No | Not readily searchable. |
| Mayeaux Construction Inc. | Builder | | 9/2/2009 | No | | No | | | | | | | | Small entity. Has agreed to an alternative format of production. |
| Mazer Super Discount Stores | Supplier | 1/13/2010 | 9/2/2009 | Yes | 10/15/2009 | Yes | 11/10/2009 | Yes | 11/2/2009 | 913 | 7 | Electronic images of documents, along with some photos and videos | Limited | Not readily searchable. |
| Northstar Holdings, Inc. (Northsitar Holdings at B and A LLC) | Builder | | 9/2/2009 | Yes | 11/10/2009 | No | | | | | | | | No documents produced. |
| Northstar Homes, Inc. | Builder | | 9/2/2009 | Yes | 11/10/2009 | No | | | | | | | | No documents produced. |
| Rightway Drywall Inc | Contractor/Installer | | 9/2/2009 | No | | No | | | | | | | | No documents produced. |
| Smoky Mountain Materials, Inc. | Distributor | 9/2/2009 | 9/2/2009 | Yes | 10/13/2009 | No | | Yes | 10/13/2009 11/11/09 – corrected discovery received | 372 | 1 | Electronic images of documents. | No | Not readily searchable. |
| South Kendall Construction Co. | Builder | | 9/2/2009 | Yes | 10/7/2009 | Yes | 10/7/2009 | Yes | 10/7/2009 | 1,183 | 5 | Electronic images of documents. | No | Not readily searchable. |
| Taylor Morrison | Builder | | 9/2/2009 | Yes | 10/13/2009 | Yes | 11/12/2009 | Yes | 10/19/2009, 11/5/2009 | 3,805 1,263 | 6 | Electronic production in summation format-- w/OCR | No | Searchable production of original hardcopy documents. |
| Tobin Trading, Inc. | Exporter/Importer/ Broker | | 9/2/2009 | Yes | 11/5/2009 | Yes | 11/9/2009 | Yes | | 859 | 3 | Electronic images of documents. | No | Not readily searchable. |
| Venture Supply & Porter Blaine | Exporter/Importer/ Broker | 9/2/2009 | 9/2/2009, 11/6/09 | Yes | 6/26/2009 | No | | Yes | 10/20/2009 | 2,282 | 8 | Electronic images of documents. | No | Not readily searchable. |