# EXHIBIT "B"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2047 )<br>) SECTION: L<br>)<br>) JUDGE FALLON<br>) MAG. JUDGE WILKINSON<br>) |

**THIS DOCUMENT RELATES TO ALL CASES**

### PRETRIAL ORDER NO. ____
### CONCERNING THE PRODUCTION OF PRIVILEGED LOGS

**UPON PLAINTIFFS' MOTION** for an order compelling certain **DEFENDANTS** to produce discovery and establish a uniform format of production, and the court having considered the papers and oral argument of counsel, and for good cause having been shown,

**IT IS HEREBY ORDERED** that:

1. DEFENDANTS BANNER SUPPLY, BLACK BEAR GYPSUM, CENTERLINE HOMES, INC., INDEPENDENT BUILDERS SUPPLY ASSOC., INTERIOR/EXTERIOR, L&W SUPPLY/U.S. GYPSUM, LA SUPREMA TRADING INC., M/I HOMES, NORTHSTAR HOLDINGS, INC., NORTHSTAR HOMES, INC, RIGHTWAY DRYWALL, INC., SMOKY MOUNTAIN MATERIALS, INC., AND VENTURE SUPPLY/PORTER BLAINE shall produce privilege logs to the Plaintiffs' Steering Committee, consistent with Pretrial Order No. 15, within five (5) days or produce all relevant documents in their possession.

2. DEFENDANTS listed in Paragraph 1 shall pay all costs incurred by PLAINTIFFS in bringing said motion.

W:\! DRYWALL\27687 MDL\PLD\MOTIONS TO COMPEL\PSC'S MOTION TO COMPEL DEFENDANTS\SECOND MOTION TO COMPEL 2009-12-29\EXHIBIT B.DOC

1

New Orleans, Louisiana, this _____ day of January, 2010.

                                                                                                      _____
                                                                                                      Honorable Eldon E. Fallon
                                                                                                      U.S. District Court Judge

W:\! DRYWALL\27687 MDL\PLD\MOTIONS TO COMPEL\PSC'S MOTION TO COMPEL DEFENDANTS\SECOND MOTION TO COMPEL 2009-12-29\EXHIBIT B.DOC

2