# EXHIBIT "F"

# HERMAN, HERMAN, KATZ & COTLAR
L.L.P.
Attorneys at Law

820 O'Keefe Avenue, New Orleans, Louisiana 70113-1116
Telephone: (504) 581-4892  Facsimile: (504) 561-6024
HTTP://WWW.HHKC.COM

Harry Herman (1914-1987)
Russ M. Herman*
Maury A. Herman*
Morton H. Katz*
Sidney A. Cotlar*
Steven J. Lane
Leonard A. Davis*‡
James C. Klick†

Stephen J. Herman
Brian D. Katz
Soren E. Gisleson

Joseph E. Cain
Jennifer J. Greene†
John S. Creevy
Jeremy S. Epstein
Joseph A. Kott, M.D. J.D. (Of Counsel)

Offices in New Orleans and
Covington, Louisiana

* A Professional Law Corporation
† Also Admitted in Texas
‡ Also Admitted in Arkansas

This Firm and its Partners Are Also
Partners in Herman Gerel, LLP (Formerly
Herman, Mathis, Casey, Kitchens & Gerel, LLP)

October 22, 2009

Kerry Miller, Esq.
*FRILOT, PARTRIDGE, KOHNKE & CLEMENTS, LLC*
Suite 3600
1100 Poydras Street
New Orleans, LA 70163

      Re:   <u>In re: Chinese-Manufactured Drywall Products Liability Litigation</u>
              **MDL 2047**

Dear Kerry:

This letter confirms a number of items that were addressed in the meet and confer that took place at Stone Pigman on October 20, 2009. Present at the meeting were the following:

A.    Present by Phone

      Jan Atlas
      Jeff Backman
      Hilarie Bass
      Gary Baumann
      Frank Brannon
      Dan Bryson
      Edwin Ember
      Bob Fitzsimmons
      Elizabeth Ferry
      Jaret Fuente
      Michael Goetz
      Ervin Gonzalez
      Ben Gordon
      Don Hardeman
      Bruce Kingsdorf

      Richard Lewis
      Fred Longer
      Mott McDonald
      Ronnie Melancon
      Kerry Miller
      Patrick Montoya
      Jim Reeves
      Sue Richards
      Doug Sanders
      Mindy Schultz
      Richard Serpe
      Vanessa Serrano
      Steven Shilling
      Jordan Watson
      Arnold Levin

October 22, 2009
Page 2

B.  Present in Person

   Bob Brown
   Rick Duplantier
   Skip Lambert
   Matt Moreland
   Mark Salky
   Neal Sivyer
   Kyle Spalding
   Irving Warshauer
   Dorothy Wimberly

In the meet and confer, we discussed the outstanding discovery responses and 30(b)(6) deposition schedule for each of the following defendants. The PSC has requested an immediate production of all hard copy documents and ESI responsive to the master set of discovery requests.

1. Interior/Exterior Building Supply, LP
   Defendants Counsel - Rick Duplantier
   PSC Contact - Steve Herman & Gerald Meunier
   A meet and confer is scheduled for 2:00 p.m. October 20, 2009 to further address discovery issues. I understand this occurred.
   Status of responses - No responsive pleading provided.
   Status of Document Production - None received yet, to be produced October 21, 2009.
   Status of ESI Production - None received yet.
   Status of Deposition - To be scheduled. No dates provided by Defendant.

2. Taylor Morrison Services, Inc. d/b/a Morrison Homes
   Defendants Counsel - Neal Sivyer
   PSC Contact - Jerry Parker and Richard Lewis
   Status of Responses - Responsive pleading provided.
   Status of Document Production - CD provided October 20, 2009.
   Status of ESI Production - No ESI produced.
   Status of Deposition - Defendant is to provide available dates but wants to schedule certain plaintiffs in Taylor Morrison cases at the same time.

3. Lennar Corporation and Lennar Homes, LLC f/k/a/ Lennar Homes, Inc.
   Defendants Counsel - Mark Salky and Hilarie Bass
   PSC Contact - Victor Diaz & Ervin Gonzalez
   Status of Responses - Responsive pleading provided.

October 22, 2009
Page 3

    Status of Document Production - First wave produced October 20, 2009. No date given for completion.
    Status of ESI Production - No ESI produced yet.
    Status of Deposition - Able to set up depositions on Plaintiff's time frame. Prefers deposition set November 17, 2009. We have also been told possibly November 23, 2009.

4. Knauf UK, USA, Gips, Tianjin, Wuhu and entities
    Defendants Counsel - Doug Sanders and Kerry Miller
    PSC Contact - Leonard Davis and Arnold Levin
    Status of Responses - Responsive pleading provided.
    Status of Document Production - Hard copy to be produced in two weeks.
    Status of ESI Production - Not produced.
    Status of Deposition - Will schedule 30(b)(6) deposition. No dates provided.
    Hague Issues - will coordinate discovery. Address further with Doug. Also, Knauf wants to discuss "state secret" issues raised by Defendant.

5. Banner Supply Co.
    Defendants Counsel - Jeffery Backman
    PSC Contact - Jeremy Alters and Bruce Steckler
    Status of Responses - Responsive pleading provided.
    Status of Document Production - CD of hard documents to be sent October 20, 2009.
    Status of ESI Production - No ESI produced yet.
    Status of Deposition - Says we can schedule when Plaintiffs are ready. (Proposed deposition date - 11/16/2009.)
    Wants to notify state court and coordinate the date.

6. Independent Builders Supply Association, Inc.
    Defendants Counsel - Gary Baumann
    PSC Contact - Jerry Parker and Richard Lewis
    Status of Responses - Responsive pleading provided.
    Status of Document Production - Defendant says they have been sent. Not yet received by PSC.
    Status of ESI Production - No ESI produced yet. Available to speak on October 21, 2009 on ESI.
    Status of Deposition - Wants to coordinate deposition in North Carolina. No dates provided.

7. Beazer Homes Corp.
    Defendants Counsel - Franklin Brannen and Kevin Buster
    PSC Contact - Jerry Parker and Richard Lewis
    Status of Responses - Responsive pleading provided.

October 22, 2009
Page 4

        Status of Document Production - Production to occur this week.
        Status of ESI Production - No ESI produced yet.
        Status of Deposition - No dates provided.

8. L&W Supply/U.S. Gypsum
   Defendants Counsel - Bob McDonald and David Conner
   PSC Contact - Dan Bryson and Richard Serpe
   Status of Responses - Responsive pleading provided.
   Status of Document Production - Documents to be produced in final on November 19, 2009.
   Status of ESI Production - No ESI produced yet.
   Status of Deposition - No dates provided

9. Black Bear Gypsum Supply, Inc. and Smoky Mountain Materials, Inc. d/b/a Emerald Coast Building Materials
   Defendants Counsel - Elizabeth Ferry
   PSC Contact - Bruce Steckler and Ben Gordon
   Status of Responses - Responsive pleading provided.
   Status of Document Production - We have complete production according to counsel. Sent October 13, 2009.
   Status of ESI Production - No ESI produced yet. Claims not to have any.
   Status of Deposition - Discussion on deposition date ongoing.

10. La Suprema
    Defendants Counsel - Steve Blimston, Eduardo Rasco & Michael Feldman
    PSC Contact - Patrick Montoya and Ervin Gonzalez
    Status of Responses - Responsive pleading provided.
    Status of Document Production - Provided.
    Status of ESI Production - No ESI produced yet.
    Status of Deposition - Taken.

11. Lowe's Home Centers, Inc.
    Defendants Counsel - William Gaudet, Edwin Laizer, Francis Liantonio Jr. & Jeffery Richardson
    PSC Contact - Andrew Lemmon & Scott Weinstein
    Status of Responses - No responsive pleading provided.
    Status of Document Production - None produced yet.
    Status of ESI Production - No ESI produced yet.
    Status of Deposition - No dates provided.

October 22, 2009
Page 5

12. Mazer Super Discount Store
    Defendants Counsel - Michael Jackson
    PSC Contact - Hugh Lambert
    Status of Responses - Responsive pleading provided.
    Status of Document Production - Will produce by next week.
    Status of ESI Production - Will produce in native.
    Status of Deposition - Set any time.

13. M/I Homes, Inc.
    Defendants Counsel - Suzanne Richards and Jaret Fuente
    PSC Contact - Dawn Barrios
    Status of Responses - Responsive pleading provided. They object to producing any documents for Tampa, LLC.
    Status of Document Production - Will produce within ten (10) days.
    Status of ESI Production - Discuss further
    Status of Deposition - May require multiple deponents in multiple states and will discuss setting dates with us.

14. South Kendall Construction Corp. (not present at meet and confer)
    Defendants Counsel - James Flannigan
    PSC Contact - Linda Nelson
    Status of Responses - Responsive pleading provided.
    Status of Document Production - Produced.
    Status of ESI Production - Produced.
    Status of Deposition - No dates provided.

15. Venture Supply, Inc.
    Defendants Counsel - Mindy Schultz
    PSC Contact - Richard Serpe and Dan Bryson
    Status of Responses - No responsive pleading provided. Also, no DPF provided as of yet.
    Status of Document Production - Will produce, but needs RFP.
    Status of ESI Production - No ESI produced yet.
    Status of Deposition - No dates provided.

16. Centerline Homes, Inc.
    Defendants Counsel - Vanessa Serrano and Peter Goldman
    PSC Contact - Ben Gordon
    Status of Responses - DPF will be provided October 23, 2009. Will respond to RFP.
    Status of Document Production - No documents provided yet.
    Status of ESI Production - No ESI produced yet.

October 22, 2009
Page 6

Status of Deposition - No dates provided.

With respect to ESI, we advised that all issues concerning this production and the protocol should be only discussed with Jerry Parker, Jeff Grand or our office. I reiterated the concern regarding a uniform protocol and strongly recommended that an agreement be reached. I also reiterated our desire to receive native format production. This issue has been addressed in a separate letter to Kerry Miller dated October 21, 2009. All discovery responses from each Defendant should be produced in their native format with Concordance Load Files to the offices of *Parker Waichman Alonso, LLP*, 111 Great Neck Road, First Floor, Great Neck, NY 11021, ATTN: Roy Cronin, and a copy can also be delivered to our office as Plaintiffs' Liaison Counsel.

We advised that unless complete productions were provided immediately, that the PSC would be filing motions to compel with the Court. We do not have a substantial amount of time before trial settings and we cannot have added delay by Defendants with respect to the production of discovery and the scheduling of depositions.

In addition to the foregoing, the PSC requested that all Defendants provide a privilege log pursuant to Pre-Trial Order No. 15 within seven (7) days after the production of documents for which the privilege is asserted to apply. The PSC also proposes that privileged materials with respect to documents involving direct communications occurring between the various parties and their counsel of record subsequent to the institution of litigation related to Chinese drywall, also needs to be addressed; and, therefore, suggests that the attached Pre-Trial Order No. 15(A) be presented to the Court.

In the meet and confer, the PSC identified the following list of ten (10) depositions that the PSC would like to schedule as early as possible in the first wave of depositions:

1. Interior/Exterior
2. L&W Supply
3. South Kendall Construction
4. Banner
5. Lennar
6. Taylor Morrison
7. Venture and Porter Blaine
8. Tobin
9. Beazer
10. Knauf UK, USA, Gips, Tianjin, Wuhu and entities

The PSC has additional deponents that it is prepared to address for a second wave, but realizes that beginning with these, will take some time. Furthermore, Defendants advised that they

October 22, 2009
Page 7

want to depose sixty (60) Plaintiffs (those on the spreadsheet provided by Kerry Miller that purports to identify non-PI cases in the MDL). The Mitchell Company advises that it desires to depose Smoky Mountain and Taylor Morrison advises that it also desire to depose three (3) individual Plaintiffs (Galvin, Niemsura and Terzy). The prioritization provided by Defendants for depositions also include Knauf, Banner, L&W, and Interior/Exterior, and they also advised that they are interested in taking the depositions of Independent Builder Supply Association and Black Bear Gypsum Supply.

We proposed that three (3) days out of each week be set aside and reserved for the taking of depositions. Defendants opposed this and suggested three (3) days every other week. If we cannot agree on this, we will ask the Court for guidance. We are prepared to begin depositions immediately upon production of the discovery responses. We suggested that all Defendants expedite discovery responses so depositions of Defendants could be scheduled. We also suggested that multi-tracking of depositions take place. Defendants opposed this, except as to multi-tracking Plaintiff depositions.

In the meet and confer we also advised that the Plaintiffs' trial selection candidate for the first trial will be provided on October 22, 2009. The Defendants advise that they want to depose and inspect the sixty (60) homes from the Kerry Miller spreadsheet (referenced above) in order to determine what home to select for the second trial. Defendants advised that they want discovery responses to the Request for Production issued by Defendants on those sixty (60) homes and further advised that if more Plaintiffs end up being added to the Kerry Miller spreadsheet (those would be cases that do not involve PI claims), that those also be subject to additional discovery and deposition. We opposed this suggestion. We have written Kerry Miller a letter dated October 21, 2009 regarding the Defendants' First Set of Interrogatories to Plaintiffs and First Set of Request for Production of Documents, and advised of our position with respect to those items and trial selection candidates.

Please let us know if you would like to schedule any further meet and confers prior to Tuesday, October 27, 2009 or if you disagree with any of the agreements reached in the meet and confer (outlined above). If we do not hear from you, we will proceed accordingly based upon the discussion that occurred at the meet and confer on October 20, 2009.

Sincerely,

LEONARD A. DAVIS

LAD:lmf
Enclosure
cc:    Plaintiffs' Steering Committee

W:\DRYWALL\27687 MDL\Correspondence\LTR Miller, Kerry re Meet and Confer 2009-10-22.wpd

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) ) ) | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO ALL CASES

## PRETRIAL ORDER #15A: GOVERNING THE TREATMENT OF PRIVILEGED OR WORK PRODUCT MATERIALS

Pursuant to Pretrial Order No. 15 entered on September 25, 2009, this Court provided the guidelines governing the treatment of all privileged or work product materials in MDL 2047. This Order supplements Pretrial Order No. 15, as follows:

### Communications Solely To/From Counsel of Record:

The Court reocognizes that direct communications have occurred between the various parties and their counsel of record subsequent to the institution of litigation related to Chinese drywall. To the extent that the direct communications solely between the parties and their counsel of record relate to this litigation, it is unnecessary and/or unduly burdensome to require such correspondence to be referenced in the privilege log required by Pretrial Order No. 15. As such, there will be no requirement for any of the parties to this litigation to list on their privilege logs any direct communications which are solely to or from their counsel of record in this

litigation which took place following the first filing of any homeowner complaint by or against that party asserting liability relating to defective Chinese drywall.

ORDERED AND ADJUDGED this ___ day of _____, 2009.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE