David Gross, Cheryl Gross, and Louis Velez, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 100345-0041

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--La Suprema Enterprise, Inc., c/o Salmon H. Abadi
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **DADE** )

**Name of Server:** **Carlos Aguirre**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action:

**Date/Time of Service:** that on the **28th** day of **December**, 20 **09**, at **11:20** o'clock **A** M

**Place of Service:** at Steve M. Bimston, Esquire, in Aventura, FL 33180
Rosenthal, Rosenthal, Rasco, Kaplan, LLC
One Aventura, Suite 600
20900 N.E. 30th Avenue

**Documents Served:** the undersigned served the documents described as:
Summons and Amended Class Action Complaint w/Jury Demand

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
La Suprema Enterprise, Inc., c/o Salmon H. Abadi

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Steve M. Bimston Attorney**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Brown**; Facial Hair **NO**
Approx. Age **40**; Approx. Height **5'6**; Approx. Weight **150**

'' To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **28** day of **December** 20**09**

Signature of Server

Notary Public          (Commission Expires)

APS International, Ltd.



Notary Public State of Florida
Michelle Rodriguez-Miro
My Commission DD856879
Expires 02/01/2013