David Gross, Cheryl Gross, and Louis Velez, et. al., Plaintiff(s)

vs.

Knauf Gips, KG, et. al., Defendant(s)



Service of Process by

## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  100345-0041

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--La Suprema Trading, Inc., c/o Salmon H. Abadi

Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __DADE__ )

Name of Server: __Carlos Aguirre__ , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __28Th.__ day of __December__ , 20 __09__ , at __11:20__ o'clock __A__ M

Place of Service: at  Steve M. Bimston, Esquire  , in  Aventura, FL, 33180
Rosenthal, Rosenthal, Rasco, Kaplan, LLC
One Aventura, Suite 600
20900 N.E. 30th Avenue

Documents Served: the undersigned served the documents described as:
Summons and Amended Class Action Complaint w/Jury Demand

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
La Suprema Trading, Inc., c/o Salmon H. Abadi

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __Steve M. Bimston  ATToRNey__

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex __M__ ; Skin Color __White__ ; Hair Color __Brown__ ; Facial Hair __NO__
Approx. Age __40__ ; Approx. Height __5'6__ ; Approx. Weight __150__

; To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this __28__ day of __December__, 20 __09__

Notary Public                    (Commission Expires)



Notary Public State of Florida
Michelle Rodriguez-Miro
My Commission DD656879
Expires 02/01/2013