UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | MDL 2047<br><br>SECTION "L" |
| **This document related to 09-6690 (Gross):** | * * | JUDGE FALLON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## LIMITED NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT STEELER , INC.

In accordance with Pre-Trial Order No. 1A entered on August 28, 2009, undersigned counsel hereby appears on behalf of Steeler, Inc., in Gross, et al. v. Knauf Gips, KG, et al., United States District Court for the Eastern District of Louisiana, Case No. 09-6690, reserving all rights to object to jurisdiction and venue and preserving all defenses.

Respectfully Submitted:

GORDON, ARATA, MCCOLLAM
  DUPLANTIS & EAGAN L.L.P.
201 St. Charles Avenue, 40th Floor
New Orleans, LA  70170-4000
Telephone:  (504) 582-1111
Facsimile:  (504) 582-1121

/s/Dana Dupre_____
STEVEN W. COPLEY (#16869), T.A.
DANA DUPRE (#31143)

**ATTORNEYS FOR STEELER, INC.**

1088499v1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Limited Entry of Appearance on Behalf of Defendant Steeler, Inc.* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that all the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 30th day of December, 2009.

             s/Dana Dupre_____
             DANA DUPRE

1088499v1