UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE –MANUFACTURED DRWYALL | MDL No. 09-2047 |
| PRODUCTS LIABILITY LITIGATION | JUDGE FALLON |
| | MAG. WILKINSON |

**THIS DOCUMENT RELATES TO :**

Thomas West, Sr. and Gloria West vs.
State Farm Fire and Casualty Co.,
Case No. 09-6356 (E.D.La.);

Val Louis and Audrey Huft vs. Interior Exterior
Building Supply, LP, et al - Case No. 09-7016
(E.D.La.);

Lucille Bourdon v. Interior Exterior Building
Supply, LP, et al – Case No. 09-07025
(E.D. La.);

Patrick Dennis and Kathleen Dennis v. State Farm
Fire & Casualty Company – No. 09-07560
(E.D.La.)

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS

COMES NOW, the undersigned law firm of Porteous, Hainkel & Johnson, and hereby files its Notice of Appearance as counsel on behalf of Defendant, State Farm Fire & Casualty Company, having previously removed the above four enumerated law suits from Louisiana state

1

courts to this court. It is respectfully requested that all pleadings, documents, and correspondence be served upon the undersigned counsel in connection with these actions.

Respectfully submitted.

PORTEOUS, HAINKEL & JOHNSON, L.L.P.

/s/ Adrianne L. Baumgartner

_____
**ADRIANNE L. BAUMGARTNER (#2861)**
**DARRIN M. O'CONNOR  (#24582)**
**EMILY STICKNEY MORRISON  (#18351)**
408 North Columbia Street
Covington, LA 70433-2920
Telephone: (985) 893-4790
Facsimile: (985) 893-1392
abaumgartner@phjlaw.com
doconnor@phjlaw.com
emorrison@phjlaw.com


**JAMES R. NIESET JR. (#24856)**
Porteous, Hainkel & Johnson, L.L.P.
704 Carondelet Street
New Orleans, LA 70130-3774
Telephone: (504) 581-3838
Facsimile: (504) 581-4069

**Counsel for State Farm Fire & Casualty Company**

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller by U.S. Mail and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 30th day of December, 2009.

                                                    /s/ Adrianne L. Baumgartner