UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Hinkley, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:09-cv-06686 (E.D.La.) | |

### ORDER

AND NOW, on this _____ Day of _____, 2009, upon consideration of the Plaintiffs' Motion to Amend the First Amended Class Action Complaint by Interlineation, it is hereby ORDERED that said motion is GRANTED. The Clerk is hereby directed to enter Plaintiffs' Second Amended Class Action Complaint (Exhibit "A" to Plaintiffs' Motion to Amend) on the docket.

By the Court,

_____
J.