OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2009 DEC 29  PM 4:28

LORETTA G. WHYTE
CLERK

Date: _12-29-09_

_DAVID GROSS_
_09-6690_
vs.

_KNAUF GIPS KG_

Case No. _09-6690_  Section _L-2_

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) _China National Building Group Corp._
   (address) _17th Fl. Zhong Guo Jian Chi Da Sha_
2. (name) _San Li He Road #11 Haidian District._
   (address) _Beijing, P.R. China 100037_
3. (name) _Beijing New Building Materials Public Ltd. Co. (BNBM)_
   (address) _No. 16 West Road Jiancaicheng, Xisanqi, Haidian District_
4. (name) _Beijing PRChina 100096_
   (address) _____

Very truly yours,

_____"Signature"

Attorney for _Herman_

Address _____

___Fee _____
___Process _auto sums_
_X_ Dktd _____
___CtRmDe_ _____
___Doc. No _____

## LEVIN, FISHBEIN, SEDRAN & BERMAN
*Counsellors at Law and Proctors in Admiralty*

ARNOLD LEVIN
MICHAEL D. FISHBEIN
HOWARD J. SEDRAN
LAURENCE S. BERMAN
FRED S. LONGER *
DANIEL C. LEVIN
CHARLES E. SCHAFFER
AUSTIN B. COHEN
MICHAEL M. WEINKOWITZ * †
CHARLES C. SWEEDLER *
MATTHEW C. GAUGHAN * †

* also admitted in New Jersey
† also admitted in New York

510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106-3697
www.lfsblaw.com

TELEPHONE (215) 592-1500
FACSIMILE (215) 592-4663

Daniel C. Levin, Esquire
Dlevin@lfsblaw.com

December 28, 2009

Clerk of the Court
C-151 Hale Boggs Federal Bldg
 United States Courthouse
500 Poydras Street
New Orleans, LA 70130

      Re:   *In re Chinese Manufactured Drywall Products Liability Litigation*, MDL No. 2047
           *Gross, et al v. Knauf Gips, KG, et al*, No: 09-6690, (E.D.La.)

Dear Sir/Madam:

     Please allow this letter to serve as a request that the attached Summonses be reissued. The original summonses only allowed for twenty (20) days for service, however, since these defendants are owned and operated by the Chinese government, they are allotted sixty (60) days for service. Please see Rule 28 USC 1608 (d) of the Foreign Sovereign Immunities Act.

     Should you have any questions, please feel free to contact me.

                                    Very truly yours,

                                    DANIEL C. LEVIN

DCL:jsl
Enclosures