UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEPHEN AND ISIS SILVA, Individually and on behalf of others similarly situated | CIVIL ACTION NO. 09-8030 |
| Plaintiffs, | JUDGE: FALLON |
| vs. | |
| INTERIOR EXTERIOR BUILDING SUPPLY Defendant. | MAGISTRATE: WILKINSON |

### INTERIOR EXTERIOR BUILDING SUPPLY'S
### NOTICE OF COMPLIANCE

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Interior Exterior Building Supply, L.P. ("Interior Exterior"), who, pursuant to 28 U.S.C. 1447(b), states as follows:

1.

The parties named in this action and their attorneys are as follows:

**Plaintiff:**

Stephen and Isis Silva

(Represented by Stephen J. Herman and Jeremy S. Epstein)

**Defendant:**

Interior Exterior Building Supply, L.P.
(Represented by Richard G. Duplantier, Jr., Lambert J. Hassinger, Jr., Jeffrey P Green, and Carlina C. Eiselen)

2.

Copies of all pleadings filed in the state-court action are attached as:

Amended Petition for Damages, Attachment A, and

Second Amended Petition for Damages, Attachment B.

3.

A copy of the return on service of process was submitted with the Notice of Removal.

Respectfully submitted,

*/s/ Lambert J. Hassinger, Jr.*_____
Richard G. Duplantier, Jr. #18874
Lambert J. Hassinger, Jr. #21683
Jeffrey P Green, #30531
Carlina C. Eiselen #28524
Galloway, Johnson, Tompkins, Burr & Smith
701 Poydras Street
Suite 4040 One Shell Square
New Orleans, LA 70139
Telephone:  (504) 525-6802
Facsimile: (504) 525-2456
rduplantier@gjtbs.com
jhassinger@gjtbs.com
jgreen@gjtbs.com
ceiselen@gjtbs.com
*Counsel for Interior Exterior Building Supply, L.P.*

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on the 4th day of January, 2010 a copy of the foregoing has been forwarded to all counsel of record by filing same electronically with the Clerk of Court using the CM/ECF system and via LexisNeix.com/fileandserve.

                                            /s/ *Lambert J. Hassinger, Jr.*
                                            Lambert J. Hassinger, Jr.