MINUTE ENTRY
FALLON, J.
December 22, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRY WALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION:  L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

      A telephone status conference was held on this date in the Chambers of Judge Eldon E. Fallon to address the Plaintiffs Steering Committee's ("PSC") Motion to Set Expedited Hearing or, Alternatively, Status Conference (Rec. Doc. No. 627). Numerous counsel participated on behalf of Plaintiffs, Homebuilders, and Defendants. The conference was transcribed by Jodi Simcox, Official Court Reporter. Ms. Simcox can be reached at 504-589-7780.

      At the conference, the PSC raised two issues, (1) that it had not reached agreements with Defendants, other than Knauf and the Homebuilder Defendants, on a protocol for production of electronically stored information ("ESI"), and (2) that it had not yet received privilege logs as required by Pretrial Order No. 15 from numerous defendants.

      In response, the Court set out a two-step process for resolving these issues. First, the Court directed the parties to meet and confer to address disputed discovery issues. Second, in the case that the parties are unable to come to an agreement through the meet and confer process, the Court directed the parties to file a motion requesting that the Court adopt a protocol by

JS10(00:30)

January 1, 2010. Objections to the protocol shall be filed by January 7, 2010. The Court will then set the hearing date on the monthly status conference on January 14, 2010, at 9:00 a.m.

The Court encouraged the parties to consider the following during their meet and confers: "quick peeks" or the equivalent can assist in the discovery process; the technology of individual defendants varies greatly so one ESI protocol may not work for all defendants; and consultation of the Sedona Principles will aid the parties in developing an ESI production protocol.