MINUTE ENTRY
FALLON, J.
December 29, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRY WALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO** *Germano v. Taishan Gypsum Co., Ltd.*, **Case No. 09-6687**

  A telephone status conference was held on this date in the Chambers of Judge Eldon E. Fallon to address the status of *Germano v. Taishan Gypsum Co., Ltd.*, Case No. 09-6687. Numerous counsel participated on behalf of Plaintiffs, Homebuilders, and Defendants. At the conference, the Court addressed the various deadlines on the revised Scheduling Order (Rec. Doc. No. 643). The parties reported to the Court that all deadlines thus far have been met and/or the parties were working together to meet such. Additionally, the Court set a status conference with Russ Herman, Plaintiffs Liaison Counsel, and Kerry Miller, Defendants Liaison Counsel, on January 4, 2010, at 4:00 p.m.

JS10(00:20)