UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) | MDL No. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**

RONNIE VAN WINKLE, SR. et al        NO. 09-4378

### TUDELA'S CLASSIC HOMES, LLC'S OPPOSITION TO PLAINTIFF STEERING COMMITTEE'S MOTION TO STRIKE ITS MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Tudela's Classic Homes, LLC, ("Tudela's) which opposes the Motion to Strike filed by the Plaintiff Steering Committee on December 18, 2009.

For the reasons set forth in the accompanying Memorandum in Support of this Opposition, Tudela submits that its Motion to Dismiss for Lack of Subject Matter Jurisdiction pursuant to FRCP Rule 12(B)(1) should not be stricken, and that movant's motion seeking such relief should be denied.

Respectfully submitted,

**GAUDRY, RANSON,
HIGGINS & GREMILLION, L.L.C.**

*/s/ Wade A. Langlois, III*
_____
**THOMAS L. GAUDRY, JR.  T.A. (#5980)**
**WADE A. LANGLOIS, III (#17681)**
Oakwood Corporate Center
401 Whitney Avenue, Suite 500
Gretna, Louisiana 70056
Telephone: (504) 362-2466   Fax: (504) 362-5938
Emails: tgaudry@grhg.net and wlanglois@grhg.net
Attorneys for Tudela's Classic Homes, LLC

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **OPPOSITION TO MOTION TO STRIKE** has been served on Plaintiffs' Liaison Counsel, Russ Herman and Leonard Davis, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this  5TH day of January, 2010.

*/s/ Wade A. Langlois, III*
_____
Wade A. Langlois, III, LSBA #17681

G:\2918\0042\Pleadings\Opposition to Mt to Strike.wpd