UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL No. 2047 <br><br> SECTION: L <br><br> JUDGE FALLON <br> MAG. JUDGE WILKINSON |

_____)

**THIS DOCUMENT RELATES TO:**

RONNIE VAN WINKLE, SR. et al          NO. 09-4378

**MEMORANDUM IN SUPPORT OF
TUDELA'S CLASSIC HOMES, LLC'S OPPOSITION TO
PLAINTIFF STEERING COMMITTEE'S MOTION TO
STRIKE ITS MOTION TO DISMISS FOR LACK OF
SUBJECT MATTER JURISDICTION**

On October 23, 2009, Defendant, Tudela's Classic Homes, LLC, ("Tudela's) filed with the Court and uploaded to Lexis/Nexis' File & Serve the following pleadings:

1.  Motion for Leave to File Tudela's Classic Homes Motion to Dismiss for Lack of Subject Matter Jurisdiction Pursuant to FRCP Rule 12(b)(1) - 2 pages

2.  Proposed Order for Motion for Leave - 1 page

3.  Proposed Tudela's Classic Homes Motion to Dismiss for Lack of Subject Matter Jurisdiction - 2 pages

4.  Proposed Memorandum in Support of Tudela's Classic Homes Motion to Dismiss for Lace of Subject Matter Jurisdiction - 4 pages

5.  Proposed Affidavit of Tudela - 2 pages

6.  Proposed Request for Oral Argument - 2 pages

    7.    Proposed Notice of Hearing - 2 pages

Undersigned counsel is in receipt of the Transaction Receipt I. D. No. 27708321 from Lexis/Nexis File & Serve indicating that the above documents were successfully uploaded to the Lexis/Nexis File and Serve system on October 23, 2009.  Said Transaction Receipt is attached hereto as Exhibit "1".

In view of Tudela's compliance with the Court's Pretrial Order No. 6, Tudela's respectfully requests this Honorable Court deny the Motion to Strike filed by the Plaintiff Steering Committee.

        Respectfully submitted,

        **GAUDRY, RANSON,**
        **HIGGINS & GREMILLION, L.L.C.**

        */s/ Wade A. Langlois, III*

        _____
        **THOMAS L. GAUDRY, JR.  T.A. (#5980)**
        **WADE A. LANGLOIS, III (#17681)**
        Oakwood Corporate Center
        401 Whitney Avenue, Suite 500
        Gretna, Louisiana 70056
        Telephone: (504) 362-2466   Fax: (504) 362-5938
        Emails: tgaudry@grhg.net and wlanglois@grhg.net
        Attorneys for Tudela's Classic Homes, LLC

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **MEMORANDUM IN SUPPORT OF OPPOSITION TO MOTION TO STRIKE** has been served on Plaintiffs' Liaison Counsel, Russ Herman and Leonard Davis, and Defendants' Liaison Counsel, Kerry Miller, by U.S.

Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this  5TH day of January, 2010.

               */s/ Wade A. Langlois, III*
               _____
               Wade A. Langlois, III, LSBA #17681

G:\2918\0042\Pleadings\Opposition to Mt to Strike Memo.wpd