**Paula D. Tranchina**

| | |
|---|---|
| **From:** | LexisNexis File & Serve [TransactionReceipt@fileandserve.lexisnexis.com] |
| **Sent:** | Friday, October 23, 2009 12:21 PM |
| **To:** | Paula D. Tranchina |
| **Subject:** | Case: 2:09cv04378; Transaction: 27708321 Transaction Receipt |

```
To: Paula D Tranchina
Subject: Transaction Receipt

This email is to confirm receipt of your documents. The transaction option you selected
was "Serve Only - Public". The details for this transaction are listed below.

Court:                        LA US District Court Eastern District E-Service-Chinese
Drywall
Case Name:                    Van Winkle et al vs Knauf Gips KG et al
Case Number:                  2:09cv04378
Transaction ID:               27708321
Document Title(s):
      Motion for Leave to File Tudela's Classic Homes Motion to Dismiss for Lack of
Subject Matter Jurisdiction Pursuant to FRCP Rule 12(b)(1)  (2 pages)
      Proposed Order for Motion for Leave   (1 page)
      Proposed Tudela's Classic Homes Motion to Dismiss for Lack of Subject Matter
Jurisdiction  (2 pages)
      Proposed Memorandum in Support of Tudela's Classic Homes Motion to Dismiss for Lack
of Subject Matter Jurisdiction  (4 pages)
      Proposed Affidavit of Tudela  (2 pages)
      Proposed Request for Oral Argument  (2 pages)
      Proposed Notice of Hearing    (2 pages)
Authorized Date/Time:         Oct 23 2009 12:19PM CDT
Authorizer:                   Wade A Langlois
Authorizer's Organization:    Gaudry Ranson Higgins & Gremillion LLC
Sending Parties:
      Tudela's Classic Homes, LLC
      Tudela's Classic Homes, LLC
Served Parties:
      43 parties

Thank you for using LexisNexis File & Serve.

Questions? For prompt, courteous assistance please contact LexisNexis Customer Service by
phone at 1-888-529-7587 (24/7).
```



1

Your transaction has been successfully submitted to LexisNexis File & Serve. Your transaction information appears below. To print this information for your records, click anywhere on the transaction information, then click the browser Print button. For a formatted copy of this information, obtain a transaction report.
To perform another transaction, click **Begin a New Transaction.**
To exit File & Serve, click **Return to My File & Serve.**

**TIP:** Receive notifications of new Filing & Service activity that match your search criteria. Click on the Alerts tab.

## LexisNexis File & Serve Transaction Receipt

| | |
|---|---|
| **Transaction ID:** | 27708321 |
| **Submitted by:** | Paula Tranchina, Gaudry Ranson Higgins & Gremillion LLC |
| **Authorized by:** | Wade A Langlois, Gaudry Ranson Higgins & Gremillion LLC |
| **Authorize and file on:** | Oct 23 2009 12:19PM CDT |

| | |
|---|---|
| **Court:** | LA US District Court Eastern District E-Service-Chinese Drywall |
| **Division/Courtroom:** | N/A |
| **Case Class:** | Civil-Products Liability-Chinese Drywall |
| **Case Type:** | Chinese Drywall |
| **Case Number:** | 2:09cv04378 |
| **Case Name:** | Van Winkle et al vs Knauf Gips KG et al |

| | |
|---|---|
| **Transaction Option:** | Serve Only - Public |
| **Billing Reference:** | 2918-0042 Van Winkle |
| **Read Status for e-service:** | Not Purchased |

**Documents List**
**7 Document(s)**

**Attached Document, 2 Pages   Document ID: 25185883**                      PDF Format | Original Format

| Document Type: | Access: | Statutory Fee: | Linked: |
|---|---|---|---|
| Motion | Public | $0.00 | |

**Document title:**
Motion for Leave to File Tudela's Classic Homes Motion to Dismiss for Lack of Subject Matter Jurisdiction Pursuant to FRCP Rule 12(b)(1)

**Attached Document, 1 Pages   Document ID: 25185905**                      PDF Format | Original Format
Related Document ID: 25185883

| Document Type: | Access: | Statutory Fee: | Linked: |
|---|---|---|---|
| Order | Public | $0.00 | |

**Document title:**
Proposed Order for Motion for Leave

**Attached Document, 2 Pages   Document ID: 25185981**                      PDF Format | Original Format
Related Document ID: 25185883

| Document Type: | Access: | Statutory Fee: | Linked: |
|---|---|---|---|
| Motion | Public | $0.00 | |

**Document title:**
Proposed Tudela's Classic Homes Motion to Dismiss for Lack of Subject Matter Jurisdiction

**Attached Document, 4 Pages   Document ID: 25186039**                      PDF Format | Original Format
Related Document ID: 25185883

| Document Type: | Access: | Statutory Fee: | Linked: |
|---|---|---|---|
| Motion - Other | Public | $0.00 | |

**Document title:**
Proposed Memorandum in Support of Tudela's Classic Homes Motion to Dismiss for Lack of Subject Matter Jurisdiction

**Attached Document, 2 Pages   Document ID: 25186063**                      PDF Format | Original Format
Related Document ID: 25185883

| Document Type: | Access: | Statutory Fee: | Linked: |
|---|---|---|---|
| Affidavit | Public | $0.00 | |

**Document title:**
Proposed Affidavit of Tudela

**Attached Document, 2 Pages   Document ID: 25186154**                      PDF Format | Original Format

Related Document ID: 25185883

**Document Type:**  
Notice (Other)

**Access:**  
Public

**Statutory Fee:**  
$0.00

**Linked:**

**Document title:**  
Proposed Request for Oral Argument

**Attached Document, 2 Pages   Document ID: 25186174**   PDF Format | Original Format  
Related Document ID: 25185883

**Document Type:**  
Notice

**Access:**  
Public

**Statutory Fee:**  
$0.00

**Linked:**

**Document title:**  
Proposed Notice of Hearing

Expand All

### Sending Parties (2)

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| Tudela's Classic Homes, LLC (pending) | Defendant | Gaudry, Thomas L | Gaudry Ranson Higgins & Gremillion LLC | Attorney in Charge |
| Tudela's Classic Homes, LLC (pending) | Defendant | Langlois, Wade A | Gaudry Ranson Higgins & Gremillion LLC | Attorney in Charge |

### Recipients (94)

Service List (94)

Additional Recipients (0)

### Case Parties

[ Begin a New Transaction ]   [ Return to My File & Serve ]   [Print]   [ Transaction Report ]



About LexisNexis | Terms & Conditions | Privacy | Customer Support - 1-888-529-7587  
Copyright © 2009 LexisNexis®, a division of Reed Elsevier Inc. All rights reserved.