# Kenneth F. Hardt

| | |
|---|---|
| **From:** | Kenneth F. Hardt [khardt@snllaw.com] |
| **Sent:** | Tuesday, December 22, 2009 11:16 AM |
| **To:** | 'Fred Longer'; 'Charlie Schaffer' |
| **Cc:** | 'Mark C. Nanavati'; 'Sara V. Theile'; 'Judith M. Hayes'; 'tbrenner@beylaw.com'; 'jfranklin@taylorwalkerlaw.com' |
| **Subject:** | Privilege log |
| **Attachments:** | 09-12-08 Privilege Log to 1st discovery.pdf |



Fred and Charlie. Attached is a privilege log that we intend to file in the MDL. It is basically what was produced in Nguyen, with the addition of privileged/work product material from the project files produced relating to your other plaintiffs. As with Nguyen, the log identifies documents withheld from our client's file. If any agreement between the PSC and DSC expands the scope of privilege logs, please let us know. Obviously, as we go through production of the ESI material, we may need to add to this log.

Have the plaintiffs produced any privilege logs (at least the ones that have filed profile forms)? In addition, are the plaintiffs who have filed profile forms going through the process of gathering their ESI material on their computers? I assume they have all been instructed not to delete any emails or files on their computers, and that they should be backed-up.

I hope you both have happy holidays and I'm sure we will talk again soon.

Ken



Confidentiality Notice
This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

