## Kenneth F. Hardt

| | |
|---|---|
| **From:** | Fred Longer [FLonger@lfsblaw.com] |
| **Sent:** | Wednesday, December 30, 2009 4:52 PM |
| **To:** | Mark C. Nanavati; Charlie Schaffer |
| **Cc:** | Kenneth F. Hardt; Lenny Davis; Grand, Jeff |
| **Subject:** | RE: Email This Morning and MTC |

Mark,   With our several subsequent meet and confers, your client has since made substantial efforts to comply with our requests, which is much appreciated.   In furtherance of our efforts to cooperate, we will agree to inform the court of your production of the privilege log.  However, I note my uncertainty if service on Plaintiffs' Liaison counsel apart from Lexis/Nexis was formally made as required, which would explain why it was noted as not being received.  In the meantime, I suggest that as to our follow up call next week, we include Jeff Grand and Len Davis who are the PSC's point persons on matters ESI, who do not agree that the search terms you are using for Knauf, a manufacturer, apply to Venture/PB.  Thank you.  FSL

---

**From:** Mark C. Nanavati [mailto:MNanavati@SNLLAW.COM]
**Sent:** Wednesday, December 30, 2009 3:15 PM
**To:** Charlie Schaffer; Fred Longer
**Cc:** 'Kenneth F. Hardt'
**Subject:** Email This Morning and MTC



Charlie and Fred,

Any response to my email this a.m.?  We want to file an opposition to the motion, if necessary.

Thanks,

Mark



*Confidentiality Notice*
This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender by e-mail and delete all copies of this message.

1

