## Kenneth F. Hardt

**From:** Fred Longer [FLonger@lfsblaw.com]
**Sent:** Monday, December 21, 2009 3:19 PM
**To:** Kenneth F. Hardt; Charlie Schaffer
**Cc:** mnanavati@snllaw.com; Sara V. Theile; Judith M. Hayes; Lenny Davis; rserpe@serpefirm.com
**Subject:** RE: Case: MC MDL 2047; Transaction: 28581235 - Notification of Service

Ken, We would like to have dates for the first two weeks of January to depose your witness. I do not believe, your client will be implicated in tomorrow's hearings but you are welcome to participate. FSL

**From:** Kenneth F. Hardt [mailto:khardt@snllaw.com]
**Sent:** Monday, December 21, 2009 11:36 AM
**To:** Fred Longer; Charlie Schaffer
**Cc:** mnanavati@snllaw.com; 'Sara V. Theile'; 'Judith M. Hayes'; 'Lenny Davis'; rserpe@serpefirm.com
**Subject:** RE: Case: MC MDL 2047; Transaction: 28581235 - Notification of Service

Fred....I have asked both carriers for certified copies of the applicable policies and will let you know when we receive them. We will designate a 30(b)(6) on the computer records referenced in the PSC's notice of deposition shortly. Do you have any idea what time frame you would like to depose him/her? I am again assuming that the motion to compel filed by the PSC with respect to the other defendants does not apply to Venture and Porter-Blaine and that we will not be filing anything on this. I may listen in by phone, however, just to keep up to date but have not pinned this down yet. Let me know if there is anything else. Ken

**From:** Fred Longer [mailto:FLonger@lfsblaw.com]
**Sent:** Friday, December 18, 2009 5:00 PM
**To:** Kenneth F. Hardt; Charlie Schaffer
**Cc:** mnanavati@snllaw.com; Sara V. Theile; Judith M. Hayes; Lenny Davis; rserpe@serpefirm.com
**Subject:** RE: Case: MC MDL 2047; Transaction: 28581235 - Notification of Service

1



Ken, We are still wating for Venture and PB to designate their ESI designee.  I would also ask you to look into the certified copies of the insurance contracts.  Charlie can address his concerns separately.  FSL

---

**From:** Kenneth F. Hardt [mailto:khardt@snllaw.com]
**Sent:** Friday, December 18, 2009 3:31 PM
**To:** Charlie Schaffer; Fred Longer
**Cc:** mnanavati@snllaw.com; 'Sara V. Theile'; 'Judith M. Hayes'
**Subject:** FW: Case: MC MDL 2047; Transaction: 28581235 - Notification of Service

Charlie and Fred. Since the Court continued our status conference on the discovery because we are working things out, and I believe have worked all issues out, I am assuming that this does not apply to us. If I am in error, please let us know so that we can discuss. Thanks and have a good weekend. Ken

-----Original Message-----
From: LexisNexis File & Serve [mailto:ServiceNotification@fileandserve.lexisnexis.com]
Sent: Friday, December 18, 2009 12:10 PM
To: khardt@snllaw.com
Subject: Case: MC MDL 2047; Transaction: 28581235 - Notification of Service

To: Kenneth F Hardt
From: LexisNexis File & Serve
Subject: Service of Documents in In re: Chinese Manufactured Drywall Products Liability Litigation

You are being served documents that have been electronically submitted in In re: Chinese Manufactured Drywall Products Liability Litigation through LexisNexis File & Serve. The details for this transaction are listed below.

Court: LA US District Court Eastern District E-Service-Chinese Drywall
Case Name: In re: Chinese Manufactured Drywall Products Liability Litigation
Case Number: MC MDL 2047
Transaction ID: 28581235
Document Title(s):
ORDER setting a Telephone Status Conference set for 12-22-2009 09:30 AM. Responses to the Motion are due by 12-21-2009.
Parties are to contact the Court with their call-in information by 12-21-2009. The Court will initiate the telephone status conference
call. Signed by Judge Eldon E. Fallon on 12-17-2009.[631] (1 page)
Authorized Date/Time: Dec 18 2009 11:08AM CST
Authorizer: LexisNexis Service
Authorizer's Organization: LexisNexis Service
Sending Parties:
LexisNexis Service
Served Parties:
Defendant

Check for additional details (and view the documents) online at:
https://fileandserve.lexisnexis.com/Login/Login.aspx?FI=28581235 (subscriber login required)

Thank you for using LexisNexis File & Serve.

Questions? For prompt, courteous assistance please contact LexisNexis Customer Service by phone at 1-888-529-7587 (24/7).

◇

## Kenneth F. Hardt

| | |
|---|---|
| **From:** | Fred Longer [FLonger@lfsblaw.com] |
| **Sent:** | Thursday, December 03, 2009 5:40 PM |
| **To:** | Kenneth F. Hardt |
| **Cc:** | Richard Serpe; Charlie Schaffer |
| **Subject:** | RE: Status of discovery |

Ken, Workers from Action Paving and Construction can be made available to pick up the boards tomorrow (or as soon thereafter as possible). We will need an address, and contact person, and a suggested time for pick up.
THANK YOU. FSL

---

**From:** Kenneth F. Hardt [mailto:khardt@snllaw.com]
**Sent:** Thursday, December 03, 2009 10:10 AM
**To:** Fred Longer; Charlie Schaffer
**Cc:** 'Mark C. Nanavati'
**Subject:** Status of discovery



Fred and Charlie...I sent you an email on the CPSC communication and production of the drywall yesterday....please let me know what you would like to do on that.

On the subcontractor information, our computer expert advised yesterday that he should have that information either tomorrow or Monday morning.

On the AOL e-mail issue, he is waiting to hear back from AOL, but has made the inquiry.

On the deposition of Sam, we still haven't heard from you as to the week of dates we gave to you......

If you have any questions, please let us know....

Ken



## Kenneth F. Hardt

| | |
|---|---|
| **From:** | Fred Longer [FLonger@lfsblaw.com] |
| **Sent:** | Monday, November 23, 2009 2:13 PM |
| **To:** | Mark C. Nanavati; Richard Serpe; Kenneth F. Hardt; Theodore I. Brenner |
| **Cc:** | Charlie Schaffer; Lenny Davis |
| **Subject:** | CDW - Meet and Confer of November 20, 2009 |

Gentlemen: I am writing to confirm the understandings reached during our conference call Friday afternoon. First, we agreed to stipulate that the Taishan hearing contemplated to take place in January will not have any res judicata effect on your clients. Mark or Ken will prepare an appropriate stipulation. Second, you agreed to provide to us this week, before Thanksgiving, the documents in your possession relating to sales of drywall and information identifying your subcontractors. As to ESI data, you are having an expert review the server in your clients' possession and agreed to produce as much ESI as you can give, except AOL files not saved on the computer, by this week. To the extent you have problems producing this information, you will provide us with a status report of your production schedule within the same time. Third, you agreed to advise by day's end, the dates of Mr. Porter's availability for deposition for the week of December 7-12. Fourth, you agreed to produce drywall samples subject to contacting the CPSC today and you advise if you will not be willing produce sample drywall by day's end. In this regard, you agreed that if we get a Court order from Judge Fallon you would produce the board promptly. Please advise in writing if I have misstated our agreements. Thank you. FSL

Fred S. Longer
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street
Suite 500
Philadelphia, PA 19106
(215) 592-1500
(215) 592-4663 - fax
www.lfsblaw.com

CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levin, Fishbein, Sedran & Berman and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

# Kenneth F. Hardt

**From:** Charlie Schaffer [CSchaffer@lfsblaw.com]
**Sent:** Tuesday, November 24, 2009 11:39 AM
**To:** Mark C. Nanavati; Kenneth F. Hardt
**Cc:** Richard Serpe; Fred Longer
**Subject:** RE: CDW - Meet and Confer of November 20, 2009

Mark and Ken

We met briefly last week during the meet and confer of 11/20/09. I will be involved in the discovery (MDI and Va. State Court actions). In this regard, we received the Motions to Compel (MTCs) filed by venture Supply and Porter Blaine. I would like to discuss with you the MTCs and plaintiffs' proposal to produce certain documents. I think we can resolve the issues raised and the MTCs and produce the documents which defendants really need at this stage of the litigation. I would like to get this resolved before leave for Thanksgiving Holiday later today. I am free any time after 300 p.m.  est. today to meet and confer or any time before noon tomorrow. Please let me know both of your availability.

I look forward to hearing from you.

Charlie

---

**From:** Fred Longer
**Sent:** Monday, November 23, 2009 3:00 PM
**To:** 'Mark C. Nanavati'; 'Richard Serpe'; 'Kenneth F. Hardt'; 'Theodore I. Brenner'
**Cc:** Charlie Schaffer; 'Lenny Davis'
**Subject:** RE: CDW - Meet and Confer of November 20, 2009

Mark, I understand that you wrote to Richard with respect to production of the sales invoices for the drywall. If I understand your email, you are willing to immediately produce hard copy documents and are later willing to produce pdfs of the hardcopies, once you have mastered how to have the pdfs bates stamped. If you agree to that process, it is acceptable to us. You had also asked if the topics of the original 30(b)(6) notice would apply to the proposed deposition.  They will.  As to dates of other counsel, you should assume that any dates you offer will be accomodated by other counsel.

We will await your update on ESI.  As to the CPSC issue, if you do not hear from the agency promptly, we will have to take the matter up with Judge Fallon next week.

Thank you.

FSL

---

**From:** Mark C. Nanavati [mailto:MNanavati@SNLLAW.COM]
**Sent:** Monday, November 23, 2009 2:20 PM
**To:** Fred Longer; 'Richard Serpe'; 'Kenneth F. Hardt'; 'Theodore I. Brenner'
**Cc:** Charlie Schaffer; 'Lenny Davis'
**Subject:** RE: CDW - Meet and Confer of November 20, 2009

1



| Home | About Us | Directory | Publications | Contact Us | Directions |

Fred,

That is pretty close.  I have sent Richard emails today regarding the depositions and sales information.  I have not received a response from him.  With respect to the emails, I believe we said will try to give you an update this week rather than any production.  I will let you know when we hear from the CPSC.

I have drafted an order regarding the damages hearing and once we have gotten it in decent form, I will send it to you for comment.

Thanks,

Mark



| | Bio | V-card |

Sinnott Nuckols & Logan, PC

Mark C. Nanavati    mnanavati@snllaw.com
Esquire    (804) 378-7600
Extension 3316
Fax: (804) 378-2610

13811 Village Mill Drive, Midlothian, VA 23114-4365
www.snllaw.com

Confidentiality Notice

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

**From:** Fred Longer [mailto:FLonger@lfsblaw.com]
**Sent:** Monday, November 23, 2009 2:13 PM
**To:** Mark C. Nanavati; Richard Serpe; Kenneth F. Hardt; Theodore I. Brenner
**Cc:** Charlie Schaffer; Lenny Davis
**Subject:** CDW - Meet and Confer of November 20, 2009

Gentlemen:  I am writing to confirm the understandings reached during our conference call Friday afternoon.  First, we agreed to stipulate that the Taishan hearing contemplated to take place in January will not have any res judicata effect on your clients.  Mark or Ken will prepare an appropriate stipulation.  Second, you agreed to provide to us this week, before Thanksgiving, the documents in your possession relating to sales of drywall and information identifying your subcontractors.  As to ESI data, you are having an expert review the server in your clients' possession and agreed to produce as much ESI as you can give, except AOL files not saved on the computer,  by this week.  To the extent you have problems producing this information, you will provide us with a status report of your production schedule within the same time.  Third, you agreed to advise by day's end, the dates of Mr. Porter's availability for deposition for the week of December 7-12.  Fourth, you agreed to produce drywall samples subject to contacting the CPSC today and you advise if you will not be willing produce sample drywall by day's end.  In this regard, you agreed that if we get a Court order from Judge Fallon you would produce the board promptly.  Please advise in writing if I have misstated our agreements.  Thank you.  FSL

2

Fred S. Longer
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street
Suite 500
Philadelphia, PA 19106
(215) 592-1500
(215) 592-4663 - fax
www.lfsblaw.com

CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levin, Fishbein, Sedran & Berman and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.