## Kenneth F. Hardt

| | |
|---|---|
| From: | Lenny Davis [LDAVIS@hhkc.com] |
| Sent: | Monday, January 04, 2010 9:43 PM |
| To: | Mark C. Nanavati; Fred Longer; Kenneth F. Hardt |
| Cc: | Grand, Jeff; Charlie Schaffer |
| Subject: | RE: CDW - Venture/PB discovery |

I do not think we sent you "wrong" search terms. What you looked at were search terms that were agreed upon with knauf. As for search terms, each defendant needs to propose search terms and then we'll propose edits/additions. They know their business and internal lingo better than we do. We should not be in the position of having to propose the first set of terms.should you decide to propose search terms that are relavent, applicable and comprehensive based upon input from your client we will be in a position to review and suggest comments. This is what was done with knauf. As soon as we hear from you we can proceed. thanks

Leonard A. Davis
Attorney at Law
Herman, Herman, Katz & Cotlar LLP
Herman Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

CONFIDENTIAL ATTORNEY WORK PRODUCT

---

**From:** Mark C. Nanavati [mailto:MNanavati@SNLLAW.COM]
**Sent:** Monday, January 04, 2010 3:21 PM
**To:** 'Fred Longer'; 'Kenneth F. Hardt'
**Cc:** Lenny Davis; 'Grand, Jeff'; 'Charlie Schaffer'
**Subject:** RE: CDW - Venture/PB discovery



Fred,

Have you been able to locate the agreed search terms that you want an importer, etc. to use? You indicated that the ones the DSC gave use were the wrong ones.

Mark

1





Confidentiality Notice

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

**From:** Fred Longer [mailto:FLonger@lfsblaw.com]
**Sent:** Monday, January 04, 2010 4:03 PM
**To:** Mark C. Nanavati; Kenneth F. Hardt
**Cc:** ldavis@hhkc.com; Grand, Jeff; Charlie Schaffer
**Subject:** CDW - Venture/PB discovery

Mark, I would like to follow up on the status of ESI discovery from our meet and confer last Monday. Please advise if you are available tomorrow for a conference call before 11 am or after 1 pm? FSL

Fred S. Longer
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street
Suite 500
Philadelphia, PA 19106
(215) 592-1500
(215) 592-4663 - fax
www.lfsblaw.com

CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levin, Fishbein, Sedran & Berman and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.