# Kenneth F. Hardt

**From:** Kenneth F. Hardt [khardt@snllaw.com]
**Sent:** Tuesday, January 05, 2010 11:40 AM
**To:** 'Lenny Davis'; 'Mark C. Nanavati'; 'Fred Longer'
**Cc:** 'Grand, Jeff'; 'Charlie Schaffer'; 'rserpe@serpefirm.com'
**Subject:** RE: CDW - Venture/PB discovery
**Attachments:** 09-12-10 email from DSC (PSC proposed ESI production guidelines).pdf



Home | About Us | Directory | Publications | Contact Us | Directions

Mr. Davis. We have been told by the PSC to deal on discovery issues with Fred Longer and Charlie Shaffer. We have worked closely with them in responding to the PSC's requests regarding discovery from our clients, and believe that most if not all issues have been or are being adequately addressed. If we are no longer to deal with Fred and Charlie and need to deal directly with you, please inform us of this change.

As to the search terms, please see the attached email with exhibits from the DSC. This appears to be a proposal by the PSC relating to ESI production and search terms. Pursuant to this proposal, we have requested our tech person to search for the listed terms. Based upon your email of yesterday, we will stop our ESI search which involves substantial costs until we have an agreed set of terms. If the PSC is not satisfied with the terms of its own proposal to the DSC, please let us know immediately so that we can work from the new list.

I find it frustrating that we work in good faith with the PSC and yet we are continually joined with all defendants (except Knauf) on motions to compel. We voluntarily produce project files for each new plaintiff identified by Serpe's office. We have responded to the PSC's request for sales documents and back-up information; for subcontractor files with insurance information; and have been working diligently to satisfy the PSC's demands for relevant emails. We produced our client for a two day deposition and have followed up with an informal request for certified copies of insurance policies and other documents requested at the deposition. I am not sure what else we can do to satisfy you and we plan on filing an opposition relating to the PSC's latest motion to compel because we have not received assurances that the motion is not directed at our clients, other than a general email from Fred regarding our privilege log and our cooperation.

Finally, in response to Fred's email of yesterday, we are happy to meet and confer again once there is an agreed set of ESI search terms as I do not think there is much more we can do at this point until that goal is reached. We would also like to be sure there is an agreement among the PSC as to our contact and their authority to speak for the PSC so we are not faced once again with this situation.

If you have any questions, please let us know.



EXHIBIT 5