## Kenneth F. Hardt

| | |
|---|---|
| From: | Spaulding, Kyle [kspaulding@frilot.com] |
| Sent: | Tuesday, January 05, 2010 3:34 PM |
| To: | A Witt; Adam Rabinowitz; Adam Foslid; Adam Hoeflich; Adrianne Baumgartner; Alan Harrell; Amanda Aucoin; Amy Lambert; Brian Casey; C Browning; Carolyn Kolbe; Catherine Giarrusso; Chris Bottcher; Chris Coutroulis; Chrisotpher Wiemken; Clark Smith; Dana Dupre; Daniel Caruso; Daniel Stanner; David Bienvenu; David Conner; David Loeb; David O'Quinn; Donald Brown; Donald Hayden; Dorothy Wimberly; Douglas Sanders; Du Plantier; Dwight LeBlanc, Jr; Ed Briscoe; Ed Fitzpatrick; Eduardo Rasco; Edwin Laizer; Effie Silva; Francis Liantonio; Frank Smith; Frank Brannen; Fred Moore; Gary Baumann; Greg Burge; Gregory Walsh; Hilarie Bass; J Morgan; James Nieset; Jan Atlas; Jaret Fuente; Jeffrey Kronengold; Jeffrey Backman; Jeffrey Richardson; Jennifer McNamara; Jennifer R; Jeremy Bertsch; Jeremy Springhart; Joe Hassinger; John Franklin; John Marion; John Joyce; John Sinnott; Judy Barrasso; K Newa; Ken Hardt; Kent Koch; Kevin Buster; Kevin Lennon; Kieran Fallon; l logsdon; Lee Reeves; Liz Ferry; M Jackson; Mark Salky; Mark Nanavati; Mark Romance; Mary Blanche; Matthew Allen; Michelle Nelson; Miller, Kerry J.; Mindi Schulz; Mott Mcdonald; N Capps; Nancy Fouad; Neal Sivyer; Nicole Loup; Patrick Patrick; Paula Wellons; Peter Goldman; Phillip Wittmann; Pipes, Minor; Rebecca Battaglia; Ricardo Woods; Richard Musgrave; Robert Fitzsimmons; Robert Horwitz; Russell Allison; Scott Loeb; Shima Roy; Skip Philips; Spaulding, Kyle; Steve Bimston; Steve Walker; Steven Copley; Steven Griffith; Steven Samilow; Steven Schilling; Steven Schwartz; Tamara Plattsmier; Theodore Brenner; Thomas Buckley; Thomas Loran; Tim Kozik; Todd Brown; Urquhart, Quentin; Vanessa Serrano; W Drury; Wade Langlois; Warren Horn; William Harvey; William Gaudet |
| Subject: | FW: In re CDW: ESI and Search Terms |

Kyle A. Spaulding
FRILOT L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Direct:        504.599.8249
Facsimile:   504.599.8137
E-mail: kspaulding@frilot.com

-----Original Message-----
From: Miller, Kerry J.
Sent: Tuesday, January 05, 2010 2:24 PM
To: Spaulding, Kyle
Subject: Fw: In re CDW: ESI and Search Terms

Send to counsel

----- Original Message -----
From: Grand, Jeff <jgrand@seegerweiss.com>
To: Miller, Kerry J.
Cc: Lenny Davis <LDAVIS@hhkc.com>
Sent: Tue Jan 05 14:15:17 2010
Subject: In re CDW:  ESI and Search Terms

Kerry, please advise all defense counsel that if they would like to discuss ESI and search terms for their clients, they should contact me directly by email, jgrand@seegerweiss.com , and I will schedule a call with them.  They should not be contacting anyone else.

Thanks,

Jeff Grand

1

