UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINEESE MANUFACTURED DRYWALL  :  MDL NO. 09-md-2047
PRODUCTS LIABILITY LITIGATION  :  SECTION: L
:  JUDGE FALLON
:  MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO** *Germano v. Taishan Gypsum Co., Ltd.*, **Case No. 09-6687**

## ORDER

The Mitchell Company, Inc. filed a Motion to Intervene or, In the Alternative, to Consolidate Hearing (Rec. Doc. No. 558). No responses in opposition were filed. The Court has considered the Motion. Accordingly, IT IS ORDERED that the Mitchell Company, Inc.'s Motion to Intervene or, In the Alternative, to Consolidate Hearing, is GRANTED with regard to intervention, and is DENIED with regard to consolidation.

New Orleans, Louisiana, this 5th day of January, 2010.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE