UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: See Exhibit "A" | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * *

**ORDER TO SHOW CAUSE WHY CASES**
**SHOULD NOT BE DISMISSED WITH PREJUDICE**

**IT IS ORDERED** that plaintiffs in the cases listed in the attached **Exhibit "A"** show

cause on the 14th day of January, 2010 after the monthly status conference, at the United

States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana,

why the Rule should not be granted, and plaintiffs' cases dismissed, with prejudice, pursuant to

Federal Rule of Civil Procedure Rules 37(b)(2)(c) and/or 41(b).  Plaintiffs shall file and serve

upon Liaison Counsel any oppositions to the Rule on or before the 11th day of January 2010.

Defendants' Steering Committee shall file and serve upon Plaintiffs' Liaison Counsel and

plaintiffs' counsel in the above-referenced cases any replies to the oppositions on or before the

13th day of January, 2010.

NEW   ORLEANS,   LOUISIANA,   this   5th   day   of   January 2010

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

attachment

| Case No. | | First | Firm |
|---|---|---|---|
| 2:09cv03215 | Chauffe | Michael | Irpino Law Firm |
| 2:09cv03426 | Bell | LaTonya | Matthews & Associates |
| 2:09cv03638 | Barbarin | Earline | Matthews & Associates |
| 2:09cv04145 | Peterson | Madonna | Matthews & Associates |
| 2:09cv04147 | Brister | Candy | Matthews & Associates |
| 2:09cv04147 | Coff | Cynthia | Matthews & Associates |
| 2:09cv04147 | Cooper | Royce | Matthews & Associates |
| 2:09cv04293 | Rayfield | Sylvia | Archie Lamb |
| 2:09cv04293 | Spradlin | Brenda | Archie Lamb |
| 2:09cv04306 | Hogan | Joanne | Firm TBD |
| 2:09cv04306 | Hogan | Roger | Firm TBD |
| 2:09cv04306 | Scritchfield | Ronald | Firm TBD |
| 2:09cv04356 | Fontana | Kelly | Murray Law Firm |
| 2:09cv04513 | Anderson | Darren | Matthews & Associates |
| 2:09cv04513 | Anderson | Farrell | Matthews & Associates |
| 2:09cv04513 | Anderson | Kimberly | Matthews & Associates |
| 2:09cv04513 | Banks | Dorothy | Matthews & Associates |
| 2:09cv04513 | Banks | Gerald | Matthews & Associates |
| 2:09cv04513 | Brown | Joshana | Matthews & Associates |
| 2:09cv04513 | Cafamet | August | Matthews & Associates |
| 2:09cv04513 | Davis | Lee | Matthews & Associates |
| 2:09cv04513 | Duchane | Charles | Matthews & Associates |
| 2:09cv04513 | Duchane | Susianna | Matthews & Associates |
| 2:09cv04513 | Duplessis | Georgiana | Matthews & Associates |
| 2:09cv04513 | England | Kim | Matthews & Associates |
| 2:09cv04513 | England | Michael | Matthews & Associates |
| 2:09cv04513 | Hampton | Helen | Matthews & Associates |
| 2:09cv04513 | Hampton | Samuel | Matthews & Associates |
| 2:09cv04513 | Hampton | Shavonne | Matthews & Associates |
| 2:09cv04513 | Hill | Geraldine | Matthews & Associates |
| 2:09cv04513 | Hunter | Isa | Matthews & Associates |
| 2:09cv04513 | Jackson | George | Matthews & Associates |



**EXHIBIT**

A

| 2:09cv04513 | Johnson | Regina | Matthews & Associates |
| 2:09cv04513 | Lafrance | Marlone | Matthews & Associates |
| 2:09cv04513 | Morgan | Sylvia | Matthews & Associates |
| 2:09cv04513 | Reddick | Jerome | Matthews & Associates |
| 2:09cv04513 | Soloman | Caffie | Matthews & Associates |
| 2:09cv04513 | Taylor | Doris | Matthews & Associates |