168-7008

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DAVID GROSS, CHERYL GROSS** | * | **CASE NO.: 2:09-cv-6690** |
| **AND LOUIS VELEZ, individually, and** | * | |
| **on behalf of all others similarly situated,** | * | **SECTION: L** |
| | * | |
| **Plaintiffs** | * | **JUDGE FALLON** |
| | * | |
| **VERSUS** | * | **MAG. JUDGE WILKINSON** |
| | * | |
| **KNAUF GIPS KG, et al.** | * | |
| | * | |

***************************************************************************

## ORDER

Considering the above and foregoing,

IT IS ORDERED that Defendant, Great Western Building Materials, be granted a twenty (20) day extension of time to file responsive pleadings to Plaintiffs' Amended Class Action Complaint.

New Orleans, Louisiana, this 5th day of January, 2010.

_____
UNITED STATES DISTRICT JUDGE

L:\168\7008\Doc\04 Order re Mtn to Ext.doc