UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 <br> SECTION "L"  MAG. DIV. (2) |
| | * * | DISTRICT JUDGE: <br> ELDON E. FALLON |
| This Document Relates to: <br> *David Gross, Cheryl Gross, and Louis Velez, individually, and on behalf of all others similarly situated v. Knauf Gips KG, et al.,* <br> Case No. 2:09-cv-6690 (E.D. La.) | * * * * * * | MAGISTRATE JUDGE: <br> JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * *

## ORDER

IT IS HEREBY ORDERED that Builders Gypsum Supply, LLP and Builders Gypsum Supply Co., Inc. are granted an extension of twenty-one days or until December 29, 2009, within which to file responsive pleadings to the Amended Class Action Complaint.

New Orleans, Louisiana, this __5th__ day of __January__, 2010.

_____
**UNITED STATES DISTRICT JUDGE**

B0332588.1