UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| ............................................ | : |  |

THIS DOCUMENT RELATES TO ALL CASES:

## ORDER

Considering the foregoing;

IT IS HEREBY ORDERED that the Defendant designated as Mazer Super Discount Store's Motion for Leave to File Brief regarding the Application of Alabama Economic Loss Rule, be and is accepted for filing into the Court's record.

New Orleans, Louisiana, this ___5th___ day of January, 2010.

_____
United States District Court