UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| This Document Relates to:   09-4115 | Judge Fallon<br>Mag. Judge Wilkinson |

NOTICE OF PROOF OF SERVICE
ON DEFENDANT KNAUF GIPS KG

Comes now the Plaintiff, The Mitchell Company, and would state that Defendant Knauf Gips KG. was served with the Summons and Complaint on November 3, 2009. Certificate is attached hereto as Exhibit A.

Respectfully submitted,

*/s/ Steven L. Nicholas*

STEVEN L. NICHOLAS
Cunningham Bounds, LLC
1601 Dauphin Street
Mobile, Alabama  36604
251-471-6191
251-479-1031 (fax)
sln@cunninghambounds.com

JONATHAN D. SELBIN
Lieff, Cabraser, Heimann & Bernstein, LLP
780 Third Avenue, 48th Floor
New York, New York  10017-2024
212-355-9500
212-355-9592 (fax)

ELIZABETH J. CABRASER
KRISTEN E. LAW
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, Suite 3000
San Francisco, California  94111-3339
415-956-1000
415-956-1008 (fax)

Attorneys for Plaintiff The Mitchell Company, Inc.

CERTIFICATE OF SERVICE

I do hereby certify that the above and foregoing **Notice of Proof of Service on Defendant Knauf Gips KG** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel Kerry Miller, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in  accordance with the procedures established in MDL 2047, on this the 5th  day of January, 2010.

*/s/ Steven L. Nicholas*
_____
STEVEN L. NICHOLAS