Case Name: The Mitchell Company, Inc. v. Knauf Gips KG
Defendant: Knauf Gips KG
Court Case No.: 3:09-cv-00089-MCR-MD

**EXHIBIT A**

## CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
*1. que la demande a été exécutée*
- the (date)
- *le (date)* ___03.11.2009___
- at (place, street, number)
- *à (localité, rue numéro)* ___Iphofen, Am Bahnhof 7___

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
  - [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
     a) *selon les formes légales (article 5, alinéa premier, lettre a).*
  - [~~ ~~] ~~(b) in accordance with the following particular method*:~~
     b) *selon la forme particuliére suivante:* ___
  - [~~ ~~] ~~(c) by delivery to the addressee, who accepted it voluntarily.*~~
     c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)* ___Frau Ursula Hess___

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* ___Beschäftigte des Adressaten___
___in den Geschäftsräumen___

2) ~~that the document has not been served, by reason of the following facts*:~~
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*
___

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Complaint, Referral and Order, Alias Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Piéces renvoyées:*

Complaint; Referral and Order; Alias Summons in a Civil Action; Translations

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at ___Kitzingen___ , the ___06.11.2009___
*Fait à*                              , *le*

Signature and/or stamp.
*Signature et/ou cachet.*

Hamm
Rechtspflegerin

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2