```
 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF LOUISIANA
 2

 3     ********************************************************

 4     IN RE: CHINESE-MANUFACTURED
       DRYWALL PRODUCTS LIABILITY
 5     LITIGATION
                              CIVIL DOCKET NO. MDL 2047 "L"
 6                            NEW ORLEANS, LOUISIANA
                              THURSDAY, DECEMBER 10, 2009, 9:00 A.M.
 7     THIS DOCUMENT RELATES TO
       ALL CASES
 8
       ********************************************************
 9

10             TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
               HEARD BEFORE THE HONORABLE ELDON E. FALLON
11                    UNITED STATES DISTRICT JUDGE

12

13     APPEARANCES:

14

15     FOR THE PLAINTIFF:       HERMAN HERMAN KATZ & COTLAR
                                 BY:  RUSS M. HERMAN, ESQUIRE
16                                    LEONARD A. DAVIS, ESQUIRE
                                 820 O'KEEFE AVENUE
17                               NEW ORLEANS LA  70113

18
                                 LEVIN, FISHBEIN, SEDRAN & BERMAN
19                               BY:  ARNOLD LEVIN, ESQUIRE
                                      FRED S. LONGER, ESQUIRE
20                               510 WALNUT STREET, SUITE 500
                                 PHILADELPHIA PA  19106
21

22                               GAINSBURGH BENJAMIN DAVID MEUNIER AND
                                     WARSHAUER, LLC
23                               BY:  GERALD E. MEUNIER, ESQUIRE
                                 2800 ENERGY CENTRE
24                               1100 POYDRAS STREET, SUITE 2800
                                 NEW ORLEANS LA  70163
25
```

1  APPEARANCES CONTINUED:

2

3                              SEEGER WEISS
                               BY:  CHRISTOPHER A. SEEGER, ESQUIRE
4                              550 BROAD STREET, SUITE 920
                               NEWARK NJ   07102
5

6
   FOR THE DEFENDANT:        FRILOT
7                              BY:  KERRY MILLER, ESQUIRE
                               ENERGY CENTRE, 36TH FLOOR
8                              1100 POYDRAS STREET
                               NEW ORLEANS LA   70163
9

10                             STONE PIGMAN WALTHER WITTMANN
                               BY:  PHILLIP A. WITTMANN, ESQUIRE
11                                   DOROTHY WIMBERLY, ESQUIRE
                               546 CARONDELET STREET
12                             NEW ORLEANS LA   70130

13

14 FOR THE STATE
   LIAISON COMMITTEE:        BARRIOS, KINGSDORF & CASTEIX, L.L.P.
15                             BY:  DAWN M. BARRIOS, ESQUIRE
                               701 POYDRAS STREET, SUITE 3650
16                             NEW ORLEANS LA 70139

17

18
   ALSO PRESENT:             HILLARIE BASS, ESQUIRE
19                             NEAL SIVYER, ESQUIRE
                               GARY BAUMANN, ESQUIRE
20                             DOUGLAS SANDERS, ESQUIRE

21

22
   OFFICIAL COURT REPORTER:     CATHY PEPPER, CRR, RMR, CCR
23                                500 POYDRAS STREET, ROOM B406
                                  NEW ORLEANS LA   70130
24                                (504) 589-7779

25 PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
   PRODUCED BY COMPUTER.

1                           **I N D E X**

2      AGENDA ITEMS                                        PAGE

3      **PRETRIAL ORDERS**.......................................  5
       **PROPERTY INSPECTIONS**..................................  5
4      MR. MEUNIER..............................................  6
       MR. SERPE................................................  6
5      MR. HERMAN...............................................  7
       **PLAINTIFF AND DEFENDANT PROFILE FORMS**..................  7
6      MR. MILLER...............................................  7
       THE COURT................................................  8
7      **PRESERVATION ORDER**.....................................  9
       MR. HERMAN...............................................  9
8      THE COURT................................................  9
       MR. MILLER............................................... 10
9      MR. HERMAN............................................... 10
       THE COURT............................................... 10
10     MR. MILLER............................................... 11
       MR. LEVIN............................................... 11
11     MR. HERMAN............................................... 12
       THE COURT............................................... 12
12     **STATE/FEDERAL COORDINATION**............................. 12
       MS. BARRIOS............................................. 12
13     **STATE COURT TRIAL SETTINGS**............................. 13
       MR. HERMAN............................................... 13
14     **MOTIONS IN THE MDL**..................................... 13
       **DISCOVERY ISSUES**....................................... 13
15     MR. HERMAN............................................... 13
       **FREEDOM OF INFORMATION ACT**............................. 15
16     MR. HERMAN............................................... 15
       MR. MILLER............................................... 16
17     MR. HERMAN............................................... 17
       **OMNIBUS COMPLAINT**...................................... 17
18     **TRIAL SETTINGS IN FEDERAL COURT**........................ 17
       THE COURT............................................... 17
19     MR. MILLER............................................... 17
       THE COURT............................................... 18
20     MR. MILLER............................................... 19
       MR. HERMAN............................................... 19
21     **SCHEDULE FOR TRIALS**.................................... 20
       THE COURT............................................... 21
22     **FILINGS IN THE MDL**..................................... 21
       MR. HERMAN............................................... 21
23     MR. LEVIN............................................... 22
       THE COURT............................................... 22
24     **NOTICES OF APPEARANCE AND DEFAULT JUDGMENTS**............ 22
       MR. HERMAN............................................... 23
25     THE COURT............................................... 23
       MR. HERMAN............................................... 23

```
 1   MR. HERMAN............................................   24
     THE COURT............................................   25
 2   ELECTRONICALLY STORED INFORMATION....................   25
     MASTER COMPLAINT.....................................   25
 3   MR. HERMAN...........................................   25
     THE COURT............................................   26
 4   SPECIAL MASTER.......................................   27
     THE COURT............................................   27
 5   SPECIAL MASTER ROZEN.................................   27
     THE COURT............................................   27
 6   KNAUF GIPS...........................................   28
     MR. HERMAN...........................................   28
 7   DEFAULT PROCEEDINGS IN GERMANO.......................   28
     MR. HERMAN...........................................   28
 8   THE COURT............................................   28
     MR. HERMAN...........................................   29
 9   THE COURT............................................   30
     MR. MILLER...........................................   30
10   NEXT STATUS CONFERENCE IS DECEMBER 29TH, AT 9:00.....   31
     OVERALL STATUS CONFERENCE IS JANUARY 14TH.  I'LL START  31
11   THAT WHEN I MEET WITH THE LIAISON COUNSEL AT 8:30 AND
     I'LL MEET IN OPEN COURT AT 9:00......................
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                          P-R-O-C-E-E-D-I-N-G-S

2                    M O R N I N G   S E S S I O N

3                    THURSDAY, DECEMBER 10, 2009

4                       (COURT CALLED TO ORDER)

5

6

7          THE DEPUTY CLERK:  Everyone rise.  MDL 2047, *In re:*

8   *Chinese Drywall.*

9          THE COURT:  Would counsel make their appearances for the

10  record, please.

11         MR. SEEGER:  If I told you I was Russ Herman would you

12  believe it?

13         THE COURT:  That's okay.  He's representing the

14  plaintiffs.  How about the defendants?

15         MR. WITTMANN:  Phil Wittmann here for the Homebuilders,

16  Your Honor.

17         THE COURT:  Please use the microphone.  We have between

18  60 and a hundred people on the phone, so I would like them at

19  least to be advised of what's happening.

20         MR. WITTMANN:  Phil Wittmann, Homebuilders' liaison

21  counsel, Your Honor.

22         THE COURT:  Thank you.  The first item on the agenda is

23  Pretrial Orders.  Anything on that?  Anything from the plaintiffs

24  on the pretrial orders?

25              What about Property Inspections?  Let me hear from

1    the plaintiffs.  Mr. Meunier, do you want to respond to property

2    inspections?

3              MR. MEUNIER:  Jerry Meunier for the PSC, subject to

4    Mr. Herman supplementing this later, Judge, I have nothing to

5    report on property inspections.

6              THE COURT:  Let me hear from -- he is not here either.

7              MS. BAAS:  I think Lexy just went to get them,

8    Your Honor.

9              MR. SERPE:  Your Honor, Richard Serpe also with the

10   Plaintiffs Steering Committee.  I can report with respect to

11   inspections that the homes for the seven intervenors were made

12   available for defense inspections.  They had two full days of

13   inspections last week.  They were back in this week.  We were

14   able to work out all inspection issues, including protocols for

15   removal of samples, and the inspections, at least as far as the

16   intervenors for the *Germano* trial, have been complete.

17             THE COURT:  We're on the property inspections.  Anything

18   from the plaintiff further from the plaintiff on the property

19   inspections?

20             MR. LEVIN:  Your Honor, you were so quiet, we didn't

21   realize.

22             THE COURT:  That's alright.  Would you speak into the

23   microphone.  As I mentioned at the outset, we have about a

24   hundred people on the phone, so I would like them to be kept

25   advised of what's happening.

1                   Anything on the property inspections?

2            MR. HERMAN:  No, Your Honor.  Other than that, we will

3      announce today the property for the March trial, present the

4      Court with a letter.  We have already advised Knauf it's a single

5      property -- property only, single defendant in the New Orleans

6      area to be tried here.  I've advised Kerry Miller for Knauf just

7      to let me know when they would like to have their inspections in.

8            THE COURT:  Just to remind everybody, the first matter

9      will begin in January and flow into February.  It will focus on

10     the remediation and scope of remediation, and that case will

11     proceed on schedule.  Then we'll follow that with the plaintiff's

12     selection and then the defendant's selection, and then I've also

13     extended the opportunity to the Homebuilders to pick a case so

14     that we can go with that for the trial.

15           MR. HERMAN:  Your Honor, excuse me for not introducing

16     myself.  I'm Russ Herman, liaison counsel for plaintiffs.  Good

17     morning, Judge Fallon.

18           THE COURT:  Good morning.  Plaintiff and Defendant

19     Profile Forms, the next item on the agenda.

20           MR. HERMAN:  Mr. Miller will address that.

21           MR. MILLER:  Good morning, Your Honor.  Kerry Miller,

22     defense liaison counsel.  With respect to the status of the

23     plaintiff and defendant profile forms, as the Court is aware, the

24     Defense Steering Committee filed a Motion to Dismiss certain

25     plaintiffs who have not submitted profile forms.  That Motion to

1    Dismiss was filed before the last status conference.

2          Since the last status conference we have not had

3    many profile forms from plaintiffs' liaison counsel, and what we

4    had put together or are putting together today or tomorrow is a

5    list that will indicate who has not responded to the plaintiff

6    profile form obligation.

7          I understand that opposing counsel at Mr. Herman's

8    office and Mr. Levin's office have worked very hard in trying to

9    reach out to the plaintiffs and their lawyers who have not

10   submitted profile forms in accordance with your pretrial order.

11         So what we'll be doing in connection with the next

12   hearing is we will look and obtain the list of plaintiffs who

13   have not submitted profile forms.  We are going to make sure the

14   due process is complied with, notify those plaintiffs and their

15   counsels likely by certified mail that I think Your Honor will

16   set Rule to Show Cause hearings with respect to claims, and we

17   will seek dismissal with prejudice in connection with the next

18   status conference of the plaintiffs who do not submit timely

19   profile forms.

20         THE COURT:  Let me speak on that.  The profile forms are

21   an opportunity for the parties to cut through some of the initial

22   discovery aspect of the case.  The profile forms are vital, they

23   are necessary, and I'm giving people an opportunity to respond

24   and to fill in the profile forms, but they need to know that

25   after a period of time, after they have been given an opportunity

1    to fill it in, if they resist and do not file the profile forms,

2    I will assume that they are not interested in proceeding with the

3    litigation and dismiss their case with prejudice.

4              Now, I have before me a number of motions to

5    dismiss the case with prejudice for failure to file profile

6    forms.  I will issue an order to show cause why those cases

7    should not be dismissed.  I'm not going to dismiss them now.  I'm

8    not going to deal with the motions now.  I'll issue an order to

9    show cause why those cases should not be dismissed and directing

10   the defendants to let me know which individuals should be

11   notified by court order of this opportunity for them to fill in

12   the profile forms.  If they haven't done so by next meeting, I'll

13   entertain a motion to dismiss those cases with prejudice.

14              Preservation Order.

15         MR. HERMAN:  Your Honor, there are defendant profile

16   forms -- may it please the Court, there are defendant profile

17   forms which are incomplete.  We have not yet brought a formal

18   motion.  We believe we've got enough facing us right now, but we

19   are reserving our right to bring a motion in the event that those

20   defendants' profile forms are not complete, and we don't assume

21   to know what remedies would be provided in the event of those

22   failures.

23         THE COURT:  No, it's a two-way street.  The defendant

24   has to produce profile forms; the plaintiffs have to produce

25   profile forms.  If either side doesn't do that, then the Court

1  will act on it.  If it's the defendant, I'll deal with that

2  situation by dismissing their defenses and proceed accordingly.

3       MR. MILLER:  Another issue, Your Honor, we do get

4  updates from Mr. Herman's office with respect to what their

5  information shows in terms of defendants not submitting profile

6  forms.  We then turn that list over electronically to all defense

7  counsel who have signed up to LexisNexis, get their feedback

8  back, get in touch with Mr. Herman's office, so we're in a pretty

9  constant information exchange on that issue.

10       THE COURT:  Okay.

11       MR. HERMAN:  Your Honor, while we're on that, we've had

12  a lot of inquiries from both plaintiff and defense lawyers, and

13  we want to point out the Court's web site for those here and

14  those on the phone.  It's www.laed.uscourts.gov.  All of

15  Your Honor's pretrial orders and transcripts are there.  If the

16  lawyers would look to those first, it will help answer the

17  questions that we have been getting.

18       THE COURT:  With that web site on the left-hand side of

19  the page you will see a button for the drywall cases.  Click on

20  that button and then you'll have the *Drywall* web site.  I've

21  tried to give maximum transparency to this particular case.  I

22  put these transcripts on the web site.  I put all of the court

23  orders on the web site, all of the motions coming up and things

24  of that sort, so not only do the lawyers have access to it but

25  the public as well, so that's the web site.  If you have any

1    questions, go to the web site and look at it.

2         MR. MILLER:  Judge, a particular issue that has been

3    generating a lot of questions, phone calls and e-mails, I think,

4    on my end and maybe on the Court's end as well pertains to

5    Pretrial Order 1, 1(c) and a minute entry that was issued in

6    connection with what's known as the *Gross matter*.

7         The *Gross* matter is an indeterminate defendant

8    class-action case filed by the PSC.  The parties have agreed and

9    I think the Court has given an order that all you need to do in

10   *Gross* is file a notice of appearance.  Services are being made in

11   piecemeal fashion, and I think the agreement, as reflected in the

12   Court's order, is that no defendant in *Gross* that has been served

13   needs to do anything other than file an appearance at this time

14   until further notice.

15        MR. LEVIN:  No, we do need a profile form and a letter

16   is going --

17        THE COURT:  Speak in the mic.

18        MR. LEVIN:  Arnold Levin.  We do need a profile form,

19   and we have a letter going out advising all unrepresented

20   defendants as well as represented defendants of the relevant

21   pretrial orders and also the Court's web site and their need to

22   file an entry of appearance.  That will go out.  Some of the

23   addresses are bad, and they are being checked now.  That letter

24   will go out early next week and it will be filed with the Court.

25        THE COURT:  I will post that on the web site.

1        MR. HERMAN:  I think, Your Honor, for the record and

2    because there are folks on the phone, the relevant trial orders

3    are 1, 1(b), 1(c), and 5(a), the preservation order, what I call

4    the *registration order*, and the profile form order.

5        THE COURT:  The next item on the agenda is State/Federal

6    Coordination.  Anything on that?

7             While counsel is approaching the podium, let me say

8    in a case of this sort, you have not only a number of cases in

9    federal court under the MDL proceeding, but we have a number of

10   cases in state courts.  Presently it looks like it will be about

11   42 state courts, but the majority of the claims are being filed

12   in Louisiana, Florida, Virginia, and Alabama.  There are some in

13   New Jersey and in other places, but those are the areas that I'm

14   seeing most of the claims being filed in state courts.

15             I've contacted the state judges in those state

16   courts.  I've made available to them all of the material that we

17   have been generating in the MDL.  I've gotten their wise counsel

18   and their cooperation, and we frequently discuss the matters

19   coming up on the phone, and I need to again express my

20   appreciation to my state colleagues for all of the help that

21   they've given to me in this litigation.

22        MS. BARRIOS:  Thank you, Your Honor.  Dawn Barrios for

23   the State Liaison Committee.  Pursuant to Your Honor's directive,

24   we had sent letters out to every judge in the country who had a

25   Chinese drywall case, inviting them to participate in the

1    conference, encouraging them to discuss it with Your Honor and

2    exchange information, so we hope that that has been helpful to

3    you.  I have gotten calls from several of the judges, and I've

4    directed them to your law clerk and yourself.

5             Your Honor, since the last status conference, we've

6    only had one remand filed, and that was filed in *West, et al v*

7    *State Farm Fire and Casualty*.  It was rejected by the

8    Clerk's Office because of the stay order in effect, so the MDL

9    actually has no remand motions pending before it.

10            I'm providing for Your Honor and for all counsel a

11   CD, updated CD containing all of the state court cases of which

12   we are aware.  Thank you, Your Honor.

13            THE COURT:  Thank you very much.  Ms. Barrios is the

14   chair of the state court committee.  I've endeavored to give the

15   state courts an opportunity to participate in the MDL

16   proceedings.  She coordinates that activity.  I have appointed a

17   committee from the various states to be represented on that

18   committee, and they should feel welcome at these meetings as

19   well, of course, as the judges who are participating today.

20            The next item is State Court Trial Settings.  Is

21   there anything on state court trial settings?

22            MR. HERMAN:  There are none, Your Honor.

23            THE COURT:  We've talked about the Motions in the MDL.

24   Discovery Issues.  Any discovery issues?

25            MR. HERMAN:  Your Honor, the motions are all indicated

1    on your status report which Your Honor posts on a web site.

2              Very briefly, under PSC motions under A, the Court

3    granted that motion on December 7th.

4              Under B the PSC motions were deferred by agreement.

5    They are still deferred.

6              Under C, the depositions are now set.  I'll take

7    those depositions of Venture Supply and Porter-Blaine next week

8    on the -- on Wednesday and Thursday.  I believe that's the 17th

9    and 18th, and I've advised the Court in the event that something

10   comes up during that deposition we'll contact the Court.

11             Under B, the DSC motions, the first was under 558.

12   Your Honor heard argument on that in Florida, and there was a

13   briefing here on that issue.  It's under advisement.

14             Under B, Interior Exterior, made a discovery

15   motion, was denied but with the right to refile.

16             Under C, the transfer order and motions were denied

17   filed by Venture Supply and Porter-Blaine.

18             Under D, distributor defendants have filed a motion

19   which has been taken under submission to strike plaintiffs'

20   claims for economic damages under Florida law.  Your Honor heard

21   argument on that as well as Louisiana law, and it's been

22   submitted.

23             Under E, the DSC filed a Motion to Dismiss certain

24   defendants based upon failure to provide profile forms.

25   Your Honor has addressed that issue.

1               Under C, other motions, on all other motions, and

2     there are numerous, it's Page 8, 9, 10, and 11, they are not --

3     no hearing is needed at this time.  No dates have been set by the

4     Court, but we do note that PTO 1(C) at page 11 of the record

5     allows parties to file motions before the MDL court and provides

6     that those motions will be considered without date unless a

7     motion is filed specifically to be accepted from the continuance

8     of those motions.  I don't believe that there are any of those

9     pending before Your Honor.

10              THE COURT:  Freedom of Information Act.  Anything on

11    that?

12              MR. HERMAN:  Yes, Your Honor.  At the last pretrial

13    status conference, Your Honor directed that plaintiffs should

14    provide contact information for the various government agencies

15    in order that the Court may assist in facilitating discovery from

16    those various agencies.  I do think at this point, Your Honor, it

17    is necessary to point out, and I do -- may I approach?

18              THE COURT:  Yes.

19              MR. HERMAN:  I have a list.  Thank you.  It's necessary

20    to point out that the federal agencies have not provided and

21    refused to provide plaintiffs with the discovery that we believe

22    is necessary.  Evidently under federal law, if you're a

23    plaintiff, you have no access to the CPSC if you're in

24    litigation, but the corporations who are defendants do have

25    access.  They have met numerous times with the CPSC, and,

1    therefore, we give an advance indication to the Court that the

2    plaintiffs do not accredit any CPSC report to have any value

3    because they've had one-sided input.  We hope to pursue that

4    matter before these trials come to a fruition.

5         THE COURT:  I'll look into the material that you've

6    given to me and talk with the U.S. Attorney's Office here and ask

7    them to contact the necessary agencies and get their position on

8    it.  If necessary, I'll order that they be present at the next

9    meeting to explain why they haven't delivered the material.

10        MR. MILLER:  Your Honor, on the issue of responses to

11   FOIA requests, I just want to make sure, we have received a CD

12   from the plaintiffs, from plaintiffs' liaison counsel containing

13   the responses that they have received as of the last status

14   conference.  I also received a hand delivery yesterday containing

15   information from the Environmental Protection Agency.

16        I just want to make sure nothing slips through the

17   cracks.  If we realtime have what the plaintiffs have, we're

18   happy to reimburse them for their costs, but as this information

19   rolls in, particularly as we get close to the scope of

20   remediation hearing, we will want to have the same information

21   that the plaintiffs have, so I'll --

22        THE COURT:  I think that's right on either side.  If you

23   have any information from any of the agencies, you need to give

24   it to the plaintiffs and vice versa.  There is no sense in having

25   both of you all write the same agencies and get the same

1   material.

2          MR. HERMAN:  Your Honor, first of all, we'll be happy to

3   be reimbursed.  We'll provide contemporaneous information, and

4   since Your Honor has spoken to this, we would appreciate the

5   minutes and dates of the meetings that you folks have had with

6   the CPSC as part of the information which we believe we should

7   receive, and I'll be happy to discuss that with you after the

8   conference.

9          Your Honor, with regard to the omnibus complaint,

10  we have a letter, first of all, we have to present to the Court

11  the acceptance of service by Knauf, and I'll call on my colleague

12  Mr. Miller to make any comments that he would like to make about

13  that, and then, Your Honor, followed by that, we have an

14  announcement regarding the second trial for the March 15th trial

15  date.

16         THE COURT:  Okay.  We're dealing with the tenth item on

17  the agenda, the Trial Settings in Federal Court.

18         MR. HERMAN:  Yes, Your Honor.

19         THE COURT:  As everyone knows, an omnibus class action

20  complaint has been filed.  Some 2,000 individual claims have been

21  logged in that complaint, or thereabouts.  The service has been

22  accepted by Knauf on that claim.  Anything more on that?

23         MR. MILLER:  No.  I think that's right, Your Honor.  As

24  you will recall, at prior status conferences we often had debates

25  with respect to certain numbers of impacted homes or properties

1   we read about in the press and the number of claims we're having

2   in the MDL.  I would point out we were at 300 for quite some

3   time, and now it appears that there are 2,000, or thereabouts,

4   homeowners represented by various members of the plaintiff group

5   who have asserted claims against Knauf Plasterboard (Tianjin) and

6   other defendants.

7            My client, pursuant to pretrial order Number 17, I

8   believe, did yesterday effectuate a waiver of service on behalf

9   of that Knauf Plasterboard (Tianjin) for that particular

10  complaint.

11           As set forth in Pretrial Order 17, I want to be

12  clear that was a one-time agreement by my client who worked well

13  with Mr. Herman and Mr. Levin's office and certainly appreciate

14  their efforts in putting it together and all those who

15  contributed to it.  Our next steps, of course, are going to be to

16  start to evaluate that census and that information and move on.

17           THE COURT:  One of the purposes of the omnibus

18  complaint, or the significant purpose of omnibus complaint is to

19  try to get our hands around this particular litigation.  The way

20  of doing that is to find out how many claims are out there.

21  While there are obviously more claims than have been filed, it is

22  some indication of the claims.  Hopefully this will give an

23  opportunity to take some sampling and design some kind of sample

24  that reflects the litigation in general or certain aspects of the

25  litigation from the standpoint of the defendants involved.

1        Once that grouping is analyzed to see whether or

2   not it's a reliable sample, whether it's enough of a reliable

3   sample, if it is, then you can explore more about the type of

4   claims in that sample, and the nature and extent of the claims in

5   that sample, where they are from, how many in that sample have

6   drywall in over 50 percent of the house as opposed to under

7   50 percent of the house or 10 percent of the house or whatever it

8   is.

9        You're better off with a grouping like that than

10  you are with simply one claim, in order to get some indication of

11  total census in the case and the nature and extent of the claims

12  in the case.  That's one of the aspects of the omnibus complaint

13  that hopefully we can now begin mining that data.

14       MR. MILLER:  Your Honor, one more aspect.  In Pretrial

15  Order 17, I think we ought to remind everyone that there is an

16  obligation for those plaintiffs who are in the omnibus complaint

17  to follow up with the plaintiff profile forms.  In discussions

18  with Mr. Levin, I understand that some of those are en route to

19  me.  We will make all earnest efforts to evaluate those right

20  away because that's probably the first cut at mining the claims,

21  as you say.

22       THE COURT:  The next is filings in the MDL.  Anything on

23  that?

24       MR. HERMAN:  Your Honor, I have a couple of other

25  matters, if I might.

1          THE COURT:  Yes.

2          MR. HERMAN:  Excuse me, Your Honor.  First of all, I

3   want to present the Court with the service of acceptance.  If I

4   may approach the Court, I have an original and a copy.

5          Secondly, Your Honor, we indicate that there were

6   several hundred Knauf cases provided that did not make the

7   cutoff.  Knauf is firm that this acceptance was only one time;

8   however, we emphatically state to all plaintiff attorneys and

9   those individual claimants who are representing themselves to

10  please provide us with information as to Knauf and any other

11  Chinese manufacturers with regard to their homes and encourage

12  them to have their homes inspected and identified.

13          With regard to profile forms, the reason the

14  profile forms were not submitted yesterday is we were waiting for

15  the docket number to be placed on the profile forms.  They are

16  being provided seriatim.  We have the profile forms.  The only

17  thing needed now is to imprint the case number on it, and they

18  will be provided forthwith.

19          Your Honor has set a schedule for trials at

20  page 19.  And Your Honor had directed that today plaintiffs pick

21  and designate the case to be tried before Your Honor on

22  March 15th.  I have a letter to Your Honor with copies to defense

23  liaison counsel that states that the plaintiffs propose that

24  *Tatum B. Hernandez and Charlene M. Hernandez, individually, and*

25  *their minor children, Grant Hernandez and Amelia Hernandez v*

1   *Knauf Gips* in the USDC, Eastern District, 2:09-CV-06050 is the

2   selection for trial services confirmed, and I would like to

3   approach and provide the Court with a copy -- with the original

4   of that letter and defense counsel with copies.

5                  To that end -- I'm sorry, Your Honor, I didn't mean

6   to move from the mic.  To that end, Your Honor, Chris Seeger and

7   Steve Herman have worked out a proposed scheduling order.  We

8   provided it to Knauf.  They'll meet and confer and shortly make a

9   recommendation to Your Honor of a scheduling order for the March

10  trial.  We also were meeting and will meet to set up a fair and

11  reasonable deposition schedule that will not cause Knauf to have

12  to take all the depositions at once.

13                 I appreciate the opportunity to address Your Honor

14  on those points.

15         THE COURT:  All right.  Then by the next status

16  conference, I would like Knauf to designate the trial that they

17  wish to proceed for the following trial, and then the following

18  one I'll give the opportunity to the Homebuilders to pick a case

19  that they wish to try and we'll go on that way.

20                 Filings in the MDL?  Anything?

21         MR. HERMAN:  Your Honor, the only thing that I wanted --

22  I felt -- I feel necessary to report to Your Honor is that one of

23  the declaratory judgment actions was not sent to the MDL;

24  however, there are some other declaratory judgments out there,

25  insurance issues, which do impact the MDL.

1          I want to advise that sometime between now and the

2    end of the year plaintiffs will be filing a large number of

3    direct actions directly in the MDL which will not only have

4    coverage issues but substantive issues, and it's our belief that

5    that may somehow have an impact as to whether the insurance

6    actions end up here.  I thought I would alert Your Honor to that

7    in advance.

8          MR. LEVIN:  Arnold Levin.  One of the coverage actions

9    involves the insurance in the Taishan issue that's before the

10   Court.  The panel has not transferred a similar action, although

11   it was not here, with damage actions that were related to an

12   action that was being tried.  We'll be filing papers before the

13   panel and will copy Your Honor with those papers, sir.

14         THE COURT:  The initial issue is going to be whether or

15   not that is MDL fodder, whether that's appropriate for the MDL or

16   whether the insurance coverage issues are specific enough for the

17   local courts to deal with those.  I think some thought has to be

18   given to that because the MDL has discussed some of this with me,

19   the panel, and I haven't concluded, frankly, that this is part of

20   the MDL or should be resolved individually because it's not

21   something that will impact the entire litigation.  It's so

22   *sui generis*, it's so case specific, it's so insurance-policy

23   specific that some analysis has to be made on that.

24         Notices of Appearance and Default Judgments in the

25   *Germano* case.

1        MR. HERMAN:  Your Honor, we just remind all counsel,

2    particularly in connection with those recently involved in *Gross*

3    and those in the omnibus complaint who have not appeared before,

4    that there is an order requiring that all counsel file

5    appearances.  Again, we direct all counsel to laed.uscourts.gov

6    and the drywall signal in connection therewith.

7        THE COURT:  Preliminary default has been issued in the

8    *Germano* case.  We're now at the stage where the default will be

9    proceeding, as I mentioned earlier, to file a default, and I'll

10   be dealing with the scope of the mediation in that particular

11   case.

12       MR. HERMAN:  Your Honor, I have now received three notes

13   from three different attorneys.  As usual, I'm often in error but

14   not in doubt.  I want to make everyone aware that the depositions

15   of Venture Supply and Porter-Blaine are scheduled next week in

16   Norfolk, will be on-line in the event that they wish to observe

17   or tune in.

18       THE COURT:  Everybody is aware that in these particular

19   cases oftentimes, at least in the beginning and during the course

20   of the litigation, there are certain depositions that everyone

21   wishes to participate in.  I can't have everybody at the

22   deposition because we would be using the Superdome, and that's

23   already committed for the next couple of weeks.  So in order to

24   allow everybody maximum participation, we have arranged for these

25   depositions to be put on-line so that you can pull them up with

1   your Social Security Number or predesignated number.  You can

2   look at it on your computer.  On the left side of the page is the

3   realtime transcript, and on the right-hand side is voice and

4   image.

5            If you wish to participate in the deposition, you

6   simply type in whatever questions you want, and it goes to your

7   representative, the plaintiff or the defendant.  At the

8   appropriate time that individual elbows his colleague who is

9   asking the question and indicates that New Orleans wishes this,

10  or Hawaii wants this and so forth and so on in the transcript.

11  Everybody is able to participate in it and watch the deposition

12  as it goes on.  It's worked in other cases, and hopefully it will

13  work in this instance, too.

14       MR. HERMAN:  Your Honor, there is one other matter that

15  is not necessarily set out in the status conference which we want

16  to bring to your attention and those individuals here in the

17  courtroom and that are on the phone.  After some extensive

18  meet-and-confers with counsel for Knauf, we have reached an

19  agreement on ESI.  It's now being reviewed by Ms. Bass and

20  members of the builders.

21           We do want to remind, particularly the defendants,

22  that many, many privileged logs pursuant to PTO 15 have not been

23  provided.  The plaintiffs have deferred bringing motions before

24  the Court regarding the absence of these privileged logs, but we

25  would appreciate those defendants who have partially complied

1    with defense profile forms to please get us their privileged logs

2    as soon as possible.

3         THE COURT:  With the ESI information, the electronically

4    stored information, this is my thinking on that:  I want to give

5    the parties an opportunity to explore and look this over.  This

6    is not the type of material that has any smoking guns generally

7    in it.  That's not the issue here.  Oftentimes in cases that's a

8    problem, and it has to be worked out through privileged logs.

9         Here I think the main hurdle is just logistics

10   issues.  There are some defendants that are keeping it in certain

11   format and others in another format.  Really, to make it

12   meaningful it should be stored or presented in the same format

13   and also searchable information because it's not any good if it's

14   not searchable information.

15        So the individuals should get together and discuss

16   the format, discuss the formulating searchable terms and things

17   of that sort.  This shouldn't be a real problem in this

18   particular case.  It's just logistical issues, and I can deal

19   with that by sharing costs, by swapping costs, by dealing with it

20   in some easier manner.  Let's not get hung up on that.  You need

21   to get the material, and you need to meet and confer on that.

22   Bring it to me if you can't resolve it and I'll resolve it.

23        The next item is Service of Pleadings

24   Electronically or are we on Master Complaint?

25        MR. HERMAN:  I think, Your Honor, the Master Complaint.

1    Really, there is no issue as to that presently.  Again, the

2    Court's web site, folks really have to look at that and look at

3    Pretrial Order Number 6.  We're getting calls and e-mails daily,

4    and there seems to be some misunderstanding at the bar as to what

5    they are supposed to do.

6              They have to use the ECF for filing pleadings, and

7    then we get them, and they are posted on LexisNexis, and they can

8    be accessed on LexisNexis or the ECF system.  We still are having

9    new lawyers, of course, coming into the case.  I suspect that due

10   to the work of the PSC and lead counsel Arnold Levin, there will

11   be a lot more attorneys visiting New Orleans, and we wish them

12   well, and we wish they would look at number 6, Pretrial Order

13   Number 6.

14        THE COURT:  Let's remember that if you're going to file

15   something, you need to file it in court.  You don't file it with

16   LexisNexis.  You file it with the Court.  Then the liaison

17   counsel for each side gets word of it, and they make sure that

18   LexisNexis gets it.  LexisNexis then uploads it and gives the

19   notice to everyone.  If you have any question, you can access

20   LexisNexis and see what's filed and what's not filed, but to file

21   something, you don't file it with LexisNexis.  You file it with

22   the Court.

23        MR. HERMAN:  Your Honor --

24        THE COURT:  We talked about the omnibus.

25        MR. HERMAN:  Yes, Your Honor has spoken to the omnibus

1    complaint.

2         THE COURT:  Special Master.  As I mentioned last time, I

3    appointed Michael Rozen to be Special Master, he and his firm, on

4    this particular case.  He's been discussing and working with the

5    parties on some preliminary matters in this case.

6              Anything you want to report on, Michael?

7         SPECIAL MASTER ROZEN:  Thank you, Your Honor.

8    Michael Rozen, Special Master.  All I would say, Judge, is that

9    I've been meeting with all of the relevant parties.  Everybody

10   has been extremely cooperative, as you would expect, in those

11   meetings.  I expect we will continue from now till the end of the

12   year into January, and I'm always optimistic in these regards,

13   Judge, but we will see.

14        THE COURT:  Fine.  I appreciate your work on this.  I've

15   been in touch with the Special Master on a number of occasions.

16   He's kept me advised of his discussions, and I do urge the

17   parties to access him.

18             As I mentioned, in a case of this sort, because

19   there are so many defendants, it's very difficult for me to

20   discuss the case because I need an open courtroom to have

21   everybody present at it, and I don't want to talk with one

22   defendant or one side without the other side, and so it's a

23   problem for me.

24             A Special Master is not inhibited in that same

25   fashion.  He can talk to each individual, and I've given him

1   authority to do so, so he can discuss the case with each party by

2   themselves or with any combination that he feels is appropriate

3   to do so.  I think that will move the case, and my sense of it is

4   that that is helping in this particular matter.  It's too soon to

5   determine the extent of his assistance, but I think it's moving

6   properly.

7             Nineteen is Knauf Gips.

8        MR. HERMAN:  Your Honor, we have had discussions

9   frequently.  The last was about an hour ago, and we will work out

10  a reasonable schedule with Mr. Miller with regard to jurisdiction

11  depositions.  We don't anticipate problem in scheduling those and

12  having them taken.  I'm certain we'll be meeting again on that in

13  the next few days.

14       THE COURT:  The next item is Default Proceedings in

15  *Germano.*

16       MR. HERMAN:  Yes, Your Honor.  Your Honor has put forth

17  a scheduling order.  I want to indicate to Your Honor that every

18  member of your Plaintiffs Steering Committee in one way or

19  another has pitched in in terms of the plaintiff side of *Germano*

20  to keep it on schedule for trial, both in providing their own

21  intellect and experience and their own resources.  We have no

22  reason to think that that matter will not be -- will not go to

23  trial.  It will go to trial as Your Honor has directed.

24       THE COURT:  In that particular case, the plaintiffs have

25  sought to get a cross-section of the houses, to the extent it can

1    be done, to give some indication of the nature and extent of the

2    claims.   Seven cases have been selected, and these are the cases

3    that will be affected by this particular proceeding.   Hopefully,

4    it will have some informational effect for the parties in other

5    cases, but it's not binding on the other cases.   It's for

6    informational purposes.

7              In that spirit, I have invited anyone who wishes to

8    intervene in the case to do so so that they can have an

9    opportunity to present their evidence or present their

10   information or present their experts.   We've gotten some

11   interventions, but the parties need to take a look at this

12   because it's an opportunity for them to get some information and

13   not necessarily be bound or not be bound by the ruling of the

14   Court.

15        MR. HERMAN:   Your Honor, with respect to interventions,

16   the intervention cutoff date has already passed; however, we were

17   advised that there are other folks who may want to intervene.   We

18   ask that those folks communicate directly in writing to

19   Mr. Miller, to Arnold Levin, lead counsel, to myself, liaison

20   counsel, and to Richard Serpe, S-E-R-P-E, who is lead trial

21   counsel in *Germano* so that if there are ways to adjust in

22   recommending to Your Honor without disturbing the trial date,

23   we'll attempt to accommodate that as long as they don't prejudice

24   the plaintiff's case.

25             My only concern is that there has been substantial

1    work done by plaintiffs in preparing this case, and we'll be

2    happy to accommodate any reasonable intervention in recommending

3    to Your Honor unless it somehow, in our view, would affect the

4    presentation of the case which would require us to get more

5    experts, more *Daubert*, more information, et cetera.

6            THE COURT:  That's my thinking on it.  I don't have any

7    problem extending the time for intervention, as long as it does

8    not present a prejudicial problem for the parties involved now.

9    So these dates are really for the litigants, for the lawyers, and

10   not necessarily for the Court.  My interest is in the trial date,

11   not necessarily in the cutoff dates that do not prejudice the

12   parties.

13           MR. MILLER:  Your Honor, Kerry Miller on behalf of the

14   Defense Steering Committee.  We agree with those comments.  Input

15   is good, so long as it doesn't prejudice the parties that have

16   already intervened, so we'll work with Mr. Herman and Mr. Levin

17   to try to accomplish that.

18               Also, there have been some discussions, now that

19   there have been inspections of the properties -- at least we know

20   who the initial three intervenors are -- that there may be a more

21   streamlined way to exchange information, to deal with experts,

22   things of that nature, so I'm going to work with Mr. Seeger and

23   Mr. Levin and Mr. Serpe in maybe crafting some things that will

24   streamline our information exchange efforts moving forward.

25           THE COURT:  Keep me in the loop.  If there is a problem,

1    get to me immediately and I'll work it out.

2              The last item is Next Status Conference.  Counsel

3    has asked that we set a status conference in the next couple of

4    weeks, particularly focused on the upcoming trial date so it will

5    be really focused on that aspect of this litigation, and that

6    date is December 29th, at 9 o'clock.  It will be focused on that

7    aspect of the litigation.  When is the other one?

8              THE CLERK:  January 14th.

9              THE COURT:  January 14th is the overall status

10   conference.  I'll start that when I meet with the liaison counsel

11   at 8:30 and I'll meet in open court at 9 o'clock on that

12   particular matter.

13             Anything else while we are all assembled?  We've

14   got about a hundred people here the courtroom and a hundred on

15   the line.  Anything from anyone else?

16             Again, I thank my colleagues who are on the line

17   for their interest in this matter, and I appreciate all the help

18   that they've been giving to me.  I'll see you at the next status

19   conference.  We'll stand in recess.

20             THE DEPUTY CLERK:  Everyone rise.

21             (WHEREUPON, at 10:05 a.m., the proceedings were

22   concluded.)

23                           *    *    *

24

25

```
 1
 2                    REPORTER'S CERTIFICATE
 3
 4       I, Cathy Pepper, Certified Realtime Reporter, Registered
 5   Merit Reporter, Registered Professional Reporter, Certified Court
 6   Reporter of the State of Louisiana, Official Court Reporter for
 7   the United States District Court, Eastern District of Louisiana,
 8   do hereby certify that the foregoing is a true and correct
 9   transcript, to the best of my ability and understanding, from the
10   record of the proceedings in the above-entitled and numbered
11   matter.
12
13
14                         s/Cathy Pepper
15                         Cathy Pepper, CRR, RMR, CCR
16                         Official Court Reporter
17                         United States District Court
18
19
20
21
22
23
24
25
```

**0**

**07102** [1] - 2:4

**1**

**1** [2] - 11:5, 12:3
**1(b** [1] - 12:3
**1(C** [1] - 15:4
**1(c** [2] - 11:5, 12:3
**10** [7] - 1:6, 3:8, 3:9, 3:9, 5:3, 15:2, 19:7
**10:05** [1] - 31:21
**11** [4] - 3:10, 3:10, 15:2, 15:4
**1100** [2] - 1:24, 2:8
**12** [4] - 3:11, 3:11, 3:12, 3:12
**13** [5] - 3:13, 3:13, 3:14, 3:14, 3:15
**14TH** [1] - 4:10
**14th** [2] - 31:8, 31:9
**15** [3] - 3:15, 3:16, 24:22
**15th** [2] - 17:14, 20:22
**16** [1] - 3:16
**17** [8] - 3:17, 3:17, 3:18, 3:18, 3:19, 18:7, 18:11, 19:15
**17th** [1] - 14:8
**18** [1] - 3:19
**18th** [1] - 14:9
**19** [3] - 3:20, 3:20, 20:20
**19106** [1] - 1:20

**2**

**2,000** [2] - 17:20, 18:3
**20** [1] - 3:21
**2009** [2] - 1:6, 5:3
**2047** [2] - 1:5, 5:7
**21** [3] - 3:21, 3:22, 3:22
**22** [3] - 3:23, 3:23, 3:24
**23** [3] - 3:24, 3:25, 3:25
**24** [1] - 4:1
**25** [4] - 4:1, 4:2, 4:2, 4:3
**26** [1] - 4:3
**27** [4] - 4:4, 4:4, 4:5, 4:5
**28** [5] - 4:6, 4:6, 4:7, 4:7, 4:8
**2800** [2] - 1:23, 1:24

**29** [1] - 4:8
**29th** [1] - 31:6
**29TH** [1] - 4:10
**2:09-CV-06050** [1] - 21:1

**3**

**30** [2] - 4:9, 4:9
**300** [1] - 18:2
**31** [2] - 4:10, 4:10
**3650** [1] - 2:15
**36TH** [1] - 2:7

**4**

**42** [1] - 12:11

**5**

**5** [2] - 3:3, 3:3
**5(a** [1] - 12:3
**50** [2] - 19:6, 19:7
**500** [2] - 1:20, 2:23
**504** [1] - 2:24
**510** [1] - 1:20
**546** [1] - 2:11
**550** [1] - 2:4
**558** [1] - 14:11
**589-7779** [1] - 2:24

**6**

**6** [5] - 3:4, 3:4, 26:3, 26:12, 26:13
**60** [1] - 5:18

**7**

**7** [3] - 3:5, 3:5, 3:6
**701** [1] - 2:15
**70113** [1] - 1:17
**70130** [2] - 2:12, 2:23
**70139** [1] - 2:16
**70163** [2] - 1:24, 2:8
**7th** [1] - 14:3

**8**

**8** [2] - 3:6, 15:2
**820** [1] - 1:16
**8:30** [2] - 4:11, 31:11

**9**

**9** [6] - 3:7, 3:7, 3:8, 15:2, 31:6, 31:11
**920** [1] - 2:4
**9:00** [1] - 1:6
**9:00......** [1] - 4:10
**9:00........................** [1] - 4:11

**A**

**A.M** [1] - 1:6
**a.m** [1] - 31:21
**ability** [1] - 32:9
**able** [2] - 6:14, 24:11
**above-entitled** [1] - 32:10
**absence** [1] - 24:24
**acceptance** [3] - 17:11, 20:3, 20:7
**accepted** [2] - 15:7, 17:22
**access** [5] - 10:24, 15:23, 15:25, 26:19, 27:17
**accessed** [1] - 26:8
**accommodate** [2] - 29:23, 30:2
**accomplish** [1] - 30:17
**accordance** [1] - 8:10
**accordingly** [1] - 10:2
**accredit** [1] - 16:2
**act** [1] - 10:1
**Act** [1] - 15:10
**ACT..........................** .. [1] - 3:15
**action** [4] - 11:8, 17:19, 22:10, 22:12
**actions** [5] - 21:23, 22:3, 22:6, 22:8, 22:11
**activity** [1] - 13:16
**address** [2] - 7:20, 21:13
**addressed** [1] - 14:25
**addresses** [1] - 11:23
**adjust** [1] - 29:21
**advance** [2] - 16:1, 22:7
**advise** [1] - 22:1
**advised** [7] - 5:19, 6:25, 7:4, 7:6, 14:9, 27:16, 29:17
**advisement** [1] - 14:13
**advising** [1] - 11:19

**affect** [1] - 30:3
**affected** [1] - 29:3
**agencies** [6] - 15:14, 15:16, 15:20, 16:7, 16:23, 16:25
**Agency** [1] - 16:15
**AGENDA** [1] - 3:2
**agenda** [4] - 5:22, 7:19, 12:5, 17:17
**ago** [1] - 28:9
**agree** [1] - 30:14
**agreed** [1] - 11:8
**agreement** [4] - 11:11, 14:4, 18:12, 24:19
**al** [1] - 13:6
**Alabama** [1] - 12:12
**alert** [1] - 22:6
**ALL** [1] - 1:7
**allow** [1] - 23:24
**allows** [1] - 15:5
**alright** [1] - 6:22
**ALSO** [1] - 2:18
**Amelia** [1] - 20:25
**analysis** [1] - 22:23
**analyzed** [1] - 19:1
**AND** [4] - 1:22, 3:5, 3:24, 4:11
**announce** [1] - 7:3
**announcement** [1] - 17:14
**answer** [1] - 10:16
**anticipate** [1] - 28:11
**Appearance** [1] - 22:24
**APPEARANCE** [1] - 3:24
**appearance** [3] - 11:10, 11:13, 11:22
**appearances** [2] - 5:9, 23:5
**APPEARANCES** [2] - 1:13, 2:1
**appeared** [1] - 23:3
**appointed** [2] - 13:16, 27:3
**appreciate** [6] - 17:4, 18:13, 21:13, 24:25, 27:14, 31:17
**appreciation** [1] - 12:20
**approach** [3] - 15:17, 20:4, 21:3
**approaching** [1] - 12:7
**appropriate** [3] - 22:15, 24:8, 28:2
**area** [1] - 7:6
**areas** [1] - 12:13
**argument** [2] - 14:12,

14:21
**Arnold** [4] - 11:18, 22:8, 26:10, 29:19
**ARNOLD** [1] - 1:19
**arranged** [1] - 23:24
**aspect** [4] - 8:22, 19:14, 31:5, 31:7
**aspects** [2] - 18:24, 19:12
**assembled** [1] - 31:13
**asserted** [1] - 18:5
**assist** [1] - 15:15
**assistance** [1] - 28:5
**assume** [2] - 9:2, 9:20
**AT** [3] - 4:10, 4:11, 4:11
**attempt** [1] - 29:23
**attention** [1] - 24:16
**Attorney's** [1] - 16:6
**attorneys** [3] - 20:8, 23:13, 26:11
**authority** [1] - 28:1
**available** [2] - 6:12, 12:16
**AVENUE** [1] - 1:16
**aware** [4] - 7:23, 13:12, 23:14, 23:18

**B**

**B406** [1] - 2:23
**BAAS** [1] - 6:7
**bad** [1] - 11:23
**bar** [1] - 26:4
**BARRIOS** [3] - 2:14, 2:15, 12:22
**Barrios** [2] - 12:22, 13:13
**BARRIOS..................** ..........................** [1] - 3:12
**based** [1] - 14:24
**Bass** [1] - 24:19
**BASS** [1] - 2:18
**BAUMANN** [1] - 2:19
**BEFORE** [1] - 1:10
**begin** [2] - 7:9, 19:13
**beginning** [1] - 23:19
**behalf** [2] - 18:8, 30:13
**belief** [1] - 22:4
**BENJAMIN** [1] - 1:22
**BERMAN** [1] - 1:18
**best** [1] - 32:9
**better** [1] - 19:9
**between** [2] - 5:17, 22:1
**binding** [1] - 29:5
**Blaine** [3] - 14:7,

14:17, 23:15
**bound** [2] - 29:13
**briefing** [1] - 14:13
**briefly** [1] - 14:2
**bring** [3] - 9:19, 24:16, 25:22
**bringing** [1] - 24:23
**BROAD** [1] - 2:4
**brought** [1] - 9:17
**builders** [1] - 24:20
**button** [2] - 10:19, 10:20
**BY** [9] - 1:15, 1:19, 1:23, 2:3, 2:7, 2:10, 2:15, 2:25, 2:25

## C

**CALLED** [1] - 5:4
**CARONDELET** [1] - 2:11
**case** [31] - 7:10, 7:13, 8:22, 9:3, 9:5, 10:21, 11:8, 12:8, 12:25, 19:11, 19:12, 20:17, 20:21, 21:18, 22:22, 22:25, 23:8, 23:11, 25:18, 26:9, 27:4, 27:5, 27:18, 27:20, 28:1, 28:3, 28:24, 29:8, 29:24, 30:1, 30:4
**cases** [15] - 9:6, 9:9, 9:13, 10:19, 12:8, 12:10, 13:11, 20:6, 23:19, 24:12, 25:7, 29:2, 29:5
**CASES** [1] - 1:7
**CASTEIX** [2] - 2:14
**Casualty** [1] - 13:7
**Cathy** [2] - 32:4, 32:15
**CATHY** [1] - 2:22
**CCR** [2] - 2:22, 32:15
**CD** [3] - 13:11, 16:11
**census** [2] - 18:16, 19:11
**CENTRE** [2] - 1:23, 2:7
**certain** [7] - 7:24, 14:23, 17:25, 18:24, 23:20, 25:10, 28:12
**certainly** [1] - 18:13
**CERTIFICATE** [1] - 32:2
**certified** [1] - 8:15
**Certified** [2] - 32:4, 32:5
**certify** [1] - 32:8
**cetera** [1] - 30:5

**chair** [1] - 13:14
**Charlene** [1] - 20:24
**checked** [1] - 11:23
**children** [1] - 20:25
**Chinese** [3] - 5:8, 12:25, 20:11
**CHINESE** [1] - 1:4
**CHINESE-MANUFACTURED** [1] - 1:4
**Chris** [1] - 21:6
**CHRISTOPHER** [1] - 2:3
**CIVIL** [1] - 1:5
**claim** [2] - 17:22, 19:10
**claimants** [1] - 20:9
**claims** [15] - 8:16, 12:11, 12:14, 14:20, 17:20, 18:1, 18:5, 18:20, 18:21, 18:22, 19:4, 19:11, 19:20, 29:2
**class** [2] - 11:8, 17:19
**class-action** [1] - 11:8
**clear** [1] - 18:12
**clerk** [1] - 13:4
**CLERK** [3] - 5:7, 31:8, 31:20
**Clerk's** [1] - 13:8
**click** [1] - 10:19
**client** [2] - 18:7, 18:12
**close** [1] - 16:19
**colleague** [2] - 17:11, 24:8
**colleagues** [2] - 12:20, 31:16
**combination** [1] - 28:2
**coming** [3] - 10:23, 12:19, 26:9
**comments** [2] - 17:12, 30:14
**committed** [1] - 23:23
**Committee** [5] - 6:10, 7:24, 12:23, 28:18, 30:14
**committee** [3] - 13:14, 13:17, 13:18
**COMMITTEE** [1] - 2:14
**communicate** [1] - 29:18
**complaint** [10] - 17:9, 17:20, 17:21, 18:10, 18:18, 19:12, 19:16, 23:3, 27:1
**Complaint** [2] - 25:24, 25:25
**COMPLAINT.............**
**........................** [1] -
3:17

**COMPLAINT.............**
**........................** [1] -
4:2
**complete** [2] - 6:16, 9:20
**complied** [2] - 8:14, 24:25
**computer** [1] - 24:2
**COMPUTER** [1] - 2:25
**concern** [1] - 29:25
**concluded** [2] - 22:19, 31:22
**confer** [2] - 21:8, 25:21
**conference** [13] - 8:1, 8:2, 8:18, 13:1, 13:5, 15:13, 16:14, 17:8, 21:16, 24:15, 31:3, 31:10, 31:19
**Conference** [1] - 31:2
**CONFERENCE** [3] - 1:10, 4:10, 4:10
**conferences** [1] - 17:24
**confers** [1] - 24:18
**confirmed** [1] - 21:2
**connection** [5] - 8:11, 8:17, 11:6, 23:2, 23:6
**considered** [1] - 15:6
**constant** [1] - 10:9
**contact** [3] - 14:10, 15:14, 16:7
**contacted** [1] - 12:15
**containing** [3] - 13:11, 16:12, 16:14
**contemporaneous** [1] - 17:3
**continuance** [1] - 15:7
**continue** [1] - 27:11
**CONTINUED** [1] - 2:1
**contributed** [1] - 18:15
**cooperation** [1] - 12:18
**cooperative** [1] - 27:10
**coordinates** [1] - 13:16
**Coordination** [1] - 12:6
**COORDINATION.......**
**...................... [1]** -
3:12
**copies** [2] - 20:22, 21:4
**copy** [3] - 20:4, 21:3, 22:13
**corporations** [1] - 15:24

**correct** [1] - 32:8
**costs** [3] - 16:18, 25:19
**COTLAR** [1] - 1:15
**COUNSEL** [1] - 4:11
**counsel** [23] - 5:9, 5:21, 7:16, 7:22, 8:3, 8:7, 10:7, 12:7, 12:17, 13:10, 16:12, 20:23, 21:4, 23:1, 23:4, 23:5, 24:18, 26:10, 26:17, 29:19, 29:20, 29:21, 31:10
**Counsel** [1] - 31:2
**counsels** [1] - 8:15
**country** [1] - 12:24
**couple** [3] - 19:24, 23:23, 31:3
**course** [4] - 13:19, 18:15, 23:19, 26:9
**court** [9] - 9:11, 10:22, 12:9, 13:11, 13:14, 13:21, 15:5, 26:15, 31:11
**Court** [29] - 7:4, 7:23, 9:16, 9:25, 11:9, 11:24, 13:20, 14:2, 14:9, 14:10, 15:4, 15:15, 16:1, 17:10, 17:17, 20:3, 20:4, 21:3, 22:10, 24:24, 26:16, 26:22, 29:14, 30:10, 32:5, 32:6, 32:7, 32:16, 32:17
**COURT** [46] - 1:1, 2:22, 3:13, 4:11, 5:4, 5:9, 5:13, 5:17, 5:22, 6:6, 6:17, 6:22, 7:8, 7:18, 8:20, 9:23, 10:10, 10:18, 11:17, 11:25, 12:5, 13:13, 13:23, 15:10, 15:18, 16:5, 16:22, 17:16, 17:19, 18:17, 19:22, 20:1, 21:15, 22:14, 23:7, 23:18, 25:3, 26:14, 26:24, 27:2, 27:14, 28:14, 28:24, 30:6, 30:25, 31:9
**Court's** [5] - 10:13, 11:4, 11:12, 11:21, 26:2
**COURT......................**
**. [1]** - 3:18
**COURT......................**
**........................** [15] -
3:6, 3:8, 3:9, 3:11, 3:18, 3:19, 3:21, 3:23, 3:25, 4:1, 4:3, 4:4, 4:5, 4:8, 4:9

**courtroom** [3] - 24:17, 27:20, 31:14
**courts** [6] - 12:10, 12:11, 12:14, 12:16, 13:15, 22:17
**coverage** [3] - 22:4, 22:8, 22:16
**CPSC** [4] - 15:23, 15:25, 16:2, 17:6
**cracks** [1] - 16:17
**crafting** [1] - 30:23
**cross** [1] - 28:25
**cross-section** [1] - 28:25
**CRR** [2] - 2:22, 32:15
**cut** [2] - 8:21, 19:20
**cutoff** [1] - 20:7, 29:16, 30:11

## D

**daily** [1] - 26:3
**damage** [1] - 22:11
**damages** [1] - 14:20
**data** [1] - 19:13
**date** [7] - 15:6, 17:15, 29:16, 29:22, 30:10, 31:4, 31:6
**dates** [4] - 15:3, 17:5, 30:9, 30:11
**Daubert** [1] - 30:5
**DAVID** [1] - 1:22
**DAVIS** [1] - 1:16
**DAWN** [1] - 2:15
**Dawn** [1] - 12:22
**days** [2] - 6:12, 28:13
**deal** [5] - 9:8, 10:1, 22:17, 25:18, 30:21
**dealing** [3] - 17:16, 23:10, 25:19
**debates** [1] - 17:24
**DECEMBER** [3] - 1:6, 4:10, 5:3
**December** [2] - 14:3, 31:6
**declaratory** [2] - 21:23, 21:24
**Default** [2] - 22:24, 28:14
**DEFAULT** [2] - 3:24, 4:7
**default** [3] - 23:7, 23:8, 23:9
**defendant** [10] - 7:5, 7:23, 9:15, 9:16, 9:23, 10:1, 11:7, 11:12, 24:7, 27:22
**DEFENDANT** [2] - 2:6, 3:5

**Defendant** [1] - 7:18
**defendant's** [1] - 7:12
**defendants** [14] -
5:14, 9:10, 10:5,
11:20, 14:18, 14:24,
15:24, 18:6, 18:25,
24:21, 24:25, 25:10,
27:19
**defendants'** [1] - 9:20
**Defense** [2] - 7:24,
30:14
**defense** [7] - 6:12,
7:22, 10:6, 10:12,
20:22, 21:4, 25:1
**defenses** [1] - 10:2
**deferred** [3] - 14:4,
14:5, 24:23
**delivered** [1] - 16:9
**delivery** [1] - 16:14
**denied** [2] - 14:15,
14:16
**deposition** [5] - 14:10,
21:11, 23:22, 24:5,
24:11
**depositions** [7] - 14:6,
14:7, 21:12, 23:14,
23:20, 23:25, 28:11
**DEPUTY** [2] - 5:7,
31:20
**design** [1] - 18:23
**designate** [2] - 20:21,
21:16
**determine** [1] - 28:5
**different** [1] - 23:13
**difficult** [1] - 27:19
**direct** [2] - 22:3, 23:5
**directed** [4] - 13:4,
15:13, 20:20, 28:23
**directing** [1] - 9:9
**directive** [1] - 12:23
**directly** [2] - 22:3,
29:18
**DISCOVERY** [1] - 3:14
**discovery** [5] - 8:22,
13:24, 14:14, 15:15,
15:21
**Discovery** [1] - 13:24
**discuss** [7] - 12:18,
13:1, 17:7, 25:15,
25:16, 27:20, 28:1
**discussed** [1] - 22:18
**discussing** [1] - 27:4
**discussions** [4] -
19:17, 27:16, 28:8,
30:18
**dismiss** [4] - 9:3, 9:5,
9:7, 9:13
**Dismiss** [3] - 7:24,
8:1, 14:23
**dismissal** [1] - 8:17

**dismissed** [2] - 9:7,
9:9
**dismissing** [1] - 10:2
**distributor** [1] - 14:18
**DISTRICT** [3] - 1:1,
1:1, 1:11
**District** [4] - 21:1,
32:7, 32:17
**disturbing** [1] - 29:22
**docket** [1] - 20:15
**DOCKET** [1] - 1:5
**DOCUMENT** [1] - 1:7
**done** [3] - 9:12, 29:1,
30:1
**DOROTHY** [1] - 2:11
**doubt** [1] - 23:14
**DOUGLAS** [1] - 2:20
**drywall** [4] - 10:19,
12:25, 19:6, 23:6
**Drywall** [2] - 5:8,
10:20
**DRYWALL** [1] - 1:4
**DSC** [2] - 14:11, 14:23
**due** [2] - 8:14, 26:9
**during** [2] - 14:10,
23:19

---

**E**

---

**e-mails** [2] - 11:3, 26:3
**early** [1] - 11:24
**earnest** [1] - 19:19
**easier** [1] - 15:20
**EASTERN** [1] - 1:1
**Eastern** [2] - 21:1,
32:7
**ECF** [2] - 26:6, 26:8
**economic** [1] - 14:20
**effect** [2] - 13:8, 29:4
**effectuate** [1] - 18:8
**efforts** [3] - 18:14,
19:19, 30:24
**either** [3] - 6:6, 9:25,
16:22
**elbows** [1] - 24:8
**ELDON** [1] - 1:10
**ELECTRONICALLY**
[1] - 4:2
**Electronically** [1] -
25:24
**electronically** [2] -
10:6, 25:3
**emphatically** [1] -
20:8
**en** [1] - 19:18
**encourage** [1] - 20:11
**encouraging** [1] -
13:1
**end** [7] - 11:4, 21:5,

21:6, 22:2, 22:6,
27:11
**endeavored** [1] -
13:14
**ENERGY** [2] - 1:23,
2:7
**entertain** [1] - 9:13
**entire** [1] - 22:21
**entitled** [1] - 32:10
**entry** [2] - 11:5, 11:22
**Environmental** [1] -
16:15
**error** [1] - 23:13
**ESI** [2] - 24:19, 25:3
**ESQUIRE** [14] - 1:15,
1:16, 1:19, 1:19,
1:23, 2:3, 2:7, 2:10,
2:11, 2:15, 2:18,
2:19, 2:19, 2:20
**et** [2] - 13:6, 30:5
**evaluate** [2] - 18:16,
19:19
**event** [4] - 9:19, 9:21,
14:9, 23:16
**evidence** [1] - 29:9
**evidently** [1] - 15:22
**exchange** [4] - 10:9,
13:2, 30:21, 30:24
**excuse** [2] - 7:15, 20:2
**expect** [2] - 27:10,
27:11
**experience** [1] - 28:21
**experts** [3] - 29:10,
30:5, 30:21
**explain** [1] - 16:9
**explore** [2] - 19:3,
25:5
**express** [1] - 12:19
**extended** [1] - 7:13
**extending** [1] - 30:7
**extensive** [1] - 24:17
**extent** [5] - 19:4,
19:11, 28:5, 28:25,
29:1
**Exterior** [1] - 14:14
**extremely** [1] - 27:10

---

**F**

---

**facilitating** [1] - 15:15
**facing** [1] - 9:18
**failure** [2] - 9:5, 14:24
**failures** [1] - 9:22
**fair** [1] - 21:10
**Fallon** [1] - 7:17
**FALLON** [1] - 1:10
**far** [1] - 6:15
**Farm** [1] - 13:7
**fashion** [2] - 11:11,

27:25
**February** [1] - 7:9
**FEDERAL** [1] - 3:18
**Federal** [1] - 17:17
**federal** [3] - 12:9,
15:20, 15:22
**feedback** [1] - 10:7
**felt** [1] - 21:22
**few** [1] - 28:13
**file** [15] - 9:1, 9:5,
11:10, 11:13, 11:22,
15:5, 23:4, 23:9,
26:14, 26:15, 26:16,
26:20, 26:21
**filed** [16] - 7:24, 8:1,
11:8, 11:24, 12:11,
12:14, 13:6, 14:17,
14:18, 14:23, 15:7,
17:20, 18:21, 26:20
**filing** [3] - 22:2, 22:12,
26:6
**filings** [1] - 19:22,
21:20
**FILINGS** [1] - 3:22
**fill** [3] - 8:24, 9:1, 9:11
**fine** [1] - 27:14
**Fire** [1] - 13:7
**firm** [2] - 20:7, 27:3
**first** [8] - 5:22, 7:8,
10:16, 14:11, 17:2,
17:10, 19:20, 20:2
**FISHBEIN** [1] - 1:18
**FLOOR** [1] - 1:17
**Florida** [3] - 12:12,
14:12, 14:20
**flow** [1] - 7:9
**focus** [1] - 7:9
**focused** [2] - 31:4,
31:5, 31:6
**fodder** [1] - 22:15
**FOIA** [1] - 16:11
**folks** [5] - 12:2, 17:5,
26:2, 29:17, 29:18
**follow** [2] - 7:11, 19:17
**followed** [1] - 17:13
**following** [2] - 21:17
**FOR** [4] - 1:15, 2:6,
2:14, 3:21
**foregoing** [1] - 32:8
**form** [4] - 8:6, 11:15,
11:18, 12:4
**formal** [1] - 9:17
**format** [4] - 25:11,
25:12, 25:16
**Forms** [1] - 7:19
**forms** [25] - 7:23, 7:25,
8:3, 8:10, 8:13, 8:19,
8:20, 8:22, 8:24, 9:1,
9:6, 9:12, 9:16, 9:17,
9:20, 9:24, 9:25,

10:6, 14:24, 19:17,
20:13, 20:14, 20:15,
20:16, 25:1
**FORMS**................ [1]
- 3:5
**formulating** [1] -
25:16
**forth** [3] - 18:11,
24:10, 28:16
**forthwith** [1] - 20:18
**forward** [1] - 30:24
**frankly** [1] - 22:19
**FRED** [1] - 1:19
**Freedom** [1] - 15:10
**FREEDOM** [1] - 3:15
**frequently** [2] - 12:18,
28:9
**FRILOT** [1] - 2:6
**fruition** [1] - 16:4
**full** [1] - 6:12

---

**G**

---

**GAINSBURGH** [1] -
1:22
**GARY** [1] - 2:19
**general** [1] - 18:24
**generally** [1] - 25:6
**generating** [2] - 11:3,
12:17
**generis** [1] - 22:22
**GERALD** [1] - 1:23
**Germano** [6] - 6:16,
22:25, 23:8, 28:15,
28:19, 29:21
**GERMANO**..............
........ [1] - 4:7
**Gips** [2] - 21:1, 28:7
**GIPS**.........................
................ [1] - 4:6
**given** [6] - 8:25, 11:9,
12:21, 16:6, 22:18,
27:25
**government** [1] -
15:14
**Grant** [1] - 20:25
**granted** [1] - 14:3
**Gross** [5] - 11:6, 11:7,
11:10, 11:12, 23:2
**group** [1] - 18:4
**grouping** [2] - 19:1,
19:9
**guns** [1] - 25:6

---

**H**

---

**hand** [3] - 10:18,
16:14, 24:3

**hands** [1] - 18:19
**happy** [4] - 16:18, 17:2, 17:7, 30:2
**hard** [1] - 8:8
**Hawaii** [1] - 24:10
**hear** [2] - 5:25, 6:6
**HEARD** [1] - 1:10
**heard** [2] - 14:12, 14:20
**hearing** [3] - 8:12, 15:3, 16:20
**hearings** [1] - 8:16
**help** [3] - 10:16, 12:20, 31:17
**helpful** [1] - 13:2
**helping** [1] - 28:4
**hereby** [1] - 32:8
**Herman** [6] - 5:11, 6:4, 7:16, 18:13, 21:7, 30:16
**HERMAN** [27] - 1:15, 1:15, 7:2, 7:15, 7:20, 9:15, 10:11, 12:1, 13:22, 13:25, 15:12, 15:19, 17:2, 17:18, 19:24, 20:2, 21:21, 23:1, 23:12, 24:14, 25:25, 26:23, 26:25, 28:8, 28:16, 29:15
**Herman's** [3] - 8:7, 10:4, 10:8
**HERMAN**................
.....................[17] -
3:5, 3:7, 3:9, 3:11, 3:13, 3:15, 3:16, 3:17, 3:20, 3:22, 3:24, 3:25, 4:1, 4:3, 4:6, 4:7, 4:8
**Hernandez** [4] - 20:24, 20:25
**HILLARIE** [1] - 2:18
**Homebuilders** [3] - 5:15, 7:13, 21:18
**Homebuilders'** [1] - 5:20
**homeowners** [1] - 18:4
**homes** [4] - 6:11, 17:25, 20:11, 20:12
**Honor** [67] - 5:16, 5:21, 6:8, 6:9, 6:20, 7:2, 7:15, 7:21, 8:15, 9:15, 10:3, 10:11, 12:1, 12:22, 13:1, 13:5, 13:10, 13:12, 13:22, 13:25, 14:1, 14:12, 14:20, 14:25, 15:9, 15:12, 15:13, 15:16, 16:10, 17:2, 17:4, 17:9, 17:13,

17:18, 17:23, 19:14, 19:24, 20:2, 20:5, 20:19, 20:20, 20:21, 20:22, 21:5, 21:6, 21:9, 21:13, 21:21, 21:22, 22:6, 22:13, 23:1, 23:12, 24:14, 25:25, 26:23, 26:25, 27:7, 28:8, 28:16, 28:17, 28:23, 29:15, 29:22, 30:3, 30:13
**Honor's** [2] - 10:15, 12:23
**HONORABLE** [1] - 1:10
**hope** [2] - 13:2, 16:3
**hopefully** [4] - 18:22, 19:13, 24:12, 29:3
**hour** [1] - 28:9
**house** [3] - 19:6, 19:7
**houses** [1] - 28:25
**hundred** [5] - 5:18, 6:24, 20:6, 31:14
**hung** [1] - 15:20
**hurdle** [1] - 25:9

**I**

**I'LL** [2] - 4:10, 4:11
**identified** [1] - 20:12
**image** [1] - 24:4
**immediately** [1] - 31:1
**impact** [3] - 21:25, 22:5, 22:21
**impacted** [1] - 17:25
**imprint** [1] - 20:17
**IN** [6] - 1:4, 3:14, 3:18, 3:22, 4:7, 4:11
**including** [1] - 6:14
**incomplete** [1] - 9:17
**indeterminate** [1] - 11:7
**indicate** [3] - 8:5, 20:5, 28:17
**indicated** [1] - 13:25
**indicates** [1] - 24:9
**indication** [4] - 16:1, 18:22, 19:10, 29:1
**individual** [4] - 17:20, 20:9, 24:8, 27:25
**individually** [2] - 20:24, 22:20
**individuals** [3] - 9:10, 24:16, 25:15
**Information** [1] - 15:10
**INFORMATION** [1] - 3:15
**information** [21] -

10:5, 10:9, 13:2, 15:14, 16:15, 16:18, 16:20, 16:23, 17:3, 17:6, 18:16, 20:10, 25:3, 25:4, 25:13, 25:14, 29:10, 29:12, 30:5, 30:21, 30:24
**INFORMATION**..........
............[1] - 4:2
**informational** [2] - 29:4, 29:6
**inhibited** [1] - 27:24
**initial** [3] - 8:21, 22:14, 30:20
**input** [2] - 16:3, 30:14
**inquiries** [1] - 10:12
**inspected** [1] - 20:12
**inspection** [1] - 6:14
**Inspections** [1] - 5:25
**inspections** [11] - 6:2, 6:5, 6:11, 6:12, 6:13, 6:15, 6:17, 6:19, 7:1, 7:7, 30:19
**INSPECTIONS**..........
.......................[1] -
3:3
**instance** [1] - 24:13
**insurance** [5] - 21:25, 22:5, 22:9, 22:16, 22:22
**insurance-policy** [1] -
22:22
**intellect** [1] - 28:21
**interest** [2] - 30:10, 31:17
**interested** [1] - 9:2
**Interior** [1] - 14:14
**intervene** [2] - 29:8, 29:17
**intervened** [1] - 30:16
**intervenors** [3] - 6:11, 6:16, 30:20
**intervention** [3] - 29:16, 30:2, 30:7
**interventions** [2] - 29:11, 29:15
**introducing** [1] - 7:15
**invited** [1] - 29:7
**inviting** [1] - 12:25
**involved** [3] - 18:25, 23:2, 30:8
**involves** [1] - 22:9
**IS** [2] - 4:10, 4:10
**issue** [12] - 9:6, 9:8, 10:3, 10:9, 11:2, 14:13, 14:25, 16:10, 22:9, 22:14, 25:7, 26:1
**issued** [2] - 11:5, 23:7
**issues** [8] - 6:14,

13:24, 21:25, 22:4, 22:16, 25:10, 25:18
**Issues** [1] - 13:24
**ISSUES**..................
...................[1] - 3:14
**item** [8] - 5:22, 7:19, 12:5, 13:20, 17:16, 25:23, 28:14, 31:2
**ITEMS** [1] - 3:2

**J**

**JANUARY** [1] - 4:10
**January** [4] - 7:9, 27:12, 31:8, 31:9
**Jerry** [1] - 6:3
**Jersey** [1] - 12:13
**judge** [2] - 11:2, 12:24
**Judge** [4] - 6:4, 7:17, 27:8, 27:13
**JUDGE** [1] - 1:11
**judges** [2] - 12:15, 13:3, 13:19
**judgment** [1] - 21:23
**Judgments** [1] - 22:24
**judgments** [1] - 21:24
**JUDGMENTS**..........
................[1] -
3:24
**jurisdiction** [1] - 28:10

**K**

**KATZ** [1] - 1:15
**keep** [2] - 28:20, 30:25
**keeping** [1] - 25:10
**kept** [2] - 6:24, 27:16
**KERRY** [1] - 2:7
**Kerry** [3] - 7:6, 7:21, 30:13
**kind** [1] - 18:23
**KINGSDORF** [1] -
2:14
**KNAUF** [1] - 4:6
**Knauf** [15] - 7:4, 7:6, 17:11, 17:22, 18:5, 18:9, 20:6, 20:7, 20:10, 21:1, 21:8, 21:11, 21:16, 24:18, 28:7
**known** [1] - 11:6
**knows** [1] - 17:19

**L**

**L.L.P** [1] - 2:14
**LA** [6] - 1:17, 1:24, 2:8, 2:12, 2:16, 2:23
**laed.uscourts.gov** [1]

- 23:5
**large** [1] - 22:2
**last** [9] - 6:13, 8:1, 8:2, 13:5, 15:12, 16:13, 27:2, 28:9, 31:2
**law** [4] - 13:4, 14:20, 14:21, 15:22
**lawyers** [6] - 8:9, 10:12, 10:16, 10:24, 26:9, 30:9
**lead** [3] - 26:10, 29:19, 29:20
**least** [4] - 5:19, 6:15, 23:19, 30:19
**left** [2] - 10:18, 24:2
**left-hand** [1] - 10:18
**LEONARD** [1] - 1:16
**letter** [7] - 7:4, 11:15, 11:19, 11:23, 17:10, 20:22, 21:4
**letters** [1] - 12:24
**Levin** [7] - 11:18, 19:18, 22:8, 26:10, 29:19, 30:16, 30:23
**LEVIN** [6] - 1:18, 1:19, 6:20, 11:15, 11:18, 22:8
**Levin's** [2] - 8:8, 18:13
**LEVIN**.......................
..................[2] -
3:10, 3:23
**LexisNexis** [8] - 10:7, 26:7, 26:8, 26:16, 26:18, 26:20, 26:21
**Lexy** [1] - 6:7
**LIABILITY** [1] - 1:4
**LIAISON** [2] - 2:14, 4:11
**Liaison** [1] - 12:23
**liaison** [9] - 5:20, 7:16, 7:22, 8:3, 16:12, 20:23, 26:16, 29:19, 31:10
**likely** [1] - 8:15
**line** [4] - 23:16, 23:25, 31:15, 31:16
**list** [4] - 8:5, 8:12, 10:6, 15:19
**litigants** [1] - 30:9
**litigation** [10] - 9:3, 12:21, 15:24, 18:19, 18:24, 18:25, 22:21, 23:20, 31:5, 31:7
**LITIGATION** [1] - 1:5
**LLC** [1] - 1:22
**local** [1] - 22:17
**logged** [1] - 17:21
**logistical** [1] - 25:18
**logistics** [1] - 25:9
**logs** [4] - 24:22, 24:24,

25:1, 25:8
**LONGER** [1] - 1:19
**look** [10] - 8:12, 10:16,
11:1, 16:5, 24:2,
25:5, 26:2, 26:12,
29:11
**looks** [1] - 12:10
**loop** [1] - 30:25
**LOUISIANA** [2] - 1:1,
1:6
**Louisiana** [4] - 12:12,
14:21, 32:6, 32:7

# M

**mail** [1] - 8:15
**mails** [2] - 11:3, 26:3
**main** [1] - 25:9
**majority** [1] - 12:11
**manner** [1] - 25:20
**MANUFACTURED** [1]
- 1:4
**manufacturers** [1] -
20:11
**March** [4] - 7:3, 17:14,
20:22, 21:9
**Master** [7] - 25:24,
25:25, 27:2, 27:3,
27:8, 27:15, 27:24
**MASTER** [3] - 4:2, 4:5,
27:7
**MASTER**................
................... [1] - 4:4
**material** [6] - 12:16,
16:5, 16:9, 17:1,
25:6, 25:21
**matter** [10] - 7:8, 11:6,
11:7, 16:4, 24:14,
28:4, 28:22, 31:12,
31:17, 32:11
**matters** [3] - 12:18,
19:25, 27:5
**maximum** [2] - 10:21,
23:24
**MDL** [18] - 1:5, 5:7,
12:9, 12:17, 13:8,
13:15, 13:23, 15:5,
18:2, 19:22, 21:20,
21:23, 21:25, 22:3,
22:15, 22:18, 22:20
**MDL**...........................
......... [2] - 3:14, 3:22
**mean** [1] - 21:5
**meaningful** [1] - 25:12
**MECHANICAL** [1] -
2:25
**mediation** [1] - 23:10
**MEET** [2] - 4:11, 4:11
**meet** [6] - 21:8, 21:10,

24:18, 25:21, 31:10,
31:11
**meet-and-confers** [1]
- 24:18
**meeting** [5] - 9:12,
16:9, 21:10, 27:9,
28:12
**meetings** [3] - 13:18,
17:5, 27:11
**member** [1] - 28:18
**members** [2] - 18:4,
24:20
**mentioned** [4] - 6:23,
23:9, 27:2, 27:18
**Merit** [1] - 32:5
**met** [1] - 15:25
**Meunier** [2] - 6:1, 6:3
**MEUNIER** [3] - 1:22,
1:23, 6:3
**MEUNIER**................
....................... [1] -
3:4
**mic** [2] - 11:17, 21:6
**Michael** [3] - 27:3,
27:6, 27:8
**microphone** [2] -
5:17, 6:23
**might** [1] - 19:25
**Miller** [7] - 7:6, 7:20,
7:21, 17:12, 28:10,
29:19, 30:13
**MILLER** [8] - 2:7, 7:21,
10:3, 11:2, 16:10,
17:23, 19:14, 30:13
**MILLER**....................
................... [7] -
3:6, 3:8, 3:10, 3:16,
3:19, 3:20, 4:9
**mining** [2] - 19:13,
19:20
**minor** [1] - 20:25
**minute** [1] - 11:5
**minutes** [1] - 17:5
**misunderstanding** [1]
- 26:4
**morning** [3] - 7:17,
7:18, 7:21
**most** [1] - 12:14
**motion** [7] - 9:13,
9:18, 9:19, 14:3,
14:15, 14:18, 15:7
**Motion** [3] - 7:24,
7:25, 14:23
**MOTIONS** [1] - 3:14
**Motions** [1] - 13:23
**motions** [15] - 9:4,
9:8, 10:23, 13:9,
13:25, 14:2, 14:4,
14:11, 14:16, 15:1,
15:5, 15:6, 15:8,

24:23
**move** [3] - 18:16, 21:6,
28:3
**moving** [2] - 28:5,
30:24
**MR** [68] - 3:4, 3:4, 3:5,
3:6, 3:7, 3:8, 3:9,
3:10, 3:10, 3:11,
3:13, 3:15, 3:16,
3:16, 3:17, 3:19,
3:20, 3:20, 3:22,
3:23, 3:24, 3:25, 4:1,
4:3, 4:6, 4:7, 4:8,
4:9, 5:11, 5:15, 5:20,
6:3, 6:9, 6:20, 7:2,
7:15, 7:20, 7:21,
9:15, 10:3, 10:11,
11:2, 11:15, 11:18,
12:1, 13:22, 13:25,
15:12, 15:19, 16:10,
17:2, 17:18, 17:23,
19:14, 19:24, 20:2,
21:21, 22:8, 23:1,
23:12, 24:14, 25:25,
26:23, 26:25, 28:8,
28:16, 29:15, 30:13
**MS** [3] - 3:12, 6:7,
12:22

# N

**nature** [4] - 19:4,
19:11, 29:1, 30:22
**NEAL** [1] - 2:19
**necessarily** [4] -
24:15, 29:13, 30:10,
30:11
**necessary** [7] - 8:23,
15:17, 15:19, 15:22,
16:7, 16:8, 21:22
**need** [12] - 8:24, 11:9,
11:15, 11:18, 11:21,
12:19, 16:23, 25:20,
25:21, 26:15, 27:20,
29:11
**needed** [2] - 15:3,
20:17
**needs** [1] - 11:13
**New** [4] - 7:5, 12:13,
24:9, 26:11
**new** [1] - 26:9
**NEW** [7] - 1:6, 1:17,
1:24, 2:8, 2:12, 2:16,
2:23
**NEWARK** [1] - 2:4
**next** [19] - 7:19, 8:11,
8:17, 9:12, 11:24,
12:5, 13:20, 14:7,
16:8, 18:15, 19:22,
21:15, 23:15, 23:23,

25:23, 28:13, 28:14,
31:3, 31:18
**NEXT** [1] - 4:10
**Next** [1] - 31:2
**nineteen** [1] - 28:7
**NJ** [1] - 2:4
**NO** [1] - 1:5
**none** [1] - 13:22
**Norfolk** [1] - 23:16
**note** [1] - 15:4
**notes** [1] - 23:12
**nothing** [2] - 6:4,
16:16
**notice** [3] - 11:10,
11:14, 26:19
**NOTICES** [1] - 3:24
**Notices** [1] - 22:24
**notified** [1] - 9:11
**notify** [1] - 8:14
**number** [10] - 9:4,
12:8, 12:9, 18:1,
20:15, 20:17, 22:2,
24:1, 26:12, 27:15
**Number** [4] - 18:7,
24:1, 26:3, 26:13
**numbered** [1] - 32:10
**numbers** [1] - 17:25
**numerous** [2] - 15:2,
15:25

# O

**o'clock** [2] - 31:6,
31:11
**O'KEEFE** [1] - 1:16
**obligation** [2] - 8:6,
19:16
**observe** [1] - 23:16
**obtain** [1] - 8:12
**obviously** [1] - 18:21
**occasions** [1] - 27:15
**OF** [4] - 1:1, 1:10,
3:15, 3:24
**Office** [2] - 13:8, 16:6
**office** [5] - 8:8, 10:4,
10:8, 18:13
**OFFICIAL** [1] - 2:22
**Official** [2] - 32:6,
32:16
**often** [2] - 17:24,
23:13
**oftentimes** [2] - 23:19,
25:7
**omnibus** [9] - 17:9,
17:19, 18:17, 18:18,
19:12, 19:16, 23:3,
26:24, 26:25
**OMNIBUS** [1] - 3:17
**on-line** [2] - 23:16,

23:25
**once** [2] - 19:1, 21:12
**one** [16] - 13:6, 16:3,
18:12, 18:17, 19:10,
19:12, 19:14, 20:7,
21:18, 21:22, 22:8,
24:14, 27:21, 27:22,
28:18, 31:7
**one-sided** [1] - 16:3
**one-time** [1] - 18:12
**open** [2] - 27:20,
31:11
**OPEN** [1] - 4:11
**opportunity** [12] -
7:13, 8:21, 8:23,
8:25, 9:11, 13:15,
18:23, 21:13, 21:18,
25:5, 29:9, 29:12
**opposed** [1] - 19:6
**opposing** [1] - 8:7
**optimistic** [1] - 27:12
**order** [20] - 8:10, 9:6,
9:8, 9:11, 11:9,
11:12, 12:3, 12:4,
13:8, 14:16, 15:15,
16:8, 18:7, 19:10,
21:7, 21:9, 23:4,
23:23, 28:17
**Order** [6] - 9:14, 11:5,
18:11, 19:15, 26:3,
26:12
**ORDER** [1] - 5:4
**ORDER**....................
............. [1] - 3:7
**Orders** [1] - 5:23
**orders** [5] - 5:24,
10:15, 10:23, 11:21,
12:2
**ORDERS**...................
....................... [1] - 3:3
**original** [2] - 20:4,
21:3
**ORLEANS** [7] - 1:6,
1:17, 1:24, 2:8, 2:12,
2:16, 2:23
**Orleans** [3] - 7:5, 24:9,
26:11
**ought** [1] - 19:15
**outset** [1] - 6:23
**overall** [1] - 31:9
**OVERALL** [1] - 4:10
**own** [2] - 28:20, 28:21

# P

**PA** [1] - 1:20
**PAGE** [1] - 3:2
**page** [4] - 10:19, 15:4,
20:20, 24:2

**Page** [1] - 15:2
**panel** [3] - 22:10, 22:13, 22:19
**papers** [2] - 22:12, 22:13
**part** [2] - 17:6, 22:19
**partially** [1] - 24:25
**participate** [5] - 12:25, 13:15, 23:21, 24:5, 24:11
**participating** [1] - 13:19
**participation** [1] - 23:24
**particular** [12] - 10:21, 11:2, 18:9, 18:19, 23:10, 23:18, 25:18, 27:4, 28:4, 28:24, 29:3, 31:12
**particularly** [4] - 16:19, 23:2, 24:21, 31:4
**parties** [12] - 8:21, 11:8, 15:5, 25:5, 27:5, 27:9, 27:17, 29:4, 29:11, 30:8, 30:12, 30:15
**party** [1] - 28:1
**passed** [1] - 29:16
**pending** [2] - 13:9, 15:9
**people** [4] - 5:18, 6:24, 8:23, 31:14
**Pepper** [3] - 32:4, 32:14, 32:15
**PEPPER** [1] - 2:22
**percent** [3] - 19:6, 19:7
**period** [1] - 8:25
**pertains** [1] - 11:4
**Phil** [2] - 5:15, 5:20
**PHILADELPHIA** [1] - 1:20
**PHILLIP** [1] - 2:10
**phone** [7] - 5:18, 6:24, 10:14, 11:3, 12:2, 12:19, 24:17
**pick** [3] - 7:13, 20:20, 21:18
**piecemeal** [1] - 11:11
**PIGMAN** [1] - 2:10
**pitched** [1] - 28:19
**placed** [1] - 20:15
**places** [1] - 12:13
**PLAINTIFF** [2] - 1:15, 3:5
**plaintiff** [11] - 6:18, 7:23, 8:5, 10:12, 15:23, 18:4, 19:17, 20:8, 24:7, 28:19

**Plaintiff** [1] - 7:18
**plaintiff's** [2] - 7:11, 29:24
**plaintiffs** [24] - 5:14, 5:23, 6:1, 7:16, 7:25, 8:9, 8:12, 8:14, 8:18, 9:24, 15:13, 15:21, 16:2, 16:12, 16:17, 16:21, 16:24, 19:16, 20:20, 20:23, 22:2, 24:23, 28:24, 30:1
**Plaintiffs** [2] - 6:10, 28:18
**plaintiffs'** [3] - 8:3, 14:19, 16:12
**Plasterboard** [2] - 18:5, 18:9
**Pleadings** [1] - 25:23
**pleadings** [1] - 26:6
**podium** [1] - 12:7
**point** [5] - 10:13, 15:16, 15:17, 15:20, 18:2
**points** [1] - 21:14
**policy** [1] - 22:22
**Porter** [3] - 14:7, 14:17, 23:15
**Porter-Blaine** [3] - 14:7, 14:17, 23:15
**position** [1] - 16:7
**possible** [1] - 25:2
**post** [1] - 11:25
**posted** [1] - 26:7
**posts** [1] - 14:1
**POYDRAS** [4] - 1:24, 2:8, 2:15, 2:23
**predesignated** [1] - 24:1
**prejudice** [7] - 8:17, 9:3, 9:5, 9:13, 29:23, 30:11, 30:15
**prejudicial** [1] - 30:8
**preliminary** [2] - 23:7, 27:5
**preparing** [1] - 30:1
**PRESENT** [1] - 2:18
**present** [9] - 7:3, 16:8, 17:10, 20:3, 27:21, 29:9, 29:10, 30:8
**presentation** [1] - 30:4
**presented** [1] - 25:12
**presently** [2] - 12:10, 26:1
**Preservation** [1] - 9:14
**PRESERVATION** [1] - 3:7
**preservation** [1] - 12:3
**press** [1] - 18:1

**Pretrial** [6] - 5:23, 11:5, 18:11, 19:14, 26:3, 26:12
**PRETRIAL** [1] - 3:3
**pretrial** [6] - 5:24, 8:10, 10:15, 11:21, 15:12, 18:7
**pretty** [1] - 10:8
**privileged** [4] - 24:22, 24:24, 25:1, 25:8
**problem** [7] - 25:8, 25:17, 27:23, 28:11, 30:7, 30:8, 30:25
**proceed** [3] - 7:11, 10:2, 21:17
**proceeding** [4] - 9:2, 12:9, 23:9, 29:3
**proceedings** [3] - 13:16, 31:21, 32:10
**Proceedings** [1] - 28:14
**PROCEEDINGS** [4] - 1:10, 2:25, 4:7, 5:1
**process** [1] - 8:14
**produce** [2] - 9:24
**PRODUCED** [1] - 2:25
**PRODUCTS** [1] - 1:4
**Professional** [1] - 32:5
**profile** [29] - 7:23, 7:25, 8:3, 8:6, 8:10, 8:13, 8:19, 8:20, 8:22, 8:24, 9:1, 9:5, 9:12, 9:15, 9:16, 9:20, 9:24, 9:25, 10:5, 11:15, 11:18, 12:4, 14:24, 19:17, 20:13, 20:14, 20:15, 20:16, 25:1
**Profile** [1] - 7:19
**PROFILE** [1] - 3:5
**properly** [1] - 28:6
**properties** [2] - 17:25, 30:19
**Property** [1] - 5:25
**PROPERTY** [1] - 3:3
**property** [8] - 6:1, 6:5, 6:17, 6:18, 7:1, 7:3, 7:5
**propose** [1] - 20:23
**proposed** [1] - 21:7
**Protection** [1] - 16:15
**protocols** [1] - 6:14
**provide** [6] - 14:24, 15:14, 15:21, 17:3, 20:10, 21:3
**provided** [7] - 9:21, 15:20, 20:6, 20:16, 20:18, 21:8, 24:23
**provides** [1] - 15:5

**providing** [2] - 13:10, 28:20
**PSC** [5] - 6:3, 11:8, 14:2, 14:4, 26:10
**PTO** [2] - 15:4, 24:22
**public** [1] - 10:25
**pull** [1] - 23:25
**purpose** [1] - 18:18
**purposes** [2] - 18:17, 29:6
**pursuant** [3] - 12:23, 18:7, 24:22
**pursue** [1] - 16:3
**put** [5] - 8:4, 10:22, 23:25, 28:16
**putting** [2] - 8:4, 18:14

## Q

**questions** [4] - 10:17, 11:1, 11:3, 24:6
**quiet** [1] - 6:20
**quite** [1] - 18:2

## R

**re** [1] - 5:7
**RE** [1] - 1:4
**reach** [1] - 8:9
**reached** [1] - 24:18
**read** [1] - 18:1
**real** [1] - 25:17
**realize** [1] - 6:21
**really** [5] - 25:11, 26:1, 26:2, 30:9, 31:5
**Realtime** [1] - 32:4
**realtime** [2] - 16:17, 24:3
**reason** [2] - 20:13, 28:22
**reasonable** [3] - 21:11, 28:10, 30:2
**receive** [1] - 17:7
**received** [4] - 16:11, 16:13, 16:14, 23:12
**recently** [1] - 23:2
**recess** [1] - 31:19
**recommendation** [1] - 21:9
**recommending** [2] - 29:22, 30:2
**record** [4] - 5:10, 12:1, 15:4, 32:10
**RECORDED** [1] - 2:25
**refile** [1] - 14:15
**reflected** [1] - 11:11
**reflects** [1] - 18:24
**refused** [1] - 15:21

**regard** [4] - 17:9, 20:11, 20:13, 28:10
**regarding** [2] - 17:14, 24:24
**regards** [1] - 27:12
**Registered** [2] - 32:4, 32:5
**registration** [1] - 12:4
**reimburse** [1] - 16:18
**reimbursed** [1] - 17:3
**rejected** [1] - 13:7
**related** [1] - 22:11
**RELATES** [1] - 1:7
**relevant** [3] - 11:20, 12:2, 27:9
**reliable** [1] - 19:2
**remand** [2] - 13:6, 13:9
**remediation** [3] - 7:10, 16:20
**remedies** [1] - 9:21
**remember** [1] - 26:14
**remind** [4] - 7:8, 19:15, 23:1, 24:21
**removal** [1] - 6:15
**report** [6] - 6:5, 6:10, 14:1, 16:2, 21:22, 27:6
**Reporter** [6] - 32:4, 32:5, 32:6, 32:16
**REPORTER** [1] - 2:22
**REPORTER'S** [1] - 32:2
**representative** [1] - 24:7
**represented** [3] - 11:20, 13:17, 18:4
**representing** [2] - 5:13, 20:9
**requests** [1] - 16:11
**require** [1] - 30:4
**requiring** [1] - 23:4
**reserving** [1] - 9:19
**resist** [1] - 9:1
**resolve** [2] - 25:22
**resolved** [1] - 22:20
**resources** [1] - 28:21
**respect** [6] - 6:10, 7:22, 8:16, 10:4, 17:25, 29:15
**respond** [2] - 6:1, 8:23
**responded** [1] - 8:5
**responses** [2] - 16:10, 16:13
**reviewed** [1] - 24:19
**Richard** [2] - 6:9, 29:20
**right-hand** [1] - 24:3
**rise** [2] - 5:7, 31:20

**RMR** [2] - 2:22, 32:15
**rolls** [1] - 16:19
**ROOM** [1] - 2:23
**route** [1] - 19:18
**Rozen** [2] - 27:3, 27:8
**ROZEN** [1] - 27:7
**ROZEN**......................
............ [1] - 4:5
**Rule** [1] - 8:16
**ruling** [1] - 29:13
**RUSS** [1] - 1:15
**Russ** [2] - 5:11, 7:16

## S

**s/Cathy** [1] - 32:14
**sample** [6] - 18:23, 19:2, 19:3, 19:4, 19:5
**samples** [1] - 6:15
**sampling** [1] - 18:23
**SANDERS** [1] - 2:20
**SCHEDULE** [1] - 3:21
**schedule** [5] - 7:11, 20:19, 21:11, 28:10, 28:20
**scheduled** [1] - 23:15
**scheduling** [4] - 21:7, 21:9, 28:11, 28:17
**scope** [3] - 7:10, 16:19, 23:10
**searchable** [3] - 25:13, 25:14, 25:16
**second** [1] - 17:14
**secondly** [1] - 20:5
**section** [1] - 28:25
**Security** [1] - 24:1
**SEDRAN** [1] - 1:18
**see** [5] - 10:19, 19:1, 26:20, 27:13, 31:18
**Seeger** [2] - 21:6, 30:22
**SEEGER** [3] - 2:3, 2:3, 5:11
**seeing** [1] - 12:14
**seek** [1] - 8:17
**selected** [1] - 29:2
**selection** [3] - 7:12, 21:2
**sense** [2] - 16:24, 28:3
**sent** [2] - 12:24, 21:23
**seriatim** [1] - 20:16
**SERPE** [2] - 6:9, 29:20
**Serpe** [3] - 6:9, 29:20, 30:23
**SERPE**......................
............ [1] - 3:4
**served** [1] - 11:12

**Service** [1] - 25:23
**service** [4] - 17:11, 17:21, 18:8, 20:3
**services** [2] - 11:10, 21:2
**set** [8] - 8:16, 14:6, 15:3, 18:11, 20:19, 21:10, 24:15, 31:3
**Settings** [2] - 13:20, 17:17
**SETTINGS** [1] - 3:18
**settings** [1] - 13:21
**SETTINGS**.................
............ [1] - 3:13
**seven** [2] - 6:11, 29:2
**several** [2] - 13:3, 20:6
**sharing** [1] - 25:19
**shortly** [1] - 21:8
**show** [2] - 9:6, 9:9
**Show** [1] - 8:16
**shows** [1] - 10:5
**side** [9] - 9:25, 10:18, 16:22, 24:2, 24:3, 26:17, 27:22, 28:19
**sided** [1] - 16:3
**signal** [1] - 23:6
**signed** [1] - 10:7
**significant** [1] - 18:18
**similar** [1] - 22:10
**simply** [2] - 19:10, 24:6
**single** [2] - 7:4, 7:5
**site** [11] - 10:13, 10:18, 10:20, 10:22, 10:23, 10:25, 11:1, 11:21, 11:25, 14:1, 26:2
**situation** [1] - 10:2
**SIVYER** [1] - 2:19
**slips** [1] - 16:16
**smoking** [1] - 6:16
**Social** [1] - 24:1
**sometime** [1] - 22:1
**soon** [2] - 25:2, 28:4
**sorry** [1] - 21:5
**sort** [4] - 10:24, 12:8, 25:17, 27:18
**sought** [1] - 28:25
**Special** [5] - 27:2, 27:3, 27:8, 27:15, 27:24
**SPECIAL** [3] - 4:4, 4:5, 27:7
**specific** [3] - 22:16, 22:22, 22:23
**specifically** [1] - 15:7
**spirit** [1] - 29:7
**spoken** [2] - 17:4, 26:25

**stage** [1] - 23:8
**stand** [1] - 31:19
**standpoint** [1] - 18:25
**START** [1] - 4:10
**start** [2] - 18:16, 31:10
**STATE** [2] - 2:14, 3:13
**state** [11] - 12:10, 12:11, 12:14, 12:15, 12:20, 13:11, 13:14, 13:15, 13:21, 20:8
**State** [4] - 12:23, 13:7, 13:20, 32:6
**STATE/FEDERAL** [1] - 3:12
**State/Federal** [1] - 12:5
**states** [2] - 13:17, 20:23
**STATES** [2] - 1:1, 1:11
**States** [2] - 32:7, 32:17
**STATUS** [3] - 1:10, 4:10, 4:10
**Status** [1] - 31:2
**status** [14] - 7:22, 8:1, 8:2, 8:18, 13:5, 14:1, 15:13, 16:13, 17:24, 21:15, 24:15, 31:3, 31:9, 31:18
**stay** [1] - 13:8
**Steering** [4] - 6:10, 7:24, 28:18, 30:14
**STENOGRAPHY** [1] - 2:25
**steps** [1] - 18:15
**Steve** [1] - 21:7
**still** [2] - 14:5, 26:8
**STONE** [1] - 2:10
**STORED** [1] - 4:2
**stored** [2] - 25:4, 25:12
**streamline** [1] - 30:24
**streamlined** [1] - 30:21
**STREET** [7] - 1:20, 1:24, 2:4, 2:8, 2:11, 2:15, 2:23
**street** [1] - 9:23
**strike** [1] - 14:19
**subject** [1] - 6:3
**submission** [1] - 14:19
**submit** [1] - 8:18
**submitted** [5] - 7:25, 8:10, 8:13, 14:22, 20:14
**submitting** [1] - 10:5
**substantial** [1] - 29:25
**substantive** [1] - 22:4
**sui** [1] - 22:22

**SUITE** [4] - 1:20, 1:24, 2:4, 2:15
**Superdome** [1] - 23:22
**supplementing** [1] - 6:4
**Supply** [3] - 14:7, 14:17, 23:15
**supposed** [1] - 26:5
**suspect** [1] - 26:9
**swapping** [1] - 25:19
**system** [1] - 26:8

## T

**Taishan** [1] - 22:9
**Tatum** [1] - 20:24
**tenth** [1] - 17:16
**terms** [3] - 10:5, 25:16, 28:19
**THAT** [1] - 4:11
**THE** [66] - 1:10, 1:15, 2:6, 2:14, 3:6, 3:8, 3:9, 3:11, 3:14, 3:18, 3:19, 3:21, 3:22, 3:23, 3:25, 4:1, 4:3, 4:4, 4:5, 4:8, 4:9, 4:11, 5:7, 5:9, 5:13, 5:17, 5:22, 6:6, 6:17, 6:22, 7:8, 7:18, 8:20, 9:23, 10:10, 10:18, 11:17, 11:25, 12:5, 13:13, 13:23, 15:10, 15:18, 16:5, 16:22, 17:16, 17:19, 18:17, 19:22, 20:1, 21:15, 22:14, 23:7, 23:18, 25:3, 26:14, 26:24, 27:2, 27:14, 28:14, 28:24, 30:6, 30:25, 31:8, 31:9, 31:20
**themselves** [2] - 20:9, 28:2
**thereabouts** [2] - 17:21, 18:3
**therefore** [1] - 16:1
**therewith** [1] - 23:6
**they've** [3] - 12:21, 16:3, 31:18
**thinking** [2] - 25:4, 30:6
**THIS** [1] - 1:7
**three** [3] - 23:12, 23:13, 30:20
**THURSDAY** [2] - 1:6, 5:3
**Thursday** [1] - 14:8
**Tianjin** [2] - 18:5, 18:9
**timely** [1] - 8:18

**TO** [2] - 1:7, 5:4
**today** [4] - 7:3, 8:4, 13:19, 20:20
**together** [4] - 8:4, 18:14, 25:15
**tomorrow** [1] - 8:4
**total** [1] - 19:11
**touch** [2] - 10:8, 27:15
**transcript** [3] - 24:3, 24:10, 32:9
**TRANSCRIPT** [2] - 1:10, 2:25
**transcripts** [2] - 10:15, 10:22
**transfer** [1] - 14:16
**transferred** [1] - 22:10
**transparency** [1] - 10:21
**Trial** [2] - 13:20, 17:17
**TRIAL** [2] - 3:13, 3:18
**trial** [18] - 6:16, 7:3, 7:14, 12:2, 13:21, 17:14, 21:2, 21:10, 21:16, 21:17, 28:20, 28:23, 29:20, 29:22, 30:10, 31:4
**trials** [2] - 16:4, 20:19
**TRIALS**......................
............ [1] - 3:21
**tried** [4] - 7:6, 10:21, 20:21, 22:12
**true** [1] - 32:8
**try** [3] - 18:19, 21:19, 30:17
**trying** [1] - 8:8
**tune** [1] - 23:17
**turn** [1] - 10:6
**two** [2] - 6:12, 9:23
**two-way** [1] - 9:23
**type** [3] - 19:3, 24:6, 25:6

## U

**U.S** [1] - 16:6
**under** [17] - 12:9, 14:2, 14:4, 14:6, 14:11, 14:13, 14:14, 14:16, 14:18, 14:19, 14:20, 14:23, 15:1, 15:22, 19:6
**UNITED** [2] - 1:1, 1:11
**United** [2] - 32:7, 32:17
**unless** [2] - 15:6, 30:3
**unrepresented** [1] - 11:19
**up** [9] - 10:7, 10:23, 12:19, 14:10, 19:17,

21:10, 22:6, 23:25,
25:20
**upcoming** [1] - 31:4
**updated** [1] - 13:11
**updates** [1] - 10:4
**uploads** [1] - 26:18
**urge** [1] - 27:16
**USDC** [1] - 21:1
**usual** [1] - 23:13

## V

**value** [1] - 16:2
**various** [4] - 13:17,
15:14, 15:16, 18:4
**Venture** [3] - 14:7,
14:17, 23:15
**versa** [1] - 16:24
**vice** [1] - 16:24
**view** [1] - 30:3
**Virginia** [1] - 12:12
**visiting** [1] - 26:11
**vital** [1] - 8:22
**voice** [1] - 24:3

## W

**waiting** [1] - 20:14
**waiver** [1] - 18:8
**WALNUT** [1] - 1:20
**WALTHER** [1] - 2:10
**wants** [1] - 24:10
**WARSHAUER** [1] -
1:22
**watch** [1] - 24:11
**ways** [1] - 29:21
**web** [11] - 10:13,
10:18, 10:20, 10:22,
10:23, 10:25, 11:1,
11:21, 11:25, 14:1,
26:2
**Wednesday** [1] - 14:8
**week** [5] - 6:13, 11:24,
14:7, 23:15
**weeks** [2] - 23:23,
31:4
**WEISS** [1] - 2:3
**welcome** [1] - 13:18
**West** [1] - 13:6
**WHEN** [1] - 4:11
**WHEREUPON** [1] -
31:21
**WIMBERLY** [1] - 2:11
**wise** [1] - 12:17
**wish** [6] - 21:17,
21:19, 23:16, 24:5,
26:11, 26:12
**wishes** [3] - 23:21,

24:9, 29:7
**WITH** [1] - 4:11
**Wittmann** [2] - 5:15,
5:20
**WITTMANN** [4] - 2:10,
2:10, 5:15, 5:20
**word** [1] - 26:17
**write** [1] - 16:25
**writing** [1] - 29:18
**www.laed.uscourts.
gov** [1] - 10:14

## Y

**year** [2] - 22:2, 27:12
**yesterday** [3] - 16:14,
18:8, 20:14
**yourself** [1] - 13:4