UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| This Document Relates to:   09-4120 (Minafri) | Judge Fallon |
| | Mag. Judge Wilkinson |

## ORDER

Considering Plaintiff's Unopposed Motion for Leave to Amend, and the consent of the opposing party,

IT IS ORDERED that:

1. Leave is given to Plaintiff Minafri to file an amended complaint.

2. The amended complaint filed with Plaintiff's Unopposed Motion for Leave to File Amended Complaint be accepted by the clerk for filing.

NEW ORLEANS, LOUISIANA, this __5th__ day of January, 2010.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

16010950.1