**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>**Culliton v. Taylor Morrison Services, Inc., et al, Case No. 2:09-cv-4114 (E.D.La.)** | |

**ORDER**

Plaintiff in the above captioned matter filed a Notice of Voluntary Dismissal (Rec. Doc. No. 592), dismissing Defendant Taylor Morrison Services, Inc. with prejudice and all other Defendants without prejudice.  It has come to the Court's attention that there are Intervenors in the instant matter.  The Court has consulted these parties with regard to the Voluntary Dismissal.  Accordingly, IT IS ORDERED that the Intervenors are dismissed without prejudice from the above captioned matter.

New Orleans, Louisiana, this 5th  day of ___January___, 2010.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge