UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL :
    PRODUCTS LIABILITY LITIGATION :
    : MDL 2047
THIS DOCUMENT RELATES TO: : SECTION: L
    : JUDGE FALLON
Shane Allen, et al. v. Knauf Gips KG, et al. : MAG. JUDGE WILKINSON
Case No. 2:2009-cv-04112 (E.D. La.) :
    :
………………………………………………………:

## ORDER

Upon consideration of Plaintiffs', SHANE ALLEN and NICOLE ALLEN, Unopposed Motion to Drop Defendant Black Bear Gypsum Supply, Inc. Without Prejudice;

IT IS ORDERED BY THE COURT that said Motion is GRANTED.

New Orleans, Louisiana, this 5th day of January, 2010.

Eldon E. Fallon
United States District Court Judge