UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES IN WHICH DEFENDANTS HAVE BEEN SERVED | JUDGE FALLON MAG. JUDGE WILKINSON |

### ORDER

Considering the Ex Parte Motion for Leave to File Supplemental Authority In Support of Defendants' Motions on the Economic Loss Rule, and the Court being of the opinion that the motion is meritorious and should be granted;

IT IS ORDERED that Exhibits "A" and "B" attached to the motion are deemed filed in to the record in support of Defendants' Motions on the Economic Loss Rule.

New Orleans, Louisiana, this 5th day of January, 2010.

JUDGE ELDON E. FALLON
U.S. District Judge