UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID KESSLER and AMANDA KESSLER | * | CA NO. 09-6072 |
| | * | JUDGE ELDON E. FALLON |
| v. | | |
| | * | MAG. JUDGE WILKINSON |
| GMI CONSTRUCTION, INC., ET AL | | |
| | * | IN RE: CHINESE-MANUFACTURED PRODUCTS |
| * * * * * * * * * * * * | | LIABILITY LITIGATION MDL No. 09-2047 (L) |

### HBW INSURANCE SERVICES' OPPOSITION TO PLAINTIFF STEERING COMMITTEE'S MOTION TO STRIKE HBW INSURANCE SERVICES' MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes Defendant, HBW Insurance Services ("HBWIS"), in opposition to the Motion to Strike filed by the Plaintiff Steering Committee on December 18, 2009.

For the reasons set forth in the accompanying memorandum of law, HBWIS submits that its Motion to Dismiss, pursuant to Federal Rule of Civil Procedure 12, should not be stricken, and Plaintiffs' Steering Committee's Motion to Strike should be denied.

Respectfully Submitted,

/s/ Douglass F. Wynne, Jr.
Daniel J. Caruso (03941)
Jay H. Kern (07345) (T.A.)
Douglass F. Wynne, Jr. (32019)
Simon, Peragine, Smith & Redfearn, L.L.P.
1100 Poydras St., 30th Floor
New Orleans, LA 70163-3000
Telephone: (504) 569-2030
**Attorneys for Defendant, HBW Insurance Services, L.L.C.**
Original Signed Document on File with the Court

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on the 6th day of January, 2010.

/s/ Douglass F. Wynne, Jr.
(Signature of Filing Attorney)