UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID KESSLER and AMANDA KESSLER | * | CA NO.  09-6072 |
| | * | JUDGE ELDON E. FALLON |
| v. | | |
| | * | MAG. JUDGE WILKINSON |
| GMI CONSTRUCTION, INC., ET AL | | |
| | * | IN RE: CHINESE-MANUFACTURED PRODUCTS |
| * * * * * * * * * * * * | | LIABILITY LITIGATION MDL No. 09-2047 (L) |

**HBW INSURANCE SERVICES' MEMORANDUM IN SUPPORT
OF ITS OPPOSITION TO PLAINTIFF STEERING COMMITTEE'S
MOTION TO STRIKE HBW INSURANCE SERVICES' MOTION TO DISMISS**

Defendant, HBW Insurance Services ("HBWIS"),opposes the Motion to Strike filed by the Plaintiff Steering Committee on December 18, 2009 for the following reasons.

On November 4, 2009, HBWIS filed the following pleadings:

1) Motion to Lift Stay and for Leave to File a Motion to Dismiss;

2) Memorandum in Support of Motion to Lift Stay and for Leave to File a Motion to Dismiss;

3) Proposed Order to Lift Stay and for Leave to File a Motion to Dismiss;

4) Motion to Dismiss;

5) Memorandum in Support of Its Rule 12 Motion to Dismiss;

6) Affidavit of Alison Short;

7) Notice of Hearing.

The following day, on November 5, 2009, HBWIS uploaded all of these documents to the Lexis/Nexis File and Serve.  A Copy of the receipt from Lexis/Nexis File and Serve is attached hereto as Exhibit "A."

Based on the successful uploading of all filings with Lexis/Nexis file and serve, HBWIS has complied with this Court's Pretrial Order No. 6. Consequently, HBWIS' Motion to Dismiss and its accompanying motions should not be stricken, and Plaintiffs' Steering Committee's Motion to Strike should be denied.

Respectfully Submitted,

/s/ Douglass F. Wynne, Jr.
Daniel J. Caruso (03941)
Jay H. Kern (07345) (T.A.)
Douglass F. Wynne, Jr. (32019)
Simon, Peragine, Smith & Redfearn, L.L.P.
1100 Poydras St., 30th Floor
New Orleans, LA 70163-3000
Telephone: (504) 569-2030
**Attorneys for Defendant, HBW Insurance Services, L.L.C.**
Original Signed Document on File with the Court

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on the 6th day of January, 2010.

/s/ Douglass F. Wynne, Jr.
(Signature of Filing Attorney)