**From:**      "LexisNexis File & Serve" <TransactionReceipt@fileandserve.lexisnexis.com>
**To:**         <phyllist@spsr-law.com>
**Date:**      11/5/2009 3:41:58 PM
**Subject:**  Case: MC MDL 2047; Transaction: 27912951 Transaction Receipt

To: Phyllis Trahan
Subject: Transaction Receipt

This email is to confirm receipt of your documents. The transaction option you selected was "Serve Only - Public". The details for this transaction are listed below.

| | |
|---|---|
| Court: | LA US District Court Eastern District |
| E-Service-Chinese Drywall | |
| Case Name: | In re: Chinese Manufactured Drywall Products |
| Liability Litigation | |
| Case Number: | MC MDL 2047 |
| Transaction ID: | 27912951 |

Document Title(s):

HBW Insurance Services, L.L.C.'s Motion to Life Stay and for Leave to File a Motion to Dismiss (3 pages)

HBW Insurance Services, L.L.C.'s Memorandum in Support of Motion to Lift Stay and For Leave to File a Motion to Dismiss (3 pages)

Proposed Order (1 page)

Motion to Dismiss (2 pages)

HBW Insurance Services' Memorandum in Support of Its Rule 12 Motion to Dismiss (6 pages)

Affidavit of Alison Short (2 pages)

Notice of Hearing (2 pages)

| | |
|---|---|
| Authorized Date/Time: | Nov 5 2009 3:40PM CST |
| Authorizer: | Jay H Kern |
| Authorizer's Organization: | Simon Peragine Smith & Redfearn LLP |
| Sending Parties: | |
| | Defendant |
| Served Parties: | |

Plaintiff
Plaintiffs Liaison Counsel
Defendant Liaison Counsel

Thank you for using LexisNexis File & Serve.

Questions? For prompt, courteous assistance please contact LexisNexis Customer Service by phone at 1-888-529-7587 (24/7).


EXHIBIT
A
Blumberg No. 5208