UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:09-cv-6687 (E.D.La.) | |

## ORDER

WHEREAS, the Court issued a Scheduling Order on December 21, 2009 [Doc. 643] in the *Germano, et al v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, Case No. 2:09-cv-6687 (E.D.La.) (the "Scheduling Order"); and

WHEREAS, the Scheduling Order required that Rule 26 Expert Reports (and supporting documents) be voluntarily produced by counsel offering the expert no later than December 30, 2009; and

WHEREAS, the Court deems that such materials should be granted confidentiality status pursuant to Pre-Trial Order No. 16 because the materials contain, among other items, information subject to protection under Fed.R.Civ.P. 26(c), specifically trade secrets, confidential research, development or commercial information that should not be revealed, as well as information that may contain privacy concerns for the individual claimants; and

WHEREAS, a Protective Order will facilitate timely and efficient scheduling of the hearing to address the scope and extent of appropriate remediation that is scheduled to begin on January 25, 2010, in the *Germano* matter.

IT IS HEREBY ORDERED that expert reports (and supporting documents) produced by counsel offering the experts shall be designated confidential and such designation shall be governed

by Pre-Trial Order No. 16. However, expert reports may be provided by the parties to government agencies upon official request.

Nothing herein modifies, alters or amends the prior Orders of this Court.

New Orleans, Louisiana, this  5th  day of _____January_____, 2010.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge