UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | SECTION: L |
| | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL CASES | |

### PLAINTIFF THE MITCHELL COMPANY'S
### NOTICE OF FIRST DOCUMENT PRODUCTION
### TO DEFENDANTS' LIAISON COUNSEL

Plaintiff The Mitchell Company, by counsel, hereby give notice of its first production to the Defendants' Liaison Counsel's ("DLC") First Request for Production of Documents and Things to Homebuilders. The documents, Bates labeled cb: 600001 through cb: 600371, are being produced to the DLC in electronic format via U.S. Mail and will be made available to any requesting Party by contacting ProLegal, a non-party document vendor, located at 54-56 North Royal Street, Mobile, AL via telephone at 251-433-8777.

Respectfully submitted,

*/s/ Steven L. Nicholas*
───────────────────────────────
STEVEN L. NICHOLAS
Cunningham Bounds, LLC
1601 Dauphin Street
Mobile, Alabama 36604
251-471-6191
251-479-1031 (fax)
sln@cunninghambounds.com

-1-

        JONATHAN D. SELBIN
        Lieff, Cabraser, Heimann & Bernstein, LLP
        780 Third Avenue, 48th Floor
        New York, New York  10017-2024
        212-355-9500
        212-355-9592 (fax)

        ELIZABETH J. CABRASER
        KRISTEN E. LAW
        Lieff, Cabraser, Heimann & Bernstein, LLP
        Embarcadero Center West
        275 Battery Street, Suite 3000
        San Francisco, California  94111-3339
        415-956-1000
        415-956-1008 (fax)

        Attorneys for Plaintiff The Mitchell Company, Inc.

## CERTIFICATE OF SERVICE

     I do hereby certify that the above and foregoing **PLAINTIFF THE MITCHELL COMPANY'S NOTICE OF FIRST DOCUMENT PRODUCTION  TO DEFENDANTS' LIAISON COUNSEL** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel Kerry Miller, by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in  accordance with the procedures established in MDL 2047, on this the   6th    day of January, 2010.

        */s/ Steven L. Nicholas*
        _____
        STEVEN L. NICHOLAS