# Exhibit A

# Major, Chris

**From:** Roy Cronin BB [RKC@yourlawyer.com]
**Sent:** Tuesday, October 27, 2009 10:08 PM
**To:** Major, Chris; Cronin, Roy; Parker, Jerrold S.; pennylh14@yahoo.com
**Cc:** Wheeler, Barry; Roberson, Larry
**Subject:** Re: Emailing: LOADFILES.rar

Thank you, will check it out first thing tomorrow.


Roy Cronin
Sent via Blackberry

----- Original Message -----
From: Major, Chris <cmajor@hsblawfirm.com>
To: Cronin, Roy
Cc: Wheeler, Barry <bwheeler@hsblawfirm.com>; Roberson, Larry <lroberson@hsblawfirm.com>
Sent: Tue Oct 27 22:01:22 2009
Subject: FW: Emailing: LOADFILES.rar

 <<LOADFILES.rar>> Roy,

Larry Roberson asked me to forward the attached to you. Contact him with any questions or concerns.

*******************************************************************
CONFIDENTIALITY NOTICE: This e-mail and any files transmitted with
it are confidential and may contain information which is legally
privileged or otherwise exempt from disclosure. They are intended
solely for the use of the individual or entity to whom this e-mail
is addressed. If you are not one of the named recipients or
otherwise have reason to believe that you have received this
message in error, please immediately notify the sender and delete
this message immediately from your computer. Any other use,
retention, dissemination, forwarding, printing, or copying of this
e-mail is strictly prohibited.

IRS CIRCULAR 230 NOTICE: Internal Revenue Service regulations
generally provide that, for the purpose of avoiding federal tax
penalties, a taxpayer may rely only on formal written advice meeting
specific requirements. Any tax advice in this message, or in any
attachment to this message, does not meet those requirements.
Accordingly, any such tax advice was not intended or written to be
used, and it cannot be used, for the purpose of avoiding federal tax
penalties that may be imposed on you or for the purpose of promoting,
marketing or recommending to another party any tax-related matters.
mmcorp

# Major, Chris

| | |
|---|---|
| **From:** | Cronin, Roy [rcronin@yourlawyer.com] |
| **Sent:** | Monday, October 26, 2009 8:26 AM |
| **To:** | Roberson, Larry |
| **Cc:** | Major, Chris; Parker, Jerrold S.; Penny Herman |
| **Subject:** | RE: Hi Roy... here are the new DAT files that you've requested... |

```
Larry,
     I feel as though you misunderstand me. I was not providing an example for you to
copy, I was providing an example of what is required.
A delimited text file of bates numbers is not what is required.

I require the following;

Field Data;
     Beginning Bates Number
     End Bates Number
     Document Family Range
     Attachment Range
     Custodian
     Author
     Recipient
     Subject
     Document Type
     Date Produced
     Date Last Modified
     etc

OCR;
     Text extraction for every document

All of the above in Concordance format load file(s)

I hope this clears up any confusion. If you have any questions please contact me directly
@ 516-740-7758

Thanks


Roy K. Cronin
System Administrator
Parker Waichman Alonso LLP
111 Great Neck Road, Suite 101
Great Neck, NY 11021
(516) 740-7758
rcronin@yourlawyer.com
www.yourlawyer.com


-----Original Message-----
From: Roberson, Larry [mailto:lroberson@hsblawfirm.com]
Sent: Saturday, October 24, 2009 1:55 PM
To: Cronin, Roy
Cc: Major, Chris
Subject: Hi Roy... here are the new DAT files that you've requested...

These new DAT files contain the default Concordance field delimiters that you've specified
(in the attached Example.txt file).

Thanks
Larry
```

1