IN THE UNTIED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL        * DOCKET No.09-5828
PRODUCTS LIABILITY LITIGATION              * MDL No.  09-2047
                                           *
                                           *JUDGE: FALLON
                                           *
                                           *MAGISTRATE: WILKINSON

****************************************************************************

THIS DOCUMENT RELATES TO ALL CASES CONCERNING DEFENDANT MAYEAUX
CONSTRUCTION, INC.


MEMORANDUM IN **OPPOSITION** TO PLAINTIFF STEERING COMMITTEE'S MOTION
TO COMPEL DISCOVERY FROM DEFENDANTS AND ESTABLISH A UNIFORM
FORMAT OF PRODUCTION


        MAY IT PLEASE THE COURT:

Defendant, Mayeaux Construction, Inc. appears now herein, to submit the following

memorandum in opposition to Plaintiff Steering Committee's Motion to Compel Discovery from

Defendants and Establish a Uniform Format of Production, (PSC's Motion).  In opposition to

PSC's Motion, Mayeaux Construction, Inc. submits that it has this day by and through counsel

provided Notice of Production to PSC via Lexis/Nexis File & Serve.  Further, Mayeaux

Construction Inc. has made production in such format as agreed by PSC's designated member

responsible for coordinating discovery responses.

1

This 7th day of January, 2010.

                                     RESPECTFULLY SUBMITTED:
                                       SHARON B. KYLE, A.P.L.C.

                                       SHARON B. KYLE (La Bar Roll # 25437)
                                       NANCY A. RICHEAUX (La Bar Roll # 29397)
                                       STEVEN K. SCHILLING (La Bar Roll # 27635)
                                       4960 Bluebonnet Blvd., Ste. A
                                       Baton Rouge, Louisiana 70809
                                       Telephone: 225/293-8400
                                       Facsimile: 225/291-9501

                                       Attorneys for Mayeaux Construction, Inc.

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Opposition has been served on Plaintiffs' Liaision Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 7th day of January, 2010.

                                  _____
                                     STEVEN K. SCHILLING