UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| This Document Relates to:  09-4120 (Minafri) | Judge Fallon |
| | Mag. Judge Wilkinson |

_____/

### M/I HOMES, INC.'S RESPONSE TO PLAINTIFF STEERING COMMITTEE'S MOTION TO COMPEL DISCOVERY FROM DEFENDANTS AND ESTABLISH A UNIFORM FORMAT OF PRODUCTION

Defendant, M/I Homes, Inc. ("M/I Homes"), responds to the Plaintiff Steering Committee's December 29, 2009, motion to compel discovery from defendants and establish a uniform protocol of production ("PSC's motion") as follows:

On December 22, 2009, this Court conducted a status conference "to address the PSC's Motion to Set Expedited Hearing or, Alternatively, Status Conference (Rec. Doc. No. 627)." The Court issued a Minute Entry the same day, but that Minute Entry was not served via the LexisNexis File & Serve system until January 4, 2010.

Because the Court recognized that one ESI protocol may not work for all defendants, the Court, pursuant to its Minute Entry, required the parties to first meet and confer and, only if they were not able to reach an agreement, then file a motion. Counsel for M/I Homes and the PSC's designated representative have scheduled a meet and confer for Friday, January 8, 2010.

In light of the fact that the parties have not yet conducted their meet and confer, M/I Homes is not able to file a substantive objection or response to the PSC's motion at this time. Counsel for M/I Homes has exchanged messages with the PSC's designated representative about

16145435.1

this, and will file a substantive objection or response to the PSC's motion in the event the parties are unable to agree during the meet and confer.

Respectfully submitted,

s/ Jaret J. Fuente
Jaret J. Fuente
Florida Bar No. 0146773
CARLTON FIELDS, P.A.
Corporate Center Three, International Plaza
4221 West Boy Scout Blvd., Suite 1000
Tampa, FL 33607
Telephone: (813) 223-7000
Facsimile: (813) 229-4133
E-mail: jfuente@carltonfields.com

Suzanne K. Richards
Ohio Bar No. 0012034
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
Columbus, Ohio 43216-1008
Tel.: (614) 464-6458
Fax: (614) 719-4920
E-Mail: skrichards@vorys.com

*Counsel for M/I Homes, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6 on this 7th day of January, 2010.

s/ Jaret J. Fuente
Attorney

2

16145435.1