UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| This document relates to the following | * | JUDGE FALLON |
| cases: | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| Cause No.: 2:09-CV-03215 | * | |
| Cause No.: 2:09-CV-03426 | * | |
| Cause No.: 2:09-CV-03638 | * | |
| Cause No.: 2:09-CV-04145 | * | |
| Cause No.: 2:09-CV-04147 | * | |
| Cause No.: 2:09-CV-04293 | * | |
| Cause No.: 2:09-CV-04306 | * | |
| Cause No.: 2:09-CV-04356 | * | |
| Cause No.: 2:09-CV-04513 | * | |

* * * * * * * * * * * * * * * *

**PLAINTIFF'S RESPONSE TO DEFENDANTS' STEERING COMMITTEE'S MOTION, RULE, AND INCORPORATED MEMORANDUM TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE FOR FAILURE TO COMPLY WITH THE PRE-TRIAL ORDER NO. 11**

Plaintiffs ask the Court to deny Defendants Steering Committee's motion and would respectfully show the Court the following:

### A. Introduction

1.      Plaintiffs are LaTonya Bell, Earline Barbarin, Madonna Peterson, Candy Brister, Cynthia Coff, Royce Cooper, Darren Anderson, Farrell Anderson, Kimberly Anderson, Dorothy Banks, Gerald Banks, Joshana Brown, August Cafamet, Lee Davis, Charles Duchane, Susianna Duchane, Georginna Duplessis, Kim England, Michael England, Helen Hampton, Samuel Hampton, Shavonne Hampton, Gerladine Hill, Isa Hunter, George Jackson, Regina Johnson, Marlone Lafrance, Sylvia Morgan, Jerome Reddick, Caffie Soloman, and Doris Taylor.

2.      Plaintiffs are represented by Matthews & Associates in Houston, Texas.

3.      On November 13, 2009 the Defendants' Steering Committee filed a Motion to Dismiss. A hearing was originally scheduled on the DSC's Motion to Dismiss in which the DSC requests that the Court enter an order dismissing claims by plaintiffs who have not timely submitted Plaintiff Profile Forms ("PPF"). On December 10, 2009, at the Monthly Status Conference, the Court considered the Motion in chambers. The Court declined to enter an order of dismissal at this time. Rather, the Court directed the DSC to send notice by certified mail to those plaintiffs who have not complied with the PPF requirement and the Court will set hearings on rules to show cause. Rec. Doc. 595, § III.

4.      On December 23, 2009, Defendants Steering Committee filed its motion asking this Court to order Plaintiffs to show cause why their claims should not be dismissed. Before this date, no plaintiff who has not complied with the PPF requirement and represented by Matthews & Associates had received notice by certified mail from the DSC.

5.      Plaintiffs Earline Barbarin and Helen Hampton have filed their Plaintiff Profile Forms in accordance with this Court's Pre Trial Order No. 11 and therefore have shown cause as to why their claims should not be dismissed. These Plaintiffs should not have been included in Defendants Steering Committee's motion.

## B. Argument

### 1.   *Plaintiffs Earline Barbarin and Helen Hampton should not be dismissed*

6.      Counsel on the DSC has agreed to remove Earline Barbarin and Helen Hampton from its Motion for Order to Show Cause. Please see attached correspondence from DSC counsel as Exhibit 7.

7.      As of filing date, Plaintiffs' counsel has not received any document indicating

such removal was made.  Therefore, Plaintiffs respond to the DSC's Motion for Order to Show Cause concerning their claims with the following:

8.      Plaintiffs Earline Barbarin (Cause No. 2:09-CV-03638) and Helen Hampton (Cause No. Cause No.2:09-CV-04513) have complied with this Court's Order concerning Plaintiff Profile Forms.  Despite such compliance, Defendants Steering Committee wishes for this Court to improperly dismiss Plaintiffs' cases with prejudice.

9.      On December 8, 2009, Plaintiff Helen Hampton served her Plaintiff Profile Form to Plaintiffs' Steering Committee.  Please see attached Plaintiff Profile Form as Exhibit 1.  In addition, please see attached Affidavit of Linda Nielsen, employee of Matthews & Associates, as Exhibit 2.  Finally, please see attached the electronic mail correspondence evidencing such service as Exhibit 3.

10.     On December 9, 2009, Plaintiff Earline Barbarin served her Plaintiff Profile Form to Plaintiffs' Steering Committee.  Please see attached Plaintiff Profile Form as Exhibit 4.  In addition, please see attached Affidavit of Linda Nielsen, employee of Matthews & Associates, as Exhibit 2.  Finally, please see attached the electronic mail correspondence evidencing such service as Exhibit 5.

11.     In addition, the DSC has agreed to remove these Plaintiffs from their motion.  Please see attached correspondence from DSC counsel as Exhibit 6.

12.     Considering the attached exhibits, it is clear that Plaintiffs have complied with this Court's Order and properly litigated their case.  Therefore, Plaintiffs have showed cause as to why their claims should not be dismissed with prejudice.  In addition, the DSC has agreed to remove these Plaintiffs from their Motion for Order to Show Cause.

*2.      The remaining Plaintiffs claims should not be dismissed with prejudice*

13.     In addition, the remaining 29 Plaintiffs' claims should not be dismissed with prejudice.

14.     As mentioned above, this Court ordered the DSC to notify the plaintiffs who have not complied with the PPF requirement by certified mail of its pending Motion to Dismiss.  To date, Plaintiffs' counsel has no record of any of its 29 clients in question receiving this notice.

15.     Despite failing to send such notification to those indicated plaintiffs, the DSC has filed this Motion to Show Cause.

16.     In the meantime, counsel for these indicated plaintiffs have diligently attempted to obtain such PPFs from their clients in order to resolve any further dispute.

17.     Plaintiffs' counsel directs this Court to affidavits sworn to by employees of Matthews & Associates attached Exhibits 2, 7 and 8.  Each affidavit swears to the attempts made by Plaintiff's counsel to contact the Plaintiffs listed in Exhibit A of Defendants Steering Committee's Motion.

18.     Plaintiffs' counsel does not advocate for the dismissal with prejudice of its clients' claims.

## C. Conclusion

19.     Plaintiffs Earline Barbarin and Helen Hampton's claims should not be dismissed because they properly complied with this Court's Order and are litigating their cases.

20.     The remaining 29 Plaintiffs listed on Exhibit A of Defendants Steering Committee Motion for Order to Show Cause should also not have their claims dismissed.

## Prayer

For these reasons, Plaintiffs ask the court not to dismiss their claims with prejudice and for such further relief to which Plaintiffs may show themselves to be justly entitled.

Respectfully submitted,

David P Matthews
Texas Bar No.: 13206200
Julie L. Rhoades
Texas Bar No.: 16811710
Rachal Rojas
Texas Bar No.: 24063161
2905 Sackett Street
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7187

**Counsel for Plaintiffs**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing discovery has been served on Defendants' Liaison Counsel, Kerry Miller, Plaintiffs' Liaison Counsel, Russ Herman, and Homeowners' Liaison Counsel, Phillip Wittmann, by US mail and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve, on this 6th day of January, 2010.

Julie L. Rhoades

FAX 713·535-7184

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION
THIS DOCUMENT RELATES TO: ALL CASES

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

For Internal Use Only

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non testifying experts and are subject to all protections afforded by law.

To the extent that this form does not provide enough space to complete your response, you may attach as many sheets of paper as necessary.  All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

**Section I. Property Information**

Name Property Owner: Helen Hampton

Address of Affected Property:

Is this Property:* (Residential)   Commercial   Governmental

Name of Person Completing this Form: Helen Hampton

Is above your primary residence? (Yes) No

Mailing Address (if different):

Phone:

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: (Owner-Occupant)   Owner Only   Renter-Occupant

Represented By:
Address: Matthews & Associates
2905 Sackett St.
Houston, TX 77098
(713) 522-5202

Phone:

Case No. /Docket Info: 09-4513

**Section II. Insurance Information**

Homeowner/ Renter Insurer: none

Policy #:
Agent:
Address:
Phone: (       )

+ Attach Copy of Insurance Declaration Page

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| | Move-in | Leave | | | Circle One | |
| Helen Hampton | / / | / / | M / F | / / | (Yes) No | Respiratory |
| C Bingham | / / | / / | M / F | / / | Yes No | |
| Jobea L Hampton | / / | / / | M / F | / / | (Yes) No | Respiratory |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |

* Personal injuries include claims for mental anguish and medical monitoring.

PLAINTIFF'S
EXHIBIT
1
tabbies®

Page 1

Plaintiff Profile Form - Residential Properties

## Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home? **(Yes)** No

1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection? me

1.2. When did the inspection take place?   /   /

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?  **(Yes)** No

2.1. If "Yes" to Question 2.0 Section IV. Who made this determination? me

2.2. When was this determination made?   /   /

## Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | | |
|---|---|---|---|
| Unknown | Unknown | | whole house |
| | | | |

## Section VI. Home Information

| | | Yes | No |
|---|---|---|---|
| Approx. Sq. Ft. of House: | 18 | | |
| Estimated Sq. Ft. of Drywall | | Occupied | |
| Height of Interior Walls | | Year-round | ✓ |
| Number of Bedrooms: | 5 | Summer | |
| Number of Bathrooms: | | Winter | |

### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | | |
| Copper Piping | | | |
| Copper Fixtures | | | |
| Other Fixtures | | | |
| Were repairs made to the plumbing system? | | | |
| Dates: | | | |

### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | | | |
| Switches | | | |
| Main Panel | | | |
| 2nd Panel | | | |
| Exposed Copper Wires | | | |
| Were repairs made to the electrical system? | | | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

## Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| | | | |
|---|---|---|---|
| Start Date: | / / | Completion Date | / / |
| Move in Date: | / / | Date Acquired Home | / / |

Date Range for Renovations: (Month/Day/Year) — Don't Recall

| | | | | | |
|---|---|---|---|---|---|
| Start Date: | / / | Completion Date | | | / / |
| Move in Date: | / / | | | | |

| | | Yes | No | N/A |
|---|---|---|---|---|
| Renovation(s) — Don't Recall | | | | |
| First Floor: 1/2 Wall of drywall replaced | | | | |
| First Floor: Full Wall of drywall replaced | | | | |
| Second Floor: Any drywall replaced | | | | |

## Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

Address: Unknown

Phone: ( )

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

## Section IX. Drywall Installer

Drywall Installer's Name: Unknown

Address:

Phone: ( )   -

## Section X. Drywall Supplier

Drywall Supplier's Name: Unknown

Address:

Phone: ( )   -

Page 2

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
|---|---|---|---|
| | 11.29.09 | | |
| | 11.29.09 | | |
| | 11.29.09 | | |

Page 5

## AFFIDAVIT OF LINDA NIELSEN

THE STATE OF TEXAS        §
                          §
COUNTY OF HARRIS          §


**BEFORE ME,** the undersigned authority, on this day personally appeared, Linda

Nielsen, who, after being duly sworn, upon his oath did state the following:

1.      My name is Linda Nielsen.  I am over the age of eighteen (18)
years.  I am of sound mind, have never been convicted of a felony and am
competent to make this Affidavit.  Except as otherwise qualified, I have
personal knowledge of all of the facts stated in this Affidavit, and they are
all true and correct.

2.      I am a legal assistant at Matthews & Associates in Houston, Texas.
I have been involved in the firm's drywall litigation from the beginning.

3.      The following is related to Plaintiffs Earline Barbarin and Helen
Hampton:

    a.  On December 8, 2009 I sent Plaintiff Helen Hampton's Plaintiff
        Profile Form ("PPF") by electronic mail correspondence to
        Plaintiff's Liaison Counsel (drywall@hhkc.com).  Attached as
        Exhibit 1 is her Profile Form.

    b.  On December 9, 2009 I sent Plaintiff Earline Barbarin's PPF by
        electronic mail correspondence to Plaintiff's Liaison Counsel
        (drywall@hhkc.com).  Attached as Exhibit 4 is her Profile Firm.

    c.  It is my understanding that Plaintiffs Helen Hampton and
        Earline Barbarin should have been removed from the
        Defendants Steering Committee Motion for Order to Show
        Cause.

4.      The following relates to the remaining 29 Plaintiffs on Exhibit A of
the Defendants Steering Committee's Motion for Order to Show Cause:

    a.  As soon as it was created and issued by this Court, a PPF was
        sent to each Plaintiff represented by Matthews & Associates via



**PLAINTIFF'S
EXHIBIT
2**

Federal Express with return envelope enclosed and our firm's fax number for the client's convenience. I personally received confirmation of delivery for each of the Federal Express envelopes.

b. Within a day or two of sending the PPFs to the clients, I personally called each client to confirm the importance of proper completion and rapid return of the PPFs. The majority of our clients promptly returned their fact sheets.

c. For those clients that did not return their PPF promptly, I sent a letter via regular mail indicated, again, the importance of proper completion and rapid return of the PPFs. The letter also indicated the possibility of their case being dismissed with prejudice should they not return the PPF.

d. In addition, I personally called each client subject to the Defendants Steering Committee Motion for Order to Show Cause at least once. When responses were not forthcoming, I enlisted the assistance of two other legal assistants to make additional attempts to contact the clients. Each of the Plaintiffs in question was called between three to five times.

e. In addition to our regular telephone lines, our firm has a general toll free number and a toll free number dedicated to the dry wall litigation. Any questions regarding the PPFs are promptly returned to ensure compliance with deadlines.

f. We have not received communications from the clients for whom the Court has directed its Order to Show Cause.

Further, Affiant sayeth not.

_____
Linda Nielsen

**SUBSCRIBED AND SWORN TO BEFORE ME** on _Jan 6, 2010_, to certify which witness my hand and official seal.

MARISOL SALAZAR
Notary Public, State of Texas
My Commission Expires
June 20, 2010

_____
Notary Public, State of Texas

# Linda Nielsen

**From:**      Linda Nielsen
**Sent:**      Tuesday, December 08, 2009 2:17 PM
**To:**        Drywall@hhkc.com
**Cc:**        Julie Rhoades
**Subject:**   Response to DSC's Motion to Dismiss Plaintiff Profile Form

Attached please find the Plaintiff Profile Form for the about Claimant.

Helen Hampton – Cause # 09-4513

Thanks
Linda E. Nielsen
Legal Assistant to
Julie L. Rhoades
Matthews & Associates / 2905 Sackett St., Houston, TX 77098 / Direct: 713-535-7179 / Main: 713-522-5250 /
Toll-Free: 888-520-5202 / Fax: 713-535-7184 / lnielsen@dpmlawfirm.com



DEC. 9. 2009  9:49AM   BRADLEY PHARMACY                    NO. 405   P. 2

Plaintiff Profile Form - Residential Properties

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

For Internal Use Only

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

| Section I. Property Information | Section II. Insurance Information |
|---|---|
| Name Property Owner: Willie + LovTisha Thaxertorr | Homeowner/ Renter Insurer: |
| Address of Affected Property | |
| | Policy #: None |
| | Agent: |
| Is this Property:*  Residential  Commercial  Governmental | Address: |
| Name of Person Completing this Form | |
| Is above your primary residence?  Yes  No | |
| Mailing Address [if different] | Phone: ( ) |
| | + Attach Copy of Insurance Declaration Page |
| Phone: | |
| * If your response is commercial or governmental you should complete the remaining questions, you will receive a follow up form at a later date. | |
| Circle one:  Owner-Occupant  Owner Only  Renter-Occupant | |
| Represented By: | |
| Address: Matthews & Associates  2905 Sackett St.  Houston, TX 77098  (713) 522-5202 | |
| Phone: | |
| Case No. /Docket Info: 09-4553 | |

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied Move-In | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal injuries? Check One | Identify Claimant Status as an Owner Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| Earline H. Barbarin | 02/01/09 | N/A | M / F | 8/25/40 | Yes / No | Renter |
| Jasmine Rivers | 02.01.09 | N/A | M / F | 2/14/03 | Yes / No | Renter |
| | / / | / / | M / F | / / | Yes / No | |
| | / / | / / | M / F | / / | Yes / No | |
| | / / | / / | M / F | / / | Yes / No | |
| | / / | / / | M / F | / / | Yes / No | |
| | / / | / / | M / F | / / | Yes / No | |
| | / / | / / | M / F | / / | Yes / No | |
| | / / | / / | M / F | / / | Yes / No | |
| | / / | / / | M / F | / / | Yes / No | |

* Personal injuries include claims for mental anguish and medical monitoring.



PLAINTIFF'S
EXHIBIT
4
tabbies

Page 1

DEC. 9. 2009  9:49AM    BRADLEY PHARMACY                    NO. 405    P. 3

Case 2:09-md-02047-EEF-JCW   Document 168   Filed 08/17/2009   Page 27 of 28

Plaintiff Profile Form - Residential Properties

## Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?    Yes   (No)

   1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   N/A

     1.2. When did the inspection take place?   / /

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?   Yes   (No)

   2.1. If "Yes" to Question 2.0, Section IV. Who made this determination?   N/A

     2.2. When was this determination made?   / /

## Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| | Unknown | whole house |

## Section VI. Home Information

| Approx. Sq. Ft. of House: | | | Yes | No |
|---|---|---|---|---|
| Estimated Sq. Ft. of Drywall | | Occupied | ✓ | |
| Height of Interior Walls | 8 ft. | Year-round | ✓ | |
| Number of Bedrooms: | 2 | Summer | ✓ | |
| Number of Bathrooms: | | Winter | ✓ | |

### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | | |
| Copper Piping | | | |
| Copper Fixtures | Unknown | | |
| Other Fixtures | | | |
| Were repairs made to the plumbing system? | | | |
| Dates: | | | |

### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | | | |
| Switches | | | |
| Main Panel | Unknown | | |
| 2nd Panel | | | |
| Exposed Copper Wires | | | |
| Were repairs made to the electrical system? | | | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

## Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move in Date: | / / | Date Acquired Home | / / |

Date Range for Renovations: (Month/Day/Year)

| Start Date | / 08 | Completion Date | / / |
|---|---|---|---|
| Move in Date: | 2 / 1 / 11 | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

## Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

   Unknown

Address: _____

Phone: ( ) - 

+ Attach Copy of Construction/Renovation Contract

+ Attach Copy of New Home Warranty Declaration

## Section IX. Drywall Installer

Drywall Installer's Name:

   Unknown

Address:  (Get in touch with owner please)

Phone:  (501) 542 - 5488

## Section X. Drywall Supplier

Drywall Supplier's Name:

   Unknown

Address: _____

Phone: ( ) -

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_____    _____    _____    _____
Claimant's Signature                    Date Signed                    Claimant's Signature                    Date Signed


_____    _____    _____    _____
Claimant's Signature                    Date Signed                    Claimant's Signature                    Date Signed


_____    _____    _____    _____
Claimant's Signature                    Date Signed                    Claimant's Signature                    Date Signed

## Linda Nielsen

| | |
|---|---|
| **From:** | Linda Nielsen |
| **Sent:** | Wednesday, December 09, 2009 11:02 AM |
| **To:** | Drywall@hhkc.com; Dawn Barrios; Brandy Blisard |
| **Cc:** | Julie Rhoades |
| **Subject:** | DSC's Motion to Dismiss Plaintiff Profile Form |

Attached please find Earline Barbarin Plaintiff Profile Form;

Earline Barbarin – Cause # 09-4513

Linda E. Nielsen
Legal Assistant to
Julie L. Rhoades
Matthews & Associates / 2905 Sackett St., Houston, TX 77098 / Direct: 713-535-7179 / Main: 713-522-5250 /
Toll-Free: 888-520-5202 / Fax: 713-535-7184 / lnielsen@dpmlawfirm.com



PLAINTIFF'S
EXHIBIT
5

1/6/2010

**From:** Spaulding, Kyle [kspaulding@frilot.com]
**Sent:** Thursday, December 31, 2009 9:21 AM
**To:** Adam Funk; Miller, Kerry J.
**Cc:** Julie Rhoades; David Matthews
**Subject:** RE: DSC Show Cause
We have those PPFs, and they will be removed from the motion.

Kyle

Kyle A. Spaulding
FRILOT L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Direct:      504.599.8249
Facsimile:   504.599.8137
E-mail: kspaulding@frilot.com

---

**From:** Adam Funk [mailto:afunk@thematthewslawfirm.com]
**Sent:** Wednesday, December 30, 2009 4:40 PM
**To:** Miller, Kerry J.
**Cc:** Spaulding, Kyle; Julie Rhoades; David Matthews
**Subject:** DSC Show Cause

Kerry:

    As mentioned on the phone call, in your most recent DSC Show Cause Motion there are two Plaintiffs that should not be included.  Earline Barbarin (Cause No. 2:09cv03638) and Helen Hampton (Cause No. 2:09cv04513) have previously served their Plaintiff Profile Form.  Please confirm that these plaintiffs will be removed from the motion.  Thank you.

Adam T. Funk



## AFFIDAVIT OF KIMBERLY STANDING

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

**BEFORE ME,** the undersigned authority, on this day personally appeared, Kimberly

Standing, who, after being duly sworn, upon his oath did state the following:

1.      My name is Kimberly Standing.  I am over the age of eighteen (18) years.  I am of sound mind, have never been convicted of a felony and am competent to make this Affidavit.  Except as otherwise qualified, I have personal knowledge of all of the facts stated in this Affidavit, and they are all true and correct.

2.      I am an employee of Matthews & Associates in Houston, Texas involved in the firm's drywall litigation.

3.      I was directed by Linda Nielsen to contact certain drywall clients of our firm, including those listed in the Order to Show Cause. I aided Ms. Nielsen in sending out letters to those clients via Federal Express delivery as well as regular mail.  I have also made numerous phone calls to these clients concerning the importance of the Plaintiff Profile Form and the risk of dismissal with prejudice.

4.      I have not received a Plaintiff Profile Form from any of the Plaintiffs mentioned in the Defendants Steering Committee Motion for Order to Show Cause.

Further, Affiant sayeth not.

Kimberly Standing

**SUBSCRIBED AND SWORN TO BEFORE ME** on 1/6/2010 , to certify which witness my hand and official seal.

MARISOL SALAZAR
Notary Public, State of Texas
My Commission Expires
June 20, 2010

Notary Public, State of Texas

PLAINTIFF'S
EXHIBIT
7

## AFFIDAVIT OF CARLA MARTINEZ

| | |
|---|---|
| **THE STATE OF TEXAS** | § |
| | § |
| **COUNTY OF HARRIS** | § |

**BEFORE ME,** the undersigned authority, on this day personally appeared, Carla Martinez, who, after being duly sworn, upon his oath did state the following:

1.    My name is Carla Martinez.  I am over the age of eighteen (18) years.  I am of sound mind, have never been convicted of a felony and am competent to make this Affidavit.  Except as otherwise qualified, I have personal knowledge of all of the facts stated in this Affidavit, and they are all true and correct.

2.    I am an employee of Matthews & Associates in Houston, Texas involved in the firm's drywall litigation.

3.    I was directed by Linda Nielsen to contact certain drywall clients of our firm, especially those filed on the Order to Show Cause.  I aided Ms. Nielsen in sending out letters to those clients via Federal Express delivery as well as regular mail.  I have also made numerous phone calls those clients concerning the importance of the Plaintiff Profile Form and the risk of dismissal with prejudice.

4.    I have not received a Plaintiff Profile Form from any of the Plaintiffs mentioned in the Defendants Steering Committee Motion for Order to Show Cause.

Further, Affiant sayeth not.

_____
Carla Martinez

**SUBSCRIBED AND SWORN TO BEFORE ME** on _____, to certify which witness my hand and official seal.

MARISOL SALAZAR
Notary Public, State of Texas
My Commission Expires
June 20, 2010

_____
Notary Public, State of Texas

**PLAINTIFF'S EXHIBIT**
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 2047 |
| | | SECTION L |
| This document relates to the following cases: | * * | JUDGE FALLON |
| | * | MAGISTRATE JUDGE WILKINSON |
| Cause No.: 2:09-CV-03215 | * | |
| Cause No.: 2:09-CV-03426 | * | |
| Cause No.: 2:09-CV-03638 | * | |
| Cause No.: 2:09-CV-04145 | * | |
| Cause No.: 2:09-CV-04147 | * | |
| Cause No.: 2:09-CV-04293 | * | |
| Cause No.: 2:09-CV-04306 | * | |
| Cause No.: 2:09-CV-04356 | * | |
| Cause No.: 2:09-CV-04513 | * | |

* * * * * * * * * * * * * * * *

## ORDER TO SHOW CAUSE WHY CASES SHOULD
## NOT BE DISMISSED WITH PREJUDICE

**It is ORDERED** that Plaintiffs Earline Barbarin and Helen Hampton do not have to show cause as to why their cases should not be dismissed with prejudice because they have fully complied with this Court's Orders.

**It is ORDERED** that Plaintiffs LaTonya Bell, Madonna Peterson, Candy Brister, Cynthia Coff, Royce Cooper, Darren Anderson, Farrell Anderson, Kimberly Anderson, Dorothy Banks, Gerald Banks, Joshana Brown, August Cafamet, Lee Davis, Charles Duchane, Susianna Duchane, Georginna Duplessis, Kim England, Michael England, Samuel Hampton, Shavonne Hampton, Gerladine Hill, Isa Hunter, George Jackson, Regina Johnson, Marlone Lafrance, Sylvia Morgan, Jerome Reddick, Caffie Soloman, and Doris Taylor do not have to show cause as to why their cases should not be dismissed with prejudice.

NEW ORLEANS, LOUISIANA, this ___ day of _____, 2010.

_____
ELDON E. FALLON
U.S. DISTRICT JUDGE