**ANNEX TO THE ADDITIONAL PROTOCOL**
**TO THE INTER-AMERICAN CONVENTION ON LETTERS ROGATORY**

**FORM A**

LETTER ROGATORY 1/

**1**

| REQUESTING JUDICIAL OR OTHER ADJUDICATORY AUTHORITY |
|---|
| Name  The Honorable Eldon E. Fallon |
| Address  United States District Court<br>Eastern District of Louisiana<br>C-151 Hale Boggs Federal Bldg<br>U.S. Courthouse, 500 Poydras Street<br>New Orleans, LA 70130<br>USA |

**2**

| CASE |
|---|
| DOCKET NO: 09-6690 |
| David Gross, et al.,<br>    Plaintiffs,<br>    versus<br>Knauf Gips KG, et al.,<br>    Defendants. |

**3**

| CENTRAL AUTHORITY OF THE STATE OF ORIGIN |
|---|
| Name<br>    U.S. Department of Justice |
| Address<br>    Office of International Judicial Assistance<br>    1100 L Street NW, Room 11001<br>    Washington, DC 20530<br>    USA |

**4**

| CENTRAL AUTHORITY OF THE STATE OF DESTINATION |
|---|
| Name<br>    Ministry of Justice |
| Address<br>    Esplanada dos Ministérios<br>    Bloco T, Ed. Sede do Ministério da Justica<br>    70064-900 Brasilia, D.F.<br>    **Brazil**<br>    Tel.  55-61-429-3481 |

**5**

| REQUESTING PARTY |
|---|
| Name  David Gross, Cheryl Gross, and Louis Velez, individually, and on behalf of all others similarly situated |
| Address  c/o counsel |

**6**

| COUNSEL OF THE REQUESTING PARTY |
|---|
| Name   Russ M. Herman / Leonard A. Davis |
| Address  Herman, Herman, Katz & Cotlar, LLP<br>    820 O'Keefe Avenue<br>    New Orleans, Louisiana 70113  USA<br>    -and-<br>    Levin, Fishbein, Sedran & Berman<br>    510 Walnut Street,  Suite 500<br>    Philadelphia, PA  19106 USA |

| PERSON DESIGNATED TO ACT IN CONNECTION WITH THE LETTER ROGATORY | |
|---|---|
| Name   Diane K. Myers<br>    APS INTERNATIONAL, LTD.<br>Address<br>    APS International Plaza<br>    7800 Glenroy Road<br>    Minneapolis, MN  55439-3122<br>    U.S.A.              TEL: (952) 831-7776 | Is this person responsible for<br>    costs and expenses?<br>    YES (X)   NO ( )<br>* If not, check in the amount of<br>    _____ is attached.<br>* Or proof of payment is attached. |

1/ Complete the original and two copies of this form; if A(1) is applicable, attach the original and two copies of the translation of this item in the language of the State of destination.
    * Delete if inapplicable

1

The Central Authority signing this letter rogatory has the honor to transmit to you in triplicate the documents listed below, and in conformity with the Protocol to the Inter-American Convention on Letters Rogatory:

* A.   Requests their prompt service on:
       **Knauf Do Brasil Ltd.**
       Praça Floriano 19 sala 3101 - Centro
       Cep: 20031-050 Rio de Janeiro / RJ, BRAZIL

The undersigned authority requests that service be carried out in the following manner:

* (1)  In accordance with the special procedure or additional formalities that are described below, as provided for in the second paragraph of Article 10 of the above-mentioned Convention; or

  _____
  _____
  _____

* (2)  By service personally on the identified addressee or, in the case of a legal entity, on its authorized agent; or

* (3)  If the person or the authorized agent of the entity to be served is not found, service shall be made in accordance with the law of the State of destination.

* B.   Requests the delivery of the documents listed below to the following judicial or administrative authority:
       Authority: _____
       _____
       _____

* C.   Requests the Central Authority of the State of destination to return to the Central Authority of the State of origin one copy of the documents listed below and attached to this letter rogatory, and an executed Certificate on the attached Form C.

       Done at _New Orleans_ this _6_ date of _Jan_, 20_10_.

_____          _____
Signature and stamp of the judicial or other      Signature and stamp of the Central Authority
adjudicatory authority of the State of origin     of the State of origin
       U.S. Judge or Clerk                               U.S. Central Authority

Title or other identification of each document to be delivered:
Summons in a Civil Action; Class Action Complaint; Certified Translations.
_____

       (Attach additional pages, if necessary.)
_____
* Delete if inapplicable.

2

# ANNEX TO THE ADDITIONAL PROTOCOL
# TO THE INTER-AMERICAN CONVENTION ON LETTERS ROGATORY

**FORM B**

ESSENTIAL INFORMATION FOR THE ADDRESSEE 1/

To       (Name and address of the person being served) __**Knauf Do Brasil Ltd.**__
        __Praça Floriano 19 sala 3101 - Centro, Cep: 20031-050 Rio de Janeiro / RJ, BRAZIL__

You are hereby informed that (Brief statement of nature of service) _____
        __A civil lawsuit has been started against you. The specifics of the lawsuit are described herein__
        __in Part I, Paragraphs A - F and Part III.__

   A copy of the letter rogatory that gives rise to the service or delivery of these documents is attached to this document. This copy also contains essential information for you. Also attached are copies of the complaint or pleading initiating the action in which the letter rogatory was issued, of the documents attached to the complaint or pleading, and of any rulings that ordered the issuance of the letter rogatory.

## ADDITIONAL INFORMATION

I *

## FOR SERVICE

A.  The document being served upon you (original or copy) concerns the following:
    __Class action complaint for damages and other relief as a result of the defendant's negligence,__
    __negligence per se, breach of express and/or implied warranties, creation of a private nuisance,__
    __negligent discharge of a corrosive substance, unjust enrichment, and violation of consumer__
    __protection acts.__

B.  The remedies sought or the amount in dispute is as follows:
    __Plaintiffs demand: an order certifying the case as a class action and other orders; compensatory and__
    __statutory damages; punitive damages; pre and post-judgment interest; injunctive relief; attorneys'__
    __fees; taxable costs; and all further relief the Court deems just and proper.__

C.  By this service, you are requested:
    __To serve upon plaintiffs' attorneys, Russ M. Herman / Leonard A. Davis at Herman, Herman, Katz__
    __& Cotlar, LLP, 820 O'Keefe Avenue, New Orleans, Louisiana 70113 USA an answer to the__
    __complaint within 20 days after service of the attached documents (not counting the day of service),__
    __and also file the answer with the Clerk of United States District Court, Eastern District of Louisiana.__

D.  *    In case of service on you as a defendant, you can answer the complaint before the judicial or other adjudicatory authority specified in Form A, Box 1 (State place, date and hour):

    _____

    *    You are being summoned to appear as: _____

    _____

---

   1/ Complete the original and two copies of this form in the language of the State of origin and two copies in the language of the State of destination.
        * Delete if inapplicable

3

    \*      If some other action is being requested of the person served, please describe:

_____
_____
_____

E.    If you fail to comply, the consequences might be:_____
           A default judgment will be taken against you for the relief demanded in the complaint.
_____

F.    You are hereby informed that a defense counsel appointed by the Court or the following legal aid societies are available to you at the place where the proceeding is pending.

    Name:_____Upon showing of need and at the discretion of the court,_____
    Address:_____defense counsel shall be appointed._____

The documents listed in Part III are being furnished to you so that you may better understand and defend your interests.

II *

~~FOR INFORMATION FROM JUDICIAL OR ADMINISTRATIVE AUTHORITY~~

To:  _____
_____
_____
(Name and address of the judicial or administrative authority)

You are respectfully requested to furnish the undersigned authority with the following information:
_____
_____
_____
_____

~~The documents listed in Part III are being furnished to you to facilitate your reply.~~

\* Delete if inapplicable

4

III

LIST OF ATTACHED DOCUMENTS

Summons in a Civil Action; Class Action Complaint; Certified Translations.

(Attach additional pages if necessary.)

Done at  New Orleans  this  6th  day of  Jan , 20 10

_____  _____
Signature and stamp of the judicial or other     Signature and stamp of the Central Authority
adjudicatory authority of the State of origin   of the State of origin
         U.S. Judge or Clerk                        U.S. Central Authority

5

**ANNEX TO THE ADDITIONAL PROTOCOL
TO THE INTER-AMERICAN CONVENTION ON LETTERS ROGATORY**

**FORM C**

CERTIFICATE OF EXECUTION 1/

To: _____
_____
_____

(Name and address of judicial or other adjudicatory authority that issued the letter rogatory)

In conformity with the Additional Protocol to the Inter-American Convention on Letters Rogatory, signed at Montevideo on May 8, 1979, and in accordance with the attached original letter rogatory, the undersigned Central Authority has the honor to certify the following:

* A.   That one copy of the documents attached to this Certificate has been served or delivered as follows:
       Date:_____

       At (Address)_____

By one of the following methods authorized by the Convention:

* (1)   In accordance with the special procedure or additional formalities that are described below, as provided for in the second paragraph of Article 10 of the above-mentioned Convention, or

_____
_____
_____

* (2)   By service personally on the identified addressee or, in the case of a legal entity, on its authorized agent, or

* (3)   If the person or the authorized agent of the entity to be served was not found, in accordance with the law of the State of destination: (Specify method used)

_____
_____
_____
_____

---

1/ Complete the original and one copy in the language of the State of destination.
* Delete if inapplicable

6

* B.   That the documents referred to in the letter rogatory have been delivered to:

   Identity of person_____

   _____

   _____

   Relationship to the addressee (family, business, or other)_____

   _____

   _____

* C.   That the documents attached to the Certificate have not been served or delivered for the following reason(s):

   _____

   _____

   _____

* D.   In conformity with the Protocol, the party requesting execution of the letter rogatory is requested to pay the outstanding balance of costs in the amount indicated in the attached statement.

   Done at_____ the ____ day of _____, 20___

_____
Signature and stamp of the Central Authority of the State of destination


Where appropriate, attach originals or copies of any
additional documents proving service or delivery,
and identify them.

_____
* Delete if inapplicable

7