IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL No. 2047 SECTION:  L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL CASES CONERNING DEFENDANT TOBIN TRADING INC. | | |

**MEMORANDUM IN OPPOSITION TO THE
<u>PLAINTIFFS' STEERING COMMITTEE'S MOTION TO COMPEL</u>
(By Tobin Trading Inc.)**

MAY IT PLEASE THE COURT:

Defendant Tobin Trading Inc. ("Tobin"), by counsel, for its Objection and Memorandum in Opposition to the Plaintiffs' Steering Committee's (PSC) Motion to Compel Discovery From Defendants and Establish a Uniform Format for Production (MDL No. 2047, Doc. No. 667), respectfully states as follows:

**THE MOTION SHOULD BE DENIED INSOFAR AS IT IS DIRECTED AT TOBIN TRADING INC., WHICH HAS FULLY COMPLIED WITH ALL DISCOVERY REQUESTS.**

The PSC has filed a motion to compel, complaining that (1) certain defendants have not provided privilege logs, (2) some defendants have produced documents "in a form not readily searchable by the PSC," and (3) "some Defendants have failed to produced any documents at all in response to the PSC's requests" (PSC's Motion to Compel filed 12/29/09, at p. 1). Tobin Trading Inc. has fully complied with the PSC's discovery requests, and does not fit within any of the three categories (or "three significant issues") that are broadly described in and which form the basis of the PSC's motion to compel. As to Tobin Trading Inc., the PSC's motion should be denied.

By way of background, Tobin Trading Inc. is a named defendant in two putative class action suits that were originally filed in the Eastern District of Virginia (*Germano*, Case No. Case No. 2:09cv202) and the Eastern District of North Carolina (*Hinckley*, Case No. 2:09cv00025).

On October 6, 2009, the United States Judicial Panel on Multidistrict Litigation entered a Transfer Order directing that the *Germano* and *Hinckley* actions were transferred to this Court for inclusion in the coordinated or consolidated pretrial proceedings occurring in MDL Docket No. 2047.

On November 4, 2009, Tobin Trading Inc. served its responses to Requests for Production of Documents and a Privilege Log, and produced documents Bates numbered Tob 00001 through Tob 000859, to attorney Richard Serpe, co-counsel for the plaintiffs in the *Germano* and *Hinckley* cases. The documents were produced in response to discovery propounded in a parallel state court action filed in the Circuit Court of the City of Norfolk, Virginia, captioned *Tuan Nguyen and Colleen Nguyen v. Venture Supply Inc. et al.*, Case No. CL09-3105. Counsel for plaintiffs agreed that the document response and production by Tobin Trading Inc. in the *Nguyen* state court action would be considered responsive to discovery in MDL Docket No. 2047.

Following that document production, the PSC never complained or even suggested to Tobin Trading Inc. that its discovery responses were deficient in form or substance.[1] Tobin Trading Inc. was subsequently served with the PSC's motion to compel on December 29, 2009.

On January 6, 2010, counsel for Tobin Trading, Inc. and counsel for the PSC conferred by phone regarding the PSC's motion and agreed that the production of documents and privilege log previously served by Tobin is and was satisfactory to the PSC in its form, format and substance. *See* Exhibit 1 (meet and confer confirmation e-mail) annexed hereto. The PSC has agreed to withdraw the pending Motion as to Tobin Trading Inc., without prejudice.

Accordingly, with respect to Tobin Trading Inc., the PSC's motion should be denied in all respects. And to the extent directed at Tobin Trading Inc., the Court should decline to enter the proposed Orders annexed as Exhibits B and C to the PSC's supporting Memorandum.

**CONCLUSION**

Wherefore, in view of the PSC's agreement to withdraw its Motion as to Tobin Trading Inc., without prejudice, the Plaintiffs' Steering Committee's Motion to Compel Discovery From Defendants and Establish a Uniform Format for Production (Doc. No. 667) should be denied, to the extent that it is directed at or relates in any way to Tobin Trading, Inc.

                                        Respectfully submitted,

                                        TOBIN TRADING, INC.

Date: January 7, 2010          By:   /s/ Theodore I. Brenner
                                              Theodore I. Brenner, VSB 17815
                                              BRENNER, EVANS & MILLMAN, P.C.
                                              P.O. Box 470
                                              Richmond, Virginia 23218-0470
                                              Phone: (804) 644-1300
                                              Fax: (804) 644-1354
                                              E-mail: tbrenner@beylaw.com

---

[1] Notably, the documents produced by Tobin Trading Inc. were used as Exhibits during the corporate designee depositions of Venture Supply Inc. and Porter-Blaine Corp. on December 16 and 17, 2009.

        Alexander S. de Witt, VSB 42708
        BRENNER, EVANS & MILLMAN, P.C.
        P.O. Box 470
        Richmond, VA  23218-0470
        Phone: (804) 644-1300
        Fax: (804) 644-1354
        E-mail: adewitt@beylaw.com

        *ATTORNEYS FOR TOBIN TRADING, INC.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File and Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this 7th day of January, 2010.

By:   /s/ Theodore I. Brenner
      Theodore I. Brenner, VSB 17815
      BRENNER, EVANS & MILLMAN, P.C.
      411 E. Franklin Street, Suite 200
      P.O. Box 470
      Richmond, Virginia  23218-0470
      Phone: (804) 644-1300
      Fax: (804) 644-1354
      E-mail: tbrenner@beylaw.com

      *ATTORNEY FOR TOBIN TRADING, INC.*