## Alexander S. de Witt

**From:** Theodore I. Brenner
**Sent:** Wednesday, January 06, 2010 8:25 PM
**To:** 'Grand, Jeff'
**Cc:** Jay O. Millman; Alexander S. de Witt
**Subject:** RE: Chinese Drywall

We will represent to the court in our response that the PSC has agreed to withdraw the motion as to Tobin Trading without prejudice.

Ted Brenner


Theodore I. Brenner

Brenner, Evans & Millman. P.C.

P.O. Box 470

Richmond, Va. 23218

(804)644-1300

(804)644-1354 facsimile

tbrenner@beylaw.com


---

**From:** Grand, Jeff [mailto:jgrand@seegerweiss.com]
**Sent:** Wednesday, January 06, 2010 6:10 PM
**To:** Theodore I. Brenner
**Cc:** Jay O. Millman; Alexander S. de Witt
**Subject:** Re: Chinese Drywall

Pending further clarification as to how and where documents were kept. We just want to ensure that all potential sources have been checked.



**From:** Theodore I. Brenner <tib@beylaw.com>
**To:** Grand, Jeff
**Cc:** Jay O. Millman <jom@beylaw.com>; Alexander S. de Witt <AdeWitt@beylaw.com>
**Sent:** Wed Jan 06 18:04:09 2010
**Subject:** Chinese Drywall

Jeff, based on our conversation this morning will you agree to withdraw the pending motion regarding documents as to my client, Tobin Trading?


1/7/2010

Best regards, Ted Brenner

Theodore I. Brenner
Brenner, Evans & Millman, P.C.
411 E. Franklin St. Suite 200
P.O. Box 470
Richmond Va. 23218
(804)644-1300
(804)644-1354 facsimile
tbrenner@beylaw.com


NOTICE: This e-mail message (including all attachments transmitted with it) is intended solely for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately tbrenner@beylaw.com or at (804) 644-1300, return the original to us via first class U.S. mail, and delete any copies.

1/7/2010