**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

---

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION, | MDL Docket No. 2047 |
| THIS DOCUMENT RELATES TO: | Case No. 09-cv-4115 |
| THE MITCHELL COMPANY, INC., | |
| Plaintiff, individually and on behalf of others similarly situated, | |
| vs. | |
| KNAUF GIPS KG, a German corporation; KNAUF PLASTERBOARD (TIANJIN CO., LTD., a Chinese limited liability corporation; TAISHAN GYPSUM CO., LTD. (f/k/a Shandong Taihe Dongxin Co., Ltd.), a Chinese limited liability corporation); INTERIOR & EXTERIOR BUILDING SUPPLY, L.P., a limited partnership; and RIGHTWAY DRYWALL, INC., a Georgia corporation, | SECTION L JUDGE FALLON MAG. JUDGE WILKINSON |
| | Oral Argument Requested Proposed Hearing Date: Jan. 27, 2010 |
| Defendants. | |

---

**DECLARATION OF STEVEN L. NICHOLAS IN SUPPORT OF
MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL**

Before me, the undersigned authority, personally appeared Steven L. Nicholas and declares as follows:

1.      My name is Steven L. Nicholas, and I am a licensed, practicing attorney in Mobile County, Alabama.  I am a partner in the firm of Cunningham Bounds.  I am counsel for The Mitchell Company, Inc. in these proceedings and make this declaration based on my personal knowledge.

My biography, and the biography of my partner R. Edwin Lamberth, are attached as Exhibits A and B hereto.

2.      Cunningham Bounds, LLC has extensive experience in class litigation, including class litigation involving defective building products.  (See firm resume attached hereto as Exhibit C.)  The primary focus of my practice is the prosecution of complex litigation and class actions, as well as construction defect cases.  Additionally, prior to joining the law firm of Cunningham Bounds, I had extensive personal experience in the prosecution of class action litigation.  For example, prior to joining Cunningham Bounds, LLC, I was appointed and served as class counsel on the following matters:

a.      *Manley v. Bank United*, United States Bankruptcy Court for the Northern District of Alabama, Case No. 99-70084;

b.      *Morrow v. Countrywide Home Loans*, United States Bankruptcy Court for the Northern District of Alabama, Case No. 99-70087;

c.      *Slick v. Norwest Mortgage, Inc.*, United States Bankruptcy Court for the Southern District of Alabama, Case No. 99-1136;

d.      *Sheffield v. Homeside Lending, Inc.*, United States Bankruptcy Court for the Southern District of Alabama, Case No. 99-1124;

       e.     *Dean v. First Union Mortgage Corporation*, United States

Bankruptcy Court for the Southern District of Alabama, Case No. 99-1144;

       f.     *Noletto v. Nationsbanc Mortgage Corporation*, United States

Bankruptcy Court for the Southern District of Alabama, Case No. 99-1120;

       g.     *Ryerson v. Chase Manhattan Mortgage Corporation*, United States

Bankruptcy Court for the Middle District of Florida, Case No. 6:03-ap-00197

       h.     *McFadden, Lyon & Rouse, LLC v. Avaya Financial Corp.*, Circuit

Court of Mobile County, Alabama, Case No. 03-2072;

       i.     *S. S. Steele, Inc. v. Lewis Technology Group, Inc.*, Circuit Court of

Mobile County, Alabama, Case No. 03-3815;

       j.     *Slocum Properties, Inc. v. Kyocera Mita America, Inc.*, Circuit

Court of Mobile County, Alabama, Case No. 02-1133;

       k.     *Britt v. Global Tel-Link, Inc.*, Circuit Court of Mobile County,

Alabama, Case No. 94-1101;

       l.     *Corker v. Laboratories Cheminova Internacional, S.A.*, Circuit

Court of Mobile County, Alabama, Case No. 98-584.

       3.     More recently, I was appointed class counsel in *Farley v. Homeowners

Loan Corp.*, 7:06-cb-01864-KOB, in the United States District Court for the Northern District of

Alabama, and *Loudermilk Services, Inc. v. Marathon Ashland Petroleum, LLC*, 3:04-cv-00966,

in the United States District Court for the Southern District of West Virginia.  Both cases were

successfully concluded by substantial settlement.

       4.     My firm began investigating the problems associated with the importation

and sale of Chinese manufactured drywall in early 2009.  I have interviewed many builders who

have constructed or remodeled homes using the product, have conducted numerous inspections of properties containing the product, and have been involved in testing and proposed remediation efforts.  Further, I have been actively involved in advancing the interests of the builders in this litigation, including serving on the Homebuilders Steering Committee, and actively pursuing the interests of the homebuilders against the various defendants in this matter.

5.     Attached as Exhibit D is a listing obtained from PACER of cases filed in 2009 against Taishan Gypsum Co., Ltd. in the United States District Courts which appear to be related to the sale of Chinese manufactured drywall.

6.     Based on Cunningham Bounds, LLC's experience and success in class actions, including product defect actions, this firm is well-suited to serve as class action for the proposed class pursuant to the criteria set forth in Rule 23 of the Federal Rules of Civil Procedure.

I declare under penalty of perjury under the laws of Alabama and the United States that the foregoing is true and correct.  Executed this 23rd day of December, at Mobile, Alabama.


*/s/ Steven L. Nicholas*
Steven L. Nicholas


## CERTIFICATE OF SERVICE

I do hereby certify that the above and foregoing "Declaration of Steven L. Nicholas" has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically

uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that

the foregoing was electronically filed with the Clerk of Court of the United States District Court

for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of

electronic filing in accordance with the procedures established in MDL 2047, on this the 23rd

day of December, 2009.

> *s/  Kristen E. Law*
> KRISTEN E. LAW


**DEFENDANTS TO BE SERVED AS FOLLOWS:**

Knauf Gips KG
Ridham Dock, Kemsley
Sittingbourne, Kent ME9 8SR, UK

Knauf Plasterboard (Tianjin) Co., Ltd.
North Yinhe Bridge, East Jingjin Road
RC-300400 Tianjin, China

Taishan Gypsum Co. Ltd.
Dawenkou Daiyue District
RC-271026 Tai'an Shandong, China

Interior & Exterior Building Supply, L.P.
727 South Cortez Street
New Orleans, Louisiana  70119

Rightway Drywall, Inc.
c/o Michael S. Jenkins, Registered Agent
102 Samantha Drive
Bonaire, Georgia  31005