**EXHIBIT D**

taishan gypsum.txt

| Name | Court | Case No. | Filed | NOS | Closed |
|---|---|---|---|---|---|
| TAISHAN GYPSUM CO LTD | flndce | 3:2009cv00089 | 03/06/2009 | 385 | 06/24/2009 |
| TAISHAN GYPSUM CO LTD | flndce | 3:2009cv00409 | 09/11/2009 | 195 | |
| TAISHAN GYPSUM CO, LTD. | lamdce | 3:2009cv00373 | 06/18/2009 | 385 | 09/16/2009 |
| TAISHAN GYPSUM CO. LTD | flmdce | 2:2009cv00054 | 01/30/2009 | 385 | 06/19/2009 |
| TAISHAN GYPSUM CO. LTD | lamdce | 3:2009cv00301 | 05/19/2009 | 365 | 07/09/2009 |
| TAISHAN GYPSUM CO. LTD | lamdce | 3:2009cv00395 | 06/25/2009 | 365 | 07/31/2009 |
| TAISHAN GYPSUM CO. LTD | lamdce | 3:2009cv00937 | 10/30/2009 | 385 | 12/08/2009 |
| TAISHAN GYPSUM CO. LTD | lamdce | 3:2009cv00938 | 10/30/2009 | 385 | 12/08/2009 |
| TAISHAN GYPSUM CO. LTD | lamdce | 3:2009cv00939 | 10/30/2009 | 385 | 12/08/2009 |
| TAISHAN GYPSUM CO. LTD | flsdce | 1:2009cv22160 | 07/23/2009 | 245 | 08/03/2009 |
| TAISHAN GYPSUM CO. LTD | flsdce | 1:2009cv22570 | 08/28/2009 | 365 | 09/01/2009 |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv04345 | 07/08/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv04351 | 07/09/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv04367 | 07/09/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv04368 | 07/09/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv04378 | 07/10/2009 | 385 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv04538 | 07/28/2009 | 385 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv04655 | 08/06/2009 | 245 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv04656 | 07/31/2009 | 385 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv04660 | 07/31/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv05337 | 08/03/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv05828 | 08/19/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv05830 | 08/19/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv05869 | 08/27/2009 | 245 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv05871 | 08/27/2009 | 245 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv05872 | 08/27/2009 | 245 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv05874 | 08/25/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv05943 | 08/28/2009 | 385 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv05944 | 08/28/2009 | 385 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv05945 | 08/28/2009 | 385 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv05946 | 08/28/2009 | 385 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv06050 | 09/01/2009 | 385 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv06051 | 09/01/2009 | 385 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv06052 | 09/01/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv06081 | 09/02/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv06082 | 09/02/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv06083 | 09/02/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv06084 | 09/02/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv06085 | 09/02/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv06086 | 09/02/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv06087 | 09/02/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv06088 | 09/02/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv06089 | 09/02/2009 | 365 | |

taishan_gypsum.txt

| | | | | | |
|---|---|---|---|---|---|
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv06090 | 09/02/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv06091 | 09/02/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv06092 | 09/02/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv06093 | 09/02/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv06094 | 09/02/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv06095 | 09/02/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv06096 | 09/02/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv06097 | 09/02/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv06103 | 09/03/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv06506 | 10/08/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv06507 | 10/02/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv06509 | 09/30/2009 | 385 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv06525 | 09/30/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv06526 | 10/01/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv06532 | 10/01/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv06533 | 10/01/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv06538 | 10/01/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv06545 | 10/01/2009 | 385 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv06546 | 10/01/2009 | 385 | |
| TAISHAN GYPSUM CO. LTD | flsdce | 0:2009cv61096 | 07/23/2009 | 245 | 07/27/2009 |
| TAISHAN GYPSUM CO. LTD. | vaedce | 4:2009cv00115 | 08/28/2009 | 385 | 09/30/2009 |
| TAISHAN GYPSUM CO. LTD. | vaedce | 2:2009cv00202 | 05/01/2009 | 385 | 10/13/2009 |
| TAISHAN GYPSUM CO. LTD. | vaedce | 2:2009cv00202 | 05/01/2009 | 385 | 10/13/2009 |
| TAISHAN GYPSUM CO. LTD. | flmdce | 2:2009cv00418 | 06/30/2009 | 245 | 07/31/2009 |
| TAISHAN GYPSUM CO. LTD. | flmdce | 2:2009cv00419 | 07/01/2009 | 385 | 07/31/2009 |
| TAISHAN GYPSUM CO. LTD. | vaedce | 2:2009cv00428 | 08/28/2009 | 385 | 09/30/2009 |
| TAISHAN GYPSUM CO. LTD. | flmdce | 2:2009cv00557 | 08/24/2009 | 385 | 10/01/2009 |
| TAISHAN GYPSUM CO. LTD. | flmdce | 2:2009cv00558 | 08/24/2009 | 385 | 10/01/2009 |
| TAISHAN GYPSUM CO. LTD. | lamdce | 3:2009cv00721 | 09/01/2009 | 245 | 10/22/2009 |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv02981 | 03/03/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03127 | 03/24/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03135 | 03/24/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03136 | 03/24/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03156 | 03/27/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03157 | 03/27/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03192 | 03/31/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03193 | 03/31/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03215 | 04/02/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03243 | 04/08/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03265 | 04/09/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03282 | 04/14/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03309 | 04/16/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03384 | 04/28/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03422 | 05/01/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03423 | 05/01/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03424 | 05/01/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03425 | 05/01/2009 | 365 | |
| TAISHAN GYPSUM CO. LTD. | laedce | 2:2009cv03426 | 05/01/2009 | 365 | |

```
                                       taishan_gypsum.txt
TAISHAN GYPSUM CO. LTD.                laedce   2:2009cv03427    05/01/2009    365
TAISHAN GYPSUM CO. LTD.                laedce   2:2009cv03479    05/08/2009    365
TAISHAN GYPSUM CO. LTD.                laedce   2:2009cv03488    05/08/2009    365
TAISHAN GYPSUM CO. LTD.                laedce   2:2009cv03525    05/12/2009    365
TAISHAN GYPSUM CO. LTD.                laedce   2:2009cv03526    05/12/2009    365
TAISHAN GYPSUM CO. LTD.                laedce   2:2009cv03535    05/13/2009    365
TAISHAN GYPSUM CO. LTD.                laedce   2:2009cv03536    05/13/2009    365
TAISHAN GYPSUM CO. LTD.                laedce   2:2009cv03634    05/22/2009    365
TAISHAN GYPSUM CO. LTD.                laedce   2:2009cv03635    05/22/2009    365
TAISHAN GYPSUM CO. LTD.                laedce   2:2009cv03636    05/22/2009    365
TAISHAN GYPSUM CO. LTD.                laedce   2:2009cv03637    05/22/2009    365
TAISHAN GYPSUM CO. LTD.                laedce   2:2009cv03638    05/22/2009    365
TAISHAN GYPSUM CO. LTD.                laedce   2:2009cv03639    05/22/2009    365
TAISHAN GYPSUM CO. LTD.                laedce   2:2009cv03812    06/10/2009    385
TAISHAN GYPSUM CO. LTD.                laedce   2:2009cv03836    06/11/2009    365
TAISHAN GYPSUM CO. LTD.                laedce   2:2009cv03837    06/11/2009    385
TAISHAN GYPSUM CO. LTD.                laedce   2:2009cv03838    06/11/2009    385
TAISHAN GYPSUM CO. LTD.                laedce   2:2009cv03840    06/11/2009    380
TAISHAN GYPSUM CO. LTD.                laedce   2:2009cv03923    06/18/2009    365
TAISHAN GYPSUM CO. LTD.                laedce   2:2009cv03925    06/18/2009    385    09/23/2009
TAISHAN GYPSUM CO. LTD.                laedce   2:2009cv03926    06/18/2009    385
TAISHAN GYPSUM CO. LTD.                laedce   2:2009cv03927    06/18/2009    385
TAISHAN GYPSUM CO. LTD.                laedce   2:2009cv03928    06/18/2009    385    10/28/2009
TAISHAN GYPSUM CO. LTD.                laedce   2:2009cv03929    06/18/2009    385
TAISHAN GYPSUM CO. LTD.                laedce   2:2009cv03930    06/18/2009    385
TAISHAN GYPSUM CO. LTD.                laedce   2:2009cv03931    06/18/2009    385
TAISHAN GYPSUM CO. LTD.                laedce   2:2009cv03932    06/18/2009    385
TAISHAN GYPSUM CO. LTD.                laedce   2:2009cv03956    06/19/2009    385
TAISHAN GYPSUM CO. LTD.                laedce   2:2009cv03959    06/19/2009    385
TAISHAN GYPSUM CO. LTD.                laedce   2:2009cv03960    06/19/2009    385
TAISHAN GYPSUM CO. LTD.                laedce   2:2009cv03961    06/19/2009    385
TAISHAN GYPSUM CO. LTD.                laedce   2:2009cv04100    06/15/2009    365
TAISHAN GYPSUM CO. LTD.                laedce   2:2009cv04101    06/15/2009    365
TAISHAN GYPSUM CO. LTD.                laedce   2:2009cv04102    06/15/2009    365
TAISHAN GYPSUM CO. LTD.                laedce   2:2009cv04112    06/24/2009    385
TAISHAN GYPSUM CO. LTD.                laedce   2:2009cv04115    06/24/2009    385
TAISHAN GYPSUM CO. LTD.                laedce   2:2009cv04122    06/16/2009    365
TAISHAN GYPSUM CO. LTD.                laedce   2:2009cv04148    06/17/2009    365
TAISHAN GYPSUM CO. LTD.                laedce   2:2009cv04154    06/23/2009    365
TAISHAN GYPSUM CO. LTD.                laedce   2:2009cv04273    07/06/2009    365
TAISHAN GYPSUM CO. LTD.                laedce   2:2009cv04274    07/06/2009    365
TAISHAN GYPSUM CO. LTD.                laedce   2:2009cv04275    07/06/2009    365
TAISHAN GYPSUM CO. LTD.                laedce   2:2009cv04287    07/07/2009    365
TAISHAN GYPSUM CO. LTD.                laedce   2:2009cv04293    07/10/2009    365
TAISHAN GYPSUM CO. LTD.                laedce   2:2009cv04323    07/09/2009    365
TAISHAN GYPSUM CO. LTD.                laedce   2:2009cv04344    07/08/2009    365
TAISHAN GYPSUM CO. LTD.                laedce   2:2009cv06547    10/01/2009    385
TAISHAN GYPSUM CO. LTD.                laedce   2:2009cv06553    09/30/2009    365
                                          Page 3
```

```
                                           taishan_gypsum.txt
TAISHAN GYPSUM CO. LTD.                    laedce   2:2009cv06554    10/02/2009    365
TAISHAN GYPSUM CO. LTD.                    laedce   2:2009cv06555    10/02/2009    365
TAISHAN GYPSUM CO. LTD.                    laedce   2:2009cv06686    10/15/2009    385
TAISHAN GYPSUM CO. LTD.                    laedce   2:2009cv06686    10/15/2009    385
TAISHAN GYPSUM CO. LTD.                    laedce   2:2009cv06687    10/13/2009    385
TAISHAN GYPSUM CO. LTD.                    laedce   2:2009cv06687    10/13/2009    385
TAISHAN GYPSUM CO. LTD.                    laedce   2:2009cv06690    10/07/2009    365
TAISHAN GYPSUM CO. LTD.                    laedce   2:2009cv06738    10/13/2009    245
TAISHAN GYPSUM CO. LTD.                    laedce   2:2009cv06752    10/22/2009    365
TAISHAN GYPSUM CO. LTD.                    laedce   2:2009cv06753    10/13/2009    365
TAISHAN GYPSUM CO. LTD.                    laedce   2:2009cv07042    10/26/2009    365
TAISHAN GYPSUM CO. LTD.                    laedce   2:2009cv07131    11/02/2009    365
TAISHAN GYPSUM CO. LTD.                    flsdce   1:2009cv22569    08/28/2009    365
TAISHAN GYPSUM CO. LTD.                    flsdce   9:2009cv81261    08/28/2009    365    10/01/2009
TAISHAN GYPSUM CO., LTD                    flsdce   1:2009cv21331    05/18/2009    365    06/17/2009
TAISHAN GYPSUM CO., LTD                    flsdce   1:2009cv22159    07/23/2009    245    08/27/2009
TAISHAN GYPSUM CO., LTD                    flsdce   9:2009cv81250    08/27/2009    365
TAISHAN GYPSUM CO., LTD                    flsdce   9:2009cv81259    08/28/2009    365    10/01/2009
TAISHAN GYPSUM CO., LTD.                   ncedce   2:2009cv00025    05/15/2009    385    10/15/2009
TAISHAN GYPSUM CO., LTD.                   alsdce   1:2009cv00255    05/08/2009    365    07/10/2009
TAISHAN GYPSUM CO., LTD.                   alsdce   1:2009cv00550    08/25/2009    385
TAISHAN GYPSUM CO., LTD.                   alsdce   1:2009cv00554    08/26/2009    360
TAISHAN GYPSUM CO., LTD.                   alsdce   1:2009cv00565    08/28/2009    365    10/01/2009
TAISHAN GYPSUM CO., LTD.                   mssdce   1:2009cv00645    08/28/2009    385    09/30/2009
TAISHAN GYPSUM CO., LTD.                   mssdce   1:2009cv00651    08/31/2009    365    09/30/2009
TAISHAN GYPSUM CO., LTD.                   mssdce   1:2009cv00654    09/02/2009    385    10/13/2009

                                                Page 4
```