# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:<br>CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br>SECTION: L |
| This Document Relates To:<br>ALL CASES | Judge Fallon<br>Mag. Judge Wilkinson |

## NOTICE OF HEARING

*In Connection With*
**THE PLAINTIFFS' STEERING COMMITTEE'S MOTION TO COMPEL (CP 430) AND OPPOSITION THERETO SUBMITTED BY BANNER SUPPLY CO. (CP 689)**
*(By Banner Supply Co.)*

**PLEASE TAKE NOTICE** that Distributor Defendant[1] Banner Supply Co., by and through the undersigned counsel, will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, at the monthly status conference on January 14, 2010, at 9:00 o'clock a.m., or as soon thereafter as counsel may be heard, for an order upon The Plaintiffs' Steering Committee's Motion To Compel (CP 430)[2] and the Memorandum in Opposition To The Plaintiffs' Steering Committee's Motion To Compel By

---

[1] The classification as a "Distributor Defendant" is made solely by the theory of liability asserted against the defendant and is not based upon whether or not the defendant actually engaged in the alleged distribution activities. As such, this classification is neither an admission nor denial of any allegation and is used simply for uniformity to assist the Court.

[2] "CP" references the consolidated pleading entry number assigned to the electronic document filed with the court in this action.

Banner Supply Co. (CP 689) and for such other and further relief as the Court may deem just and appropriate.

Respectfully submitted,

/s/ *Jeffrey A. Backman*
Jan Douglas Atlas
    Fla. Bar No. 226246
Jeffrey A. Backman
    Fla. Bar No. 0662501
ADORNO & YOSS LLP
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301-4217
Telephone: (954) 763-01200
Facsimile: (954) 766-7800
***Attorneys for Banner Supply Co***

Dated: January 7, 2010

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail *or* by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order # 6, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern district of Louisiana by using the CM/ECF System, on this 7th day of January, 2010.

/s/ *Jeffrey A. Backman*
Jeffrey A. Backman
