UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION:  L
:
: JUDGE FALLON
: MAG. JUDGE WILKINSON
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO** *Hinkley, et al. v. Taishan Gypsum Co., Ltd., et al.*, **Case No. 09-6686;** *Roberts, et al. v. Knauf Gips KG, et al.*, **Case No. 09-5870**

## ORDER

Plaintiffs filed an Ex Parte/Consent Motion to Amend/Correct the First Amended Class Action Complaint by Interlineation in each *Hinkley, et al. v. Taishan Gypsum Co., Ltd., et al.*, Case No. 09-6686 (Rec. Doc. No. 672), and *Roberts, et al. v. Knauf Gips KG, et al.*, Case No. 09-5870 (Rec. Doc. No. 673).  It has come to the Court's attention that opposing counsel in these cases may be interested in filing responses in opposition to these Motions.  Accordingly, IT IS ORDERED that any responses in opposition shall be filed by January 12, 2010.  IT IS FURTHER ORDERED that the parties present their respective positions on these Motions following the monthly status conference on January 14, 2010.

New Orleans, Louisiana, this __7th__ day of January, 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE