**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION: L |
| | * | |
| | * | JUDGE FALLON |
| **This document relates to all cases** | * | |
| | * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * *

**PRETRIAL ORDER NO. 1D**

In Pretrial Order No.1, the Court provided as follows: "Each defendant is granted an extension of time for responding by motion or answer to the complaint(s) until a date to be set by this Court. Pending the initial conference and further orders of this Court, all outstanding discovery proceedings are stayed, and no further discovery shall be initiated. Moreover, all pending motions must be re-noticed for resolution on a motion day or days after the Court's initial conference herein" (Rec. Doc. No. 2). Thereafter, the Court modified Pretrial Order No. 1 through Pretrial Order No. 1A to reflect that the stay in effect shall not impede counsel's obligation to timely enter their appearance on behalf of their client(s) upon effectuation of service on their client (Rec. Doc. No. 186).

The purpose of the stay established in Pretrial Order No.1 was to allow counsel to focus on organization and coordination in the litigation. The case has now reached the stage where an organizational structure is in place and the MDL Court has coordinated with the state courts. Accordingly, the Court lifted the stay on motion practice in Pretrial Order No. 1C (Rec. Doc. No. 509).

However, it is not clear from Pretrial Order No. 1C whether the stay was also lifted with regard to responsive pleadings. The Court clarifies, that IT IS ORDERED that the stay established in Pretrial Order No.1 is now lifted with regard to responsive pleadings, along with all other matters.

New Orleans, Louisiana, this 7th day of January, 2010.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE