David Gross, Cheryl Gross, and Louis Velez, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 100345-0042

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Elite Supply Corporation
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __DELAWARE__ ) ss.
County of: __NEW CASTLE__ )

**Name of Server:** __ADAM GOLDEN__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __7th__ day of __January__, 20__10__, at __2:15__ o'clock __P__. M

**Place of Service:** at __16 W. Main Street__, in __Christiana, DE 19702__

**Documents Served:** the undersigned served the documents described as:
Summons and Amended Class Action Complaint w/Jury Demand

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Elite Supply Corporation**
By delivering them into the hands of an officer or managing agent whose name and title is: __VIVIAN MAHONEY, AUTHORIZED TO ACCEPT SERVICE__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __WHITE__ ; Hair Color __BROWN__ ; Facial Hair _____
Approx. Age __40__ ; Approx. Height __5'4"__ ; Approx. Weight __160 lbs__

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this __7th__ day of __January__, 20 _10_

_____
Notary Public          (Commission Expires)

APS International, Ltd.