UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 2047 |
| IN RE: CHINESE MANUFACTURED DRYWALL | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
| THIS DOCUMENT RELATES TO ALL CASES | : | JUDGE FALLON |
|  | : | MAG. JUDGE WILKINSON |
|  | : |  |

**DEFENDANT, CENTERLINE HOMES, INC.'S, MOTION FOR LEAVE TO FILE RESPONSE TO THE PSC'S MOTION TO COMPEL DISCOVERY FROM DEFENDANTS AND ESTABLISH A UNIFORM FORMAT OF PRODUCTION**

Defendant, Centerline Homes, Inc., by and through its undersigned counsel, hereby moves for leave to file the attached Response and Objections to the PSC's Motion to Compel Discovery from Defendants and Establish a Uniform Format of Production ("Response"). *See* Exhibit A. Centerline timely served its Response on January 7, 2010 on LexisNexis File & Serve and *via* e-mail to the PSC and DSC, but inadvertently failed to file the Response on CM/ECF. The belated filing of the Response on CM/ECF will not prejudice the PSC, as they were timely served with a copy of the Response *via* email and LexisNexis File & Serve.

                Respectfully submitted,

                By: __/s/ Vanessa M. Serrano_____
                  PETER R. GOLDMAN
                  Florida Bar No. 860565
                  ADAM G. RABINOWITZ
                  Florida Bar No. 177962
                  VANESSA M. SERRANO
                  Florida Bar No. 51555
                  BROAD AND CASSEL
                  100 S.E. Third Ave., Ste. 2700
                  Fort Lauderdale, FL 33394
                  Ph:  (954) 764-7060
                  Fax: (954) 761-8135
                  pgoldman@broadandcassel.com

                *Counsel for Centerline Homes, Inc.*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that the above and foregoing Motion for Leave to File Response and Objections to the PSC's Motion to Compel Discovery from Defendants and Establish a Uniform Format of Production has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 11th day of January, 2010.

                                                                                 /s/ Vanessa M. Serrano
                                                                                Vanessa M. Serrano

4841-6853-4533.1
34720/0038