UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO ALL CASES | : : : : | JUDGE FALLON MAG. JUDGE WILKINSON |

**DEFENDANT, CENTERLINE HOMES, INC.'S, RESPONSE
TO THE PSC'S MOTION TO COMPEL DISCOVERY FROM DEFENDANTS
AND ESTABLISH A UNIFORM FORMAT OF PRODUCTION**

Pursuant to the Federal Rules of Procedure, Defendant, Centerline Homes, Inc., by and through its undersigned counsel, hereby submits its Response and Objections to the PSC's Motion to Compel Discovery from Defendants and Establish a Uniform Format of Production.

The PSC served its First Request for Production of Documents and Things to Defendants (Builders) ("First Request") on Lexis Nexis prior to Centerline being a party to the MDL, and prior to the discovery stay being lifted by the Court. Centerline thereafter served its Responses and Objections to the First Request on or about November 2, 2009. Centerline did so *without* having been served with the discovery requests by the PSC, in an effort to cooperate with the fast moving pace of the MDL. However, Centerline had not produced documents responsive to the First Request because of conflicts regarding ESI and the format of production.

Pursuant to the Court's instructions at the December 16, 2009 hearing on the PSC's motion to compel, Centerline has met and conferred with the PSC regarding ESI and the format of production of documents. Centerline will be sending the PSC its first set of production *via* FedEx on Friday, January 8, 2010, in .tiff format. This first set of production is primarily comprised of documents related to remediation, which are responsive to the PSC's First Request

and the DLC's Request for Production to Builders. Centerline will be producing additional documents on a rolling basis, as indicated in its discovery responses. Upon receiving and reviewing Centerline's first set of production, the PSC has agreed to take an initial "peek" at the documents, and then continue conferring regarding format of production and ESI. Centerline will also be serving its privilege log on or before January 15, 2010, in accordance with PTO #15. Thus, the PSC's motion to compel production of documents and privilege logs is moot as to Centerline.

The only outstanding issues are ESI and the requested format of production. Centerline hopes to resolve these issues with the PSC, but is asserting its objections here in order to preserve them in the event Centerline is unable to reach an agreement with the PSC regarding these issues. Centerline generally objects to the proposed ESI search terms as overbroad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence. Centerline believes the proposed search terms are likely to result in mostly irrelevant, non-responsive documents and should therefore be narrowed.

With regards to format of production, Centerline agrees to produce the documents in single page .tiff format, Bates number each image, and produce the images on a CD with a Summation load file. However, Centerline objects to the balance of the PSC's requests, including providing corresponding Optical Character Recognition ("OCR") text files for all documents and providing metadata and "Objective Coding" consistent with the DOJ guidelines. In an effort to cooperate with the PSC, Centerline obtained quotes from vendors and learned that that is a very costly and unduly burdensome process. Instead, Centerline proposes that because it is already producing the documents to the PSC in .tiff format, the PSC can then convert the documents into their preferred format of production, at their own cost. Centerline has agreed

that it will continue to meet and confer with the PSC on these issues once the PSC has taken its initial "peek" of Centerline's first set of production.

        Respectfully submitted,

        PETER R. GOLDMAN
        Florida Bar No. 860565
        ADAM G. RABINOWITZ
        Florida Bar No. 177962
        VANESSA M. SERRANO
        Florida Bar No. 51555
        BROAD AND CASSEL
        100 S.E. Third Ave., Ste. 2700
        Fort Lauderdale, FL 33394
        Ph:   (954) 764-7060
        Fax: (954) 761-8135
        pgoldman@broadandcassel.com
        arabinowitz@broadandcassel.com
        vserrano@broadandcassel.com

By: __/s/ Vanessa M. Serrano_____
     VANESSA M. SERRANO

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that the above and foregoing Response and Objections to the PSC's Motion to Compel Discovery from Defendants and Establish a Uniform Format of Production has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6 on this 7th day of January, 2010.

        __/s/ Vanessa M. Serrano_____
        Vanessa M. Serrano