UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO ALL CASES | : : : | JUDGE FALLON MAG. JUDGE WILKINSON |

**ORDER**

**CONSIDERING THE FOREGOING;**

**IT IS ORDERED** that Centerline Homes, Inc.'s Motion for Leave to File Response and Objections to the PSC's Motion to Compel Discovery from Defendants and Establish a Uniform Format of Production is hereby granted.

New Orleans, Louisiana this _____ day of January, 2010.

_____
**JUDGE ELDON E. FALLON**