# **EXHIBIT A**





**E-mail:** sln@cunninghambounds.com
**Phone:** 251-471-6191
**Fax:** 251-479-1031

**Legal Secretary:** Sara Haase
**Email:** slh@cunninghambounds.com

**Paralegal:** Brenda Cochran
**Email:** bcc@cuninghambounds.com



Born in Mobile, Alabama on June 13, 1959, Steve Nicholas received his B.B.A. in 1981 from the University of Georgia and his J.D. in 1984 from the University of Alabama. During law school, Mr. Nicholas was a member of the Order of the Coif and a member of the Bench and Bar. He is the recipient of the Dean Leigh Harrison Award, the Corpus Juris Secundum Award and the American Jurisprudence Award, and is a Hugo Black Scholar. He was the Editor of the Alabama Law Review and author of "Recovery of Economic Damages Under Alabama's Extended Manufacturers Liability Doctrine," 35:2 Ala. L. Rev., 1984. He was admitted to the Alabama Bar in 1984. Mr. Nicholas' practice focuses on commercial litigation, class actions, business torts, and construction litigation. Mr. Nicholas is married to Charlotte Adams Nicholas, and they have two children, Adam and Caroline. They reside in Mobile and attend Spring Hill Baptist Church. Mr. Nicholas has been active in coaching youth sports, including serving on the Board of Directors of the Matthews Park Athletic Association, as well as coaching and coordinating Upward Basketball at his church.

**Affiliations**

Mr. Nicholas is a member of the Mobile County and American Bar Associations, has served as Chairman of the Business Torts and Antitrust Section of the Alabama State Bar. He serves on the Executive Committee of the Alabama Association for Justice and is a member of the American Association for Justice and the Mobile Chapter of Inns of Court.

Mr. Nicholas was selected for inclusion in the 2008 Best Lawyers in America in Commercial Litigation and selected for inclusion in Super Lawyers 2008 and 2009 for the State of Alabama.

**Resources:**

- Steven L. Nicholas, Class Litigation and Arbitration.

The following language is required by Alabama Rules of Professional Conduct: "These recoveries and testimonials are not an indication of future results. Every case is different, and regardless of what friends, family, or other individuals may say about what a case is worth, each case must be evaluated on its own facts and circumstances as they apply to the law. The valuation of a case depends on the