**<u>EXHIBIT C</u>**



**CUNNINGHAM BOUNDS, LLC.**
Founded in 1958

## COMPLEX LITIGATION RESUME

Our firm was founded in 1958 by Robert T. Cunningham and Richard Bounds as a local general practice. The firm has represented plaintiffs exclusively since 1973. Throughout the firm's history, its members have championed individual rights, led the fight to protect the right to trial by jury and participated at all levels of national, state and local civil and professional organizations, including the International Academy of Trial Lawyers, International Society of Barristers, American College of Trial Lawyers, National Board of Trial Advocacy, American Board of Trial Advocates, American Association for Justice (formerly known as The Association of Trial Lawyers of America), The Alabama Association for Justice and Inns of Court.

The firm has expertise in national and state class action litigation involving defective products, consumer fraud, and complex litigation. The firm continues to represent victims in traditional personal injury, wrongful death, general negligence, products liability, insurance fraud, bad faith, medical malpractice and admiralty and maritime cases.

Plaintiffs' counsel have extensive experience in complex litigation and certifying, litigating, trying and settling class actions. Representative complex litigation and class actions cases include:

1. ***Alabama Department of Conservation and Natural Resources v. Exxon Corporation,*** CV-99-2368 (Montgomery County, Alabama, Circuit Court). Cunningham Bounds represented the State of Alabama in an oil and gas royalties dispute alleging fraudulent underpayment of royalties. The case was tried in December 2000 at which time the jury returned a $3.5 billion verdict. The case was remanded to the trial court and tried again in November 2003 at which time the jury returned a $11.9 billion verdict. The trial court remitted the verdict to $3.5 billion. In November 2007, the case was affirmed in part, reversed in part and remanded with directions. The case is currently pending in the Circuit Court of Montgomery County, Alabama and the State is in the process of preparing an appeal concerning the trial court's ruling on interest and penalty calculations.

2. ***State of Alabama v. Hunt Petroleum Co.***, CV-99-2526 (Mobile County, Alabama Circuit Court). Cunningham Bounds represented the State of Alabama in an oil and gas royalties dispute alleging fraudulent underpayment of royalties. After trial and appeal, Hunt Petroleum paid the State $3.4 million in damages.

3. ***State of Alabama v. Shell Oil Co.***, CV-99-1949 (Mobile County, Alabama Circuit Court). Cunningham Bounds represented the State of Alabama in an oil and gas royalties dispute alleging fraudulent underpayment of royalties. This case settled for $33 million.

4. ***State of Alabama v. BP Amoco Co.***, CV-99-2528 (Mobile County, Alabama Circuit Court). Cunningham Bounds represented the State of Alabama in an oil and gas royalties dispute alleging fraudulent underpayment of royalties. This case settled for $29 million.

5.    *In re Amtrak "Sunset Limited" Rail Disaster*, MDL Docket No. 1003 (U.S. District Court for the Southern District of Alabama).  Cunningham Bounds represented injury and death victims of an Amtrak crash  near Mobile, Alabama.  The disaster was the worst railroad disaster in U.S. history, involving 47 deaths and over 100 injuries.  A settlement was reached in the case after years of complex multi-district ligation.

6.    *Naef, et al. vs. Masonite Corporation, et al.*, CV-94-4003 (Mobile County, Alabama Circuit Court).  Cunningham Bounds served as co-lead counsel of a certified national class of approximately 4,000,000 individuals and entities that own property in the United States on which Masonite hardboard siding, manufactured since January 1, 1980, had been installed.  On the eve of the Phase II trial, settlement was reached.  The settlement is an unlimited, claims-made settlement that provides monetary payments based on current regional replacement costs of class members damaged Masonite hardboard siding.  The litigation resulted in settlement (after the first trial) on behalf of over four million consumers and has resulted in, along with the Quinn and Cosby cases, described below, over $1 billion in claims paid to consumers.

7.    *Bettner, et al. vs. Georgia Pacific Corporation*, CV-95-3330 (Mobile County, Alabama Circuit Court).  Cunningham Bounds served as co-counsel of a certified class of thousands of individuals and entities that own property in the United States on which Georgia Pacific hardboard siding, manufactured since January 1, 1980, had been installed.  Nationwide class certification was granted on January 3, 1996.  Preliminary approval of settlement was granted by the trial court on July 24, 1997.  This litigation resulted in a recovery by settlement for approximately 500,000 consumers of defective hardboard siding.

8.    *Quinn, et al. vs. Masonite Corporation, et al*, CV 98-2447 (Mobile County, Alabama Circuit Court).  Cunningham Bounds served as co-counsel in this national class action for all individuals and entities that own property in the United States on which Woodruff roof shingles manufactured by Defendants Masonite Corporation and International Paper Company were installed.  This case resulted in settlement on behalf of tens of thousands of consumers of Masonite Woodruf roofing material.

9.    *Cosby, et al. vs. Masonite Corporation, et al*, CV 98-2446 (Mobile County, Alabama Circuit Court).  Cunningham Bounds served as co-lead counsel on behalf of all persons who own, have owned or subsequently acquired property in the United States on which Omniwood Siding had been installed since 1992.  This nationwide class action resulted in settlement on behalf of hundreds of thousands of consumers of Masonite Omniwood OSB siding.

10.   *Lowell, et al. vs. American Cyanamid*, CV-97-58 (U.S. District Court for the Southern District of Alabama, Southern Division).  Cunningham Bounds served as co-counsel in this nationwide class action regarding fixing of resale prices in restraint of trade and in violation of the federal antitrust laws, resulting in a multimillion dollar settlement on behalf of farmers in the United States who purchased herbicides, pesticides, and other crop protection chemical products manufactured by defendant American Cyanamid Company.  The class was certified and settlement approved on June 15, 2001.

11.   *Conway v. Rheem/Rudd Manufacturing Co.*, CV-99-1219 (Mobile County, Alabama Circuit Court).  Cunningham Bounds served as co-counsel on behalf of owners of water heaters manufactured with defective polypropylene dip tubes, included in settlement of nationwide class action styled *Heilman v. Perfection Corporation* in the United States District Court for the Western District of Missouri, Case No. 99-0679-CW-W-6).

12.   *Grimes v. Gulf Telephone*, CV-99-986-RV-C (U.S. District Court for the Southern District of Alabama, Southern Division).  In this ERISA class action, Cunningham Bounds served as counsel for early retirees who alleged that employee stock option share

values dramatically increased upon the sale of the company, and that they were entitled to the difference under theory that insiders breached fiduciary duties by not disclosing sale negotiations. On July 21, 2000 the class was certified and the settlement approved.

13.   *Anderson v. Auto Mart of the Southeast, Inc.*, CV-95-4274 (Mobile County, Alabama Circuit Court). Cunningham Bounds served as counsel for consumers in a fraud class action. This case was certified as a class action prior to a confidential settlement being reached.

14.   *Coleman v. GAF Building Materials Corp.*, CV-96-0954 (Mobile County, Alabama Circuit Court). Cunningham Bounds as co-lead counsel in this nationwide class action that resulted in settlement on behalf of hundreds of thousands of consumers of roofing materials.

15.   *Ruff v. Parex, Inc.*, Case No. 96-CVS-0059 (General Court of Justice, Superior Court Division, New Hanover County, North Carolina). Cunningham Bounds served as co-counsel in this class action on behalf of North Carolina residents for defective synthetic stucco siding resulting in a multi-million dollar settlement against Dryvit (certified as a class action prior to settlement).

16.   *Lewis v. Auto Mart of the Southeast, et al.*, CV 93-3292 (Mobile County, Alabama Circuit Court). Cunningham Bounds served as counsel in this class action that resulted in a verdict in this consumer fraud case.

17.   *Clark v. United States of America*, CV00-644 (United States Court of Federal Claims) Cunningham Bounds serves as co-lead counsel for plaintiffs seeking monetary and injunctive relief for compensation due but not paid for certain kinds of instruction or training the Army National Guard and Air Force National Guard of the various states are required to take as a condition of remaining or advancing in grade pursuant to 37 U.S.C.A. § 206(a).

18.   *Banks v. Behr Process Corporation, et al.*, CV-2000-2281 (Mobile County, Alabama Circuit Court). Cunningham Bounds served as co-lead counsel on behalf of individuals and entities in Alabama, Texas, Florida and Georgia who purchased and applied exterior wood sealants manufactured by Behr or who own homes or structures with wood exteriors on which Behr wood sealants had been applied. This case settled as part of a national class action in California. On May 7, 2003, the Superior Court of California, San Joaquin County, granted final approval of the settlement. Defendants were ordered to pay up to $107.5 million, exclusive of attorneys' fees and costs, to compensate class members for mildew damage to their wood surfaces.

19.   *Russell v. Bank One, et al.*, Case No.3:02-CV-0365 (U.S. District Court for the Middle District of Tennessee). Cunningham Bounds served as co-counsel in this class action on behalf of African-Americans and Hispanics under the Equal Credit Opportunity Act (ECOA), 15 U.S.C. § 1691, *et seq.* to remedy the discriminatory effects of certain policies and practices in providing motor vehicle financing. A settlement was reached December 28, 2004, and final approval was granted on May 31, 2005.

20.   *Logan v. Firstar, et al.*, Case No.3:02-CV-0681 (U.S. District Court for the Middle District of Tennessee). Cunningham Bounds served as co-counsel in this class action on behalf of African-Americans and Hispanics under the Equal Credit Opportunity Act (ECOA), 15 U.S.C. § 1691, *et seq.* to remedy the discriminatory effects of certain policies and practices in providing motor vehicle financing. A settlement was reached January 5, 2005, and final approval was granted on May 31, 2005.

21.   *Osborne v. Bank of America*, Case No. 3:02-CV-0364 (U.S. District Court for the Middle District of Tennessee) Cunningham Bounds served as co-counsel in this class action on behalf of African-Americans and Hispanics under the Equal Credit

Opportunity Act (ECOA), 15 U.S.C. § 1691, *et seq*. to remedy the discriminatory effects of certain policies and practices in providing motor vehicle financing. A settlement was reached January 5, 2005, and final approval was granted on May 31, 2005.

22.   ***Claybrooks, et al. v. PRIMUS Automotive Financial Services***, Case No. 3:02-CV-0382 (U.S. District Court for the Middle District of Tennessee).  Cunningham Bounds serves as co-lead counsel on behalf of a certified class of African-Americans who sought to remedy the discriminatory effects of certain policies and practices of PRIMUS (a division of Ford Motor Company) in providing motor vehicle financing. Settlement was reached on November 7, 2006. Settlement was amended November 9, 2006 and the preliminary approval was granted on November 13, 2006.

23.   ***Willis, et al. v. American Honda Finance Corporation***, Case No.3:02-CV-0490 (U.S. District Court for the Middle District of Tennessee).  Cunningham Bounds served as co-counsel in this class action on behalf of African-Americans and Hispanics under the Equal Credit Opportunity Act (ECOA), 15 U.S.C. § 1691, *et seq*. to remedy the discriminatory effects of certain policies and practices in providing motor vehicle financing.  Settlement was reached January 21, 2005, and final approval was granted on April 18, 2005.

24.   ***Lee v. WFS Financial, Inc.***, Case No. 3:02-CV-0570 (U.S. District Court for the Middle District of Tennessee).  Cunningham Bounds served as co-counsel in this class action on behalf of African-Americans under the Equal Credit Opportunity Act (ECOA), 15 U.S.C. § 1691, *et seq*. to remedy the discriminatory effects of certain policies and practices in providing motor vehicle financing).  Settlement was reached January 21, 2005, and final approval was granted on April 18, 2005.

25.   ***Herra v. Toyota Motors Credit of America***, CV-147793 (Superior Court of the State of California, County of Santa Cruz).  This is a class action on behalf of African-Americans and Latinos who allege violations by auto loan financing companies and auto manufacturers of the Business and Professions Code Section 17200 and Unruh Civil Rights Act [Civil Code Sections 51 and 52], based on the assessment of higher finance charges on the above minority groups.  Settlement was reached in February 2006, and final approval of settlement was granted November 16, 2006.

26.   ***McGettigan v. Ford Motor Company***, CV-02-3400-JRL (Mobile County, Alabama Circuit Court).  Cunningham Bounds served as counsel in this statewide class action on behalf of Alabama residents owning Ford, Lincoln and Mercury automobiles with plastic intake manifolds.  Final approval of the settlement in the *Chamberlan v. Ford* case (see below) was granted and the settlement claims program began on December 15, 2005.

27.   ***Chamberlan v. Ford Motor Company***, Case No. C-03-2628 (U.S. District Court for the Northern District of California).  Cunningham Bounds served as counsel in this statewide class action on behalf of residents of California who own Ford, Lincoln and Mercury automobiles with plastic intake manifolds.  Final approval of a nationwide class action was granted and the settlement claims program began on December 15, 2005.

28.   ***Rhea v. Ford Motor Company***, Case No. CU-05-55 (District Court for Adair County, Oklahoma).  This was a national class action on behalf of residents of all states in the United States of America, excluding Alabama and California, who own Ford, Lincoln and Mercury automobiles with plastic intake manifolds.  Final approval of the settlement in the *Chamberlan v. Ford* case (see above) was granted and the settlement claims program began on December 15, 2005.

29.   ***Bahar v. Ameritech Michigan***, Case No. 03-122-CB (Ingham County Circuit Court of the State of Michigan). Cunningham Bounds served as counsel in this class action brought on behalf of consumers seeking to recover fees charged by the defendant

which had been banned by a July 17, 2000 amendment to the Michigan Telecommunications Act. Defendant's Motion for Summary Disposition on the basis of res judicata was denied in May of 2003, but this decision was reversed by the Michigan Court of Appeals in January of 2005. The Supreme Court of Michigan denied the Plaintiffs' request for review in September of 2005. Plaintiffs' Petition for Writ of Certiorari was denied by the U.S. Supreme Court on May 30, 2006.

30. *Beyer v. Verizon,* Case No. 03-433-CZ (Ingham County Circuit Court of the State of Michigan, Court of Appeals). Cunningham Bounds served as counsel in this class action brought on behalf of consumers seeking to recover fees charged by the defendant which had been banned by a July 17, 2000 amendment to the Michigan Telecommunications Act. The State Court granted Defendant's Motion for Summary Disposition in September of 2004, and the Michigan Court of Appeals remanded the matter back to State Court for entry of Summary Judgment on the basis of res judicata in March of 2006. The Plaintiffs' Application for Leave to Appeal to the Supreme Court of Michigan was denied October 31, 2006.

31. *Gardner v. Stimson Lumber,* Case No. 00-2-17633-3SEA (Superior Court of the State of Washington, King County). Cunningham Bounds served as counsel in this class action was certified on June 8, 2001, and involved homes in Washington, Oregon, California, Idaho, Utah, Colorado and Hawaii clad with Stimson Series 400 or 500 hardboard Forestex installed after January 1, 1985. This case resulted in a settlement and claims program for class members, which is currently ongoing.

32. *McAdams, et al. v. Monier, Inc.,* Case No. SVC 16410 (Superior Court of the State of California, Placer County). Cunningham Bounds serves as counsel in this class action brought on behalf of homeowners and others whose roofs are tiled with slurry-coated MonierLifetiles, Monier, and "Monray" tiles. In December 2005, the Superior Court of Placer County denied Plaintiffs' Motion to Certify a Class, and the CA Court of Appeals reversed this decision on May 30, 2007. The Court of Appeals' opinion is currently on appeal with the Supreme Court of California.

33. *Amico, et al. v. General Motors, et al*, Case No. CV-2004-092816 (Superior Court of Arizona in and for the County of Maricopa). Cunningham Bounds serves as counsel in this class action on behalf of owners of vehicles with defective intake gaskets. This case was certified and settled.

34. *Blue Cross and Blue Shield of Alabama v. Hodurski*, No. 1022154 (Alabama Supreme Court). The Alabama Supreme Court affirmed a Montgomery County Circuit Court's (CV-99-2683-PR) grant of summary judgement in favor of the plaintiff class members (physician and two physician assistants as representatives of the class of Alabama physicians and physician assistants who are similarly situated), thereby holding that Blue Cross and Blue Shield of Alabama must pay for physician assistants' services as required by the Alabama Legislature in 1997.

35. *Twin Oil Company, et al. v. Total Containment, et al.*, CV-06-20953 (U.S. District Court, Southern District of Florida). Cunningham Bounds serves as counsel in this Florida statewide class action regarding the failure of flexible piping used in underground fuel storage and delivery systems. Class certification denial was recommended by the magistrate judge, and the matter is currently on appeal to the district judge.

36. *Loudermilk Services, Inc., et al. v. Marathon Ashland Petroleum, L.L.C.*, 3:04-CV-00966 (U.S. District Court for the Southern District of West Virginia). Cunningham Bounds serves as counsel for Plaintiffs alleging that MAP sold contaminated gas to numerous West Virginia service stations which initially caused serious problems to their customers car fuel systems, progressively damaged the pumps and filters used on the premises of the stations themselves and service station owners are only now discovering a range of various forms of degradation to their underground storage

tanks, including potentially hazardous leaks.  Class Certification was granted August 8, 2007, and the Petition for Review was denied by the 4th Circuit Court of Appeals on September 24, 2007.  The matter settled and is currently being administered.

37. ***Spectrum Stores, Inc., et al. v. CITGO Petroleum Corporation***, 4:06-CV-3569 (U.S. District Court for the Southern District of Texas).  Cunningham Bounds serves as counsel for the Plaintiffs in this class action filed against CITGO regarding its role in a conspiracy among the members of OPEC to raise, fix and stabilize the price of gasoline and other oil-based products in the United States.  A motion to dismiss was granted by the trial court, and the matter is on appeal to the United States Fifth Circuit Court of Appeals.

38. ***In re HealthSouth Corporation Securities Litigation***, CV-03-BE-1500. (U.S. District Court for the Northern District of Alabama, Southern Division).  Cunningham Bounds is co-lead counsel for plaintiff bondholders in a claim against HealthSouth, Richard Scrushy and others for fraudulent statements concerning the company's finances, which resulted in the loss of millions of dollars to bondholders.  Partial settlement has been reached among some of the parties, including HealthSouth and certain directors and officers.  Class certification has recently been certified, and discovery is ongoing.

## BIOGRAPHICAL INFORMATION


### STEVEN L. NICHOLAS


Born in Mobile, Alabama on June 13, 1959, Steve Nicholas received his B.B.A. in 1981 from the University of Georgia and his J.D. in 1984 from the University of Alabama.  During law school, Mr. Nicholas was a member of the Order of the Coif and a member of the Bench and Bar.  He is the recipient of the Dean Leigh Harrison Award, the Corpus Juris Secundum Award and the American Jurisprudence Award, and is a Hugo Black Scholar.  He was the Editor of the Alabama Law Review and author of "Recovery of Economic Damages Under Alabama's Extended Manufacturers Liability Doctrine," 35:2 Ala. L. Rev., 1984.  He was admitted to the Alabama Bar in 1984.  Mr. Nicholas' practice focuses on commercial litigation, class actions, business torts, and construction litigation.


Mr. Nicholas is a member of the Mobile County and American Bar Associations, has served as Chairman of the Business Torts and Antitrust Section of the Alabama State Bar.  He serves on the Executive Committee of the Alabama Association for Justice and is a member of the Board of Governors of the American Association for Justice and is a member of the Mobile Chapter of Inns of Court.

Mr. Nicholas was selected for inclusion in the 2008 Best Lawyers in America in Commercial Litigation and Bet the Company Litigation and selected for inclusion in Super Lawyers 2008 and 2009 for the State of Alabama.


### STEVE OLEN


Steve Olen graduated from Princeton University in 1976 and received his Juris Doctorate summa cum laude from Cumberland School of Law of Samford University in 1979.  During law school he was Editor-in-Chief of The American Journal of Trial Advocacy, a member of Cumberland Law Review, and winner of the Moot Court Competition.  He was admitted to the Alabama Bar in 1979.

Mr. Olen's practice focuses on complex litigation, business litigation, class actions and bankruptcy litigation.  He has been lead counsel in numerous multimillion dollar verdicts and settlements.

Mr. Olen serves on the Executive Committee of the Alabama Association for Justice and the Executive Committee of the South Alabama Trial Lawyers Association.  He is a member of the American Association for Justice, and is a past Treasurer, member of the Executive Committee and Chairman of the Civil Practice Committee of the Mobile Bar Association.  Mr. Olen also serves on the Board of Directors of Alabama Appleseed, a nonprofit organization dedicated to improving social justice for all.

Mr. Olen was named one of the leading lawyers in the state of Alabama in the area of Business Litigation by Super Lawyers magazine (2009).