## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL No. 2047 |
| | * | JUDGE: FALLON |
| This Document relates to | * | MAG: WILKINSON |
| *Silva v. Arch Insurance Co., et al* (09-8034) | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS

COMES NOW, the undersigned law firm of LOBMAN, CARNAHAN, BATT, ANGELLE & NADER, and hereby files its Notice of Appearance as counsel on behalf of the Defendants, THE NORTH RIVER ISNURANCE COMPANY.  It is respectfully requested that all future pleadings, documents and correspondence be served upon the undersigned in connection with this action.

This 12th day of January, 2010.

                                                    Respectfully submitted,

                                                   ___/s Eric B. Berger___
                                                   SIDNEY J. ANGELLE, #1002
                                                   ERIC B. BERGER, #26196
                                                   LOBMAN, CARNAHAN, BATT,
                                                      ANGELLE & NADER
                                                   400 POYDRAS STREET, SUITE 2300
                                                   NEW ORLEANS, LOUISIANA  70130
                                                   (504) 586-9292    FAX (504) 586-1290
                                                   **Attorneys for The North River Insurance Company**

CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaision Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this _12th_ day of _January_, 2010.

                                                      /s Eric B. Berger