UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL No. 2047 |
| | * | JUDGE: FALLON |
| This Document relates to *Silva v. Arch Insurance Co., et al* (09-8034) | * * * | MAG: WILKINSON |
| * * * * * * * * * * * * * * | | |

**CONSENT TO REMOVAL AND TRANSFER OF DEFENDANT
THE NORTH RIVER INSURANCE COMAPNY**

PLEASE TAKE NOTICE that Defendant, THE NORTH RIVER INSURANCE COMPANY, by and through the undersigned counsel, while preserving all of its defenses, hereby consents to the removal of the above-captions action to the United States District Court for the Eastern District of Louisiana.

This 12th day of January, 2010.

Respectfully submitted,

\_\_\_/s Eric B. Berger\_\_\_
SIDNEY J. ANGELLE, #1002
ERIC B. BERGER, #26196
LOBMAN, CARNAHAN, BATT,
  ANGELLE & NADER
400 POYDRAS STREET, SUITE 2300
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292    FAX (504) 586-1290

**Attorneys for The North River Insurance Company**

1

2

CERTIFICATE OF SERVICE

  I hereby certify that the above and foregoing Consent to Removal has been served on Plaintiffs' Liaision Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this _12th_ day of _January_, 2010.

                                           /s Eric B. Berger