Case Name: Vickers v. Knauf Gips KG
Defendant: Knauf Gips KG
Court Case No.: 1:09-cv-20510-ASG

**CERTIFICATE**
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* November 3, 2009
   - at (place, street, number)
   - *à (localité, rue numéro)* Iphofen, Am Bahnhof 7

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
      [x] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
         a) *selon les formes légales (article 5, alinéa premier, lettre a).*
      [ ] (b) in accordance with the following particular method*:
         b) *selon la forme particulière suivante:* ___
      [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
         c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* Ms. Ursula Hess

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* Employee of the addressee at the place of business

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*
___
___
___

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Amended Complaint - Class Action, Order Granting Plaintiffs' Motion to Authorize Service of Process on the International Defendants & For Appointment of an International Process Server in Accordance with the Hague Convention [DE 4], Alias Summons in a Civil Action, Translations

Annexes
*Annexes*
Documents returned:
*Piéces renvoyées:*

Amended Complaint,-Class Action, Order Granting Plaintiffs' Motion
To Authorized Service of Process on the International *

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at , the
*Fait à* Kitzingen , *le* November 6, 2009

Signature and/or stamp.
*Signature et/ou cachet.*
Court Seal           Signature
                     Hamm
                     Judicial Official

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

## CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* __03.11.2009__
   - at (place, street, number)
   - *à (localité, rue numéro)* __Iphofen, Am Bahnhof 7__

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
     - [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*
       a) *selon les formes légales (article 5, alinéa premier, lettre a).*
     - [ ] ~~(b) in accordance with the following particular method*:~~
       b) *selon la forme particulière suivante:* _____
     - [ ] ~~(c) by delivery to the addressee, who accepted it voluntarily.*~~
       c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* __Frau Ursula Hess__

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* __Beschäftigte des Adressaten__
   ~~in den Geschäftsräumen~~

2) ~~that the document has not been served, by reason of the following facts*:~~
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Amended Complaint - Class Action, Order Granting Plaintiffs' Motion to Authorize Service of Process on the International Defendants & For Appointment of an International Process Server in Accordance with the Hague Convention [DE 4], Alias Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

~~Amended Complaint - Class Action;~~
~~Order Granting Plaintiffs' Motion to Authorize~~
~~Service of Process on the International~~ *

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at __Kitzingen__, the __06.11.2009__
*Fait à*, *le*

Signature and/or stamp.
*Signature et/ou cachet.*

Hamm
Rechtspflegerin

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Florida

Case 2:09-md-02047-EEF-MBN   Document 725   Filed 01/12/10   Page 3 of 4

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile*
*ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota  55439-3122<br>U.S.A.<br>Tel. 952.831.7776     Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | PRÄSIDENTIN DES OBERLANDESGERICHTS MÜNCHEN<br>Prielmayerstraße 5<br>80097 München<br><br>Germany<br><br>Der Präsident des Oberlandesgerichts München<br>Eing. 0 2. JUNI 2009<br>......Akt ......Heft......Beil. ......Abdr.<br>Nr. 9341a E- 86/09 |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément a l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(*identité et adresse*) __Knauf Gips KG__
__Am Bahnhof 7, D-97343 Iphofen, Germany__
Tel:

[X] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    a)  *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    b)  *selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*_____

[ ] (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    c)  *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

--Amended Complaint - Class Action
--Order Granting Plaintiffs' Motion to Authorize Service of Process on the International Defendants & For Appointment of an International Process Server in Accordance with the Hague Convention [DE 4]
--Alias Summons in a Civil Action
--Translations
--Summary of the Documents to be Served

Done at
*Fait à* Minneapolis, Minnesota, U.S.A.           , the 5/28/09
                                                  *le*

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN

(Formerly OBD-116 which was formerly LAA-116,      USM-94
both of which may still be used)                   (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Defendants & For Appointment of an International Process Server
in Accordance with the Hague Convention (DE 4)
Case 2:09-md-02047-EEF-MBN   Document 725   Filed 01/12/10   Page 4 of 4

Alias Summons in a Civil Action

Tanslation