UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE – MANUFACTURED DRYWALL | MDL NO. 09-2047 |
| PRODUCTS LIABILITY LITIGATION | JUDGE FALLON |
| | MAG. WILKINSON |

THIS DOCUMENT RELATES TO:

Lucille Bourdon v. Interior Exterior Building
Supply, LP, et al. – Case No. 09-07025
(E.D.La.)

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS

COMES NOW, the undersigned law firm of Kean, Miller, Hawthorne, D'Armond, McCowan & Jarman, LLP, and hereby files its Notice of Appearance and Request for Service of All Document and Pleadings as counsel on behalf of Defendant, Louisiana Home Builders Association General Liability Trust, the case having previously been removed by State Farm Fire and Casualty Company from Louisiana State Court. It is respectfully requested that all pleadings,

1771765_1.DOC

documents and correspondence be served upon the undersigned counsel in connection with these actions as follows:

Mark D. Mese
KEAN MILLER HAWTHORNE
D'ARMOND McCOWAN & JARMAN LLP
Post Office Box 3513
Baton Rouge, Louisiana 70821-3513
mark.mese@keanmiller.com

Respectfully submitted,

Kean, Miller, Hawthorne, D'Armond,
McCowan & Jarman, LLP

/s/ Mark D. Mese_____
MARK D. MESE (#14214)
P. O. Box 3513
18th Floor, One American Place
Baton Rouge, LA  70821
Telephone:  (225) 387-0999
Facsimile:  (225) 388-9133
mark.mese@keanmiller.com

Attorney for Louisiana Home Builders
Association General Liability Trust

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Appearance and Request for Service of All Documents and All Pleadings has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller by U.S. Mail and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12th day of January, 2010.

/s/ Mark D. Mese
MARK D. MESE