UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Vickers, et al. v. Knauf GIPS KG, et. al., Case No. 2:09-cv-04117 (E.D.La.) | |

## PLAINTIFFS' MOTION TO AMEND THE AMENDED CLASS ACTION COMPLAINT BY INTERLINEATION

Plaintiffs, by and through their counsel, respectfully move this Honorable Court for an Order in the form appended hereto to amend the Amended Class Action Complaint (the "Complaint") by interlineation.[1] This motion is brought pursuant to Fed. R.Civ.P. 15(a). The Plaintiffs seek to amend the class definition as to Defendants Knauf Gips KG, Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Dongguan) Co., Ltd. (collectively "Knauf"), and Rothchilt International Ltd. from a Florida class to a national class, *i.e.*, all persons and entities in the United States with properties that were impacted by defective drywall that was manufactured and distributed by these defendants.

Leave to amend should be granted because amendments should be "freely given," there is no undue delay, bad faith or dilatory motive on the part of Plaintiffs in seeking this amendment, nor would any of the Defendants be unduly prejudiced by the proposed amendment.

---

[1] Plaintiffs proposed Second Amended Class Action Complaint is attached hereto as Exhibit "A"

Respectfully submitted,

Dated: January 12, 2010

/s/ Arnold Levin
Arnold Levin, Esquire
Fred S. Longer, Esquire
Daniel Levin, Esquire
Matthew C. Gaughan, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
*Co-counsel for Plaintiffs*

Richard Serpe, Esquire
LAW OFFICES OF RICHARD J. SERPE
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
*Counsel for Plaintiffs*

Michael D. Hausfeld, Esquire
Richard S. Lewis, Esquire
James J. Pizzirusso, Esquire
Faris Ghareeb, Esquire
HAUSFELD LLP
1700 K Street, N.W., Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
*Co-counsel for Plaintiffs*

Richard W. Stimson, Esquire
Attorney at Law
920 Waters Reach Court
Alpharetta, Georgia 30022
Phone: 214-914-6128
*Co-counsel for Plaintiffs*

Robert Gary, Esquire
GARY, NAEGELE & THEADO, LLC
446 Broadway
Lorain, OH 44052
Phone: (440) 244-4809
Fax: (440) 244-3462
*Co-counsel for Plaintiffs*