

**VENTURE SUPPLY, INC.**

| | INVOICE |
|---|---|
| | 00116896-002 |

Remit To: Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA 23502-
USA  Phone: (757)-855-5433

**Invoice Date:** 03/24/06
**Account#:** KEL01 0001
**Branch:** VENTNRF
**Phone#:** (252)-473-2160
**Fax#:** (252)-473-5870
**Delivery #:** 00116896-002

**BILL TO:**
Kellogg Supply Co.
P.O. Box 99
771 N HWY 64/264
Manteo NC 27954

**Reprinted:** 11/14/09  07:39:08

**SHIP TO:**
Kellog Supply Co.
P.O Box 99
771 N. HWY 64/264
Manteo NC 27954

**CREATED BY:** Kim                                   Page 1 of 1

| PO#: 19460 | | REF#: | | JOB#: | | |
|---|---|---|---|---|---|---|
| ORDER DATE: 03/21/06 | SALES | ORDER TYPE: Whse | | SHIP VIA: | FRT TERM: | |
| SHIP DATE: 03/24/06 | AGENTS | ORDERED BY: | | | | |

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 240 | 240 | PC | 5848DENSGLASS<br>Densglass GP | 5/8" 4X8 | 240.0000/PC | 19.04/PC | 4,569.60 |
| 2 | 2 | PC | 1212DWVS<br>Drywall Venture Supply | 1/2" 4X12 | .0960/MSF | 0.00/MSF | 0.00 |
| | | | ****** SUB-TOTAL ****** | | | | 4,569.60 |
| | | | Freight Charge | | | | 100.00 |

**TERMS:**
2% Discount on 10th of Following Month 25th No Cut Off  Due Date: 04/30/06
You may deduct 91.39 if paid by 04/10/06

**Balance**    4,669.60



EV000261


**VENTURE SUPPLY, INC.**

| | INVOICE |
|---|---|
| | 00116793-001 |

Remit To: Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA 23502-
USA Phone: (757)-855-5433

**Invoice Date:** 03/23/06
**Account#:** POR01 3230
**Branch:** VENTNRF
**Phone#:** (757)-857-0282
**Fax#:** (757)-857-0283
**Delivery #:** 00116793-001

**BILL TO:**
Porter-Blaine Co.
1140 Azalea Garden Road
Norfolk VA 23502

**Reprinted:** 11/14/09 07:32:24

**SHIP TO:**
TECH
12 RIVERSEDGE
MOYOCK VA 23502

**CREATED BY:** Kim          Page 1 of 1

| PO#: 060260 | REF#: | | JOB#: | | |
|---|---|---|---|---|---|
| ORDER DATE: 03/17/06 | SALES AGENTS | | ORDER TYPE: Whse | SHIP VIA: Our Truck | FRT TERM: Prepaid |
| SHIP DATE: 03/20/06 | | | ORDERED BY: | | |

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
|---:|---:|---|---|---|---:|---:|---:|
| 93 | 93 | PC | 1212DWVS<br>Drywall Venture Supply | 1/2" 4X12 | 4.4640/MSF | 263.33/MSF | 1,175.51 |
| 138 | 138 | PC | 1254DWGB<br>Drywall Gold Bond | 1/2" 54X12 | 7.4520/MSF | 301.85/MSF | 2,249.39 |
| 87 | 87 | PC | MBDWBD08<br>Drywall Corner Bead | 8' | 87.0000/PC | 1.18/PC | 102.66 |
| 42 | 42 | PC | MBDWBD09<br>Drywall Corner Bead | 9' | 42.0000/PC | 1.32/PC | 55.44 |
| 8 | 8 | PC | MBSPLYBD09<br>Splayed Drywall Bead Metal | 9' | .0720/MLF | 304.00/MLF | 21.89 |
| 23 | 23 | ROLL | DWTAPE<br>Drywall Tape | 250' | 23.0000/ROLL | 1.88/ROLL | 43.24 |
| 23 | 23 | BKT | MDGBADV<br>Mud Advantage Pail Gold Bond | 5 Gal | 23.0000/BKT | 12.72/BKT | 292.56 |
| 1 | 1 | BG | EZ45<br>Easy Sand 45 Minute | 18 lb. | 1.0000/BG | 14.70/BG | 14.70 |
| | | | ****** SUB-TOTAL ****** | | | | 3,955.39 |
| | | | VA Sales Tax | | | 5.0% | 197.77 |

**TERMS:**
2% Discount on 10th of Following Month 25th Cut Off  Due Date: 04/25/06
You may deduct 79.11 if paid by 04/10/06

**Balance** 4,153.16

EV000345



**VENTURE SUPPLY, INC.**

| | INVOICE |
|---|---|
| | 00118322-001 |

Remit To: Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA 23502-
USA  Phone: (757)-855-5433

**Invoice Date:** 04/21/06
**Account#:** POR01 3325
**Branch:** VENTNRF
**Phone#:** (757)-857-0282
**Fax#:** (757)-857-0283
**Delivery #:** 00118322-001

**BILL TO:**
Porter-Blaine Co.
1140 Azalea Garden Road
Norfolk VA 23502

**Reprinted:** 11/14/09  09:09:47

**SHIP TO:**
17 CEDAR WOOD VILLAGE
WOODVILLE NC 23502

**CREATED BY:** Lorrie       Page 1 of 1

| PO#: Terry | | | REF#: | | JOB#: | | |
|---|---|---|---|---|---|---|---|
| ORDER DATE: 04/20/06 | | SALES AGENTS | ORDER TYPE: Whse | | SHIP VIA: Pick Up | FRT TERM: Prepaid | |
| SHIP DATE: 04/20/06 | | | ORDERED BY: | | | | |
| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
| 10 | 10 | PC | 1212DWVS           1/2" 4X12<br>Drywall Venture Supply | | .4800/MSF | 263.33/MSF | 126.40 |
| | | | ****** SUB-TOTAL ****** | | | | 126.40 |
| | | | NC Sales Tax | | | 7.0% | 8.85 |

**TERMS:**
2% Discount on 10th of Following Month 25th Cut Off  Due Date: 05/25/06
You may deduct 2.53 if paid by 05/10/06

**Balance**       135.25

EV000425



# VENTURE SUPPLY, INC.

| | | |
|---|---|---|
| | **INVOICE** | |
| | 00118883-001 | |

Remit To: Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA 23502-
USA Phone: (757)-855-5433

**Invoice Date:** 05/10/06
**Account#:** POR01 3489
**Branch:** VENTNRF
**Phone#:** (757)-857-0282
**Fax#:** (757)-857-0283
**Delivery #:** 00118883-001

**BILL TO:**
Porter-Blaine Co.
1140 Azalea Garden Road
Norfolk VA 23502

**Reprinted:** 11/14/09 09:45:42

**SHIP TO:**
116 DOLPHIN STREET
MOYOCK NC 23502

**CREATED BY:** Lorrie    Page 1 of 1

| PO#: 060372 | | REF#: | | JOB#: | | |
|---|---|---|---|---|---|---|
| ORDER DATE: 05/03/06 | SALES AGENTS | ORDER TYPE: Whse | | SHIP VIA: Our Truck | FRT TERM: Prepaid | |
| SHIP DATE: 05/03/06 | | ORDERED BY: | | | | |

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 41 | 41 | PC | 1212DWGB<br>Drywall Goldbond | 1/2" 4X12 | 1.9680/MSF | 263.33/MSF | 518.23 |
| 90 | 90 | PC | 1212DWVS<br>Drywall Venture Supply | 1/2" 4X12 | 4.3200/MSF | 263.33/MSF | 1,137.59 |
| 17 | 17 | PC | MBDWBD08<br>Drywall Corner Bead | 8' | 17.0000/PC | 1.18/PC | 20.06 |
| 4 | 4 | PC | MBSPLYBD08<br>Splayed Drywall Bead Metal | 8' | .0320/MLF | 276.00/MLF | 8.83 |
| 13 | 13 | ROLL | DWTAPE<br>Drywall Tape | 250' | 13.0000/ROLL | 1.88/ROLL | 24.44 |
| 13 | 13 | BKT | MDGBADV<br>Mud Advantage Pail Gold Bond | 5 Gal | 13.0000/BKT | 12.72/BKT | 165.36 |
| 1 | 1 | BG | EZ45<br>Easy Sand 45 Minute | 18 lb. | 1.0000/BG | 14.70/BG | 14.70 |
| | | | ****** SUB-TOTAL ****** | | | | 1,889.21 |
| | | | NC Sales Tax | | | 7.0% | 132.24 |

**TERMS:**
2% Discount on 10th of Following Month 25th Cut Off   Due Date: 06/25/06
You may deduct 37.78 if paid by 06/10/06

**Balance**   2,021.45

EV000443



# INVOICE

**00119691-001**

Remit To: Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA 23502-
USA Phone: (757)-855-5433

**Invoice Date:** 05/31/06
**Account#:** POR01 3610
**Branch:** VENTNRF
**Phone#:** (757)-857-0282
**Fax#:** (757)-857-0283
**Delivery #:** 00119691-001

**BILL TO:**
Porter-Blaine Co.
1140 Azalea Garden Road
Norfolk VA 23502

**Reprinted:** 11/14/09  09:51:56

**SHIP TO:**
43 Cedar Wood Village
Woodville NC 23502

CREATED BY: Lorrie    Page 1 of 1

| PO#: 060370 | | | REF#: | | JOB#: | | |
|---|---|---|---|---|---|---|---|
| ORDER DATE: 05/22/06 | | SALES AGENTS | ORDER TYPE: Whse | | SHIP VIA: Our Truck | FRT TERM: Prepaid | |
| SHIP DATE: 05/22/06 | | | ORDERED BY: | | | | |
| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
| 68 | 68 | PC | 1212DWGB   1/2" 4X12<br>Drywall Goldbond | | 3.2640/MSF | 263.33/MSF | 859.51 |
| 92 | 92 | PC | 1212DWVS   1/2" 4X12<br>Drywall Venture Supply | | 4.4160/MSF | 263.33/MSF | 1,162.87 |
| 64 | 64 | PC | 1254DWGB   1/2" 54X12<br>Drywall Gold Bond | | 3.4560/MSF | 301.85/MSF | 1,043.19 |
| 99 | 99 | PC | MBDWBD08   8'<br>Drywall Corner Bead | | 99.0000/PC | 1.18/PC | 116.82 |
| 15 | 15 | PC | MBSPLYBD08   8'<br>Splayed Drywall Bead Metal | | .1200/MLF | 276.00/MLF | 33.12 |
| 12 | 12 | PC | MBDWBD09   9'<br>Drywall Corner Bead | | 12.0000/PC | 1.32/PC | 15.84 |
| 3 | 3 | PC | MBSPLYBD09   9'<br>Splayed Drywall Bead Metal | | .0270/MLF | 276.00/MLF | 7.45 |
| 22 | 22 | ROLL | DWTAPE   250'<br>Drywall Tape | | 22.0000/ROLL | 1.88/ROLL | 41.36 |
| 22 | 22 | BKT | MDGBADV   5 Gal<br>Mud Advantage Pail Gold Bond | | 22.0000/BKT | 12.72/BKT | 279.84 |
| 1 | 1 | BG | EZ45   18 lb.<br>Easy Sand 45 Minute | | 1.0000/BG | 14.70/BG | 14.70 |
| | | | ****** SUB-TOTAL ****** | | | | 3,574.70 |
| | | | NC Sales Tax | | | 7.0% | 250.23 |

**TERMS:**
2% Discount on 10th of Following Month 25th Cut Off  Due Date: 07/25/06
You may deduct 71.49 if paid by 07/10/06

**Balance**   3,824.93

EV000449



**VENTURE SUPPLY, INC.**

| | INVOICE |
|---|---|
| | 00122044-001 |

Remit To: Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA 23502-
USA  Phone: (757)-855-5433

**Invoice Date:** 07/24/06
**Account#:** POR01 3864
**Branch:** VENTNRF
**Phone#:** (757)-857-0282
**Fax#:** (757)-857-0283
**Delivery #:** 00122044-001

**BILL TO:**
Porter-Blaine Co.
1140 Azalea Garden Road
Norfolk VA 23502

**Reprinted:** 11/14/09  10:11:52

**SHIP TO:**
40 Crown Point
South Mills NC 23502

**CREATED BY:** Lorrie                             Page 1 of 1

| PO#: 060385 | REF#: | | JOB#: | | |
|---|---|---|---|---|---|
| ORDER DATE: 07/18/06 | SALES AGENTS | ORDER TYPE: Whse | SHIP VIA: Our Truck | FRT TERM: Prepaid | |
| SHIP DATE: 07/18/06 | | ORDERED BY: | | | |

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 89 | 89 | PC | 1212DWGB<br>Drywall Goldbond | 1/2" 4X12 | 4.2720/MSF | 263.33/MSF | 1,124.95 |
| 24 | 24 | PC | 1212DWVS<br>Drywall Venture Supply | 1/2" 4X12 | 1.1520/MSF | 263.33/MSF | 303.36 |
| 141 | 141 | PC | 1254DWGB<br>Drywall Gold Bond | 1/2" 54X12 | 7.6140/MSF | 301.85/MSF | 2,298.29 |
| 88 | 88 | PC | TT7008<br>Bullnose Corner Bead #7008 | 8' X 3/4" | 88.0000/PC | 1.85/PC | 162.80 |
| 67 | 67 | PC | TT7009<br>Bullnose Corner Bead #7009 | 9'X 3/4" | 67.0000/PC | 2.08/PC | 139.36 |
| 1 | 1 | PC | TT7309<br>Outside Splayed Bullnose Corner Bead #73 | 9' | 1.0000/PC | 2.08/PC | 2.08 |
| 6 | 6 | PC | TT7110<br>Bullnose Archway Corner Bead #7110 | 10' X 3/4" | 6.0000/PC | 2.76/PC | 16.56 |
| 25 | 25 | ROLL | DWTAPE<br>Drywall Tape | 250' | 25.0000/ROLL | 1.88/ROLL | 47.00 |
| 25 | 25 | BKT | MDGBADV<br>Mud Advantage Pail Gold Bond | 5 Gal | 25.0000/BKT | 12.72/BKT | 318.00 |
| 1 | 1 | BG | EZ45<br>Easy Sand 45 Minute | 18 lb. | 1.0000/BG | 14.70/BG | 14.70 |
| | | | ****** SUB-TOTAL ****** | | | | 4,427.10 |
| | | | NC Sales Tax | | | 7.0% | 309.90 |

**TERMS:**
2% Discount on 10th of Following Month 25th Cut Off  Due Date: 08/25/06
You may deduct 88.54 if paid by 08/10/06

**Balance**   4,737.00

EV000465



| | | | | INVOICE |
|---|---|---|---|---|
| | | | | 00122047-001 |

Remit To: Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA 23502-
USA Phone: (757)-855-5433

**Invoice Date:** 07/24/06
**Account#:** POR01 3865
**Branch:** VENTNRF
**Phone#:** (757)-857-0282
**Fax#:** (757)-857-0283
**Delivery #:** 00122047-001

**BILL TO:**
Porter-Blaine Co.
1140 Azalea Garden Road
Norfolk VA 23502

**Reprinted:** 11/14/09  10:12:56

**SHIP TO:**
23 Crown Point
South Mills NC 23502

CREATED BY: Lorrie     Page 1 of 1

| PO#: 060460 | | REF#: | | JOB#: | | |
|---|---|---|---|---|---|---|
| ORDER DATE: 07/18/06 | SALES | ORDER TYPE: Whse | SHIP VIA: Our Truck | FRT TERM: Prepaid | | |
| SHIP DATE: 07/18/06 | AGENTS | ORDERED BY: | | | | |

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 71 | 71 | PC | 1212DWGB | 1/2" 4X12 | 3.4080/MSF | 263.33/MSF | 897.43 |
| | | | Drywall Goldbond | | | | |
| 111 | 111 | PC | 1212DWVS | 1/2" 4X12 | 5.3280/MSF | 263.33/MSF | 1,403.02 |
| | | | Drywall Venture Supply | | | | |
| 24 | 24 | PC | MBDWBD08 | 8' | 24.0000/PC | 1.18/PC | 28.32 |
| | | | Drywall Corner Bead | | | | |
| 6 | 6 | PC | MBSPLYBD08 | 8' | .0480/MLF | 276.00/MLF | 13.25 |
| | | | Splayed Drywall Bead Metal | | | | |
| 1 | 1 | PC | TT4110 | 10' | 1.0000/PC | 2.16/PC | 2.16 |
| | | | Archway Corner Bead #4110 | | | | |
| 18 | 18 | ROLL | DWTAPE | 250' | 18.0000/ROLL | 1.88/ROLL | 33.84 |
| | | | Drywall Tape | | | | |
| 18 | 18 | BKT | MDGBADV | 5 Gal | 18.0000/BKT | 12.72/BKT | 228.96 |
| | | | Mud Advantage Pail Gold Bond | | | | |
| 1 | 1 | BG | EZ45 | 18 lb. | 1.0000/BG | 14.70/BG | 14.70 |
| | | | Easy Sand 45 Minute | | | | |
| | | | ****** SUB-TOTAL ****** | | | | 2,621.68 |
| | | | NC Sales Tax | | | 7.0% | 183.52 |

**TERMS:**
2% Discount on 10th of Following Month 25th Cut Off  Due Date: 08/25/06
You may deduct 52.43 if paid by 08/10/06

| Balance | 2,805.20 |
|---|---|

EV000466



# VENTURE SUPPLY, INC.

|  | INVOICE |
|---|---|
|  | 00124958-001 |

Remit To: Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA 23502-
USA Phone: (757)-855-5433

**Invoice Date:** 09/29/06
**Account#:** POR01 4150
**Branch:** VENTNRF
**Phone#:** (757)-857-0282
**Fax#:** (757)-857-0283
**Delivery #:** 00124958-001

**BILL TO:**
Porter-Blaine Co.
1140 Azalea Garden Road
Norfolk VA 23502

**Reprinted:** 11/14/09  10:41:09

**SHIP TO:**
42 Cedarwood Village
Hertford NC 23502

**CREATED BY:** Lorrie          **Page** 1 of 1

| PO#: 060597 | | | REF#: | | JOB#: | | |
|---|---|---|---|---|---|---|---|
| ORDER DATE: 09/28/06 | | SALES | | ORDER TYPE: Whse | SHIP VIA: Our Truck | FRT TERM: Prepaid | |
| SHIP DATE: 09/28/06 | | AGENTS | | ORDERED BY: | | | |
| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
| 92 | 92 | PC | 1212DWGB  1/2" 4X12<br>Drywall Goldbond | | 4.4160/MSF | 263.33/MSF | 1,162.87 |
| 122 | 122 | PC | 1212DWVS  1/2" 4X12<br>Drywall Venture Supply | | 5.8560/MSF | 263.33/MSF | 1,542.06 |
| 60 | 60 | PC | MBDWBD08  8'<br>Drywall Corner Bead | | 60.0000/PC | 1.18/PC | 70.80 |
| 33 | 33 | PC | MBDWBD09  9'<br>Drywall Corner Bead | | 33.0000/PC | 1.32/PC | 43.56 |
| 16 | 16 | PC | MBSPLYBD09  9'<br>Splayed Drywall Bead Metal | | .1440/MLF | 276.00/MLF | 39.74 |
| 24 | 24 | ROLL | DWTAPE  250'<br>Drywall Tape | | 24.0000/ROLL | 1.88/ROLL | 45.12 |
| 24 | 24 | BKT | MDGBADV  5 Gal<br>Mud Advantage Pail Gold Bond | | 24.0000/BKT | 12.72/BKT | 305.28 |
| 1 | 1 | BG | EZ45  18 lb.<br>Easy Sand 45 Minute | | 1.0000/BG | 14.70/BG | 14.70 |
| | | | ****** SUB-TOTAL ****** | | | | 3,224.13 |
| | | | NC Sales Tax | | | 7.0% | 225.69 |

**TERMS:**
2% Discount on 10th of Following Month 25th Cut Off  Due Date: 11/25/06
You may deduct 64.48 if paid by 11/10/06

**Balance** 3,449.82

EV000488



# VENTURE SUPPLY, INC.

| | INVOICE |
|---|---|
| | 00125462-001 |

Remit To: Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA 23502-
USA Phone: (757)-855-5433

**Invoice Date:** 10/16/06
**Account#:** POR01 4189
**Branch:** VENTNRF
**Phone#:** (757)-857-0282
**Fax#:** (757)-857-0283
**Delivery #:** 00125462-001

**BILL TO:**
Porter-Blaine Co.
1140 Azalea Garden Road
Norfolk VA 23502

**Reprinted:** 11/14/09 12:05:42

**SHIP TO:**
10 Cedarwood
Hertford NC 23502

**CREATED BY:** Lorrie   Page 1 of 1

| PO#: 060628 | | | REF#: | | JOB#: | | |
|---|---|---|---|---|---|---|---|
| ORDER DATE: 10/12/06 | | SALES AGENTS | ORDER TYPE: Whse | | SHIP VIA: Our Truck | FRT TERM: Prepaid | |
| SHIP DATE: 10/12/06 | | | ORDERED BY: | | | | |
| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
| 158 | 158 | PC | 1212DWGB    1/2" 4X12<br>Drywall Goldbond | | 7.5840/MSF | 263.33/MSF | 1,997.09 |
| 54 | 54 | PC | 1212DWVS    1/2" 4X12<br>Drywall Venture Supply | | 2.5920/MSF | 263.33/MSF | 682.55 |
| 41 | 41 | PC | MBDWBD08    8'<br>Drywall Corner Bead | | 41.0000/PC | 1.18/PC | 48.38 |
| 6 | 6 | PC | MBSPLYBD08    8'<br>Splayed Drywall Bead Metal | | .0480/MLF | 276.00/MLF | 13.25 |
| 20 | 20 | PC | MBDWBD09    9'<br>Drywall Corner Bead | | 20.0000/PC | 1.32/PC | 26.40 |
| 20 | 20 | ROLL | DWTAPE    250'<br>Drywall Tape | | 20.0000/ROLL | 1.88/ROLL | 37.60 |
| 20 | 20 | BKT | MDGBADV    5 Gal<br>Mud Advantage Pail Gold Bond | | 20.0000/BKT | 12.72/BKT | 254.40 |
| 1 | 1 | BG | EZ45    18 lb.<br>Easy Sand 45 Minute | | 1.0000/BG | 14.70/BG | 14.70 |
| | | | ****** SUB-TOTAL ****** | | | | 3,074.37 |
| | | | NC Sales Tax | | | 7.0% | 215.21 |

**TERMS:**
2% Discount on 10th of Following Month 25th Cut Off  Due Date: 11/25/06
You may deduct 61.49 if paid by 11/10/06

**Balance**    3,289.58

EV000493



# VENTURE SUPPLY, INC.

| | | |
|---|---|---|
| | Remit To: | Venture Supply, Inc.<br>1140 Azalea Garden Road<br>Norfolk, VA 23502-<br>USA  Phone: (757)-855-5433 |

**INVOICE**

**00125572-003**

**Invoice Date:** 10/19/06
**Account#:** POR01 4197
**Branch:** VENTNRF
**Phone#:** (757)-857-0282
**Fax#:** (757)-857-0283
**Delivery #:** 00125572-003

**BILL TO:**
Porter-Blaine Co.
1140 Azalea Garden Road
Norfolk VA 23502

**Reprinted: 11/14/09  12:06:07**

**SHIP TO:**
Lot 2 Dozier Acres
Greg Court
Moyock NC 27976

**CREATED BY:** Lorrie       Page 1 of 1

| PO#: 060644 | | REF#: | | JOB#: | | |
|---|---|---|---|---|---|---|
| **ORDER DATE:** 10/16/06 | **SALES** | | **ORDER TYPE:** Whse | **SHIP VIA:** Our Truck | **FRT TERM:** Prepaid | |
| **SHIP DATE:** 10/19/06 | **AGENTS** | | **ORDERED BY:** | | | |

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 74 | 74 | PC | 1212DWGB<br>Drywall Goldbond | 1/2" 4X12 | 3.5520/MSF | 263.33/MSF | 935.35 |
| 31 | 31 | PC | 5812DWGB<br>Drywall Gold Bond | 5/8" 4X12 | 1.4880/MSF | 291.67/MSF | 434.00 |
| 162 | 162 | PC | 1212DWVS<br>Drywall Venture Supply | 1/2" 4X12 | 7.7760/MSF | 263.33/MSF | 2,047.65 |
| 26 | 26 | ROLL | DWTAPE<br>Drywall Tape | 250' | 26.0000/ROLL | 1.88/ROLL | 48.88 |
| 26 | 26 | BKT | MDGB<br>Mud All Purpose Pail Gold Bond | 5 Gal | 26.0000/BKT | 12.72/BKT | 330.72 |
| 75 | 75 | PC | MBDWBD08<br>Drywall Corner Bead | 8' | 75.0000/PC | 1.18/PC | 88.50 |
| 40 | 40 | PC | MBDWBD09<br>Drywall Corner Bead | 9' | 40.0000/PC | 1.32/PC | 52.80 |
| 2 | 2 | PC | MBSPLYBD08<br>Splayed Drywall Bead Metal | 8' | .0160/MLF | 276.00/MLF | 4.42 |
| 5 | 5 | PC | MBSPLYBD09<br>Splayed Drywall Bead Metal | 9' | .0450/MLF | 276.00/MLF | 12.42 |
| 7 | 7 | PC | MBDWBD10<br>Drywall Corner Bead | 10' | 7.0000/PC | 1.46/PC | 10.22 |
| 1 | 1 | BG | EZ45<br>Easy Sand 45 Minute | 18 lb. | 1.0000/BG | 14.70/BG | 14.70 |
| | | | ****** SUB-TOTAL ****** | | | | 3,979.66 |
| | | | NC Sales Tax | | | 7.0% | 278.58 |

**TERMS:**
2% Discount on 10th of Following Month 25th Cut Off  Due Date: 11/25/06
You may deduct 79.59 if paid by 11/10/06

**Balance**   4,258.24

EV000494



# VENTURE SUPPLY, INC.

| | | **INVOICE** |
|---|---|---|
| | | 00125648-001 |

Remit To: Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA 23502-
USA  Phone: (757)-855-5433

**Invoice Date:** 10/25/06
**Account#:** POR01 4202
**Branch:** VENTNRF
**Phone#:** (757)-857-0282
**Fax#:** (757)-857-0283
**Delivery #:** 00125648-001

**BILL TO:**
Porter-Blaine Co.
1140 Azalea Garden Road
Norfolk VA 23502

**Reprinted:** 11/14/09  12:10:06

**SHIP TO:**
11 Cedar wood Village
Hertford NC 23502

**CREATED BY:** Lorrie   Page 1 of 1

PO#: 060629   REF#:   JOB#:
ORDER DATE: 10/17/06   SALES AGENTS   ORDER TYPE: Whse   SHIP VIA: Our Truck   FRT TERM: Prepaid
SHIP DATE: 10/17/06      ORDERED BY:

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 88 | 88 | PC | 1212DWGB<br>Drywall Goldbond | 1/2" 4X12 | 4.2240/MSF | 263.33/MSF | 1,112.31 |
| 102 | 102 | PC | 1212DWVS<br>Drywall Venture Supply | 1/2" 4X12 | 4.8960/MSF | 263.33/MSF | 1,289.26 |
| 60 | 60 | PC | MBDWBD08<br>Drywall Corner Bead | 8' | 60.0000/PC | 1.18/PC | 70.80 |
| 32 | 32 | PC | MBDWBD09<br>Drywall Corner Bead | 9' | 32.0000/PC | 1.32/PC | 42.24 |
| 18 | 18 | PC | MBSPLYBD09<br>Splayed Drywall Bead Metal | 9' | .1620/MLF | 276.00/MLF | 44.71 |
| 19 | 19 | ROLL | DWTAPE<br>Drywall Tape | 250' | 19.0000/ROLL | 1.88/ROLL | 35.72 |
| 19 | 19 | BKT | MDGBADV<br>Mud Advantage Pail Gold Bond | 5 Gal | 19.0000/BKT | 12.72/BKT | 241.68 |
| 1 | 1 | BG | EZ45<br>Easy Sand 45 Minute | 18 lb. | 1.0000/BG | 14.70/BG | 14.70 |
| | | | ****** SUB-TOTAL ****** | | | | 2,851.42 |
| | | | NC Sales Tax | | | 7.0% | 199.60 |

**TERMS:**
2% Discount on 10th of Following Month 25th Cut Off  Due Date: 11/25/06
You may deduct 57.03 if paid by 11/10/06

Balance   3,051.02

EV000496



## VENTURE SUPPLY, INC.

| | INVOICE |
|---|---|
| | 00126001-001 |

Remit To: Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA 23502-
USA  Phone: (757)-855-5433

**Invoice Date:** 10/31/06
**Account#:** POR01 4231
**Branch:** VENTNRF
**Phone#:** (757)-857-0282
**Fax#:** (757)-857-0283
**Delivery #:** 00126001-001

**BILL TO:**
Porter-Blaine Co.
1140 Azalea Garden Road
Norfolk VA 23502

**Reprinted:** 11/14/09  12:15:40

**SHIP TO:**
14 Albermarle Plantation
Hertford NC 23502

**CREATED BY:** Lorrie            Page 1 of 1

| PO#: 060598 | | | REF#: | | JOB#: | | |
|---|---|---|---|---|---|---|---|
| ORDER DATE: 10/25/06 | | SALES | | ORDER TYPE: Whse | SHIP VIA: Our Truck | FRT TERM: Prepaid | |
| SHIP DATE: 10/25/06 | | AGENTS | | ORDERED BY: | | | |
| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
| 62 | 62 | PC | 1212DWGB<br>Drywall Goldbond | 1/2" 4X12 | 2.9760/MSF | 263.33/MSF | 783.67 |
| 159 | 159 | PC | 1212DWVS<br>Drywall Venture Supply | 1/2" 4X12 | 7.6320/MSF | 263.33/MSF | 2,009.73 |
| 36 | 36 | PC | 5812DWGB<br>Drywall Gold Bond | 5/8" 4X12 | 1.7280/MSF | 291.67/MSF | 504.01 |
| 60 | 60 | PC | MBDWBD08<br>Drywall Corner Bead | 8' | 60.0000/PC | 1.18/PC | 70.80 |
| 53 | 53 | PC | MBDWBD09<br>Drywall Corner Bead | 9' | 53.0000/PC | 1.32/PC | 69.96 |
| 15 | 15 | PC | MBSPLYBD09<br>Splayed Drywall Bead Metal | 9' | .1350/MLF | 276.00/MLF | 37.26 |
| 25 | 25 | ROLL | DWTAPE<br>Drywall Tape | 250' | 25.0000/ROLL | 1.88/ROLL | 47.00 |
| 25 | 25 | BKT | MDGBADV<br>Mud Advantage Pail Gold Bond | 5 Gal | 25.0000/BKT | 12.72/BKT | 318.00 |
| 1 | 1 | BG | EZ45<br>Easy Sand 45 Minute | 18 lb. | 1.0000/BG | 14.70/BG | 14.70 |
| | | | ****** SUB-TOTAL ****** | | | | 3,855.13 |
| | | | NC Sales Tax | | | 7.0% | 269.86 |

**TERMS:**
2% Discount on 10th of Following Month 25th Cut Off  Due Date: 12/25/06
You may deduct 77.10 if paid by 12/10/06

| Balance | 4,124.99 |
|---|---|

EV000506



# VENTURE SUPPLY, INC.

**INVOICE**
**00127906-001**

Remit To: Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA  23502-
USA  Phone: (757)-855-5433

**Invoice Date:** 12/13/06
**Account#:** POR01 4412
**Branch:** VENTNRF
**Phone#:** (757)-857-0282
**Fax#:** (757)-857-0283
**Delivery #:** 00127906-001

**BILL TO:**
Porter-Blaine Co.
1140 Azalea Garden Road
Norfolk VA 23502

**Reprinted: 11/14/09  12:38:34**

**SHIP TO:**
ALBEMARLE
SHEANANDOAH RIVER DR.
LOT3
HERTFORD NC 23502

**CREATED BY:** Lorrie       Page  1 of  1

| | | | | | | |
|---|---|---|---|---|---|---|
| PO#: 060703 | | | REF#: | | JOB#: | |
| ORDER DATE: 12/11/06 | SALES | | ORDER TYPE: Whse | SHIP VIA: Our Truck | FRT TERM: Prepaid | |
| SHIP DATE:  12/11/06 | AGENTS | | ORDERED BY: | | | |

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
|---:|---:|---|---|---|---|---|---:|
| 169 | 169 | PC | 1212DWVS<br>Drywall Venture Supply | 1/2" 4X12 | 8.1120/MSF | 263.33/MSF | 2,136.13 |
| 52 | 52 | PC | 1212DWGB<br>Drywall Goldbond | 1/2" 4X12 | 2.4960/MSF | 263.33/MSF | 657.27 |
| 27 | 27 | PC | 5812DWGB<br>Drywall Gold Bond | 5/8" 4X12 | 1.2960/MSF | 291.67/MSF | 378.00 |
| 71 | 71 | PC | MBDWBD08<br>Drywall Corner Bead | 8' | 71.0000/PC | 1.18/PC | 83.78 |
| 35 | 35 | PC | MBDWBD09<br>Drywall Corner Bead | 9' | 35.0000/PC | 1.32/PC | 46.20 |
| 4 | 4 | PC | MBSPLYBD09<br>Splayed Drywall Bead Metal | 9' | .0360/MLF | 276.00/MLF | 9.94 |
| 24 | 24 | ROLL | DWTAPE<br>Drywall Tape | 250' | 24.0000/ROLL | 1.88/ROLL | 45.12 |
| 24 | 24 | BKT | MDGBADV<br>Mud Advantage Pail Gold Bond | 5 Gal | 24.0000/BKT | 12.72/BKT | 305.28 |
| 2 | 2 | BG | EZ90<br>Easy Sand 90 Minute | 18 lb | 2.0000/BG | 14.70/BG | 29.40 |
| | | | ****** SUB-TOTAL ****** | | | | 3,691.12 |
| | | | NC Sales Tax | | | 7.0% | 258.38 |

**TERMS:**
2% Discount on 10th of Following Month 25th Cut Off  Due Date: 01/25/07
You may deduct 73.82 if paid by 01/10/07

**Balance**     3,949.50

EV000536


# VENTURE SUPPLY, INC.

| | | INVOICE |
|---|---|---|
| | | **00129164-002** |

Remit To: Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA  23502-
USA  Phone: (757)-855-5433

**Invoice Date:** 01/16/07
**Account#:** POR01 4532
**Branch:** VENTNRF
**Phone#:** (757)-857-0282
**Fax#:** (757)-857-0283
**Delivery #:** 00129164-002

**BILL TO:**
Porter-Blaine Co.
1140 Azalea Garden Road
Norfolk VA 23502

**Reprinted: 11/14/09  12:50:11**

**SHIP TO:**
16 Indian Ridge
Moyock NC 23502

CREATED BY: Lorrie    Page 1 of 1

| PO#: 07-0009 | | | REF#: | | JOB#: | | |
|---|---|---|---|---|---|---|---|
| ORDER DATE: 01/12/07 | | SALES | ORDER TYPE: Whse | | SHIP VIA: Our Truck | FRT TERM: Prepaid | |
| SHIP DATE:  01/16/07 | | AGENTS | ORDERED BY: | | | | |
| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
| 89 | 89 | PC | 1212DWGB          1/2" 4X12<br>Drywall Goldbond | | 4.2720/MSF | 263.33/MSF | 1,124.95 |
| 122 | 122 | PC | 1212DWVS          1/2" 4X12<br>Drywall Venture Supply | | 5.8560/MSF | 263.33/MSF | 1,542.06 |
| 70 | 70 | PC | MBDWBD08          8'<br>Drywall Corner Bead | | 70.0000/PC | 1.18/PC | 82.60 |
| 2 | 2 | PC | MBSPLYBD08        8'<br>Splayed Drywall Bead Metal | | .0160/MLF | 276.00/MLF | 4.42 |
| 24 | 24 | PC | MBDWBD09          9'<br>Drywall Corner Bead | | 24.0000/PC | 1.32/PC | 31.68 |
| 12 | 12 | PC | MBSPLYBD09        9'<br>Splayed Drywall Bead Metal | | .1080/MLF | 276.00/MLF | 29.81 |
| 19 | 19 | ROLL | DWTAPE            250'<br>Drywall Tape | | 19.0000/ROLL | 1.88/ROLL | 35.72 |
| 19 | 19 | BKT | MDGBADV           5 Gal<br>Mud Advantage Pail Gold Bond | | 19.0000/BKT | 12.72/BKT | 241.68 |
| 1 | 1 | BG | EZ45              18 lb.<br>Easy Sand 45 Minute | | 1.0000/BG | 14.70/BG | 14.70 |
| | | | ****** SUB-TOTAL ****** | | | | 3,107.62 |
| | | | NC Sales Tax | | | 7.0% | 217.53 |

**TERMS:**
2% Discount on 10th of Following Month 25th Cut Off  Due Date: 02/25/07
You may deduct 62.15 if paid by 02/10/07

**Balance** 3,325.15

EV000551



**VENTURE SUPPLY, INC.**

Remit To:   Venture Supply, Inc.
            1140 Azalea Garden Road
            Norfolk, VA  23502-
            USA  Phone: (757)-855-5433

| INVOICE |
|---|
| 00130266-001 |

**Invoice Date:** 02/08/07
**Account#:** POR01 4599
**Branch:** VENTNRF
**Phone#:** (757)-857-0282
**Fax#:** (757)-857-0283
**Delivery #:** 00130266-001

**BILL TO:**
Porter-Blaine Co.
1140 Azalea Garden Road
Norfolk VA 23502

**Reprinted:** 11/14/09  12:56:55

**SHIP TO:**
ALBEMARLE PLANTATION
14 MATAPONI DR.
HERTFORD. NC 23502

**CREATED BY:** Lorrie                           Page 1 of 1

PO#: 07-0076    REF#:                     JOB#:
ORDER DATE: 02/05/07   SALES AGENTS   ORDER TYPE: Whse   SHIP VIA: Our Truck   FRT TERM: Prepaid
SHIP DATE:  02/05/07                  ORDERED BY:

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 136 | 136 | PC | 1212DWGB<br>Drywall Goldbond | 1/2" 4X12 | 6.5280/MSF | 263.33/MSF | 1,719.02 |
| 72 | 72 | PC | 1212DWVS<br>Drywall Venture Supply | 1/2" 4X12 | 3.4560/MSF | 263.33/MSF | 910.07 |
| 112 | 112 | PC | MBDWBD08<br>Drywall Corner Bead | 8' | 112.0000/PC | 1.18/PC | 132.16 |
| 34 | 34 | PC | MBDWBD09<br>Drywall Corner Bead | 9' | 34.0000/PC | 1.32/PC | 44.88 |
| 2 | 2 | PC | MBSPLYBD08<br>Splayed Drywall Bead Metal | 8' | .0160/MLF | 276.00/MLF | 4.42 |
| 2 | 2 | PC | TT4110<br>Archway Corner Bead #4110 | 10' | 2.0000/PC | 2.16/PC | 4.32 |
| 20 | 20 | ROLL | DWTAPE<br>Drywall Tape | 250' | 20.0000/ROLL | 1.88/ROLL | 37.60 |
| 20 | 20 | BKT | MDGBADV<br>Mud Advantage Pail Gold Bond | 5 Gal | 20.0000/BKT | 12.72/BKT | 254.40 |
| 1 | 1 | BG | EZ90<br>Easy Sand 90 Minute | 18 lb | 1.0000/BG | 14.70/BG | 14.70 |
| | | | ****** SUB-TOTAL ****** | | | | 3,121.57 |
| | | | NC Sales Tax | | | 7.0% | 218.51 |

**TERMS:**
2% Discount on 10th of Following Month 25th Cut Off  Due Date: 03/25/07
You may deduct 62.43 if paid by 03/10/07

**Balance**   3,340.08

EV000561



| | | | | | INVOICE |
|---|---|---|---|---|---|
| | | | | | 00138525-001 |

Remit To:  Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA 23502-
USA  Phone: (757)-855-5433

Invoice Date: 08/09/07
Account#: POR01 5228
Branch: VENTNRF
Phone#: (757)-857-0282
Fax#: (757)-857-0283
Delivery #: 00138525-001

BILL TO:
Porter-Blaine Co.
1140 Azalea Garden Road
Norfolk VA 23502

Reprinted: 11/14/09  13:38:50

SHIP TO:
207 W. MAPLE STREET
STOCK ON INTERIOR WALLS
GATESVILLE NC 23502

CREATED BY: Kimberly            Page 1 of 1

| PO#: 07-0270 | | | REF#: | | JOB#: | | |
|---|---|---|---|---|---|---|---|
| ORDER DATE: 08/03/07 | | SALES | | ORDER TYPE: Whse | SHIP VIA: Our Truck | FRT TERM: Prepaid | |
| SHIP DATE:   08/03/07 | | AGENTS | | ORDERED BY: | | | |

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 45 | 45 | PC | 1212DWGB<br>Drywall Goldbond | 1/2" 4X12 | 2.1600/MSF | 230.00/MSF | 496.80 |
| 59 | 59 | PC | 1254DWGB<br>Drywall Gold Bond | 1/2" 54X12 | 3.1860/MSF | 230.00/MSF | 732.78 |
| 45 | 45 | PC | 1212DWVS<br>Drywall Venture Supply | 1/2" 4X12 | 2.1600/MSF | 230.00/MSF | 496.80 |
| 15 | 15 | ROLL | DWTAPE<br>Drywall Tape | 250' | 15.0000/ROLL | 1.88/ROLL | 28.20 |
| 15 | 15 | BKT | MDGBADV<br>Mud Advantage Pail Gold Bond | 5 Gal | 15.0000/BKT | 12.72/BKT | 190.80 |
| 27 | 27 | PC | TT7008<br>Bullnose Corner Bead #7008 | 8' X 3/4" | 27.0000/PC | 1.85/PC | 49.95 |
| 2 | 2 | PC | TT7010<br>Bullnose Corner Bead #7010 | 10'x3/4" 90 Degr | .0200/MLF | 254.00/MLF | 5.08 |
| 6 | 6 | PC | TT7309<br>Outside Splayed Bullnose Corner Bead #73 | 9' | 6.0000/PC | 2.08/PC | 12.48 |
| 1 | 1 | BG | EZ45<br>Easy Sand 45 Minute | 18 lb. | 1.0000/BG | 11.50/BG | 11.50 |
| | | | ****** SUB-TOTAL ****** | | | | 2,024.39 |
| | | | VA Sales Tax | | | 5.0% | 101.22 |

TERMS:
2% Discount on 10th of Following Month 25th Cut Off  Due Date: 09/25/07
You may deduct 40.49 if paid by 09/10/07

Balance     2,125.61

EV000631