IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:<br>CHINESE MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br>SECTION: L |
| This Document Relates To:<br>ALL CASES | Judge Fallon<br>Mag. Judge Wilkinson |

**NOTICE OF CANCELLATION OF BANNER'S NOTICE OF HEARING (CP 714)**
*In Connection With*
**The Plaintiffs' Steering Committee's Motion To Compel (CP 430)
and Opposition Thereto Submitted By Banner Supply Co. (CP 689)**

**PLEASE TAKE NOTICE** that Defendant Banner Supply Co., by and through the undersigned counsel, hereby **CANCELS** its Notice of Hearing (CP 714), which was noticed before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, at the monthly status conference on January 14, 2010, at 9:00 o'clock a.m., or as soon thereafter as counsel may be heard, for an order upon The Plaintiffs' Steering Committee's Motion To Compel (CP 430) and the Memorandum in Opposition To The Plaintiffs' Steering Committee's Motion To Compel By Banner Supply Co. (CP 689) and for such other and further relief as the Court may deem just and appropriate.

Respectfully submitted,

/s/ *Jeffrey A. Backman*
Jan Douglas Atlas
   Fla. Bar No. 226246
Jeffrey A. Backman
   Fla. Bar No. 0662501
ADORNO & YOSS LLP
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301-4217
Telephone: (954) 763-01200
Facsimile: (954) 766-7800

Dated: January 13, 2010            *Attorneys for Banner Supply Co*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail *or* by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order # 6, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern district of Louisiana by using the CM/ECF System, on this 13th day of January, 2010.

/s/ *Jeffrey A. Backman*
Jeffrey A. Backman