UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, AMERISURE INSURANCE COMPANY, AMERISURE MUTUAL INSURANCE COMPANY, AUTO-OWNERS INSURANCE COMPANY, FCCI COMMERCIAL INSURANCE COMPANY, FCCI INSURANCE COMPANY, HERMITAGE INSURANCE COMPANY, ILLINOIS UNION INSURANCE COMPANY, LANDMARK AMERICAN INSURANCE COMPANY, LEXINGTON INSURANCE COMPANY, MID-CONTINENT CASUALTY COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., OLD REPUBLIC INSURANCE COMPANY, SCOTTSDALE INSURANCE COMPANY, and STEADFAST INSURANCE COMPANY,<br><br>Defendants. | 09 MD 2047<br><br>CASE NO.: 2:09-cv-07791 |

### AFFIDAVIT OF COMPLIANCE WITH LA. REV. STAT. § 22:1907

I, Anna M. Piazza, do depose and state as follows:

1.  I am an associate at the law firm of Anderson Kill & Olick, P.C., which represents Plaintiff in the above-captioned matter.

2.  On January 4, 2010, I caused to be delivered to Wendi Hebert at the Louisiana Secretary of State two copies of process and payment of the required fees for

NYDOCS1-937680.2

each of Defendants Auto-Owners Insurance Company, FCCI Commercial Insurance Company, and FCCI Insurance Company.

3. On January 8, 2010, I sent by registered mail notice of service and a copy of process to Defendants Auto-Owners Insurance Company, FCCI Commercial Insurance Company, and FCCI Insurance Company at their last known principal place of business.

4. I am filing herewith a copy of the receipt issued by the post office with which these letters are registered, showing the name of the sender of the letter and the name and address of the person to whom the letter is addressed.

Dated: January 13, 2010

*Anna M. Piazza*
Anna M. Piazza

Subscribed and sworn to
before me this 13th day of January, 2010

_____
Notary Public
State of New York
My commission expires May 27, 2011

Carmen Zayas-Cedeno
Notary Public State of New York
No. 01ZA6093079
Qualified in Bronx County
Commission Expires on May 27, 2011

NYDOCS1-937680.2

**Receipt 1:**

Registered No. RB 180 364 574 US
Reg. Fee: $10.60
Handling Charge: $0.00
Postage: $1.22
Return Receipt: $2.30
Restricted Delivery: $0.00
Date Stamp: 0056 04 01/08/10
Customer Must Declare Full Value: $0.00

FROM:
Anna M. Piazza, Esq.
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

TO:
FCCI Insurance Company
SARASOTA FL 34240
Attention: LEGAL DEPARTMENT
6300 University Parkway
Sarasota, FL 34240-8424

PS Form 3806, Receipt for Registered Mail, May 2004

**Receipt 2:**

Registered No. RB 180 364 557 US
Reg. Fee: $10.60
Handling Charge: $0.00
Postage: $1.22
Return Receipt: $2.30
Restricted Delivery: $0.00
Date Stamp: 0056 04 01/08/10
Customer Must Declare Full Value: $0.00

FROM:
Anna M. Piazza, Esq.
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

TO:
Auto-Owners Insurance Company
LANSING MI 48917
Attention: LEGAL DEPARTMENT
6101 Anacapri Blvd.
Lansing, MI 48917

PS Form 3806, Receipt for Registered Mail, May 2004

**Receipt 3:**

Registered No. RB 180 364 565 US
Reg. Fee: $10.60
Handling Charge: $0.00
Postage: $1.22
Return Receipt: $2.30
Restricted Delivery: $0.00
Date Stamp: 0056 04 01/08/10
Customer Must Declare Full Value: $0.00

FROM:
Anna M. Piazza, Esq.
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

TO:
FCCI Commercial Insurance Company
SARASOTA FL 34240
Attention: LEGAL DEPARTMENT
6300 University Parkway
Sarasota, FL 34240-8424

PS Form 3806, Receipt for Registered Mail, May 2004