IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION L |
| THIS DOCUMENT APPLIES TO: ALL CASES | JUDGE FALLON<br><br>MAGISTRATE JUDGE WILKINSON |

**SMOKY MOUNTAIN MATERIALS, INC. D/B/A
EMERALD COAST BUILDING MATERIALS' PRIVILEGE LOG
SUBMITTED IN CONNECTION WITH RESPONSE TO PLAINTIFF
STEERING COMMITTEE'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

Defendant, SMOKY MOUNTAIN MATERIALS, INC. d/b/a EMERALD COAST BUILDING MATERIALS (hereinafter "Smoky Mountain" or "Defendant"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 26(b)(5), hereby submits its Privilege Log in connection with Defendant's Response to the Plaintiff Steering Committee's First Request for Production of Documents and Things to Defendant (Distributor/Supplier/Retailer). Smoky Mountain objects to the production of the following documents based upon the privilege(s) asserted. Smoky Mountain further states that all documents listed in the following Privilege Log are in the custody and control of Fowler White Burnett, P.A., counsel for Smoky Mountain.

| Date | Document Description | Author/Recipients of Document | Bates Number | Privilege(s) Asserted |
|---|---|---|---|---|
| 7/13/09 | E-mail regarding notice to North Pacific | Authored by Laura Whiles, sent to Edward Briscoe, Esq. (counsel); forwarded with comment to Irene McMullen and Laura Whiles; forwarded | SM-P 0001 - SM-P 0004 | Work Product<br><br>Attorney-client privilege |

| | | by Irene McMullen to Bill Batting, Jack Williams and Mike Colvin | | |
|---|---|---|---|---|
| 5/19/09 | E-mail regarding article about Chinese drywall issues | Authored by Cheryl Irby and directed to unspecified US Construction mailbox; forwarded to Bill Batting by Terry Burkhalter (insurer) | SM-P 0005 - SM-P 0007 | Work Product<br><br>Attorney-client privilege |
| 4/7/09 | E-mail regarding notice of claim, conversations with counsel | Authored by Bill Batting, sent to Ed Fleming (counsel), Jack Williams, Irene McMullen and Mike Colvin | SM-P 0008 | Work Product<br><br>Attorney-client privilege |
| 4/6/09 | E-mail regarding notice of claim | Authored by Patricia Priola (insurer), sent to unspecified Travelers and Liberty Mutual mailboxes, with copies to Shirley Morgan, Irene McMullen, Ralph Smith, William Hamilton and Marty Gilbert; forwarded by Irene McMullen to Jack Williams, Bill Batting and Mike Colvin | SM-P 0009 - SM-P 0010 | Work Product<br><br>Attorney-client privilege |
| 3/25/09 | E-mail regarding demand letter to North Pacific, conversations with counsel | Authored by Bill Batting, sent to Jack Williams, William Hamilton, Irene McMullen and Mike Colvin | SM-P 0011 | Work Product<br><br>Attorney-client privilege |
| 2/5/09 | Facsimile regarding North Pacific Group, Inc. | From Sandy Copeland, (ECBM), to Pam at McDonald Fleming Moorhead (counsel) | SM-P 0012 - SM-P 0018 | Work Product<br><br>Attorney-client privilege |
| 10/9/08 | Correspondence regarding notice of claim | Authored by Jennifer Francque, (insurer), sent to Irene McMullen | SM-P 0019 - SM-P 0026 | Work Product<br>Attorney-client privilege |
| 9/18/08 | Correspondence regarding notice | Authored by Jennifer Francque, (insurer), sent to | SM-P 0027 | Work Product<br>Attorney-client |

| | | | | |
|---|---|---|---|---|
| | of claim | Irene McMullen | | privilege |
| 9/11/08 | Correspondence regarding notice of claim | Authored by Cheryl Schoenstein (insurer), sent to Bill Batting | SM-P 0028 - SM-P 0029 | Work Product Attorney-client privilege |
| 10/27/08 | Facsimile regarding correspondence from Travelers Insurance regarding notice of claim | Sent by Irene McMullen to Jack Williams and Bill Batting | SM-P 0030 - SM-P 0037 | Work Product Attorney-client privilege |
| 10/28/08 | Draft correspondence regarding notice of claim | Authored by Jack Williams, Smoky Mountain Materials, sent to Irene McMullen and then forwarded to Bill Batting of Smoky Mountain Materials | SM-P 0038 | Work Product |
| 1/26/09 | Correspondence regarding Adams Homes claim | Authored by Stacy Hargrove (insurer), sent to Smokey [sic] Mountain Materials, Inc. | SM-P 0039 - SM-P 0043 | Work Product Attorney-client privilege |
| 1/23/09 | E-mail regarding notices of claims, conversations with insurer | Authored by Irene McMullen, sent to Bill Batting, with copies to Jack Williams and Mike Colvin | SM-P 0044 | Work Product Attorney-client privilege |
| 11/22/08 | E-mail regarding notice of claim | Authored by Sandy Copeland, sent to Tanya Vaughn (counsel); copied to Bill Batting, with from Bill Batting to Sandy Copeland and Tanya Vaughn, copied to Irene McMullen | SM-P 0045 - SM-P 0047 | Work Product Attorney-client privilege |
| 11/20/08 | E-mail regarding notice of claim | Authored by William Hamilton, sent to Irene McMullen and Jack Williams, with copies to | SM-P 0048 | Work Product Attorney-client privilege |

| | | | | |
|---|---|---|---|---|
| | | Shirley Morgan and Mike Sparks; forwarded by Irene McMullen to Bill Batting and Mike Colvin | | |
| 9/24/08 | E-mail regarding notice of claim | Authored by Jennifer Francque (insurer), sent to Irene McMullen; forwarded to Bill Batting, Mike Colvin and Jack Williams by Irene McMullen; to Jennifer Francque from Bill Batting, with copies to Mike Colvin, Jack Williams and Irene McMullen | SM-P 0049 - SM-P 0051 | Work Product<br><br>Attorney-client privilege |
| 9/12/08 | E-mail regarding notice of claim | Authored by Cheryl Schoenstein (insurer), sent to Bill Batting and Irene McMullen, forwarded to Bill Batting and Mike Colvin by Irene McMullen | SM-P 0052 - SM-P 0053 | Work Product<br><br>Attorney-client privilege |
| 1/23/09 | E-mail regarding conversations with counsel regarding Chinese drywall | Authored by Bill Batting, sent to Irene McMullen with copy to Mike Colvin; from Irene McMullen to Bill Batting, with copy to Mike Colvin | SM-P 0054 | Work Product<br><br>Attorney-client privilege |
| 11/24/08 | E-mail regarding notice of claim | Authored by Sandy Copeland, to Tanya Vaughn (counsel); copied to Bill Batting; from Bill Batting to Sandy Copeland and Tanya Vaughn, with copy to Irene McMullen; forwarded by Tanya Vaughn to Ed Fleming; reply from Ed Fleming to Bill Batting, with copy to Tanya Vaughn; forwarded to Jack Williams by Bill Batting, with copies to Irene McMullen and Mike | SM-P 0055 - SM-P 0059 | Work Product<br><br>Attorney-client privilege |

| | | | | |
|---|---|---|---|---|
| | | Colvin; reply from Jack Williams to Bill Batting, with copies to Irene McMullen and Mike Colvin | | |
| 9/12/08 | E-mail regarding notice of claim, conversations with insurer | Authored by Irene McMullen, sent to Bill Batting with copies to Mike Colvin and Jack Williams | SM-P 0060 | Work Product<br><br>Attorney-client privilege |
| 5/15/09 | E-mail regarding invoices related to claims | Authored by Edward Fleming (counsel), sent to Donald Templeton, with copies to Matthew Bush, Joan Pujals and Bill Batting; reply from Bill Batting to Edward Fleming, with copies to Irene McMullen, Mike Colvin and Jack Williams; reply from Ed Fleming to Bill Batting with copy to Pamela Heidebrecht | SM-P 0061 - SM-P 0063 | Work Product<br><br>Attorney-client privilege |
| 5/15/09 | E-mail regarding notice of claim | Authored by Donald Templeton, sent to Edward Fleming (counsel); forwarded to Bill Batting by Edward Fleming; reply from Bill Batting to Edward Fleming, with copies to Irene McMullen, Mike Colvin and Jack Williams | SM-P 0064 - SM-P 0065 | Work Product<br><br>Attorney-client privilege |
| 5/12/09 | E-mail regarding North Pacific Group | Authored by Donald Templeton, sent to Edward Fleming (counsel), with copies to Matthew Bush, Joan Pujals and Bill Batting; reply from Edward Fleming to Bill Batting, with copy to Irene McMullen | SM-P 0066 - SM-P 0067 | Work Product<br><br>Attorney-client privilege |
| 5/12/09 | E-mail regarding North | Authored by Edward Fleming (counsel), sent to | SM-P 0068 - SM-P 0069 | Work Product |

| | | | | |
|---|---|---|---|---|
| | Pacific Group | Donald Templeton, with copies to Matthew Bush, Joan Pujals and Bill Batting | | Attorney-client privilege |
| 5/12/09 | E-mail regarding notice of claim | Authored by Edward Fleming (counsel), sent to Bill Batting, with reply to Edward Fleming from Bill Batting | SM-P 0070 | Work Product<br><br>Attorney-client privilege |
| 5/8/09 | E-mail regarding notice of claim | Authored by Donald Templeton, sent to Edward Fleming (counsel); reply from Edward Fleming to Donald Templeton; reply from Donald Templeton to Edward Fleming; forwarded from Edward Fleming to Gene Barnett, Irene McMullen, Jack Williams, Mike Colvin and Tom Schenkleberg; reply from Bill Batting to Edward Fleming, with copies to Irene McMullen, Mike Colvin and Jack Williams<br><br>Bill Batting, sent to Ed Fleming | SM-P 0071 - SM-P 0073 | Work Product<br><br>Attorney-client privilege |
| 3/18/09 | E-mail regarding notice of claim, conversations with insurer and counsel | Authored by Jack Williams, sent to Irene McMullen, Mike Colvin, Bill Batting and Gene Barnett | SM-P 0074 | Work Product<br><br>Attorney-client privilege |
| 6/3/09 | Correspondence regarding notice of claim | Authored by William Batting, sent to William Hamilton (insurer), Jack Williams and Irene McMullen | SM-P 0075 | Work Product<br><br>Attorney-client privilege |
| 6/3/09 | E-mail regarding notice | Authored by William Batting, sent to William | SM-P 0076 | Work Product |

| | | | | |
|---|---|---|---|---|
| | of claim | Hamilton (insurer), Jack Williams and Irene McMullen | | Attorney-client privilege |
| 5/11/09 | Correspondence regarding notice of claim | Authored by William Batting, sent to William Hamilton (insurer) | SM-P 0077 - SM-P 0089 | Work Product Attorney-client privilege |
| 5/13/09 | Correspondence regarding notice of claim | Authored by Patricia Priola (insurer), sent to Bill Batting | SM-P 0090 - SM-P 0113 | Work Product Attorney-client privilege |
| 6/30/09 | E-mail regarding notice of claim | Authored by Shirley Morgan (insurer), sent to Bill Batting | SM-P 0114 | Work Product Attorney-client privilege |
| 6/26/09 | E-mail regarding notice of claim | Authored by Shirley Morgan (insurer), sent to Bill Batting with copy to William Hamilton | SM-P 0115 | Work Product Attorney-client privilege |
| 6/25/09 | E-mail regarding notices of claims | Authored by Bill Batting, sent to William Hamilton (insurer), with copies to Jack Williams, Irene McMullen and Mike Colvin; reply from William Hamilton to Bill Batting with copies to Jack Williams, Irene McMullen and Mike Colvin | SM-P 0116 | Work Product Attorney-client privilege |
| 6/25/09 | E-mail regarding notices of claims | Authored by Bill Batting, sent to William Hamilton (insurer) with copies to Jack Williams, Irene McMullen and Mike Colvin | SM-P 0117 | Work Product Attorney-client privilege |
| 5/20/09 | Correspondence regarding notice of claim | Authored by Dan Deitz (insurer), sent to William Batting | SM-P 0118 - SM-P 0124 | Work Product Attorney-client privilege |
| 5/11/09 | E-mail regarding notice of claim | Authored by Bill Batting, sent to William Hamilton (insurer) with copies to Jack Williams, Irene McMullen | SM-P 0125 - SM-P 0126 | Work Product Attorney-client privilege |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | and Mike Colvin; reply from William Hamilton to Bill Batting, with copies to Jack Williams, Irene McMullen and Mike Colvin |  |  |
| 7/22/09 | E-mail regarding notice of claim | Authored by Frank Lott, III (Heritage Homes), sent to Bill Batting; forwarded to Irene McMullen by Bill Batting; forwarded to Laura Whiles (insurer), William Hamilton (insurer) and Daniel Deitz by Irene McMullen; forwarded to Edward Briscoe, Esq. (counsel) by Irene Whiles; reply from Edward Briscoe, Esq. to Laura Whiles with copy to Irene McMullen; reply from Laura Whiles; reply from Edward Briscoe to Laura Whiles with copy to Irene McMullen; forwarded to Bill Batting by Irene McMullen; reply to Frank Lott, III from Bill Batting, with copies to Edward Briscoe, Laura Whiles and Irene McMullen; reply from Frank Lott, III to Bill Batting | SM-P 0127 - SM-P 0129 | Work Product<br><br>Attorney-client privilege |
| 7/22/09 | E-mail regarding notice of claim | Authored by Frank Lott, III (Heritage Homes), sent to Bill Batting; forwarded to Irene McMullen by Bill Batting; forwarded to Laura Whiles (insurer), William Hamilton (insurer) and Daniel Deitz (insurer) by Irene McMullen; forwarded to Edward Briscoe, Esq. (counsel) by Irene Whiles; reply from Edward Briscoe, | SM-P 0130 - SM-P 0132 | Work Product<br><br>Attorney-client privilege |

| | | | | |
|---|---|---|---|---|
| | | Esq. to Laura Whiles with copy to Irene McMullen; reply from Laura Whiles; reply from Edward Briscoe to Laura Whiles with copy to Irene McMullen; forwarded to Bill Batting by Irene McMullen; reply to Frank Lott, III from Bill Batting, with copies to Edward Briscoe, Laura Whiles and Irene McMullen | | |
| 6/29/09 | E-mail regarding notice of claim | Authored by Shirley Morgan (insurer), sent to Bill Batting, with copy to William Hamilton (insurer); forwarded to Frank Lott, III by Bill Batting | SM-P 0133 | Work Product<br><br>Attorney-client privilege |
| 6/25/09 | E-mail regarding notice of claim | Authored by William Hamilton (insurer), sent to Bill Batting, with copies to Jack Williams, Irene McMullen and Mike Colvin; reply from Bill Batting to William Hamilton, with copies to Jack Williams, Irene McMullen and Mike Colvin | SM-P 0134 | Work Product<br><br>Attorney-client privilege |
| 7/1/09 | E-mail regarding notice of claim | Authored by William Hamilton (insurer), sent to Bill Batting | SM-P 0135 | Work Product<br>Attorney-client privilege |
| 7/1/09 | Correspondence regarding notice of claim | Authored by William Batting, sent to William Hamilton (insurer) | SM-P 0136 - SM-P 0141 | Work Product<br>Attorney-client privilege |
| 4/23/09 | Correspondence regarding notice of claim | Authored by William Batting, sent to William Hamilton (insurer) | SM-P 0142 - SM-P 0153 | Work Product<br>Attorney-client privilege |
| 6/26/09 | Correspondence regarding | Authored by Laura Whiles (insurer), sent to Irene | SM-P 0154 - SM-P 0159 | Work Product |

| | | | | |
|---|---|---|---|---|
| | notices of claims | McMullan [sic] | | Attorney-client privilege |
| 4/24/09 | Correspondence regarding notice of claim | Authored by Daniel Orlich (insurer), sent to Irene McCullan [sic] | SM-P 0160 - SM-P 0162 | Work Product Attorney-client privilege |
| 5/19/09 | Correspondence regarding notices of claims | Authored by Dan Deitz (insurer), sent to William Batting | SM-P 0163 - SM-P 0167 | Work Product Attorney-client privilege |
| 4/28/09 | Correspondence regarding notice of claim | Authored by Dan Deitz (insurer), sent to Irene Mcmillen [sic] | SM-P 0168 | Work Product Attorney-client privilege |
| 7/6/09 | E-mail regarding notice of claim | Authored by Bill Batting, sent to William Hamilton (insurer), with copies to Irene McMullen and Jack Williams; reply from William Hamilton to Bill Batting, with copies to Irene McMullen and Jack Williams | SM-P 0169 - SM-P 0170 | Work Product Attorney-client privilege |
| 7/6/09 | E-mail regarding notice of claim | Authored by Bill Batting, sent to William Hamilton (insurer), with copies to Irene McMullen and Jack Williams; forwarded to Shirley Morgan (insurer) by William Hamilton; reply from Shirley Morgan to Laura Whiles (insurer), with copies to Bill Batting and William Hamilton | SM-P 0171 - SM-P 0172 | Work Product Attorney-client privilege |
| 7/6/09 | E-mail regarding notice of claim | Authored by Bill Batting, sent to William Hamilton (insurer), with copies to Irene McMullen and Jack Williams | SM-P 0173 | Work Product Attorney-client privilege |
| 5/12/09 | E-mail | Authored by Bill Batting, | SM-P 0174 | Work Product |

|  | regarding notice of claim | sent to William Hamilton (insurer), with copies to Irene McMullen and Jack Williams |  | Attorney-client privilege |
|---|---|---|---|---|
| 5/8/09 | E-mail regarding notice of claim | Authored by William Hamilton (insurer), sent to Jack Williams, with copies to Irene McMullen and Edward Fleming (counsel); reply from Jack Williams to William Hamilton, with copies to Irene McMullen and Edward Fleming; forwarded to Bill Batting by Irene McMullen; reply from Bill Batting to Irene McMullen, with copy to Mike Colvin | SM-P 0175 - SM-P 0178 | Work Product<br><br>Attorney-client privilege |
| 5/4/09 | E-mail regarding notice of claim | Authored by William Hamilton (insurer), sent to Jack Williams, with copies to Irene McMullen and Edward Fleming (counsel); reply from Jack Williams to William Hamilton, with copies to Irene McMullen and Edward Fleming; reply from Edward Fleming to Jack Williams and William Hamilton, with copy to Irene McMullen; reply from Jack Williams to Edward Fleming and William Hamilton, with copy to Irene McMullen; forwarded by Irene McMullen to Bill Batting | SM-P 0179 - SM-P 0181 | Work Product<br><br>Attorney-client privilege |
| 5/6/09 | E-mail regarding notice of claim | Authored by Bill Batting, sent to William Hamilton (insurer), Irene McMullen, Mike Colvin and Jack Williams, with copy to | SM-P 0182 - SM-P 0183 | Work Product<br><br>Attorney-client privilege |

| | | | | |
|---|---|---|---|---|
| | | Edward Fleming (counsel); reply from William Hamilton to Bill Batting, Irene McMullen, Mike Colvin and Jack Williams, with copy to Edward Fleming; reply from Bill Batting to William Hamilton, Irene McMullen, Mike Colvin and Jack Williams, with copy to Edward Fleming | | |
| 5/6/09 | E-mail regarding notice of claim | Authored by William Hamilton (insurer), sent to Bill Batting | SM-P 0184 | Work Product Attorney-client privilege |
| 4/23/09 | E-mail regarding notice of claim | Authored by Bill Batting, sent to William Hamilton (insurer), Irene McMullen, Mike Colvin and Jack Williams, with copy to Edward Fleming (counsel); reply from William Hamilton to Bill Batting, Irene McMullen, Mike Colvin and Jack Williams, with copy to Edward Fleming | SM-P 0185 | Work Product Attorney-client privilege |
| 3/25/09 | Correspondence regarding notice of claim | Authored by William Batting, sent to William Hamilton (insurer) | SM-P 0186 - SM-P 0187 | Work Product Attorney-client privilege |
| 6/26/09 | Correspondence regarding lawsuit | Authored by Laura Whiles (insurer), sent to Irene McMullan [sic] | SM-P 0188 - SM-P 0193 | Work Product Attorney-client privilege |
| 5/14/09 | E-mail regarding notice of claim | Authored by Irene McMullen, sent to Bill Batting, Edward Fleming (counsel) and Jack Williams, with copies to Mike Colvin and Gene Barnett | SM-P 0194 - SM-P 0200 | Work Product Attorney-client privilege |

-12-

| Date | | | Bates | Privilege |
|---|---|---|---|---|
| 5/12/09 | E-mail regarding notice of claim | Authored by Edward Fleming (counsel), sent to Donald Templeton, with copies to Matthew Bush, Joan Pujals and Bill Batting; forwarded by Edward Fleming to Bill Batting, with copy to Irene McMullen; reply from Bill Batting to Edward Fleming; forwarded by Bill Batting to Sandy Copeland | SM-P 0201 - SM-P 0202 | Work Product<br><br>Attorney-client privilege |
| 4/7/09 | E-mail regarding notice of claim | Authored by Bill Batting, sent to Edward Fleming (counsel), Jack Williams and Irene McMullen | SM-P 0203 | Work Product<br><br>Attorney-client privilege |
| 4/3/09 | E-mail regarding notice of claim | Authored by Shirley Morgan (insurer), sent to Claims Central Mail at insurer | SM-P 0204 | Work Product<br><br>Attorney-client privilege |
| 4/6/09 | General Liability Notice of Occurrence/ Claim | Produced by Patricia Priola (insurer) | SM-P 0205 - SM-P 0212 | Work Product |

## CERTIFICATE OF SERVICE

I hereby certify that on January 13th, 2010, the foregoing Privilege Log was served on the Plaintiffs' Steering Committee via U.S. Mail to Russ Herman, Esq., Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, New Orleans, Louisiana 70113.

*Donald W. Hardeman Jr.*

Edward J. Briscoe
Fla. Bar No. 109691
Donald W. Hardeman
Fla. Bar No. 180982
Elizabeth J. Ferry
Fla. Bar No. 43823
FOWLER WHITE BURNETT P.A.
Espirito Santo Plaza, 14th Floor
1395 Brickell Avenue
Miami, Florida 33131-3302
Telephone: (305) 789-9200
Facsimile: (305) 789-9201
Email: ebriscoe@fowler-white.com
Counsel for Defendant Smoky Mountain Materials, Inc.
  D/b/a Emerald Coast Building Materials

W:\79523\PRILOG53-Smoky Mtn's Privilege Log for Resp to PSC RFP.SMH