# **EXHIBIT C**

**ELIZABETH J. CABRASER**
Lieff, Cabraser, Heimann & Bernstein, LLP
275 Battery St., 30th Floor
San Francisco, CA  94111
(415) 956-1000
(415) 956-1008 (Fax)
E-mail:ecabraser@lchb.com

| | |
|---|---|
| **EDUCATION:** | **UNIVERSITY OF CALIFORNIA** at Berkeley (Boalt Hall)<br>J.D., June 1978<br><br>**UNIVERSITY OF CALIFORNIA** at Berkeley<br>A.B., 1975 |
| **AFFILIATION**: | Lieff, Cabraser, Heimann & Bernstein, LLP (1995 to Present), Partner<br>Lieff, Cabraser & Heimann (1986 through 1994), Partner<br>Lieff & Cabraser (1981 through 1985), Partner<br>Law Offices of Robert L. Lieff (1978 to 1981), Associate<br><br>Lieff, Cabraser, Heimann & Bernstein, a 55-lawyer AV-rated law firm with offices in San Francisco, New York, and Nashville, concentrates its practice in complex civil litigation in the subject areas of mass tort, securities and investment fraud, environmental disaster, consumer, employment and product liability, and the pro bono representation of plaintiffs in civil rights and human rights litigation. |
| **BAR ADMISSIONS:** | United States Supreme Court<br>United States Tax Court<br>California Supreme Court<br>Federal Circuit Courts:<br>    Second Circuit Court of Appeals<br>    Third Circuit Court of Appeals<br>    Fifth Circuit Court of Appeals<br>    Sixth Circuit Court of Appeals<br>    Seventh Circuit Court of Appeals<br>    Ninth Circuit Court of Appeals<br>    Tenth Circuit Court of Appeals<br>    Eleventh Circuit Court of Appeals<br>Federal District Courts:<br>    Northern District of California<br>    Southern District of California<br>    Eastern District of California<br>    Central District of California<br>    District of Hawaii |

- 2 -

| | |
|---|---|
| **AWARDS AND HONORS**: | 2008 "*Edward Pollock Award*," Consumer Attorneys of California, recognizing "years of dedication and effectiveness on behalf of the causes and ideals" of consumers advocates |

2007 "*Award for Public Interest Excellence*," University of San Francisco School of Law Public Interest Law Foundation

2009-2004 "Top 100 Northern California Super Lawyer," Law & Politics

2009-2005 "Top 50 Female Northern California Super Lawyer," Law & Politics

2008-2007 "500 Leading Lawyers in America," Law Dragon

2008-2002 "Top 100 Lawyers," California Daily Journal

2007 "Top Women Litigators," California Daily Journal

2007 "50 Most Influential Women Lawyers in America," The National Law Journal

2006 Distinguished Leadership Award, Legal Community Against Violence

2006, 2000 and 1997 "One Hundred Most Influential Lawyers in America," The National Law Journal

2007-2005 "Top 75 Women Litigators," California Daily Journal

2006 Women of Achievement, Legal Momentum (formerly the NOW Legal Defense & Education Fund)

2006 Law Dragon 500 Leading Plaintiffs' Lawyers

2006 "Best Lawyer," Best Lawyers in America

2005 "Top 30 Securities Litigators," California Daily Journal

2004 "Top 50 Women Litigators," California Daily Journal

2003 *Citation Award*, University of California, Berkeley Boalt Hall

2002 "Top 30 Women Litigators," California Daily Journal

2002 *Distinguished Jurisprudence Award* for work in Holocaust Litigation, Anti-Defamation League

2001 "Top Ten Women Litigators," The National Law Journal

2000 *Matthew O. Tobriner Public Service Award*, Legal Aid Society

2000-1998 "California Law Business Top 100 Lawyers," <u>California Daily Journal</u>

1998 *Presidential Award of Merit* "In Recognition of Her Dedication to the Legal Profession and Her Outstanding Service on Behalf of Her Clients,*"* Consumer Attorneys of California

1998 "Fifty Most Influential Women Lawyers," <u>The National Law Journal</u>

1998 "Lawyers of the Year," <u>California Lawyer</u>

1997 *Public Justice Achievement Award* "for outstanding contribution to protecting consumer rights and the public interest as Co-Counsel in the <u>Polybutylene Pipe Class Action Litigation,</u>" Trial Lawyers for Public Justice

## PUBLICATIONS

**TREATISES:**  Editor-in-Chief, <u>California Class Actions Practice and Procedure</u>, LexisNexis  (updated annually).

Executive Editor, ABA Section of Litigation, <u>Survey of State Class Action Law – 2008.</u>

"Punitive Damages," <u>Proving and Defending Damage Claims</u>, Chapter 8, Aspen Publishers (2007).

Coordinating Editor, ABA Section of Litigation, <u>Survey of State Class Action Law – 2006-2007.</u>

"Mass Tort Class Actions," <u>ATLA's Litigating Tort Cases</u>, Vol. 1, Chapter 9 (June 2003).

Contributor/Editor, <u>Moore's Federal Practice</u> (1999).

Contributor/Editor, <u>California Causes of Action</u> (1998).

**ARTICLES:**  "Due Process Pre-Empted: Stealth Preemption As a Consequence of Agency Capture,"___ N.Y.U. L.Rev.___ (2009);

"Just Choose: The Jurisprudential Necessity to Select a Single Governing Law for Mass Claims Arising from Nationally Marketed Consumer Goods and Services," Roger Williams University Law Review (Winter 2009)

Co-Author with Robert J. Nelson, "Class Action Treatment of Punitive Damages Issues After *Philip Morris v. Williams*:  We Can Get There From Here," Charleston L. Rev., Vol. 2, No. 2 (Spring 2008)

- 3 -

325857.1

"The Manageable Nationwide Class: A Choice of Law Legacy of Phillips Petroleum Co. v. Shutts," 74 UMKC L. Rev. 543 (Spring 2006)

Co-Author with Fabrice N. Vincent, "Class Actions Fairness Act of 2005," *California Litigation,* Vol. 18, No. 3 (2005)

"The Class Action Counterreformation," 57 Stanford L. Rev. 1475 (2005).

"Human Rights Violations as Mass Torts: Compensation as a Proxy for Justice in the United States Civil Litigation System," 57 Vanderbilt Law Review 2211 (November 2004).

Co-Author, "Decisions Interpreting California's Rules of Class Action Procedure," *Survey of State Class Action Law*, updated and re-published in 5 *Newberg on Class Actions* (ABA 2001-2004)

Co-Author, "Mass But Not (Necessarily) Class: Emerging Aggregation Alternatives Under the Federal Rules," ABA 8th Annual National Institute on Class Actions, New York (Oct. 15, 2004), New Orleans (Oct. 29, 2004)

"New Developments in Mass Torts and Class Actions: 'Issues' Certification The Mass Torts Top Ten of 2003; Rule 23's New Provision and Action Trial Plans; And the FJC 'New Plain Language' Class Notice," in *Civil Practice and Litigation Techniques in Federal and State Courts* (ALI-ABA Course of Study, February 2004)

Co-Author, "2004 ABA Toxicology Monograph-California State Law," (January 2004)

"The Effect of *State Farm v. Campbell* on Punitive Damages in Mass Torts and "Common Course of Conduct Litigation":  What Does the Immediate Post-*State Farm* Jurisprudence Reveal?"  ALI-ABA (January 2004).

"The Use of Epidemiology in Tort Litigation: A Survey of Federal and State Jurisdictions" (California), ABA Section of Litigation (June 2003).

Co-Author with Michael G. Nast, "A Plaintiffs' Perspective on the Effect of *State Farm v. Campbell* on Punitive Damages in Mass Torts," <u>Mealey's Emerging Drugs & Devices</u>, Vol. 8, #10 (May 15, 2003).

Co-Author with Alexandra Foote and Fabrice N. Vincent, "Ethics And Admissibility: Failure To Disclose Conflicts Of Interest In And / Or Funding Of Scientific Studies And / Or Data May Warrant Evidentiary Exclusions," <u>Mealey's Daubert Report</u>, Vol. 6, #12 (December 2002).

Co-Author with Fabrice Vincent and Alfred Davidson IV, "The Shareholder Strikes Back: Varied Approaches To Civil Litigation Claims

- 4 -

Are Available To Help Make Shareholders Whole," <u>Mealey's Emerging Securities Litigation</u>, Vol. 1, #3 (September 2002).

Coordinating Editor and Co-Author of California section of the ABA State Class Action Survey (2001-02)

"Unfinished Business: Reaching The Due Process Limits of Punitive Damages in Tobacco Litigation Through Unitary Classwide Adjudication," 36 Wake Forest Law Review 979 (Winter 2001).

"Your Products Liability Hit Parade: A Class Torts Top 20," 37 Tort & Insurance Law Journal 269 (Fall 2001).

"Enforcing the Social Compact Through Representative Litigation," 33 Connecticut Law Review 1239 (Summer 2001).

"Case Selection and Coordination in the Class Action Context: Forum Selection, Federal/State Jurisdiction, Competing and Co-Existing Class Actions," CAOC, 18th Annual Las Vegas Convention (September 2000).

"The Dynamics of Federalism in the Class Action Context: Forum Selection, Federal/State Jurisdiction, Competing and Co-Existing Class Actions, and Attempted Mass Opt-Outs," 2000 Second Circuit Judicial Conference (June 15-18, 2000).

"A Solution in Search of a Problem: Why Federalization of Class Actions to Benefit Corporate Interests is Unnecessary," <u>The Recorder</u> (June 14, 2000).

"Equity for the Victims, Equity for the Transgressor: The Classwide Treatment of Punitive Damages Claims," 74 Tulane Law Review 205 (June 2000).

"Parallel State/Federal Prosecution and Class Certification of Medical Monitoring Claims in Mass Tort Litigation: Lessons From Fen/Phen," Mealey's Toxic Torts Conference (April 17-18, 2000).

"Trends and Developments in the Filing, Certification, Settlement, Trial and Appeal of Class Actions," SemiAnnual Advanced ALI-ABA Course of Study, Civil Practice and Litigation Techniques in the Federal and State Courts (April 13-15, 2000).

"The Legacy of Asbestos Litigation: Challenges and Complications in the Settlement of Mass Tort Class Actions," Mass Tort Litigation Conference, NYU Law School (March 24, 2000).

"Sanctions Under the Federal Rules of Civil Procedure," <u>The Federal Discovery News</u> (March 2000).

"Current Issues Involving Rule 12(B)(6) and Rule 9(B)," SemiAnnual Advanced ALI-ABA Course of Study, Civil Practice and Litigation Techniques in Federal and State Courts (December 1999).

"Class Action Trends and Developments After *Amchem* and *Ortiz,*" SemiAnnual Advanced ALI-ABA Course of Study, Civil Practice and Litigation Techniques in the Federal and State Courts (December 9-11, 1999).

"Coordination From a Plaintiffs' Perspective" (ABA Section of Litigation April 1999) "Taking the Seventh: Who Owns the Right to Jury Trial?" California Daily Journal (November 11, 1999).

"Trends and Developments in Mass Torts and Class Actions in the Post-Amchem Era," ALI-ABA Course of Study, Civil Practice and Litigation Techniques in the Federal Courts (January 1999).

"Trends and Developments in Mass Torts and Class Actions In Year One of the Post-Amchem Era," *Civil Practice and Litigation Techniques in the Federal Courts* (ALI-ABA Course of Study, August 1998).

"Nationwide Class Certification and Settlement Classes in the Post-Amchem Era: Recent Federal and State Decisions," Second Annual ABA National Institute on Class Actions (Summer 1998).

"Recent Developments in Nationwide Products Liability Litigation: The Phenomenon of Non-Injury Products Cases, the Impact of Amchem and the Trend Toward State Court Adjudication, and the Continued Viability of Carefully Constructed Nationwide Classes in the Federal Courts," ABA Products Liability (February 1998).

"Life After Amchem: The Class Struggle Continues," 31 Loyola (Los Angeles) Law Review 373 (January 1998).

"The Necessity of Class Actions in a Global Economy," First Annual ABA National Institute on Class Actions (Summer 1997).

"Beyond Bifurcation: Multi-Phase Trial Structures in Mass Tort Class Actions," Class Actions & Derivative Suits, ABA Section of Litigation (Spring 1997, Vol. 7, No. 2).

"Developments in Nationwide Non-Injury Products Liability Litigation" ALI-ABA Products Liability (July 1996).

"The Road Not Taken: Thoughts on the Fifth Circuit's Decertification of the *Castano* Class," SB 24 ALI-ABA 433 (1996)

"The Road Not Taken: Fifth Circuit Decertifies <u>Castano</u> Nationwide Addicted Smokers' Class," <u>Class Actions & Derivative Suits</u>, ABA Section of Litigation (Summer 1996).

"Implications of the Third Circuit's General Motors Decision", <u>Complex Tort Litigation,</u> American Conference Institute (Spring 1996).

"Getting the Word Out:  Pre-Certification Notice to Class Members Under Rule 23(d)(2)", <u>Class Actions & Derivative Suits,</u> ABA Section of Litigation (Fall 1995).

"Professional Liability of Lawyers and Accountants in the Securities Law Context: Initial Reflections on <u>Central Bank of Denver</u>," (1995).

"Discovery of Accountants as Third Parties and Defendants: Privilege Issues and Ethical Considerations," PLI (1995).

"Recent Developments in Discovery Under Revised Rule 26," Aspen Law and Business, (1995).

"An *Oracle* of Change?  Realizing the Potential of Emerging Fee Award Methodologies for Enhancing The Role and Control of Investors in Derivative and Class Action Suits," American Law Institute <u>Principles of Corporate Governance</u> (October 1994).

"Do You Know the Way from <u>San Jose</u>?  The Evolution of Environmental and Toxic Nuisance Class Actions," <u>Class Actions & Derivative Suits,</u> ABA Section of Litigation (Spring 1994).

"Mass Tort Class Action Settlements," 24 <u>CTLA Forum</u> 11 (Jan./Feb. 1994).

"Syndicating Litigation:  Advocacy, Ethics and the Limits of Entrepreneurship," ABA Section of Business Law 1993.

"Developments in the Termination of Securities Actions by Dismissal or Summary Judgment," PLI (1993).

"How To Streamline Complex Litigation:  Tailor a Case Management Order to Your Controversy," 21 The Brief 12, ABA/TIPS (Summer 1992).

"Preparing, Proposing and Implementing Case Management Orders," ABA Tort and Insurance Practice Section (Spring Meeting, 1991).

"Taking Depositions in an Age of Limits," ABA Division of Professional Education (1991).

"Confronting or Deflecting Limited Partners' Securities Claims in the Light of <u>Lampf</u>," PLI (1991).

- 7 -

325857.1

"Measuring Damages in Securities Actions: Plaintiff's Methodologies and Strategies," PLI (1991 Realty Partnership Program).

"Securities Litigation, Strategies and Current Developments," CEB/PLI (1991 Securities Program).

"Class Actions in Aviation Disaster Litigation," ATLA (1991 Annual Convention).

"Advocacy and Management in Complex Litigation: The First Thirty Days," CEB Advanced Trial Practice Series (1991).

"The Applicability of the Fraud-On-The-Market Theory to 'Undeveloped' Markets: When Fraud Creates the Market," 12 Class Action Reports 402 (1989).

"Mandatory Certification of Settlement Classes," 10 Class Action Reports 151 (1987).

**COURT-APPOINTED LEADERSHIP ROLES
IN MULTIDISTRICT AND COMPLEX LITIGATION**

### FEDERAL MULTIDISTRICT/COMPLEX LITIGATION

In re Northern California Mortgage Brokerage Securities Litigation, MDL No. 521 (N.D. Cal./E.D. Cal.), Plaintiffs' Lead Counsel

In re Cable/Tel. Corp. and Entities Securities Litigation, MDL No. 619 (E.D. Pa.), Plaintiffs' Co-Lead Counsel

In re United Energy Corporation Solar Energy Module Securities Litigation, MDL No. 726 (C.D. Cal.), Plaintiffs' Lead Counsel

In re FPI/Agretech Securities Litigation, MDL No. 763 (D. Hawai`i), Plaintiffs' Co-Lead and Class Counsel

In re First Commodity Corp. of Boston Customer Accounts Litigation, MDL No. 713 (D. Mass.), Plaintiffs' Steering Committee

In re Air Disaster Near Honolulu, Hawaii on February 24, 1989, MDL No. 807 (N.D. Cal.), Plaintiffs' Liaison Counsel

In re ACC/Lincoln Savings Securities Litigation, MDL No. 834 (D. Ariz.), Plaintiffs' Steering Committee

In re Granada Partnerships Securities Litigation, MDL No. 837 (S.D. Tex.), Plaintiffs' Co-Lead Counsel

In re First American Center Partnerships Securities Litigation, MDL No. 868 (S.D.N.Y.), Plaintiffs' Lead Counsel

In re First Capital Investment Product Litigation, MDL No. 901 (C.D. Cal.), Policyholder Lead Counsel

In re Precious Metals Securities Litigation, MDL No. 904 (C.D. Cal.), Plaintiffs' Lead Counsel

In re Cordis Pacemaker Product Liability Litigation, MDL No. 850 (S.D. Ohio), Plaintiffs' Co-Lead Counsel

In re Silicone Gel Breast Implants Products Liability Litigation, MDL No. 926 (N.D. Ala.), Settlement Class Counsel; Plaintiffs' National Steering Committee; Co-Chair, Law Committee; Official Tort Claimants Committee, Dow Corning Bankruptcy Proceedings

In re Holocaust Victims Assets Litigation, (S.D.N.Y.) Plaintiffs' Executive Committee

In re the Exxon Valdez, Case No. A89-095 Civil (Consolidated) (D. Alaska), Plaintiffs' Class Counsel

In re Sears Automotive Center Consumer Litigation, Civ. No. C-92-2341-RHS (N.D. Cal.), Plaintiffs' Co-Lead Counsel

In re General Motors Corporation Pickup Truck Fuel Tank Products Liability Litigation, MDL No. 961 (E.D. Pa.), Plaintiffs' Co-Lead Counsel

In re Copley Pharmaceutical, Inc. "Albuterol" Products Liability Litigation, MDL No. 1013 (D. Wyo.), Plaintiffs' Class Counsel

In re Felbatol Products Liability Litigation, MDL No. 1048 (N.D. Cal.), Plaintiffs' Lead Class Counsel, Plaintiffs' Liaison Counsel

Roberts v. Bausch & Lomb (N.D. Ala.) (Nationwide consumer price fixing/overcharge class action), Plaintiffs' Class Counsel

In re Telectronics Pacing Systems, Inc. Accufix Atrial "J" Leads Products Liability Litigation, MDL No. 1057 (S.D. Ohio), Plaintiffs' Executive Committee

Castano v. American Tobacco, No. 94-1044 (N.D. La.), Plaintiffs' Executive Committee; Chair, Law Committee

In re Ford Ignition Products Liability Litigation, MDL No. 1112 (D.N.J.), Plaintiffs' Executive Committee

<u>In re Diet Drugs Products Liability Litigation</u>, MDL No. 1203 (E.D. Pa.), Plaintiffs' Management Committee

<u>In re American Family Publishers Business Practices Litigation</u>, MDL No. 1235 (D.N.J.), Plaintiffs' Lead Counsel

<u>In re Providian Financial Corp. Credit Card Terms Litigation</u>, MDL No. 1301 (E.D. Pa.), Plaintiffs' Co-Lead Counsel

<u>In re Bridgestone/Firestone Tires Products Liability Litigation</u>, MDL No. 1371 (S.D. Ind.), Class Plaintiffs' Executive Committee, Class Counsel

<u>In re Baycol Products Liability Litigation</u>, MDL No. 1431 (D. Minn.), Plaintiffs' Executive Committee

<u>In re Tri-State Crematory Litigation</u>, MDL No. 1467 (N.D. Ga.), Plaintiffs' Lead Counsel/Class Counsel

<u>In re Simon II Litigation</u>, (E.D.N.Y.), Plaintiffs' Lead Counsel/Class Counsel

<u>In re Bextra/Celebrex Products Liability Litigation</u>, MDL No. 1699 (N.D.Ca.), Plaintiffs' Liaison Counsel

<u>In re Vioxx Products Liability Litigation</u>, MDL No. 1657 (E.D.La.), Plaintiffs' Steering Committee

<u>In re Guidant Defibrillators Products Liability Litigation</u>, MDL No. 1708 (D. Minn.), Plaintiffs' Co-Lead Counsel

<u>In re ConAgra Peanut Butter Products Liability Litigation</u>, MDL No. 1845 (N.D.Ga.), Plaintiffs' Lead Counsel

<u>In re Yamaha Motor Corp. Rhino ATV Products Liability Litigation</u>, MDL No. 2016 (W.D. Ky.), Plaintiffs Lead Counsel

<u>In re Chase Bank USA "Checkloan" Contract Litigation</u>, MDL No. 2032 (N.D. Ca.), Plaintiffs' Liaison Counsel/Plaintiffs' Executive Committee

**STATE COURT CLASS ACTIONS/COORDINATED PROCEEDINGS**

<u>Exxon Valdez Oil Spill Litigation</u>, (Alaska) 3 AN-89-2533 Civil (Consolidated), Plaintiffs' Class Counsel

<u>Neptune Society Cases</u>, (California) Judicial Council Coordination Proceeding Nos. 1814 and 1817, Plaintiffs' Lead Class Counsel; Plaintiffs' Litigation Committee

<u>Sconce/Lamb Cremation Cases</u>, (California) Judicial Council Coordination Proceeding No. 2085, Plaintiffs' Lead Class Counsel

<u>Sacramento River Spill Cases I and II</u>, (California) Judicial Council Coordination Proceeding Nos. 2617 and 2620, Plaintiffs' Liaison Counsel; Plaintiffs' Class Counsel

<u>In re ABS Pipes II</u> (California) Judicial Council Coordination Proceeding No. 3126; Plaintiffs' Class Counsel

<u>In re Providian Credit Card Litigation</u>, (California) J.C.C.P. No. 4085, Plaintiffs' Co-Lead and Liaison Counsel

<u>Naef v. Masonite</u>, (Mobile Co., Alabama) (nationwide litigation class certified; $1+ billion class settlement approved 1998), Lead Class Counsel

<u>Cox v. Shell Oil Co.</u>, (Obion Co., Tennessee) (nationwide litigation class certified/$950 million settlement approved 11/95) Class Counsel

<u>Avery v. State Farm Auto Insurance Company</u>, (Williamson County, Illinois) No. 97-L-114 (nationwide litigation class certified/$1 billion class judgment), Class Counsel

<u>Ford Explorer Cases</u>, JCCP Nos. 4266 & 4270 (Sacramento County Supreme Court), Plaintiffs' Lead/Class Counsel

**TEACHING ACTIVITIES: LECTURES, SEMINARS AND COURSES**: Visiting Professor, Columbia University School of Law, Spring 2003 – Present.  Courses Taught:  Complex Litigation/Mass Torts; Consumer Litigation Advanced Seminar

Visiting Professor, Vanderbilt University School of Law Fall 2006: Complex Litigation Short Course

Adjunct Professor, Boalt Hall School of Law, Spring 2002-Present.  Advanced Course in Civil Procedure:  Complex Litigation/Mass Torts (Spring Semester 2002, Fall Semester 2003 – 2008; Spring Semester 2010); Class Actions (Spring Semester 2008)

Panelist and Contributor, Charleston Law School, <u>Punitive Damages Symposium</u>, Fall 2007

Panelist and Contributor, 2007 Toronto Region Judges' Education Conference

- 11 -

Fifth Annual Irving H. Green Memorial Lecture "What We Owe Each Other: Enforcing the Social Contract Through Civil Litigation," UCLA School of Law (April 6, 1998)

Speaker and Contributor, First through Thirteenth Annual ABA National Institute on Class Actions (1997 - 2009)

United States Judicial Conference Committee on Federal-State Jurisdiction, Mass Torts Panel Presentation (January 2002)

Panelist and Contributor, First, Second, Third, Fourth, and Fifth Annual Georgetown University Law Center Mass Tort Litigation Institute (1996 - 2002)

Panelist and Contributor, Managing Complex Litigation: Procedures and Strategies for Lawyers and Courts, ABA TIPS 1991 Spring Meeting

Panelist and Contributor, CEB Trial Practice Series: Advocacy and Management in Complex Litigation, March 1991

Panelist and Contributor, Practicing Law Institute (PLI) Program, The Realty Partnership in Default, 1991

Contributor, Managing Mass Tort Cases: A Resource Book for State Trial Court Judges

Panelist and Contributor, Practicing Law Institute (PLI) Program: Securities Litigation, 1991

Contributor, ABA National Institute, Taking Depositions, 1992

Panelist and Contributor, ABA Business Law Section 1992 Annual Meeting Programs, Mandatory Settlement Class Certification: Beyond the Limited Fund

Panelist and Contributor, BASF/Barrister Club Program: (How to Deal With) Hardball Litigation Tactics, 1992

Panelist and Contributor, Practicing Law Institute (PLI) Program: Securities Update, 1993

Panelist and Contributor, 1993 Ninth Circuit Judicial Conference Program: Federal-State Court Coordination of Mass Tort Litigation

Panelist and Contributor, 1993 ABA Annual Meeting Program: Syndicating Litigation

Panelist and Contributor, 1993 SFTLA and CTLA California Litigation Technologies Seminar

Panelist and Contributor, 1994 Hastings College of the Law MCLE Program, "Major 1993 Amendments to the Federal Rules of Civil Procedure and an Examination of Related Local Rules for the Northern District of California"

Panelist and Contributor, 22nd Annual Securities Regulation Conference (1995)

Panelist and Contributor, 1995 and 1996 ALI/ABA/Federal Judicial Center Telecast: "New Directions in Federal Civil Practice, Procedure, and Evidence"

Panelist and Commentator, Institute for Judicial Administration Research Conference on Class Actions, NYU School of Law, April 1995

Speaker, Institute for Legal Studies, "Tobacco Policy Research Program" (1995)

Speaker and Panelist, "A Practical Look at Complex MDL and Mass Tort Litigation," Northwestern School of Law Conference (1995)

Faculty, Speaker, Panelist and Contributor, "Civil Practice and Litigation Techniques in the Federal Courts", ALI/ABA (1995 - Present)

Faculty, Speaker and Contributor, Annual ALI/ABA Advanced Products Liability Seminar (1996-Present)

Speaker, Complex Tort Litigation, American Conference Institute (Spring 1996)

Panelist, Mass Tort Litigation Panel, Stanford Law School (Fall 1996)

Speaker, ABTL "The Punitive Damages Jury Trial" (Winter 1996)

Speaker, ALI-ABA Current Issues in Corporate Governance (Winter 1994) (Winter 1996) (Winter 1997)

Speaker, ABA 26th Annual Conference on Environmental Law (Spring 1997)

Speaker and Contributor, National Law Journal Fen-Phen Litigation Seminar (March 1998)

Co-Chair, Speaker and Contributor, Andrews Fen-Phen Litigation Seminar (April 1998)

Panelist "Champagne Panel on Current Class Action Issues of the Future," 1998 Judicial Conference of the Fifth Federal Circuit (April 1998)

- 13 -

325857.1

|                    |                                                                                                                                                                                                                                                                                                                 |
|--------------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|                    | Guest lecturer on Advanced Torts and Products Liability: Stanford, Columbia, and NYU Law Schools                                                                                                                                                                                                                |
| **BAR ASSOCIATIONS:** | American Bar Association Section of Litigation: Past Co-Chair, Mass Torts Committee, Past Co-Chair, Committee on Class Actions and Derivative Suits; Tort and Insurance Practice Section (TIPS); Past Vice-Chair, Rules & Procedures Committee, Contributor, Civil Procedure & Evidence News Letter; Business Law Section, Corporate & Litigation Group. |
|                    | State Bar of California:  Litigation Section    Conference of Delegates                                                                                                                                                                                                                                         |
|                    | Federal Bar Association: Northern District of California Chapter                                                                                                                                                                                                                                                |
|                    | American Association for Justice (Association of Trial Lawyers of America (ATLA)): California State Liaison, Women Trial Lawyers Caucus                                                                                                                                                                         |
|                    | Consumer Attorneys of California (CAOC)                                                                                                                                                                                                                                                                         |
|                    | Trial Lawyers for Public Justice (TLPJ)                                                                                                                                                                                                                                                                         |
|                    | Bar Association of the Fifth Federal Circuit                                                                                                                                                                                                                                                                    |
|                    | Bar Association of the Seventh Federal Circuit                                                                                                                                                                                                                                                                  |
|                    | Federal Bar Council (Second Federal Circuit)                                                                                                                                                                                                                                                                    |
|                    | California Women Lawyers (CWL)                                                                                                                                                                                                                                                                                  |
|                    | Association of Business Trial Lawyers (abtl)                                                                                                                                                                                                                                                                    |
|                    | Queens Bench                                                                                                                                                                                                                                                                                                    |
|                    | Bar Association of San Francisco (BASF)    Board of Directors:  1997-1998    Past President:  Securities Litigation Section    Past Member:  Judiciary Committee                                                                                                                                                |
|                    | Lawyers Club of San Francisco                                                                                                                                                                                                                                                                                   |
|                    | National Association of Women Lawyers                                                                                                                                                                                                                                                                           |
|                    | National Association of Securities & Commercial Attorneys (NASCAT):    Member, Federal Rules Committee;    Committee on <u>Amicus</u> Requests and Law Development                                                                                                                                              |

- 14 -

325857.1

                      Bay Area Lawyers for Individual Freedom (BALIF)

                      San Francisco Trial Lawyers Association, Board of Directors (past)

**PROFESSIONAL**
**AFFILIATIONS**:    American Law Institute Council, May 1999 - present

                      American Law Institute 1993-present
                            Advisory Group: Project on Aggregate Litigation:
                            Consultative Groups, Restatement [3d] of the Law: Torts;
                            Restatement of the Law:  The Law Governing Lawyers;
                            Adviser, International Jurisdiction and Judgments Project

                      Witkin Legal Institute Advisory Board

                      Ninth Judicial Circuit Historical Society

                      Editorial Board, Western Legal History

                      Board of Directors, United States District Court for the Northern District of California Historical Society

                      Civil Justice Foundation

**FEDERAL**
**COURT**
**APPOINTMENTS:**  Northern District of California Advisory Committee on Professional Conduct ("ACPC"), Pursuant to General Order No. 40, May 1995

                      Lawyer-Delegate, Ninth Circuit Judicial Conference 1992 - 1995

                      Member, Northern District of California Civil Justice Reform Act (CJRA) Advisory Committee 1991 - 1994

                      Member, Lawyer-Delegate/CJRA Advisory Committee Joint Local Rules Revision Task Force

                      Chair, CJRA Advisory Committee on Case Management/Access 1991

                      Contributor, CJRA Civil Justice Expense & Delay Reduction Plan; Case Management Pilot Program 1991

                      Member, CJRA Pilot Project Task Force 1992

                      Faculty, Federal Judicial Center 1992 Case Management Skills Development Seminar (for Federal Judges), Gleneden Beach, Oregon

                      Faculty, Federal Judicial Center 1991 Case Management Skills Development Seminar (for Federal Judges) Breckenridge, Colorado

**STATE APPOINTMENTS:** Member, California Constitution Revision Commission, 1994 - 1996

Member, California Senate Special Task Force on Shareholder Litigation, 1996

Member, National Center for State Courts Mass Tort Conference Planning Committee

**CIVIC ACTIVITIES:** Board of Directors, Legal Momentum (formerly NOW Legal Defense and Education Fund)

Treasurer, Legal Aid Society of San Francisco

Member, Lawyers' Committee on Civil Rights

Member, National Association of Women Judges (NAWJ)

12/22/09