**EXHIBIT B**





**E-mail:** rel@cunninghambounds.com
**Phone:** 251-471-6191
**Fax:** 251-479-1031

**Legal Secretary:** Kerri Moore
**Email:** kdm@cunninghambounds.com

**Paralegal:** Stephanie Harvey
**Email:** ash@cunninghambounds.com



Mr. Lamberth, born in Norfolk, Virginia, was raised and attended school in Mobile. He graduated the University of Virginia in 1994 with a major in Government and Foreign Affairs. He then attended Cumberland School of Law of Samford University, receiving his Juris Doctorate, cum laude, in 1998. During law school he was a Teaching Fellow of Legal Writing and Research, a participant in numerous trial and advocacy competitions; and a member of the Cumberland Law Review.

After receiving his J.D., Mr. Lamberth served as law clerk to Justice Champ Lyons, Jr. of the Supreme Court of Alabama from May 1998 to August 1999. During that time, he was also admitted to the Alabama State Bar. After his clerkship, he entered private practice. In 2000, he was admitted to the Mississippi State Bar, of which he remains an active member. He is also admitted to practice in all federal district courts in Alabama and Mississippi, as well as the United States Courts of Appeals for the Fifth and Eleventh Circuits.

Mr. Lamberth is married to the former Kelley Pirnie of Montgomery, Alabama, and they have two daughters, Key and Libba and a son, Win.

Mr. Lamberth's primary focus during his years of practice has been in areas of complex litigation, including medical malpractice, products liability, workplace and construction site injuries, toxic torts/environmental law, and fraud and deceit. He has also been counsel in class actions involving consumer fraud and environmental pollution.

**Affiliations**

Mr. Lamberth has served on the Board of Governors of the Alabama Trial Lawyers Association since 2000 and on its Legislative (1999 to present), Public Relations (2001), and Amicus Curiae Committees (1999 to present). He is a member of the Mobile Bar Association, the American Association for Justice, and Trial Lawyers for Public Justice.

**Resources:**

He wrote 28 Cumberland Law Review 149 and Establishing Hospital