UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
_____

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| _____ | SECTION: L |
| THIS DOCUMENT RELATES TO 09-cv-4115 | Judge Fallon<br>Mag. Judge Wilkinson |

_____

## NOTICE OF HEARING

Plaintiff The Mitchell Company, Inc., through its undersigned attorneys, will bring its Motion for Class Certification Against Taishan Gypsum Co., LTD. before the Honorable Judge Eldon. E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United Stated Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on January 27, 2010 at 9:00 a.m. or as soon thereafter that it may be heard.

Dated: January 13, 2009                     Respectfully submitted,

                                            */s/ Steven L. Nicholas*
                                            _____
                                            STEVEN L. NICHOLAS
                                            Cunningham Bounds, LLC
                                            1601 Dauphin Street
                                            Mobile, Alabama  36604
                                            251-471-6191
                                            251-479-1031 (fax)
                                            sln@cunninghambounds.com

-1-

JONATHAN D. SELBIN
Lieff, Cabraser, Heimann & Bernstein, LLP
780 Third Avenue, 48th Floor
New York, New York  10017-2024
212-355-9500
212-355-9592 (fax)

ELIZABETH J. CABRASER
KRISTEN E. LAW
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, Suite 3000
San Francisco, California  94111-3339
415-956-1000
415-956-1008 (fax)

Attorneys for Plaintiff The Mitchell Company, Inc.

## CERTIFICATE OF SERVICE

I do hereby certify that the above and foregoing Plaintiffs' First Discovery to Defendant Knauf Gips, KG Regarding Personal Jurisdiction has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the   13th   day of January, 2009.

*/s/ Steven L. Nicholas*
_____
STEVEN L. NICHOLAS