**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  CHINESE-MANUFACTURED DRYWALL            MDL No. 09-2047
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:                                     JUDGE: FALLON
Lucille Bourdon v. Interior Exterior Building Supply LP,
et al. - Case No. 2:09-cv-07025 (E.D. La.)                        MAG.: WILKINSON

<u>**ANSWER AND AFFIRMATIVE DEFENSES**</u>

NOW INTO COURT, through undersigned counsel, comes Markel Insurance Company ("Markel") and, for its Answer and Affirmative Defenses to the Petition for Damages filed by Lucille Bourdon, respectfully pleads and avers as follows.

<u>**FIRST DEFENSE**</u>

The Petition for Damages fails to state a cause of action against this defendant upon which relief can be granted.  Because Markel has no record of any policy or policies affording coverage for the claims alleged and the Petition fails to specify allegations to the contrary, there is no cause of action.

<u>**SECOND DEFENSE**</u>

The Petition for Damages fails to state a right of action against this defendant upon which relief can be granted.  Because Markel has no record of any policy or policies affording coverage for the claims alleged and the Petition fails to specify allegations to the contrary, there is no right of action.

## ANSWER TO PETITION FOR DAMAGES

**AND NOW**, further answering, Markel states as follows:

1.

In response to Paragraph 1 of the petition, Markel admits that it is an insurance company authorized to do and doing business in the State of Louisiana.  Markel denies each and every other allegation of paragraph 1 of the petition.

2.

Markel lacks information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 2 of the petition for damages and, on that basis, denies each and every allegation thereof.

3.

Markel lacks information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 3 of the petition for damages and, on that basis, denies each and every allegation thereof.

4.

In response to paragraph 4, Markel reasserts its responses to paragraphs 1 through 3 above.

5.

Markel lacks information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 5 of the petition for damages and, on that basis, denies each and every allegation thereof.

6.

Markel lacks information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 6 of the petition for damages and, on that basis, denies each and every allegation thereof.

7.

Markel lacks information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 7 of the petition for damages and, on that basis, denies each and every allegation thereof.

8.

Markel lacks information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 8 of the petition for damages and, on that basis, denies each and every allegation thereof.

9.

In response to paragraph 9, Markel reasserts its responses to paragraphs 1 through 8 above.

10.

Paragraph 10 of the petition makes no allegations against Markel and no response by Markel is required.  To the extent a response may be deemed to be required, Markel denies each and every allegation of paragraph 10.

11.

Paragraph 11 of the petition makes no allegations against Markel and no response by Markel is required.  To the extent a response may be deemed to be required, Markel denies each and every allegation of paragraph 11.

12.

Markel denies each and every allegation made against Markel in paragraph 12 of the petition.

13.

Markel denies each and every allegation made against Markel in paragraph 13 of the petition.

14.

Paragraph 14 of the petition makes no allegations against Markel and no response by Markel is required.  To the extent a response may be deemed to be required, Markel denies each and every allegation of paragraph 14.

15.

Paragraph 15 of the petition makes no allegations against Markel and no response by Markel is required.  To the extent a response may be deemed to be required, Markel denies each and every allegation of paragraph 15.

16.

In response to paragraph 16, Markel reasserts its responses to paragraphs 1 through 15 above.

17.

Markel lacks information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 17 of the petition for damages and, on that basis, denies each and every allegation thereof.

18.

Markel lacks information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 18 of the petition for damages and, on that basis, denies each and every allegation thereof.

19.

Paragraph 19 of the petition makes no allegations against Markel and no response by Markel is required.  To the extent a response may be deemed to be required, Markel denies each and every allegation of paragraph 19.

20.

Markel lacks information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 20 of the petition for damages and, on that basis, denies each and every allegation thereof.

21.

Markel lacks information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 21 of the petition for damages and, on that basis, denies each and every allegation thereof.

22.

Markel lacks information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 22 of the petition for damages and, on that basis, denies each and every allegation thereof.

23.

Markel lacks information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 23 of the petition for damages and, on that basis, denies each and every allegation thereof.

24.

Markel lacks information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 24 of the petition for damages and, on that basis, denies each and every allegation thereof.

25.

Markel lacks information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 25 of the petition for damages and, on that basis, denies each and every allegation thereof.

26.

Markel lacks information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 26 of the petition for damages and, on that basis, denies each and every allegation thereof.

27.

Markel lacks information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 27 of the petition for damages and, on that basis, denies each and every allegation thereof.

28.

Markel lacks information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 28 of the petition for damages and, on that basis, denies each and every allegation thereof.

29.

Markel lacks information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 29 of the petition for damages and, on that basis, denies each and every allegation thereof.

30.

In response to paragraph 30, Markel reasserts its responses to paragraphs 1 through 29 above.

31.

Paragraph 31 of the petition makes no allegations against Markel and no response by Markel is required.  To the extent a response may be deemed to be required, Markel denies each and every allegation of paragraph 31.

32.

Markel lacks information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 32 of the petition for damages and, on that basis, denies each and every allegation thereof.

33.

Paragraph 33 of the petition makes no allegations against Markel and no response by Markel is required.  To the extent a response may be deemed to be required, Markel denies each and every allegation of paragraph 33.

34.

Paragraph 34 of the petition makes no allegations against Markel and no response by Markel is required.  To the extent a response may be deemed to be required, Markel denies each and every allegation of paragraph 34.

35.

Paragraph 35 of the petition makes no allegations against Markel and no response by Markel is required.  To the extent a response may be deemed to be required, Markel denies each and every allegation of paragraph 35.

36.

Paragraph 36 of the petition makes no allegations against Markel and no response by Markel is required.  To the extent a response may be deemed to be required, Markel denies each and every allegation of paragraph 36.

37.

Markel lacks information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 37 of the petition for damages and, on that basis, denies each and every allegation thereof.

38.

Markel lacks information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 38 of the petition for damages and, on that basis, denies each and every allegation thereof.

39.

Markel lacks information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 39 of the petition for damages and, on that basis, denies each and every allegation thereof.

40.

Markel lacks information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 40 of the petition for damages and, on that basis, denies each and every allegation thereof.

41.

In response to paragraph 41, Markel reasserts its responses to paragraphs 1 through 40 above.

42.

Paragraph 42 of the petition makes no allegations against Markel and no response by Markel is required.  To the extent a response may be deemed to be required, Markel denies each and every allegation of paragraph 42.

43.

Paragraph 43 of the petition makes no allegations against Markel and no response by Markel is required.  To the extent a response may be deemed to be required, Markel denies each and every allegation of paragraph 43.

44.

Markel lacks information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 44 of the petition for damages and, on that basis, denies each and every allegation thereof.

45.

Markel lacks information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 45 of the petition for damages and, on that basis, denies each and every allegation thereof.

46.

Markel lacks information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 46 of the petition for damages and, on that basis, denies each and every allegation thereof.

47.

Markel lacks information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 47 of the petition for damages and, on that basis, denies each and every allegation thereof.

48.

Markel lacks information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 48 of the petition for damages and, on that basis, denies each and every allegation thereof.

49.

Markel lacks information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 49 of the petition for damages and, on that basis, denies each and every allegation thereof.

50.

Markel lacks information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 50 of the petition for damages and, on that basis, denies each and every allegation thereof.

51.

Markel lacks information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 51 of the petition for damages and, on that basis, denies each and every allegation thereof.

52.

Markel lacks information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 52 of the petition for damages and, on that basis, denies each and every allegation thereof.

53.

Markel lacks information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 53 of the petition for damages and, on that basis, denies each and every allegation thereof.

54.

Paragraph 54 of the petition makes no allegations against Markel and no response by Markel is required.  To the extent a response may be deemed to be required, Markel denies each and every allegation of paragraph 54.

55.

Markel lacks information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 55 of the petition for damages and, on that basis, denies each and every allegation thereof.

56.

Markel lacks information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 56 of the petition for damages and, on that basis, denies each and every allegation thereof.

57.

Markel lacks information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 57 of the petition for damages and, on that basis, denies each and every allegation thereof.

58.

Markel lacks information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 58 of the petition for damages and, on that basis, denies each and every allegation thereof.

59.

In response to paragraph 59, Markel reasserts its responses to paragraphs 1 through 58 above.

60.

Markel lacks information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 60 of the petition for damages and, on that basis, denies each and every allegation thereof.

61.

Markel lacks information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 61 of the petition for damages and, on that basis, denies each and every allegation thereof.

62.

Markel lacks information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 62 of the petition for damages and, on that basis, denies each and every allegation thereof.

63.

Markel lacks information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 63 of the petition for damages and, on that basis, denies each and every allegation thereof.

64.

Markel lacks information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 64 of the petition for damages and, on that basis, denies each and every allegation thereof.

65.

Markel lacks information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 65 of the petition for damages and, on that basis, denies each and every allegation thereof.

66.

Markel lacks information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 66 of the petition for damages and, on that basis, denies each and every allegation thereof.

67.

Markel lacks information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 67 of the petition for damages and, on that basis, denies each and every allegation thereof.

68.

Markel lacks information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 68 of the petition for damages and, on that basis, denies each and every allegation thereof.

69.

Markel lacks information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 69 of the petition for damages and, on that basis, denies each and every allegation thereof.

70.

Markel lacks information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 70 of the petition for damages and, on that basis, denies each and every allegation thereof.

71.

Markel lacks information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 71 of the petition for damages and, on that basis, denies each and every allegation thereof.

72.

Markel lacks information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 72 of the petition for damages and, on that basis, denies each and every allegation thereof.

73.

Markel lacks information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 73 of the petition for damages and, on that basis, denies each and every allegation thereof.

74.

Markel lacks information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 74 of the petition for damages and, on that basis, denies each and every allegation thereof.

75.

Markel lacks information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 75 of the petition for damages and, on that basis, denies each and every allegation thereof.

76.

Markel lacks information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 76 of the petition for damages and, on that basis, denies each and every allegation thereof.

77.

Paragraph 77 of the petition makes no allegations against Markel and no response by Markel is required.  To the extent a response may be deemed to be required, Markel denies each and every allegation of paragraph 77.

78.

Markel lacks information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 78 of the petition for damages and, on that basis, denies each and every allegation thereof.

79.

Markel lacks information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 79 of the petition for damages and, on that basis, denies each and every allegation thereof.

80.

Markel lacks information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 80 of the petition for damages and, on that basis, denies each and every allegation thereof.

81.

Markel lacks information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 81 of the petition for damages and, on that basis, denies each and every allegation thereof.

82.

Markel lacks information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 82 of the petition for damages and, on that basis, denies each and every allegation thereof.

83.

Markel lacks information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 83 of the petition for damages and, on that basis, denies each and every allegation thereof.

84.

Markel lacks information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 84 of the petition for damages and, on that basis, denies each and every allegation thereof.

85.

In response to Paragraph 85, Markel denies that Plaintiff is entitled to the relief sought, or to any relief whatsoever, from Markel.

86.

In response to Plaintiff's allegations in the unnumbered paragraph, Markel reasserts its responses to paragraphs 1 through 85.

87.

Markel lacks information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 86 of the petition for damages and, on that basis, denies each and every allegation thereof.

88.

Paragraph 87 of the petition makes no allegations against Markel and no response by Markel is required.  To the extent a response may be deemed to be required, Markel denies each and every allegation of paragraph 87.

89.

Paragraph 88 of the petition makes no allegations against Markel and no response by Markel is required.  To the extent a response may be deemed to be required, Markel denies each and every allegation of paragraph 88.

90.

Paragraph 89 of the petition makes no allegations against Markel and no response by Markel is required.  To the extent a response may be deemed to be required, Markel denies each and every allegation of paragraph 89.

91.

In response to Paragraph 90, Markel denies that Plaintiff is entitled to the relief sought, or to any relief whatsoever, from Markel.

92.

In response to Paragraph 91, Markel denies that Plaintiff is entitled to the relief sought, or to any relief whatsoever, from Markel.

93.

Paragraph 92 of the petition makes no allegations against Markel and no response by Markel is required.  To the extent a response may be deemed to be required, Markel denies each and every allegation of paragraph 92.

94.

Markel lacks information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 93 of the petition for damages and, on that basis, denies each and every allegation thereof.

95.

Markel lacks information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 94 of the petition for damages and, on that basis, denies each and every allegation thereof.

96.

In response to Paragraph 95, Markel denies that Plaintiff is entitled to the relief sought, or to any relief whatsoever, from Markel.

97.

In response to Plaintiff's prayer for relief, Markel denies that Lucille Bourdon is entitled to the relief sought, or to any relief whatsoever, from Markel.

**THIRD DEFENSE**

AND NOW, as and for its third Affirmative Defense, Markel respectfully pleads and avers as follows.  Markel has no record of issuing a policy or policies of insurance to Arthur Homes, L.L.C. To the extent Markel may have issued a policy or policies of insurance, any

insurance afforded is subject to all terms, conditions, limitations and exclusions of such policy or policies, any and all of which are incorporated herein by this reference.

**WHEREFORE**, Markel Insurance Company prays that this its Answer and Affirmative Defenses be deemed good and sufficient and that, after due proceedings had, there be judgment in Markel's favor and that all claims against Markel be dismissed, with prejudice, at plaintiff's sole cost and expense, and granting such other and further relief as may be deemed just and proper.

Respectfully submitted,

DEGAN, BLANCHARD & NASH

**/s/ Carolyn C. Kolbe**
Sidney W. Degan, III (No. 4804)
James A. Rowell (No. 21393), T.A.
Carolyn C. Kolbe (No. 31489)
400 Poydras Street, Suite 2600
New Orleans, Louisiana 70130
Telephone: 504-529-3333
Facsimile:  504-529-3337
***Attorneys for Markel Insurance Co.***

### *CERTIFICATE OF SERVICE*

I hereby certify that a copy of the foregoing pleading has been served this 13th day of January, 2010, via e-file, facsimile transmission and/or by placing same in the U.S. mail, postage pre-paid and properly addressed, upon all counsel of record.

**/s/ Carolyn C. Kolbe**
***CAROLYN C. KOLBE***