**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>**Hinkley, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:09-cv-06686 (E.D.La.)** | |

**O R D E R**

Considering the Plaintiffs' Motion for Leave to File Reply Brief in Support of Plaintiffs' Motion to Amend the First Amended Class Action Complaint by Interlineation;

IT IS ORDERED BY THE COURT that the Plaintiffs are granted leave of court to file the attached Reply Brief in Support of Plaintiffs' Motion to Amend the First Amended Class Action Complaint by Interlineation, and said Reply Brief is to be filed into the record herein.

New Orleans, Louisiana this ____ day of _____, 2010.

                                                                         _____
                                                                         Honorable Eldon E. Fallon
                                                                         U.S. District Judge