**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>**Vickers, et al. v. Knauf GIPS KG, et. al.,**<br>**Case No. 2:09-cv-04117 (E.D.La.)** | |

## ORDER

AND NOW, on this _____ Day of _____, 2010, upon consideration of

the Plaintiffs' Substituted Motion to Amend the Amended Class Action Complaint, it is hereby

ORDERED that said motion is GRANTED.  The Clerk is hereby directed to enter Plaintiffs'

Second Amended Class Action Complaint (Exhibit "A" to Plaintiffs' Motion to Amend) on the

docket.

By the Court,

_____
                                                                                     J.

1