382050                                                                      0179-9891

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

**AMY AMERSON, CHRIS ANCIRA AND**
**LILAH ANCIRA**                                    **CASE NO.:  09-7227**

    **Plaintiffs**                              **SECT.**          **MAG.**

**VERSUS**

                                         **CLASS ACTION COMPLAINT**

**LLOYD'S OF LONDON AND AUTO CLUB**
**FAMILY INSURANCE COMPANY**                **JURY TRIAL DEMANDED**

    **Defendants**

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

      **NOW INTO COURT**, through undersigned counsel, comes Auto Club Family Insurance Company, sought to be made defendant herein, appearing solely for the purpose of this notice and specifically reserving all its rights and defenses, hereby gives notice of its appearance and requests that all notices in the said proceedings be copied to its counsel of record at the following address:

                    ALAN J. YACOUBIAN – T.A. (#17213)
                    NEAL J. FAVRET (#24412)
                    GENEVIEVE K. JACQUES (#27818)
                    JOHNSON, JOHNSON, BARRIOS & YACOUBIAN
                    701 Poydras Street - Suite 4700
                    New Orleans, Louisiana  70139-7708
                    Telephone:  (504) 528-3001
                    Facsimile:  (504) 528-3030
                    Attorneys for defendant, Auto Club Family Insurance Company

Respectfully submitted:

_____

ALAN J. YACOUBIAN – T.A. (#17213)
NEAL J. FAVRET (#24412)
GENEVIEVE K. JACQUES (#27818)
JOHNSON, JOHNSON, BARRIOS & YACOUBIAN
701 Poydras Street - Suite 4700
New Orleans, Louisiana 70139-7708
Telephone: (504) 528-3001
Facsimile: (504) 528-3030
Attorneys for defendant, Auto Club Family Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of January, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service. I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, if any, by e-mail, fax and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

_____

(2)