UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 SECTION: L |
| **This document relates to case no.:** | * * | JUDGE FALLON |
| **10-CV-52 (Bourgeios v. Allstate Indemnity)** | * * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that defendant, Allstate Indemnity Company will bring the attached Motion to Dismiss for hearing before the Honorable Eldon E. Fallon, United States District Court Judge for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana on February 10, 2009, at 9:00 a.m. or as soon thereafter as counsel may be heard.

Respectfully submitted,

/s/ *Catherine F. Giarrusso*

---

Judy Y. Barrasso, 2814
Catherine F. Giarrusso, 29875
BARRASSO USDIN KUPPERMAN
    FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone: (504) 589-9700

*Attorneys for Allstate Indemnity Company*

150910

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S mail and e-mail *or* by hand delivery and e-mail *and* upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 14th day of January, 2009.

/s/ *Catherine F. Giarrusso*
_____

150910