UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>Roberts, et al. v. Knauf GIPS KG, et. al., Case No. 2:09-cv-05870 (E.D.La.) | |

## ORDER

AND NOW, on this _____ Day of _____, 2010, upon consideration of the Plaintiffs' Substituted Motion to Amend the Class Action Complaint, it is hereby ORDERED that said motion is GRANTED. The Clerk is hereby directed to enter Plaintiffs' Amended Class Action Complaint (Exhibit "A" to Plaintiffs' Motion to Amend) on the docket.

By the Court,

_____
J.

1