UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

STEPHEN and ISIS SILVA, et al.                    CIVIL ACTION

VERSUS

                                            NO. 2:09-cv-08034-EEF-JCW

ARCH INSURANCE COMPANY, et al.

**FIRST MOTION FOR EXTENSION OF TIME and ORDER**

On motion of **LANDMARK AMERICAN INSURANCE COMPANY (erroneously named RSUI Group, Inc.),** through undersigned counsel, moves this Court for an additional twenty (20) days from the date of signing of this Order to complete its investigation and to file responsive pleadings to the Petition for Damages, with a full reservation of all rights, including the right to object to the jurisdiction of this Court.  Counsel for Plaintiff has been contacted and has not expressed any objection to the requested 20-day extension.

    /s/ James W. Hailey, III
JAMES W. HAILEY, III, T.A. (23111)
WILLIAM C. HARRISON (6616)
WENDEL A. STOUT, III (12511)
DEUTSCH, KERRIGAN & STILES
755 Magazine Street
New Orleans  LA  70130
Phone:  504-581-5141
Fax:  504-566-1201

1

jhailey@dkslaw.com
wharrison@dkslaw.com
wstout@dkslaw.com

Attorneys for Landmark American Insurance Company

**CERTIFICATE OF SERVICE**

 I certify that a copy of the above and foregoing First Motion for Extension of Time and Order has been served upon:

| | |
|---|---|
| Stephen J. Herman, Esq.<br>Herman, Herman, Katz & Cotlar, LLP<br>820 O'Keefe Avenue<br>New Orelans, Louisiana  70113 | Lambert Joseph Hassinger, Jr., Esq.<br>Galloway, Johnson, Tompkins, Burr & Smith<br>One Shell Square, Suite 4040<br>701 Poydras Street<br>New Orleans, Louisiana  70139 |
| D. Russell Holwadel, Esq.<br>Adams, Hoefer, Holwadel & Eldridge, LLC<br>400 Poydras Street, Suite 2450<br>New Orleans  LA  70130 | Judy Y. Barrasso, Esq.<br>Barrasso, Usdin, Kupperman,  Freeman<br> and Sarver, LLC<br>LL&E Tower<br>909 Poydras Street, Suite 1800<br>New Orleans, Louisiana  70112 |

through this Court's CM/ECF system, by e-mail, fax, and/or by placing same in the U.S. Mail, postage prepaid and properly addressed, this 14th day of January, 2010.

              /s/ James W. Hailey, III
           JAMES W. HAILEY, III