UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEPHEN and ISIS SILVA, et al. | CIVIL ACTION |
| VERSUS | |
| | NO. 2:09-cv-08034-EEF-JCW |
| ARCH INSURANCE COMPANY, et al. | |

**O R D E R**

Considering the foregoing Motion,

IT IS ORDERED that Landmark American Insurance Company (erroneously named as RSUI Group, Inc.), be granted an additional twenty (20) days from the date of signing of this Order to complete its investigation and file responsive pleadings herein, with full reservation of all rights, including the right to object to the jurisdiction of this Court.

New Orleans, Louisiana, this _____ day of January, 2010.

_____
UNITED STATES DISTRICT JUDGE