UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT C. PATE, as Trustee for the<br>Chinese Drywall Trust | CIVIL ACTION |
| VERSUS | |
| AMERICAN INTERNATIONAL SPECIALTY<br>LINES INSURANCE, ET AL | NO. 2:09-cv-07791-EEF-JCW |

**FIRST MOTION FOR EXTENSION OF TIME and ORDER**

On motion of **LANDMARK AMERICAN INSURANCE COMPANY,** through undersigned counsel, moves this Court for an additional twenty (20) days from the date of signing of this Order to complete its investigation and to file responsive pleadings to the Petition for Damages, with a full reservation of all rights, including the right to object to the jurisdiction of this Court. Counsel for Plaintiff has been contacted and has not expressed any objection to the requested 20-day extension.

      /s/ James W. Hailey, III
JAMES W. HAILEY, III, T.A. (23111)
WILLIAM C. HARRISON (6616)
WENDEL A. STOUT, III (12511)
DEUTSCH, KERRIGAN & STILES
755 Magazine Street
New Orleans  LA  70130

1

Phone:  504-581-5141
Fax:  504-566-1201
jhailey@dkslaw.com
wharrison@dkslaw.com
wstout@dkslaw.com

Attorneys for Landmark American Insurance Company

**CERTIFICATE OF SERVICE**

I certify that a copy of the above and foregoing First Motion for Extension of Time and Order has been served upon:

| | |
|---|---|
| Anna M. Piazza, Esq. | Robert M. Horkovich, Esq. |
| Anserson Kill & Olick PC | Anderson Kill & Olick PC |
| 1251 Avenue of the Americas | 1251 Avenue of the Americas |
| New York, NY 10020-1182 | New York, NY 10020-1182 |

Jules Burton LeBlanc, IV, Esq.
Baron & Budd, PC
9015 Bluebonnet Blvd.
Baton Rouge, LA  70810

through this Court's CM/ECF system, by e-mail, fax, and/or by placing same in the U.S. Mail, postage prepaid and properly addressed, this 14th day of January, 2010.

 /s/ James W. Hailey, III
JAMES W. HAILEY, III