MINUTE ENTRY
FALLON, J.
JANUARY 14, 2010

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED           MDL NO. 2047
       DRYWALL PRODUCTS
       LIABILITY LITIGATION            SECTION: L

                                    JUDGE FALLON
                                    MAGISTRATE WILKINSON

THIS DOCUMENT RELATES TO
Cases as indicated in each motion

BEFORE JUDGE ELDON E. FALLON
Case Manager: Gaylyn Lambert
Court Reporter: Toni Tusa

Appearances: Eduardo Rasco, Esq. (by tel.) for LaSuprema
               Fred Longer, Esq. and Jeffery Grant, Esq. For PSC
               Kenneth Hardt, Esq. (by tel.) for Venture Supply, Inc. and Porter- Blaine Corp.
               Ted Brenner, Esq. for Tobin Trading
               Phillip Wittmann, Esq. for Homebuilders and Installers

1.     Motion of the DSC for Order to Show Cause Why Cases Should Not be Dismissed With
       Prejudice For Failure to Comply with Pretrial Order No. 11 (Rec. Doc. No. 652).

No argument-CONTINUED to the date of the next monthly status conference on February 11,
2010.

2.     Motion of the PSC to Compel Discovery from Defendants and Establish a Uniform
       Format of Production (Rec. Doc. No. 667).

Argument-DENIED IN PART and CONTINUED IN PART.  The Court Denied the Motion as
moot with regard to all Defendants other than La Suprema Enterprises and Rightway Drywall,
Inc. on the basis that these parties resolved all outstanding discovery disputes with the PSC.  The
Court also Denied the Motion as it pertains to La Suprema, but directed counsel to meet and
confer to resolve any outstanding discovery issues.  The Court continued the Motion as to
Rightway Drywall, Inc., setting a telephone status conference on January 28, 2010, at 3:30 p.m.
to discuss any unresolved issues.  Counsel are directed to provide their call-in information to the
Court two days before the conference.  The Court will initiate the call.

JS10: :18

MDL 2047-Chinese Drywall                                                                    Page 2
Motion Minutes
January 14, 2010


3.      Motion of the PSC to Amend/Correct the First Amended Class Action Complaint by
        Interlineation (Rec. Doc. No. 672)

Argument-GRANTED with instruction to amend, but not by interlineation.

4.      Motion of the PSC to Amend/Correct the First Amended Class Action Complaint by
        Interlineation (Rec. Doc. No. 673)

No argument-GRANTED on the basis that no opposition was filed timely and that the Court
finds the Motion well grounded in fact and law.  The Court instructs counsel to amend, but not
by interlineation.