# JUDY Y. BARRASSO

## Education:

California State University, Fullerton, California, B.A. 1973
University of Tennessee, Masters of Science in Social Work, 1976
Tulane University, J.D., (Order of the Coif, Summa Cum Laude), 1981
    Member, Tulane Law Review, 1979-1981
    Articles Editor, Tulane Law Review, 1980-1981

## Professional:

Admitted to Louisiana Bar, 1981
Associate (1981-1985) and Partner (1986-2003) Stone, Pigman, Walther,
  Wittmann & Hutchinson
  Member of Management Committee
Partner (2003-present) Barrasso Usdin Kupperman Freeman & Sarver, L.L.C.
  Member of Management Committee 2003-present

## Teaching Activities:

Adjunct Professor in Trial Advocacy, Tulane Law School, 1990 through present
Faculty Member for Louisiana Association of Defense Counsel Trial Academy, 2000-present

## Professional:

American College of Trial Lawyers, inducted 2006
International Society of Barristers, Fellow, inducted 2002
International Association of Defense Counsel
American Bar Association
    Commercial and Business Litigation Committee
Louisiana Bar Association
    Co-Chairman of LSBA Summer School for Lawyers - 1996, 1997, 1998 and 1999.
    Vice-Chair of Continuing Legal Education Committee - 1999-present
    Chair of Continuing Legal Education Committee – 2002-2003
Federal Bar Association, new Orleans Chapter, former Director
Fifth Circuit Bar Association
New Orleans Pro Bono Project, former Chair
Civil Justice Reform Act Advisory Group for the Eastern District of Louisiana
Louisiana Attorney Disciplinary Board, former Chair

## Community Activities:

League Board of Directors, Anti-Defamation
Past Board of Directors, Committee of 21
Past Board of Directors, Dress for Success
Past Board of Directors, Newman School

144523 (2)

Board of Commissioners, Downtown Development District
Executive Committee, United Way Women's Leadership Initiative,

## Awards

Chambers USA, A Leading Commercial Litigator in Louisiana, 2003-2009
Lawdragon 500
New Orleans CityBusiness, Top Fifty Lawyers, 2005
New Orleans Young Leadership Council, Role Model 2004
Named as one of the Best Lawyers in America, 2000-present; Bet The Company Litigation and Business Litigation
Michaelle Pitard Wynne Professionalism Award from the Association of Women Attorneys in 2003
Selected as one of the Year 2001 Women of the Year by New Orleans CityBusiness
Role Model for the year 2000 by the YWCA

144523 (2)