UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO ALL CASES | * * * | JUDGE FALLON MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the foregoing Joint Motion for the Creation of an Insurer Steering Committee and Appointment of Lead Counsel and Members to the Insurer Steering Committee;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and that a separate Insurer Steering Committee is created and sub-committees for both First-Party and Third-Party Insurers are created.

**IT IS HEREBY FURTHER ORDERED** that Judy Y. Barrasso is appointed as Lead Counsel for the Insurer Steering Committee and Adrienne Baumgartner is appointed to the First-Party Insurer Sub-committee, and the Court hereby asks for nomination for additional committee and sub-committee members to be appointed.

145902_2

- 2 -

New Orleans, Louisiana, this _____ day of January, 2010.


_____
UNITED STATES DISTRICT JUDGE