UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION * * * | CIVIL ACTION NO.: 09-2047 |
| * * * | |
| PERTAINS TO: INSURANCE * | SECTION: "L" (2) |
| * | |
| *Patricia & Glenn Bourgeois v. Allstate Indemnity Co., et al* * * | |
| *CA No. 10-0052* * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**RULE 12(b)(6) MOTION TO DISMISS FOR FAILURE
TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**

**NOW INTO COURT,** through undersigned counsel, comes defendant, LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION ("LCPIC"), who, pursuant to the provisions of Rule 12(b)(6) of the Federal Rules of Civil Procedure, files this Motion to Dismiss the Complaint filed by Patricia Bourgeois and Glenn Bourgeois because Plaintiffs have failed to state a claim upon which relief can be granted inasmuch as LCPIC did not provide insurance coverage for the loss or damages alleged in the Complaint.

Respectfully submitted:

DYSART & TABARY, L.L.P.

*/s/ Elizabeth R. Borne*_____
PAUL A. TABARY, III (#12623)
DANIEL L. DYSART (#5156)
ELIZABETH R. BORNE (#30403)
LACEY TABARY (#31982)
Three Courthouse Square
Chalmette, Louisiana 70043
Telephone: (504) 271-8011

**C E R T I F I C A T E**

  I hereby certify that on January 19, 2010, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to the following: Gregory P. DiLeo & Jennifer Eagan; Judy Barrasso & Catherine Giarrusso; Jason Foote & Brittany Love.

             */s/ Elizabeth R. Borne*
             Elizabeth R. Borne, #30403
             Attorney for Defendant, LCPIC
             Dysart & Tabary, LLP
             Three Courthouse Square
             Chalmette, LA 70043
             Telephone: (504) 271-8011