# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | CIVIL ACTION |
| | * | NO.: 09-2047 |
| | * | |
| | * | |
| | * | |
| PERTAINS TO: INSURANCE | * | SECTION: "L" (2) |
| | * | |
| *Patricia & Glenn Bourgeois v.* | * | |
| *Allstate Indemnity Co., et al* | * | |
| *CA No. 10-0052* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

Please take notice that Defendant, Louisiana Citizens Property Insurance Corporation will bring its Rule 12(b)(6) Motion to Dismiss before the Honorable Judge Eldon E. Fallon, United States District Court Judge for the Eastern District of Louisiana, 500 Poydras St. on February 24, 2010 at 9:30 a.m. or as soon thereafter as counsel may be heard.

Respectfully submitted,
DYSART & TABARY, L.L.P.

*/s/Elizabeth R. Borne*_____
DANIEL L. DYSART (#5156)
PAUL A. TABARY, III (#12623)
ELIZABETH R. BORNE (#30403)
LACEY TABARY (#31982)
3 Courthouse Square
Chalmette, LA 70043
Telephone: (504) 271-8011

Attorneys for Louisiana Citizens Property Insurance Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2010, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to the following: Gregory P. DiLeo & Jennifer Eagan; Judy Barrasso & Catherine Giarrusso; Jason Foote & Brittany Love.

.

                                                        */s/Elizabeth R. Borne*
                                                        Attorney for Defendant

12147525\V-2