UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL          MDL DOCKET: 2047
    PRODUCTS LIABILITY LITIGATION

                                                      SECTION:  L

                                                      JUDGE FALLON
                                                      MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO:**

**Vickers, et al. v. Knauf GIPS KG, et. al.**
**Case No. 2:09-cv-04117 (E.D.La.)**
_____/

**TAYLOR MORRISON SERVICES, INC., AND TAYLOR WOODROW COMMUNITIES**
**AT VASARI, LLC's OBJECTION TO THE PLAINTIFFS' SUBSTITUTED MOTION TO**
**AMEND THE AMENDED CLASS ACTION COMPLAINT**

      COMES NOW, Defendant, Taylor Morrison Services, Inc., ("Taylor Morrison") and Taylor Woodrow Communities at Vasari, LLC., ("Taylor Woodrow") by and through its undersigned counsel, and would respond as follows:

1. Taylor Morrison and Taylor Woodrow are already defendants in an omnibus complaint brought in a separate lawsuit styled *Sean and Beth Payton, et. al.,v. Knauf GIPS, KP, et. al., (Case No.: 2:09cv07628).*

2. Taylor Morrison and Taylor Woodrow are purportedly defendants of a national class claim in that proceeding, and the plaintiffs in the omnibus action also include the same plaintiff that has filed the claim relative in this case (Jim Tarzy).

3. It is procedurally improper to allow the same plaintiff to bring the same claim in two different lawsuits, let alone with two different types of putative classes.

WHEREFORE, this Court should deny the Motion to Amend the Amended Class Action Complaint and require Tarzy to proceed forward in one lawsuit or the other, but not both against Taylor Morrison, Inc., and Taylor Woodrow Communities at Vasari, LLC.

/s/ Neal A. Sivyer
Neal A. Sivyer
Florida Bar No. 373745
nsivyer@sbwlegal.com
Stephen E. Walker
swalker@sbwlegal.com
Florida Bar No. 0497851
**SIVYER BARLOW & WATSON, P.A.**
401 E. Jackson Street, Suite 2225
Tampa, Florida  33602
Telephone:  (813) 221-4242
Facsimile:   (813) 227-8598
*Attorneys for Taylor Woodrow*
*Communities at Vasari, LLC*

## CERTIFICATE OF SERVICE

I HEREBY certify that on January 20, 2010, the foregoing document is being served on Plaintiffs' Liaison Counsel, Russ M. Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, Suite 100, New Orleans, LA  70113 and all counsel of record upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No.: 6.

/s/ Neal A. Sivyer
Attorney
