UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047  SECTION: L |
| **This document relates to case no.:** | * * | JUDGE FALLON |
| **10-CV-52 (Bourgeois v. Allstate Indemnity)** | * * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ALLSTATE'S REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 78.1E, Defendant Allstate Indemnity Company ("Allstate") requests oral argument on its Motion to Dismiss. Louisiana law is settled that an insurer whose policies were not in force at the time of manifestation of alleged property damage resulting from defective construction owes no coverage for the loss. However, this is the first time this principle will be applied in the Chinese drywall context. Allstate requests oral argument on the grounds that oral argument will better enable the parties and the Court to address the legal issues presented in the motion.

151358

1

Respectfully submitted,

/s/ Catherine F. Giarrusso

---

Judy Y. Barrasso, 2814
Catherine F. Giarrusso, 29875
BARRASSO USDIN KUPPERMAN
    FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone: (504) 589-9700

*Attorneys for Allstate Indemnity Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S mail and e-mail *or* by hand delivery and e-mail *and* upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 20th day of January, 2009.

/s/ Catherine F. Giarrusso

151358