# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>**Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:09-cv-6687 (E.D.La.)** | |

## O R D E R

Considering the Plaintiffs' Steering Committee's Motion for Entry of Scheduling Order;

IT IS ORDERED BY THE COURT that the proposed Scheduling Order attached to Motion for Entry of Scheduling Order, be and is hereby entered.

New Orleans, Louisiana, this ____ day of _____, 2009.

_____
Eldon E. Fallon
United States District Court Judge