IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * * | MDL Docket No. 2047 SECTION L JUDGE FALLON MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, Case No. 2:09-cv-6687 (E.D.La.)

## ORDER

Considering the Motion for Expedited Hearing of Knauf Plasterboard Tianjin's Motion to Strike Untimely Rebuttal Expert Reports;

IT IS HEREBY ORDERED that Defendant's Motion is granted and that the hearing on Defendant's Motion to Strike Untimely Rebuttal Expert Reports shall be held on the ____ day of _____, 2010 at _____ o'clock, a.m./p.m.

New Orleans, Louisiana this ___ day of January, 2010.

_____
JUDGE ELDON E. FALLON