UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 09-2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | JUDGE FALLON |
| | * | |
| **This document relates to:** | * | MAGISTRATE WILKINSON |
| ROBERT C. PATE, as Trustee for the | * | |
| Chinese Drywall Trust | * | |
| VERSUS | * | |
| AMERICAN INTERNATIONAL SPECIALTY | * | |
| LINES INSURANCE, ET AL | * | |
| **(2:09-07791)** (E.D. La.) | * | |
| *   *   *   *   *   *   *   * | | |

**EX PARTE UNOPPOSED MOTION
TO EXTEND TIME TO FILE RESPONSIVE PLEADINGS
TO PLAINTIFF'S ORIGINAL COMPLAINT**

NOW INTO COURT comes Illinois Union Insurance Company ("Illinois Union") who submits this ex parte unopposed motion to extend by an additional twenty (20) days the deadline for Illinois Union to file responsive pleadings to the Complaint filed by plaintiff, Robert C. Pate, as Trustee for the Chinese Drywall Trust ("WCI"), until February 15, 2010 and respectfully shows as follows:

WCI filed its Original Complaint (Docket Entry No. 1) on December 23, 2009. The Louisiana Secretary of State accepted service of process on behalf of Illinois Union on January 4, 2010.

Illinois Union files this motion seeking additional time to file responsive pleadings to WCI's Original Complaint. This motion is brought before a responsive pleading would otherwise be due and is brought in good faith and not for purposes of delay.

The filing of this motion is not intended to constitute an affirmative action, a defensive action or a waiver of any objections Illinois Union may have to WCI's Original Complaint.

In accordance with Local Rule 7.9, Illinois Union certifies that there has been no previous extension of time to plead, that the opposing party has not filed in the record an objection to an extension of time, and further, that the opposing party has been contacted and does not oppose this motion. For these reasons, Illinois Union respectfully requests that the Court grant its unopposed motion to extend the deadline for Illinois Union to file responsive pleadings to WCI's Original Complaint by twenty days.

Respectfully submitted,

Salley, Hite & Mercer, LLC
**JOHN W. HITE III (T.A. 17611)**
**SUSAN G. GUILLOT (29588)**
One Canal Place
365 Canal Street, Suite 1710
New Orleans, LA 70130
Telephone: 504/566-8800
Facsimile:  504/566-8828

**BY:   /s/ John W. Hite III**
           **JOHN W. HITE III**
**ATTORNEYS FOR ILLINOIS**
**UNION INSURANCE COMPANY**

## CERTIFICATE OF CONFERENCE

Tyler D. Henkel, a counsel for Illinois Union Insurance Company, advised that he conferred with plaintiff's counsel, Anna Piazza, via e-mail on January 20, 2010, and plaintiff's counsel advised that plaintiff was unopposed to this motion.

  /s/ John W. Hite III

## **CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing document was served on all counsel of record via the Court's electronic filing system on January 20, 2010.

                                                      /s/ John W. Hite III

G:\daisy\WD\20989\Extension.wpd