UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 09-2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | JUDGE FALLON |
| | * | |
| **This document relates to:** | * | MAGISTRATE WILKINSON |
| ROBERT C. PATE, as Trustee for the | * | |
| Chinese Drywall Trust | * | |
| VERSUS | * | |
| AMERICAN INTERNATIONAL SPECIALTY | * | |
| LINES INSURANCE, ET AL | * | |
| **(2:09-07791)** (E.D. La.) | * | |
| *  *  *  *  *  *  *  * | | |

# **O R D E R**

Considering the Ex Parte Unopposed Motion to Extend Time to File Responsive Pleadings to Plaintiff's Original Complaint filed by Illinois Union Insurance Company;

IT IS ORDERED that the motion is GRANTED, and that defendant Illinois Union Insurance Company is granted an additional twenty (20) days or until February 15, 2010 to file responsive pleadings to the Original Complaint filed by plaintiff, Robert C. Pate, as Trustee for the Chinese Drywall Trust.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE

G:\daisy\WD\20989\Order for Extension.wpd