UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| CASSANDRA ROGERS WIFE OF/AND BRAD ROGERS | * * * | MAG. WILKINSON |
| Versus | * * | 10-0088 |
| SUN CONSTRUCTION, L.L.C. D/B/A SUNRISE HOMES, STATE FARM FIRE AND CASUALTY COMPANY, JOHN DOE SUPPLY, ABC INSURANCE COMPANY, JOHN DOE SUBCONTRACTORS AND XYZ INSURANCE COMPANY | * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT STATE FARM FIRE & CASUALTY COMPANY'S MOTION TO SEVER

Pursuant to Federal Rule of Civil Procedure 21, Defendant State Farm Fire & Casualty Company moves for an order severing Plaintiffs' claims against Sun Construction, L.L.C., an unknown building material supplier, and an unknown drywall subcontractor (the "Builder/Supplier Defendants") and two unknown commercial liability insurance carriers (the "Builder/Supplier Insurer Defendants") from Plaintiffs' claim against State Farm.

State Farm states as the grounds for this motion that the claims against State Farm and against the Builder/Supplier Defendants and the Builder/Supplier Insurer Defendants are improperly joined, are based on entirely different legal theories, involve different factual and legal issues, and can be more efficiently adjudicated in separate cases.

In support of its motion, State Farm relies on its Memorandum of Law in Support of Its Motion to Sever, submitted herewith, and the authorities cited therein.

WHEREFORE, Defendant State Farm Fire & Casualty Company seeks an order severing, pursuant to Federal Rule of Civil Procedure 21, the claim against State Farm from the claims against the Builder/Supplier Defendants and the Builder/Supplier Insurer Defendants.

This 21st day of January, 2010.

/s/ Adrianne L. Baumgartner
_____
**ADRIANNE L. BAUMGARTNER, T.A. (#2861)**
**DARRIN M. O'CONNOR (#24582)**
**EMILY S. MORRISON  (#18351**)
PORTEOUS, HAINKEL & JOHNSON
408 North Columbia Street
Covington, LA 70434
(985) 893-4790
abaumgartner@phjlaw.com
doconnor@phjlaw.com
emorrison@phjlaw.com

**JAMES R. NIESET, JR. (#24856)**
PORTEOUS, HAINKEL & JOHNSON, LLP
704 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3838
jnieset@phjlaw.com

**Attorneys for State Farm Fire & Casualty Company**

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing Defendant State Farm Fire & Casualty Company's Motion to Sever has been served upon counsel for Plaintiffs Cassandra Rogers Wife of/and Brad Rogers by mail,  Counsel for Sun Construction, Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and email <u>or</u> by hand-delivery and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 21st day of January, 2010.

                 /s/ Adrianne L. Baumgartner

                 _____
                 ADRIANNE L. BAUMGARTNER