UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | |
| CASSANDRA ROGERS WIFE OF/AND BRAD ROGERS | * * * | MAG. WILKINSON |
| Versus | * * | 10-0088 |
| SUN CONSTRUCTION, L.L.C. D/B/A SUNRISE HOMES, STATE FARM FIRE AND CASUALTY COMPANY, JOHN DOE SUPPLY, ABC INSURANCE COMPANY, JOHN DOE SUBCONTRACTORS AND XYZ INSURANCE COMPANY | * * * * * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

NOTICE OF HEARING OF DEFENDANT STATE FARM
FIRE & CASUALTY COMPANY'S
RULE 12(b)(6) MOTION TO DISMISS AND MOTION TO SEVER

To:    **Plaintiffs:**
       **CASSANDRA AND BRAD ROGERS**
       Plaintiffs' attorneys:
       Scott Wolfe, Jr.
       Douglas S. Reiser
       Seth J. Smiley
       Wolfe Law Group LLC
       4821 Prytania Street
       New Orleans, LA 70115

**PLEASE TAKE NOTICE** that counsel for Mover and Defendant herein, **State Farm Fire and Casualty Company,** has requested to bring on for Hearing the attached Motion  to Dismiss Plaintiff's  Claims  and Motion to Sever before Judge Eldon E. Fallon  at  United States Courthouse, 500 Poydras Street,  RoomC468, New Orleans, Louisiana, 70130, on **the 10th[th] day of February, 2010 at 9:00 a.m.** a notice hearing date for Section L or at a time set by the court.

1

/s/ Adrianne L. Baumgartner

_____

**ADRIANNE L. BAUMGARTNER, T.A. (#2861)**
**DARRIN M. O'CONNOR (#24582)**
**EMILY S. MORRISON  (#18351)**
PORTEOUS, HAINKEL & JOHNSON
408 North Columbia Street
Covington, LA 70434
(985) 893-4790
Abaumgartner@phjlaw.com
doconnor@phjlaw.com
emorrison@phjlaw.com


**Attorneys for State Farm Fire & Casualty Company**


**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the foregoing Defendant State Farm Fire & Casualty Company's Notice of Hearing has been served upon Scott Wolfe, counsel for Plaintiffs Brad and Cassandra Rogers by mail;  and on counsel for Sun Construction, Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and email <u>and</u> upon all parties electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, this 21st day of January 2010.

**<u>/s/ Adrianne L. Baumgartner</u>**