# STATE FARM EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEAN AND BETH PAYTON, individually, and on behalf of all others similarly situated, [ADDITIONAL PLAINTIFFS LISTED ON SCHEDULE OF PLAINTIFFS, ATTACHED HERETO AS EXHIBIT "A"], <br><br> Plaintiffs, <br><br> v. <br><br> KNAUF GIPS KG; KNAUF PLASTERBOARD (TIANJIN) CO., LTD.; KNAUF PLASTERBOARD (WUHU), CO., LTD.; KNAUF PLASTERBOARD (DONGGUAN) CO., LTD.; [ADDITIONAL DEFENDANTS LISTED ON SCHEDULE OF DEFENDANTS, ATTACHED HERETO AS EXHIBIT "B"], <br><br> Defendants. | CASE NO.: <br><br><br> CLASS ACTION COMPLAINT <br><br><br> JURY TRIAL DEMAND |

## PLAINTIFFS OMNIBUS CLASS ACTION COMPLAINT (I)

Pursuant to Fed. R. Civ. P. 23, the class representatives in this action bring suit on behalf of themselves and all other similarly situated owners and residents of real property containing defective Chinese manufactured drywall that was designed, manufactured, imported, distributed, delivered, supplied, marketed, inspected, installed, or sold by the Defendants. In order to accomplish an effective class structure, each of the class representatives is pursuing a nationwide class action against the Knauf entities,[1] who are the manufacturers of the drywall located in

---

[1] Knauf consists of Knauf GIPS KG, Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu), Co., Ltd., and Knauf Plasterboard (Dongguan) Co., Ltd. (collectively "Knauf").

1



under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2471. Defendant, Suarez Housing Corporation is an entity or individual with a principal place of business at 9950 Princess Palm Avenue 212, Tampa, Florida 33619. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2472. Defendant, Summit Contractors, Inc. is an entity or individual with a principal place of business in Slidell, Louisiana. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2473. Defendant, Summit Homes of LA, Inc. is an entity or individual with a principal place of business at 119 Village Street, Slidell, Louisiana 70458. Defendant is organized under the laws of Louisiana. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2474. Defendant, Sun Construction, LLC is an entity or individual d/b/a Sunrise Homes with a principal place of business at 62250 West End Boulevard, Slidell, Louisiana 70461. Defendant is organized under the laws of Louisiana. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

real property located at 42787 Snapper Way, Franklinton, Louisiana 70438. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

618. Plaintiffs, Ada and Hillary Brown are residents of Louisiana and together own real property located at 812 Cole Ct., Covington, Louisiana 70433. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

619. Plaintiffs, Brad and Cassandra Rogers are residents of Louisiana and together own real property located at 516 Mare Court, Covington, Louisiana 70435. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

620. Plaintiff, Cindy Alfonso is a resident of Louisiana and owns real property located at 12141 McGee Road, Covington, Louisiana 70435. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

621. Plaintiffs, Chris and Lilah Ancira are residents of Louisiana and together own real property located at 110 Pine Alley, Mandeville, Louisiana 70471. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

622. Plaintiff, Edwin Boquet is a resident of Louisiana and owns real property located at 17454 Rosemont, Prairieville, Louisiana 70769. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

Case 2:09-md-02047-EEF-MBN   Document 777-4   Filed 01/21/10   Page 5 of 6

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
Schedule "3"–Builder/Developer List of Subclasses to Plaintiffs Omnibus Class Action Complaint (I)

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| Cunningham, Dennis and Susan<br>288 Penn Mill Lakes Blvd.<br>Covington, LA 70435 | Sun Construction, LLC d/b/a Sunrise Homes | 393 |
| Donaldson, Malcom & Kelli<br>460 Lotus Drive, Northmandeville, LA 74071 | Sun Construction, LLC d/b/a Sunrise Homes | 393 |
| Dorsey, Glenda F.<br>39085 Pirougue Avenue<br>Gonzales, LA 70737 | Sun Construction, LLC d/b/a Sunrise Homes | 393 |
| Fisher, Steve and Corrinn<br>405 North Tyler Street<br>Covington, LA 70433 | Sun Construction, LLC d/b/a Sunrise Homes | 393 |
| Gardette, Michael and Rhonda<br>276 Penn Mill Lakes<br>Covington, LA 70435 | Sun Construction, LLC d/b/a Sunrise Homes | 393 |
| Hidalgo, Tony and Sidney<br>273 Penn Mill Lakes Blvd.<br>Covington, LA 70435 | Sun Construction, LLC d/b/a Sunrise Homes | 393 |
| Perry, Timothy and Tracey<br>15190 Westin Cove<br>Gulfport, MS 39503 | Sun Construction, LLC d/b/a Sunrise Homes | 393 |
| Robbins, Margaret & Glenwood<br>39130 Old Bayou Avenue<br>Gonzales, LA 70737 | Sun Construction, LLC d/b/a Sunrise Homes | 393 |
| Rogers, Brad and Cassandra<br>516 Mare Court<br>Covington, LA 70435 | Sun Construction, LLC d/b/a Sunrise Homes | 393 |
| Taylor, David Jason and Amanda B.<br>3216 Joy Lane<br>Ocean Springs, MS 39564 | Sun Construction, LLC d/b/a Sunrise Homes | 393 |
| Wayne, William and Kelly<br>419 W. Suncrest Loop<br>Covington, LA 70458 | Sun Construction, LLC d/b/a Sunrise Homes | 393 |
| Williams, Diana and Terry<br>520 Mare Court<br>Covington, LA 70435 | Sun Construction LLC d/b/a Sunrise Homes | 393 |
| Perry, Timothy and Tracey<br>15190 Westin Cove<br>Gulfport, MS 39503 | Sunrise Construction and Development, LLC | 394 |
| Shelton, Michael & Leslie<br>568 Huseman Lane<br>Covington, LA 70435 | Sunrise Construction and Development, LLC | 394 |
| Tedesco, Caroline and Robert<br>709 Simpson Way<br>Covington, LA 70435 | Sunrise Construction and Development, LLC | 394 |
| Young, Linda & Raymond<br>577 Huseman Lane<br>Covington, LA 70435 | Sunrise Construction and Development, LLC | 394 |

## Williams Law Office, LLC and Richard J. Fernandez, LLC,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Senac, Jacque and Dana

## Wolfe Law Group, LLC, *Counsel on Behalf of the Following Individual Plaintiffs*:

Hakenjo, Candace and Todd
Hidalgo, Tonya and Sidney
Hubbell, Wendy/Cimo, Christy
Zeber, Michele and Neil
Nieto, Peter
Parr, Shelly and Kelly
Caminita, Jennifer and Frank
Brown, Ada and Hillary
Rogers, Brad and Cassandra

## Yance Law Firm, LLC, *Counsel on Behalf of the Following Individual Plaintiffs*:

Bretzman, Carl Jr and Amanda
Joseph Fernandez
Matthew Cotton and Melanie Cotton
Mark Brown and Tracy Brown
Parker, Charles and Rachael
Singley, Wanda Yvette

## Zimmerman Reed, *Counsel on Behalf of the Following Individual Plaintiffs*:

Ghafari, David
Rose, Tom and Lisa