UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEAN AND BETH PAYTON, et al, | : | CASE NO.: 09-7628 |
| Plaintiffs, | : | |
| v. | : | |
| KNAUF GIPS KG, et al | : | |
| Defendants. | : | |

**PLAINTIFFS' MOTION TO AUTHORIZE SERVICE OF PROCESS OF PLAINTIFFS' CLASS ACTION COMPLAINT ON ROTHSCHILT INTERNATIONAL LIMITED IN TAIWAN AND KNAUF GIPS, KG IN GERMANY**

1. On December 9, 2009, Plaintiffs filed a Class Action Complaint against defendants, Rothschilt International Limited in Taiwan and Knauf Gips, KG in Germany.

2. German and Chinese law require a court order appointing a person or entity to serve process on any defendant. The server's only qualifications must be that it is qualified to do service within the jurisdiction of the Court that is appointing the process server to perform the service of process.

3. Plaintiffs respectfully request this Court appoint APS International, Limited as a qualified server to serve Defendants Rothschilt International Limited in Taiwan and Knauf Gips, KG in Germany.

4. APS International Limited is located at 7800 Glen Roy Road, Minneapolis, MN 55439.

5. APS International, Limited. is a legal support company that provides services to law firms, including the service of process on entities located in foreign nations. APS International Limited has extensive knowledge of Hague Convention Rules for service abroad on

foreign entities. APS International Limited has been appointed by the Commonwealth of Pennsylvania Courts in the past to serve German defendants.

6. APS International, Ltd. has advised Plaintiffs it would require two weeks to translate Plaintiffs' Class Action Complaint from English to German and Chinese. Further, once it is served it would take 16 weeks to receive proof of service from Germany and China.

WHEREFORE, Plaintiffs respectfully request this Court authorize APS International Limited to serve process on the Defendants.

Respectfully submitted,

Dated: January 12, 2010        By:    s/j/_____

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
*Plaintiffs' Liaison Counsel*
*MDL 2047*

**PLAINTIFFS' STEERING COMMITTEE**

Arnold Levin, Esquire
Daniel C. Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
**Alevin@lfsblaw.com**
*Plaintiffs' Lead Counsel*
*MDL 2047*

Dawn M. Barrios, Esquire
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650

New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
**Barrios@bkc-law.com**

Daniel E. Becnel, Jr. , Esquire
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
**dbecnel@becnellaw.com**

Victor Manuel Diaz, Esquire
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
**vdiaz@podhurst.com**

Ervin A. Gonzalez, Esquire
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Aragon Avenue, 2nd Floor
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
**Ervin@colson.com**

Ben W. Gordon, Jr. , Esquire
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
**bgordon@levinlaw.com**

Hugh P. Lambert, Esquire
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750

Fax: (504) 529-2931
hlambert@lambertandnelson.com

Bruce William Steckler, Esquire
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Gerald E. Meunier, Esquire
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seith Parker, Esquire
Parker, Waichman, Alonso LLP
27399 Riverview Center Blvd.
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

James Robert Reeves, Esquire
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger, Esquire
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Scott Wm. Weinstein, Esquire
Morgan & Morgan

12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

**INDIVIDUAL PLAINTIFFS' COUNSEL**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis, Esquire
HAUSFELD LLP

1700 K Street, N.W.
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Daniel K. Bryson, Esquire
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Jeremy W. Alters, Esquire
Alters, Boldt, Brown, Rash & Culmo, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@abbrclaw.com

Richard Serpe, Esquire
LAW OFFICES OF RICHARD J. SERPE
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
**rserpe@serpefirm.com**

**SPECIAL COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Harry T. Lemmon, Esquire
Attorney at Law
650 Poydras Street, Suite 2335
New Orleans, LA 70130
Phone: (504) 581-5644
Fax: (504) 581-2156
**htlemmon@bellsouth.net**

Edward F. Sherman
Tulane Law School
6329 Freret Street
New Orleans, LA 70118-5670
Phone: (504) 865-5979
**esherman@tulane.edu**