UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to<br>*Pate v. American International Specialty Lines Insurance Co, et al*<br>(09-7791) | MDL NO.:  2047<br><br>JUDGE: FALLON<br><br>MAG: WILKINSON |

NOTICE OF APPEARANCE OF COUNSEL

**NOW INTO COURT,** come the following listed counsel, who hereby make their appearance on behalf of defendant, Mid-Continent Casualty Company:

Morgan J. Wells, Jr.
Lee M. Peacocke
LARZELERE PICOU WELLS SIMPSON LONERO, LLC
Two Lakeway Center - Suite 1100
3850 North Causeway Boulevard
Metairie, Louisiana  70002
Telephone: (504) 834-6500
Facsimile:  (504) 834-6565

Ronald L. Kammer, T.A.
Pedro E. Hernandez
HINSHAW & CULBERTSON LLP
9155 S. Dadeland Blvd., Suite 1600
Miami, Florida 33156
Telephone: (305) 428-5100
Facsimile: (305) 577-1063

This appearance is submitted reserving all defenses, and without waiving any objections to jurisdiction, venue, or service on behalf of Mid-Continent Casualty Company.

Respectfully submitted,

**LARZELERE PICOU WELLS
    SIMPSON LONERO, LLC**
Two Lakeway Center - Suite 1100
3850 North Causeway Boulevard
Metairie, Louisiana 70002
Telephone: (504) 834-6500
Facsimile: (504) 834-6565

BY:   <u>*/s/ Lee M. Peacocke*</u>
**MORGAN J. WELLS, JR. (La. No. 18499)**
     mwells@lpwsl.com
**LEE M. PEACOCKE (La. No. 18374)**
     lpeacocke@lpwsl.com

AND

**HINSHAW & CULBERTSON LLP**
**Ronald L. Kammer, T.A. (Fl. No. 360859)**
     rkammer@hinshawlaw.com
**Pedro E. Hernandez (Fl. No. 30365)**
     phernandez@hinshawlaw.com
9155 S. Dadeland Blvd., Suite 1600
Miami, Florida 33156
Telephone: (305) 428-5100
Facsimile: (305) 577-1063

**ATTORNEYS FOR DEFENDANT,
MID-CONTINENT CASUALTY COMPANY**

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of January, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service.

                                                 _/s/ Lee M. Peacocke_