UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to<br>*Pate v. American International Specialty Lines Insurance Co, et al*<br>**(09-7791)** | MDL NO.: 2047<br><br>JUDGE: FALLON<br><br>MAG: WILKINSON |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO
FILE RESPONSIVE PLEADINGS**

     **NOW INTO COURT,** through undersigned counsel, comes defendant, Mid-Continent Casualty Company, and hereby respectfully requests an extension of time until February 24, 2010 in which to file responsive pleadings to the Complaint filed by plaintiff, in Civil Action No. 09-7791.  This request is made with a full reservation of all rights, defenses, and objections available to defendant. Counsel for plaintiff has been contacted and has stated that plaintiff has no opposition to this Motion.

**WHEREFORE,** defendant, Mid-Continent Casualty Company, respectfully prays that it be granted an extension of time until February 24, 2010 in which to file responsive pleadings in this matter.

        Respectfully submitted,

        **LARZELERE PICOU WELLS**
           **SIMPSON LONERO, LLC**
        Two Lakeway Center - Suite 1100
        3850 North Causeway Boulevard
        Metairie, Louisiana  70002
        Telephone: (504) 834-6500
        Facsimile:  (504) 834-6565

**BY:**   */s/ Lee M. Peacocke*
        **MORGAN J. WELLS, JR. (No. 18499)**
           mwells@lpwsl.com
        **LEE M. PEACOCKE (No. 18374)**
           lpeacocke@lpwsl.com

        **AND**

        **HINSHAW & CULBERTSON LLP**
        **Ronald L. Kammer, T.A. (Fl. No. 360859)**
           rkammer@hinshawlaw.com
        **Pedro E. Hernandez (Fl. No. 30365)**
           phernandez@hinshawlaw.com
        9155 S.  Dadeland Blvd., Suite 1600
        Miami, Florida  33156
        Telephone: (305) 428-5100
        Facsimile: (305) 577-1063

        **ATTORNEYS FOR DEFENDANT, MID-CONTINENT CASUALTY COMPANY**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of January, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service.

    /s/ Lee M. Peacocke