UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**This Document relates to**<br>*Pate v. American International Specialty Lines Insurance Co, et al*<br>**(09-7791)** | MDL NO.: 2047<br><br>JUDGE: FALLON<br><br>MAG: WILKINSON |

### ORDER

Considering the foregoing Motion,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that defendant, Mid-Continent Casualty Company, is granted until February 24, 2010 in which to file responsive pleadings in Civil Action No. 09-7791.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
UNITED STATES DISTRICT COURT JUDGE
EASTERN DISTRICT OF LOUISIANA