UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO ALL CASES | : : : : : | JUDGE FALLON MAG. JUDGE WILKINSON |

## PSC AND HSC's JOINT STIPULATION REGARDING DIRECT FILINGS AND INCORPORATED ORDER ADOPTING AND RATIFYING JOINT STIPULATION

The Plaintiffs' Steering Committee ("PSC") and the Homebuilders' Steering Committee ("HSC") hereby jointly agree and stipulate that any homebuilder defendants that direct file any insurance coverage actions ("coverage actions") in MDL 2047 may do so without submitting themselves to personal or subject matter jurisdiction in the Eastern District of Louisiana beyond claims arising directly from the coverage actions. The PSC and HSC further stipulate and agree that the direct filing of any coverage actions will not constitute a waiver of any other defenses or objections, including those related to venue, for non-coverage actions lying in the Eastern District of Louisiana.

_____
RUSS HERMAN

_____
PHILLIP A. WITTMANN

Upon consideration of the foregoing stipulation, IT IS ORDERED that the PSC and HSC's Joint Stipulation Regarding Direct Filings is hereby approved, ratified and adopted as the Order of this Court.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE