UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION :
: SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE WILKINSON

**This Document Relates to: Larry Brennan**

### ORDER

The Court is in receipt of the attached correspondence from Mr. Larry Brennan. IT IS ORDERED that the correspondence be entered into the record. The Court directs counsel for Mr. Brennan to respond to his client's concerns. A copy of this correspondence shall be forwarded to counsel for Mr. Brennan.

New Orleans, Louisiana, this 19th day of January, 2010.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Jerrold S. Parker
Parker Waichman Alonso LLP
3301 Bonita Beach Road
Bonita Springs, Florida 34134

Mr. Larry Brennan
875 39th Avenue NW
Naples, FL 34120

___ Fee ___
___ Process ___
X   Dktd ___
___ CtRmDep ___
___ Doc. No. ___