# * * * FAX COVER PAGE * * *

**FROM:**

    **NAME:**          BRENNAN

    **PHONE NUMBER:**    14551847

    **FAX NUMBER:**     12394551847

**PRIORITY:**          None

**MESSAGE:**



### Request for Assistance CD MDL

Saturday, January 16, 2010 8:56 AM

From: "Larry Brennan" <larrybrennan@yahoo.com>
To: mkrozen@feinbergrozen.com
Cc: "Barbara Lee Brennan" <txlondie2912@yahoo.com>, "Jordan Chaikin" <jchaikin@yourlawyer.com>, "April Goodwin" <agoodwin@yourlawyer.com>
1 File (111.1KB)



CPSC.pdf

ATTN: JUDGE ELTON FALLON

Dear Mr. Rozen:

Congratulations on your appointment as Special Master in the Chinese Drywall MDL.

The reason for my contact is to enlist your help in trying to receive a report on an inspection of our property at 875 39th Ave NW in Naples, FL. At the request of our attorney's office of PWA, Mr. Richard Stewart of RC Clicks conducted an inspection on August 26, 2008. I have tried to receive a copy of the report as has our attorney, who has requested the report many times with no success. I have sought the relief of the Florida Attorney General to receive the report, but to no avail. The Florida Department of Insurance contacted Mid Continent Group and informed me that the insurance company was treating the report as an internal work project, much to my surprise, as I was promised a copy of the report as I thought that we were moving in all transparency toward as just resolution in this matter according to Mr. Parker of PWA. We had two other inspections conducted by an adjuster from GAB Robins(report received) and a federal inspector from the CPSC(report received, which I will attach).

In my contact with MCG, I was told that I shouldn't have received any copies of these reports as it was against Florida Statutes.

I have listened in on several of the telephone status conferences and I detect a sense of character in Judge Fallon's voice and I know that he is trying to move as best that he can with judicious regard for all parties concerned. Toward that end I would graciously ask that you contact Judge Fallon and see if the Court can expedite our receiving of the oft-requested report of the inspection of our property.

My wife, Barbara, and I do not have it as bad as many; yet we have suffered through the A/C coil failures (now on our fifth in two units), the appliance failures, the blackening and corrosion of our electrical ground wires, and darkening of my wife's silver service, etc.

I still am of the personal conviction that these are the people's courts at every level and would again ask you and Judge Fallon to intercede or guide as to how we can receive a copy of the expert insurance adjuster's report.

Thanking you in advance, I remain-

Trustingly Yours,

Larry Brennan
875 39th Ave NW
Naples, FL 34120

http://us.mc657.mail.yahoo.com/mc/showMessage?sMid=0&fid=Sent&filterBy=&.rand=7...  1/16/2010

I will attempt to fax this note to the Court for Judge Fallon, but I would request that you share this with him as we on the front lines await a resolution in these matters!

Thanks again!

Larry