UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 90-2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | JUDGE FALLON |
| | * | |
| This document relates to: | * | MAGISTRATE WILKINSON |
| ROBERT C. PATE, as Trustee for the | * | |
| Chinese Drywall Trust | * | |
| VERSUS | * | |
| AMERICAN INTERNATIONAL SPECIALTY | * | |
| LINES INSURANCE, ET AL | * | |
| **(2:09-07791)** (E.D. La.) | * | |
| | * | |

***********************************************************************

### FIRST EX PARTE MOTION OF NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. FOR EXTENSION OF TIME TO PLEAD

Now through undersigned counsel comes defendant National Union Fire Insurance Company of Pittsburgh, Pa., appearing specially, and reserving any and all rights, defenses, and objections, including, without limitation, the right to object to the consolidation of the Pate lawsuit (09-07791) with this MDL, (09-02047), and the right to object to and/or move to transfer venue, and respectfully moves this Court pursuant to Uniform District Court Rule 7.9E for an order granting it an extension of time of twenty (20) days, or through and including February 15, 2010, within which to file pleadings responsive to plaintiff's complaint. As grounds for this motion undersigned counsel represents that service was

purportedly effected on or about January 4, 2010, and accordingly that responsive pleadings would otherwise be due at the earliest on January 25, 2010. Undersigned counsel has just been retained in this matter and desires the aforementioned extension of time in order to fully investigate the matter and prepare appropriate responsive pleadings. This is this defendant's first motion for extension of time to plead and the opposing party has not filed in the record an objection to the extension of time.

WHEREFORE, defendant National Union Fire Insurance Company of Pittsburgh, Pa. respectfully moves this Court for an extension of time to file responsive pleadings, through and including February 15, 2010.

Respectfully submitted,

**BARKLEY & THOMPSON, L.C.**

BY: _____*s/Thomas E. Schwab*_____
Thomas E. Schwab Bar Roll No. 2099
BARKLEY & THOMPSON, L.C.
1515 Poydras Street, Suite 2350
New Orleans, LA 70112
Telephone: (504) 595-3350
Telecopier: (504) 595-3355
Email: tschwab@barkleythompson.com
**Attorneys for Defendant, National Union Fire Insurance Company of Pittsburgh, Pa.**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 22, 2010, a copy of National Union Fire Insurance Company of Pittsburgh, Pa.'s First Ex Parte Motion for Extension of Time to Plead was filed electronically with the Clerk of court using the CM/ECF system. Notice/service of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

　　　　　　　　　　　　　　　　　　　　　　*s/Thomas E. Schwab*
　　　　　　　　　　　　　　　　　　ATTORNEYS FOR DEFENDANT,
　　　　　　　　　　　　　　　　　　National Union Fire Insurance Company
　　　　　　　　　　　　　　　　　　of Pittsburgh, Pa.