UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 90-2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | JUDGE FALLON |
| | * | |
| This document relates to: | * | MAGISTRATE WILKINSON |
| ROBERT C. PATE, as Trustee for the | * | |
| Chinese Drywall Trust | * | |
| VERSUS | * | |
| AMERICAN INTERNATIONAL SPECIALTY | * | |
| LINES INSURANCE, ET AL | * | |
| **(2:09-07791)** (E.D. La.) | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

CONSIDERING the foregoing motion for extension of time to file responsive pleadings;

IT IS HEREBY ORDERED that said motion is GRANTED, and that defendant National Union Fire Insurance Company of Pittsburgh, Pa. is hereby granted a twenty (20) day extension of time to plead in response to the complaint herein, or through and including February 15, 2010, with full reservation of all rights, defenses and objections, including, without limitation, the right to object to the consolidation of the Pate lawsuit (09-07791) with this MDL, (09-02047), and the right to object to and/or move to transfer venue.

New Orleans, Louisiana this _____ day of _____, 2010.

_____
United States Magistrate Judge