BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
MDL-2047 - In re Chinese Drywall Litigation

SCHEDULE OF RELATED ACTION

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Owners Insurance Company,<br>Auto-Owners Insurance Company<br><br>**Defendants:**<br>The Mitchell Company, Inc. (**Movant**),<br>Rightway Drywall, Inc. | M.D. Ga. | 09-374 | Hugh Lawson |