UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT C. PATE, Trustee for the Chinese Drywall Trust,<br><br>    Plaintiff<br><br>versus<br><br>AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, AMERISURE INSURANCE COMPANY, AMERISURE MUTUAL INSURANCE COMPANY, AUTO-OWNERS INSURANCE COMPANY, FCCI COMMERCIAL INSURANCE COMPANY, FCCI INSURANCE COMPANY, HERMITAGE INSURANCE COMPANY, ILLINOIS UNION INSURANCE COMPANY, LANDMARK AMERICAN INSURANCE COMPANY, LEXINGTON INSURANCE COMANY, MID-CONTINENT CASUALTY COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGG, PA, OLD REPUBLIC INSURANCE COMPANY, and STEADFAST INSURANCE COMPANY,<br><br>    Defendants | CIVIL ACTION:  2:09-CV-07791<br><br>JUDGE:        ELDON E. FALLON<br><br>MAGISTRATE:  JOSEPH C. WILKINSON, JR. |

**UNOPPOSED MOTION FOR EXTENSION OF TIME AND INCORPORATED MEMORANDUM IN SUPPORT**

NOW INTO COURT, THROUGH UNDERSIGNED COUNSEL, come defendants FCCI COMMERCIAL INSURANCE COMPANY and FCCI INSURANCE COMPANY, who respectfully move this Court for an Order extending the time to Answer, object or otherwise respond to Plaintiff's Complaint for the following reasons, to wit:

1.

Plaintiff filed his Complaint on or around December 23, 2009.

2.

Defendants FCCI COMMERCIAL INSURANCE COMPANY and FCCI INSURANCE COMPANY were not served with process until approximately January 4, 2010.

3.

Undersigned counsel for defendants FCCI COMMERCIAL INSURANCE COMPANY and FCCI INSURANCE COMPANY has contacted counsel for plaintiff, who advised that he has no objection to the granting of this motion.

4.

This is defendants FCCI COMMERCIAL INSURANCE COMPANY and FCCI INSURANCE COMPANY first request for an extension of time.  Such request will not retard or otherwise delay the progress of this action.

5.

Defendants FCCI COMMERCIAL INSURANCE COMPANY and FCCI INSURANCE COMPANY hereby fully reserve any and all rights to file any motions (including, but not limited to, any motion concerning jurisdiction, venue and service of process) notwithstanding the filing or granting of this motion.

**WHEREFORE**, in light of the foregoing, including plaintiff's consent to the granting of this motion, defendants FCCI COMMERCIAL INSURANCE COMPANY and FCCI INSURANCE COMPANY pray that this motion be granted thereby allowing FCCI COMMERCIAL INSURANCE COMPANY and FCCI INSURANCE COMPANY up through and including February 23, 2010 to file an Answer or other responsive pleadings and for all other general and equitable relief to which they may be granted and this Court is competent to grant.

Respectfully submitted,

/s/ Patrick E. Costello
PATRICK E. COSTELLO   (#26619)
JACQUES P. DeGRUY    (#29144)
Mouledoux, Bland, Legrand & Brackett, LLC
701 Poydras Street, Suite 4250
New Orleans, Louisiana  70139
504-595-3000 (office)
504-522-2121 (fax)
pcostello@mblb.com

AND

ROBERT M. DARROCH
rdarroch@gmlj.com
GA State Bar No.:  205490
STEPHANIE F. GLICKAUF
sglickauf@gmlj.com
GA State Bar No.:  257540
GOODMAN McGUFFEY LINDSEY & JOHNSON, LLP
3340 Peachtree Road, NE, Suite 2100
Atlanta, GA  30326-1084
Phone:       (404) 264-1500
Fax:    (404) 264-1737
Applications for Admission Pro Hac Vice to be submitted

Attorneys for FCCI INSURANCE COMPANY and FCCI COMMERCIAL INSURANCE COMPANY

- 4 -

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 22, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

I further certify that there are no non-CM/ECF participants.

 /s/ Patrick E. Costello