UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
    PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
This Document Relates to All Cases : MAG. JUDGE WILKINSON

**ORDER**

    It has been brought to the Court's attention that certain counsel are requesting that the monthly status conference scheduled for February 11, 2010, be continued due to the Mardi Gras holiday. The Court has considered the request. It finds that regularly scheduled conferences are essential to keep the present litigation on track. Additionally, the Court notes that Liaison Counsel are all local to New Orleans and that a conference call line has been established for those counsel who are not able to attend. Accordingly, IT IS ORDERED that the February 11, 2010 monthly status conference date remains as scheduled. If out-of-town counsel wish to speak via telephone at the conference, they are directed to make arrangements with the Court.

    New Orleans, Louisiana, this __20th__ day of January 2010.

                                              _____
                                              ELDON E. FALLON
                                              UNITED STATES DISTRICT JUDGE