**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED | * | MDL No. 2:09-md-02047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | |
| ROBERT C. PATE, as Trustee for the | * | |
| Chinese Drywall Trust | * | MAGISTRATE WILKINSON |
| VERSUS | * | |
| AMERICAN INTERNATIONAL SPECIALTY | * | |
| LINES INSURANCE COMPANY, ET AL | * | |
| (**2:09-cv-07791**) (E.D. La.) | * | |
| | * | |

**********************************************

<u>**EX PARTE MOTION FOR EXTENSION OF TIME**</u>

   **NOW INTO COURT**, through undersigned counsel, come Defendants, CHARTIS
SPECIALTY INSURANCE COMPANY (formerly known as American International Specialty Lines
Insurance Company) ("Chartis") and LEXINGTON INSURANCE COMPANY ("Lexington"), who
move this Honorable Court for an extension of time in which to file responsive pleadings to
Plaintiff's original Complaint.

1.

On or about December 23, 2009, Robert C. Pate, as Trustee for the Chinese Drywall Trurst, filed a Complaint against various defendants, including Chartis and Lexington, which was served on Chartis and Lexington through the Louisiana Secretary of State on January 4, 2009.

2.

Chartis' and Lexington's responsive pleadings are due on January 25, 2010.

3.

Accordingly, Chartis and Lexington specifically request that this Honorable Court grant an extension of time of an additional twenty (20) days within which to respond to the Complaint through and including February 15, 2010, in order to further investigate and accurately respond to the allegations contained in Plaintiff's Complaint.

4.

With the filing of this Motion, Chartis and Lexington are appearing specially, with a reservation of any and all rights, defenses and objections, including, without limitation, the right to object to and/or move to transfer venue and to object to consolidation with and/or inclusion in the MDL proceeding.

**<u>Certificate Pursuant to Rule 7.9 of the Local Rules</u>**

In accordance with Rule 7.9 of the Local Rules, Chartis and Lexington state that there has been no previous extension of time filed to plead to the Complaint and Plaintiff has not filed in the record an objection to an extension of time.

**WHEREFORE**, Chartis and Lexington pray that their motion be granted and that they be given an additional twenty (20) days, through and including February 15, 2010, within which to file responsive pleadings to Plaintiff's original Complaint.

Respectfully submitted:


s/Erin Fury Parkinson

**ERIN FURY PARKINSON, T.A.  (# 22549)**
**JOSE L. BARRO, III   (# 30857)**
**SARAH J. MURPHY  (#31893)**
MCGLINCHEY STAFFORD, PLLC
601 Poydras Street, 12th Floor
New Orleans, Louisiana  70130
Telephone:  (504) 586-1200
Facsimile:  (504) 910-9539
E-mail:   eparkinson@mcglinchey.com
              jbarro@mcglinchey.com
              smurphy@mcglinchey.com

*Of Counsel:*

**WARREN LUTZ**
**PAUL D. SMOLINSKY**
JACKSON & CAMPBELL, P.C.
1120 20th Street, N.W.
Suite 300 South
Washington, D.C.   20036
Phone:  (202) 457-1600
Facsimile:  (202) 457-1678
E-mail:   wlutz@jackscamp.com
              psmolinsky@jackscamp.com

**Attorneys for Defendants:**
CHARTIS SPECIALTY INSURANCE COMPANY
(formerly known as  American International
Specialty Lines Insurance Company) **and**
LEXINGTON INSURANCE COMPANY

3

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2010, a copy of the foregoing "*EX PARTE Motion for Extension of Time*" was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all CM/ECF participants by operation of the Court's electronic filing system.  I also certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants:

American Guarantee and Liability Insurance Co.
℅ Louisiana Secretary of State, Legal Services
8585 Archives Avenue
Baton Rouge, LA  70809

Amerisure Insurance Company
℅ Louisiana Secretary of State, Legal Services
8585 Archives Avenue
Baton Rouge, LA  70809

Amerisure Mutual Insurance Company
℅ Louisiana Secretary of State, Legal Services
8585 Archives Avenue
Baton Rouge, LA  70809

Auto-Owners Insurance Company
℅ Louisiana Secretary of State, Legal Services
8585 Archives Avenue
Baton Rouge, LA  70809

FCCI Commercial Insurance Company
℅ Louisiana Secretary of State, Legal Services
8585 Archives Avenue
Baton Rouge, LA  70809

FCCI Insurance Company
℅ Louisiana Secretary of State, Legal Services
8585 Archives Avenue
Baton Rouge, LA  70809

Hermitage Insurance Company
℅ Louisiana Secretary of State, Legal Services
8585 Archives Avenue
Baton Rouge, LA  70809

Mid-Continent Casualty Company
℅ Louisiana Secretary of State, Legal Services
8585 Archives Avenue
Baton Rouge, LA  70809

National Union Fire Insurance Company of
Pittsburgh, Pa.
℅ Louisiana Secretary of State, Legal Services
8585 Archives Avenue
Baton Rouge, LA  70809

Old Republic Insurance Company
℅ Louisiana Secretary of State, Legal Services
8585 Archives Avenue
Baton Rouge, LA  70809

Scottsdale Insurance Company
℅ Louisiana Secretary of State, Legal Services
8585 Archives Avenue
Baton Rouge, LA  70809

Steadfast Insurance Company
℅ Louisiana Secretary of State, Legal Services
8585 Archives Avenue
Baton Rouge, LA  70809

New Orleans, Louisiana, this 22nd day of January, 2010.

s/Erin Fury Parkinson

**ERIN FURY PARKINSON, T.A.  (# 22549)**
**JOSE L. BARRO, III   (# 30857)**
**SARAH J. MURPHY  (#31893)**
McGLINCHEY STAFFORD, PLLC
601 Poydras Street, 12th Floor
New Orleans, Louisiana  70130
Telephone:  (504) 586-1200
Facsimile:  (504) 910-9539
E-mail:   eparkinson@mcglinchey.com
          jbarro@mcglinchey.com
          smurphy@mcglinchey.com