UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| **This document relates to:** | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE WILKINSON |
| *Gross, et al. v. Knauf Gips KG, et al.* | * | |
| Case No. 09-6690 (E.D. La.) | * | |

*************************************************************************

## DEFENDANT MAURICE PINCOFFS COMPANY, INC.'S ANSWER

NOW COMES Maurice Pincoffs Company, Inc. who, for answer to the "Class Action Complaint" served upon it avers as follows:

## FIRST DEFENSE

The complaint fails to state a claim upon which relief can be granted as against Maurice Pincoffs Company, Inc.

## SECOND DEFENSE

Responding to the allegations of the complaint, Maurice Pincoffs Company, Inc. avers as follows:

1.

The allegations in Paragraphs 1 and 2 of the complaint state conclusions of law and require no answer, but if answer be required, same are denied for lack of sufficient information upon which to base a belief.

2.

The allegations set forth in Paragraphs 3 through 14 of the complaint are denied for lack of sufficient information upon which to form a belief.

3.

The allegations in Paragraphs 15 through 25 of the complaint concern defendants other than Maurice Pincoffs Company, Inc., but should answer be required of this defendant, said allegations are denied for lack of sufficient information upon which to form a belief.

4.

The allegations of Paragraph 26 of the complaint as to King Shing Steel Enterprises Co., Ltd., are denied insofar as any sale of products to Maurice Pincoffs Company, Inc., might be concerned.  King Shing Steel Enterprises, Co. Ltd., has provided and sold hardware, specifically drywall nails, to Maurice Pincoffs Company, Inc., but to the knowledge of Maurice Pincoffs Company, Inc., King Shing Steel Enterprises Co., Ltd., has not manufactured, sold, distributed, marketed, and/or placed within the stream of commerce gypsum drywall, and certainly has not done so in regard to Maurice Pincoffs Company, Inc.

5.

Paragraphs 27 through 117 of the complaint concern defendants other than Maurice Pincoffs, Inc. but if an answer be required of this defendant, the allegations of said paragraphs of the complaint are denied for lack of sufficient information upon which to base a belief.

6.

Maurice Pincoffs Company, Inc. admits, as alleged in Paragraph 118 of the complaint, that it is a corporation principally located in Houston, Texas.  Maurice Pincoffs Company, Inc. denies that it is a supplier of drywall.  Maurice Pincoffs Company, Inc. denies that it supplied any of the drywall at issue in this litigation.  Specifically, defendant Maurice Pincoffs Company, Inc., has imported, marketed, and sold certain hardware, including drywall nails and screws.

However, Maurice Pincoffs Company, Inc. has not dealt in drywall itself, including Chinese-manufactured drywall.

7.

The allegations of Paragraphs 119 through 146 of the complaint concern defendants other than Maurice Pincoffs Company, Inc., but if answer be required of this defendant, the allegations of said paragraphs are denied.

8.

The allegations of all remaining paragraphs of the complaint are denied.  Said allegations concern other defendants.  As stated above, Maurice Pincoffs Company, Inc. does not deal in drywall including Chinese-manufactured drywall.

## **THIRD DEFENSE**

Maurice Pincoffs Company, Inc. pleads prescription, statute of limitations, and untimeliness as to the claims asserted.

## **FOURTH DEFENSE**

Maurice Pincoffs Company, Inc., asserts that any actionable bases of negligence, fault, or other means for imposing liability, exist only as to third parties over whom this defendant exercises no control.

## **FIFTH DEFENSE**

Maurice Pincoffs Company, Inc. denies that this action is appropriate for class action status as to Maurice Pincoffs Company, Inc.

## **SIXTH DEFENSE**

Maurice Pincoffs Company, Inc. incorporates herein by reference as if pleaded *in extenso* each and every common affirmative defense pleaded by similarly-situated defendants.

## SEVENTH DEFENSE

Maurice Pincoffs Company, Inc. reserves the right to supplement and to amend its answer, if necessary, as additional facts or information are discovered, at all times reiterating that Maurice Pincoffs Company, Inc. is not a supplier of drywall as alleged in the complaint.

**WHEREFORE,** defendant Maurice Pincoffs Company, Inc., prays that this answer be deemed good and sufficient, and that after due proceedings, judgment be entered herein in its favor, dismissing the complaint with prejudice and at plaintiffs' cost.  Maurice Pincoffs Company, Inc. further prays for any additional relief to which it might be entitled, and reserves the right to supplement and to amend its answer, if necessary.

Respectfully submitted,

*s/Patrick H. Patrick*
Patrick H. Patrick (14297) (TA)
Pierre V. Miller, II     (17712)
PATRICK MILLER LLC
Suite 1680, Texaco Center
400 Poydras Street
New Orleans, Louisiana 70130
Telephone:     (504) 527-5400
Facsimile:     (504) 527-5456
E-mail: ppatrick@patrickmillerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Defendant Maurice Pincoffs Company, Inc.'s Answer** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that all the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 22nd day of January, 2010.

*s/Patrick H. Patrick*
Patrick H. Patrick