## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT C. PATE, trustee for the Chinese Drywall Trust | * DOCKET NO. 09-7791 |
| | * JUDGE: FALLON |
| v. | |
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY | * MAGISTRATE JUDGE: JCW |

*********************************** ****************************************

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE, AND/OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT

HERMITAGE INSURANCE COMPANY ("Defendant") moves the Court to extend the deadline for Hermitage Insurance Company. to answer, move and/or otherwise respond to Plaintiffs' Complaint through and including February 15, 2010.

**WHEREAS,** Hermitage Insurance Company was served with the Complaint ("Plaintiffs' Complaint") in the above-captioned matter on January 4, 2010;

**WHEREAS,** Defendant Hermitage Insurance Company, requests an extension of time within which to answer, move and/or otherwise respond to Plaintiffs' Complaint, through and including February 15, 2010

**WHEREAS,** Plaintiffs do not oppose said request for extension

Respectfully submitted, this 22nd day of January, 2010.

/S/ Isaac H. Ryan
ISAAC H. RYAN (23925)
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Fax: (504) 566-1201
*Attorneys for Defendant*

## CERTIFICATE

I, Isaac H. Ryan, do hereby certify that a true and correct copy of the above and foregoing document has been transmitted via ECF to all counsel of record on this 22nd[th] day of January, 2010.

/S/ Isaac H. Ryan