# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| ROBERT C. PATE, trustee for the Chinese Drywall Trust | * DOCKET NO. 09-7791 <br> * <br> * JUDGE: FALLON |
| v. |  * |
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY | * MAGISTRATE JUDGE: JCW <br> * <br> * <br> * |

*********************************** ***************************************

## **ORDER**

Upon Motion, Hermitage Insurance Company is hereby granted an additional twenty days, or until February 15, 2010 to file pleadings responsive to plaintiff's complaint.

New Orleans, Louisiana, this ___ day of January, 2010

_____
UNITED STATES DISTRICT JUDGE