UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| **This document relates to:** | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE WILKINSON |
| *Gross, et al. v. Knauf Gips KG, et al.* | * | |
| Case No. 09-6690 (E.D. La.) | * | |

*******************************************************************************

## MOTION FOR SUMMARY JUDGMENT ON BEHALF OF MAURICE PINCOFFS COMPANY, INC.

NOW COMES Maurice Pincoffs Company, Inc. who moves for summary judgment dismissing all claims against it, with prejudice, on the basis that Maurice Pincoffs Company, Inc., is not a supplier of drywall and did not supply any of the drywall at issue in this litigation as alleged in the class action complaint, all is set forth more fully in the attached supporting memorandum.

Respectfully submitted,

*s/Patrick H. Patrick*
Patrick H. Patrick (14297) (TA)
Pierre V. Miller, II    (17712)
PATRICK MILLER LLC
Suite 1680, Texaco Center
400 Poydras Street
New Orleans, Louisiana 70130
Telephone:    (504) 527-5400
Facsimile:     (504) 527-5456
E-mail: ppatrick@patrickmillerlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **Defendant Maurice Pincoffs Company, Inc.s' Motion for Summary Judgment** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that all the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 22nd day of January, 2010.

*s/Patrick H. Patrick*
Patrick H. Patrick