UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| **This document relates to:** | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE WILKINSON |
| *Gross, et al. v. Knauf Gips KG, et al.* | * | |
| Case No. 09-6690 (E.D. La.) | * | |

*******************************************************************************

### MEMORANDUM IN SUPPORT OF MAURICE PINCOFFS COMPANY, INC.'S MOTION FOR SUMMARY JUDGMENT

**MAY IT PLEASE THE COURT:**

In the class action complaint filed in this matter, allegation no. 118 states as follows:

118. Defendant Maurice Pincoffs Company, Inc. is a Texas corporation with a principal place of business located in Houston, TX. Maurice Pincoffs Company, Inc. is a supplier of drywall and related building products. By information and belief, Maurice Pincoffs Company, Inc. supplied the drywall at issue in this litigation in certain of the affected states.

Upon investigation as to why such an allegation was made as to Maurice Pincoffs Company, Inc., ("Maurice Pincoffs") it was discovered that Maurice Pincoffs appears on a document or matrix apparently prepared by plaintiffs and referred to as the "drywall shipping chart." This document lists Maurice Pincoffs as consignee and King Shing Steel Enterprise Company, Ltd. as the shipper on certain transactions. For the Honorable Court's convenience, a copy of the "drywall shipping chart" listings concerning Maurice Pincoffs, provided by plaintiffs' counsel, is attached as Exhibit "1." In fact, these shipments concern phosphate-coated drywall *nails*. Maurice Pincoffs does not deal in any type of drywall, including Chinese-manufactured drywall.

Attached, for example, as Exhibit "2" are the various documents concerning the shipment of drywall nails indicated in the third entry on the first page of Exhibit "1."

Maurice Pincoffs recognizes that the unsworn documents in Exhibits "1" and "2" may not, by themselves, support a motion for summary judgment.  See, e.g., Rock v. Huffco Gas & Oil Co., Inc., 922 F.2d 272, 283 (5th Cir. 1991).  These exhibits instead illustrate why Maurice Pincoffs was erroneously made a defendant.  Maurice Pincoffs supports its motion for summary judgment, in accordance with Federal Rule of Civil Procedure 56, with Exhibit "3," the sworn declaration of John I. Griffin, the President and CEO of Maurice Pincoffs Company, Inc.  As established in the declaration, Maurice Pincoffs imports, sells, and distributes metal and steel products.  Maurice Pincoffs sells and distributes among its line of metal products drywall screws and other hardware.  Maurice Pincoffs does not now and has never imported, sold, distributed, or in any manner dealt in drywall itself, including but not limited to Chinese-manufactured drywall.

Based upon material facts as to which there is no genuine issue for trial, no reasonable finder of fact could conclude that the allegations made in the complaint against Maurice Pincoffs are true.  Therefore, no reasonable finder of fact could impose liability upon Maurice Pincoffs in this matter.  Accordingly, summary judgment should be entered dismissing all claims against Maurice Pincoffs with prejudice.

                                      Respectfully submitted,

                                      *s/Patrick H. Patrick*
                                      Patrick H. Patrick (14297) (TA)
                                      Pierre V. Miller, II     (17712)
                                      PATRICK MILLER LLC
                                      Suite 1680, Texaco Center
                                      400 Poydras Street
                                      New Orleans, Louisiana 70130
                                      Telephone:    (504) 527-5400
                                      Facsimile:     (504) 527-5456
                                      E-mail: ppatrick@patrickmillerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Memorandum in Support of Maurice Pincoffs Company, Inc.s' Motion for Summary Judgment** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that all the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 22nd day of January, 2010.

*s/Patrick H. Patrick*
Patrick H. Patrick