# Maurice Pincoffs as Consignee or Notify Party

| Shipper | Weight (Kg) | Arrival Date | Consignee | Notify Party | Port of Arrival | Commodity |
|---|---|---|---|---|---|---|
| KING SHING STEEL ENTERPRISE CO.,LTD | 40,661.07 | 10/12/2004 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | SEATTLE | 1728 CTN AS PER ORDER P.O. PN-5186 P.C DRYWALL ALL PALLETS ARE BARK FREE AND PEST FREE 864CTNS=18PLGS AS PER ORDER P.O. PN-5187 P.C DRYWALL ALL PALLETS ARE BARK FREE AND PEST FREE 864CTNS=18PLTS S/O 8104 MOGU2544012 1728 CTN AS PER ORDER P.O. PN-5186 P.C DRYWALL ALL PALLETS ARE BARK FREE AND PEST FREE 864CTNS=18PLGS AS PER ORDER P.O. PN-5187 P.C DRYWALL ALL PALLETS ARE BARK FREE AND PEST FREE 864CTNS=18PLTS S/O 8104   TRLU3079270 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,331.22 | 1/28/2007 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | 18 PALLETS AS PER ORDER P.O. PN-1037 P.C DRYW ALL SHIPPER ADVISED  ALL PALLETS ARE BARK FR EE AND PEST FREE    KLTU1173115 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,331.22 | 2/22/2009 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | 18 PALLETS AS PER ORDER P.O.PN-3288 P.C DRYW ALL ALL PALLETS ARE BARK FREE AND PEST FREE    AKLU6007789 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,331.22 | 1/5/2009 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | 18 PALLETS AS PER ORDER P.O.PN-3208 P.C DRYW ALL ALL PALLETS ARE BARK FREE AND PEST FREE    KKTU7860619 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,331.22 | 10/6/2007 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | 18 PALLETS AS PER ORDER P.O. PN-1846 P.C DRYW ALL SHIPPER ADVISES  ALL PALLETS ARE BARK FRE E AND PEST FREE   KKTU7134426 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,331.22 | 7/16/2006 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | 18 PALLETS AS PER ORDER P.O.PN-0194 P.C. DRYW ALL SHIPPER ADVISES  ALL PALLETS ARE BARK FRE E AND PEST FREE   TEXU3980320 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,331.22 | 5/4/2007 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | PORTLAND OR | 18 PALLETS AS PER ORDER P.O.PN-1331 P.C DRYWA LL SHIPPER ADVISES  ALL PALLETS ARE BARK FREE AND PEST FREE 44620.00LBS  20,330.35 KGS  KKTU7218229 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,331.22 | 4/24/2007 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | 18 PLTS AS PER ORDER P.O.PN-1323 P.C DRYWALL  ALL PALLETS ARE BARK FREE AND PEST FREE    CLHU2207679 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,331.22 | 4/8/2007 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | 18 PALLETS AS PER ORDER P.O.PN-1322 P.C. DRYW ALL SHIPPER ADVISED  ALL PALLETS ARE BARK FRE E AND PEST FREE   KKTU7282676 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,331.22 | 9/24/2006 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | 18 PLTS AS PER ORDER P.O.PN-0678 P.C DRYWALL  ALL PALLETS ARE BARK FREE AND PEST FREE    KKTU7309062 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,331.22 | 2/6/2007 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | 18 PALLETS AS PER ORDER P.O.PN-1038 P.C. DRYW ALL SHIPPER ADVISED   ALL PALLETS ARE BARK FR EE AND PEST  FREE  FREIGHT PREPAID  DDC PREP AID     KLTU7628886 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,331.22 | 5/19/2007 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | 18 PALLETS AS PER ORDER P.O.PN-1356 P.C. DRYW ALL SHIPPER ADVISED   ALL PALLETS ARE BARK FR EE AND PEST FREE   KKTU7333921 |

| Shipper | Weight (Kg) | Arrival Date | Consignee | Notify Party | Port of Arrival | Commodity |
|---|---|---|---|---|---|---|
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,331.22 | 1/15/2007 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | 18 PALLETS AS PER ORDER P.O.PN-0990 P.C DRYWA LL SHIPPER ADVISED  ALL PALLETS ARE BARK FRE E  AND PEST FREE   GLDU3546974 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,331.22 | 12/2/2007 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | 18 PALLETS AS PER ORDER P.O.PN-2035 P.C DRYWA LL SHIPPER ADVISES  ALL PALLETS ARE BARK FREE AND PEST FREE   44,820,00LBS 20,330.35 KGS   KKTU7492820 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,331.22 | 5/10/2008 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | 18 PLTS AS PER ORDER P.O.PN-2363  P.C DRYWALL ALL PALLETS ARE BARK FREE AND PEST FREE DDC  PREPAID   TCKU3079777 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,331.22 | 4/14/2008 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | 18 PALLETS AS PER ORDER P.O.PN-2360 P.C DRYWA LL SHIPPER S ADVISES  ALL PALLETS ARE BARK F REE AND PEST  FREE   TRLU3056037 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,331.22 | 1/2/2007 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | SPLIT BL SEE BL KKU811070765   18 PALLETS A S PER ORDER P.O.PN-0989 P.C DRYWALL    TEXU3583385 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,331.22 | 1/28/2006 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | 18 PALLETS AS PER ORDER P.O. PN-6623 P.C. DRY WALL  SHIPPER ADVISES ALL PALLETS ARE BA RK F REE AND PEST FREE   FSCU7601888 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,331.22 | 1/2/2007 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | SPLIT BL SEE BL KKLU811070652  18 PALLETS  AS PER ORDER P.O.PN-1036 P.C DRYWALL    GATU0591638 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,329.85 | 5/12/2005 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | PC DRYWALL  AS PER ORDER P.O. PN-5693  P.C DRYWALL  ACCORDING TO SHIPPER  ALL PALLETS ARE BARK FREE  AND PEST FREE  44,820.00 LBS = 20,330.35 KGS     EISU3562927 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,329.85 | 10/27/2007 | MAURICE PINCOFFS COMPANY, INC. | SAME AS CONSIGNEE. | LOS ANGELES | P.C DRYWALL  AS PER ORDER P.O.PN-1900  P.C DRYWALL ACCORDING TO SHIPPER  ALL PALLETS ARE BARK FREE  AND PEST FREE  THE SAME    WFHU1253804 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,329.85 | 10/14/2006 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | P.C DRYWALL  AS PER ORDER P.O.PN-0693  P.C DRYWALL  ALL PALLETS ARE BARK FREE  AND PEST FREE  THE SAME  THE SAME     EMCU3315225 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,329.85 | 5/12/2005 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | PC DRYWALL  AS PER ORDER P.O. PN-5750  P.C DRYWALL  ACCORDING TO SHIPPER  ALL PALLETS ARE BARK FREE  AND PEST FREE  44,820.00 LBS = 20,330.35 KGS     UESU2358157 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,329.85 | 5/24/2005 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | TACOMA | P.C. DRYWALL ***1008CTNS=18PLTS***     FSCU3674891 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,329.85 | 9/28/2006 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | PORTLAND OR | P.C DRYWALL ALL PALLETS ARE BARK FREE AND PES T FREE  AS PER ORDER P.O.PN-0679 864 CTNS ( 1 8 PALLETS )  "NO DOCUMENT TRANSFER FEE"  HJCU8454574 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,329.85 | 5/13/2006 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | P.C DRYWALL  AS PER ORDER P.O.PN-6956  P.C DRYWALL  ACCORDING TO SHIPPER:  ALL PALLETS ARE BARK FREE  AND PEST FREE  G.W.:44,820.00 LBS  =20,330.35 KGS    TGHU3433676 |

| *Shipper* | *Weight (Kg)* | *Arrival Date* | *Consignee* | *Notify Party* | *Port of Arrival* | *Commodity* |
|---|---|---|---|---|---|---|
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,329.85 | 9/30/2006 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | P.C DRYWALL AS PER ORDER P.O.PN-0692 P.C DRYWALL SHIPPER DECLARE: ALL PALLETS ARE BARK FREE AND PEST FREE   EISU3683472 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,329.85 | 10/24/2004 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | 18 PALLETS AS PER ORDER P.O. PN-4997 P.C DRY WALL SHIPPER ADVICED ALL PALLETS ARE BARK FR EE AND PEST FREE   KLTU1249967 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,329.85 | 2/10/2005 | MAURICE PINCOEES COMPANY, INC. | ORDER | LONG BEACH | P.C DRYWALL    MOLU7055783 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,329.85 | 7/31/2005 | MAURICE PINCOFFS COMPANY, INC. | SAME AS CONSIGNEE. | LOS ANGELES | P.C DRYWALL AS PER ORDER P.O. PN-5986 P.C DRYWALL ALL PALLETS ARE BARK FREE AND PEST FREE 20330.35KGS=44820LBS THE SAME THE SAME    TGHU2367564 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,329.85 | 4/1/2006 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | P.C DRYWALL AS PER ORDER P.O. PN-6786 P.C DRYWALL ACCORDING TO SHIPPER: ALL PALLETS ARE BARK FREE AND PEST FREE   EMCU3333933 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,329.85 | 3/11/2006 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | 18 PLTS AS PER ORDER P.O.PN-6607 P.C DRYWALL ALL PALLETS ARE BARK FREE AND PEST FREE    FSCU3642929 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,329.85 | 2/11/2006 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | P.C DRYWALL AS PER ORDER P.O. PN-6527 P.C DRYWALL SHIPPER DECLARES: ALL PALLETS ARE BARK FREE AND PEST FREE   WFHU1263438 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,329.85 | 2/12/2006 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | 18 PALLETS AS PER ORDER P.O. PN-6562 P.C. DRY WALL SHIPPER ADVISES ALL PALLETS ARE BA RK F REE AND PEST FREE   KLTU1111284 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,329.85 | 2/4/2006 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | P.C DRYWALL AS PER ORDER P.O. PN-6559 P.C DRYWALL ALL PALLETS ARE BARK FREE AND PEST FREE THE SAME THE SAME    FSCU7984410 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,329.85 | 2/4/2006 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | P.C DRYWALL AS PER ORDER P.O. PN-6560 P.C DRYWALL ALL PALLETS ARE BARK FREE AND PEST FREE THE SAME THE SAME    FSCU7584986 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,329.85 | 10/30/2004 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | 18 PLTS AS PER ORDER P.O.PN-5029 P.C DRYWALL ALL PALLETS ARE BARK FREE AND PEST FREE    FSCU7720803 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,329.85 | 10/24/2004 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | 18 PALLETS AS PER ORDER P.O. PN-5028 P.C DRY WALL SHIPPER ADVISED ALL PALLETS ARE BARK FR EE AND PEST FREE   KLTU1238849 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,329.85 | 10/24/2004 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | 18 PALLETS AS PER ORDER P.O. PN-5027 P.C DRY WALL SHIPPER ADVISED ALL PALLETS ARE BARK FR EE AND PEST FREE   KLTU1146167 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,329.85 | 10/24/2004 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | 18 PALLETS AS PER ORDER P.O. PN-5026 P.C DRY WALL SHIPPER ADVISED ALL PALLETS ARE BARK FR EE AND PEST FREE   TRLU2757480 |

| Shipper | Weight (Kg) | Arrival Date | Consignee | Notify Party | Port of Arrival | Commodity |
|---|---|---|---|---|---|---|
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,329.85 | 2/24/2005 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | DRYWALL  AS PER ORDER P.O. PN-5547  P.C DRYWALL ACCORDING TO SHIPPER  ALL PALLETS ARE BARK FREE  AND PEST FREE  44,820.00 LBS = 20,330.35 KGS     EMCU3329928 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,329.85 | 1/14/2006 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | P.C DRYWALL  AS PER ORDER P.O. PN-6472  P.C DRYWALL ACCORDING TO SHIPPER: ALL PALLETS ARE BARK FREE  AND PEST FREE  UESU2180208 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,329.85 | 11/5/2005 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | P.C DRYWALL  AS PER ORDER P.O. PN-6321  P.C DRYWALL SHIPPER DECLARE:  ALL PALLETS ARE BARK FREE  AND PEST FREE   CAXU6116820 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,329.85 | 10/22/2005 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | P.C DRYWALL  AS PER ORDER P.O. PN-6293  P.C DRYWALL SHIPPER DECLARE:  ALL PALLETS ARE BARK FREE  AND PEST FREE   EMCU3335622 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,329.85 | 10/22/2005 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | P.C DRYWALL  AS PER ORDER P.O. PN-6159  P.C DRYWALL SHIPPER DECLARE:  ALL PALLETS ARE BARK FREE AND  PEST FREE  THE SAME    INBU3926817 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,329.85 | 10/1/2005 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | 18 PALLETS AS PER ORDER P.O. PN-6197 P.C DRYW ALL ALL PALLETS ARE BARK FREE AND PEST FREE    FSCU7917768 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,329.85 | 9/17/2005 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | DRYWALL  AS PER ORDER P.O. PN-6173  P.C DRYWALL ACCORDING TO SHIPPER  ALL PALLETS ARE BARK FREE  AND PEST FREE   FSCU3584822 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,329.85 | 9/17/2005 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | DRYWALL  AS PER ORDER P.O. PN-6200  P.C DRYWALL ACCORDING TO SHIPPER  ALL PALLETS ARE BARK FREE  AND PEST FREE  TGHU2781635 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,329.85 | 9/15/2005 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | P.C DRYWALL  AS PER ORDER P.O. PN-6196  P.C DRYWALL ACCORDING TO SHIPPER  ALL PALLETS ARE BARK FREE AND PEST FREE  THE SAME  THE SAME     INBU3754261 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,329.85 | 9/10/2005 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | DRYWALL  AS PER ORDER P.O. PN-6157  P.C. DRYWALL ACCORDING TO SHIPPER  ALL PALLETS ARE BARK FREE  AND PEST FREE  THE SAME    EMCU3353971 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,329.85 | 5/24/2005 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | TACOMA | P.C DRYWALL ***1056CTNS=18PLTS***     TGHU2457781 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,329.85 | 11/27/2005 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | 18 PALLETS AS PER ORDER P.O. PN-6323 P.C. DRY WALL SHIPPER ADVISES  ALL PALLETS ARE BARK FR EE AND PEST FREE  KKTU7539682 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,329.85 | 7/18/2005 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | 18 PALLETS AS PER ORDER P.O. PN-5985 P.C DRYW ALL SHIPPER ADVISES  ALL PALLETS ARE BARK FRE E AND PEST FREE  KLTU1177933 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,329.85 | 11/27/2005 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | 18 PALLETS AS PER ORDER P.O. PN-6324 P.C. DRY WALL SHIPPER ADVISES  ALL PALLETS ARE BARK FR EE AND PEST FREE  KKTU7570883 |

| Shipper | Weight (Kg) | Arrival Date | Consignee | Notify Party | Port of Arrival | Commodity |
|---|---|---|---|---|---|---|
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,329.85 | 11/19/2005 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | P.C DRYWALL  AS PER ORDER P.O. PN-6322  P.C DRYWALL ACCORDING TO SHIPPER: "ALL PALLETS ARE BARK FREE AND PEST FREE"  THE SAME     TGHU3357107 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,329.85 | 6/10/2006 | MAURICE PINCOFFS COMPANY, INC. | SAME AS CONSIGNEE. | LOS ANGELES | P.C DRYWALL  AS PER ORDER P.O.PN-0192  P.C DRYWALL ACCORDING TO SHIPPER:  ALL PALLETS ARE BARK FREE  AND PEST FREE  THE SAME     EMCU3266120 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,329.85 | 2/6/2005 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | DRYWALL  18 PALLETS = 864 CTNS  AS PER ORDER P.O. PN-5371  P.C DRYWALL  ACCORDING TO SHIPPER  ALL PALLETS ARE BARK FREE  AND PEST FREE     GATU0391244 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,329.85 | 11/22/2004 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | AS PER ORDER P.O. PN-5197  P.C DRYWALL  ALL PALLETS ARE BARK FREE  AND PEST FREE  SAME  SAME  864 CTNS=18 PLTS     HJCU6947571 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,329.85 | 11/18/2006 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | P.C DRYWALL  AS PER ORDER P.O.PN-0899  P.C DRYWALL  ALL PALLETS ARE BARK FREE  ACCORDING TO SHIPPER:  AND PEST FREE   FSCU7346709 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,329.85 | 1/7/2007 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | P.C DRYWALL  AS PER ORDER P.O.PN-1035  P.C DRYWALL SHIPPER DECLARE:  ALL PALLETS ARE BARK FREE AND  PEST FREE  THE SAME     UESU2351300 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,329.85 | 1/7/2007 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | P.C DRYWALL  AS PER ORDER P.O:PN-1000  P.C DRYWALL SHIPPER DECLARE:  ALL PALLETS ARE BARK FREE AND  PEST FREE  THE SAME     FSCU7747635 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,329.85 | 6/10/2006 | MAURICE PINCOFFS COMPANY, INC. | SAME AS CONSIGNEE. | LOS ANGELES | P.C DRYWALL  AS PER ORDER P.O.PN-0097  P.C DRYWALL ACCORDING TO SHIPPER:  ALL PALLETS ARE BARK FREE  AND PEST FREE  THE SAME     TGHU3634942 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,329.85 | 2/1/2005 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | P.C DRYWALL  AS PER ORDER P.O. PN-5370  P.C DRYWALL ACCORDING TO SHIPPER  ALL PALLETS ARE BARK FREE AND PEST FREE  THE SAME     EMCU3467906 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,329.85 | 1/15/2006 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | PORTLAND OR | 18 PLTS AS PER ORDER P.O.PN-6483 P.C DRYWALL  DESCRIPTION COMPLETE   TEXU2313683 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,329.85 | 1/28/2006 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | 18 PALLETS AS PER ORDER P.O. PN-6516  P.C DRYW ALL SHIPPER ADVISED   ALL PALLETS ARE BARK FR EE AND  PEST FREE     MLCU3000395 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,329.85 | 2/24/2005 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | DRYWALL  AS PER ORDER P.O. PN-5490  P.C DRYWALL ACCORDING TO SHIPPER  ALL PALLETS ARE BARK FREE  AND PEST FREE  44,820.00 LBS = 20,330.35 KGS     EMCU3264848 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,329.85 | 2/1/2005 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | P.C DRYWALL  AS PER ORDER P.O. PN-5392  P.C DRYWALL ACCORDING TO SHIPPER  ALL PALLETS ARE BARK FREE AND PEST FREE  THE SAME     TGHU2674560 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,329.85 | 2/25/2005 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | TACOMA | P.C DRYWALL  ***1152CTNS=18PLTS***     INBU3623929 |

| Shipper | Weight (Kg) | Arrival Date | Consignee | Notify Party | Port of Arrival | Commodity |
|---|---|---|---|---|---|---|
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,329.85 | 4/9/2005 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | AS PER ORDER P.O. PN-5659  P.C DRYWALL  ALL PALLETS ARE BARK FREE  AND PEST FREE  864 CTNS = 18 PALLETS   GESU2043388 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 20,329.85 | 2/2/2005 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | AS PER ORDER P.O. PN-5410 P.C DRYWALL ALL PAL LETS ARE BARK FREE AND PEST FREE    OOLU7055893 AS PER ORDER P.O. PN-5410 P.C DRYWALL ALL PAL LETS ARE BARK FREE AND PEST FREE   OOLU7382113 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 19,201.00 | 9/22/2007 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | P.C DRYWALL   816 CTNS = 17 PALLETS     TGHU3202635 |
| KING SHING STEEL EISNTERPRISE CO.,LTD | 19,201.00 | 4/19/2008 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | P.C DRYWALL   816 CTNS = 17 PALLETS      EISU3883315 |
| KING SHING STEEL EMNTERPRISE CO.,LTD | 19,201.00 | 5/10/2008 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | P.C DRYWALL  816 CTNS = 17 PALLETS       EMCU3198237 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 19,201.00 | 4/28/2007 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | P.C DRYWALL     816 CTNS = 17 PALLETS        EMCU3476493 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 18,070.78 | 7/7/2006 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | TACOMA | AS PER ORDER P.O PN-0258 P.C DRYWALL         IPXU3387444 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 18,070.78 | 10/21/2006 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | P.C DRYWALL  768 CTNS = 16 PALLETS          EMCU3167452 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 18,070.78 | 7/7/2006 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | TACOMA | P.C DRYWALL      GLDU2304826 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 10,165.15 | 11/27/2004 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | AS PER ORDER P.O. PN-5198  P.C DRYWALL  ALL PALLETS ARE BARK FREE  AND PEST FREE  432 CTNS=9 PLTS  SAME  HJCU6948731 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 10,165.15 | 11/27/2004 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | AS PER ORDER P.O. PN-5198  P.C DRYWALL  ALL PALLETS ARE BARK FREE  AND PEST FREE  SAME  SAME  432 CTNS=9 PLTS   HJCU6956547 |
| KING SHING STEEL ENTERPRISE CO.,LTD | 2,033.12 | 10/7/2006 | MAURICE PINCOFFS COMPANY, INC. | MAURICE PINCOFFS COMPANY, INC. | LOS ANGELES | DRYWALL  AS PER ORDER P.O.PN-0714  P.C DRYWALL ACCORDING TO SHIPPER :  ALL PALLETS ARE BARK FREE  AND PEST FREE   INBU3954716 |
| **Subtotal for Shipper:** | **1,596,825.14** | | | | | |