# Maurice Pincoffs Company, Inc.

ESTABLISHED 1880
INTERNATIONAL MARKETING AND DISTRIBUTION

MAILING ADDRESS P.O. BOX 920919 • HOUSTON, TEXAS 77292-0919
MAIN OFFICE 2180 NORTH LOOP WEST, SUITE 510 • HOUSTON, TEXAS 77018-8002
Tel: (713) 292-2007 • Fax: (713) 681-7564 • website: http://www.pincoffs.com • e-mail: jig@pincoffs.com

January 14, 2010

Mr. Patrick H. Patrick
PATRICK MILLER LLC
400 Poydras Street, Suite 1680
New Orleans, LA 70130

Dear Pat:

Enclosed you will find the documents you requested with a complete description of the nails including tariff numbers.

Also, note that the supplier is King Shing Steel Enterprise which is a steel supplier, not drywall.

If further information is required, do not hesitate to contact me.

Kind regards,

Sincerely,

*Deborah Wilder*

Deborah Wilder

*Deborah Wilder*
*Assistant to the President*
*Office/HR Manager*
*Maurice Pincoffs Company, Inc.*
*1235 North Loop West Suite 510*
*Houston, Texas 77008*
*713-292-2007 Ofc/Fax713-681-7564*
*Cell:713-822-4614/dcw@pincoffs.com*

# Maurice Pincoffs Company, Inc.

ESTABLISHED 1880
INTERNATIONAL MARKETING AND DISTRIBUTION

MAILING ADDRESS P.O. BOX 920919 • HOUSTON, TEXAS 77292-0919
MAIN OFFICE 2180 NORTH LOOP WEST, SUITE 510 • HOUSTON, TEXAS 77018-8002
Tel: (713) 292-2007 • Fax: (713) 681-7564 • website: http://www.pincoffs.com • e-mail: jig@pincoffs.com

January 14, 2010

Mr. Patrick H. Patrick
PATRICK MILLER LLC
400 Poydras Street, Suite 1680
New Orleans, LA 70130

Dear Pat:

Enclosed you will find the documents you requested with a complete description of the nails including tariff numbers.

Also, note that the supplier is King Shing Steel Enterprise which is a steel supplier, not drywall.

If further information is required, do not hesitate to contact me.

Kind regards,

Sincerely,

*Deborah Wilder*

Deborah Wilder

*Deborah Wilder*
*Assistant to the President*
*Office/HR Manager*
*Maurice Pincoffs Company, Inc.*
*1235 North Loop West Suite 510*
*Houston, Texas 77008*
*713-292-2007 Ofc/Fax 713-681-7564*
*Cell: 713-822-4614/dcw@pincoffs.com*

# MAURICE PINCOFFS
COMPANY INC

MAILING ADDRESS: PO BOX 920919 · HOUSTON, TX 77292-0919
PHYSICAL ADDRESS: 2180 N LOOP WEST · SUITE 510 · HOUSTON, TX 77018
PHONE: 713-681-5461 · FAX: 713-681-8521 · WEB ADDRESS: WWW.PINCOFFS.COM

## PURCHASE ORDER

Supp Acct: 341

Supplier:
King Shing Steel Enterprise
No 21, Sec 1, Baoan Rd,
Baoan Tsuen, Ren Der Shiang
Tainan Shian, Taiwan

ROC

Ship to:
Houston, TX

47 - back to back

Purchase Order No: 103288
Date: 12/15/08
Buyer: WWP - Wayne Pao
Buyers Email: wwp@pincoffs.com
Terms: W/T- Rcpt Docs
Currency: $ - Dollar
Shipping Terms: CIF/Houston,DDC/DOX PAID CY-SH

Customer PO: 16045-A

| Whse | Stock Code | Item Description | Quantity | Qty Unit Measure | Price | Price Unit Measure | Extended Amount |
|---|---|---|---|---|---|---|---|
| 47 | 11470 | 1 3/8" x 13.5G x 9/32 Pc Drywall 50#/ctn | 624.000 | CTN | 27.40 | CTN | 17,097.60 |
| 47 | 11472 | 1-5/8 x 13-1/2G x 9/32 Pc Drywall 50#/ctn | 240.000 | CTN | 27.40 | CTN | 6,576.00 |

COMMODITY: Chemical Etched Parker-Head P/C Drywall (Nails)
QUALITY: All nails must meet federal specifications of FF-N-105B
Total 18 pallets, 864 cartons
PRICE: As above per carton CIF Dock Houston,Tx DDC/DOX PAID CY container shipment
SHIPMENT: Early February '09 x Taiwan to arrive Houston. Please advise vessel name and ETA destination as soon as known CY Container Shipment.
WEIGHT: Net weight of 50 lbs. per carton to be invoiced.
PACKING: Net 50 lbs carton in sturdy corrugated box and 48 cartons to be

DATE _____
MPCI _____

ALL CLAIMS MUST BE SUPPORTED BY PROPER EXCEPTIONS NOTED IN THE DOCK DELIVERY RECEIPTS AT TIME OF DELIVERY.
DAMAGED GOODS MUST BE HELD FOR OUR INSPECTION, NO DELIVERIES MADE ON SATURDAYS, SUNDAYS, OR HOLIDAYS.

RECEIVED BY: _____    DATE: _____

# MAURICE PINCOFFS
COMPANY INC

MAILING ADDRESS: PO BOX 920919 · HOUSTON, TX 77292-0919
PHYSICAL ADDRESS: 2180 N LOOP WEST · SUITE 510 · HOUSTON, TX 77018
PHONE: 713-681-5461 · FAX: 713-681-8521 · WEB ADDRESS: WWW.PINCOFFS.COM

## PURCHASE ORDER

**Supp Acct:** 341

**Supplier:**
King Shing Steel Enterprise
No 21, Sec 1, Baoan Rd,
Baoan Tsuen, Ren Der Shiang
Tainan Shian, Taiwan
ROC

**Ship to:**
Houston, TX

47 - back to back

**Purchase Order No:** 103288
**Date:** 12/15/08
**Buyer:** WWP - Wayne Pao
**Buyers Email:** wwp@pincoffs.com
**Terms:** W/T- Rcpt Docs
**Currency:** $ - Dollar
**Shipping Terms:** CIF/Houston,DDC/DOX PAID CY-SH

**Customer PO:** 16045-A

| Whse | Stock Code | Item Description | Quantity | Qty Unit Measure | Price | Price Unit Measure | Extended Amount |
|---|---|---|---|---|---|---|---|
| | | palletized | | | | | |
| | | PAYMENT: Telegraphic transfer of funds payable 5 days upon receipt of documents via facsimile. | | | | | |
| | | Commercial invoice signed showing, net/gross wts., ocean freight costs in U.S. dollars and identifying material as being in compliance with PN-3288. | | | | | |
| | | Mill test reports. | | | | | |
| | | Packing list showing cartons per pallet, net/gross wts. in lbs., number of pallets. | | | | | |
| | | Full set clean on board ocean bills of lading consigned to MAURICE PINCOFFS CO, INC. | | | | | |
| | | MARK: Usual blue & red lettering stencil cartons with our order # PN-3288; size; description; 50 lbs net;FFN-105B; Houston, TX; Made In Taiwan. | | | | | |
| | | Documents to be air couriered to Pincoffs | | | | | |

DATE _____
MPCI _____

ALL CLAIMS MUST BE SUPPORTED BY PROPER EXCEPTIONS NOTED IN THE DOCK DELIVERY RECEIPTS AT TIME OF DELIVERY.
DAMAGED GOODS MUST BE HELD FOR OUR INSPECTION, NO DELIVERIES MADE ON SATURDAYS, SUNDAYS, OR HOLIDAYS.

RECEIVED BY: _____ DATE: _____

# MAURICE PINCOFFS
COMPANY INC

MAILING ADDRESS: PO BOX 920919 · HOUSTON, TX 77292-0919
PHYSICAL ADDRESS: 2180 N LOOP WEST · SUITE 510 · HOUSTON, TX 77018
PHONE: 713-681-5461 · FAX: 713-681-8521 · WEB ADDRESS: WWW.PINCOFFS.COM

## PURCHASE ORDER

**Supp Acct:** 341

**Supplier:**
King Shing Steel Enterprise
No 21, Sec 1, Baoan Rd ,
Baoan Tsuen, Ren Der Shiang
Tainan Shian, Taiwan

ROC

**Ship to:**
Houston, TX

47 - back to back

**Purchase Order No:** 103288
**Date:** 12/15/08
**Buyer:** WWP - Wayne Pao
**Buyers Email:** wwp@pincoffs.com
**Terms:** W/T- Rcpt Docs
**Currency:** $ - Dollar
**Shipping Terms:** CIF/Houston,DDC/DOX PAID CY-SH

**Customer PO:** 16045-A

| Whse | Stock Code | Item Description | Quantity | Qty Unit Measure | Price | Price Unit Measure | Extended Amount |
|------|------------|------------------|----------|------------------|-------|--------------------|-----------------|
|      |            | within 5 days of shipment date. |          |                  |       |                    |                 |

| | Purchase Order Total: | 23,673.60 |
|---|---|---|

DATE _____
MPCI _____

ALL CLAIMS MUST BE SUPPORTED BY PROPER EXCEPTIONS NOTED IN THE DOCK DELIVERY RECEIPTS AT TIME OF DELIVERY.
DAMAGED GOODS MUST BE HELD FOR OUR INSPECTION, NO DELIVERIES MADE ON SATURDAYS, SUNDAYS, OR HOLIDAYS.

RECEIVED BY: _____   DATE: _____

# KING SHING STEEL ENTERPRISE CO., LTD.

NO.21 SEC.1 BAOAN RD.BAOAN TSUEN REN DER SHIANG
TAINAN SHIAN TAIWAN
E-MAIL:kingstee@ms72.hinet.net
TEL:(06)2 6 6 1 2 2 1 - 2 6 6 1 4 0 5
FAX:(06)2 6 6 4 6 9 5

Date: FEB.05,2009

## INVOICE

NO. PN-3288

INVOICE of  864 CTNS (18P) OF P.C DRYWALL  shipped in good order and condition by s/s  YM ZENITH V-06E  sailing on or about _____ from KAOHSIUNG, TAIWAN  to  HOUSTON, TX  via _____

on account and risks of Messrs  MAURICE PINCOFFS COMPANY, INC.

2180 NORTH LOOP WEST, SUITE #510 HOUSTON, TEX 77018 U.S.A.

| Marks & Nos. | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| (NAILS) HOUSTON PN-3288 P/NO. 1-18 MADE IN TAIWAN R.O.C. | AS PER ORDER P.O. PN-3288<br><br>P.C DRYWALL<br>STOCK CODE# 11470<br>TARIFF NO. 7317.00.90<br>13-1/2GA X 9/32" X 1-3/8"<br>2.28m/m X 7.2m/m X 36.5m/m<br>STOCK CODE# 11472<br>TARIFF NO. 7317.00.90<br>13-1/2GA X 9/32" X 1-5/8"<br>2.28m/m X 7.2m/m X 42.9m/m<br>------------------------------<br>18 PALLETS<br>vvvvvvvvvv | 624CTNS<br><br><br><br><br>240CTNS<br><br><br>-------<br>864CTNS<br>vvvvvvv | PER CTN<br>USD27.40<br><br><br><br>USD27.40<br><br><br>--------<br> | CIF HOUSTON<br><br>USD17,097.60<br><br><br><br>USD 6,576.00<br><br><br>------------<br>USD23,673.60<br>vvvvvvvvvvvv |

SAY TOTAL U.S. DOLLARS TWENTY THREE THOUSAND SIX HUNDRED SEVENTY THREE AND CENTS SIXTY ONLY.

CONTAINER NUMBER: AKLU6007789

CONTAINER STUFFING LOCATION:KING SHING STEEL ENTERPRISE CO., LTD.
NO.21,SEC.1,BAOAN RD.,BAOAN TSUEN REN DER SHIANG TAINAN SHIAN TAIWAN
MASTER BILL OF LADING NUMBER: KKLUTW1007245

NAME AND ADDRESS OF THE MANUFACTURER:KING SHING STEEL ENTERPRISE CO., LTD.
NO.21,SEC.1,BAOAN RD.,BAOAN TSUEN REN DER SHIANG TAINAN SHIAN TAIWAN

KING SHING STEEL ENTERPRISE CO., LTD.

# KING SHING STEEL ENTERPRISE CO., LTD.

NO.21 SEC.1 BAOAN RD.BAOAN TSUEN REN DER SHIANG
TAINAN SHAN TAIWAN
E-MAIL:Kingstee@ms72.hinet.net
TEL:(06)2 6 6 1 2 2 1 - 2 6 6 1 4 0 5
FAX:(06)2 6 6 4 6 9 5

## PACKING/WEIGHT LIST

Date: FEB.05.2009

Invoice No. PN-3288

On account and risk of Messrs: MAURICE PINCOFFS COMPANY, INC.
2180 NORTH LOOP WEST, SUITE #510 HOUSTON, TEX 77018 U.S.A.

Commodity _____

Per S.S/M.V: YM ZENITH V-06E

Shipping Date about: _____

Port of Shipment: FROM:KAOHSIUNG, TAIWAN   TO:HOUSTON, TX

Mark:
NAILS
HOUSTON
PN-3288
P/NO. 1-18
MADE IN TAIWAN
R.O.C.

| Case No. | Description | Quantity | Net Weight | Gross Weight | Measurement |
|---|---|---|---|---|---|
| 1-13 | AS PER ORDER P.O. PN-3288<br><br>P.C DRYWALL<br>STOCK CODE# 11470<br>TARIFF NO. 7317.00.90<br>13-1/2GA X 9/32" X 1-3/8"<br>2.28m/m X 7.2m/m X 36.5m/m | 624CTNS | 31,200LBS<br>(14,152.32KGS) | 32,370LBS<br>(14,683.03KGS) | |
| 14-18 | STOCK CODE# 11472<br>TARIFF NO. 7317.00.90<br>13-1/2GA X 9/32" X 1-5/8"<br>2.28m/m X 7.2m/m X 42.9m/m | 240CTNS | 12,000LBS<br>(5,443.20KGS) | 12,450LBS<br>(5,647.32KGS) | |
| 18PALLETS | | 864CTNS<br>vvvvvvv | 43,200LBS<br>=19,595.52KGS | 44,820LBS<br>=20,330.35KGS | |

SAY . EIGHTEEN PALLETS ONLY.

QUANTITY : EIGHT HUNDRED SIXTY FOUR CTNS ONLY.

KING SHING STEEL ENTERPRISE CO., LTD.

FROM : KING SHING STEEL          FAX NO. : 886 6 2664695          FEB. 09 2009 11:43AM  P. 3

02/09/2009 08:59 FAX 886 7 5373242          "K"LINE KAOHSIUNG          ☑ 001/003

2005YZTH06E

KKLUTW1007245

MLB

**Shipper**
KING SHING STEEL ENTERPRISE CO., LTD.
NO.21, SEC 1 BAOAN RD.,
BAOAN TSUEN REN DER SHIANG
TAINAN SHIAN TAIWAN

# K LINE
KAWASAKI KISEN KAISHA, LTD.

**Consignee**
MAURICE PINCOFFS COMPANY, INC.
2180 NORTH LOOP WEST, SUITE #510
HOUSTON, TEX 77018 U.S.A.

## COMBINED TRANSPORT BILL OF LADING

## COPY NON-NEGOTIABLE

**Notify Party**
MAURICE PINCOFFS COMPANY INC.
2180 NORTH LOOP WEST, SUITE #510
HOUSTON, TEX 77018 U.S.A.

EXTRACT OF MAIN DESCRIPTION
OF ORIGINAL BILL OF LADING

| Pre-Carriage by | Place of Receipt | | |
|---|---|---|---|
| | KAOHSIUNG TAIWAN | | S/C No : 16003 |
| Ocean Vessel | Port of Loading | | |
| YM ZENITH | KAOHSIUNG TAIWAN | | |
| Port of Discharge | Place of Delivery | | |
| LOS ANGELES, CA | HOUSTON, TX | | |

| Marks & Nos. | No. of Pkgs | Description of Goods | KGS | CBM |
|---|---|---|---|---|
| AMJ6007729  HAH11104  NAILS  HOUSTON  PN-3268  P/NO.1-18  MADE IN TAIWAN R.O.C. | 864 CTNS | CY/CY  SHIPPER'S LOAD AND COUNT STOWAGE AND SEAL  1 CONTAINER | 20,330.3500 | 18.020 |
| | 864 CTNS | CY/CY  =18 PALLETS  AS PER ORDER P.O.PN-3268  P.C DRYWALL  ALL PALLETS ARE BARK FREE AND PEST FREE | 20,330.3500 | 18.020 |
| | | 1 CONTAINER ( 864 CTNS ) | | |

ONE (1) CONTAINER ONLY          20,330.3500  18.020

| Charges | | |
|---|---|---|
| OCEAN FREIGHT | 1.000  USD1,950.00/P20 | USD1,950.00 |
| FUEL ADJUSTMENT FACTOR | 1.000  USD370.00/P20 | USD370.00 |
| ALAMEDA CORRIDOR CHARG | 1.000  USD20.00/P20 | USD20.00 |
| DATA CHARGE | 1.000  USD25.00/BL | USD25.00 |
| TERMINAL HANDLING CHAR | 1.000  TWD5,600.00/P20 | TWD5,600.00 |
| DOCUMENTATION FEE | 1.000  TWD850.00/BL | TWD850.00 |

"FREIGHT PREPAID"

USD2,345.00
TWD6,450.00

USD  30.05000  TAIPEI          KAOHSIUNG

THREE(3)

KAWASAKI KISEN KAISHA, LTD.
AS CARRIER
K LINE (TAIWAN) LTD.

SHIPPED ON BOARD THE VESSEL 06-02-2009

BY

AS AGENT FOR THE CARRIER

FROM : YUSHIN                    FAX NO. : 062606563              Feb. 09 2009 12:16PM P1



```
                                                              2005YZTH06E
                                                              B/L No.
Shipper                                                       KKLUTW1007245
KING SHING STEEL ENTERPRISE CO., LTD.
NO.21,SEC 1 BAOAN RD.,
BAOAN TSUEN REN DER SHIANG
TAINAN SHIAN TAIWAN
                                                              "K" LINE
                                                              KAWASAKI KISEN KAISHA, LTD.
Consignee
MAURICE PINCOFFS COMPANY, INC.                   COMBINED TRANSPORT BILL OF LADING
2180 NORTH LOOP WEST, SUITE #510
HOUSTON, TEX 77018 U.S.A.

Notify Party
MAURICE PINCOFFS COMPANY, INC.
2180 NORTH LOOP WEST, SUITE #510
HOUSTON, TEX 77018 U.S.A.

Pre-Carriage by              Place of receipt
                             KAOHSIUNG, TAIWAN
Ocean Vessel     Voy. No.    Port of loading
YM ZENITH           36E      KAOHSIUNG, TAIWAN
Port of discharge            Place of delivery
LOS ANGELES, CA              HOUSTON, TX
```

| Container No. | Seal No. Marks and Numbers | No. of Containers or Packages; description of goods | Gross weight KGS | Measurement |
|---|---|---|---|---|
| AKLU6007789 NAILS HOUSTON PN-3288 P/NO.1-16 MADE IN TAIWAN R.O.C. | EAH11104 | 864 CTNS                              CY/CY<br>SHIPPER'S LOAD AND COUNT, STOWAGE AND SEAL<br>1 CONTAINER | 20,330.3500 | 18. |
| | | 864 CTNS    CY/CY | 20,330.3500 | 18 |
| | | #16 PALLETS<br>AS PER ORDER P.O.PN-3288<br>P.C DRYWALL<br>ALL PALLETS ARE BARK FREE AND PEST FREE | | |
| | | 1 CONTAINER ( 864 CTNS ) | | |

**FIRST ORIGINAL**

Total No. of Containers or Packages (in words): ONE (1) CONTAINER ONLY                     20,330.3500       76.0

| Freight and Charges | Revenue Tons | Rate | Per | Prepaid | Collect |
|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | USD1,930.00/P20 | | USD1,930.00 | |
| FUEL ADJUSTMENT FACTOR | 1.000 | USD370.00/P20 | | USD370.00 | |
| ALAMEDA CORRIDOR CHARG | 1.000 | USD20.00/P20 | | USD20.00 | |
| DATA CHARGE | 1.000 | USD25.00/BL | | USD25.00 | |
| TERMINAL HANDLING CHAR | 1.000 | TWD5,600.00/P20 | | TWD5,600.00 | |
| DOCUMENTATION FEE | 1.000 | TWD850.00/BL | | TWD850.00 | |

"FREIGHT PREPAID"                                                              USD2,345.00
                                                                               TWD6,450.00

Ex. Rate: USD 33.85000     Prepaid at: TAIPEI              Payable at:         Place and date of issue: KAOHSIUNG

Total prepaid in local currency                  No. of original B(s)/L: THREE(3)

                                                              KAWASAKI KISEN KAISHA, LTD.
SHIPPED on board the Vessel.                                  AS CARRIER
Date: SHIPPED ON BOARD THE VESSEL 06/02/2009                  "K" LINE (TAIWAN) LTD.
                                                              BY
                                                              AS AGENTS FOR THE CARRIER

Form: KKL-103 2004-04

# MAURICE PINCOFFS
COMPANY INC

MAILING ADDRESS: PO BOX 920919 · HOUSTON, TX 77292-0919
PHYSICAL ADDRESS: 2180 N LOOP WEST · SUITE 510 · HOUSTON, TX 77018
PHONE: 713-681-5461 · FAX: 713-681-8521 · WEB ADDRESS: WWW.PINCOFFS.COM

## PURCHASE ORDER

| | |
|---|---|
| Supp Acct: | 341 |
| Supplier: | King Shing Steel Enterprise<br>No 21, Sec 1, Baoan Rd,<br>Baoan Tsuen, Ren Der Shiang<br>Tainan Shian, Taiwan<br><br>ROC |
| Ship to: | Houston, TX<br><br>47 - back to back |

| | |
|---|---|
| Purchase Order No: | 103288 |
| Date: | 12/15/08 |
| Buyer: | WWP - Wayne Pao |
| Buyers Email: | wwp@pincoffs.com |
| Terms: | W/T- Rcpt Docs |
| Currency: | $ - Dollar |
| Shipping Terms: | CIF/Houston,DDC/DOX PAID CY-SH |
| Customer PO: | 16045-A |

| Whse | Stock Code | Item Description | Quantity | Qty Unit Measure | Price | Price Unit Measure | Extended Amount |
|---|---|---|---|---|---|---|---|
| 47 | 11470 | 1 3/8" x 13.5G x 9/32 Pc Drywall 50#/ctn | 624.000 | CTN | 27.40 | CTN | 17,097.60 |
| 47 | 11472 | 1-5/8 x 13-1/2G x 9/32 Pc Drywall 50#/ctn | 240.000 | CTN | 27.40 | CTN | 6,576.00 |

COMMODITY: Chemical Etched Parker-Head P/C Drywall (Nails)
QUALITY: All nails must meet federal specifications of FF-N-105B
Total 18 pallets, 864 cartons
PRICE: As above per carton CIF Dock Houston,Tx DDC/DOX PAID CY container shipment
SHIPMENT: Early February '09 x Taiwan to arrive Houston. Please advise vessel name and ETA destination as soon as known CY Container Shipment.
WEIGHT: Net weight of 50 lbs. per carton to be invoiced.
PACKING: Net 50 lbs carton in sturdy corrugated box and 48 cartons to be

DATE _____
MPCI _____

ALL CLAIMS MUST BE SUPPORTED BY PROPER EXCEPTIONS NOTED IN THE DOCK DELIVERY RECEIPTS AT TIME OF DELIVERY.
DAMAGED GOODS MUST BE HELD FOR OUR INSPECTION, NO DELIVERIES MADE ON SATURDAYS, SUNDAYS, OR HOLIDAYS.

RECEIVED BY: _____     DATE: _____

# MAURICE PINCOFFS
COMPANY INC

MAILING ADDRESS: PO BOX 920919 · HOUSTON, TX 77292-0919
PHYSICAL ADDRESS: 2180 N LOOP WEST · SUITE 510 · HOUSTON, TX 77018
PHONE: 713-681-5461 · FAX: 713-681-8521 · WEB ADDRESS: WWW.PINCOFFS.COM

## PURCHASE ORDER

| | |
|---|---|
| Supp Acct: | 341 |
| Supplier: | King Shing Steel Enterprise<br>No 21, Sec 1, Baoan Rd,<br>Baoan Tsuen, Ren Der Shiang<br>Tainan Shian, Taiwan<br><br>ROC |
| Ship to: | Houston, TX<br><br>47 - back to back |

| | |
|---|---|
| Purchase Order No: | 103288 |
| Date: | 12/15/08 |
| Buyer: | WWP - Wayne Pao |
| Buyers Email: | wwp@pincoffs.com |
| Terms: | W/T- Rcpt Docs |
| Currency: | $ - Dollar |
| Shipping Terms: | CIF/Houston,DDC/DOX PAID CY-SH |
| Customer PO: | 16045-A |

| Whse | Stock Code | Item Description | Quantity | Qty Unit Measure | Price | Price Unit Measure | Extended Amount |
|---|---|---|---|---|---|---|---|
| | | palletized<br>PAYMENT: Telegraphic transfer of funds<br>payable 5 days upon receipt of documents via<br>facsimile.<br>Commercial invoice signed showing, net/gross<br>wts., ocean freight costs in U.S. dollars<br>and identifying material as being in<br>compliance with PN-3288.<br>Mill test reports.<br>Packing list showing cartons per pallet,<br>net/gross wts. in lbs., number of pallets.<br>Full set clean on board ocean bills of<br>lading consigned to MAURICE PINCOFFS CO,<br>INC.<br>MARK: Usual blue & red lettering stencil<br>cartons with our order #<br>PN-3288; size; description; 50 lbs<br>net;FFN-105B; Houston, TX; Made In Taiwan.<br>Documents to be air couriered to Pincoffs | | | | | |

DATE _____

MPCI _____

ALL CLAIMS MUST BE SUPPORTED BY PROPER EXCEPTIONS NOTED IN THE DOCK DELIVERY RECEIPTS AT TIME OF DELIVERY.
DAMAGED GOODS MUST BE HELD FOR OUR INSPECTION, NO DELIVERIES MADE ON SATURDAYS, SUNDAYS, OR HOLIDAYS.

RECEIVED BY: _____  DATE: _____

# MAURICE PINCOFFS
COMPANY INC

MAILING ADDRESS: PO BOX 920919 · HOUSTON, TX 77292-0919
PHYSICAL ADDRESS: 2180 N LOOP WEST · SUITE 510 · HOUSTON, TX 77018
PHONE: 713-681-5461 · FAX: 713-681-8521 · WEB ADDRESS: WWW.PINCOFFS.COM

## PURCHASE ORDER

| | |
|---|---|
| Supp Acct: 341 | Purchase Order No: 103288 |
| Supplier: King Shing Steel Enterprise<br>No 21, Sec 1, Baoan Rd,<br>Baoan Tsuen, Ren Der Shiang<br>Tainan Shian, Taiwan<br><br>ROC | Date: 12/15/08<br>Buyer: WWP - Wayne Pao<br>Buyers Email: wwp@pincoffs.com<br>Terms: W/T- Rcpt Docs<br>Currency: $ - Dollar<br>Shipping Terms: CIF/Houston,DDC/DOX PAID CY-SH |
| Ship to: Houston, TX<br><br>47 - back to back | Customer PO: 16045-A |

| Whse | Stock Code | Item Description | Quantity | Qty Unit Measure | Price | Price Unit Measure | Extended Amount |
|---|---|---|---|---|---|---|---|
| | | within 5 days of shipment date. | | | | | |
| | | | | | | Purchase Order Total: | 23,673.60 |

DATE _____
MPCI _____

ALL CLAIMS MUST BE SUPPORTED BY PROPER EXCEPTIONS NOTED IN THE DOCK DELIVERY RECEIPTS AT TIME OF DELIVERY.
DAMAGED GOODS MUST BE HELD FOR OUR INSPECTION, NO DELIVERIES MADE ON SATURDAYS, SUNDAYS, OR HOLIDAYS.

RECEIVED BY: _____   DATE: _____

FROM : KING SHING STEEL          FAX NO. : 886 6 2664695          FEB. 09 2009 11:38AM  P. 1

# KING SHING STEEL ENTERPRISE CO., LTD.

NO.21 SEC.1 BAOAN RD.BAOAN TSUEN REN DER SHIANG
TAINAN SHIAN TAIWAN
E-MAIL:kingstee@ms72.hinet.net
TEL:(06)2 6 6 1 3 2 1 - 2 6 6 1 4 0 5
FAX:(06)2 6 6 4 6 9 5

Date: FEB.05,2009

## INVOICE

NO. PN-3288

INVOICE of  864 CTNS (18P) OF P.C DRYWALL                    shipped in good order and
condition by s/s  YM ZENITH V-06E         sailing on or about _____ from
KAOHSIUNG, TAIWAN  to  HOUSTON, TX          via _____
on account and risks of Messrs  MAURICE PINCOFFS COMPANY, INC.
2180 NORTH LOOP WEST, SUITE #510 HOUSTON, TEX 77018 U.S.A.

| Marks & Nos. | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| (NAILS)<br>HOUSTON<br>PN-3288<br>P/NO. 1-18<br>MADE IN TAIWAN<br><br>R.O.C. | AS PER ORDER P.O. PN-3288<br><br>P.C DRYWALL<br>STOCK CODE# 11470<br>TARIFF NO. 7317.00.90<br>13-1/2GA X 9/32" X 1-3/8"<br>2.28m/m X 7.2m/m X 36.5m/m<br>STOCK CODE# 11472<br>TARIFF NO. 7317.00.90<br>13-1/2GA X 9/32" X 1-5/8"<br>2.28m/m X 7.2m/m X 42.9m/m<br>--------------------------<br>18 PALLETS<br>vvvvvvvvv | <br><br><br><br><br>624CTNS<br><br><br><br>240CTNS<br><br>--------<br>864CTNS<br>vvvvvvv | CIF HOUSTON<br><br><br>PER CTN<br>USD27.40<br><br><br><br>USD27.40<br><br>--------<br> | <br><br><br><br>USD17,097.60<br><br><br><br>USD 6,576.00<br><br>-------------<br>USD23,673.60<br>vvvvvvvvvvv |

SAY TOTAL U.S. DOLLARS TWENTY THREE THOUSAND SIX HUNDRED SEVENTY THREE AND CENTS SIXTY ONLY.

CONTAINER NUMBER: AKLU6007789
CONTAINER STUFFING LOCATION:KING SHING STEEL ENTERPRISE CO., LTD.
NO.21,SEC.1,BAOAN RD.,BAOAN TSUEN REN DER SHIANG TAINAN SHIAN TAIWAN
MASTER BILL OF LADING NUMBER: KKLUTW1007245

NAME AND ADDRESS OF THE MANUFACTURER:KING SHING STEEL ENTERPRISE CO., LTD.
NO.21,SEC.1,BAOAN RD.,BAOAN TSUEN REN DER SHIANG TAINAN SHIAN TAIWAN

KING SHING STEEL ENTERPRISE CO., LTD.

# KING SHING STEEL ENTERPRISE CO., LTD.

NO.21 SEC.1 BAOAN RD.BAOAN TSUEN REN DER SHIANG
TAINAN SHIAN TAIWAN
E-MAIL:Kingstee@ms72.hinet.net
TEL:(06)2 6 6 1 2 2 1 - 2 6 6 1 4 0 5
FAX:(06)2 6 6 4 6 9 5

## PACKING/WEIGHT LIST

Date: FEB.05,2009

Invoice No. PN-3288

On account and risk of Messrs : MAURICE PINCOFFS COMPANY, INC.
2180 NORTH LOOP WEST. SUITE #510 HOUSTON, TEX 77018 U.S.A.
Commodity
Per S.S/M. V : YM ZENITH V-06E
Shipping Date about:
Port of Shipment: FROM:KAOHSIUNG, TAIWAN   TO:HOUSTON, TX

Mark:
NAILS
HOUSTON
PN-3288
P/NO. 1-18
MADE IN TAIWAN
R.O.C.

| Case No. | Description | Quantity | Net Weight | Gross Weight | Measurement |
|---|---|---|---|---|---|
| | AS PER ORDER P.O. PN-3288 | | | | |
| | P.C DRYWALL | | | | |
| | STOCK CODE# 11470 | | | | |
| | TARIFF NO. 7317.00.90 | | | | |
| 1-13 | 13-1/2GA X 9/32" X 1-3/8" | 624CTNS | 31,200LBS | 32,370LBS | |
| | 2.28m/m X 7.2m/m X 36.5m/m | | (14,152.32KGS) | (14,683.03KGS) | |
| | STOCK CODE# 11472 | | | | |
| | TARIFF NO. 7317.00.90 | | | | |
| 14-18 | 13-1/2GA X 9/32" X 1-5/8" | 240CTNS | 12,000LBS | 12,450LBS | |
| | 2.28m/m X 7.2m/m X 42.9m/m | | (5,443.20KGS) | (5,647.32KGS) | |
| 18PALLETS | | 864CTNS | 43,200LBS | 44,820LBS | |
| | | | =19,595.52KGS | =20,330.35KGS | |

SAY . EIGHTEEN PALLETS ONLY.

QUANTITY : EIGHT HUNDRED SIXTY FOUR CTNS ONLY.

KING SHING STEEL ENTERPRISE CO., LTD.

02/09/2009 08:59 FAX 886 7 5373242     K LINE KAOHIUNG                                    ☒001/003

2005YZTH06E

KKLUTW1007245

MLB

**K LINE**
KAWASAKI KISEN KAISHA, LTD.

KING SHING STEEL ENTERPRISE CO., LTD.
NO.21,SEC 1 BAOAN RD.,
BAOAN TSUEN REN DER SHIANG
TAINAN SHIAN TAIWAN

MAURICE PINCOFFS COMPANY, INC.
2180 NORTH LOOP WEST, SUITE #510
HOUSTON, TEX 77018 U S A.

MAURICE PINCOFFS COMPANY INC
2180 NORTH LOOP WEST, SUITE #510
HOUSTON, TEX 77018 U.S.A.

## COMBINED TRANSPORT BILL OF LADING

## COPY NON-NEGOTIABLE

EXTRACT OF MAIN DESCRIPTION
OF ORIGINAL BILL OF LADING

KAOHSIUNG TAIWAN                                        S/C No.: 16003

YM ZENITH                 KAOHSIUNG TAIWAN

LOS ANGELES CA            HOUSTON,TX

                                                                    KGS              CBM

AKLU6007789    HAH19184    864 CTNS         CY/CY              20,330.3500    18.020
NAILS
HOUSTON                    SHIPPER'S LOAD AND COUNT STOWAGE AND SEAL
PN-3256                    CONTAINER
P/NO.1-18
MADE IN TAIWAN             864 CTNS    CY/CY                   20,330.3500    18.020
R.O.C.
                           =18 PALLETS
                           AS PER ORDER P.O.PN-3256
                           P.C DRYWALL
                           ALL PALLETS ARE BARK FREE AND PEST FREE

                           1 CONTAINER ( 864 CTNS )

                ONE (1) CONTAINER ONLY                         20,330.3500    18.020

OCEAN FREIGHT                  1.000    USD1,950.00/P20        USD1,950.00
FUEL ADJUSTMENT FACTOR         1.000    USD370.00/P20          USD370.00
ALAMEDA CORRIDOR CHARG         1.000    USD20.00/P20           USD20.00
DATA CHARGE                    1.000    USD25.00/BL            USD25.00
TERMINAL HANDLING CHAR         1.000    TWD5,600.00/P20        TWD5,600.00
DOCUMENTATION FEE              1.000    TWD850.00/BL           TWD850.00

"FREIGHT PREPAID"
                                                               USD2,345.00
                                                               TWD6,450.00

USD  30.05000  TAIPEI                                  KAOHSIUNG

                              THREE(3)                 KAWASAKI KISEN KAISHA LTD.
                                                       AS CARRIER
AT SEA                                                 K LINE (TAIWAN) LTD.
        SHIPPED ON BOARD THE VESSEL 08-02-2009
                                                       BY
                                                       AS AGENT FOR THE CARRIER



FROM : YUSHIN    FAX NO. : 062606563    Feb. 09 2009 12:16PM P1

Shipper:
KING SHING STEEL ENTERPRISE CO., LTD.
NO.21, SEC 1 BAOAN RD.,
BAOAN TSUEN REN DER SHIANG
TAINAN SHIAN TAIWAN

B/L No. 2005YZTH06E
KKLUTW1007245

**"K" LINE**
KAWASAKI KISEN KAISHA, LTD.

**COMBINED TRANSPORT BILL OF LADING**

Consignee:
MAURICE PINCOFFS COMPANY, INC.
2180 NORTH LOOP WEST, SUITE #510
HOUSTON, TEX 77018 U.S.A.

Notify party:
MAURICE PINCOFFS COMPANY, INC.
2180 NORTH LOOP WEST, SUITE #510
HOUSTON, TEX 77018 U.S.A.

Place of receipt: KAOHSIUNG, TAIWAN
Ocean Vessel: YM ZENITH   Voy. No.: 05E
Port of loading: KAOHSIUNG, TAIWAN
Port of discharge: LOS ANGELES, CA
Place of delivery: HOUSTON, TX

| Container No. | Seal No. Marks and Numbers | No. of Containers or Packages | Description of Goods | Gross weight KGS | Measurement |
|---|---|---|---|---|---|
| AKLU600776S | EAH11104 NAILS HOUSTON PN-3288 P/NO.1-18 MADE IN TAIWAN R.O.C. | 684 CTNS | CY/CY SHIPPER'S LOAD AND COUNT, STOWAGE AND SEAL 1 CONTAINER | 20,330.5500 | 18. |
| | | 684 CTNS | CY/CY =18 PALLETS AS PER ORDER P.O.PN-3288 P.C DRYWALL ALL PALLETS ARE BARK FREE AND PEST FREE | 20,330.3500 | 18 |

1 CONTAINER ( 684 CTNS )

**FIRST ORIGINAL**

Total No. of Containers or Packages (In words): ONE (1) CONTAINER ONLY   20,330.3500   18.02

| Freight and Charges | Revenue Tons | Rate | Per | Prepaid | Collect |
|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | USD1,830.00/P20 | | USD1,830.00 | |
| FUEL AJUSTMENT FACTOR | 1.000 | USD370.00/P20 | | USD370.00 | |
| ALAMEDA CORRIDOR CHARG | 1.000 | USD20.00/P20 | | USD20.00 | |
| DATA CHARGE | 1.000 | USD25.00/BL | | USD25.00 | |
| TERMINAL HANDLING CHAR | 1.000 | TWD5,600.00/P20 | | TWD5,600.00 | |
| DOCUMENTATION FEE | 1.000 | TWD850.00/BL | | TWD850.00 | |

"FREIGHT PREPAID"   USD2,345.00   TWD6,450.00

Ex. Rate USD 33.85000   Prepaid at TAIPEI   Payable at:   Place and date of issue KAOHSIUNG

No. of original B(s)/L: THREE(3)

SHIPPED on board the Vessel
Date: SHIPPED ON BOARD THE VESSEL 05/02/2009

KAWASAKI KISEN KAISHA, LTD.
AS CARRIER
"K" LINE (TAIWAN) LTD.
BY
AS AGENTS FOR THE CARRIER