UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL 2047 |
| | * | SECTION "L" |
| | * | JUDGE FALLON |
| **This document related to:** **ALL ACTIONS** | * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DECLARATION OF JOHN I. GRIFFIN

I, John I. Griffin, do hereby state under penalty of perjury and in accordance with 28 U.S.C. § 1746:

1.   I am the President and CEO of Maurice Pincoffs Company, Inc., and make all statements herein upon personal knowledge.

2.   Maurice Pincoffs Company, Inc., imports, sells, and distributes metal and steel products. The company is headquartered in Houston, Texas, and has divisions and subsidiaries in other locations and other countries. Details on the company are available at www.pincoffs.com.

3.   Maurice Pincoffs Company, Inc., sells and distributes among its line of metal products drywall screws and other hardware that can perhaps be used in drywall installation. However, Maurice Pincoffs Company, Inc., does not now and has never imported, sold, distributed, or in any manner dealt in drywall itself, including but not limited to Chinese manufactured drywall.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 1st day of January, 2010.

FURTHER DECLARANT SAYETH NOT.

_____
JOHN I. GRIFFIN