UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| **This document relates to:** | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE WILKINSON |
| *Gross, et al. v. Knauf Gips KG, et al.* | * | |
| Case No. 09-6690 (E.D. La.) | * | |

*************************************************************************

## STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE ISSUE FOR TRIAL

NOW COMES Maurice Pincoffs Company, Inc. who, in connection with its motion for summary judgment, submits the following statement of material facts as to which there is no genuine issue for trial:

1. Maurice Pincoffs Company, Inc. is not a supplier of drywall.

2. Maurice Pincoffs Company, Inc. did not supply any of the drywall at issue in this litigation.

Respectfully submitted,

*s/ Patrick H. Patrick*
Patrick H. Patrick (14297) (TA)
Pierre V. Miller, II     (17712)
PATRICK MILLER LLC
Suite 1680, Texaco Center
400 Poydras Street
New Orleans, Louisiana 70130
Telephone:    (504) 527-5400
Facsimile:    (504) 527-5456
E-mail: ppatrick@patrickmillerlaw.com

**CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing **Statement of Material Facts as to which there is no Genuine Issue for Trial** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that all the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 22nd day of January, 2010.

            *s/ Patrick H. Patrick*
            PATRICK H. PATRICK