UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL 2047<br><br>SECTION "L" |
| **This document relates to:** | * * * | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |
| *Gross, et al. v. Knauf Gips KG, et al.*<br>Case No. 09-6690 (E.D. La.) | * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF HEARING ON MOTION FOR SUMMARY JUDGMENT

TO:   All parties and counsel by service rules established in pretrial orders

**PLEASE TAKE NOTICE** that defendant Maurice Pincoffs Company, Inc. will bring on for hearing its Motion for Summary Judgment before the Honorable Eldon E. Fallon on February 10, 2010, at 9:00 a.m.

Respectfully submitted,

*s/ Patrick H. Patrick*
Patrick H. Patrick (14297) (TA)
Pierre V. Miller, II    (17712)
PATRICK MILLER LLC
Suite 1680, Texaco Center
400 Poydras Street
New Orleans, Louisiana 70130
Telephone:    (504) 527-5400
Facsimile:    (504) 527-5456
E-mail: ppatrick@patrickmillerlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **Defendant Maurice Pincoffs Company, Inc.s' Notice of Hearing** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that all the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 22nd day of January, 2010.

*s/ Patrick H. Patrick*
PATRICK H. PATRICK