UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust, | ) ) ) | No. CV 09-7791 EEF JCW |
| Plaintiff, | ) ) | |
| | ) | Judge Fallon |
| v. | ) ) | |
| AMERICAN INTERNATIONAL SPECIALTY INSURANCE CO. et al., | ) ) ) | Magistrate Wilkinson |
| Defendants. | ) | |

## *EX PARTE* MOTION FOR EXTENTION OF TIME

Defendant Old Republic Insurance Company ("Old Republic"), through undersigned counsel, respectfully moves this Honorable Court for an Order granting it an additional twenty-one (21) days from the time its responsive pleading would otherwise be due, up to and including February 15, 2010, to answer or otherwise respond to the complaint (including by way of motion filed pursuant to Rule 12(b)). Pursuant to Local Rule 7.9E, undersigned counsel hereby certifies that there has been no previous extension of time for it to answer or otherwise respond to the complaint and that counsel for Plaintiff has been contacted and has no objection to this request for a twenty-one (21) day extension of time.

        Respectfully submitted,

        ____/s/ Kevin P. Kress_____
        MICHAEL R. SISTRUNK (12111)
        PETER J. WANEK (23353)
        KEVIN P. KRESS (31490)
        MCCRANIE, SISTRUNK, ANZELMO,
        HARDY, MCDANIEL & WELCH
        400 Lafayette Street, Suite 100
        New Orleans, Louisiana 70130
        Telephone: (504) 831-0946
        Facsimile: (504) 529-9796

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing has been served upon all counsel of record through this Court's CM/ECF system, this 25th day of January 2010.

        _/s/ Kevin P. Kress____