# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust, | ) ) ) | No. CV 09-7791 EEF JCW |
| Plaintiff, | ) ) | |
| | ) | Judge Fallon |
| v. | ) ) | |
| AMERICAN INTERNATIONAL SPECIALTY INSURANCE CO. et al., | ) ) ) | Magistrate Wilkinson |
| Defendants. | ) | |

## ORDER

The Court, having considered Defendant Old Republic Insurance Company's *Ex Parte* Motion for Extension of Time, HEREBY ORDERS:

Old Republic Insurance Company shall have an additional twenty-one days from the time its responsive pleading would otherwise be due, up to and including February 15, 2010, to answer or otherwise respond to the complaint (including by way of motion filed pursuant to Rule 12(b)).

New Orleans, Louisiana, this ____ day of January, 2010.

_____
UNITED STATES DISTRICT JUDGE