UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | * * * | JUDGE FALLON |
| PATRICK DENNIS AND KATHLEEN DENNIS | * * | MAG. WILKINSON |
| Versus | * * | No. 09-07560 |
| STATE FARM FIRE & CASUALTY COMPANY | * * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF HEARING OF DEFENDANT STATE FARM FIRE & CASUALTY COMPANY'S RULE 12(b)(6) MOTION TO DISMISS

To:  **Plaintiffs:**
**PATRICK AND KATHLEEEN DENNIS**
Plaintiffs' attorneys:
Allan Kanner
Cynthia St. Amant
Melissa Fuselier
Kanner & Whiteley, L.L.C.
701 Camp Street
New Orleans, LA 70130
(504) 524-5777

   **PLEASE TAKE NOTICE** that counsel for Mover and Defendant herein, **State Farm Fire and Casualty Company,** has requested to bring on for Hearing the attached Motion to Dismiss Plaintiffs' Claims  before Judge Eldon E. Fallon at  United States Courthouse, 500 Poydras Street,  Room C468, New Orleans, Louisiana, 70130, on **the 10th$^{th}$ day of February, 2010 at 9:00 a.m.,** a notice hearing date for Section L or at a time to be set by the court in accordance directives regarding the setting of Motions in the Chinese Drywall MDL.

1

/s/ Adrianne L. Baumgartner _____
**ADRIANNE L. BAUMGARTNER (#2861)**
**DARRIN M. O'CONNOR  (#24582)**
**EMILY S. MORRISON  (#**18351)
PORTEOUS, HAINKEL & JOHNSON, L.L.P.
408 North Columbia Street
Covington, LA 70434
(985) 893-4790 (Phone)
(985) 893-1392 (Facsimile)
abaumgartner@phjlaw.com
doconnor@phjlaw.com
emorrison@phjlaw.com

**JAMES R. NIESET, JR.  (#24856)**
PORTEOUS, HAINKEL & JOHNSON, L.L.P.
704 Carondelet Street
New Orleans, LA 70130
(504) 581-3838 (Phone)
(504) 581-4069 (Facsimile)

**COUNSEL FOR DEFENDANT**
**STATE FARM FIRE & CASUALTY**
**COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant State Farm Fire & Casualty Company's Notice of Hearing has been served upon Allan Kanner, Cynthia St. Amant, and Melissa Fuselier of Knanner  & Whiteley, counsel for Plaintiffs Patrick and Kathleen Dennis by U.S. mail, postage pre-paid pending counsel's registration with Lexis/Nexis File and Serve;  and on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and email and upon all parties electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, this 22nd day of January 2010.

**/s/ Adrianne L. Baumgartner**