UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | |
| PATRICK DENNIS AND KATHLEEN DENNIS | * * | MAG. WILKINSON |
| Versus | * * | 09-7560 |
| STATE FARM FIRE & CASUALTY COMPANY | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### REQUEST FOR ORAL ARGUMENT OF DEFENDANT STATE FARM FIRE & CASUALTY COMPANY'S RULE 12(b)(6) MOTION TO DISMISS

**NOW INTO COURT,** through undersigned counsel, comes Mover and Defendant, **State Farm Fire and Casualty Company,** defendant in the above-numbered and entitled action, who, pursuant to Local Rule 78.1E, respectfully requests oral argument on the Rule 12 (b) (6) Motion to Dismiss set for hearing before this Honorable Court on the **10$^h$ day of February 2010, at 9:00 a.m., a notice hearing date for Section L or at a time set by this court** to more fully address any questions the court may have concerning State Farm's Motion to Dismiss Plaintiffs' lawsuit with prejudice.

1

/s/ Adrianne L. Baumgartner
**ADRIANNE L. BAUMGARTNER, T.A. (#2861)**
**DARRIN M. O'CONNOR (#24582)**
**EMILY S. MORRISON (#18351)**
PORTEOUS, HAINKEL & JOHNSON
408 North Columbia Street
Covington, LA 70434
(985) 893-4790
Abaumgartner@phjlaw.com
doconnor@phjlaw.com
emorrison@phjlaw.com

**JAMES R. NIESET, JR. (#24856)**
PORTEOUS, HAINKEL & JOHNSON, LLP
704 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3838
Jnieset@phjlaw.com

**Attorneys for State Farm Fire & Casualty Company**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant State Farm Fire & Casualty Company's Request for Oral Argument of Its Rule 12(b)(6) Motion to Dismiss has been served upon Counsel for Plaintiffs Patrick and Kathleen Dennis through their counsel of record Allan Kanner, Cynthia St. Amant, and Melissa Fuselier of Kanner and Whiteley by U.S. Mail, postage pre-paid pending counsel's registration with Lexis/Nexis File and Serve, and on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and email <u>or</u> by hand-delivery and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on the 22nd day of January, 2010.

**/s/ Adrianne L. Baumgartner**