UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO.: 2047** |
| | **JUDGE FALLON** |
| **This Document relates to** *Pate v. American International Specialty Lines Insurance Co., et al.* **(09-7791**) | **MAGISTRATE JUDGE WILKINSON** |

### FIRST MOTION FOR EXTENSION OF TIME AND ORDER

NOW INTO COURT, through undersigned counsel, comes **SCOTTSDALE INSURANCE COMPANY**, who moves this Court for an additional thirty (30) days to February 24, 2010 to complete its investigation and to file responsive pleadings to the Petition for Damages, with a full reservation of all rights, including the right to object to the jurisdiction of this Court. Counsel for Plaintiff has been contacted and has agreed to the requested 30-day extension to February 24, 2010.

WHEREFORE, Scottsdale Insurance Company prays that its motion be granted and it be granted an additional thirty (30) days to February 24, 2010 to complete its investigation and to

PD.3916790.1

file responsive pleadings to the Petition for Damages, with a full reservation of all rights, including the right to object to the jurisdiction of this Court.

            Respectfully submitted,

            **PHELPS DUNBAR LLP**

BY: /s/ Virginia Y. Trainor
   H. Alston Johnson III, Bar Roll No. 7293
   Virginia Y. Trainor, Bar Roll No. 25275
   II City Plaza
   400 Convention Street • Suite 1100
   Baton Rouge, Louisiana 70802-5618
   P.O. Box 4412
   Baton Rouge, Louisiana 70821-4412
   Telephone: (225) 346-0285
   Telecopier: (225) 381-9197
   Email: johnsona@phelps.com
      trainorg@phelps.com

AND

   Jay Russell Sever, Bar Roll No. 23935
   P. Christopher Bynog, Bar No.: 24329
   Canal Place
   365 Canal Street • Suite 2000
   New Orleans, Louisiana 70130-6534
   Telephone: (504) 566-1311
   Telecopier: (504) 568-9130
   Email: severj@phelps.com
      bynogc@phelps.com

ATTORNEYS FOR DEFENDANT
SCOTTSDALE INSURANCE COMPANY

PD.3916790.1

## **CERTIFICATE OF SERVICE**

    I certify that a copy of the above and foregoing First Motion for Extension of Time and Order has been served upon:

| | |
|---|---|
| Anna M. Piazza, Esq. | Robert M. Horkovich, Esq. |
| Anserson Kill & Olick PC | Anderson Kill & Olick PC |
| 1251 Avenue of the Americas | 1251 Avenue of the Americas |
| New York, NY 10020-1182 | New York, NY 10020-1182 |

Jules Burton LeBlanc, IV, Esq.
Baron & Budd, PC
9015 Bluebonnet Blvd.
Baton Rouge, LA 70810

    via the LexisNexis File & Serve system, by e-mail, fax, and/or by placing same in the U.S. Mail, postage prepaid and properly addressed, this 22nd day of January, 2010.

                                /s/ Virginia Y. Trainor

                                Virginia Y. Trainor

PD.3916790.1