UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO.:  2047**<br><br>**JUDGE FALLON** |
| **This Document relates to**<br>*Pate v. American International Specialty Lines Insurance Co., et al.*<br>**(09-7791**) | **MAGISTRATE JUDGE WILKINSON** |

## ORDER

Considering the foregoing Motion,

IT IS ORDERED that, Scottsdale Insurance Company be granted an additional thirty (30) days to February 24, 2010 to complete its investigation and file responsive pleadings herein, with full reservation of all rights, including the right to object to the jurisdiction of this Court.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
UNITED STATES DISTRICT COURT JUDGE

PD.3916790.1