## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL No. 09-2047** |
| | |
| **THIS DOCUMENT RELATES TO:** | **JUDGE: FALLON** |
| **Val Louis Hufft, et al. v. Interior Exterior Building Supply, LP, et al. - Case No. 2:09-cv-7017 (E.D. La.)** | **MAG.:  WILKINSON** |

### LIBERTY MUTUAL FIRE INSURANCE COMPANY'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S PETITION FOR DAMAGES

Defendant Liberty Mutual Fire Insurance Company ("Liberty Mutual") responds to and answers the Petition for Damages filed by Val Louis Hufft, Audrey Huther Hufft and Eloise Lindsay, respectfully as follows.

### AFFIRMATIVE AND OTHER DEFENSES[1]

#### 1.

Insurance coverage for Interior/Exterior Building Supply, Limited Partnership and Interior/Exterior Enterprises, LLC (collectively, "Interior/Exterior") under the Liberty Mutual policies for the claims asserted by the Plaintiffs is subject to and may be precluded by the applicable provisions, terms, definitions, conditions, endorsements, limitations or exclusions of those policies.

---

[1] The Commercial General Liability Policies issued to Interior Exterior Building Supply, L.P. by Liberty Mutual are subject to certain terms, provisions, definitions, exclusions, conditions, endorsements, and limitations.  Liberty Mutual has undertaken in good faith to list all of the special or affirmative defenses that it may have with respect to insurance coverage under the Liberty Mutual policies or at law for the claims in Plaintiffs' Complaint.  Liberty Mutual, however, reserves the right to amend, supplement, restate and/or withdraw any of the special or affirmative defenses listed herein or to assert additional defenses with regard to insurance coverage for the Plaintiffs' claims given Liberty Mutual's continued investigation of the Plaintiffs' claims.  Liberty Mutual specifically does not waive any of its rights under the Liberty Mutual policies or at law with respect to insurance coverage for the Plaintiffs' claims, and all such rights are hereby expressly reserved.  Furthermore, Liberty Mutual does not admit that it bears the burden of proof on any of the issues raised by the defenses listed herein.

151402

**2.**

There is no insurance coverage under the Liberty Mutual policies to the extent that the claims asserted by the Plaintiffs were not caused by an "occurrence" as defined by the Liberty Mutual policies.

**3.**

There is no insurance coverage under the Liberty Mutual policies to the extent that the claims asserted by the Plaintiffs do not constitute "bodily injury," "property damage" and/or "personal and advertising injury" as defined by the Liberty Mutual policies.

**4.**

There is no insurance coverage under the Liberty Mutual policies to the extent that the claims asserted by the Plaintiffs are for "property damage" to Interior/Exterior's own work or product.

**5.**

There is no insurance coverage under the Liberty Mutual policies to the extent that the claims asserted by the Plaintiffs are for property damage to "impaired property" or property that has not been physically injured, arising out of a defect, deficiency, inadequacy, or dangerous condition.

**6.**

There is no insurance coverage under the Liberty Mutual policies to the extent that the claims asserted by the Plaintiffs are equitable in nature and do not constitute sums that Interior/Exterior shall be legally obligated to pay as damages.

151402

**7.**

There is no insurance coverage under the Liberty Mutual policies to the extent that the claims asserted by the Plaintiffs involve "bodily injury," "property damage" and/or "personal and advertising injury" that did not occur during the Liberty Mutual policy periods.

**8.**

There is no insurance coverage under the Liberty Mutual policies to the extent that any alleged "bodily injury" or "property damage" was expected or intended from the standpoint of Interior/Exterior.

**9.**

There is no insurance coverage under the Liberty Mutual policies for "bodily injury," "property damage" and/or "personal and advertising injury" for which Interior/Exterior is obligated to pay damages by reason of the assumption of liability in a contract or agreement. Further, there is no insurance coverage under the Liberty Mutual policies to the extent that any alleged bodily injury," "property damage" and/or "personal and advertising injury" occurred prior to the execution of any contract or agreement to assume such liability.

**10.**

There is no insurance coverage under the Liberty Mutual policies for "personal and advertising injury" arising out of a breach of contract.

**11.**

There is no insurance coverage under the Liberty Mutual policies for "personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in Interior/Exterior's "advertisement."

3

151402

**12.**

There is no insurance coverage under the Liberty Mutual policies for "bodily injury" or "property damage" to that particular part of real property on which Interior/Exterior or any contractors or subcontractors working directly or indirectly on Interior/Exterior's behalf are performing operations, if the "bodily injury" or "property damage" arises out of those operations; or that particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.  There is no insurance coverage under the Liberty Mutual policies to the extent that claimed damages by the Plaintiffs are for such described "bodily injury" or "property damage."

**13.**

There is no insurance coverage under the Liberty Mutual policies for damages incurred by Interior/Exterior or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of "your product," "your work" or "impaired property" if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy, or dangerous condition in it.

**14.**

The Liberty Mutual policies contain the known injury or damage limitation that precludes coverage for "bodily injury" or "property damage" where an insured knew that the "bodily injury" or "property damage" had occurred in whole or in part prior to the policy periods.  Coverage under this limitation is also precluded for any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy periods.  To

4

the extent that this limitation applies to the claims asserted by the Plaintiffs, there is no insurance coverage under the Liberty Mutual policies.

**15.**

The Liberty Mutual policies contain a non-cumulation of limits provision. The application of this provision limits the insurance coverage available under the Liberty Mutual policies. Under this provision, if one "occurrence" causes "bodily injury" and/or "property damage" during the policy period and during the policy period of one or more prior and/or future liability policy(ies) issued to Interior/Exterior by Liberty Mutual, then this policy's Each Occurrence Limit will be reduced by the amount of each payment made by Liberty Mutual under the other policy(ies) because of such "occurrence."

**16.**

To the extent that the Liberty Mutual policies provide insurance coverage for the Plaintiff's claims, such coverage is subject to the limits of liability in the Liberty Mutual policies, including, but not limited to, any applicable per occurrence and aggregate limit of liability.

**17.**

To the extent that the Liberty Mutual policies provide insurance coverage for the Plaintiff's claims, the Each Occurrence Limit is the most Liberty Mutual will pay for the sum of damages under Coverage A and medical expenses under Coverage C because of all "bodily injury" and "property damage" arising out of any one "occurrence."

**18.**

To the extent that the Liberty Mutual policies provide insurance coverage for the Plaintiff's claims, the Personal and Advertising Injury Limit is the most Liberty Mutual will

151402

pay under Coverage B for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

**19.**

There is no insurance coverage under the Liberty Mutual policies to the extent that Interior/Exterior did not timely notify Liberty Mutual of an occurrence, accident, claim or suit with respect to the claims asserted by the Plaintiffs.

**20.**

There is no insurance coverage under the Liberty Mutual policies for the Plaintiffs' claims to the extent that Interior/Exterior voluntarily made and/or undertook payments or obligations with respect to those claims without notice to or the consent of Liberty Mutual.

**21.**

There is no insurance coverage under the Liberty Mutual policies to the extent that Interior/Exterior has failed to assist and/or cooperate with Liberty Mutual with respect to the claims asserted by the Plaintiffs.

**22.**

There is no insurance coverage under the Liberty Mutual policies for the Plaintiffs' claims to the extent that they have alleged "bodily injury," "property damage" and/or "personal and advertising injury" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.  Nor do the Liberty Mutual policies provide coverage for any loss, cost or expense arising out of any request, demand, order or statutory or regulatory requirement that

151402

any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants."

### 23.

There is no insurance coverage under the Liberty Mutual policies for the claims asserted by the Plaintiffs to the extent that those claims arose or resulted from risks or losses, losses in progress, non-fortuitous events or uninsurable risks of which Interior/Exterior knew or should have known before the policies were issued.

### 24.

There is no insurance coverage under the Liberty Mutual policies for the Plaintiffs' claims to the extent that those claims involve unreasonable, inappropriate or unnecessary costs incurred by Interior/Exterior, or for internal costs, expenses or fees relating to those claims.

### 25.

There is no insurance coverage under the Liberty Mutual policies for the claims asserted by the Plaintiffs to the extent that Interior/Exterior negligently or intentionally failed to represent or disclose to Liberty Mutual or concealed or misrepresented to Liberty Mutual facts which were material and known by Interior/Exterior in order to induce Liberty Mutual to issue the Liberty Mutual policies or to assume certain risks in those policies.

### 26.

There is no insurance coverage under the Liberty Mutual policies to the extent that the claims asserted by the Plaintiffs allege "bodily injury," "personal and advertising injury" and/or "property damage" from asbestos.

151402

**27.**

There is no insurance coverage under the Liberty Mutual policies to the extent that the claims asserted by the Plaintiffs allege "bodily injury," "personal and advertising injury" and/or "property damage" from silica or silica-related dust.

**28.**

There is no coverage under the Liberty Mutual policies for medical expenses for "bodily injury" included within the "products-completed operations hazard." To the extent that the Plaintiffs' claimed damages are for medical expenses for "bodily injury" arising out of the "products-completed operations hazard," there is no insurance coverage under the Liberty Mutual policies.

**29.**

There is no coverage under the Liberty Mutual policies for medical expenses for "bodily injury" excluded under Coverage A. To the extent the Plaintiffs' claimed damages are for medical expenses for "bodily injury" excluded under Coverage A, there is no insurance coverage under the Liberty Mutual policies.

**30.**

There is no coverage under the Liberty Mutual policies for the claims asserted by the Plaintiffs to the extent that Interior/Exterior has failed to comply with the Liberty Mutual policies' conditions, as compliance with such conditions are a prerequisite to coverage.

**31.**

The Liberty Mutual policies are subject to a per project and per "location" combined aggregate limit with a capped limit of $10,000,000 per project and per location limit,

151402

(subject to all other provisions set forth in that Endorsement). Each Designated General Aggregate Limit is subject to the Project and Location Aggregate Limit.

**32.**

There is no insurance coverage under the Liberty Mutual policies for any punitive, exemplary or like damages that may be assessed against Interior/Exterior to the extent precluded by the terms of the Liberty Mutual policies and/or public policy.

**33.**

To the extent that coverage might otherwise exist, Liberty Mutual's obligations under its policies are limited by the "other insurance" condition, any deductible, any per occurrence, per person, or aggregate limits of liability, and any policy provisions precluding the stacking or accumulation of the limits of liability of multiple policies.

**34.**

There is no coverage under the Liberty Mutual policies for costs incurred solely to comply with statutes and regulations governing the insured's business operations.

**35.**

The Liberty Mutual policies only provide coverage for insureds. To the extent that "Interior/Exterior Enterprises, L.L.C." does not qualify as an insured, there is no insurance coverage for "Interior/Exterior Enterprises, L.L.C." under the Liberty Mutual policies.

**36.**

There is no insurance coverage under the Liberty Mutual policies for the Plaintiffs' claims to the extent that Interior/Exterior has failed, in whole or in part, to mitigate, minimize, or avoid damages against it with respect to those claims.

151402

**37.**

Liberty Mutual is not potentially liable for the Plaintiffs' alleged damages, if any, which were caused by the actions of parties other than Liberty Mutual's insured.

**38.**

Liberty Mutual's right and duty to defend ends when the applicable limits of insurance have been used up in the payment of judgments or settlements under Coverages A or B in the Liberty Mutual policies.

**39.**

Liberty Mutual reserves the right to challenge Plaintiff's venue selection should this case be remanded to the Civil District Court for the Parish of Orleans.

## **ANSWER**

And now, responding to the specific allegations of the Petition for Damages, Liberty Mutual further states:

**1.**

Except as specifically admitted herein, Liberty Mutual neither admits nor denies the allegations of Paragraph 1, including subparts 1 through 8, for lack of information sufficient to justify a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs. Liberty Mutual admits that it is an insurance company authorized to and conducting business in the State of Louisiana.

**2.**

The allegations of Paragraph 2 set forth legal conclusions to which no response is required.  To the extent that a response is required, Liberty Mutual denies that Plaintiffs have stated a claim against Liberty Mutual under any of the theories alleged.

151402

**3.**

Liberty Mutual admits that venue is proper in the United States District Court for the Eastern District of Louisiana, in which this matter is presently pending.

## GENERAL ALLEGATIONS

**4.**

Liberty Mutual reavers its responses to all prior paragraphs, as if stated here in their entirety.

**5.**

Liberty Mutual neither admits nor denies the allegations of Paragraph 5 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

**6.**

Liberty Mutual neither admits nor denies the allegations of Paragraph 6 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

**7.**

Liberty Mutual neither admits nor denies the allegations of Paragraph 7 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

**8.**

Liberty Mutual neither admits nor denies the allegations of Paragraph 8 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

151402

## INSURERS

### 9.

Liberty Mutual reavers its responses to all prior paragraphs, as if stated here in their entirety.

### 10.

The allegations of Paragraph 10 set forth legal conclusions to which no response is required. To the extent a response is deemed required, Liberty Mutual admits that it issued two policies of liability insurance coverage to Interior Exterior Building Supply, LP, bearing Policy No. TB2-191-448006-017, effective from 12/31/07 through 1/1/09, and Policy No. TB2-191-448006-019, effective from 1/1/09 through 1/1/10. Liberty Mutual further avers that the best evidence of the terms and coverages of the Liberty Mutual policies are the policies themselves. Liberty Mutual neither admits nor denies the remaining allegations of Paragraph 10 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs. Answering further, Liberty Mutual neither admits nor denies this allegation as it relates to Arch, for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

### 11.

The allegations of Paragraph 11 set forth legal conclusions to which no response is required. To the extent a response is required, Liberty Mutual denies that plaintiffs have stated a claim against it, under the Louisiana Direct Action Statute or otherwise.

**12.**

Liberty Mutual neither admits nor denies the allegations of Paragraph 12 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

**13.**

Liberty Mutual neither admits nor denies the allegations of Paragraph 13 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

**14.**

Liberty Mutual neither admits nor denies the allegations of Paragraph 14 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

**15.**

Liberty Mutual neither admits nor denies the allegations of Paragraph 15 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

**<u>BUILDER LIABILITY</u>**

**16.**

Liberty Mutual reavers its responses to all prior paragraphs, as if stated here in their entirety.

**17.**

Liberty Mutual neither admits nor denies the allegations of Paragraph 17 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

**18.**

Liberty Mutual neither admits nor denies the allegations of Paragraph 18 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

**19.**

Liberty Mutual neither admits nor denies the allegations of Paragraph 19 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

**20.**

Liberty Mutual neither admits nor denies the allegations of Paragraph 20 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

**21.**

Liberty Mutual denies the allegations of Paragraph 21 to the extent those allegations relate to Liberty Mutual.  Liberty Mutual neither admits nor denies the remaining allegations of Paragraph 21 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

151402

**22.**

Liberty Mutual neither admits nor denies the allegations of Paragraph 22 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

**23.**

Liberty Mutual denies the allegations of Paragraph 23 to the extent those allegations relate to Liberty Mutual.  Liberty Mutual neither admits nor denies the remaining allegations of Paragraph 23 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

**24.**

The allegations of Paragraph 24 set forth legal conclusions to which no response is required.  To the extent a response is deemed necessary, Liberty Mutual denies the allegations of Paragraph 24 to the extent those allegations relate to Liberty Mutual.  Liberty Mutual neither admits nor denies the remaining allegations of Paragraph 24 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

**25.**

Liberty Mutual denies the allegations of Paragraph 25 to the extent those allegations relate to Liberty Mutual.  Liberty Mutual neither admits nor denies the remaining allegations of Paragraph 25 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

151402

**26.**

The allegations of Paragraph 26 set forth legal conclusions to which no response is required. To the extent a response is deemed necessary, Liberty Mutual denies the allegations of Paragraph 26 to the extent those allegations relate to Liberty Mutual. Liberty Mutual neither admits nor denies the remaining allegations of Paragraph 26 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

**27.**

Liberty Mutual denies the allegations of Paragraph 27 to the extent those allegations relate to Liberty Mutual. Liberty Mutual neither admits nor denies the remaining allegations of Paragraph 27 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

**28.**

The allegations of Paragraph 28 set forth legal conclusions to which no response is required. To the extent a response is deemed necessary, Liberty Mutual denies the allegations of Paragraph 28 to the extent those allegations relate to Liberty Mutual. Liberty Mutual neither admits nor denies the remaining allegations of Paragraph 28 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

**29.**

Liberty Mutual denies the allegations in Paragraph 29 to the extent those allegations relate to Liberty Mutual. Liberty Mutual neither admits nor denies the remaining

151402

allegations of Paragraph 29 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

## SELLER'S LIABILITY

### 30.

Liberty Mutual reavers its responses to all prior paragraphs, as if stated here in their entirety.

### 31.

The allegations of Paragraph 31 do not pertain to Liberty Mutual and set forth legal conclusions to which no response is required.  To the extent a response is required, Liberty Mutual denies the allegations as written.

### 32.

Liberty Mutual denies the allegations in Paragraph 32 to the extent those allegations relate to Liberty Mutual.  Liberty Mutual neither admits nor denies the remaining allegations of Paragraph 32 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

### 33.

Liberty Mutual denies the allegations in Paragraph 33 to the extent those allegations relate to Liberty Mutual.  Liberty Mutual neither admits nor denies the remaining allegations of Paragraph 33 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

### 34.

Liberty Mutual denies the allegations in Paragraph 34, including subparts a through k, to the extent those allegations relate to Liberty Mutual.  Liberty Mutual neither admits

151402

nor denies the remaining allegations of Paragraph 34, including subparts a through k, for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

**35.**

Liberty Mutual denies the allegations in Paragraph 35, including subparts a through c, to the extent those allegations relate to Liberty Mutual.  Liberty Mutual neither admits nor denies the remaining allegations of Paragraph 35, including a through c, for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

**36.**

Liberty Mutual denies the allegations in Paragraph 36 to the extent those allegations relate to Liberty Mutual.  Liberty Mutual neither admits nor denies the remaining allegations of Paragraph 36 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

**37.**

Liberty Mutual denies the allegations in Paragraph 37 to the extent those allegations relate to Liberty Mutual.  Liberty Mutual neither admits nor denies the remaining allegations of Paragraph 37 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

**38.**

Liberty Mutual denies the allegations in Paragraph 38 to the extent those allegations relate to Liberty Mutual.  Liberty Mutual neither admits nor denies the remaining

151402

allegations of Paragraph 38 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

### 39.

Liberty Mutual denies the allegations in Paragraph 39 to the extent those allegations relate to Liberty Mutual.  Liberty Mutual neither admits nor denies the remaining allegations of Paragraph 39 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

### 40.

Liberty Mutual denies the allegations in Paragraph 40 to the extent those allegations relate to Liberty Mutual.  Liberty Mutual neither admits nor denies the remaining allegations of Paragraph 40 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

## **PRODUCTS LIABILITY**

### 41.

Liberty Mutual reavers its responses to all prior paragraphs, as if stated here in their entirety.

### 42.

Liberty Mutual denies the allegations in Paragraph 42 to the extent those allegations relate to Liberty Mutual.  Liberty Mutual neither admits nor denies the remaining allegations of Paragraph 42 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

151402

**43.**

Liberty Mutual denies the allegations in Paragraph 43 to the extent those allegations relate to Liberty Mutual.  Liberty Mutual neither admits nor denies the remaining allegations of Paragraph 43 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

**44.**

Liberty Mutual denies the allegations in Paragraph 44 to the extent those allegations relate to Liberty Mutual.  Liberty Mutual neither admits nor denies the remaining allegations of Paragraph 44 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

**45.**

Liberty Mutual denies the allegations in Paragraph 45 to the extent those allegations relate to Liberty Mutual.  Liberty Mutual neither admits nor denies the remaining allegations of Paragraph 45 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

**46.**

Liberty Mutual denies the allegations in Paragraph 46 to the extent those allegations relate to Liberty Mutual.  Liberty Mutual neither admits nor denies the remaining allegations of Paragraph 46 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

**47.**

Liberty Mutual denies the allegations in Paragraph 47 to the extent those allegations relate to Liberty Mutual.  Liberty Mutual neither admits nor denies the remaining

151402

allegations of Paragraph 47 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

**48.**

Liberty Mutual denies the allegations in Paragraph 48 to the extent those allegations relate to Liberty Mutual. Liberty Mutual neither admits nor denies the remaining allegations of Paragraph 48 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

**49.**

Liberty Mutual denies the allegations in Paragraph 49 to the extent those allegations relate to Liberty Mutual. Liberty Mutual neither admits nor denies the remaining allegations of Paragraph 49 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

**50.**

Liberty Mutual denies the allegations in Paragraph 50 to the extent those allegations relate to Liberty Mutual. Liberty Mutual neither admits nor denies the remaining allegations of Paragraph 50 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

**51.**

Liberty Mutual denies the allegations in Paragraph 51 to the extent those allegations relate to Liberty Mutual. Liberty Mutual neither admits nor denies the remaining allegations of Paragraph 51 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

151402

**52.**

Liberty Mutual denies the allegations in Paragraph 52 to the extent those allegations relate to Liberty Mutual. Liberty Mutual neither admits nor denies the remaining allegations of Paragraph 52 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

**53.**

Liberty Mutual denies the allegations in Paragraph 53 to the extent those allegations relate to Liberty Mutual. Liberty Mutual neither admits nor denies the remaining allegations of Paragraph 53 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

**54.**

Liberty Mutual denies the allegations in Paragraph 54 to the extent those allegations relate to Liberty Mutual. Liberty Mutual neither admits nor denies the remaining allegations of Paragraph 54 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

**55.**

Liberty Mutual denies the allegations in Paragraph 55 to the extent those allegations relate to Liberty Mutual. Liberty Mutual neither admits nor denies the remaining allegations of Paragraph 55 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

**56.**

Liberty Mutual denies the allegations in Paragraph 56 to the extent those allegations relate to Liberty Mutual. Liberty Mutual neither admits nor denies the remaining

151402

allegations of Paragraph 56 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

### 57.

Liberty Mutual denies the allegations in Paragraph 57 to the extent those allegations relate to Liberty Mutual.  Liberty Mutual neither admits nor denies the remaining allegations of Paragraph 57 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

### 58.

Liberty Mutual denies the allegations in Paragraph 58 to the extent those allegations relate to Liberty Mutual.  Liberty Mutual neither admits nor denies the allegations of Paragraph 58 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

### BREACH OF WARRANTY

### 59.

Liberty Mutual reavers its responses to all prior paragraphs, as if stated here in their entirety.

### 60.

Liberty Mutual denies the allegations in Paragraph 60 to the extent those allegations relate to Liberty Mutual.  Liberty Mutual neither admits nor denies the remaining allegations of Paragraph 60 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

151402

**61.**

Liberty Mutual denies the allegations in Paragraph 61 to the extent those allegations relate to Liberty Mutual.  Liberty Mutual neither admits nor denies the remaining allegations of Paragraph 61 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

**62.**

Liberty Mutual denies the allegations in Paragraph 62 to the extent those allegations relate to Liberty Mutual.  Liberty Mutual neither admits nor denies the remaining allegations of Paragraph 62 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

**63.**

Liberty Mutual denies the allegations in Paragraph 63 to the extent those allegations relate to Liberty Mutual.  Liberty Mutual neither admits nor denies the remaining allegations of Paragraph 63 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

**64.**

Liberty Mutual denies the allegations in Paragraph 64 to the extent those allegations relate to Liberty Mutual.  Liberty Mutual neither admits nor denies the remaining allegations of Paragraph 64 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

**65.**

Liberty Mutual denies the allegations in Paragraph 65 to the extent those allegations relate to Liberty Mutual.  Liberty Mutual neither admits nor denies the remaining

151402

allegations of Paragraph 65 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

**66.**

Liberty Mutual denies the allegations in Paragraph 66 to the extent those allegations relate to Liberty Mutual. Liberty Mutual neither admits nor denies the remaining allegations of Paragraph 66 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

**67.**

Liberty Mutual denies the allegations in Paragraph 67 to the extent those allegations relate to Liberty Mutual. Liberty Mutual neither admits nor denies the allegations of Paragraph 67 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

**68.**

Liberty Mutual denies the allegations in Paragraph 68 to the extent those allegations relate to Liberty Mutual. Liberty Mutual neither admits nor denies the remaining allegations of Paragraph 68 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

**69.**

Liberty Mutual denies the allegations in Paragraph 69 to the extent those allegations relate to Liberty Mutual. Liberty Mutual neither admits nor denies the remaining allegations of Paragraph 69 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

151402

**70.**

Liberty Mutual denies the allegations in Paragraph 70 to the extent those allegations relate to Liberty Mutual.  Liberty Mutual neither admits nor denies the remaining allegations of Paragraph 70 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

**71.**

Liberty Mutual denies the allegations in Paragraph 71 to the extent those allegations relate to Liberty Mutual.  Liberty Mutual neither admits nor denies the remaining allegations of Paragraph 71 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

**72.**

Liberty Mutual neither admits nor denies the allegations of Paragraph 72 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

**73.**

Liberty Mutual denies the allegations in Paragraph 73 to the extent those allegations relate to Liberty Mutual.  Liberty Mutual neither admits nor denies the remaining allegations of Paragraph 73 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

**74.**

Liberty Mutual denies the allegations in Paragraph 74 to the extent those allegations relate to Liberty Mutual.  Liberty Mutual neither admits nor denies the remaining

151402

allegations of Paragraph 74 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

**75.**

Liberty Mutual denies the allegations in Paragraph 75 to the extent those allegations relate to Liberty Mutual. Liberty Mutual neither admits nor denies the remaining allegations of Paragraph 75 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

**76.**

Liberty Mutual denies the allegations in Paragraph 76 to the extent those allegations relate to Liberty Mutual. Liberty Mutual neither admits nor denies the remaining allegations of Paragraph 76 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

**77.**

Liberty Mutual denies the allegations in Paragraph 77 to the extent those allegations relate to Liberty Mutual. Liberty Mutual neither admits nor denies the remaining allegations of Paragraph 77 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

**78.**

The allegations of Paragraph 78 set forth legal conclusions to which no response is required. To the extent a response is required, Liberty Mutual denies the allegations for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

151402

**79.**

Liberty Mutual denies the allegations in Paragraph 79 to the extent those allegations relate to Liberty Mutual.  Liberty Mutual neither admits nor denies the remaining allegations of Paragraph 79 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

**80.**

Liberty Mutual denies the allegations in Paragraph 80 to the extent those allegations relate to Liberty Mutual.  Liberty Mutual neither admits nor denies the remaining allegations of Paragraph 80 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

**81.**

Liberty Mutual denies the allegations in Paragraph 81 to the extent those allegations relate to Liberty Mutual.  Liberty Mutual neither admits nor denies the remaining allegations of Paragraph 81 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

**82.**

Liberty Mutual denies the allegations in Paragraph 82 to the extent those allegations relate to Liberty Mutual.  Liberty Mutual neither admits nor denies the remaining allegations of Paragraph 82 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

**83.**

Liberty Mutual denies the allegations in Paragraph 83 to the extent those allegations relate to Liberty Mutual.  Liberty Mutual neither admits nor denies the remaining

151402

allegations of Paragraph 83 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

## 84.

Liberty Mutual denies the allegations in Paragraph 84 to the extent those allegations relate to Liberty Mutual.  Liberty Mutual neither admits nor denies the remaining allegations of Paragraph 84 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

## 85.

Liberty Mutual denies the allegations in Paragraph 85 to the extent those allegations relate to Liberty Mutual.  Liberty Mutual neither admits nor denies the remaining allegations of Paragraph 85 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

## CIVIL LAW OF LOUISIANA

Liberty Mutual reavers its responses to all prior paragraphs, as if stated here in their entirety.

## 86.

The allegations in Paragraph 86 set forth legal conclusions to which no response is required.  To the extent a response is required, Liberty Mutual denies the allegations as written.

## 87.

Liberty Mutual denies the allegations in Paragraph 87 to the extent those allegations relate to Liberty Mutual.  Liberty Mutual neither admits nor denies the remaining

151402

allegations of Paragraph 87 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

**88.**

Liberty Mutual denies the allegations in Paragraph 88 to the extent those allegations relate to Liberty Mutual.  Liberty Mutual neither admits nor denies the remaining allegations of Paragraph 88 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

**89.**

Liberty Mutual denies the allegations in Paragraph 89 to the extent those allegations relate to Liberty Mutual.  Liberty Mutual neither admits nor denies the remaining allegations of Paragraph 89 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

**90.**

Liberty Mutual denies the allegations in Paragraph 90 to the extent those allegations relate to Liberty Mutual.  Liberty Mutual neither admits nor denies the remaining allegations of Paragraph 90 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

**91.**

Liberty Mutual denies the allegations in Paragraph 91 to the extent those allegations relate to Liberty Mutual.  Liberty Mutual neither admits nor denies the remaining allegations of Paragraph 91 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

151402

**92.**

The allegations of Paragraph 92 set forth legal conclusions to which no response is required.   To the extent a response is required, Liberty Mutual denies the allegations as written.

**93.**

Liberty Mutual denies the allegations in Paragraph 93 to the extent those allegations relate to Liberty Mutual.   Liberty Mutual neither admits nor denies the remaining allegations of Paragraph 93 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

**94.**

Liberty Mutual denies the allegations in Paragraph 94 to the extent those allegations relate to Liberty Mutual.   Liberty Mutual neither admits nor denies the remaining allegations of Paragraph 94 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

**95.**

Liberty Mutual denies the allegations in Paragraph 95, including subparts a and b, to the extent those allegations relate to Liberty Mutual.   Liberty Mutual neither admits nor denies the remaining allegations of Paragraph 95, including subparts a and b, for lack of knowledge or information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiffs to their proofs.

**WHEREFORE**, Liberty Mutual prays that its Answer and Affirmative Defenses be deemed good and sufficient, and that after due proceedings had, this Court render judgment in its favor, with all costs and fees assessed against the plaintiffs.

151402

Respectfully submitted:

/s/ Catherine F. Giarrusso
_____

H. Minor Pipes, III, 24603
John W. Joyce, 27525
Judy Y. Barrasso, 2814
Catherine Fornias Giarrusso, 29875
   Of
BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone (504) 589-9700
Facsimile (504) 589-9701

Attorneys for Liberty Mutual Fire Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S mail and e-mail *or* by hand delivery and e-mail *and* upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 25th day of January, 2009.

/s/ Catherine F. Giarrusso
_____

151402