9/10/2009 2:56 PM Filed Lee County Clerk of Courts

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR LEE COUNTY, FLORIDA

CIVIL ACTION

CRAIG A. PISARIS-HENDERSON and KELLY HENDERSON, Husband and Wife,

    Plaintiffs,

v.

CASE NO. 09-CA-001280

DOUGLAS B. FRANCIS and DELACRUZ DRYWALL PLASTERING & STUCCO, INC., a Florida corporation,

    Defendants.

_____/

## ORDER

THIS CAUSE having come on before this Court upon Motion to Dismiss and Motion to Strike Claim for Attorney's Fees of Defendant, DELACRUZ DRYWALL PLASTERING & STUCCO, INC. (hereafter "DELACRUZ"), and the Court being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1. Defendant DELACRUZ'S Motion to Dismiss Count III (Negligence) of the Amended Complaint is denied to the extent that the count seeks damages to other property, including, but not necessarily limited to, jewelry throughout the residence. Defendant's Motion to Dismiss is granted to the extent that Plaintiffs shall not be entitled to pursue damages for any items which this Court determined are not recoverable in its prior Order on Defendant's Motion to Dismiss Plaintiffs' Complaint, including, but not limited to, portions of the HVAC system and copper wiring throughout the subject residence.

2. Defendant DELACRUZ'S Motion to Strike Claim for Attorney's Fees is



EXHIBIT B

granted without prejudice to Plaintiffs to pursue attorney's fees if Plaintiffs are able to later establish a legal basis for the recovery of such fees.

3. Defendant DELACRUZ shall have twenty (20) days from the date hereof to plead in response to the Amended Complaint.

DONE AND ORDERED in Chambers at Fort Myers, Lee County, Florida, this 9th day of September, 2009.

HONORABLE MICHAEL T. MCHUGH
Circuit Court Judge

Service of the foregoing Order has been made by U.S. Mail this 9th day of September, 2009, upon:

J. Matthew Belcastro, Esq.
Steven G. Koeppel, Esq.
Manuel Hiraldo, Esq.

By: Lisa Paulter
Judicial Assistant