IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL Docket No. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * *

**This pleading relates to:**
**CASES IN WHICH MANUFACTURER DEFENDANTS ARE SERVED**

### NOTICE OF HEARING

PLEASE TAKE NOTICE that undersigned counsel for "Manufacturer Defendants", KNAUF PLASTERBOARD (TIANJIN) CO. LTD ("KPT"), KNAUF PLASTERBOARD (WUHU) CO., LTD ("Knauf Wuhu") and KNAUF GIPS, KG ("Knauf Gips"), will bring the foregoing Manufacturer Defendants' Request for Certification on for hearing before the Honorable Eldon E. Fallon, Section "E", of the United States District Court, Eastern District of Louisiana, located at 500 Poydras Street, New Orleans, Louisiana on the 10th day of February, 2010 beginning at 9:00 o'clock,, a.m. or as soon thereafter as counsel can be heard.

                                              Respectfully submitted,

                                              BY: s/Kerry J. Miller
                                              KERRY J. MILLER (#24562)
                                              KYLE A. SPAULDING (#29000)
                                              PAUL C. THIBODEAUX (#29446)
                                              **FRILOT L.C.**
                                              1100 Poydras Street
                                              Suite 3700
                                              New Orleans, LA 70163
                                              Telephone: (504)599-8194
                                              Facsimile: (504)599-8145
                                              Email: kmiller@frilot.com

-AND-

DONALD J. HAYDEN (FL Bar No. 0097136)
**BAKER & MCKENZIE LLP**
Mellon Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL 33131
Telephone:      (305) 789-8966
Facsimile:      (305) 789-8953
Email: donald.j.hayden@bakernet.com

DOUGLAS B. SANDERS (IL Bar No. 6256621)
RICHARD M. FRANKLIN (IL Bar No. 0864390)
**BAKER & MCKENZIE LLP**
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL 60601
Telephone:      (312) 861-8075
Facsimile:      (312) 698-2375
Email: douglas.b.sanders@bakernet.com

## **CERTIFICATE**

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, and Phillip Wittmann, Homebuilders' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this 25th day of January, 2010.

/s/ *Kerry J. Miller*
Kerry J. Miller

2