IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * * | MDL Docket No. 2047 SECTION L JUDGE FALLON MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * *

**This pleading relates to:**
**CASES IN WHICH MANUFACTURER DEFENDANTS ARE SERVED**

## ORDER

CONSIDERING THE FOREGOING Manufacturer Defendants' Request for Certification;

IT IS HEREBY ORDERED that said Request for Certification be and the same is hereby granted. Pursuant to 28 U.S.C. 1292(b), this Court's January 13, 2010 Order (Rec. Doc. No. 741), while not otherwise appealable, involves a controlling question of law as to which there is substantial ground for difference of opinion. An immediate appeal to the United States Fifth Circuit Court of Appeals from the aforementioned Order may materially advance the ultimate termination of the litigation.

New Orleans, Louisiana this ____ day of _____, 2010.

_____
**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT COURT JUDGE**