# Brian K. Abels

**From:** Donald E. Elder [DElder@tresslerllp.com]
**Sent:** Wednesday, January 20, 2010 3:00 PM
**To:** Brian Abels
**Subject:** FW: Pate v. American Int'l Specialty Lines, et al., Case No. 2:09-cv-7791

**Follow Up Flag:** Follow up
**Flag Status:** Completed

---

**From:** Piazza, Anna M. [mailto:Apiazza@andersonkill.com]
**Sent:** Wednesday, January 20, 2010 9:59 AM
**To:** Donald E. Elder
**Cc:** Anthony N. Balice; Abraham Sandoval; Piazza, Anna M.
**Subject:** RE: Pate v. American Int'l Specialty Lines, et al., Case No. 2:09-cv-7791

Yes. Just to clarify, a thirty day extension actually takes you to February 24 (not 25), 2010. So, we consent to an extension to Feb. 24, 2010.

Thanks,
Anna

> -----Original Message-----
> **From:** Donald E. Elder [mailto:DElder@tresslerllp.com]
> **Sent:** Friday, January 15, 2010 5:16 PM
> **To:** Piazza, Anna M.
> **Cc:** Anthony N. Balice; Abraham Sandoval
> **Subject:** Pate v. American Int'l Specialty Lines, et al., Case No. 2:09-cv-7791
>
> Anna,
>
> This will confirm that Plaintiff, Robert C. Pate, as trustee for the Chinese Drywall Trust, has no objection to extending the time in which Defendants, Amerisure Insurance Company and Amerisure Mutual Insurance Company, must file their responsive pleading to February 25, 2010. We intend to file a motion with the Court addressing this request within the next two weeks. Thank you for this professional courtesy.
>
> Best regards,
>
> Donald E. Elder | Partner
> Tressler LLP
> 233 South Wacker Drive, 22nd Floor
> Chicago, IL 60606
> Telephone: 312-627-4186 | Fax: 312-627-1717 | Cell: 312-520-2502
> mailto:delder@tresslerllp.com | www.tresslerllp.com | www.tresslerllp.com/donald-elder
>
> *Please note that the firm name, website address and my email address have recently changed.*
>
> Thank you for considering the environmental impact of printing emails.
>
> This message, including attachments, is covered by the Electronic Communication Privacy Act, 18 U.S.C., sections 2510-2521, is CONFIDENTIAL and may also be protected by ATTORNEY/CLIENT PRIVILEGE. If you believe you

1

EXHIBIT A

received this e-mail in error, do not read it. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. If the reader of this message is not the intended recipient, I did not intend to waive and do not waive any privileges or confidentiality of this message or the attachments. Please reply to the sender that you have received the message in error, then delete it. Thank you.

IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication, including attachments, was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such taxpayer by the Internal Revenue Service. In addition, if any such tax advice is used or referred to by other parties in promoting, marketing or recommending any partnership or other entity, investment plan or arrangement, then (i) the advice should be construed as written in connection with the promotion or marketing by others of the transaction(s) or matter(s) addresses in this communication and (ii) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

This electronic mail transmission may contain privileged, confidential and/or proprietary information intended only for the person(s) named. Any use, distribution, copying or disclosure to another person is strictly prohibited. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email.
**************************************************************** IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed therein.