UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br><br>SECTION "L" |

This Document Relates to:

| | |
|---|---|
| ROBERT C. PATE, AS TRUSTEE FOR THE CHINESE DRYWALL TRUST | CIVIL ACTION NO.: 2:09-CV-7791 |
| VERSUS | |
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, AMERICAN GUARANTEE AND LIABILTY INSURANCE COMPANY, AMERISURE INSURANCE COMPANY, AMERISURE MUTUAL INSURANCE COMPANY, AUTO-OWNERS INSURANCE COMPANY, FCCI COMMERCIAL INSURANCE COMPANY, FCCI INSURANCE COMPANY, HERMITAGE INSURANCE COMPANY, ILLINOIS UNION INSURANCE COMPANY, LANDMARK AMERICAN INSURANCE COMPANY, LEXINGTON INSURANCE COMPANY, MID-CONTINENTAL CASUALTY COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., OLD REPUBLIC INSURANCE COMPANY, SCOTTSDALE INSURANCE COMPANY, AND STEADFAST INSURANCE COMPANY | JUDGE ELDON FALLON<br><br>MAGISTRATE JOSEPH WILKINSON, JR. |

**MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADINGS**

**NOW INTO COURT**, through undersigned counsel, come defendants, AMERISURE MUTUAL INSURANCE COMPANY AND AMERISURE INSURANCE COMPANY, who

pray that they be granted until February 24, 2010, to file responsive pleadings. Counsel for plaintiff has been contacted and has no opposition to this extension of time. A copy of the email between counsel stating the agreement is attached as Exhibit "A" to defendants' motion.

AND FOR ALL GENERAL AND EQUITABLE RELIEF.

RESPECTFULLY SUBMITTED:

BOYER, HEBERT & ABELS, LLC

By: _____
BRIAN K. ABELS, #24928
133 Aspen Square, Suite F
Denham Springs, Louisiana 70726
Telephone: (225) 664-4335

## CERTIFICATE

I hereby certify that a copy of the above and foregoing was this day transmitted to all counsel of record, via email.

Denham Springs, Louisiana this 25th day of January, 2010.

_____
BRIAN K. ABELS