UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br><br>SECTION "L" |

This Document Relates to:

| | |
|---|---|
| ROBERT C. PATE, AS TRUSTEE FOR THE CHINESE DRYWALL TRUST | CIVIL ACTION NO.: 2:09-CV-7791 |
| VERSUS | |
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, AMERICAN GUARANTEE AND LIABILTY INSURANCE COMPANY, AMERISURE INSURANCE COMPANY, AMERISURE MUTUAL INSURANCE COMPANY, AUTO-OWNERS INSURANCE COMPANY, FCCI COMMERCIAL INSURANCE COMPANY, FCCI INSURANCE COMPANY, HERMITAGE INSURANCE COMPANY, ILLINOIS UNION INSURANCE COMPANY, LANDMARK AMERICAN INSURANCE COMPANY, LEXINGTON INSURANCE COMPANY, MID-CONTINENTAL CASUALTY COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., OLD REPUBLIC INSURANCE COMPANY, SCOTTSDALE INSURANCE COMPANY, AND STEADFAST INSURANCE COMPANY | JUDGE ELDON FALLON<br><br>MAGISTRATE JOSEPH WILKINSON, JR. |

**ATTORNEY APPEARANCE FORM**

An appearance is hereby filed by the undersigned as attorney for defendants, AMERISURE MUTUAL INSURANCE COMPANY AND AMERISURE INSURANCE COMPANY.

Brian K. Abels

*[signature]*

BOYER, HEBERT & ABELS, LLC
133 Aspen Square, Suite F
Denham Springs, Louisiana 70726
LA Bar Roll Number: 24928
Telephone: (225) 664-4335
Facsimile: (225) 664-4490
Email: babels@boyerhebert.com

RESPECTFULLY SUBMITTED:

BOYER, HEBERT & ABELS, LLC

By: *[signature]*

BRIAN K. ABELS, #24928
133 Aspen Square, Suite F
Denham Springs, Louisiana 70726
Telephone: (225) 664-4335

## CERTIFICATE

I hereby certify that a copy of the above and foregoing was this day transmitted to all counsel of record, via email.

Denham Springs, Louisiana this 25th day of January, 2010.

*[signature]*

BRIAN K. ABELS