UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br><br>SECTION "L" |
| This Document Relates to: | |
| ROBERT C. PATE, AS TRUSTEE FOR THE CHINESE DRYWALL TRUST | CIVIL ACTION NO.: 2:09-CV-7791 |
| VERSUS | |
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, AMERICAN GUARANTEE AND LIABILTY INSURANCE COMPANY, AMERISURE INSURANCE COMPANY, AMERISURE MUTUAL INSURANCE COMPANY, AUTO-OWNERS INSURANCE COMPANY, FCCI COMMERCIAL INSURANCE COMPANY, FCCI INSURANCE COMPANY, HERMITAGE INSURANCE COMPANY, ILLINOIS UNION INSURANCE COMPANY, LANDMARK AMERICAN INSURANCE COMPANY, LEXINGTON INSURANCE COMPANY, MID-CONTINENTAL CASUALTY COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., OLD REPUBLIC INSURANCE COMPANY, SCOTTSDALE INSURANCE COMPANY, AND STEADFAST INSURANCE COMPANY | JUDGE ELDON FALLON<br><br>MAGISTRATE JOSEPH WILKINSON, JR. |

**CORPORATE DISCLOSURE STATEMENT OF AMERISURE MUTUAL INSURANCE COMPANY AND AMERISURE INSURANCE COMPANY**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendants, AMERISURE MUTUAL INSURANCE COMPANY AND AMERISURE INSURANCE COMPANY provide the following corporate disclosures:

1. Defendant, Amerisure Insurance Company is a wholly owned subsidiary of defendant, Amerisure Mutual Insurance Company, which recently converted from a mutual insurance company to a stock insurance company. Defendant, Amerisure Mutual Insurance Company is a wholly owned subsidiary of Amerisure, Inc. an intermediate holding company, which is wholly owned and controlled by Amerisure Mutual Holdings, Inc., a Michigan mutual insurance holding company.

2. No publically held corporation owns 10% or more of the stock of either Amerisure Insurance Company or Amerisure Mutual Insurance Company.

Respectfully submitted,

BOYER, HEBERT & ABELS, LLC

By: _____
BRIAN K. ABELS, #24928
133 Aspen Square, Suite F
Denham Springs, Louisiana 70726
Telephone: (225) 664-4335
*Attorney for defendants, Amerisure Insurance Company and Amerisure Mutual Insurance Company*