UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> _____ ) | MDL No. 2047 <br><br> SECTION: L <br><br> JUDGE FALLON <br> MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**

ROBERT C. PATE, et al    NO. 09-07791

### FIRST MOTION FOR EXTENSION OF TIME

**NOW INTO COURT**, through undersigned counsel, come Defendants, Steadfast Insurance Company (Steadfast) and American Guarantee and Liability Insurance Company (AGLIC) which move this Court for an additional thirty (30) days from the date of signing of the attached Order to complete their investigations and to file responsive pleadings to the Complaint, with a full reservation of rights, including the right to object to the jurisdiction of this Court.  Counsel for Plaintiff has been contacted and has no objection to the requested 30 day extension.

Respectfully submitted,

**STEPHEN BERRY, Trial Attorney**
**J. RANDOLPH EVANS**
**McKENNA, LONG & ALDRIDGE, LLP**
303 Peachtree Street, NE, Suite 5300
Atlanta, GA 30308
Phone: 404-527-4000 Fax: 404-527-4198
Emails: sberry@mckennalong.com
Lead counsel for Steadfast Insurance Company and
American Guarantee Liability Insurance Company


*/s/ Wade A. Langlois, III*
_____
**THOMAS L. GAUDRY, JR.  T.A. (#5980)**
**WADE A. LANGLOIS, III (#17681)**
**GAUDRY, RANSON, HIGGINS & GREMILLION, LLC**
Oakwood Corporate Center
401 Whitney Avenue, Suite 500
Gretna, Louisiana 70056
Telephone: (504) 362-2466   Fax: (504) 362-5938
Emails: tgaudry@grhg.net and wlanglois@grhg.net
Local Counsel for Steadfast Insurance Company and
American Guarantee Liability Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **FIRST MOTION FOR EXTENSION OF TIME** has been served on Plaintiffs' Liaison Counsel, Russ Herman and Leonard Davis, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and/or e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 26th day of January, 2010.

*/s/ Wade A. Langlois, III*
Wade A. Langlois, III, LSBA #17681

G:\0262\2015\Pleadings\Extension of Time.wpd