UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL ) MDL No. 2047
PRODUCTS LIABILITY LITIGATION )
) SECTION: L
)
) JUDGE ELDON E. FALLON
) MAG. JUDGE WILKINSON
_____)

**THIS DOCUMENT RELATES TO:**

ROBERT C. PATE, et al   NO. 09-07791

## **PROPOSED ORDER**

Considering the foregoing First Motion for Extension of Time:

**IT IS ORDERED THAT** Steadfast Insurance Company and American Guarantee Liability Insurance Company be and are hereby granted an additional thirty (30) days from the date of the signing of this Order to complete their investigations and to file responsive pleadings to the Complaint, with a full reservation of rights, including the right to object to the jurisdiction of this Court.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
Eldon E. Fallon, Judge

G:\0262\2015\Pleadings\Extension of Time Proposed Order.wpd