UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.:  2047 <br><br> JUDGE FALLON |
|---|---|
| This document relates to Pate v. American International Specialty Lines Insurance Company, et al. (09-7791) | MAGISTRATE JUDGE WILKINSON |

### PLAINTIFF'S MOTION TO ENROLL AS COUNSEL OF RECORD

Plaintiff, Robert C. Pate, as Trustee of the Chinese Drywall Trust, hereby moves this Court to enroll as additional counsel of record for Plaintiff in these proceedings Renée Melançon of Baron & Budd, P.C., 3102 Oak Lawn Avenue, Suite 1100, Dallas, TX  75219.

January 26, 2010

Respectfully submitted,

/s/ Anna M. Piazza
Robert M. Horkovich
Anna M. Piazza
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, New York 10020
P:  212-278-1000
F:  212-278-1733
rhorkovich@andersonkill.com
apiazza@andersonkill.com

*Plaintiff's Lead Counsel*

Burton LeBlanc (#20491)
Baron & Budd, PC
9015 Bluebonnet Blvd.
Baton Rouge, Louisiana 70810
P:  225-927-5441
F:  225-927-5449
bleblanc@baronbudd.com

*Plaintiff's Local Counsel*

NYDOCS1-938443.2

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Motion to Enroll has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 26th day of January, 2010.

                                              /s/ Anna M. Piazza  
                                              Anna M. Piazza