UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT C. PATE, Trustee for the Chinese Drywall Trust,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, AMERISURE INSURANCE COMPANY, AMERISURE MUTUAL INSURANCE COMPANY, AUTO-OWNERS INSURANCE COMPANY, FCCI COMMERCIAL INSURANCE COMPANY, FCCI INSURANCE COMPANY, HERMITAGE INSURANCE COMPANY, ILLINOIS UNION INSURANCE COMPANY, LANDMARK AMERICAN INSURANCE COMPANY, LEXINGTON INSURANCE COMANY, MID-CONTINENT CASUALTY COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGG, PA, OLD REPUBLIC INSURANCE COMPANY, and STEADFAST INSURANCE COMPANY,<br><br>    Defendants, | CIVIL ACTION:   2:09-CV-07791<br><br>JUDGE:   ELDON E. FALLON<br><br>MAGISTRATE:   JOSEPH C. WILKINSON, JR. |

**ORDER**

- 2 -

Considering the foregoing First Motion for Extension of Time and Incorporated Memorandum in Support filed by defendants FCCI Commercial Insurance Company and FCCI Insurance Company;

IT IS HEREBY ORDERED that defendants FCCI Commercial Insurance Company and FCCI Insurance Company's motion is GRANTED;

IT IS FURTHER ORDERED that defendants FCCI Commercial Insurance Company and FCCI Insurance Company shall have up through February 23, 2010 to Answer, object or otherwise respond to Plaintiff's Complaint.

NEW ORLEANS, LOUISIANA, this __25th__ day of ____January____, 2010.

_____
United States District Judge

- 2 -