# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *  MDL No. 2:09-md-02047 <br> * <br> * <br> * <br> *  JUDGE FALLON |
| **This document relates to:** | * <br> * |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust <br> VERSUS <br> AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ET AL <br> **(2:09-cv-07791)** (E.D. La.) | * <br> *  MAGISTRATE WILKINSON <br> * <br> * <br> * <br> * <br> * |

******************************************

## ORDER

Considering the Motion for Extension of Time filed by Chartis and Lexington;

**IT IS HEREBY ORDERED** that the Ex Parte Motion for Extension of Time is granted and that Chartis and Lexington shall have an additional twenty (20) days from January 25, 2010, which is through and including February 15, 2010 within which to file responsive pleadings.

THUS DONE AND SIGNED in New Orleans, Louisiana this 25th day of January, 2010.

_____
Judge, United States District Court
Eastern District of Louisiana