UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br><br>SECTION "L" |

This Document Relates to:

| | |
|---|---|
| ROBERT C. PATE, AS TRUSTEE FOR THE CHINESE DRYWALL TRUST | CIVIL ACTION NO.: 2:09-CV-7791 |
| VERSUS | |
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, AMERICAN GUARANTEE AND LIABILTY INSURANCE COMPANY, AMERISURE INSURANCE COMPANY, AMERISURE MUTUAL INSURANCE COMPANY, AUTO-OWNERS INSURANCE COMPANY, FCCI COMMERCIAL INSURANCE COMPANY, FCCI INSURANCE COMPANY, HERMITAGE INSURANCE COMPANY, ILLINOIS UNION INSURANCE COMPANY, LANDMARK AMERICAN INSURANCE COMPANY, LEXINGTON INSURANCE COMPANY, MID-CONTINENTAL CASUALTY COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., OLD REPUBLIC INSURANCE COMPANY, SCOTTSDALE INSURANCE COMPANY, AND STEADFAST INSURANCE COMPANY | JUDGE ELDON FALLON<br><br>MAGISTRATE JOSEPH WILKINSON, JR. |

**ORDER GRANTING ADDITIONAL TIME TO FILE RESPONSIVE PLEADINGS**

**CONSIDERING** the above and foregoing Motion:

**IT IS HEREBY ORDERED** that defendants, AMERISURE MUTUAL INSURANCE COMPANY AND AMERISURE INSURANCE COMPANY, are allowed until February 24, 2010, to file responsive pleadings in this matter.

New Orleans, Louisiana this 26th day of ___January___ 2010.

_____
JUDGE, U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA