UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT C. PATE, trustee for the Chinese Drywall Trust | * DOCKET NO. 09-7791 <br> * <br> * JUDGE: FALLON |
| v. | * |
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY | * MAGISTRATE JUDGE: JCW |

## ORDER

Upon Motion, Hermitage Insurance Company is hereby granted an additional twenty days, or until February 15, 2010 to file pleadings responsive to plaintiff's complaint.

New Orleans, Louisiana, this 25th day of January, 2010

_____
UNITED STATES DISTRICT JUDGE