IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * * | MDL Docket No. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, Case No. 2:09-cv-6687 (E.D.La.)

### ORDER

Considering the Motion for Expedited Hearing of Knauf Plasterboard Tianjin's Motion to Strike Untimely Rebuttal Expert Reports;

IT IS HEREBY ORDERED that Defendant's Motion is granted and that the hearing on Defendant's Motion to Strike Untimely Rebuttal Expert Reports shall be held on the 28th January, 2010 on the briefs.

New Orleans, Louisiana this 26th day of January, 2010.

JUDGE ELDON E. FALLON