# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KIRK MEYER AND LORI MEYER | * | CIVIL ACTION |
| Plaintiffs | * | NO. 09-6834 |
| VERSUS | * | SECTION: L |
| KB HOME/SHAW LOUISIANA, L.L.C. AND ABC INSURANCE COMPANY | * | JUDGE FALLON |
| | * | MAGISTRATE JUDGE WILKINSON |
| Defendants | * | |

******************************************

## FIRST MOTION FOR EXTENSION OF TIME

Defendant, KB HOME/SHAW LOUISIANA, L.L.C. ("KB Home"), by and through its undersigned counsel, and pursuant to Local Rule 7.9E, respectfully moves this Court for a twenty-one day extension of time, through February 17, 2010, in which to answer or otherwise respond to Plaintiffs' Petition for Damages. In support of its Motion for Extension of Time, KB Home states the following grounds:

1. Plaintiffs served their initial Petition on KB Home on September 16, 2009.

2. The action was removed to this Court on October 15, 2009 and was subject to the stay effected by Pre-Trial Order 1.

3. On January 8, 2010, this Court entered Pre-Trial Order 1D which clarified that the stay had been lifted with respect to responsive pleadings, thereby making defendant's answer due on or about January 28, 2010.

4. Pursuant to Local Rule 7.9E, defendant KB Home respectfully request a twenty-one day extension of time in which to answer or otherwise respond to plaintiffs' petition.

16279878.1

1006113v.1

Undersigned counsel for KB Home attempted to contact Plaintiffs' counsel to secure an agreement to this requested extension, but was unable to do so. Plaintiffs' have not, however, filed any objection to an extension.

     5.     This extension of time will not unduly delay this matter or prejudice any other party.

WHEREFORE, KB Home moves this Court to grant the relief requested herein.

DATED: January 26, 2010          Respectfully Submitted,

          */s/ Dorothy H. Wimberly*
          Dorothy H. Wimberly, 18509, T.A.
          Brooke C. Tigchelarr, 32029
          Of
          STONE PIGMAN WALTHER WITTMAN, L.L.C.
          546 Carondelet Street
          New Orleans, Louisiana 70130
          Telephone: (504) 581-3200
          Facsimile: (504) 581-3361
          *Attorneys for KB Home/Shaw Louisiana, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing First Motion for Extension of Time has been served on Plaintiffs' Liaision Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 26th day of January, 2010

        */s/ Dorothy H. Wimberly*
        Attorney for KB Home/Shaw Louisiana, L.L.C.

16279878.1

1006113v.1