UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED ) | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY ) | |
| LITIGATION ) | JUDGE: FALLON |
| ) | |
| ) | MAGISTRATE:  WILKINSON |
| ) | |
| This document relates to case no.: ) | |
| 10-CV-52 (Bourgeois v. Allstate Indemnity) | |
| _____) | |

## MOTION TO ENROLL AS COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Glenn Bourgeois and Patricia Bourgeois, who respectfully moves this Honorable Court for an order permitting Allan Kanner, Cynthia St. Amant and Melissa M. Fuselier, of the law firm Kanner & Whiteley, LLC, to enroll as counsel of record on behalf of Plaintiffs in the captioned matter.

Respectfully submitted,

s/Gregory P. DiLeo
**GREGORY P. DI LEO, LSBA #4943**
**JENNIFER B. EAGAN, LSBA #19847**
Attorneys for Plaintiffs
Patricia Bourgeois and Glenn Bourgeois
300 Lafayette Street, Suite 101
New Orleans, LA  70130
Telephone:  (504) 522-3456
Facsimile:   (504) 522-3888
E-Mail:        gregorydileo@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, as well as regular mail upon defendant's counsel.

s/ Gregory P. DiLeo