UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED ) | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY ) | |
| LITIGATION ) | JUDGE: FALLON |
| ) | |
| ) | |
| ) | MAGISTRATE: WILKINSON |
| This document relates to case no.: ) | |
| 10-CV-52 (Bourgeois v. Allstate Indemnity) | |
| _____) | |

# **O R D E R**

Considering the foregoing;

IT IS HEREBY ORDERED that the Motion to Enroll as Counsel of Record is hereby GRANTED and that Allan Kanner, Cynthia St. Amant and Melissa M. Fuselier, of the law firm Kanner & Whiteley, LLC, are hereby enrolled as counsel of record on behalf of Plaintiffs, Glenn Bourgeois and Patricia Bourgeois in the captioned matter.

Date:_____        _____
                                                                  U.S. DISTRICT JUDGE