BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re    CHINESE DRYWALL LITIGATION                              MDL No. 2047

*Owners Insurance Company and Auto-Owners Insurance Company v. The Mitchell Company, Inc. and Rightway Drywall, Inc.*, United States District Court, Middle District of Georgia (Macon), Case No.: 5:09-cv-374

_____

**THE MITCHELL COMPANY, INC.'S RULE 7.5(e)
CORRECTED REVISED NOTICE OF TAG-ALONG ACTION AND
MOTION TO TRANSFER TAG-ALONG ACTION**
_____

Pursuant to Rule 7.5(e), of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation (hereinafter "Panel"), The Mitchell Company, Inc. hereby gives notice of the following potential tag-along action currently pending in the United States District Court for the Middle District of Georgia, and moves for the transfer and consolidation of this tag-along action to the United States District Court for the Eastern District of Louisiana in *In Re Chinese Manufactured Drywall Products Liability Litigation*, MDL No. 2047:

> *Owners Insurance Company and Auto-Owners Insurance Company
> v. The Mitchell Company, Inc. and Rightway Drywall, Inc.*
> United States District Court
> Middle District of Georgia (Macon)
> Case No.: 5:09-cv-374

The transfer of this action is appropriate for at least the following reasons:

1.      On or about June 15, 2009, this Panel determined that coordinated or consolidated pretrial proceedings were appropriate in ten (10) lawsuits which shared "factual questions concerning drywall manufactured in China, imported to and distributed in the United States, and used in the construction of houses; plaintiffs in all actions allege that the drywall emits smelly, corrosive gases." *In Re: Chinese-Manufactured Drywall Prod. Liab. Litig.,* 626 F. Supp. 2d 1346 (June 15, 2009).

2.      Pursuant to that ruling, such proceedings were consolidated in the United States District Court for the Eastern District of Louisiana (E.D. La.), the Honorable Eldon E. Fallon presiding.

3.      Since that ruling, numerous actions have been transferred to the transferee Court; no actions subject to a Conditional Transfer Order have been denied transfer.

4.      Every Joint Report issued in connection with the E.D. La. MDL has recognized the following:

> INSURANCE ISSUES
>
> There are a number of issues involving insurance matters that will be addressed in this litigation. These include actions against insurers of ... builders ....

5.      Since inception of the E.D. La. MDL, at least four (4) actions have been filed therein naming insurance carriers and placing in issue similar or identical insurance policy provisions. See *Borne v. Liberty Mut. Fire Ins. Co.* (E.D. La.; CA No. 09-6073); *Van Winkle v. Nautilus Ins. Group* (B.D. La.; CA No. 09-4378); *West v. State Farm Fire & Cas. Co.* (E.D. La.; CA No. 09-6356); *Pate v. Am. Int'l Specialty Lines Ins. Co., et al.* (E.D. La., Case No. 09-07791). In addition, at least one insurance coverage declaratory judgment action - *General Fidelity Insurance Co. v. Foster* (S.D. Fla.; CA No. 9:09-cv-80743-KMM) - has been conditionally transferred to the E.D. La. MDL. See

CTO-6 (Sept. 8,2009) and Order Reinstating Stay of Conditional Transfer Order (Sept. 25, 2009).

      6.      The action that is the subject of this Tag-Along Notice and Motion to Transfer involves requests for a declaration of the parties' rights under insurance policies containing language similar or identical to the insurance policies at issue in the actions referred to *supra* in paragraph 5 above. At issue are damages incurred as a result of property damage occasioned in homes containing Chinese-manufactured drywall whose owners complained that such drywall emitted smelly, corrosive gases.

      7.      Counsel for the Mitchell Company, Inc., Steven L. Nicholas and Elizabeth J. Cabraser, are members of MDL No. 2047's Homebuilders' Steering Committee. Thus, the interests of all affected parties would be advanced by prompt transfer of the action that is the subject of this Tag-Along Notice and Motion to Transfer to the E.D. La. MDL.

Dated: January 27, 2010

Respectfully submitted,

*/s/ R. Edwin Lamberth*
STEVEN L. NICHOLAS
R. EDWIN LAMBERTH
Cunningham Bounds, LLC
1601 Dauphin Street
Mobile, Alabama  36604
251-471-6191
251-479-1031 (fax)
sln@cunninghambounds.com
rel@cunninghambounds.com

3

JONATHAN D. SELBIN
Lieff, Cabraser, Heimann & Bernstein, LLP
780 Third Avenue, 48th Floor
New York, New York  10017-2024
212-355-9500
212-355-9592 (fax)


ELIZABETH J. CABRASER
KRISTEN E. LAW
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, Suite 3000
San Francisco, California  94111-3339
415-956-1000
415-956-1008 (fax)

Attorneys for Defendant The Mitchell Company, Inc.

**CERTIFICATE OF SERVICE**

      I do hereby certify that on this the 27nd day of January, 2010, I served The Mitchell Company, Inc.'s Rule 7.5(e) Revised Notice of Tag-Along Action and Motion to Transfer Tag-Along Action, along with all supporting documents, on Liaison Counsel listed on the attached service list, by U.S. Mail and e-mail and upon all parties in MDL 2047 by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the above documents were electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047. The above documents were also electronically filed with the Clerk of Court of the United States District Court for the Middle District of Georgia by using the CM/ECF System, which will send notice of the electronic filing to:

Michael C. Kendall  
Talley, French & Kendall, P.C.  
3152 Golf Ridge Boulevard, Suite 201  
Douglasville, Georgia 30135  
Email: mckendall@bellsouth.net  
*Attorney for Owners Insurance Company and*  
*Auto-Owners Insurance Company*

Jonathan D. Crumly, Sr.  
1000 Whitlock Avenue, Suite 320  
Marietta, Georgia 30064  
Email: jcrumly@little-crumly.com  
*Attorney for Rightway Drywall, Inc.*

                                            */s/ R. Edwin Lamberth*  
                                            R. EDWIN LAMBERTH