IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * *

## O R D E R

**CONSIDERING** the Ex Parte/Consent Motion to Seal;

**IT IS ORDERED** that the Ex Parte/Consent Motion to Seal is **GRANTED,** and the Motion to Exclude Portions of the Expert Report and Testimony of Donald Galler will be sealed and retained as part of the record.

New Orleans, Louisiana, this _____ day of January, 2010.

_____
JUDGE ELDON E. FALLON