UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:09-cv-6687 (E.D.La.) | |

## ORDER

Considering the Plaintiffs' Steering Committee's Motion for Leave to File the Memorandum of Law in Support of Motion to Exclude the Expert Opinions; of Roger G. Morse, AIA, and Matthew J. Perricone, Ph.D. Under Seal;

IT IS ORDERED BY THE COURT that the Plaintiffs' Steering Committee is granted leave of court to file the Memorandum of Law in Support of its Motion to Exclude the Expert Opinions of Roger g. Morse, AIA, and Matthew J. Perricone, Ph.D., under seal and that such remains confidential subject to further orders of this Court.

New Orleans, Louisiana this _____ day of _____, 2010.

_____
Honorable Eldon E. Fallon
U.S. District Judge