UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | : | MDL NO: 2047 |
| DRYWALL PRODUCTS LIABILITY | : | |
| LITIGATION | : | |
| | : | SECTION: L |
| | : | |
| | : | JUDGE: FALLON |
| _____ | : | MAG.JUDGE: WILKINSON |

**This pleading relates to:**
**CASES IN WHICH THE BELOW LISTED DISTRIBUTOR DEFENDANTS HAVE BEEN SERVED**

DISTRIBUTOR DEFENDANTS' NOTICE OF JOINDER IN MANUFACTURER DEFENDANTS' REQUEST FOR CERTIFICATION AND INCORPORATED MEMORANDUM OF LAW AND MOTION TO AMEND ORDER PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 5(a)(3)

Distributor Defendants Banner Supply Co.[1], Independent Builders Supply Association, Inc., Interior Exterior Building Supply, L.P., La Suprema Trading, Inc., La Suprema Enterprises, Inc., Black Bear Gypsum Supply, Inc., Smoky Mountain Materials, Inc., and L&W Supply Corporation, by and through their undersigned attorneys, hereby join in and expressly do not oppose, the motion of Knauf Plasterboard (Tianjin) Co. Ltd, Knauf Plasterboard (Wuhu) Co., Ltd, and Knauf Gips, KG, pursuant to 28 U.S.C. § 1292, requesting that the Court certify for appeal to the United States Fifth Circuit Court of Appeals this Court's Order dated January 13, 2010, denying the motions of certain defendants, including the Distributor Defendants, to dismiss pursuant to the Economic Loss Rule.[2]  These Defendants also independently move,

---

[1] In addition to Banner Supply Co., there have been several other "Banner" entities named in these consolidated MDL proceedings; however, service has not been effectuated on any such entities.  These entities include Banner Supply Company Pompano, LLC, Banner Supply Company Tampa, LLC, Banner Supply Company Port St. Lucie, LLC and Banner Supply Company Fort Myers, LLC.  To the extent required pursuant to the nature of these proceedings, these "Banner" entities join in the instant request; however, by doing so, they are not waiving any of their rights to object on any grounds in these or in any other proceedings, with respect to service, jurisdiction and other procedural and substantive deficiencies.

[2] To the extent this Court's Order has any effect on the claims asserted against Venture Supply, Inc., it requests to intervene and endorse this Notice of Joinder.

pursuant to Federal Rule of Appellate Procedure 5(a)(3), 28 U.S.C. § 1292(b) and any other applicable law, rule, or statute, for certification of the same Order for appeal for the same reasons enumerated by Knauf Plasterboard (Tianjin) Co,. Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., and Knauf GIPS, KG.  The Court's Order is attached as Exhibit A.

Respectfully submitted,

/s/Jeffrey A. Backman
JAN DOUGLAS ATLAS
Fla. Bar No. 226246
JEFFREY A. BACKMAN
Fla. Bar No. 0662501
ADORNO & YOSS LLP
350 East Las Olas Boulevard; Suite 1700
Fort Lauderdale, FL 33301-4217
Telephone: (954) 763-1200
Facsimile:  (954) 766-7800
Attorneys for BANNER SUPPLY CO., BANNER SUPPLY COMPANY TAMPA, LLC, BANNER SUPPLY COMPANY POMPANO, LLC and BANNER SUPPLY COMPANY FORT MYERS, LLC

/s/ Gary Baumann
GARY BAUMANN, ESQ.
Florida Bar No. 89052
Fulmer LeRoy Albee Baumann & Glass
2866 E. Oakland Park Blvd.
Fort Lauderdale, FL  33306
Telephone:  954-707-4430
Fax:  954-707-4431
Attorneys  for  Defendant  INDEPENDENT BUILDERS SUPPLY ASSOC., INC.

/s/ Richard Duplantier
RICHARD DUPLANTIER, ESQ.
Louisiana Bar No. 18874
Galloway, Johnson, Tompkins, Burr & Smith
701 Poydras Street, Suite 4040
New Orleans, LA  70139
Telephone:  504-525-6802
Fax:  504-525-2456

2

Attorneys for Defendant INTERIOR EXTERIOR BUILDING SUPPLY, L.P.

/s/ Steve M. Bimston
STEVE N. BIMSTON, ESQ.
Rosenthal Rosenthal Rasco Kaplan, LLC
One Aventura, Suite 600
20900 NE 30th Avenue
Aventura, Florida 33180
Telephone: 305-937-0300
Attorneys for La Suprema Trading, Inc. and La Suprema Enterprise, Inc.

/s/ Edward J. Briscoe
Edward J. Briscoe
Elizabeth J. Ferry
FOWLER WHITE BURNETT, P.A.
Espirito Santo Plaza
1395 Brickell Avenue, 14th Floor
Miami, FL 33131
Telephone: 305-789-9206
Attorneys for Black Bear Gypsum Supply, Inc. and Smoky Mountain Materials, Inc.

/s/ W. David Conner
W. David Conner
Moffatt G. McDonald
HAYNSWORTH SINKLER BOYD, P.A.
P.O. Box 2048
Greenville, SC 29602
Telephone: 864-240-3200
Attorneys for L&W Supply Corporation

/s/ Kenneth F. Hardt
Kenneth F. Hardt
SINNOTT NUCKOLS & LOGAN, PC
13811 Village Mill Drive
Midlothian, VA 23114
Telephone: 804-378-7600
Attorneys for VENTURE SUPPLY, INC.

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **DISTRIBUTOR DEFENDANTS' NOTICE OF JOINDER IN MANUFACTURER DEFENDANTS' REQUEST FOR CERTIFICATION AND INCORPORATED MEMORANDUM OF LAW AND MOTION TO AMEND ORDER PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 5(a)(3)** has been served on Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at Kmiller@frilot, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 27th day of January, 2010.

      /s/   W. David Conner_____