UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>*Victores, et al. v. Lennar Homes, LLC, et al.*,<br>Case No. 2:09-cv-05872 (E.D.La.) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## ORDER

**CONSIDERING THE FOREGOING** Motion to Stay Pending Plaintiffs' Compliance with Chapter 558 or, Alternatively, to Dismiss Plaintiffs' Complaint and Strike Demand for a Trial by Jury filed by Defendant Lennar Homes, LLC;

**IT IS ORDERED** that the motion is set for hearing on the _____ day of _____, 2010, at _____ o'clock.

**IT IS FURTHER ORDERED** that any opposition to the motion be filed and served on counsel on or before the _____ day of _____, 2010, at _____ o'clock.

**IT IS FURTHER ORDERED** that any reply in support of the motion be filed and served on counsel on or before the _____ day of _____, 2010, at _____ o'clock.

New Orleans, Louisiana this _____ day of _____, 2010.

_____
**JUDGE ELDON E. FALLON**