# EXHIBIT B



Hilarie Bass
Tel. (305) 579-0745
Fax (305) 579-0717
bassh@gtlaw.com

August 31, 2009

**VIA FACSIMILE & U.S. MAIL**

Ervin A. Gonzalez, Esq.
Colson Hicks Eidson
255 Aragon Avenue, 2nd Floor
Coral Gables, Florida 33134-5008

Re:  Lennar's Response to the Notice of Claim Sent on Behalf of Hernan and Ana Texeira De Gamboa Regarding the Home Located at 12291 SW 134th Terrace, Miami, Florida 33186 (the "Home")

Dear Mr. Gonzalez:

Our firm represents Lennar Corporation and certain of its affiliates (collectively, "Lennar") in connection with your letter, dated July 15, 2009, regarding the referenced Home. In your letter, you provided Lennar with notice pursuant to Chapter 558, Florida Statutes, of your intention to make a construction defect claim against Lennar on behalf of your clients, Hernan and Ana Texeira De Gamboa.

As you know from our previous correspondence, Lennar is fully committed to repairing all Lennar homes that contain defective Chinese-manufactured drywall, including your clients' Home. In fact, Lennar has already provided Mr. and Mrs. De Gamboa with a Work Authorization Agreement, which describes the scope of Lennar's proposed repair work and authorizes Lennar to begin these repairs as soon as possible. The Work Authorization Agreement and this letter shall constitute Lennar's written response under Florida Statutes § 558.004(5).

We are happy to discuss the repair process with you in more detail or answer any questions you or your clients may have. It remains Lennar's sincere hope that it can work with Mr. and Mrs. De Gamboa to resolve this issue.

Sincerely,

*[signature]*

/s/ Hilarie Bass

GREENBERG TRAURIG, P.A. ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
1221 Brickell Avenue ■ Miami, FL 33131 ■ Tel 305.579.0500 ■ Fax 305.579.0717