IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

MDL NO. 09-2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
DAVID GROSS, ET AL V. KNAUF GIPS KG, ET AL, CASE NO. 09-6690

## MOTION TO DISMISS MAZER'S DISCOUNT HOME CENTERS, INC. AS DEFENDANT OR, IN THE ALTERNATIVE, TO TRANSFER VENUE

Mazer's Discount Home Centers, Inc. ("Mazer's"), appearing solely for the limited and special purpose of objecting to personal jurisdiction in this forum, moves this Court to enter an Order transferring this case to the United States District Court for the Northern District of Alabama, Northern Division, pursuant to 28 U.S.C. § 1406(a). Mazer's submits the accompanying Memorandum of Law in support of this motion.

WHEREFORE, PREMISES CONSIDERED, Mazer's respectfully requests this Court to dismiss Mazer's from this action. In the event that this Court determines not to dismiss Mazer's from this action, Mazer's respectfully requests this Court to transfer the venue of the claim made against Mazer's to the United

States District Court for the Northern District of Alabama, Northern Division, pursuant to 28 U.S.C. § 1406(a).

Respectfully submitted this 27th day of January, 2010.

/s/ *Christopher A. Bottcher*
Christopher A. Bottcher (BOT003)
C. Lee Reeves (REE004)
Mary Blanche Hankey (NEE007)

**OF COUNSEL:**

SIROTE & PERMUTT, P.C.
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel.: (205) 930-5100
Fax: (205) 930-5101


/s/ *Larry S. Logsdon*
Larry S. Logsdon
Michael L. Jackson
Attorneys for Defendant
Mazer's Discount Home Centers, Inc.

**OF COUNSEL:**

WALLACE, JORDAN, RATLIFF & BRANDT, L.L.C
800 Shades Creek Parkway, Suite 400
Birmingham, Alabama 35209
Tel: (205) 874-0341
Fax: (205) 871-7534

**DEFENDANT RESPECTFULLY REQUESTS ORAL ARGUMENT**

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing Memorandum of Law in Support of Motion to Dismiss has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U. S. Mail and e-mail upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United Stated District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 27th day of January, 2010.

_____
Of Counsel