# EXHIBIT "A"

STATE OF ALABAMA            )

JEFFERSON COUNTY            )

### AFFIDAVIT OF MICHAEL MAZER

1. My name is Michael Mazer and I am the President of Mazer's Discount Home Centers, Inc. d/b/a Mazer's Super Discount ("Mazer's"). I am over the age of nineteen (19) years, of sound mind, and I have personal knowledge of the matters and facts contained in this affidavit.

2. I make this affidavit in connection with the lawsuit styled *David Gross, Cheryl Gross and Louis Velez, v. Knauf GIPS KG, Knauf Plasterboard (Tianjin) Co., Ltd., et al.*, (hereinafter the "Lawsuit") filed in the United States District Court for the Eastern Division of Louisiana as Civil Action No. 2:09-CV-06690-EEF-JCW, and assigned MDL No. 09-2047 Section L.

3. Mazer's is a Delaware corporation, and its only place of business is in Birmingham, Alabama.

4. I am a custodian of the Mazer's business records, which Mazer's maintains in the regular course of Mazer's business.

5. Mazer's is a retail store, and it has never had a location outside of Jefferson County, Alabama.

6. Mazer's business records confirm that it has never purchased, sold, delivered, or supplied drywall to David Gross, Cheryl Gross, Louis Velez, nor to any other person or entity in Louisiana.

7. Mazer's has never sought a business license in Louisiana, or been licensed to conduct business in Louisiana.

8.  Mazer's has never maintained a business listing, telephone number, or business address in Louisiana.

9.  Mazer's has never owned any real property in Louisiana.

10. Mazer's has never maintained or operated any factories, warehouses, or offices in Louisiana.

11. Mazer's has never advertised in Louisiana.

12. Mazer's has never marketed or promoted sales of any products in Louisiana.

13. Mazer's has never maintained bank accounts in Louisiana.

This the 27th day of January, 2010.

Further Affiant saith not.

                                                      Mazer's Discount Home Centers, d/b/a
                                                      Mazer's Super Discount

                                                      By: _____
                                                              Michael Mazer
                                                              President

STATE OF ALABAMA         )
                               )
JEFFERSON COUNTY       )

     I, the undersigned, a Notary Public in and for said County in said State, hereby certify that Michael Mazer, whose name as President of **MAZER'S DISCOUNT HOME CENTERS, d/b/a MAZER'S SUPER DISCOUNT**, is signed to the foregoing document, and who is known to me, acknowledged before me on this day that, being informed of the contents of the document, he, as such officer and with full authority, executed the same voluntarily for and as the act of said corporation.

     Given under my hand and official seal, this the 27th day of January, 2010.

                                                         _____
                                                         Notary Public
                                                         My Commission Expires: 9/25/11