IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION : : : : : : THIS DOCUMENT RELATES TO: : : Hinckley, et al. v. Taishan Gypsum Co., Ltd., : f/k/a Shandong Taihe Dongxin Co. Ltd., et al., : Case No. 09-6686 (E.D.La.) : : | MDL No. 2047<br><br>SECTION:  L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

**RULE 12(b)(2) MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED
CLASS ACTION COMPLAINT FOR LACK OF PERSONAL JURISDICTION**
**(By Tobin Trading Inc.)**

MAY IT PLEASE THE COURT:

Defendant Tobin Trading Inc. ("Tobin"), by counsel, pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, hereby challenges and objects to this Court's exercise of personal jurisdiction over Tobin, and for its Motion to Dismiss the Plaintiffs' Second Amended Class Action Complaint (MDL No. 2047, Doc. No. 762) for lack of personal jurisdiction, states the following:

1.      For the reasons state more fully in the accompanying Memorandum, this action should be dismissed under Rule 12(b)(2) of the Federal Rules of Civil Procedure for lack of

personal jurisdiction over Tobin Trading Inc., as Tobin is not amenable to service of process under the North Carolina long-arm statute and the exercise of jurisdiction by this Court would not comport with the Due Process Clause.  Tobin does not have general or specific contacts with the State of North Carolina (or the State of Louisiana) sufficient for the Court to exercise long-arm jurisdiction over Tobin.

WHEREFORE, Defendant Tobin Trading Inc. respectfully prays that this Court enter an Order granting its Motion to Dismiss for Lack of Jurisdiction pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, and for such other and further relief as this Court deems appropriate.

Respectfully submitted,

TOBIN TRADING, INC.

Date:  January 28, 2010        By:     /s/ Theodore I. Brenner
Theodore I. Brenner, VSB 17815
BRENNER, EVANS & MILLMAN, P.C.
411 East Franklin Street, Suite 200
P.O. Box 470
Richmond, Virginia  23218-0470
Phone: (804) 644-1300
Fax: (804) 644-1354
E-mail: tbrenner@beylaw.com

Alexander S. de Witt, VSB 42708
BRENNER, EVANS & MILLMAN, P.C.
411 East Franklin Street, Suite 200
P.O. Box 470
Richmond, VA  23218-0470
Phone: (804) 644-1300
Fax: (804) 644-1354
E-mail: adewitt@beylaw.com

*ATTORNEYS FOR TOBIN TRADING, INC.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File and Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this 28th day of January, 2010.

By:  /s/ Theodore I. Brenner
Theodore I. Brenner, VSB 17815
BRENNER, EVANS & MILLMAN, P.C.
411 E. Franklin Street, Suite 200
P.O. Box 470
Richmond, Virginia  23218-0470
Phone: (804) 644-1300
Fax: (804) 644-1354
E-mail: tbrenner@beylaw.com

*ATTORNEY FOR TOBIN TRADING, INC.*

3