IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: | | |
| Hinckley, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 09-6686 (E.D.La.) | : : : : | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Defendant, Tobin Trading, Inc., will bring its Rule 12(b)(2) Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint for Lack of Personal Jurisdiction for hearing before the Honorable Eldon E. Fallon, Judge, United States District Court for the Eastern District of Louisiana, 500 Camp

Street, New Orleans, Louisiana 70130, on the 24th day of February, 2010, at 9:00 o'clock a. m. or as soon thereafter as counsel may be heard.

Respectfully submitted,

TOBIN TRADING, INC.

Date: January 28, 2010     By:     /s/ Theodore I. Brenner
Theodore I. Brenner, VSB 17815
BRENNER, EVANS & MILLMAN, P.C.
P.O. Box 470
Richmond, Virginia  23218-0470
Phone: (804) 644-1300
Fax: (804) 644-1354
E-mail: tbrenner@beylaw.com

Alexander S. de Witt, VSB 42708
BRENNER, EVANS & MILLMAN, P.C.
411 East Franklin Street, Suite 200
P.O. Box 470
Richmond, VA  23218-0470
Phone: (804) 644-1300
Fax: (804) 644-1354
E-mail: adewitt@beylaw.com

*ATTORNEYS FOR TOBIN TRADING, INC.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Hearing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mal and upon all parties by electronically uploading the same to LexisNexis File and Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this 28th day of January, 2010.

        By:   /s/ Theodore I. Brenner
              Theodore I. Brenner, VSB 17815
              BRENNER, EVANS & MILLMAN, P.C.
              P.O. Box 470
              Richmond, Virginia 23218-0470
              Phone: (804) 644-1300
              Fax: (804) 644-1354
              E-mail: tbrenner@beylaw.com