IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : | MDL No. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: Hinckley, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 09-6686 (E.D.La.) | | |

**RULE 12(b)(6) MOTION TO DISMISS PLAINTIFFS'
SECOND AMENDED CLASS ACTION COMPLAINT
(By Tobin Trading Inc.)**

MAY IT PLEASE THE COURT:

Defendant Tobin Trading Inc. ("Tobin"), by counsel, subject to and without waiving the defenses raised in its Motion to Dismiss for Lack of Personal Jurisdiction pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, for its Motion to Dismiss the Plaintiffs' Second Amended Class Action Complaint (MDL No. 2047, Doc. No. 762) pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, states the following:

1

1.	For the reasons stated more fully in its supporting memorandum filed herewith, Count I (Negligence) of the Second Amended Complaint fails to state a claim against Tobin, and fails to state sufficient facts upon which the relief demanded can be granted.

2.	For the reasons stated more fully in its supporting memorandum filed herewith, Count II (Negligence *Per Se*) of the Second Amended Complaint fails to state a claim against Tobin, and fails to state sufficient facts upon which the relief demanded can be granted.

3.	For the reasons stated more fully in its supporting memorandum filed herewith, Count III (Breach of Express and/or Implied Warranties) of the Second Amended Complaint fails to state a claim against Tobin, and fails to state sufficient facts upon which the relief demanded can be granted.

4.	For the reasons stated more fully in its supporting memorandum filed herewith, Count IV (Private Nuisance) of the Second Amended Complaint fails to state a claim against Tobin, and fails to state sufficient facts upon which the relief demanded can be granted.

5.	For the reasons stated more fully in its supporting memorandum filed herewith, Count V (Unjust Enrichment) of the Second Amended Complaint fails to state a claim against Tobin, and fails to state sufficient facts upon which the relief demanded can be granted.

6.	For the reasons stated more fully in its supporting memorandum filed herewith, Count VII (Violation of the North Carolina Consumer Protection Act) of the Second Amended Complaint fails to state a claim against Tobin, and fails to state sufficient facts upon which the relief demanded can be granted.

7.	For the reasons stated more fully in its supporting memorandum filed herewith, Count VIII (Equitable and Injunctive Relief and Medical Monitoring) of the Second Amended Complaint fails to state a claim against Tobin, and fails to state sufficient facts upon which the relief demanded can be granted.

WHEREFORE, Defendant Tobin Trading Inc. respectfully prays that this Court enter an Order granting its Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

                                TOBIN TRADING, INC.

Date:  January 28, 2010        By:     /s/ Theodore I. Brenner
                                Theodore I. Brenner, VSB 17815
                                BRENNER, EVANS & MILLMAN, P.C.
                                P.O. Box 470
                                Richmond, Virginia  23218-0470
                                Phone: (804) 644-1300
                                Fax: (804) 644-1354
                                E-mail: tbrenner@beylaw.com

                                Alexander S. de Witt, VSB 42708
                                BRENNER, EVANS & MILLMAN, P.C.
                                P.O. Box 470
                                Richmond, VA  23218-0470
                                Phone: (804) 644-1300
                                Fax: (804) 644-1354
                                E-mail: adewitt@beylaw.com

                                *ATTORNEYS FOR TOBIN TRADING, INC.*

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing has been served on Plaintiffsø Liaison Counsel, Russ Herman, and Defendantsø Liaison Counsel Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File and Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this 28th day of January, 2010.

        By:     /s/ Theodore I. Brenner
                Theodore I. Brenner, VSB 17815
                BRENNER, EVANS & MILLMAN, P.C.
                411 E. Franklin Street, Suite 200
                P.O. Box 470
                Richmond, Virginia  23218-0470
                Phone: (804) 644-1300
                Fax: (804) 644-1354
                E-mail: tbrenner@beylaw.com

*ATTORNEY FOR TOBIN TRADING, INC.*