IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: | | |
| Hinckley, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 09-6686 (E.D.La.) | : : : : | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Defendant, Tobin Trading, Inc., will bring its Rule 12(b)(6) Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint for Lack of Personal Jurisdiction for hearing before the Honorable Eldon E. Fallon, Judge, United States District Court for the Eastern District of Louisiana, 500 Camp

Street, New Orleans, Louisiana 70130, on the 24th day of February, 2010, at 9:00 o'clock

a. m. or as soon thereafter as counsel may be heard.

                                                Respectfully submitted,

                                                TOBIN TRADING, INC.

Date:  January 28, 2010        By:     /s/ Theodore I. Brenner
                                                Theodore I. Brenner, VSB 17815
                                                BRENNER, EVANS & MILLMAN, P.C.
                                                P.O. Box 470
                                                Richmond, Virginia  23218-0470
                                                Phone: (804) 644-1300
                                                Fax: (804) 644-1354
                                                E-mail: tbrenner@beylaw.com

                                                Alexander S. de Witt, VSB 42708
                                                BRENNER, EVANS & MILLMAN, P.C.
                                                411 East Franklin Street, Suite 200
                                                P.O. Box 470
                                                Richmond, VA  23218-0470
                                                Phone: (804) 644-1300
                                                Fax: (804) 644-1354
                                                E-mail: adewitt@beylaw.com

                                                *ATTORNEYS FOR TOBIN TRADING, INC.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Hearing has been served on Plaintiffsø Liaison Counsel, Russ Herman, and Defendantsø Liaison Counsel Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mal and upon all parties by electronically uploading the same to LexisNexis File and Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this 28th day of January, 2010.

By:    /s/ Theodore I. Brenner
       Theodore I. Brenner, VSB 17815
       BRENNER, EVANS & MILLMAN, P.C.
       P.O. Box 470
       Richmond, Virginia 23218-0470
       Phone: (804) 644-1300
       Fax: (804) 644-1354
       E-mail: tbrenner@beylaw.com