UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

**PLAINTIFFS' STEERING COMMITTEE'S RESPONSE TO
THE JOINT MOTION FOR THE CREATION OF AN INSURER
STEERING COMMITTEE AND APPOINTMENT OF LEAD COUNSEL
AND MEMBERS OF THE INSURER STEERING COMMITTEE**

The Plaintiffs' Steering Committee ("PSC") submits this response to the joint motion of Liberty Mutual Insurance Company and State Farm Fire and Casualty Company to create an Insurer Steering Committee and appoint lead counsel and members to the Insurer Steering Committee. Given the rapidly expanding developments in this MDL, the PSC submits that the creation of an Insurer Steering Committee is appropriate. The constituency of that proposed committee, however, is an internal affair and the PSC takes no position as to the appointment of lead counsel or membership of the committee. For the reasons set forth below, the motion to create an Insurer Steering Committee is not opposed by the PSC with one caveat – that the committee is limited to representing the interest of insurers only; the PSC will continue to represent the interest of plaintiff property owners.

This multi-district litigation has been progressing at a rapid pace. The focus of the litigation has properly been on the claims of property owners whose homes and other structures are rendered uninhabitable due to the defective Chinese-manufactured drywall product installed therein. Remediating these plaintiffs' properties and compensating them for their losses is the principle goal of the PSC. To accomplish this objective, however, the PSC has not loss sight of the significant role

that insurers will play in the litigation. To that end, the PSC has consistently taken the position that declaratory judgment actions related to insurance coverage claims involving Chinese drywall properly belong in the MDL.[1]

Although the Judicial Panel on Multidistrict Litigation has expressed some initial reluctance to transfer insurance coverage claims to MDL 2047, this Court has expressed its interest in receiving claims regarding insurance coverage. *See In re Chinese-Manufactured Drywall Products Liability Litigation*, MDL No. 2047, January 14, 2010 Status Conference Hearing Transcript at 15 (E.D.La. Jan. 14, 2010), where the Court stated:

> There's also some matter that I mentioned the last time with the insurance companies, the issue of whether or not they should be transferred to the MDL and consolidated with this case or whether they should go forward with separate, independent jurisdictions.
>
> I studied the matter a little more closely, and I find that a lot of the policy defenses that are being urged really have to do with the type of issues that I'll be dealing with the MDL; that is to say, a defense might be contesting contamination or contesting the type of the material that was being used and whether or not that is accepted or excluded by the policy.
>
> Rather than have discovery in the various districts of the country on the same issues–the whole purpose of the MDL is to prevent that–those insurance issues, since they deal with the same facts that I'll be dealing with in the MDL, it looks like that those cases are better and more efficiently dealt with if they are transferred to the MDL. Hopefully, that will be done.

The Judicial Panel on Multidistrict Litigation conducted a hearing on January 27, 2010, and it will decide whether to transfer certain insurance coverage claims to the MDL. Given the Court's comments (quoted above) the PSC expects that insurance coverage claims will begin to be transferred to this Court. Irrespective of these transfers, some insurance coverage claims have

---

[1]*See for example*, Plaintiffs' Liaison Counsel's Rule 7.5(e) Motion for Potential Tag-Along filed at the Judicial Panel on Multidistrict Litigation MDL 2047 on October 14, 2009.

already been filed in this court.

As the probability of more insurance coverage claims being filed or transferred to this court is high, the PSC agrees with movants that a Steering Committee separate from the Manufacturer and Homebuilder Steering Committee is appropriate. Since the nature of the claims and legal issues attending the underlying litigation will vary from the insurance coverage litigation, the PSC submits that a separate steering committee addressing the insurers' issues is an appropriate administrative device. The PSC will continue to function on behalf of all plaintiff property owners in this litigation and represent their interests in all capacities, including in insurance coverage claims.

Accordingly, with this limitation, the PSC does not oppose the motion for a creation of an Insurer Steering Committee. The PSC, however, takes no position as to the appointment of lead counsel or membership of the proposed steering committee.

## CONCLUSION

WHEREFORE, the PSC respectfully submits that the creation of an Insurer Steering Committee for the insurer's interests should be granted.

Respectfully submitted,

Dated: January 28, 2010

/s/ Russ M. Herman
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Victor Manuel Diaz
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Aragon Avenue, 2nd Floor
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
  Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
  & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Jeremy W. Alters
Alters, Boldt, Brown, Rash & Culmo, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@abbrclaw.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

**CERTIFICATE OF SERVICE**

       I hereby certify that the above and foregoing Plaintiffs' Steering Committee's Response to the Joint Motion for the Creation of an Insurer Steering Committee and Appointment of Lead Counsel and Members of the Insurer Steering Committee has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 28th day of January, 2010.

       /s/ Leonard A. Davis
       Leonard A. Davis, Esquire
       Herman, Herman, Katz & Cotlar, LLP
       820 O'Keefe Avenue
       New Orleans, Louisiana 70113
       Phone: (504) 581-4892
       Fax: (504) 561-6024
       LDavis@hhkc.com
       Plaintiffs' Liaison Counsel
       MDL 2047

*Co-counsel for Plaintiff*