UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL No. 2047<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**

ROBERT C. PATE, et al    NO. 09-07791

### ORDER

Considering the foregoing First Motion for Extension of Time:

**IT IS ORDERED THAT** Steadfast Insurance Company and American Guarantee Liability Insurance Company be and are hereby granted an additional thirty (30) days from the date of the signing of this Order to complete their investigations and to file responsive pleadings to the Complaint, with a full reservation of rights, including the right to object to the jurisdiction of this Court.

New Orleans, Louisiana, this ___27th__ day of _____January_____, 2010.

_____
Eldon E. Fallon, Judge
District Judge