UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KIRK MEYER AND LORI MEYER | * | CIVIL ACTION |
| | * | |
| Plaintiffs | * | NO. 09-6834 |
| | * | |
| VERSUS | * | SECTION: L |
| | * | |
| KB HOME/SHAW LOUISIANA, L.L.C. AND ABC INSURANCE COMPANY | * | JUDGE FALLON |
| | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| Defendants | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**O R D E R**

Considering the First Motion for Extension of Time of Defendant, KB HOME/SHAW LOUISIANA, L.L.C.,

IT IS ORDERED that defendant KB HOME/SHAW LOUISIANA, L.L.C. be and it hereby is granted a twenty-one day extension of time, through February 17, 2010, in which to answer or otherwise respond to Plaintiffs' Petition for Damages.

NEW ORLEANS, LOUISIANA, this __27th__ day of __January__, 2010.

_____
DISTRICT JUDGE

16279878.1

1006114v.1