IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * * | MDL Docket No. 2047 SECTION L JUDGE FALLON MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.,* Case No. 2:09-cv-6687 (E.D.La.)

## ORDER

Considering Knauf Plasterboard Tianjin's ("KPT") Motion to Strike Untimely Rebuttal Expert Reports(Rec. Doc. No. 773);

IT IS ORDERED that KPT's motion is DENIED.

New Orleans, Louisiana this ___27th___ day of January, 2010.

*[signature]*

HONORABLE ELDON E. FALLON