## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED | ) MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | ) |
| LITIGATION | ) JUDGE: FALLON |
| | ) |
| | ) |
| | ) MAGISTRATE: WILKINSON |
| This document relates to case no.: | ) |
| 10-CV-52 (Bourgeois v. Allstate Indemnity) | ) |
| _____ | ) |

## O R D E R

Considering the foregoing;

IT IS HEREBY ORDERED that the Motion to Enroll as Counsel of Record is hereby GRANTED and that Allan Kanner, Cynthia St. Amant and Melissa M. Fuselier, of the law firm Kanner & Whiteley, LLC, are hereby enrolled as counsel of record on behalf of Plaintiffs, Glenn Bourgeois and Patricia Bourgeois in the captioned matter.

New Orleans, Louisiana, this 28th day of
January 2010.

_____
U.S. DISTRICT JUDGE