UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:09-cv-6687 (E.D.La.) | |

## O R D E R

AND NOW, on this __27th__ Day of __January__, 2010, upon consideration of the Motion for Leave to File Brief in Excess of Page Limits filed by the Plaintiffs' Steering Committee, it is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED.

New Orleans, Louisiana this 27th day of __January__, 2010.

_____
Honorable Eldon E. Fallon
U.S. District Judge