UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 2047 |
| --- | --- |
| | JUDGE FALLON |
| This document relates to Pate v. American International Specialty Lines Insurance Company, et al. (09-7791) | MAGISTRATE JUDGE WILKINSON |

## ORDER

Considering the foregoing motion, IT IS HEREBY ORDERED that Renée Melançon of Baron & Budd, P.C., 3102 Oak Lawn Avenue, Suite 1100, Dallas, TX 75219 shall be enrolled as additional counsel of record for Plaintiff in these proceedings.

New Orleans, Louisiana, this 27th day of January, 2010.

*Eldon E. Fallon*
UNITED STATES DISTRICT JUDGE

NYDOCS1-938451.1