IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * | MDL Docket No. 2047  SECTION L  JUDGE FALLON  MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * *

## O R D E R

**CONSIDERING** the Ex Parte/Consent Motion to Seal;

**IT IS ORDERED** that the Ex Parte/Consent Motion to Seal is **GRANTED,** and the Motion to Exclude Portions of the Expert Report and Testimony of Donald Galler will be sealed and retained as part of the record.

New Orleans, Louisiana, this  27th  day of January, 2010.

JUDGE ELDON E. FALLON