UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL  　　MDL No. 2047
PRODUCTS LIABILITY LITIGATION

SECTION: L

THIS DOCUMENT RELATES TO:　　　　　　　JUDGE FALLON
　　　　　　　　　　　　　　　　　　　　MAG. JUDGE WILKINSON

*De Gamboa, et al. v. Knauf Gips KG, et al.,*
Case No. 2:09-cv-04659 (E.D.La.)
_____/

## ORDER

**CONSIDERING THE FOREGOING** Motion to Stay Pending Plaintiffs' Compliance with Chapter 558 Or, Alternatively, to Dismiss Plaintiffs' Complaint and Strike Demand for a Trial by Jury filed by Defendants Lennar Homes, LLC and U.S. Home Corporation;

**IT IS ORDERED** that the motion is set for hearing on the _____ day of _____, 2010, at _____ o'clock.

**IT IS FURTHER ORDERED** that any opposition to the motion be filed and served on counsel on or before the _____ day of _____, 2010, at _____ o'clock.

**IT IS FURTHER ORDERED** that any reply in support of the motion be filed and served on counsel on or before the _____ day of _____, 2010, at _____ o'clock.

New Orleans, Louisiana this _____ day of _____, 2010.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**JUDGE ELDON E. FALLON**

*MIA 181,042,995v1 1-27-10*