# EXHIBIT B



Hilarie Bass
Tel. (305) 579-0745
Fax (305) 579-0717
bassh@gtlaw.com

October 23, 2009

**VIA FACSIMILE & U.S. MAIL**

Jeremy W. Alters, Esq.
Alters Boldt Brown Rash Culmo
4141 Northeast 2nd Avenue, Suite 201
Miami, Florida 33137

**Re: Lennar's Response to the Notice of Claim Sent on Behalf of Monica and Didio Victores Regarding the Homes Located at 12980 and 12982 S.W. 134 Terrace, Miami, Florida 33186 (collectively, the "Homes")**

Dear Mr. Alters:

Our firm represents Lennar Homes, LLC ("Lennar Homes") and U.S. Home Corporation ("U.S. Home") (collectively, "Lennar") in connection with your letter, dated September 2, 2009, regarding the referenced Homes. In your letter, which was not received by our office until September 8, 2009, you provided Lennar with notice pursuant to Chapter 558, Florida Statutes, of your intention to make construction defect claims against Lennar on behalf of your clients, Monica and Didio Victores.

As an initial matter, please be advised that Lennar Homes, and not U.S. Home, is the entity that built and sold the Homes. Lennar Homes is fully committed to repairing your clients' Homes. In fact, Lennar Homes has already provided Mr. and Mrs. Victores with Work Authorization Agreements, which describe the scope of Lennar Homes' proposed repair work and authorize Lennar Homes to begin these repairs as soon as possible. The Work Authorization Agreements and this letter shall constitute Lennar Homes' written response under Florida Statutes § 558.004(5).

We are happy to discuss the repair process with you in more detail or answer any questions you or your clients may have. It remains Lennar Homes' sincere hope that it can work with Mr. and Mrs. Victores to resolve this issue.

If you have any questions or comments, please contact me. Additionally, please direct all future communications and correspondence regarding this matter to my attention. Thank you for your cooperation.

Sincerely,

HM Hilarie Bass