**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:09-cv-6687 (E.D.La.) | |

## O R D E R

Considering the Plaintiffs' Steering Committee's Motion for Leave to File the Responses in Opposition to Knauf's Motion to Exclude Portions of the Expert Report and Testimony of Donald Galler, Dr. John R. Scully and Dean Rutila Under Seal;

IT IS ORDERED BY THE COURT that the Plaintiffs' Steering Committee is granted leave of court to file the Response in Opposition to Knauf's Motion to Exclude Portions of the Expert Report and Testimony of Donald Galler; Response in Opposition to Knauf's Motion to Exclude Portions of the Expert Report and Testimony of Dr. John R. Scully and  Response in Opposition to Knauf's Motion to Exclude Portions of the Expert Report and Testimony of Dean Rutila  under seal and that such remains confidential subject to further orders of this Court.

New Orleans, Louisiana this \_\_\_\_ day of _____, 2010.

_____
Honorable Eldon E. Fallon
U.S. District Judge