UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br><br>SECTION L<br>JUDGE FALLON<br>MG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:

DAVID GROSS, CHERYL GROSS and
LOUIS VELEZ, individually, and on behalf of
all others similarly situated,
CASE NO. 09-6690
_____/

STATE OF FLORIDA       )
                                            )
MIAMI-DADE COUNTY  )

### AFFIDAVIT OF SCOTT GIERING

1. My name is Scott Giering and I am the Comptroller of Banner Supply Co.[1] I am over the age of eighteen (18) years, of sound mind, and I have personal knowledge of the matters and facts contained in this affidavit.

2. I make this affidavit in connection with the lawsuit styled *David Gross, Cheryl Gross and Louis Velez v. Knauf GIPS KG, Knauf Plasterboard (Tianjin) Co., Ltd. et al.*, (hereinafter the "Lawsuit") filed in the United States District Court for the Eastern Division of Louisiana as Civil Action No. 2:09-cv-06690-EFF-JCW, and assigned MDL No. 09-2047 Section L.

3. Banner Supply Co., Banner Supply Company Pompano, LLC, Banner Supply Company Tampa, LLC, Banner Supply Company Port St. Lucie, LLC and Banner Supply Company Fort Myers, LLC are all Florida corporations and maintain their only places of business in Florida. All of the Banner entities will be referred to collectively as "Banner."

---

[1] For purposes of this Affidavit only, this Affiant has familiarized himself with the appropriate business records and other information relating to al of the separate Banner entities indentified herein.

4. Banner is a building supplier, and it has never had a location outside of Florida.

5. Banner has never sold or delivered drywall to David Gross, Cheryl Gross, Louis Velez, nor to any other person or entity in Louisiana.

6. Banner has never sought a business license in Louisiana, or been licensed to conduct business in Louisiana.

7. Banner has never maintained a business listing, telephone number, or business address in Louisiana.

8. Banner has never owned any real property in Louisiana.

9. Banner has never maintained or operated any factories, warehouses, or offices in Louisiana.

10. Banner has never advertised in Louisiana.

11. Banner has never marketed or promoted sales of any products in Louisiana.

12. Banner has never maintained bank accounts in Louisiana.

This the 29 day of January, 2010.

Further Affiant saith not.

Banner Supply Co.

By: _____
Scott Giering
Controller

STATE OF FLORIDA )
)
MIAMI-DADE COUNTY )

The foregoing instrument was acknowledged before me this 29th day of January, 2010, by SCOTT GIERING, Comptroller, on behalf of BANNER SUPPLY CO., who is personally known to me or (___) who has produced _____ as identification.

_____
NOTARY PUBLIC, State of Florida
Print Name:_____
Commission No._____

Notary Public-State of Florida
Hilda Perez
My Commission DD611921
Expires 12/02/2010