UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No.: 09-2047 |
| THIS DOCUMENT RELATES TO: Stephen and Isis Silva v. Arch Insurance Company, et al. LP, et al. - Case No. 2:09-cv-8034 (E.D. La.) | JUDGE: FALLON MAG.: WILKINSON |

## LIBERTY MUTUAL FIRE INSURANCE COMPANY'S MOTION TO DISMISS

Defendant Liberty Mutual Fire Insurance Company ("Liberty Mutual") moves the Court to dismiss plaintiffs' claims against Liberty Mutual pursuant to Federal Rule of Civil Procedure 12(b)(6). As more fully explained in the accompanying memorandum, plaintiffs' Petition purports to state a claim against Liberty Mutual as liability insurer of Interior Exterior under Louisiana's Direct Action Statute. Indeed, this statute is the only source of their claim, as plaintiffs are not insureds under Liberty Mutual's policy and thus are not in contractual privity with Liberty Mutual. Completely absent from the Petition, however, is any substantive allegation against Interior Exterior. To the contrary, although plaintiffs have named Interior Exterior as a defendant, they concede that their substantive claims are asserted in an entirely separate class-action lawsuit and have requested no relief against Interior Exterior in this suit. Because the Louisiana Direct Action Statute only provides an injured party a right of action against a tortfeasor's liability insurer where the injured party can allege and prove the insured's liability, plaintiffs have failed to state a claim under this statute. Accordingly, the Court should dismiss plaintiffs' claims against Liberty Mutual under Federal Rule of Civil Procedure 12(b)(6).

152138

Respectfully submitted:

/s/ Catherine F. Giarrusso

Judy Y. Barrasso, 2814
H. Minor Pipes, III, 24603
John W. Joyce, 27525
Catherine Fornias Giarrusso, 29875
Of
BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone (504) 589-9700
Facsimile (504) 589-9701

Attorneys for Liberty Mutual Fire Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S mail and e-mail *or* by hand delivery and e-mail *and* upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 29th day of January, 2010.

/s/ Catherine F. Giarrusso

152138