UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No.: 09-2047 |
| THIS DOCUMENT RELATES TO: Stephen and Isis Silva v. Arch Insurance Company, et al. LP, et al. - Case No. 2:09-cv-8034 (E.D. La.) | JUDGE: FALLON MAG.: WILKINSON |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that defendant, Liberty Mutual Fire Insurance Company, will bring the attached Motion to Dismiss for hearing before the Honorable Eldon E. Fallon, United States District Court Judge for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana on February 24, 2009, at 9:00 a.m. or as soon thereafter as counsel may be heard.

Respectfully submitted:

*/s/ Catherine F. Giarrusso*

Judy Y. Barrasso, 2814
H. Minor Pipes, III, 24603
John W. Joyce, 27525
Catherine Fornias Giarrusso, 29875
    Of
BARRASSO USDIN KUPPERMAN
    FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone (504) 589-9700
Facsimile (504) 589-9701

Attorneys for Liberty Mutual Fire Insurance Company

151638_2

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S mail and e-mail *or* by hand delivery and e-mail *and* upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 29th day of January, 2010.

/s/ *Catherine F. Giarrusso*
_____

151638_2