UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 2047 |
|---|---|
| | JUDGE FALLON |
| This Document Relates to All Cases | MAGISTRATE JUDGE WILKINSON |

**MOTION FOR THE CREATION OF A POLICYHOLDER STEERING COMMITTEE AND APPOINTMENT OF LEAD COUNSEL**

Robert C. Pate, as Trustee of the Chinese Drywall Trust, which is pursuing insurance coverage in connection with over 400 homes allegedly suffering losses due to Chinese Drywall, hereby moves for the creation of an insurance Policyholder Steering Committee ("PHSC") and for the appointment of Attorney Robert M. Horkovich as lead counsel of that committee. As discussed below, creation of a PHSC furthers the interests of expediency and organization, and will address a particular need, different from the function that the Plaintiffs' Steering Committee already serves. Furthermore, Attorney Horkovich's experience and qualifications make him uniquely well-suited to head this effort.

**I.   A PHSC WILL AID IN THE EFFICIENT AND ORDERLY RESOLUTION OF THIS MATTER**

The PHSC will consist of attorneys representing policyholders against insurance companies in the Chinese Manufactured Drywall Products Liability Litigation. Policyholder attorneys will face common issues of fact, law, and procedure throughout this litigation, especially during discovery, dispositive motion practice, and at trial. A PHSC will assist the policyholder attorneys in coordinating their efforts and coming to a consensus on issues that may affect them as a group. Additionally, a PHSC will assist

NYDOCS1-938403.3

the Court in interfacing with this group of similarly situated parties, as is necessary and appropriate, and the policyholder attorneys in communicating with any Insurer Steering Committee, should the Court choose to establish one.

## II. A PHSC WILL ADDRESS A PARTICULAR NEED

The ultimate recovery of numerous claimants in this litigation is tied to insurance policies. For this reason alone, it is imperative that a steering committee represent the policyholder parties. Moreover, policyholder plaintiffs are situated somewhat differently from homeowner, builder, and developer claimants who are suing entities other than insurance companies. Consequently, a PHSC will address a particular need, different from the function that the Plaintiffs' Steering Committee already serves.

## III. ROBERT M. HORKOVICH IS UNIQUELY QUALIFIED TO ASSUME THE ROLE OF LEAD COUNSEL FOR THE PHSC

Robert M. Horkovich is especially qualified to lead the PHSC. Attorney Horkovich is policyholder insurance counsel to the WCI Chinese Drywall Trust in Pate v. American International Specialty Lines Insurance Company, et al. (09-7791), the only insurance coverage action in this MDL filed to date. He is managing partner of Anderson Kill & Olick, P.C., a nationwide law firm which has 100 attorneys and which has specialized in suing insurance companies for insurance recoveries for over 40 years. Attorney Horkovich's other engagements include serving as insurance counsel to the United Nations on several significant insurance projects over the past several years and acting as lead trial counsel to the State of California in its insurance

recoveries due to environmental contamination. Named by Lexis/Nexis as Policyholder Attorney of the Year in 2009, Mr. Horkovich is uniquely qualified to head the PHSC.[1]

WHEREFORE, Robert C. Pate, as Trustee for the Chinese Drywall Trust, respectfully requests that the Court create a Policyholder Steering Committee with Robert M. Horkovich as its lead counsel.

January 29, 2010

Respectfully submitted,

/s/ Anna M. Piazza
Robert M. Horkovich
Anna M. Piazza
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, New York 10020
P: 212-278-1000
F: 212-278-1733
rhorkovich@andersonkill.com
apiazza@andersonkill.com

*Plaintiff's Lead Counsel*

Burton LeBlanc (#20491)
Baron & Budd, P.C.
9015 Bluebonnet Blvd.
Baton Rouge, Louisiana 70810
P: 225-927-5441
F: 225-927-5449
bleblanc@baronbudd.com

Renée Melançon
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
P: 214-521-3605
F: 214-520-1181
RMelanco@baronbudd.com

*Plaintiff's Local Counsel*

---

[1] A copy of Mr. Horkovich's profile is attached hereto as Exhibit A.

NYDOCS1-938403.3

3

## CERTIFICATE OF SERVICE

   I hereby certify that the above and foregoing Motion For The Creation Of A Policyholder Steering Committee And Appointment Of Lead Counsel has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 29th day of January, 2010.

                /s/ Anna M. Piazza
                Anna M. Piazza