# EXHIBIT A

# ANDERSON KILL & OLICK, P.C.
*Settle for Everything* ®

## Robert M. Horkovich

**Shareholder - New York**
rhorkovich@andersonkill.com
T. 212-278-1322
F. 212-278-1733

**Practice Areas**

Insurance Recovery
Bankruptcy and Restructuring



**Robert M. Horkovich** is "the 'go-to person' in the area of insurance recovery" reports the Chambers USA. Bob is a top ranked lawyer nationally, recognized by Chambers USA 2008: America's Leading Lawyers for Business as "the first and only choice for clients seeking total commitment to a case". "If you need somebody to take hold of things and gain control of the situation, he's your guy." He also is identified by clients as "a hell of a good trial lawyer" conducting "the finest cross-examinations you could ever see". In 2009, Lexis/Nexis named Bob as its "Policyholder Lawyer of the Year".

Bob has obtained over $5 billion in settlements and judgments from insurance companies for his clients over the past decade. Bob is a trial lawyer with substantial experience in trying complex insurance coverage actions on behalf of corporate policyholders. His victories include one of the top 10 jury verdicts in the United States in 2003, the top insurance recovery jury verdict in the United States in 2005, five landmark state Supreme Court decisions, eight jury verdicts and eight bench trial decisions in favor of the policyholder since 1994 including:

- State of California: Selected by the State of California as lead trial counsel. Won jury verdict securing coverage for the Stringfellow Acid Pits, described as the most complex environmental clean-up in the world. Recovered gross settlements of over $121 million plus defense before trial.
- Fuller-Austin. Won jury verdict of $188,793,014 against Lloyd's and other insurance companies in an asbestos insurance coverage case (one of the top 10 verdicts in the U.S. in 2003), presently on remand. Gross settlements of over $190 million from 14 different insurance companies before trial.
- Weyerhaeuser. Two Washington Supreme Court decisions recognizing joint and several liability of multiple insurance companies on the risk over time and recognizing coverage for environmental clean-ups even without a government lawsuit. Two jury trial victories recognizing coverage for the clean-up of six environmental sites.
- Textron. Two Rhode Island Supreme Court decisions regarding coverage for unintentional environmental contamination despite the pollution exclusion and recognizing the trigger of multiple years of coverage for property damage over time.
- AT&T. Lead attorney against CNA in the successful resolution of AT&T's environmental insurance coverage litigation for a $300 million site in Pennsylvania.

Bob has also been engaged on several significant projects by the United Nations as its general insurance counsel and has represented General Electric, Thiokol, Waste Management, Clorox (First Brands), Saks, NYU, Princeton, Textron, Maidenform, Spalding,

Cascade, Tektronix, Bijan and Evander Holyfield.

As to asbestos insurance recoveries, Bob represents the Trusts in the Owens Corning, Fuller-Austin and Swan Transportation (Tyler Pipe) cases, the Debtor in the Asarco and Skinner Engine cases, and the Asbestos Claimants' Committee in the Federal Mogul, PPG/Pittsburgh Corning, A.P. Green, and W.R. Grace bankruptcies.

Mr. Horkovich has been selected by his peers to Best Lawyers in America and Super Lawyers and given an "AV" top rating by his peers as listed in Martindale Hubbell.

Insurance Coverage Trials

State of California v. Underwriters at Lloyds, et al., No. 239784 (May 16, 2005). Jury verdict in favor of coverage for the State of California's clean-up of the Stringfellow Acid Pits, described by a federal court as the most complex environmental clean-up in the world. Jury found all five (5) remaining insurance companies breached their contracts and rejected every coverage defense. The case currently is on appeal. Assisted in settlements in excess of $121 million plus defenses before trial.

Fuller-Austin Insulation Co. v. Fireman's Fund Insurance Co., et al., No. BC116835 (Los Angeles Superior Court) (May 5, 2003). Jury verdict of $188,793,014 in favor of policyholder against Lloyd's, Stonewall Insurance Company and Highlands Insurance Company in an asbestos insurance coverage case (one of the top 10 jury verdicts in the U.S. in 2003). Affirmed in part and reversed in part on appeal. Currently on remand. Two previous bench trials. Gross settlements of over $190 million from 14 different insurance companies achieved before trial. Over $50 million in settlements achieved so far after trial.

Wausau v. Tektronix, CCV 9908032 (Clackamas County, Oregon). (June - August 2002). Jury verdict fully in favor of coverage at six environmental sites despite Wausau's claim that alleged 15 year late notice was worst in Wausau's history; also won attorneys' fees. Bench trial regarding coverage for RCRA - rather than CERCLA - clean-up. On remand following appellate affirmance of eight of nine rulings in favor of policyholder.

Waste Management, Inc. v. Admiral Insurance Co., et al., Docket No. HUD-L-931-92. (New Jersey Superior Court, Hudson County). (October 2001 - January 2002). Trial of insurance coverage for environmental liability at five New Jersey sites. All but a few insurance companies settled before or during Phase I trial.

Pereira, Trustee of Payroll Express v. Marshall & Sterling, Inc., No. 92-B-43150 (CB)/98-8405A. (U.S. Bankruptcy Court, Southern District of New York). (January - May 2002). 2005 WL 2438444. Tried and won an insurance broker malpractice action resulting in a judgment in excess of $21.8 million in bankruptcy court. District Court reversed - case was settled.

Weyerhaeuser Co. v. Commercial Union Ins. Co., No. 92-2-05214-8 SEA. (March 2002). Bench trial resulting in decision in favor of coverage at Commencement Bay; also won attorneys' fees.

ZRZ Realty Company, et al. v. Beneficial Fire & Casualty Company, et al., Circuit Court No. 9708-06226. (Oregon Superior Court, Multnomah County). (October - December 1999). Trial established defense obligation and declaratory judgment to pay future environmental clean-up costs; also won attorneys' fees. All but Lloyd's settled before or during trial.

Bijan Designer for Men, Inc. v. Fireman's Fund Insurance Co., No. 603814/97. (New York Supreme Court, New York County). (December 1999). $9 million jury verdict in favor of policyholder on insurance claim arising out of the St. Regis Hotel fire.

Cascade Corp. v. American Home Assur. Co., et al., No. 9205-03083. (Oregon Superior Court, Multnomah County). (July - October 1998). Trial established Lloyd's missing policies,

jury declared $11 million in environmental clean-up costs covered; declaratory judgment to pay certain future environmental clean-up costs; also won attorneys' fees. All but Lloyd's and Employers Re settled before trial. Affirmed by Court of Appeals on appeal.

Weyerhaeuser Co. v. Aetna Cas. & Sur. Co., et al., No. 92-2-05214-8 (MJP) (Civil Track I). (Washington Superior Court, King County). (June 1997). Commercial Union offered $4 million judgment against itself the day before a 10 environmental site trial.

McLean v. Continental Casualty Co., 95 Civ. 10415 (HB). (U.S. District Court, Southern District of New York). (1997). Won jury verdict and judgment for full policy limits in travel accident life insurance case; also won attorneys' fees.

Weyerhaeuser Co. v. Aetna Cas. & Sur. Co., et al., No. 92-2-05214-8 (MJP) (Civil Track I). (Washington Superior Court, King County). (April 1996). Jury recognized coverage for five of seven Washington environmental sites; also won attorneys' fees.

Weyerhaeuser Co. v. Aetna Cas. & Sur. Co., et al., No. 92-2-05214-8 (MJP) (Civil Track I). (Washington Superior Court, King County). (October 1994). Jury found coverage for Mid-State Superfund site; also won attorneys' fees. 33 out of 34 insurance companies settled before trial.

Reported Appellate Cases

Cascade Corp. v. American Home, et al., 135 P.3d 450, 206 Or. App. 1 (Or. Ct. App. 2006) (excess insurance companies are jointly & severally liable under all sums policy language, no proration to policyholder, and no off-sets for settlements or "other insurance" clauses).

Chickasha Cotton Oil Co. v. Houston General Ins. Co., et al., 2002 WL 1792467 (Tex. App. – Dallas) (2002) (pollution exclusion does not apply to coverage for personal injury, alleged misconduct by insurance companies gives rise to bad-faith and unfair settlement practice claims, the terms of missing policies may be proven by secondary evidence and mandatory insurance forms filed with state insurance departments or specimen policies from the insurance company).

Weyerhaeuser Co. v. Commercial Union Ins. Co., 142 Wn.2d 654, 15 P.3d 115 (2000) (argued and briefed winning case);

Textron Inc. v. Aetna Cas. & Sur. Co., 754 A.2d 742 (RI 2000) (briefed winning case);

Bijan Designer for Men, Inc. v. Fireman's Fund Ins. Co., 264 A.D.2d 48, 705 N.Y.S.2d 30 (1st Dept. 2000) (insurance company victory);

Textron Inc. v. Aetna Cas. & Sur. Co., 723 A.2d 1138 (RI 1999) (briefed winning case);

In Re Payroll Express Corp., Pereira as Trustee of Payroll Express v. Aetna Cos. & Sur. Co., et al., 186 F.3d 196 (2d Cir. 1999) (insurance company victory);

American Nat. Fire Ins. Co. v. B & L Trucking & Const. Co., 134 Wn.2d 413, 951 P.2d 250 (1998) (*amicus curiae*) (briefed winning case);

Thiokol Corp. v. Certain Underwriters at Lloyd's, London, 1997 U.S. Dist. LEXIS 8264, 1997 WL 33798359, No. 96-CV-028-B (D. Utah May 6, 1997) (briefed winning federal district court case) (also prevailed procedurally at 10th Circuit);

Olds-Olympic, Inc. v. Commercial Union Ins. Co., 129 Wn.2d 464, 918 P.2d 923 (1996) (*amicus curiae*) (briefed winning case);

Continental Cas. Co. v. Diversified Indus. and AT&T Nassau Metals Corp., 884 F.Supp. 937 (E.D. Pa. 1995) (argued and briefed winning federal district court case);

New York University v. Continental Ins. Co., 87 N.Y.2d 308, 639 N.Y.S.2d 283, 662 N.E.2d 763 (1995) (insurance company victory);

Weyerhaeuser Co. v. Aetna Cas. & Sur. Co., 123 Wn.2d 891, 874 P.2d 142 (1994) (argued and briefed winning case);

City of Edgerton v. General Cas. Co., 184 Wis.2d 750, 517 N.W.2d 463, 48 A.L.R. 5th 803 (1994) and 172 Wis.2d 518, 493 N.W.2d 768 (Ct. App. 1992) (*amicus curiae* Wisconsin Public Intervenor, Wisconsin Environmental Decade) (briefed winning case);

People v. Peck, 68 N.Y.2d 928, 502 N.E.2d 991, 510 N.Y.S.2d 76 (1986) (argued and briefed winning case).

Expert Testimony

Opinion solicited in a case before the Korean Supreme Court in Oriental Fire & Marine Ins. Co., Ltd. v. Daehan Fire & Marine Ins. Co., Ltd. regarding fidelity bond coverage under US insurance forms.

Recognized as an expert by the Court and by CNA's counsel in APA-The Engineered Wood Association v. CNA, No. 96-2-08391-2 (Pierce County, Washington) (Court credited his expert testimony in awarding policyholder full recovery plus attorneys' fees).

Identified as an expert regarding insurance company practices in Browning-Ferris Industries, Inc., et al. v. Certain Industries at Lloyd's London, et al., No. 98-56362-A (80th Judicial Dist., Harris County, Texas).

Regulatory Drafting

Participated in the drafting of the environmental insurance coverage regulations for the State of Washington, Washington Administrative Code 284-30-920. This was the first set of insurance regulations adopted in the country specifically dealing with the handling of environmental claims. Interviewed on PBS "All Things Considered," July 1995.

Publications – Books

"The Policyholder Advisor," Juris Publishing, December 2002.

American Management Association Year 2000 Legal Liability, Legislation and Litigation Deskbook for Lawyers and Managers.

Publications - Articles

"Clause reflects Katrina," Interview, *Business Insurance* (November 22, 2009)

"New Laws, New Liabilities," *Risk Management Magazine* (December 2009) (with Mark Garbowski)

"Mind the Gap," *Risk Management Magazine* (October 2009) (with Kevin J. Connolly)

"How to Choose a Domicile," *Risk Management Magazine* (July/August 2009) (with Phillip England)

"Brands At Risk," *Risk Management Magazine*, May 2009 (with Diana S. Gliedman and Kanishka Agarwala)

"Captive Confusion," *Risk Management Magazine*, March 2009 (with Phillip England and Randall Beckie).

"Coverage for Subprime Lawsuits," *Risk Management Magazine*, December 2008.

"Historic Insurance Assets," *Risk Management Magazine*, October 2008.

"Rent-a-Captive Taxes Demystified," *Risk Management Magazine*, August 2008.

"Insurance Recoveries for World Trade Center Asbestos Losses," Interview, *NY Japion*, June 22-28, 2007.

"No Time Like The Present:  Current Insurance For Future Costs And Claims," *Corporate Counsel*, January 2003.

"No Time Like The Present:  Insurance Coverage For Present Liabilities Including Future Damages," *Corporate Legal Times*, December 2002.

"Courts Affirm Recovery of Future Claims Now," *Business Insurance*, July 29, 2002.

"No Time Like The Present:  Current Insurance Recoveries For Liabilities That Include Future Costs And Claims," *Executive Insurance Alert*, Summer 2002.

"No Time Like The Present:  Current Insurance Recoveries For Present Liabilities That Include Future Costs And Claims," *Policyholder Advisor*, Volume 11, Number 4, July 2002.

"Insurance Coverage For Power Interruptions -- In California and Elsewhere," *Corporate Legal Times*, March 2001.

"Insurance Coverage for Employee Theft Losses:  A Policyholder's Primer For Recovery From Fraud Losses"; *University of Memphis Law Review*, Vol. 29, No. 2, Winter 1999.

"Insurance Coverage for Intellectual Property Liabilities Under the 'Advertising Injury' Coverage Provision In Liability Insurance Policies," *PLI's Fifth Annual Institute for Intellectual Property Law*, 1999.

"Financial Institution Bonds or Fidelity Bonds:  Recovering From Fraud Losses," *U.S. Insurance Report*, Spring/Summer 1998.

"Infringement Insurance," *Intellectual Property Worldwide*, March/April 1999.

"Potential Liability Coverage for Wrongful Extraction Claims," *Mining Lawyers Conference*, September 1997.

"Financial Institution Bonds or Fidelity Bonds:  Recovery from Fraud Losses," *Bank Fraud*, Vol. 11, No. 2, March 1996.

"Maximizing the Benefits of Your Environmental Insurance Coverage," *Eastern Mineral Law Foundation*, 1996.

"Easing Environmental Liability Insurance Coverage Claims," *Journal of Environmental Law & Practices*, June 1995.

"Intellectual Property Insurance under the 'Advertising Injury' Coverage Provision in Liability Insurance Policies," *Copyright World*, April 1995.

"Why Stonewalling Pollution Issues Fails," *Insurance Journal*, February 6, 1995.

"Insured Agreement Environmental Liabilities," *Recycling Today*, May 15, 1992.

"The Reel Issue," *Real Estate Environmental Liability News*, March 10, 1995.

"Why Insurance Companies Say No," *New York Times Sunday Business Section*, at F13, Sunday, May 2, 1992.

"Heads We Win; Tails You Lose: Insurance Companies Shortchange Policyholders on Advertising and Personal Injury," *Practicing Law Institute*, May, 1992.

"The Confrontation in the Electoral Forum Between Compelled Disclosure and Freedom of Association," *Fordham Urban L.J.*, Vol. VI, No. 3, Spring 1978, reprinted in Practicing Law Institute, Election Law, 1979.

Speeches

HB Litigation Conferences: Chinese Drywall Litigation & Insurance Coverage Update, "Important Coverage Considerations for Chinese Drywall Claims," New Orleans, LA, November 11, 2009.

All Sums, Reallocation & Settlement Credits HB Litigation Conference, "Adopting an All Sums or Pro Rata Approach - Mock Oral Argument on Summary Judgment Motion," Philadelphia, PA, October 21, 2009.

Strafford Teleconference/Webinar, "All Sums v. Pro Rata: Allocating Damages in Insurance Claims -- Indemnification Strategies in Continuing Property Damage and Personal Injury Claims," September 29, 2009.

RIMS Western Regional Conference, "D&O and Outcome of the Financial Crisis," Seattle, WA , September 25, 2009, (with David E. Wood).

"Asbestos/Manufacturing," Industry Breakout Sessions: Important Issues Affecting Key Industries, 12th Annual Policyholder Advisor Conference, New York, NY, September 17, 2009, (with Michael Conley and Robert Y. Chung).

"Insurance Recoveries in a Climate of Increased Environmental Enforcement," 12th Annual Policyholder Advisor Conference, New York, NY, September 17, 2009, (with John G. Nevius and Steven Pudell).

Strafford Publications Teleconference, "Bad Faith in Insurance Claims: Strategies for Prosecuting and Defending Against Claims of Insurer Misconduct," July 15, 2009.

American Conference Institute's 10th National Advanced Forum, "Litigating and Managing Asbestos Claims: Insurance and Claims Management," Philadelphia, PA, June 23-24, 2009.

Risk and Insurance Management Society 2009 National Educational Workshop, "Contractual Risk Transfer," Los Angeles, CA, June 4-5, 2009 (with Pamela D. Hans).

Strafford Publications Teleconference, "D&O and E&O Insurance Claims in the Economic Downturn," June 4, 2009.

Risk and Insurance Management Society 2009 National Conference & Exhibition, "Insurance Coverage for Subprime Mortgage Lawsuits," Orlando, FL, April 22, 2009.

AAPA Port Administration and Legal Issues Seminar, "Plenary Session: Environmental Issues Facing Ports - Navigation and Dredging Issues," Baltimore, MD, April 16, 2009.

AAPA Port Administration and Legal Issues Seminar, "Plenary Session: Closing the Deal on Property and Business Interruption Claims in the Wake of a Catastrophe," Baltimore, MD, April 15, 2009.

HB Litigation Conferences, "Emerging Trends in Asbestos Litigation," Beverly Hills, CA,

March 11, 2009.

Strafford Publications Teleconference, "California's Landmark Insurance Ruling in the Stringfellow Litigation: Indemnification Strategies in Continuing Property Damage and Personal Injury Claims," March 4, 2009.

Society of Risk Management Consultants, "The Role of The Risk Management Consultant in Mergers and Acquisitions," Vancouver, BC, October 16, 2008.

11th Annual Policyholder Advisor Conference, "Helping CFOs/CEOs with M&A Due Diligence" (with Kevin Connolly), New York, NY, September 18, 2008.

11th Annual Policyholder Advisor Conference, "Asbestos/Manufacturing" (with Michael Conley), New York, NY, September 18, 2008.

Strafford Publications Teleconference, "Insurance Issues In M&A Due Diligence," September 2, 2008.

BVR Legal/Mealey's Asbestos Teleconference, "Bankruptcy Trust Updates, Claims Filing Crib Sheet, and New Carrier Strategies," July 30, 2008.

Strafford Publications Teleconference, "Bad Faith Insurance Claims; Strategies for Prosecuting and Defending Against Claims of Insurer Misconduct," June 11, 2008.

American Conference Institute: Asbestos Claims, "Considerations When Confronting Asbestos Bankruptcies," May 15, 2008.

Risk and Insurance Management Society, "Helping CFOs/CEOs with M&A Due Diligence," May 1, 2008.

Risk and Insurance Management Society, "Ethics in Claims Management," April 28, 2008.

Presentation to the United Nations Chief Procurement Officers, "Standby Letters of Credit/Independent Bank Guarantees," February 29, 2008.

Mealey's Asbestos Bankruptcy Conference, "Down The Road: Likely Trends," December 14, 2007.

Mealey's National Asbestos Litigation Superconference, "Emerging Trends in Asbestos Coverage Litigation," September 26-28, 2007.

10th Annual Policyholder Advisor Conference, "Asbestos/Manufacturing - Insurance Coverage for Asbestos Property Damage Liability," September 18, 2007.

Risk and Insurance Management Society-Sacrament Chapter, "How to Evaluate and Settle an Insurance Claim," September 11, 2007.

NBC Interview; (WNBC) "Insurance Coverage For Business Interruption Losses in the Frozen Zone," July 20, 2007.

American Conference Institute: Asbestos Claims, "Bankruptcy: Insurance Company Rights and Obligations," June 21-22, 2007.

Mealey's Asbestos Bankruptcy Conference, "Current Insurance Issues in Asbestos Bankruptcy," June 7, 2007.

Mealey's Wall Street Teleconference: Asbestos, "Doing Your Due Diligence: Evaluating the Current & Future Liability of Companies With Asbestos Liability," March 27, 2007.

AAPA Port Administration and Legal Issues Seminar, "Using Already Purchased Insurance Policies to Cover Environmental Liabilities," February 13, 2007.

Mealey's Asbestos Conference: The New Face of Asbestos Litigation, "Emerging Issues in Asbestos Coverage Litigation," February 8, 2007.

Strafford Publications Teleconference, "The State of the Law And Successful Strategies Relating to Bad Faith Insurance Claims," January 30, 2007.

Society of Risk Management Consultants, "How To Be A Better Expert Witness," October 19, 2006.

Mealey's Bad Faith Litigation Conference, "So You Think You Have A Bad Faith Case?," September 21, 2006.

9th Annual Policyholder Advisor Conference, "Asbestos/Manufacturing – Recent Developments/Hot Topics," September 15, 2006.

American Conference Institute, "Litigating, Settling and Managing Asbestos Claims," June 16, 2006.

Mealey's Asbestos Bankruptcy Conference, "How To Effectively Use 524(g) To Resolve Asbestos Liability," June 9, 2006.

American Bar Association, Navigating The Insurance Litigation Dispute Through Stormy Seas, "A Complex Insurance Coverage Trial Primer," February 17, 2006.

Mealey's Fundamentals of Insurance Coverage, "The Insurance Coverage Trial – Components of a Successful Case," February 14, 2006.

Mealey's Wall Street Forum: Asbestos, "Evaluating the Gap Between Asbestos Liabilities and Coverage in Mergers and Bankruptcies," February 9, 2006.

8th Annual Policyholder Advisor Conference, "Exclusions/Causation Regarding Katrina/Rita Losses," December 13, 2005.

National Public Radio Interview; (KUHF) "Hurricanes Katrina/Rita: Maximizing Your Insurance Recovery," November 11, 2005.

"Katrina/Rita Damages: Recouping Your Losses With An Aggressive Insurance Recovery Program," November 9, 2005.

Hurricane Insurance Recovery Conference, "Pollution, Contamination and Mold Exclusions and Causation," November 9, 2005.

American Conference Institute, "Insurance Company Standing in Asbestos Bankruptcies," April 5-6, 2005.

American Conference Institute, "5th National Forum on Asbestos Litigation," February 16, 2005.

Mealey's Asbestos Bankruptcy Conference, "Insurance Company Standing in Asbestos Bankruptcies," December 6-7, 2004.

2004 Intellectual Property Summit, "Insurance Issues and Risk Planning," December 2, 2004.

LexisNexis Wall Street Forum: Asbestos, "Evaluating the Gap Between Asbestos Liabilities and Coverage in Mergers and Bankruptcies," April 20, 2004.

Insurance Issues Confronting Larger Financial Institutions, Manufacturers and Service Providers: The Plaintiff's Attorney's Viewpoint, "Unraveling the Mystery of Insurance Coverage for Employee Dishonesty," November 20, 2003.

Westchester Community College, CPCU Chapter, November 20, 2003.

National Association of Public Insurance Adjusters Napia/Mapia Insurance Seminar, "How to Use Bad Faith Effectively as Leverage," September 19, 2003.

Euro Legal- London: Asbestos Claims & Litigation, "Insurance Recoveries for Present Liabilities and Future Payments," April 29, 2003.

Mealey's Advanced Insurance Coverage Conference: Top 10 Issues for Practitioners, "Bankruptcy: The Insurance Implications," January 16-17, 2003.

Risk and Insurance Management Society National Conventions, 1990-2003.

Computer Law Association, Cyberspace Camp, "Insurance Coverage: High Technology Issues," 1998-2002.

"No Time Like the Present: Present Insurance Recoveries For Pending and Future Asbestos Claims," December 2002.

Brownfields 2002, "Fool Proof or Fool's Gold? All This and Heaven Too," November 13-15, 2002.

American Conference Institute, "Impact of London Market's Document Requirements," October 8, 2002.

Yale University Club, Fourth Annual Policyholder Advisor Conference, Chair of Conference, Speaker, "Insurance Coverage for Asbestos Liabilities," September 27, 2002.

American Conference Institute, Co-Chair of Conference, "Business Interruption Claims After September 11th," March 11-12, 2002.

American Conference Institute: Business Interruption Insurance, "The Terrorism Claims: Looking Back and Looking Forward," March 11-12, 2002.

American Bar Association, "Litigating Insurance Coverage Disputes in Bankruptcy," March 2, 2002.

American Management Association – Policyholder Advisor Conference, "Untapped Insurance for Asbestos Liabilities," February 7, 2002.

"Insurance Coverage: High-Technology Issues," February 2, 2002.

Risk and Insurance Management Society, Inc., Washington Chapter 36th Annual All Industry Day, "E-Commerce Claims - Is There Insurance Coverage," March 13, 2001.

American Conference Institute, "Complex Insurance Claims: A Legal Tactical and Practical Approach," May 3, 2001.

American Management Association - Policyholder Advisor Conference, "Recovering From Fraud Losses," September 21, 2000.

The Computer Law Association and Santa Clara University School of Law Cyberspacecamp Conference, "Insurance Coverage: High-Tech Issues," March 2-4, 2000.

American Management Association - Policyholder Advisor Conference, "Trying an Insurance Coverage Case," June 10-11, 1999.

American Management Association: Policyholder Advisor Conference, "Recovering From Fraud Losses," June 10-11, 1999.

American Management Association: Policyholder Advisor Conference, "Litigation Update," June 10-11, 1999.

Mealey's, "Trying an Environmental Liability Insurance Coverage Case," Amelia Island, Florida, 1999.

Cornell University Club, "What Every Intellectual Property Lawyer Should Know About Insurance But Was Afraid To Ask," November 18, 1998.

Mealey's Trade Secret, Patent and Trademark Roundtable, "Insurance Coverage for Intellectual Property Liabilities Under the 'Advertising Injury' Coverage Provision in Liability Insurance Policies," December 5, 1997.

American Conference Institute, "Claimant's Strategies for Large Punitive Awards Including Calculations of Punitive Damages," March 25-26, 1996.

Harvard University Club, "Insurance Coverage for Intellectual Property and Antitrust Violations" and "Recovering From Fraud Losses," November 15, 1995.

Pennsylvania Bankers Roundtable, "Fidelity Bonds: Recovering From Fraud Losses," October, 1995.

Environmental Corporate Counsel Institute, "One Billion Reform By New Insurance Regulations," May 1-2, 1995.

American Conference Institute, "Bad Faith: 50 State Summary," April 6-7, 1995.

American Bar Association Tort and Insurance Practice Section Committee on Intellectual Property, "Insurance Claims and Litigation for Intellectual Property Disputes," June 9-10, 1994.

Andrews Continuing Education Institute, "Fidelity Bonds: Recovering From Fraud Losses," October, 1993.

Corporate Legal Times' Corporate Insurance Protection Institute: "Hidden Treasures In Untapped Insurance Resources," September 1993.

American Bar Association National Convention, Tort and Insurance Practice Section, Intellectual Property Committee, "Insurance Coverage for Copyright and Patent Infringement Actions," August, 1993.

University of Missouri-Kansas City, Kansas City Corporate Counsel Conference, "Insurance Coverage for Environmental Claims," June 19, 1992.

### Bar Admissions

New York, United States District Court for the Southern and Eastern Districts of New York, United States Court of Appeals for the Second and Tenth Circuits, United States Court of Military Appeals, Maryland, and the United States District Court for the District of Maryland.

### Memberships

New York State, Member, Committee on Civil Prosecution, Maryland State and American

Bar Associations, Member, Sections on: Litigation; Tort and Insurance Practice.

**Personal**

Military Experience

Captain, USAF JAG Corp.; 1100 ABW/JA and USAF/JAJM, drafted all trial briefs in the 1981 prosecution of 1st Lieutenant Christopher Cooke, an espionage case subject to national media attention defended by F. Lee Bailey. Awarded Meritorious Service Medal and Air Force Commendation Medal. Named Outstanding Company Grade Officer of the Year, Bolling Air Force Base, Washington, D.C.

Legislative Aide Experience

Member, United States Senate Staff (1975-1977). United States Senator James L. Buckley (New York)

**Education**

Fordham, J.D.
Fordham, B.S.



The Martindale-Hubbell Peer Review Icon is a service mark of Reed Elsevier Properties Inc., used under permission from Reed Elsevier Properties Inc. in accord with the terms and conditions established by Martindale-Hubbell.

Copyright ©1996-2010 Anderson Kill & Olick, P.C. | Attorney Advertising | Client's Rights | Legal Disclaimer

*Prior results do not guarantee a similar outcome.*