UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 2047 JUDGE FALLON |
|---|---|
| This Document Relates to All Cases | MAGISTRATE JUDGE WILKINSON |

## **ORDER**

Considering the foregoing motion, IT IS HEREBY ORDERED that a Policyholder Steering Committee is created with Robert M. Horkovich appointed as lead counsel.

New Orleans, Louisiana, this ___ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE

NYDOCS1-938769.1