BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO THE FOLLOWING CASES:<br>09-4117 and 09-4294 | CASE NO.: MDL Docket No. 2047 |

## MOTION TO TRANSFER AND RENEWED NOTICE OF RELATED AND POTENTIAL TAG-ALONG ACTION

**TO THE CLERK OF THE PANEL, ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

Pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation (the "Panel"), Taylor Woodrow Communities at Vasari, L.L.C. ("Taylor Woodrow"), a defendant in this multidistrict litigation in the United States District Court for the Eastern District of Louisiana, hereby moves to transfer and gives notice of the following related and potential tag-along action:

> Tag-Along/Related Action: *Taylor Woodrow Communities at Vasari, L.L.C. v. Mid-Continent Casualty Company*
>
> Court: United States District Court, Middle District of Florida
>
> Case No.: 2:09-CV-823-FtM-29DNF

<u>Judge</u>: Hon. John E. Steele

## Basis for Notice and Motion to Transfer

1. On or about June 15, 2009, this Panel determined that coordinated or consolidated pretrial proceedings were appropriate in ten (10) lawsuits which shared "factual questions concerning drywall manufactured in China, imported to and distributed in the United States, and used in the construction of houses; plaintiffs in all actions allege that the drywall emits smelly, corrosive gases." *In Re: Chinese-Manufactured Drywall Prod. Liab. Litig.,* 626 F. Supp. 2d 1346 (June 15, 2009).

2. Pursuant to that ruling, such proceedings were consolidated in the United States District Court for the Eastern District of Louisiana ("E.D. La."), the Honorable Eldon E. Fallon presiding (MDL No. 2047).

3. Since that ruling, numerous actions have been transferred to the transferee Court; no actions subject to a Conditional Transfer Order have been denied transfer.

4. Judge Fallon has undertaken to provide a forum for the pre-trial litigation, discovery, and possible resolution of all aspects of the cases resulting from the effects of Chinese drywall, including insurance coverage. *See In Re: Chinese-Manufactured Drywall Products Liability Litigation,* Minute Entry of Judge Fallon dated September 24, 2009 and attached hereto as exhibit B at XIV, stating:

> There are a number of issues involving insurance matters that will be addressed in this litigation. These include actions against insurers of manufacturers, exporters, importers, brokers, distributors, builders, drywall contractors/installers and homeowners.

5. Likewise, every Joint Report issued in connection with MDL No. 2047 has recognized the following:

INSURANCE ISSUES

> There are a number of issues involving insurance matters that will be addressed in this litigation. These include actions against insurers of ... builders ....

6. Since the inception of *In Re: Chinese-Manufactured Drywall Products Liability Litigation*, MDL No. 2047, in the Eastern District of Louisiana, at least four (4) actions have been filed there naming insurance carriers and placing at issue similar or identical insurance policy provisions as those at issue in the instant case. *See Borne v. Liberty Mut. Fire Ins. Co.* (E.D. La.; CA No. 09-6073); *Van Winkle v. Nautilus Ins. Group* (E.D. La.; CA No. 09-4378); *West v. State Farm Fire & Cas. Co.* (E.D. La.; CA No. 09-6356); *Pate v. Am. Int'l Specialty Lines Ins. Co., et al.* (E.D. La., Case No. 09-07791). In addition, at least one insurance coverage declaratory judgment action - *General Fidelity Insurance Co. v. Foster* (S.D. Fla.; CA No. 9:09-cv-80743-KMM) - has been conditionally transferred to the MDL No. 2047. See CTO-6 (Sept. 8, 2009) and Order Reinstating Stay of Conditional Transfer Order (Sept. 25, 2009).

7. In the instant related action pending in the Middle District of Florida, plaintiff Taylor Woodrow, seeks insurance coverage for the Chinese drywall claims asserted against it in the multidistrict litigation in the Eastern District of Louisiana[1] and for the losses, costs and expenses arising out of the importation and use of Chinese drywall in homes constructed by a Taylor Woodrow subcontractor.

8. The action that is the subject of this Motion to Transfer and Tag-Along Notice involves a request for a declaration of the parties' rights under an insurance policy containing language similar or identical to the insurance policies at issue in the actions referred to in paragraph 6, above. At issue are damages incurred as a result of property damage occasioned in

---

[1] Taylor Woodrow has been named as a defendant in MDL No. 2047 case numbers 09-4117, *Karin Vickers, et al. v. Knauf Gips KG, et al.*, and 09-4294, *Larry and Rene Galvin v. Knauf Gips KG, et al.*

3

homes containing Chinese-manufactured drywall whose owners have complained that such drywall emitted smelly, corrosive gases.

9. Counsel for Taylor Woodrow, Neal A. Sivyer and Stephen E. Walker, are members of MDL No. 2047's Homebuilders' Steering Committee and Defendants' Steering Committee, respectively, and are actively involved in presently litigating before Judge Fallon, in MDL No. 2047, the same issues raised in the instant case.

10. For the foregoing reasons, and for the reasons stated in the accompanying Memorandum in Support of Motion to Transfer and Renewed Notice of Related and Potential Tag-Along Actions, the interests of all affected parties would be advanced by prompt transfer of the action that is the subject of this Tag-Along Notice and Motion to Transfer to MDL No. 2047.

Dated: January 29, 2010.

Respectfully submitted,

/s/ Stephen E. Walker
Neal A. Sivyer
Florida Bar No. 373745
nsivyer@sbwlegal.com
Stephen E. Walker
swalker@sbwlegal.com
Florida Bar No. 0497851
SIVYER BARLOW & WATSON, P.A.
401 E. Jackson Street, Suite 2225
Tampa, Florida 33602
Telephone: (813) 221-4242
Facsimile: (813) 227-8598
*Attorneys for Taylor Woodrow Communities at Vasari, LLC*

## CERTIFICATE OF SERVICE

I HEREBY certify that on January 29, 2010, this document has been served on Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller by U.S. Mail and email or by hand delivery and email upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No.: 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047. The above documents were also electronically filed with the Clerk of Court of the United States District Court for the Middle District of Florida by using the CM/ECF System, which will send notice of the electronic filing to:

Mid-Continent Casualty Company
Ronald L. Kammer, Esq.
Pedro E. Hernandez, Esq.
Hinshaw & Culbertson, LLP
9155 S. Dadeland Boulevard, Suite 1600
Miami, Florida 33156

/s/ Stephen E. Walker
Stephen E. Walker

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL-2047-In re Chinese Drywall Litigation

SCHEDULE OF RELATED ACTIONS

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>Taylor Woodrow Communities at Vasari, LLC<br><br>**Defendant:**<br>Mid-Continent Casualty Company | United States District Court Middle District of Florida | 2:09-cv-823-FtM-29DNF | Hon. John E. Steele |