IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No.  09-2047 |
| | SECTION:  L |
| THIS DOCUMENT RELATES TO: Curtis Hinkley, et al. v. Taishan Gypsum Co. Ltd., et al. Case No. 2:2009-cv-06686 (E.D. La.) | JUDGE:  FALLON |
| | MAGISTRATE:  WILKINSON |

### VENTURE SUPPLY, INC. AND THE PORTER-BLAINE CORPORATION'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT, PURSUANT TO RULE 12(b)(6)

Come now the Defendants The Porter-Blaine Corporation ("Porter-Blaine") and Venture Supply, Inc. ("Venture"), by counsel, for their Motion to Dismiss the Plaintiffs' Second Amended Class Action Compliant (MDL No. 2047, Doc. No. 762) (hereinafter "Plaintiffs' Second Amended Complaint") pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, states the following:

1. For the reasons stated more fully in its supporting memorandum filed herewith, Count II (Negligence *per se*) of the Second Amended Complaint fails to state a claim against Defendants Venture and Porter-Blaine, and fails to state sufficient facts upon which relief can be granted.

2. For the reasons stated more fully in its supporting memorandum filed herewith, Count III (Breach of Express and/or Implied Warranties) of the Second Amended Complaint fails to state a claim against Defendants Venture and Porter-Blaine, and fails to state sufficient facts upon which relief can be granted.

3. For the reasons stated more fully in its supporting memorandum filed herewith, Count IV (Private Nuisance) of the Second Amended Complaint fails to state a claim against

Defendants Venture and Porter-Blaine, and fails to state sufficient facts upon which relief can be granted.

4. For the reasons stated more fully in its supporting memorandum filed herewith, Count V (Unjust Enrichment) of the Second Amended Complaint fails to state a claim against Defendants Venture and Porter-Blaine, and fails to state sufficient facts upon which relief can be granted.

5. For the reasons stated more fully in its supporting memorandum filed herewith, Count VII (Violation of Consumer Protection Act) of the Second Amended Complaint fails to state a claim against Defendants Venture and Porter-Blaine, and fails to state sufficient facts upon which relief can be granted.

6. For the reasons stated more fully in its supporting memorandum filed herewith, Count VIII (Equitable and Injunctive Relief and Medical Monitoring) of the Second Amended Complaint fails to state a claim against Defendants Venture and Porter-Blaine, and fails to state sufficient facts upon which relief can be granted.

WHEREFORE, Defendants Venture and Porter-Blaine respectfully pray that this Court enter an Order granting their Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

This the 29th day of January, 2010.

    Respectfully submitted,

        By:    /s/ Thomas M. Buckley
              Thomas M. Buckley, Esq. (NCB # 26076)
              Mindi L. Schulze, Esq. (NCB # 32918)
              Attorney for Defendants Venture Supply, Inc. and The Porter-Blaine Corporation
              Hedrick, Gardner, Kincheloe & Garofalo, LLC
              4011 Westchase Blvd., Suite 300
              Raleigh, NC  27607
              Telephone:    (919) 719-3721
              Facsimile:     (919) 832-9425
              Email: TBuckley@hedrickgardner.com
              Email: MSchulze@hedrickgardner.com

              Mark C. Nanavati, Esquire (VSB #38709)
              Kenneth F. Hardt, Esquire (VSB # 23966)
              Sinnott, Nuckols & Logan, P.C.
              13811 Village Mill Drive
              Midlothian, Virginia 23114
              (804) 378-7600 ext. 3311 or 3316
              (804) 378-2610 (fax)
              khardt@snllaw.com
              mnanavati@snllaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint Pursuant to Rule 12(b)(6) was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 and has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, on this 29th day of January, 2010.

/S/ THOMAS M. BUCKLEY
Thomas M. Buckley