IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 09-2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO:<br>Curtis Hinkley, et al. v. Taishan Gypsum Co. Ltd., et al.<br>Case No. 2:2009-cv-06686 (E.D. La.) | JUDGE: FALLON |
| | MAGISTRATE: WILKINSON |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the Defendants The Porter-Blaine Corporation ("Porter-Blaine") and Venture Supply, Inc. ("Venture") will bring their Rule 12(b)(6) Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint for hearing before the Honorable Eldon E. Fallon, Judge, United States District Court for the Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana 70130, on the 24th day of February, 2010, at 9:00 a.m. or as soon thereafter as counsel may be heard.

This the 29th day of January, 2010.

Respectfully submitted,

By: /s/ Thomas M. Buckley
Thomas M. Buckley, Esq. (NCB # 26076)
Mindi L. Schulze, Esq. (NCB # 32918)
Attorney for Defendants Venture Supply, Inc. and The Porter-Blaine Corporation
Hedrick, Gardner, Kincheloe & Garofalo, LLC
4011 Westchase Blvd., Suite 300
Raleigh, NC  27607
Telephone:    (919) 719-3721
Facsimile:    (919) 832-9425
Email: TBuckley@hedrickgardner.com
Email: MSchulze@hedrickgardner.com

                      Mark C. Nanavati, Esquire (VSB #38709)
                      Kenneth F. Hardt, Esquire (VSB # 23966)
                      Sinnott, Nuckols & Logan, P.C.
                      13811 Village Mill Drive
                      Midlothian, Virginia 23114
                      (804) 378-7600 ext. 3311 or 3316
                      (804) 378-2610 (fax)
                      khardt@snllaw.com
                      mnanavati@snllaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Hearing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 and has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, on this 29th day of January, 2010.

/S/ THOMAS M. BUCKLEY
Thomas M. Buckley