UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 |
| | * | SECTION: L |
| | * | JUDGE: FALLON |
| This Document Relates to: | * | |
| *Robert C. Pate v. American International Specialty Lines Insurance Company, et al.* | * * | MAG: WILKINSON |
| *Case No. 09-7791* | * | |

*******************************************************************************

## *EX PARTE* UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADINGS

NOW INTO COURT, through undersigned counsel, comes defendant, Auto-Owners Insurance Company (hereinafter "Auto-Owners"), who respectfully requests this Honorable Court to extend the deadline to file responsive pleadings to plaintiff's Complaint until February 8, 2010. In support of this motion, Auto-Owners shows that: (1) additional time is needed in order to complete its investigation and finalize its responsive pleadings; (2) plaintiff's counsel has been contacted and does not oppose this extension; and (3) this is Auto-Owners' first request of the Court for an extension of time.

Respectfully submitted:

**LEAKE & ANDERSSON, L.L.P.**

*/s/ Amanda W. Vonderhaar*
_____
**JERRY L. SAPORITO, T.A.  (#11717)**
**jsaporito@leakeandersson.com**
**W. PAUL ANDERSSON (#2474)**

        **pandersson@leakeandersson.com**
        **AMANDA W. VONDERHAAR (#31350)**
        **avonderhaar@leakeandersson.com**
        1700 Energy Center
        1100 Poydras Street
        New Orleans, Louisiana 70163-1701
        Telephone: (504) 585-7500
        Fax: (504) 585-7775
        *Attorneys for Auto-Owners Insurance*
        *Company, Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has this date been served on all counsel of record in this proceeding by:

      ( )  Hand Delivery      ( )  Prepaid U.S. Mail

      ( )  Facsimile           ( )  Federal Express

      ( )  Electronic mail     (X)  ECF Filing
                                                  *Mailed if non-CM/ECF participant

New Orleans, Louisiana this 29th day of January, 2010.

                */s/ Amanda W. Vonderhaar*
                _____
                **AMANDA W. VONDERHAAR**

Cp:/39764/00-Motion for Extension of Time Within Which to File Responsive Pleadings