UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 2047 SECTION: L JUDGE: FALLON |
| This Document Relates to: *Robert C. Pate v. American International Specialty Lines Insurance Company, et al.* Case No. 09-7791 | * * * * | MAG: WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

CONSIDERING THE FOREGOING *Ex Parte* Unopposed Motion to Extend Deadline to File Responsive Pleadings filed on behalf of Auto-Owners Insurance Company (hereinafter "Auto-Owners");

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Unopposed Motion is granted and that Auto-Owners' deadline to file responsive pleadings to plaintiff's Complaint is extended to February 8, 2010.

DONE AND SIGNED AT NEW ORLEANS, LOUISIANA this \_\_\_ day of _____, 20\_\_\_\_\_.

_____
JUDGE