UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| PATRICK DENNIS AND KATHLEEN DENNIS | * * | MAG. WILKINSON |
| Versus | * * | |
| STATE FARM FIRE & CASUALTY COMPANY | * * | 09-7560 |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### MOTION FOR LEAVE TO SUBSTITUTE EXHIBIT ATTACHED TO NOTICE OF REMOVAL

On December 4, 2009, Defendant State Farm Fire & Casualty Company removed the above-captioned case to this Court pursuant to 28 U.S.C. §§ 1332 and 1441. (*See* 2:09-cv-07560, Dkt. No. 1.) In support of its Notice of Removal, State Farm attached as Exhibit B a certified copy of Plaintiffs' homeowners policy, Policy Number 18-E8-5589-5, effective for the period of May 31, 2009 through May 31, 2010. (*See id.*, Dkt. No. 1-3, 1-4.) A further review of Plaintiffs' Petition for Damages, which alleges that Plaintiffs' purported damages first manifested themselves in "Spring of 2009" (*id.*, Dkt. No. 1-2 at ¶ 6), indicates that the applicable policy is the policy for the immediately prior policy period. Accordingly, State Farm hereby seeks leave of court to substitute Policy Number 18-E8-5589-5 effective for the period of *May*

1

*31, 2008* through *May 31, 2009* (attached hereto as Exhibit 1), for the policy previously attached to the Notice of Removal.

The coverage limits on the applicable homeowners policy are $378,400 for the dwelling; $37,840 for the dwelling extension; $283,800 for personal property; and Loss of Use in the amount of Actual Loss Sustained.  (*See* Exhibit 1, Declarations Page.)  Thus, the amount allegedly at issue under the policy itself remains in excess of $700,000, and this substitution of policies has no effect on this Court's jurisdiction pursuant to 28 U.S.C. § 1332, as asserted in the Notice of Removal.  (*See* 2:09-cv-07560, Dkt. No. 1 at ¶¶ 5–9.)

WHEREFORE, State Farm moves that it be granted leave of court to file the attached Exhibit 1 for that previously filed with its Notice of Removal.

This 1st day of February, 2010.

/s/ Emily Stickney Morrison
**ADRIANNE L. BAUMGARTNER, T.A. (#2861)**
**DARRIN M. O'CONNOR (#24582)**
**EMILY STICKNEY MORRISON  (#18351**)
PORTEOUS, HAINKEL & JOHNSON
408 North Columbia Street
Covington, LA 70434
(985) 893-4790
Abaumgartner@phjlaw.com
doconnor@phjlaw.com
emorrison@phjlaw.com

**JAMES R. NIESET, JR. (#24856)**
PORTEOUS, HAINKEL & JOHNSON, LLP
704 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3838
Jnieset@phjlaw.com

**Attorneys for State Farm Fire & Casualty Company**

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Defendant State Farm Fire & Casualty Company's Notice of Substitution of Policy Attached to Notice of Removal has been served upon Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and email <u>or</u> by hand-delivery and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on the 1st day of February, 2010.

                                          <u>/s/ Emily S. Morrison</u>