UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL          MDL NO. 09-2047
PRODUCTS LIABILITY LITIGATION

                                                                                  SECTION L
                                                                                   JUDGE FALLON
                                                                                   MG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

BRYSON ROYAL and KIMBERLY
ROYAL, husband and wife,
CASE NO. 09-04657
_____/

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Defendant Banner Supply Co. has filed the attached Motion. **PLEASE TAKE FURTHER NOTICE** that the Motion will be brought on for hearing on March 24, 2010 at 9:00 AM before the Honorable Eldon E. Fallon.

                                                                Respectfully submitted,

                                                               /s/Jeffrey A. Backman
                                                               JAN DOUGLAS ATLAS
                                                               Fla. Bar No. 226246
                                                               JEFFREY A. BACKMAN
                                                               Fla. Bar No. 0662501
                                                               ADORNO & YOSS LLP
                                                               350 East Las Olas Boulevard; Suite 1700
                                                               Fort Lauderdale, FL 33301-4217
                                                               Telephone: (954) 763-01200
                                                               Facsimile: (954) 766-7800
                                                               Attorneys for BANNER SUPPLY CO.

MDL 2047<br>CASE NO. 09-04657 (Royal)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleading has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 1st day of February, 2010.

/s/Jeffrey A. Backman<br>Jeffrey A. Backman

{218429.0005/N0809661_1}

2

ADORNO & YOSS LLP
350 EAST LAS OLAS BLVD. • SUITE 1700 • FT. LAUDERDALE, FLORIDA 33301 • TELEPHONE 954-763-1200 • FAX 954-766-7800