MINUTE ENTRY
FALLON, J.
JANUARY 28, 2010

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRY WALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

    A telephone status conference was held on this date in the Chambers of Judge Eldon E. Fallon. Due to complications with the conference call, the Court converted the phone conference to an in-person status conference. Present at the conference were counsel on the *Germano* trial teams.

    Counsel informed the Court that the *Daubert* hearing scheduled for Friday, January 29, 2010, at 2:00 p.m. would take about three hours. Presentations by the parties will be by oral argument and only as to those experts who will testify in person at the confirmation of default judgment hearing.

    Additionally, the Court informed the parties that it would not create a conference call line for the hearing, but that all interested persons are welcome to attend subject to signing-in on a sign-up sheet.

    Counsel informed the Court of a scheduling conflict with the February 9, 2010 status conference time. Accordingly, IT IS ORDERED that the status conference scheduled for

JS10(01:10)

February 9, 2010, at 1:30 p.m. is RESCHEDULED for the same day, February 9, 2010, but at 8:00 a.m.