UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE MANUFACTURED DRYWALL          MDL NO. 09-2047
PRODUCTS LIABILITY LITIGATION

                                                  SECTION L
                                                  JUDGE FALLON
                                                  MG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

DR. STEVEN ROBERTS, JENNIFER ROBERTS,
CAROLYN SANTAMARIA and DANIEL SANTAMARIA
individually, and on behalf of all others similarly situated,
CASE NO. 09-05870

_____/

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Defendant Banner Supply Co. has filed the attached

Motion. **PLEASE TAKE FURTHER NOTICE** that the Motion will be brought on for hearing

on March 24, 2010 at 9:00 AM before the Honorable Eldon E. Fallon.

                              Respectfully submitted,

                              /s/Jeffrey A. Backman_____
                              JAN DOUGLAS ATLAS
                              Fla. Bar No. 226246
                              JEFFREY A. BACKMAN
                              Fla. Bar No. 0662501
                              ADORNO & YOSS LLP
                              350 East Las Olas Boulevard; Suite 1700
                              Fort Lauderdale, FL 33301-4217
                              Telephone: (954) 763-01200
                              Facsimile:  (954) 766-7800
                              Attorneys for BANNER SUPPLY CO.

{218429.0005/N0809670_1}

ADORNO & YOSS LLP
350 EAST LAS OLAS BLVD.• SUITE 1700 • FT. LAUDERDALE, FLORIDA 33301 • TELEPHONE 954·763·1200 • FAX 954·766·7800

MDL 2047
CASE NO.  09-05870 (Roberts)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing pleading has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 1st day of February, 2010.

/s/Jeffrey A. Backman_____
Jeffrey A. Backman

ADORNO & YOSS LLP
350 EAST LAS OLAS BLVD. • SUITE 1700 • FT. LAUDERDALE, FLORIDA 33301 • TELEPHONE 954-763-1200 • FAX 954-766-7800