UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE MANUFACTURED DRYWALL         MDL NO. 09-2047
PRODUCTS LIABILITY LITIGATION

                                             SECTION L
                                             JUDGE FALLON
                                             MG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

SHANE M. ALLEN and NICOLE J. ALLEN, on
behalf of themselves and all others similarly situated,
CASE NO.  09-4112
_____/

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Defendant Banner Supply Co. has filed the attached

Motion. **PLEASE TAKE FURTHER NOTICE** that the Motion will be brought on for hearing

on March 24, 2010 at 9:00 AM before the Honorable Eldon E. Fallon.

                             Respectfully submitted,

                             /s/Jeffrey A. Backman
                             JAN DOUGLAS ATLAS
                             Fla. Bar No. 226246
                             JEFFREY A. BACKMAN
                             Fla. Bar No. 0662501
                             ADORNO & YOSS LLP
                             350 East Las Olas Boulevard; Suite 1700
                             Fort Lauderdale, FL 33301-4217
                             Telephone: (954) 763-01200
                             Facsimile:  (954) 766-7800
                             Attorneys for BANNER SUPPLY CO.

{218429.0005/N0809663_1}

**ADORNO & YOSS LLP**
350 EAST LAS OLAS BLVD.• SUITE 1700 • FT. LAUDERDALE, FLORIDA 33301 • TELEPHONE 954-763-1200 • FAX 954-766-7800

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing pleading has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 1st day of February, 2010.

/s/Jeffrey A. Backman
Jeffrey A. Backman

ADORNO & YOSS LLP
350 EAST LAS OLAS BLVD. • SUITE 1700 • FT. LAUDERDALE, FLORIDA 33301 • TELEPHONE 954-763-1200 • FAX 954-766-7800