**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>**ALL CASES** | |

**ORDER**

Considering the Plaintiffs' Steering Committee's Exparte Motion to Extend time, IT IS ORDERED BY THE COURT that the Plaintiffs' Steering Committee is granted leave of court to file the response to Manufacturer Defendants' Request for Certification and Incorporated Memorandum of Law until February 19, 2010.

New Orleans, Louisiana this ____ day of ______________________, 2010.

______________________________
Honorable Eldon E. Fallon
U.S. District Judge