UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO: 2047 |
| | SECTION: L |
| | DISTRICT JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

This Document Relates To:

Kelvin Hayes Robins, Sr., Alecia Robins, Individually and OBO their Minor Children, Janeyah M. Hall and Kaleb M. Robins and Tylecia M. Ridgley v. Knauf Gips KG, et al.,
    2:09-cv-07551-EEF-JCW

Richard Jordan, Susan Jordan, Nathan Jordan, Colby Jordan and Florette Nickens v. Knauf Gips KG, et al.,
    2:09-cv-07550-EEF-JCW

Jared Lewis and Emily Lewis, Individually and OBO Their Minor Child, Ella Lewis v. Knauf Gips KG, et al.
    2:09-cv-07549-EEF-JCW

## **NOTICE OF APPEARANCE**

      Plaintiffs' counsel L. J. Hymel and Michael Reese Davis hereby enter their appearance in these actions.  Mr. Hymel and Mr. Davis are familiar with the Local Rules of this Court as well as all pretrial Orders entered in MDL 2047.

1

Respectfully submitted,

HYMEL DAVIS & PETERSEN, LLC

s/ L. J. Hymel
L. J. HYMEL (LBN, 07137)
MICHAEL REESE DAVIS (LBN, 17529)
10602 Coursey Boulevard
Baton Rouge, LA 70816
Phone: 225.298.8118
Fax: 225.298.8119
ljhymel@hymeldavis.com

**Counsel for Plaintiffs**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and forgoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U. S. Mail or e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of February, 2010.

s/ L. J. Hymel
L. J. Hymel

2