UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL   MDL NO. 09-2047
PRODUCTS LIABILITY LITIGATION

SECTION L
JUDGE FALLON
MG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

LORENA GARCIA, HECTOR BARROZO and
MARIAINES PINAR DE BARROZO,
husband and wife; on behalf of themselves individually
and all others similarly situated,
CASE NO. 09-04118
_____/

## ORDER GRANTING BANNER SUPPLY CO.'S
## MOTION TO EXCEED PAGE LIMITATION

THIS CAUSE having come before the Court on Defendant Banner Supply Co.'s Motion to Exceed Page Limitation with regard to its Motion to Stay, Motion to Abate, or Alternatively, Motion to Dismiss the Complaint in this action, and after hearing reviewed the file and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion to Exceed Page Limitation is GRANTED.

**DONE AND ORDERED** in New Orleans, Louisiana, this ___ day of February, 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

cc: all counsel of record

{218429.0005/N0810238_1}