UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID KESSLER and AMANDA KESSLER | * | CA NO.  09-6072 |
| | * | JUDGE ELDON E. FALLON |
| v. | | |
| | * | MAG. JUDGE WILKINSON |
| GMI CONSTRUCTION, INC., ET AL | | |
| | * | IN RE: CHINESE-MANUFACTURED PRODUCTS |
| * * * * * * * * * * * * | | LIABILITY LITIGATION MDL No. 09-2047 (L) |

**MOTION AND INCORPORATED MEMORANDUM IN SUPPORT
OF MOTION FOR EXPEDITED HEARING**

    Defendant, HBW Insurance Services ("HBWIS"), filed its Motion to Dismiss on November 4, 2009.  Based on the following, HBWIS requests an expedited hearing on said motion:

1)    For the reasons stated in HBWIS' Motion to Dismiss and memorandum in support thereof, this Court does not have personal jurisdiction herein over HBWIS or subject matter jurisdiction over this matter;

2)    Despite the fact that no jurisdiction exists, HBWIS has incurred large costs in defending this action since suit was originally filed on September 2, 2009;

3)    Because plaintiff has alleged that this matter involves Chinese drywall, the attorneys

defending this suit must monitor all action in the Chinese drywall lawsuits on a daily basis, thus substantially increasing the cost to HBWIS.

Accordingly, based on the foregoing, HBWIS requests that this Court enter an Order granting HBWIS' Motion for Expedited Hearing on its Motion to Dismiss.

Respectfully submitted,

/s/ Douglass F. Wynne, Jr.
Daniel J. Caruso (03941)
Jay H. Kern (07345) (T.A.)
Douglass F. Wynne (32019)
Simon, Peragine, Smith & Redfearn, L.L.P.
1100 Poydras St., 30th Floor
New Orleans, LA 70163-3000
Telephone: (504) 569-2030

Attorneys for Defendant, HBW Insurance Services, L.L.C.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing

2

in accordance with the procedures established in MDL 2047, on this 2nd day of February, 2010.

                                               /s/ Douglass F. Wynne, Jr.
                                                      (Signature of Filing Attorney)

N:\DATA\M\23421057\pleadings\Motion and Incorporated Memo in Support for Expedited Hearing.wpd