UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID KESSLER and AMANDA KESSLER | * | CA NO.  09-6072 |
| | * | JUDGE ELDON E. FALLON |
| v. | | |
| | * | MAG. JUDGE WILKINSON |
| GMI CONSTRUCTION, INC., ET AL | | |
| | * | IN RE: CHINESE-MANUFACTURED PRODUCTS |
| * * * * * * * * * * * * | | LIABILITY LITIGATION MDL No. 09-2047 (L) |

**O R D E R**

Considering the foregoing Motion for Expedited Hearing:

**IT IS ORDERED** that the Motion be **GRANTED** and that Defendant's Motion and Incorporated Memorandum in Support of Motion for Expedited Hearing be set for consideration on an expedited basis on the ___ day of _____, 2010 at __ o'clock a.m./p.m.

New Orleans, Louisiana, this ____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE

N:\DATA\M\23421057\pleadings\Order for Expedited Hearing.wpd