UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION: L |
| | * | |
| | * | JUDGE: FALLON |
| This Document Relates to: | * | |
| *Robert C. Pate v. American International* | * | MAG: WILKINSON |
| *Specialty Lines Insurance Company, et al.* | * | |
| *Case No. 09-7791* | * | |

*******************************************************************************

## ORDER

CONSIDERING THE FOREGOING *Ex Parte* Unopposed Motion to Extend Deadline to File Responsive Pleadings filed on behalf of Auto-Owners Insurance Company (hereinafter "Auto-Owners");

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Unopposed Motion is granted and that Auto-Owners' deadline to file responsive pleadings to plaintiff's Complaint is extended to February 8, 2010.

DONE AND SIGNED AT NEW ORLEANS, LOUISIANA this 1st day of
February, 20 1 0 .

UNITED STATES DISTRICT JUDGE