UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

MDL NO. 09-2047

SECTION L
JUDGE FALLON
MG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

DERRICK PETERSON and ROBIN PETERSON, on behalf of themselves individually and all others similarly situated
CASE NO. 09-4319

_____/

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Defendant Banner Supply Co. has filed the attached Motion. **PLEASE TAKE FURTHER NOTICE** that the Motion will be brought on for hearing on March 24, 2010 at 9:00 AM before the Honorable Eldon E. Fallon.

                Respectfully submitted,

                /s/Jeffrey A. Backman
                JAN DOUGLAS ATLAS
                Fla. Bar No. 226246
                JEFFREY A. BACKMAN
                Fla. Bar No. 0662501
                ADORNO & YOSS LLP
                350 East Las Olas Boulevard; Suite 1700
                Fort Lauderdale, FL 33301-4217
                Telephone: (954) 763-01200
                Facsimile: (954) 766-7800
                Attorneys for BANNER SUPPLY CO.

MDL 2047
CASE NO. 09-4319 (Peterson)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleading has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of February, 2010.

/s/Jeffrey A. Backman
Jeffrey A. Backman