MINUTE ENTRY
FALLON, J.
JANUARY 29, 2010

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED      MDL NO. 2047
      DRYWALL PRODUCTS
      LIABILITY LITIGATION     SECTION: L

                                                                     JUDGE FALLON
                                                                     MAGISTRATE WILKINSON

THIS DOCUMENT RELATES TO
09-6687 Germano, et al v. Taishan Gypsum Co., et al

BEFORE JUDGE ELDON E. FALLON
Case Manager: Gaylyn Lambert
Court Reporter: Cathy Pepper/Jodi Simcox

Appearances:    Gerald Meunier, Esq., Richard Lewis, Esq. For PSC
                    Don Hayden, Esq., Doug Sanders, Esq. For Knauf

___

1. Plaintiffs' Steering Committee Motion to Exclude the Expert Opinions of
   Roger G. Morse, AIA, and Matthew J. Perricone, Ph.D.   (832)

2. Motion of defendant, Knauf Plasterboard Tianjin Company, Limited, to Exclude Portions of
   The Expert Report and Testimony of Donald Galler   (SEALED) (851)

3. Motion of defendant, Knauf Plasterboard Tianjin Company, Limited, to Exclude Portions of
   The Expert Report and Testimony of Dean Rutila    (SEALED)  (854)

4. Motion of defendant, Knauf Plasterboard Tianjin Company, Limited, to Exclude Portions of
   The Expert Report and Testimony of Dr. J. R. Scully (SEALED) (856)

Argument on all motions - TAKEN UNDER SUBMISSION.

The Court directs the parties to file into the record **UNDER SEAL** the depositions and reports of the following:  Roger G. Morse, Matthew J. Perricone, Donald Galler, Dean Rutila, and J. R. Scully.


JS10:    2:43