UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SLIDELL PROPERTY MANAGEMENT, L.L.C. | * | CIVIL ACTION |
| Plaintiff, | * | NO. 09-6068 |
| VERSUS | * | SECTION L; MAG. 2 |
| KNAUF GIPS KG, ET AL., Defendants. | * | JUDGE FALLON |
| | * | MAGISTRATE JUDGE WILKINSON |
| * * * * * * * * * * * * * * * * * | * | |
| | * | |

## MOTION TO DISMISS FOR
## LACK OF SUBJECT MATTER JURISDICTION OF ALL DEFENDANTS

Defendants Southern Homes, LLC; Springhill, LLC; and Adrian Kornman (collectively "Builder Defendants") respectively move this Honorable Court to dismiss Plaintiff's Complaint ("Complaint") against them for lack of subject matter jurisdiction and pursuant to Federal Rule of Civil Procedure 12(b)(1).

Slidell Property does not allege complete diversity exists amongst the parties. Instead, it alleges that this Court has subject matter jurisdiction over the Builder Defendants pursuant to

"paragraph 22 of the Purchase Agreement between Plaintiff and the Builder Defendants." Nevertheless, parties cannot confer subject matter jurisdiction by agreement on a federal district court.

WHEREFORE Builder Defendants pray that this Court sustain its Motion to Dismiss and dismiss Slidell Property's claims against them for lack of subject matter jurisdiction.

Respectfully submitted,

/s/ Martha Y. Curtis
JAMES M. GARNER, T.A. (# 19589
MARTHA Y. CURTIS (# 20446)
MATTHEW C. CLARK (#31102)
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, 28th Floor
New Orleans, Louisiana 70112-1033
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
Attorneys for Defendants
SOUTHERN HOMES, LLC; SPRINGHILL, LLC; ADRIAN KORNMAN

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Dismiss for Failure to State a Claim upon which Relief can be Granted has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of February, 2010.

/s/ Martha Y. Curtis
MARTHA Y. CURTIS