## FIRST AMENDMENT TO AGREEMENT FOR PURCHASE AND SALE

THIS FIRST AMENDMENT TO AGREEMENT FOR PURCHASE AND SALE ("First Amendment") is made as of 20th day of September, 2006 of ("Effective Date"), by and between Springhill, L.L.C., a Louisiana limited liability company ("Seller"), and Slidell Property Management, LLC, a Delaware limited liability company ("Buyer"), as follows:

WHEREAS, Buyer and Seller entered into an Agreement for Purchase and Sale dated as of September 8, 2006 (the "Agreement") respecting certain Property (as defined in the Agreement) located in St. Tammany Parish, State of Louisiana; and

WHEREAS, Buyer and Seller desire to amend the Agreement as set forth herein.

### W I T N E S S E T H:

NOW, THEREFORE, in consideration of the mutual promises, covenants, terms and conditions herein contained, and intending to be legally bound, Seller and Buyer hereby agree as follows.

1. PROPERTY. The Agreement, including Exhibit A thereto, is hereby amended by adding the following residential units and lots on which they are situated as Units, such Units to be conveyed by Seller to Buyer in the Second Conveyance:

   Lots 17-A and 17-B of Oak Plain, Phase I, Section 24, Township 9 South, Range 14 East, St. Tammany Parish, Louisiana as per Subdivision Plat of J.V. Burkes & Associates, Inc., dated 4/05/05 recorded as Clerk of Court Map File No. 3907 of the official records of St. Tammany Parish, Louisiana.

   All references in the Agreement to "Property" and "Units" shall mean the forty (40) residential units and lots on which they are situated as set forth in said Exhibit A (prior to the Effective Date of this First Amendment) and the two (2) residential units and lots on which they are situated as described in this Paragraph 1, unless the context otherwise requires.

2. PURCHASE PRICE. The Agreement, including Exhibit A-1 thereto, is hereby amended so that the Purchase Price for all Units to be conveyed in the Second Conveyance shall be $5,387,995, subject to adjustments at Closing in accordance with the terms and provisions of the Agreement.

3. REPRESENTATIONS, WARRANTIES AND COVENANTS OF SELLER. Paragraph 5(u) is amended by adding the following phrase ", other than Units 17-A and 17-B," after the word "Property" in the first sentence thereof.

4. CONDITIONS TO AGREEMENT. The proviso at the end of Paragraph 6 of the Agreement is hereby amended by inserting the phrase "the Condition set forth in Paragraph 6(b)

EXHIBIT B

or" immediately after the word "because" and immediately before the phrase "the Condition set forth in Paragraph 6(c)" in said proviso.

The parties acknowledge that the Buyer did not obtain a commitment satisfactory to Buyer on or before September 20, 2006.

5. RATIFICATION. All other terms, conditions and provisions of the Agreement shall remain in full force and effect and are not amended unless specifically set out herein.

6. COUNTERPARTS; CAPITALIZED TERMS. This First Amendment may be executed in counterparts, each of which shall be deemed an original and all of which shall constitute one and the same instrument. Any copy or facsimile copy of this First Amendment and of any signatures hereon shall be treated as originals for all purposes. Capitalized terms used in this First Amendment but not otherwise defined herein shall have the meanings ascribed to such terms in the Agreement.

IN WITNESS WHEREOF, the parties have caused this First Amendment to be executed as of the date shown below.

SELLER:

SPRINGHILL, L.L.C.

By: _____
Name: ADRIAN KORNMAN
Its: Authorized Member

BUYER:

SLIDELL PROPERTY MANAGEMENT, LLC

By: _____
Name: JOHN F. CAMPBELL
Its: Member

BJMM2 724504 v2
2901926-000003 9/23/2006, 7:05:21 PM

or" immediately after the word "because" and immediately before the phrase "the Condition set forth in Paragraph 6(c)" in said proviso.

The parties acknowledge that the Buyer did not obtain a commitment satisfactory to Buyer on or before September 20, 2006.

5. RATIFICATION. All other terms, conditions and provisions of the Agreement shall remain in full force and effect and are not amended unless specifically set out herein.

6. COUNTERPARTS; CAPITALIZED TERMS. This First Amendment may be executed in counterparts, each of which shall be deemed an original and all of which shall constitute one and the same instrument. Any copy or facsimile copy of this First Amendment and of any signatures hereon shall be treated as originals for all purposes. Capitalized terms used in this First Amendment but not otherwise defined herein shall have the meanings ascribed to such terms in the Agreement.

IN WITNESS WHEREOF, the parties have caused this First Amendment to be executed as of the date shown below.

SELLER:

SPRINGHILL, L.L.C.

By: _____
Name: ADRIAN KORNMAN
Its: Authorized Member

BUYER:

SLIDELL PROPERTY MANAGEMENT, LLC

By: _____
Name: JOHN F. CAMPBELL
Its: Member

BJM&2 724304 v2
2991936-000003 9/25/2006, 8:08:43 AM

From: "Minisman, B.G." <bminisman@bakerdonelson.com>
Subject: First Amendment
Date: September 25, 2006 6:36:30 PM CDT
To: "Jeffrey D. Schoen" <jds@jonesfussell.com>
Cc: "Chris Kornman" <chrisk@southernhomes.com>, <dguidry@southernhomes.com>
1 Attachment, 61.5 KB   Save

Jeff,

Attached is a copy of the First Amendment for execution on behalf of Springhill, L.L.C. Please let me know if you have any questions.

Thanks,

B. G.

B. G. Minisman, Jr.
Shareholder
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
Wachovia Tower
420 Twentieth Street North, Suite 1600
Birmingham, AL 35203
Direct  205.250.8305
Fax:   205.488.3705
E-mail: bminisman@bakerdonelson.com
www.bakerdonelson.com

Baker, Donelson, Bearman, Caldwell & Berkowitz represents clients across the U.S. and abroad
from offices in Alabama, Georgia, Louisiana, Mississippi, Tennessee, Washington, D.C.
and a representative office in Beijing, China.

Under requirements imposed by the IRS, we inform you that,
if any advice concerning one or more U.S. Federal tax issues is contained
in this communication (including any attachments), such advice was not intended or written to be used,
and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or
(2) promoting, marketing or recommending to another party any transaction
or tax-related matter addressed herein.

This electronic mail transmission may constitute an attorney-client communication that is privileged at law.
It is not intended for transmission to, or receipt by, any unauthorized persons.
If you have received this electronic mail transmission in error,
please delete it from your system without copying it, and notify the sender by reply e-mail,
so that our address record can be corrected.

BIRMDOCS-#__OC (61.5 KB)