UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SLIDELL PROPERTY MANAGEMENT, L.L.C. | * | CIVIL ACTION |
| Plaintiff, | * | NO. 09-6068 |
| VERSUS | * | SECTION L; MAG. 2 |
| KNAUF GIPS KG, ET AL., Defendants. | * | JUDGE FALLON |
| | * | MAGISTRATE JUDGE WILKINSON |
| * * * * * * * * * * * * * * * * * | * | |
| | * | |

### MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED OF ADRIAN KORNMAN

Defendant Adrian Kornman ("Mr. Kornman") respectively moves this Honorable Court to dismiss Plaintiff's Complaint ("Complaint") against him for failure to state a claim upon which relief may be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).

Mr. Kornman makes this Motion on the grounds that the claims pleaded against him by Plaintiff are not grounded in Louisiana law, and in fact are contrary to Louisiana Revised Statutes

§ 12:1320(B) and (D). Pursuant to § 12:1320, a member or manager of a Louisiana limited liability company is *not* personally liable for an obligation or liability of the company unless he has personally committed fraud on or breached his professional duty or acted negligently toward another who is thereby injured. Slidell Property Management, LLC ("Slidell Property") has not alleged any such conduct by Mr. Kornman. Accordingly, Slidell Property has failed to state a claim against Mr. Kornman upon which relief can be granted.

WHEREFORE Mr. Kornman prays that this Court sustain his Motion to Dismiss and dismiss the Slidell Property's claims against him with prejudice.

Respectfully submitted,

/s/ Martha Y. Curtis
JAMES M. GARNER, T.A. (# 19589)
MARTHA Y. CURTIS (# 20446)
MATTHEW C. CLARK (#31102)
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, 28th Floor
New Orleans, Louisiana 70112-1033
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
Attorneys for Defendants
SOUTHERN HOMES, LLC; SPRINGHILL, LLC; ADRIAN KORNMAN

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Dismiss for Failure to State a Claim upon which Relief can be Granted has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of February, 2010.

/s/ Martha Y. Curtis
MARTHA Y. CURTIS