UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SLIDELL PROPERTY MANAGEMENT, L.L.C. | * | CIVIL ACTION |
| Plaintiff, | * | NO. 09-6068 |
| VERSUS | * | SECTION L; MAG. 2 |
| KNAUF GIPS KG, ET AL., Defendants. | * | JUDGE FALLON |
| | * | MAGISTRATE JUDGE WILKINSON |
| * * * * * * * * * * * * * * * * * * | * | |
| | * | |

## NOTICE OF HEARING

TO: **SLIDELL PROPERTY MANAGEMENT, LLC**
Through their counsel of record:
Hugh P. Lambert
Lambert & Nelson, PLC
701 Magazine Street
New Orleans, Louisiana 70130

**PLEASE TAKE NOTICE** that Defendant, Adrian Kornman, will bring his Motion to Dismiss Plaintiff's Complaint Pursuant to FED. R. CIV. P. 12(B)(6) for Failure to State a Claim upon which Relief can be Granted before the Honorable Eldon Fallon, District Judge, at the United

States District Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, at 9:30 a.m., on February 24, 2010, or at such time thereafter as counsel may be heard.

          Respectfully submitted,

          /s/ Martha Y. Curtis
          JAMES M. GARNER, T.A. (# 19589)
          MARTHA Y. CURTIS (# 20446)
          MATTHEW C. CLARK (#31102)
          **SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
          909 Poydras Street, 28th Floor
          New Orleans, Louisiana 70112-1033
          Telephone: (504) 299-2100
          Facsimile: (504) 299-2300
          Attorneys for Defendants
          SOUTHERN HOMES, LLC; SPRINGHILL, LLC; ADRIAN KORNMAN

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Dismiss for Failure to State a Claim upon which Relief can be Granted has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of February, 2010.

/s/ Martha Y. Curtis
MARTHA Y. CURTIS