UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 2047 |
|---|---|
| | JUDGE FALLON |
| This Document Relates to All Cases | MAGISTRATE JUDGE WILKINSON |

## EX PARTE MOTION TO WITHDRAW PREVIOUSLY-FILED MOTION FOR THE CREATION OF A POLICYHOLDER STEERING COMMITTEE AND APPOINTMENT OF LEAD COUNSEL

Robert C. Pate, as Trustee of the Chinese Drywall Trust (the "Trustee"), hereby moves to withdraw the Motion for the Creation of a Policyholder Steering Committee and Appointment of Lead Counsel, which was filed on January 29, 2010. In support of withdrawal of that motion, the Trustee states that the Plaintiffs' Steering Committee has created an Insurance Committee that will serve the same purpose as the proposed Policyholder Steering Committee.

February 3, 2010

Respectfully submitted,

/s/ Anna M. Piazza
Robert M. Horkovich
Anna M. Piazza
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, New York 10020
P: 212-278-1000
F: 212-278-1733
rhorkovich@andersonkill.com
apiazza@andersonkill.com

*Plaintiff's Lead Counsel*

Burton LeBlanc (#20491)
Baron & Budd, P.C.
9015 Bluebonnet Blvd.
Baton Rouge, Louisiana 70810
P: 225-927-5441
F: 225-927-5449

NYDOCS1-938993.1

bleblanc@baronbudd.com

Renée Melançon
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
P: 214-521-3605
F: 214-520-1181
RMelanco@baronbudd.com

*Plaintiff's Local Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Ex Parte Motion To Withdraw Previously-Filed Motion has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 3rd day of February, 2010.

/s/ Anna M. Piazza
Anna M. Piazza

NYDOCS1-938993.1