UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | CIVIL ACTION NO.: 09-md-2047 |
| | JUDGE:  FALLON |
| This case relates to:<br>**No. 10-cv-130**  *Ada Brown, et al. v. Liberty Mutual Fire Ins. Co., et al.* | MAGISTRATE:  WILKINSON |

## LIBERTY MUTUAL'S ANSWER AND DEFENSES

Defendant Liberty Mutual Fire Insurance Company ("Liberty Mutual") responds to and answers the plaintiffs' Petition for Breach of Contract, Warranty and for Damages as follows:

### A.

### DEFENSES[1]

**1.**

The plaintiffs have failed to state a claim upon which relief can be granted against Liberty Mutual as their homeowners insurer.

**2.**

The plaintiffs' claims may be barred, in whole or in part, by their failure to mitigate.

---

[1] Liberty Mutual did not receive notice of plaintiffs' claim until the filing of suit and has only recently begun its investigation. Accordingly, Liberty Mutual asserts the listed defenses out of an abundance of caution and reserves its right to assert additional defenses as they become available.

150913

**3.**

Liberty Mutual pleads all provisions and exclusions of its homeowners policies issued to plaintiffs as if copied here in extenso.

**4.**

Plaintiffs' homeowners policies do not provide coverage for plaintiffs' alleged damages to the extent that plaintiffs have not suffered "direct" or "physical loss to property."

**5.**

Plaintiffs' homeowners policies do not provide coverage for loss caused by "[i]nherent vice, latent defect, or mechanical breakdown."

**6.**

Plaintiffs' homeowners policies do not provide coverage for loss caused by "[s]mog, rust or other corrosion."

**7.**

Plaintiffs' homeowners policies do not provide coverage for loss caused by "[d]ischarge, dispersal, seepage, migration, release or escape of pollutants unless the discharge, dispersal, seepage, migration, release or escape is itself caused a Peril Insured Against under Coverage C of this policy."

**8.**

Plaintiffs' homeowners policies do not provide coverage for loss caused by "[f]aulty, inadequate or defective" "[d]esign, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction" or "[m]aterials used in repair, construction, renovation or modeling."

150913

**9.**

Plaintiffs' homeowners policies do not provide coverage for the alleged loss to the extent that it occurred outside of the policy periods.

**10.**

Some or all of plaintiffs' claimed damages are not covered under plaintiffs' homeowners policies, including without limitation attorneys fees and punitive damages, pain and suffering, inconvenience, emotional distress, and diminution of the value of the home.

**11.**

Plaintiffs' homeowners policies provide that covered losses of personal property; "[a]wnings, carpeting, household appliances, outdoor antennas and outdoor equipment, whether or not attached to buildings" and "[s]tructures that are not buildings" are settled at "actual cash value at the time of the loss but not more than the amount required to repair or replace."

**12.**

Plaintiffs' homeowners policies provide that, for covered losses of buildings, Liberty Mutual will pay "no more than the actual cash value of the damage until actual repair or replacement is complete."

**13.**

Plaintiffs' homeowners policies do not provide coverage for plaintiffs' alleged bodily injury.

**14.**

Plaintiffs' homeowners policies do not provide coverage for plaintiffs' alleged personal property loss, because this loss was not caused by a peril enumerated in the homeowners policies.

**15.**

Plaintiffs' homeowners policies do not provide coverage for loss of use unless a covered loss causes the residence premises to be not fit to live in.

**16.**

In case of a loss to covered property, plaintiffs' homeowners policies require plaintiffs to "[g]ive prompt notice to [Liberty Mutual] or [its] agent" and "[p]rotect the property from further damage," including making reasonable and necessary repairs and keeping an accurate record of repair expenses.

**17.**

In case of a loss to covered property, plaintiffs' homeowners policies require plaintiffs to submit to Liberty Mutual, within 60 days after its request, a signed, sworn proof of loss setting forth specified information.

**18.**

In case of a loss to covered property, plaintiffs' homeowners policies require plaintiffs to cooperate with Liberty Mutual in its investigation, including showing the damaged property and providing Liberty Mutual all records and documents it requests.

**19.**

Plaintiffs' homeowners policies provide only limited coverage for increased costs incurred due to the enforcement of certain ordinances or laws as specifically described in the policies. This limited coverage does not apply to (1) the loss in value to any covered building or other structure due to the requirements of any ordinance or law; or (2) the cost to comply with any ordinance or law that requires an insured or others to test for, monitor, clean up, remove,

150913

contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants on any covered building or other structure.

**20.**

Liberty Mutual further gives notice that it intends to invoke any other defense that may become available or appear during the subsequent proceedings in this case and hereby reserves its right to amend this response to assert any such defense.

**B.**

**ANSWER**

**AND NOW**, responding to the specific allegations of the Petition, Liberty Mutual further states the following:

**1.**

Liberty Mutual admits that it is a foreign corporation authorized to and actually conducting business in the State of Louisiana. The remaining allegations of Paragraph 1 are denied for lack of information sufficient to justify a belief therein.

**2.**

Liberty Mutual admits that this Court may exercise jurisdiction over this matter.

**3.**

Liberty Mutual admits that venue is proper in the United States District Court for the Eastern District of Louisiana.

**4.**

Liberty Mutual denies the allegations of Paragraph 4 for lack of information sufficient to justify a belief therein.

**5.**

Liberty Mutual denies the allegations of Paragraph 5 for lack of information sufficient to justify a belief therein.

**6.**

Liberty Mutual denies the allegations of Paragraph 6 for lack of information sufficient to justify a belief therein.

**7.**

Liberty Mutual denies the allegations of Paragraph 7 for lack of information sufficient to justify a belief therein.

**8.**

Liberty Mutual denies the allegations of Paragraph 8 for lack of information sufficient to justify a belief therein.

**9.**

Liberty Mutual denies the allegations of Paragraph 9 for lack of information sufficient to justify a belief therein.

**10.**

Liberty Mutual denies the allegations of Paragraph 10 for lack of information sufficient to justify a belief therein.

**11.**

Liberty Mutual denies the allegations of Paragraph 11 for lack of information sufficient to justify a belief therein.

**12.**

Liberty Mutual denies the allegations of Paragraph 12 for lack of information sufficient to justify a belief therein.

**13.**

Liberty Mutual denies the allegations of Paragraph 13 for lack of information sufficient to justify a belief therein.

**14.**

Liberty Mutual denies the allegations of Paragraph 14 for lack of information sufficient to justify a belief therein.

**15.**

Liberty Mutual denies the allegations of Paragraph 15 for lack of information sufficient to justify a belief therein.

**16.**

Liberty Mutual denies the allegations of Paragraph 16 for lack of information sufficient to justify a belief therein.

**17.**

Liberty Mutual denies the allegations of Paragraph 17 for lack of information sufficient to justify a belief therein.

**18.**

Liberty Mutual denies the allegations of Paragraph 18, including subparts (i) through (vi), for lack of information sufficient to justify a belief therein.

150913

**19.**

The allegations of Paragraph 19 do not pertain to Liberty Mutual and do not require a response from Liberty Mutual. To the extent a response is required, Liberty Mutual denies the allegations for lack of information sufficient to justify a belief therein.

**20.**

The allegations of Paragraph 20 do not pertain to Liberty Mutual and do not require a response from Liberty Mutual. To the extent a response is required, Liberty Mutual denies the allegations for lack of information sufficient to justify a belief therein.

**21.**

Liberty Mutual denies the allegations of Paragraph 21 for lack of information sufficient to justify a belief therein.

**22.**

The allegations of Paragraph 22 do not pertain to Liberty Mutual and do not require a response from Liberty Mutual. To the extent a response is required, Liberty Mutual denies the allegations for lack of information sufficient to justify a belief therein.

**23.**

The allegations of Paragraph 23 do not pertain to Liberty Mutual and do not require a response from Liberty Mutual. To the extent a response is required, Liberty Mutual denies the allegations for lack of information sufficient to justify a belief therein.

**24.**

The allegations of Paragraph 24 do not pertain to Liberty Mutual and do not require a response from Liberty Mutual. To the extent a response is required, Liberty Mutual denies the allegations for lack of information sufficient to justify a belief therein.

**25.**

The allegations of Paragraph 25 do not pertain to Liberty Mutual and do not require a response from Liberty Mutual. To the extent a response is required, Liberty Mutual denies the allegations for lack of information sufficient to justify a belief therein.

**26.**

The allegations of Paragraph 26 do not pertain to Liberty Mutual and do not require a response from Liberty Mutual. To the extent a response is required, Liberty Mutual denies the allegations for lack of information sufficient to justify a belief therein.

**27.**

The allegations of Paragraph 27 do not pertain to Liberty Mutual and do not require a response from Liberty Mutual. To the extent a response is required, Liberty Mutual denies the allegations for lack of information sufficient to justify a belief therein.

**28.**

The allegations of Paragraph 28 do not pertain to Liberty Mutual and do not require a response from Liberty Mutual. To the extent a response is required, Liberty Mutual denies the allegations for lack of information sufficient to justify a belief therein.

**29.**

Liberty Mutual denies the allegations of Paragraph 29.

**30.**

Liberty Mutual denies the allegations of Paragraph 30.

**31.**

The allegations of Paragraph 31 do not pertain to Liberty Mutual and do not require a response from Liberty Mutual. To the extent a response is required, Liberty Mutual denies the allegations for lack of information sufficient to justify a belief therein.

**32.**

Liberty Mutual denies the allegations of Paragraph 32.

**33.**

The allegations of Paragraph 33 do not pertain to Liberty Mutual and do not require a response from Liberty Mutual. To the extent a response is required, Liberty Mutual denies the allegations for lack of information sufficient to justify a belief therein.

**34.**

Liberty Mutual denies the allegations of Paragraph 34.

**35.**

Liberty Mutual denies the allegations of Paragraph 35.

**36.**

Liberty Mutual denies the allegations of Paragraph 36.

**37.**

Liberty Mutual denies the allegations of Paragraph 37.

**38.**

Liberty Mutual denies the allegations of Paragraph 38.

**39.**

Liberty Mutual denies the allegations of Paragraph 39.

150913

**40.**

Liberty Mutual avers that Louisiana Civil Code article 2540 is the best evidence of its provisions and requirements and denies any allegation inconsistent with the express statutory terms.

**41.**

Liberty Mutual denies the allegations of Paragraph 41.

**42.**

Liberty Mutual denies the allegations of Paragraph 42.

**43.**

The allegations of Paragraph 43 do not pertain to Liberty Mutual and do not require a response from Liberty Mutual. To the extent a response is required, Liberty Mutual denies the allegations for lack of information sufficient to justify a belief therein.

**44.**

The allegations of Paragraph 44 do not pertain to Liberty Mutual and do not require a response from Liberty Mutual. To the extent a response is required, Liberty Mutual denies the allegations for lack of information sufficient to justify a belief therein.

**45.**

The allegations of Paragraph 45 do not pertain to Liberty Mutual and do not require a response from Liberty Mutual. To the extent a response is required, Liberty Mutual denies the allegations for lack of information sufficient to justify a belief therein.

150913

**46.**

The allegations of Paragraph 46 do not pertain to Liberty Mutual and do not require a response from Liberty Mutual. To the extent a response is required, Liberty Mutual denies the allegations for lack of information sufficient to justify a belief therein.

**47.**

Liberty Mutual avers that Louisiana Civil Code article 2762 is the best evidence of its provisions and requirements and denies any allegations inconsistent with the express statutory terms. The remaining allegations of Paragraph 47 are denied.

**48.**

Liberty Mutual denies the allegations of Paragraph 48.

**49.**

The allegations of Paragraph 49 do not pertain to Liberty Mutual and do not require a response from Liberty Mutual. To the extent a response is required, Liberty Mutual denies the allegations for lack of information sufficient to justify a belief therein.

**50.**

Liberty Mutual avers that Louisiana Civil Code article 769 is the best evidence of its provisions and requirements and denies any allegations inconsistent with the express statutory terms.

**51.**

The allegations of Paragraph 51 do not pertain to Liberty Mutual and do not require a response from Liberty Mutual. To the extent a response is required, Liberty Mutual denies the allegations for lack of information sufficient to justify a belief therein.

**52.**

Liberty Mutual denies the allegations of Paragraph 52.

**53.**

The allegations of Paragraph 53 do not pertain to Liberty Mutual and do not require a response from Liberty Mutual. To the extent a response is required, Liberty Mutual denies the allegations for lack of information sufficient to justify a belief therein.

**54.**

The allegations of Paragraph 54 do not pertain to Liberty Mutual and do not require a response from Liberty Mutual. To the extent a response is required, Liberty Mutual denies the allegations.

**55.**

The allegations of Paragraph 55 do not pertain to Liberty Mutual and do not require a response from Liberty Mutual. To the extent a response is required, Liberty Mutual denies the allegations for lack of information sufficient to justify a belief therein.

**56.**

The allegations of Paragraph 56 do not pertain to Liberty Mutual and do not require a response from Liberty Mutual. To the extent a response is required, Liberty Mutual denies the allegations for lack of information sufficient to justify a belief therein.

**57.**

Liberty Mutual avers that Louisiana Civil Code article 2324(A) is the best evidence of its provisions and requirements and denies any allegation inconsistent with the express statutory terms.

150913

**58.**

Liberty Mutual denies that plaintiffs have correctly stated the applicable law and denies the remaining allegations of Paragraph 58.

**59.**

Liberty Mutual denies the allegations of Paragraph 59.

**60.**

Liberty Mutual denies the allegations of Paragraph 60 and specifically denies that plaintiffs have stated a claim against it as homeowners insurer.

**61.**

The allegations of Paragraph 61 require no response from Liberty Mutual.

**WHEREFORE**, defendant Liberty Mutual Fire Insurance Company prays that its Answer and Defenses be deemed good and sufficient, and that after due proceedings had, this Court render judgment in its favor, with all costs and fees assessed against the plaintiffs.

Respectfully submitted,

*/s/ Catherine F. Giarrusso*
_____
Judy Y. Barrasso, 2814
H. Minor Pipes, III, 24603
John W. Joyce, 27525
Catherine Fornias Giarrusso, 29875
BARRASSO USDIN KUPPERMAN
    FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone: (504) 589-9700

*Attorneys for Liberty Mutual Fire Insurance Company*

150913

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Liberty Mutual Fire Insurance Company's Answer and Defenses has been served upon all counsel of record by facsimile, hand delivery, electronic mail, or placing same in the United States mail, postage prepaid and properly addressed, this 3rd day of February, 2010.

>   */s/ Catherine F. Giarrusso*
>   _____

150913