UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| PATRICK DENNIS AND KATHLEEN DENNIS | * * | MAG. WILKINSON |
| Versus | * * | |
| STATE FARM FIRE & CASUALTY COMPANY | * * | 09-7560 |

*   *   *   *   *   *   *   *   *   *   *   *   *

## ORDER

CONSIDERING STATE FARM'S MOTION FOR LEAVE TO SUBSTITUTE EXHIBIT:

IT IS HEREBY ORDERED that State Farm's Motion for Leave to Substitute State Farm Homeowners Policy Number 18-E8-5589-5 effective for the period of May 31, 2008 through May 31, 2009 (attached to the Motion for Leave as Exhibit 1), for Policy Number 18-E8-5589-5, effective for the period of May 31, 2009 through May 31, 2010 and previously attached to the Notice of Removal in No. 09-7560, Patrick and Kathleen Dennis as Exh. B, Dkt. 1-3, Dkt. 1-4, is granted and the substituted policy be filed into the record of these proceedings.

New Orleans, Louisiana this  2nd  day of February, 2010.

_____
HON. ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1