IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * * | MDL Docket No. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * *

### ORDER

**CONSIDERING** the Ex Parte Motion to Seal;

**IT IS ORDERED** that the Ex Parte Motion to Seal is **GRANTED,** and the Opposition to Plaintiff Steering Committee's Supplemental Submission to Memorandum of Law In Support of PSC's Motion to Exclude the Expert Opinions of Roger Morse, AIA, and Matthew Perricone, Ph.D. will be sealed and retained as part of the record.

New Orleans, Louisiana, this _____ day of January, 2010.

_____
JUDGE ELDON E. FALLON