UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL 2047 |
| | | SECTION L |
| | | JUDGE FALLON |
| | | MAG. JUDGE WILKINSON |
| **This document relates to:** **ALL ACTIONS** | * * * | |

### INTERIOR EXTERIOR BUILDING SUPPLY LP'S NOTICE OF PRODUCTION OF DOCUMENTS DATED 02/04/10

**NOW INTO COURT**, through undersigned counsel, comes Interior/Exterior Building Supply, LP, and hereby give a notice of production to the Plaintiffs' Steering Committee's ("PSC") First Request for Production of Documents and Things to Defendant(s) (Suppliers). The documents, Bates Labeled INT/EXT 03599 - 034717, are being produced to the PSC in electronic format and via Hand Delivery and will be made available to any requesting Party by contacting Jenniffer Martin or Ryan Gleason at Credence Corp., a non-party document vendor, via telephone at (954) 462-0855, or via email at jmartin@credencecorp.com or rgleason@credencecorp.com. When requesting the production, the requesting party must provide the following passcode: **2GJPRO0204.**

Respectfully submitted,

/s/  Richard G. Duplantier, Jr.

_____

Richard G. Duplantier, Jr. #18874
Lambert J. Hassinger, Jr. #21683
Carlina C. Eiselen, #28524
Jeffrey P. Green #30531
Galloway, Johnson, Tompkins, Burr & Smith
701 Poydras Street, Suite 4040 One Shell Square
New Orleans, LA 70139
504 525 6802 / 504 525 2456 Fax
rduplantier@gjtbs.com
jhassinger@gjtbs.com
ceiselen@gjtbs.com
jgreen@gjtbs.com
*Counsel for Interior Exterior Building Supply, L.P.*

**Certificate of Service**

The undersigned certifies that this document has been served on Plaintiffs' liaison counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 4th day of February, 2010.

/s/  Richard G. Duplantier, Jr.

_____

Richard G. Duplantier, Jr.

2