Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0266

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Ryland Group, Inc., Prentice Hall Corporation System, Inc.

Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Florida_ ) ss.
County of: _Leon_ )

Name of Server: _James A Ali_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _4_ day of _February_, 20 _10_, at _9:56_ o'clock _A_ M

Place of Service: at _1201 Hays Street_, in _Tallahassee, FL 32301_

Documents Served: the undersigned served the documents described as:
Summons and Complaint; Exhibits

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Ryland Group, Inc., Prentice Hall Corporation System, Inc.

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Sara Leah - process clerk_

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex _F_; Skin Color _W_; Hair Color _Br_; Facial Hair _____
Approx. Age _28_; Approx. Height _5'8_; Approx. Weight _170_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.
2-4-10
Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this _4_ day of _Feb_, 20 _10_
_____ Notary Public (Commission Expires)

DENNIS C. GILHOUSEN JR.
Commission DD 790399
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-385-7019