Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)

Service of Process by



**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  101729-0296

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Reed Builders, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Louisiana_            ) ss.
County of: _Livingston_        )

Name of Server:          _Tom Cassisa_          , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service:     that on the _3rd_ day of _February_            , 20 _10_, at _2:49_ o'clock _P_ M

Place of Service:     at _141 Shady Lake Parkway_                      , in _Baton Rouge, LA  70810_

Documents Served:     the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on:     A true and correct copy of the aforesaid document(s) was served on:
**Reed Builders, LLC**

Person Served, and     By delivering them into the hands of an officer or managing agent whose name and
Method of Service:     title is: _Rapheu Reed, Owner_

Description of
Person Receiving
Documents:     The person receiving documents is described as follows:
Sex _M_ ; Skin Color _Black_ ; Hair Color _Black_ ; Facial Hair _N/A_
Approx. Age _30 yrs_ Approx. Height _6'1"_ ; Approx. Weight _190 lbs_
X To the best of my knowledge and belief, said person was not engaged in the US
   Military at the time of service.

Signature of Server:     Undersigned declares under penalty of perjury     Subscribed and sworn to before me this
that the foregoing is true and correct.     _3rd_ day of _February_ , 20 _10_

_Tom Cassisa_     _James Ballad_  _4/29/13_

Signature of Server     Notary Public          (Commission Expires)

**APS International, Ltd.**