| | |
|---|---|
| Sean and Beth Payton, et al., et. al., Plaintiff(s)<br>vs.<br>KNAUF GIPS KG, et al., et. al., Defendant(s) | Service of Process by<br>**APS International, Ltd.**<br>**1-800-328-7171**<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439-3122 |



APS File #: 101729-0339

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
 --Parish Home Center
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Louisiana** ) ss.
Parish ~~County~~ of: **Livingston** )

**Name of Server:** **Tom Cassisa**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **3rd** day of **FEBRUARY**, 20 **10**, at **6:45** o'clock **P** M

**Place of Service:** at **23082 General Gardner**, in **Zachary, LA 70791**

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Parish Home Center**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Tom Mantnar, Owner**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M** ; Skin Color **White** ; Hair Color **Brown** ; Facial Hair **N/A**
Approx. Age **42 yrs**; Approx. Height **5'8"** ; Approx. Weight **190 lbs**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Tom Cassisa_
Signature of Server

Subscribed and sworn to before me this **3rd** day of **February**, 20 **10**

_James Ballada_   **4/29/13**
Notary Public       (Commission Expires)

**APS International, Ltd.**