Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0264

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Kolter Homes, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Leon )

Name of Server: **James A Ali**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **4** day of **Febuary**, 20 **10**, at **9:56** o'clock **A** M

Place of Service: at **1201 Hays**, in **Tallahassee, FL 32301**

Documents Served: the undersigned served the documents described as:
Summons and Complaint; Exhibits

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Kolter Homes, LLC

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Sara Leah - process clerk**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **W**; Hair Color **Brn**; Facial Hair ___
Approx. Age **28**; Approx. Height **5'8**; Approx. Weight **170**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

2-4-10

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this **4** day of **Feb**, 20 **10**

Notary Public   (Commission Expires)

DENNIS C. GILHOUSEN JR.
Commission DD 790389
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-385-7019