Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)

Service of Process by
## APS International, Ltd.
## 1-800-328-7171



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0291

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

–Kemah Construction, Inc.
Court Case No. 09-7628

State of: _LOUISIANA_ } ss.
County of: _LIVINGSTON_

**Name of Server:** _TOM CASSISA_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _3RD_ day of _FEBRUARY_, 20 _10_, at _8:30_ o'clock _A_ M

**Place of Service:** at _1254 Chariot Drive_, in _Baton Rouge, LA 70816_

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Kemah Construction, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Ms. Lyn Barkston, Owner_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _Gray_ ; Facial Hair _N/A_
Approx. Age _65 yrs_ Approx. Height _5'5"_ ; Approx. Weight _110_

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Tom Cassisa_
Signature of Server

Subscribed and sworn to before me this
_3rd_ day of _February_, 20 _10_

_Jano Gillada 4/29/10_
Notary Public          (Commission Expires)

**APS International, Ltd.**