Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al, et al, Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--KB Home of Orlando, LLC, Corporation Service Company
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Leon )

**Name of Server:** James A Alel, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 4 day of February, 20 10, at 9:56 o'clock A M

**Place of Service:** at 1201 Hays St., in Tallahassee, FL 32301-2525

**Documents Served:** the undersigned served the documents described as:
Summons and Complaint; Exhibits

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
KB Home of Orlando, LLC, Corporation Service Company

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Sara Leah - process clerk

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F; Skin Color W; Hair Color Brn; Facial Hair ___
Approx. Age 28; Approx. Height 5'8; Approx. Weight 170

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.
2·4·10
Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this 4 day of Feb, 20 10
Notary Public    (Commission Expires)

DENNIS C. GILHOUSEN JR.
Commission DD 790389
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-385-7019