Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0289

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Holmes Building Materials, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _LOUISIANA_ ) ss.
Parish of: _LIVINGSTON_ )

Name of Server: _TOM CASSISA_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _3rd_ day of _February_, 20 _10_, at _9:42_ o'clock _A_ M

Place of Service: at _6190 Greenwell Springs Road_, in _Baton Rouge, LA 70806_

Documents Served: the undersigned served the documents described as:
Summons and Complaint; Exhibits

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Holmes Building Materials, LLC

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _LARRY DICKINSON, GENERAL MANAGER_

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex _M_; Skin Color _White_; Hair Color _Gray_; Facial Hair _NA_
Approx. Age _40yrs_; Approx. Height _6'1"_; Approx. Weight _210 lbs_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Tom Cassisa_
Signature of Server

Subscribed and sworn to before me this _3RD_ day of _FEBRUARY_, 20 _10_

_James Collada_  4/29/13
Notary Public    (Commission Expires)

**APS International, Ltd.**