Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0286

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--E. Jacob Fakouri Construction, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _LOUISIANA_ ) ss.
Parish County of: _LIVINGSTON_ )

Name of Server: _TOM CASSISI_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _3RD_ day of _FEBRUARY_, 20 _10_, at _8:57_ o'clock _A_ M

Place of Service: at _15735 Florida Blvd._, in _Baton Rouge, LA 70819_

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**E. Jacob Fakouri Construction, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Jennifer Wilson, Bookkeeper_

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex _F_; Skin Color _White_; Hair Color _Brown_; Facial Hair _N/A_
Approx. Age _25y_; Approx. Height _5'5"_; Approx. Weight _115 lbs_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Tom Cassisi_
Signature of Server

Subscribed and sworn to before me this _3rd_ day of _February_, 20_10_

_[signature]_  _4/29/13_
Notary Public     (Commission Expires)

APS International, Ltd.