Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0278

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Big River Construction and Remodeling Co., Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **LOUISIANA** ) ss.
Parish of: **LIVINGSTON** )

Name of Server: **TOM CASSISA**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **3rd** day of **February**, 20 **10** at **11:35** o'clock **A** M

Place of Service: at **6673 Lasalle**, in **Baton Rouge, LA 70806**

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Big River Construction and Remodeling Co., Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Ms Gaye McArdle, Owner**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **Blond/Lgt.**; Hair Color **Blond**; Facial Hair **N/A**
Approx. Age **40 yrs**; Approx. Height **5'6"**; Approx. Weight **190 lbs**

X To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Tom Cassisa_
Signature of Server

Subscribed and sworn to before me this **3RD** day of **February**, 20 **10**

_James Dallata_ 4/29/13
Notary Public       (Commission Expires)

APS International, Ltd.