

29409664

Feb 4 2010
4:33PM

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:<br>CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br>SECTION: L |
| This Document Relates To:<br>ALL CASES | Judge Fallon<br>Mag. Judge Wilkinson |

## NOTICE OF PRODUCTION OF CONFIDENTIALITY LOG
### *(By Banner Supply Co.)*

Defendant Banner Supply Co. ("BANNER"), by and through the undersigned counsel and pursuant to Federal Rule of Civil Procedure 26(c) and Pretrial Order #16, hereby submits this Notice of Production of its Confidentiality Log, which identifies documents that BANNER designates as "Confidential" and subject to the terms of Pretrial Order #16. BANNER's Confidentiality Log is being produced to the Plaintiffs' Liaison Counsel in electronic format, and will be made available to any requesting party upon contacting:

| | |
|---:|:---|
| Name: | Rachel M. Coe |
| Telephone: | 954-713-1346 |
| e-Mail: | rcoe@adorno.com |
| Reference Passcode: | B-MIA-CONF-1 |

Respectfully submitted,

/s/ *Jeffrey A. Backman*
Jan Douglas Atlas
   Fla. Bar No. 226246
Jeffrey A. Backman
   Fla. Bar No. 0662501
ADORNO & YOSS LLP
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301-4217
Telephone: (954) 763-1200
Facsimile: (954) 766-7800
**Attorneys for Banner Supply Co**

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order # 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern district of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of February, 2010.

                                                      /s/ *Jeffrey A. Backman*
                                                      Jeffrey A. Backman