UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.:  2047 |
| --- | --- |
| | JUDGE FALLON |
| This Document Relates to All Cases | MAGISTRATE JUDGE WILKINSON |

## ORDER

Considering the foregoing motion, IT IS HEREBY ORDERED that the previously-filed Motion for the Creation of a Policyholder Steering Committee and Appointment of Lead Counsel is withdrawn.

New Orleans, Louisiana, this 4th day of February, 2010.

_____
UNITED STATES DISTRICT JUDGE

NYDOCS1-938997.1