**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: | MDL No. 2047 |
| CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | SECTION: L |
| This Document Relates To: | Judge Fallon |
| ALL CASES | Mag. Judge Wilkinson |

<u>**NOTICE OF FILING PRIVILEGE LOG**</u>
*(By Banner Supply Co.)*

Defendant Banner Supply Co. ("BANNER"), by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 26(b)(5) and Pretrial Order #15 hereby submits this Notice of Filing its Privilege Log in connection with its Response to the Plaintiff Steering Committee's First Request for Production of Documents and Things.  BANNER has withheld from production the documents identified in its Privilege Log based upon the privilege(s) asserted therein and subject to the objections posed in its Response.  BANNER states that all documents listed in the Privilege Log are in the possession, custody and control of the undersigned counsel.

Respectfully submitted,

/s/ *Jeffrey A. Backman*
Jan Douglas Atlas
    Fla. Bar No. 226246
Jeffrey A. Backman
    Fla. Bar No. 0662501
ADORNO & YOSS LLP
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301-4217
Telephone: (954) 763-01200
Facsimile: (954) 766-7800
***Attorneys for Banner Supply Co***

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order # 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern district of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of February, 2010.


/s/ *Jeffrey A. Backman*
Jeffrey A. Backman

## PRIVILEGE LOG

| DOC ID | DATE | TYPE | DESCRIPTION | PRIV |
|---|---|---|---|---|
| AY0000092-AY0000163 | 12/11/06 through 07/29/09 | Attorney File | Law Firm of Gunster Yoakley & Stewart, PA<br>Communications Between Attorneys:<br>　　　Mark J. Scheerer, Esq.<br>　　　Raymond V. Miller, Esq.<br>and Clients:<br>　　　Jack Landers, Banner Supply Co | A/C |
| AY0000861-AY0000868 | 03/23/09 | Letter | Author(s):　　Michael F. Pistilli, FACI, Universal Construction Testing, Limited.<br>　　　　　　　Malcolm Lim, PE, Universal Construction Testing, Limited<br>Recipient:　　Robert H. Schwartz, Esq., Adorno & Yoss, LLP<br>Expert Report/Communication regarding Investigative Testing Program of Dry Walls Samples | W/P |

A/C: Attorney-Client
W/P: Work Product