UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEAN AND BETH PAYTON, individually, and on behalf of all others similarly situated, [ADDITIONAL PLAINTIFFS LISTED ON SCHEDULE OF PLAINTIFFS, ATTACHED HERETO AS EXHIBIT "A"], | MDL Docket No. 2047 |
| Plaintiffs, | CLASS ACTION COMPLAINT |
| v. | JURY TRIAL DEMAND |
| KNAUF GIPS KG; KNAUF PLASTERBOARD (TIANJIN) CO., LTD.; KNAUF PLASTERBOARD (WUHU), CO., LTD.; KNAUF PLASTERBOARD (DONGGUAN) CO., LTD.; [ADDITIONAL DEFENDANTS LISTED ON SCHEDULE OF DEFENDANTS, ATTACHED HERETO AS EXHIBIT "B"], | |
| Defendants. | |

This document relates to:
 Case No.: 2:09-cv-7628

**************************************************************************

## UNOPPOSED MOTION FOR EXTENSION OF TIME

NOW INTO COURT, comes defendant, Sun Construction, L.L.C. d/b/a Sunrise Homes, and move this Court for an Order pursuant to Local Rule 7.9E granting an extension of thirty (30) days in which to file responsive pleadings, and upon showing there have been no previous formal

1

extensions of time granted by this Court, and said extension of time will give defendants ample opportunity to investigate these claims. Defendant further assets that this extension of time will not unduly delay this matter or prejudice any other party. Opposing counsel has been contacted and has no objection to this motion.

Respectfully submitted,

*/s/ David C. Loeb*

DAVID C. LOEB (LA Bar No. 8660)
LISA L. MAHER (LA Bar No. 21326)
**COUHIG PARTNERS, L.L.C.**
643 MAGAZINE STREET, SUITE 300
NEW ORLEANS, LA 70130
Telephone 504-588-1288
Facsimile 504-588-9750
dloeb@couhigpartners.com
maherl@couhigpartners.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Sun Construction, LLC's Motion for Extension of Time to FRCP Rule 56 has been served on Plaintiffs' Liaison Counsel, Russ Hermann at Drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at Kmiller@frilot.com, and Homebuilder Sterring Committees' Counsel Hilarie Bass and Phillip A. Wittmann at pwittman@stonepigman.com and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on the 5th day of February, 2010.

*/s/ David C. Loeb*

DAVID C. LOEB
