# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   CHINESE MANUFACTURED    DRYWALL PRODUCTS    LIABILITY LITIGATION  This Document Relates to:  **Pate** – No. 09-7791 | MDL NO.: 09-2047  JUDGE FALLON  MAGISTRATE JUDGE WILKINSON |

## *EX PARTE* CONSENT MOTION FOR FURTHER EXTENSION OF TIME

Defendant Old Republic Insurance Company ("Old Republic"), by its undersigned counsel, hereby moves for a further extension of time to file its responsive pleading to the Complaint in the above-captioned action, and in support thereof states as follows:

1. This action was commenced on December 23, 2009 by Robert C. Pate, in his capacity as Trustee for the Chinese Drywall Trust (the "Plaintiff"), an entity created by the United States Bankruptcy Court for the District of Delaware as a component of the Chapter 11 plan of reorganization of WCI Communities, Inc. and a number of its subsidiaries (collectively, the "WCI Debtors").  As concerns Old Republic, this action pertains to the potential proceeds of a commercial general liability policy (Policy No. MWZY 56761) issued by Old Republic to WCI Communities, Inc. and certain additional Named Insureds, with an aggregate policy limit of $3,000,000.00 (the "Policy").  In the Complaint, Plaintiff asserts his entitlement to pursue

collection of these alleged insurance proceeds of the Policy as a result of the bankruptcy court order confirming the WCI Debtors' plan of reorganization.  (*See* Complaint ¶¶ 28-29.)

2. On January 25, 2010, pursuant to Local Rule 7.9E of the Uniform Local Rules of the United States District Court for the Eastern, Middle, and Western Districts of Louisiana, Old Republic obtained a twenty-one day extension to file its responsive pleading to the Complaint, up to and including February 15, 2010.  (*See* MDL No. 09-2047 Docket Entry 816.)

3. Plaintiff and Old Republic are currently engaging in settlement negotiations that could potentially result in the amicable resolution of their potential dispute.  Old Republic submits that the granting of this further extension will permit the parties sufficient time to allow for extensive discussions that could result in a potential resolution of Plaintiff's claims against Old Republic without the necessity of Court intervention.

4. Old Republic has informed Plaintiff of its intent to seek the further extension of time requested by this motion, and Plaintiff has indicated that he supports the requested extension.

WHEREFORE, Defendant Old Republic Insurance Company seeks entry of an order granting it a further extension of time, up to and including March 31, 2010, to answer or otherwise respond to the Complaint (including by way of motion filed pursuant to Rule 12(b)).

        Respectfully submitted,

        ___/s/ Kevin P. Kress_____
        MICHAEL R. SISTRUNK (12111)
        PETER J. WANEK (23353)
        KEVIN P. KRESS (31490)
        MCCRANIE, SISTRUNK, ANZELMO,
        HARDY, MCDANIEL & WELCH
        400 Lafayette Street, Suite 100
        New Orleans, Louisiana 70130
        Telephone: (504) 831-0946
        Facsimile: (504) 529-9796

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing Ex Parte Consent Motion for Further Extension of Time has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 5th day of February, 2010.

        _/s/ Kevin P. Kress___