**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>**Pate** – No. 09-7791 | MDL NO.: 09-2047<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE WILKINSON |
|---|---|

## ORDER

The Court, having considered Defendant Old Republic Insurance Company's *Ex Parte* Consent Motion for Further Extension of Time, HEREBY ORDERS:

Old Republic Insurance Company shall have up to and including March 31, 2010, to answer or otherwise respond to the complaint (including by way of motion filed pursuant to Rule 12(b)).

New Orleans, Louisiana, this _____ day of February, 2010.

_____
UNITED STATES DISTRICT JUDGE