UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br><br>SECTION L<br>JUDGE FALLON<br>MG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:

DIDIO VICTORES, MONICA VICTORES,
MICHAEL GESELE, JESSICA GESELE,
JORGE RESTREPO and JENNIFER RESTREPO,
on behalf of themselves and all others similarly situated,
CASE NO. 09-5872

_____/

### ORDER GRANTING BANNER SUPPLY CO.'S MOTION TO EXCEED PAGE LIMITATION

THIS CAUSE having come before the Court on Defendant Banner Supply Co.'s Motion to Exceed Page Limitation with regard to its Motion to Stay, Motion to Abate, or Alternatively, Motion to Dismiss the Complaint in this action, and after hearing reviewed the file and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion to Exceed Page Limitation is GRANTED.

**DONE AND ORDERED** in New Orleans, Louisiana, this 4th day of February, 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

cc: all counsel of record

{218429.0005/N0810244_1}