UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE MANUFACTURED DRYWALL          MDL NO. 09-2047
PRODUCTS LIABILITY LITIGATION

                                                SECTION L
                                                JUDGE FALLON
                                                MG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

LORENA GARCIA, HECTOR BARROZO and
MARIAINES PINAR DE BARROZO,
husband and wife; on behalf of themselves individually
and all others similarly situated,
CASE NO.  09-04118
_____/

## ORDER GRANTING BANNER SUPPLY CO.'S
## MOTION TO EXCEED PAGE LIMITATION

        THIS CAUSE having come before the Court on Defendant Banner Supply Co.'s Motion

to Exceed Page Limitation with regard to its Motion to Stay, Motion to Abate, or Alternatively,

Motion to Dismiss the Complaint in this action, and after hearing reviewed the file and being

otherwise fully advised in the premises, it is hereby

        ORDERED  AND  ADJUDGED  that  the  Motion  to  Exceed  Page  Limitation  is

GRANTED.

        **DONE AND ORDERED** in New Orleans, Louisiana, this 4th day of February, 2010.

                                _____
                                ELDON E. FALLON
                                UNITED STATES DISTRICT JUDGE

cc: all counsel of record