UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

MDL NO. 09-2047

SECTION L
JUDGE FALLON
MG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
DIDIO VICTORES, MONICA VICTORES,
MICHAEL GESELE, JESSICA GESELE,
JORGE RESTREPO and JENNIFER RESTREPO,
on behalf of themselves and all others similarly situated,
CASE NO. 09-5872
_____/

### DEFENDANT BANNER SUPPLY CO.'S
### MOTION TO STAY, MOTION TO ABATE, OR ALTERNATIVELY,
### MOTION TO DISMISS COMPLAINT

Defendant BANNER SUPPLY CO., through its undersigned counsel, hereby moves this Honorable Court for the entry of an Order staying, abating, or dismissing the Complaint filed in the instant action for the reasons set forth in the attached Memorandum of Law.

WHEREFORE, Defendant BANNER SUPPLY CO. respectfully requests that the instant Motion be granted, and that this Court enter an Order staying the instant action; abating the instant action; or dismissing the instant action and striking the demand for attorneys' fees; and awarding it such other and further relief that this Court deems just and proper under the circumstances.

{KCARDOSO/218429.0005/N0809400_1}

ADORNO & YOSS LLP


/s/ Jeffrey A. Backman
Jan Douglas Atlas
Florida Bar No.: 226246
jatlas@adorno.com
Jeffrey A. Backman
Florida Bar No.: 662501
jbackman@adorno.com
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, Florida 33301-4217
Telephone:    (954) 763-1200
Facsimile:    (954) 766-7800

*Attorneys for Defendant BANNER SUPPLY CO.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Dismiss have been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendant's Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 1st day of February, 2010.


/s/Jeffrey A. Backman