## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:09-cv-6687 (E.D.La.) | |

### O R D E R

Considering the Plaintiffs' Steering Committee's Motion to Supplement Its Memorandum of Law in Support of Its Motion to Exclude the Expert Opinions of Roger G. Morse, AIA, and Matthew J. Perricone, Ph.D.;

IT IS ORDERED BY THE COURT that the PSC's motion is granted and the attached Supplemental Submission to Memorandum of Law in Support of Its Motion to Exclude the Expert Opinions of Roger G. Morse, AIA, and Matthew J. Perricone, Ph.D., be and is hereby filed into the record.

New Orleans, Louisiana, this 4th day of February, 2010.

_____
Eldon E. Fallon
United States District Court Judge