# EXHIBIT 1



**Expert Report of**
**Matthew J. Perricone, Ph.D.**

# APPENDIX A
# Field Assessment of Environmental Control System (ECS)

**In RE: Chinese Manufactured Drywall**
**Products Liability Litigation**
**MDL No. 2047**
Germano et al. v. Taishan Gypsum Co., Ltd. et al.,
No. 09-6687

**Report Date: December 2009**

**Prepared for:**
**Baker & McKenzie LLP**
**One Prudential Plaza**
**130 East Randolph Drive**
**Chicago, IL  60601**

Prepared by:
**RJ LeeGroup, Inc.**
350 Hochberg Rd.
Monroeville, PA 15146
www.rjlg.com

# MWV

Date: October 1, 2009

Dr. Phil Goad          e-mail: pgoad@cteh.com
Partner & Principal Toxicologist      mperricone@rjlg.com
CTEH, LLC
5120 North Shore Drive
North Little Rock, AR 72118

Dear Phil,

The MWV coupons that were placed for 14 days have now been returned and analyzed using the cathodic stripping galvanometric methodology that Dr. Sandy Sharp recently reviewed in a visit to our Covington, VA laboratory. These coupons were in-place for just 14 days. The data is used to interpolate an annual corrosion rate based on the deterioration of the sample coupon. The RJLee coupons are stored in an appropriate facility and will be analyzed as soon as the computer programming is completed. It will be interesting to see how the 30 and 60 day coupons compare to these 14 day exposures.

| Coupon# | | Coupon Identifier | Date Placed | Date Removed | Number Days | Thickness & Rate (Å) & (microns/year) | | |
|---|---|---|---|---|---|---|---|---|
| 04378 | 9320-MWV-8- | BEDROOM 3 INTERIOR WALL FACE | 9/9/2009 | 9/23/2009 | 14 | 244 | 0.12 | DAT08884 |
| 04361 | 9320-MWV-7- | HVAC INLET (RETURN) | 9/9/2009 | 9/23/2009 | 14 | 510 | 0.26 | DAT08887 |
| 04379 | 9320-MWV-7- | HVAC INLET (RETURN) | 9/9/2009 | 9/23/2009 | 14 | 483 | 0.24 | DAT08886 |
| 04394 | 9320-MWV-7- | HVAC INLET (RETURN) | 9/9/2009 | 9/23/2009 | 14 | 585 | 0.29 | DAT08885 |
| 04365 | 9320-MWV-8- | BEDROOM 3 INTERIOR WALL FACE | 9/9/2009 | 9/23/2009 | 14 | 229 | 0.11 | DAT08883 |
| 04397 | 9320-MWV-8- | BEDROOM 3 INTERIOR WALL FACE KNAUF | 9/9/2009 | 9/23/2009 | 14 | 222 | 0.11 | DAT00668 |
| 04360 | 9329-MWV-7- | HVAC RETURN | 9/9/2009 | 9/23/2009 | 14 | 2096 | 1.07 | DAT08898 |
| 04375 | 9329-MWV-7- | HVAC RETURN | 9/9/2009 | 9/23/2009 | 14 | 4221 | 2.15 | DAT08903 |
| 04400 | 9329-MWV-7- | HVAC RETURN | 9/9/2009 | 9/23/2009 | 14 | 2981 | 1.52 | DAT08897 |
| 04353 | 9329-MWV-8- | BEDROOM 3 INTERIOR WALL FACE | 9/9/2009 | 9/23/2009 | 14 | 809 | 0.41 | DAT08894 |
| 04362 | 9329-MWV-8- | BEDROOM 3 INTERIOR WALL FACE | 9/9/2009 | 9/23/2009 | 14 | 872 | 0.44 | DAT08895 |
| 04371 | 9329-MWV-8- | BEDROOM 3 INTERIOR WALL FACE | 9/9/2009 | 9/23/2009 | 14 | 979 | 0.49 | DAT08896 |

(One micron is a millionth of a meter; 25 microns equal 0.001 inches.)

October 1, 2009
Page 2 of 2

The following chart details the results from the stripping regarding the specific compounds that were stripped at the predetermined voltage as represented on the X axis of the graph shown in the raw data that is attached. It is interesting to see the percentage differences of the corrosion components resulting from the oxides and the sulfides.

| Coupon Number | Code | Identifier | Corrosion microns/yr | Cu2O | | CuS | |
|---|---|---|---|---|---|---|---|
| | | | | A | % | A | % |
| 4361 | 9320 MWV 7 | HVAC inlet return | 0.26 | 62 | 12% | 448 | 88% |
| 4379 | 9320 MWV 7 | HVAC inlet return | 0.44 | 59 | 12% | 424 | 88% |
| 4394 | 9320 MWV 7 | HVAC inlet return | 0.29 | 77 | 13% | 508 | 87% |
| 4378 | 9320 MWV 8 | Bedroom #3 Interior Wall | 0.12 | 57 | 23% | 187 | 77% |
| 4635 | 9320 MWV 8 | Bedroom #3 Interior Wall | 0.11 | 14 | 6% | 215 | 94% |
| 4397 | 9320 MWV 8 | Bedroom #3 Interior Wall Knauf | 0.11 | 45 | 20% | 177 | 80% |
| 4360 | 9329 MWV 7 | HVAC Return | 1.07 | 81 | 4% | 2015 | 96% |
| 4375 | 9329 MWV 7 | HVAC Return | 2.15 | 86 | 2% | 4008 | 95% |
| 4400 | 9329 MWV 7 | HVAC Return | 1.52 | 78 | 3% | 2903 | 97% |
| 4353 | 9329 MWV 8 | Bedroom #3 interior Wall | 0.41 | 24 | 3% | 785 | 97% |
| 4362 | 9329 MWV 8 | Bedroom #3 interior Wall | 0.44 | 57 | 7% | 815 | 93% |
| 4371 | 9329 MWV 8 | Bedroom #3 interior Wall | 0.49 | 74 | 8% | 905 | 92% |

Please find the photos of the coupons prior to analysis and the raw data graphs attached for your review. Please let me know if you have additional questions. The data reported is a product of the MWV Carbon Technology Center located in Covington, Virginia. The principal contact:

Tad Robertson
Applications Specialist
Tad.roberston@mwv.com
(540) 969-3603

If you have any questions, please do not hesitate to contact me directly.

Sincerely,

*Bill Hall*

Bill Hall
Manager - Sales and Business Development

MWV Specialty Chemical Division
Air Purification Group
Office:  843-746-8204
Mobile: 843-425-4372
Email:  william.hall@mwv.com

# MWV

Date:  October 19, 2009

Dr. Phil Goad                                                e-mail:  pgoad@cteh.com
Partner & Principal Toxicologist                                     mperricone@rjlg.com
CTEH, LLC
5120 North Shore Drive
North Little Rock, AR  72118

Dear Phil,

The third set of MWV coupons have been analyzed after being in-place for 30 days.  The data is used to interpolate an annual corrosion rate based on the deterioration of the sample coupon.  The RJLee style coupons are stored in an appropriate facility and will be analyzed as soon as the computer programming is completed.  The most up-to-date information that I have regarding the programming changes is that they will be in place and tested the week of October 19th.  We will then be able to supply the test results on the R.J. Lee style coupons that we have been storing in the protected environment.

| Coupon# | Coupon Identifier | Date Placed | Date Removed | Number Days | Thickness & Rate (Å) & (microns/year) | | |
|---------|-------------------|-------------|--------------|-------------|--------|------|----------|
| 04367 | 9320-MWV-7-  HVAC RETURN 9320 SCARBOROUGH | 9/9/2009 | 10/9/2009 | 30 | 724 | 0.25 | DAT09469 |
| 04368 | 9320-MWV-7-  HVAC RETURN 9320 SCARBOROUGH | 9/9/2009 | 10/9/2009 | 30 | 986 | 0.34 | DAT09470 |
| 04382 | 9320-MWV-7-  HVAC RETURN 9320 SCARBOROUGH | 9/9/2009 | 10/9/2009 | 30 | 943 | 0.32 | DAT09471 |
| 04354 | 9320-MWV-8-  BEDROOM 3 INTERIOR WALL SCARBOROUGH | 9/9/2009 | 10/9/2009 | 30 | 429 | 0.14 | DAT09466 |
| 04356 | 9320-MWV-8-  BEDROOM 3 INTERIOR WALL SCARBOROUGH | 9/9/2009 | 10/9/2009 | 30 | 470 | 0.16 | DAT09468 |
| 04357 | 9320-MWV-8-  BEDROOM 3 INTERIOR WALL SCARBOROUGH | 9/9/2009 | 10/9/2009 | 30 | 519 | 0.18 | DAT09467 |
| 04440 | 9329-MWV-7-  HVAC RETURN 9329 SCARBOROUGH | 9/9/2009 | 10/9/2009 | 30 | 6602 | 2.30 | DAT09475 |
| 04441 | 9329-MWV-7-  HVAC RETURN 9329 SCARBOROUGH | 9/9/2009 | 10/9/2009 | 30 | 9999 | 3.48 | DAT09476 |
| 04443 | 9329-MWV-7-  HVAC RETURN 9329 SCARBOROUGH | 9/9/2009 | 10/9/2009 | 30 | 8374 | 2.92 | DAT09477 |
| 04355 | 9329-MWV-8-  BEDROOM 3 INTERIOR WALL 9329 SCARBOROUGH | 9/9/2009 | 10/9/2009 | 30 | 2179 | 0.76 | DAT09472 |
| 04370 | 9329-MWV-8-  BEDROOM 3 INTERIOR WALL 9329 SCARBOROUGH | 9/9/2009 | 10/9/2009 | 30 | 1841 | 0.64 | DAT09474 |
| 04396 | 9329-MWV-8-  BEDROOM 3 INTERIOR WALL 9329 SCARBOROUGH | 9/9/2009 | 10/9/2009 | 30 | 1837 | 0.64 | DAT09473 |

(One micron is a millionth of a meter; 25 microns equal 0.001 inches.)

October 19, 2009
Page 2 of 3

The following chart details the results of the analyses regarding these two principal compounds:

| Days | Coupon Number | Code | Identifier | Corrosion microns/yr | Cu2O A | Cu2O % | CuS A | CuS % |
|---|---|---|---|---|---|---|---|---|
| 30 | 4367 | 9320 MWV 7 | HVAC inlet return | 0.25 | 85 | 12% | 639 | 88% |
| 30 | 4368 | 9320 MWV 7 | HVAC inlet return | 0.34 | 96 | 10% | 890 | 90% |
| 30 | 4382 | 9320 MWV 7 | HVAC inlet return | 0.32 | 111 | 12% | 832 | 88% |
| 30 | 4354 | 9320 MWV 8 | Bedroom #3 Interior Wall | 0.14 | 18 | 4% | 411 | 96% |
| 30 | 4356 | 9320 MWV 8 | Bedroom #3 Interior Wall | 0.16 | 68 | 14% | 402 | 86% |
| 30 | 4357 | 9320 MWV 8 | Bedroom #3 Interior Wall Knauf | 0.18 | 56 | 11% | 439 | 85% |
| 30 | 4440 | 9329 MWV 7 | HVAC Return | 2.30 | 187 | 3% | 6415 | 97% |
| 30 | 4441 | 9329 MWV 7 | HVAC Return | 3.48 | 233 | 3% | 8110 | 81% |
| 30 | 4443 | 9329 MWV 7 | HVAC Return | 2.92 | 154 | 2% | 8220 | 98% |
| 30 | 4355 | 9329 MWV 8 | Bedroom #3 interior Wall | 0.76 | 88 | 4% | 2091 | 96% |
| 30 | 4370 | 9329 MWV 8 | Bedroom #3 interior Wall | 0.64 | 66 | 4% | 1775 | 96% |
| 30 | 4396 | 9329 MWV 8 | Bedroom #3 Interior Wall | 0.64 | 73 | 4% | 1764 | 96% |

| Code | Identifier | 14 Days Corrosion microns/yr | 30 Days Corrosion microns/yr | Change |
|---|---|---|---|---|
| 9320 MWV 7 | HVAC inlet return | 0.26 | 0.25 | -0.01 |
| 9320 MWV 7 | HVAC inlet return | 0.24 | 0.34 | 0.10 |
| 9320 MWV 7 | HVAC inlet return | 0.29 | 0.32 | 0.03 |
| 9320 MWV 8 | Bedroom #3 Interior Wall | 0.12 | 0.14 | 0.02 |
| 9320 MWV 8 | Bedroom #3 Interior Wall | 0.11 | 0.16 | 0.05 |
| 9320 MWV 8 | Bedroom #3 Interior Wall Knauf | 0.11 | 0.18 | 0.07 |
| 9329 MWV 7 | HVAC Return | 1.07 | 2.30 | 1.23 |
| 9329 MWV 7 | HVAC Return | 2.15 | 3.48 | 1.33 |
| 9329 MWV 7 | HVAC Return | 1.52 | 2.92 | 1.40 |
| 9329 MWV 8 | Bedroom #3 interior Wall | 0.41 | 0.76 | 0.35 |
| 9329 MWV 8 | Bedroom #3 interior Wall | 0.44 | 0.64 | 0.20 |
| 9329 MWV 8 | Bedroom #3 interior Wall | 0.49 | 0.64 | 0.15 |

October 19, 2009
Page 3 of 3

Please let me know if you have additional questions.  The data reported is a product of the MWV Carbon Technology Center located in Covington, Virginia.  The principal contact:

Tad Robertson
Applications Specialist
Tad.roberston@mwv.com
(540) 969-3603

If you have any questions, please do not hesitate to contact me directly.

Sincerely,

*Bill Hall*

Bill Hall
Manager - Sales and Business Development

MWV Specialty Chemical Division
Air Purification Group
Office:  843-746-8204
Mobile: 843-425-4372
Email:  william.hall@mwv.com

Coupon Test Data Summary Spreadsheet fro Samples Analyzed from 11/04/09 Thru 12/17/09 at MWV Testing Facility

| date in | date out | Days | Coupon Number | Code | Identifier | Corrosion microns/yr | Thickness Angstroms | Site Activities |
|---|---|---|---|---|---|---|---|---|
| 11/16/09 | 12/16/09 | 30 | 2158 | 9315-2 | Family Room Center of Room | 0.16 | 463 | MWV Type 3 Filter Evaluation |
| 11/16/09 | 12/16/09 | 30 | 2170 | 9315-2 | Family Room Center of Room | 0.03 | 155 | MWV Type 3 Filter Evaluation |
| 11/16/09 | 12/16/09 | 30 | 2159 | 9315-3 | Hallway Interior Wall/race | 0.10 | 293 | MWV Type 3 Filter Evaluation |
| 11/16/09 | 12/16/09 | 30 | 2175 | 9315-3 | Hallway Interior Wall/race | 0.11 | 327 | MWV Type 3 Filter Evaluation |
| 11/16/09 | 12/16/09 | 30 | 2156 | 9315-5 | Hallway Wall Cavity | 0.17 | 495 | MWV Type 3 Filter Evaluation |
| 11/16/09 | 12/16/09 | 30 | 2177 | 9315-5 | Hallway Wall Cavity | 0.16 | 484 | MWV Type 3 Filter Evaluation |

| date in | date out | Days | Coupon Number | Code | Identifier | Corrosion microns/yr | Thickness Angstroms | Site Activities |
|---|---|---|---|---|---|---|---|---|
| 10/22/09 | 11/21/09 | 30 | 5786 | 22-10-05786 | Lot 22 Center of Room F3 | 0.17 | 491 | Post Remediation 30-day Coupons |
| 10/22/09 | 11/21/09 | 30 | 5783 | 22-1-05783-1 | Lot 22 Center of Room F1 | 0.23 | 682 | Post Remediation 30-day Coupons |
| 10/22/09 | 11/21/09 | 30 | 5797 | 22-11-05797 | Lot 22 Interior Wall/race F3 | 0.10 | 303 | Post Remediation 30-day Coupons |
| 10/22/09 | 11/21/09 | 30 | 5800 | 22-12-05800 | Lot 22 Wall Cavity F3 | 0.14 | 413 | Post Remediation 30-day Coupons |
| 10/22/09 | 11/21/09 | 30 | 5793 | 22-13-05793 | Lot 22 Attic F3 | 0.11 | 319 | Post Remediation 30-day Coupons |
| 10/22/09 | 11/21/09 | 30 | 5801 | 22-2-05801-1 | Lot 22 Interior Wall/race F1 | 0.10 | 289 | Post Remediation 30-day Coupons |
| 10/22/09 | 11/21/09 | 30 | 5782 | 22-3-05782-1 | Lot 22 Wall Cavity F1 | 0.18 | 538 | Post Remediation 30-day Coupons |
| 10/22/09 | 11/21/09 | 30 | 5806 | 22-4-05806-1 | Lot 22 Ceiling Cavity F1 | 0.05 | 170 | Post Remediation 30-day Coupons |
| 10/22/09 | 11/21/09 | 30 | 5791 | 22-5-05791-1 | Lot 22 Center of Room F2 | 0.20 | 586 | Post Remediation 30-day Coupons |
| 10/22/09 | 11/21/09 | 30 | 5772 | 22-6-05772-1 | Lot 22 Interior Wall/race F2 | 0.13 | 388 | Post Remediation 30-day Coupons |
| 10/22/09 | 11/21/09 | 30 | 5794 | 22-7-05794-1 | Lot 22 Wall Cavity F2-M Bedroom | 0.05 | 172 | Post Remediation 30-day Coupons |
| 10/22/09 | 11/21/09 | 30 | 5795 | 22-8-05775-1 | Lot 22 Wall Cavity F2 Bed 3 | 0.11 | 333 | Post Remediation 30-day Coupons |
| 10/22/09 | 11/21/09 | 30 | 5788 | 22-9-05788-1 | Lot 22 Ceiling Cavity F2 | 0.09 | 266 | Post Remediation 30-day Coupons |
| 10/22/09 | 11/21/09 | 30 | 5812 | 29-1-05812-1 | Lot 29 Center of Room F1 | 0.03 | 114 | Post Remediation 30-day Coupons |
| 10/22/09 | 11/21/09 | 30 | 5813 | 29-13-05813 | Lot 29 Attic F3 | 0.03 | 99 | Post Remediation 30-day Coupons |
| 10/22/09 | 11/21/09 | 30 | 5802 | 29-14-05802 | Lot 29 Outside | 0.37 | 1086 | Post Remediation 30-day Coupons |
| 10/22/09 | 11/21/09 | 30 | 5805 | 29-2-05805-1 | Lot 29 Interior Wall/race F1 | 0.02 | 80 | Post Remediation 30-day Coupons |
| 10/22/09 | 11/21/09 | 30 | 5803 | 29-3-05803-1 | Lot 29 Wall Cavity F1 | 0.04 | 118 | Post Remediation 30-day Coupons |
| 10/22/09 | 11/21/09 | 30 | 5814 | 29-4-05814-1 | Lot 29 Ceiling cavity F1 | 0.04 | 140 | Post Remediation 30-day Coupons |
| 10/22/09 | 11/21/09 | 30 | 5807 | 29-5-05807-1 | Lot 29 Center of Room F2 | 0.03 | 103 | Post Remediation 30-day Coupons |
| 10/22/09 | 11/21/09 | 30 | 5815 | 29-6-05815-1 | Lot 29 Interior Wall/race F2 | 0.02 | 73 | Post Remediation 30-day Coupons |
| 10/22/09 | 11/21/09 | 30 | 5818 | 29-6-05818-1 | Lot 29 Interior Wall/race F2 | 0.01 | 57 | Post Remediation 30-day Coupons |
| 10/22/09 | 11/21/09 | 30 | 5811 | 29-7-05811-1 | Lot 29 Wall Cavity M Bed F2 | 0.05 | 156 | Post Remediation 30-day Coupons |
| 10/22/09 | 11/21/09 | 30 | 5808 | 29-8-0508-1 | Lot 29 Wall Cavity Bed 3 F2 | 0.03 | 110 | Post Remediation 30-day Coupons |
| 10/22/09 | 11/21/09 | 30 | 5816 | 29-9-05816-1 | Lot 29 Ceiling Cavity F2 | 0.04 | 139 | Post Remediation 30-day Coupons |
| 10/23/09 | 11/22/09 | 30 | 5768 | 3-10-057868-1 | Lot 3 Center of Room F3 | 0.03 | 105 | Post Remediation 30-day Coupons |
| 10/23/09 | 11/22/09 | 30 | 5799 | 3-1-05799-1 | Lot 3 Center of Room F1 | 0.10 | 309 | Post Remediation 30-day Coupons |
| 10/23/09 | 11/22/09 | 30 | 5767 | 3-11-05767-1 | Lot 3 Interior Wall/race F3 | 0.04 | 115 | Post Remediation 30-day Coupons |
| 10/23/09 | 11/22/09 | 30 | 5781 | 3-12-05781-1 | Lot 3 Wall Cavity F3 | 0.02 | 59 | Post Remediation 30-day Coupons |
| 10/23/09 | 11/22/09 | 30 | 5769 | 3-13-05769-1 | Lot 3 Attic F3 | 0.09 | 280 | Post Remediation 30-day Coupons |

| date in | date out | Days | Coupon Number | Code | Identifier | Corrosion microns/yr | Thickness Angstroms | Site Activities |
|---|---|---|---|---|---|---|---|---|
| 10/23/09 | 11/22/09 | 30 | 5790 | 3-2-05790-1 | Lot 3 Interior Wallface F1 | 0.09 | 263 | Post Remediation 30-day Coupons |
| 10/23/09 | 11/22/09 | 30 | 5778 | 3-3-05778-1 | Lot 3 Wall cavity F1 | 0.12 | 358 | Post Remediation 30-day Coupons |
| 10/23/09 | 11/22/09 | 30 | 5770 | 3-4-05770 | Lot 3 Ceiling Cavity F1 | 0.07 | 214 | Post Remediation 30-day Coupons |
| 10/23/09 | 11/22/09 | 30 | 5771 | 3-5-05771-1 | Lot 3 Center of Room F2 | 0.16 | 483 | Post Remediation 30-day Coupons |
| 10/23/09 | 11/22/09 | 30 | 5792 | 3-6-05792-1 | Lot 3 Interior Wallface F2 | 0.15 | 457 | Post Remediation 30-day Coupons |
| 10/23/09 | 11/22/09 | 30 | 5785 | 3-7-05785-1 | Lot 3 Interior Wall Cavity F2 Mbed | 0.12 | 361 | Post Remediation 30-day Coupons |
| 10/23/09 | 11/22/09 | 30 | 5796 | 3-8-05796-1 | Lot 3 Wall Cavity F2 Bed 3 | 0.21 | 630 | Post Remediation 30-day Coupons |
| 10/23/09 | 11/22/09 | 30 | 5780 | 3-9-05780-1 | Lot 3 Ceiling Cavity F2 | 0.15 | 456 | Post Remediation 30-day Coupons |
| 10/23/09 | 11/22/09 | 30 | 5759 | 4-10-05759-1 | Lot 4 Center of Room F3 | 0.04 | 124 | Post Remediation 30-day Coupons |
| 10/23/09 | 11/22/09 | 30 | 5773 | 4-1-05773-1 | Lot 4 Center of Room F1 | 0.09 | 267 | Post Remediation 30-day Coupons |
| 10/23/09 | 11/22/09 | 30 | 5754 | 4-11-05754-1 | Lot 4 Interior Wallface F3 | 0.05 | 144 | Post Remediation 30-day Coupons |
| 10/23/09 | 11/22/09 | 30 | 5758 | 4-12-05758-1 | Lot 4 Wall Cavity F3 | 0.03 | 87 | Post Remediation 30-day Coupons |
| 10/23/09 | 11/22/09 | 30 | 5755 | 4-13-05755-1 | Lot 4 Attic F3 | 0.08 | 242 | Post Remediation 30-day Coupons |
| 10/23/09 | 11/22/09 | 30 | 5765 | 4-2-05765-1 | Lot 4 Interior Wallface F1 | 0.05 | 157 | Post Remediation 30-day Coupons |
| 10/23/09 | 11/22/09 | 30 | 5766 | 4-3-05766-1 | Lot 4 Wall Cavity F1 | 0.03 | 103 | Post Remediation 30-day Coupons |
| 10/23/09 | 11/22/09 | 30 | 5776 | 4-4-05776-1 | Lot 4 Ceiling Cavity F1 | 0.01 | 35 | Post Remediation 30-day Coupons |
| 10/23/09 | 11/22/09 | 30 | 5795 | 4-5-05795-1 | Lot 4 Center of Room F2 | 0.12 | 350 | Post Remediation 30-day Coupons |
| 10/23/09 | 11/22/09 | 30 | 5779 | 4-6-05779-1 | Lot 4 Interior Wallface F2 | 0.12 | 367 | Post Remediation 30-day Coupons |
| 10/23/09 | 11/22/09 | 30 | 5761 | 4-7-05761-1 | Lot 4 Wall Cavity F2 M Bed | 0.10 | 287 | Post Remediation 30-day Coupons |
| 10/23/09 | 11/22/09 | 30 | 5777 | 4-8-05777-1 | Lot 4 Wall Cavity F2 Bed 3 | 0.13 | 379 | Post Remediation 30-day Coupons |
| 10/23/09 | 11/22/09 | 30 | 5764 | 4-9-05764-1 | Lot 4 Ceiling Cavity F2 | 0.07 | 203 | Post Remediation 30-day Coupons |
| 11/21/09 | 11/21/09 | 30 | 5798 | D22-1-05798 | Lot 22 Center of Room F1 | 0.20 | 597 | Post Remediation 30-day Coupons |
| 11/21/09 | 11/21/09 | 30 | 5784 | D22-13- | Lot 22 Attic F3 | 0.11 | 322 | Post Remediation 30-day Coupons |
| 10/22/09 | 11/21/09 | 30 | 5809 | D29-14- | Lot 29 Outside | 4.69 | 13457 | Post Remediation 30-day Coupons |
| 10/22/09 | 11/22/09 | 30 | 5789 | D3-4-05789 | Lot 3 Ceiling Cavity F1 | 0.07 | 222 | Post Remediation 30-day Coupons |
| 10/22/09 | 11/22/09 | 30 | 5787 | D3-8-05787 | Lot 3 Wall Cavity F2 Bed 3 | 0.38 | 1097 | Post Remediation 30-day Coupons |
| 10/20/09 | 11/22/09 | 30 | 5774 | D4-6-05774-1 | Lot 4 Interior Wall Face F2 | 0.09 | 273 | Post Remediation 30-day Coupons |
| 10/22/09 | 11/22/09 | 30 | 5762 | D4-7-05762-1 | Lot 4 Wall Cavity F2 M Bed | 0.09 | 267 | Post Remediation 30-day Coupons |

# EXHIBIT 2



STANDARD

ISA–S71.04–1985

Environmental Conditions
for Process Measurement
and Control Systems:
Airborne Contaminants

Approved 3 February 1986

Copyright The Instrumentation, Systems, and Automation Society
Provided by IHS under license with ISA
No reproduction or networking permitted without license from IHS

Sold to:CTEH, W0858568
Not for Resale,2008/3/31 10:22:8 GMT

EXHIBIT
2

# 7  Biological Influences

## 7.1  Biological influences

Flora and fauna are important constituents of the environment in which industrial process measurement and control equipment is expected to function properly. Usually a tropical climate has more living contaminants, but other climates can have similar problems.

For example, insects can cause unexpected shutdowns of pneumatic equipment by blocking off all breather openings with a clay-like cement which they use to form their nests. Also, insulating material is often subject to damage by cockroaches and rodents, etc., which simply remove the insulation by nibbling it off the wires. The accumulation of fungi, molds, dead animals, or insects can cause mechanical, electrical, or thermal equipment failures.

The subject of "flora and fauna" is a general classification for plant growth and animal (insect) life and is not specific enough to be useful. Therefore, any plant growth or animal life which may affect equipment performance should be considered.

### Table 3 — Classification of reactive environmentsTerminology– Terminology

| Severity Level | | | G1<br>Mild | | G2<br>Moderate | | G3<br>Harsh | | GX<br>Severe |
|---|---|---|---|---|---|---|---|---|---|
| Copper Reactivity Level<br>(in angstroms)[*] | | | < 300 | | < 1000 | | < 2000 | | ≥ 2000 |

The gas concentration levels shown below are provided for reference purposes. They are believed to approximate the Copper Reactivity Levels stated above, providing the relative humidity is less than 50%. For a given gas concentration, the Severity Level (and Copper Reactivity Level) can be expected to be increased by one level for each 10% increase in relative humidity above 50% or for a relative humidity rate of change greater than 6% per hour.

| | Gas Concentration † | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Contaminant | Gas | | | | Concentration | | | |
| | | $H_2S$ | < | 3 | < | 10 | < | 50 | ≥ | 50 |
| | Group A | $SO_2,$<br>$SO_3$ | < | 10 | < | 100 | < | 300 | ≥ | 300 |
| | | $Cl_2$ | < | 1 | < | 2 | < | 10 | ≥ | 10 |
| Reactive<br>Species †,‡ | | $NO_x$ | < | 50 | < | 125 | < | 1250 | ≥ | 1250 |
| | | HF | < | 1 | < | 2 | < | 10 | ≥ | 10 |
| | Group B§ | $NH_3$ | < | 500 | < | 10 000 | < | 25 000 | ≥ | 25 000 |
| | | $O_3$ | < | 2 | < | 25 | < | 100 | ≥ | 100 |

[*]Measured in angstroms after one month's exposure. See Appendix C, Item Numbers 2, 3.
†mm³/m³ (cubic millimeters per cubic meter) parts per billion average for test period for the gases in Groups A and B.
‡The Group A contaminants often occur together and the reactivity levels include the synergistic effects of these contaminants.
§The synergistic effects of Group B contaminants are not known at this time.

Copyright The Instrumentation, Systems, and Automation Society
Provided by IHS under license with ISA
No reproduction or networking permitted without license from IHS

Sold to:CTEH, W0059565
Not for Resale,2009/3/31 18:22:6 GMT

ISA-S71.04-1985

# EXHIBIT 3

# Atmospheric Corrosion of Control Equipment

## MTI PUBLICATION No. 38



*by W.H. Abbott*

*Published for The Materials Technology Institute
of the Chemical Process Industries, Inc.
by NACE International.*

**TABLE 4**

**Comparison of ISA and Battelle Environmental Class Definitions**

| Battelle[3,5,14,15] | ISA |
|---|---|
| I | No distinct definition; included in G2 |
| II | G1[a] |
| III | G2[b] |
| IV | Gx[c] |

[a]Defined as upper boundary of Battelle Class II. The film thickness developed on a copper reactivity monitoring standard may not exceed .03 μm (300 Å), as measured after a 1-month exposure, or 0.1 μm (1,000- Å) after 1-year.

[b]Copper film thickness of 0.1-0.4 μm (1,000-4,000 Å) after 1-year.

[c]> .04 μm (4,000 Å) after 1-year.

of Class II (and—Class I) conditions may be found in virtually any industry group.

Note 1:     The Instrument Society of America's (ISA)[12] definition of a G1 environment is based on the Battelle data, but there is no distinction between Class I and II. The G1 condition actually encompasses the entire range.

Note 2:     The ISA definition of a G1 environment is based on the equivalent of the Battelle upper limit for Class II. The preferred ISA monitoring method is based on a monitoring period of 1-month and a film thickness, after this period, of < 0.03 $\mu$m (300 Å). These values are nearly equivalent, since a film thickness of 0.03 $\mu$m (300 Å), at 1-month, will extrapolate (approximately) to 0.1 $\mu$m (1000 Å) after 1-year.

Note 3:     The terminology used in the ISA standard which expresses corrosion rates in units of Angstroms (or micron equivalent) per year, is technically incorrect and misleading. Such units imply to many that the corrosion rate is linear, when, in fact, the corrosion rate of copper is highly non-linear. A more correct terminology might be "the film thickness after (or corrected to) some standard period." For a discussion of proper extrapolation procedures refer to the ISA document and literature.

Class III     Moderately severe environments. Often associated with, but not limited to, industrial applications with inadequate environmental protection in rooms, cabinets, etc. The responsible corrosion mechanisms are pore corrosion and creep. Copper reaction rates result in films typically in the range of 0.1 to 0.3 $\mu$m (1000 to 3000 Å) at 1-year. The upper limit of Battelle Class III corresponds approximately to the ISA definition of G2 conditions.

Class IV     Severe/industrial environments. Corrosion mechanism dominated by the corrosion product of creep; copper reaction rates result in films > 0.3 $\mu$m (3000 Å) at 1-year.

---

[12]Instrument Society of America, Research Triangle Park, NC.

76