UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | ) | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | JUDGE: FALLON |
| | ) | |
| | ) | |
| | ) | MAGISTRATE: WILKINSON |
| This document relates to case no.: | ) | |
| 10-CV-52 (Bourgeois v. Allstate Indemnity) | | |
| _____ | ) | |

## PLAINTIFFS PATRICIA BOURGEOIS AND GLENN BOURGEOIS' MOTION TO REMAND

NOW INTO COURT through undersigned counsel comes plaintiffs, Patricia Bourgeois and Glenn Bourgeois, respectfully move this court to enter an order of remand, all as more fully set forth in the accompanying memorandum of law.

WHEREFORE plaintiff herein respectfully moves this Honorable Court to remand this case pursuant to 28 § 1447 and to award attorney fees and costs incurred by plaintiffs in connection with this improvident removal.

Respectfully submitted,

s/Gregory P. DiLeo
GREGORY P. DI LEO, LSBA #4943
JENNIFER B. EAGAN, LSBA #19847
Attorney for Plaintiffs
Patricia Bourgeois and Glenn Bourgeois
300 Lafayette Street, Suite 101
New Orleans,  LA   70130
Telephone:  (504) 522-3456
Facsimile:   (504) 522-3888

Allan Kanner, LSBA #20580
Cynthia St. Amant, LSBA#24439
Melissa M. Fuselier, LSBA#31163
Kanner & Whiteley
701 Camp Street
New Orleans, LA 70130
Telephone:  (504) 524-5777
Facsimile:   (504) 524-5763

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, as well as regular mail upon defendant's counsel.

s/ Gregory P. DiLeo
Gregory P. DiLeo

2