UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | ) | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | JUDGE: FALLON |
| | ) | |
| | ) | |
| | ) | MAGISTRATE: WILKINSON |
| This document relates to case no.: | ) | |
| 10-CV-52 (Bourgeois v. Allstate Indemnity) | | |
| _____) | | |

**CERTIFICATE RELATING TO OPPOSITION
(PLAINTIFFS' MOTION TO REMAND)**

NOW INTO COURT through undersigned counsel comes plaintiffs, Patricia Bourgeois and Glenn Bourgeois and respectfully represents the status of this motion as follows:

_____   OPPOSED.

Mover has contacted opposing counsel who wishes to oppose this motion.

\_\_\_\_\_   OPPOSED.

Mover has attempted unsuccessfully to contact opposing counsel as follows:

Office voice mail and email.

    Therefore, the motion must be presumed to be opposed.

    __ X __   UNOPPOSED

    Mover has contacted opposing counsel and is authorized to state that the motion is unopposed.

    Respectfully submitted by,

s/Gregory P. DiLeo
GREGORY P. DI LEO, LSBA #4943
**JENNIFER B. EAGAN, LSBA #19847**
Attorney for Plaintiffs
Patricia Bourgeois and Glenn Bourgeois
300 Lafayette Street, Suite 101
New Orleans, LA  70130
Telephone:  (504) 522-3456
Facsimile:   (504) 522-3888

Allan Kanner, LSBA #20538
Cynthia St. Amant, LSBA#24439
Melissa M. Fuselier, LSBA#31163
Kanner & Whiteley
701 Camp Street
New Orleans, LA 70130
Telephone:  (504) 524-5777
Facsimile:   (504) 524-5763

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, as well as regular mail upon defendant's counsel.

                                                s/Gregory P. DiLeo
                                                GREGORY P. DILEO