UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | ) | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | JUDGE: FALLON |
| | ) | |
| | ) | |
| | ) | MAGISTRATE: WILKINSON |
| This document relates to case no.: | ) | |
| 10-CV-52 (Bourgeois v. Allstate Indemnity) | | |
| _____ | ) | |

## NOTICE OF MOTION

Please take notice that Plaintiff's Motion to Remand will be brought on for hearing at **9:00** a.m. on the **24th** day of **February, 2010**, before the Honorable **Eldon Fallon**, at the United States District Court for the Eastern District of Louisiana, U.S. Courthouse, 500 Poydras Street, New Orleans, Louisiana.

Respectfully submitted,

s/Gregory P. DiLeo
GREGORY P. DI LEO, LSBA #4943
JENNIFER B. EAGAN, LSBA #19847
Attorney for Plaintiffs
Patricia Bourgeois and Glenn Bourgeois
300 Lafayette Street, Suite 101
New Orleans, LA 70130
Telephone: (504) 522-3456
Facsimile: (504) 522-3888

Allan Kanner, LSBA #20580
Cynthia St. Amant, LSBA#24439
Melissa M. Fuselier, LSBA#31163
Kanner & Whiteley
701 Camp Street
New Orleans, LA 70130
Telephone: (504) 524-5777
Facsimile: (504) 524-5763

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, as well as regular mail upon defendant's counsel.

s/Gregory P. DiLeo
GREGORY P. DILEO