UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED ) MDL NO. 2047
DRYWALL PRODUCTS LIABILITY )
LITIGATION ) JUDGE: FALLON
 )
 ) MAGISTRATE: WILKINSON
This document relates to case no.: )
10-CV-52 (Bourgeois v. Allstate Indemnity)
_____)

## REQUEST FOR ORAL ARGUMENT

NOW INTO COURT through undersigned counsel comes plaintiffs herein and respectfully request oral argument on plaintiffs' Motion to Remand which is noticed to be heard on the **24th** day of **February, 2010**.

Respectfully submitted,

s/Gregory P. DiLeo
GREGORY P. DI LEO, LSBA #4943
JENNIFER B. EAGAN, LSBA #19847
Attorney for Plaintiffs
300 Lafayette Street, Suite 101
New Orleans, LA 70130
Telephone: (504) 522-3456
Facsimile: (504) 522-3888

Allan Kanner, LSBA #20580
Cynthia St. Amant, LSBA#24439
Melissa M. Fuselier, LSBA#31163
Kanner & Whiteley
701 Camp Street
New Orleans, LA 70130
Telephone: (504) 524-5777
Facsimile: (504) 524-5763

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, as well as regular mail upon defendant's counsel.

                                        s/ Gregory P. DiLeo
                                        Gregory P. DiLeo