*Judicial Association No. SX-09-566*

# TIANJIN CITY NO. 1 INTERMEDIATE PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Tianjin City No. 1 Intermediate People's Court]

| Cause No. | Product Liability Indemnification | Cause of Action | Law Association No. (2009) 661 |
|---|---|---|---|
| Document Served and Number | 1. Summary of Documents served, one copy <br> 2. Summons, one copy <br> 3. Complaint, one copy | | |
| Recipient (Unit) | Knauf Plasterboard (Tianjin) Co., Ltd. | | |
| Address for Service | This Court. | | |
| Recipient Signature or Seal | [Signature] Wang, Lan <br> [Seal] Knauf Plaster Board (Tianjin) Co., Ltd. <br> November 25, 2009 | | |
| Recipient in substitution and reason(s) | Month   Date   Year | | |
| Notes | | | |

Issuer: Bai, Yun Zhi                           Servers:

Note:
(1) The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2) In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.



EXHIBIT A

Case Name: The Mitchell Company, Inc. v. Knauf Gips KG
Defendant: Knauf Plasterboard (Tianjin) Co., Ltd.
Court Case No.: 3:09-cv-00089-MCR-MD

SX-09-566

## CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)  that the document has been served*
*1. que la demande a été exécutée*
    - the (date)
    - *le (date)* __November 25th, 2009__
    - at (place, street, number)
    - *à (localité, rue numéro)* __the First Intermediate People's Court of Tianjin, China__

    - in one of the following methods authorised by article 5-
    - *dans une des formes suivantes prévues à l'article 5:*
        [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
            *a) selon les formes légales (article 5, alinéa premier, lettre a).*
        [ ] (b) in accordance with the following particular method*:
            *b) selon la forme particulière suivante:* _____

        [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
            *c) par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
    - (identity and description of person)
    - *(identité et qualité de la personne)* __Wang Somebody__

    - relationship to the addressee (family, business or other):
    - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* __not mentioned.__

2)  that the document has not been served, by reason of the following facts*:
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Complaint, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Piéces renvoyées:*

_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at __Beijing__ 人民共和国 the __02/01, 2010__
*Fait à* 法部 *, le*

Signature and/or stamp. 司法协助专用章
*Signature et/ou cachet.*

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

SX-09-566

# 天津市第一中级人民法院
## 送 达 回 证

| 案　由 | 产品质量损害赔偿 | 案　号 | 法协(2009)字第661号 |
|---|---|---|---|
| 送达文书名称和件数 | 1、被送达文书概况壹份<br>2、传票壹份<br>3、诉状壹份 | | |
| 受送达人 | 可耐福石膏板天津有限公司 | | |
| 送达地址 | 本院 | | |
| 受送达人签名或盖章 | [签名] 可耐福石膏板(天津)有限公司 [盖章 KNAUF PLASTER BOARD (TIANJIN) LTD.] | | 年 11 月 25 日 |
| 代收人及代收理由 | | | 　年　　月　　日 |
| 备　考 | | | |

填发人 [签名]　　　　　　　　　送达人

注：①送达刑事诉讼文书，按照刑事诉讼法第五十七条的规定办理；送达民事、行政诉讼文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
②代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理由。