Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
APS International, Ltd.
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 101729-0121

## AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Manny Garcia
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Florida** )

Name of Server: **Carlos Aguirre**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **4** day of **February**, 20 **10**, at **8:20** o'clock **A** M

Place of Service: at **10501 SW 127 Street**, in **Miami, FL 33176**

Documents Served: the undersigned served the documents described as:
Summons and Complaint; Exhibits

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Manny Garcia

Person Served, and Method of Service:
☐ By personally delivering them into the hands of the person to be served.
☒ By delivering them into the hands of **Alex Garcia Son**, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with Manny Garcia at the place of service, and whose relationship to the person is: _____

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Brown**; Facial Hair _____
Approx. Age **20**; Approx. Height **5'8**; Approx. Weight **130**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this **5** day of **Feb**, 20**10**

Notary Public          (Commission Expires)

ISABELLE C. FERNANDEZ-MIRANDA
Notary Public - State of Florida
My Commission Expires Feb 27, 2010
Commission # DD 522663
Bonded By National Notary Assn.