Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
APS International, Ltd.
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0043

## AFFIDAVIT OF SERVICE — Corporate

Service of Process on:
--La Suprema Trading, Inc., c/o Steve M. Brimston, Esquire Rosenthal, Rosenthal, Rasco, Kaplan, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Dade** )

Name of Server: **Carlos Aguirre**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **4TH** day of **February**, 20 **10**, at **10:45** o'clock **A** M

Place of Service: at One Aventura, Suite 600, in Aventura, FL 33180
20900 N.E. 30th Avenue

Documents Served: the undersigned served the documents described as:
Summons and Complaint; Exhibits

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
La Suprema Trading, Inc., c/o Steve M. Brimston, Esquire Rosenthal, Rosenthal, Rasco, Kaplan, LLC

By delivering them into the hands of an officer or managing agent whose name and title is: **Nadia Kiesel Secty. to Steve M. Brimston**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Brown**; Facial Hair ____
Approx. Age **35**; Approx. Height **5'6**; Approx. Weight **125**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **5** day of **February**, 20 **10**

Signature of Server

Notary Public (Commission Expires)

APS International, Ltd.

Notary Public State of Florida
Michelle Rodriguez-Miro
My Commission DD856879
Expires 02/01/2013