UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : :: : : : : | MDL NO: 2047<br><br>SECTION: L<br><br>JUDGE: FALLON<br>MAG.JUDGE: WILKINSON |

**This pleading relates to:**
**CASES IN WHICH MANUFACTURER DEFENDANTS ARE SERVED[1]**

## MANUFACTURER DEFENDANTS' REQUEST FOR CERTIFICATION

COME NOW "Manufacturer Defendants", KNAUF PLASTERBOARD (TIANJIN) CO. LTD ("KPT"), KNAUF PLASTERBOARD (WUHU) CO., LTD ("Knauf Wuhu") and KNAUF GIPS, KG ("Knauf Gips")[2] and move this Honorable Court for an Order granting Manufacturer Defendants' Request for Certification regarding this Court's January 13, 2010 Order (Rec.Doc. No. 741) on the grounds more fully set forth in the supporting Memorandum attached hereto.

---

[1] Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd and Knauf Gips KG have been served in *Janet Morris-Chin, et al. v. Knauf Plasterboard (Tianjin) Co., Ltd., et al.*, 09-4119 and *Mitchell v. Knauf*, 09-4115; Knauf Plasterboard (Wuhu) Co., Ltd. has been served in *Karin Vickers, et al. v. Knauf Gips KG, et al.*, 09-4117 and *Lisa Lebron, et. al. v. Knauf Gips KG, et. al.* Knauf Plasterboard (Tianjin) Co., Ltd. has accepted service in *Hernandez v. Knauf*, 09-6050. This Motion is being filed in those cases only. The cases are representative of the claims made in other cases and other jurisdictions. For purposes of judicial economy, pursuant to the Court's briefing schedule and because the cases are styled as class actions involving multiple states, KPT, Knauf Wuhu and Knauf Gips are addressing the Economic Loss Rule in jurisdictions in which they have been named as defendants, but not yet served: Florida, Alabama, Mississippi and Louisiana.

[2] Knauf Gips joins in this motion to the extent it is required by the Court's scheduling order. By joining the Motion, Knauf Gips KG does not waive any of its rights to object on any grounds in these or in any other proceedings, including without limitation to: (i) the sufficiency of process or the service of process upon it; (ii) the jurisdiction of this or any other court over it; and/or (iii) any discovery that may be served upon it on any grounds including, without limitation, that such discovery violates the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters.

1

Moreover, on January 25, 2010, Manufacturer Defendants timely filed their Request for Certification and Incorporated Memorandum of Law (Rec. Doc. No. 804). On the night of February 5, 2010, counsel for Manufacturer Defendants saw for the first time that the Request for Certification was marked as "deficient" on the Court's ECF system. Manufacturer Defendants did not receive any notice that the Request for Certification was deemed deficient.

On February 9, 2010, counsel for Manufacturer Defendants was instructed by the clerk to refile the Request for Certification as a separate motion and memorandum in support (the original request was styled as a motion and incorporated memorandum). As a result, and out of an abundance of caution, Manufacturer Defendants submit this Request for Certification, Memorandum in Support of Request for Certification, and Notice of Hearing, which correct the filing deficiency, but do not change the substance of Rec. Doc. No. 804.

Respectfully submitted,

BY: s/Kerry J. Miller
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
**FRILOT L.C.**
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile: (504)599-8145
Email: kmiller@frilot.com

-AND-

2

DONALD J. HAYDEN (Fla. Bar No. 0097136)
BAKER & McKENZIE LLP
MELLON Financial Center
1111 Brickell Avenue Suite 1700
Miami, FL 33131
Telephone: (305) 789-8966
Facsimile: (305) 789-8953
Email: donald.j.hayden@bakernet.com

DOUGLAS B. SANDERS (IL Bar No. 6256621)
RICHARD M. FRANKLIN (IL Bar No. 0864390)
**BAKER & MCKENZIE LLP**
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL 60601
Telephone: (312) 861-8075
Facsimile: (312) 698-2375
Email: douglas.b.sanders@bakernet.com

## **CERTIFICATE**

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, and Phillip Wittmann, Homebuilders' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this 9th day of February, 2010.

s/Kerry J. Miller

3