6/19/2009 2:42 PM Filed Lee County Clerk of Courts

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR
LEE COUNTY, FLORIDA                                           CIVIL ACTION

CRAIG A. PISARIS-HENDERSON and
KELLY HENDERSON, Husband and Wife,

        Plaintiffs,

vs.

DOUGLAS B. FRANCIS and DELACRUZ                    CASE NO.  09-CA-1280
DRYWALL PLASTERING & STUCCO,
INC., a Florida corporation,

        Defendants,

_____

## ORDER

THIS MATTER having come before the Court for hearing on Defendant, DELACRUZ
DRYWALL PLASTERING & STUCCO, INC.'s, Motion to Dismiss and the Court having heard
testimony from the parties and having reviewed the pleadings filed in this matter, it is

ORDERED AND ADJUDGED as follows:

1.  Defendant, DELACRUZ DRYWALL PLASTERING & STUCCO, INC.'s (herein
    after DELACRUZ) Motion to Dismiss Count III of the Complaint is granted.

2.  The Court finds Casa Clara Condo. Ass'n. Inc. v. Charley Toppino and Sons. Inc.,
    620 So.2d 1244, dispositive of this issue; specifically the following language

    "The homeowners also argue that Toppino's concrete damaged "other" property
    because the individual components and items of building material, not the homes
    themselves, are the products they purchased. We disagree. The character of a loss
    determines the appropriate remedies, and, to determine the character of a loss, one
    must look to the product purchased by the plaintiff, not the product sold by the
    defendant. King v. Hilton-Davis. 855 F.2d 1047 (3d Cir.1988). Generally, house
    buyers have little or no interest in how or where the individual components of a house
    are obtained. They are content to let the builder produce the finished product, i.e., a
    house. These homeowners bought finished products-dwellings-not the individual
    components of those dwellings. They bargained for the finished products, not their
    various components. The concrete became an integral part of the finished product
    and, thus, did not injure "other" property." Id. At 1247



EXHIBIT
C

3.      The Court gives the Plaintiff twenty (20) days to file an Amended Complaint against Defendant DELACRUZ alleging damages to other metals (i.e. Jewelry) if they believe it is appropriate to do so.

        **DONE AND ORDERED** in Chambers at Fort Myers, Lee County, Florida, on this 18th day of June, 2009.



_____
HONORABLE MICHAEL T. McHUGH
CIRCUIT COURT JUDGE

Conformed copies have been provided to:

J. Matthew Belcastro, Esq.
Steven G. Koeppel, Esq.
Robert V. Fitzsimmons, Esq.