Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
~~Knauf Gips KG, et al., et. al., Defendant(s)~~



Service of Process by
APS International, Ltd.
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0127

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--GLB & Associates, Inc., dba Balli Construction
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **FLORIDA** ) ss.
County of: **DADE** )

Name of Server: **CARLOS AGUIRRE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **5** day of **February**, 20 **10**, at **2:40** o'clock **P** M

Place of Service: at ~~6619 S. Dixie Hwy, Suite 324~~ **8301 SW 53 Ave**, in Miami, FL 33143

Documents Served: the undersigned served the documents described as:
Summons and Complaint; Exhibits

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
GLB & Associates, Inc., dba Balli Construction

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Paula Franco General Manager**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Red**; Facial Hair ___
Approx. Age **35**; Approx. Height **5'9"**; Approx. Weight **150**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this **5** day of **Feb**, 20 **10**

_____
Notary Public   (Commission Expires)

APS International, Ltd.

ISABELLE C. FERNANDEZ-MIRANDA
Notary Public - State of Florida
My Commission Expires Feb 27, 2010
Commission # DD 522663
Bonded By National Notary Assn.