Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0125

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--G. Drywalls Corporation
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida**
County of: **DADE**
Name of Server: **Carlos Aguirre**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **3** day of **February**, 20 **10**, at **5:00** o'clock **P** M

Place of Service: at 12951 SW 124 Street, in Miami, FL 33186

Documents Served: the undersigned served the documents described as:
Summons and Complaint; Exhibits

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
G. Drywalls Corporation

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Livia Alonso Office Manager**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Blonde**; Facial Hair ___
Approx. Age **40**; Approx. Height **5'6**; Approx. Weight **120**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this ___ day of _____, 20 __

_____ Signature of Server

Notary Public   (Commission Expires)

APS International, Ltd.

ISABELLE C. FERNANDEZ-MIRANDA
Notary Public - State of Florida
My Commission Expires Feb 27, 2010
Commission # DD 522663
Bonded By National Notary Assn.