Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
[illegible]



Service of Process by
APS International, Ltd.
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0117

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Duo-Fast Construction, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **FLORIDA** ) ss.
County of: **DADE** )

Name of Server: **Carlos Aguirre**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **4** day of **February**, 20 **10**, at **4:30** o'clock **P** M

Place of Service: at **10840 SW 113th Place**, in **Miami, FL 33176**

Documents Served: the undersigned served the documents described as:
Summons and Complaint; Exhibits

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Duo-Fast Construction, Inc.

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Jorge L. Martinez   Registered Agent**

Description of Person Receiving Documents:
The person receiving documents, is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Brown**; Facial Hair **Yes**
Approx. Age **50**; Approx. Height **5'8"**; Approx. Weight **190**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **5** day of **February**, 20 **10**

Signature of Server    Notary Public    (Commission Expires)

APS International, Ltd.


ISABELLE C. FERNANDEZ-MIRANDA
Notary Public - State of Florida
My Commission Expires Feb 27, 2010
Commission # DD 522003
Bonded By National Notary Assn.