UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEAN AND BETH PAYTON, individually, and on behalf of all others similarly situated, [ADDITIONAL PLAINTIFFS LISTED ON SCHEDULE OF PLAINTIFFS, ATTACHED HERETO AS EXHIBIT "A"], | MDL Docket No. 2047 |
| | CLASS ACTION COMPLAINT |
| Plaintiffs, | |
| v. | JURY TRIAL DEMAND |
| KNAUF GIPS KG; KNAUF PLASTERBOARD (TIANJIN) CO., LTD.; KNAUF PLASTERBOARD (WUHU), CO., LTD.; KNAUF PLASTERBOARD (DONGGUAN) CO., LTD.; [ADDITIONAL DEFENDANTS LISTED ON SCHEDULE OF DEFENDANTS, ATTACHED HERETO AS EXHIBIT "B"], Defendants | |

This document relates to:
Case No. 2:09-cv-7628
*****************************************************************************

## ORDER

Considering the above and foregoing,

IT IS ORDERED that Defendant, Sun Construction, L.L.C d/b/a Sunrise Homes, be granted a thirty (30) day extension of time to file responsive pleadings to Plaintiffs' Class Action Complaint.

New Orleans, Louisiana, this __8th__ day of __February__, 2010.

_____
UNITED STATES DISTRICT JUDGE