Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  101729-0109

## AFFIDAVIT OF SERVICE -- Corporate

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Service of Process on:
--Continental Drywall Contractors, Inc.
Court Case No. 09-7628

State of: _Florida_ ) ss.
County of: _DADE_

Name of Server: _Carlos Aguirre_ , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _4_ day of _February_ , 20 _10_ , at _4:10_ o'clock _P_ M

Place of Service: at _10809 SW 143 Court_ , in _Miami, FL 33186_

Documents Served: the undersigned served the documents described as:
Summons and Complaint; Exhibits

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Continental Drywall Contractors, Inc.

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and
title is: _Henry Pacheco  President_

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex _M_ ; Skin Color _White_ ; Hair Color _White_ ; Facial Hair _Yes_
Approx. Age _60_ ; Approx. Height _5'11_ ; Approx. Weight _210_

☐ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury
that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this
_____ day of _February_ , 20 _10_

_____
Notary Public        (Commission Expires)

APS International, Ltd.

ISABELLE C. FERNANDEZ-MIRANDA
Notary Public - State of Florida
My Commission Expires Feb 27, 2010
Commission # DD 522603
Bonded By National Notary Assn.