Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0083

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Banner Supply Company Port St. Lucie, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL.
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **DADE** )

Name of Server: **CARLOS AGUIRRE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **5** day of **February**, 20 **10**, at **3:35** o'clock **P** M

Place of Service: at **7195 NW 30th Street**, in **Miami, FL 33122**

Documents Served: the undersigned served the documents described as:
Summons and Complaint; Exhibits

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
Banner Supply Company Port St. Lucie, LLC
By delivering them into the hands of an officer or managing agent whose name and title is: **Mike Dobson  opperation Manager**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **White**; Facial Hair **Yes**
Approx. Age **60**; Approx. Height **6'2**; Approx. Weight **215**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **5** day of **Feb**, 20 **10**

_____     _____
Signature of Server              Notary Public   (Commission Expires)

APS International, Ltd.

ISABELLE C. FERNANDEZ-MIRANDA
Notary Public - State of Florida
My Commission Expires Feb 27, 2010
Commission # DD 522663
Bonded By National Notary Assn.