The image at the top is the APS International logo/seal.

Sean and Beth Payton, et al., et. al., Plaintiff(s)

vs.

KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by

**APS International, Ltd.**

**1-800-328-7171**

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #:  101729-0151

## AFFIDAVIT OF SERVICE -- Individual

Service of Process on:

--Anthony Raggs

Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio

510 Walnut St., Ste. 500

Philadelphia, PA  19106-3697

State of: _FLORIDA_ ) ss.

County of: _DADE_ )

Name of Server: _Carlos Aguirre_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _4_ day of _February_, 20 _10_, at _2:15_ o'clock _P_ M

Place of Service: at _10810 NW 19th Avenue_, in _Miami, FL 33167_

Documents Served: the undersigned served the documents described as:
Summons and Complaint; Exhibits

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Anthony Raggs

Person Served, and Method of Service:

[X] By personally delivering them into the hands of the person to be served.

[ ] By delivering them into the hands of _____, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with Anthony Raggs at the place of service, and whose relationship to the person is: _____

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex _M_ ; Skin Color _Black_ ; Hair Color _Black_ ; Facial Hair _NO_
Approx. Age _40_ ; Approx. Height _6'4_ ; Approx. Weight _220_

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this _5_ day of _February_, 20 _10_

_____
Signature of Server

**APS International, Ltd.**

_____
Notary Public        (Commission Expires)

Notary Public State of Florida
Michelle Rodriguez-Maro
My Commission DD850579
Expires 02/01/2013