# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : | MDL No. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Hinckley, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 09-6686 (E.D.La.) | | |

### MOTION TO DISMISS CROSS-CLAIM OF VENTURE SUPPLY, INC. AND THE PORTER-BLAINE CORPORATION
### (By Tobin Trading Inc.)

MAY IT PLEASE THE COURT:

Defendant Tobin Trading Inc. ("Tobin"), by counsel, pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, hereby challenges and objects to the Court's exercise of personal jurisdiction over Tobin, and in response to the Cross-Claims (MDL No. 2047, Doc. No. 867) previously filed herein by Venture Supply, Inc. ("Venture") and The Porter-Blaine Corp. ("Porter-Blaine"), states the following:

1. For the reasons state more fully in the accompanying Memorandum, the Cross-Claims asserted against Tobin Trading Inc. should be dismissed under Rule 12(b)(2) of the

Federal Rules of Civil Procedure for lack of personal jurisdiction over Tobin Trading Inc., as Tobin is not amenable to service of process under the North Carolina long-arm statute and the exercise of jurisdiction by the Court would not comport with the Due Process Clause. Tobin does not have general or specific contacts with the State of North Carolina (or the State of Louisiana) sufficient for the Court to exercise long-arm jurisdiction over Tobin.

WHEREFORE, Defendant Tobin Trading Inc. respectfully prays that the Court enter an Order granting its Motion to Dismiss the Cross-Claims of Venture and Porter-Blaine for Lack of Jurisdiction pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, and for such other and further relief as this Court deems appropriate.

TOBIN TRADING, INC.

Date: February 9, 2010    By:    /s/ Theodore I. Brenner
Theodore I. Brenner, VSB 17815
BRENNER, EVANS & MILLMAN, P.C.
P.O. Box 470
Richmond, Virginia  23218-0470
Phone: (804) 644-1300
Fax: (804) 644-1354
E-mail: tbrenner@beylaw.com

Alexander S. de Witt, VSB 42708
BRENNER, EVANS & MILLMAN, P.C.
P.O. Box 470
Richmond, VA  23218-0470
Phone: (804) 644-1300
Fax: (804) 644-1354
E-mail: adewitt@beylaw.com

*ATTORNEYS FOR TOBIN TRADING, INC.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File and Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this 9th day of February, 2010.

By:   /s/ Theodore I. Brenner
Theodore I. Brenner, VSB 17815
BRENNER, EVANS & MILLMAN, P.C.
411 E. Franklin Street, Suite 200
P.O. Box 470
Richmond, Virginia  23218-0470
Phone: (804) 644-1300
Fax: (804) 644-1354
E-mail: tbrenner@beylaw.com

*ATTORNEY FOR TOBIN TRADING, INC.*