IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Northern Division

| | |
|---|---|
| CURTIS HINKLEY, LYNN HINKLEY, and STEPHANIE HINKLEY-LOPEZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TAISHAN GYPSUM CO. LTD. f/k/a SHANDONG TAIHE DONGXIN CO. LTD.; TOBIN TRADING INC.; VENTURE SUPPLY INC.; and THE PORTER-BLAINE CORP.<br><br>Defendants. | Civil Action No. 2:09cv00025-FL |

## AFFIDAVIT OF PHILLIP WILLIAM PERRY, JR.

BEFORE ME, the undersigned authority, on this day personally appeared PHILLIP WILLIAM PERRY, JR., known to me to be the person whose name is subscribed to the following instrument, and, having been first duly sworn, upon his oath deposes and states as follows:

1. My name is PHILLIP WILLIAM PERRY, JR. I am of sound mind, over 18 years of age, and I am competent to make this Affidavit. The statements contained herein are true and correct and are based on my personal knowledge.

2. I have reviewed the allegations of the First Amended Complaint filed against TOBIN TRADING INC. in the above-captioned case.

3. At all pertinent times, I was the President and Registered Agent of TOBIN TRADING INC.

4. At all pertinent times, TOBIN TRADING INC. was a Virginia corporation with its principal place of business in Virginia Beach, Virginia.

5. At all pertinent times, TOBIN TRADING INC. has never had any contacts or ties with the State of North Carolina or any of its citizens or residents, nor has it had a presence in the State of North Carolina. Upon information and belief, TOBIN TRADING INC. has never:



EXHIBIT 1

(i) derived income or revenue from the State of North Carolina or any of its citizens or residents;

(ii) entered into contracts with the State of North Carolina or any of its citizens or residents;

(iii) had customers or clients in the State of North Carolina;

(iv) transacted any business in the State of North Carolina;

(v) had any office, agent, or employee in the State of North Carolina;

(vi) paid taxes in the State of North Carolina;

(vii) been registered to do business in the State of North Carolina;

(vii) owned property or assets in the State of North Carolina; or

(viii) directed any of its business or activities at the State of North Carolina or any of its citizens or residents.

6. At all pertinent times, and upon information and belief, TOBIN TRADING INC. has never had any contacts or communications with, nor has it transacted any business or entered into any contracts with, the Plaintiffs or any of the Members of the proposed Class or Sub-Class mentioned in the First Amended Complaint filed in the above-captioned case.

7. TOBIN TRADING INC. objects to being sued in the Eastern District of North Carolina. The above-captioned case against TOBIN TRADING INC. should be dismissed due to the Court's lack of personal jurisdiction over TOBIN TRADING INC.

FURTHER, AFFIANT SAYETH NOT.

_____
PHILLIP WILLIAM PERRY, JR.

COMMONWEALTH OF VIRGINIA

CITY / COUNTY __Norfolk__, to wit:

Subscribed, sworn to and acknowledged before me, a Notary Public in and for the City / County and State aforesaid, by PHILLIP WILLIAM PERRY, JR. on this 20th day of July, 2009.

_____
Notary Public

My Commission Expires: 09/30/13

CHINA YEBOAH
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES SEPT. 30, 2013
COMMISSION # 7251897

2