IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Northern Division

| | |
|---|---|
| CURTIS HINKLEY, LYNN HINKLEY, and STEPHANIE HINKLEY-LOPEZ, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>TAISHAN GYPSUM CO. LTD. f/k/a SHANDONG TAIHE DONGXIN CO. LTD.; TOBIN TRADING INC.; VENTURE SUPPLY INC.; and THE PORTER-BLAINE CORP.<br><br>    Defendants. | Civil Action No. 2:09cv00025-FL |

## AFFIDAVIT OF PHILLIP WILLIAM PERRY, JR.

BEFORE ME, the undersigned authority, on this day personally appeared PHILLIP WILLIAM PERRY, JR., known to me to be the person whose name is subscribed to the following instrument, and, having been first duly sworn, upon his oath deposes and states as follows:

1. My name is PHILLIP WILLIAM PERRY, JR. I am of sound mind, over 18 years of age, and I am competent to make this Affidavit. The statements contained herein are true and correct and are based on my personal knowledge.

2. As previously stated in my Affidavit dated July 20, 2009, at all pertinent times, I was the President and Registered Agent of TOBIN TRADING INC., which at all pertinent times was a Virginia corporation with its principal place of business in Virginia Beach, Virginia.

3. I have reviewed the allegations contained in "Plaintiffs' Memorandum of Law in Response to Defendants' Motion to Dismiss for Lack of Jurisdiction," filed August 12, 2009.

4. In or about December 2005 and May 2006, VENTURE SUPPLY, INC. purchased approximately 150,000 sheets of gypsum board from SHANDONG TAIHE DONGXIN CO., LTD., which was located in Dawenkou Daiyue District, Tai'an, China.

5. TOBIN TRADING INC. assisted VENTURE SUPPLY, INC. with the purchase of the gypsum board in China, and helped coordinate the shipping of the gypsum board from the port in China to its destination in Norfolk, Virginia.

EXHIBIT 2

6. After the gypsum board was purchased by VENTURE SUPPLY, INC. and shipped to Norfolk, Virginia, TOBIN TRADING INC. had no further involvement in this matter.

7. At all pertinent times, TOBIN TRADING INC. was informed and advised that the gypsum board would be stored in a warehouse(s) of VENTURE SUPPLY, INC., in Norfolk, Virginia. TOBIN TRADING INC. had no involvement with VENTURE SUPPLY, INC.'s sale or distribution of the drywall to others, and no knowledge as to where or to whom VENTURE SUPPLY, INC. might sell or distribute the gypsum board.

8. In their Memorandum filed August 12, 2009, Plaintiffs allege that TOBIN TRADING INC. knew that the gypsum board purchased by VENTURE SUPPLY, INC. "was directly going to Virginia and North Carolina," and knew that VENTURE SUPPLY, INC. intended to sell the gypsum board in North Carolina. These allegations are false. Assuming that VENTURE SUPPLY, INC. intended to sell or ship the gypsum board to any customers or buyers in North Carolina, TOBIN TRADING INC. had no knowledge of any such intent. At all pertinent times, TOBIN TRADING INC. was informed and advised that the gypsum board would be shipped to VENTURE SUPPLY, INC.'s warehouse in Norfolk, Virginia. Beyond that point, TOBIN TRADING INC. had no knowledge as to where or to whom VENTURE SUPPLY, INC. would sell or ship the gypsum board.

9. In their Memorandum filed August 12, 2009, Plaintiffs suggest that TOBIN TRADING INC. "has other contacts with suppliers who sell drywall in North Carolina and do business in North Carolina." At all pertinent times, and upon information and belief, TOBIN TRADING INC. has had no such "other contacts."

FURTHER, AFFIANT SAYETH NOT.

_____
PHILLIP WILLIAM PERRY, JR.

COMMONWEALTH OF VIRGINIA
CITY / COUNTY __Norfolk__, to wit:

Subscribed, sworn to and acknowledged before me, a Notary Public in and for the City / County and State aforesaid, by PHILLIP WILLIAM PERRY, JR. on this 14 day of August, 2009.

_____
Notary Public

My Commission Expires: 09/30/13

CHINA YEBOAH
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES SEPT. 30, 2013
COMMISSION # 7251897

2