IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2047 SECTION:  L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: | | |
| Hinckley, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 09-6686 (E.D.La.) | : : : : | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Defendant, Tobin Trading, Inc., will bring its Motion to Dismiss Cross-Claim of Venture Supply, Inc. and the Porter Blaine Corporation for hearing before the Honorable Eldon E. Fallon, Judge, United States District Court for the Eastern District of Louisiana, 500 Camp Street, New Orleans,

Louisiana 70130, on the 24th day of February, 2010, at 9:00 o'clock a. m. or as soon thereafter as counsel may be heard.

                              Respectfully submitted,

                              TOBIN TRADING, INC.

Date:  February 9, 2010        By:    /s/ Theodore I. Brenner
                              Theodore I. Brenner, VSB 17815
                              BRENNER, EVANS & MILLMAN, P.C.
                              P.O. Box 470
                              Richmond, Virginia  23218-0470
                              Phone: (804) 644-1300
                              Fax: (804) 644-1354
                              E-mail: tbrenner@beylaw.com

                              Alexander S. de Witt, VSB 42708
                              BRENNER, EVANS & MILLMAN, P.C.
                              411 East Franklin Street, Suite 200
                              P.O. Box 470
                              Richmond, VA  23218-0470
                              Phone: (804) 644-1300
                              Fax: (804) 644-1354
                              E-mail: adewitt@beylaw.com

                              *ATTORNEYS FOR TOBIN TRADING, INC.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Hearing has been served on Plaintiffsø Liaison Counsel, Russ Herman, and Defendantsø Liaison Counsel Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mal and upon all parties by electronically uploading the same to LexisNexis File and Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this 9th day of February, 2010.

By:   /s/ Theodore I. Brenner
Theodore I. Brenner, VSB 17815
BRENNER, EVANS & MILLMAN, P.C.
P.O. Box 470
Richmond, Virginia  23218-0470
Phone: (804) 644-1300
Fax: (804) 644-1354
E-mail: tbrenner@beylaw.com