BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO THE FOLLOWING CASE<br>09-4320 | CASE NO. MDL Docket No. 2047 |

## MOTION TO TRANSFER AND RENEWED NOTICE OF RELATED AND POTENTIAL TAG-ALONG ACTION

Pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation (the "Panel"), NORTHSTAR HOLDINGS, INC., NORTHSTAR HOMES, INC. and NORTHSTAR HOLDINGS AT B&A, LLC (collectively, "Northstar"), defendants in this multidistrict litigation in the United States District Court for the Eastern District of Louisiana, hereby moves to transfer and gives notice of the following related and potential tag-along action:

Tag-Along/Related Action: *General Fidelity Insurance Co. v. Katherine L. Foster, Northstar Holdings, Inc., Northstar Homes, Inc., and Northstar Holdings at B&A, LLC*

Court: United States District Court, Southern District of Florida

Case No.: 09-cv-80743-KMM

Judge: Hon. K. Michael Moore

### Basis for Notice and Motion to Transfer

1. On June 15, 2009, this Panel issued a transfer order (the "June 15 Transfer Order") in which it determined that coordinated or consolidated pretrial proceedings were

2

appropriate in ten (10) lawsuits which shared "factual questions concerning drywall manufactured in China, imported to and distributed in the United States, and used in the construction of houses; plaintiffs in all actions allege that the drywall emits smelly, corrosive gases." *In Re: Chinese-Manufactured Drywall Prod. Liab. Litig.*, 626 F. Supp. 2d 1346 (June 15, 2009).

2. Pursuant to the June 15 Transfer Order, such proceedings were consolidated in the United States District Court for the Eastern District of Louisiana ("E.D. La."), the Honorable Eldon E. Fallon presiding (MDL No. 2047).

3. Numerous actions have been transferred to MDL Case No. 2047 subsequent to the Panel's June 15 Transfer Order.

4. Judge Fallon has undertaken to provide a forum for the pre-trial litigation, discovery, and possible resolution of all aspects of the cases resulting from the effects of Chinese drywall, **including insurance coverage**. At a status conference on January 14, 2010, Judge Fallon represented that the insurance issues will play a significant role in the MDL proceedings and expressed his preference for handling insurance matters in the MDL.

5. The action which is the subject of this Motion to Transfer and Renewed Notice of Related and Potential Tag Along Action (the "Instant Action") was filed by the plaintiff, General Fidelity Insurance Company ("General Fidelity") in the United States District Court, Southern District of Florida, West Palm Beach Division, Case No. 09-80743-KMM on May 15, 2009 against Northstar and Katherine Foster, the plaintiff in a putative class action lawsuit currently pending in MDL-2047, as case number 09-4320 (the "Underlying Putative Class Action").

6. In the Underlying Putative Class Action, owners of homes built by Northstar

claim that Chinese drywall installed in their homes is defective and has resulted in bodily injury and property damage to their homes and personal property (the "Chinese Drywall Claims").

7.  In the Instant Action, General Fidelity seeks, *inter alia*, a declaration that it is not obligated under the Policies to indemnify Northstar for losses resulting from the Chinese Drywall Claims being asserted against Northstar in the Underlying Putative Class Action.

8.  As explained in the accompanying Memorandum in Support of Motion to Transfer and Renewed Notice of Related and Potential Tag-Along Action, there are multiple common questions of fact in the Instant Action and the Underlying Putative Class Action. Moreover, the legal bases for rejecting Northstar's claims for coverage asserted by General Fidelity in the Instant Action are similar to the bases for rejecting claims for coverage raised by other insurers in Chinese drywall cases currently pending before Judge Fallon in the Eastern District of Louisiana. In light of (i) the common questions of fact in the Instant Action and the Underlying Putative Class Action, (ii) the similarity of the issues concerning insurance coverage involved in Instant Case and the other cases pending before Judge Fallon, and (iii) Judge Fallon's fluency with the facts and issues surrounding all aspects of the Chinese drywall cases, a transfer of the Instant Action to MDL Case No. 2047 is appropriate as it will enhance the just and efficient conduct of both Instant Action and the Underlying Putative Class Action, and promote the consistent resolution of issues common to both cases, most notably pre-trial and discovery-related issues.

9.  For the foregoing reasons, and for the reasons stated in the accompanying

Memorandum in Support of Motion to Transfer and Renewed Notice of Related and Potential Tag-Along Action, the interests of all affected parties would be advanced by prompt transfer of the Instant Action to MDL Case No. 2047.

Dated: February 9, 2010.

                    Respectfully submitted,

                    BROAD and CASSEL

                    /s/ Michael K. Wilson
                    Florida Bar No. 657069
                    mkwilson@broadandcassel.com
                    390 N. Orange Avenue, Suite 1400
                    Orlando, Florida 32801
                    Telephone: (407) 839-4200
                    Facsimile: (407) 425-8377
                    *Attorneys for Northstar Holdings, Inc., Northstar Homes, Inc. and Northstar Holdings at B&A, LLC*

## CERTIFICATE OF SERVICE

I HEREBY certify that on February 9th, 2010, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman (rherman@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com) by U.S. Mail and email and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No.: 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047. The above documents were also electronically filed with the Clerk of Court of the United States District Court for the Southern District of Florida by using the CM/ECF System, which will send notice of the electronic filing to:

Louis Schulman, Esq.
Ryan Kent Hilton, Esq.
Butler Pappas Weihmuller Katz Craig, LLP
777 S. Harbour Island Boulevard, Suite 500
Tampa, FL 33602
*Atty for General Fidelity Insurance Co.*


Jeremy Alters, Esq.
Alters, Boldt, Brown, Rash & Culmo, P.A.
Miami Design District
4141 Northeast 2nd Avenue, Suite 201
Miami, FL 33137
*Atty for Katherine Foster*

/s/ Michael K. Wilson
MICHAEL K. WILSON, ESQ.
Florida Bar No.: 657069

BEFORE THE *JUDICIAL* PANEL ON MULTIDISTRICT LITIGATION
MDL-2047-In re Chinese Drywall Litigation
SCHEDULE OF RELATED ACTIONS

| Case Caption | Court | Civil Action No | Judge |
|---|---|---|---|
| Plaintiff:<br>General Fidelity Insurance Co.<br><br>Defendant:<br>Katherine S. Foster, Northstar Holdings, Inc., Northstar Homes, Inc. and Northstar Holdings at B&A, LLC | United States District Court Southern District of Florida | 9:09-cv-80743-KMM | Hon. K. Michael Moore |

7