UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) MDL No. 2047 ) ) SECTION: L ) ) JUDGE FALLON ) MAG. JUDGE WILKINSON ) |

**THIS DOCUMENT RELATES TO:**

ROBERT C. PATE, et al   NO. 09-07791

## NOTICE OF APPEARANCE PRO HAC VICE

In accordance with the Uniform Local Rules for the United States District Court, Eastern District of Louisiana, Local Rule 83.2.6E, notice is made by J. Stephen Berry and J. Randolph Evans of the law firm McKenna, Long & Aldridge, LLP to appear *pro hac vice* to the bar of this court for the purpose of appearing on behalf of the Defendants, Steadfast Insurance Company and American Guarantee and Liability Insurance Company, in the above described action. Counsel are ineligible to become members of the bar of this Court, but they are members in good standing of the bar of the United States District Court for the Northern District of Georgia. There have been no disciplinary proceedings or criminal charges instituted against us. Also, in accordance with the Uniform Local Rules for the United States District Court, for the Eastern District of Louisiana, local counsel are Thomas L. Gaudry, Jr. and Wade A. Langlois, III of the law firm of Gaudry, Ranson, Higgins & Gremillion, LLC.

Respectfully submitted,

_____
J. STEPHEN BERRY, GA. Bar No. 053106

_____
J. RANDOLPH EVANS, GA. Bar No. 252336
McKENNA, LONG & ALDRIDGE, LLP
303 Peachtree Street, NE, Suite 5300
Atlanta, GA 30308
Phone: 404-527-4000 Fax: 404-527-4198
Emails: sberry@mckennalong.com
Lead counsel for Steadfast Insurance Company and
American Guarantee Liability Insurance Company

_____
THOMAS L. GAUDRY, JR.  T.A. (#5980)
WADE A. LANGLOIS, III (#17681)
GAUDRY, RANSON, HIGGINS & GREMILLION, LLC
Oakwood Corporate Center
401 Whitney Avenue, Suite 500
Gretna, Louisiana 70056
Telephone: (504) 362-2466   Fax: (504) 362-5938
Emails: tgaudry@grhg.net and wlanglois@grhg.net
Local Counsel for Steadfast Insurance Company and
American Guarantee Liability Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Notice of Appearance Pro Hac Vice** has been served on Plaintiffs' Liaison Counsel, Russ Herman and Leonard Davis, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and/or e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of February, 2010.

_____
Wade A. Langlois, III, LSBA #17681

G:\0262\2015\Pleadings\Notice of Appearance Pro Hac Vice.wpd