UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 2047  Section L |
| | * | Judge Fallon |
| This document relates to All Cases | * * | Mag. Judge Wilkinson |

## AGENDA

Agenda for February 11, 2010 status conference.

I.  PRE-TRIAL ORDERS

II.  PROPERTY INSPECTIONS

III.  PLAINTIFF AND DEFENDANT PROFILE FORMS

IV.  PRESERVATION ORDER

V.  STATE/FEDERAL COORDINATION

VI.  STATE COURT TRIAL SETTINGS

VII.  MOTIONS IN THE MDL

VIII.  DISCOVERY ISSUES

IX.  FREEDOM OF INFORMATION ACT/PUBLIC RECORDS REQUESTS

X.  TRIAL SETTINGS IN FEDERAL COURT

XI.  FILINGS IN THE MDL

XII.  NOTICES OF APPEARANCE AND DEFAULT JUDGMENTS

XIII. INSURANCE ISSUES

XIV. SERVICE OF PLEADINGS ELECONTRONICALLY

XV. MASTER COMPLAINT

XVI. CLASS ACTION COMPLAINT (INDETERMINATE DEFENDANT)

XVII. OMNIBUS CLASS ACTION COMPLAINT

XVIII. SPECIAL MASTER

XIX. KNAUF GIPS PERSON JURISDICTION MATTER

XX. DEFAULT PROCEEDINGS IN *GERMANO* AND REMEDIATION HEARING

XXI. *HERNANDEZ* TRIAL

XXII. MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS CONFERENCE

XXIII. NEXT STATUS CONFERENCE

    FRILOT L.L.C.

    s/Kerry J. Miller
    KERRY J. MILLER (Bar No. 24562)
    KYLE A. SPAULDING (Bar No. 29000)
    1100 Poydras Street
    Suite 3700
    New Orleans, LA 70163
    Telephone: (504)599-8194
    Facsimile: (504)599-8145

    Defendants' Liaison Counsel

## **CERTIFICATE**

I HEREBY CERTIFY that the above and foregoing Agenda has been served upon all parties by electronically uploading the same to LexisNexis File & Service Advances in accordance with Pre-Trial Order No. 6, and that the foregoing was

electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 2047, on this 10th day of February, 2010.

                 s/Kerry J. Miller
                 KERRY J. MILLER