UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: Olschewski, *et al.* v. Centerline Homes, Inc., *et al.* Case No.: 09-06751 | : : : | JUDGE FALLON MAG. JUDGE WILKINSON |

**DEFENDANT CENTERLINE HOMES, INC.'S UNOPPOSED
MOTION FOR ENLARGEMENT TO RESPOND TO COMPLAINT**

Defendant, Centerline Homes, Inc. (hereinafter "Centerline"), by and through its undersigned counsel, hereby moves this Honorable Court for the entry of an Order granting Centerline an enlargement of time in which to respond to the Complaint.

This action was originally filed in state court in Palm Beach County, Florida. At that time, Plaintiff's counsel granted Centerline an extension of time in which to respond to the Complaint, anticipating that Plaintiff would be filing an Amended Complaint. Thus, by agreement of the parties, Centerline was not required to respond to the Complaint until the Amended Complaint was filed. The action was then removed to the Southern District of Florida and ultimately "tagged" and transferred to this Honorable Court. The action was then stayed pursuant to Pretrial Order No. 1.

Due to the Court's recent lifting of the stay, Centerline must now respond to the Complaint. Centerline is in need of an additional 20 days in which to file its response. This enlargement would require Centerline to respond to the Complaint on or before March 2, 2010. This request is made in good faith and is not intended to delay or stall the Plaintiff's prosecution of this matter.

Centerline reserves its right to assert any and all defenses, including jurisdiction and venue.

Counsel for the Plaintiffs, Mr. Bob Brown, has authorized the undersigned to advise the Court that the Plaintiffs have no opposition to the relief sought herein.

WHEREFORE, Defendant, Centerline Homes, Inc., respectfully requests that this Court grant Centerline a 20 day extension in which to respond to the Complaint and grant such other and further relief as this Court deems just and proper.

Dated February 10, 2010

Respectfully submitted,

By: __/s/ Vanessa M. Serrano_____
    PETER R. GOLDMAN
    Florida Bar No. 860565
    VANESSA M. SERRANO
    Florida Bar No. 51555
    BROAD AND CASSEL
    100 S.E. Third Ave., Ste. 2700
    Fort Lauderdale, FL 33394
    Telephone: (954) 764-7060
    Facsimile:  (954) 761-8135
    pgoldman@broadandcassel.com
    vserrano@broadandcassel.com

*Counsel for Centerline Homes, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Motion to Dismiss has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of February, 2010.

                                                __/s/ Vanessa M. Serrano_____
                                                Vanessa M. Serrano