UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 2047 |
| IN RE: CHINESE MANUFACTURED DRYWALL | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE FALLON |
| Olschewski, *et al.* v. Centerline Homes, Inc., *et al.* | : | MAG. JUDGE WILKINSON |
| Case No.: 09-06751 | : | |

## <u>ORDER</u>

The Court, having considered Defendant, Centerline Homes, Inc.'s Unopposed Motion

for Enlargement of Time to Respond to Complaint, HEREBY ORDERS:

Centerline Homes, Inc. shall have up to and including March 2, 2010 to answer or

otherwise respond to the Complaint (including by way of motion filed pursuant to Rule 12(b)).

New Orleans, Louisiana this _____ day of February, 2010.


_____

**JUDGE ELDON E. FALLON**