UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO** *Roberts, et al. v. Knauf GIPS KG, et al.*, **Case No. 09-5870.**

## ORDER

The Plaintiffs' Steering Committee ("PSC") filed a Substituted Motion to Amend the Amended Class Action Complaint (Rec. Doc. No. 752). Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed and a copy be delivered to chambers eight days prior to the date set for hearing on the motion. No memorandum in opposition to the PSC's Substituted Motion to Amend the Amended Class Action Complaint (Rec. Doc. No. 752), set for hearing on February 11, 2010, has been timely submitted.

Accordingly, this motion is deemed to be unopposed, and furthermore, it appearing to the Court that the motion is grounded in law and fact, IT IS ORDERED that PSC's Substituted Motion to Amend the Amended Class Action Complaint (Rec. Doc. No. 752) is GRANTED.

New Orleans, Louisiana, this  9th  day of February 2010.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE