UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2047 |
| | * | SECTION: L |
| | * | JUDGE: FALLON |
| | * | MAG. JUDGE NO.: 2 |
| THIS DOCUMENT RELATES TO ALL CASES | * | MAG. JUDGE: WILKINSON |

**MOTION FOR APPOINTMENT TO THE
PROPOSED INSURER STEERING COMMITTEE AND
APPOINTMENT AS CO-LEAD COUNSEL
FOR THE FIRST-PARTY INSURER SUBCOMITTEE, *OR IN THE ALTERNATIVE*,
MOTION TO EMPLOY A NOMINATION PROCEDURE FOR APPOINTMENTS TO
THE PROPOSED COMMITTEES AND LEADERS OF SAME**

**NOW INTO COURT**, come The Travelers Indemnity Company and The Standard Fire Insurance Company on behalf of themselves and their affiliated property insurance companies (hereinafter "Travelers"), which respectfully move this Court for entry of an order: (1) appointing Ralph S. Hubbard III as a member of the proposed Insurer Steering Committee on behalf of Travelers, if such a committee is formed; and (2) in that event, also appointing Ralph S. Hubbard III as Co-Lead Counsel for the First-Party Property Insurer Sub-Committee as contemplated in the joint motion filed by Liberty Mutual Insurance Company ("Liberty Mutual") and State Farm Fire & Casualty ("State Farm") on January 19, 2010 [Rec. Doc. 760] ("Liberty Mutual/State Farm Motion").

*In the alternative*, Travelers respectfully requests that, if the Court finds it appropriate to appoint an insurer steering committee, the Court establish a nomination procedure to provide all

1

interested parties, including those insurers that are not yet parties to drywall-related proceedings before this Court but reasonably anticipate that they will become involved such litigation, with an opportunity to participate in the selection of steering committee members and lead counsel. Such a procedure has been followed in other similar large-scale proceedings in this Court.

**WHEREFORE**, Travelers prays that its motion be granted and, if this Court deems it appropriate to create a drywall-related Insurer Steering Committee that this Court enter an order that (1) appoints Ralph S. Hubbard III as a member on behalf of Travelers, and (2) appoints Ralph S. Hubbard III as Co-Lead Counsel for the First-Party Property Insurer Sub-Committee as contemplated in the Motion to Create Insurer Steering Committee filed by Liberty Mutual and State Farm. In the alternative, Travelers prays this Court, if the court deems it appropriate to create an Insurer Steering Committee, to enter an order establishing a nomination procedure to provide interested parties with an opportunity to participate in the selection of steering committee members and lead counsel.

Respectfully Submitted:

/s/ Seth A. Schmeeckle
**Ralph S. Hubbard III, La. Bar No. 7040**
**Seth A. Schmeeckle, La. Bar No. 27076**
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: 504-568-1990
Facsimile: 504-310-9195
**Attorneys for The Travelers Indemnity Company, The Standard Fire Insurance Company, and their affiliated property insurance companies**

## CERTIFICATE

I hereby certify that on February 10, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants. There are no manual recipients. In compliance with Pretrial Order No. 6, it is the undersigned's intentions to serve the attached document via the Lexis-Nexis File & Serve service as soon as that function is made available to non-parties.

/s/ Seth A. Schmeeckle