UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL NO. 2047 |
| | * SECTION: L |
| | * JUDGE: FALLON |
| | * MAG. JUDGE NO.: 2 |
| THIS DOCUMENT RELATES TO ALL CASES | * MAG. JUDGE: WILKINSON |

*********************************

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Motion for Appointment to the Proposed Insurer Steering Committee and Appointment as Co-Lead Counsel for the First-Party Insurer Subcommittee, *or in the alternative,* Motion to Employ a Nomination Procedure for Appointments to the Proposed Committees and Leaders of Same filed by The Travelers Indemnity Company, The Standard Fire Insurance Company, and its affiliated property companies will come for before the Honorable Judge Fallon on the 10th day of March, 2010 at 9:00 o'clock a.m., or as soon thereafter as counsel can be heard, at the United States Courthouse, 500 Poydras Street, New Orleans, Louisiana.

Respectfully Submitted:

/s/ Seth A. Schmeeckle
**Ralph S. Hubbard III, La. Bar No. 7040**
**Seth A. Schmeeckle, La. Bar No. 27076**
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: 504-568-1990
Facsimile: 504-310-9195
**Attorneys for The Travelers Indemnity Company, The Standard Fire Insurance Company, and its affiliated property insurance companies**

## CERTIFICATE

I hereby certify that on February 10, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants. There are no manual recipients. In compliance with Pretrial Order No. 6, it is the undersigned's intentions to serve the attached document via the Lexis-Nexis File & Serve service as soon as that function is made available to non-parties.

/s/ Seth A. Schmeeckle