UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2047 |
| | * | SECTION: L |
| | * | JUDGE: FALLON |
| | * | MAG. JUDGE NO.: 2 |
| THIS DOCUMENT RELATES TO ALL CASES | * | MAG. JUDGE: WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## REQUEST FOR ORAL ARGUMENT

**NOW INTO COURT**, come The Travelers Indemnity Company and The Standard Fire Insurance Company on behalf of themselves and their affiliated property insurance companies ("Travelers"), which requests oral argument on its Motion to Employ a Nomination Procedure for Appointments to the Proposed Committees and Leaders of Same,

**WHEREFORE**, Travelers respectfully requests that this Honorable Court grant permission to provide oral argument relating to the Motion to Employ a Nomination Procedure for Appointments to the Proposed Committees and Leaders of Same.

Respectfully Submitted:

/s/ Seth A. Schmeeckle
**Ralph S. Hubbard III, La. Bar No. 7040**
**Seth A. Schmeeckle, La. Bar No. 27076**
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: 504-568-1990
Facsimile: 504-310-9195

Attorneys for The Travelers Indemnity Company, The Standard Fire Insurance Company, and its affiliated property insurance companies

## CERTIFICATE

I hereby certify that on February 10, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants. There are no manual recipients. In compliance with Pretrial Order No. 6, it is the undersigned's intentions to serve the attached document via the Lexis-Nexis File & Serve service as soon as that function is made available to non-parties.

/s/ Seth A. Schmeeckle