UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| SEAN and BETH PAYTON, et al., | * | MAG. JUDGE WILKINSON |
| vs. | * | |
| KNAUF GIPS KG; et al. | * | |
| CASE NO. 2:09-CV-7628 | * | |

* * * * * * * * * * * * * * * * * * *

### EX PARTE CONSENT MOTION FOR EXTENSION OF TIME OF LOWE'S HOME CENTERS, INC.

**NOW INTO COURT,** through undersigned counsel, comes Lowe's Home Centers, Inc. ("Lowe's"), sought to be made defendant herein, which moves this Court for a 30 day extension of time to file responsive pleadings to the Complaint on the following grounds:

1. Lowe's was served with the Complaint in this case on February 4, 2010. Thus, pursuant to Fed. R. Civ. Pro. 12(a), the deadline for Lowe's to file a responsive pleading is February 25, 2010.

2. Lowe's requests an additional 30 days to investigate the allegations in the Complaint and prepare an appropriate responsive pleading.

3. Plaintiffs' Liaison Counsel has stated to undersigned counsel for Lowe's that Plaintiffs have no objection to this request for an extension of time.

1

**WHEREFORE**, Lowe's Home Centers, Inc., prays that this Court grant it an extension of 30 days, until March 29, 2010, to file a responsive pleading in this case.

Respectfully submitted,

*Jeffrey E. Richardson*
WILLIAM B. GAUDET (#1374)
FRANCIS V. LIANTONIO, JR. (#19282)
EDWIN C. LAIZER (#17014)
JEFFREY E. RICHARDSON (#23273)
**ADAMS AND REESE LLP**
One Shell Square
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210
*Attorneys for Defendant Lowe's Home Centers, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 11th day of February, 2010.

*Jeffrey E. Richardson*
JEFFREY E. RICHARDSON