UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| SEAN and BETH PAYTON, et al., vs. KNAUF GIPS KG; et al. CASE NO. 2:09-CV-7628 | * * * * | MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**CONSIDERING** the Ex Parte Consent Motion for Extension of Time of Lowe's Home Centers, Inc.,

**IT IS HEREBY ORDERED** that the motion is GRANTED and that the deadline for Lowe's Home Centers, Inc. to file a responsive pleading in this case is extended until March 29, 2010.

New Orleans, Louisiana, this _____ day of February, 2010.

_____
U.S. District Court Judge