```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
```

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2010 FEB -8  PM 4:15

LORETTA G. WHYTE
CLERK

Date: __2/8/10__

__Payton et al__

vs.

__Knauf Gips KG, et al__

Case No. __09-7628__ Section __L(2)__
MDL 2047

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) __Neslo, LLC__
   (address) __204 A Weldon Park Dr. Mandeville, LA 70471__
2. (name) __Hanson Homes, Inc.__
   (address) __1050 SE 22nd Ave. Minneapolis, MN 55414__
3. (name) __Gulf Coast Drywall, LLC__
   (address) __15385 Airline Highway Prairieville, LA 70769__
4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for _____

Address _____

___ Fee
___ Process
_X_ Dkld
___ CtRmDep
___ Doc. No.