UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL   *   MDL NO. 2047
PRODUCTS LIABILITY LITIGATION   *
  *   SECTION: L
  *
  *   JUDGE: FALLON
  *
  *   MAG. JUDGE NO.: 2
THIS DOCUMENT RELATES TO ALL CASES   *
  *   MAG. JUDGE: WILKINSON

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## REQUEST FOR ORAL ARGUMENT

**NOW INTO COURT**, come The Travelers Indemnity Company and The Standard Fire Insurance Company on behalf of themselves and their affiliated property insurance companies ("Travelers"), which requests oral argument on its Motion to Employ a Nomination Procedure for Appointments to the Proposed Committees and Leaders of Same,

**WHEREFORE**, Travelers respectfully requests that this Honorable Court grant permission to provide oral argument relating to the Motion to Employ a Nomination Procedure for Appointments to the Proposed Committees and Leaders of Same.

Respectfully Submitted:

/s/ Seth A. Schmeeckle
**Ralph S. Hubbard III, La. Bar No. 7040**
**Seth A. Schmeeckle, La. Bar No. 27076**
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: 504-568-1990
Facsimile: 504-310-9195

**Attorneys for The Travelers Indemnity
Company, The Standard Fire Insurance
Company, and its affiliated property insurance
companies**

## CERTIFICATE

I hereby certify that on February 10, 2010, I electronically filed the foregoing with the

Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all

CM/ECF participants.  There are no manual recipients.  In compliance with Pretrial Order No. 6,

it is the undersigned's intentions to serve the attached document via the Lexis-Nexis File &

Serve service as soon as that function is made available to non-parties.

/s/ Seth A. Schmeeckle