MINUTE ENTRY
FALLON, J.
February 9, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRY WALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO** *Germano v. Taishan Gypsum Co., Ltd.*, **Case No. 09-6687**

A status conference was held on this date in the Chambers of Judge Eldon E. Fallon to address the status of *Germano v. Taishan Gypsum Co., Ltd.*, Case No. 09-6687. Counsel directly involved in the upcoming confirmation of default judgment hearing in *Germano* participated.

The parties informed the Court that the default judgment hearing commencing on Friday, February 19, 2010, will continue through February 20, 22, 23, and 24.

The parties also requested that the Court set a hearing date for motions in limine. The Court considered the request; accordingly, IT IS ORDERED that a hearing on motions in limine will be held on February 18, 2010, at 2:00 p.m.

Additionally, the Court agreed to extend the deadline in the Scheduling Order (Rec. Doc. No. 784) for submission of Findings of Fact and Conclusions of Law to Wednesday, March 10, 2010.

Finally, the Court expressed its interest in visiting the plaintiff properties involved in the *Germano* hearing.

JS10(00:40)