UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
    PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO** *Germano, et al. v. Taishan Gypsum Co. Ltd., et al.*, **Case No. 09-6687**

## ORDER

The Court previously entered a Minute Entry setting the deadline for submission of exhibits, exhibit lists, witness lists, and motions in limine to Chambers for Monday, February 15, 2010. However, because the Court is closed for Presidents Day and will require extra security for Lundi Gras, IT IS ORDERED that this deadline is CONTINUED TO Wednesday, February 17, 2010, at 9:00 a.m.

New Orleans, Louisiana, this 11th day of February 2010.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE