MINUTE ENTRY
FALLON, J.
FEBRUARY 11, 2010

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED          MDL NO. 2047
    DRYWALL PRODUCTS
    LIABILITY LITIGATION              SECTION: L

                                                                         JUDGE FALLON
                                                                         MAGISTRATE WILKINSON

THIS DOCUMENT RELATES TO:
09-4117   Karin Vickers, et al v. Knauf Gips KG, et al

BEFORE JUDGE ELDON E. FALLON
Case Manager: Gaylyn Lambert
Court Reporter: Jodi Simcox

Appearances:   Fred Longer, Esq. For PSC
                   Neil Sivyer, Esq. For Defendant

---

Plaintiffs' Substituted Motion to Amend the Amended Class Action Complaint (749)

Argument - GRANTED.


JS10:   :12