# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | § § § § | MDL. NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: *Otis Ashford, et al vs. Knauf Gips KG, et al*; No. 09-7042 | § § § | JUDGE FALLON MAG. JUDGE WILKINSON |

## PLAINTIFFS' EX PARTE MOTION FOR LEAVE TO FILE FIRST AMENDED AND SUPPLEMENTAL COMPLAINT FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, who for the reasons more fully set forth in the memorandum attached hereto, respectfully represent that it is both necessary and appropriate to amend the underlying complaint to bring in additional defendants and add an additional cause of action against Defendants, based upon information now in the possession of the Plaintiffs which was unknown at the time the underlying suit was filed. Additionally, Plaintiffs wish to add a new cause of action against all Defendants by Louisiana Plaintiffs (Redhibition). Plaintiffs herein respectfully move this Honorable Court for leave to file the attached First Supplemental and Amended Complaint for Damages. No answer by any party has been filed in the underlying matter.

Dated:  February 12, 2010

        Respectfully Submitted,

        /s/ Mikal C. Watts

        _____
        Mikal C. Watts
        State Bar No.  20981820
        Robert C. Hilliard
        Texas State Bar No. 09677700
        Ryan L. Thompson
        State Bar No.  24046969
        Jesse E. Guerra, Jr.
        State Bar No. 24057877
        Kevin W. Grillo, Of Counsel
        Texas State Bar No. 08493500

        **Watts HILLIARD LLP**

        4 Dominion Dr., Bldg. 3., Ste. 100
        San Antonio, Texas 78257-1390
        Telephone:  (210) 447-0500
        Facsimile:  (210) 447-0501
        mcwatts@wgclawfirm.com
        bobh@hmglawfirm.com
        rthompson@wgclawfirm.com
        jesseg@hmglawfirm.com
        kevin@hmglawfirm.com

        ATTORNEYS FOR PLAINTIFFS