UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | § § § § | MDL. NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>*Otis Ashford, et al vs. Knauf Gips KG, et al*; No. 09-7042 | § § § | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' EX PARTE MOTION FOR LEAVE TO FILE FIRST AMENDED AND SUPPLEMENTAL COMPLAINT FOR DAMAGES**

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs in the above-referenced matters, who respectfully move this Court for leave to amend their Original Complaint previously filed in the above Civil Action No. Plaintiffs request the amendment pursuant to FRCP 15 which states "leave shall be freely given when justice so requires."  In the First Amended and Supplemental Complaint for Damages, Plaintiffs wish to add GREAT SOUTHERN BUILDERS, L.L.C., GAVINS CONSTRUCTION COMPANY, BEL-TEX CONTRACTING, INC. as party Defendants. GREAT SOUTHERN BUILDERS, L.L.C., GAVINS CONSTRUCTION COMPANY and BEL-TEX CONTRACTING, INC. installed defective drywall in some of the Plaintiffs' homes.  Additionally, Plaintiffs wish to add a new cause of action against all Defendants by Louisiana Plaintiffs (Redhibition).

No answer has been filed in the underlying matter by any party.  No undue prejudice will result in allowing the attached First Amended and Supplemental Complaint for Damages to be filed since no trial date has been yet scheduled.

As such, Plaintiffs respectfully pray that this Honorable Court grant their Motion for Leave to File First Amended and Supplemental Complaint for Damages in the above-referenced matter.

Respectfully Submitted,

/s/ Mikal C. Watts

_____
Mikal C. Watts
State Bar No.  20981820
Robert C. Hilliard
Texas State Bar No. 09677700
Ryan L. Thompson
State Bar No.  24046969
Jesse E. Guerra, Jr.
State Bar No. 24057877
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500

**Watts HILLIARD LLP**

4 Dominion Dr., Bldg. 3., Ste. 100
San Antonio, Texas 78257-1390
Telephone:  (210) 447-0500
Facsimile:  (210) 447-0501
mcwatts@wgclawfirm.com
bobh@hmglawfirm.com
rthompson@wgclawfirm.com
jesseg@hmglawfirm.com
kevin@hmglawfirm.com

ATTORNEYS FOR PLAINTIFFS