UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | § § § § | MDL. NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>*Otis Ashford, et al vs. Knauf Gips KG, et al*; No. 09-7042 | § § § | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**ORDER ON PLAINTIFFS' EX PARTE MOTION FOR LEAVE TO FILE
FIRST AMENDED AND SUPPLEMENTAL COMPLAINT FOR DAMAGES**

Considering the foregoing Motion for Leave to File First Amended and Supplemental Complaint for Damages on behalf of all Plaintiffs in the above-referenced matter:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file the First Amended and Supplemental Complaint for Damages attached and submitted with the foregoing motion.

New Orleans, Louisiana, this _____ day of _____, 2010.


_____
HONORABLE ELDON E. FALLON