# EXHIBIT 1

# DRAFT

# Interim Report on the Status of the Analysis of Electrical Components Installed in Homes with Chinese Drywall*

Mark Gill
Andrew Trotta
Division of Electrical Engineering
Directorate for Engineering Sciences
U.S. Consumer Product Safety Commission



November 23, 2009

*This report uses the terms "Chinese drywall" and "imported drywall" interchangeably but CPSC staff cautions that until completion of its investigation it is premature to consider that all Chinese or imported drywall exhibits the reported health or corrosive characteristics; nor is it correct to assume that all domestic brands are entirely void of any reported health or corrosive characteristics.

This interim technical report is being released as a draft until the full study has been completed, and all of the results are available for interpretation. This CPSC staff report has not been reviewed or approved by, and may not necessarily reflect the views of, the Commission.

### Executive Summary

This report is intended to provide a preliminary view of how electrical components have been affected by allegedly corrosive drywall. This information is preliminary because the bulk of the analysis is still in process, and conclusions drawn from the results at this point would be premature. This ongoing assessment of fire and electric shock safety issues is a two-part test program. The first involves the metallurgical analysis of various components harvested from affected homes to characterize the type and extent of damage by corrosion to the components in homes. The second part includes accelerated corrosion testing of new components in an effort to understand long-term exposure implications to these components.

A total of 169 electrical components were harvested by U.S. Consumer Product Safety Commission (CPSC) staff from six homes in Florida and Virginia which were being remediated by the home builders due to the believed presence of corrosive drywall. A preliminary, visual inspection by CPSC electrical engineering staff of all of the electrical components harvested revealed significant corrosion of copper wiring, and lesser degrees of corrosion to other parts of the electrical components (e.g., screws, metal alloy conductors, etc.). There were no indications of significant overheating of conductors or conductive parts due to the corrosion events, which would have been exemplified by discoloration of various insulating materials, or the formation of metallic beads from the melting of copper or other metal alloys. CPSC staff selected 73 components for analysis.

The scientific staff of the Sandia National Laboratories' (SNL) Material Science and Engineering Center investigated six severely corroded receptacles (one receptacle from each of the six different homes) in advance of the full study of the remaining 67 components provided by CPSC staff. The characterization by SNL included optical and scanning electron microscopy examinations and imaging, and chemical analysis of corrosion products observed on the surfaces of the metal conductor sub-components (wires, screws and contact plates) from the partial group of receptacles. SNL's examination of wires attached to the six receptacles revealed several morphologies, or forms of copper corrosion products, but due to time constraints, only two morphologies were able to be analyzed from one wire in time for this interim report: cauliflower-shaped nodules and spongiform (sponge-like) texture. The corrosion nodules are readily found on the surface of the exposed copper wires, while the spongiform texture appears in micro-cavities that underlie the corrosion nodules. The sequence of events understood at this time

suggests that as the corrosion nodules grow, micro-cavities form under the corrosion nodules as copper is transported from the unaltered, underlying copper wire to the overlying nodules. After the micro-cavities form, corrosive gases may then penetrate into the cavities, creating the spongiform texture. The overall thickness of the corrosion layer varies from nearly zero to twenty thousandths of a millimeter.

Elemental analyses of both forms of corrosion indicate the presence of copper, sulfur, and small amounts of oxygen, strongly suggesting the presence of a variety of copper sulfide and copper oxide. One sample of corroded copper wire was examined via X-ray Diffraction (XRD) and was found to contain copper sulfide in the variety known as digenite ($Cu_9S_5$) and copper oxide in the variety known as cuprite ($Cu_2O$).

Corrosion of copper wiring was most extensive where bare copper was exposed. Intact electrical insulation (e.g., thermoplastic) on copper wiring protects the underlying copper conductor from corrosion.

### Introduction

The following report documents the status of the U.S. Consumer Product Safety Commission (CPSC) Directorate for Engineering Sciences (ES) staff assessment of the effects of corrosive gases reportedly emanating from Chinese-manufactured drywall on electrical components. This component study is part of a multi-track program that also includes research into the health effects associated with the emission of gases from the suspect drywall. This report is intended to provide a preliminary glimpse into how electrical components have been affected by allegedly corrosive drywall, so that the report may be considered in conjunction with the release of reports on health concerns. This information is preliminary because the bulk of the analysis is still in process, and any conclusions drawn from the results at this point would be premature.

The assessment of fire and electric shock safety issues is a two-part test program. The first involves the metallurgical analysis of various components harvested from affected homes to characterize the type and extent of damage by corrosion to the components in homes. The second part includes accelerated corrosion testing of new components in an effort to understand long-term exposure implications to these components. Sandia National Laboratories' (SNL) Material Science and Engineering Center is analyzing electrical distribution components under

an interagency agreement between the CPSC and the Department of Energy (CPSC-I-09-0020/SNL 018090709), while the National Institute of Standards and Technology (NIST) is analyzing smoke alarms, sprinklers and fuel gas components under two interagency agreements (NIST analysis results will be reported separately from the SNL analysis results).

Accelerated corrosion testing will be based on gases identified in the drywall chamber studies conducted at Lawrence Berkeley National Laboratory in combination with Environmental Health and Engineering's results on indoor-air measurements in 51 homes. New electrical components will be exposed to elevated concentrations of selected gases in test chambers at Sandia National Laboratories, for an exposure duration yet to be determined, in order to better understand long-term exposure risks. A metallurgical analysis will be conducted on the components undergoing accelerated corrosion testing (while electrically powered), and compared with the affected-house harvested samples. The intent is to attempt to understand whether the long-term exposure results in unacceptable degradation of the performance that could present either a risk of fire or electric shock. Although the duration of the accelerated corrosion testing is not known at this time, the testing and analysis is expected to be completed in spring or summer 2010.

It is hoped that through these analyses the risks that corroded electrical components may present to the consumer will be understood. However, the ability to reach an absolute conclusion may be difficult to accomplish due to a number of highly varying factors (some possibly yet to be determined) that could affect the production of corrosion products on electrical components, such as local outdoor temperature and humidity, consumer preferences for indoor temperature and humidity levels, size and layout of homes, proportion and location of affected and unaffected drywall used in a home, rates and quantities of corrosion-producing gases in differing drywall lots, and local indoor and outdoor air quality.

**Background**

In late 2008, CPSC staff began to receive reports that homes in Florida constructed in 2006 and 2007 were exhibiting common characteristic problems including noxious odors, sickened occupants, air conditioning failures and visible corrosion of metals including electrical wiring in the walls. Florida Department of Health (FL DOH) officials began to assess the situation based on health complaints of irritated and itchy eyes and skin, difficulty in breathing,

persistent cough, bloody noses, runny noses, recurrent headaches, sinus infection, and asthma attacks. Many consumers reported that their symptoms lessened or went away when they were away from their homes, but returned upon re-entry, suggesting that these symptoms were short-term and related to something within the home. Reports of similar problems from other states gradually began to accumulate. By the end of October 2009, the CPSC had received about 1,897 reports from residents in 30 states, the District of Columbia, and Puerto Rico who reported that their health symptoms and/or the corrosion of certain metal components in their homes are related to the presence of drywall produced in China, with most reports coming from Florida, Louisiana, Mississippi, Virginia and Alabama. State and local authorities have also received similar reports.

After conducting a preliminary inspection of four affected homes on the west coast of Florida in March 2009 and assimilating other data presented by FL DOH officials, homebuilders, and a drywall manufacturer, CPSC staff believed that drywall was creating an odor in the houses and blackening copper parts like air conditioning evaporator coils and electrical wires. CPSC technical staff proceeded in developing plans to determine if the drywall was defective. This multi-track program included sub-programs to assess potential health effects, trace the importation of potentially-affected drywall through the chain of commerce (from source to distribution), and study the corrosion effects of electrical components with respect to risks of fire and electric shock. The CPSC is partnering with the U.S. Environmental Protection Agency (EPA), U.S. Department of Housing and Urban Development (HUD), Centers for Disease Control and Prevention (CDC), Agency for Toxic Substance and Disease Registry (ATSDR), and numerous state departments of health, working together to investigate and analyze how Chinese-made drywall entered into the country, where it was used, what mechanism(s) and substance(s) are creating the noxious and corrosive gases emanating from the drywall, and what impact it may have on human health and corrosion of electrical and fire safety components.

The CPSC Directorate for Engineering Sciences staff drafted plans to assess immediate and long-term effects of allegedly corrosive drywall on electrical components, fuel gas components and fire safety devices by examining components harvested from affected homes and conducting accelerated corrosion tests on new exemplar components to study long-term effects of the corroding gases. Electrical distribution components of interest include residential wiring, receptacles, switches, circuit breakers, panel boards, ground fault circuit interrupters

(GFCIs), and arc fault circuit interrupters (AFCIs). The objective is to determine to what extent the electrical and fire safety components are being corroded and what effect the corrosion could have on their safe operation. Excessive corrosion could create hazards in the following areas:

<u>Fire</u>
- Deterioration of wiring connections, such as to the terminals of a receptacle, could cause overheating.
- Significant reduction of the cross-sectional area of wiring that would eventually result in loss of capacity to carry current, leading to overheating, or, become physically weak and break. Compromised or broken ground wires could present a risk of fire because ground faults could occur in the distribution system without facilitating tripping of a branch circuit overcurrent protection device.
- Damage to circuit traces or electronic components on printed circuit boards in protective devices such as AFCIs, causing functional failures of the protective devices, leading to a loss of protection that these devices provide.

<u>Electric Shock</u>
- Deterioration of connections could diminish the effectiveness of grounding connections.
- Significant reduction of the cross-sectional area of grounding wires that could become physically weak and break or increase in resistance to the point of providing an inadequate grounding protection.
- Damage to circuit traces or electronic components on printed circuit boards in GFCIs, causing failure of GFCIs and the loss of protection they provide.

**Component Harvesting**

The primary objective of the harvesting effort was to obtain samples of electrical components of interest in order to evaluate any damaging effects from allegedly corrosive drywall. The team elected to harvest the components of interest from homes that were in the process of being remediated by the homebuilder. There were two primary reasons for this. First, homes being remediated were verified by the builder as having been constructed with at least some Chinese drywall. Components collected from these homes would be in scope in terms of potential exposure. Second, the highly invasive nature of removing electrical and fire safety

components made it much easier to collect electrical wiring and wiring devices without concern for creating an unsafe condition within the system. While all builder remediation efforts differed in some aspects, complete removal of the drywall was being performed in the homes available for sampling. Most remediation efforts included removal/replacement of all wiring devices (receptacles, GFCIs and switches) along with all electrical wires (signal/communication as well as power conductors). Appendix A includes descriptions of the electrical components of interest and the areas where the corrosion analysis will focus for each component.

Logistics and scheduling presented four single-family homes and two townhomes for harvesting in the collection timeframe from June through August 2009. The two townhomes were from the tidewater area of Virginia. One of the single-family homes was from eastern Florida while three were on Florida's southwest coast. Table 1 summarizes the electrical components taken from each house. Five of the six houses were occupied until shortly before the component harvesting. Not too long before harvesting was scheduled, the occupants moved from their houses so that the remediation could occur. The one exception is the house in North Venice, FL, which had been purchased by a relocation company and was already vacant when CPSC staff first visited this home in March. The relocation firm sold the home to a real estate developer just before the harvesting in June. The developer intended to remove and replace the drywall in order to place the property on the market for resale. This limited the number of components available for harvesting. Because of this arrangement, an electrician was hired to replace extracted components from the North Venice house. For all six houses, the component harvesting preceded drywall demolition.

Table 1. Summary of Harvested Electrical Components

| Location | Collection Date | Receptacles | GFCIs | Switches | Standard Circuit Breakers | AFCIs | Chinese Drywall |
|---|---|---|---|---|---|---|---|
| North Venice, FL | 6/15/09 | 10 | 3 | 2 | 2 | 1 | Unknown |
| Chesapeake, VA 1 | 7/7/09 | 26 | 3 | 6 | 0 | 0 | Brand A |
| Chesapeake, VA 2 | 7/7/09 | 25 | 3 | 5 | 0 | 0 | Brand A |
| Boynton Beach, FL | 7/23/09 | 16 | 5 | 6 | 0 | 0 | Brand B |
| Port Charlotte, FL | 8/24/09 | 14 | 3 | 4 | 1 | 1 | Brand C |
| Ft. Myers, FL | 8/25/09 | 16 | 5 | 8 | 0 | 0 | Brand B |

A procedure was developed for harvesting components, with the first house serving as a pilot. Refinements were made to the procedure after completing the sample extraction from the

two Virginia homes. During the Virginia harvesting effort, CPSC staff was accompanied by Environmental Health & Engineering (EH&E) scientists, who were conducting their own pilot analyses for use in the 51-home study. Personnel from EH&E performed in-situ Fourier transform infrared (FTIR) spectroscopy and x-ray fluorescence (XRF) scans of the drywall as part of a sub-task to identify markers in Chinese drywall (in Chesapeake, VA, EH&E personnel removed drywall for later FTIR and XRF scanning). Receptacle sampling by the CPSC staff was performed wherever EH&E conducted a scan. Four receptacles per room were extracted (two from interior walls and two from exterior walls) as well as switches and GFCIs, where available. Drywall samples adjacent to every collected electrical component sample were added to the collection procedures before sampling of the final three houses had been initiated; during previous harvesting efforts, only a visual validation of the presence of imported drywall somewhere in the house was made. The procedure followed for harvesting electrical components is detailed in Appendix B. While the baseline harvesting plan for each home was to extract two receptacles per room (one interior/one exterior), switches, all GFCIs, an AFCI, and two circuit breakers, the scheduling for remediation and general availability of homes dictated the ultimate selection of components that were harvested.

The receptacle/switch/GFCI extraction method used on the first three homes was to remove the cover plate, extend the device from the box and cut the wires at a point closest to the electrical box. For the last three houses, the cover plate was removed so that the entry of the cable into the box could be determined. Then a piece of drywall was cut out above and/or below the receptacle to allow the cable to be cut in order to also allow retrieval of several inches of cable that were connected to the wiring device. Each device was placed into a polyethylene locking-type bag, with a label affixed to the bag and then inserted into another polyethylene bag.

**Metallurgical Analysis of Components**

Engineering staff sorted through all of the harvested electrical components to select those that would provide the best information on corrosion. The samples were then packaged and shipped to SNL. Table 2 lists the parts that were selected from each house.

In order to get some preliminary results for inclusion in their initial report, CPSC staff requested that SNL staff first examine a receptacle from each of the six homes that were part of the harvesting program.

Table 2. Components sent to Sandia National Laboratories for analysis.

| Home Location | Receptacles | Switches | GFCIs | Breakers | AFCIs |
|---|---|---|---|---|---|
| North Venice, FL | 7 | 2 | 2 | 2 | 1 |
| Chesapeake, VA 1 | 7 | 3 | 2 | | |
| Chesapeake, VA 2 | 6 | 3 | 3 | | |
| Boynton Beach, FL | 6 | 2 | 2 | | |
| Port Charlotte, FL | 7 | 2 | 2 | 1 | |
| Ft. Myers, FL | 5 | 5 | 3 | | |
| Totals | 38 | 17 | 14 | 3 | 1 |

**Discussion**

For the purposes of being able to convey some initial level of understanding of the corrosion of electrical components noted by CPSC staff on samples harvested from the field, the scientific staff of the Sandia National Laboratories' (SNL) Material Science and Engineering Center investigated six severely corroded receptacles (one receptacle from each of the six different homes) in advance of the full study of the remaining 67 components provided by CPSC staff. Their analyses to date, documented in their interim report attached as Tab A, provide an interim understanding of the corrosion events that are currently occurring in homes. A more thorough understanding of the corrosion events may only be possible with the completion of additional analyses of corroded field samples, as well as analyses of corrosion products after accelerated corrosion testing has been completed on exemplar samples of the various electrical components.

A preliminary, visual inspection by CPSC electrical engineering staff of all of the electrical components harvested revealed significant corrosion of copper wiring, and lesser degrees of corrosion to parts of the electrical components (e.g., screws, metal alloy conductors, etc.). There were no indications of significant overheating of conductors or conductive parts due to the corrosion events, which would have been exemplified by discoloration of various insulating materials, or the formation of metallic beads from the melting of copper or other metal alloys.

It should be noted that the collection of samples was difficult due to issues involving scheduling as well as legal barriers due to pending lawsuits. A statistically valid sampling plan would be necessary in order to obtain a larger variety of samples for evaluation, and prevent the

injection of statistical bias into the sample collection process. Therefore, the observation of a lack of overheating effects should not be broadly interpreted as a refutation to reports by some consumers of electrical component and appliance failures. Although the six homes from which samples were collected by the CPSC staff were scheduled for remediation, this does not imply that other homes could not have experienced more or less severe corrosion effects.

A review of the interim report by SNL (Tab A) and conversations with SNL staff suggest that copper wiring is the most susceptible electrical component to the effects of the corrosive gases. Other metallic structures, the failure of which could lead to risks of electric shock or fire, appeared to be far less sensitive to the effects of the corroding gases. The composition of the corrosive gases that are suspected of being released by the allegedly corrosive drywall is being investigated under different tracks of the overall multi-track investigation.

Examination of wires attached to the six receptacles revealed several morphologies, or forms of copper corrosion products, but due to time constraints only two morphologies were able to be analyzed from one wire in time for this interim report: cauliflower-shaped nodules and spongiform (sponge-like) texture. Figure 1 shows a scanning electron microscope (SEM) image of the surface corrosion including a cross-sectional view created by removing a section of the corrosion and wire with a focused ion beam. The corrosion nodules are readily found on the surface of the exposed copper wires, while the spongiform texture appears in micro-cavities that underlie the corrosion nodules. The sequence of events understood at this time suggests that as the corrosion nodules grow, micro-cavities form under the corrosion nodules as copper is transported from the unaltered, underlying copper wire to the overlying nodules. After the micro-cavities form, corrosive gases may then penetrate into the cavities, creating the spongiform texture. The overall thickness of the corrosion layer varies from nearly zero to twenty thousandths of a millimeter. The micro-cavities also show depths of a similar magnitude. Analyses of other samples could reveal greater thicknesses of corrosion product and cavity depths.



Figure 1. SEM-magnified view of surface corrosion on a ground wire.

The rate of copper corrosion is believed to be initially high until a corrosion surface layer covers the exposed surface of the copper wire. At that point, penetration of the corrosive gases to the underlying copper is more restricted, and the corrosion rate therefore slows. However, as long as the corrosive gases are present, the process of corrosion will continue. The growth process may lead to a poorly adhered layer of corrosion product. Fractures could occur at the base of the corrosion nodules, due to a combination of the expansion and contraction of the underlying copper wire as it experiences heating from a cooler state, and cooling from a warmer state, along with the presence of micro-cavities, which together undermine the base of the nodules. This could lead to the separation of the corrosion nodule from the surface of the copper wire, enhancing the penetration of the corrosive gases to the layer below, which for a period of

time would result in an increase in the rate of corrosion until a new, thick layer of corrosion products is formed. In the continuous presence of corrosive gases, this process would be cyclical, continuing to consume the copper wire.

Elemental analyses, i.e., identifying the chemical elements, of both forms of corrosion indicate the presence of copper, sulfur, and small amounts of oxygen, strongly suggesting the presence of a variety of copper sulfide and copper oxide. One sample of corroded copper wire was examined via X-ray Diffraction (XRD) and was found to contain copper sulfide in the variety known as digenite ($Cu_9S_5$) and copper oxide in the variety known as cuprite ($Cu_2O$). Other varieties of copper sulfide and copper oxide may also exist, but were either not present on the one sample of copper wire that was analyzed, or were present in such low quantities that identification via XRD was not possible. Additional XRD analyses are planned on the remaining harvested components provided to SNL for analysis.

Corrosion of copper wiring was most extensive where bare copper was exposed. Intact electrical insulation (e.g., thermoplastic) on copper wiring protects the underlying copper conductor from corrosion. In the examination of one insulated wire, it was noted that on a wire that was originally covered by insulation, in a location immediately adjacent to where insulation had been stripped away, the corrosive gases were able to penetrate between the copper wire and the overlying insulation up to a distance of 0.2 cm under the insulation, creating slight levels of corrosion on the copper surface. For distances beyond 0.3 cm the copper wire appeared bright and uncorroded. Additionally, where the insulation of the wire had been removed, but the bare copper was shielded or covered in such a way as to prevent the free flow of gases to the exposed areas, the exposed areas typically exhibited minor corrosion.

Battelle Labs' mixed flowing gas specifications define four classes of corrosive environments for the operation of equipment, ranging from Class I (least corrosive) to Class IV (most corrosive). For copper, Battelle assigns the following definitions to these four classes[1]:

| | |
|---|---|
| Class I | No significant corrosion observed. |
| Class II | Corrosion product on unprotected copper contains oxide and chloride. |
| Class III | Corrosion product on unprotected copper is rich in sulfide and oxide. |
| Class IV | Corrosion product on copper is primarily a sulfide film with some oxide. |

---

[1] Robert Baboian, *Corrosion tests and standards: application and interpretation, Edition 2*, (ASTM International, Pennsylvania, 2005), p. 360.

Page 11

Based on the degree of corrosion observed on all of the samples provided to SNL, as well as the presence of corrosion products that are creeping onto inert surfaces (e.g., dried droplets of paint on the copper conductors), SNL staff believe the Battelle corrosive environments that the copper wiring has been exposed to could be as severe as either Class III or Class IV. Electrical equipment that is intended to operate in such environments needs to be designed in such a way, through choice of materials and overall device construction, to reduce the impact of the corrosive gases. Further research will be conducted by SNL in order to attempt to arrive at the appropriate corrosive environment classification. The corrosion classification will additionally be used to select corrosive gas concentration levels for the accelerated corrosion testing yet to be performed. To date, the mechanism(s) and rate(s) of creation of the corrosive gas(es) from the allegedly corrosive drywall are not yet known.