Unlimited Release
Nov. 2009

# Interim Report on the Analysis of Corrosion Products on Harvested Electrical Components

S. Jill Glass, Curtis D. Mowry, and N. Rob Sorensen

Prepared by
Sandia National Laboratories
Albuquerque, New Mexico 87185 and Livermore, California 94550

Sandia is a multiprogram laboratory operated by Sandia Corporation,
a Lockheed Martin Company, for the United States Department of Energy's
National Nuclear Security Administration under Contract DE-AC04-94AL85000.

Approved for public release; further dissemination unlimited.


Sandia National Laboratories

between the wire and contact plate has degraded at this time. The maintenance of low contact resistance is consistent with observations that sections of wire sandwiched between the contact plate and the screws exhibited little or no blackening (and corrosion) compared to wire that is not covered with a screw.

Table 3: Contact resistance values measured between wires and their contact plate. The number in the part no. represents the component; R=receptacle. The letter in parentheses designates left or right in the pairs of wires for duplex receptacles. 48-R is a single receptacle.

| Part No. | Neutral Wire (m-ohm) | Hot Wire (m-ohm) |
|---|---|---|
| 01-R | 0.35 (r) | 0.30 (r) |
| 14-R | 0.20 (r) | 0.19 (r) |
| 33-R | 0.14 (l) 0.14 (r) | 0.16 (l) 0.18 (r) |
| 48-R | 0.20 | 0.33 |
| 50-R | 0.33 (l) | 0.21 (r) |
| 52-R | 0.19 (l) 0.18 (r) | 0.18 (l) 0.18 (r) |
| Control | To be measured | To be measured |

## 3.4. Ground Wire Analyses

### 3.4.1. SEM/EDS Plan View and FIB Analyses of Wire Corrosion

Figure 10 shows the plan view Scanning Electron Microscope (SEM) images of the corroded copper ground wires from six receptacles. The corrosion product layers are similar for the six receptacles. The layers have a nodular appearance with varying degrees of coverage of the Cu wire, and differences in the apparent corrosion product thickness. In some regions small cracks are observed in the layer. Further analysis of each wire and analysis of additional wires would be needed to determine whether there are real differences in the corrosion product coverage on wires from different locations, or between locations within a home. The residence time of the receptacle in a home would also need to be considered to be able to determine that the corrosive environment in one home was more severe than in another.

20



Figure 10: SEM plan view images of six corroded ground wires. All samples show the growth of a layer on the copper wire. The morphology in these images shows what appear to be individual particles or clusters of particles.

The elemental composition of the corrosion product layer on ground wires observed to date is primarily copper and sulfur (indicating a copper sulfide rather than a copper sulfate) as shown in the Energy Dispersive Spectrum in Figure 11. The presence of Cu and S was confirmed with both X-ray Photoelectron Spectroscopy (XPS) and Auger Electron Spectroscopy (AES) analyses.



Figure 11: EDS spectrum showing elemental composition of the ground wire corrosion product shown in Figure 10. (From component 14)

To assess the ability of the wire insulation to prevent corrosion of the copper wire, the insulator was carefully cut from one sample and the wire surface was analyzed. Figure 12 shows a comparison of three regions of a single hot wire near the edge of the electrical insulation. Location 1 is the boldly exposed copper surface near the edge of the insulation. Location 2 was originally under the insulation (after a strip of insulation was removed) at a distance of approximately 0.2 cm from the edge. Location 3 was originally under the insulation at a distance of approximately 0.7 cm from the edge. There is a clear difference in the extent of the surface corrosion with the boldly exposed region showing a substantial layer, the middle region showing the start of a surface layer (which seems to begin along surface features on the underlying copper), and the region under the tight insulation showing no corrosion, only bare copper. There is no corrosion product on the wire at a distance of approximately 0.3 cm away from the interface between the originally bare and covered regions of the wire. The act of stripping the insulation from the wire may produce a separation between the wire and the insulation, allowing access to the copper by the atmosphere. These observations indicate that the electrical insulation acts as a barrier to the corrosive gasses and protects the underlying copper.



Figure 12: Comparison of SEM images at 500X and 10,000X magnification showing a hot wire in (1) an area that was not covered by electrical insulation (2) an area originally covered by "loose" electrical insulation prior to Sandia's analysis (3) and an area tightly covered by the electrical insulation prior to Sandia's analysis. The copper in this area exhibits no corrosion.

A focused ion beam (FIB) process was used to mill a small trench through the corrosion product and into the base copper of a corroded hot wire. This technique can be likened to archeology on the microscopic scale. Material was removed creating a precisely located local cross section. Both the corrosion product layer and underlying copper substrate are visible. Scanning electron microscope images were taken of the cross section and EDS spectra were collected to determine the elemental composition. Figure 13 shows the FIB cut at increasing magnifications. The sample is tilted at an angle of 52 degrees to allow viewing of both the top surface and one of the side walls of the FIB cut. The images clearly show a 20 micron thick sulfide with a cauliflower-like morphology. This thickness exceeds that expected for a Class II corrosion environment and suggests that the actual environment is likely Class III or higher.[1] The very bright area on the top of the cauliflower is a layer of platinum (Pt) that is deliberately deposited to protect the underlying materials during the FIB cutting process. Corrosion of the base copper is also observed and this produces a pit with a spongy (porous) morphology. The pits observed to date are up to twenty microns in depth. There is a very thin layer observed between the base copper and the thicker cauliflower like corrosion layer. Further analyses are required to identify whether this layer is a corrosion product or an artifact of the FIB cutting process. Additionally it appears that there is a separation or a fracture between the corrosion product layer and the underlying material. At this time it is not known whether this is intrinsic to the corrosion process, a separation that occurred because of differences in expansion between the copper and corrosion product, or an artifact of the FIB cutting process.

EDS indicated that the major elements in the cauliflower layer are Cu (copper) and S (sulfur). There are minor amounts of O (oxygen). The spongy region in the underlying copper is Cu, S and O. The grain (or crystal) structure of the copper can be seen because of channeling contrast (darker or lighter) that different copper grain orientations produce. This kind of contrast is normal and expected for SEM imaging of the copper.

---

[1] W. H. Abbott, The Development and Performance Characteristics of Mixed Flowing Gast Test Environment, IEEE Transactions on Components, Hybrids, and Manufacturing Technology, pp. 22- 35, Vol. 11, No. 1, March 1988.



Figure 13: SEM images at increasing magnification of FIB cut into a corroded ground wire showing "cauliflower" morphology of corrosion product and porous region in the base copper. The cauliflower feature is approximately 20 microns in height. The very bright region seen on top of the cauliflower feature is platinum used to coat and protect the sample during the FIB cutting process.

Spectral imaging was performed on the FIB cross section shown in Figure 13. In essence, spectral imaging uses EDS techniques to identify "phases" or "components" present in a sample. Figure 14 shows the hyperspectral image and spectrum for the FIB cross section of the corroded ground wire shown in Figure 13. For this region three components were identified: a Cu-S component, a Cu-S-O-C component, and Cu. Colors are used in the figure to identify the location of the components. Individual representative spectra for the components are also shown. Note that the tree-like nodule (red) is basically a copper sulfide. The copper substrate shows up as the blue area. The spongy material below the copper sulfide appears to be a mixture of copper sulfide and something containing Cu, S, O, and C. While these results represent only a single sample and cannot therefore be used to arrive at a general conclusion, they do provide insight into the nature of the corrosion product and possible corrosion mechanism.



**Figure 14:** Hyperspectral image and spectrum showing the elemental make-up of various regions of the FIB cross-section of the corroded ground wire shown in Figure 13.

The FIB technique also allows a slice of the corrosion layer and underlying copper to be cut and lifted off the surface. This allowed the slice to be placed horizontally on a sample stub, whereby enhanced imaging and analyses of the cauliflower-like corrosion product and underlying materials could be performed. Regions of the cauliflower like corrosion products show subtle contrast differences (lighter and darker) indicating variations in structure, density or composition. This layer morphology suggests that the growth of the corrosion product layers may have occurred under varying conditions (humidity, temperature, concentration of atmospheric elements, etc.). In additional images of the region shown in Figure 15 it appears that there may be three areas with little or no contrast, separated by what look like darker and lighter bands. The vertical lines in Figure 15 are the result of the FIB process and do not represent variations in the product layer.

The grain (or crystal) structure of the underlying copper can be seen by slight contrast differences (darker or lighter) that are produced by different grain orientations. This kind of contrast is normal and expected for imaging of the copper.

25



Figure 15: SEM images of section cut from corroded ground wire showing "tree-ring" morphology in the cauliflower-like corrosion product. The underlying copper shows regions of light and dark contrast that are produced by different orientations of the copper grains. Vertical lines seen in the images and highlighted with blue oval are artifacts of the FIB cutting process.

A series of FIB slices were made through the corrosion product on a copper hot wire. Two of the slices are shown on the right in Figure 16 along with the corresponding plan view SEM images (left) showing the region from which they were taken. The bright layers on top of the corrosion product are platinum used to protect the underlying material during the FIB cutting process.



**Figure 16: SEM images (left) and two FIB slices (right) of a corroded copper hot wire.**

### 3.4.2. SEM Cross Sectional Analyses of Wire Corrosion

Figure 17 shows an optical micrograph and two SEM images of a cross sectioned ground wire used to identify the thickness and elemental composition of the corrosion layer or layers. Consistent with previous images, this sample exhibits a layered structure. The difference in contrast seen in the highest magnification SEM image could be due to changes in density or elemental composition. These differences suggest that there may have been periods of growth of the corrosion product during which conditions varied. The corrosion product layer was not of a consistent thickness over the circumference of the wire. The range of corrosion layer thicknesses observed on cross sectioned ground wires from six homes are shown in Table 4. The values range from 0-18 microns, the highest values being consistent with the observations made on FIB slices. The purpose of the layer thickness measurement was only to obtain an estimate of the corrosion product layer – it is not a statistically valid measurement from which inferences can be made about the entire population.



Figure 17: Optical (left) and SEM images (right) of the cross section of receptacle ground wire at increasing magnification used to estimate corrosion layer thickness and determine elemental composition. EDS was used to identify the primary elements (Cu, S) in the regions shown in the highest magnification image (bottom right).

Individual spectra were obtained for several of the layers shown in Figure 17. The spectra were normalized to the Cu peak and are plotted in Figure 18. Only sulfur and copper were identified by EDS, indicating that the corrosion product is a form of copper sulfide. The difference in Cu/S ratio for the various layers suggests that the corrosion products are not a single sulfide (for example $Cu_9S_5$), but are likely a mixture of sulfides.



Figure 18: Qualitative comparison of changes in the sulfur content relative to the copper across the corrosion layer thickness as measured by EDS (normalized to Cu peak at 8 kV) for a corroded ground wire.

Table 4: Observed range of corrosion layer thicknesses observed by SEM on cross sectioned ground wires from receptacles.

| Part No. (no. is component, R=receptacle) | Observed Thickness (microns) |
|---|---|
| 01-R | 1 - 7 |
| 14-R | 0 - 2 |
| 33-R | 2 - 18 |
| 48-R | 2 - 6 |
| 50-R | 0 - 8 |
| 52-R | 3 - 18 |

29

Ground wires and other subcomponents from the set of analyzed receptacles often showed white particles or paint on their surfaces during optical examination. Cross sections of the ground wires often cut through these particles on the surfaces of wires. EDS analyses were used to identify the elemental composition of these materials and to distinguish them from areas of corrosion product. Figure 19 shows the SEM image of a cross section that cut through a region of the wire that appears to be covered by paint. The EDS spectra in Figure 20 show the differences in composition between the darker and lighter regions that are located above (on top of) the copper wire in Figure 19. The spectrum in Figure 20 a) shows that the elemental composition of the darker contrast region consists of aluminum (Al), silicon (Si) and titanium (Ti), typical constituents of pigments or pigment extenders in paint. Figure 20 b) shows the spectrum for the light region, which consists of Cu and S, on top of the paint layer. This observation of corrosion product on top of paint indicates that the corrosion product formed after the paint was spattered on the wire surface and that it occurred after installation of the receptacle. In addition, the observation of creep corrosion supports the claim that the actual corrosion conditions were more aggressive than Battelle Class II, and likely Class III, IV or higher.



**Figure 19:** SEM cross sectional image of corroded copper ground wire, showing corrosion product growth on top of paint layer. Elements detected by EDS are shown at particular spots.