# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>David Gross, et al. v. Knauf Gips KG, et al.<br>Case No. 2:09-cv-6690 (E.D. La.) | MDL No. 09-2047<br><br>JUDGE:  FALLON<br><br>MAGISTRATE:  WILKINSON |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL AND
## REQUEST FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS

COMES NOW the undersigned law firm of Bartlit Beck Herman Palenchar & Scott LLP and hereby files this notice that William F. Hamilton of Holland & Knight LLP, whose contact information appears below, is appearing as additional counsel on behalf of Defendant Georgia-Pacific LLC.  It is respectfully requested that all future pleadings, documents, and correspondence in connection with this action be served upon Mr. Hamilton in addition to Bartlit Beck.

Respectfully submitted,

| | |
|---|---|
| s/ Carolyn J. Frantz<br>Adam L. Hoeflich, T.A.<br>Carolyn J. Frantz<br>Andrew C. Baak<br>Martha M. Pacold<br>BARTLIT BECK HERMAN<br>    PALENCHAR & SCOTT LLP<br>54 West Hubbard Street, Suite 300<br>Chicago, IL  60654<br>Telephone:  312-494-4400<br>Facsimile:  312-494-4440 | William F. Hamilton<br>HOLLAND & KNIGHT LLP<br>100 N. Tampa St., Suite 4100<br>Tampa, FL  33602<br>Phone: 813-227-8500<br>Fax: 813-229-0134 |

*Counsel for Defendant Georgia-Pacific LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing document has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12th day of February, 2010.

s/ Carolyn J. Frantz
Carolyn J. Frantz
