UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL          MDL NO. 09-2047
PRODUCTS LIABILITY LITIGATION

                                                                      **SECTION L**
                                                                       **JUDGE FALLON**
                                                                       **MG. JUDGE WILKINSON**

THIS DOCUMENT RELATES TO:

*Sean and Beth Payton, et al v. Knauf Gips KG, et al.,*
*Case No. 09-7628*
_____/

## NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that the law firm of Sachs Sax Caplan hereby enters its appearance as counsel of record for the Defendant, OAKBROOK BUILDING AND DESIGN, INC.  Please direct all future pleadings and correspondence to the undersigned.

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12th day of February, 2010.

                            SACHS SAX CAPLAN
                            Attorneys for Defendant, Oakbrook Building and Design, Inc.
                            6111 Broken Sound Parkway NW, Suite 200
                            Boca Raton, Florida 33487
                            Tele:   (561) 994-4499
                            Fax:   (561) 994-4985

                            By:  /s/     Brett A. Duker
                                    Lysa M. Friedlieb
                                    Florida Bar No. 898538
                                    lfriedlieb@ssclawfirm.com
                                    Brett A. Duker
                                    Florida Bar No. 0021609
                                    bduker@ssclawfirm.com