# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:09-cv-6687 (E.D.La.) | |

## THE PLAINTIFFS' STEERING COMMITTEE'S MEMORANDUM IN SUPPORT OF MOTION IN LIMINE (NO. 1) TO PRECLUDE THE TESIMONY OF KNAUF EXPERTS ON THE COST EFFECTIVENESS OF XRF SAMPLING AND A CORROSION GRADING SCALE ASSESSMENT AS COMPONENTS OF SELECTIVE CHINESE DRYWALL IDENTIFICATION AND REMOVAL

# FILED UNDER SEAL