UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:09-cv-6687 (E.D.La.) | |

**THE PLAINTIFFS' STEERING COMMITTEE'S MOTION IN LIMINE (NO. 2) TO PRECLUDE THE TESTIMONY OF DR. PERRICONE REGARDING CORROSION THICKNESS MEASUREMENTS AND CALCULATIONS RELATED TO SURROGATE COPPER COUPON TESTING**

NOW INTO COURT comes the Plaintiffs' Steering Committee, who upon suggesting to the Court, that as is more fully set forth in the attached Memorandum in Support, its Motion in Limine (No.2) to Preclude the Testimony of Dr. Perricone Regarding Corrosion Thickness Measurements and Calculations Related to Surrogate Copper Coupon Testing, should be granted.

1

Dated: February 12, 2010                    Respectfully submitted,


/s/ Russ M. Herman
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Stephen J. Herman, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*


**PLAINTIFFS' STEERING COMMITTEE**

| | |
|---|---|
| Dawn M. Barrios | Victor Manuel Diaz |
| Barrios, Kingsdorf & Casteix, LLP | Podhurst Orseck, P.A. |
| 701 Poydras Street, Suite 3650 | 25 Flagler Street, 8th Floor |
| New Orleans, LA 70139 | Miami, FL 33130 |
| Phone: (504) 524-3300 | Phone: (305) 358-2800 |
| Fax: (504) 524-3313 | Fax: (305) 358-2382 |
| Barrios@bkc-law.com | vdiaz@podhurst.com |

Daniel E. Becnel, Jr.  
Becnel Law Firm. LLC  
P.O. Drawer H  
106 W. Seventh Street  
Reserve, LA 70084  
Phone: (985) 536-1186  
Fax: (985) 536-6445  
dbecnel@becnellaw.com  

Jerrold Seth Parker  
Parker, Waichman, Alonso LLP  
3301 Bonita Beach Road  
Bonita Springs, FL 34134  
Phone: (239) 390-1000  
Fax: (239) 390-0055  
Jerry@yourlawyer.com  

Christopher Seeger  
Seeger Weiss, LLP  
One William Street  
New York, NY 10004  
Phone: (212) 584-0700  
Fax: (212) 584-0799  
cseeger@seegerweiss.com  

Bruce William Steckler  
Baron & Budd, P.C.  
3102 Oak Lawn Ave., Suite 1100  
Dallas, TX 75219  
Phone: (214) 521-3605  
Fax: (214) 520-1181  
bsteckler@baronbudd.com  

Ervin A. Gonzalez  
Colson, Hicks, Eidson, Colson  
 Matthews, Martinez, Gonzales,  
 Kalbac & Kane  
255 Aragon Avenue, 2nd Floor  
Cora Gables, FL 33134  
Phone: (305) 476-7400  
Fax: (305) 476-7444  
Ervin@colson.com  

Ben W. Gordon, Jr.  
Levin, Papantonio, Thomas, Mitchell  
 Echsner & Proctor, P.A.  
316 S. Baylen Street, Suite 600  
Pensacola, FL 32502  
Phone: (850) 435-7000  
Fax: (850) 435-7020  
bgordon@levinlaw.com  

Hugh P. Lambert  
Lambert and Nelson  
701 Magazine Street  
New Orleans, LA 70130  
Phone: (504) 581-1750  
Fax: (504) 529-2931  
hlambert@lambertandnelson.com  

Scott Wm. Weinstein  
Morgan & Morgan  
12800 University Drive, Suite 600  
Ft. Meyers, FL 33907  
Phone: (239) 433-6880  
Fax: (239) 433-6836  
sweinstein@forthepeople.com  

James Robert Reeves  
Lumpkin & Reeves  
160 Main Street  
Biloxi, MS 39530  
Phone: (228) 374-5151  
Fax: (228) 374-6630  
jrr@lumpkinreeves.com  

Gerald E. Meunier  
Gainsburgh, Benjamin, David, Meunier  
 & Warshauer, LLC  
2800 Energy Centre, 1100 Poydras Street  
New Orleans, LA 70163-2800  
Phone: (504) 522-2304  
Fax: (504) 528-9973  
gmeunier@gainsben.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis (On the Brief)
HAUSFELD LLP
1700 K Street, N.W Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Jeremy W. Alters
Alters, Boldt, Brown, Rash & Culmo, P.A.
4141 N.E. 2nd Avenue, Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@abbrclaw.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

**CERTIFICATE OF SERVICE**

   I hereby certify that the above and foregoing The Plaintiffs' Steering Committee's Motion *in Limine* (No. 2) to Preclude the Testimony of Dr. Perricone Regarding Corrosion Thickness Measurements and Calculations Related to Surrogate Copper Coupon Testing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 12th day of February, 2010.

              /s/ Leonard A. Davis
              Leonard A. Davis, Esquire
              Herman, Herman, Katz & Cotlar, LLP
              820 O'Keefe Avenue
              New Orleans, Louisiana 70113
              Phone: (504) 581-4892
              Fax: (504) 561-6024
              Ldavis@hhkc.com
              Plaintiffs' Liaison Counsel
              MDL 2047

              *Co-counsel for Plaintiffs*