UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:09-cv-6687 (E.D.La.) | |

THE PLAINTIFFS' STEERING COMMITTEE'S MEMORANDUM IN
SUPPORT OF MOTION IN LIMINE (NO. 2) TO PRECLUDE THE TESTIMONY
OF DR. PERRICONE REGARDING CORROSION THICKNESS
MEASUREMENTS AND CALCULATIONS RELATED TO SURROGATE
COPPER COUPON TESTING

# FILED UNDER SEAL