**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:09-cv-6687 (E.D.La.) | |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion for Leave to File Memorandum in Support of the Motion in Limine (No. 3) to Limit the Testimony of Phillip Goad, Ph.D. to Issues Relevant to Property Remediation and Property Damage, and to Preclude Other Knauf Experts From Offering New Opinions On Indoor Air Quality and Corrosion;

IT IS ORDERED BY THE COURT that the Plaintiffs' Steering Committee is granted leave of court to file the Memorandum in Support of the Motion in Limine (No. 3) to Limit the Testimony of Phillip Goad, Ph.D. to Issues Relevant to Property Remediation and Property Damage, and to Preclude Other Knauf Experts From Offering New Opinions On Indoor Air Quality and Corrosion under seal and that such remains confidential subject to further orders of this Court.

New Orleans, Louisiana this _____ day of _____, 2010.

_____
Honorable Eldon E. Fallon
U.S. District Judge