**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:09-cv-6687 (E.D.La.) | |

**THE PLAINTIFFS' STEERING COMMITTEE'S MEMORANDUM IN SUPPORT OF MOTION IN LIMINE (NO. 3) TO LIMIT THE TESTIMONY OF PHILLIP GOAD, Ph.D TO ISSUES RELEVANT TO PROPERTY REMEDIATION AND PROPERTY DAMAGE, AND TO PRECLUDE OTHER KNAUF EXPERTS FROM OFFERING NEW <u>OPINIONS ON INDOOR AIR QUALITY AND CORROSION</u>**

# FILED UNDER SEAL