**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>**Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:09-cv-6687 (E.D.La.)** | |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion for Leave to File Under Seal the Plaintiffs' Steering Committee's Response in Opposition to Knauf's Motion to Strike the Report and Preclude the Testimony of Jack Caravanos;

IT IS ORDERED BY THE COURT that the Plaintiffs' Steering Committee is granted leave of court to file the Plaintiffs' Steering Committee's Response in Opposition to Knauf's Motion to Strike the Report and Preclude the Testimony of Jack Caravanos with Exhibits under seal and that such remains confidential subject to further orders of this Court.

New Orleans, Louisiana this _____ day of _____, 2010.

_____
Honorable Eldon E. Fallon
U.S. District Judge