UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047<br><br>Section L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO CASE NO. 2:09-cv-7628** | |

**PLAINTIFFS' NOTICE OF FILING**
**PLAINTIFFS' NOTICE OF DROPPING PARTY**

Plaintiffs, DONALD AMBROISE; HEROLD and GAUTY ATHOURISTE; ERICK and JAIME BRUCE; JAIME LUNSFORD; KEN BURKMAN; ROSIE PUELLO; VERNON and LATAVIA CAREY; JUAN CARLOS CASTANEDA; JOSE and KIRIA CORA; STEVEN and KATHLEEN DIFILIPPO; GERTA DOREUS; OLGA GRANT; JOHN AND RUTH INSCO; ANTHONY AND RUTH JACKSON; C. ANDRE and JANELLE JOHNSON; KATHERINE and ANDREW KESSLER; ALDO LEON; ROCCO LIBERTELLA; LYNETTE LUNSFORD; ODETTE MYERS; RICHARD OSAIYUWU; TREVOR and KAREN PATCHING; PHARES and YOLENE POLIARD (property address 17804 S.W. 7th Street, Miramar, Florida 33029); JORGE and ELSA CHAVEZ; JERRY and MICHELLE PALAZZOLO; ANTONIO and ELIANA RAVENTOS; AHMED and CHRISTINE RINCON; JAMES and JODI ROTHMAN; EDDY ST. FORT; REGINE BAROSY; MADHAV GHANTA, and, OMER and ANNE SAINT

**ALTERS | BOLDT | BROWN | RASH | CULMO**

Miami Design District, 4141 Northeast 2nd Avenue, Suite 201, Miami, FL  33137 • Telephone: 305-571-8550  Fax: 305-571-8558 • www.abbrclaw.com

FLEUR, individually and on behalf of all others similarly situated ("Plaintiffs"), through undersigned counsel, give notice of filing the following documents:

1. Plaintiffs' Notice of Dropping Party as to G.L. Homes; and G.L. Building Corporation (Exhibit "A").

Dated: February 12, 2010                    Respectfully submitted,

By: */s Jeremy W. Alters*
Jeremy W. Alters (Fla. Bar No. 111790)
Kimberly L. Boldt (Fla. Bar No. 957399)
Robert B. Brown III (Fla. Bar No. 621609)
André G. Crenshaw (Fla. Bar No. 146439)
ALTERS | BOLDT | BROWN | RASH | CULMO
4141 NE 2nd Avenue, Suite 201
Miami, Florida  33137
(305) 571-8550 Telephone
(305) 571-8558 Facsimile
jeremy@abbrclaw.com
kimberly@abbrclaw.com
bob@abbrclaw.com
andre@abbrclaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing **PLAINTIFFS' NOTICE OF DROPPING PARTY** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this **12th day of February, 2010**.

By: */s Jeremy W. Alters*
Jeremy W. Alters (Fla. Bar No. 111790)
Kimberly L. Boldt (Fla. Bar No. 957399)

                                        Robert B. Brown III (Fla. Bar No. 621609)
                                        André G. Crenshaw (Fla. Bar No. 146439)

**ALTERS | BOLDT | BROWN | RASH | CULMO**

Miami Design District, 4141 Northeast 2nd Avenue, Suite 201, Miami, FL  33137 • Telephone: 305-571-8550  Fax: 305-571-8558 • www.abbrclaw.com