UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047<br><br>Section L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

### PLAINTIFFS' NOTICE OF DROPPING PARTY

Plaintiffs, DONALD AMBROISE; HEROLD and GAUTY ATHOURISTE; ERICK and JAIME BRUCE; JAIME LUNSFORD; KEN BURKMAN; ROSIE PUELLO; VERNON and LATAVIA CAREY; JUAN CARLOS CASTANEDA; JOSE and KIRIA CORA; STEVEN and KATHLEEN DIFILIPPO; GERTA DOREUS; OLGA GRANT; JOHN AND RUTH INSCO; ANTHONY AND RUTH JACKSON; C. ANDRE and JANELLE JOHNSON; KATHERINE and ANDREW KESSLER; ALDO LEON; ROCCO LIBERTELLA; LYNETTE LUNSFORD; ODETTE MYERS; RICHARD OSAIYUWU; TREVOR and KAREN PATCHING; PHARES and YOLENE POLIARD (property address 17804 S.W. 7th Street, Miramar, Florida 33029); JORGE and ELSA CHAVEZ; JERRY and MICHELLE PALAZZOLO; ANTONIO and ELIANA RAVENTOS; AHMED and CHRISTINE RINCON; JAMES and JODI ROTHMAN; EDDY ST. FORT; REGINE BAROSY; MADHAV GHANTA, and, OMER and ANNE SAINT

**ALTERS | BOLDT | BROWN | RASH | CULMO**

Miami Design District, 4141 Northeast 2nd Avenue, Suite 201, Miami, FL  33137 • Telephone: 305-571-8550  Fax: 305-571-8558 • www.abbrclaw.com

FLEUR, individually and on behalf of all others similarly situated, and hereby respectfully file this notice of dropping the following party from this action without prejudice:  G.L. HOMES; G.L. BUILDING CORPORATION.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing **PLAINTIFFS' NOTICE OF DROPPING PARTY** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this **5rd day of February, 2010**.

By: s/Robert B. Brown III
Jeremy W. Alters (Fla. Bar No. 111790)
Kimberly L. Boldt (Fla. Bar No. 957399)
Robert B. Brown III (Fla. Bar No. 621609)
ALTERS, BOLDT, BROWN, RASH & CULMO, P.A.
4141 NE 2nd Avenue
Suite 201
Miami, FL  33137
(305) 571-8550 phone
(305) 571-8558 fax
jeremy@abbrclaw.com
kimberly@abbrclaw.com
bob@abbrclaw.com

2

**ALTERS | BOLDT | BROWN | RASH | CULMO**

Miami Design District, 4141 Northeast 2nd Avenue, Suite 201, Miami, FL 33137 • Telephone: 305-571-8550 Fax: 305-571-8558 • www.abbrclaw.com