UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047  Section L |
| | JUDGE FALLON |
| This document relates to:  *Gross v. Knauf Gips KG, et al.*, 09-cv-6690 | MAGISTRATE JUDGE WILKINSON |

### DEFENDANT GEORGIA-PACIFIC LLC'S
### MOTION TO DISMISS UNDER FED. R. CIV. P. 8(A) AND 12(B)(6)

Defendant Georgia-Pacific LLC moves to dismiss Plaintiffs' Amended Class Action Complaint (Dkt. No. 366, Oct. 19, 2009) under Fed. R. Civ. P. 8(a) and 12(b)(6) for the reasons given in the accompanying Memorandum in support of this Motion.

Respectfully submitted,

| | |
|---|---|
| s/ Carolyn J. Frantz | William F. Hamilton |
| Adam L. Hoeflich, T.A. | HOLLAND & KNIGHT LLP |
| Carolyn J. Frantz | 100 N. Tampa St., Suite 4100 |
| Andrew C. Baak | Tampa, FL  33602 |
| Martha M. Pacold | Phone: 813-227-8500 |
| BARTLIT BECK HERMAN   PALENCHAR & SCOTT LLP | Fax: 813-229-0134 |
| 54 West Hubbard Street, Suite 300 | |
| Chicago, IL  60654 | |
| Telephone:  312-494-4400 | |
| Facsimile:  312-494-4440 | |

*Counsel for Defendant Georgia-Pacific LLC*

**CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing document has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12th day of February, 2010.

                   s/ Carolyn J. Frantz
                   Carolyn J. Frantz