UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047  Section L |
| | JUDGE FALLON |
| This document relates to:  *Gross v. Knauf Gips KG, et al.*, 09-cv-6690 | MAGISTRATE JUDGE WILKINSON |

**NOTICE OF HEARING ON DEFENDANT GEORGIA-PACIFIC LLC'S MOTION TO DISMISS UNDER FED. R. CIV. P. 8(A) AND 12(B)(6)**

Please take notice that Defendant Georgia-Pacific LLC has filed the attached Motion to Dismiss under Fed. R. Civ. P. 8(a) and 12(b)(6).  Please take further notice that the Motion will be brought on for hearing on March 10, 2010, at 9:00 AM before the Honorable Eldon E. Fallon.

Respectfully submitted,

| | |
|---|---|
| s/ Carolyn J. Frantz | William F. Hamilton |
| Adam L. Hoeflich, T.A. | HOLLAND & KNIGHT LLP |
| Carolyn J. Frantz | 100 N. Tampa St., Suite 4100 |
| Andrew C. Baak | Tampa, FL  33602 |
| Martha M. Pacold | Phone: 813-227-8500 |
| BARTLIT BECK HERMAN    PALENCHAR & SCOTT LLP | Fax: 813-229-0134 |
| 54 West Hubbard Street, Suite 300 | |
| Chicago, IL  60654 | |
| Telephone:  312-494-4400 | |
| Facsimile:  312-494-4440 | |

*Counsel for Defendant Georgia-Pacific LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing document has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12th day of February, 2010.

                                              s/ Carolyn J. Frantz
                                              Carolyn J. Frantz