# Exhibit A

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Dec 02, 2009**

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION
    Michael Swidler, et al. v. Georgia-Pacific Gypsum, LLC, et al.,   )
        M.D. Florida, C.A. No. 5:09-181                     )       MDL No. 2047

**ORDER VACATING CONDITIONAL TRANSFER ORDER**

    **Before the entire Panel**: All parties in this Middle District of Florida action (*Swidler*) move, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), to vacate our order conditionally transferring the action to the Eastern District of Louisiana for inclusion in MDL No. 2047.  Plaintiffs' liaison counsel in MDL No. 2047 opposes the motions to vacate.

    After considering all argument of counsel, we will grant the motions to vacate.  The drywall at issue in the *Swidler* action is not from China and is not manufactured or distributed by the same entities named as defendants in MDL No. 2047.  Given these differences, much of the discovery in MDL No. 2047 will not apply to the *Swidler* action.  Moreover, all parties to the action oppose transfer.  Accordingly, we conclude that inclusion of this action in MDL No. 2047 would not serve the convenience of the parties and witnesses or promote the just and efficient conduct of the litigation.  *See* 28 U.S.C. § 1407(a).

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-3" is vacated insofar as it relates to this action.

PANEL ON MULTIDISTRICT LITIGATION

_____
John G. Heyburn II
Chairman

Robert L. Miller, Jr.         Kathryn H. Vratil
David R. Hansen            W. Royal Furgeson, Jr.
Frank C. Damrell, Jr.        David G. Trager