# Exhibit B



# MDL-2047 Chinese-Manufactured Drywall Products Liability Litigation

Hon. Eldon E. Fallon
United States District Court
Eastern District of Louisiana

500 Poydras Street, Room C-456
New Orleans, LA 70130
(504) 589-7545
Fax: (504) 589-6966

Home | Orders Minute Entries | Calendar | Reports | Contacts | Transcripts | FAQs

**Introduction**

Electronic Servicing
Local Rules
ECF / PACER
MDL Manual
MDL Panel
Court Website
Court Location
Disclaimer

## Chinese Drywall Markings: Photographic Examples
*Last Updated: September 23, 2009*

**Chinese Drywall Markings Index**

| No. | Chinese Manufactured Drywall |
|---|---|
| 1 | Bedrock Gypsum |
| 2 | Beijing New Building Materials PLC (BNBM) |
| 3 | C&K Gypsum |
| 4 | Crescent City Gypsum |
| 5 | Dragon Brand Drywall |
| 6 | IMG Drywall |
| 7 | International Materials Trading (IMT) Gypsum |
| 8 | Knauf Dongguan |
| 9 | Knauf Tianjin |
| 10 | Knauf WuHu |
| 11 | Pro Wall |
| 12 | Taihe |
| 13 | Taian Taishan |
| 14 | Taishan |
| 15 | Unknown |
| 16 | Unknown |
| 17 | Unknown |
| 18 | Unknown |
| 19 | Unknown |
| 20 | Unknown |
| 21 | Unknown |
| 22 | Unknown |

| No. | |
|---|---|
| 23 | Unknown |
| 24 | Unknown |
| 25 | Unknown |
| 26 | Venture Supply Inc.  (Tajhe/Taihe) |
| **No.** | **Non-Chinese Manufactured Drywall** |
| 27 | Georgia Pacific |
| 28 | Lafarge |
| 29 | National Gypsum |
| 30 | USG |
| **No.** | **Drywall From Unknown Origins** |
| 31 | Pro-Roc |
| 32 | Unknown |
| 33 | Unknown (Palatka, FL) |
| 34 | Unknown |
| 35 | Unknown |



