UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re:  CHINESE-MANUFACTURED            MDL Docket No. 2047
        DRYWALL PRODUCTS
        LIABILITY LITIGATION                    Section L

                                        JUDGE FALLON

This document relates to:  *Gross v. Knauf*
*Gips KG, et al.*, 09-cv-6690            MAGISTRATE JUDGE WILKINSON

**REQUEST FOR ORAL ARGUMENT ON DEFENDANT GEORGIA-PACIFIC LLC'S
MOTION TO DISMISS UNDER FED. R. CIV. P. 8(A) AND 12(B)(6)**

Defendant Georgia-Pacific LLC requests oral argument on its Motion to Dismiss under

Fed. R. Civ. P. 8(a) and 12(b)(6) filed simultaneously and noticed for the Court's motion docket

on March 10, 2010, at 9:00 AM.

Respectfully submitted,

s/ Carolyn J. Frantz                    William F. Hamilton
Adam L. Hoeflich, T.A.                  HOLLAND & KNIGHT LLP
Carolyn J. Frantz                       100 N. Tampa St., Suite 4100
Andrew C. Baak                          Tampa, FL  33602
Martha M. Pacold                        Phone: 813-227-8500
BARTLIT BECK HERMAN                     Fax: 813-229-0134
  PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL  60654
Telephone:  312-494-4400
Facsimile:  312-494-4440

*Counsel for Defendant Georgia-Pacific LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12th day of February, 2010.

s/ Carolyn J. Frantz
Carolyn J. Frantz