FILED '09 MAY 21 14:06 USDC-LAE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANGELES P. BLALOCK, DONALD FISHER, NADJA FISHER, WILLIAM METHVIN, and DEBORAH METHVIN <br>                    Plaintiffs, <br><br> VERSUS <br><br> INTERIOR/EXTERIOR BUILDING SUPPLY, L.P., ET AL. <br>                    Defendants. | CIVIL ACTION NO. 09-3608 <br><br> SECTION   SECT. J MAG. 1 <br><br> MAGISTRATE |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### RULE 12(b)(6) MOTION TO DISMISS, and RULE 12(e) MOTION FOR MORE DEFINITE STATEMENT

Defendant, Interior/Exterior Building Supply, L.P., moves to dismiss Plaintiffs' claims of negligence, negligent and/or intentional misrepresentation, exemplary, punitive and/or other damages, relief to reduce threat of future harm, fraudulent concealment, fraudulent misrepresentation, intentional/negligent infliction of emotional distress, breach of express warranty, breach of implied warranty of merchantability, and for actions to defraud, misrepresent, and deceive Plaintiffs, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, on the ground that Plaintiffs' Class Action Petition for Damages fails to state a claim upon which relief can be granted against this Defendant, to the extent the claims are not allowed

- 2 -

under the Louisiana Products Liability Act. Additionally, the Defendant moves the Court to compel Plaintiffs to make a more definite statement in their pleadings, pursuant to Rule 12(e) of the Federal Rules of Civil Procedure. The grounds supporting this motion are more fully explained in the attached memorandum.

THE AUBERT LAW FIRM

BY: _____
CHRISTOPHER J. AUBERT, T.A.
Louisiana State Bar Association Number 14057
DAVID M. GOLD
Louisiana State Bar Association Number 24720
506 E. Rutland Street
Covington, Louisiana 70433
Telephone: (504) 809-2000
Facsimile:  (504) 809-2001
ATTORNEYS FOR INTERIOR/EXTERIOR BUILDING SUPPLY, L.P.

- 3 -

## CERTIFICATE OF SERVICE

I certify that a copy of this Rule 12(b)(6) Motion to Dismiss, and Rule 12(e) Motion for More Definite Statement has been served on the following counsel by United States mail, postage prepaid and properly addressed, this 21st day of May 2009:

>Scott R. Bickford, Esquire
>Lawrence J. Centola, III, Esquire
>Roshawn H. Donahue, Esquire
>MARTZELL & BICKFORD
>338 Lafayette Street
>New Orleans, Louisiana  70130
>ATTORNEYS FOR PLAINTIFFS

_____
DAVID M. GOLD