UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANGELES P. BLALOCK, DONALD FISHER, NADJA FISHER, WILLIAM METHVIN, and DEBORAH METHVIN<br>　　　　Plaintiffs, | * * * * * | CIVIL ACTION NO.: **09-3608**<br>SECTION<br>MAGISTRATE **SECT. J MAG. 1** |
| VERSUS | * * | |
| INTERIOR/EXTERIOR BUILDING SUPPLY, L.P., ET AL.<br>　　　　Defendants. | * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF HEARING

PLEASE TAKE NOTICE that Defendant, Interior/Exterior Building Supply, L.P., and Interior/Exterior Enterprises, L.L.C., will bring its Rule 12(b)(6) Motion to Dismiss, and Rule 12(e) Motion for More Definite Statement on for hearing before the United States District Court, Eastern District of Louisiana, 500 Poydras Street • Room C151, New Orleans, Louisiana, Section "J," Magistrate _____, on the 10th day of June, 2009, at 9:30 o'clock A .m.

New Orleans, Louisiana, this 21st day of May, 2009.

_____
J U D G E