# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ANGELES BLALOCK, et al.** | * | **CIVIL ACTION NO. 09-3608** |
| | * | |
| **VERSUS** | * | |
| | * | |
| **INTERIOR/EXTERIOR** | * | |
| **BUILDING SUPPLY, et al.** | * | **SEC. J, MAG. 1** |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO REMAND

Plaintiff, Putative Class Plaintiffs, moves this Honorable Court to remand this case to the Civil District Court for the Parish of Orleans. For the reasons fully discussed in the accompanying memorandum in support, Putative Class Plaintiffs pray that the motion be granted.

Respectfully submitted,

**MARTZELL & BICKFORD, A.P.C.**

/S/ *Lawrence J. Centola, III*
**SCOTT R. BICKFORD T.A. (#1165)**
**LAWRENCE J. CENTOLA, III (#27402)**
**SPENCER R. DOODY (#27795)**
**NEIL F. NAZARETH (#28969)**
**ROSHAWN DONAHUE (#30905)**
338 Lafayette Street
New Orleans, Louisiana 70130
(504) 581-9065
(504) 581-7635 (facsimile)

**ATTORNEYS FOR PUTATIVE CLASS PLAINTIFFS**

1

**CERTIFICATE OF SERVICE**

_____I hereby certify that on the 2nd day of June 2009, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to the following:

Chris Aubert

David Michael Gold

.

/S/ *Lawrence J. Centola, III*
_____