**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **ANGELES BLALOCK, et al.** | * | **CIVIL ACTION NO. 09-3608** |
| | * | |
| **VERSUS** | * | |
| | * | |
| **INTERIOR/EXTERIOR** | * | |
| **BUILDING SUPPLY, et al.** | * | **SEC. J, MAG. 1** |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>NOTICE OF HEARING</u>

**PLEASE TAKE NOTICE,** that Putative Class Plaintiffs shall bring the foregoing Motion to Remand for hearing on June 24, 2009 at 10:00 a.m.

1