


# Louisiana Secretary of State
## COMMERCIAL DIVISION
### Corporations Database

*Louisiana Secretary of State*
*Detailed Record*

Charter/Organization ID: 35147409J

Name: INTERIOR/EXTERIOR BUILDING SUPPLY, LIMITED PARTNERSHIP

Type Entity: Partnership

Status: Active

Last Report Filed on 09/18/2008

Mailing Address: 727 S. CORTEZ ST., NEW ORLEANS, LA 70119

Domicile Address: 727 S. CORTEZ ST., NEW ORLEANS, LA 70119

Registered: 09/26/2001

General Partner: INTERIOR/EXTERIOR ENTERPRISES, L.L.C., 727 S. CORTEZ ST., NEW ORLEANS, LA 70119

Limited Partner: SOUTH CORTEZ, L.L.C., 727 S. CORTEZ ST., NEW ORLEANS, LA 70119

[ New Search ]  [ View Cart ]




# Louisiana Secretary of State
## COMMERCIAL DIVISION
### Corporations Database

*Louisiana Secretary of State*
*Detailed Record*

Charter/Organization ID: 35147413K

Name: INTERIOR/EXTERIOR ENTERPRISES, L.L.C.

Type Entity: Limited Liability Company

Status: Active

Annual Report Status: In Good Standing    **Add Certificate of Good Standing to Shopping Cart**

Last Report Filed on 08/19/2008

Mailing Address: CLAYTON C. GEARY, 727 S. CORTEZ ST., NEW ORLEANS, LA 70119

Domicile Address: 727 S. CORTEZ ST., NEW ORLEANS, LA 70119

File Date: 09/26/2001

Registered Agent (Appointed 9/26/2001): CLAYTON C. GEARY, 727 S. CORTEZ ST., NEW ORLEANS, LA 70119

Member: CLAYTON C. GEARY, 727 S. CORTEZ ST., NEW ORLEANS, LA 70119

Member: JAMES F. GEARY, 727 S. CORTEZ ST., NEW ORLEANS, LA 70119

Member: CYRIL P. GEARY, III, 639 N. DUPRE ST., NEW ORLEANS, LA 70119

[ New Search ]  [ View Cart ]