UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| SEAN and BETH PAYTON, et al., | * | MAG. JUDGE WILKINSON |
| vs. | * | |
| KNAUF GIPS KG; et al. | * | |
| CASE NO. 2:09-CV-7628 | * | |

* * * * * * * * * * * * * * * * * * *

## ORDER

**CONSIDERING** the Ex Parte Consent Motion for Extension of Time of Lowe's Home Centers, Inc.,

**IT IS HEREBY ORDERED** that the motion is GRANTED and that the deadline for Lowe's Home Centers, Inc. to file a responsive pleading in this case is extended until March 29, 2010.

New Orleans, Louisiana, this 12th day of February, 2010.

_____
U.S. District Court Judge