UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *   MDL No. 2:09-md-02047 <br> * <br> * <br> * <br> *   JUDGE FALLON |
| **This document relates to:** | * <br> * |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust <br> VERSUS <br> AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ET AL **(2:09-cv-07791)** (E.D. La.) | * <br> *   MAGISTRATE WILKINSON <br> * <br> * <br> * <br> * <br> * |

*********************************************

### CONSENT MOTION FOR EXTENSION OF TIME

**NOW INTO COURT**, through undersigned counsel, come Defendants, CHARTIS SPECIALTY INSURANCE COMPANY (formerly known as American International Specialty Lines Insurance Company) ("Chartis") and LEXINGTON INSURANCE COMPANY ("Lexington"), who with a full reservation of its rights and without waiving any objections, defenses or motions, respectfully move this Honorable Court for an extension of time within which to file responsive pleadings in this matter, up to and including February 24, 2010.

1.

Undersigned counsel was contacted by opposing counsel, Anna Piazza, on behalf of Plaintiff, who offered this further extension; thus, the further extension of time is by consent.

2.

Pursuant to Local Rule 7.9E, undersigned counsel avers that this Honorable Court has previously granted Chartis' and Lexington's prior *Ex Parte* Motion for Extension of Time, which granted Chartis and Lexington through February 15, 2010, for the purpose of filing responsive pleadings.

3.

With the filing of this Motion, Chartis and Lexington are appearing specially, with a reservation of any and all rights, defenses and objections, including, without limitation, the right to object to and/or move to transfer venue and to object to consolidation with and/or inclusion in the MDL proceeding.

**WHEREFORE,** Defendants, Chartis and Lexington, respectfully request that this Honorable Court issue an Order granting it an extension of time within which to file responsive pleadings in this matter, up to and including February 24, 2010.

Respectfully submitted:

s/Erin Fury Parkinson
**ERIN FURY PARKINSON, T.A.  (# 22549)**
**JOSE L. BARRO, III   (# 30857)**
**SARAH J. MURPHY  (#31893)**
MCGLINCHEY STAFFORD, PLLC
601 Poydras Street, 12th Floor
New Orleans, Louisiana  70130
Telephone:  (504) 586-1200
Facsimile:  (504) 910-9539
E-mail:   eparkinson@mcglinchey.com
             jbarro@mcglinchey.com
             smurphy@mcglinchey.com

*Of Counsel:*

**WARREN LUTZ**
**PAUL D. SMOLINSKY**
JACKSON & CAMPBELL, P.C.
1120 20th Street, N.W.
Suite 300 South
Washington, D.C.   20036
Phone:  (202) 457-1600
Facsimile:  (202) 457-1678
E-mail:   wlutz@jackscamp.com
             psmolinsky@jackscamp.com

**Attorneys for Defendants:**
**CHARTIS SPECIALTY INSURANCE COMPANY (**formerly known as  American International Specialty Lines Insurance Company) **and LEXINGTON INSURANCE COMPANY**

3

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing "*Consent Motion for Extension of Time*" has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United states District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 15th day of February, 2010.

s/Erin Fury Parkinson
**ERIN FURY PARKINSON, T.A.  (# 22549)**
**JOSE L. BARRO, III   (# 30857)**
**SARAH J. MURPHY  (#31893)**
MCGLINCHEY STAFFORD, PLLC
601 Poydras Street, 12th Floor
New Orleans, Louisiana  70130
Telephone:  (504) 586-1200
Facsimile:  (504) 910-9539
E-mail:  eparkinson@mcglinchey.com
            jbarro@mcglinchey.com
            smurphy@mcglinchey.com