UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ADA BROWN WIFE OF/AND | * | NO. 10-00130 |
| HILLARY BROWN | * | |
| | * | JUDGE FALLON |
| VERSUS | * | |
| | * | MAG. WILKINSON |
| LIBERTY MUTUAL FIRE INSURANCE, CO. | * | |
| TALLOW CREEK, L.L.C., | * | MDL NO. 2047 |
| SOUTHERN HOMES, L.L.C., ET AL. | * | |

******************************************************************************

## MOTION TO REMAND

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Ada Brown, Wife of/and Hillary Brown ("Brown"), who submits the following Motion to Remand this matter to 22nd Judicial District State Court of Louisiana. Plaintiff originally filed a Petition for Breach of Contract, Warranty and Damages in State Court naming several Defendants some of which are currently known and others, which are not. As discussed in the accompanying Memorandum, this case presents a dispute between a homeowner and his builder, seller, supplier, homeowner insurer and any of the liability insurers for any other parties to date unknown.

The Defendant has improperly Removed this case alleging Diversity jurisdiction as per 28. U.S.C. § 1332. Although, the jurisdictional amount will exceed the required amount, diversity is improper because at least one of the defendants is domiciled in Louisiana, the same

state of domicile as the Plaintiff.   Tallow Creek LLC and Southern Homes LLC are Louisiana entities, with its principal place of business and at all relevant times doing business in Louisiana, thus striking diversity.

Liberty Mutual's argument that they should be severed from the action to ignore the domicile of the other Defendants is flawed.   Severance of Liberity Mutual is not appropriate, and would substantially injure the Plaintiffs.

Plaintiff prays that this Court remand the proceedings back to the state court where forum is proper.

Respectfully Submitted,

 s/ Scott G. Wolfe, Jr.
WOLFE LAW GROUP, LLC
Scott G Wolfe Jr. (30122)
Seth J. Smiley (32693)
4821 Prytania Street
New Orleans, LA 70115
504-894-9653
Fax: 866-761-8934
http://www.wolfelaw.com
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**
I hereby certify that a copy of the foregoing pleading has been served on all counsel of record to this proceeding through the CM/ECF system that will send notice of an electronic filing to all counsel of record, and sent to same counsel via US First Class Mail postage prepaid or facsimile transmission, this 16 day of February, 2010.

s/ Scott G. Wolfe, Jr.
SCOTT G. WOLFE