UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ADA BROWN WIFE OF/AND<br>HILLARY BROWN | * <br> * <br> * | NO. 10-00130 <br><br> JUDGE FALLON |
| VERSUS | * <br> * | <br> MAG. WILKINSON |
| LIBERTY MUTUAL FIRE INSURANCE, CO.<br>TALLOW CREEK, L.L.C.,<br>SOUTHERN HOMES, L.L.C., ET AL. | * <br> * <br> * | <br> MDL NO. 2047 <br> |

*************************************************************************

### **NOTICE OF HEARING**

Considering the foregoing Motion to Remand,

Plaintiffs, Ada Brown Wife of/and Hillary Brown hereby provides notice of all parties that the foregoing motion has been scheduled for hearing on the _____ day of _____, 2010 at _____ am / pm.

Respectfully Submitted,

s/ Scott G. Wolfe, Jr.
WOLFE LAW GROUP, LLC
Scott G Wolfe Jr. (30122)
Seth J. Smiley (32693)
4821 Prytania Street
New Orleans, LA 70115
504-894-9653 * Fax: 866-761-8934
http://www.wolfelaw.com
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**
I hereby certify that a copy of the foregoing pleading has been served on all counsel of record to this proceeding through the CM/ECF system that will send notice of an electronic filing to all counsel of record, and sent to same counsel via US First Class Mail postage prepaid or facsimile transmission, this 16 day of February, 2010.

s/ Scott G. Wolfe, Jr.
SCOTT G. WOLFE