*Law Association No. FX-1374*
*Judicial Association No. SX-1363*
-1729

# TIANJIN CITY NO. 1 INTERMEDIATE PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Tianjin City No. 1 Intermediate People's Court]

| Cause No. | Product Liability Indemnification | Cause of Action | Law Association No. (2009) 1374 Law Association No. (2009) 1657 |
|---|---|---|---|
| Document Served and Number | 1. Summary of Documents served, one copy<br>2. Summons, one copy<br>3. Complaint, one copy | | 4. Document, one copy<br>5. Law Assoc. No. (2009) 1657 Court Transfer Oder, one copy |
| Recipient (Unit) | Knauf Plasterboard (Tianjin) Co., Ltd. | | |
| Address for Service | This Court. | | |
| Recipient Signature or Seal | [Signature] Wang, Lan<br>[Seal] Knauf Plaster Board (Tianjin) Co., Ltd.<br>November 29, 2009 | | |
| Recipient in substitution and reason(s) | | | Month   Date   Year |
| Notes | | | |

Issuer: Bai, Yun Zhi                                                  Servers:

Note:
(1) The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2) In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.

Case Name: Whitfield v. Knauf Gips KG
Defendant: Knauf Plasterboard Tianjin Co., Ltd.
Court Case No.: 2:09-md-02047; 2:09-cv-4324

SX-09-1729

# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* __November 29th, 2009__
   - at (place, street, number)
   - *à (localité, rue numéro)* __the First Intermediate People's Court of Tianjin, China__

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*

   [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
       a) *selon les formes légales (article 5, alinéa premier, lettre a).*
   [ ] (b) in accordance with the following particular method*:
       b) *selon la forme particulière suivante:* _____
   [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
       c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* __Wang Somebody__

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* __not mentioned.__

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*

_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Class Action Complaint, Summons in a Civil Action, Conditional Transfer Order (CTO-1), Civil Cover Sheet, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____

Done at __Beijing__, the __07/01, 2010__
*Fait à*, *le*
Signature and/or stamp.
*Signature et/ou cachet.*

[Stamp: 中华人民共和国 司法部 司法协助专用章]

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

---

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisianna

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota  55439-3122<br>U.S.A.<br>Tel. 952.831.7776      Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | **DIVISION OF JUDICIAL ASSISTANCE**<br>**Ministry of Justice**<br>**No.10, Chaoyangmen, Nandajie**<br>**Chaoyang District**<br>**Beijing**<br><br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(*identité et adresse*)    Knauf Plasterboard Tianjin Co., Ltd.
North Yinhe Bridge, East Jingjin Road,  Beichen District, Tianjin 300400 P.R., China
Tel:

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     a)  *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     b)  *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    c)  *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

| | |
|---|---|
| Class Action Complaint<br>Summons in a Civil Action<br>Conditional Transfer Order (CTO-1)<br>Civil Cover Sheet<br>Translations<br>Summary of the Documents to be Served | Done at<br>*Fait à* Minneapolis, Minnesota, U.S.A.  , the<br>, *le* 10/6/09<br><br>Signature and/or stamp.<br>*Signature et/ou cachet.*  |

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,      USM-94
both of which may still be used)                    (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

天津市第一中级人民法院

# 送 达 回 证

FX-1374
SX-1363
1729

| 案　由 | 产品质量损害赔偿 | 案号 | 法协(2009) 1374号<br>( )字第 号<br>法协(2009)1657号 |
|---|---|---|---|
| 送达文书<br>名称和件数 | 1. 被送达文书概览各壹份<br>2. 传票各壹份<br>3. 诉状各壹份 | | 4. 文书各壹份<br>5. 法协(2009)1657号<br>法院移送令壹份 |
| 受送达人 | 可耐福石膏板天津有限公司 | | |
| 送达地址 | 本院 | | |
| 受送达人<br>签名或盖章 | (盖章：可耐福石膏板(天津)有限公司 KNAUF PLASTER BOARD TIANJIN CO.,LTD.) 2009年11月27日 | | |
| 代收人及<br>代收理由 | | 年 月 日 | |
| 备　考 | | | |

填发人 (签名)　　　　　　　　　　　　送达人

注：①送达刑事诉讼文书，按照刑事诉讼法第五十七条的规定办理；送达民事、行政诉讼文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
②代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理由。