# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

In re: **CHINESE-MANUFACTURED**    *    **MDL Docket No. 2047**
       **DRYWALL PRODUCTS**      *
       **LIABILITY LITIGATION**     *    **SECTION L**
       *
       *    **JUDGE FALLON**
       *
       *    **MAG. JUDGE WILKINSON**
       *
       *
       *

* * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, **Case No. 2:09-cv-6687 (E.D.La.)**

## NOTICE OF HEARING

      PLEASE TAKE NOTICE that Intervenor Knauf Plasterboard (Tianjin) Co.,. Ltd, appearing through undersigned counsel, will bring the foregoing Motion in *Limine* (No. 1) to Exclude Testimony and Opinions that Electrical Equipment May fail as a Result of Chinese Drywall on for hearing before the Honorable Eldon E. Fallon, Section "E",  of the United States District Court, Eastern District of Louisiana, located at 500 Poydras Street, New Orleans,  Louisiana on the 18th day of February, 2010 beginning at 2:00 o'clock, p.m. or as soon thereafter as counsel can be heard.

                  Respectfully submitted,

                  BY:  s/Douglas B. Sanders

                  KERRY J. MILLER (#24562)
                  KYLE A. SPAULDING (#29000)
                  PAUL C. THIBODEAUX (#29446)
                  **FRILOT L.C.**
                  1100 Poydras Street
                  Suite 3700
                  New Orleans, LA 70163
                  Telephone: (504)599-8194
                  Facsimile:  (504)599-8145
                  Email: kmiller@frilot.com

-AND-

DONALD J. HAYDEN (FL Bar No. 0097136)
**BAKER & MCKENZIE LLP**
Mellon Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL 33131
Telephone:      (305) 789-8966
Facsimile:       (305) 789-8953
Email:  donald.j.hayden@bakernet.com

DOUGLAS B. SANDERS (IL Bar No. 6256621)
RICHARD M. FRANKLIN (IL Bar No. 0864390)
**BAKER & MCKENZIE LLP**
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL 60601
Telephone:      (312) 861-8075
Facsimile:       (312) 698-2375
Email:  douglas.b.sanders@bakernet.com

## CERTIFICATE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this 17th day of February, 2010.

s/Douglas B. Sanders