UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL No. 2047<br>*<br>* SECTION: "L" |
| THIS DOCUMENT RELATES TO: | * |
| SEAN AND BETH PAYTON, et al., | * JUDGE FALLON |
| vs. | * |
| KNAUF GIPS KG, et al.. | * MAG. JUDGE WILKINSON |
| CASE NO. 2:09-CV-7628 | * |

* * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, subject to all reservation of rights and without waiver of any defenses, **Carmelite M. Bertaut** and **Jackie M. McCreary,** Stone Pigman Walther Wittmann L.L.C., 546 Carondelet Street, New Orleans, LA 70130, 504-581-3200, cbertaut@stonepigman.com and jmccreary@stonepigman.com, hereby enter their appearance as counsel of record for Defendant The Home Depot U.S.A., Inc. in the captioned matter. Please update and add undersigned counsel to all your service and distribution lists in this case.

    Respectfully submitted,

    */s/Carmelite S. Bertaut*
    Carmelite S. Bertaut, 3054
      cbertaut@stonepigman.com
    Jackie M. McCreary, 28676
      jmccreary@stonepigman.com
    STONE PIGMAN WALTHER WITTMANN L.L.C.
    546 Carondelet Street
    New Orleans, Louisiana 70130
    Phone: 504-581-3200
    Fax:   504-581-3361

    *Counsel for The Home Depot, U.S.A., Inc.*

-2-

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Appearance has been served on Liaison Counsel by e-mail and upon all Chinese Dry Wall parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 6, on this 17th day of February, 2010.

I further certify that the above and foregoing Notice of Appearance was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 17th day of February, 2010.

*/s/Carmelite M. Bertaut*