PSC Trial Exhibits

Germano et al. v. Taishan Gypsum

| Exhibit | Begin Range | End Range | Description |
|---|---|---|---|

# P1: General Exhibits

| Exhibit | Begin Range | End Range | Description |
|---|---|---|---|
| P1.0017 | | | Expert Report of Morse, Roger G. (Dec. 30, 2009), Environmental Control System, Implementation and Costs, excerpts only |
| P1.0019 | P1.0019-0001 | P1.0019-0005 | CPSC "51-home study:" Saltzman, Lori E. (Nov. 23, 2009), Summary of Contractor's Indoor Air Quality Assessment of Homes Containing Chinese Drywall, CPSC press release describing EH&E report. |
| P1.0019 | P1.0019-0006 | P1.0019-0161 | EH&E (Nov. 18, 2009), Draft Final Report on an Indoor Environmental Quality Assessment of Residences Containing Chinese Drywall |
| P1.0019 | P1.0019-0162 | P1.0019-0190 | EH&E (Aug. 10, 2009), Quality Assurance Project Plan, Indoor Air Quality Assessment of Residences Containing Chinese Drywall |
| P1.0055 | P1.0055-0001 | P1.0055-0008 | Declaration of Ronald Bailey (Jan. 26, 2010) |
| P1.0060 | P1.0060-0001 | P1.0060-0026 | CPSC, Gill, Mark and Trotta, Andrew (Nov. 23, 2009), Interim Report on the Status of the Analysis of Electrical Components Installed in Homes with Chinese Drywall, draft report |
| P1.0060 | P1.0060-0027 | P1.0060-0066 | Sandia: Glass, S. Jill et al. (Nov. 2009), Interim Report of the Analysis of Corrosion Products on Harvested Electrical Components |
| P1.0079 | P1.0079-0002 | P1.0079-0006 | Norris, Mark (Nov. 29, 2006), Letter to Salomon Abadi/ Rothchilt International Ltd. re: Shipment of Plasterboard Under Contract EX-USA-20060313 |
| P1.0091 | P1.0091-0001 | P1.0091-0036 | IEC International Standard 654-4, 1st ed. (1987), Operating Conditions for industrial-process measurement and control equipment; Part 4 corrosive and errosive influences (International Electrotechnical Commission) |
| P1.0176 | P1.0176-0001 | P1.0176-0022 | ISA Standard-S71.04-1985 (Feb. 3, 1986), Environmental Conditions For Process Measurement and Control Systems:  Airborne Contaminants |
| P1.1795 | P1.1795-0001 | P1.1795-0026 | ASHRAE Standard 62.2-2004 (2004), Ventilation and Acceptable Indoor Air Quality in Low-Rise Residential Buildings |
| P1.1796 | P1.1796-0001 | P1.1796-0020 | ASHRAE Standard 160-2009 (Jan. 24, 2009), Criteria for Moisture-Control Design Analysis in Buildings (including errata sheet) |
| P1.1798 | P1.1798-0001 | P1.1798-0007 | Lyon, Edward G. (Feb. 2010), Curriculum vitae |
| P1.1799 | P1.1799-0001 | P1.1799-0003 | ASHRAE Standard 90.2-2004 (2004), Energy-Efficient Design of Low-Rise Residential Buildings |
| P1.1800 | P1.1800-0001 | P1.1800-0003 | Announcement on Change in the Name of a Subsidiary Company Controlled by Beijing New Building Material Public Co., Ltd. (Sept. 10, 2007), press release by Beijing New Building Material Public Co., Ltd. announcing change of name from Shandong Taihe Dongxin Co., Ltd. to Taishan Gypsum Co., Ltd. |
| P1.1801 | P1.1801-0001 | P1.1801-0004 | Translation of Excerpts in BNBM Annual Reports from 2006-2008 (Feb. 3, 2010), documenting relationship between entities |
| P1.1801 | P1.1801-0005 | P1.1801-0112 | Beijing New Building Material Public Co., Ltd. (2006), Annual Report |

PSC Trial Exhibits

Germano et al. v. Taishan Gypsum

| Exhibit | Begin Range | End Range | Description |
|---|---|---|---|
| P1.1801 | P1.1801-0113 | P1.1801-0228 | Beijing New Building Material Public Co., Ltd. (2007), Annual Report |
| P1.1801 | P1.1801-0229 | P1.1801-0230 | Translation re BNBM Annual 2007 Name Change |
| P1.1801 | P1.1801-0231 | P1.1801-0349 | Beijing New Building Material Public Co., Ltd. (2008), Annual Report |
| P1.1802 | P1.1802-0001 | P1.1802-0112 | Production of e-mails, shipping manifests, contracts, correspondence, and other documents from Venture Supply/Porter Blaine and Taishan concerning Virginia shipments |
| P1.1803 | P1.1803-0001 | P1.1803-0145 | Photographs of Beazer Corporation remediation project taken under the direction of Richard Serpe (Feb. 2, 2010) |
| P1.1804 | P1.1804-0001 | P1.1804-0003 | CPSC (Oct. 29, 2009), Report on Interagency Task Force on Chinese Drywall, Executive Summary of Release of Initial Chinese Drywall |
| P1.1804 | P1.1804-0004 | P1.1804-0055 | CPSC, Garland, Sarah E. and Greene, Michael A. (Oct. 28, 2009), Statistical Analysis of the Chemical Screening of a Small Sample of Unused Chinese and non-Chinese Drywall |
| P1.1804 | P1.1804-0056 | P1.1804-0090 | CPSC, Babich, Michael et al. (Oct. 2009), CPSC Staff Preliminary Evaluation of Drywall Chamber Test Results |
| P1.1804 | P1.1804-0091 | P1.1804-0523 | CPSC, 10 Home Study of Indoor Air (Oct. 2009) |
| P1.1806 | P1.1806-0001 | P1.1806-0014 | ASTM G 16 (2004), Standard Guide for Applying Statistics to Analysis of Corrosion Data |
| P1.1807 | P1.1807-0001 | P1.1807-0018 | ASTM B 280-03 (2003) and ASTM B 280-08 (2008), Standard Specification for Seamless Copper Tube for Air Conditioning and Refrigeration Field Service |
| P1.1808 | P1.1808-0001 | P1.1808-0007 | ASTM G 46-94 (1999), Standard Guide for Examination and Evaluation of Pitting Corrosion |
| P1.1809 | P1.1809-0001 | P1.1809-0047 | HUD (1997), Chapter 7: Lead-Based Paint Inspection, book chapter in Guidelines for the Evaluation and Control of Lead-Based Paint Hazards in Housing, by U.S. Dept. of Hous. and Urban Dev. |
| P1.1810 | P1.1810-0001 | P1.1810-0049 | EPA and HUD (various dates), set of Performance Characteristic Sheets for various models of XRF measurement devices |
| P1.1811 | P1.1811-0001 | P1.1811-0005 | Virginia Construction Code (2003), excerpts |
| P1.1812 | P1.1812-0001 | P1.1812-0001 | Virginia Uniform Statewide Building Code "USBC" (2000), excerpts |
| P1.1813 | P1.1813-0001 | P1.1813-0044 | UL 719, Nonmetallic Sheathed Cables (Feb. 9, 2006) |
| P1.1814 | P1.1814-0001 | P1.1814-0010 | International Residential Code for One- and Two- Family Dwellings (2000), excerpts |
| P1.1815 | P1.1815-0001 | P1.1815-0004 | National Electric Code (2002), excerpts |
| P1.1816 | P1.1816-0001 | P1.1816-0004 | National Electric Code (1999), excerpts including Article 336 |
| P1.1817 | P1.1817-0001 | P1.1817-0009 | International Residential Code for One- and Two- Family Dwellings (2003), excerpts |

PSC Trial Exhibits
Germano et al. v. Taishan Gypsum

| Exhibit | Begin Range | End Range | Description |
|---|---|---|---|
| P1.1818 | P1.1818-0001 | P1.1818-0005 | ASTM B 3-01 (Mar. 15, 2007), Standard Specification for Soft or Annealed Copper Wire |
| P1.1819 | P1.1819-0001 | P1.1819-0003 | NFPA 921 (2008), Guide for Fire and Explosion Investigations, Excerpts |
| P1.1820 | P1.1820-0001 | P1.1820-0001 | National Electric Code (1999), excerpts including Article 110 |
| P1.1821 | P1.1821-0001 | P1.1821-0004 | Beazer repair items list (Feb. 2010) |
| P1.1822 | P1.1822-0001 | P1.1822-0160 | Lennar remediation photos, taken by SGH |
| P1.1823 | P1.1823-0001 | P1.1823-0003 | ASTM C 35-01 (2005), Standard Specification for Inorganic Aggregates for Use in Gypsum Plaster |
| P1.1824 | P1.1824-0001 | | FRE 1006 Summary of Screening Data for Virginia Homes |
| P1.1826 | P1.1826-0001 | P1.1826-0007 | ASTM C 1396 (Nov. 1, 2006), Standard Specification for Gypsum Board |
| P1.1827 | P1.1827-0001 | P1.1827-0001 | ASTM C 1264 (May 1, 2005), Standard Specification for Sampling, Inspection, Rejection, Certification, Packaging, Marking, Shipping, Handling, and Storage of Gypsum Panel Products |
| P1.1828 | P1.1828-0001 | P1.1828-0009 | EPA (May 2009), Drywall Sampling Analysis containing May 7, 2009 letter of Singhvi, Raj and test results |
| P1.1829 | P1.1829-0001 | P1.1829-0049 | ACR 2006: Assessment, Cleaning, and Restoration of HVAC Systems (2006), published by NADCA National Air Duct Cleaners Association |
| P1.1830 | P1.1830-0001 | P1.1830-0115 | Institute of Inspection, Cleaning and Restoration Certification (2002), IICRC S100 Standard and Reference Guide for Professional Carpet Cleaning, 4th ed. |
| P1.1831 | P1.1831-0001 | P1.1831-0001 | Carrier Corporation (Jun. 8, 2009), Carrier Product Bulletin - Phase-Out Select R-22 Split Systems |
| P1.1832 | P1.1832-0001 | P1.1832-0001 | Carrier Corporation (Jul. 15, 2009), Carrier Product Bulletin - Last Call - R-22 Split Systems |
| P1.1833 | P1.1833-0001 | P1.1833-0001 | Carrier Corporation (Jun. 8, 2009), Carrier Product Bulletin - Phase-Out Select R-22 Fan & Evaporator Coils |
| P1.1834 | P1.1834-0001 | P1.1834-0133 | North American Insulation Manufacturers Association (NAIMA) (2002), Fibrous Glass Duct Construction Standards, 5th ed. |
| P1.1835 | P1.1835-0001 | P1.1835-0048 | North American Insulation Manufacturers Association (NAIMA) (2003), A Guide to Insulated HVAC Duct Systems |
| P1.1836 | P1.1836-0001 | P1.1836-0024 | ISO 11844-1:2006(E), 1st ed. (Mar. 15, 2006), Corrosion of metals and alloys -- Classification of low corrosivity of indoor atmospheres -- Part 1: Determination and estimation of indoor corrosivity |
| P1.1837 | P1.1837-0001 | P1.1837-0018 | ISO 11844-3:2006(E), 1st ed. (May 15, 2006), Corrosion of metal and alloys-- Classification of low corrosivity of indoor atmospheres--Part 3: Measurement of environmental parameters affecting indoor corrosivity |
| P1.1838 | P1.1838-0001 | P1.1838-0018 | ISO 11844-2:2005(E), 1st ed. (Dec. 15, 2005), Corrosion of metal and alloys-- Classification of low corrosivity of indoor atmospheres--Part 2: Determination of corrosion attack in indoor atmospheres |

PSC Trial Exhibits

Germano et al. v. Taishan Gypsum

| Exhibit | Begin Range | End Range | Description |
|---|---|---|---|
| P1.1839 | P1.1839-0001 | P1.1839-0009 | ASTM D 130-04 (Jun. 2004), Standard Test Method for Corrosiveness to Copper from Petroleum Products by Copper Strip Test |
| P1.1840 | P1.1840-0001 | P1.1840-0001 | International Residential Code (2003), Section E3306, Electrical Conductors and Connections |
| P1.1841 | P1.1841-0001 | P1.1841-0004 | Florida DOH, Case Definition (12-18-09) for Drywall Associate Corrosion in Residences (Dec. 18, 2009) |
| P1.1842 | P1.1842-0001 | P1.1842-0009 | ASTM G 4 -- 01 (May 2008), Standard Guide for Conducting Corrosion Tests in Field Applications |
| P1.1843 | P1.1843-0001 | P1.1843-0005 | ASTM G 50 (2003), Standard Practice for Conducting Atmospheric Corrosion Tests on Metals |
| P1.1844 | P1.1844-0001 | P1.1844-0004 | CPSC, Interim Guidance – Identification of Homes with Corrosion from Problem Drywall (Jan. 28, 2010) (CPSC and HUD) |
| P1.1845 | P1.1845-0001 | P1.1845-0016 | CPSC, EPA, CDC, and state agencies (Aug. 10, 2009), Technical evaluation of "EPA's analysis of Florida drywall samples and review of analytical results from the Florida Department of Health", including letter of Raj Singhvi |
| P1.1846 | P1.1846-0001 | P1.1846-0006 | ASTM B 539 (Mar. 1, 2008), Standard Test Methods for Measuring Resistance of Electrical Connections (Static Contacts) |
| P1.1847 | P1.1847-0001 | P1.1847-0005 | ASTM B 667-97 (Dec. 9, 2003), Standard Practice for Construction and Use of a Probe for Measuring Electrical Contact Resistance |
| P1.1848 | P1.1848-0001 | P1.1848-0032 | Letter of Dean Rutila to Dr. John Scully (Feb. 12, 2010) and attached report |
| P1.1849 | P1.1849-0003 | P1.1849-0009 | Test results on samples collected on January 20, 2010: Site: Orlando House |
| P1.1850 | P1.1850-0001 | P1.1850-015 | Test results on samples collected on January 29, 2010: Site: ECS houses, Port St. Lucie |
| P1.1851 | P1.1851-0001 | P1.1851-0029 | Test results on samples collected on February 3, 2010: Site: Nguyen, Baldwin & Orlando houses |
| P1.1851 | P1.1851-0030 | P1.1851-0051 | Test results on samples collected on February 3, 2010: Site: Nguyen, Baldwin & Orlando houses: Columbia Analytical Services, Inc. Results of Analysis |
| P1.1852 | P1.1852-0001 | P1.1852-0005 | ASTM G 15-04 (Jan. 1, 2004), Standard Terminology Relating to Corrosion and Corrosion Testing |
| P1.1853 | P1.1853-0001 | P1.1853-0019 | NACE Standard RP0775-99 (Jun. 25, 1999), Standard Recommended Practice: Preparation, Installation, Analysis, and Interpretation of Corrosion Coupons in Oilfield Operations |
| P1.1854 | P1.1854-0001 | P1.1854-0002 | Photographs of Baldwin home electrical lamp cord |
| P1.1865 | | | CTEH, Center for Toxicology and Environmental Health, LLC (Feb. 13, 2007), Knauf Tianjin Plasterboard Evaluation |
| P1.1866 | | | Photos of HVAC Circuit Boards from Virginia |
| P1.1867 | | | COC Test Samples in P1.1851 |
| P1.1868 | | | Photos of Control Wire |

PSC Trial Exhibits

Germano et al. v. Taishan Gypsum

| Exhibit | Begin Range | End Range | Description |
|---|---|---|---|
| P1.1869 | | | National Oceanic and Atmospheric Administration, Temperature/Relative Humidity |
| P1.1870 | | | Venture Supply/Porter Blaine Delivery Records for Nguyen home |
| P1.1871 | | | Expert Report of Krantz, Bradley D. (CTL) (Supplemental # 2) (Feb. 16, 2010), Supplemental No. 2 to: Assessment of Copper Materials From Residences Containing Chinese Drywall Products |
| P1.1872 | | | Photos of Baldwin Light Switches, by Rutila |
| P1.1873 | | | SGH (2009-10), Collection of 751 photos and SEM images produced during analysis conducted for litigation |
| P1.1874 | | | Video 1 |
| P1.1875 | | | Video 2 |
| P1.1876 | | | Video 3 |
| P1.1877 | | | Video 4 |
| P1.1878 | | | Video 5 |
| P1.1879 | | | Video 6 |
| P1.1880 | | | Video 7 |
| P1.1881 | | | Video 8 |
| P1.1882 | | | Video 10 |
| P1.1883 | | | Video 11 |
| P1.1884 | | | Video 12 |
| P1.1885 | | | Video of Animation 1 |
| P1.1886 | | | Video of Animation 2 |
| P1.1887 | | | ASTM B 359-02 (2008), Standard Specification for Copper and Copper-Alloy Seamless Condenser and Heat Exchanger Tubes with Integral Fins |
| **EXPERT REPORTS:** | | | |
| P1.2001 | P1.2001-0001 | P1.2001-0100 | Expert Report of Krantz, Bradley D. (CTL) (Initial) (Dec. 29, 2009), "Assessment of Copper Materials from Residences Containing Chinese Drywall Products" |
| P1.2002 | P1.2002-0001 | P1.2002-0031 | Expert Report of Krantz, Bradley D. (CTL) (Supplemental) (Jan. 14, 2010), "Supplement No. 1 to: Assessment of Copper Materials from Residences Containing Chinese Drywall Products" |
| P1.2005 | P1.2005-0001 | P1.2005-0499 | Expert Report of Adams, Don (Initial) (Dec. 10, 2009), "Summary R.26 Report of Don Adams" |
| P1.2005 | P1.2005-0500 | P1.2005-0500 | Affidavit of Don P. Adams (Feb. 8, 2010) |
| P1.2006 | P1.2006-0001 | P1.2006-0251 | Expert Report of Bailey, Ronald (Initial) (Dec. 10, 2009), "Virginia Taishan Drywall Cases Expert Report" |

PSC Trial Exhibits

Germano et al. v. Taishan Gypsum

| Exhibit | Begin Range | End Range | Description |
|---|---|---|---|
| P1.2007 | P1.2007-0001 | P1.2007-0013 | Expert Report of Bailey, Ronald (Second) (Jan. 15, 2010), "Second Report of Ronald B. Bailey P.E." |
| P1.2009 | P1.2009-0001 | P1.2009-0139 | Expert Report of Debbas, Fadi (Initial) (Dec. 10, 2009) "Virginia Taishan Drywall Cases Expert Report" |
| P1.2009 | P1.2009-0140 | P1.2009-0140 | Affidavit of Fadi Debbas (Feb. 8, 2010) |
| P1.2010 | P1.2010-0174 | P1.2010-0174 | Affidavit of Chris Ettel (Feb. 8, 2010) |
| P1.2010 | P1.2010-0001 | P1.2010-0173 | Expert Report of Ettel, Chris (Initial) (2009), "Summary R.26 Report of Chris Ettel" (VB Homes) |
| P1.2015 | P1.2015-0001 | P1.2015-0027 | Expert Report of Barnett, Jonathan R. (Initial) (Dec. 30, 2009), "Virginia Taishan Drywall Cases Expert Report" |
| P1.2016 | P1.2016-0001 | P1.2016-0426 | Expert Report of Rutila, Dean A. (Initial) (Dec. 30, 2009), "Virginia Taishan Drywall Cases-Expert Report" |
| P1.2017 | P1.2017-0001 | P1.2017-0018 | Expert Report of Rutila, Dean A. (Rebuttal) (Jan. 15, 2010), "Environmental Control System Rebuttal Report, Investigation of Alleged Damage Due to Drywall in Williamsburg, VA" |
| P1.2018 | P1.2018-0001 | P1.2018-0012 | Expert Report of Rutila, Dean A. (Supplemental) (Jan. 18, 2010), "Report Supplement, Investigation of Alleged Damage Due to Drywall in Williamsburg, VA", and appendices |
| P1.2018 | P1.2018-0013 | P1.2018-0014 | Rutila, Dean A. Appendix 1 (supplemental) (Jan. 18, 2010): Summary of Property Failures |
| P1.2018 | P1.2018-0015 | P1.2018-0019 | Rutila, Dean A. Appendix 2 (supplemental) (Jan. 18, 2010): Krantz Photos |
| P1.2018 | P1.2018-0020 | P1.2018-0042 | Rutila, Dean A. Appendix 3-1 (supplemental) (Jan. 18, 2010): Additional Observations of Corrosion damaged to Electrical Devices |
| P1.2018 | P1.2018-0043 | P1.2018-0046 | Rutila, Dean A. Appendix 3-2 (supplemental) (Jan. 18, 2010): Additional Observations of Corrosion damaged to Plumbing Components |
| P1.2018 | P1.2018-0047 | P1.2018-0055 | Rutila, Dean A. Appendix 4 (supplemental) (Jan. 18, 2010): SGH Document Log |
| P1.2018 | P1.2018-0056 | P1.2018-0064 | Rutila, Dean A. Appendix 5 (supplemental) (Jan. 18, 2010): SGH Sample Log |
| P1.2018 | P1.2018-0065 | P1.2018-0068 | Rutila, Dean A. Appendix 6 (supplemental) (Jan. 18, 2010): Corrosion Deposit Thickness Data |
| P1.2020 | P1.2020-0001 | P1.2020-0038 | Expert Report of Galler, Donald (Dec. 30, 2009), "Assessment of Electrical Products, Chinese Drywall Investigation" |
| P1.2021 | P1.2021-0001 | P1.2021-0081 | Expert Report of Scully, John (Initial) (Dec. 30, 2009), "Preliminary Analysis of Corrosion of Copper HVAC Components Exposed to Chinese Drywall in a Virginia Beach, VA Residence; Preliminary Analysis of Pertinent Literature Regarding CDW, Release of Gases and Corrosion of Copper" |
| P1.2022 | P1.2022-0001 | P1.2022-0074 | Expert Report of Scully, John (Supplemental) (Jan. 18, 2010), "Supplementary Analysis of Corrosion of Copper and Silver Components Exposed to Chinese Dry Wall in Virginia Beach, VA Residences Compared to Controls" and Appendix A |

PSC Trial Exhibits

Germano et al. v. Taishan Gypsum

| Exhibit | Begin Range | End Range | Description |
|---|---|---|---|
| P1.2023 | P1.2023-0001 | P1.2023-0095 | Expert Report of Streit, Lori A. (Initial) (Dec. 28, 2009), "Taishan Drywall Investigation Virginia" |
| P1.2024 | P1.2024-0001 | P1.2024-0633 | Reliance Material of Lori Streit |
| P1.2025 | P1.2025-0001 | P1.2025-0004 | Expert Report of Streit, Lori A. (Supplemental) (Jan. 16, 2010), "Taishan Drywall Investigation Virginia" |
| P1.2026 | P1.2026-0001 | P1.2026-4094 | Reliance Material of Lori Streit for Supplemental Report |
| P1.2027 | P1.2027-0001 | P1.2027-0208 | Expert Report of Wright, Ronald E. (Initial) (Dec. 23, 2009), "Virginia Taishan Drywall Cases Expert Report" |
| P1.2028 | P1.2028-0001 | P1.2028-0259 | Reliance Material of Ronald Wright |
| P1.2039 | P1.2039-0001 | P1.2039-0018 | Expert Report of Caravanos, Jack (Jan. 14, 2010), Unreliability of Method Utilizing XRF to Selectively Remove Defective Drywall |
| P1.2041 | P1.2041-0001 | P1.2041-0006 | CV of Jack Caravanos |
| P1.2042 | P1.2042-0001 | P1.2042-0130 | Reliance material of Jack Caravanos |
| P1.2043 | P1.2043-0001 | P1.2043-0019 | CPSC, Khanna, Rohit (Nov. 2009), Draft Status Report on the Preliminary Analysis of HVAC, Gas Distribution and Fire Safety Equipment Installed in Homes with Chinese Drywall |
| P1.2043 | P1.2043-0020 | P1.2043-0037 | NIST, Pitchure, D.J. and Ricker, R.E. (National Institute of Standards and Technology) (Nov. 2009), Interim Report on the Examination of Corrosion Damage in Homes Constructed with Imported Wallboard: Examination of Samples Received Sept. 28, 2009 |
| P1.2044 | P1.2044-0001 | P1.2044-0032 | EPA, Method 6200 (Feb. 2007): Field Portable X-Ray Fluorescence Spectrometry for the Determination of Elemental Concentrations in Soil and Sediment |
| P1.2045 | | | Deposition testimony of Barnett, Jonathan |
| P1.2046 | | | Deposition testimony of Caravanos, Jack |
| P1.2047 | | | Deposition testimony of Lyon, Ned |
| P1.2048 (Place Holder until Final) | | | Deposition testimony of Streit, Lori |
| P1.2049 | | | SGH Photos, PRM23; JIB-23; JIB-24 |
| P1.2050 | | | Deposition exhibits of Wright, Ronald |

## P3: Germano-Specific

| | | | |
|---|---|---|---|
| P3.0179 | P3.0179-0001 | P3.0179-0003 | Baldwin - Certified Copy of Deed dated 11.06.06 |
| P3.0181 | P3.0181-0001 | P3.0181-0001 | Photo of Jerry & Inez Baldwin |
| P3.0184 | P3.0184-0001 | P3.0184-0001 | Baldwin-Property Photo |
| P3.0185 | P3.0185-0001 | P3.0185-0001 | Baldwin - Lawn Maintenance Quote at CDW Home dated 12.15.09 |

PSC Trial Exhibits

Germano et al. v. Taishan Gypsum

| Exhibit | Begin Range | End Range | Description |
|---|---|---|---|
| P3.0186 | P3.0186-0001 | P3.0186-0002 | Baldwin - Moving & Storage Quote dated 12.17.09 |
| P3.0187 | P3.0187-0001 | P3.0187-0002 | Baldwin - Rental Property Information dated 12.2.09 |
| P3.0188 | P3.0188-0001 | P3.0188-0001 | Baldwin - Renters Insurance Quote dated 12.14.09 |
| P3.0190 | P3.190-0001 | P3.190-0002 | Baldwin - Quality Home Inspections Letter dated 5.24.09 |
| P3.0193 | P3.0193-0001 | P3.0193-0002 | Baldwin - Porter Blaine Cost Entries dated 12.01.06 |
| P3.0194 | P3.0194-0001 | P3.0194-0002 | Baldwin - Homeowner's Insurance Declaration dated 11.21.09-11.21.10 |
| P3.0195 | P3.0195-0001 | P3.0195-0002 | Baldwin - Porter Blaine Board Stocking dated 5.5.06 |
| P3.0196 | P3.0196-0001 | P3.0196-0002 | Baldwin - Porter Blaine Cost Entries dated 12.01.06 |
| P3.0197 | P3.0197-0001 | P3.0197-0003 | Baldwin - Porter Blaine Independent Subcontractor Applications for Payment dated 10.26.06-11.02.06 |
| P3.0198 | P3.0198-0001 | P3.0198-0001 | Baldwin - Porter Blaine Invoice dated 10.31.06 |
| P3.0199 | P3.0199-0001 | P3.0199-0001 | Baldwin - Porter Blaine Unit Cost Report dated 5.5.06 |
| P3.0200 | P3.0200-0001 | P3.0200-0001 | Baldwin - Venture Supply Invoice dated 10.23.06 |
| P3.0201 | P3.0201-0001 | P3.0201-0002 | Baldwin - Annual Escrow Analysis dated 7.27.09 |
| P3.0202 | P3.0202-0001 | P3.0202-0006 | Baldwin - Interest Rate Agreement dated 11.15.06 |
| P3.0203 | P3.0203-0001 | P3.0203-0003 | Baldwin - Settlement Statement dated 11.21.06 |
| P3.0204 | P3.0204-0001 | P3.0204-0001 | Baldwin - Computer Repair - Xactec Invoice dated 2.4.09 (for services rendered 1.29.09 & 2.2.09) |
| P3.0205 | P3.0205-0001 | P3.0205-0001 | Baldwin - Computer Repair - Xactec Invoice dated 10.13.09 (for services rendered 10.05.09 & 10.13.09) |
| P3.0206 | P3.0206-0001 | P3.0206-0001 | Baldwin - Computer Replacement - CompUSA Receipt dated 4.1.07 |
| P3.0207 | P3.0207-0001 | P3.0207-0001 | Baldwin - HVAC - Tommy Garner Invoice dated 8.22.08 |
| P3.0208 | P3.0208-0001 | P3.0208-0001 | Baldwin - HVAC - Tommy Garner Invoice dated 8.27.08 |
| P3.0209 | P3.0209-0001 | P3.0209-0001 | Baldwin - HVAC - Tommy Garner Invoice dated 11.26.08 |
| P3.0210 | P3.0210-0001 | P3.0210-0001 | Baldwin - HVAC - Tommy Garner Invoice dated 12.16.08 |
| P3.0211 | P3.0211-0001 | P3.0211-0001 | Baldwin - HVAC - Williamsburg Heating & AC Invoice dated 8.25.09-8.26.09 |
| P3.0212 | P3.0212-0001 | P3.0212-0001 | Baldwin - Microwave Repair - GE Appliances Receipt dated 1.17.08 |
| P3.0213 | P3.0213-0001 | P3.0213-0001 | Baldwin - Quality Home Inspections Payment dated 5.31.09 |
| P3.0214 | P3.0214-0001 | P3.0214-0001 | Baldwin - Refrigerator - Service Protection Plan |
| P3.0215 | P3.0215-0001 | P3.0215-0001 | Baldwin - Refrigerator Repair - GE Appliances Receipt dated 3.19.09 |
| P3.0218 | P3.0218-0001 | P3.0218-0001 | Baldwin - Post Remediation Home Cleaning Quote dated 12.3.09 |
| P3.0219 | P3.0219-0001 | P3.0219-0001 | Baldwin - Post Remediation Home Inspection Quote dated 12.23.09 |
| P3.0220 | P3.0220-0001 | P3.0220-0001 | Baldwin - Rug Cleaning Quote dated 12.14.09 |
| P3.0221 | P3.0221-0001 | P3.0221-0001 | Baldwin- Upholstered Furniture Cleaning Quote dated 12.1.09 |

PSC Trial Exhibits

Germano et al. v. Taishan Gypsum

| Exhibit | Begin Range | End Range | Description |
|---|---|---|---|
| P3.0222 | P3.0222-0001 | P3.0222-0001 | Baldwin - Window Treatment Cleaning Quote dated 12.3.09 |
| P3.0223 | P3.0223-0001 | P3.0223-0001 | Baldwin - Window Treatment Installation Quote dated 12.3.09 |
| P3.0226 | P3.0226-0001 | P3.0226-0001 | Heischober - Plaintiff Photo |
| P3.0228 | P3.0228-0001 | P3.0228-0001 | Heischober - Property Photo |
| P3.0229 | P3.0229-0001 | P3.0229-0009 | Heischober - Floor Plan - ABC Consulting dated 11.23.09 |
| P3.0230 | P3.0230-0001 | P3.0230-0001 | Heischober - Photo of ceiling fan with particles |
| P3.0231 | P3.0231-0001 | P3.0231-0001 | Heischober - Dominion Virginia Power - Billing and payment statement 9-08 through 1-10 |
| P3.0232 | P3.0232-0001 | P3.0232-0005 | Heischober - Lease Agreement dated 12.3.09 |
| P3.0233 | P3.0233-0001 | P3.0233-0001 | Heischober - Move out cleaning quote for 212-A 85th St dated 12.20.09 |
| P3.0234 | P3.0234-0001 | P3.0234-0001 | Heischober - Move out cleaning quote for 215 62nd St dated 12.20.09 |
| P3.0235 | P3.0235-0001 | P3.0235-0002 | Heischober - Moving Quote - A Sure Move dated 11.19.09 |
| P3.0236 | P3.0236-0001 | P3.0236-0005 | Heischober - Renters Insurance Policy effective 1.1.10 |
| P3.0237 | P3.0237-0001 | P3.0237-0001 | Heischober - Utility Payment dated 10.19.09 |
| P3.0238 | P3.0238-0001 | P3.0238-0001 | Heischober - Water Bill - City of Viriginia Beach bill dated 9.24.09 |
| P3.0239 | P3.0239-0001 | P3.0239-0001 | Heischober - Water Bill - City of Viriginia Beach bill dated 11.30.09 |
| P3.0244 | P3.0244-0001 | P3.0244-0001 | Heischober - Hardship ltr to Chase Home Finance dated 9.14.09 |
| P3.0245 | P3.0245-0001 | P3.0245-0004 | Heischober - Special Forebearance Agreement - Chase Home Finance dated 9.30.09 |
| P3.0246 | P3.0246-0001 | P3.0246-0001 | Heischober- Mortgage Loan Statement dated 9.4.09 |
| P3.0248 | P3.0248-0001 | P3.0248-0001 | Heischober - Adjusted Bill for 2010 |
| P3.0249 | P3.0249-0001 | P3.0249-0001 | Heischober - Assessment History for 2007, 2008, 2009 |
| P3.0250 | P3.0250-0001 | P3.0250-0001 | Heischober - City of VA Beach ltr re reduction dated 10.29.09 |
| P3.0251 | P3.0251-0001 | P3.0251-0001 | Heischober - Notice of Adjusted Assessment effective 7.1.09 |
| P3.0252 | P3.0252-0001 | P3.0252-0001 | Heischober - Valuation Record for 2007, 2008, 2009 |
| P3.0253 | P3.0253-0001 | P3.0253-0002 | Heischober - Certified Copy of Deed - dated 11.9.06 |
| P3.0257 | P3.0257-0001 | P3.0257-0008 | Heischober - Amortization Schedule - start date 4.1.09 |
| P3.0258 | P3.0258-0001 | P3.0258-0001 | Heischober - First Payment ltr dated 2.20.09 |
| P3.0260 | P3.0260-0001 | P3.0260-0003 | Heischober - Settlement Statement for Refinance dated 2.20.09 |
| P3.0261 | P3.0261-0001 | P3.0261-0003 | Heischober - Computer Repair - Dell Correspondence dated 9.5.08 |
| P3.0262 | P3.0262-0001 | P3.0262-0001 | Heischober - Computer Repair - Dell Packing Slip dated 12.17.07 |
| P3.0263 | P3.0263-0001 | P3.0263-0004 | Heischober - Drycleaning Receipts |
| P3.0264 | P3.0264-0001 | P3.0264-0001 | Heischober - Fur Coat Cleaning - Lowenthal Ltr re odor dated 12.11.09 |
| P3.0265 | P3.0265-0001 | P3.0265-0001 | Heischober - Fur Coat Cleaning - Lowenthal Receipt dated 11.21.09 |

PSC Trial Exhibits

Germano et al. v. Taishan Gypsum

| Exhibit | Begin Range | End Range | Description |
|---|---|---|---|
| P3.0266 | P3.0266-0001 | P3.0266-0001 | Heischober - HVAC Repair - Metro Mechanical Invoice dated 5.30.08 |
| P3.0267 | P3.0267-0001 | P3.0267-0001 | Heischober - HVAC Repair - Metro Mechanical Invoice dated 6.20.07 |
| P3.0268 | P3.0268-0001 | P3.0268-0001 | Heischober - HVAC Repair - Metro Mechanical Invoice dated 7.1.08 |
| P3.0269 | P3.0269-0001 | P3.0269-0001 | Heischober - HVAC Repair - Metro Mechanical Invoice dated 7.13.09 |
| P3.0270 | P3.0270-0001 | P3.0270-0002 | Heischober - HVAC Repair - Metro Mechanical Invoice dated 7.20.09 |
| P3.0271 | P3.0271-0001 | P3.0271-0001 | Heischober - HVAC Repair - Metro Mechanical Invoice dated 8.13.07 |
| P3.0272 | P3.0272-0001 | P3.0272-0002 | Heischober - HVAC Repair - Metro Mechanical Invoice dated 8.27.09 |
| P3.0273 | P3.0273-0001 | P3.0273-0001 | Heischober - HVAC Repair - Metro Mechanical Invoice dated 10.5.07 |
| P3.0274 | P3.0274-0001 | P3.0274-0001 | Heischober - HVAC Repair - Metro Mechanical Invoice dated 11.6.07 |
| P3.0275 | P3.0275-0001 | P3.0275-0001 | Heischober - HVAC Repair - Metro Mechanical Invoice dated 11.25.09 |
| P3.0276 | P3.0276-0001 | P3.0276-0001 | Heischober - TV Repair - Audio Visual Solutions Invoice dated 4.18.08 |
| P3.0277 | P3.0277-0001 | P3.0277-0002 | Heischober - TV Repair - Color And Sound Invoice and Receipt dated 4.15.08 |
| P3.0278 | P3.0278-0001 | P3.0278-0010 | Heischober - Personal Property |
| P3.0279 | P3.0279-0001 | P3.0279-0001 | Heischober - Post Remediation Inspection Quote dated 12.23.09 |
| P3.0280 | P3.0280-0001 | P3.0280-0001 | Heischober - Reupholstery - Willis Furniture Quote dated 11.20.09 |
| P3.0281 | P3.0281-0001 | P3.0281-0001 | Leach - Plaintiff Photo |
| P3.0283 | P3.0283-0001 | P3.0283-0001 | Leach - Property Photo |
| P3.0284 | P3.0284-0001 | P3.0284-0001 | Leach - Floor Plan - ABC Consulting dated 11.23.09 |
| P3.0285 | P3.0285-0001 | P3.0285-0003 | Leach - Quality Home Inspections Report dated 4.24.09 |
| P3.0288 | P3.0288-0001 | P3.0288-0003 | Leach - Childcare Expenses - WISC |
| P3.0289 | P3.0289-0001 | P3.0289-0001 | Leach - Lawn Maintenance - Top-Notch Tree Service Quote dated 12.16.09 |
| P3.0290 | P3.0290-0001 | P3.0290-0001 | Leach - Salary Verification of Cathy Leach - Allstate letter dated 12.11.09 |
| P3.0291 | P3.0291-0001 | P3.0291-0002 | Leach - Stonehouse Elementary 2009-2010 Calendar |
| P3.0292 | P3.0292-0001 | P3.0292-0001 | Leach - Verification of Cathy Leach - Increased expenses dated 1.8.10 |
| P3.0293 | P3.0293-0001 | P3.0293-0001 | Leach - Property Tax Assessment for 2007, 2008, 2009 |
| P3.0294 | P3.0294-0001 | P3.0294-0001 | Leach - APR document dated 7.21.08 |
| P3.0295 | P3.0295-0001 | P3.0295-0003 | Leach - Certified Copy of Deed dated 7.11.08 |
| P3.0296 | P3.0296-0001 | P3.0296-0001 | Leach - Current Loan Information |
| P3.0299 | P3.0299-0001 | P3.0299-0001 | Leach - MetLife Good Faith Estimate 2 |
| P3.0302 | P3.0302-0001 | P3.0302-0001 | Leach - Refinance declined due to CDW - Chevy Chase Bank dated 1.4.10 |
| P3.0303 | P3.0303-0001 | P3.0303-0002 | Leach - Refinance declined due to CDW - MetLife dated 1.6.10 |
| P3.0304 | P3.0304-0001 | P3.0304-0002 | Leach - Settlement Statement dated 7.23.08 |
| P3.0305 | P3.0305-0001 | P3.0305-0001 | Leach - Dehumidifier Replacement - Walmart receipt dated 7.30.08 |

PSC Trial Exhibits

Germano et al. v. Taishan Gypsum

| Exhibit | Begin Range | End Range | Description |
|---|---|---|---|
| P3.0306 | P3.0306-0001 | P3.0306-0001 | Leach - Moisture Damage Inspection - Mark's Pest Control Invoice dated 4.8.09 |
| P3.0308 | P3.0308-0001 | P3.0308-0001 | Leach - Post Remediation Home Inspection Quote dated 12.23.09 |
| P3.0309 | P3.0309-0001 | P3.0309-0001 | McKellar - Plaintiff Photo |
| P3.0311 | P3.0311-0001 | P3.0311-0001 | Mckellar - Property Photo |
| P3.0312 | P3.0312-0001 | P3.0312-0003 | McKellar - Floor Plan - ABC Consulting dated 12.01.09 |
| P3.0313 | P3.0313-0001 | P3.0313-0001 | McKellar - Alternative Home Rental quote dated 1.15.10 |
| P3.0314 | P3.0314-0001 | P3.0314-0001 | McKellar - Cable Connection - Cox bill dated 11.8.09 |
| P3.0315 | P3.0315-0001 | P3.0315-0001 | McKellar - Moving - A Change of Place Movers receipt dated 11.3.09 |
| P3.0316 | P3.0316-0001 | P3.0316-0001 | McKellar - Moving & Storage - Security Storage quote dated 1.8.10 |
| P3.0317 | P3.0317-0001 | P3.0317-0002 | McKellar - Moving & Storage - Security Storage quote dated 12.17.09 |
| P3.0318 | P3.0318-0001 | P3.0318-0001 | McKellar - Rental Apartment Admin Fees & Deposit - Featherstorne receipts dated 9.16.09 |
| P3.0319 | P3.0319-0001 | P3.0319-0001 | McKellar - Rental Apartment Items - Bed Bath Beyond receipt 11.28.09 |
| P3.0320 | P3.0320-0001 | P3.0320-0001 | McKellar - Rental Apartment Items - Canandian Tire receipt 10.26.09 |
| P3.0321 | P3.0321-0001 | P3.0321-0001 | McKellar - Rental Apartment Items - JCPenny receipt |
| P3.0322 | P3.0322-0001 | P3.0322-0001 | McKellar - Rental Apartment Items - Target receipt dated 11.08.09 |
| P3.0323 | P3.0323-0001 | P3.0323-0001 | McKellar - Rental Apartment Items - Target receipt dated 11.17.09 |
| P3.0324 | P3.0324-0001 | P3.0324-0001 | McKellar - Rental Apartment Items - Target receipt dated 12.3.09 |
| P3.0325 | P3.0325-0001 | P3.0325-0001 | McKellar - Rental Apartment Items - Walmart receipt dated 11.11.09 |
| P3.0326 | P3.0326-0001 | P3.0326-0005 | McKellar - Rental Apartment Lease - dated 11.7.09 |
| P3.0327 | P3.0327-0001 | P3.0327-0001 | McKellar - Rental Apartment Lease Addendum- dated 11.7.09 |
| P3.0328 | P3.0328-0001 | P3.0328-0001 | McKellar - Rental Apartment Move Out Cleaning - Molly Maid Statement dated 12.16.09 |
| P3.0329 | P3.0329-0001 | P3.0329-0001 | McKellar - Rental Apartment Pet Deposit - Check dated 12.14.09 |
| P3.0330 | P3.0330-0001 | P3.0330-0001 | McKellar - Rental Apartment Rent Payment - Featherstone receipt dated 11.6.09 |
| P3.0331 | P3.0331-0001 | P3.0331-0001 | McKellar - Rental Apartment Rent Payment - Featherstone receipt dated 11.20.09 |
| P3.0332 | P3.0332-0001 | P3.0332-0003 | McKellar - Rental Furniture - Cort quote dated 12.13.09 |
| P3.0333 | P3.0333-0001 | P3.0333-0006 | McKellar - Renters Insurance - Allstate Policy dated 11.9.09 |
| P3.0334 | P3.0334-0001 | P3.0334-0001 | McKellar - Storage - Space Mart quote dated 12.2.09 |
| P3.0341 | P3.0341-0001 | P3.0341-0010 | McKellar - Salary Verification of Preston McKellar |
| P3.0342 | P3.0342-0001 | P3.0342-0001 | McKellar - School Year Calendar - 2009-2010 |
| P3.0343 | P3.0343-0001 | P3.0343-0005 | McKellar - Deferral Documents - Chase Home Finance dated 12.11.09 |
| P3.0344 | P3.0344-0001 | P3.0344-0001 | McKellar - City of Newport News Assessment Notice - Effective 7.1.09 |
| P3.0346 | P3.0346-0001 | P3.0346-0001 | McKellar - Tax Bill - City of Newport News - Tax period 1.1.06 - 6.30.06 |

PSC Trial Exhibits

Germano et al. v. Taishan Gypsum

| Exhibit | Begin Range | End Range | Description |
|---|---|---|---|
| P3.0347 | P3.0347-0001 | P3.0347-0001 | McKellar - Tax Bill - City of Newport News - Tax period 1.1.07 - 6.30.07 |
| P3.0348 | P3.0348-0001 | P3.0348-0001 | McKellar - Tax Bill - City of Newport News - Tax period 1.1.08 - 6.30.08 |
| P3.0349 | P3.0349-0001 | P3.0349-0001 | McKellar - Tax Bill - City of Newport News - Tax period 1.1.09 - 6.30.09 |
| P3.0350 | P3.0350-0001 | P3.0350-0001 | McKellar - Tax Bill - City of Newport News - Tax period 7.1.05 - 12.31.05 |
| P3.0351 | P3.0351-0001 | P3.0351-0001 | McKellar - Tax Bill - City of Newport News - Tax period 7.1.07 - 12.31.07 |
| P3.0352 | P3.0352-0001 | P3.0352-0001 | McKellar - Tax Bill payment dated 5.8.09 |
| P3.0353 | P3.0353-0001 | P3.0353-0002 | McKellar - Tax Bills - City of Newport News - Tax period 7.1.06 - 12.31.06 |
| P3.0354 | P3.0354-0001 | P3.0354-0002 | McKellar - Tax Bills - City of Newport News - Tax period 7.1.08 - 12.31.08 |
| P3.0355 | P3.0355-0001 | P3.0355-0002 | McKellar - Tax Bills - City of Newport News - Tax period 7.1.09 - 12.31.09 |
| P3.0356 | P3.0356-0001 | P3.0356-0001 | McKellar - Tax Levy History - 2005-2009 |
| P3.0357 | P3.0357-0001 | P3.0357-0003 | McKellar - Certified Copy of Deed dated 8.31.06 |
| P3.0358 | P3.0358-0001 | P3.0358-0003 | McKellar - Certified Copy of Deed of Gift dated 5.29.08 |
| P3.0363 | P3.0363-0001 | P3.0363-0001 | McKellar -  Promissory Note dated 5.29.08 |
| P3.0366 | P3.0366-0001 | P3.0366-0002 | McKellar - Settlement Statement dated 5.29.08 |
| P3.0367 | P3.0367-0001 | P3.0367-0001 | McKellar - Box Fan Purchase - Walmart Receipt |
| P3.0368 | P3.0368-0001 | P3.0368-0001 | McKellar - Gas Fireplace Repair - Fireside Order dated 1.13.09 |
| P3.0369 | P3.0369-0001 | P3.0369-0001 | McKellar - Gas Fireplace Repair - Fireside Order dated 2.20.07 |
| P3.0370 | P3.0370-0001 | P3.0370-0001 | McKellar - Gas Fireplace Repair - Fireside Order dated 3.19.07 |
| P3.0371 | P3.0371-0001 | P3.0371-0001 | McKellar - Gas Fireplace Repair - Fireside Order dated 4.25.07 |
| P3.0372 | P3.0372-0001 | P3.0372-0001 | McKellar - Gas Fireplace Repair - Fireside Order dated 10.3.06 |
| P3.0373 | P3.0373-0001 | P3.0373-0001 | McKellar - Gas Fireplace Repair - Fireside Work Order dated 1.21.09 |
| P3.0374 | P3.0374-0001 | P3.0374-0001 |  McKellar - Gas Fireplace Repair - Fireside Work Order dated 2.18.09 |
| P3.0375 | P3.0375-0001 | P3.0375-0001 | McKellar - Gas Fireplace Repair - Fireside Work Order dated 3.15.07 |
| P3.0376 | P3.0376-0001 | P3.0376-0001 | McKellar - Gas Fireplace Repair - Fireside Work Order dated 3.20.07 |
| P3.0377 | P3.0377-0001 | P3.0377-0001 | McKellar - Gas Fireplace Repair - Fireside Work Order dated 4.27.07 |
| P3.0378 | P3.0378-0001 | P3.0378-0001 | McKellar - Gas Fireplace Repair - Fireside Work Order dated 10.5.06 |
| P3.0379 | P3.0379-0001 | P3.0379-0001 | McKellar - Hard Drive Repair - Amazon.com Receipt dated 6.6.09 |
| P3.0380 | P3.0380-0001 | P3.0380-0001 | McKellar - HVAC Repair - Riverside Invoice dated 2.19.07 |
| P3.0381 | P3.0381-0001 | P3.0381-0001 | McKellar - HVAC Repair - Riverside Invoice dated 7.22.08 |
| P3.0382 | P3.0382-0001 | P3.0382-0001 | McKellar - HVAC Repair - Riverside Invoice dated 7.25.08 |
| P3.0383 | P3.0383-0001 | P3.0383-0001 | McKellar - HVAC Repair - Riverside Invoice dated 7.28.08 |
| P3.0385 | P3.0385-0001 | P3.0385-0001 | McKellar - HVAC Repair - Riverside Invoice dated 8.3.07 |
| P3.0386 | P3.0386-0001 | P3.0386-0001 | McKellar - HVAC Repair - Riverside Invoice dated 8.5.08 |

PSC Trial Exhibits

Germano et al. v. Taishan Gypsum

| Exhibit | Begin Range | End Range | Description |
|---|---|---|---|
| P3.0387 | P3.0387-0001 | P3.0387-0001 | McKellar - HVAC Repair - Riverside Invoice dated 8.30.07 |
| P3.0388 | P3.0388-0001 | P3.0388-0001 | McKellar - HVAC Repair - Riverside Invoice dated 8.31.07 |
| P3.0389 | P3.0389-0001 | P3.0389-0001 | McKellar - HVAC Repair - Riverside Invoice dated 10.17.06 |
| P3.0390 | P3.0390-0001 | P3.0390-0001 | McKellar - HVAC Repair - Riverside Invoice dated 11.06.07 |
| P3.0391 | P3.0391-0001 | P3.0391-0001 | McKellar - HVAC Repair - Riverside Service Agreement dated 7.22.08 |
| P3.0392 | P3.0392-0001 | P3.0392-0001 | McKellar - Paint Repair - Ace Hardware Reciept dated 9.6.08 |
| P3.0393 | P3.0393-0001 | P3.0393-0001 | McKellar - Portable AC - Lowes receipt dated 6.11.09 |
| P3.0394 | P3.0394-0001 | P3.0394-0001 | McKellar - Dry Cleaning Estimate - Zoots Quote dated 12.16.09 |
| P3.0397 | P3.0397-0001 | P3.0397-0001 | McKellar - Post Remediation Inspection Quote dated 12.23.09 |
| P3.0398 | P3.0398-0001 | P3.0398-0001 | Morgan - Property Photo |
| P3.0399 | P3.0399-0001 | P3.0399-0001 | Morgan - Plaintiff Photo |
| P3.0400 | P3.0400-0001 | P3.0400-0017 | Morgan - Plaintiff Profile Form 11.23.09 |
| P3.0401 | P3.0401-0001 | P3.0401-0002 | Morgan - Floor Plan - ABC Consulting dated 11.23.09 |
| P3.0402 | P3.0402-0001 | P3.0402-0002 | Morgan - Cable - Cox Cable bill dated 7.21.09 |
| P3.0403 | P3.0403-0001 | P3.0403-0001 | Morgan - Certification of William Morgan re CDW moving expenses dated 1.18.10 |
| P3.0404 | P3.0404-0001 | P3.0404-0003 | Morgan - Concurrent CDW & Rental Utilities |
| P3.0405 | P3.0405-0001 | P3.0405-0001 | Morgan - Moving - Uhaul receipt - dated 5.6.09 |
| P3.0406 | P3.0406-0001 | P3.0406-0001 | Morgan - Power - Dominion bill dated 7.10.09 |
| P3.0407 | P3.0407-0001 | P3.0407-0014 | Morgan - Receipt Lease - dated 6.2.09 |
| P3.0408 | P3.0408-0001 | P3.0408-0016 | Morgan - Bankruptcy documents dated 7.21.09 |
| P3.0409 | P3.0409-0001 | P3.0409-0001 | Morgan - Chapter 13 Bankruptcy receipt dated 7.2.09 |
| P3.0410 | P3.0410-0001 | P3.0410-0001 | Morgan- Deborah Morgan pay stub dated 12.21.09 |
| P3.0411 | P3.0411-0001 | P3.0411-0001 | Morgan- William Morgan Form 1099-R- 2009 |
| P3.0412 | P3.0412-0001 | P3.0412-0001 | Morgan- William Morgan pay stub dated 12.24.09 |
| P3.0418 | P3.0418-0001 | P3.0418-0002 | Morgan - James City County Property Tax Assessment - 2007 - 2009 |
| P3.0419 | P3.0419-0001 | P3.0419-0003 | Morgan - Certified Copy of Deed - dated 5.31.06 |
| P3.0421 | P3.0421-0001 | P3.0421-0003 | Morgan - Settlement Statement - dated 7.14.06 |
| P3.0422 | P3.0422-0001 | P3.0422-0002 | Morgan - Payment ltr to Borrower - 1st Mortgage |
| P3.0423 | P3.0423-0001 | P3.0423-0004 | Morgan - 2nd Mortgage Note - dated 5.10.07 |
| P3.0424 | P3.0424-0001 | P3.0424-0002 | Morgan - Payment ltr to Borrower - 2nd Mortgage |
| P3.0425 | P3.0425-0001 | P3.0425-0001 | Morgan - CitiMortgage Statement - 1st Mortgage - dated 5.6.09 |
| P3.0427 | P3.0427-0001 | P3.0427-0001 | Morgan - Settlement Statement - 1st Mortgage dated 5.10.07 |
| P3.0428 | P3.0428-0001 | P3.0428-0001 | Morgan - Settlement Statement - 2nd Mortgage dated 5.10.07 |

PSC Trial Exhibits

Germano et al. v. Taishan Gypsum

| Exhibit | Begin Range | End Range | Description |
|---|---|---|---|
| P3.0429 | P3.0429-0001 | P3.0429-0001 | Morgan - Wells Fargo Statement - 2nd Mortgage - dated 5.18.09 |
| P3.0430 | P3.0430-0001 | P3.0430-0001 | Morgan - External Harddrive Purchased |
| P3.0431 | P3.0431-0001 | P3.0431-0002 | Morgan - Fire Extinguishers Purchased |
| P3.0433 | P3.0433-0001 | P3.0433-0001 | Morgan - HVAC Repair - Tommy Garner - Invoice dated 1.18.09 |
| P3.0434 | P3.0434-0001 | P3.0434-0001 | Morgan - HVAC Repair - Tommy Garner - Invoice dated 3.3.09 |
| P3.0435 | P3.0435-0001 | P3.0435-0001 | Morgan - HVAC Repair - Tommy Garner - Invoice dated 3.6.09 |
| P3.0436 | P3.0436-0001 | P3.0436-0001 | Morgan - HVAC Repair - Tommy Garner - Invoice dated 3.30.09 |
| P3.0437 | P3.0437-0001 | P3.0437-0001 | Morgan - HVAC Repair - Tommy Garner - Invoice dated 4.26.07 |
| P3.0438 | P3.0438-0001 | P3.0438-0001 | Morgan - Plumbing Repair - West Plumbing & Heating - Invoice dated 8.21.08 |
| P3.0440 | P3.0440-0001 | P3.0440-0001 | Morgan - Post Remediation Inspection Quote - Ken Melton - dated 12.23.09 |
| P3.0441 | P3.0441-0001 | P3.0441-0001 | Michaux - Plaintiff Photo |
| P3.0443 | P3.0443-0001 | P3.0443-0001 | Michaux - Property Photo |
| P3.0444 | P3.0444-0001 | P3.0444-0003 | Michaux - Floor Plan - ABC Consulting dated 12.01.09 |
| P3.0445 | P3.0445-0001 | P3.0445-0001 | Michaux - Apartment Rent Statement - dated 10.22.09 |
| P3.0446 | P3.0446-0001 | P3.0446-0001 | Michaux - Apartment Rent Statement - dated 11.20.09 |
| P3.0447 | P3.0447-0001 | P3.0447-0001 | Michaux - Evidence of Rent Payment - dated 9.9.09 |
| P3.0448 | P3.0448-0001 | P3.0448-0001 | Michaux - Evidence of Renters Insurance - Farmers Insurance - effective date 9.4.09 |
| P3.0449 | P3.0449-0001 | P3.0449-0021 | Michaux - Lease No. 1 - Kiln Creek Apartments - dated 9.4.09 |
| P3.0450 | P3.0450-0001 | P3.0450-0010 | Michaux - Lease No. 2 - William Wood Associates - dated 1.7.10 |
| P3.0451 | P3.0451-0001 | P3.0451-0002 | Michaux - Memorandum of Renters Fire Insurance - Farmers Insurance - effective date 9.4.09 |
| P3.0452 | P3.0452-0001 | P3.0452-0001 | Michaux - Rental Furniture Quote - Aarons Furniture - dated 12.14.09 |
| P3.0453 | P3.0453-0001 | P3.0453-0002 | Michaux - Rental Mattress Quote - Cort Furniture - dated 12.14.09 |
| P3.0455 | P3.0455-0001 | P3.0455-0002 | Michaux - Personal Line of Credit - used to pay rent |
| P3.0456 | P3.0456-0001 | P3.0456-0003 | Michaux - Mortgage Forebearance Documents - Bank of America - dated 12.4.09 |
| P3.0457 | P3.0457-0001 | P3.0457-0001 | Michaux- Bank of America Notice dated 11.23.09 |
| P3.0458 | P3.0458-0001 | P3.0458-0001 | Michaux- Bank of America Statement dated 11.19.09 |
| P3.0459 | P3.0459-0001 | P3.0459-0001 | Michaux - City of Newport News Notice of Assessment (reduced Improvements value) effective 7.1.09 |
| P3.0460 | P3.0460-0001 | P3.0460-0001 | Michaux - City of Newport News Notice of Assessment effective 7.1.09 |
| P3.0461 | P3.0461-0001 | P3.0461-0005 | Michaux - City of Newport News Parcel Property Information |
| P3.0463 | P3.0463-0001 | P3.0463-0001 | Michaux - City of Newport News Tax Assessment - dated 7.1.09 |
| P3.0464 | P3.0464-0001 | P3.0464-0003 | Michaux - Certified Copy of Deed - dated 10.27.07 |

PSC Trial Exhibits

Germano et al. v. Taishan Gypsum

| Exhibit | Begin Range | End Range | Description |
|---------|-------------|-----------|-------------|
| P3.0467 | P3.0467-0001 | P3.0467-0002 | Michaux - Settlement Statement - dated 5.6.09 |
| P3.0468 | P3.0468-0001 | P3.0468-0001 | Michaux - Truth in Lending Disclosure Statement 5.6.09 |
| P3.0469 | P3.0469-0001 | P3.0469-0001 | Michaux- Bank of America Statement dated 6.08.09 |
| P3.0470 | P3.0470-0001 | P3.0470-0001 | Michaux- Bank of America Statement dated 7.07.09 |
| P3.0471 | P3.0471-0001 | P3.0471-0001 | Michaux- Bank of America Statement dated 8.06.09 |
| P3.0472 | P3.0472-0001 | P3.0472-0001 | Michaux- Definition of Truth-In-Lending Terms |
| P3.0473 | P3.0473-0001 | P3.0473-0002 | Michaux- Fulton Bank Mortgage Billing Statement dated 5.22.09 |
| P3.0474 | P3.0474-0001 | P3.0474-0002 | Michaux - Drycleaning Estimate - Swan Cleaners dated 12.28.09 |
| P3.0476 | P3.0476-0001 | P3.0476-0001 | Michaux - Post Remediation Inspection Quote - Ken Melton dated 12.23.09 |
| P3.0478 | P3.0478-0001 | P3.0478-0002 | Michaux - Box Fan - Home Depot receipts 9.3.09 & 9.4.09 |
| P3.0479 | P3.0479-0001 | P3.0479-0001 | Michaux - Drycleaning - Ace Cleaners payment posted 11.5.09 |
| P3.0480 | P3.0480-0001 | P3.0480-0001 | Michaux - HVAC Drawing |
| P3.0481 | P3.0481-0001 | P3.0481-0001 | Michaux - HVAC Repair - Duval Heating - Invoice dated 7.29.09 |
| P3.0482 | P3.0482-0001 | P3.0482-0001 | Michaux - HVAC Repair - Duval Heating - Invoice dated 8.14.09 |
| P3.0483 | P3.0483-0001 | P3.0483-0001 | Michaux - HVAC Repair - Duval Heating - Invoice dated 8.17.09 |
| P3.0484 | P3.0484-0001 | P3.0484-0001 | Michaux - HVAC Repair - Indoor Air Systems - Work Order dated 7.27.09 |
| P3.0485 | P3.0485-0001 | P3.0485-0001 | Michaux - HVAC Repair - Maximum Air - Email dated 8.14.09 |
| P3.0486 | P3.0486-0001 | P3.0486-0001 | Michaux - HVAC Repair - Service Mechanical - Invoice dated 8.19.09 |
| P3.0487 | P3.0487-0001 | P3.0487-0001 | Michaux - Plumbing Repair - Roto Rooter - Ticket dated 8.2.09 |
| P3.0490 | P3.0490-0001 | P3.0490-0003 | Michaux - Porter Blaine Board Stocking - dated 3.8.07 - 3.13.07 |
| P3.0491 | P3.0491-0001 | P3.0491-0003 | Michaux - Porter Blaine Ind Subcont App for Payment - dated 6.15.07-6.21.07 |
| P3.0492 | P3.0492-0001 | P3.0492-0001 | Michaux - Porter Blaine Invoice - dated 6.19.07 |
| P3.0493 | P3.0493-0001 | P3.0493-0001 | Michaux - Porter Blaine Unit Cost Report - dated 3.13.07 |
| P3.0494 | P3.0494-0001 | P3.0494-0001 | Michaux - Venture Supply Invoice - dated 4.6.07 |
| P3.0495 | P3.0495-0001 | P3.0495-0001 | Michaux - Venture Supply Invoice - dated 6.11.07 |
| P3.0496 | P3.0496-0001 | P3.0496-0001 | Orlando - Plaintiff Photo |
| P3.0498 | P3.0498-0001 | P3.0498-0001 | Orlando - Property Photo |
| P3.0499 | P3.0499-0001 | P3.0499-0002 | Orlando - Floor Plan - ABC Consulting Floor dated 11.23.09 |
| P3.0500 | P3.0500-0001 | P3.0500-0003 | Orlando - Certified Copy of Deed |
| P3.0502 | P3.0502-0001 | P3.0502-0001 | Orlando - Lawn Care Estimate - Top Notch Tree Service - dated 12.16.09 |
| P3.0503 | P3.0503-0001 | P3.0503-0001 | Orlando - Moving Quote - ABetterMove - dated 12.15.09 |
| P3.0504 | P3.0504-0001 | P3.0504-0002 | Orlando - Pool Maintenance Quote - JPS Pool & Spa - dated 12.15.09 |
| P3.0505 | P3.0505-0001 | P3.0505-0002 | Orlando - Renters Insurance Quote - Allstate - dated 11.23.09 |

PSC Trial Exhibits

Germano et al. v. Taishan Gypsum

| Exhibit | Begin Range | End Range | Description |
|---|---|---|---|
| P3.0506 | P3.0506-0001 | P3.0506-0006 | Orlando - Residential Lease - effective 2.1.10 |
| P3.0508 | P3.0508-0001 | P3.0508-0007 | Orlando - HomePro Inspection Report - dated 8.7.09 |
| P3.0509 | P3.0509-0001 | P3.0509-0006 | Orlando - Bank of America documents re Mortgage Deferral - date 11.23.09 |
| P3.0511 | P3.0511-0001 | P3.0511-0001 | Orlando - ltr to Bank of America re Mortgage Deferral - dated 10.14.09 |
| P3.0512 | P3.0512-0001 | P3.0511-0001 | Orlando - ltr to Bank of America re Mortgage Deferral - dated 12.14.09 |
| P3.0513 | P3.0513-0001 | P3.0513-0002 | Orlando - Monthly Statement - Bank of America - dated 10.08.09 |
| P3.0516 | P3.0516-0001 | P3.0516-0007 | Orlando - Amortization Schedule - dated 6.4.09 |
| P3.0517 | P3.0517-0001 | P3.0517-0001 | Orlando - First Payment Letter - dated 6.4.09 |
| P3.0521 | P3.0521-0001 | P3.0521-0002 | Orlando - Settlement Statement dated 6.4.09 |
| P3.0522 | P3.0522-0001 | P3.0522-0001 | Orlando - Truth in Lending Disclosure Statement - dated 6.4.09 |
| P3.0523 | P3.0523-0001 | P3.0523-0001 | Orlando - Carpet Cleaning - Tidewater Carpet receipt dated 6.7.09 |
| P3.0524 | P3.0524-0001 | P3.0524-0001 | Orlando - HVAC Repair - Atlantic Constructors Correspondence - dated 8.14.09 |
| P3.0525 | P3.0525-0001 | P3.0525-0001 | Orlando - Inspection - HomePro Inspection Receipt - dated 8.6.09 |
| P3.0526 | P3.0526-0001 | P3.0526-0003 | Orlando - Paint Purchases - Lowes - 8.17.09 - 10.27.09 |
| P3.0527 | P3.0527-0001 | P3.0527-0002 | Orlando - Paint Purchases - Lowes - 8.21.09 - 11.08.09 |
| P3.0528 | P3.0528-0001 | P3.0528-0001 | Orlando - Paint Supplies - Receipt dated 6.6.09 |
| P3.0529 | P3.0529-0001 | P3.0529-0001 | Orlando - Plumbing Repair - 1st Choice Plumbing Invoice - dated 8.27.09 |
| P3.0530 | P3.0530-0001 | P3.0530-0001 | Orlando - Drycleaning Quote - Zoots - dated 12.11.09 |
| P3.0532 | P3.0532-0001 | P3.0532-0001 | Orlando - Post Remediation Inspection Quote - Ken Melton - dated 12.23.09 |
| P3.0534 | P3.0534-0001 | P3.0534-0001 | Heischober- Chase Escrow Account Disclosure dated 7.30.09 |
| P3.0535 | P3.0535-0001 | P3.0535-0002 | Heischober- Chase Home Finance Transaction History dated 9.10.09 |
| P3.0536 | P3.0536-0001 | P3.0536-0001 | Heischober- Property Valuation Record |
| P3.0537 | P3.0537-0001 | P3.0537-0001 | Leach- Acknowledgment of Receipt of Settlement Statement |
| P3.0538 | P3.0538-0001 | P3.0538-0001 | McKellar- Dominion Power statement from 12.08 to 12.09 |
| P3.0539 | P3.0539-0001 | P3.0539-0001 | McKellar- State Farm Payment posted 8.28.09 |
| P3.0540 | P3.0540-0001 | P3.0540-0001 | McKellar-Dominion Power bill dated 10.5.09 |
| P3.0542 | P3.0542-0001 | P3.0542-0002 | Baldwin - Floor Plan - ABC Consulting dated 11.23.09 |
| P3.0544 | P3.0544-0001 | P3.0544-0245 | Kenneth Acks Expert Report in Drywall (00087464) |
| P3.0545 | P3.0545-0001 | P3.0545-0054 | Dr. Kenneth Acks Supplemental Report (00089230) |
| P3.0546 | P3.0546-0001 | P3.0546-0039 | Maloney.FMV |
| P3.0547 | P3.0547-0001 | P3.0547-0016 | Maloney.Replacement Value & Affidavit |
| P3.0548 | P3.0548-0001 | P3.0548-0016 | Tuthill Supplemental Report 1-18-10 |
| P3.0549 | P3.0549-0001 | P3.0549-0003 | Tuthill Supplemental Report 1-20-10 - Revised Orlando |

PSC Trial Exhibits

Germano et al. v. Taishan Gypsum

| Exhibit | Begin Range | End Range | Description |
|---|---|---|---|
| P3.0550 | P3.0550-0001 | P3.0550-0067 | Expert Report - Tuthill |
| P3.0551 | P3.0551-0001 | P3.0551-0001 | Acks Exhibit 1 |
| P3.0552 | P3.0552-0001 | P3.0552-0001 | Acks Exhibit 2a |
| P3.0553 | P3.0553-0001 | P3.0553-0001 | Acks Exhibit 2b |
| P3.0554 | P3.0554-0001 | P3.0554-0001 | Acks Exhibit 2c |
| P3.0555 | P3.0555-0001 | P3.0555-0004 | Acks Exhibit 3 |
| P3.0556 | P3.0556-0001 | P3.0556-0014 | Acks Exhibit 4a |
| P3.0557 | P3.0557-0001 | P3.0557-0014 | Acks Exhibit 4b |
| P3.0558 | P3.0558-0001 | P3.0558-0014 | Acks Exhibit 4c |
| P3.0559 | P3.0559-0001 | P3.0559-0014 | Acks Exhibit 4d |
| P3.0560 | P3.0560-0001 | P3.0560-0013 | Acks Exhibit 4e |
| P3.0561 | P3.0561-0001 | P3.0561-0013 | Acks Exhibit 4f |
| P3.0562 | P3.0562-0001 | P3.0562-0013 | Acks Exhibit 4k |
| P3.0563 | P3.0563-0001 | P3.0563-0001 | Acks Exhibit 5 |
| P3.0564 | P3.0564-0001 | P3.0564-0001 | Acks Exhibit 6 |
| P3.0565 | P3.0565-0001 | P3.0565-0007 | Acks Exhibit 7 |
| P3.0566 | P3.0566-0001 | P3.0566-0015 | Acks Exhibit 8 |
| P3.0567 | P3.0567-0001 | P3.0567-0001 | Acks Exhibit 9 |
| P3.0568 | P3.0568-0001 | P3.0568-0001 | Acks Exhibit 10 |
| P3.0569 | P3.0569-0001 | P3.0569-0001 | Acks Exhibit 11 |
| P3.0570 | P3.0570-0001 | P3.0570-0001 | Acks Exhibit 12 |
| P3.0571 | P3.0571-0001 | P3.0571-0001 | Heischober- Wastewater bill-HRSD bill dated 9.25.09 |
| P3.0598 | P3.0598-0001 | P3.0598-0001 | Summary Table of Results of Contingent Valuation Survey |
| P3.0599 | P3.0599-0001 | P3.0599-0004 | Notice of Depo of J.C. Tuthill 2010-2-2 FILED |
| P3.0601 | P3.0601-0001 | P3.0571-0001 | Baldwin- James City County Notice of Real Estate Assessment Change for tax year 2010 |
| P3.0602 | P3.0602-0001 | P3.0602-0002 | Baldwin- James City County Property Tax Assessments 2007, 2008, 2009 |
| P3.0603 | P3.0603-0001 | P3.0603-0001 | Baldwin- James City County email re assessed value reduction dated 12.11.09 |
| P3.0604 | P3.0604-0001 | P3.0604-0001 | Orlando- Good Faith Estimate dated 6.2.09 |
| P3.0605 | P3.0605-0001 | P3.0605-0001 | Orlando- Truth in Lending Disclosure Statement dated 6.4.09 (2) |
| P3.0607 | P3.0607-0001 | P3.0607-0001 | Orlando- Bank of America letter re CDW dated 11.3.09 |
| P3.0608 | P3.0608-0001 | P3.0608-0002 | Leach- James City County Tax Assessments 2007, 2008 and 2009 |
| P3.0609 | P3.0609-0001 | P3.0609-0003 | Tuthill Depo Notice by Kerry Miller |

PSC Trial Exhibits

Germano et al. v. Taishan Gypsum

| Exhibit | Begin Range | End Range | Description |
|---|---|---|---|
| P3.0610 | P3.0610-0001 | P3.0610-0002 | McKellar- Settlement Statement dated 5.29.08 |
| P3.0611 | P3.0611-0001 | P3.0611-0001 | McKellar- Total Mortgage Svcs Lock-In Agreement |
| P3.0612 | P3.0612-0001 | P3.0612-0001 | McKellar- Total Mortgage Svcs Payment Letter- payments begin 7.1.08 |
| P3.0613 | P3.0613-0001 | P3.0613-0001 | McKellar-Gas Fireplace Repair-Fireside fax dated 11.19.09 |
| P3.0614 | P3.0614-0001 | P3.0614-0001 | McKellar- Cable bill- Cox bill dated 11.8.09 |
| P3.0615 | P3.0615-0001 | P3.0615-0001 | McKellar- Lease Submeterin Allocation Addendum dated 11.6.09 |
| P3.0616 | P3.0616-0001 | P3.0616-0003 | McKellar- City of Newport News Parcel Property Information |
| P3.0618 | P3.0618-0001 | P3.0618-0001 | Morgan - Tommy Garner |
| P3.0619 | P3.0619-0001 | P3.0619-0009 | Morgan - Income Tax Return |
| P3.0620 | P3.0620-0001 | P3.0620-0001 | Tuthill Reliance Letter 1.20.10 |
| P3.0621 | P3.0621-0001 | P3.0621-0001 | Tuthill Supplemental Reliance Letter 1.29.10 |
| P3.0622 | P3.0622-0001 | P3.0622-0015 | Tuthill Revised Supplemental Report 2.3.10 |
| P3.0625 | P3.0625-0001 | P3.0625-0002 | FRE 1006 Summary of HVAC Coil Failure Data |
| P3.0626 | P3.0626-0001 | P3.0626-0020 | Venture Supply Docs |
| P3.0627 | P3.0627-0001 | P3.0627-0001 | Heischober, 8-15-08 Work Order |
| P3.0628 | P3.0628-0001 | P3.0628-0001 | Heischober, 8-15-08 Work Order |
| P3.0629 | P3.0629-0001 | P3.0629-0511 | Taishan & BNBM - Structure/Government Control |
| P3.0630 | P3.0630-0001 | P3.0630-0001 | P3.0629 - Heischober - Metro Mechanical HVAC Invoice December 18, 2009 (00046573) |
| P3.0631 | P3.0631-0001 | | Acks Perpetuation Deposition (Full Final Version) |
| P3.0632 | P3.0632-0001 | | Tuthill Perpetuation Deposition (Full Final Version) |
| P3.0633 | P3.0633-0001 | | Nguyen Floor Plan |
| P3.0634 | P3.0634-0001 | | Photo of BDM5, lamp cord, Morgan household (Nov. 22, 2009) |
| P4.0002 | P4.0002-0001 | P4.0002-0166 | Expert Report of Rutila, Dean A. and Nelson, Peter E. (SGH) (Feb. 12, 2010) |
| P4.0003 | P4.0003-0001 | P4.0003-0031 | Expert Report of Krantz, Bradley D. (CTL) (Feb. 12, 2010) |
| P4.0007 | P4.0007-0001 | P4.0007-0189 | Expert Report of Streit, Lori (Feb. 12, 2010) |
| P4.0008 | P4.0008-0001 | P4.0008-0045 | Expert Report of Bailey, Ronald (Feb. 12, 2010) |