UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * | MDL No. 2047 |
| | * | SECTION: "L" |
| THIS DOCUMENT RELATES TO: | * | |
| | * | JUDGE FALLON |
| SEAN AND BETH PAYTON, et al., | * | |
| vs. | * | MAG. JUDGE WILKINSON |
| KNAUF GIPS KG., et al. | * | |
| CASE NO. 2:09-CV-7628 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### CONSENT MOTION TO EXTEND TIME TO RESPOND TO THE *PAYTON* COMPLAINT AND INCORPORATED MEMORANDUM AND LOCAL RULE 7.9 CERTIFICATE

Defendant, The Home Depot U.S.A., Inc., fully reserving any and all defenses, by undersigned counsel, pursuant to Rule 7.9 of the Local Rules of the U.S. District Court for the Eastern District of Louisiana, hereby moves the Court for an Order extending the time by which Defendant The Home Depot U.S.A., Inc. must respond to Plaintiffs' Omnibus Class Action Complaint (I) filed in the above-captioned matter, Civil Action No. 09-7628, within MDL No. 2047 ("the Payton Complaint").

1. On or about February 3, 2010, Defendant The Home Depot U.S.A., Inc. was served with the Payton Complaint.

1007989v.1

2. Accordingly, the time for The Home Depot U.S.A., Inc. to file and serve responsive pleadings to the Payton Complaint will expire on February 24, 2010. Federal Rule of Civil Procedure 12(a)(1)(A)(i).

3. Undersigned Counsel for Defendant The Home Depot U.S.A., Inc. has obtained the consent of Plaintiffs' Liaison Counsel to an extension of 30 days for The Home Depot U.S.A., Inc. to file and serve responsive pleadings to the Payton Complaint.

4. This extension will not prejudice any of the parties, nor will it delay the proceedings. Defendant The Home Depot U.S.A., Inc. has not previously requested an extension of time to respond to the Payton Complaint. Accordingly, good cause exists pursuant to Local Rule 7.9 for the granting of this Consent Motion.

WHEREFORE, Defendant The Home Depot U.S.A., Inc. moves the Court to grant it an extension of 30 days, until March 26, 2010, to respond to Plaintiffs' Omnibus Class Action Complaint (I), filed in the above captioned matter, Civil Action No. 09-7628, within MDL No. 2047.

Dated: February 17, 2010

        Respectfully submitted,

        */s/Carmelite S. Bertaut*
        Carmelite S. Bertaut, 3054
          cbertaut@stonepigman.com
        Jackie M. McCreary, 28676
          jmccreary@stonepigman.com
        STONE PIGMAN WALTHER WITTMANN L.L.C.
        546 Carondelet Street
        New Orleans, Louisiana 70130
        Phone: 504-581-3200
        Fax:    504-581-3361

        *Counsel for The Home Depot, U.S.A., Inc.*

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Consent Motion to Extend Time to Respond to the *Payton* Complaint and Incorporated Memorandum and Local Rule 7.9 Certificate has been served on Liaison Counsel by e-mail and upon all Chinese Dry Wall parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 6, on this 17th day of February, 2010.

I further certify that the above and foregoing Consent Motion to Extend Time to Respond to the *Payton* Complaint and Incorporated Memorandum and Local Rule 7.9 Certificate was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 17th day of February, 2010.

/s/Carmelite M. Bertaut

1007989v.1