# EXHIBIT C



Welcome to
The UPS Store #5472
in NEW YORK

theupsstore.com | About The UPS Store | Customer Service



## Welcome to the Web home of The UPS Store location in NEW YORK. We do more than shipping!

**388 2ND AVE**
**NEW YORK, NY  10010**
BETWEEN 22ND ST & 23RD ST
(Map/Directions)

**Phone:** (212)375-8292
**Fax:** (646)356-6936
**Email:** store5472@theupsstore.com

**Regular Hours of Operation:**
Monday      8:30 AM  - 8:00 PM
Tuesday     8:30 AM  - 8:00 PM
Wednesday   8:30 AM  - 8:00 PM
Thursday    8:30 AM  - 8:00 PM
Friday      8:30 AM  - 8:00 PM
Saturday    10:00 AM - 6:00 PM

| Home | Document Services | Mailbox Services | Pack & Ship Services | Freight Services | Packing & Moving Supplies |

→ Track a Package
→ About Our Center
→ Special Offers

## Open regular hours for Presidents Day Monday Feb 15th

### Borrow A Handtruck
Do you have boxes that you want to ship with us?  You can borrow a handtruck at no charge!  Just come in and grab one!

### Schedule A Pickup
E-mail us at store5472@theupsstore.com or call us at (212) 375-8292 to schedule a pickup!

### Open a mailbox.....
you can have our unique Manhattan address... click here and to learn more or e-mail us directly:
store5472@theupsstore.com





Participating Location

### News & Updates

### We take passport photos!

Home | Locations | Calculate Cost | Tracking | Products & Services | Franchise Opportunities | About The UPS Store
Customer Service | UPS.com

MBE is a UPS® company. The UPS Store® locations are independently owned and operated by franchisees of Mail Boxes Etc., Inc. in the USA and by its international master licensees and their franchisees outside of the USA. Services and hours of operation may vary by location.
Copyright 1994-2008 United Parcel Service of America, Inc. All rights reserved.
Privacy Policy | Terms & Conditions of Service