UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO: 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | SECTION: L |
| | * | |
| | * | JUDGE: FALLON |
| * * * * * * * * * * * * * * | | MAG.JUDGE: WILKINSON |

**THIS DOCUMENT RELATES TO:** *Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, **Case No. 2:09-cv-6687 (E.D.La.)**

**INTERVENOR KNAUF PLASTERBOARD (TIANJIN) CO. LTD.'S
MOTION IN *LIMINE* (NO. 3) TO STRIKE AND EXCLUDE HEARSAY OPINIONS OF
ZDENEK HEJZLAR ATTACHED TO UNTIMELY FILED CARAVANOS REPORT**

COME NOW Knauf Plasterboard (Tianjin) Co. Ltd. and move this Honorable Court for an Order granting Intervenor's Motion in *Limine* (No. 3) to Strike and Exclude Hearsay Opinions of Zdenek Hejzlar attached to Untimely filed Caravanos Report on the grounds more fully set forth in the supporting Memorandum attached hereto.

Respectfully submitted,

BY: s/Douglas B. Sanders

KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
**FRILOT L.C.**
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile: (504)599-8145
Email: kmiller@frilot.com

-AND-

>DONALD J. HAYDEN (Fla. Bar No. 0097136)
>BAKER & McKENZIE LLP
>MELLON Financial Center
>1111 Brickell Avenue Suite 1700
>Miami, FL  33131
>Telephone:       (305) 789-8966
>Facsimile:        (305) 789-8953
>Email:  donald.j.hayden@bakernet.com
>
>DOUGLAS B. SANDERS (IL Bar No. 6256621)
>RICHARD M. FRANKLIN (IL Bar No. 0864390)
>**BAKER & MCKENZIE LLP**
>130 E. Randolph Drive
>One Prudential Plaza
>Chicago, IL  60601
>Telephone:       (312) 861-8075
>Facsimile:        (312) 698-2375
>Email:  douglas.b.sanders@bakernet.com

## **CERTIFICATE**

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this  17th day of February, 2010.

>s/Douglas B. Sanders