IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE WILKINSON |
| | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, Case No. 2:09-cv-6687 (E.D.La.)

**INTERVENOR KNAUF PLASTERBOARD (TIANJIN) CO. LTD.'S MEMORANDUM IN SUPPORT OF MOTION IN *LIMINE* (NO. 3) TO STRIKE AND EXCLUDE HEARSAY OPINIONS OF ZDENEK HEJZLAR ATTACHED TO UNTIMELY FILED CARAVANOS REPORT**

**MEMORANDUM FILED UNDER SEAL**

    Respectfully submitted,

    BY: /s/ Douglas B. Sanders
    KERRY J. MILLER (#24562)
    KYLE A. SPAULDING (#29000)
    PAUL C. THIBODEAUX (#29446)
    **FRILOT L.L.C.**
    1100 Poydras Street
    Suite 3700
    New Orleans, LA 70163
    Telephone: (504)599-8194
    Facsimile: (504)599-8145
    Email: kmiller@frilot.com

    -AND-

DONALD J. HAYDEN (FL Bar No. 0097136)
**BAKER & MCKENZIE LLP**
Mellon Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL  33131
Telephone:  (305) 789-8966
Facsimile:  (305) 789-8953
Email:  donald.j.hayden@bakernet.com

DOUGLAS B. SANDERS (IL Bar No. 6256621)
RICHARD M. FRANKLIN (IL Bar No. 0864390)
**BAKER & MCKENZIE LLP**
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL  60601
Telephone:  (312) 861-8075
Facsimile:  (312) 698-2375
Email:  douglas.b.sanders@bakernet.com

## **CERTIFICATE**

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by paper delivery to the Clerk of Court on this 17th day of February, 2010.

*/s/ Douglas B. Sanders*