UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:09-cv-6687 (E.D.La.) | |

**PLAINTIFFS' STEERING COMMITTEE'S RESPONSE
TO INTERVENOR KNAUF PLASTERBOARD (TIANJIN)
CO. LTD.'S MOTION IN LIMINE (NO. 2) TO EXCLUDE
TESTIMONY REGARDING PERSONAL INJURY IMPACT**

The Plaintiffs' Steering Committee (PSC) hereby responds to Knauf Plasterboard (Tianjin) Co. Ltd. (KPTs) Motion in Limine (No. 2) to Exclude Testimony that Chinese Drywall Emissions or Odors from Chinese Drywall are Harmful to, or Otherwise Impact, Health, are Toxic or Noxious. The PSC submits that Knauf's motion should be denied because it goes too far.

All of the parties agree that the scope of the February 19, 2010 hearing in anticipation of default judgment proceedings is limited to property remediation and property damage. *See In re Chinese Drywall Products Liability Litigation*, MDL No. 2047, Scheduling Order (E.D.La. January 20, 2010). This Court has repeatedly expressed its intention to schedule litigation of personal injury claims for a later time in the litigation and to proceed on the singular focus of property remediation and costs at this time. Knauf's motion in limine (No. 2) acknowledges the Court's Order but extends a caveat – in the event that the plaintiff intervenors mention in their testimony any reference to the drywall in their homes emitting odors that may be toxic, noxious or harmful, then Knauf must be permitted to introduce expert evidence disputing the health effects of Chinese drywall. Knauf's

added condition is unnecessary and unfounded.[1]

No one disputes that the claims to be presented by the intervening plaintiffs are not personal injury claims and are limited to property claims only. At the hearing, the PSC intends to present the seven intervenor home owners to provide testimony on the issues germain to these proceedings, such as their home purchases, their observations of product defect, and how the CDW has caused them to suffer property damages. As lay witnesses, these plaintiffs cannot and will not attempt to provide a scientific foundation supporting any health claim. Any testimony from the intervenor plaintiffs about the conditions caused by the drywall would be limited to their personal observations of foul odors, visible corrosion, and mechanical and electrical failure. Should the plaintiffs testify to the emission of gases from the drywall as being noxious or corrosive, such testimony is not being asserted for the truth of the matter therein[2] but for their state of mind (*i.e.*, present sense impressions) and the effect CDW had on their behavior (*i.e.* decision making to leave the home), not their physical condition. Accordingly, Knauf's contention that it should be permitted to controvert any of the plaintiff's lay testimony regarding their observations regarding the off-gassing of the CDW with expert testimony addressing the purported absence of any causal association between adverse health conditions and CDW emissions is far beyond the scope of these proceedings. More importantly, Dr. Goad's opinion is irrelevant to these proceedings. Since the import of the testimony of Dr. Goad is irrelevant, permitting him to testify would be far outweighed by the extreme prejudice

---

[1] Knauf proposes to introduce the testimony of its expert, Philip Goad, Ph.D., a toxicologist. Dr. Goad has opined on subjects related to personal injuries and the human health effects of exposure to CDW emissions. His opinions are the subject of the PSC's Motion in Limine (No. 3), which, like Knauf's instant motion, similarly seeks to preclude any evidence addressing the health effects of CDW.

[2] Similarly, no plaintiffs' expert provides expert opinion on health effects from CDW emissions in this case. Knauf's citations to pages from plaintiff expert reports do not identify any such expert opinions.

to the plaintiffs and would unduly consume the precious time allotted to the parties on the property damage issues. *See* Fed.R.Evid. 403.

For these reasons, as well as those presented in the PSC's Motion in Limine (No. 3), Knauf's motion should be denied.

Respectfully submitted,

Dated: February 17, 2010

/s/ Russ M. Herman
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

**PLAINTIFFS' STEERING COMMITTEE**

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Victor Manuel Diaz
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
 Matthews, Martinez, Gonzales,
 Kalbac & Kane
255 Aragon Avenue, 2nd Floor
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Jeremy W. Alters
Alters, Boldt, Brown, Rash & Culmo, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@abbrclaw.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiffs' Steering Committee's Response to Intervenor Knauf Plasterboard (Tianjin) Co. Ltd. Motion in Limine (No. 2) to Exclude Testimony Regarding Personal Injury Impact has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 17th day of February, 2010.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047

*Co-counsel for Plaintiff*