IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE WILKINSON |
| | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, **Case No. 2:09-cv-6687 (E.D.La.)**

### EX PARTE MOTION TO SEAL

**COMES NOW** Defendant, Knauf Plasterboard Tianjin Company, Limited, appearing through undersigned counsel, and moves this Honorable Court to seal its Memorandum in Support of Motion in *Limine* (No. 3) to Strike and Exclude Hearsay Opinions of Zdenek Hejzlar Attached to Untimely Filed Caravanos Report for the reason that information contained within the motion fall within the confidentiality provisions of Pre-Trial Order 16 and this Court's Order of January 6, 2010 (Doc. No. 700).

**WHEREFORE**, Knauf Plasterboard Tianjin Company, Limited prays that this Honorable Court grant its Motion to Seal its Memorandum in Support of Motion in *Limine* (No. 3) to Strike and Exclude Hearsay Opinions of Zdenek Hejzlar Attached to Untimely Filed Caravanos Report and that said Memorandum be sealed and retained as part of the record.

Respectfully submitted,

BY: /s/ Douglas B. Sanders
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
**FRILOT L.L.C.**
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile:  (504)599-8145
Email: kmiller@frilot.com

-AND-

DONALD J. HAYDEN (FL Bar No. 0097136)
**BAKER & MCKENZIE LLP**
Mellon Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL  33131
Telephone:    (305) 789-8966
Facsimile:    (305) 789-8953
Email:  donald.j.hayden@bakernet.com

DOUGLAS B. SANDERS (IL Bar No. 6256621)
RICHARD M. FRANKLIN (IL Bar No. 0864390)
**BAKER & MCKENZIE LLP**
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL  60601
Telephone:    (312) 861-8075
Facsimile:    (312) 698-2375
Email:  douglas.b.sanders@bakernet.com

## **CERTIFICATE**

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by paper delivery to the Clerk of Court on this 17th day of February, 2010.

*/s/ Douglas B. Sanders*