IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * * | MDL Docket No. 2047 <br> SECTION L <br> JUDGE FALLON <br> MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * *

### O R D E R

**CONSIDERING** the Ex Parte Motion to Seal;

**IT IS ORDERED** that the Ex Parte Motion to Seal is **GRANTED,** and its Memorandum in Support of Motion in *Limine* (No. 5) to Restrict the Evidentiary Hearing and the Court's Findings of Fact and Conclusions of Law to the Scope and Extent of Appropriate Remediation for the Seven Homes at Issue will be sealed and retained as part of the record.

New Orleans, Louisiana, this _____ day of February, 2010.

_____
JUDGE ELDON E. FALLON