UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:09-cv-6687 (E.D.La.) | |

**PLAINTIFFS' STEERING COMMITTEE'S RESPONSE TO
INTERVENOR KNAUF PLASTERBOARD (TIANJIN) CO. LTD.'S
MOTION IN LIMINE (NO. 5) TO RESTRICT THE
EVIDENTIARY HEARING AND THE COURT'S FINDINGS OF FACT
AND CONCLUSIONS OF LAW TO THE SCOPE AND EXTENT OF
<u>APPROPRIATE REMEDIATION FOR THE SEVEN HOMES AT ISSUE</u>**

On the eve of trial, Knauf for the first time seeks to exclude from the record relevant evidence of the damages recoverable under Virginia law by the seven Plaintiff intervenors. This evidence is important as it pertains to and supports the incontrovertible rights of these homeowners to seek a default judgment and monetary relief against the defendant Taishan, which has avoided the process of this Court after service of the Complaint. For all practical purposes, Knauf's eleventh-hour motion would deny to these seven Plaintiffs their one "day in Court" to present and quantify all of their claims against Taishan, after they have made their homes available to exhaustive testing by numerous experts and spent months helping their

1

attorneys marshal evidence in support of their damage claims. With the hearing on these claims now at hand, this is an outcome that is as inequitable as it is inefficient.

The inequity of what Knauf seeks is inherent in the timing of its request. Plaintiffs' counsel have been very clear in open Court as well as in status conference discussions in Chambers with Your Honor and the parties: In and through this hearing, they intend to make an appropriate, complete record of <u>all</u> damages legally recoverable by these Plaintiffs from the defendant Taishan, even though it is understood that the Court wishes the principal focus of the hearing to be on the scope and extent of property damage repair and remediation. Knauf's counsel, present for all these discussions, previously responded by indicating that it will simply not challenge these seven Plaintiffs' evidence as it pertains to damage claims and amounts that are not directly related to the scope of repair and remediation. The parties have even discussed the fact that Knauf's silence as to these claims and damages will not be construed as a concession by Knauf that these claims have merit. In other words, it has been well-understood that the purpose of presenting this evidence is to support and secure relief under Virginia law from Taishan, not Knauf. If those items of damages are part of these proceedings, certainly then items of monetary relief dealing with the remediation are equally if not more appropriate.

Proceeding on this basis, Plaintiffs filed a number of expert reports on December 30, 2009, including reports by experts such as Kenneth Acks and J. C. Tuthill. Mr. Acks addresses and quantifies the Chinese Drywall "stigma" effect of diminished property values even after remediation is completed; and Ms. Tuthill, a forensic accountant, quantifies certain damage claims such as the economic impact of mortgage deferral and bankruptcy. Hence, even if Knauf claims not to have understood the intention of Plaintiffs prior to December 30, 2009, there is no

2

question but that Knauf has been on notice since that time (for approximately <u>six weeks</u>) that the quantum of damages was to be included in the plaintiffs' scope and extent of property damage remediation case-in-chief and made part of this record on Plaintiffs' behalf. For Knauf to present a motion *in limine* two days prior to trial asking the Court to strike such evidence from the record, simply cannot be justified in terms of fairness to, or the prejudice visited upon, Plaintiffs.

If Knauf envisions another hearing, what Knauf seeks by this motion is tantamount to a grossly inefficient use of judicial resources. All of the expert calculations and supporting documents regarding Plaintiffs' claims against Taishan under Virginia law now have been prepared and made ready for placement into the record of these proceedings. Indeed, each plaintiff has made travel plans and arrangements to be present and testify briefly in the course of the hearing. The weeks of pretrial effort and expense to create the necessary record supporting all of Plaintiffs' damage claims against Taishan now would be squandered if Knauf's motion were granted – lets not overlook the fact that these seven intervenors are absent from their homes and need complete relief. Delay, bifurcation and obfuscation are <u>not</u> remedies.

Since the necessary record can now be made, therefore, while at the same time allowing this hearing to focus primarily on the scope and extent of property damage repair and remediation, it defies logic to circumscribe the evidence as Knauf proposes. The evidence required by the Plaintiff intervenors to support a prospective default judgment either must be presented now or at a later time; and the hearing at hand is the most proper vehicle for that presentation. For the sake of judicial economy, it makes no sense to (in effect) sever and subdivide the evidentiary hearing needed in anticipation of default and in support of the damages

which these seven homeowners are entitled to recover from Taishan, including but not limited to the most important item -- the cost of home remediation and repair.

For all of these reasons, the Plaintiffs respectfully submit that the instant motion should be denied.

Dated: February 17, 2010

Respectfully submitted,

/s/ Russ M. Herman
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

4

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Victor Manuel Diaz
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181

bsteckler@baronbudd.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Aragon Avenue, 2nd Floor
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630

jrr@lumpkinreeves.com

Gerald E. Meunier (On the Brief)
Gainsburgh, Benjamin, David, Meunier
  & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis (On the Brief)
HAUSFELD LLP
1700 K Street, N.W Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Jeremy W. Alters
Alters, Boldt, Brown, Rash & Culmo, P.A.
4141 N.E. 2nd Avenue, Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@abbrclaw.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Plaintiffs' Steering Committee's Response to Intervenor Knauf Plasterboard (Tianjin) Co. Ltd.'s Motion in Limine (No. 5) to Restrict the Evidentiary Hearing and the Court's Findings of Fact and Conclusions of Law to the Scope and extent of Appropriate Remediation for the Seven Homes at Issue has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 17th day of February, 2010.

                                                        /s/ Leonard A. Davis
                                                        Leonard A. Davis, Esquire
                                                        Herman, Herman, Katz & Cotlar, LLP
                                                        820 O'Keefe Avenue
                                                        New Orleans, Louisiana 70113
                                                        Phone: (504) 581-4892
                                                        Fax: (504) 561-6024
                                                        Ldavis@hhkc.com
                                                        Plaintiffs' Liaison Counsel
                                                        MDL 2047

                                                        *Co-counsel for Plaintiffs*

4823-0004-5573