IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED<br>DRYWALL PRODUCTS<br>LIABILITY LITIGATION | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | MDL Docket No. 2047 <br><br> SECTION L <br><br> JUDGE FALLON <br><br> MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * *

**THIS EXHIBIT LIST RELATES TO:** *Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, Case No. 2:09-cv-6687 (E.D.La.)

**INTERVENOR KNAUF PLASTERBOARD (TIANJIN) CO. LTD.'S
DESIGNATION OF EXHIBITS FOR USE IN DEFAULT PROCEEDING REGARDING
THE SCOPE AND EXTENT OF REMEDIATION FOR HOUSES IMPACTED WITH
ALLEGEDLY DEFECTIVE CHINESE DRYWALL**

| KPT EXHIBIT NUMBERS | EXHIBIT DESRIPTION |
|---|---|
| | **Expert Reports and Related FRE 1006 Summaries of Expert Reliance Materials** |
| Exhibit 1 | Expert Report of Phillip T. Goad, Ph.D.[1] |
| Exhibit 1 A | Exhibit A to Expert Report of Phillip T. Goad, Ph.D., Curriculum Vitae |
| Exhibit 1 B | Exhibit D to Expert Report of Phillip T. Goad Ph.D., summary of air quality investigations in residential units that contain Chinese drywall to be offered pursuant to FRE 1006 |
| Exhibit 1 C | Exhibit H to Expert Report of Phillip T. Goad Ph.D., Louisiana total reduced sulfur data |
| Exhibit 1 D | Exhibit I to Expert Report of Phillip T. Goad Ph.D., Florida total reduced sulfur data |
| Exhibit 1 E | Exhibit J to Expert Report of Phillip T. Goad Ph.D., summary of drywall cross-contamination data |

---

[1] Dr. Goad attached Exhibits A – K to his expert report. Exhibits B, C, E, F and G contain thousands of pages of laboratory, testing and inspection data that Dr. Goad relied on in formulating his opinions. Such reliance material is not being tendered to the Court with his Expert Report as such reliance materials are voluminous (exceeding 3,000 pages). FRE 1006 summaries have been prepared for some of this material, and such exhibits are listed as trial exhibits. Duplicates of the reliance material have been produced to the PSC during the initial production of Dr. Goad's report. Such materials will also be available for the Court to review, if requested.

| | |
|---|---|
| Exhibit 1 F | Exhibit K to Expert Report of Phillip T. Goad, depicting classification by Dr. Robert Sproles of electrical switches and receptacles in the seven Virginia homes |
| Exhibit 1 G | FRE 1006 summary of distribution of CTEH sampling locations |
| Exhibit 1 H | FRE 1006 summary of 2009 CTEH sulfur compound detections |
| Exhibit 1 I | FRE 1006 summary of Table 1 from Environ 2008 study |
| Exhibit 1 J | FRE 1006 summary of CTEH indoor air quality testing in Virginia houses |
| Exhibit 1 K | FRE 1006 summary of hydrogen sulfide passive dosimeter results |
| Exhibit 1 L | FRE 1006 summary of outdoor total reduced sulfur – Mandeville, LA |
| Exhibit 1 M | FRE 1006 summary of indoor total reduced sulfur – 1219 Rue Degas, Mandeville, Louisiana |
| Exhibit 1 N | FRE 1006 summary of indoor total reduced sulfur – 209 Rue Esplanade, Mandeville, Louisiana positive control house |
| Exhibit 1 O | FRE 1006 summary of drywall cross contamination study in Mandeville, Louisiana and Virginia houses |
| Exhibit 1 P | FRE 1006 summary of results of RJ Lee Group high humidity static chamber tests (30 Day Exposure) |
| Exhibit 1 Q | FRE 1006 summary of simulated power loss study data from 9315 Scarborough Court, Port St. Lucie, FL |
| Exhibit 2 | Supplemental Expert Report of Phillip T. Goad, Ph.D. and Supplemental Appendices 1 through 4 |
| Exhibit 3 | Expert Report of Matthew J. Perricone, Ph.D. and Appendices A through F |
| Exhibit 3 A | Attachment 1 to Expert Report of Matthew J. Perricone, Ph.D., Curriculum Vitae |
| Exhibit 3 B | FRE 1006 summary of XRF and visual inspection and grading of copper wire tarnishing at 4020 Dunbarton Circle, 1st and 2nd Floors, Williamsburg, VA |
| Exhibit 3 C | FRE 1006 summary of XRF and visual inspection and grading of copper wire tarnishing at 1008 Hollymeade Circle, 1st and 2nd Floors, Newport News, VA |
| Exhibit 3 D | FRE 1006 summary of XRF and visual inspection and grading of copper wire tarnishing at 4091 Dunbarton Circle, 1st Floor, Williamsburg, VA |
| Exhibit 3 E | Stranded Wire Cross-Section |
| Exhibit 3 F | Photos of cleaned wires from outlet at 1008 Hollymeade Circle, Newport News, VA |
| Exhibit 3 G | Prepared cross sections of 5/16 inch plumbing harvested from impacted homes in Bradenton, FL |
| Exhibit 3 H | Prepared cross sections of new and tarnished 12 and 14 gauge wires from 8945 Ashington Way, Williamsburg, VA and 1008 Hollymeade Circle, Newport News, VA |
| Exhibit 3 I | Prepared cross sections of 3/4 inch copper pipe harvested from 115 Enclave Court, Bradenton, FL |

| Exhibit 3 J | XRF explanatory diagram |
|---|---|
| Exhibit 3 K | FRE 1006 summary of comparison of strontium levels in drywall homes analyzed by XRF and the results of high humidity static chamber tests (30-day exposures) |
| Exhibit 3 L | EPS/ESCA explanatory diagram |
| Exhibit 4 | Supplemental Expert Report of Matthew J. Perricone, Ph.D. |
| Exhibit 5 | Rebuttal Expert Report of Matthew J. Perricone, Ph.D. and Appendices A and B |
| Exhibit 6 | Expert Report of William Broom Alexander (Sandy) Sharp, M.A. |
| Exhibit 6 A | Exhibit 1 of Expert Report of William Broom (Sandy) Sharp, M.A., Curriculum Vitae |
| Exhibit 7 | Rebuttal Expert Report of William Broom Alexander (Sandy) Sharp, M.A. |
| Exhibit 8 | Expert report of Roger G. Morse |
| Exhibit 8 A | Appendix A to Expert Report of Roger G. Morse, Curriculum Vitae |
| Exhibits 8 B | Morse reliance or FRE 1006 materials (to be identified) |
| Exhibits 8 C | Morse reliance or FRE 1006 materials (to be identified) |
| Exhibits 8 D | Morse reliance or FRE 1006 materials (to be identified) |
| Exhibits 8 E | Morse reliance or FRE 1006 materials (to be identified) |
| Exhibits 8 F | Morse reliance or FRE 1006 materials (to be identified) |
| Exhibits 8 G | Morse reliance or FRE 1006 materials (to be identified) |
| Exhibits 8 H | Morse reliance or FRE 1006 materials (to be identified) |
| Exhibits 8 I | Morse reliance or FRE 1006 materials (to be identified) |
| Exhibits 8 J | Morse reliance or FRE 1006 materials (to be identified) |
| Exhibits 8 K | Morse reliance or FRE 1006 materials (to be identified) |
| Exhibit 9 | Rebuttal Expert Report of Roger G. Morse |
| | **Relevant Government Standards** |
| Exhibit 10 | ASTM B3-01 Standard Specification for Soft or Annealed Copper Wire |
| Exhibit 11 | ASTM B42-02 Standard Specification of Seamless Copper Pipe, Standard Sizes |
| Exhibit 12 | ASTM B88-03 Standard Specification of Seamless Copper Water Tubes |
| Exhibit 13 | "Environmental Conditions for Process Measurement & Control Systems: Airborne Contaminants", ANSI/ISA 71.04-1985, published by ISA, 1986 |
| Exhibit 14 | "Corrosion of Metals and Alloys – Classification of low corrosivity of indoor atmospheres", ISO 11844-2 |
| | **Government Reports** |
| Exhibit 15 | U.S. Consumer Product Safety Commission "Executive Summary of October 29, 2009 Release of Initial Chinese Drywall Summaries" |
| Exhibit 15 A | Tab A: "Statistical Analysis of the Chemical Screening of a Small Sample of Unused Chinese and Non-Chinese Drywall" (October 2009) |

3

| Exhibit 15 B | Tab B: "CPSC Staff Preliminary Evaluation of Drywall Chamber Test Results" (October 2009) |
|---|---|
| Exhibit 15 C | Tab C: Report on 10-Home Air Monitoring Study (October 2009) |
| Exhibit 16 | U.S. Consumer Product Safety Commission, Division of Health Sciences, "Summary of Contractor's Indoor Air Quality Assessment of Homes Containing Chinese Drywall" (L. Saltzman, November 23, 2009), including Environmental Health & Engineering, Inc. "Draft Final Report on an Indoor Environmental Quality Assessment of Residences Containing Chinese Drywall" (November 18, 2009) |
| Exhibit 17 | U.S. Consumer Product Safety Commission, "Interim Report on the Status of the Analysis of Electrical Components Installed in Homes with Chinese Drywall" (M. Gill and A. Trotta, November 23, 2009), including Tab A, Sandia National Laboratories "Interim Report on the Analysis of Corrosion Products on Harvested Electrical Components" (S. Glass, C. Mowry, and R. Sorensen, November 2009) |
| Exhibit 18 | U.S. Consumer Product Safety Commission, Fire Protection Engineer, "Draft Status Report on the Preliminary Analysis of HVAC, Gas Distribution, and Fire Safety Equipment Installed in Homes with Chinese Drywall" (R. Khanna, November 2009) |
| Exhibit 19 | U.S. Consumer Product Safety Commission and Department of Housing and Urban Development "Interim Guidance – Identification of Homes with Corrosion from Problem Drywall" (January 28, 2010) |
| Exhibit 20 | U.S. Department of Housing and Urban Development 1997 Revision "Guidelines for the Evaluation and Control of Lead-Based Paint Hazards in Housing" |
| Exhibit 21 | Florida Department of Health (FDOH) Report on October 15, 2009 entitled "Results of Indoor Air Testing In Two Homes Experiencing Copper Corrosion Associated with Corrosive Imported Drywall" (Krause et al., 2009) |
| Exhibit 22 | Environmental Protection Agency February 2007 Method 6200 "Field Portable X-Ray Flourescence Spectrometry for the Determination of Elemental Concentrations in Soil and Sediment" |
| Exhibit 23 | Florida Department of Health December 18, 2009 "Case Definition for Drywall Associated Corrosion in Residences" |
| Exhibit 24 | U.S. Department of Urban Housing and Urban Development October 7, 1996 "Performance Characteristic Sheet" for use of XRF in field operations |
| | **LEARNED TREATISES/SECONDARY SOURCE RELIANCE MATERIAL** |
| Exhibit 25 | "Indoor corrosion of metals", D.W. Rice, R.J. Cappell, W. Kinsolving and J.J. Laskowski, Journal of the Electrochemical Society, 127 (4), pages 891-901, (1980) |
| Exhibit 26 | "Indoor atmospheric corrosion of copper, silver, nickel, cobalt and |

4

| | |
|---|---|
| | iron", D.W. Rice, R.J. Cappell, P.B.P. Phipps and P. Peterson, pages 651-666 in "Atmospheric Corrosion" edited. W.H. Ailor, published Wiley-Interscience, (1982) |
| Exhibit 27 | "Corrosion prevention in electrical control rooms", W.B.A. Sharp, L. Falat and J.A. Krasowski, TAPPI Journal, pages 142-145, (October 1989) |
| Exhibit 28 | "Protection of control equipment from atmospheric corrosion", W.B.A. Sharp, Materials Performance, pages 43-48, (December 1990) |
| Exhibit 29 | "Comparison of electronic component degradation in field and laboratory environments", W.H. Abbot, Materials Performance, pages 55-58, (June 1991) |
| Exhibit 30 | "Development of an Activated Carbon System To Protect Electronic Equipment From Corrosion", G.N. Brown, M.A. Lunn, A.J. Repik, (November 1981) |
| Exhibit 31 | "Corrosion Protection in Control Room Environments: Field performance of a specialty activated carbon adsorber", G.N. Brown, M.A. Lunn, C.E. Miller, and C.D. Shelor, TAPPI J., 66 (11), 33-36, (November 1983) |
| Exhibit 32 | "Tarnish Studies", W.E. Cambell and U.B. Thomas, Bell Telephone Technical Publications, Monograph 13, 1170 (1939) |
| Exhibit 33 | "Indoor Coil Corrosion: Industry Research Report" published by Carrier Corporation, Farmington, CT, (2007) |
| Exhibit 34 | "The sulfiding of copper by trace amounts of hydrogen sulfide", J.P. Franey, T.E. Graedel and G.W. Kammlott, pages 383-392 in "Atmospheric Corrosion" edited by W.H. Ailor, published Wiley-Interscience, (1982) |
| Exhibit 35 | "Protecting Electrical/Electronic Systems in a corrosive treatment plant environment", R. Huggins, Paper 24-2 at South Carolina Environmental Conference (AWWA/WEA), (2004) |
| Exhibit 36 | "Atmospheric Corrosion", C. Leygraf and T. Graedel, Chapter 11.5 "Classification of Environments With Respect to Corrosivity", published Wiley-Interscience, (2000) |
| Exhibit 37 | "Ant Nest Corrosion – Exploring the Labyrinth", P. Elliot and R. Corbett, Corrosion 1999, Paper 342, (1999) |
| Exhibit 38 | "The Development of a Reproducible Screening Method to Determine the Mechanisms and Effects of Organic Acids and Other Contaminants on the Corrosion of Aluminum-Finned Copper-Tube Heat Exchanger Coils", R. Corbett, Corrosion 2004, Paper 4321, (2004) |
| Exhibit 39 | "Atmospheric Corrosion of Copper and Silver", Rice, D.W., Peterson, P., Rigby, E.B., Phipps, P.B.P., Cappell, R.J., Tremoureux, R., Electrochemical Science and Technology, pages 275-284, (February 1981) |
| Exhibit 40 | "Surface Spectroscopic Characterization of Cu/Al2O3 Catalysts", Strohmeier, B., Leyden, Donald E., Field, R.S., Hercules, D., |

| | |
|---|---|
| | Journal of Catalysis, 94, pages 514-530, (1985) |
| Exhibit 41 | "The Atmospheric corrosion of copper by hydrogen sulphide in underground conditions", Tran, T.T.M, Fiaud, C., Sutter, E.M.M., Villanova, A., Corrosion Science 45, pages 2787-2802, (2003) |
| Exhibit 42 | Material Safety Data Sheet, Copper (I) sulfide (99.5%-Cu), CAS Registry Number 22205-45-4 |
| Exhibit 43 | SEMI F60-0306, Test Method for ESCA Evaluation of Surface Composition of Wetted Surfaces of Passivated 316L Stainless Steel Components, 2006 |
| Exhibit 44 | Institute of Medicine, Committee on Damp Indoor Spaces and Health. "Damp Indoor Spaces and Health." National Academy of Sciences, 2004 |
| Exhibit 45 | Institute of Medicine, Committee on the Assessment of Asthma and Indoor Air Cleaning. "Cleaning the Air: Asthma and Indoor Air Exposures." National Academy of Sciences, 2003 |
| | **FACT WITNESS EXHIBITS** |
| Exhibit 46 | Declaration of Dr. Robert W. Sproles, Ph.D |
| Exhibit 47 | Protocol for Visual Inspection and Grading of Copper Wire Tarnishing |
| Exhibit 48 | Comparison of CPSC and CTEH visual rating systems |
| Exhibit 49 | Photos of CTEH Visual Ratings |
| Exhibit 50 | Example Field Form for Visual Inspection and Grading of Copper Wiring |
| Exhibit 51 | November 22, 2009 e-mail communication chain with Charles & Marcia Petry regarding the installation of the Environmental Control System at Petry residence, 4 Finch Lane, Mandeville, LA |
| Exhibit 52 | Report of results from activities and installation of Environmental Control System at Petry residence |
| Exhibit 53 | February 5, 2010 Affidavit of Manny Sires, Private Investigator |
| | **PHYSICAL/TANGIBLE EXHIBITS[2]** |
| Exhibit 54 | Exemplar tarnished and new 12 and 14 gauge wires |
| Exhibit 55 | Exemplar tarnished and new 3/4 inch copper pipe |
| Exhibit 56 | Exemplar tarnished and new 5/16 inch plumbing |
| Exhibit 57 | Outlet harvested from 1008 Hollymeade Circle, Newport News, Virginia |
| Exhibit 58 | Outlet harvested from 1008 Hollymeade Circle, Newport News, Virginia |
| Exhibit 59 | Outlet harvested from Lot 22, Mandeville, Louisiana |
| | **OTHER POTENTIAL EXHIBITS** |
| Exhibit 60 | Galler Deposition Exhibit 5, Handwritten Notes |
| Exhibit 61 | KPT-Barnett Deposition Exhibit 3, Excerpt from Virginia 2010 Uniform Statewide Building Code, 2003 Edition |
| Exhibit 62 | KPT-Barnett Deposition Exhibit 4, Excerpt from International |

---

[2] KPT is not identifying on this exhibit list any exhibits that are simply recreations of portions of trial exhibits being offered for visual demonstration.

| | |
|---|---|
| | Building Code, 2003 Edition |
| Exhibit 63 | KPT-Barnett Deposition Exhibit 5, Excerpt from International Residential Code, 2003 Edition |
| Exhibit 64 | Scully Deposition Exhibit 6, IEC Standard 654-4 (1987) |
| Exhibit 65 | Bailey Deposition Exhibit 2, ASHRAE Article, "Mold In The Building Environment" |
| Exhibit 66 | Bailey Deposition Exhibit 3, Bailey Engineering Corp. website Screen Shots |
| Exhibit 67 | Bailey Deposition Exhibit 4, Chinese Drywall Removal Guidance Public Review Draft (2009) |
| Exhibit 68 | Bailey Deposition Exhibit 5, Chinese Drywall Removal Guidance Version Nov. 09 (Post Public Review) |
| Exhibit 69 | Wright Deposition Exhibit 7, RS Means Repair and Remodeling Cost Data |
| Exhibit 70 | Wright Deposition Exhibit 13, Buric Job Cost Data, RS Means Residential Cost Data 2010 |
| Exhibit 71 | Caravanos Deposition Exhibit P1. 1810, Performance Characteristic Sheets |
| Exhibit 72 | Caravanos Deposition Exhibit 1, Affidavit of Tracey Dodd |
| Exhibit 73 | Caravanos Deposition Exhibit 3, "A Nonparametric Method for Estimating the 5h and 95th Percentile Curves of Variable-Time XRF Readings Based on Monotone Regression, October 24, 2000 |
| Unknown | All trial exhibits marked by the PSC and the Mitchell Company, including any disclosed testifying experts. |
| Unknown | All documents used for impeachment purposes. |
| Unknown | KPT reserves the right to add or amend exhibits to this list based upon new documents, information or data not previously produced by the PSC or the Mitchell Co. in discovery during these expedited proceedings, or as a result of any pre-trial order issued by this Court. |

Respectfully submitted,

/s/ Douglas B. Sanders
Douglas B. Sanders
Richard Franklin
**BAKER & MCKENZIE LLP**
130 E. Randolph Dr.
Chicago, IL 60601
Telephone: (312) 861-8075
Facsimile: (312) 698-2375
Email: douglas.b.sanders@bakernet.com

Donald J. Hayden
**BAKER & MCKENZIE LLP**
1111 Brickell Avenue
Suite 1700
Miami, Florida 33131
Telephone: (305) 789-8966
Facsimile: (305) 789-8953
E-mail: Donald.hayden@bakernet.com

Kerry Miller (LA Bar No. 24562)
Kyle A. Spaulding (LA Bar No. 29000)
**FRILOT L.L.C.**
1100 Poydras Street
Suite 3700
New Orleans, Louisiana 70163
Telephone: (504) 599-8194
Facsimile:(504) 599-8145
Email:kmiller@frilot.com

*Attorneys for Intervenor Knauf Plasterboard (Tianjin) Co., Ltd.*

8

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing, **Exhibit List of Intervenor Knauf Plasterboard (Tianjin) Co., Ltd.** has been served upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this 17th day of February, 2010..

/s/ Douglas B. Sanders