UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * | MDL Docket No. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, Case No. 2:09-cv-6687 (E.D.La.)

### REVISED WITNESS LIST OF INTERVENOR KNAUF PLASTERBOARD (TIANJIN) CO., LTD

Knauf Plasterboard (Tianjin) Co., Ltd. ("KPT"), by and through its attorneys BAKER & McKENZIE LLP and FRILOT LLC, submits the following names of persons who may testify at the evidentiary hearing in this matter:

1. Dr. Phillip T. Goad, Ph.D.
   Center for Toxicology and Environmental Health, L.L.C.
   5120 North Shore Drive
   North Little Rock, AR 72118

2. Dr. Robert Sproles, Ph.D.
   Center for Toxicology and Environmental Health, L.L.C.
   5120 North Shore Drive
   North Little Rock, AR 72118

3. Dr. Matthew Perricone, Ph.D. (by trial deposition)
   RJ Lee Group, Inc.
   350 Hochberg Road

1

         Monroeville, PA 15146

4.    Dr. William ("Sandy") Sharp, Ph.D.
   SharpConsultant
   8524 Moon Glass Court
   Columbia, MD 21045

5.    Roger G. Morse, AIA
   Morse Zehtner Associates
   2240 Palm Beach Lakes Blvd., Suite 300
   West Palm Beach, FL 33409

6.    Ms. Marcia Petrey
   4 Finch Lane
   Mandeville, Louisiana 70471

7.    Mr. Charles Petrey
   4 Finch Lane
   Mandeville, Louisiana 70471

8.    Manny Sires
   Legal Investigations
   2000 South Dixie Highway Suite 107
   Miami, Florida 33133

9.    Any witness identified or called by intervenors PSC and Mitchell Company.

KPT reserves its right to supplement this witness list.

Respectfully submitted,

/s/ Douglas B. Sanders
Douglas B. Sanders
Richard Franklin
**BAKER & MCKENZIE LLP**
130 E. Randolph Dr.
Chicago, IL 60601
Telephone: (312) 861-8075
Facsimile: (312) 698-2375
Email: douglas.b.sanders@bakernet.com

Donald J. Hayden
**BAKER & MCKENZIE LLP**
1111 Brickell Avenue
Suite 1700
Miami, Florida 33131
Telephone: (305) 789-8966
Facsimile: (305) 789-8953
E-mail: Donald.hayden@bakernet.com

Kerry Miller (LA Bar No. 24562)
Kyle A. Spaulding (LA Bar No. 29000)
**FRILOT L.L.C.**
1100 Poydras Street
Suite 3700
New Orleans, Louisiana 70163
Telephone:     (504) 599-8194
Facsimile:     (504) 599-8145
Email: kmiller@frilot.com

*Attorneys for Intervenor Knauf Plasterboard (Tianjin) Co., Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing, **Witness List of Intervenor Knauf Plasterboard (Tianjin) Co., Ltd.** has been served upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this 17th day of February, 2010..

/s/ Douglas B. Sanders