# EXHIBIT 1













**APPEARANCE OF NORMAL DIODE**



**APPEARANCE OF CORRODED DIODE**















| Elt. | Line | Intensity (c/s) | Error 2-sig | Atomic % | Conc | Units | Error 2-sig | |
|---|---|---|---|---|---|---|---|---|
| Si | Ka | 31.54 | 1.123 | 20.720 | 12.543 | wt.% | 0.447 | |
| S | Ka | 59.55 | 1.543 | 31.146 | 21.528 | wt.% | 0.558 | |
| Cu | Ka | 58.08 | 1.524 | 48.133 | 65.929 | wt.% | 1.730 | |
| | | | | 100.000 | 100.000 | wt.% | | Total |



| Elt. | Line | Intensity (c/s) | Error 2-sig | Atomic % | Conc | Units | Error 2-sig | |
|---|---|---|---|---|---|---|---|---|
| C | Ka | 81.21 | 1.802 | 75.688 | 67.683 | wt.% | 1.502 | |
| O | Ka | 17.37 | 0.833 | 21.808 | 25.977 | wt.% | 1.247 | |
| Al | Ka | 3.05 | 0.349 | 0.166 | 0.334 | wt.% | 0.038 | |
| Si | Ka | 47.04 | 1.372 | 2.203 | 4.608 | wt.% | 0.134 | |
| S | Ka | 0.00 | 0.000 | 0.000 | 0.000 | wt.% | 0.000 | |
| Cu | Ka | 0.62 | 0.157 | 0.064 | 0.301 | wt.% | 0.077 | |
| Pb | La | 0.21 | 0.091 | 0.071 | 1.097 | wt.% | 0.484 | |
| | | | | 100.000 | 100.000 | wt.% | | Total |





| Elt. | Line | Intensity (c/s) | Error 2-sig | Atomic % | Conc | Units | Error 2-sig | |
|---|---|---|---|---|---|---|---|---|
| Al | Ka | 1.63 | 0.255 | 2.624 | 0.587 | wt.% | 0.092 | |
| Si | Ka | 2.89 | 0.340 | 3.835 | 0.892 | wt.% | 0.105 | |
| S | Ka | 0.00 | 0.000 | 0.000 | 0.000 | wt.% | 0.000 | |
| Cu | Ka | 5.71 | 0.478 | 9.987 | 5.259 | wt.% | 0.440 | |
| Sn | La | 53.77 | 1.467 | 68.460 | 67.345 | wt.% | 1.837 | |
| Pb | La | 2.87 | 0.339 | 15.094 | 25.917 | wt.% | 3.057 | |
| | | | | 100.000 | 100.000 | wt.% | | Total |



| Elt. | Line | Intensity (c/s) | Error 2-sig | Atomic % | Conc | Units | Error 2-sig | |
|---|---|---|---|---|---|---|---|---|
| Al | Ka | 1.56 | 0.250 | 2.770 | 1.211 | wt.% | 0.194 | |
| Si | Ka | 1.77 | 0.266 | 2.445 | 1.113 | wt.% | 0.167 | |
| S | Ka | 23.33 | 0.966 | 23.255 | 12.083 | wt.% | 0.500 | |
| Cu | Ka | 38.22 | 1.236 | 61.449 | 63.272 | wt.% | 2.047 | |
| Sn | La | 7.79 | 0.558 | 8.038 | 15.461 | wt.% | 1.108 | |
| Pb | La | 0.39 | 0.124 | 2.043 | 6.860 | wt.% | 2.204 | |
| | | | | 100.000 | 100.000 | wt.% | | Total |





| Elt. | Line | Intensity (c/s) | Error 2-sig | Atomic % | Conc | Units | Error 2-sig | |
|---|---|---|---|---|---|---|---|---|
| O | Ka | 1.68 | 0.259 | 16.401 | 5.210 | wt.% | 0.805 | |
| Si | Ka | 2.33 | 0.305 | 3.349 | 1.868 | wt.% | 0.245 | |
| S | Ka | 19.44 | 0.882 | 20.217 | 12.872 | wt.% | 0.584 | |
| Cu | Ka | 35.11 | 1.185 | 58.521 | 73.834 | wt.% | 2.492 | |
| Pb | La | 0.27 | 0.104 | 1.511 | 6.217 | wt.% | 2.390 | |
| | | | | 100.000 | 100.000 | wt.% | | Total |



# BY228

Vishay Semiconductors

## Standard Avalanche Sinterglass Diode

### Features
- Glass passivated junction
- Hermetically sealed package
- Lead (Pb)-free component
- Component in accordance to RoHS 2002/95/EC and WEEE 2002/96/EC

Pb
e2



949588

### Applications
High voltage rectification
Efficiency diode in horizontal deflection circuits

### Mechanical Data
**Case:** SOD-64 Sintered glass case
**Terminals:** Plated axial leads, solderable per MIL-STD-750, Method 2026
**Polarity:** Color band denotes cathode end
**Mounting Position:** Any
**Weight:** approx. 858 mg

### Parts Table

| Part | Type differentiation | Package |
|---|---|---|
| BY228 | $V_R$ = 1500 V; $I_{FAV}$ = 3 A | SOD-64 |

### Absolute Maximum Ratings
$T_{amb}$ = 25 °C, unless otherwise specified

| Parameter | Test condition | Symbol | Value | Unit |
|---|---|---|---|---|
| Reverse voltage | see electrical characteristics | $V_R$ | 1500 | V |
| Repetitive peak reverse voltage | $I_R$ = 100 μA | $V_{RRM}$ | 1650 | V |
| Peak forward surge current | $t_p$ = 10 ms, half sinewave | $I_{FSM}$ | 50 | A |
| Average forward current |  | $I_{FAV}$ | 3 | A |
| Junction temperature |  | $T_j$ | 140 | °C |
| Storage temperature range |  | $T_{stg}$ | - 55 to + 175 | °C |
| Non repetitive reverse avalanche energy | $I_{(BR)R}$ = 0.4 A | $E_R$ | 10 | mJ |

### Maximum Thermal Resistance
$T_{amb}$ = 25 °C, unless otherwise specified

| Parameter | Test condition | Symbol | Value | Unit |
|---|---|---|---|---|
| Junction ambient | on PC board with spacing 25 mm | $R_{thJA}$ | 70 | K/W |

Document Number 86003

Rev. 1.6, 13-Apr-05

www.vishay.com

1