**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:09-cv-6687 (E.D.La.) | |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion for Leave to File Memorandum in Support of the Motion in Limine (No. 2) to Preclude the Testimony of Dr. Perricone Regarding Corrosion Thickness Measurements and Calculations Related to Surrogate Copper Coupon Testing Under Seal;

IT IS ORDERED BY THE COURT that the Plaintiffs' Steering Committee is granted leave of court to file the Memorandum in Support of the Motion in Limine (No. 2) to Preclude the Testimony of Dr. Perricone Regarding Corrosion Thickness Measurements and Calculations Related to Surrogate Copper Coupon Testing with Exhibits under seal and that such remains confidential subject to further orders of this Court.

New Orleans, Louisiana this 17th day of February, 2010.

_____
Honorable Eldon E. Fallon
U.S. District Judge