UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| | * | SECTION L |
| | * * | JUDGE FALLON |
| | * * | MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: | * * | |
| Kirk and Lori Meyer v. KB Home/Shaw Louisiana, L.L.C. and ABC Insurance Company, No. 09-6834 | * * * * | |

**************************************************

**KB HOME'S MOTION TO DISMISS COUNTS I—III, V—VI
AND FOR EXTENSION OF TIME TO ANSWER COUNTS IV AND VII**

Defendant, KB HOME/SHAW LOUISIANA, L.L.C. ("KB Home"), by and through its undersigned counsel and pursuant to Fed. R. Civ. P. 9(b) and 12(b)(6), respectfully moves to dismiss Counts I-III and V-VI of the complaint of plaintiffs Kirk and Lori Meyer.  Because KB Home is not moving to dismiss Counts IV and VII, KB Home also moves for an extension of time to answer those counts, until fourteen days after the motion to dismiss the remaining counts is ruled upon.  The grounds for this motion are:

1. Counts I, II, III, V, and VI should be dismissed because those claims are barred by Louisiana's New Home Warranty Act.

2. Counts I and II should be dismissed because a breach of implied warranty of fitness for intended purpose (Count I) and a breach of warranty of redhibition (Count II) both require that the purportedly defective product, here drywall, fail its intended

1008082v.1

purpose. This Court has already ruled in D.E. 741 (January 13, 2010 Order and Reasons) that the subject drywall does not fail its intended purpose.

3.  Count III for violation of the Louisiana Products Liability Act (La. Rev. Stat. § 9:2800) should be dismissed because the Act applies only against manufacturers, and the plaintiff has not alleged that KB Home is a manufacturer or a seller otherwise controlled by a manufacturer sufficient to bring it within the ambit of the Act.

4.  Counts V and VI (fraudulent concealment and violation of the La. Unfair Trade Practices Act) should be dismissed for failure to plead fraud with particularity.

These grounds are explained in more detail in KB Home's contemporaneously filed memorandum of law.

DATED: February 17, 2010                                Respectfully Submitted,

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509, T.A.
Brooke C. Tigchelarr, 32029
                Of
STONE PIGMAN WALTHER WITTMAN, L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361
*Attorneys for KB Home/Shaw Louisiana, L.L.C.*

1008082v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Dismiss has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 17th day of February, 2010

/s/ *Dorothy H. Wimberly*
Attorney for KB Home/Shaw Louisiana, L.L.C.

1008082v.1