UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Kirk and Lori Meyer v. KB Home/Shaw Louisiana, L.L.C. and ABC Insurance Company, No. 09-6834 | * * * * * * | |

***************************************************

## NOTICE OF HEARING

PLEASE TAKE NOTICE that defendant KB Home/Shaw Louisiana, L.L.C.'s Motion to Dismiss Counts I-III, V-VI, and for Extension of Time to Answer Counts IV and VII will be brought on for hearing on the 24th day of March, 2010, at 9:00 o'clock, before the Honorable Eldon E. Fallon, Judge, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

DATED: February 17, 2010

Respectfully Submitted,

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509, T.A.
Brooke C. Tigchelarr, 32029
STONE PIGMAN WALTHER WITTMAN, L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361
*Attorneys for KB Home/Shaw Louisiana, L.L.C.*

1008085v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Hearing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 17th day of February, 2010

*/s/ Dorothy H. Wimberly*
Attorney for KB Home/Shaw Louisiana, L.L.C.

1008085v.1