IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * * | MDL Docket No. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * *

### ORDER

**CONSIDERING** the Ex Parte Motion to Seal;

**IT IS ORDERED** that the Ex Parte Motion to Seal is **GRANTED,** and its Memorandum in Support of Motion in *Limine* (No. 1) to Exclude Testimony and Opinions that Electrical Equipment May Fail as a Result of Chinese Drywall will be sealed and retained as part of the record.

New Orleans, Louisiana, this __17th__ day of February, 2010.

_____
JUDGE ELDON E. FALLON