IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * *

## **O R D E R**

**CONSIDERING** the Ex Parte Motion to Seal;

**IT IS ORDERED** that the Ex Parte Motion to Seal is **GRANTED,** and its Memorandum in Support of Motion in *Limine* (No. 2) to Exclude Testimony that Emissions or Odors from Chinese Drywall are Harmful to, or Otherwise Impact Health are Toxic or Noxious will be sealed and retained as part of the record.

New Orleans, Louisiana, this   17th   day of February, 2010.

_____
JUDGE ELDON E. FALLON