IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * * | MDL Docket No. 2047 <br><br> SECTION L <br><br> JUDGE FALLON <br><br> MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * *

**O R D E R**

**CONSIDERING** the Ex Parte Motion to Seal;

**IT IS ORDERED** that the Ex Parte Motion to Seal is **GRANTED,** and its Memorandum in Support of Motion in *Limine* (No. 3) to Strike and Exclude Hearsay Opinions of Zdenek Hejzlar Attached to Untimely Filed Caravanos Report will be sealed and retained as part of the record.

New Orleans, Louisiana, this  17th  day of February, 2010.

_____
JUDGE ELDON E. FALLON