UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047 SECTION:  L JUDGE FALLON MAG. JUDGE WILKINSON |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. : 

**This Document Relates to *Germano, et al. v. Taishan Gypsum Co. Ltd., et al.*, case no. 09-6687**

**ORDER & REASONS**

Before the Court is the Plaintiffs' Steering Committee's ("PSC") Motion in Limine to Exclude Knauf Expert Reliance on Incomplete and Late Data Regarding Knauf's One Occupied ECS Home.  For the following reasons, this Motion is DENIED AS MOOT.

**I.      BACKGROUND**

Homeowners whose homes and health have allegedly been damaged by Chinese drywall have filed suit in state and federal courts against various defendants involved with Chinese drywall.  Because of the commonality of facts in the various cases, this litigation was designated as multidistrict litigation.  Pursuant to a Transfer Order from the United States Judicial Panel on Multidistrict Litigation on June 15, 2009, all federal cases involving Chinese drywall were consolidated for pretrial proceedings in the U.S. District Court, Eastern District of Louisiana.

The present matter, *Germano, et al. v. Taishan Gypsum Co. Ltd., et al.*, Case no. 09-6687**,** was transferred to this Court after being filed in the United States District Court for the Eastern District of Virginia as a class action on behalf of owners and residents of homes in the Commonwealth of Virginia containing defective Chinese-manufactured drywall that was designed and manufactured by Defendant Taishan Gypsum Co. Ltd. ("Taishan").

Defendant Taishan is a Chinese corporation with its principal place of business located in

Shandong Province, China.  In June 2009, summons was issued to Taishan, and on September

23, 2009, it was returned executed.  In short, Taishan has been properly served.  The delay for

answering has long passed and yet no answer or responsive pleading has been filed by Taishan.

On November 18, 2009, the Plaintiffs' Steering Committee ("PSC") filed a Motion for Default

Judgment as to Taishan.  On November 20, 2009, the Court issued an Order of Preliminary

Default.  Subsequently, the Court issued a Scheduling Order for a hearing on default judgment

proceedings against Taishan.  The Court declared its intent to use the hearing as a vehicle to

consider the scope and extent of the appropriate remediation necessary for properties that are

impacted by Chinese drywall.  Some seven properties were selected as being representative of

the variety of claimed damages in the MDL.[1]  Parties similarly situated or having a common

interest in this matter were given an opportunity to intervene and participate in these

proceedings.  One of these intervenors was Knauf Plasterboard Tianjin Co. Ltd. ("Knauf").

On February 19, 20, 22, 23, and 24, 2010, the Court will convene a final default

judgment hearing at which the interested parties will have an opportunity to present evidence in

support of their respective positions.  Following that hearing, the Court will make a

determination of the nature and scope of remediation for the properties involved with the hope

that this will also provide some guidance for other cases similarly situated.

II.     PRESENT MOTION

---

[1]Jerry and Inez Baldwin, Steven and Elizabeth Heischober, Joseph and Kathy Leach, Preston and Rachael McKellar, J. Frederick and Vannessa Michaux, William and Deborah Morgan, and Robert and Lea Orlando, all homeowners in Virginia with homes containing Chinese drywall manufactured by Taishan, intervened as plaintiffs to provide a cross-section of properties afflicted with Chinese drywall for the Court to consider in its scope of remediation hearing.

The PSC filed a Motion in Limine to Exclude Knauf Expert Reliance on Incomplete and Late Data Regarding Knauf's One Occupied Home.  The PSC alleges that for the first time, on February 11, 2010, Knauf produced three pages of surrogate copper coupon data from a Chinese drywall home using an Environmental Control System for a home in which people reside.

The Court finds that this material raised by the PSC comes too late.  But even if considered, it is insufficient to alter the Court's previous ruling.  Perhaps sometime in the future this theory may have ample supporting proof to justify a proper role in the methodology for reaching a conclusion, but it is not there yet.  Accordingly, the PSC's Motion is DENIED AS MOOT.

## III.   CONCLUSION

For the foregoing reasons, IT IS ORDERED that the Plaintiffs' Steering Committee's ("PSC") Motion in Limine to Exclude Knauf Expert Reliance on Incomplete and Late Data Regarding Knauf's One Occupied ECS Home is DENIED AS MOOT.

New Orleans, Louisiana, this 17th day of February 2010.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE
