IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * * | MDL Docket No. 2047 <br><br> SECTION L <br><br> JUDGE FALLON <br><br> MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:** *Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, Case No. 2:09-cv-6687 (E.D.La.)

**INTERVENOR KNAUF PLASTERBOARD (TIANJIN) CO. LTD.'S OBJECTION TO THE PLAINTIFFS' STEERING COMMITTEE'S MOTION IN *LIMINE* (NO. 5) TO EXCLUDE FROM EVIDENCE COSTS OF REMEDIATION INCURRED BY BUILDERS**

The Plaintiffs Steering Committee ("PSC") seeks to exclude evidence of costs of remediation incurred by builders. The PSC has adopted many of the builders' remediation protocols (*See* Expert Report of Rutila and Nelson, dated December 30, 2009, at 90-103, previously provided to the Court.) The PSC has identified two witnesses from Beazer Homes on their witness list, presumably to testify to the scope of remediation. The PSC has submitted average costs of $225,000 for their proposed remedy in houses that they are advocating should be almost completely gutted. (*See* Expert Report of Jacqueline Tuthill, previously provided to the Court.)

To the extent, the PSC will be presenting evidence that their costs are reasonable, and such evidence is admissible, the costs of builders, even if they are at discounted or volume prices or otherwise unique to builders, as argued by the PSC, is relevant to this case. The PSC has put the builders' remedial protocols and those costs at issue, and such

costs to the extent they can be testified to by KPT's witnesses, the representatives of Beazer, or the PSC's expert witnesses, should be considered by the Court.

The Court should deny the PSC's Motion to exclude builders' costs to the extent evidence of the cost of remediation is at issue in the hearing.

                                               Respectfully submitted,

                                               BY: /s/ Douglas B. Sanders

                                               KERRY J. MILLER (#24562)
                                               KYLE A. SPAULDING (#29000)
                                               PAUL C. THIBODEAUX (#29446)
                                             **FRILOT L.C.**
                                             1100 Poydras Street
                                             Suite 3700
                                             New Orleans, LA 70163
                                             Telephone: (504)599-8194
                                             Facsimile: (504)599-8145
                                             Email: kmiller@frilot.com

                                             -AND-

                                             DONALD J. HAYDEN (FL Bar No. 0097136)
                                             **BAKER & MCKENZIE LLP**
                                             Mellon Financial Center
                                             1111 Brickell Avenue, Suite 1700
                                             Miami, FL 33131
                                             Telephone:   (305) 789-8966
                                             Facsimile:   (305) 789-8953
                                             Email: donald.j.hayden@bakernet.com

DOUGLAS B. SANDERS  
(IL Bar No. 6256621)  
RICHARD M. FRANKLIN  
(IL Bar No. 0864390)  
**BAKER & MCKENZIE LLP**  
130 E. Randolph Drive  
One Prudential Plaza  
Chicago, IL 60601  
Telephone: (312) 861-8075  
Facsimile: (312) 698-2375  
Email: douglas.b.sanders@bakernet.com  

On behalf of *Intervenor Knauf Plasterboard (Tianjin) Co., Ltd.*

## CERTIFICATE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by paper delivery to the Clerk of Court on this 17th day of February, 2010.

/s/ *Douglas B. Sanders*