
**BURIC**

2512 INDEPENDENCE BLVD.
SUITE 200
WILMINGTON, NC 28412
T: 910 791 3299
F: 910 395.2781

WWW.BURIC.COM

# VIRGINIA TAISHAN DRYWALL CASES
# EXPERT REPORT

## FOR

## PLANTIFF STEERING COMMITTEE
## MDL 2047

R.V. BURIC CONSTRUCTION CONSULTANTS, PC #NC9068.1
December 23, 2009

REPORT BY: *Ronald E. Wright*
Ronald E. Wright, P.E., COO
R.V. Buric Construction Consultants, PC


EXHIBIT A

square foot cost data in a section called the "Square Foot Cost Section". A portion of this RS Means manual, attached as Exhibit 21, provides square foot costs for the base construction and the credits and deductions to simulate the scope of repair work for the residences in this matter. The tabulation of costs utilizing the RS Means data in this manner is provided as Exhibit 22. The RS Means data results in a unit cost of $65.26 per square foot which is very close to the cost average from the estimates provided by the contractors ($65.10). This analysis further supports that the estimates by the Contractors are reasonable and appropriate for the remediation scope of repair work required.

## V. CONCLUSIONS

I provide the following conclusions and opinions to a reasonable degree of engineering certainty. The Chinese drywall did not meet the purpose of the VUSBC to ensure residents safety from all hazards or to protect the health, safety, and welfare of the residents as stated in the following VUSBC sections:

**2000 VUSBC Section 101.4 Purpose:**

> *"The purpose of the USBC is to ensure safety to life and property from all hazards incident to structure design, construction, occupancy, repair, maintenance, renovation, removal or demolition."*

**2003 VUSBC Section 102.1 Purpose:**

> *"In accordance with Section 36-99 of the Code of Virginia, the purpose of the USBC is to protect the health, safety, and welfare of the residents of the Commonwealth of Virginia..."*

The Chinese drywall utilized in these residences clearly did not meet the building code requirements that were to safeguard the residents and failed to conform to the requirements of ASTM. Venture Supply Inc. and Taihe disregarded and violated the VUSBC requirements for protecting inhabitants from these hazards; the IRC requirements for gypsum to meet ASTM standards; and the ASTM standards for required labeling showing conformance to the ASTM material standards. Venture Supply