**BAILEY ENGINEERING CORPORATION**
HVAC • Building Sciences • Indoor Air Quality

Ronald B. Bailey, PE, CIAQP, CIE, CMR, President
Hollace S. Bailey, PE, CIAQP, CIE, CMR, Vice President

# VIRGINIA TAISHAN DRYWALL CASES
# EXPERT REPORT

## FOR

## PLAINTIFF STEERING COMMITTEE
## MDL 2047

### BAILEY ENGINEERING PROJECT #09-091
### DECEMBER 10, 2009

Report by: _Ronald B. Bailey_  12-11-2009
Ronald Bailey, PE, CIAQP, CIEC, CMR
President, Bailey Engineering Corporation
Florida Professional Engineer No. 20639
Louisiana Professional Engineer No. PE.0035024
Florida Certificate of Authorization 3567

860 JUPITER PARK DRIVE, SUITE 1 • JUPITER, FLORIDA 33458 • PHONE: 561.744.1410 • FAX: 561.744.1454
www.baileyeng.com


EXHIBIT B

MDL- PSC Virginia
Expert Report
December 10, 2009
Page 11 of 22



**BAILEY ENGINEERING CORPORATION**

HVAC • BUILDING SCIENCES • INDOOR AIR QUALITY

## ODORS IN CDW HOMES:

There are sulfur-like odors in CDW homes. These odors come from the reactive gasses emitted by the CDW being transferred by sorption into other building materials. When the CDW materials are removed from the home, the odors are still present.

Sorption of gasses into adjacent materials is well known.[1][2][3][4] Though desorption of the gasses will occur over time, the more material removed, the quicker the home clears of the smell from the CDW. Though no data has shown that the transfer of the odor causes the materials to become themselves reactive, the odors are present and reemitted from these materials. Observation has shown that after drywall has been removed, and the odor is still present and being reemitted by other materials in the home, polished copper pipe will tarnish in a couple of days. The more odor sorbent materials that are left behind, the longer it will take to off- gas the odors.

Non-reactive drywall and fiberglass insulation are two such odor- sorbant materials. It is my opinion that allowing materials such as non-reactive drywall to remain in the home can delay the rebuild process increasing the costs from the delay of rebuild and expenses associated to the contractor and the homeowner. It is important to allow the off- gassing of the materials inside the home before beginning the rebuild process, as such the process involves:

1. Clean out all drywall dust and pieces left behind by the CDW removal. This requires an extensive cleaning effort to assure the reactive materials are removed from the home. This includes using HEPA Vacuums to collect the dust particles and assure they are not re-released into the air. Particles and pieces are found on and in electrical junction boxes, on top of framing members, inside batt insulation and on top of wires along with other horizontal surfaces. Dust particles adhere on vertical framing membranes, therefore meticulous cleaning needs to be done.

2. Remove materials such as fiberglass batt insulation that acts as a collector of this particulate.

3. Air out the facility so that the materials can exchange the gaseous contamination with the outside air and be flushed from the home. This requires time. Experience indicates 7 to

---

[1] Volatile Organic Compound (VOC) Absorption on Material: Influence of Gas Phase Concentration, Relative Humidity and VOC type; H.Huang, F. Haghighat, P. Blondeau
Indoor Air International Journal of Indoor Environment and Health (p 236-237)
[2] ASHRAE Transaction LO-09-090 An Improvement For Twin Chamber Method to Measure VOC Diffusion Coefficient and Partition Coefficient
[3] ASHRAE Transaction LO-09-089 (RP-1321) Validation of a VOC Diffusion Sink Model Based on Full-Scale Chamber Test
[4] The Impact of Sorption on Perceived Indoor Air Quality SAKR W. ; WESCHLER C. J. ; FANGER P. O. ; Indoor air ISSN 0905-6947, 2006, vol. 16, n°2, pp. 98-110