John R. Scully, Ph.D.

1

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

- - -

IN RE:                          :
                                : MDL No. 2047
CHINESE-MANUFACTURED            :
DRYWALL PRODUCTS                : SECTION:  L
LIABILITY LITIGATION            :
                                : JUDGE FALLON
This document applies to:
all cases                       : MAG. JUDGE WILKINSON

- - -

January 25, 2010

- - -

Videotape deposition of JOHN

R. SCULLY, Ph.D., taken pursuant to

notice, was held at the Doubletree

Charlottesville, 990 Hilton Heights Road,

Charlottesville, Virginia 22901,

beginning at 8:00 a.m., on the above

date, before Amanda Dee Maslynsky-Miller,

a Certified Realtime Reporter and Notary

Public in and for the Commonwealth of

Pennsylvania.

- - -

ORIGINAL

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph| 917.591.5672 fax
deps@golkow.com

EXHIBIT

_C_

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

John R. Scully, Ph.D.

109

1    things, both the temperature and the

2    humidity conditions, possibly the

3    drywall, too.

4         Q.    So is that consistent with

5    your opinion on Page 11 that -- and

6    I've -- I sort of number them, you have

7    bullet points here, but I'll go to the

8    third bullet point, that the copper

9    sulfidation is caused by a combination of

10   temperature and time, sulfide gas

11   concentrations and relative humidity?

12        A.    Yes.  But that -- if I

13   understand your question, so we've

14   switched from drywall release and we're

15   talking about -- now about copper

16   sulfidation?  So we're not talking about

17   release anymore, we're talking about

18   copper sulfidation.

19            And it's temperature, time,

20   sulfide gas concentration and relative

21   humidity are factors in copper

22   sulfidation.

23        Q.    Okay.  So that opinion deals

24   with the actual corrosion or copper

John R. Scully, Ph.D.

110

1      sulfidation on the copper itself?

2            A.    Yes.

3            Q.    And for the corrosion or

4      copper sulfidation, temperature, time,

5      sulfide gas concentration and relative

6      humidity are all contributing factors?

7            A.    Yes.

8            Q.    It sounds like what I

9      first referred to on Page 8, then, is

10     maybe consistent with your opinion --

11     your fourth opinion on Page 11, that high

12     temperature and relative humidity can

13     increase sulfur-based gas release rate

14     from the Chinese drywall?

15           A.    Yes.  And I have to

16     qualify -- I have to, you know -- I have

17     to go to the statement that now, you

18     know -- well, okay.  I don't know

19     whether -- it seems to be very

20     complicated, based on the recent Streit

21     data, as to what's released when, or

22     maybe it's, you know, absorbed by

23     moisture and you can't measure gas; but

24     you know, it's -- you've got -- we

John R. Scully, Ph.D.

117

1   actual corrosion that happens on the

2   copper sulfide as a result of those

3   gases?

4          A.     That's what I'm trying to

5   say.  That's what I thought I just said,

6   but maybe I didn't say it as well as you

7   did.

8          Q.     So that's correct?

9          A.     Yes.  That's what I mean by

10  saying if you had a fixed concentration

11  of sulfide gases and you raise the

12  relative humidity and the temperature,

13  you would increase the corrosion rate of

14  copper.

15         Q.     So with respect to the

16  Opinion 3 above that, that the

17  sulfidation rate is caused by a

18  combination of temperature times sulfide

19  gas concentration and relative humidity,

20  do you have sort of a weighting of those

21  factors as to which one is more

22  important?

23         A.     No, I can't give a

24  weighting.  There -- in Leygraf and

John R. Scully, Ph.D.

120

1    is raised, then copper sulfidation

2    becomes faster.

3            And, actually, it

4    approaches, in the Rice study, it's 70

5    or -- 70 or 75 percent relative

6    humidity -- again, we should -- we should

7    get Rice out, but it approaches linear --

8    linear sulfidation -- rate of

9    sulfidation.

10       Q.    And so is that --

11       A.    High relative humidity.

12       Q.    -- concurrently true, that

13   as relative humidity decreases, the rate

14   of sulfidation and all other things

15   constant would decrease?

16       A.    According to the Rice study,

17   the rate of sulfidation of copper, now --

18   now, silver -- silver doesn't have the

19   same dependency on relative humidity.

20   But the sulfidation rate of copper, it

21   stands to reason, everything else being

22   equal, would be lower, that's what the

23   literature says, yes.

24            The rate of sulfidation of

John R. Scully, Ph.D.

121

1      copper would be lowered as you lower

2      relative humidity.

3          Q.     Similarly, if you kept

4      everything else constant and you reduced

5      the sulfide gas concentration, then the

6      rates -- you'd -- you'd anticipate that

7      the rates of corrosion would also reduce,

8      correct?

9          A.     Yes.  If you have copper

10     sulfidation and you -- you reduce the --

11     the -- kept everything else equal and

12     reduced the sulfide gas concentration,

13     you would reduce the sulfidation rate of

14     copper.

15              However, I want to add one

16     point to that, and that is, I want a

17     clean freshly polished piece of copper.

18     If you did that mid-course, let's say you

19     started with a high sulfidation or high

20     relative humidity and then after you had

21     some -- achieved some sulfidation and

22     then you then lowered, either

23     independently, with everything else being

24     fixed, the relative humidity or you lower