Confidential - Pursuant to Protective Order

Page 1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | X |  |
| IN RE: | X | MDL No. 2047 |
| CHINESE-MANUFACTURED | X |  |
| DRYWALL PRODUCTS | X | SECTION: L |
| LIABILITY LITIGATION | X |  |
|  | X | JUDGE FALLON |
| This document applies | X |  |
| to all cases | X | MAG. JUDGE WILKINSON |

— — —

WEDNESDAY, JANUARY 20, 2010
CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

— — —

Videotaped deposition of DEAN A. RUTILA, P.E., held at the offices of Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC, 2800 Energy Centre, 1100 Poydras Street, New Orleans, Louisiana, commencing at 9:20 a.m., on the above date, before Michael E. Miller, Certified Court Reporter, Registered Diplomate Reporter, Certified Realtime Reporter.

— — —

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

EXHIBIT D

Confidential - Pursuant to Protective Order

1  is relevant to whether it matters
2  whether or not drywall is a problem?"
3       A.    Sure. There has to be a level.
4  That level is not well understood in the
5  documents that I have read, but there has to
6  be -- obviously, at some level of dilution or
7  low concentration, there has to be a level
8  where the gases won't matter.
9  BY MR. SANDERS:
10      Q.    Do you have any opinion on
11 where that level is or what that threshold
12 is?
13      A.    I haven't tried to do that.
14 There's a tremendous body of work that I
15 would reflect on to answer that. I haven't
16 tried to establish that level.
17      Q.    So if that existed at a
18 specific level and whether or not it --
19 there's a threshold isn't relevant to your
20 opinions that the Chinese drywall causes some
21 kind of damage?
22           MR. LEWIS:  Object to
23       characterization of his testimony.
24       Please answer.

Confidential - Pursuant to Protective Order

Page 241

```
 1         4:52 p.m.)
 2              THE VIDEOGRAPHER:  Stand by.
 3         We're back on the record.  The time is
 4         4:52 p.m.  This is the start of Tape
 5         No. 5.
 6    BY MR. SANDERS:
 7         Q.    Not to show lack of progress,
 8    but I want to go back to page 43 of your
 9    report.  Somehow, I missed Dr. Scully's
10    opinions.
11              In the fourth bullet point
12    under the "Scully" section, he -- you report
13    that -- from his report, that he says,
14    "Copper sulfonation is a form of corrosion
15    which copper is particularly susceptible to.
16    It is caused by a combination of temperature,
17    time, sulfide gas concentration and relative
18    humidity."
19              Is that also your opinion?
20              MR. LAMBERT:  You want to push
21         that mute button on the phone?
22              THE WITNESS:  I'll get it.
23         A.    We have not evaluated the
24    copper corrosion to the degree that
```

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Pursuant to Protective Order

Page 242

1   Dr. Scully has.
2              We certainly have done the work
3   necessary to reach the conclusions that we
4   have, that we have sulfur gases, that the
5   sulfur gases are causing corrosion, and that
6   the sulfur gases are affected by temperature
7   and relative humidity.
8              But, as I said earlier, the
9   relationship between time, temperature and
10  sulfur gas concentration, while the subject
11  of conversation with myself and
12  Drs. Bellemare and Scully, is not a
13  significant part of our conclusion.  We do
14  not -- we did not investigate that element in
15  our work.
16  BY MR. SANDERS:
17      Q.    So you don't have an opinion as
18  to whether or not copper sulfonation is
19  caused by a combination of temperature, time,
20  sulfide gas concentration and relative
21  humidity?
22      A.    I certainly have the opinion
23  that those factors, as I testified earlier,
24  relate to it, but in -- beyond that level of