EXPERT REPORT OF WILLIAM BROOM ALEXANDER (SANDY) SHARP, M.A., M.Sc. (Eng.), Ph.D. on behalf of Knauf Plasterboard (Tianjin) Co., Ltd. ("KPT")

*In Re Chinese-Manufactured Drywall Products Liability Litigation*, MDL No. 2047 in case *Germano et al. v. Taishan Gypsum Co., Ltd. et al.*, No. 09-6687

**DECEMBER 30, 2009**

A.  Principal, SharpConsultant
    8524 Moon Glass Court, Columbia, Maryland 21045-5630.

B.  A copy of my current *curriculum vitae*, which includes a list of all publications authored by me within the preceding 10 years, is attached hereto as Exhibit 1. I am paid the following compensation in this case: Travel time, $160.00 per hour; work in the case, $260.00 per hour; depositions and court testimony, $360.00 per hour. I have testified by deposition in 2009 in *International Paper Company v. PSF Industries, Inc.*, in the Superior Court of the State of Washington (King County).

C.  In addition to my extensive training and experience in corrosion science and corrosion protection, including but not limited to, research to develop methods to measure atmospheric corrosivity and to support the development of systems to protect electrical and electronic equipment from corrosion failures, teaching a course on Preventing Atmospheric Corrosion of Process Control Equipment for the Technical Association of the Pulp and Paper Industry, reviewing relevant publications, guidelines and standards, testing results and other materials cited in my report, I have reviewed the following materials in formulating my opinions:

Books
- "Corrosion of electronics, a handbook based on experiences from a Nordic research project", by Jan Henriksen, Risto Hienonen, Torbjörn Imrell, Christofer Leygraf and Lena Sjögren, Bulletin 102 published by the Swedish Corrosion Institute, 1991.
- "Atmospheric Corrosion of Control Equipment", by W. H. Abbott, MTI Publication No 38, published NACE International, 1993.
- "Indoor atmospheres", by J.D. Sinclair, in "Corrosion tests and Standards: Application and Interpretation", Edited Robert Baboin, ASTM manual series MNL-20, published ASTM, 1995.
- "Atmospheric Corrosion", by Christofer Leygraf and Thomas Graedel, published Wiley-Interscience, 2000.
- "On-line corrosion monitoring of environments for electronic equipment", by Lena Sjögren, KI Report 2002:2E, published Swedish Corrosion Institute, 2002.

1

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



EXHIBIT
E

17. Among the facts on which these opinions are based are the following:

    a.    Providing 25 years of technical support to MeadWestvaco (previously Westvaco Corporation) Air Purification Solutions in the development, installation and maintenance of air systems to protect electronic equipment from tarnishing failures in challenging environments.

    b.    Expert Report of Matthew J. Perricone, Ph.D., RJ LeeGroup, Inc., December 2009.

    c.    Expert Report of Philip T. Goad, Ph.D., Center for Toxicology and Environmental Health, December 2009

    d.    Expert Report of Roger G. Morse, AIA, December 2009.

    e.    CPSC Draft Final Report on an Indoor Environmental Quality Assessment of Residences Containing Chinese Drywall, November 18, 2009

    f.    LeBeau, A., Gauthier, T., Poole, J. and DeMott, R. - Determination of Reduced Sulfur Gases in Wood Construction Materials.

    g.    Books, Journal and Conference Proceedings, Standards and other reports cited in section C, above.

I reserve the right to supplement my opinions or the bases of the opinions disclosed herein in the event that I receive, after the date of these disclosures, additional documents or tangible items, including information from the plaintiffs in the above-referenced cases and additional testing or sampling data that is currently under way.

*[signature]*

Dr. W.B.A. (Sandy) Sharp

7
CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER