

# Expert Report of Matthew J. Perricone, Ph.D.

In RE: Chinese Manufactured Drywall Products
Liability Litigation
MDL No. 2047
Germano et al. v. Taishan Gypsum Co., Ltd. et al.,
No. 09-6687

Report Date: December 2009

Prepared for:
Baker & McKenzie LLP
One Prudential Plaza
130 East Randolph Drive
Chicago, IL  60601

Prepared by:
RJ Lee*Group*, Inc.
350 Hochberg Rd.
Monroeville, PA 15146
www.rjlg.com



EXHIBIT F

extensive experience in experimental program design, analytical procedure development, and laboratory analysis for diverse clientele.

Dr. Perricone is a member of ASM International and is currently serving as the Chapter Council Secretary and Representative for District X and Member of the Volunteerism Committee. Dr. Perricone is also an active member of the American Welding Society (AWS) and serves on the Stainless Steel Welding Handbook Committee.

Dr. Perricone has published over thirty articles in the technical literature, including peer-reviewed journals and sections of materials handbooks published by ASM International and the American Welding Society. He has presented at multiple technical conferences related to materials science and engineering.

A copy of Dr. Perricone's curriculum vitae and publications list is Attachment 1. Dr. Perricone has not given testimony in the past four years. Dr. Perricone's professional time is billed at the rate of $200/hour.

## 3.0   Documents and Materials Reviewed

In addition to my extensive training and experience in my field, including but not limited to the review of relevant literature, studies, articles, applicable, relevant government regulations, guidelines, and directives, and testing results, I have reviewed the following materials in formulating my opinions:

Expert Report of Philip Goad, Ph.D., In RE: Chinese Manufactured Drywall Products Liability Litigation, MDL No. 2047, *Germano et al. v. Taishan Gypsum Co., Ltd. et al.*, No. 09-6687, prepared for Baker & McKenzie LLP, December 2009.

Expert Report of Roger Morse, In RE: Chinese Manufactured Drywall Products Liability Litigation, MDL No. 2047, *Germano et al. v. Taishan Gypsum Co., Ltd. et al.*, No. 09-6687, prepared for Baker & McKenzie LLP, December 2009.

Expert Report of W. B. A. (Sandy) Sharp, Ph.D., In RE: Chinese Manufactured Drywall Products Liability Litigation, MDL No. 2047, *Germano et al. v. Taishan Gypsum Co., Ltd. et al.*, No. 09-6687, prepared for Baker & McKenzie LLP, December 2009.

U.S. Consumer Product Safety Commission Staff, Division of Health Sciences, "Draft Summary of Contractor's Indoor Air Quality Assessment of Homes Containing Chinese Drywall," November 22, 2009.

U.S. Consumer Product Safety Commission, Division of Electrical Engineering, "Draft Interim Report on the Status of the Analysis of Electrical Components Installed in Homes with Chinese Drywall," November 23, 2009.

U.S. Consumer Product Safety Commission, Fire Protection Engineer4, Office of Hazard Identification and Reduction, "Draft Status Report on the Preliminary Analysis of HVAC, Gas Distribution, and Fire Safety Equipment Installed in Homes with Chinese Drywall", November 2009.

## 4.0   Summary of Opinions

RJLG has conducted investigations of residences in Florida, Louisiana and Virginia that contain Chinese drywall, analyzed building materials removed from these residences, conducted assessments of an environment control system (ECS) designed to mitigate tarnishing on unprotected metal surfaces, conducted laboratory testing and reviewed pertinent technical literature. Based on our investigations, I will testify to the following opinions to a reasonable degree of scientific certainty.

4.1   *The tarnish film found on copper components in affected houses is predominantly copper (I) sulfide which is consistent with the tarnish film that results from exposure to low levels of hydrogen sulfide. This tarnish film could not be reproduced by laboratory exposure to elevated concentrations of other sulfur-containing gases including: carbonyl sulfide, carbon disulfide, sulfur dioxide and dimethyl sulfide.*

The tarnish film observed on copper components in residences containing Chinese drywall has consistently been identified as predominantly copper (I) sulfide using X-ray Photoelectron Spectroscopy (XPS). This finding was confirmed by analysis of copper reactivity coupons placed in multiple locations in a number of residences with Chinese drywall (Appendix A[1]). The identity of the species present in the tarnish film limits the potential reactive gases in the residential atmosphere to reduced sulfur gases, specifically $H_2S$. Laboratory testing (Appendix B[2]) with certified gas mixtures containing concentrations of hydrogen sulfide, carbonyl sulfide, carbon disulfide, sulfur dioxide, and dimethyl sulfide nearly 1000 times higher than those reported by Goad[3] and others[4] demonstrate that out of these gases hydrogen sulfide is capable of generating a sulfide tarnish film on copper similar to those observed in residences with Chinese drywall.

---

[1] Appendix A, Field Assessment of Environmental Control System, Expert Report of Matthew J. Perricone, Ph.D., In RE: Chinese Manufactured Drywall Products Liability Litigation, MDL No. 2047, *Germano et al. v. Taishan Gypsum Co., Ltd. et al.*, No. 09-6687, prepared for Baker & McKenzie LLP, December 2009.
[2] Appendix B, Accelerated Chamber Tests, Expert Report of Matthew J. Perricone, Ph.D., In RE: Chinese Manufactured Drywall Products Liability Litigation, MDL No. 2047, *Germano et al. v. Taishan Gypsum Co., Ltd. et al.*, No. 09-6687, prepared for Baker & McKenzie LLP, December 2009.
[3] Expert Report of Philip Goad, Ph.D., In RE: Chinese Manufactured Drywall Products Liability Litigation, MDL No. 2047, *Germano et al. v. Taishan Gypsum Co., Ltd. et al.*, No. 09-6687, prepared for Baker & McKenzie LLP, December 2009.
[4] U.S. Consumer Product Safety Commission Staff, Division of Health Sciences, "Draft Summary of Contractor's Indoor Air Quality Assessment of Homes Containing Chinese Drywall," November 22, 2009.