1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | MDL NO. 2047 |
| CHINESE-MANUFACTURED | § | |
| DRYWALL PRODUCTS | § | SECTION: L |
| LIABILITY LITIGATION | § | |
| | § | JUDGE FALLON |
| This document applies | § | |
| to all cases | § | MAG. JUDGE WILKINSON |

- - -

TUESDAY, JANUARY 26, 2010

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

- - -



Videotaped deposition of ROGER G. MORSE, AIA, held at the offices of Frilot, LLC, 3700 Energy Centre, 1100 Poydras Street, New Orleans, Louisiana, commencing at 9:09 a.m., on the above date, before Michael E. Miller, Certified Court Reporter, Registered Diplomate Reporter, Certified Realtime Reporter.

- - -

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

EXHIBIT
G

Roger G. Morse, AIA
Confidential – Pursuant to Protective Order

82

```
 1   have a pressure drop across the filter that
 2   would cause difficulty for the
 3   air-conditioning unit because I wanted this
 4   to be done with normal residential
 5   air-conditioning equipment rather than
 6   something that was special or custom made.
 7        Q.    All right.  A couple questions
 8   I have to go back over that.
 9             First off, prior to your
10   engagement in this litigation, you'd had
11   virtually no involvement with the problems
12   related to Chinese drywall.  We established
13   that earlier, correct?
14        A.    Well, actually, no.  Because
15   the problems with Chinese drywall in houses
16   in hot, humid climates is, at root, a
17   moisture problem.  And I've known for a long
18   time that houses in hot, humid climates, the
19   way that we build houses and the way that
20   they're operated and air-conditioned, results
21   in moisture issues in those houses.  So that
22   was the context in which the -- I became
23   involved in this.
24        Q.    When you say "at root, a
```

88

1  you're relying on other experts, you're
2  deferring to other experts for the opinion,
3  but that the Chinese drywall problem is a
4  moisture problem. I want to ask you a
5  question about that.
6          Is it -- is there -- in the
7  homes where you've installed these ECS
8  devices, can you prove that the emission of
9  sulfur gases has been stopped?
10     A.     That's really a question for
11 Phil Goad, because he's the guy that's been
12 measuring the total reduced sulfur rates, I
13 believe, is the measurement that he's looking
14 at; and Sandy Sharp, who's looking at the
15 corrosivity, if you will, of the environment.
16 And it's -- in general practice in
17 environmental issues, indoor air measurements
18 and that sort of thing, you reach a level
19 where you just can't measure anymore.
20         And so it becomes impossible to
21 say whether -- when you get down to
22 background, it doesn't gain you anything,
23 because you can't measure below background,
24 because background is background.

Roger G. Morse, AIA
Confidential – Pursuant to Protective Order

94

1   A.   If you smell rotten eggs inside
2   the house and you don't smell rotten eggs
3   outside the house --
4   BY MR. SEEGER:
5   Q.   Correct.
6   A.   -- then the atmosphere inside
7   the house is probably different from that
8   outside the house, if -- it's a reasonable
9   possibility that if the house has Chinese
10  drywall and it's known that the -- if you
11  have poor control over moisture, that you can
12  get hydrogen sulfide from Chinese drywall.
13          And actually, I don't know that
14  that's the case.  That would be something
15  you'd need to talk to Matt Perricone and Phil
16  Goad.  But if that were the case, then that
17  might be something that you would want to
18  look into.  But there are other sources for
19  hydrogen sulfide --
20  Q.   In the Port Saint Lucie home
21  that you installed the ECS devices?
22      MR. HAYDEN:  Objection.  This
23  is just going outside of his area that
24  he's offering opinions.  He's neither

Roger G. Morse, AIA
Confidential -- Pursuant to Protective Order

98

1  just an air-conditioning system.
2      Q.    Okay.
3      A.    So if the -- if you shut it
4  down, it would depend on what part you shut
5  down.  If you shut down the air-conditioner,
6  it would get hot in the house, and the -- and
7  the humidity would go up.
8      Actually, if you shut it down
9  and left the dehumidifier going, it would get
10 hot in the house, assuming it's during the
11 summertime, and -- but the humidity would
12 stay under control because of the
13 dehumidifier.
14     If the dehumidifier went off,
15 you shut that down, then the humidity levels
16 in the house would go up.
17     Q.    And what would you expect to
18 then happen with regard to the Chinese
19 drywall?  What's the effect on the Chinese
20 drywall of shutting down the ECS device?
21     A.    I would expect that the
22 emission rate from the Chinese drywall would
23 go up while the humidity levels were
24 increased.