Confidential - Pursuant to Protective Order

Page 1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | X | |
| IN RE: | X | MDL No. 2047 |
| CHINESE-MANUFACTURED | X | |
| DRYWALL PRODUCTS | X | SECTION: L |
| LIABILITY LITIGATION | X | |
| | X | JUDGE FALLON |
| This document applies | X | |
| to all cases | X | MAG. JUDGE WILKINSON |

- - -

THURSDAY, JANUARY 21, 2010
CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

- - -

Videotaped deposition of
MATTHEW J. PERRICONE, Ph.D., held at the
offices of Frilot Partridge, LLC, 3800 Energy
Centre, 1100 Poydras Street, New Orleans,
Louisiana, commencing at 9:25 a.m., on the
above date, before Micheal A. Johnson,
Certified Court Reporter, Registered
Professional Reporter, Certified Realtime
Reporter.

- - -

GOLKOW TECHNOLOGIES, INC.
877.370.DEPS
deps@golkow.com

**EXHIBIT**
**A**

Confidential - Pursuant to Protective Order

1    had been given a set of visual standards to

2    say, "This is your comparison of a 1, a 2, a

3    3 and a 4," so that you could hold it up one

4    to the next to be able to -- to rate it?

5         A.    I -- I believe a single person

6    performed all of these ratings in all seven

7    of the homes at issue in this case.  I've

8    looked at every single one of those images

9    and don't find issue with the way they were

10   rated in each case.

11        Q.    Who is the single person that

12   did all of the rating of every one of these?

13        A.    An employee from CTEH.

14        Q.    Who?

15        A.    I believe his name is

16   Dr. Robert Sproles.

17        Q.    Robert Spurrels?

18        A.    Sproles.

19        Q.    Sproles.  And so Dr. Sproles,

20   to your knowledge, was not provided by anyone

21   else a guide to tell him what would

22   constitute sporadic versus moderate versus

23   complete?  Where to draw those demarcation

24   lines?