Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____ §
                            §
IN RE:                      §  MDL NO. 2047
CHINESE-MANUFACTURED        §
DRYWALL PRODUCTS            §  SECTION: L
LIABILITY LITIGATION        §
                            §  JUDGE FALLON
This document applies       §
to all cases                §  MAG. JUDGE WILKINSON

- - -

TUESDAY, JANUARY 26, 2010
CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
- - -

Videotaped deposition of ROGER G. MORSE, AIA, held at the offices of Frilot, LLC, 3700 Energy Centre, 1100 Poydras Street, New Orleans, Louisiana, commencing at 9:09 a.m., on the above date, before Michael E. Miller, Certified Court Reporter, Registered Diplomate Reporter, Certified Realtime Reporter.

- - -

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com



Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Pursuant to Protective Order

Page 227

```
1      Q.     You'll do that wall?
2      A.     Then I would do that wall.
3      Q.     And, again, I just want to be
4    clear.  So what if each wall in the room has
5    some amount of Chinese drywall?
6      A.     If you ran into that situation,
7    it's probably less expensive just to remove
8    it all.  And the -- what I've seen in these
9    houses is sometimes you do get that in an
10   area; and in other instances, you'll have an
11   entire floor or an entire wing of a house
12   that's different from the balance of the
13   house.
14     Q.     Do you know how much it would
15   cost to use XRF like by the hour?
16     A.     I don't know what Matt
17   Perricone's rate is, but you can do -- on a
18   surveying of a -- if you were doing an XRF
19   survey of the typical house to locate Chinese
20   drywall, if this turned into something that
21   there was a lot of work to do this and the
22   environmental firms jumped into it, you're
23   probably talking about 300, $500 to do an
24   entire house and have a very detailed -- it
```

Confidential - Pursuant to Protective Order

Page 228

```
 1   takes -- it's pretty quick, using an XRF gun.
 2              And the modern ones are even
 3   better because you don't have to worry about
 4   your nuclear source wearing down.
 5        Q.   Okay.  Let's talk a little bit
 6   about plumbing -- I'm sorry.  I'm sorry.
 7   Let's go to "HVAC" first.
 8              How many hours would it take to
 9   XRF a house?
10        A.   Half a day, maybe.
11        Q.   And what do you think the cost
12   would be in doing that for the entire house?
13        A.   Three to $500.  That's
14   typically what a lead-based paint survey
15   would cost you, would be on the order of
16   three to $500.
17        Q.   Okay.  Let's go to "HVAC."
18   Again, we had a $15,000 allowance, and you
19   marked that down to 1,000.  What is that
20   based on?
21        A.   That's basically replacing the
22   coils.
23        Q.   What about any other aspect?
24   What about the electrical components of the
```