# In Re:
## Chinese Drywall Liability MDL

### Ronald B. Bailey, P.E.
### February 2, 2010
*Confidential – Subject to Further Confidentiality Review*

### GOLKOW TECHNOLOGIES, INC.
*Excellence In Court Reporting For Over 20 Years*
877.370.3377
deps@golkow.com



Original File rb020210.txt
Min-U-Script®

Case 2:09-md-02047-EEF-MBN   Document 1148-2   Filed 02/17/10   Page 2 of 5
Ronald B. Bailey, P.E.
Confidential – Subject to Further Confidentiality Review

108

```
 1          A.      Was there a question there?
 2          Q.      Is that the -- are these
 3   materials from your website or the website of
 4   Bailey Engineering Corporation?
 5          A.      It would appear they are.
 6          Q.      Okay.  And on the home page,
 7   you'll notice on the left-hand column, there
 8   is a "Alert!  Chinese Drywall Issues."  Do
 9   you see that?
10          A.      On the --
11                  MR. SEEGER:  Cover page.
12          A.      It's not on the cover page, but
13   it's on the next one back.
14                  MR. SEEGER:  I believe
15              something is attached to his that's
16              not attached to mine.
17                  MR. HAYDEN:  Well --
18                  MR. SEEGER:  Show it --
19                  MR. HAYDEN:  Can I see that?
20   I'm sorry, it's in the wrong order.
21                  MR. SEEGER:  Just remark it.
22   BY MR. HAYDEN:
23          Q.      I'm sorry.  Here we go.  I am
24   showing you what's been marked as Bailey
```

Ronald B. Bailey, P.E.
Confidential – Subject to Further Confidentiality Review

109

```
 1     Exhibit No. 3.  Again, that appears to be
 2     pages from the Bailey Engineering Corporation
 3     website, correct?
 4          A.    It does, yes.
 5          Q.    And on the left-hand column
 6     there's a "Alert!  Chinese Drywall Issues."
 7     Do you see that?
 8          A.    Yes.
 9          Q.    And then below that, there's an
10     "Updated Alert!  Chinese Drywall More
11     Widespread Than Originally Thought," correct?
12          A.    Yes.
13          Q.    Okay.  Those -- those have been
14     added to your website in the last six months,
15     correct?
16          A.    I don't know when they were
17     added to the website.  They may have been
18     added longer ago than that and modified on.
19     I don't have control of that.  It's done by
20     Terri in our office.
21          Q.    Would it be fair to say that
22     you are marketing yourselves as experts in
23     the area of Chinese drywall?
24          A.    No.  We are putting these on
```



# ALERT!

## Sulfur in Drywall Causing Copper Corrosion in Homes

Some Florida homes have experienced blackening of copper pipes; often accompanied by pinhole corrosion. In some instances, odors are present as well. Generally these symptoms are first noticed by a failure of the home's air conditioning evaporator (indoor) coil. The off gassing of the drywall causes the corrosion that is indicated by the blackening of the coil and pinholes; this in turn results in the release of the refrigerant gas to the indoors of the home.

The cause has been traced to Chinese manufactured drywall (gypsum) imported after the demand increased following the hurricanes of 2004 and 2005. Information obtained from public agencies, report that drywall samples were placed in chambers with copper samples. It stated "copper turned black only in the chambers of imported gypsum. Microscopy testing conducted after 18 weeks showed pitting corrosion." The release also stated " the drywall is releasing these sulfur compounds after more than a year."

Bailey Engineering Corporation is able to:

- Identify suspect drywall through specific markings
- Take material and air samples from the building and have them analyzed for the presence of the suspect chemical/compounds
- Assist the client with how to resolve the problem

For more information, please contact:

Loren Brown, Service Coordinator
Bailey Engineering Corporation
Loren@baileyeng.com
www.baileyeng.com
Phone: (561) 744-1410
Fax: (561) 744-1454

Chinese Drywall causing Health Problems?

http://www.news-press.com/article/20081219/NEWS01/81219059/1075

http://news-press.com/apps/pbcs.dll/article?AID=200881220026




## Chinese Drywall More Widespread Than Originally Thought

When the issue of Chinese drywall first became a concern, it was believed to be a regional issue and located primarily in Sou Since that time, investigations by independent organizations suspect this issue is in as many as thirteen (13) states and l (Herald Tribune.com February 18, 2009). It is suspected as far west as Nevada, Colorado and Arizona, throughout the so states and north along the eastern seaboard as far as New Jersey. The Gypsum Association has reported 300 million squ drywall was imported from China and the Census Bureau has reported it as 479 million pounds.

As this issue continues to get bigger, more information is being discovered and released. One example is that at leas manufacturers are suspect; although so far only one has been repeatedly identified and has had to take on the brunt of comp

Additional information being released is in connection with ways to identify suspect "Chinese drywall". We already knew of some resident's complaints of health effects (not confirmed at this time) but one of the newer markers appears to be the c boards themselves. A general consensus is growing that the imported drywall appears gray in color, especially when visibly side by side with U.S. manufactured gypsum board.

It has been reported and observed by BEC that the chemical off-gased affects air conditioning coils after just short term possibly due to the contaminated air moving across the coil and the gaseous compounds combining with the coil moisture tc aggressive corrosive compound. At this time nothing is conclusive, however in our investigations and observations c affecting many other components within the home. Appliances and household electronics (i.e. computers, TV's stereo equi game consoles) have been reported as failing. In addition, we have observed exposed electrical wiring at the breaker p copper in outlet boxes with the black corrosion, copper water lines and metal plumbing fixtures are pitting and discolorin reasonable to presume that lighting fixtures and metal decor will soon follow. Sterling silver picture frames, sterling silve sterling serving dishes also turn black in short periods of time.

This is an on-going issue that we feel will continue to grow as the breadth of the amount of the drywall installed in b discovered. There are no stated health risks by any cognizant health authority at this time however there are antidotal sto and respiratory irritation and breathing difficulties. Because neither short term nor long term health effects have been identi point, individuals having difficulty living in these environments should contact their doctor for medical advice.

Unfortunately health risks with these environments may not be known for some time. Even without a direct health risk, the co drywall is causing could lead to additional issues that may pose a risk. Refrigerant gas leaking into the home, pinhole leal lines going undetected could promote mold growth within the wall cavities and if the corrosion continues on the electrical w could be risk of shock or fire from corroded electrical wiring. At this time the only proven solution is source remova inconvenient and expensive to all parties.

BEC will continue to be diligent in our research and will update this site with current and accurate information as it is made confirmed by our staff and accredited labs.

For more information, please contact:

Loren Brown, Services Coordinator
Bailey Engineering Corporation
Loren@baileyeng.com
www.baileyeng.com

http://www.baileyeng.com/alert_chinese_drywall_updated.htm                              2/17/2010