## **AFFIDAVIT OF MANNY SIRES**

Before me, the undersigned authority personally appeared Manny Sires, who after being duly sworn, testifies as follows:

I am a Florida licensed private investigator and am over the age of eighteen. I have no interest in the outcome of this matter. The following affidavit is made of my own personal knowledge.

On Wednesday, February 3rd, 2009, I engaged in a telephone conversation with Loren Brown, Services Coordinator of Bailey Engineering Corporation. To follow is a summary of that conversation.

Q. How does BEC inspect the homes that may be at risk to "Chinese drywall"?
A. It is done based on an assessment from the Florida Department of Health. Then confirmation is done with lab results. If you are planning litigation, it determines what we collect in the event of future litigation. This is based on what a Federal Judge has passed down in New Orleans. A protocol is then developed to see what needs to be removed and if it has affected wiring, plumbing, etc. It may take several assessments. It is an ongoing process and it depends on what has been affected in the home.

Q. Is it necessary to cut holes in walls to determine if there is "Chinese drywall" present?
A. Only after confirmation that it is present. Part of the confirmation is looking for the markings. He stated that they use an "XRF Gun", to test for "Chinese drywall", and indicates down to elemental levels as far as what's in the home including the levels of strontium.

Q. Is there a certain concentration amount of strontium needed in the drywall before it is determined that it is "Chinese drywall"?
A. It depends on the level based on a library that we've developed and what to look for is in the p/p million. It also depends on the make up of the surface because that influences readings.



EXHIBIT C

Q. What would it cost to have the home inspected?
A. Everything is done on an hourly basis. Investigators range from $90.00-$120.00. The engineers are $250.00. There's a charge for travel time and mileage. This does not include lab fees. The typical fee for a home in Miami is about $1,500.00.

Q. Do you perform remediation?
A. No. That is a conflict of interest. We are strictly a consulting firm. Demolition and micro-cleaning needs to be done by a licensed contractor.

Q. What about recommending someone that does perform remediation.
A. Absolutely, we have contractors that are on our preferred list that we have gone in behind them after the project is completed. We verify their insurance coverage and licensure.

Q. Do you oversee the remediation process?
A. We do oversee it, but as a third party.

Q. My air conditioning coils appear black. If it is determined that it is due to the "Chinese drywall", will I need to replace the entire unit or can I just replace the coils?
A. It very well could be that you need to replace the whole unit. It depends on the assessment that is made. The first priority is to determine that you have "Chinese drywall". You can also check the ground wires in the walls, the coils in the plumbing, or in the refrigerant lines, under sink plumbing for discoloration or corrosion. As a third party we can come in and say in court what our findings are as opposed to a home owner. We would tend to be more reliable.

Q. If "Chinese drywall" is located in a certain section of the house, will we need to tear down all of the walls whether or not it is affected?
A. It will be determined by where you have the damage. There have been cases where it's been isolated, however, you still need to have walls cut to inspect all the areas.

Q. Will I need to replace kitchen cabinets, rugs, doors, etc., if it is determined that I have "Chinese drywall"?

A. It depends, but most of the time items inside the house can be stored in a ventilated area and are allowed to "off-gas" and you should not have any additional issues. Depending on the wear and tear of the carpets, it may be cost-effective to have them replaced. Area rugs can be hung in a ventilated area. Cabinetry can be given sufficient time to "off-gas", and after that, we have not seen any long term issues. Part of the process is that the home has to be "off-gassed", by opening windows and doors and letting the ventilation in, which forces the odors out.

Q. Should I decide to go forward with litigation, are there any attorneys that you work with that you can recommend?

A. I can recommend Allison Grant. She is a very good contact because not only is she a victim of "Chinese drywall", but also an attorney. She's been involved in this from the beginning. The other attorney is Andrew Gold, of Kluger, Peretz in Miami.

AFFIANT SAYETH NAUGHT.

_____
Manny Sires

This instrument was acknowledged before me on this 4th day of February 2010, by Manny Sires, who is personally known to me and who took an oath.

_____

NOTARY PUBLIC



Notary Public State of Florida
Nadia B Domenech
My Commission DD700637
Expires 07/31/2011

-3-