UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:
CHINESE-MANUFACTURED
DRYWALL PRODUCTS
LIABILITY LITIGATION

\* MDL No. 2047
\*
\* SECTION "L"
\*
\* JUDGE FALLON
\*
\* MAGISTRATE JUDGE WILKINSON
\*
\*

## DECLARATION OF ROBERT W. SPROLES, PHD IN RESPONSE TO PSC'S MOTION TO EXCLUDE THE EXPERT OPINIONS OF ROGER MORSE, AIA, AND MATTHEW PERRICONE, PH.D.

I, Robert W. Sproles, Ph.D. declare pursuant to 28 U.S.C. §1746, as follows:

1. My name is Robert W. Sproles, Ph.D. I am a Project Environmental Scientist at the Center for Toxicology and Environmental Health, L.L.C. (CTEH). My work address is 5120 North Shore Drive, North Little Rock, Arkansas 72118. A copy of my current curriculum vitae is attached as Exhibit A.

2. Over the course of CTEH's investigations of houses constructed using Chinese drywall, I have had the opportunity to personally examine numerous homes and literally hundreds of electrical outlets and switches in homes and walls that do and do not contain Chinese drywall.

3. The Florida Department of Health (FDOH) has established a "Case Definition for Drywall Associated Corrosion in Residences." The most recent version can be found at http://www.doh.state.fl.us/Environment/community/indoor-air/casedefinition.html.

1
CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



4. The Case Definition defines sentinel indicators of drywall associated corrosion that can be used by homeowners to establish cases of impacted structures. Included in these indicators is observed metal corrosion, which is indicated by blackening of one or more of several materials, including copper wires, ground wires, and electrical connectors. Photographic examples of blackening of wires can be found at http://www.doh.state.fl.us/Environment/community/indoor-air/casedefinition.html#wiring.

5. Similarly, the Consumer Product Safety Commission developed a ranking system for evaluating houses potentially impacted by imported drywall that included, among other factors, a visual corrosion assessment of grounding wires. The assessment employed a three point scale; 1 – No Visible Corrosion, 2-Moderate Visible Corrosion, and 3-Significant Visible Corrosion. (*Draft Final Report On An Indoor Environmental Quality Assessment Of Residences Containing Chinese Drywall*, CPSC, November 18, 2009 at 37-38.)

6. This methodology proved effective, as the CPSC noted that "complaint homes had a statistically significant greater mean ground wire corrosion rating than non-complaint homes." (*Id.* at 72-73.)

7. In our investigations of the potential impacts of Chinese drywall, I developed a similar methodology for evaluating visible tarnishing of exposed wiring. As outlined in the December 30, 2009 expert report of Phillip T. Goad, Ph.D., this visual survey was a methodology developed to provide a qualitative measure of the amount of tarnishing in each area of the house.

8. Similar to the methodology employed by the CPSC, the visual survey consisted of the removal of faceplates and hardware, allowing access to the wires connected to the outlet or switch being inspected. Each outlet or switch was given a

2

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

numeric rating, photographed, and the location, rating, and photograph number were recorded on a field form that consisted of the house's floor plan. The numeric rating system used was a relative scale, similar to the CPSC's, but from 1 – 4, where, 1 = no visible tarnishing, 2 = sporadic visible tarnishing, 3 = moderate visible tarnishing, and 4 = complete visible tarnishing.

9. In its description of the visual inspection methodology, the CPSC noted: "Field team members performed cross reference evaluations during training to ensure consistency between teams in the field." Although in our investigations conducted thus far, I have personally performed all of the wire tarnish investigations, a broad-scale investigation of houses would be accomplished through field training in a similar manner as conducted by the CPSC.

10. I have prepared an inspection manual, including photographs of switches/outlets with the various tarnish ratings to use for such training. This manual is attached as Exhibit B. By way of example, my experience at CTEH is that general and project-specific training is effective in assuring that observations and findings of field investigations are valid and scientifically defensible. Similar to the CPSC's approach, rating of wiring tarnishing by adequately trained individuals can be accomplished by multiple trained individuals or field teams.

11. Further corroborating the utility of visual observations, the CPSC released *Interim Guidance – Identification of Homes with Corrosion from Problem Drywall* (January 28, 2010), attached as Exhibit C. The first step of a threshold inspection is visual observations of "blackening of copper electrical wiring and/or air conditioning evaporator coils". (*Id.* at 1-3.) The CPSC comments that "[v]isual observations of

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

corrosion of air conditioning evaporator coils and/or electrical wiring by trained inspectors is believe to be a prerequisite for consideration of a home as having problem drywall. The Florida Department of Health has long included such corrosion as part of its definition of problem drywall homes." (*Id.* at 3.)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*[signature]*

Robert W. Sproles, Ph.D.

January 28, 2010

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER