UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>Germano, et al. v. Taishan et al., Case No. 2:09-cv-6687 (E.D.La.) | |

**PLAINTIFFS' STEERING COMMITTEE'S MEMORANDUM
IN SUPPORT OF MOTION IN LIMINE (NO. 7)
TO STRIKE KNAUF'S LATE-DISCLOSED WITNESSES**

The Plaintiffs' Steering Committee hereby moves to strike the late-filed, previously undisclosed witnesses identified on Intervenor Knauf's revised witness list. These witnesses were never previously identified by Knauf in conformance with this Court's Scheduling Order, as amended and they should be precluded from testifying.

On November 25, 2009, this Court issued its initial consented to Scheduling Order which set the outside date to disclose witnesses, as follows: "No later than December 18, 2009, all parties and those seeking to intervene shall identify and provide a witness list of all fact and expert witnesses whose testimony they intend to use at the hearing." In compliance with that Scheduling Order, Knauf produced its witness list on December 18, 2009. Therein, Knauf only disclosed four experts: Dr. Phillip T. Goad, Dr. Matthew Perricone, Dr. William ("Sandy") Sharp and Mr. Roger G. Morse.

In reliance upon Knauf's disclosures, discovery of these witnesses began in earnest. From December 18, 2009 through February 12, 2010, the parties took numerous depositions and spent significant legal resources preparing for the upcoming hearing scheduled to begin on Friday,

February 19, 2010. All of the witnesses discovered during this time period were either disclosed on the witness lists or identified in the parties' experts' reports.

As the hearing date approached, the parties were obliged under the Scheduling Order, as amended, to produce a final witness list originally on February 5, 2010, which time was extended by agreement until February 17. When Knauf produced its "Revised Witness List", it identified three (3) new fact witnesses that had never been disclosed before at any time during these proceedings. These three witness were: 1) Ms. Marcia Petrey, 2) Mr. Charles Petrey;[1] and 3) Manny Sires, who Knauf identifies as a legal investigator from Miami, Florida.

While desperate times call for desperate measures, the PSC submits that Knauf's surprise witnesses should be stricken and not be permitted to testify. Rather than narrow its witness list, Knauf expanded its list to include one expert, Robert Sprouls, and the three new fact witness. Just as this Court earlier precluded Dr. Spouls from testifying because of Knauf's late disclosure of Dr. Sprouls' expert report in contravention of the Scheduling Order, so too should the Court prohibit Knauf from this most recent effort to circumvent the Court's order.

The entire purpose of the Scheduling Order requiring the parties to identify their intended witnesses in December of last year was to allow the parties the opportunity to fully discover the matters intended to be raised at the evidentiary hearing. Knauf apparently interprets the Scheduling Order incorrectly to permit it carte blanche to engage in Rambo-like guerilla tactics of trial by

---

[1] The Petreys are clients of Herman, Herman, Katz & Cotlar. The PSC has learned that the Petrys were recently subpoenaed to attend the proceedings beginning on February 19, without even the courtesy of Knauf providing some advance notice of its intention to subpoena HHKC's clients. The PSC believes that Knauf has installed an ECS in the Petry's property. Since the Court has already excluded under *Daubert* any expert opinions regarding the ECS, allowing the Petrys to testify regarding the ECS would be completely suspect, speculative, and highly prejudicial.

ambush. The PSC submits that such an interpretation is far removed from the original intent and purpose of the orderly proceedings contemplated when this Scheduling Order was proposed. Knauf should not be permitted to foist upon the Plaintiffs and the Court new witnesses, for purposes unknown to anyone, on the eve of trial, when it is too late to engage in any meaningful discovery. Such a surprise maneuver is inexcusable and should not be permitted regardless of any explanation that may later be offered by Knauf.

WHEREFORE, the Motion in Limine (No. 7) to strike Knauf's late-disclosed witnesses should be granted.

Respectfully submitted,

Dated: February 18, 2010

/s/ Russ M. Herman
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Stephen J. Herman, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Victor Manuel Diaz
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Aragon Avenue, 2nd Floor
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

| | |
|---|---|
| Christopher Seeger<br>Seeger Weiss, LLP<br>One William Street<br>New York, NY 10004<br>Phone: (212) 584-0700<br>Fax: (212) 584-0799<br>cseeger@seegerweiss.com | Scott Wm. Weinstein<br>Morgan & Morgan<br>12800 University Drive, Suite 600<br>Ft. Meyers, FL 33907<br>Phone: (239) 433-6880<br>Fax: (239) 433-6836<br>sweinstein@forthepeople.com |

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

| | |
|---|---|
| Richard S. Lewis<br>HAUSFELD LLP<br>1700 K Street, N.W<br>Suite  650<br>Washington, DC 20006<br>Phone: (202) 540-7200<br>Fax:  (202) 540-7201<br>rlewis@hausfeldllp.com | Jeremy W. Alters<br>Alters, Boldt, Brown, Rash & Culmo, P.A.<br>4141 N.E. 2nd Avenue<br>Suite 201<br>Miami, FL 33137<br>Phone: (305) 571-8550<br>Fax: (305) 571-8559<br>jeremy@abbrclaw.com |
| Daniel K. Bryson<br>Lewis & Roberts<br>3700 Glenwood Avenue, Suite 410<br>Raleigh, NC 27612<br>Phone: (919) 981-0191<br>Fax: (919) 981-0431<br>dkb@lewis-roberts.com | Richard J. Serpe, Esquire<br>Law Offices of Richard J. Serpe<br>Crown Center, Ste. 310<br>580 East Main Street<br>Norfolk, VA 23510-2322<br>rserpe@serpefirm.com |

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Plaintiffs' Steering Committee's Memorandum in Support of Motion in Limine No. 7 to Strike Knauf's Late-Disclosed Witnesses has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 18th day of February, 2010.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047

*Co-counsel for Plaintiff*