IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * | MDL Docket No. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO: *Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, Case No. 2:09-cv-6687 (E.D.La.)

**INTERVENOR KNAUF PLASTERBOARD (TIANJIN) CO. LTD.'S NOTICE OF VOLUNTARY WITHDRAWAL FROM THE PROCEEDING**

Intervenor Knauf Plasterboard (Tianjin) Co. Ltd. ("KPT") hereby gives notice of its voluntary withdrawal from this proceeding. KPT permissively intervened in *Germano* because this Court announced its intention to hold an evidentiary hearing and related proceedings to address the scope and extent of appropriate remediation associated with allegedly defective drywall manufactured by the defaulted defendant, Taishan Gypsum Co. Ltd. f/k/a Shandon Taihe Dongxin Co. Ltd. ("Taishan"). KPT recognized that the presence of a drywall manufacturer at the scheduled evidentiary hearing may assist the Court in assessing this issue, and therefore intervened.

KPT conducted significant research, investigation and testing concerning the impact on materials in houses containing Chinese drywall and potential repairs and remedies. Relying on this data, KPT presented scientific evidence supporting the installation of an environmental control system or partial removal of drywall to

1

effectively address the impact on materials and repair houses. The PSC maintains that a near-complete teardown of the house is necessary for repair.

On February 17, 2010, the Court issued an order excluding testimony with respect to the environmental control system. While KPT maintains that its proposed remedies are viable and based on sound science, in light of this Court's *Daubert* ruling, KPT's opportunity to effectively intervene in this case – a case not involving KPT drywall – is limited. KPT will continue to devote its efforts to supporting the reliability of its alternative repair options in the cases pending against it, and KPT voluntarily withdraws from these proceedings in *Germano*.

Respectfully submitted,

BY: /s/ Douglas B. Sanders

KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
**FRILOT L.C.**
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile: (504)599-8145
Email: kmiller@frilot.com

DONALD J. HAYDEN (FL Bar No. 0097136)
**BAKER & MCKENZIE LLP**
Mellon Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL 33131
Telephone:   (305) 789-8966
Facsimile:    (305) 789-8953
Email: donald.j.hayden@bakernet.com

DOUGLAS B. SANDERS
(IL Bar No. 6256621)
RICHARD M. FRANKLIN
(IL Bar No. 0864390)
**BAKER & MCKENZIE LLP**
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL  60601
Telephone:   (312) 861-8075
Facsimile:    (312) 698-2375
Email: douglas.b.sanders@bakernet.com

3

**<u>CERTIFICATE</u>**

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by paper delivery to the Clerk of Court on this 18th day of February, 2010.

*/s/ Douglas B. Sanders*