UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| SEAN AND BETH PAYTON, et al. | * | |
| vs. | * | |
| KNAUF GIPS, DG., et al. | * | MAG. JUDGE WILKINSON |
| Case No. 2:09-CV-7628 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEARANCE AS COUNSEL

Hugh J. Turner Jr. and Stacy Bercun Bohm of Akerman Senterfitt, hereby file their Notice of Appearance as counsel of record for Defendants PROMENADE DEVELOPERS, LTD., E.N. SUTTIN CONSTRUCTION COMPANY, and VINTAGE PROPERTIES, INC., and requests that copies of all pleadings served in this case be served upon the undersigned at the following office and telephone number.

**AKERMAN SENTERFITT**
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, FL  33301-2229
Phone:  (954) 463-2700
Fax:  (954) 463-2224

/s/ Hugh J. Turner Jr.
    Hugh J. Turner Jr., Esq.
    Florida Bar Number:  203033
    Email:  hugh.turner@akerman.com
    Stacy Bercun Bohm, Esq.
    Florida Bar Number:  022462
    Email:  stacy.bohm@akerman.com

*Attorneys for Defendants, Promenade Developers, Ltd., E.N. Suttin Construction Co., and Vintage Properties, Inc.*

{FT650941;1}

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 17, 2010, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller by U.S. Mail and email or by hand delivery and email upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

      /s/ Hugh J. Turner Jr.

{FT650941;1}