UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| SEAN AND BETH PAYTON, et al. | * | |
| vs. | * | |
| KNAUF GIPS, DG., et al. | * | MAG. JUDGE WILKINSON |
| Case No. 2:09-CV-7628 | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

### EX PARTE CONSENT MOTION FOR EXTENSION OF TIME OF PROMENADE DEVELOPERS, LTD., E.N. SUTTIN CONSTRUCTION COMPANY AND VINTAGE PROPERTIES, INC.

**NOW INTO COURT,** through undersigned counsel, comes Promenade Developers, Ltd., E.N. Suttin Construction Company and Vintage Properties, Inc. (the "Parties"), sought to be made defendants herein, which move this Court for a 30 day extension of time to file responsive pleadings to the Complaint on the following grounds:

1. The Parties were served with the Complaint in this case on February 4, 2010. Thus, pursuant to Fed. R. Civ. Pro. 12(a), the deadline for the Parties to file a responsive pleading is February 25, 2010.

2. The Parties request an additional 30 days to investigate the allegations in the Complaint and prepare an appropriate responsive pleading.

3. Plaintiffs' Liaison Counsel has stated to undersigned counsel for the Parties that Plaintiffs have no objection to this request for an extension of time

{FT651795;1}

**WHEREFORE**, the Parties pray that this Court grant them an extension of thirty (30) days, until March 26, 2010, to file a responsive pleading in this case.

> **AKERMAN SENTERFITT**
> Las Olas Centre II, Suite 1600
> 350 East Las Olas Boulevard
> Fort Lauderdale, FL 33301-2229
> Phone: (954) 463-2700
> Fax: (954) 463-2224
>
>
> /s/ Hugh J. Turner Jr.
>     Hugh J. Turner Jr., Esq.
>     Florida Bar Number: 203033
>     Email: hugh.turner@akerman.com
>     Stacy Bercun Bohm, Esq.
>     Florida Bar Number: 022462
>     Email: stacy.bohm@akerman.com
>
> *Attorneys for Defendants, Promenade Developers, Ltd., E.N. Suttin Construction Co., and Vintage Properties, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 17, 2010, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller by U.S. Mail and email or by hand delivery and email upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

> /s/ Hugh J. Turner Jr.

{FT651795;1}