UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047  SECTION "L" |
| THIS DOCUMENT RELATES TO: SEAN AND BETH PAYTON, et al. vs. KNAUF GIPS, DG., et al. Case No. 2:09-CV-7628 | * * * * * | JUDGE FALLON  MAG. JUDGE WILKINSON |

## ORDER

**CONSIDERING** the Ex Parte Consent Motion for Extension of Time of Promenade Developers, Ltd., E.N. Suttin Construction Company and Vintage Properties, Inc.

**IT IS HEREBY ORDERED** that the motion is GRANTED and that the deadline for Promenade Developers, Ltd., E.N. Suttin Construction Company and Vintage Properties, Inc. to file a responsive pleadings in this case is extended until March 26, 2010.

New Orleans, Louisiana, this___ day of February, 2010.

_____
U.S. District Judge

{FT651795;1}