IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In re:  CHINESE MANUFACTURED DRYWALL          CASE NO. MDL Docket No. 2047
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO THE
FOLLOWING CASES:
09-7628
_____/

## NOTICE OF APPEARANCE

Neal A. Sivyer and Sivyer Barlow & Watson, P.A. hereby gives notice of their appearance as counsel of record for Ryland Group, Inc., in this case and requests that copies of all pleadings served in this case be served upon the undersigned at the following office and telephone number.

SIVYER BARLOW & WATSON, P.A.
401 E. Jackson Street, Suite 2225
Tampa, Florida 33602
Telephone:  (813) 221-4242
Facsimile:   (813) 227-8598

/s/ Neal A. Sivyer
Neal A. Sivyer
Florida Bar No. 373745

## CERTIFICATE OF SERVICE

I HEREBY certify that on February 18, 2010, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller by U.S. Mail and email or by hand delivery and email upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No.: 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/ Neal A. Sivyer