UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL :
PRODUCTS LIABILITY LITIGATION :
: MDL 2047
THIS DOCUMENT RELATES TO: : SECTION: L
: JUDGE FALLON
Kenneth and Barbara Wiltz, et al. v. Beijing New : MAG. JUDGE WILKINSON
Building Materials Public Limited Co., et al :
Case No. 2:2010-cv-00361 (E.D. La.) :
:
……………………………………………………:

## UNOPPOSED MOTION TO DROP DEFENDANT
## G.L. HOMES OF BOYNTON BEACH ASSOCIATES IX, LTD
## WITHOUT PREJUDICE

Plaintiffs, SCOTT SALTZMAN and JORDANA SALTZMAN, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 21, move for an Order dropping Defendant G.L. HOMES OF BOYNTON BEACH ASSOCIATES IX, LTD as a party to this action without prejudice. Undersigned counsel has conferred with Defendant's counsel and has been advised that Defendant's counsel agrees to the relief requested in this Motion.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court enter an Order dropping Defendant G.L. HOMES OF BOYNTON BEACH ASSOCIATES IX, LTD as a party to this action without prejudice and for such further relief as is deemed just and proper.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court this 18th day of February 2010, by using the

2

CM/ECF system which will send notice of electronic filing to all parties of record.

> By:    /s/ Jordan L. Chaikin        .
> Jordan L. Chaikin
> Florida Bar Number 0878421
> **PARKER WAICHMAN ALONSO LLP**
> 3301 Bonita Beach Road, Suite 101
> Bonita Springs, Florida 34134
> Telephone: (239) 390-1000
> Facsimile: (239) 390-0055
> Email: JChaikin@yourlawyer.com
>
> *Attorneys for Plaintiffs*