UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL | : | |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | MDL 2047 |
| THIS DOCUMENT RELATES TO: | : | SECTION: L |
| | : | JUDGE FALLON |
| Kenneth and Barbara Wiltz, et al. v. Beijing New | : | MAG. JUDGE WILKINSON |
| Building Materials Public Limited Co., et al | : | |
| Case No. 2:2010-cv-00361 (E.D. La.) | : | |
| ……………………………………………………. | : | |

## ORDER

Upon consideration of Plaintiffs', SCOTT SALTZMAN and JORDANA SALTZMAN, Unopposed Motion to Drop Defendant G.L. Homes of Boynton Beach Associates IX, LTD Without Prejudice;

IT IS ORDERED BY THE COURT that said Motion is GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
Eldon E. Fallon
United States District Court Judge