UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE WILKINSON |

.. : .. : .. : .. : .. : .. : .. : .. : .. : .. : .. : .. : .. : .. : .. : .. : .. : :

**THIS DOCUMENT RELATES TO *Germano v. Taishan Gypsum Co., Ltd.*, Case No. 09-6687**

**ORDER**

The Plaintiffs' Steering Committee filed a Motion in Limine to Strike Knauf's Late-

Disclosed Witnesses (Rec. Doc. No. 1149).  Given Knauf's recent withdrawal from the *Germano*

hearing (Rec. Doc. No. 1150), IT IS ORDERED that the Motion is DENIED AS MOOT.

New Orleans, Louisiana, this 18th  day of February 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE