UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| | | SECTION "L" |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| SEAN AND BETH PAYTON, et al. vs. KNAUF GIPS, DG., et al. Case No. 2:09-CV-7628 | * * * * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * *

### EX PARTE CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

**NOW INTO COURT**, through undersigned counsel, comes Management Services of Lee County, Inc., f/k/a Paul Homes, Inc. (the "Defendant"), sought to be made a defendant herein, and moves this Court for a 30 day extension of time to file responsive pleadings to the Complaint on the following grounds:

1. Defendant was served with the Complaint in this case on February 5, 2010. Thus, pursuant to Fed. R. Civ. Pro. 12(a), the deadline for Defendant to file a responsive pleading is February 26, 2010.

2. Defendant requests an additional thirty (30) days to investigate the allegations in the Complaint and to prepare an appropriate responsive pleading.

3. Plaintiffs' Liaison Counsel has stated to undersigned counsel for the Defendant that Plaintiffs have no objection to this request for an extension of time.

{FT651955;1}

**WHEREFORE**, Defendant prays that this Court grant it an extension of thirty (30) days, through and including March 29, 2010, to file a responsive pleading in this case.

            **AKERMAN SENTERFITT**
            Las Olas Centre II, Suite 1600
            350 East Las Olas Boulevard
            Fort Lauderdale, FL 33301-2229
            Phone: (954) 463-2700
            Fax: (954) 463-2224

            /s/ Stacy Bercun Bohm
             Stacy Bercun Bohm, Esq.
             Florida Bar Number: 022462
             Email: stacy.bohm@akerman.com
             Valerie B. Greenberg, Esq.
             Florida Bar Number: 026514
             Email: valerie.greenberg@akerman.com

            *Attorneys for Defendant Management Services of Lee County, Florida, f/k/a Paul Homes, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 18, 2010, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or by hand delivery and email upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

                /s/ Stacy Bercun Bohm

{FT651955;1}