UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| SEAN AND BETH PAYETON, et al. | * | |
| vs. | * | MAG. JUDGE WILKINSON |
| KNAUF GIPS, DG., et al. | * | |
| Case No. 2:09-CV-7628 | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## CORRECTED NOTICE OF APPEARANCE AS COUNSEL

Stacy Bercun Bohm and Valerie B. Greenberg of Akerman Senterfitt, hereby file their Notice of Appearance as counsel of record for Defendant, Management Services of Lee County, Inc., f/k/a Paul Homes, Inc., and requests that copies of all pleadings served in this case be served upon the undersigned at the following office and telephone number.

**AKERMAN SENTERFITT**
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, FL  33301-2229
Phone:  (954) 463-2700
Fax:  (954) 463-2224

/s/ Stacy Bercun Bohm
  Stacy Bercun Bohm, Esq.
  Florida Bar Number:  022462
  Email:  stacy.bohm@akerman.com
  Valerie B. Greenberg, Esq.
  Florida Bar Number: 026514
  Email:  valerie.greenberg@akerman.com

*Attorneys for Defendant Management Services of Lee County, Inc.*

{FT652349;1}

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on February 18, 2010, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or by hand delivery and email upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

                                              /s/ Stacy Bercun Bohm

{FT652349;1}