UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE STATE OF LOUISIANA, *ex rel.* JAMES D. ("BUDDY") CALDWELL, | * | CIVIL ACTION |
| the Attorney General of Louisiana | * | NO.  10-340 |
| v. | * | SECTION:  " L " |
| KNAUF GIPS KG; KNAUF INTERNATIONAL GMBH; KNAUF PLASTERBOARD (TIANJIN) | * | MAGISTRATE " 2 " |

THE STATE OF LOUISIANA, *ex rel.*
JAMES D. ("BUDDY") CALDWELL,
the Attorney General of Louisiana                    *       NO.  10-340

v.                                                   *       SECTION:  " L "

KNAUF GIPS KG; KNAUF INTERNATIONAL           *       MAGISTRATE " 2 "
GMBH; KNAUF PLASTERBOARD (TIANJIN)
CO. LTD.; KNAUF PLASTERBOARD (WUHU)           *
CO. LTD.; GUANDONG KNAUF NEW
BUILDING MATERIAL PRODUCTS CO., LTD;          *
KNAUF INSULATION, GMBH; BEIJING NEW
BUILDING MATERIALS PLC; TAISHAN               *
GYPSUM CO., LTD.; TAIAN TAISHAN
PLASTERBOARD CO., LTD.; INTERIOR              *
EXTERIOR BUILDING SUPPLY, L.P.; METRO
RESOURCES CORPORATION; ALL STAR               *
FOREST PRODUCTS INC.; NORTH PACIFIC
GROUP, INC.; PHOENIX IMPORTS CO., LTD.;       *
ROTHCHILT INTERNATIONAL LTD.; USG
CORPORATION; UNITED STATES GYPSUM             *
COMPANY; USG INTERIORS, INC.; FLY
SYSTEM, INC.; L & W SUPPLY                     *
CORPORATION D/B/A SEACOAST SUPPLY;
MAYEAUX CONSTRUCTION, INC.;                    *
SOUTHERN HOMES, LLC; and SUNRISE
CONSTRUCTION AND DEVELOPMENT, LLC             *

*       *       *       *       *       *       *       *

## 28 U.S.C. 1447(b) DISCLOSURE

**NOW INTO COURT**, through undersigned counsel, come Defendants, Knauf Insulation

GmbH and Interior Exterior Building Supply, L.P., as the removing parties, pursuant to 28

U.S.C. 1447(b) and Record Document No. 2, do hereby state that:

(1)     No parties to this action have been dismissed.  Thus, all of the plaintiffs and defendants set forth in the Petition remain in this action,

> Plaintiffs:  THE STATE OF LOUISIANA, *ex rel*.,  JAMES D. ("BUDDY") CALDWELL, the Attorney General of Louisiana
>
> Defendants:  KNAUF GIPS KG; KNAUF INTERNATIONAL GMBH; KNAUF PLASTERBOARD (TIANJIN) CO. LTD.; KNAUF PLASTERBOARD (WUHU) CO. LTD.; GUANDONG KNAUF NEW BUILDING MATERIAL PRODUCTS CO., LTD; KNAUF INSULATION, GMBH; BEIJING NEW BUILDING MATERIALS PLC; TAISHAN GYPSUM CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD.; INTERIOR EXTERIOR BUILDING SUPPLY, L.P.; METRO RESOURCES CORPORATION; ALL STAR FOREST PRODUCTS INC.; NORTH PACIFIC GROUP, INC.; PHOENIX IMPORTS CO., LTD.; ROTHCHILT INTERNATIONAL LTD.; USG CORPORATION; UNITED STATES GYPSUM COMPANY; USG INTERIORS, INC.; FLY SYSTEM, INC.; L & W SUPPLY CORPORATION D/B/A SEACOAST SUPPLY;  MAYEAUX CONSTRUCTION, INC.; SOUTHERN HOMES, LLC; and SUNRISE CONSTRUCTION AND DEVELOPMENT, LLC;

(2)     No responsive pleadings were filed in the state court before removal.  The Unopposed Motion For Extension Of Time filed by Southern Homes, L.L.C. on February 1, 2010, attached hereto as Exhibit "A",  is the only pleading in the Orleans Parish Civil District Court record other than the Petition;

(3)     As of February 19, 2010, the only returns of service of process in the Orleans Parish Civil District Court record are the six attached hereto as Exhibit B.

Respectfully submitted,

BY: s/Paul C. Thibodeaux
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
**FRILOT L.L.C.**
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile: (504)599-8145
Email: kmiller@frilot.com

-AND-

DONALD J. HAYDEN (FL Bar No. 0097136)
**BAKER & MCKENZIE LLP**
Mellon Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL 33131
Telephone: (305) 789-8966
Facsimile: (305) 789-8953
Email: donald.j.hayden@bakernet.com

DOUGLAS B. SANDERS (IL Bar No. 6256621)
RICHARD M. FRANKLIN (IL Bar No. 0864390)
**BAKER & MCKENZIE LLP**
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL 60601
Telephone: (312) 861-8075
Facsimile: (312) 698-2375
Email: douglas.b.sanders@bakernet.com

Attorneys for Defendant,
Knauf Insulation GmbH

-AND-

BY: s/Richard G. Duplantier, Jr.
Richard G. Duplantier, Jr. (#18874)
Lambert J. Hassinger (#21683)
Carlina C. Eiselen (#28524)
Jeffrey P. Green (#30531)
**Galloway, Johnson, Tompkins, Burr & Smith**
701 Poydras Street
Suite 4040
New Orleans, LA  70139
Telephone:  (504) 525-6802
Facsimile:  (504) 525-2456

Attorneys for Defendant,
Interior Exterior Building Supply, L.P.

## CERTIFICATE OF SERVICE

I hereby certify that on February 19th, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of filing to all counsel accepting electronic notice.

s/Paul C. Thibodeaux