

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO. 2010-392　　　　　　　　　　　　　　　　　　　　　　　DIVISION "E"

**THE STATE OF LOUISIANA, EX REL. JAMES D. ("BUDDY") CALDWELL
THE ATTORNEY GENERAL OF LOUISIANA**

**VERSUS**

**KNAUF GIPS KG, ET AL.**

FILED:_____

## UNOPPOSED MOTION FOR EXTENSION OF TIME

NOW INTO COURT, through undersigned counsel, come defendant, Southern Homes, L.L.C. ("Southern Homes"), who moves this Court for an extension of time until and including, February 19, 2010, to respond to the Petition. Undersigned counsel has contacted counsel for Plaintiff, the State of Louisiana, through James D. ("Buddy") Caldwell, the Attorney General of Louisiana, and its counsel has consented to such an extension.

VERIFIED
Angela Davis
Deputy Clerk  2/3/10



EXHIBIT A

Respectfully submitted,

*James M. Garner* (signature)

JAMES M. GARNER #19589
MARTHA Y. CURTIS #20446
MATTHEW C. CLARK #31102
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Twenty-Eighth Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
**ATTORNEYS FOR SOUTHERN HOMES, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by depositing same in the United States Mail, properly addressed and postage prepaid, electronic mail, and/or facsimile this 1st day of February, 2010.

MATTHEW C. CLARK

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2010-392                                               DIVISION "E"

THE STATE OF LOUISIANA, EX REL. JAMES D. ("BUDDY") CALDWELL
THE ATTORNEY GENERAL OF LOUISIANA

VERSUS

KNAUF GIPS KG, ET AL.

FILED: _____

## ORDER

CONSIDERING the foregoing Unopposed Motion for Extension of Time:

IT IS HEREBY ORDERED that defendant, Southern Homes, L.L.C., be and is hereby granted an extension until and including February 19, 2010, to respond to the Petition.

New Orleans, Louisiana, this 1st day of February, 2010.

HON. MADELEINE M. LANDRIEU

APPROVED

DIVISION "E"

ENTERED ON MINUTES

FEB 0 2 2010