AND ADDRESS: 2220 Gold Box E45  
Caldwell, James 022??  
Tallulah  LA  72-0389

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS  
STATE OF LOUISIANA

NO:  2010 – 00392    1                    SECTION:    7  E

THE STATE OF LOUISIANA VERSUS KNAUF GIPS KG    ET AL

# C I T A T I O N

*RECEIVED*  
2010 JAN 15  A 10: 49  
CIVIL SHERIFF'S OFFICE

TO: INTERIOR/EXTERIOR BUILDING SUPPLY, L.P.

THROUGH: ITS GENERAL PARTNER, INTERIOR/EXTERIOR ENTERPRISES, LLC  
THROUGH THEIR AGENT: CLAYTON C. GEARY  
727 S. CORTEZ STREET  
NEW ORLEANS                    LA

YOU HAVE BEEN SUED:

You must either comply with the demand contained in the petition  
ORIGINAL PETITION  
a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* ADDITIONAL INFORMATION *
* Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer *
* Referral Service at 561- 8828. This Referral Service operates in conjunction with the New Orleans Bar Association. *
* If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp.; you *
* may call 529 - 1000 for more information. *
* COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA    January 14, 2010

Clerk's Office, Room 402, Civil Courts Building,  
421 Loyola Avenue  
New Orleans, LA

DALE N. ATKINS,  Clerk of  
The Civil District Court  
for the Parish of Orleans  
State of LA  
by  Amber Darley  
Deputy Clerk

---

1:22

SHERIFF'S RETURN  
(for use of process servers only)

**PERSONAL SERVICE**

On this 21 day of JAN  
2010 served a copy of the w/i petition  
ORIGINAL PETITION

On

    INTERIOR/EXTERIOR BUILDING SUPPLY, L.P.

THROUGH: ITS GENERAL PARTNER, INTERIOR/EXTERIOR  
ENTERPRISES, LLC

SUE

Returned same day  
Ther cly  No. 441  
Deputy Sheriff of  ORLEANS  
Mileage: $

/ ENTERED /  
PAPER  
9115  RETURN

SERIAL NO.  DEPUTY  PARISH

**DOMICILIARY SERVICE**

On this _____ day of _____  
_____ served a copy of the w/i petition  
ORIGINAL PETITION

On

    INTERIOR/EXTERIOR BUILDING SUPPLY, L.P.

THROUGH: ITS GENERAL PARTNER, INTERIOR/EXTERIOR  
ENTERPRISES, LLC

by leaving same at the dwelling house, or usual place of abode, in the hands of _____  
a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating  HIM / HER  the said _____  
INTERIOR/EXTERIOR BUILDING SUPPLY, L.P.

being absent from the domicile at time of said service.  
Returned same day

No.

Deputy Sheriff of _____

VERIFIED  
Janice LeCeane  
Deputy Clerk



EXHIBIT  
B

FILED

2010 JAN 26  A 8: 35

CIVIL
DISTRICT COURT

FILED

2010 JAN 26  A 8: 35

CIVIL
DISTRICT COURT

AND ADDRESS: Caldwell, James 8221<br>
Tallulah LA 2-0389

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS<br>
STATE OF LOUISIANA

NO:    2010 – 00392    5                                    SECTION:    7 – E

THE STATE OF LOUISIANA VERSUS KNAUF GIPS KG    ET AL

# C I T A T I O N

TO:  SOUTHERN HOMES, LLC

   THROUGH:  THEIR AGENT: ADRIAN KORNMAN

   2053 E. GAUSE BLVD., STE.200

   SLIDELL                    LA

YOU HAVE BEEN SUED:

You must either comply with the demand contained in the petition<br>
ORIGINAL PETITION

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default

* * * * * * * * * * * * * * * * * * * * * * * * * *
*                    ADDITIONAL INFORMATION                    *
*  Legal assistance is advisable.  If you want a lawyer and can't find one, you may call the New Orleans Lawyer  *
*  Referral Service at 561- 8828.  This Referral Service operates in conjunction with the New Orleans Bar Association.  *
*  If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp.; you  *
*  may call 529 - 1000 for more information.                    *
*  COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE      *
* * * * * * * * * * * * * * * * * * * * * * * * * *

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA     January 14, 2010

Clerk's Office, Room 402, Civil Courts Building,<br>
421 Loyola Avenue<br>
New Orleans, LA

DALE N. ATKINS,  Clerk of<br>
The Civil District Court<br>
for the Parish of Orleans<br>
State of LA

by _____<br>
              Deputy Clerk

---

## SHERIFF'S RETURN
### (for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ | On this _____ day of _____ |
| _____ served a copy of the w/i petition | _____ served a copy of the w/i petition |
| ORIGINAL PETITION | ORIGINAL PETITION |
| | |
| On | On |
|  SOUTHERN HOMES, LLC |  SOUTHERN HOMES, LLC |
| | |
| | |
| THROUGH:  THEIR AGENT: ADRIAN KORNMAN | THROUGH:  THEIR AGENT: ADRIAN KORNMAN |

by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating  HIM / HER  the said _____ SOUTHERN HOMES, LLC

Returned  same  day

_____ No. _____

Deputy Sheriff of _____

Mileage: $ _____

_____ / ENTERED / _____<br>
PAPER<br>
3 / RETURN / 51<br>
SERIAL NO.    DEPUTY    PARISH

being absent from the domicile at time of said service.<br>
Returned  same  day

_____ No. _____

Deputy Sheriff of _____


VERIFIED<br>
Janice LeCesne<br>
Deputy Clerk

FILED

2010 JAN 26 A 8 14

CIVIL
DISTRICT COURT

FILED

2010 JAN 26 A 8 14

CIVIL
DISTRICT COURT

RECEIVED COVINGTON
SHERIFF'S OFFICE
CIVIL & TAX SECTION

2010 JAN 19 P 1:07

RODNEY J. STRAIN, JR.
SHERIFF

(CR)201000392 - 1.00 — CIT
Served PERS on
SOUTHERN HOMES LLC THRU ADRIAN KORNMAN at
2053 E GAUSE BLVD. , SLIDELL
Service Date & Time: 1/21/2010  9:40:00AM
THRU AGENT / Adrian Kornman

2718 - ROMANO, JAMES, St. Tammany Parish

AND, ADDRESS: ~~Caldwell, James J..~~
Tallulah LA 71282-0389

**GRATIS**

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO: 2010 -- 00392     7          SECTION:     7 -- E

THE STATE OF LOUISIANA VERSUS KNAUF GIPS KG     ET AL

# C I T A T I O N

TO: UNITED STATES GYPSUM COMPANY

    THROUGH: THEIR AGENT: C.T. CORPORATION SYSTEM
    5615 CORPORATE BLVD., STE.400B

    BATON ROUGE                    LA

RECEIVED
2010 JAN 15 A 10:44
CIVIL SHERIFF'S OFFICE

YOU HAVE BEEN SUED:

You must either comply with the demand contained in the petition
ORIGINAL PETITION
a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
ADDITIONAL INFORMATION
Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 561- 8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp.; you may call 529 - 1000 for more information.
COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA     January 14, 2010

Clerk's Office, Room 402, Civil Courts Building,
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA

by _Amber Darling_
Deputy Clerk

---

SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ | On this _____ day of _____ |
| served a copy of the w/i petition | served a copy of the w/i petition |
| ORIGINAL PETITION | ORIGINAL PETITION |
| On | On |
| UNITED STATES GYPSUM COMPANY | UNITED STATES GYPSUM COMPANY |
| THROUGH: THEIR AGENT: C.T. CORPORATION SYSTEM | THROUGH: THEIR AGENT: C.T. CORPORATION SYSTEM |

By leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM / HER the said UNITED STATES GYPSUM COMPANY

JAN 20 2010

UNSAUTILICH

Returned same day
No. _____

Deputy Sheriff of _____

Mileage: $ _____

_____ / ENTERED / _____
PAPER
01 / _____
RETURN
01

SERIAL NO.   DEPUTY   PARISH

RECEIVED JAN 19 2010 E.B.R.

being absent from the domicile at time of said service.
Returned same day
No. _____

Deputy Sheriff of _____

VERIFIED
Daniel S. Foley
Deputy Clerk   1/26/10

FILED

2009 JAN 28   A 8: 26

CIVIL
DISTRICT COURT

AND ADDRESS
Tallulah    LA 71282-0389

**GRATIS**

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO:    2010 -- 00392    4    SECTION:    7 -- E

THE STATE OF LOUISIANA VERSUS KNAUF GIPS KG    ET AL

## C I T A T I O N

TO: NORTH PACIFIC GROUP, INC.

THROUGH: THEIR AGENT: C.T. CORPORATION SYSTEM
5615 CORPORATE BLVD., STE.400B

BATON ROUGE                    LA

**RECEIVED**
2010 JAN 15  A 11: 46
CIVIL SHERIFF'S OFFICE

YOU HAVE BEEN SUED:

You must either comply with the demand contained in the petition
ORIGINAL PETITION
a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of
this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the
service hereof under penalty of default

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
*                    ADDITIONAL INFORMATION
* Legal assistance is advisable.  If you want a lawyer and can't find one, you may call the New Orleans Lawyer
*   Referral Service at 561- 8828.  This Referral Service operates in conjunction with the New Orleans Bar Association.
*   If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp.; you
*   may call 529 - 1000 for more information.
* COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

IN WITNESS HEREOF,  I have hereunto set my hand and affix the seal of the Civil District Court for
the Parish of Orleans, State of LA    January 14, 2010

Clerk's Office,  Room 402,  Civil Courts Building,
421 Loyola Avenue
New Orleans,  LA

DALE N. ATKINS,  Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Deputy Clerk

SHERIFF'S  RETURN
(for use of process servers only)

PERSONAL SERVICE                    DOMICILIARY SERVICE

On this _____ day of                    On this _____ day of _____
_____                    _____ served a copy of the w/i petition
served a copy of the w/i petition
ORIGINAL PETITION                    ORIGINAL PETITION

On                    On
NORTH PACIFIC GROUP, INC.                    NORTH PACIFIC GROUP, INC.

THROUGH: THEIR AGENT: C.T. CORPORATION SYSTEM    THROUGH: THEIR AGENT: C.T. CORPORATION SYSTEM

by leaving same at the dwelling house, or usual place of
abode in the hands of _____
a person of suitable age and discretion residing therein as
a member of the domiciliary establishment, whose name
and other facts connected with this service I learned by
interrogating  HIM / HER the said _____
NORTH PACIFIC GROUP, INC.

Returned  same day
No.

Deputy Sheriff of _____

Mileage: $ _____

_____ / ENTERED / _____
PAPER            RETURN

being absent from the domicile at time of said service.
Returned  same day
No.

Deputy Sheriff of

_____    _____    _____
SERIAL NO.    DEPUTY    PARISH

**VERIFIED**
Daniel S. Foley
Deputy Clerk    1/28/10

FILED

2008 JAN 28  A 8 26

CIVIL
DISTRICT COURT

AND ADDRESS: Po Moore, Calawell, Juarez - 621
Tallulah    LA 71282-0389

**GRATIS**

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO:    2010 -- 00392    2                                SECTION:    7 - E

THE STATE OF LOUISIANA VERSUS KNAUF GIPS KG    ET AL

**RECEIVED**
2010 JAN 15   A 10 48
CIVIL SHERIFF'S OFFICE

## C I T A T I O N

TO:  L & W SUPPLY CORPORATION D/B/A SEACOAST SUPPLY
      THROUGH:  THEIR AGENT: C.T. CORPORATION SYSTEM
      5615 CORPORATE BLVD., STE.400B

      BATON ROUGE                        LA

YOU HAVE BEEN SUED:

You must either comply with the demand contained in the petition
ORIGINAL PETITION
a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of
this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the
service hereof under penalty of default

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
ADDITIONAL INFORMATION
Legal assistance is advisable.  If you want a lawyer and can't find one, you may call the New Orleans Lawyer
Referral Service at 561- 8828.  This Referral Service operates in conjunction with the New Orleans Bar Association.
If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp.; you
may call 529 - 1000 for more information.
COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

IN WITNESS HEREOF,  I have hereunto set my hand and affix the seal of the Civil District Court for
the Parish of Orleans, State of LA        January 14, 2010

Clerk's Office,  Room 402,  Civil Courts Building,                    DALE N. ATKINS,  Clerk of
421 Loyola Avenue                                                    The Civil District Court
New Orleans, LA                                                      for the Parish of Orleans
                                                                    State of  LA
                                                                    by
                                                                        Deputy Clerk

_____

SHERIFF'S  RETURN
(for use of process servers only)

PERSONAL SERVICE                              DOMICILIARY SERVICE

On this _____ day of _____        On this _____ day of _____
served a copy of the w/i petition            _____ served a copy of the w/i petition
ORIGINAL PETITION                            ORIGINAL PETITION

On                                           On
L & W SUPPLY CORPORATION D/B/A SEACOAST SUPPLY   L & W SUPPLY CORPORATION D/B/A SEACOAST SUPPLY

THROUGH: THEIR AGENT: C.T. CORPORATION SYSTEM   THROUGH:  THEIR AGENT: C.T. CORPORATION SYSTEM

                                             by leaving same at the dwelling house, or usual place of
                                             abode, in the hands of _____
                                             a person of suitable age and discretion residing therein as
              Returned same day              a member of the domiciliary establishment, whose name
                                             and other facts connected with this service I learned by
                        No.                   interrogating  HIM / HER  the said
                                             L & W SUPPLY CORPORATION D/B/A SEACOAST SUPPLY
Deputy Sheriff of _____
                                             being absent from the domicile at time of said service.
Mileage: $_____
                                                          Returned  same day
_____ / ENTERED / _____
PAPER                  RETURN                                      No.

_____ / _____ / _____                     Deputy Sheriff of _____
SERIAL NO.    DEPUTY    PARISH



**VERIFIED**
Daniel S. Foley
Deputy Clerk  1/28/10

FILED

2010 JAN 28  A 8: 26

CIVIL
DISTRICT COURT

AND ADDRESS: 1230 Cedar St. / PO Box #3
Tallulah    LA 71282-0389

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO:    2010 -- 00392        6                                    SECTION:    7 -- E

THE STATE OF LOUISIANA VERSUS KNAUF GIPS KG    ET AL

# C I T A T I O N

TO:  SUNRISE CONSTRUCTION AND DEVELOPMENT, LLC

    THROUGH:  THEIR AGENT: DAVID C. LOEB
    643 MAGAZINE STREET, STE.300

    NEW ORLEANS                        LA

YOU HAVE BEEN SUED:

RECEIVED
2010 JAN 15  A 10:45
CIVIL SHERIFF'S OFFICE

You must either comply with the demand contained in the petition
ORIGINAL PETITION
a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* ADDITIONAL INFORMATION *
* Legal assistance is advisable.  If you want a lawyer and can't find one, you may call the New Orleans Lawyer *
* Referral Service at 561- 8828.  This Referral Service operates in conjunction with the New Orleans Bar Association. *
* If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp.; you *
* may call 529 - 1000 for more information. *
* COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE                                          :15
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA    January 14, 2010

Clerk's Office, Room 402, Civil Courts Building,            DALE N. ATKINS,  Clerk of
421 Loyola Avenue                                          The Civil District Court
New Orleans, LA                                            for the Parish of Orleans
                                                          State of LA
                                                          by    Amber Darby
                                                                  Deputy Clerk

---

## SHERIFF'S  RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this 3 day of FEB 2010 served a copy of the w/i petition ORIGINAL PETITION | On this _____ day of _____ _____ served a copy of the w/i petition ORIGINAL PETITION |
| On SUNRISE CONSTRUCTION AND DEVELOPMENT, LLC | On SUNRISE CONSTRUCTION AND DEVELOPMENT, LLC |
| THROUGH: THEIR AGENT: DAVID C. LOEB | THROUGH: THEIR AGENT: DAVID C. LOEB |

Returned  same  day
9:45am    C. Martin    No. 138
Deputy Sheriff of _____
Mileage:  $_____

PAPER / ENTERED /        RETURN
2    9/02
SERIAL NO.    DEPUTY    PARISH

by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating  HIM / HER the said _____
SUNRISE CONSTRUCTION AND DEVELOPMENT, LLC

being absent from the domicile at time of said service.
Returned  same  day
No. _____
Deputy Sheriff of _____

VERIFIED
Janice LeCesne
Deputy Clerk
2/5/10

FILED

2010 FEB -5  A 8: 20

CIVIL
DISTRICT COURT