IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED                    MDL NO.: 2047

DRYWALL PRODUCTS LIABILITY
LITIGATION                                      SECTION: L

                                                JUDGE FALLON
(This Document Relates to Case No. 2:09-CV-7628)   MAG. JUDGE WILKINSON

_____/

## NOTICE OF APPEARANCE

The law firm of Bilzin Sumberg Baena Price & Axelrod LLP, by and through the undersigned counsel, hereby enters its appearance on behalf of Defendant, K. Hovnanian First Homes, LLC, in this matter, and requests that counsel and the Court henceforth serve all pleadings and papers on the undersigned.

Dated: February 19, 2010

                                Respectfully submitted,

                                BILZIN SUMBERG BAENA PRICE
                                & AXELROD LLP
                                Attorneys for KHFH
                                2500 Wachovia Financial Center
                                200 South Biscayne Boulevard
                                Miami, Florida 33131
                                Tel.: (305)374-7580   Fax: (305)374-7593

                                BY:   /s/ Melissa Pallett-Vasquez
                                      ROBERT W. TURKEN, ESQ.
                                      Florida Bar No. 306355
                                      rturken@bilzin.com
                                      ADAM F. HAIMO, ESQ.
                                      Florida Bar No. 502731
                                      ahaimo@bilzin.com
                                      MELISSA PALLETT-VASQUEZ, ESQ.
                                      Florida Bar No. 715816
                                      mpallett@bilzin.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of February, 2010.

By: *Melissa Pallett-Vasquez*
Melissa Pallett-Vasquez