UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE STATE OF LOUISIANA, *ex rel.* JAMES D. ("BUDDY") CALDWELL, the Attorney General of Louisiana<br>Plaintiff, | * | CIVIL ACTION |
| | * | NO. 10-340 |
| | * | SECTION L; MAG. 2 |
| VERSUS | * | JUDGE FALLON |
| KNAUF GIPS KG, ET AL.,<br>Defendants. | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED OF SOUTHERN HOMES, LLC

Defendant Southern Homes, LLC ("Southern Homes") respectively moves this Honorable Court to dismiss Plaintiff's Complaint ("Complaint") against it for failure to state a claim upon which relief may be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).

Southern Homes makes this Motion on the grounds that Plaintiff can prove no set of facts in support of its claim which would entitle it to relief. Plaintiff has alleged that Southern Homes participated in the installation of Chinese drywall in state and local government buildings in Louisiana.

Southern Homes has engaged in no such activity. Southern Homes, LLC has never installed drywall in a state or local government building in the State of Louisiana. Furthermore, Southern Homes, LLC has never supervised or in any other way participated in the installation of drywall in a state or local government building in the State of Louisiana.

WHEREFORE Southern Homes prays that this Court sustain its Motion to Dismiss and dismiss Plaintiff's claims against it with prejudice.

Respectfully submitted,

/s/ Matthew C. Clark
JAMES M. GARNER, T.A. (# 19589)
MARTHA Y. CURTIS (# 20446)
MATTHEW C. CLARK (#31102)
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, 28th Floor
New Orleans, Louisiana 70112-1033
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
Attorneys for Defendant
SOUTHERN HOMES, LLC

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Dismiss for Failure to State a Claim upon which Relief can be Granted has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of February, 2010.

/s/ Matthew C. Clark
MATTHEW C. CLARK