UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE STATE OF LOUISIANA, *ex rel.* JAMES D. ("BUDDY") CALDWELL, the Attorney General of Louisiana<br>          Plaintiff, | * | CIVIL ACTION |
| | * | NO. 10-340 |
| | * | SECTION L; MAG. 2 |
| VERSUS | | |
| | * | JUDGE FALLON |
| KNAUF GIPS KG, ET AL.,<br>          Defendants. | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF
MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM
UPON WHICH RELIEF MAY BE GRANTED OF SOUTHERN HOMES, LLC**

MAY IT PLEASE THE COURT:

Defendant Southern Homes, LLC ("Southern Homes") respectively submits this Memorandum in support of its Motion to Dismiss (the "Motion"). Southern Homes is entitled to an order dismissing the Petition filed by Plaintiff, the State of Louisiana (the "State"), because the claims asserted therein against Southern Homes relate to construction or improvement of or installation of

drywall in state and local government buildings in the State of Louisiana, which Southern Homes has not done.

## I.

## INTRODUCTION

On January 13, 2010, the State filed the instant action in Civil District Court for the Parish of Orleans for claims relating to Chinese drywall. Southern Homes, a builder of quality homes in Louisiana, was named in that action. The State has alleged various damages stemming from the alleged installation of Chinese drywall in local and state government buildings. For example, the State claimed:

> 192. The State itemizes its Proprietary Claims as follows:
>
> a. All expenses incurred and to be incurred by the State in connection with the inspection and testing of **State buildings** to determine the presence or absence of Defendants' drywall.

\* \* \*

> 196. Under its *parens patriae* authority, the State seeks . . .:
>
> a. All expenses incurred and to be incurred by a Local Subdivision in connection with the inspection and testing of the Local Subdivision's buildings to determine the presence or absence of Defendants' drywall[1]

Southern Homes has *never* installed drywall in any such government building.[2] Further, Southern Homes has *never* supervised or otherwise participated in the installation of drywall in a state or local government building.[3]

---

[1] *See* Petition at ¶¶ 192 and 196. (Emphasis added).

[2] *See* Declaration of Christopher Kornman, attached as Exhibit A, at ¶¶ 4 and 5.

[3] *See id.*

2

Accordingly, Southern Homes respectfully requests that this Court dismiss the State's claims against it for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6) because:

- This Court has authority under Rule 12(b)(6) to dismiss claims when it appears that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief;

- As alleged, the State's claims against builders such as Southern Homes require some form of participation in the installation of drywall in either state or local government buildings;

- Southern Homes has engaged in no such activity;

- Southern Homes, LLC has never installed drywall in a state or local government building in the State of Louisiana; and

- Southern Homes, LLC has never supervised or in any other way participated in the installation of drywall in a state or local government building in the State of Louisiana.

Therefore, any claim relating to Chinese drywall in a state or local government building in Louisiana should be dismissed, with prejudice.[4]

## II.

## ARGUMENT

Federal Rule of Civil Procedure 12(b)(6) provides for the dismissal of a pleading that fails to state a claim upon which relief may be granted.[5] A court may dismiss a claim, under Rule 12(b)(6),

---

[4] To the extent that the State's Complaint includes additional claims against Southern Homes, Southern Homes requests an indefinite extension of time to respond to such complaints as they appear identical to and duplicative of claims previously asserted by homeowners against Southern Homes in the class action pending before this Court styled: *Payton v. Knauf Gips KG, et al.*, Case No. 2:09-cv-07628. Southern Homes asks that this Court indefinitely extend the date to file such responsive pleadings in this matter as it has in another Chinese Drywall MDL matter, namely *Vickers v. Knauf GIPS KG*, No. 2:09-cv-04117.

[5] FED. R. CIV. P. 12(b)(6).

when "'it appears beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief.'"[6]

As described above, the State can prove *no* set of facts in support of its claim for damages relating to Chinese drywall in government buildings. Southern Homes, LLC has *never* installed drywall in a state or local government building in the State of Louisiana.[7] Furthermore, Southern Homes, LLC has *never* supervised or in any other way participated in the installation of drywall in a state or local government building in the State of Louisiana.[8]

### III.

### CONCLUSION

For the reasons more fully asserted above, Southern Homes is entitled to a dismissal of the State's claims against it under Rule 12(b)(6).

Respectfully submitted,

/s/ Matthew C. Clark
JAMES M. GARNER, T.A. (# 19589)
MARTHA Y. CURTIS (# 20446)
MATTHEW C. CLARK (#31102)
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, 28th Floor
New Orleans, Louisiana 70112-1033
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
Attorneys for Defendant
SOUTHERN HOMES, LLC

---

[6] *Ware v. Associated Milk Producers, Inc.*, 614 F.2d 413, 415 (5th Cir. 1980) (per curiam) (quoting *Conley v. Gibson*, 355 U.S. 41, 45-46 (1957)).

[7] *See* Exhibit A, at ¶¶ 4 and 5.

[8] *See id.*

4

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Dismiss for Failure to State a Claim upon which Relief can be Granted has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of February, 2010.

/s/ Matthew C. Clark
MATTHEW C. CLARK