UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE STATE OF LOUISIANA, *ex rel.* JAMES D. ("BUDDY") CALDWELL, the Attorney General of Louisiana<br>Plaintiff, | * | CIVIL ACTION |
| | * | NO. 10-340 |
| | * | SECTION L; MAG. 2 |
| VERSUS | * | JUDGE FALLON |
| KNAUF GIPS KG, ET AL.,<br>Defendants. | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

TO: **THE STATE OF LOUISIANA,** *ex rel.* **JAMES D. ("BUDDY") CALDWELL, the Attorney General of Louisiana**
Through counsel of record:
James D. "Buddy" Caldwell
Louisiana Attorney General
Louisiana Department of Justice
1885 N. 3rd Street
Baton Rouge, Louisiana 70804

**PLEASE TAKE NOTICE** that Defendant, Southern Homes, LLC, will bring its Motion to Dismiss Plaintiff's Complaint Pursuant to FED. R. CIV. P. 12(B)(6) for Failure to State a Claim upon

which Relief can be Granted before the Honorable Eldon Fallon, District Judge, at the United States District Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, at 9:30 a.m., on March 10, 2010, or at such time thereafter as counsel may be heard.

Respectfully submitted,

/s/ Matthew C. Clark
JAMES M. GARNER, T.A. (# 19589)
MARTHA Y. CURTIS (# 20446)
MATTHEW C. CLARK (#31102)
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, 28th Floor
New Orleans, Louisiana 70112-1033
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
Attorneys for Defendant
SOUTHERN HOMES, LLC

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Dismiss for Failure to State a Claim upon which Relief can be Granted has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of February, 2010.

/s/ Matthew C. Clark
MATTHEW C. CLARK