UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| SEAN AND BETH PAYTON, et al. | * | |
| vs. | * | |
| KNAUF GIPS, DG., et al. | * | MAG. JUDGE WILKINSON |
| Case No. 2:09-CV-7628 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

**CONSIDERING** the Ex Parte Consent Motion for Extension of Time of Promenade Developers, Ltd., E.N. Suttin Construction Company and Vintage Properties, Inc.

**IT IS HEREBY ORDERED** that the motion is GRANTED and that the deadline for Promenade Developers, Ltd., E.N. Suttin Construction Company and Vintage Properties, Inc. to file a responsive pleadings in this case is extended until March 26, 2010.

New Orleans, Louisiana, this 19th day of February, 2010.

_____
U.S. District Judge

{FT651795;1}