OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA   70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 FEB 19 PM 3:30

LORETTA G. WHYTE
CLERK

Date: 2-19-10

Sean and Beth Payton, et al

vs.

Knauf Gips KG, et al

Case No. 09-7628 Section L

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (_____ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) Zamora Corporation
   (address) 260 Palermo Ave. Coral Gables FL 33134

2. (name) _____
   (address) _____

3. (name) _____
   (address) _____

4. (name) _____
   (address) _____

Very truly yours,

Russ M Herman
"Signature"

Attorney for Plaintiff

Address 820 O'Keefe Ave.
NOLA 70113