OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA   70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 FEB 19 PM 3:30

LORETTA G. WHYTE
CLERK

Date: February 19, 2010

Gross, et al

vs.

Knauf Gips KG, et al

Case No. 09-6690       Section L

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (xxxxxxxamendedxcomplaintxx) (third party complaint)
(other: _____ ) to the following:

1. (name) Black Bear Gypsum Supply, Inc.

   (address) c/o Elizabeth Ferry, Esq. Fowler White Burnett PA; Espirito Santo Plaza, 14th Floor, 1395 Brickell Avenue, Miami, FL 33131
   (name) _____

   (address) _____

3. (name) _____

   (address) _____

4. (name) _____

   (address) _____

Very truly yours,

"Signature"

Attorney for Plaintiffs

Address Levin, Fishbein Sedran & Berman, 510 Walnut S
Ste. 500, Philadelphia, PA 19106
215-592-1500

___ Fee_____
___ Process____
 X  Dktd_____
___ CtRmDep____
___ Doc. No.___