OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA    70130

Date: 2-18-10

Sean and Beth Payton, et al

vs.

Knauf Gips KG, et al

Case No. 09-7682   Section L

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (_____ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) Hansen Homes Inc.
   (address) _____

2. (name) Gulf Coast Drywall, LLC
   (address) _____

3. (name) _____
   (address) _____

4. (name) _____
   (address) _____

Very truly yours,

Russ M. Herman, Esq.
"Signature"

Attorney for Plaintiff
Address 820 O'Keefe
NOLA 70113

___ Fee _____
___ Process _____
X   Dktd _____
___ CtRmDep _____
___ Doc. No. _____