政 府 總 部

香 港 下 亞 厘 畢 道



**GOVERNMENT SECRETARIAT**

LOWER ALBERT ROAD
HONG KONG

本函檔號 OUR REF.:   CSO/ADM/SJ/12/2010

來函檔號 YOUR REF.:

Room 140
Central Government Offices
(East Wing)
Tel: (852) 2810 3969
Fax: (852) 2842 8897
Email: calvin_chan@cso.gov.hk

9 February 2010

Mr Josh R. Cobb
APS INTERNATIONAL, LTD
APS International Plaza
7800 Glenroy Road
Minneapolis
Minnesota 55439-3122
U.S.A.

Dear Sir,

**Request for Service of Documents on**

**The China Corporation, Ltd.**

With reference to your request for service of judicial documents on the above-mentioned party, I regret that we are unable to accede to it because the description "controlled by the Chinese government" was found in the process.

You may consider amending the above to "owned by the Chinese government" before sending the request to us again. Alternatively, you may also consider amending the description "which is a state-owned entity and respectively controlled by the Chinese government" to "which is a Chinese state-owned entity".

Under the circumstances, the documents are returned herewith for your disposal.

Yours faithfully,

(Calvin Chan)
for Chief Secretary for Administration

Encl.

c.c.   U.S. District Court for the Eastern District of Louisiana