UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO.: 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: SEAN AND BETH PAYTON, individually, and on behalf of all others similarly situated, [ADDITIONAL PLAINTIFFS LISTED ON SCHEDULE OF PLAINTIFFS] v. KNAUF KIPS KG; KNAUF PLASTERBOARD (TIANJIN) CO., LTD.; KNAUF PLASTERBOARD (WUHU), CO., LTD.; KNAUF PLASTERBOARD (DONGGUAN) CO., LTD.; [ADDITIONAL DEFENDANTS LISTED ON SCHEDULE OF DEFENDANTS] CASE NO.: 2:09-cv-07628-EEF-JCW | : : : : : : : : : : : : : : : : : : : | |

## NOTICE OF APPEARANCE

C. Thomas Davidson, and the law firm of Davidson McWhirter, P.A. gives notice of their appearance as counsel of record for LTL Construction, Inc. in this case, and

1

requests that copies of all pleadings and notices in this case be served on the undersigned at the address indicated.

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with PreTrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this 22nd day of February, 2010.

/s/
_____
C. Thomas Davidson, Trial Counsel
Florida Bar No. 0155270
ORIGINAL SIGNED DOCUMENT ON FILE
WITH THE COURT
Davidson McWhirter, P.A.
400 N. Tampa Street, Suite 2450
Tampa, FL 33602
Tel. (813) 224-0866
Fax. (813) 221-1854
tdavidson@mac-law.com
**Attorneys For Defendant, LTL Construction, Inc.**

2