UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

IN RE:   CHINESE-MANUFACTURED DRYWALL            :   MDL NO.: 2047
         PRODUCTS LIABILITY LITIGATION            :   SECTION: L
                                                  :
                                                  :   JUDGE FALLON
                                                  :   MAG. JUDGE WILKINSON
THIS DOCUMENT RELATES TO:                         :
                                                  :
SEAN AND BETH PAYTON, individually, and           :
on behalf of all others similarly situated,       :
[ADDITIONAL PLAINTIFFS LISTED ON                  :
SCHEDULE OF PLAINTIFFS]                           :
                                                  :
v.                                                :
                                                  :
KNAUF KIPS KG;  KNAUF PLASTERBOARD                :
(TIANJIN) CO., LTD.;  KNAUF                       :
PLASTERBOARD (WUHU), CO., LTD.;                   :
KNAUF PLASTERBOARD (DONGGUAN)                     :
CO., LTD.; [ADDITIONAL DEFENDANTS                 :
LISTED ON SCHEDULE OF DEFENDANTS]                 :
                                                  :
CASE NO.: 2:09-cv-07628-EEF-JCW                   :
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

### EX PARTE MOTION TO EXTEND TIME TO PLEAD & MEMORANDUM IN SUPPORT

The defendant, LTL Construction, Inc. ("LTL"), by and through its undersigned attorneys, pursuant to Fed.R.Civ.P. 6(b) and Uniform Local Rule 7.9E, moves the Court to

1

extend the time for LTL to plead or respond to the Complaint to March 16, 2010, a period of 21 days from February 23, 2010, the date its response would otherwise be due.

### Memorandum in Support

1. The Complaint was served on LTL on February 3, 2010. A copy of the Summons with the process server's certification is attached as Exhibit A.

2. Fed.R.Civ.P. 12(a) requires that a responsive pleading or motion addressing the summons must be filed within twenty days after service.

3. This action involves complex, multidistrict litigation containing novel factual issues.

4. The undersigned counsel was engaged to represent LTL as to this action on February 11, 2010. Due to pre-existing commitments, the undersigned needs additional time to gain an understanding of the lawsuit and respond.

5. There has been no previous extension of time for LTL to plead.

6. The undersigned certifies that the plaintiffs have not filed in the record an objection to a time extension.

7. Fed.R.Civ.P. 6(b) (1)(A) provides that when an act must be done within a specified time, the court may, for good cause extend the time with or without motion or notice if the request is made before the original time expires. Local Rule 7.9E (amended by Order June 29, 2009) provides that upon certification by the moving party that there has been no previous extension of time to plead and the opposing party has not filed an objection to an extension of time, then on a ex parte motion and order, the court will allow one extension for 21 days from the time the pleading would be due otherwise.

8. A proposed Order to Extend Time to Plead is attached.

WHEREFORE, LTL Construction, Inc. by and through its undersigned attorneys moves the Court to grant an extension of time in which to plead or respond to the summons served upon it, to March 16, 2010, the date 21 days after LTL's pleading would otherwise have been due.

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing EX PARTE MOTION TO EXTEND TIME TO PLEAD has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with PreTrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this 22nd day of February, 2010.

/s/
C. Thomas Davidson, Trial Counsel
Florida Bar No. 0155270
ORIGINAL SIGNED DOCUMENT ON FILE
WITH THE COURT
Davidson McWhirter, P.A.
400 N. Tampa Street, Suite 2450
Tampa, FL 33602
Tel. (813) 224-0866
Fax. (813) 221-1854
tdavidson@mac-law.com
**Attorneys For Defendant, LTL Construction, Inc.**

3