UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

IN RE: CHINESE MANUFACTURED DRYWALL      MDL NO. 09-2047
PRODUCTS LIABILITY LITIGATION

                                                                      SECTION L
                                                                      JUDGE FALLON
                                                                      MG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

*Sean and Beth Payton, et al. v. Knauf Gips KG, et al.,*
*Case No. 09-7628*

_____/

## NOTICE OF APPEARANCE

     PLEASE TAKE NOTICE that the law firm of Bell and Roper, P.A. hereby enters an appearance as counsel of record for the Defendant, TWIN LAKES RESERVE AND GOLF CLUB, INC. Please direct all future pleadings and correspondence to the undersigned.

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this _19th_ day of February, 2010.

                                             MICHAEL J. ROPER, ESQUIRE
                                             Florida Bar No.: 0473227

                                             BELL AND ROPER, P.A.
                                             *Attorneys for Twin Lakes Reserve*
                                             *and Golf Club, Inc.*
                                             2707 East Jefferson Street
                                             Orlando, FL 32803
                                             Telephone: (407) 897-5150
                                             Facsimile: (407) 897-3332