AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | | |
|---|---|---|
| SEAN AND BETH PAYTON, et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   09-7628 |
| KNAUF GIPS KG, et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sorrento Lumber Co, Inc.

Date: 2/19/10

*Attorney's signature*

Dwight D. Poirrier, LBR# 20570
*Printed name and bar number*

1420 South Burnside Avenue
Post Office Box 868
Gonzales, Louisiana 70707-0868
*Address*

dpoirrier1@eatel.net
*E-mail address*

(225) 621-3200
*Telephone number*

(225) 621-3210
*FAX number*