UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEAN AND BETH PAYTON, et al | : | CIVIL ACTION NO. 09-07628 |
| *Plaintiffs* | : | |
| | : | |
| v. | : | JUDGE ELDON E. FALLON |
| | : | |
| KNAUF GIPS KG, et al | : | |
| *Defendants* | : | |

**EX PARTE MOTION FOR EXTENSION OF TIME**

NOW INTO COURT, through undersigned counsel, comes defendant, SORRENTO LUMBER CO., INC., who moves this Court for an Order granting it an additional twenty-one (21) days within which to respond to the complaint filed by Plaintiffs on January 7, 2010, and served on Defendant on February 5, 2010.  In support of this motion, mover states that complainant has been consulted and has no objection to the grant of an extension of time.  This is the first extension sought by the Defendant.

RESPECTFULLY SUBMITTED:

s/Dwight D. Poirrier
DWIGHT D. POIRRIER (BRN: 20570)
1420 South Burnside Avenue
Gonzales, Louisiana  70737
Telephone: (225) 621-3200
Facsimile:  (225) 621-3210
**ATTORNEY FOR
 SORRENTO LUMBER CO., INC.**

**CERTIFICATE OF SERVICE**

I do hereby certify that on this 19th day of February, 2010, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent by operation of the court's electronic filing system.  I also certify that a copy of the foregoing will be sent to all non-CM/ECF participants by United States Mail, properly addressed and postage prepaid.

s/Dwight D. Poirrier