UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEAN AND BETH PAYTON, et al | : | CIVIL ACTION NO. 09-07628 |
| *Plaintiffs* | : | |
| | : | |
| v. | : | JUDGE ELDON E. FALLON |
| | : | |
| KNAUF GIPS KG, et al | : | |
| *Defendants* | : | |

### EX PARTE ORDER ON MOTION FOR EXTENSION OF TIME

IT IS HEREBY ORDERED that defendant, SORRENTO LUMBER CO., INC., be and it is hereby granted an extension of twenty-one (21) days from when the answer was otherwise due, until March 18, 2010, to respond to Plaintiff's Complaint filed on January 7, 2010.

SIGNED at New Orleans, Louisiana, this _____ day of _____, 2010.

_____
JUDGE ELDON E. FALLON