UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

Sean and Beth Payton, et al. v. Knauff Gips, KG, et al.
Case No. 2:09-cv-07628-EEF-JCW
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

MDL NO. 2047

SECTION: L

JUDGE FALLON

MAG. JUDGE WILKINSON

**CONSENT MOTION FOR EXTENSION OF TIME
TO RESPOND TO THE *PAYTON* COMPLAINT AND INCORPORATED
MEMORANDUM OF LAW AND LOCAL RULE 7.9 CERTIFICATE**

Defendant, Standard Pacific Homes d/b/a Standard Pacific of Colorado, Inc. ("Stan Pac Colorado"), fully reserving any and all defenses, by undersigned counsel, pursuant to Rule 7.9 of the Local Rules of the U.S. District Court for the Eastern District of Louisiana, hereby moves this Court for an Order extending the time by which Defendant must respond to Plaintiffs' Omnibus Class Action Complaint (I) filed in the above-captioned matter, Civil Action No. 09-7628, within MDL No. 2047 ("the Payton Complaint").

1. StanPac Colorado was served with the Payton Complaint on or about February 4, 2010.

2. Thus, pursuant to Fed. R. Civ. Pro. 12(a), the deadline for StanPac Colorado to file a responsive pleading is February 25, 2010.

3. Plaintiffs' Liason counsel has consented to an extension of 30 days for the Defendant to file and serve responsive pleadings to the Payton Complaint.

4. StanPac Colorado requests an additional 30 days to investigate the allegations in the Payton Complaint and prepare an appropriate responsive pleading.

5. This extension will not prejudice any of the parties, nor will it delay the proceedings. Defendant has not previously requested an extension of time to the respond to the Payton Complaint. Accordingly, good cause exists pursuant to Local Rule 7.9 for the granting of this Consent Motion.

WHEREFORE, Defendant, Standard Pacific Homes d/b/a Standard Pacific of Colorado, Inc., moves the Court to grant it an extension of 30 days, until March 27, 2010, to respond to Plaintiffs' Omnibus Class Action Complaint (I) filed in the above captioned matter.

s/ Brian L. Josias
Lara J. Tibbals , Florida Bar No. 507121
J. Rocco Cafaro, Florida Bar No. 129054
Brian L. Josias, Florida Bar No. 893811
HILL, WARD & HENDERSON, PA
101 East Kennedy Boulevard, Suite 3700
Tampa, Florida  33602-2231
Tel: (813) 221-3900
Fax: (813) 221-2900

Counsel for Standard Pacific Homes d/b/a Standard Pacific of Colorado, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 22nd day of February, 2010.

s/ Brian L. Josias
Attorney