**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURING DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKENSON |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| Ledford, et al. v. Knauf GIPS KB, et al. | : | |
| No. 2:09cv04292 | : | |

_____

**PLAINTIFF, SAMUEL LEDFORD'S, NOTICE OF SERVICE
OF ANSWERS AND RESPONSES TO MAZER SUPER DISCOUNT
STORES' INTERROGATORIES AND REQUESTS FOR PRODUCTION OF
DOCUMENTS**
_____

**PLEASE TAKE NOTICE** that Plaintiff, SAMUEL LEDFORD, has served a copy of his Answers and Responses to Mazer Super Discount Stores' First Set of Interrogatories and Requests for Production of Documents. Plaintiff's counsel has retained the original of said responsive pleading.

RESPECTFULLY SUBMITTED this, the 22nd day of February, 2010

SAMUEL LEDFORD, Plaintiff

By and Through His Attorneys,
LUCKEY & MULLINS, PLLC

BY:  /s/ Stephen W. Mullins
          STEPHEN W. MULLINS

ATTORNEYS FOR PLAINTIFFS:

STEPHEN W. MULLINS (LA Bar No. 22124)
LUCKEY & MULLINS, PLLC
2016 Bienville Blvd., Suite 102  (39564)
Post Office Box 990
Ocean Springs, MS  39566
(228) 875-3175
(228) 872-4719  (fax)

Daniel A. Bryson
North Carolina State Bar No. 15781
LEWIS & ROBERTS, PLLC
3700 Glenwood Avenue, Suite 410
Raleigh, North Carolina 27612
Telephone: (919) 981-0191
Facsimile: (919) 981-0431
Email: dkb@lewis-robcrts.com

Gary E. Mason
The District of Columbia Bar No. 418073
Mason, LLP
1625 Massachusetts Avenue, Suite 605
Washington, DC 20036
Telephone: (202) 429-2290
Facsimile: (202) 429-2294
Email: gmason@masonlawdc.com

Joel R. Rhine (NC Bar No. 16028)
Lea, Rhine, & Rosbrugh, PLLC
314 Walnut Street
Wilmington, NC 28401
Fax: (910) 772-9062
Email: jrr@lrlawfirm.com

Christopher L. Coffin
24110 Eden Street
Plaquemine, LA  70765
(252) 687-6396
Fax: (225) 687-6398
Email:  ccoffin@pbclawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Service has been served on Plaintiffs' Liaison Counsel, Russ Herman; the PSC designated document production representative, Roy Cronin; the PSC representative attorney, Hugh Lambert; and Defendants' Liaison Counsel, Kerry Miller; by email delivery on all parties by uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this, the 22nd day of February, 2010.

*/s/ Stephen W. Mullins*
STEPHEN W. MULLINS