UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>SEAN AND BETH PAYTON, et al.<br><br>v. KNAUFF GIPS, DG, et al.<br>Case No. 2:09-cv-07628-EEF-JCW | MDL NO. 2047<br><br>SECTION:  L<br><br><br>JUDGE FALLON<br><br><br><br>MAG. JUDGE WILKINSON |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

## **ORDER**

**CONSIDERING** the Consent Motion for Extension of Time filed by Defendant, HWB Construction, Inc.

**IT IS HEREBY ORDERED** that the motion is GRANTED and that the deadline for HWB Construction, Inc. to file a response to the Payton Complaint in this case is extended through and including March 26, 2010.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
U.S. District Judge

1502704v1