Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0271

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Jon A. Wilder, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: FLORIDA ) ss.
County of: VOLUSIA )

**Name of Server:** WAGER SHARPE, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 5 day of FEBRUARY, 20 10, at 12:00 o'clock P M

**Place of Service:** at 619 John Anderson Hwy., in Flagler Beach, FL 32136

**Documents Served:** the undersigned served the documents described as:
Summons and Complaint; Exhibits

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Jon A. Wilder, Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: JON A WILDER PRES.

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color WHT ; Hair Color BLK/GRAY ; Facial Hair MUSHTASH
Approx. Age 50 ; Approx. Height 5' 10" ; Approx. Weight 220

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Wager Sharpe_
Signature of Server

Subscribed and sworn to before me this 8th day of February, 20 10

_Lucrista Whitton_
Notary Public      (Commission Expires)

APS International, Ltd.


LUCRISTA WHITTON
Commission # DD 839417
Expires November 18, 2012