Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0269

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Independent Drywall Distributors, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: FLORIDA ) ss.
County of: VOLUSIA )

Name of Server: WAGNER SHARPE, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 5 day of FEBRUARY, 20 10, at 12:30 o'clock P M

Place of Service: at 306 S. Oceanshore Blvd. 109 S. 6TH ST., in Flagler Beach, FL 32136

Documents Served: the undersigned served the documents described as:
Summons and Complaint; Exhibits

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Independent Drywall Distributors, LLC

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: DENNIS BAYER RA

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color WHT ; Hair Color BLK/GRAY ; Facial Hair N/A
Approx. Age 48 ; Approx. Height 6'0" ; Approx. Weight 210

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Wagner Sharpe
Signature of Server

Subscribed and sworn to before me this 8th day of February, 20 10

Lucrista Whitton
Notary Public     (Commission Expires)

**APS International, Ltd.**



LUCRISTA WHITTON
Commission # DD 839417
Expires November 18, 2012
Bonded Thru Troy Fain Insurance 800-385-7019