Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0353

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Intercoastal Construction Co.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: FLORIDA ) ss.
County of: VOLUSIA )

Name of Server: WAGAR SHARP, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 5 day of February, 20 10, at 4:30 o'clock P M

Place of Service: at 9 Foxhunter Flat, in Ormond Beach, FL 32174

Documents Served: the undersigned served the documents described as:
Summons and Complaint; Exhibits

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Intercoastal Construction Co.

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: IDA HAWRYWK / PRES.

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex F ; Skin Color WHT ; Hair Color Brown ; Facial Hair N/A
Approx. Age 50 ; Approx. Height 5'4" ; Approx. Weight 150

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Wager Sharp_
Signature of Server

Subscribed and sworn to before me this 8th day of February, 20 10
_Lucrista Whitton_
Notary Public       (Commission Expires)

APS International, Ltd.



LUCRISTA WHITTON
Commission # DD 839417
Expires November 18, 2012