Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0268

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
—Smith Family Homes Corporation
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Hillsborough )

**Name of Server:** Lynn A. Anderson, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 5th day of February, 20 10, at 9:45 o'clock P M

**Place of Service:** at 17123 Journeys End Dr., in Odessa, ~~Tarpon Springs,~~ FL ~~34689~~

**Documents Served:** the undersigned served the documents described as:
Summons and Complaint; Exhibits

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
Smith Family Homes Corporation
By delivering them into the hands of an officer or managing agent whose name and title is: Ronald Smith, Registered Agent

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex ___ ; Skin Color ___ ; Hair Color ___ ; Facial Hair ___
Approx. Age ___ ; Approx. Height ___ ; Approx. Weight ___

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server    2/8/10

Subscribed and sworn to before me this 8th day of February, 20 10.

Notary Public    (Commission Expires) 3/2/10

APS International, Ltd.

no Such Address in Tarpon Springs, Florida
Served At:
17123 Journeys End Dr.
Odessa, Florida



ELAINE F. JONES
MY COMMISSION # DD 857268
EXPIRES: March 2, 2013
Bonded Thru Notary Public Underwriters