Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0172

## AFFIDAVIT OF SERVICE – Corporate

Service of Process on:
--LTL Construction, Inc.

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Court Case No. 09-7628

State of: Florida ) ss.
County of: Hillsborough )

Name of Server: Lydia Velez, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 3rd day of February, 20 10, at 5:00 o'clock P M

Place of Service: at 4400 Helena Street NE, in Saint Petersburg, FL 33703

Documents Served: the undersigned served the documents described as:
Summons and Complaint; Exhibits

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
LTL Construction, Inc.

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: William Pugh, Registered Agent

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color Brown ; Facial Hair ___
Approx. Age 50's ; Approx. Height 5'11" ; Approx. Weight 200

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 8th day of February, 20 10

Signature of Server   02-08-10
Notary Public   (Commission Expires) 3/2/13

**APS International, Ltd.**

ELAINE F. JONES
MY COMMISSION # DD 857288
EXPIRES: March 2, 2013
Bonded Thru Notary Public Underwriters