Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0202

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

--Northeast Drywall
Court Case No. 09-7628

State of: __Florida__ ) ss.
County of: __Hillsborough__ )

**Name of Server:** __Edward Scott__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __3rd__ day of __February__, 20 __10__, at __3:15__ o'clock __P__ M

**Place of Service:** at __3938 Lake Padgett Drive__, in __Land O Lakes, FL__

**Documents Served:** the undersigned served the documents described as:
Summons and Complaint; Exhibits

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
Northeast Drywall
By delivering them into the hands of an officer or managing agent whose name and title is: __Lori Stewart, Vice President__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex ___ ; Skin Color ___ ; Hair Color ___ ; Facial Hair ___
Approx. Age ___ ; Approx. Height ___ ; Approx. Weight ___

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this __5th__ day of __February__, 20 __10__

Signature of Server   2-5-10 Date

Notary Public   (Commission Expires) 3/2/13

APS International, Ltd.



ELAINE F. JONES
MY COMMISSION # DD 857158
EXPIRES: March 2, 20..
Bonded Thru Notary Public Underwriters