Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0156

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--South Kendall Construction Corp., c/o Kieran P. Fallon, Esquire
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **DADE** )

Name of Server: **Carlos Aguirre**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **4** day of **February**, 20 **10**, at **4:55** o'clock **P** M

Place of Service: at **436 SW 8th Street**, in **Miami, FL 33130**

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**South Kendall Construction Corp., c/o Kieran P. Fallon, Esquire**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Vanessa Fish as Secretary to Kieran Fallon**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **Black**; Hair Color **Black**; Facial Hair ____
Approx. Age **25**; Approx. Height **5'6**; Approx. Weight **120**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **5** day of **Februry**, 20 **10**

Signature of Server _____ Notary Public _____ (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Michelle Rodriguez-Miro
My Commission DD856879
Expires 02/01/2013