Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  101729-0146

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Palm Isles Holdings, LLC, c/o Kieran P. Fallon, Esq.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Florida_ ) ss.
County of: _DADE_

Name of Server: _Carlos Aguirre_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _4th_ day of _February_, 20 _10_, at _4:55_ o'clock _P_ M

Place of Service: at _436 SW 8 Street, Suite 2000_, in _Miami, FL 33130_

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Palm Isles Holdings, LLC, c/o Kieran P. Fallon, Esq.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Vanessa Fish as Secretary to Kieran Fallon_

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex _F_ ; Skin Color _Black_ ; Hair Color _Black_ ; Facial Hair _____
Approx. Age _25_ ; Approx. Height _5'6_ ; Approx. Weight _120_
☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this _5_ day of _Febrary_, 20 _10_

Notary Public    (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Michelle Rodriguez-Miro
My Commission DD856879
Expires 02/01/2013