Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0200

## AFFIDAVIT OF SERVICE — Corporate

Service of Process on:
—Lake Ashton Development Group II LLC

Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Polk** )

**Name of Server:** **Andy Burgess**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **4** day of **February**, 20 **10**, at **10:50** o'clock **A** M

**Place of Service:** at **500 South Florida Ave., Suite 800**, in **Lakeland, FL 33801**

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Lake Ashton Development Group II LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Michael Workman, Attorney**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **Male** Skin Color **White** ; Hair Color **Brown** ; Facial Hair ___
Approx. Age **40's** ; Approx. Height **5'8"** ; Approx. Weight **170**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Andy Burgess_
Signature of Server

Subscribed and sworn to before me this **5** day of **Feb**, 20 **10**

_Sheila L Burton_
Notary Public         (Commission Expires)

APS International, Ltd.

Notary Public State of Florida
Sheila L Burton
My Commission DD603811
Expires 10/18/2010