MINUTE ENTRY
FALLON, J.
FEBRUARY 19, 2010

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE-MANUFACTURED                    MDL NO. 2047
      DRYWALL PRODUCTS
      LIABILITY LITIGATION                    SECTION: L

                                     JUDGE FALLON
                                     MAGISTRATE WILKINSON

THIS DOCUMENT RELATES TO
09-6687 Germano, et al v. Taishan Gypsum Co., et al

BEFORE JUDGE ELDON E. FALLON                    FRIDAY, FEBRUARY 19, 2010, 9:00 AM
Case Manager: Gaylyn Lambert
Court Reporter: Karen Ibos/Toni Tusa

Appearances: Chris Seeger, Esq., Richard Serpe, Esq., Gerald Meunier, Esq.,
                Russ Herman, Esq. , & Dan Bryson, Esq. For the PSC
                Steve Nicolas, Esq. For The Mitchell Co., Inc.
                Steve Herman, Esq. For PSC & Don Hayden, Esq. (Hernandez case-09-6050)

---

Evidentiary Hearing on Confirmation of the Default against Taishan Gypsum Co., Ltd.:

Intervenor, Knauf Plasterboard (Tianjin) Co., Ltd., has previously withdrawn from this
proceeding.
Intervenor, The Mitchell Co., Inc., advises the Court that it will not participate in this
proceeding.

Opening Statements.

Plaintiffs' Witnesses:
Bill Morgan - sworn
Ray Phillips - sworn
Jerry Smith - sworn
Dr. John R. Scully - sworn - accepted as expert.
Preston McKellar - sworn
Donald Galler - sworn - accepted as expert.

Court adjourned at 5:45 pm  until Monday, February 22, 2010, 9:00 am.

JS10: 5:47