UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> **THIS DOCUMENT RELATES TO:** ) <br> ) <br> SEAN AND BETH PAYTON, ET AL. ) <br> ) <br> V. ) <br> ) <br> KNAUF GIPS KG, ET AL. ) <br> _____/ | MDL NO. 2047 <br><br> SECTION L <br><br> JUDGE FALLON <br> MAG. JUDGE WILKINSON <br><br> CIVIL ACTION NO. 09-7628 |

## NOTICE OF APPEARANCE OF WHITE & CASE LLP
## ON BEHALF OF KOLTER HOMES, LLC

**PLEASE TAKE NOTICE** that **Jaime A. Bianchi and Christopher N. Dawson**, White & Case LLP, 200 South Biscayne Boulevard, Suite 4900, Miami, Florida 33131, telephone 305.371.2700, facsimile 305.358.5744/5766, electronic mail jbianchi@whitecase.com, cdawson@whitecase.com, hereby enter their appearances as counsel of record for the following Defendants in *Payton et al. v. Knauf GIPS KG, et al.*: Kolter Homes, LLC. Please update and add the above-mentioned counsel to your service and distribution lists.

Respectfully submitted,

/s/Christopher N. Dawson
Jaime A. Bianchi
Florida Bar No. 908533
Christopher N. Dawson
Florida Bar No. 617636
White & Case LLP
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744/5766
*Counsel for Kolter Homes, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 22nd day of February, 2010.

/s/Christopher N. Dawson