IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEAN AND BETH PAYTON, individually, and on behalf of all other similarly situated, [ADDITIONAL PLAINTIFFS LISTED ON SCHEDULE OF PLAINTIFFS, ATTACHED HERETO AS EXHIBIT "A"], <br><br>    Plaintiffs, <br><br>vs. <br><br>KNAUF GIPS, KG; KNAUF PLASTERBOARD (TIANJIN) CO., LTD.; KNAUF PLASTERBOARD (WUHU), CO., LTD.; KNAUF PLASTERBOARD (DONGGUAN) CO., LTD.; [ADDITIONAL DEFENDANTS LISTED ON SCHEDULE OF DEFENDANTS, ATTACHED HERETO AS EXHIBIT "B"], <br><br>    Defendants. | MDL Docket No. 2047 <br><br> CLASS ACTION COMPLAINT <br><br> JURY TRIAL DEMAND |

**This document relates to Case No.: 2:09-cv-7628**

---

### ATTORNEY APPEARANCE FORM

Counsel for Defendant, Shelby Homes, Inc., hereby enter their appearances in the above-referenced action. In support of these appearances, counsel states the following:

Christian F. Henel is an attorney admitted to the Bar of Virginia and the Bar of the District of Columbia and has been admitted to practice law before the United States District Court for the Eastern District of Virginia.

Melissa C. Lesmes is an attorney admitted to the Bar of Maryland and the Bar of the District of Columbia and has been admitted to practice before the United States District Courts for the District of Maryland and the District of Columbia.

Michael S. McNamara is an attorney admitted to the Bar of Washington and the Bar of the District of Columbia and has been admitted to practice before the United States District Courts for the District of Columbia and the Eastern and Western Districts of Washington.

Laura A. Kamas is an attorney admitted to the Bar of Maryland and the Bar of the District of Columbia and has been admitted to practice law before the United States District Courts for the District of Maryland and the District of Columbia.

The filing of this Attorney Appearance Form is done in compliance with MDL 2047 Pretrial Order 1A. These Defendants reserve all rights to object to the jurisdiction of this Honorable Court.

Dated: February 22, 2010.                                    Respectfully Submitted,

                                                      /s/ Christian F. Henel
Christian F. Henel
VA Bar No. 76830
DC Bar No. 989746

Melissa C. Lesmes
MD Bar No. 22864
DC Bar No. 450389

Michael S. McNamara
WA Bar No.29127
DC Bar No. 493773

Laura A. Kamas
MD Bar No. 16726
DC Bar No. 499837

HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tele: (202) 783-0800
Fax: (202) 383-6610
HenelC@howrey.com

2

LesmesM@howrey.com
McNamaraM@howrey.com
KamasL@howrey.com

*Attorneys for Defendants Sterling Communities, Inc. and Sterling Communities Realty, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Entry of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 22nd day of February 2010.

/s/ Christian F. Henel
Christian F. Henel