UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE STATE OF LOUISIANA, *ex rel.* JAMES D. ("BUDDY") CALDWELL, the Attorney General of Louisiana<br>Plaintiff, | * * | CIVIL ACTION<br><br>NO. 10-340 |
| | * | SECTION L; MAG. 2 |
| VERSUS | * | JUDGE FALLON |
| KNAUF GIPS KG, ET AL.,<br>Defendants. | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## *EX PARTE* MOTION TO SUBSTITUTE THE DECLARATION OF CHRISTOPHER KORNMAN

NOW COMES Defendant, Southern Homes, LLC ("Southern Homes"), who moves this Court for leave to substitute the attached Declaration of Christopher Kornman[1] in place of the unsigned version of the same submitted as Exhibit A to Southern Homes' Memorandum in Support of Motion

---

[1] *See* Exhibit 1.

to Dismiss for Failure to State a Claim upon which Relief Can be Granted, filed on February 19, 2010.

Respectfully submitted,

/s/ James M. Garner
JAMES M. GARNER, T.A. (# 19589)
MARTHA Y. CURTIS (# 20446)
MATTHEW C. CLARK (#31102)
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, 28th Floor
New Orleans, Louisiana 70112-1033
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
Attorneys for Defendant
SOUTHERN HOMES, LLC

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Dismiss for Failure to State a Claim upon which Relief can be Granted has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice electronic filing in accordance with the procedures established in MDL 2047, on this 23 day of February, 2010.

/s/ James M. Garner
JAMES M. GARNER