This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE STATE OF LOUISIANA, *ex rel.* JAMES D. ("BUDDY") CALDWELL, the Attorney General of Louisiana<br>Plaintiff, | * | CIVIL ACTION |
| | * | NO. 10-340 |
| | * | SECTION L; MAG. 2 |
| VERSUS | * | JUDGE FALLON |
| KNAUF GIPS KG, ET AL.,<br>Defendants. | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DECLARATION OF CHRISTOPHER KORNMAN IN ACCORDANCE WITH 28 U.S.C. § 1746

I, Christopher Kornman, declare as follows:

1. I am the President of Southern Homes, LLC, which is a defendant in the captioned matter.

2. I submit this Declaration in support of a dismissal of the State of Louisiana's claims against Southern Homes, LLC.

3. I submit this Declaration based upon my personal knowledge of Southern Homes, LLC's business transactions and records.

**EXHIBIT 1**

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

4. Southern Homes, LLC has never installed drywall in a state or local government building in the State of Louisiana;

5. Southern Homes, LLC has likewise never supervised or in any other way participated in the installation of drywall in a state or local government building in the State of Louisiana.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of February 2010, in Vail, Colorado.

*Christopher Kornman*