UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE STATE OF LOUISIANA, *ex rel.* JAMES D. ("BUDDY") CALDWELL, the Attorney General of Louisiana<br>Plaintiff, | * | CIVIL ACTION |
| | * | NO. 10-340 |
| | * | SECTION L; MAG. 2 |
| VERSUS | * | JUDGE FALLON |
| KNAUF GIPS KG, ET AL.,<br>Defendants. | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing *ex parte* Motion to Substitute the Declaration of Christopher Kornman,

IT IS ORDERED that the signed Declaration of Christopher Kornman be substituted in place of the unsigned version of the same submitted as Exhibit A to Southern Homes' Memorandum in

Support of Motion to Dismiss for Failure to State a Claim upon which Relief Can be Granted, filed on February 19, 2010.

New Orleans, Louisiana this _____ day of _____, 2010.

_____
JUDGE