## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| ============================= | x | ============================= |
|  | x |  |
| IN RE: CHINESE-MANUFACTURED | x | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | x |  |
| LITIGATION | x | SECTION: L |
|  | x |  |
| THIS DOCUMENT APPLIES TO ALL | x | JUDGE FALLON |
| CASES | x |  |
|  |  | MAG. JUDGE WILKINSON |
| ============================= | x | ============================= |

### CROSS-NOTICE OF THE PLAINTIFFS'
### ORAL AND VIDEOTAPED DEPOSITION OF
### PAIGE LATTERNER, INDIVIDUALLY AND
### AS THE CORPORATE REPRESENTATIVE OF
### DEFENDANT, KEYS GATE REALTY, INC.

TO:   The parties in all cases consolidated in *In re Chinese-Manufactured Drywall Products Liability Litigation*, by and through their counsel of record.

PLEASE TAKE NOTICE that the deposition of **Paige Latterner, individually and as the corporate representative of Defendant, Keys Gate Realty, Inc.**, will be held on **March 3, 2010** beginning at **10 a.m.**, at **Podhurst Orseck, P.A., 25 W. Flagler St., Suite 800, Miami, Florida  33130**, to continue from day to day until completed. This deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure.  You are invited to attend and participate.

|  |  |
|---|---|
| Primary Examiner: | A member of the PSC or its designee |
| Videotaped Deposition: | Yes |
| Call-In Number: | **888-337-8218** |
|  | **Participant Code: 769758** |

1

This cross-notice is based on Plaintiffs' Amended Notice of Taking Videotaped Depositions Duces Tecm (Exhibit "A" attached hereto) of Paige Latterner, individually and as the corporate representative of Defendant, Keys Gate Realty, Inc. in *Jason Harrell and Melissa Harrell, Individually and on behalf of all others similarly situated vs. South Kendall Construction Corp., a Florida corporation; Palm Isles Holdings, LLC, a Florida limited liability company, Keys Gate Realty, Inc., a Florida corporation; Banner Supply Co., a Florida corporation,* In the Circuit Court of the Eleventh Judicial Circuit in and for Maimi-Dade County, Florida, Case No. 09-08401 CA (42) (In re: Chinese Drywall Litigation, Case No. 09-200,000 CA (42)).

Respectfully submitted,

/s/ Leonard A. Davis
**Russ M. Herman** (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*HERMAN, HERMAN, KATZ & COTLAR, LLP*
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
FAX: (504) 561-6024

**Plaintiffs' Liaison Counsel**

2

| | |
|---|---|
| Dawn M. Barrios<br>701 Poydras Street<br>Suite 3650<br>New Orleans, LA 70139<br>PH: (504) 524-3300<br>Fax: (504) 524-3313 | Daniel E. Becnel, Jr.<br>425 W. Airline Highway<br>Suite B<br>LaPlace, LA 70068<br>PH: (985) 536-1186<br>Fax: (985) 536-6445 |
| Victor M. Diaz<br>25 Flagler Street<br>8th Floor<br>Miami, FL 33130<br>PH: (305) 358-2800<br>Fax: (305) 358-2382 | Ervin Amanda Gonzalez<br>255 Aragon Avenue<br>Cora Gables, FL 33134<br>PH: (305) 476-7400<br>Fax: 305) 476-7444 |
| Ben Gordon<br>316 S. Baylen Street<br>Suite 600<br>Pensacola, FL 32502<br>PH: (850) 435-7090<br>Fax: (850) 436-6091 | Hugh P. Lambert<br>701 Magazine Street<br>New Orleans, LA 70130<br>PH: (504) 581-1750<br>Fax: (504) 529-2931 |
| Arnold Levin<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106<br>PH: (215) 592-1500<br>Fax: (215) 592-4663 | Gerald E. Meunier<br>2800 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163-2800<br>PH: (504) 522-2304<br>Fax: (504) 528-9973 |
| Jerrold Seth Parker<br>3301 Bonita Beach Road<br>Bonita Springs, FL 34134<br>PH: (239) 390-1000<br>Fax: (239) 390-0055 | James Robert Reeves<br>160 Main Street<br>Biloxi, MS 39530<br>PH: (228) 374-5151<br>Fax: (228) 374-6630 |
| Christopher Seeger<br>One William Street<br>New York, NY 10004<br>PH: (212) 584-0700<br>Fax: (212) 584-0799 | Bruce William Steckler<br>3102 Oak Lawn Ave.<br>Suite 1100<br>Dallas, TX 75219<br>PH: (214) 523-6674<br>Fax: (214) 520-1181 |
| Scott Weinstein<br>12800 University Drive<br>Suite 600<br>Ft. Myers, FL 33907<br>PH: (239) 433-6880<br>Fax: (239) 433-6836 | |

**PLAINTIFFS' STEERING COMMITTEE**

3

W:\! DRYWALL\27687 MDL\Discovery\Cross-Notices\Cross-Notice of Depo of Latterner-Keys Gate Realty, Inc. 2010-2-22.doc

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| Richard S. Lewis<br>HAUSFELD LLP<br>1700 K Street, N.WSuite  650<br>Washington, DC 20006<br>Phone: (202) 540-7200<br>Fax:  (202) 540-7201<br>rlewis@hausfeldllp.com<br><br>Daniel K. Bryson<br>Lewis & Roberts<br>3700 Glenwood Avenue, Suite 410<br>Raleigh, NC 27612<br>Phone: (919) 981-0191<br>Fax: (919) 981-0431<br>dkb@lewis-roberts.com | Jeremy W. Alters<br>Alters, Boldt, Brown, Rash & Culmo, P.A.<br>4141 N.E. 2nd Avenue<br>Suite 201<br>Miami, FL 33137<br>Phone: (305) 571-8550<br>Fax: (305) 571-8559<br>jeremy@abbrclaw.com<br><br>Richard J. Serpe, Esquire<br>Law Offices of Richard J. Serpe<br>Crown Center, Ste. 310<br>580 East Main Street<br>Norfolk, VA 23510-2322<br>rserpe@serpefirm.com |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Cross-Notice of Oral and Videotaped Deposition has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of February, 2010.

/s/ Leonard A. Davis
Leonard A. Davis
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA  70113
PH:  (504) 581-4892
Fax:  (504) 561-6024
ldavis@hhkc.com

4

# EXHIBIT "A"

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

IN RE: CHINESE DRYWALL
LITIGATION

CASE NO. 09-200,000 CA (42)

THIS DOCUMENT RELATES TO ALL
CASES

_____/

JASON HARRELL and MELISSA
HARRELL, Individually and on behalf of all
others similarly situated,

CASE NO.: 09-08401 CA (42)

*Plaintiffs,*

**CHINESE DRYWALL**

vs.

SOUTH KENDALL CONSTRUCTION
CORP., a Florida corporation; PALM ISLES
HOLDINGS, LLC, a Florida limited liability
company; KEYS GATE REALTY, INC., a
Florida corporation; BANNER SUPPLY CO.,
a Florida corporation,

*Defendants.*

_____/

## AMENDED NOTICE OF TAKING VIDEOTAPED DEPOSITIONS DUCES TECUM

PLEASE TAKE NOTICE that at the below listed time and place the Plaintiffs, JASON

and MELISSA HARRELL, by and through undersigned counsel, will take the depositions of:

| NAME OF DEPONENT | DATE AND TIME | PLACE OF DEPOSITION |
|---|---|---|
| **Paige Latterner, individually and as the Corporate Representative of Defendant Keys Gate Realty, Inc. concerning the matters identified on Exhibit A attached hereto, pursuant to** | **March 3, 2010 @ 10:00 AM** | **Podhurst Orseck, P.A. 25 W. Flagler St., Ste. 800 Miami, FL 33130** |

Podhurst Orseck, P.A.                    Page 1 of 7

25 West Flagler Street, Suite 800, Miami, FL 33130, Miami 305.358.2800 Fax 305.358.2382 • Fort Lauderdale 954.463.4346          www.podhurst.com

Fla. R. Civ. P. 1.310(b)(6)

| | | |
|---|---|---|
| Paige Latterner | March 3, 2010 @<br>2:00 PM | Podhurst Orseck, P.A.<br>25 W. Flagler St., Ste. 800<br>Miami, FL 33130 |

**CALL-IN INSTRUCTIONS:**    **DIAL-IN: 888-337-8218**
                                              **PASSCODE:  769758**

upon oral examination before LINDA GOLKOW or any other notary public or officer authorized

by law to take depositions in the State of Florida. The oral examination will continue from day

to day until completed. This deposition is being taken for the purpose of discovery, for use at

trial, or for such other purposes as are permitted under the rules of Court. Pursuant to rules

1.310(b)(5) and 1.350, Florida Rules of Civil Procedure, and the Court's oral ruling announced

on February 5, 2010, Defendant Keys Gate Realty, Inc. shall produce, to Podhurst Orseck, P.A.,

25 W. Flagler St., Suite 800, Miami, FL 33130, the documents and things identified on **Exhibit**

**B** attached hereto *within 15 days of service of this Notice.*

## CERTIFICATE OF SERVICE

          WE HEREBY CERTIFY that a copy of the foregoing was served on **Ervin Gonzalez,**
**Esq., Plaintiffs' Liaison Counsel,** and **Robert Fitzsimmons, Esq., Defendants' Liaison**
**Counsel,** and upon all parties by electronically uploading the same to Lexis Nexis File & Serve,
which will send a notice of electronic filing in accordance with the procedures established in
MDL 2047, and the foregoing was filed with the Miami-Dade Clerk of Court by paper, and
courtesy copy was provided to Judge Joseph P. Farina, on this *22nd* day of February, 2010.

Podhurst Orseck, P.A.                                    Page 2 of 7

25 West Flagler Street, Suite 800, Miami, FL 33130, Miami 305.358.2800  Fax 305.358.2382 • Fort Lauderdale 954.463.4346          www.podhurst.com

HIGER LICHTER & GIVNER, LLP
Bank of America Building
18305 Biscayne Blvd., Suite 402
Aventura, Florida  33160
Tel: (305) 933-9970
Fax: (305) 933-0998
David H. Lichter, Esq
Florida Bar No. 359122
dlichter@hlglawyers.com
J. Joseph Givner, Esq.
Florida Bar No.850705
jgivner@hlglawyers.com

*Counsel for Plaintiffs*

THE BLUMSTEIN LAW FIRM
19495 Biscayne Blvd., Ste. 400
Aventura, Florida  33180
Tel: (305) 356-7547
Fax: (305) 356-7539
Mark Blumstein, Esq.
Florida Bar No. 0090700
Mark@BlumsteinLaw.com

*Counsel for Plaintiffs*

PODHURST ORSECK, P.A.
25 W. Flagler Street, Suite 800
Miami, Florida   33130
Tel:  (305) 358-2800
Fax:  (305) 358-2382

By: _____ FBN 180122
        Victor M. Diaz, Jr., Esq.
        Florida Bar No. 503800

*Counsel for Plaintiffs*

Podhurst Orseck, P.A.          Page 3 of 7

25 West Flagler Street, Suite 800, Miami, FL 33130, Miami 305.358.2800 Fax 305.358.2382 • Fort Lauderdale 954.463.4346          www.podhurst.com

## EXHIBIT A – MATTERS ON WHICH EXAMINATION IS REQUESTED

1.     All matters raised by any pleading filed by any party in this action.

2.     All matters raised in the affidavit of Paige Latterner, which was filed as an exhibit to Keys Gate Realty's motion for summary judgment.

3.     All matters raised by Keys Gate Realty's motion for summary judgment filed in this action.

4.     The relationship between Keys Gate Realty, Inc. and South Kendall Construction Corp.

5.     The relationship between Keys Gate Realty, Inc. and Palm Isles Holdings, LLC.

6.     The relationship between Palm Isles Holdings, LLC and South Kendall Construction Corp.

7.     The relationship, title, position, or authority of Paige Latterner as relates to Keys Gate Realty, Inc.; Palm Isles Holdings, LLC; and South Kendall Construction, Corp.

8.     The positions and authorities of all other officers and directors of Keys Gate Realty, Inc.; Palm Isles Holdings, LLC; and South Kendall Construction Corp.

9.     Any marketing materials, advertising materials, brochures, flyers, pamphlets, promotions, documents, and papers of any kind that were provided by Keys Gate Realty, Inc.; Palm Isles Holdings, LLC; or South Kendall Construction Corp. to buyers and potential buyers of properties in the Palm Isles, Augusta Greens and/or Arbor Park communities.

10.    Any marketing materials, advertising materials, brochures, flyers, pamphlets, promotions, documents, and papers of any kind that were provided by Keys Gate Realty, Inc.; Palm Isles Holdings, LLC; or South Kendall Construction Corp. to Jason and Melissa Harrell.

11.    Any contracts, agreements, memoranda of understanding or other communications or documentation of any agreements, arrangements, or understandings related to the sale of homes in the Palm Isles, Augusta Greens and/or Arbor Park communities between:

   a.  Keys Gate Realty, Inc. and Palm Isles Holdings, LLC;

   b.  Keys Gate Realty, Inc. and South Kendall Construction Corp; or

   c.  Palm Isles Holdings, LLC and South Kendall Construction Corp.

12.    Any correspondence, letters, e-mails, papers, memos, or other communications related to the sale of homes in the Palm Isles, Augusta Greens and/or Arbor Park communities between:

   a.  Keys Gate Realty, Inc. and Palm Isles Holdings, LLC;

Podhurst Orseck, P.A.                                    Page 4 of 7

25 West Flagler Street, Suite 800, Miami, FL 33130, Miami 305.358.2800  Fax 305.358.2382  •  Fort Lauderdale 954.463.4346          www.podhurst.com

    b. Keys Gate Realty, Inc. and South Kendall Construction Corp; or

    c. Palm Isles Holdings, LLC and South Kendall Construction Corp.

13. Any contracts for the purchase of homes in the Palm Isles, Augusta Greens and/or Arbor Park communities from 2004 – 2008.

14. The corporate books and records of Keys Gate Realty, Inc.

15. The identification of all records custodians of Keys Gate Realty, Inc.

16. The Agreement for Purchase and Sale formed between Jason and Melissa Harrell and Keys Gate Realty, Inc. and/or South Kendall Construction Corp. and/or Palm Isles Holdings, LLC concerning the property located at 1926 SE 23rd Court, Homestead, FL 33035 that is at issue in this action, including all matters concerning any and all communications between the Harrells or their agents and Keys Gate Realty, Inc. concerning the Agreement for Purchase and Sale.

17. The number of homes sold by Keys Gate Realty, Inc. or regarding which Keys Gate Realty, Inc. served as the broker or real estate agent on the deal in the years 2004 - 2008 *other* than new construction homes built by South Kendall Construction Corp. and/or Palm Isles Holdings, LLC.

Podhurst Orseck, P.A.

25 West Flagler Street, Suite 800, Miami, FL 33130, Miami 305.358.2800 Fax 305.358.2382 • Fort Lauderdale 954.463.4346    www.podhurst.com

## EXHIBIT B – DOCUMENTS AND THINGS REQUESTED

1.  All documents and things, regardless of their label, that show the relationship between Keys Gate Realty, Inc. and Palm Isles Holdings, LLC, including but not limited to contracts, agreements, letters, correspondence, emails, and any other business document of any kind or label.

2.  All documents and things, regardless of their label, that show the relationship between Keys Gate Realty, Inc. and South Kendall Construction Corp., including but not limited to contracts, agreements, letters, correspondence, emails, and any other business document of any kind or label.

3.  All documents and things, regardless of their label, that show the relationship between South Kendall Construction Corp. and Palm Isles Holdings, LLC., including but not limited to contracts, agreements, letters, correspondence, emails, and any other business document of any kind or label.

4.  All documents and things, regardless of their label, that show the relationship between and/or professional position of Paige Latterner concerning South Kendall Construction Corp.; Palm Isles Holdings, LLC; and Keys Gate Realty, Inc., including but not limited to employment contracts, agreements, letters, correspondence, emails, and any other business document of any kind or label.

5.  All documents and things relating to the sale of the home to Jason and Melissa Harrell located at 1926 SE 23rd Court, Homestead, FL 33035 that is at issue in this action.

6.  All documents and things showing the number of homes sold by Keys Gate Realty, Inc. in the years 2004 - 2008 *other* than new construction homes built by South Kendall Construction Corp. and/or Palm Isles Holdings, LLC.

7.  All contracts for purchase and sale of homes sold by Keys Gate Realty, Inc. in the years 2004 – 2008.

8.  The Articles of Incorporation of Keys Gate Realty, Inc.

9.  The Bylaws of Keys Gate Realty, Inc.

10. The minutes of any Board of Director meetings of Keys Gate Realty, Inc. from 2004 – 2008.

11. Any correspondence between Keys Gate Realty, Inc. and South Kendall Construction Corp. concerning the sale of homes in the Palm Isles, Augusta Greens and/or Arbor Park communities from 2004 -2008.

12. Any correspondence between Keys Gate Realty, Inc. and Palm Isles Holdings LLC concerning the sale of homes in the Palm Isles, Augusta Greens and/or Arbor Park communities from 2004 -2008.

Podhurst Orseck, P.A.                                    Page 6 of 7

25 West Flagler Street, Suite 800, Miami, FL 33130, Miami 305.358.2800 Fax 305.358.2382 • Fort Lauderdale 954.463.4346          www.podhurst.com

13. Any notices pursuant to Chapter 558, Florida Statutes, received by Keys Gate Realty, Inc. concerning any home built in the Palm Isles, Augusta Greens and/or Arbor Park communities.

14. Any written notice concerning any alleged problem or issue relating to alleged "Chinese drywall" in any home sold by Keys Gate Realty, Inc.; South Kendall Construction Corp.; and/or Palm Isles Holdings, LLC from 2004 – 2008.

15. Any correspondence between Keys Gate Realty, Inc. and homeowners concerning any alleged problems with A/C units, A/C coils, "sulfur" or "burnt matches" or other alleged bad odor, corrosion of metals, wiring or appliances, or defective appliances in homes sold by Keys Gate Realty, Inc.; South Kendall Construction Corp.; and/or Palm Isles Holdings, LLC from 2004 – 2008.

Podhurst Orseck, P.A.                                Page 7 of 7

25 West Flagler Street, Suite 800, Miami, FL 33130, Miami 305.358.2800  Fax 305.358.2382  •  Fort Lauderdale 954.463.4346          www.podhurst.com