Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0040

## AFFIDAVIT OF SERVICE — Corporate

Service of Process on:
--Centerline Port St. Lucie, Ltd., Leopold Korn Leopold &
Snyder, P.A.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _FLORIDA_ ) ss.
County of: _DADE_

**Name of Server:** _Carlos Aguirre_ , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _4th_ day of _February_ , 20 _10_ , at _10:20_ o'clock _A_ M

**Place of Service:** at _20801 Biscayne Blvd. Suite 501_ , in _Aventura, FL 33180_

**Documents Served:** the undersigned served the documents described as:
Summons and Complaint; Exhibits

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Centerline Port St. Lucie, Ltd., Leopold Korn Leopold & Snyder, P.A.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and
title is: _NORMAN Leopold Registered Agent_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _White_ ; Hair Color _White_ ; Facial Hair _NO_
Approx. Age _50_ ; Approx. Height _5'10_ ; Approx. Weight _190_
☐ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury
that the foregoing is true and correct.

Subscribed and sworn to before me this
_5_ day of _February_ , 20 _10_

Signature of Server                    Notary Public                    (Commission Expires)

APS International, Ltd.

Notary Public State of Florida
Michelle Rodriguez-Miro
My Commission DD656870
Expires 02/01/2013