Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0035

## AFFIDAVIT OF SERVICE — Corporate

Service of Process on:
--Centerline Homes, LLC, Leopold Korn Leopold & Snyder, P.A.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **DADE**
Name of Server: **Carlos Aguirre**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **4th** day of **February**, 20 **10**, at **10:20** o'clock **A** M

Place of Service: at **20801 Biscayne Blvd. Suite 501**, in **Aventura, FL 33180**

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Centerline Homes, LLC, Leopold Korn Leopold & Snyder, P.A.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **NORMAN Leopold Registered Agent**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **White**; Facial Hair **NO**
Approx. Age **50**; Approx. Height **5'10**; Approx. Weight **190**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **5** day of **February**, 20**10**

Signature of Server

Notary Public    (Commission Expires)

APS International, Ltd.

Notary Public State of Florida
Michelle Rodriguez-Miro
My Commission DD886879
Expires 02/01/2013