Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0077

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Banner Supply Co., c/o GY Corporate Services, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Dade )

Name of Server: Carlos Aguirre, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 4 day of February, 20 10, at 9:32 o'clock A M

Place of Service: at Two South Biscayne Blvd, Suite 3400, in Miami, FL 33131

Documents Served: the undersigned served the documents described as:
Summons and Complaint; Exhibits

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Banner Supply Co., c/o GY Corporate Services, Inc.

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Mark Scheer President of GY Corporate Services

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M; Skin Color White; Hair Color Brown; Facial Hair NO
Approx. Age 45; Approx. Height 5'7; Approx. Weight 200

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 5 day of February, 20 10

Signature of Server                    Notary Public    (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Michelle Rodriguez-Miro
My Commission DD856879
Expires 02/01/2013