Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0199

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
–CRF Management Co., Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Polk )

**Name of Server:** Andy Burgess, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 4 day of February, 20 10, at 10:50 o'clock A.M

**Place of Service:** at 500 South Florida Ave., Suite 800, in Lakeland, FL 33801

**Documents Served:** the undersigned served the documents described as:
Summons and Complaint; Exhibits

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
CRF Management Co., Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Michael Workman, Attorney

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex Male; Skin Color White; Hair Color Brown; Facial Hair ___
Approx. Age 40's; Approx. Height 5'8"; Approx. Weight 170

✓ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Andy Burgess
Signature of Server

Subscribed and sworn to before me this 5 day of Feb, 20 10

Notary Public    (Commission Expires)

APS International, Ltd.



Notary Public State of Florida
Sheila L Burton
My Commission DD603811
Expires 10/16/2010