Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0321

## AFFIDAVIT OF SERVICE — Corporate

Service of Process on:
--Stock Building Supply, LLC, c/o CT Corporation Systems
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **New Mexico** ) ss.
County of: **Santa Fe** )
Name of Server: **Vern Bowles**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **5** day of **February**, 20 **10**, at **9:20** o'clock **A** M

Place of Service: at  123 East Marcy , in  Santa Fe, NM 87501

Documents Served: the undersigned served the documents described as:
Summons and Complaint; Exhibits

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Stock Building Supply, LLC, c/o CT Corporation Systems**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Leeann Martoney, Agent**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **Cau**; Hair Color **Brn**; Facial Hair **N/A**
Approx. Age **25**; Approx. Height **5'5"**; Approx. Weight **130**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
_____ day of _____, 20 ___

Notary Public         (Commission Expires)


OFFICIAL SEAL
Cynthia M. Bowers
NOTARY PUBLIC-STATE OF NEW MEXICO
2/20/10