Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  101729-0306

# AFFIDAVIT OF SERVICE -- Corporate

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Service of Process on:
--Lowe's Home Centers, Inc., c/o Corporation Service
Company
Court Case No. 09-7628

---

State of: __North Carolina__ ) ss.
County of: __Johnston__ )

**Name of Server:** __Jennifer McKenzie__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __4__ day of __February__, 20 __10__, at __1:10__ o'clock P__ M

**Place of Service:** at __327 Hillsborough Street__, in __Raleigh, NC  27603__

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Lowe's Home Centers, Inc., c/o Corporation Service Company**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Lindsay Clifton, registered agent__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __F__ ; Skin Color __white__ ; Hair Color __brown__ ; Facial Hair __no__
Approx. Age __30__ ; Approx. Height __seated__ ; Approx. Weight __230__

x̶x̶ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this __5th__ day of __February__, 20 __10__

_Jennifer McKenzie_
Signature of Server

_Edwin McCracken__  __10-22-2011__
Notary Public         (Commission Expires)

**APS International, Ltd.**

EDWIN McCRACKEN
NOTARY
Comm. Exp.
12·22·2011
PUBLIC
WAKE COUNTY, N.C.