Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
APS International, Ltd.
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0244

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Global Home Builders, of the Treasure Coast, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Martin )

Name of Server: **Amy M. Kreyling**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 4 day of February, 2010, at 10:45 o'clock A M

Place of Service: at 217 E. Ocean Boulevard, in Stuart, FL 34994

Documents Served: the undersigned served the documents described as:
Summons and Complaint; Exhibits

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Global Home Builders, of the Treasure Coast, Inc.

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Tammy Grass, Receptionist - Substitute R/A in absence of R/A Leif Graz, in accordance to FL Statutes.

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color Brown ; Facial Hair ___
Approx. Age 40 ; Approx. Height 120 lbs ; Approx. Weight 5'6"

X To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Amy M. Kreyling*
Signature of Server

Subscribed and sworn to before me this 4 day of February, 2010

Notary Public    7/14/10
(Commission Expires)

APS International, Ltd.



BRADLEY A. PERRON
MY COMMISSION # DD 789371
EXPIRES: July 14, 2012
Bonded Thru Budget Notary Services