UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| | | SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| SEAN AND BETH PAYTON, et al. v. KNAUF GIPS, DG, et al. Case No. 2:09-md-7628 | * * * * | MAG. JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that subject to all reservations of rights and without waiver of any defenses including but not limited to the right to contest service or jurisdiction, Rodney J. Janis, Esquire, and Michael W. Switzer, Esquire, of Adams, Coogler, Watson, Merkel, Barry & Kellner, P.A., and E. Phelps Gay, Esquire and Kevin R. Tulley, Esquire, of Christovich & Kearney, LLP, enter their appearance on behalf of the Defendant, Swift Supply, Inc., and request that any orders, notices, motions, pleadings, correspondence, etc., be served on the undersigned as counsel of record for Defendant, Swift Supply, Inc.

Adams, Coogler, Watson, Merkel,
Post Office Box 2069
1555 Palm Beach Lakes Blvd., Suite 1600
West Palm Beach, FL 33402-2069
(561) 478-4500

By: /s/Rodney J. Janis
Rodney J. Janis, Esquire
Florida Bar # 647896
E-Mail: rjanis@acwmlaw.com
Michael W. Switzer, Esquire
Florida Bar No. 0728268
E-Mail: mswitzer@acwmlaw.com

Christovich & Kearney, LLP
601 Poydras Street, Suite 2300
New Orleans, LA 70130
Phone (504) 561-5700

E. Phelps Gay, Esquire
Louisiana Bar No. 5992
E-Mail epgay@christovich.com
Kevin R. Tulley, Esquire
Louisiana Bar No. 1627
krtully@christovich.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing document has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of February, 2010.

/s/ Rodney J. Janis