# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION l |
| | Judge Fallon<br>Magistrate Judge Wilkinson |
| This Document Relates to:  Case No. 09-7628 (Payton)<br>_____/ | |

## NOTICE OF APPEARANCE

**NOTICE IS HEREBY GIVEN** of the appearance of Chris S. Coutroulis, D. Matthew Allen, Mark A. Smith and Paul J. Ullom of the firm of Carlton Fields, P.A. for and on behalf of Cardel Master Builder, Inc. d/b/a Cardel Homes and request that copies of all pleadings served in this case be served upon the undersigned in connection with this action.  By filing this notice of appearance, as required by this Court, Cardel Homes does not waive any right it may have to arbitrate the present dispute, nor does it otherwise substantially invoke the litigation process.

Respectfully submitted,

/s/ D. Matthew Allen
Chris S. Coutroulis
Florida Bar No. 300705
D. Matthew Allen
Florida Bar No. 866326
Mark A. Smith
Florida Bar No. 0022033
Paul J. Ullom
Florida Bar No. 776513
CARLTON FIELDS, P.A.
Post Office Box 3239
Tampa, FL  33601
Telephone:    (813) 223-7000
Facsimile:     (813) 229-4133
ccoutroulis@carltonfields.com
mallen@carltonfields.com
msmith@carltonfields.com
pullom@carltonfields.com
*Counsel for Cardel Master Builder, Inc.*
*d/b/a Cardel Homes*

16435507.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis/Nexis File and Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of February, 2010.

                                        /s/ D. Matthew Allen
                                        Attorney

16435507.1