IN THE UNITED STATES DISTRICT COURT
FOR THE EASTER DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL         MDL NO. 2047
       PRODUCTS LIABILITY LITIGATION

SECTION L

Judge Fallon
Magistrate Judge Wilkinson

This Document Relates to::  Case No.09-7628 (Payton)
_____/

## NOTICE OF APPEARANCE

Chris S. Coutrolis, Mark A. Smith, D. Matthew Allen, Paul J. Ullom., and Carlton Fields, P.A. hereby give notice of their appearance as counsel of record for St. Joe Home Building L.P. in this case and respectfully request that copies of all pleadings served in this case be served upon the undersigned in connection with this action.  By filing this notice of appearance, as required by this Court, St. Joe Home Building L.P. does not waive any right it may have to arbitrate the present dispute, nor does it otherwise substantially invoke the litigation process.

      Respectfully submitted,

      /s/ D. Matthew Allen
      Chris S. Coutroulis
      Florida Bar No. 300705
      Mark A. Smith
      Florida Bar No. 0022033
      D. Matthew Allen
      Florida Bar No. 866326
      Paul J. Ullom
      Florida Bar No. 776513
      CARLTON FIELDS
      P.O. Box 3239
      Tampa, Florida 33601-3239
      Telephone:    (813) 223-7000
      Fax:             (813) 229-4133
      ccoutrolis@carltonfields.com
      msmith@carltonfields.com
      mallen@carltonfields.com
      pullom@carltonfields.com
      *Counsel for St. Joe Home Building L.P.*

16434957.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of February 2010.

 /s/ D. Matthew Allen