UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| SEAN AND BETH PAYTON, et al. v. KNAUF GIPS, DG, et al. Case No. 2:09-md-7628 | * * * * | MAG. JUDGE WILKINSON |

## ORDER OF COURT

IT IS HEREBY ORDERED that Defendant, Andrews Hardware Company, Inc., be granted a twenty one (21) day extension of time to file responsive pleadings to Plaintiffs' Class Action Complaint.

DONE AND ORDERED this _____ day of February, 2010 in Chambers in New Orleans, Louisiana.

_____
Eldon E. Fallon
United States District Judge
Eastern District of Louisiana

EXHIBIT A