UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION   L<br><br>JUDGE FALLON |
| **This document relates to:**<br>**Stephen and Isis Silva, et al**<br>**No. 2:09-cv-08034** | MAG. JUDGE WILKINSON |

### LANDMARK AMERICAN INSURANCE COMPANY'S
### MOTION TO DISMISS

Defendant, Landmark American Insurance Company ("Landmark"), respectfully submits this Motion to Dismiss Stephen and Isis Silva's claims pursuant to Federal Rule of Civil Procedure 12(b)(6).  Plaintiffs purport to state a claim against Landmark as one of the liability insurers of Interior Exterior under Louisiana's Direct Action Statute, codified in La. R.S. 22:1269.  This is the only source of their claim against Landmark as Plaintiffs are not insureds under the Landmark policy and, accordingly, they are not in privity of contract with Landmark.  Completely absent from the petition are any substantive allegations against Interior Exterior; rather Plaintiffs' substantive claims against Interior Exterior have been asserted in an entirely distinct and separate lawsuit.  The Louisiana Direct Action Statute only provides a right of action for an injured party against a

1

tortfeasor's insurer when said injured party can allege and prove the insured's liability. Here, because Plaintiffs have failed to allege any negligence on behalf of Interior Exterior, Plaintiffs have failed to state a claim under which relief may be granted. As such, the Court should dismiss Plaintiffs' claims against Landmark pursuant to Federal Rule of Civil Procedure 12(b)(6).

Landmark hereby adopts the statements, arguments and citations to jurisprudence and statutory law contained in the Motion to Dismiss and Memorandum in Support submitted by Defendant, Liberty Mutual (Docket No. 864), as if copied herein *in extenso*.

WHEREFORE, for the foregoing reasons and for the reasons set out in Liberty Mutual's 12(b)(6) Motion, Landmark requests a hearing be set on the same date as that of Liberty Mutual and dismissal of Plaintiffs' lawsuit.

    /s/ James W. Hailey, III
JAMES W. HAILEY, III, T.A. (23111)
WILLIAM C. HARRISON (6616)
WENDEL A. STOUT, III (12511)
JOANNE P. RINARDO (24201)
JIMMY A. CASTEX, JR. (24339)
MELISSA M. SWABACKER (32710)
**DEUTSCH, KERRIGAN & STILES**
755 Magazine Street
New Orleans  LA  70130
Phone:  504-581-5141
Fax:  504-566-1201
jhailey@dkslaw.com
Attorneys for Landmark American Insurance Co.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Dismiss, w/attached Memorandum in Support and Notice of Hearing, have been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of February, 2010.

/s/ James W. Hailey, III
JAMES W. HAILEY, III