UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 |
| | SECTION   L |
| **This Document Relates to:** Stephen and Isis Silva, et al | JUDGE FALLON |
| No. 2:09-cv-08034 | MAG. JUDGE WILKINSON |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that undersigned counsel will bring the attached Landmark American Insurance Company's Motion to Dismiss on for hearing before the Honorable Eldon E. Fallon, on the 10th day of March, 2010, at 9:00 a.m., or as soon thereafter as counsel may be heard.

    /s/ James W. Hailey, III
JAMES W. HAILEY, III, T.A. (23111)
WILLIAM C. HARRISON (6616)
WENDEL A. STOUT, III (12511)
JOANNE P. RINARDO (24201)
JIMMY A. CASTEX, JR. (24339)
MELISSA M. SWABACKER (32710)
**DEUTSCH, KERRIGAN & STILES**
755 Magazine Street
New Orleans  LA  70130
Phone:  504-581-5141
Fax:  504-566-1201
jhailey@dkslaw.com
Attorneys for Landmark American Insurance Co.

1