UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL | : MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : SECTION:  L |
|  | : |
| THIS DOCUMENT RELATES TO: | : JUDGE FALLON |
|  | : |
|  | : MAG. JUDGE WILKINSON |
| Case No. 09-7628 | : |
| Sean Payton, *et al.*  v. Knauf Gips KG, *et al.* | : |
| _____ | : |

**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS,
CRF MANAGEMENT CO., INC. AND LAKE ASHTON
DEVELOPMENT GROUP II, LLC**

COMES NOW, the undersigned law firm of Clark, Campbell, Mawhinney & Lancaster, P.A. and hereby files its Notice of Appearance as counsel on behalf of the following Defendants:  CRF Management Co., Inc. and Lake Ashton Development Group II, LLC.  It is respectfully requested that all future pleadings and correspondence be served upon the undersigned in connection with this action.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and E-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic

filing in accordance with the procedures established in MDL 2047, on this 23rd day of February, 2010.

        Respectfully submitted,

        By: /s/ J. Kemp Brinson
            J. KEMP BRINSON
            Florida Bar No. 0752541
            kbrinson@ccmattorneys.com
            JOSEPH P. MAWHINNEY
            Florida Bar No. 0219932
            jmawhinney@ccmattorneys.com
            RONALD L. CLARK
            Florida Bar No. 0205192
            rclark@ccmattorneys.com
            Clark, Campbell, Mawhinney & Lancaster, P.A.
            500 South Florida Avenue, Suite 800
            Lakeland, Florida 33801
            Phone: (863) 647-5337
            Facsimile: (863) 647-5012

            *Trial Counsel for CRF Management Co., Inc. and Lake Ashton Development Group II, LLC*

J:\CENTURY\Lake Ashton Dev Grp II\Payton v. Knauf\Pleadings\Notice of Appearance.doc