**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: Payton v. Knauf Gips KG, et al., CASE NO.: 2:2009-CV-7628 | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

**MOTION FOR ADDITIONAL TIME TO ANSWER OF USG CORPORATION AND L&W SUPPLY CORPORATION d/b/a/ SEACOAST SUPPLY**

Now come the Defendants USG Corporation and L&W Supply Corporation d/b/a Seacoast Supply (collectively "Defendants") and move the Court, with the consent of the Plaintiffs, for additional time to answer or otherwise respond to this Plaintiffs' Omnibus Class Action Complaint ("Plaintiffs' Complaint"). In support of this Motion, Defendants show the Court the following:

1. Pursuant to Federal Rules of Civil Procedure 15(a), 6(a), and 6(e) and Order of this Court, Defendants must answer or otherwise plead in response to Plaintiffs' Omnibus Class Action Complaint on or before February 23, 2010.

2. Defendants seek a thirty (30) day extension of the time period for Defendants to answer or otherwise respond to Plaintiffs' Complaint.

3. Defendants' counsel has discussed this proposed Motion with Plaintiffs' counsel, who does not oppose the requested extension.

4. This Motion is made in good faith and not for the purpose of unnecessarily delaying this proceeding.

Wherefore, based upon the foregoing, Defendants respectfully move the Court to extend the time by which Defendants must answer or otherwise respond to Plaintiffs' Complaint to and including March 25, 2010.

/s/ W. David Conner
W. David Conner (SC Bar # 66358; Fed. # 5986)
Moffatt G. McDonald (SC Bar # 3784; Fed. # 2805)
Charles Sprinkle (SC Bar # 70630; Fed. # 9712)
Christopher B. Major (SC Bar # 72872; Fed. # 9382)
P.O. Box 2048
Greenville, SC 29602
(864) 240-3226
(864) 240-3300 (fax)
dconner@hsblawfirm.com
mgmcdonald@hsblawfirm.com
csprinkle@hsblawfirm.com
cmajor@hsblawfirm.com

Robert E. Kerrigan, Jr.
DEUTSCH KERRIGAN & STILES
755 Magazine Street
New Orleans, LA 70131
Tel: (504) 593-0619
Fax: (504) 566-1201
rkerrigan@dkslaw.com

Attorneys for Defendant L&W SUPPLY CORPORATION

February 23, 2010

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **MOTION FOR ADDITIONAL TIME TO ANSWER OF USG CORPORATION AND L&W SUPPLY CORPORATION d/b/a/ SEACOAST SUPPLY** has been served on Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at Kmiller@frilot.com, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of February, 2010.

                                                                 /s/   W. David Conner_____