# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED ) <br> DRYWALL PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> Payton v. Knauf Gips KG, et al., ) <br> CASE NO.: 2:2009-CV-7628 ) <br> ) | MDL NO. 2047 <br><br> SECTION: L <br><br> JUDGE FALLON <br><br> MAG. JUDGE WILKINSON |

## ORDER

**CONSIDERING** the Ex Parte Consent Motion for Extension of Time filed by Defendants USG Corporation and L&W Supply Corporation d/b/a Seacoast Supply.

**IT IS HEREBY ORDERED** that the motion is GRANTED and that the deadline to file a response to the Omnibus Class Action Complaint in this case is extended through and including March 25, 2010.

New Orleans, Louisiana, this ___ day of February, 2010

_____
U.S. District Judge

1