MINUTE ENTRY
FALLON, J.
FEBRUARY 22, 2010

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED     MDL NO. 2047
       DRYWALL PRODUCTS
       LIABILITY LITIGATION     SECTION: L
                                                              JUDGE FALLON

THIS DOCUMENT RELATES TO
09-6687 Germano, et al v. Taishan Gypsum Co., et al

BEFORE JUDGE ELDON E. FALLON     MONDAY, FEBRUARY 22, 2010, 9:00 AM
Case Manager: Gaylyn Lambert                     (continued from 2-19-10)
Court Reporter: Karen Ibos/Toni Tusa
Appearances: Chris Seeger, Esq., Richard Serpe, Esq., Gerald Meunier, Esq., Russ Herman, Esq.,
                Dan Bryson, Esq., Michael Ecuyer, Esq., Richard Lewis, Esq. For PSC.

---

Evidentiary Hearing on Confirmation of the Default against Taishan Gypsum Co., Ltd.:
Plaintiffs' Witnesses:
Vanessa Michaux - sworn
Dr. Lori Streit - by video deposition - accepted as expert.. Transcript filed into the record.
Elizabeth Heischober - sworn
Dr. Jonathan Barnett, Ph.D. - by deposition - accepted as expert. (not read) Transcript filed.
Dean A. Rutila - sworn - accepted as expert.
Jerry Baldwin - sworn
Sandy Sharp - by video deposition. Transcript filed into the record.
Joseph Leach - sworn
Lisa Orlando - sworn
Ronald E. Wright - sworn - accepted as expert.

Plaintiffs file into the record the following depositions:
J. C. Tuthill CPA, Edward G. Lyon, Jack Caravanos, PhD,
Jonathan R. Barnett, PhD, Kenneth M. Acks, Lori A. Streit, PhD,
Samuel G. Porter - 2 volumes, Wm. "Sandy" Sharp, PhD

Plaintiffs' Proposed Findings of Fact and Conclusions of Law shall be submitted on Friday, February 26, 2010.

This matter is hereby TAKEN UNDER SUBMISSION.

JS10: 6:12