Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0307

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--JP Drywall, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **North Carolina** ) ss.
County of: **Johnston** )

**Name of Server:** **Jennifer McKenzie**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **4** day of **February**, 20 **10**, at **1:49** o'clock **P** M

**Place of Service:** at **100 Wood Rose Lane**, in **Wake Forest, NC 27587**

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**JP Drywall, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Guadalupe Rodriguez, owner**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F**; Skin Color **tan**; Hair Color **black**; Facial Hair **no**
Approx. Age **35**; Approx. Height **5'4"**; Approx. Weight **115**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this **5** day of **February**, 20 **10**

Notary Public   (Commission Expires) 10-22-2011