Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0299

## AFFIDAVIT OF SERVICE – Corporate

Service of Process on:
--Venture Supply Company
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Virginia__ ) ss.
~~County of~~ __City of Norfolk__ )

Name of Server: __Brian Nash__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __5__ day of __February__, 20__10__, at __10:43__ o'clock __A__ M

Place of Service: at Convergence Center IV
301 Bendix' Road, Ste. 500, in Virginia Beach, VA 23452

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Venture Supply Company**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __Richard E. Biemiller – Registered Agent__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __white__ ; Hair Color __brown__ ; Facial Hair __no__
Approx. Age __40__ ; Approx. Height __5'9"__ ; Approx. Weight __170__

[ ] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this __8__ day of __February__, 20__10__

__Mistie Wood__ 12-31-2010
Notary Public        (Commission Expires)

APS International, Ltd.

MISTIE WOOD
Notary Public
Commonwealth of Virginia
7035886
My Commission Expires Dec 31, 2010

Civil Action No. 09-7628

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Venture Supply Company__
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Richard E. Biemiller RA__, who is designated by law to accept service of process on behalf of *(name of organization)*
__Venture Supply Company__ on *(date)* __2-5-2010__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: __2-5-2010__

*Server's signature*

Brian Nath - Special Process Server
*Printed name and title*

APS International Inc.
7800 Glenroy Road
Minneapolis, MN 55439
*Server's address*

Additional information regarding attempted service, etc: