Streit%20duration%20list%20version%203[1]

Group: Multi-clips
ID:          Streit
Description:

Group: Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010     LS-1018
Description:     Page 10:18-10:22

    10:18           Q.    Dr. Streit, this portion of
    10:19      your testimony is going to be used by
    10:20      Judge Fallon in the hearing that we're going
    10:21      to be starting on Friday, just so you know,
    10:22      okay?


Group: Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010     LS-1105
Description:     Page 11:5-12:12

    11: 5      you have.  Talk to us about your educational
    11: 6      background.
    11: 7           A.    I have a Bachelor of Science
    11: 8      degree in chemistry from Trenton State
    11: 9      college, which is now the College of
    11:10      New Jersey; and then I went to Arizona State
    11:11      University in Tempe, Arizona and worked
    11:12      straight through, skipping my master's to get
    11:13      my Ph.D. in four years.
    11:14           Q.    Okay.
    11:15           A.    My Ph.D. is in analytical
    11:16      chemistry, materials analysis.
    11:17           Q.    And when did you get your
    11:18      Ph.D.?
    11:19           A.    1987.
    11:20           Q.    Okay.  In the earlier part of
    11:21      your discovery deposition, I heard you use
    11:22      the term "forensic chemist."  Is that
    11:23      something that you'd go by?
    11:24           A.    People in my field consider
    11:
    12: 1      themselves to be forensic scientists or a
    12: 2      forensic investigator, using the term
    12: 3      "forensic" not in the sense of that you would
    12: 4      see on, you know, the TV shows where you're
    12: 5      looking at blood and hair and fingerprints
    12: 6      and all those nasty things.
    12: 7           Q.    Like on CSI?
    12: 8           A.    Yeah.  We use it as a generic
    12: 9      term which involves doing an investigation,
    12:10      potentially on site and then back in the
    12:11      laboratory, and you're trying to solve a
    12:12      problem, hence the term "forensics."


Group: Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010     LS-1306
Description:     Page 13:6-13:16

    13: 6           Q.    Okay.  And let's talk about
    13: 7      your full-time analytical job.  Who are you
    13: 8      employed by?
    13: 9           A.    Currently, I am employed by
    13:10      Unified Engineering, and that is a scientific
    13:11      and engineering consulting firm located in
    13:12      Aurora, Illinois.

```
                    Streit%20duration%20list%20version%203[1]
13:13               Q.     Okay.  Are you a principal of
13:14    that company?
13:15               A.     I am.  I am currently president
13:16    of that company.
```

Group:  Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010   LS-1324
Description:    Page 13:24-14:17

```
13:24    professional time.  Do you do work on behalf
13:
14: 1    of companies?  Do you do investigative work?
14: 2               A.     I do.  I would say probably 50
14: 3    to 60% of what I do is what I would call
14: 4    industrial consulting, meaning that companies
14: 5    come to me, homeowners come to me, government
14: 6    agencies, insurance companies, and they have
14: 7    a specific problem which has some chemistry
14: 8    or materials analysis aspect to it that
14: 9    they're asking me to help them with.
14:10               Q.     Okay.  And what are the names
14:11    of some of the companies you've been retained
14:12    by to give opinions in chemistry?
14:13               A.     You know, I work for a wide
14:14    gamut.  It could be like, for example, I do a
14:15    lot of work for First Alert that makes smoke
14:16    alarms.  Along those lines, I do work for
14:17    Kidde.  I do work for Coleman.
```

Group:  Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010   LS-1505
Description:    Page 15:5-17:2

```
15: 5               Anyway, companies I've worked
15: 6    for, you know, again, First Alert, Sunbeam,
15: 7    Coleman.  I do a lot of work for automotive
15: 8    manufacturers, people that make automotive
15: 9    contacts and airbags, things of that nature.
15:10               I mean, it can be small
15:11    companies.  It can be large companies.  It
15:12    can be local companies.  It can be nationally
15:13    known companies.
15:14               Q.     In the course of your
15:15    engagement by some of these companies, have
15:16    you been asked to look at corrosion-type
15:17    issues?
15:18               A.     Very often I look at
15:19    corrosion-type issues, yes.
15:20               Q.     And talk to us about some of
15:21    the engagements you've had with regard to --
15:22    outside of this litigation, by doing forensic
15:23    chemistry with regard to corrosion issues.
15:24               A.     I can think of examples where
15:
16: 1    I'm looking at the smallest of components on
16: 2    a circuit board, could be wires on a circuit
16: 3    board, capacitors, could be contacts, and
16: 4    going through corrosion on metal components
16: 5    as a result of a fire, and then, you know,
16: 6    all the way up to building supports, cranes,
16: 7    pieces of cars, frames, things of that
16: 8    nature.
16: 9               Q.     Would some of your work be --
```

```
            Streit%20duration%20list%20version%203[1]
16:10    would it be involved in looking at doing like
16:11    a failure analysis?
16:12            A.      I do failure analysis in the
16:13    sense that, yes, I look at the corrosion
16:14    deposits.  I try to identify, sometimes, what
16:15    the corrosion deposits are, as far as what
16:16    the phases are, what's the impurities that
16:17    are in the corrosion.
16:18            I'm often called on to prepare
16:19    metallurgical samples, and so I'll do
16:20    cross-sections through the corrosion to see
16:21    whether the plating is still there to protect
16:22    it, how large the pits are, you know, whether
16:23    the corrosion goes actually all the way
16:24    through the metal, so you have a complete
16:
17: 1    failure penetration.  Could be a weld.  It
17: 2    could be a fracture.
```

Group: Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010      LS-1706
Description:    Page 17:6-17:23

```
17: 6            Q.      And what type of -- in the
17: 7    course of doing that type of work, that
17: 8    forensic chemistry looking at corrosion, what
17: 9    type of tests would you do, would you employ?
17:10            A.      For me, I typically start, and
17:11    most of what I do within my laboratory, would
17:12    be using optical microscopes of different
17:13    types to look at samples at various
17:14    magnifications.
17:15            And then to do elemental
17:16    analysis and higher-magnification work, I
17:17    have a scanning electron microscope, which
17:18    allows me to do a more in-depth study.
17:19            And then I have a network of
17:20    colleagues that I work with and laboratories
17:21    that I work with, and we work back and forth,
17:22    so that none of us has an over -- a financial
17:23    burden due to acquisition of equipment.  So
```

Group: Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010      LS-1803
Description:    Page 18:3-20:12

```
18: 3            So I use a variety of
18: 4    analytical techniques, and it really depends
18: 5    on what you're looking at.  If you're looking
18: 6    at organic materials, you'll choose an
18: 7    infrared technique, FTIR.  If you're looking
18: 8    at inorganics, you'll choose SEM with an EDS
18: 9    detector.
18:10            If you're looking at gases, you
18:11    do gas chromatography.  If you're looking at
18:12    liquids, you do liquid chromatography and so
18:13    on.  pH testing.
18:14            And then there are specialized
18:15    tests that sometimes I'll recommend that I
18:16    don't necessarily do on a daily basis, but
18:17    they're part of my training and education and
18:18    experience, and so I pick those because I
18:19    think they are the best tests used for that
```

Streit%20duration%20list%20version%203[1]

| | |
|---|---|
| 18:20 | particular purpose. |
| 18:21 | Q.      One of the tests that you |
| 18:22 | mentioned was SEM.  Just for the judge's |
| 18:23 | convenience, what is an SEM? |
| 18:24 | A.      An SEM is an abbreviation for a |
| 18: | |
| 19: 1 | scanning electron microscope, and that is |
| 19: 2 | something actually often used in the court |
| 19: 3 | system as a way to look at metals and |
| 19: 4 | inclusions and particles and to get an |
| 19: 5 | elemental analysis of what you're doing. |
| 19: 6 | It's essentially a larger piece |
| 19: 7 | of equipment where you place the sample in a |
| 19: 8 | chamber and you pull down a vacuum on it and |
| 19: 9 | then you hit the sample with an electron beam |
| 19:10 | and you look at the energy of what's coming |
| 19:11 | off the sample. |
| 19:12 | So each energy represents a |
| 19:13 | specific element, and you'll get a spectrum |
| 19:14 | where you can say, "Okay, this sample |
| 19:15 | contains sulfur, calcium, oxygen," which |
| 19:16 | would be consistent with gypsum, or it has a |
| 19:17 | strontium particle or an elemental sulfur |
| 19:18 | particle, based on the analysis that you do. |
| 19:19 | Q.      Okay.  And is that -- the SEM, |
| 19:20 | is that the type of testing that you did in |
| 19:21 | this litigation in the course of rendering |
| 19:22 | your opinions? |
| 19:23 | A.      It was one of the tests that I |
| 19:24 | did, yes. |
| 19: | |
| 20: 1 | Q.      And just talk to us about some |
| 20: 2 | of the other tests you did in this |
| 20: 3 | litigation. |
| 20: 4 | A.      There's a -- the optical |
| 20: 5 | microscopy test that I had talked about where |
| 20: 6 | you're using a light microscope, different |
| 20: 7 | types of light microscopes, depending on what |
| 20: 8 | you're doing, to get an assessment of what's |
| 20: 9 | in the sample. |
| 20:10 | In this case, I was looking for |
| 20:11 | elemental sulfur particles, so they have a |
| 20:12 | certain characteristic that you look for. |

Group: Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010      LS-2019
Description:    Page 20:19-22:3

| | |
|---|---|
| 20:19 | Q.      And is that a method that you |
| 20:20 | would employ whether you were hired by an |
| 20:21 | insurance company to look at an issue for |
| 20:22 | them as -- you know, is it a new type of |
| 20:23 | test, or is it something you always do? |
| 20:24 | A.      No, who employs me has no |
| 20: | |
| 21: 1 | impact, as far as I'm concerned, on what |
| 21: 2 | tests I choose.  I choose the tests that I |
| 21: 3 | think are appropriate to solve the problem. |
| 21: 4 | Q.      Have you been -- prior to your |
| 21: 5 | work here with regard to Chinese drywall, had |
| 21: 6 | you been engaged by any companies to look at |
| 21: 7 | any type of drywall issues? |
| 21: 8 | A.      Yes, I have in the past. |

Streit%20duration%20list%20version%203[1]

```
21: 9              Q.      Can you tell us a little bit
21:10    about that?
21:11              A.      The -- I have done work for
21:12    drywall companies, but actually, I've done
21:13    more work for another engineering firm which
21:14    goes by the name of Packer Engineering, which
21:15    is a place that I was formerly employed.
21:16              And they came to me and said,
21:17    "We're having some analytical needs that we
21:18    think you have better expertise to take care
21:19    of, and so we would like you to help us with
21:20    this project," and most of it was on domestic
21:21    drywall.
21:22              Q.      Okay.  And how long have you
21:23    been doing this for, you know, acting as a
21:24    forensic chemist?
21:
22: 1              A.      Since 1987.
22: 2              Q.      Okay.
22: 3              A.      So 23 years, I guess.
```

Group:  Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010      LS-2206
Description:     Page 22:6-23:14

```
22: 6                      Before you were retained by the
22: 7    plaintiffs' committee in this litigation, had
22: 8    you had any experience with Chinese drywall?
22: 9              A.      My experience with Chinese
22:10    drywall and this particular issue of the
22:11    odors and corrosive questions actually
22:12    started with a contact from David Krause from
22:13    the Florida Department of Health.
22:14              David and I have worked
22:15    together in the past on, actually, many
22:16    analytical projects; and, in fact, I met
22:17    David and was working with him while he was
22:18    still doing his thesis and was somewhat of a
22:19    mentor figure for him, to guide him through
22:20    his thesis work.  And then it's just kind of,
22:21    you know, progressed from there.  It's a
22:22    back-and-forth colleague relationship.
22:23              Q.      So David Krause from the
22:24    Florida Department of Health called you about
22:
23: 1    Chinese drywall.  Tell us what he called you
23: 2    for.
23: 3              A.      He called and he said, "Explain
23: 4    to me" -- the Florida homeowners were
23: 5    experiencing odors coming out of their home
23: 6    and that they suspected that the drywall was
23: 7    potentially a source, and that they were also
23: 8    experiencing corrosion issues, and he knows
23: 9    that I've done work on corrosion.
23:10              And so he said, "Can I send you
23:11    some samples?  I'd like you to take a look at
23:12    them and see if you can see what you see.
23:13    What are the major differences that are
23:14    jumping out at you?"
```

Group:  Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010      LS-2419
Description:     Page 24:19-25:1

Streit%20duration%20list%20version%203[1]

```
24:19        A.    He sent me four samples.  One
24:20   of them was marked -- although he has his own
24:21   identifications, one of them had a Knauf
24:22   marking; one of them said, "Made in China";
24:23   one of them was unmarked; and then one of
24:24   them, I believe, was Grid Marks, which is a
24:
25: 1   National Gypsum product.
```

Group: Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010     LS-2519
Description:     Page 25:19-28:7

```
25:19        Q.    All right.  Dr. Streit, what
25:20   I'm going to mark and show you -- for the
25:21   record, what I've just marked as Streit
25:22   Exhibit 1, could you please describe what
25:23   that is?
25:24        A.    This is a -- this is a copy of
25:
26: 1   the report that I issued to Dr. David Krause
26: 2   of the Florida Department of Health, dated
26: 3   March 17th, 2009.
26: 4        Q.    Okay.  And what does -- what do
26: 5   you have in that report?  What does it show?
26: 6   Does it show testing that you did on behalf
26: 7   of the Florida Department of Health?
26: 8        A.    Yes.  This is a report on the
26: 9   initial study of the four samples that David
26:10   sent to me and asked me to characterize.
26:11        Q.    Okay.  And tell us what you
26:12   found.
26:13        A.    Basically, what we were finding
26:14   that stood out in this report -- and I should
26:15   go back.  I'm sorry.
26:16        In addition, he did send me a
26:17   piece of copper tubing that had blackened on
26:18   the surface.
26:19        Q.    Okay.
26:20        A.    So we can start with that.  We
26:21   took a sample of that off with what's called
26:22   a tungsten needle.  It's a very fine point,
26:23   so you can scrape material off.  And we did
26:24   an SEM/EDS of that material and determined
26:
27: 1   that that was rich in sulfur and in copper --
27: 2        Q.    Okay.
27: 3        A.    -- with a just a trace of
27: 4   oxygen.  And so it was pretty clear at that
27: 5   point that because of the lack of oxygen, it
27: 6   would be a sulfide, and it's also black, as
27: 7   opposed to green.
27: 8        But just to confirm, we sent it
27: 9   for XRD, which is an x-ray diffraction
27:10   technique, and that technique is designed to
27:11   give you the actual chemical composition; in
27:12   other words, that it's a sulfide or a sulfate
27:13   or whatever it happens to be, so --
27:14        Q.    And XRD, is that a type of test
27:15   that chemists regularly employ to --
27:16        A.    For that type of purpose, yes.
27:17        Q.    Okay.
```

Page 6

Streit%20duration%20list%20version%203[1]

```
27:18          A.     So it's confirmatory of what we
27:19     actually saw by SEM.
27:20          Q.     Okay.
27:21          A.     Then we went on, and with
27:22     respect to the drywall, we did determine that
27:23     as a result of the testing, we were seeing
27:24     differences in the domestic product, which
27:
28: 1     was the Grid Marks product, versus the
28: 2     Chinese product.
28: 3               We saw strontium inclusions,
28: 4     which are particles that were in the gypsum
28: 5     of the Chinese products, as opposed to the
28: 6     American products or domestically produced
28: 7     products.
```

Group: Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010     LS-2814
Description:     Page 28:14-29:17

```
28:14               But it was clear that there was
28:15     a difference in strontium; and actually
28:16     subsequently to that, we did ICP and
28:17     confirmed that the strontium levels were
28:18     higher in the Chinese-made product as opposed
28:19     to the domestic product.
28:20          Q.     Okay.  Now, you used the term
28:21     "ICP."  Again, just for Judge Fallon's
28:22     benefit, what does that mean?
28:23          A.     "ICP" stands for inductively
28:24     coupled plasma.  And it's just a fancy term
28:
29: 1     for heating the sample up in a plasma
29: 2     environment and then it emits a signal, which
29: 3     you then detect using a mass spectrometer;
29: 4     and each element has a distinct weight, so
29: 5     it's separated by its mass.
29: 6          Q.     And this test, is this a test
29: 7     that's generally accepted by chemists to be
29: 8     used for that type of purpose?
29: 9          A.     Yes, it's used for the purpose
29:10     of looking at trace elements, specifically
29:11     metals --
29:12          Q.     Okay.
29:13          A.     -- and various substrates.
29:14          Q.     Now, Dr. Krause, at some point,
29:15     had published a poster at a conference.  Are
29:16     you aware of that?
29:17          A.     Yes, he did.
```

Group: Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010     LS-2924
Description:     Page 29:24-30:10

```
29:24          A.     The poster that I believe
29:
30: 1     you're referring to was presented at a
30: 2     technical conference that occurred in
30: 3     November in Tampa, Florida, where scientists
30: 4     were invited to submit an abstract with
30: 5     regard to their work on the Chinese
30: 6     problematic drywall situation; and a panel
30: 7     from the university of Florida then reviewed
```

```
                    Streit%20duration%20list%20version%203[1]
        30: 8       all of the abstracts and selected the ones
        30: 9       that they thought were appropriate to be
        30:10       presented at the conference.
```

Group: Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010      LS-3014
Description:     Page 30:14-31:5

```
        30:14                 So the posters and
        30:15       presentations that were presented at the
        30:16       conference, were they reviewed -- they were
        30:17       independently reviewed, you're saying?
        30:18       A.        They were independently
        30:19       reviewed by the University of Florida,
        30:20       members of the staff, so professors at the
        30:21       University of Florida.
        30:22       Q.        Would people in your field
        30:23       consider that a peer-review process?
        30:24       A.        To some extent, yes.  I mean,
        30:
        31: 1       they are our peers, obviously.  And there was
        31: 2       a review process that went on, and there were
        31: 3       some -- my understanding from talking with
        31: 4       David is some of them were rejected, and then
        31: 5       others were accepted and allowed to present.
```

Group: Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010      LS-3122
Description:     Page 31:22-32:18

```
        31:22       Q.        All right.  Dr. Streit, let me
        31:23       show you what I've marked as Exhibit 2,
        31:24       Streit Exhibit 2.  And for the record, I just
        31:
        32: 1       have to put the exhibit number, the actual
        32: 2       trial exhibit number.  It's P2.0099.
        32: 3                 And can you identify for
        32: 4       Judge Fallon what this is that we've just
        32: 5       marked as Exhibit 2?
        32: 6       A.        In my understanding of what
        32: 7       this is, is this is David Krause's
        32: 8       presentation, poster presentation, at that
        32: 9       conference.  And what he had done was he sent
        32:10       samples to three different laboratories, one
        32:11       of which was our laboratory, Unified
        32:12       Engineering, and he asked for a
        32:13       characterization of the drywall.
        32:14                 And he was comparing the
        32:15       various methods to see whether everyone that
        32:16       looked at it came up with the identifications
        32:17       that were consistent, whether it was domestic
        32:18       or whether it was a Chinese-made product.
```

Group: Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010      LS-3320
Description:     Page 33:20-33:24

```
        33:20       Q.        And, Dr. Streit, do you see the
        33:21       name of your company listed anywhere on this
        33:22       poster?
        33:23       A.        In "Participating
        33:24       Laboratories," we're listed as Laboratory C.
```

Streit%20duration%20list%20version%203[1]

Group: Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010          LS-3411
Description:      Page 34:11-35:3

    34:11              Q.      Okay.  And have you reviewed
    34:12    any of the presentations, other than
    34:13    Dr. Krause's, that were made at the Tampa
    34:14    conference?
    34:15              By the way, just for the
    34:16    record, when was that conference?  I don't
    34:17    know if you said the date.
    34:18    A.       It was in November of last
    34:19    year.
    34:20    Q.       Of 2009?
    34:21    A.       2009.
    34:22    Q.       Okay.  And had you reviewed any
    34:23    of the other presentations that were made at
    34:24    that conference?
    34:
    35: 1    A.       I have.
    35: 2              MR. SEEGER:  Okay.  I'll just
    35: 3    mark a few.


Group: Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010          LS-3512
Description:      Page 35:12-35:20

    35:12              Q.      All right.  Let me start
    35:13    handing these to you.
    35:14              Dr. Streit, what we've marked
    35:15    as Exhibit 3 is a presentation done by a
    35:16    Thomas Gauthier, Ph.D., and the title is
    35:17    "Proposed Mechanism for the Release of
    35:18    Reduced Sulfur Compounds from Corrosive
    35:19    Imported Drywall."  Also, for the record, its
    35:20    trial exhibit number is P2.0093-0001.


Group: Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010          LS-3613
Description:      Page 36:13-36:18

    36:13              Q.      And let me also -- what I'm
    36:14    handing to you, which has been marked as
    36:15    Streit Exhibit 4, is a presentation by Robert
    36:16    DeMott, who's a PhD, "Corrosive Imported
    36:17    wallboard, Investigating Emissions."  I'll
    36:18    hand that to you.


Group: Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010          LS-3702
Description:      Page 37:2-37:6

    37: 2              Q.      Streit Exhibit 5, and the trial
    37: 3    exhibit number is P2.0091-0001, is a
    37: 4    presentation by Tony Worthan, MPH, "Chemical
    37: 5    Emissions Including Sulfur Compounds from
    37: 6    Chinese Produced Drywall."


Group: Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010          LS-3715
Description:      Page 37:15-38:9

    37:15              Q.      And then Exhibit 6, Streit
                              Page 9

```
                Streit%20duration%20list%20version%203[1]
37:16   Exhibit 6, which is trial-stamped
37:17   P2.0151-0001, is Michael Tuday and others
37:18   from Columbia Analytical Services.  The title
37:19   is "Measurement of Corrosive, Odorous and
37:20   Potentially Harmful Gases from Imported and
37:21   Domestic wallboard."
37:22               All right.  Do you have all
37:23   four of those?
37:24       A.      I do.
37:
38: 1       Q.      Let me just start by asking
38: 2   you, Dr. Streit: Have you seen these
38: 3   presentations?
38: 4       A.      I have reviewed all of these
38: 5   presentations.
38: 6       Q.      And are these materials that
38: 7   you've relied upon in giving opinions in this
38: 8   case?
38: 9       A.      They are.
```

Group: Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010      LS-3813
Description:    Page 38:13-38:24

```
38:13               Let me ask you this with regard
38:14   to your experience with Chinese drywall:  How
38:15   many samples of drywall, Chinese drywall and
38:16   other drywall, in the context of looking at
38:17   problems of Chinese drywall, have you looked
38:18   at since you've been introduced to this by
38:19   Dr. Krause?
38:20       A.      Probably five to 600 total.
38:21       Q.      Okay.  And out of the five to
38:22   600, do you have any idea of how many of
38:23   those were identified as Chinese drywall
38:24   versus domestic drywall?
```

Group: Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010      LS-3903
Description:    Page 39:3-39:20

```
39: 3       A.      I'd have to go through the
39: 4   list, but I did provide a table; and if I
39: 5   knew what the source was, I listed that in
39: 6   the table.  So without sitting here and
39: 7   counting them up, I really am not sure, but
39: 8   my estimate would be probably 50 to 70 or so.
39: 9   BY MR. SEEGER:
39:10       Q.      Okay.  And these samples have
39:11   been sent to you from various sources; is
39:12   that fair to say?
39:13       A.      I have received homeowners --
39:14   samples from homeowners, samples from other
39:15   industrial hygienists, samples from
39:16   remediation companies, samples from various
39:17   attorneys, from various government agencies.
39:18   Basically, I think I've gotten samples from
39:19   every aspect of people who would be exposed
39:20   to this problem.
```

Group: Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010      LS-4109
Description:    Page 41:9-41:19

Streit%20duration%20list%20version%203[1]

```
41: 9          Q.     Now, tell us -- before we move
41:10   into the specific opinions in this case, tell
41:11   us what the results of your testing for the
41:12   Florida Department of Health resulted in.
41:13   What did it show you?  What did you see?
41:14          A.     I'm seeing differences that I
41:15   thought were real and should be explored
41:16   further.
41:17          Q.     Differences, you mean, between
41:18   the Chinese drywall --
41:19          A.     And the domestic product.
```

Group:  Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010     LS-4122
Description:    Page 41:22-42:16

```
41:22          A.     And so at that point, I wound
41:23   up getting in a discussion and conversation
41:24   with the EPA, the CPSC, the Department of
41:
42: 1   Florida.  There were representatives from the
42: 2   drywall manufacturers also on the conference
42: 3   call, and we had a one-and-a-half-to-two-hour
42: 4   conference call about the findings.  And
42: 5   where do you go from there, you know?
42: 6          Q.     Did you present your findings
42: 7   on that conference call?
42: 8          A.     I did talk to them about --
42: 9   they were all familiar with it because they'd
42:10   already read the report.  They had specific
42:11   questions, which I answered for them.
42:12          And then we started to talk
42:13   about, you know, what direction should we go
42:14   in?  They were asking questions about further
42:15   testing, and so I gave them ideas on, you
42:16   know, where -- what I thought they should do.
```

Group:  Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010     LS-4223
Description:    Page 42:23-44:5

```
42:23          Q.     Have you been involved in any
42:24   testing that's been used by the CPSC?
42:
43: 1          A.     Yeah, there's -- some of the
43: 2   testing that I have done, which was actually
43: 3   done, commissioned by the CPSC, but they
43: 4   hired a facilitator, if you will; and they
43: 5   said, "Okay, you know, we want you to
43: 6   coordinate all the testing from different
43: 7   laboratories," and so I was sent samples, and
43: 8   sent results back.
43: 9          Q.     Dr. Streit, let me ask you
43:10   this:  So before anybody in this case had
43:11   sent you any samples related to the Germano
43:12   homes that we're going to be talking about,
43:13   what conclusions had you reached about
43:14   Chinese drywall in connection with the work
43:15   you were doing for the Florida Department of
43:16   Health and the CPSC, in your own testing?
43:17          A.     From my testing, I was seeing
43:18   sulfur gas emissions, meaning that I was
```

Streit%20duration%20list%20version%203[1]

| | |
|---|---|
| 43:19 | seeing hydrogen sulfide, I was seeing |
| 43:20 | carbonyl sulfide, and I was seeing carbon |
| 43:21 | disulfide in the samples that were sent to |
| 43:22 | me. So I think that needed to be explored |
| 43:23 | further. |
| 43:24 | And then I was also seeing a |
| 43: | |
| 44: 1 | difference in the strontium, which drew up a |
| 44: 2 | flag for me, and I was looking further, |
| 44: 3 | really, at that. Those are the two main |
| 44: 4 | tests out of the initial report that I was |
| 44: 5 | somewhat focusing on. |

Group:  Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010    LS-4412
Description:    Page 44:12-45:3

| | |
|---|---|
| 44:12 | A.    I continued to look at |
| 44:13 | corrosion deposits on metals for clients as |
| 44:14 | well. |
| 44:15 | Q.    And so the client -- were these |
| 44:16 | metals being sent to you -- who were they |
| 44:17 | being sent to you by? |
| 44:18 | A.    Sometimes, the manufacturer of |
| 44:19 | the HVAC equipment. Sometimes, they were |
| 44:20 | sent by investigators that would go out in |
| 44:21 | the field and cut out a piece of the coil or |
| 44:22 | a piece of wiring and send it to me. |
| 44:23 | Q.    And did the CPSC ultimately |
| 44:24 | make available results of testing that they |
| 44: | |
| 45: 1 | had done? |
| 45: 2 | A.    I think they've done that |
| 45: 3 | several times. |

Group:  Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010    LS-4512
Description:    Page 45:12-47:18

| | |
|---|---|
| 45:12 | Q.    All right. Dr. Streit, let me |
| 45:13 | show you what we've just marked as Exhibit 7, |
| 45:14 | and it's the trial exhibit number |
| 45:15 | P1.019-0001. |
| 45:16 | And can you identify what that |
| 45:17 | is for Judge Fallon, please? |
| 45:18 | A.    Yes. This is the CPSC's |
| 45:19 | report -- or part of the report that was put |
| 45:20 | out on November 23rd of last year. And it |
| 45:21 | looks like this is the particular report |
| 45:22 | section that deals with the chemical analysis |
| 45:23 | portion, and I have to go through and see. |
| 45:24 | It doesn't look like the |
| 45: | |
| 46: 1 | corrosion part is in here, so this is more of |
| 46: 2 | the chemical sampling part of the report. |
| 46: 3 | Q.    And have you reviewed this? |
| 46: 4 | A.    I have reviewed it, yes. |
| 46: 5 | Q.    And are the findings with |
| 46: 6 | regard to Chinese drywall that you found and |
| 46: 7 | what's in this report consistent, in your |
| 46: 8 | opinion? |
| 46: 9 | A.    Yeah, they're consistent. I |
| 46:10 | tended to find that these strontium levels |

Streit%20duration%20list%20version%203[1]

46:11    were a little bit higher than they're saying.
46:12    Their value apparently goes down to 1200 ppm
46:13    strontium, and most of what I'm seeing was
46:14    above 1800 or so, although there are
46:15    outliers.  I do see some that are below 1200.
46:16              But from a consistent point of
46:17    view, I think the important thing is that
46:18    there's a difference in the strontium levels,
46:19    being that it's elevated in the Chinese
46:20    drywall and not elevated in the domestically
46:21    produced product.
46:22         Q.      And that difference, is that
46:23    also -- is your finding of that difference in
46:24    the strontium levels -- is that consistent
46:
47: 1    with what you've seen published by the
47: 2    Florida Department of Health as well?
47: 3         A.      Yes.  They were finding the
47: 4    same thing, as were many people who presented
47: 5    at the conference.
47: 6         Q.      And what about -- now going
47: 7    back to the CPSC report that you have in your
47: 8    hand, marked as Exhibit 7, what about with
47: 9    regard to off-gassing?
47:10         A.      With regard to off-gassing,
47:11    they're saying that they find hydrogen
47:12    sulfide, that they measure in the homes by
47:13    the use of a passive sampler, meaning that
47:14    they're taking an average over a two-week
47:15    span, as to opposed a -- they did do grab
47:16    samples, but apparently they've abandoned
47:17    that.  They don't even really mention it in
47:18    their summary.


Group:  Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010        LS-5019
Description:      Page 50:19-50:21

50:19         Q.      Okay.  I'm going to hand you
50:20    what we've just marked as Streit Exhibit 9,
50:21    which is trial-marked P1.1804-0001.


Group:  Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010        LS-5107
Description:      Page 51:7-52:9

51: 7         Q.      Can you identify for
51: 8    Judge Fallon what I've just handed you and
51: 9    marked as Streit Exhibit 9?
51:10         A.      This is a summary of work that
51:11    was released by the interagency task force
51:12    studying the -- the government task force
51:13    studying the drywall on October 29th of 2009,
51:14    so it predates the 50-home -- 51-home study.
51:15              This one is indoor air testing
51:16    of ten homes from the Florida and Louisiana
51:17    area, and then they actually allude to the
51:18    fact that they're going to be releasing a
51:19    more comprehensive 50-home study at that
51:20    time.
51:21         Q.      Okay.  And is this something
51:22    you reviewed?
51:23         A.      I did review it, yes.

Streit%20duration%20list%20version%203[1]

```
51:24        Q.       And both with regard to Streit
51:
52: 1     Exhibit 8, which is the CPSC study, and
52: 2     Exhibit 9, which is the Florida Department of
52: 3     Health study, have you relied upon both of
52: 4     those in rendering your opinions in this
52: 5     case?
52: 6           A.       Again, this is something that
52: 7     I've looked at, and yes, I have relied upon
52: 8     it.  It's consistent with what I've seen in
52: 9     my own testing.
```

Group:  Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010    LS-5301
Description:    Page 53:1-53:5

```
53: 1           Q.       So you've looked at both of
53: 2     these, and you've relied on these in
53: 3     connection with rendering your opinions in
53: 4     that case; is that fair?
53: 5           A.       I have.
```

Group:  Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010    LS-5406
Description:    Page 54:6-55:8

```
54: 6     you this, Dr. Streit:  With regard to the
54: 7     Germano homes that are the subject of this
54: 8     hearing that Judge Fallon is presiding over,
54: 9     what were you asked to do by the plaintiffs'
54:10     lawyers in this case?
54:11           A.       I was asked to visit the home,
54:12     and then I was asked to analyze samples that
54:13     were harvested from the homes and determine
54:14     if, in fact -- the testing that I would
54:15     normally run on these samples at this point,
54:16     whether I was seeing elevated levels of
54:17     strontium, whether I was seeing strontium
54:18     inclusions, whether I could analyze the black
54:19     deposits and determine whether that was
54:20     copper sulfide or copper oxide, looking at
54:21     off-gassing to see whether the samplers were
54:22     going to admit the hydrogen sulfide, carbonyl
54:23     sulfide and carbon disulfide that we were
54:24     essentially seeing; and then to also, in
54:
55: 1     conjunction with reviewing other materials,
55: 2     draw conclusions, based on my work and review
55: 3     of others.
55: 4           Q.       Okay.  Let me start with your
55: 5     conclusions here.  What did you see with
55: 6     regard to elevated strontium off-gassing and
55: 7     corrosion in the homes you visited in the
55: 8     Germano litigation?
```

Group:  Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010    LS-5510
Description:    Page 55:10-56:5

```
55:10           A.       With respect to off-gassing,
55:11     when I walked into the three houses that
55:12     contained suspected drywall that was produced
55:13     in China, the homes have a very distinct and
```

Streit%20duration%20list%20version%203[1]

| | |
|---|---|
| 55:14 | noticeable odor. |
| 55:15 | It's -- it was something that |
| 55:16 | in certain areas the home was stronger than |
| 55:17 | in others, and as the day progressed, |
| 55:18 | actually somewhat became a little irritating |
| 55:19 | to my eyes and was causing me to cough a |
| 55:20 | little bit, which subsequently, as I got more |
| 55:21 | fresh air, was better. |
| 55:22 | I then went into what was |
| 55:23 | considered to be a control home, where there |
| 55:24 | was no drywall manufactured from China; and I |
| 55: | |
| 56: 1 | looked at the copper surfaces in that home, |
| 56: 2 | the wiring and the bathroom plumbing and so |
| 56: 3 | on, and determined that I didn't see any |
| 56: 4 | visible sign of corrosion, nor did I perceive |
| 56: 5 | an odor in that home. |

Group:  Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010      LS-5609
Description:     Page 56:9-57:17

| | |
|---|---|
| 56: 9 | I mean, did you -- those were sort of your |
| 56:10 | visual observations.  What about your testing |
| 56:11 | analysis? |
| 56:12 | A.      Those samples were tested in a |
| 56:13 | humidified environment, just like many of the |
| 56:14 | other samples have done, where you take a |
| 56:15 | piece of the drywall, you take off the paper, |
| 56:16 | and then you place the sample in a humidified |
| 56:17 | environment for a period of time, typically |
| 56:18 | 48 hours, and then you measure the gases |
| 56:19 | which come out of that drywall to determine |
| 56:20 | what they are.  Are they hydrogen sulfide? |
| 56:21 | Are they carbonyl sulfide?  Are they carbon |
| 56:22 | disulfide?  Are they another sulfur gas, or |
| 56:23 | are they something else? |
| 56:24 | Q.      And what did you find? |
| 56: | |
| 57: 1 | A.      When the samples are |
| 57: 2 | humidified, what we tend to see is carbonyl |
| 57: 3 | sulfide and carbon disulfide at elevated |
| 57: 4 | levels, because the hydrogen sulfide, as it |
| 57: 5 | turns out, is absorbed by the moisture as a |
| 57: 6 | result of the way the test is run. |
| 57: 7 | And so when we went back and |
| 57: 8 | ran those dry, you get a hydrogen sulfide |
| 57: 9 | emission, which you miss if you run the |
| 57:10 | samples humidified.  So you see all three |
| 57:11 | gases that will be given off by the Chinese |
| 57:12 | drywall that -- the hydrogen sulfide, we |
| 57:13 | don't see coming out of the domestic product |
| 57:14 | at all.  There are a couple of instances |
| 57:15 | where you may see carbonyl sulfide in |
| 57:16 | domestic product, but it's at pretty low |
| 57:17 | levels. |

Group:  Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010      LS-5720
Description:     Page 57:20-57:24

| | |
|---|---|
| 57:20 | what type of tests did you do with regard to |
| 57:21 | off-gassing? |

Streit%20duration%20list%20version%203[1]

57:22         A.      This is a GC mass spec test.
57:23     That stands for gas chromatography, and it's
57:24     a mass spectrometry detector.

Group:  Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010      LS-5806
Description:     Page 58:6-58:12

58: 6         Q.      All right.  Let me ask you
58: 7     this:  With regard to the testing for
58: 8     off-gassing, the method that you used, do you
58: 9     have an opinion as to whether that is a more
58:10     reliable method for measuring off-gassing
58:11     than, let's say, certain indoor air quality
58:12     tests?

Group:  Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010      LS-5815
Description:     Page 58:15-61:12

58:15         A.      Well, they're ASTM tests that
58:16     are designed to measure the off-gassing under
58:17     a controlled set of conditions, so that you
58:18     are essentially putting a piece of drywall in
58:19     a container and you are trapping the gases
58:20     that come out, so you can actually measure
58:21     them, as opposed to taking air samples in a
58:22     house, where, quite frankly, it's really
58:23     hit-or-miss.
58:24             You know, if you talk to the
58:
59: 1     homeowners, sometimes they smell something,
59: 2     sometimes they don't, so when do you take
59: 3     your sample?  Do you wait until the
59: 4     homeowners smell something, or, you know,
59: 5     what do you do?
59: 6             And I think that that was my
59: 7     initial criticism of air sampling, and the
59: 8     reason why I had expressed that opinion to
59: 9     the CPSC and David, that I really didn't
59:10     think the air sampling was very productive.
59:11             I really thought it would be
59:12     better, if you want to find out if the
59:13     drywall is a problem, you have to control the
59:14     test better.
59:15     BY MR. SEEGER:
59:16         Q.      Now, when you say this is the
59:17     opinion you gave to David, you're saying this
59:18     is what you had said to David Krause at the
59:19     Florida Department of Health, just to be
59:20     clear?
59:21         A.      Right.  That is correct.
59:22         Q.      Let's talk some about what you
59:23     observed in the Germano homes that have
59:24     Chinese drywall and the control home there
59:
60: 1     with regard to corrosion.
60: 2         A.      The Germano homes have
60: 3     corrosion that are pretty widespread.  When
60: 4     you go in the home, if you look at the copper
60: 5     tubing in the bathrooms, the water lines,
60: 6     they're black.
60: 7             If you open up the back of the
                        Page 16

Streit%20duration%20list%20version%203[1]

```
60: 8   refrigerator and you look at all of the
60: 9   associated tubing and wiring that's in the
60:10   back of the refrigerator, that was all back.
60:11            In one case, the lamp wire
60:12   going up all the way to the ceiling, you
60:13   could see that the wires were black
60:14   underneath; and, in fact, we later analyzed
60:15   those samples.
60:16            You saw it when we looked at
60:17   the alarm systems, and you took the cover off
60:18   the alarm system. You could see darkening of
60:19   the wires on the alarm systems.
60:20            Then we went up and looked at
60:21   the air-conditioning coils. And in the one
60:22   home, I think it was the McKellar home, the
60:23   coil had only been in there for two months,
60:24   and it was black.
60:
61: 1       Q.   The HVAC coil?
61: 2       A.   The HVAC coil.
61: 3            And then, of course, we'd look
61: 4   at the outlet covers and take the outlet
61: 5   covers off and look at the wires, and they
61: 6   were blackened. There were picture frames
61: 7   which showed some blackening.
61: 8            If you looked at the
61: 9   chrome-plated fixtures in the bathroom, they
61:10   were all blackened. The mirror backing was
61:11   affected. It was actually pretty pervasive
61:12   in the entire house.
```

Group: Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010     LS-6115
Description:     Page 61:15-63:2

```
61:15   corrosion on metals. What is the
61:16   significance of you seeing black on the
61:17   metals that you observed in the Germano
61:18   homes?
61:19       A.   It's different than what you
61:20   would consider normal aging or, you know,
61:21   aging corrosion as a result of being in an
61:22   oxidizing environment, in the air.
61:23            What we're seeing are deposits
61:24   of black material on the surface, actually,
61:
62: 1   you know, physical deposits on the surface,
62: 2   so -- and that's the formation of the
62: 3   sulfide, which then was corroding the metal
62: 4   underneath.
62: 5            And visually, it appears
62: 6   different. It's not a thin discoloration
62: 7   layer. It's actually a material on the
62: 8   surface that you can scrape and analyze,
62: 9   whereas oxidation, it's very difficult to do
62:10   that. You wind up analyzing the entire
62:11   substrate.
62:12       Q.   Well, do you have an opinion as
62:13   to whether this is the kind of corrosion that
62:14   you can just kind of wipe off the wires?
62:15       A.   The corrosion, you can't wipe
62:16   off. And even the black material, some of it
62:17   you can wipe off -- you know, we're doing
```

Page 17

Streit%20duration%20list%20version%203[1]

```
62:18    that to collect samples -- but not all of it.
62:19    And, in fact, some of it is held on quite
62:20    tightly.  Other material, you can poke at it,
62:21    and then it will flake off.
62:22              And then in some places, you
62:23    can't get it off at all because it's held on
62:24    by the corrosion pits, if you will.  So, you
62:
63: 1    know, you're not going to be able to just
63: 2    wipe it off.
```

Group:  Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010     LS-6306
Description:     Page 63:6-64:7

```
63: 6       Q.      Well, do you have experience
63: 7    doing -- you know, looking at corrosive
63: 8    metals, metals that have corrosion on them?
63: 9       A.      Very often I look at problems
63:10    involving corrosion and oxidation of the
63:11    surface, deposits on the surface.  I look at
63:12    the extent of corrosion, pitting, whether
63:13    it's penetrated through the metal, whether
63:14    it's, quote/unquote, "formicary," so it's
63:15    tunneling in.
63:16              It really -- and those samples
63:17    are something that I get quite frequently
63:18    because that's a pretty large problem in the
63:19    world we live in, with exposure to chemicals
63:20    and thing.
63:21       Q.      And is that a large part of
63:22    what you do generally in connection with
63:23    you -- the work you do for industry, is
63:24    looking at corrosion and telling your clients
63:
64: 1    in that case the cause or the extent of the
64: 2    corrosion?
64: 3       A.      Sure.  What's in the corrosion
64: 4    deposit, what I believe is causing it, and
64: 5    then sometimes we talk about how to fix the
64: 6    problem.  But typically, they come to me
64: 7    because they need the analysis done.
```

Group:  Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010     LS-6409
Description:     Page 64:9-64:14

```
64: 9    know, how long have you been working on
64:10    identifying corrosion problems and the extent
64:11    of corrosion for anybody who's ever hired you
64:12    to do it?
64:13       A.      I've been doing that for my
64:14    entire professional career.
```

Group:  Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010     LS-6423
Description:     Page 64:23-65:9

```
64:23       Q.      Dr. Streit, I'd like to mark
64:24    for you the report that you gave in December
64:
65: 1    on behalf of the Germano plaintiffs, and your
65: 2    supplemental report that you did in January.
```

Page 18

```
           Streit%20duration%20list%20version%203[1]
65: 3      For the record, what I'm marking as Streit-8
65: 4      is Trial Exhibit P1.2023-0001.
65: 5                  And is that a start of your
65: 6      report that I've marked as Streit-8?
65: 7           A.    Without counting up all the
65: 8      pages, it does appear to be a copy of my
65: 9      report.
```

Group: Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010      LS-6516
Description:    Page 65:16-66:6

```
65:16             Q.    Okay. And then I've also
65:17      marked as Streit-10 -- sorry we went out of
65:18      order -- your supplemental report. Would you
65:19      please take a look and confirm -- ooh, let me
65:20      just read for the record. It's Trial
65:21      Exhibit No. P1.2025-0001?
65:22                Is that your supplemental
65:23      report?
65:24           A.    Yes, it is.
65:
66: 1             Q.    Okay. Now, Dr. Streit, take
66: 2      your report from December please, and
66: 3      consistent with what we've been discussing on
66: 4      corrosion, you've included some photographs;
66: 5      is that correct?
66: 6           A.    I have.
```

Group: Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010      LS-6612
Description:    Page 66:12-67:5

```
66:12                But I want to start with the
66:13      photos on page -- actually, if you look at
66:14      the last four numbers, you see where it's got
66:15      a P number?
66:16           A.    Yes, sir.
66:17           Q.    It's dash 0050, if you can go
66:18      to that page.
66:19           A.    Okay.
66:20           Q.    So assuming that we'll have
66:21      this page up in front of Judge Fallon, could
66:22      you please tell the judge what is here?
66:23           A.    This was the air-conditioning
66:24      coil that was taken out of the McKellar home
66:
67: 1      after I had visited that home in November.
67: 2           Q.    Okay. All four of these photos
67: 3      show that?
67: 4           A.    Yes. All -- well, no, one,
67: 5      two, three.
```

Group: Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010      LS-6710
Description:    Page 67:10-69:3

```
67:10             Q.    Okay. Let's start with the
67:11      upper left-hand corner, and please tell
67:12      Judge Fallon what that shows.
67:13           A.    This is a picture of the end of
67:14      the A/C coil where the installation date was
67:15      noted as September 6th of '09.
```

Streit%20duration%20list%20version%203[1]

```
67:16          Q.      Okay.
67:17          A.      And what it's showing is the
67:18   ends of the copper coils which would normally
67:19   be a copper color, may not necessarily be
67:20   shiny, but they're a copper color.  And as
67:21   you can see, they've been blackened, and they
67:22   have deposits on them; as well as the upper
67:23   right-hand one, which is the extension of the
67:24   copper tube from the end of the
67:
68: 1   air-conditioning coil.
68: 2          Q.      Now, is the upper right-hand
68: 3   photo a good example of the blackening that
68: 4   you saw?
68: 5          A.      It shows up much better in that
68: 6   photograph than it does in the prior
68: 7   photograph.
68: 8          Q.      Okay.  And then if you could
68: 9   tell us what the lower left-hand photo
68:10   demonstrates.
68:11          A.      That's a documentation of the
68:12   area where I scraped off the black material
68:13   and then did an SEM/EDS analysis to confirm
68:14   that, in fact -- or identify that it was
68:15   copper and sulfur.
68:16          Q.      Okay.  And what is the
68:17   significance of finding copper and sulfur on
68:18   that HVAC coil right there?
68:19          A.      That it's a copper sulfide, and
68:20   sulfides form from exposure to sulfide gases.
68:21          Q.      Okay.  And the sulfide gases
68:22   that you've identified in your testing are
68:23   hydrogen sulfide?
68:24          A.      Not only myself, but the CPSC
68:
69: 1   and many others have identified hydrogen
69: 2   sulfide, carbonyl sulfide and carbon
69: 3   disulfide.
```

Group:        Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010     LS-7003
Description:     Page 70:3-70:5

```
70: 3                          Now, what are the significance
70: 4   of these three compounds in your opinion with
70: 5   regard to corrosion in the home?
```

Group:        Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010     LS-7008
Description:     Page 70:8-70:18

```
70: 8          A.      They are reduced sulfur gases,
70: 9   meaning that they will corrode metal and they
70:10   will leave an odor and they will leave --
70:11   react with the metal in order to form the
70:12   metal sulfide.
70:13   BY MR. SEEGER:
70:14          Q.      Is this new chemistry you've
70:15   invented, or has this been around?
70:16          A.      It's been around forever.
70:17          Q.      Okay.  Now, take a look at the
70:18   photos on page 0036 of your report.  All
```

Page 20

Streit%20duration%20list%20version%203[1]

Group:   Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010     LS-7022
Description:     Page 70:22-71:18

```
70:22        starting from the upper left, could you tell
70:23        us what these show?
70:24             A.        This is an outlet that was
70:
71: 1        taken from the Heischober house.
71: 2             Q.        Okay.
71: 3             A.        Hence the initials "SLH."
71: 4             Q.        Okay.
71: 5             A.        And the close-up that you see
71: 6        on the upper right is a digital camera
71: 7        photograph of the blackened surface of the
71: 8        ground wire that is attached to the outlet.
71: 9             Q.        Okay.
71:10             A.        And then the lower right-hand
71:11        corner is a 40x microscopic image of the
71:12        blackened surface of the copper wire.
71:13             Q.        Let me just correct one thing.
71:14        You said -- that's the lower left-hand
71:15        corner.
71:16             A.        Did I say "right"?
71:17             Q.        Yeah.
71:18             A.        I'm sorry, the lower left.
```

Group:   Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010     LS-7203
Description:     Page 72:3-72:19

```
72: 3             A.        And that is basically just a
72: 4        close-up of the wire, the ground wire that's
72: 5        shown in the upper photographs.  So we're
72: 6        going progressively from an overall shot so
72: 7        you can see where it came from, to a closer
72: 8        macro shot of just the wire, to the actual
72: 9        blackened surface to show you what it looks
72:10        like.
72:11             Q.        Okay.  Again, just looking at
72:12        the surface, tell us the significance of this
72:13        photograph.  What does it show?
72:14             A.        It shows black deposits on the
72:15        surface of the wire, and when you remove
72:16        them, they are confirmed to be copper
72:17        sulfide.
72:18             Q.        Okay.  Is copper sulfide
72:19        corrosive?
```

Group:   Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010     LS-7222
Description:     Page 72:22-75:10

```
72:22             A.        It is the -- I'm sorry.  It is
72:23        the corrosion by-product of the reaction with
72:24        a sulfur-reducing gas.
72:
73: 1             Q.        Okay.  That's what gets left
73: 2        behind?
73: 3             A.        Yes.  It's the reaction of the
73: 4        corrosion product -- of the corrosion with
73: 5        the metal, and it forms the corrosion
73: 6        product, which is what you see on the
```

Streit%20duration%20list%20version%203[1]

```
73: 7    surface.
73: 8            Q.       Can you go to page 0077.  Now,
73: 9    one of the things you had mentioned earlier
73:10    when I asked you about your visual
73:11    observations is I think you talked about a
73:12    lamp cord?
73:13            A.       Yes.  This is a piece of a wire
73:14    that was going up from the lamp to the
73:15    ceiling.
73:16            Q.       Okay.  So tell us again on
73:17    this, going from, you know, left to right,
73:18    down, left to right, what you have here.
73:19            A.       The left is just the
73:20    documentation of the sample.  It's from the
73:21    Morgan residence --
73:22            Q.       Okay.
73:23            A.       -- Sample 5.  This is the
73:24    section that I received of the wire.
73:
74: 1            Q.       To the right of that, on top?
74: 2            A.       To the right of that on the
74: 3    top.
74: 4            The lower left, what I did was
74: 5    I took a razor blade, and I sectioned across
74: 6    the sample, so you're looking at a
74: 7    cross-section.  And you can see where some of
74: 8    the strands of the wire in the lower right
74: 9    portion are actually still in, stuck to the
74:10    polymer.  They didn't come out with the rest
74:11    of the wire.  And then on the inside surface
74:12    of the wire that was bound so tightly that
74:13    you actually got the wire impressions, you
74:14    see black material.
74:15            And those black deposits were
74:16    later identified as copper sulfide, and then
74:17    the corresponding wires that came out of that
74:18    wire are shown on the lower right, where you
74:19    can see some of the black material continues
74:20    to stick to the surface of the copper.
74:21            Q.       Now, the ground wire photo we
74:22    looked at, the ground wire was exposed.  It
74:23    didn't have any plastic on it or anything,
74:24    right?
74:
75: 1            A.       That is correct.
75: 2            Q.       Okay.  What is the significance
75: 3    of this -- of these photos?
75: 4            A.       This is significant because the
75: 5    corrosive gases have actually penetrated
75: 6    through the plastic.
75: 7            Q.       Okay.  And then if you could
75: 8    also go to page 0083, Dr. Streit, and could
75: 9    you please explain to us the significance of
75:10    these four photos?
```

Group:  Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010    LS-7522
Description:      Page 75:22-76:7

```
75:22            It is labeled "Receptacle End"
75:23    because this portion of the wire was related
75:24    to a receptacle which was further over on the
75:
```

Streit%20duration%20list%20version%203[1]

76: 1    wall, so that was the only way they could
76: 2    describe it.
76: 3        Q.    Just for the record, you didn't
76: 4    harvest these yourself?
76: 5        A.    I did not harvest them.  My
76: 6    understanding was that this was taken from
76: 7    inside the wall but not at the receptacle.


Group:         Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010      LS-7707
Description:      Page 77:7-80:5

77: 7        Q.    Okay.  Just, again, assuming
77: 8    that Judge Fallon is trying to follow along,
77: 9    tell us what photo you're looking at.
77:10        A.    I'm sorry.  I'm looking at the
77:11    upper right-hand photo, which is photo 13.
77:12        Q.    What does that show?
77:13        A.    That's the actual piece of the
77:14    Romex that came out.
77:15            And then if you look at
77:16    photo 16, which is in the lower left, those
77:17    are the three components that are within the
77:18    Romex.  So if you remove the outer jacket of
77:19    the Romex, you get a white wire, a black
77:20    wire, and the ground wire.
77:21        Q.    Okay.
77:22        A.    I then stripped out the end of
77:23    the insulation, so I could look at the metal
77:24    underneath, and obviously the ground wire was
77:
78: 1    covered with paper, which is shown in
78: 2    photo 15.  They've got backwards on this
78: 3    scheme of things.
78: 4        Q.    Okay.
78: 5        A.    And then I looked at the
78: 6    surfaces under examination, and --
78: 7        Q.    So now we're back to page 0083?
78: 8        A.    Right.  And the actual wire
78: 9    that -- the only one that actually showed
78:10    blackening is the ground wire, so you see the
78:11    wire in photograph 1352, and then you see it
78:12    up close in photograph 1353.
78:13        Q.    So 1352 is the upper left, and
78:14    then the upper right?
78:15        A.    And then closer up, it's at 40x
78:16    magnification, you can see the black deposits
78:17    on the surface which were later confirmed by
78:18    SEM/EDS to be copper sulfide.
78:19        Q.    Okay.  Now, did you do any
78:20    testing of the wire coatings in both the lamp
78:21    cord and the Romex cord?
78:22        A.    The testing that I did was to
78:23    see whether the polymers themselves
78:24    incorporated sulfur in their structure.  So
78:
79: 1    if there was bulk sulfur in the polymer, I
79: 2    was looking for that.
79: 3        Q.    Okay.  And what did you find?
79: 4        A.    I didn't see any sulfur
79: 5    incorporated within the plastic itself to
79: 6    indicate to me that it was a sulfonated
79: 7    polymer, so my conclusion from that is that

Streit%20duration%20list%20version%203[1]

79: 8  the sulfur had to come from outside in.
79: 9       Q.    Okay.  So was it your
79:10  conclusion that it actually permeated through
79:11  the outer coating?
79:12       A.    It permeates through and
79:13  attacks the copper metal underneath.
79:14       Q.    Okay.  Now, did you do any of
79:15  this type of testing -- well, let me ask it
79:16  to you this way.
79:17            What did you do in the control
79:18  homes with regard to corrosion?  Did you
79:19  observe any?
79:20       A.    In the control home, there were
79:21  samples of wiring harvested.  I recall a
79:22  switch specifically and the ground wire; and
79:23  I did examine that, and I didn't find any
79:24  black deposits on the surface.
79:
80: 1       Q.    Dr. Streit, do you have an
80: 2  opinion as to whether the homes, the Germano
80: 3  homes, that you visited and did testing in
80: 4  with Chinese drywall are a corrosive
80: 5  environment for wires and HVAC coils?

Group:        Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010        LS-8008
Description:      Page 80:8-81:13

80: 8       A.    I think that it's been clearly
80: 9  shown that sulfur gases come out of the
80:10  drywall that's incorporated in the Germano
80:11  homes.  There's sulfide gases.  The deposits
80:12  on the surface are copper sulfide, which
80:13  would be the result of interaction with
80:14  sulfide-containing gases, and, you know,
80:15  those are clearly corrosion deposits which
80:16  have been observed on wires and appliances
80:17  and the A/C, HVAC coils in those homes.
80:18  BY MR. SEEGER:
80:19       Q.    Okay.  Is that -- your
80:20  conclusion there, is that consistent with
80:21  what you've seen published by the CPSC and
80:22  the Florida Department of Health?
80:23       A.    I think, yes, the CPSC, the
80:24  Florida Department of Health and other
80:
81: 1  investigators for various agencies or
81: 2  various -- hired by various people, whether
81: 3  it be other environmental firms or, you know,
81: 4  whomever.
81: 5            The data is very consistent,
81: 6  that sulfur gases are being emitted by the
81: 7  Chinese drywall, and the corrosion that's on
81: 8  the surface of the metals is copper sulfide
81: 9  which results from the interaction with those
81:10  sulfur gases.
81:11       Q.    And is that finding consistent
81:12  with the presentation made by Robert DeMott
81:13  from Environ at the Tampa conference?

Group:        Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010        LS-8116
Description:      Page 81:16-82:20

Streit%20duration%20list%20version%203[1]

```
81:16        A.     I believe it is.  As I'm going
81:17   through it, he talks about the differences
81:18   between reduced sulfur gases and other types
81:19   of oxide which we don't see on these samples.
81:20   These are caused by reduced sulfur gases as
81:21   evidenced by my report, the CPSC, you know,
81:22   his findings and many others.
81:23        Q.     Is it possible for you to say,
81:24   sitting here now, which of these sulfur gases
81:
82: 1   is causing the corrosion or if it's a
82: 2   combination of the sulfur gases?
82: 3        A.     I really don't think that
82: 4   anyone knows exactly which one specifically
82: 5   is responsible for the corrosion or whether
82: 6   it's a mixture of all three.
82: 7        I think that at this point
82: 8   everyone is convinced that those are -- the
82: 9   three gases that I've already mentioned are
82:10   the main players.  But, you know, this is
82:11   ongoing, and it's still being investigated,
82:12   and I haven't seen anyone who's come out and
82:13   given a definitive yes, it's this.  And I'm
82:14   in that ballpark as well.  We're still
82:15   looking at the problem to try to isolate, if
82:16   we can isolate, which one it is, or if it
82:17   isn't, maybe it is a combination.
82:18        MR. SEEGER:  You know, let me
82:19   mark another exhibit just for the next
82:20   couple of questions we have, the data.
```

Group: Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010      LS-8305
Description:    Page 83:5-83:18

```
83: 5        Q.     Okay.  Dr. Streit, we've just
83: 6   marked for the record as Streit-11.  It has
83: 7   the trial stamp P1.1849-0001.  And not -- you
83: 8   don't have to go into specifics, but can you
83: 9   generally describe what we've just marked as
83:10   Streit-11?
83:11        A.     These are samples that were
83:12   received on January 20th.  They are samples
83:13   from the Orlando home of pieces of drywall
83:14   that were subsequently analyzed.
83:15        Q.     Right.  And I need to make one
83:16   correction.  For the record, Streit-11
83:17   consists of several trial exhibits.  The
83:18   first one is P1.1849-0001 and P1.1850-0001 --
```

Group: Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010      LS-8320
Description:    Page 83:20-83:20

```
83:20   system -- and P1.1851-0001.
```

Group: Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010      LS-8404
Description:    Page 84:4-84:16

```
84: 4   have in front of you, is what did you
84: 5   discover in the Germano homes in regard to
```
                              Page 25

Streit%20duration%20list%20version%203[1]
84: 6    the strontium levels?
84: 7         A.    Well, the strontium levels in
84: 8    the Germano homes as evidenced by not only
84: 9    the Exhibit 1849, but also incorporated in
84:10    other data, show that the Germano samples
84:11    tend to be pretty high in the strontium.
84:12    They're in either the upper 2,000s or in the
84:13    3,000s part per million, milligrams per
84:14    kilogram of strontium.  So they're on the
84:15    higher side of what is generally accepted as
84:16    being the levels in Chinese-produced board.


Group:        Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010        LS-8420
Description:     Page 84:20-87:13

84:20              Do you have an opinion as to
84:21    whether the off-gassing accelerates with the
84:22    increase in heat and humidity?
84:23         A.    I think that it's been shown
84:24    that it accelerates and different gases tend
84:
85: 1    to come out when it's humidified, whereas in
85: 2    a less humidified situation you tend to get
85: 3    more of the hydrogen sulfide.  In the
85: 4    humidity studies, at least in the controlled
85: 5    environments, you tend to get more of the
85: 6    other two because the hydrogen sulfide is
85: 7    readily absorbed by water.
85: 8              So what will happen is the
85: 9    hydrogen sulfide will absorb in the water and
85:10    form an acidic environment, and that's
85:11    ultimately what's causing much of the
85:12    corrosion or related to the corrosion,
85:13    specifically on the HVAC coils which are
85:14    moist all the time.  That's why you're
85:15    getting six failures in three years.  It's
85:16    because of the accumulation of the sulfide
85:17    gases dissolved in the water.
85:18         Q.    Now, let's just pause on that
85:19    with regard to HVAC coils.
85:20              Have you seen coil failures in
85:21    shortened periods of time because of
85:22    corrosion?
85:23         A.    I have, yes.
85:24         Q.    And what is a normal life of,
85:
86: 1    let's say, an HVAC coil?
86: 2         A.    According to the manufacturers,
86: 3    which many of which are my clients and I've
86: 4    looked at their failed coils as well, we've
86: 5    had that discussion, because I thought it was
86: 6    odd that you'd get that many failures.  I've
86: 7    never seen that kind of failure rate.
86: 8              And what their technical people
86: 9    have reported to me is that the typical life
86:10    would be anywhere from 10 to 20 years, you
86:11    know, 20 being on the extreme side if you
86:12    were wonderful homeowner and you did all of
86:13    your maintenance on a regular schedule, which
86:14    in reality probably doesn't happen very much,
86:15    and ten years on the other side, where you
86:16    may have some other factors that are
Page 26

Streit%20duration%20list%20version%203[1]

```
86:17    potentially causing a problem like exposure
86:18    to chemicals, you know, seawaters,
86:19    fertilizers and things like that --
86:20         Q.    And what --
86:21         A.    -- but typically ten years is
86:22    the shortest.
86:23         Q.    What have you seen in homes
86:24    with Chinese drywall?
86:
87: 1         A.    You know, many of these homes
87: 2    have multiple failures.  The McKellar home
87: 3    that you were looking at, that
87: 4    air-conditioning coil had only been in for
87: 5    two months, and it was already black.
87: 6              And I think there was one
87: 7    home -- and, excuse me, I don't remember the
87: 8    homeowner's name -- but six coils in three
87: 9    years.  That's outrageous.  That's an
87:10    unbelievably fast failure rate.
87:11         Q.    Had you ever seen anything like
87:12    that?
87:13         A.    No, I have not.
```

Group:  Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010     LS-9023
Description:     Page 90:23-91:7

```
90:23         Q.    Now, do you have an opinion to
90:24    a reasonable degree of scientific certainty
90:
91: 1    as to whether that off-gassing causing the
91: 2    corrosion is coming from Chinese drywall?
91: 3         A.    Well, I don't think there's any
91: 4    doubt that the drywall is releasing corrosive
91: 5    gases and those gases are attacking the metal
91: 6    and forming corrosion products.  That's very
91: 7    clear.
```

Group:  Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010     LS-9111
Description:     Page 91:11-91:18

```
91:11         Q.    Dr. Streit, the opinions that
91:12    you've expressed here in this examination, do
91:13    you hold them to a reasonable degree of
91:14    scientific certainty?
91:15         A.    I do.
91:16         Q.    All of the opinions you've
91:17    expressed in this case?
91:18         A.    Yes, sir.
```

Total Length - 00:54:38