Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0298

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Porter-Blaine Corp.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Virginia__ ) ss.
County of: __City of Norfolk__ )

**Name of Server:** __Brian Noth__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __5__ day of __February__, 20__10__, at __10:43__ o'clock __A__ M

**Place of Service:** at Convergence Center IV, in Virginia Beach, VA 23452
301 Bendix Road, Ste. 500

**Documents Served:** the undersigned served the documents described as:
Summons and Complaint; Exhibits

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Porter-Blaine Corp.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Richard E. Biemiller – Registered Agent__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__ ; Skin Color __white__ ; Hair Color __brown__ ; Facial Hair __no__
Approx. Age __40__ ; Approx. Height __5'9"__ ; Approx. Weight __170__

¹ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this __8__ day of __February__, 20__10__

__Mistie Wood__  12-31-2010
Notary Public     (Commission Expires)

MISTIE WOOD
Notary Public
Commonwealth of Virginia
7035886
My Commission Expires Dec 31, 2010