Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0314

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--The New Morning, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Colorado ) ss.
County of: Gunnison )

**Name of Server:** Jared Hooks, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 5TH day of February, 20 10, at 0810 o'clock A M

**Place of Service:** at 215 Elk Avenue, in Crested Butte, CO 81224

**Documents Served:** the undersigned served the documents described as:
Summons and Complaint; Exhibits

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
The New Morning, LLC

**Person Served, and Method of Service:** By delivering them into the hands of an ~~XXXXXXXX~~ managing agent whose name and title is: David Leinsdorf

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color ____ ; Facial Hair ____
Approx. Age ____ ; Approx. Height ____ ; Approx. Weight ____

[ ] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____ 406
Signature of Server

Subscribed and sworn to before me this 5 day of February, 20 10

Notary Public   Commission Expires

APS International, Ltd.

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. 09-7628

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Agent for The New Morning, LLC David Leinsdorf
was received by me on *(date)* 2-5-10 .

☒ I personally served the summons on the individual at *(place)* 215 Elk Ave
    on *(date)* 02/05/10 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* David Leinsdorf _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* The New Morning, LLC
_____ on *(date)* 2-5-10 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 02/05/10

_____ 406
Server's signature

JARED HOOKS, OFFICER
Printed name and title

MT. CRESTED BUTTE PD
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| SEAN AND BETH PAYTON, et al | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 09-7628 |
| KNAUF GIPS KG, et al | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The New Morning, LLC
215 Elk Avenue
Crested Butte, CO 81224

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
CLERK OF COURT

Date: Jan 07 2010

*Signature of Clerk or Deputy Clerk*