Confidential - Subject to Further Confidentiality Review

Page 1

1        UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF LOUISIANA
2

3    _____          §    MDL NO. 2047
                                 §
     IN RE:                      §
4    CHINESE-MANUFACTURED        §    SECTION: L
     DRYWALL PRODUCTS            §
5    LIABILITY LITIGATION        §    JUDGE FALLON
     _____           §    MAG. JUDGE WILKINSON
6

7                    - - -

8        THURSDAY, FEBRUARY 4, 2010

9               - CONFIDENTIAL -
     SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
10
                TRIAL TESTIMONY
11
                    - - -
12

13          Videotaped deposition of EDWARD G.

14   LYON, P.E., held at the offices of

15   Gainsburgh, Benjamin, David, Meunier &

16   Warshauer, LLC, 2800 Energy Centre, 1100

17   Poydras Street, New Orleans, Louisiana,

18   commencing at 12:53 p.m., on the above date,

19   before Micheal A. Johnson, Certified Court

20   Reporter, Registered Professional Reporter,

21   Certified Realtime Reporter.

22                  - - -

23        GOLKOW TECHNOLOGIES, INC.
     877.370.3377 ph | 917.591.5672 fax
24          deps@golkow.com

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  2-22-10
LORETTA G. WHYTE
CLERK

```
1              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF VIRGINIA
2

   MICHELLE GERMANO; DENNIS          §
3  JACKSON; SHARON JACKSON;          §
   JASON DUNAWAY; LISA DUNAWAY;      §
4  Individually, and on behalf       §
   of all other similarly            §
5  situated,                         §
                                     §
6            Plaintiffs,             §
                                     §
7  vs.                               §   2:09cv202
                                     §
8  TAISHAN GYPSUM CO. LTD.           §
   f/k/a SHANDONG TAIHE DONGXIN      §
9  CO. LTD.; VENTURE SUPPLY,         §
   INC.; HARBOR WALK                 §
10 DEVELOPMENT, LLC; and THE         §
   PORTER-BLAINE CORP.,              §
11                                   §
             Defendants.             §
12

13

14

15

16

17

18

19

20

21

22

23

24
```

Confidential - Subject to Further Confidentiality Review

```
 1    A P P E A R A N C E S :

 2        LEVIN, PAPANTONIO, THOMAS, MITCHELL,
          ECHSNER & PROCTOR, PA
 3        BY:   BEN GORDON, ESQUIRE
                bgordon@levinlaw.com
 4        316 South Baylen Street
          Suite 600
 5        Pensacola, Florida 32591
          (850) 435-7091
 6        Counsel for Plaintiffs

 7
          LEVIN, PAPANTONIO, THOMAS, MITCHELL,
 8        ECHSNER & PROCTOR, PA
          BY:   BILL CASH, III, ESQUIRE
 9                bcash@levinlaw.com
          316 South Baylen Street
10        Pensacola, Florida 32591
          (850) 435-7059
11        Counsel for Plaintiffs

12
          BAKER & McKENZIE, LLP
13        BY:   DOUGLAS B. SANDERS, ESQUIRE
                douglas.b.sanders@bakernet.com
14        130 East Randolph Drive
          Chicago, Illinois 60601
15        (312) 861-8000
          Counsel for Knauf Plasterboard
16        Tianjin Co., Ltd.

17
          CUNNINGHAM BOUNDS, LLC
18        BY:   STEVEN L. NICHOLAS, ESQUIRE
                sln@cunninghambounds.com
19              (via teleconference)
          1601 Dauphin Street
20        Mobile, Alabama 36604
          (251) 479-1031
21        Counsel for The Mitchell Company, Inc.

22

23

24
```

Page 4

```
 1   A P P E A R A N C E S :

 2       FULMER, LeROY, ALBEE, BAUMANN &
         GLASS, PLC
 3       BY:  MICHAEL P. MCCAHILL, ESQUIRE
              mmccahill@fulmerleroy.com
 4            (via teleconference)
         2866 East Oakland Park Boulevard
 5       Fort Lauderdale, Florida 33306
         (954) 707-4430
 6       Counsel for Independent Builders
         Supply Association
 7

 8       FOWLER WHITE BURNETT, PA
         BY:  ELIZABETH FERRY, ESQUIRE
 9            eferry@fowler-white.com
              (via teleconference)
10       Espirito Santo Plaza
         1395 Brickell Avenue, 14th Floor
11       Miami, Florida 33131
         (305) 789-9200
12       Counsel for Black Bear Gypsum, Inc.
         and Smoky Mountain Materials, Inc.
13

14   VIDEOGRAPHER:

15       MELISSA BARDWELL,
         Golkow Technologies, Inc.
16

17                       - - -

18

19

20

21

22

23

24
```

1                        I N D E X
                    EDWARD G. LYON, P.E.
2                      February 4, 2010

3

4      APPEARANCES                              3

5      PROCEEDINGS                              7

6

7      EXAMINATION OF EDWARD G. LYON, P.E.:

8            BY MR. GORDON                      8

9            BY MR. SANDERS                     77

10           BY MR. GORDON                      98

11

12

       CERTIFICATE                             100
13
       ACKNOWLEDGMENT OF DEPONENT              101
14
       ERRATA                                  102
15
       LAWYER'S NOTES                          103
16

17

18

19

20

21

22

23

24

Confidential - Subject to Further Confidentiality Review

1                     DEPOSITION EXHIBITS
                      EDWARD G. LYON, P.E.
2                       February 4, 2010

3

4    NUMBER            DESCRIPTION              MARKED

5    KPT-Lyon-1        Morse Drywall              85
                       Moisture Content
6                      Graphs

7    KPT-Lyon-2        Appendix H of              91
                       Dr. Goad's Report
8
     P1.1798-0001-     Curriculum Vitae of        12
9    P1.1798-0007      Edward G. Lyon, P.E.

10   P1.1799-0001-     ANSI/ASHRAE Standard       21
     P1.1799-0003      90.2-2004
11
     P1.017-0138       Appendix H to Morse        26
12                     Report

13   P1.017-0058       Comparison of Relative     31
                       Humidity Graph
14
     P1.017-0046,      Pressure Differential      50
15   P1.017-0045,      Analysis Graphs
     P1.017-0081,
16   P1.017-0084,
     P1.017-0036,
17
     P1.017-0048-      Building Leakage Test      60
18   P1.017-0051       Results and Air Leakage
                       Test Results
19
     P1.017-0059       Moisture Content of        64
20                     Drywall - Average -
                       Probe Location 3 Graph
21
     P1.017-0001       December 30, 2009          98
22                     Environmental Control
                       System Implementation and
23                     Costs Report of Roger G.
                       Morse, AIA
24

Confidential - Subject to Further Confidentiality Review

```
 1                    PROCEEDINGS

 2              (February 4, 2010 at

 3         12:53 p.m.)

 4                    THE VIDEOGRAPHER:  We are now

 5         going on the record.  The date today

 6         is February 4th, 2010.  Time now is

 7         approximately 12:53 p.m.

 8                    This is the videotaped trial

 9         deposition of Mr. Edward Lyon taken in

10         reference to the Chinese-Manufactured

11         Drywall Litigation for the US District

12         Court, Eastern District of Louisiana.

13         The deposition is being held in

14         New Orleans, Louisiana, today.

15                    My name's Melissa Bardwell,

16         certified video specialist,

17         representing Golkow Technologies and

18         the court reporter today is Micheal

19         Johnson.

20                    Would the counsel present

21         please introduce themselves and state

22         their affiliations for the record.

23                    MR. GORDON:  This is Ben Gordon

24         for the Plaintiffs' Steering Committee
```

Confidential - Subject to Further Confidentiality Review

1        and the Germano plaintiffs.

2              MR. CASH:  This is Bill Cash

3        for the Plaintiffs' Steering Committee

4        and the Germano plaintiffs.

5              MR. SANDERS:  Douglas Sanders

6        on behalf of Knauf Plasterboard

7        Tianjin Company, Ltd., intervenor.

8              THE VIDEOGRAPHER:  Would the

9        court reporter please swear in the

10       witness.

11             EDWARD G. LYON, P.E.

12   having been duly sworn, testified as follows:

13             DIRECT EXAMINATION

14   BY MR. GORDON:

15       Q.    Mr. Lyon, as you heard, I'm

16   Ben Gordon, and I'm going to have a few

17   questions for you.  Can you start off by

18   telling the court your name for the record,

19   please.

20       A.    My name is Edward G. Lyon.  I'm

21   commonly known as Ned Lyon.

22       Q.    So I won't offend you if

23   occasionally I slip and call you Ned; is that

24   acceptable?

Confidential - Subject to Further Confidentiality Review

1          A.       That's acceptable.

2          Q.       Thank you, Ned.  Would you

3     please tell us your professional address.

4          A.       I live at 1339 River Street in

5     Hyde Park.  That's a suburb of -- or a

6     neighborhood of Boston in Massachusetts.  And

7     I work at Simpson, Gumpertz & Heger in

8     Waltham, Massachusetts.

9          Q.       And how long have you been with

10    Simpson, Gumpertz & Heger?

11         A.       I just had a 20-year

12    anniversary, so it's 21 years.

13         Q.       Congratulations.  What do you

14    do at Simpson Gumpertz & Heger?

15         A.       My position is called a staff

16    consultant.  I design, investigate and

17    rehabilitate buildings and structures.  I

18    work within the building technologies

19    division of Simpson, Gumpertz & Heger and my

20    specialty is in the building science area,

21    that's the heat, moisture, migration through

22    building envelope systems.

23         Q.       For those laypeople among us,

24    what is your common job title?  What is

Confidential - Subject to Further Confidentiality Review

1    your -- broadly speaking, what is your field?

2        A.    Broadly speaking, it's usually

3    problems with moisture and condensation in

4    buildings.  Those are often related to

5    thermodynamics of certain parts of the

6    building envelope and most certainly related

7    to the operation of HVAC systems and how air

8    may infiltrate or exfiltrate through building

9    envelopes.

10        Q.    Tell us a little if you will

11    about your educational background, then.

12        A.    I have a bachelor of science

13    degree in mechanical engineering, a bachelor

14    of arts degree in drama and a master of

15    science in design engineering.  The design

16    engineering degree is not a computer degree.

17    It was a degree for designing equipment and

18    my study was in human factors and assemblies

19    of parts to make a complete unit.

20        Q.    So in general terms -- and

21    we'll get into specifics -- you're an

22    engineer?

23        A.    Yes, I'm an engineer.

24        Q.    And does that encompass any

Confidential - Subject to Further Confidentiality Review

1    professional licensure or certification of

2    any kind?

3         A.    I am a registered professional

4    mechanical engineer in the state of

5    Massachusetts.

6         Q.    And you talked a little about

7    some of the moisture analysis issues, but

8    before we get to the specifics of that, this

9    involvement for 20 -- going on 21 years with

10   Simpson, Gumpertz & Heger, is that limited to

11   work in the geographical boundary of

12   Massachusetts or do you work in other places?

13        A.    No.  We have five offices at

14   the moment spread across the country.  I have

15   worked on projects in various states, cold

16   climate states, warm climate states, the

17   San Francisco area, which is almost a no

18   climate state in terms of the difference

19   between inside and outside.  We've also done

20   analysis of building envelopes for buildings

21   in other countries including Dubai, and I've

22   evaluated air infiltration on other

23   structures off continent.

24        Q.    So international as well as

Confidential – Subject to Further Confidentiality Review

Page 12

1    domestic?

2          A.     That's correct.

3          Q.     I'm going to hand you, Ned, a

4    copy of what's been premarked as Plaintiffs'

5    Exhibit P1.1798 and there are several pages

6    to this and I'm going to ask you if you

7    recognize this as your CV?

8          A.     Yes, I do.  This is my CV.

9          Q.     Is that a -- as far as you can

10   tell -- take a minute to look through it.  Is

11   that a full and complete and updated copy of

12   that?

13         A.     It's more up to date than is

14   attached to our report because I noticed that

15   publications had been inadvertently left off

16   of my report version.  And it's reasonably up

17   to date.  I've been so busy that things from

18   the last year are not here.  I attended

19   another conference on WUFI, for instance, in

20   December that's not listed here.

21         Q.     Well, since you mentioned that

22   now, to keep this somewhat coherent, why

23   don't you go ahead and tell the court what

24   WUFI is.

Confidential - Subject to Further Confidentiality Review

1          A.      WUFI is a program that uses

2     hourly weather data to calculate the heat and

3     moisture flow through building envelope

4     systems.  It's a key program in evaluating

5     new design in existing constructions for

6     problems.  We have been using the program

7     since about 2000.  Prior to that I was using

8     another version of the program called Moist.

9     And Moist didn't have rain in its exterior

10    weather and didn't have good graphical

11    outputs, but WUFI gives you a sort of

12    animated picture of what's going on with heat

13    and moisture flow through a wall that you're

14    simulating.

15         Q.      Before we get into the

16    specifics about WUFI, can you just tell the

17    court generally what your history experience

18    and background is with WUFI to make you

19    conversant about it as an engineering topic.

20         A.      Well, currently SGH has about

21    14 licenses of one-dimensional WUFI.  We also

22    have 2-D versions and a program called WUFI

23    Plus.  I supervise the training and develop

24    the guidelines for analyses of building

Confidential - Subject to Further Confidentiality Review

1    envelope systems for all the offices in the

2    company.  Whenever there's a critical

3    analysis or a perceived problem with an

4    analysis, it's brought to me and I review it

5    and define either what's wrong or what's

6    actually going on with the calculation.

7              I've worked with the developers

8    of the program since first going to WUFI

9    University with Mr. Morse in Germany.  At

10   that event I got to meet, not for the first

11   time, but actually interact with the

12   programmers.  And since then I have been to

13   three additional conferences on WUFI and I

14   have presented at the last couple of them.

15   We've also hosted WUFI training for

16   architects and engineers in the office on two

17   occasions, and I have presented short pieces

18   to -- to those groups.

19        Q.    So it's safe to say you know

20   WUFI.

21        A.    I know the program quite well.

22   Everything but the actual code that goes into

23   it.

24        Q.    Okay.  Let me ask you just

Confidential - Subject to Further Confidentiality Review

Page 15

1    because the people watching this videotape

2    might be curious, why do they call it WUFI?

3        A.    It's an acronym for a German

4    translation of Wärme Und Feuchte Instationär,

5    and I don't remember the last year -- the

6    last --

7        Q.    What does that loosely mean?

8        A.    W -- WUFI, it's basically heat

9    and moisture transient calculation, roughly

10    translated.

11        Q.    Okay.  Well, we may come back

12    to WUFI.  Take a moment to look through your

13    CV, which I've been doing.  I notice there

14    are a great many investigations listed in

15    various contexts.  Generally speaking, could

16    you outline for the court the -- I see there

17    are several pages, but some of the most

18    relevant pieces of experience or

19    investigation that you have participated in

20    or consulted concerning environments of

21    moisture analysis, design moisture intrusion,

22    corrosion, et cetera, that you believe relate

23    to the questions that are coming up in a

24    general sense in the Chinese drywall

Confidential - Subject to Further Confidentiality Review

Page 16

1    litigation that you've been asked to examine.

2                    MR. SANDERS:  Object to form.

3         A.    I have investigated a variety

4    of high-humidity buildings.  In high-humidity

5    buildings in cold climates, there is a good

6    deal of potential for condensation-related

7    problems.  These buildings include swimming

8    pools, natatoriums, warm body of water inside

9    an enclosed building.

10   BY MR. GORDON:

11        Q.    So that's what a natatorium is,

12   is just a --

13        A.    It's just the Greek name for a

14   swimming pool that's indoors.

15        Q.    Okay.  I'm sorry, please go

16   ahead.  I'm sorry I interrupted you.

17        A.    Libraries are another situation

18   where buildings are typically humidified to

19   control the environment to preserve art.

20   Computer centers are another example of

21   buildings that are typically humidified to

22   deal with static electricity issues in that

23   humidification in cold climates can cause a

24   problem.

Confidential - Subject to Further Confidentiality Review

1              Another class of buildings that

2    has humidity problems includes hospitals

3    because they're usually humidified to a

4    certain level in very cold climates to

5    promote health and they can develop

6    condensation-related problems.

7              And there have been instances

8    where I've dealt with private homes, people

9    who have art collections or swimming pools in

10   their homes and the moisture migration issues

11   related to having humidification in the

12   building envelope.

13        Q.    And in addition to -- well, let

14   me back up.  Let me ask you, what is your --

15   what is your usual role in those kinds of

16   investigations?

17        A.    Well, typically, there's about

18   two roles that I may be involved in.  If the

19   client is lucky, I'm involved in the design

20   phase and do design review of the

21   construction before anything is built and

22   point out things that I see, thermal

23   anomalies, breaches in barriers including air

24   barriers that might impact the operation of

Confidential - Subject to Further Confidentiality Review

1    their building.  That includes certain kinds

2    of equipment in the HVAC performance area

3    especially if we're humidifying or

4    dehumidifying the pool, I can make

5    recommendations in that area.

6            And the second side of things

7    is typically after the building is built and

8    there's some sort of problem and I'm tasked

9    with going in and identifying the causes of

10   problems and recommending solutions to

11   mitigate those problems.

12       Q.    If I may, sir, let me turn your

13   attention to the specific questions we're

14   here for today.  And that relates to -- you

15   understand that relates to the environmental

16   control system as it's called proposed by

17   Mr. Roger Morse, one of the witnesses for

18   KPT.  You're aware of that system and you've

19   reviewed his proposal?

20       A.    Yes, I've reviewed Mr. Morse's

21   report, which includes a proposal for the

22   system and some data on how it is actually

23   operating.

24       Q.    Okay.  I'm going to ask you

Confidential - Subject to Further Confidentiality Review

Page 19

1    some much more specific questions, but let me

2    ask you first generally, based on your

3    experience and your training and knowledge as

4    an engineer with your particular emphasis on

5    investigations of high moisture problems in

6    buildings of various kinds, do you have an

7    opinion, within a reasonable degree of

8    engineering certainty, as to whether or not

9    the ECS system proposed by Mr. Morse will

10   work or can work?

11              MR. SANDERS:  Object to

12        foundation.

13        A.     Within a reasonable degree of

14   engineering certainty, it's my opinion that

15   Mr. Morse's proposal for an environmental

16   control system will not address the root

17   cause of the Chinese drywall issues.

18   BY MR. GORDON:

19        Q.     Let me turn your attention to

20   an exhibit and ask you a specific question

21   about some of the bases for that overall

22   opinion you just issued.  And I want to talk

23   first -- let me ask you first, though, can

24   you break it down a little for the court,

Confidential - Subject to Further Confidentiality Review

Page 20

1    this system -- this environmental control

2    system, as I understand it, is composed of

3    multiple parts.  Can you kind of explain that

4    for the court.

5         A.    Well, there's three basic parts

6    to the system.  The main piece is the HVAC

7    air-conditioning system, which is typical of

8    residential construction which by temperature

9    control circulates air and conditions the

10   house to either heat or cool it.  What has

11   been added to the system is a dedicated

12   dehumidification loop that also brings in

13   outdoor air in an attempt to pressurize the

14   space by providing more supply air to the

15   interior than is exhausted from the building.

16   And that -- that unit is also dedicated to

17   the job of reducing the relative humidity in

18   the space.

19              And the third component of the

20   system is some special filtration, a really

21   heavy-duty, industrial-type filter that is

22   not part of a regular residential HVAC system

23   and that -- the intent of that component is

24   to now try to filter out additional harmful

Confidential - Subject to Further Confidentiality Review

1    sulphur-related compounds as I understand.

2         Q.    Okay.  And I appreciate that.

3    And I realize there's some interplay or

4    overlap among the three parts, but I'm going

5    try to break it up a little bit to make it

6    understandable for the nonscientists in the

7    group, which I am one of course.

8              Let me ask you first, with

9    respect to the HVAC part, in particular the

10   energy and operation of the air handler in

11   this case, I want to point your attention to

12   Plaintiffs' Exhibit P1.1799, which is a

13   three-page excerpt from an ASHRAE Standard

14   entitled Standard 90.2, this is the 2004

15   version and ask you if you recognize that.

16        A.    Yes, I do, I recognize this

17   document and highlighted a portion of it.

18             MR. SANDERS:  I'm going to

19        object to this on relevance.

20             MR. GORDON:  To the relevance?

21        I think relevance is preserved.

22             MR. SANDERS:  We didn't clarify

23        that beforehand, but should we do that

24        as --

Confidential - Subject to Further Confidentiality Review

```
 1              (Simultaneous Discussion

 2         Interrupted By Reporter.)

 3              MR. GORDON:  Go ahead, Doug.

 4              MR. SANDERS:  I just want to

 5         make sure with respect to some of his

 6         opinions, motions in limine, Daubert

 7         relevance, those things we can argue

 8         about later, raise them with the

 9         judge.

10              MR. GORDON:  I'm in agreement.

11              MR. SANDERS:  Form and

12         foundation only.

13              MR. GORDON:  I'm in agreement

14         with that.

15              MR. SANDERS:  Okay.

16    BY MR. GORDON:

17         Q.    Sir, turning to page 2 of this

18    exhibit, there's a portion entitled 6.10.3.2

19    which I believe you have circled in a box or

20    someone's put in a box.  Could you read that

21    to the court and then explain your opinions

22    as to how it's relevant to the energy and

23    operation of the HVAC portion of the system

24    proposed by Mr. Morse, the ECS system.
```

Confidential - Subject to Further Confidentiality Review

1      A.      Yes.   First of all, this is a

2   portion of an overall guideline for designing

3   residential HVAC systems.   Its intent is to

4   control energy and reduce energy consumption

5   in new housing.

6              This particular paragraph says,

7   "Cooling.   If additional energy-consuming

8   equipment is provided for reducing humidity,

9   it shall be equipped with controls capable of

10  being set to prevent energy from being used

11  to produce a relative humidity within the

12  space below 50% during periods of human

13  occupancy and below 60% during unoccupied

14  periods."

15     Q.      Now, let me ask you first so

16  we're all clear, what is -- I know on the

17  first page it's entitled "ASHRAE Standard,"

18  A-S-H-R-A-E.   What is ASHRAE?

19     A.      The acronym stands for the

20  American Society of Heating, Refrigeration

21  and Air-Conditioning Engineers.   And they're

22  a group of engineers and other individuals,

23  like myself, who have a vested interest in

24  mechanical system design and health and

Confidential - Subject to Further Confidentiality Review

1    safety as it relates to fresh-air ventilation

2    in buildings.

3        Q.    Let me ask you, Mr. Lyon, if I

4    may, do you have an opinion about whether or

5    not this particular provision of the ASHRAE

6    Standard you're referencing is at odds with

7    or consistent with any aspect of the ECS

8    proposal of Mr. Morse?

9            MR. SANDERS:   Object to the

10           form.

11       A.    Mr. Morse in his report has

12   referred to other ASHRAE Standards, such as

13   ASHRAE 62.2, which is a ventilation standard

14   and governs how much outdoor air a residence

15   should have, and he proposed -- purports to

16   follow that guideline in the design of his

17   system.   However, this is an equally

18   important guideline for energy consumption.

19   And although he has used equipment that might

20   have efficiencies consistent or better than

21   this guideline, he is operating at a point

22   that will cause excessive energy consumption

23   by reducing the relative humidity to 40%

24   which is part of his proposal.

Confidential - Subject to Further Confidentiality Review

1    BY MR. GORDON:

2        Q.    Why is that important in your

3    view as an expert in this case?  What

4    relevance does it have for the court and why

5    is it important to follow this ASHRAE

6    guidance?

7        A.    The intent of this guideline is

8    to reduce the overall energy consumption in

9    the United States.  The way Mr. Morse seems

10   to be applying it is to use more efficient

11   equipment and then operate it in a way that

12   does not necessarily reduce the overall

13   energy consumption of a particular building.

14   In particular to Mr. Morse's operating at 40%

15   relative humidity rather than 50 to 60%, he's

16   also operating at the extreme edge of the

17   equipment's capability.

18                One of the issues with the type

19   of dehumidification, cold-coil

20   dehumidification, it's a direct expansion gas

21   DX-type system, and these systems produce

22   temperatures on the coil that can freeze

23   water.  Mr. Morse's operation of this

24   equipment at 40% relative humidity is

Confidential - Subject to Further Confidentiality Review

Page 26

```
 1   approaching this limit of freezing on the
 2   coil.
 3          Q.     If I may, sir, let me point
 4   your attention to what we premarked as
 5   Plaintiffs' Exhibit P1.017-0138 and ask you
 6   if you recognize this.  I'll represent to you
 7   that it's an excerpt from Mr. Morse's report
 8   and it's called Appendix H.
 9          A.     Yes, I recognize this as
10   Appendix H of Mr. Morse's report.  And
11   Appendix H sets forth Mr. Morse's intent in
12   the design of this system.
13          Q.     Right.  And let me ask you a
14   specific question about that.  You mentioned
15   the 40% relative humidity setpoint or point
16   that he calls for in that proposal.  Is there
17   any particular other information from Exhibit
18   H that you rely on in support of your opinion
19   that this system is -- this ECS proposal is
20   problematic or not going to work for the
21   Chinese drywall houses?
22          A.     Okay.
23          Q.     Let me point your attention
24   directly -- specifically to page 10.  You're
```

Confidential - Subject to Further Confidentiality Review

1    obviously free to read the whole thing,

2    but...

3        A.    Yes.   Page -- page 10 is the

4    section that I was looking for and it's

5    generally talking about the upgraded

6    air-conditioning equipment and specifically

7    the second paragraph, part D, dehumidifier.

8    And he specifically says, "The ventilation

9    air will be provided as required to

10   positively pressurize the house and to

11   provide ventilation.  Capacity of the

12   dehumidifier will be sized for a target of

13   70 -- of 40% relative humidity at an air

14   temperature of 75 degree Fahrenheit."

15       Q.    Explain if you will what that

16   means to us.

17       A.    This means that it's his

18   intention to set the dehumidifier to a level

19   of 40% with an air temperature in the house

20   of 75 degrees.  And he is going to condition

21   the entire volume to those particular

22   conditions in order to control humidity.

23       Q.    What if I as a homeowner in

24   Virginia like my house cold and want to turn

Confidential - Subject to Further Confidentiality Review

1    it down to 69 degrees, does that have an

2    implication for the performance of the

3    system?

4            A.        Yes, it does.   At 75 degrees

5    and 40% relative humidity, we're operating on

6    the edge of the capacity of the equipment.

7    And we can produce about a 46 or 47 degree

8    dew point temperature.   That's a measure of

9    the moisture in the air.   And if we -- an

10    absolute measure of the moisture in the air.

11    And if we have surfaces that are lower in

12    temperature than that amount, we'll have

13    condensation.   But more importantly, I'm

14    operating at that level.   I'm not going to be

15    able to push the dew point temperature of the

16    room much lower than that.   If I lower the

17    temperature of the room, the relative

18    humidity in the room increases.   And so he

19    will not be able to maintain with this

20    equipment a 40% relative humidity if a

21    particular homeowner decides to turn his

22    thermostat down to 70 or into the 60s.

23            Q.        Does it have any implications

24    from your experience, training and knowledge

Confidential - Subject to Further Confidentiality Review

Page 29

1    dealing with systems to deal with moisture

2    intrusion and humidity levels in terms of the

3    performance of this system?  In terms of

4    whether or not the ECS will work in these

5    homes, does this 75 degree setpoint have any

6    implication in terms of its ability to do

7    what it's supposed to do?

8              MR. SANDERS:  Objection to

9         form, foundation.

10        A.      Well, there's no question that

11   compared to a regular house HVAC system, one

12   is going to get a better relative humidity

13   control with this system.  But from what I've

14   read, part of the operation of this system is

15   intended to dramatically lower the relative

16   humidity as one means of reducing the

17   production of the gases that -- the sulphur

18   compounds that are at issue in this case.

19   BY MR. GORDON:

20        Q.      And so if the homeowner were to

21   lower the temperature below this recommended

22   setpoint of 75 degrees, does that have, in

23   your mind as an expert on these issues, any

24   impact on the ability of this system to

Confidential - Subject to Further Confidentiality Review

1   maintain that proposed low-humidity level?

2          A.      The humidity will rise.  And if

3   the person happens to lower the temperature

4   enough to raise the humidity above 45%,

5   Mr. Morse is also calling for somebody to

6   call a service technician or automatically

7   alarm that there's some problem.  He's

8   requiring that conditions stay below 45%

9   relative humidity.

10         Q.      In real-world conditions that

11  you deal with every day for SGH, do you have

12  an opinion about whether or not that's a

13  realistic expectation for homeowners?

14              MR. SANDERS:   Object to the

15         foundation.

16         A.      I don't think it's a realistic

17  expectation because the cost of operating

18  this equipment to produce these exceedingly

19  dry levels is one of the first things that's

20  going to hit the owner.  That out-of-pocket

21  cost for that amount of dehumidification can

22  be reduced simply by setting this to the

23  levels of 50 to 60% relative humidity.  And

24  in terms of the control of mold growth and

Confidential - Subject to Further Confidentiality Review

Page 31

1    other issues that are usually related to high

2    humidities in buildings, relative humidities

3    in the 60% range or even a little higher are

4    acceptable in most instances.

5    BY MR. GORDON:

6         Q.      Thank you, sir.  Let me turn

7    your attention, if I may, to the next

8    exhibit, which is Plaintiffs' Exhibit

9    P1.017-0058.  And that is I'll represent to

10   you a graph or chart from the Morse report

11   and ask you if you've seen that before.

12        A.      Yes, I've seen this before.  It

13   reads comparison of relative humidity and

14   it's for 9315 test home, 9320 test home and

15   9329 control home.

16        Q.      Is there anything depicted in

17   that colorful graph that sticks out in your

18   mind as relevant for the court to understand

19   concerning Mr. Morse's comparisons of

20   relative humidity in these two Chinese

21   drywall houses and this one control home?

22        A.      Well, this one control home

23   clearly has higher relative humidity.  It's

24   the green line at the top of the graph.  And

Page 32

```
 1    that humidity is running roughly from 65 to a

 2    little over 70%.  The two lines at the bottom

 3    of the graph are from the control homes with

 4    this dehumidification operating and one of

 5    the units is able to dry the building to a 40

 6    to 45% range and the other one is able to

 7    maintain about a 45% range.

 8         Q.     Now, you said "control homes,"

 9    you meant test homes?

10         A.     The test homes.  I'm sorry for

11    the confusion.

12         Q.     No, that's all right.  Is there

13    a particular period as depicted on this graph

14    in which the ECS system went offline or was

15    turned off, and do you have an opinion about

16    what is depicted as of result of that on this

17    graph?

18         A.     Well, there are a couple of

19    events that I'm aware of on this graph.  The

20    first is everything to the left -- from about

21    7/12 to the left represents a period of time

22    where the system was being set up and may not

23    be the full operation of the equipment.  But

24    towards the time frame of approximately 9/15,
```

Confidential - Subject to Further Confidentiality Review

Page 33

1    there is a spike in what would be the 9315

2    test home.  And it's my understanding from

3    Mr. Morse's testimony that that was a point

4    in time where the system was turned off as an

5    experiment.  And there's an immediate rise in

6    relative humidity within the space almost to

7    the levels of the control home.

8        Q.    To simplify this as much as I

9    can, does that mean, Mr. Lyon, that if

10   there's a hurricane and the power is out for

11   a week or there's a blackout and people can't

12   get cooling to their house for a week or

13   there's some other event that causes this

14   system to be turned off for a period of time,

15   that the relative humidity levels espoused by

16   Mr. Morse are then going to be impossible to

17   maintain?

18         MR. SANDERS:  Object to the

19       form.

20  BY MR. GORDON:

21        Q.    Or tell me if I'm

22   misunderstanding or what it means in your

23   words.

24        A.    This indicates to me that if

Confidential - Subject to Further Confidentiality Review

```
 1     the system is not operating, the humidity

 2     levels return to a level that are consistent

 3     with houses that don't have this special

 4     treatment.  So any time there is an

 5     interruption of power or an interruption in

 6     the operation of the equipment, a breakdown,

 7     perhaps even the dehumidifier not working

 8     although the rest of the system works, there

 9     will be an increase in relative humidity

10     inside the spaces, a rather rapid one.

11          Q.     Does that have any

12     implications, from your point of view, I

13     think I asked you this with respect to an

14     earlier question, concerning the efficacy or

15     the effectiveness or the ability of this ECS

16     proposal to do what it's designed and

17     proposed to do?

18               MR. SANDERS:  Object to the

19          form.

20          A.     As I understand the design of

21     the system, one of its principal requirements

22     is to lower the relative humidity because

23     increased relative humidity is related to

24     both the activity of the sulphur gas in
```

Confidential - Subject to Further Confidentiality Review

Page 35

1    creating corrosion and also in the production

2    rate of that material.

3    BY MR. GORDON:

4         Q.     Thank you.  I want to turn your

5    attention if I may to the -- another part of

6    this system, you described the system as

7    having an HVAC component and a

8    dehumidification component.  You've talked

9    about both of those now.  Let's talk a little

10   bit about the filtration component.

11              Are you familiar with and have

12   you looked at -- although I know not in a

13   house, have you looked at any information

14   concerning the proposed filtration system for

15   this ECS proposal?

16        A.     My understanding from Mr. Morse

17   is that a higher capacity activated charcoal

18   filter is being used.  I have spoken with

19   Mr. Bailey and reviewed some information,

20   including pictures of the filter in one of

21   the houses, and it is a nonstandard,

22   three-inch thick -- nonstandard for

23   residential filtration, but a heavier

24   industrial filter with activated carbon.  I'm

Confidential - Subject to Further Confidentiality Review

```
 1    familiar with these types of carbon filters,

 2    particularly in museum environments where

 3    there is a need to carefully filter

 4    background levels of pollutants that exist in

 5    the environment outside, the museum is close

 6    to a power plant or in a city where there's a

 7    lot of car exhaust and pollution, and the

 8    curators do not wish to expose their precious

 9    art to those conditions.  So those systems

10    typically use a large activated carbon filter

11    bed is what it's called.  It's much larger

12    than a three-inch filter that's used in these

13    particular home devices.  It can be almost an

14    entire piece of mechanical equipment in its

15    own right.  And it has a large bed of

16    activated charcoal granules that the air

17    flows through at a very low velocity.  And so

18    we have an extended time for the air and its

19    pollutants to be near the activated charcoal

20    and actually get absorbed and trapped out of

21    the system and generate clean air.

22              In the system as proposed for

23    these houses, we have only a three-inch-thick

24    filter and we have higher velocities of
```

Confidential - Subject to Further Confidentiality Review

```
1    airflow through that filter in the order of

2    four to 600 feet per minute through the

3    filter media.  And that's certainly not the

4    same amount of lingering time that you get in

5    an industrial filtration system.  And so

6    there's little or certainly much less

7    filtration of -- of the pollutants that

8    you're trying to remove from the system.

9         Q.    Does it make any difference

10   that in some of these houses, for example, a

11   couple of the larger houses on this

12   Scarborough Court location down in Florida,

13   that they use two of the filters?

14              MR. SANDERS:  Object to

15        foundation.

16        A.     There are two filters in some

17   of these houses because there are two HVAC

18   units in these houses providing primary

19   airflow, but each system is essentially a

20   standalone.  It would have the high-velocity

21   airflow through it that would be the same as

22   having just one system.  The only way to

23   really increase the effectiveness here would

24   be to have a lot larger area for filtrations
```

Confidential – Subject to Further Confidentiality Review

1    so we could slow the airflow down.

2    BY MR. GORDON:

3        Q.    So the speed of the airflow is

4    a function of the size of these filters.

5            MR. SANDERS:   Object to form.

6    BY MR. GORDON:

7        Q.    Or please describe what that

8    correlation is.

9        A.    Yes.   The -- the size of the

10   filter in terms of its overall area is

11   directly related to the speed of airflow

12   through this.   So if a filter is flowing

13   600 feet per minute and you wanted it to have

14   a rate of 100 feet per minute, you'd need six

15   times more area for that filter.

16       Q.    And so what is the speed

17   typically run in a residential setting or do

18   you know what the speed runs in these houses

19   approximately?

20       A.    In a residential situation

21   approximately, the filter speed is in the

22   range of 4 to 600 feet per minute.   800 feet

23   per minute is about the maximum speed we want

24   to see in any part of the system because

Confidential - Subject to Further Confidentiality Review

1    beyond that, there's noise from the turbulent

2    flow of such high velocities.

3         Q.    How does that -- how do those

4    speeds compare to the speeds you'd want to

5    see, say, in the museum context that you

6    described where you're trying to screen out

7    variant trace levels of background pollution?

8         A.    In a museum situation, the flow

9    through the filter bed is typically in the

10   range of 100 to 150 feet per minute.

11        Q.    So is there a way that this

12   system as designed by Mr. Morse could be made

13   to slow down to a rate that there would be

14   more dwell time of the particulate -- or the

15   gases with the carbon filter or is that

16   impossible to achieve with the size they

17   have?

18             MR. SANDERS:   Object to

19        foundation.

20        A.    There are two ways that it

21   could be accomplished.  One way would be to

22   make the filter area much larger, in the

23   order of at least three or four times larger.

24   That would reduce the velocity through the

Confidential - Subject to Further Confidentiality Review

Page 40

```
 1    filter, but it wouldn't necessarily extend

 2    the path of airflow through the filter in the

 3    same way that a large museum system does.

 4    Technically one could -- excuse me.

 5    Technically one could slow down the speed of

 6    the fan, but you can't do that and preserve

 7    the operation of the cooling system because

 8    you need a certain velocity through other

 9    components of the system.

10                Now, Mr. Bailey also observed,

11    and I saw in his notes, that the filters were

12    installed in such a way that they were

13    creating a very large back pressure from the

14    flow -- this fast flow that had to go through

15    and that back pressure was approaching the

16    limitations for the filter pressure in the

17    particular equipment that Mr. Morse had

18    specified in this house.

19                And additionally, Mr. Bailey

20    found that either by deliberate reasons or

21    out of some disruption in the filter itself,

22    approximately 30% of the air was bypassing

23    this filter that was installed.

24    BY MR. GORDON:
```

Confidential - Subject to Further Confidentiality Review

Page 41

1          Q.       Sir, do you need a break?  You

2     okay?

3          A.       I think I'm okay.

4          Q.       If you need a break, just let

5     me know.

6                   Now, you've mentioned some of

7     your experience earlier.  I want to touch on

8     that where you talked about the museums and

9     particulates being filtered out.  Is there

10    any particular experience you have in that

11    context or any other in your career

12    investigating these kinds of moisture

13    analysis problems where gases have been

14    involved, where you're filtering out, you

15    know, any other kinds of gases?

16         A.       Well, in museum environments,

17    we're generally looking at background levels

18    of gases that are in the atmosphere outside

19    that's used for ventilation air.  In swimming

20    pools, there is a similar situation because

21    we have a lot of chemical treatment in the

22    pool water and those chemicals are sometimes

23    released into the atmosphere along with

24    humidity into the indoor atmosphere.  And

Confidential - Subject to Further Confidentiality Review

1    these contaminates flow through equipment

2    that have cold coils and dehumidification.

3    And wherever there's a wetting event, there

4    can be accumulation of these chemicals,

5    typically chlorine-based that create acidic

6    conditions and condensation and contribute to

7    corrosion.

8         Q.    And specifically talking about

9    some of that experience you have in these

10   natatoriums and in museums, if I understand

11   correctly, the corrosion experiences that

12   occur in each of those settings relate to

13   sort of indigenous materials, or that is to

14   say, materials that are endemic to or

15   integral to the space.  In other words, is

16   there a way to deal with the background

17   corrosion rates or the background gases

18   you're talking about, pollutants you're

19   talking about in museums and at the same time

20   is there a different way to deal with the

21   materials from chlorine or otherwise in a

22   swimming pool that is primary?  I mean, is

23   there a way to deal with it other than these

24   sort of secondary measures you're taking?

Confidential - Subject to Further Confidentiality Review

Page 43

1          MR. SANDERS:  Object to form,

2     foundation.

3   BY MR. GORDON:

4          Q.     Do you understand my question?

5          A.     I think I do.  In a museum

6   environment, we typically have to provide a

7   positive pressure in the art area itself.

8   And the intent there is to prevent the

9   infiltration of any outdoor untreated air.

10          I think I am going to have to

11   take a break and get my throat cleared up.

12          MR. GORDON:  Sure.

13          THE VIDEOGRAPHER:  Time now is

14     approximately 1:35 p.m. and we are now

15     off the record.

16          (Recess taken, 1:35 p.m. to

17     1:40 p.m.)

18          THE VIDEOGRAPHER:  This is the

19     beginning of Tape 2 of the trial

20     deposition of Mr. Edward Lyon.  Time

21     now is approximately 1:40 p.m., and

22     we're back on the record.

23   BY MR. GORDON:

24          Q.     Mr. Lyon, are you feeling

Confidential - Subject to Further Confidentiality Review

Page 44

1    better?

2           A.      Yes.

3           Q.      I apologize for choking you up.

4    The question I was trying to ask was whether

5    or not in the context of certain environments

6    that you've worked with a lot, like

7    natatoriums and libraries, museums,

8    libraries, is it possible in those

9    circumstances to remove the source of the

10   pollution that you're trying to screen out?

11          A.      No.   Typically in a museum, the

12   source of the pollution is the outdoor air.

13   Unless we stop driving cars or stop running

14   power plants, we're not going to clean up the

15   outdoor air.   So it's not possible to remove

16   that source.

17                  In a swimming pool, likewise,

18   the intent is to have water indoors and we

19   must treat the water to maintain healthful,

20   safe conditions for the users and we cannot

21   eliminate the off-gassing components that

22   create a problem there.

23          Q.      So if you took out the chlorine

24   from the swimming pool, you'd create a

Confidential - Subject to Further Confidentiality Review

Page 45

1    different problem?

2         A.      Yeah, we'd have bad water.

3         Q.      Okay.  So how, if at all, in

4    your opinion as an expert on these issues,

5    does that compare with the

6    Chinese-manufactured drywall problem in these

7    homes?

8              MR. SANDERS:  Object to form;

9         foundation.

10   BY MR. GORDON:

11        Q.      In other words, is it possible

12   to take out the source of the problem as

13   opposed to doing these secondary measures

14   with ECS?

15             MR. SANDERS:  Same objection.

16        A.      Well, my understanding is that

17   this ECS system, its operation is to reduce

18   the generation of the sulphur gases and to

19   control the environment and reduce the

20   humidity that accelerates corrosion in this

21   environment.  But if this is, in fact, true,

22   all we are doing is delaying the reactions.

23   This is not a system that cleans up the

24   drywall.  In fact, it only -- if it works at

Confidential - Subject to Further Confidentiality Review

Page 46

```
 1    all, it will only clean the air in the

 2    occupied room and really not affect too much

 3    the air inside wall cavities and next to

 4    penetrations where there are other electrical

 5    components or other things that could be

 6    affected by the production of the gas.

 7    BY MR. GORDON:

 8         Q.    So in your opinion -- let me

 9    ask you first, do you have an opinion based

10    on your experience and training and education

11    and knowledge about building construction

12    design and moisture intrusion leading to

13    corrosion problems, about whether or not

14    there would be -- or whether or not there is

15    an alternative that would be preferable to

16    the ECS system?

17              MR. SANDERS:  Object to form;

18         foundation.

19         A.    Well, the basic premise in

20    dealing with any pollutant is to attempt to

21    remove it from the environment where it's

22    causing the problem.  In this instance that

23    would be removing the drywall from the

24    building because that's the producer of high
```

Confidential - Subject to Further Confidentiality Review

1    levels of unwanted material.

2              Secondarily, when you start

3    dealing with undesirable components is you

4    want to exhaust it, get it out of the

5    environment. That's why we have hoods over

6    our stoves that pick up excess moisture and

7    smoke and odors from cooking. In a good

8    system, they deliver that to outside before

9    it ever gets into our household environments.

10   But in this case we're only trying the

11   aftereffect of let's try to dilute this or

12   try to absorb it and clean it up after the

13   fact.

14   BY MR. GORDON:

15       Q.    And in your opinion has the

16   filtration system recommended by Mr. Morse as

17   part of this ECS proposal been shown to be

18   effective at accomplishing the filtration or

19   the removal of these gases?

20              MR. SANDERS: Object to

21        foundation.

22       A.    I've reviewed some information

23   in the Goad report about measurements of

24   sulphur compounds. And it seems that most of

Confidential - Subject to Further Confidentiality Review

1    the time the interior environment of the

2    house is more affected by what's going on

3    outdoors, which would lead me to believe that

4    the ventilation component of this system

5    probably is doing more to control the levels

6    of pollutants inside the home and that

7    filtration is perhaps not effective at all.

8              It's been my experience in

9    dealing with similar odor problem regarding

10   ammonia in an apartment, where I did try to

11   use targeted filtration like this, filters

12   that were proposed to absorb ammonia gas and

13   reduce it.  And after installing them in the

14   mechanical systems both in the main building

15   and in the units, we found no ability to

16   reduce the levels of ammonia that we were --

17   a reliable measure that we were reducing

18   anything and no elimination of the basic

19   problem of occupants occasionally smelling

20   strong ammonia smells in their residences.

21   BY MR. GORDON:

22        Q.    So the odor didn't go away?

23        A.    In this particular case, the

24   odor was contained within concrete and there

Confidential - Subject to Further Confidentiality Review

Page 49

1   was a condition where they had a cushioned

2   wood floor in their living room which sort of

3   gives under foot, and you could walk across

4   this floor and walk up to a wall and you

5   would actually puff some of the concentrated

6   ammonia underneath the flooring up into the

7   room.  And there was no way to really prevent

8   that from happening.  It just -- it wasn't a

9   high background level, it wasn't something

10  you could measure, but the nose turned out to

11  be much more sensitive than any of the

12  devices we could use to measure those

13  concentrations.

14       Q.    So were the levels in the

15  part-per-billion range as they are in the

16  Chinese drywall situation?  Were there trace

17  levels of the gas --

18            MR. SANDERS:  Object to

19       foundation.

20  BY MR. GORDON:

21       Q.    -- or were they greater than

22  that?

23       A.    They were trace levels of the

24  gas.  At the moment, I don't happen to recall

Confidential - Subject to Further Confidentiality Review

Page 50

```
 1    whether they were parts per billion or not.
 2           Q.      Thank you, sir.   I would like
 3    to turn your attention to this issue you've
 4    raised a couple times about the positive
 5    pressure versus a negative pressure in
 6    buildings that you've studied a lot.   And I
 7    know that's central to a part of the Morse
 8    ECS report.   And I want to show you an
 9    exhibit that again is an excerpt from this
10    voluminous Morse report.   And this is Exhibit
11    P -- Plaintiffs' P1.017-0046 and ask you if
12    you've had a chance to review that before?
13           A.      Yes, I -- I recognize these
14    pages.
15           Q.      And by the way, this is a
16    composite exhibit.   Each page has a separate
17    number out of the Morse report and I think
18    each page is numbered separately.   So it's
19    P1.017-46, 45, 81, 84 and 36 for the record.
20    So these are -- if -- I'll represent for the
21    record, different pressure graphs from the
22    Morse report.   And you've had a chance to
23    look at these, sir?
24           A.      Yes, I have.
```

1    Q.    And I apologize.  The last page
2  is actually a floor plan from the house at
3  9320 Scarborough Court; is that correct?
4    A.    That's correct.
5    Q.    Let me -- before we get to that
6  last page, let me ask you about these
7  pressure graphs.  And before you tell me the
8  specific opinions that you have, if any,
9  about the pressure graphs, what is it in
10  layman's terms about negative pressure versus
11  positive pressure about -- in terms of
12  building construction and moisture control?
13  What's important about the pressure?
14    A.    Well, air tends to flow from
15  areas of higher pressure to areas of lower
16  pressure.  In the Appendix H document, which
17  you've already showed me, Mr. Morse at the
18  beginning of this process wanted to have
19  pressures of .02 inches of water.  I believe
20  that's early on in the document, page --
21    Q.    Is that page 5?
22    A.    Yes, it's on page 5 of the
23  document.  And when he's talking about
24  remediation in the second paragraph on the

Confidential - Subject to Further Confidentiality Review

Page 52

1    page and it says, "A great benefit of the

2    ventilation is that it creates a slight

3    positive pressure, approximately .02 inches

4    of water static of five pascals.  This is

5    typical of commercial buildings.  A

6    commercial building the recommendation is to

7    run at .05 inches -- or .02 to .04 inches of

8    water to make sure that your conditioned air

9    stays in the building and you minimize the

10   infiltration air.  And this is not a high

11   enough pressure that you're always going to

12   overcome the wind, but in a -- it's been

13   shown to be effective as a control measure to

14   prevent infiltration or reduce the effects of

15   infiltration in commercial buildings.

16          So it's reasonable that .02 is

17   his target goal, but he was unable to achieve

18   his target goal.

19       Q.     Well, let me back up for a

20   second and dumb it down for me just a little

21   bit.  You're -- you're trying to achieve

22   positive pressure you said to counteract wind

23   pressure from outside.  How are you doing

24   that?  Do I have that right, and how are you

Confidential - Subject to Further Confidentiality Review

1    trying to accomplish that?

2         A.      Right.   You -- you accomplish

3    pressure balance in a building by either

4    supplying more exhaust -- by supplying more

5    air to the building than you're exhausting.

6    That would create a positive pressure.  Or if

7    you wanted to create a negative pressure, you

8    would exhaust more air from the interior of

9    the building than you supply to it.

10             So in a swimming pool situation

11   where we're trying to contain things, we're

12   trying to generate a negative pressure and we

13   typically try to generate something in the

14   order of .05 inches of water to .15 inches of

15   water.

16   BY MR. GORDON:

17        Q.     And that's because you want

18   the -- the humidity in that environment.

19        A.     Yes.  I want to try to make

20   sure that if there's any movement -- air

21   movement in my exterior walls or roof

22   assemblies, it's always outdoor air coming in

23   rather than this humid air and

24   chemically-laden air travelling out to a

Confidential - Subject to Further Confidentiality Review

1    colder place in the building and condensing

2    in a hidden location.  I can live with

3    surface condensation if there's a cold draft

4    somewhere and I've had a renovated swimming

5    pool where this one area of the wall gets wet

6    every winter.  If it gets wet on the surface,

7    it's a maintenance issue; it's not hidden

8    problems because it's condensing inside the

9    wall.

10        Q.    Okay.  With that backdrop,

11   turning your attention to these graphs from

12   Scarborough Court, 9320 Scarborough Court

13   that you have in front of you about pressure

14   differential, what, if anything, do you glean

15   from referring to these various pressure

16   differential charts?

17        A.    Well, first of all, again,

18   information to the right of the graph and in

19   the first graph, 20 -- 9320 Scarborough,

20   that's a little after the 6th of July.

21   That's from the setup.  So that is not

22   important information.

23            Now, in the written portion of

24   Mr. Morse's report, he states that he was

Confidential - Subject to Further Confidentiality Review

Page 55

1      able to achieve a pressure of .005, a quarter

2      of what he was looking to achieve initially

3      on.  And he has presented this document, this

4      first 9320, we see a squiggly line pressure

5      that is at approximately .05 inches of water

6      with some ups and downs.

7              If we look at the second

8      document, which is pressure for 9315, we see

9      that the characteristic of this is not .005

10     inches of water, it's closer to half that.

11     All the squiggly lines of pressure that

12     Mr. Morse has recorded here fall between zero

13     and .005.  So he's even less effective than

14     he had intended to be.

15              The same is true for the graphs

16     that -- the next two graphs, we have lot 3,

17     which is Louisiana houses, and we have a

18     rather jagged curve with a lot more variation

19     in pressure.  But as I look at lot 3, we

20     might be close to .005 inches of water as

21     Mr. Morse purports.  Again, with a lot of

22     transgressions, too, below zero, a negative

23     pressure.

24              But then, again, as we switch

Confidential - Subject to Further Confidentiality Review

1      now to looking at lot 4, the curve is much

2      different.  And we may, in fact, be lower

3      than .0025 if one were to average things out.

4            Q.     And that's another Louisiana

5      house, right?

6            A.     That's another Louisiana house.

7      Now, just this very data itself says to me

8      that Mr. Morse is in no way able to achieve

9      the intended pressure that he needed to

10     guarantee that there was always exfiltration

11     from this building and not infiltration.

12           Q.     Now, in these four examples,

13     these four houses, two in Louisiana and two

14     in Florida, were these occupied or unoccupied

15     homes to your knowledge?

16           A.     These were unoccupied homes.

17     And actually I believe that this data may be

18     extremely misleading; and that's because if

19     we look at the last page of this document,

20     which is a floor plan of 9320 Scarborough

21     Court, there is a little blue square legend

22     for the position of the manometer.  That's

23     the device that's measuring this pressure.

24           Q.     That's depicted sort of in the

Confidential - Subject to Further Confidentiality Review

```
 1     room that says family room?

 2           A.      That says family room.  And it

 3     has a blue box and an arrow and the arrow is

 4     pointing approximately in the same direction

 5     as the north arrow for the orientation of

 6     this house.  And the problem with this --

 7     I've measured building pressures in a number

 8     of instances.  And the wind is always blowing

 9     outside.  So in order to have a valid read of

10     what kind of pressure I actually have in the

11     house, I need to have more than one sensor.

12     I need to have at least two to be on opposite

13     sides of the building, opposite exposures, so

14     that I can tell if the wind pressure is

15     affecting the readings I'm taking.

16                 Now, these -- these .005

17     readings, this is a sneeze, basically, in

18     terms of pressure.  When I teach basic

19     airflow, I tell my students if you go up to a

20     door and you open the door a crack and you

21     put your hand up to it and you can barely

22     feel a little air movement, you're at about

23     .005 inches of water.  That's how little

24     airflow it is.  As opposed to a situation, a
```

Confidential - Subject to Further Confidentiality Review

1    pressure of, say, .25, that's a -- inches of

2    water, that's a very high pressure.  You're

3    going to have trouble opening that door.

4    That door is pushing back with enough force

5    that it's now difficult to operate.

6            So any of these pressures, any

7    of these measurements could simply be the

8    result of the prevailing wind at the time of

9    day that they're made.  A five-mile-an-hour

10   wind, a gentle breeze, the static pressure of

11   that air hitting one of these faces is much

12   greater than the .005 inches of water.  And

13   so when there's a negative pressure, if this

14   is on the leeward side of the building, just

15   could be the negative pressure of being on

16   the leeward side of the building is sucking

17   on this meter and saying, oh, I've got the --

18   I've got the positive pressure inside the

19   house that I'm looking for.  And if the

20   wind's going the other way, yes, that's

21   causing the zeros that are included in these

22   graphs.

23       Q.    Now, what, if any, effect would

24   activities of daily living coming from human

Confidential - Subject to Further Confidentiality Review

Page 59

1      occupancy have on these kinds of measurements

2      or these kinds of pressures?

3             A.      Well, there's -- there's two

4      basic things that can happen here, or perhaps

5      three that I can think of right away.  Any

6      time one opens a door or a window, one

7      overcomes all of the pressure control that

8      the system purports to generate.  If I were

9      to turn on, for instance, a dryer that was

10     vented to the outside -- the amount of

11     outdoor ventilation air that Mr. Morse

12     provides is typically in the range of a 60

13     CFM.  A typical dryer exhausts 100 CFM.  So

14     immediately while the dryer is running, I

15     have more exhaust than I have supply air.

16     I'm pulling the house to a negative

17     condition.

18             But the way mechanical systems

19     are designed for houses, these systems

20     typically have some central return area.  So

21     even the fact that all the occupants go to

22     their bedrooms and close the door, there's no

23     return air in those rooms, but there is

24     supply air.  So while the system is running,

Confidential - Subject to Further Confidentiality Review

Page 60

```
 1    it may positively pressurize that bedroom.

 2    But then because there's a lack of air

 3    returning to the main air handler, the main

 4    air handler's, in fact, sucking the rest of

 5    the house negative.  So there's really no

 6    evidence that this system is really stopping

 7    the infiltration of unconditioned outdoor

 8    air.

 9         Q.    Thank you, sir.  I would like

10    to turn your attention, if I may, to another

11    exhibit relating to this house at 9320

12    Scarborough Court in Florida.  This is

13    Plaintiffs' Exhibit P1.017-0048 through 51.

14    This is entitled building leakage test and

15    let me ask you if you've seen that before.

16         A.    Yes, I've seen this document.

17    It's one of four documents in Mr. Morse's

18    report that deal with the actual measured

19    pressure in houses that he is working on and

20    testing.

21         Q.    Are there any particular

22    irregularities or inaccuracies that you'd

23    like to call to the court's attention from

24    this report that are important to your
```

Confidential - Subject to Further Confidentiality Review

Page 61

1  opinion about the pressures he's trying to

2  maintain?

3      A.    Well, there are a couple of

4  issues about this related to other

5  calculations that Mr. Morse has done, but

6  this particular calculation is in error.

7  This testing result is not the least bit

8  valid.  If I look at the test result for

9  building leakage curve, it gives me a flow

10  coefficient --

11      Q.    That's No. 4 under test

12  results?

13      A.    That's No. 4 under test results

14  on the first page.  Says, "Flow Coefficient

15  (C)," and it gives a value, it says,

16  "Exponent (n)," and it gives a value of

17  .38 -- 318.  And then it has a correlation

18  coefficient of .844.

19            Now, this is a standard report

20  format.  This equipment -- this test was done

21  with a Minneapolis blower door, the same

22  equipment I use, but I don't use the standard

23  form here because this is almost automatic.

24  You can plug in -- some of the equipment will

Confidential - Subject to Further Confidentiality Review

1    automatically run this test.  But I know that

2    this test is wrong because the flow

3    coefficient can only be between the values of

4    .5 and 1.  It is a physical impossibility for

5    the flow --

6          Q.    The flow exponent?

7          A.    -- the flow exponent to be

8    .318.  That means the test is tainted.  The

9    results of this test are irrelevant.  When I

10   send my people out to the field with my

11   spreadsheet to do this, they enter the

12   numbers.  If I have a bad flow exponent,

13   there's a flag that says you've got a

14   problem, redo your test.

15         Q.    And so if I'm understanding

16   right, the point of this test is to measure

17   how tight or loose, so to speak, the building

18   is?

19         A.    That's correct.  And Mr. Morse

20   has characterized all of these houses as

21   being tight and not having enough natural

22   infiltration because they're so tight.  But

23   apparently he didn't look at his own report

24   because in the next section down,

Confidential - Subject to Further Confidentiality Review

Page 63

1    infiltration estimates, the average annual

2    rate for this house is .53 air changes per

3    hour.  That is a high value.  If this were a

4    real result that was valid, this would be a

5    house that would benefit from having air

6    tightening.  This is not a tight house to any

7    extent.

8              And the second house that was

9    tested under this protocol did have valid

10   results and its leakage rate was .33, I

11   believe, .32, .33.  I don't have those

12   results in front of me.  But that's close to

13   a leakage rate that provides sufficient

14   ventilation.

15             Now, there are two other tests

16   for houses in Louisiana and they record an

17   air leakage rate of .2.  Unfortunately those

18   houses were tested with somebody else's

19   blower door equipment and somebody else's

20   program and those tests do not report these

21   flow coefficients, nor do they report the

22   actual measurements that were taken on the

23   building so that I could determine whether or

24   not those tests were valid.  So we have four

Confidential - Subject to Further Confidentiality Review

Page 64

1    air tests; one of them is completely

2    unreliable.

3        Q.    All right.  Thank you, sir.  If

4    I can, I'd like to turn your attention to

5    another document that's been premarked as

6    Plaintiffs' Exhibit P1.017-0059.  It's

7    another one of these pretty color charts from

8    the Morse report and I'll ask you if you

9    recognize that?

10       A.    Yes.  This is a chart of the

11   equal -- or the wood moisture equivalent of

12   drywall in three houses at probe location 3.

13   This is 9315, 9320 and 9329, the control

14   house.

15       Q.    Now, let me ask you before we

16   get into your particular opinion about what's

17   depicted, the data depicted on this chart,

18   and ask you what exactly -- and if you can

19   explain this in layperson's terms, is wood

20   moisture equipment.  What are they trying to

21   accomplish or measure here?

22       A.    Well, there is a device that

23   uses electrical resistance to measure the

24   moisture content of wood.  And if that device

Confidential - Subject to Further Confidentiality Review

1   is calibrated to the specific species of wood

2   you're looking at, then you get a -- an

3   accurate reading of the moisture content of

4   wood.  When this pin meter is stuck into

5   gypsum board, it also gives a reading.  And

6   if the machines are calibrated by the

7   manufacturers appropriately, it is supposed

8   to give you a reading of wood moisture

9   content equivalent.  That means if I had --

10  whatever reading I have for wood moisture

11  content, let's say it's 10%, there is a

12  relative humidity of the environment that's

13  associated with that 10% reading on the gauge

14  and I would have moisture content in my

15  drywall that would be equivalent to that

16  drywall being exposed to the same humidity

17  conditions.

18         Q.     Thank you for that explanation.

19  Now, turning your attention back to this

20  Exhibit P1.017:59, is there anything about

21  this graph and the data depicted thereon that

22  you find inconsistent with Mr. Morse's report

23  or contradictory based on his report?

24         A.     Mr. Morse stated in his report

Confidential - Subject to Further Confidentiality Review

Page 66

1       that for Louisiana homes a wood moisture

2       equivalent of 10 to 12% was problematic in

3       terms of the drywall being too wet and having

4       the propensity for mold growth and showing

5       problems.  I know that these houses are not a

6       part of that area, but this, in fact, shows

7       that I have wood moisture equivalent levels

8       of 10 to 11% which fall into the range that

9       Mr. Morse says is a potentially dangerous

10      area.

11          Q.      Thank you, sir.  If I could,

12      I'd like to turn your attention back to the

13      topic we started with pretty early and that's

14      this WUFI, W-U-F-I, modelling or computer

15      simulation system that you talked about.  And

16      you reviewed, as I understand it, the WUFI

17      model -- or modelling that Mr. Morse reported

18      on or simulated in as part of his report,

19      right?

20          A.      Yes.  I received, a week and a

21      half or so ago, production of documents that

22      included three models of -- in WUFI that were

23      produced by Mr. Morse.

24          Q.      Okay.  Is there anything, you

Confidential - Subject to Further Confidentiality Review

1    know, without going exhaustively through the

2    WUFI simulations, done by Mr. Morse that

3    stands out in your mind as you sit here that

4    you'd like to inform the court about

5    concerning the accuracy or reliability of

6    that test that he did or that model that he

7    did?

8              MR. SANDERS:  Object to form.

9         A.    Mr. Morse provided three basic

10   models.  They represent houses in Florida,

11   Louisiana and Virginia.  Within each one of

12   those files he models at least two

13   conditions.  One are conditions prior to

14   installing this system to reduce interior

15   humidity.  And the second model is trying to

16   establish what would happen when he does

17   reduce the relative humidity in -- in the

18   space, but there are -- there are basic

19   errors in -- in two areas that make any

20   reliance on these models or the data produced

21   by these models completely erroneous.

22   BY MR. GORDON:

23        Q.    Well, tell me -- you said two

24   errors.  What -- what's the first of those?

Confidential - Subject to Further Confidentiality Review

 1         A.      Well, my recollections are that

 2    of three specific instances of material

 3    selection.  Looking at the models for

 4    Florida, Mr. Morse has attempted to model an

 5    exterior wall that consists of stucco, a

 6    concrete masonry unit or cinder block and

 7    interior finishes.  And in selecting

 8    materials for that cinder block, it of course

 9    has two face shells, one exterior, one

10    interior and an air space in between.

11                The first thing is that

12    Mr. Morse has selected a material called

13    aerated concrete for the face shells.  This

14    material is in no way representative of the

15    thermal and moisture and storage and

16    transmitting of the face shells of actual

17    concrete CMU.  So it's not representative of

18    the moisture flow one would get from outside

19    to inside.

20                In addition, he's made a

21    primary mistake in trying to model the air

22    space.  He's attempting to make an air space

23    that's approximately four- or five-inches

24    deep.  And there's no one material that he

Confidential - Subject to Further Confidentiality Review

Page 69

1     can -- he can select from WUFI that would

2     give him that dimension.  So instead he has

3     put three air spaces together.  This is

4     absolutely wrong, really a beginning mistake

5     in using the program.  And the effect of it

6     is that he has tripled the thermal resistance

7     of the air layer because each layer that he's

8     put in that has air has its own resistance;

9     whereas, the entire layer has a resistance

10    that's equivalent to only one of those

11    layers.  So that skews the results.

12              The third thing that I recall

13    that is important also is in regard to the

14    Virginia homes, Mr. Morse's report

15    specifically says that the Virginia homes

16    have vinyl siding yet he has modelled the

17    siding in those models with wood siding.  But

18    more importantly, underneath the wood siding

19    as the next layer in the system, he has

20    included a polyethylene sheet.  Now, this is

21    a very strong vapor retarder and also

22    resistant to liquid water flow.  And the

23    position of that material in this model

24    causes the rest of the assembly inboard to

Confidential - Subject to Further Confidentiality Review

1    respond more to the interior environmental

2    conditions and not to be influenced at all by

3    exterior conditions.  And I don't believe

4    that there is any house-wrap material -- I

5    don't know exactly what was used on these

6    houses, but I don't believe there's anything

7    that says "vapor impermeable"; that is,

8    resists the flow of moisture, that's

9    available to put on the outside of these

10   buildings.

11        Q.    Thank you, sir.  Was there

12   anything else about the modelling with

13   respect to the size of any of the houses

14   modelled that bears on your opinions?

15        A.    Yes.  Mr. Morse has used the

16   160P simulation for modelling indoor

17   environments.

18        Q.    If I may, just let me interrupt

19   you and for the record mark -- what Mr. Cash

20   has ably marked as Plaintiffs' P1-1796, et

21   seq, and ask you if you recognize this ASHRAE

22   Standard document?

23        A.    Yes, I do.  This is Standard

24   160-2009.  This is the first official issue

Confidential - Subject to Further Confidentiality Review

Page 71

1    of this Standard.  This has been proposed and

2    debated and reviewed for several years now.

3    And back when my -- I first went to meet with

4    the developers of WUFI in 2005, this was

5    offered as potentially coming as soon as the

6    Standard was approved.  And I lobbied to have

7    them incorporate this calculation mechanism

8    into WUFI because when it's used correctly,

9    there's the ability to generate interior

10   environments for WUFI that are more

11   representative of buildings.  The things that

12   I had been doing outside of WUFI separately

13   and having to bring back into WUFI could be

14   done by properly using the features that were

15   built into the Standard.

16        Q.     Thank you, sir.  I'm sorry I

17   interrupted you.  You were talking about the

18   Louisiana homes, I think, and the size

19   estimates or the size measures used by

20   Mr. Morse in modelling those houses.

21        A.     Yes.  Specifically when you

22   deal with 160P, it appears to me that

23   Mr. Morse has chosen all the default values.

24   So, for instance, when we look at the air

Confidential - Subject to Further Confidentiality Review

1      change rate of the house, it's .2.  That's a

2      standard value.  Well, he has other

3      measurements for these houses which he could

4      use, but he's using this standard of .2.  The

5      other thing in relation to that is that the

6      total airflow available through the houses is

7      also related not only to that air change rate

8      but to the size of the building.

9                  Now, Mr. Morse has selected the

10     default settings in WUFI and those are for a

11     house of volume of about 17,000 cubic feet as

12     I recall.  And from some of Mr. Morse's

13     literature, the houses he's actually looking

14     at are in the 33,000- to 36,000-cubic-feet

15     range.

16          Q.    Well, what's wrong with using

17     the default settings?  I mean, that's what

18     they're there for, right?

19          A.    Well, in this instance, and

20     it's very clear if you look at the modelling

21     for the Virginia houses, if I -- in

22     Mr. Morse's settings, except when the H --

23     the AC system is running, the relative

24     humidities in the houses are very high.  It

Confidential - Subject to Further Confidentiality Review

Page 73

```
 1    peaks at about 95%.  That's an artificial

 2    limit that is programmed in, because if you

 3    do the math for the moisture generation and

 4    the ventilation rates, you get relative

 5    humidities that over -- are over 100.  And if

 6    we look on the graphs of these control

 7    houses, we see that the actual relative

 8    humidity in the house is closer to 70%.

 9         Q.    So those -- those numbers,

10    those 90 or 95% numbers of relative humidity

11    in his model are wrong because he chose a

12    default setting that was inaccurate?

13         A.    That's correct.

14         Q.    Garbage in, garbage out?

15         A.    Garbage in, garbage out.

16               MR. SANDERS:  Object to form.

17         A.    I put a setting of a more

18    accurate representation of the volume of the

19    house for the Virginia houses.  And because

20    the weather in Virginia is cooler, those

21    houses are much drier during the cool weather

22    and the height of those relative humidity

23    curves are reduced.  And this is important

24    because all Mr. Morse is doing in this
```

Confidential - Subject to Further Confidentiality Review

1    comparison is trying to compare houses that

2    don't have his system with houses that now he

3    artificially sets the level of maximum

4    relative humidity to the level that he's

5    proposed in his control system.

6              MR. SANDERS:  I'm just going to

7         say I asked him specifically at the

8         deposition whether he had tinkered

9         with or changed the inputs and he just

10        said he put a setting and didn't

11        change the inputs.

12             MR. GORDON:  You can object.  I

13        don't want to interrupt my --

14             MR. SANDERS:  I'm going to

15        object to this testimony based on it

16        not been produced previously.

17             MR. GORDON:  Overruled.  Let's

18        keep going.

19   BY MR. GORDON:

20        Q.    Were you finished, sir?

21        A.    Yes.  I didn't run the model.

22   I changed the setting to show what -- to see

23   what the effect would be for that particular

24   condition.

Confidential - Subject to Further Confidentiality Review

Page 75

```
 1                 So all he is attempting to do
 2    is show that, yes, if I artificially lower
 3    the relative humidity in the space, I will
 4    get some change in moisture content by the
 5    calculation.  But as I said before, any
 6    opinions or conclusions based on those
 7    calculations are based on calculations that
 8    are full of air.  And I would -- for what he
 9    was trying to do, I -- I understand perfectly
10    well that if I -- if I have a more humid
11    environment that I put a piece of gypsum
12    board in and I compare that to a less humid
13    environment, I'm going to get some reduction
14    in moisture.  But there's nothing
15    quantitative that can be derived from his
16    model.
17         Q.    Based on the errors and
18    inaccuracies in the WUFI model as designed by
19    Mr. Morse and based on your years of
20    experience and training and teaching use of
21    the WUFI computer-simulation system, do you
22    have an opinion about whether or not any
23    valid opinions can be derived from
24    Mr. Morse's WUFI model?
```

Confidential - Subject to Further Confidentiality Review

Page 76

```
1          A.      I can't see how any value --
2    valuable opinions or reliable opinions can be
3    developed from these particular models.
4          Q.      And just to sum up and I'm
5    going to pass the witness, I'd like to ask
6    you, based on your education, knowledge,
7    training and experience in the field of
8    engineering in general and with respect to
9    moisture control issues in residential and
10   commercial buildings and based on your review
11   of the environmental control system proposed
12   by Mr. Morse, do you have an opinion within a
13   reasonable degree of engineering certainty as
14   to whether or not the ECS system has any
15   validity for remediating Chinese-manufactured
16   drywall houses?
17               MR. SANDERS:  Object to form;
18        foundation.
19         A.      To a reasonable degree of
20   engineering certainty, Mr. Morse's system
21   fails to provide key components of control
22   that he initially set out to use to control
23   sulphur emissions or control corrosions and
24   the system is just not going to work as he
```

Confidential - Subject to Further Confidentiality Review

1    intended or would like to have it work.

2              MR. GORDON:  Thank you, sir.  I

3         have nothing further at this time.

4              Take a short break.

5              THE VIDEOGRAPHER:  Time now is

6         approximately 2:21 p.m. and we are now

7         off the record.

8              (Recess taken, 2:21 p.m. to

9         2:31 p.m.)

10             THE VIDEOGRAPHER:  This is the

11        beginning of Tape 3 of the videotaped

12        trial deposition of Mr. Edward Lyon.

13        Time now is approximately 2:31 p.m.,

14        and we're back on the record.

15                   CROSS-EXAMINATION

16   BY MR. SANDERS:

17        Q.    Mr. Lyon, do you have a degree

18   in mechanical engineering?

19        A.    That's correct.

20        Q.    You're not a materials

21   scientist, are you?

22        A.    No, I'm not.

23        Q.    You're not a metallurgist

24   either?

Confidential - Subject to Further Confidentiality Review

Page 78

1        A.      No.

2        Q.      And your -- you don't have any

3    particular expertise in corrosion as it

4    relates to sulphur or sulfide compounds,

5    correct?

6        A.      Not in relation to sulphur or

7    sulfide compounds, that's correct.

8        Q.      With respect to this -- this

9    case and your opinions with -- regarding the

10   houses, you haven't visited the homes in

11   Virginia, have you?

12       A.      No, I have not.  Others in my

13   office have visited those houses and I've

14   conversed with Mr. Bailey and read his notes

15   on visits to houses.

16       Q.      You haven't gone through the

17   houses and looked at or studied the dynamics

18   of the house and the moisture barriers and

19   the walls or anything like that yourself?

20            MR. GORDON:  Object to the

21       form; compound.

22       A.      No, I haven't, but others from

23   my office are onsite and observing those

24   conditions.

Confidential – Subject to Further Confidentiality Review

Page 79

1      BY MR. SANDERS:

2           Q.     You also haven't been in one of

3      the houses with the ECS system installed.

4           A.     That's correct.

5           Q.     And have you gathered -- do you

6      have any data with respect to the levels of

7      H2S that are measured in -- in the houses?

8           A.     Not any measurements that I've

9      made myself.

10          Q.     What's your understanding of --

11     of the levels of -- of sulphur compounds or

12     H2S in particular in the houses?

13          A.     That they are high enough to

14     cause odor-related issues and corrosion.

15          Q.     You don't have a numeric value

16     on that and you're not aware of what it is?

17          A.     I could not quote you an exact

18     value, no.

19          Q.     Your experience to the extent

20     it's -- involve corrosion seems to be

21     primarily associated with natatoriums or pool

22     environments.

23               MR. GORDON:   Object to the

24          form.

Confidential - Subject to Further Confidentiality Review

Page 80

1          A.      My experience with corrosion is

2    related to water-leakage events and

3    condensation events on a variety of

4    materials, steel.  I also deal with roofing

5    and other systems with other metals.

6    BY MR. SANDERS:

7          Q.      And that's not particularly

8    focused on electrical wiring or copper or

9    silver components?

10                 MR. GORDON:  Object to the

11         form.

12         A.      No, not in particular to

13    electronic components or wirings.

14    BY MR. SANDERS:

15         Q.      And I think you -- you

16    mentioned that you've done work with pools,

17    in particular in cold weather environments?

18         A.      Yes.

19         Q.      You indicated that you, I

20    think, supervise more than 14 WUFI licenses.

21         A.      That's correct.

22         Q.      And you obviously indicated

23    your experience with WUFI and your critique

24    of Mr. Morse's WUFI analysis, correct?

Confidential - Subject to Further Confidentiality Review

Page 81

1          A.      That's correct.

2          Q.      You haven't run any WUFI

3    analysis of yourself -- yourself of the

4    Virginia homes, have you?

5          A.      No, I haven't and I wouldn't

6    until I see a particular point in doing that.

7    And likely, if there was a point, one can use

8    existing condition data to get a better

9    indication of the performance of the walls

10   and that would probably be more indicative of

11   specific questions that people were

12   interested in studying.

13         Q.      And similarly you haven't done

14   any -- any WUFI analysis of the ECS system?

15         A.      That's correct.

16         Q.      And you haven't done --

17         A.      Same -- same issues I just

18   stated.

19         Q.      And you haven't done any ECS

20   analysis of any home in Florida or Louisiana

21   with the ECS system installed?

22         A.      A WUFI analysis on those?

23         Q.      Of the house, in the houses in

24   which --

Confidential - Subject to Further Confidentiality Review

Page 82

1        A.      No, I have not.

2        Q.      And the WUFI analysis done by

3    Mr. Morse was essentially a model, right?

4        A.      That's correct.  It's a model

5    to simulate the construction of the wall

6    assembly.

7        Q.      And it didn't incorporate data

8    or real data that's been gathered in the

9    field or a part of the measurements that are

10   being taken at the houses?

11       A.      No, he didn't use actual field

12   weather conditions or data.

13       Q.      Based on your experience, you'd

14   expect that as the relative humidity

15   decreases in a house, building materials and

16   the moisture level also decreases, correct?

17       A.      That's correct.  It's basic

18   physics.

19       Q.      And the data I think that you

20   looked at previously -- let's take for

21   example what's been marked as P1.017-0059 --

22   is a probe location and in one control house.

23       A.      58, 5 --

24              MR. SANDERS:  The one that says

Confidential - Subject to Further Confidentiality Review

1          Probe Location 3.

2          A.      Probe -- oh, 59.  I'm sorry, it

3     looked like a four when I was looking at it.

4     Yes.  Okay.  I have the document you were

5     referring to.

6     BY MR. SANDERS:

7          Q.      That's -- that's data that's

8     similar to the data that's been reported in

9     the Morse report that you've reviewed,

10    correct?

11         A.      Yes, this is from the Morse

12    report.

13         Q.      And just as you -- you

14    indicated, this shows that -- at least where

15    this probe location is, the absolute humidity

16    or the wood moisture equivalent is lower in

17    ECS homes than the control home?

18         A.      Yes.  This shows that the wood

19    moisture equivalent is lower by these

20    measurements.

21         Q.      Okay.

22         A.      But there can also be

23    variations in the gypsum board materials that

24    can affect exactly how much these levels are.

Confidential - Subject to Further Confidentiality Review

Page 84

1    It is -- by this graph it's lower.

2         Q.     Well, going to one of your

3    plaintiffs' exhibits -- hold on.   Scratch

4    that.

5              And I think you commented on a

6    measure with respect to houses in Louisiana

7    and a threshold of 10 to 12, correct, in

8    moisture content in the walls?

9              MR. GORDON:   Object to the

10        form.

11   BY MR. SANDERS:

12        Q.     You said there was an opinion

13   that if it's over --

14        A.     Yes, I recall an opinion in

15   Mr. Morse's report where he's expounding on

16   moisture problems and potential mold and

17   mildew problems and he states that in the

18   Louisiana houses, there were problems at the

19   10 to 12 range for wood moisture equivalent.

20        Q.     And the document you were

21   looking at, P1.017-59, measures that in the

22   Port St. Lucie, Florida, homes, correct?

23        A.     Yes.   These are the 9315, 9320,

24   9329, that's Port St. Lucie.

Confidential - Subject to Further Confidentiality Review

Page 85

1              MR. SANDERS:  Would you mark

2        this as Lyon Trial Exhibit 1.

3              (Whereupon, Deposition Exhibit

4        KPT-Lyon-1, Morse Drywall Moisture

5        Content Graphs, was marked for

6        identification.)

7              MR. GORDON: Might want to call

8        it KPT.

9              MR. SANDERS:  KPT.  That's

10       fine.  KPT.

11  BY MR. SANDERS:

12       Q.    Could you please take a look at

13  what I've marked as KPT-Lyon Trial Exhibit

14  No. 1, and can you confirm for me that this

15  is additional drywall moisture content data

16  from the Louisiana homes.

17       A.    Yes.  This is a second floor

18  thermostat average drywall moisture content,

19  Lot 3, Lot 4, Lot 22.  I understand that to

20  be Louisiana houses.  And then there's a

21  second floor thermostat and third floor

22  thermostat.

23              MR. GORDON:  You have an extra

24        one?  If not, I can look at the main

Confidential - Subject to Further Confidentiality Review

1          report.  Is that extra?

2     BY MR. SANDERS:

3          Q.     And you reviewed this data

4     prior to providing this testimony, correct?

5          A.     I've seen this data, yes.

6          Q.     And the levels of moisture

7     content of the ECS homes are generally ones

8     controlled below that 10 or even below 8 or 9

9     with moisture equivalent, correct?

10               MR. GORDON:  Object to the

11          form.

12          A.     On these two particular plots,

13     yes.  He has achieved a condition below the

14     level of 10.  But I'd have to check the exact

15     placement of -- of this probe because it does

16     say by a second floor thermostat and that is

17     likely to be an interior wall, if I recall

18     right.  And the other probes may be exterior

19     walls.

20     BY MR. SANDERS:

21          Q.     But these three, the second

22     floor thermostat, the third floor thermostat

23     and the first floor ceiling, are all below

24     that 9 -- that 10 to 12 level that we earlier

Confidential - Subject to Further Confidentiality Review

Page 87

1    discussed?

2         A.    That's correct.  One doesn't

3    often see mold problems on interior walls

4    from high moisture unless there's something

5    else really seriously wrong with the house.

6         Q.    I appreciate that.

7               You mentioned also -- you made

8    reference to the ASHRAE Standard 92.  And I

9    believe you read from that Standard with

10   respect to the -- what you called as a

11   requirement for relative humidity and

12   cooling.

13        A.    Yes, that's ASHRAE Standard

14   90.2, not 92.

15        Q.    And that standard reads that,

16   "If additional energy-consuming equipment is

17   provided for reducing humidity, it shall be

18   equipped with controls capable of being set

19   to prevent energy from being used to produce

20   a relative humidity within the space below

21   50% during periods of human occupancy and

22   below 60% during unoccupied periods,"

23   correct?

24        A.    Yes, that's what I recall the

Confidential - Subject to Further Confidentiality Review

1    text.

2        Q.      Did you look and do you know

3    whether the equipment that's comprised --

4    comprises the ECS system is capable of

5    producing relative humidity below 50% and

6    below 60%?

7            MR. GORDON:   Object to the

8        form.

9        A.      Let me see if I understand your

10   question.  You're asking me if the equipment

11   is capable of controlling -- being set to

12   control less than 50 to 60%; is that correct?

13   BY MR. SANDERS:

14       Q.      Well, the Standard says, "It

15   shall be equipped with controls capable of

16   being set to prevent energy from being used

17   to produce a relative humidity within the

18   space below 50%."

19            Is the equipment that comprises

20   the ECS equipped with controls capable of

21   being set that way?

22       A.      Okay.  That's a different

23   question than you asked me the first time.  I

24   have not seen the exact controller that is

Confidential - Subject to Further Confidentiality Review

Page 89

1    used here.  That's part of an issue of how is

2    this equipment controlled.  I believe

3    Mr. Bailey has seen that equipment and it

4    wouldn't surprise me that if it can be set to

5    40%, it can be set to some other level within

6    a range of 50 to 60%.

7         Q.    Are you aware of whether or not

8    the state of Virginia has adopted ASHRAE

9    90.2?

10        A.    At this time I don't know

11   specifically if that Standard has been

12   accepted in the state of Virginia.

13        Q.    Are you aware of whether any of

14   the communities in which the Virginia homes

15   have been built, whether they've adopted

16   ASHRAE 92 --

17              MR. GORDON:  Object to the

18         form.

19   BY MR. SANDERS:

20        Q.    -- 90.2?

21        A.    I do not know at the moment

22   whether any of those states have adopted the

23   code.

24        Q.    You've reviewed some of the

Confidential - Subject to Further Confidentiality Review

Page 90

1    data, at least, with respect to the copper

2    corrosion or corrosion coupons.  And you'd

3    agree that the testing shows that there's a

4    reduction in corrosion in ECS homes as

5    compared to the test home?

6              MR. GORDON:  Object to the

7         form; beyond the scope of direct.

8              You can answer.

9         A.    I recall reviewing some of that

10   material, not being a corrosion expert, but I

11   do recall that there are variations in the

12   formation of tarnishes on those coupons and

13   it seems to be less in certain instances than

14   in others.

15   BY MR. SANDERS:

16        Q.    And you talked about the levels

17   of reduced sulphur gases in the house and I

18   think you said that, based on those levels,

19   you thought filtration was not working,

20   correct?

21        A.    That's correct.  There were low

22   levels and small differences.

23              MR. SANDERS:  Mark this as Lyon

24        Trial Exhibit 2.

Confidential - Subject to Further Confidentiality Review

1              MR. GORDON:   KPT.

2              MR. SANDERS:   KPT-Lyon Trial

3         Exhibit 2.

4              (Whereupon, Deposition Exhibit

5         KPT-Lyon-2, Appendix H of Dr. Goad's

6         Report, was marked for

7         identification.)

8    BY MR. SANDERS:

9         Q.    If you could take a look at

10   what I've marked as KPT-Lyon Trial Exhibit 2,

11   it's Appendix H of Dr. Goad's report.  Have

12   you reviewed this data before?

13        A.    I don't think I specifically

14   reviewed this data.  Again, concentrations of

15   gases and the exact effect of these

16   measurements are -- are something that falls

17   outside of my area of expertise in terms of

18   the impact of what these levels mean, so I

19   didn't look at these documents particularly

20   closely.

21        Q.    Well, you gave an opinion

22   that -- that the filtration doesn't work

23   because of the levels of sulphur gases inside

24   versus outside.  And these are those -- these

Confidential - Subject to Further Confidentiality Review

Page 92

1     are those results.  So you're telling me you

2     did not look at them?

3                    MR. GORDON:  Object to the

4          form; asked and answered.

5          A.     I reviewed the written text by

6     Mr. Goad and there's a point in that text

7     where he explains that the levels indoors are

8     roughly equivalent to what's outdoors.

9     BY MR. SANDERS:

10         Q.     Okay.  Well, looking at --

11    looking at this exhibit, 9315, which is the

12    first one, you have a pre-remediation level

13    inside that's roughly over 2, correct?

14         A.     Pre-remediation over 2, yes.

15         Q.     And then there's some testing

16    done after that outside which provides

17    different -- different levels, one and a

18    half, 1, but also fluctuates significantly

19    more than inside, correct?

20         A.     That's correct.

21         Q.     And then after the test --

22    after the remediation system is installed,

23    there is a five-day period under which the

24    TRS monitor is run and there's some

Confidential - Subject to Further Confidentiality Review

1    fluctuation but the average is slightly over

2    1 based on this data, correct?

3              MR. GORDON:   Object to the

4         form.

5         A.    That's what appears to be put

6    on this graph, yes.

7         Q.    Okay.

8         A.    But if I'm allowed to interpret

9    this graph a little further, there isn't any

10   pre-measurement outdoor sampling or

11   concurrent outdoor sampling with the

12   pre-remediation levels and there's no

13   concurrent sampling with the post-remediation

14   levels.  And as I look at this graph, I see

15   that things are very high at the beginning,

16   and including outdoor levels are very low at

17   the end.  And this would suggest to me that

18   it's possible that high levels at the

19   beginning were caused by some sort of outdoor

20   conditions being high and towards the end

21   where things get better, hey, outdoor

22   conditions are lower.

23   BY MR. SANDERS:

24        Q.    But you hadn't previously

Confidential - Subject to Further Confidentiality Review

1    reviewed this when you gave that opinion

2    before?

3        A.    I didn't give that opinion

4    before -- I mean, my opinion before is not

5    based on this document.  You're showing me

6    this document and I'm looking at it and I

7    told you, you know, as far as what the levels

8    are on the significance of different numbers,

9    I don't know.  I'm looking at the transition

10   of data here and this -- my opinion here is

11   based on what I know about the lag time that

12   it takes for certain pollutants in indoor

13   environments to be swept away with

14   ventilation.  And this is consistent with a

15   period of time -- it's very much like -- like

16   moisture.  When it's really humid outside,

17   your building will sort of pick up moisture

18   from that and then it starts to dry out but

19   your building will lag that drying out.  So

20   this is the same kind of swing that could

21   occur.  And without being able to see

22   concurrent data, you know, I don't know

23   what's driving the equations or the readings.

24       Q.    And so there isn't any

Confidential - Subject to Further Confidentiality Review

Page 95

1    concurrent data that would give you an

2    ability to say that the outside is really

3    impacting the inside?

4         A.     No, there's no data recorded

5    here.  No.  Just the general trend.

6         Q.     And you don't have a number or

7    any opinion about the level at which you

8    would have to reduce sulphur or sulphur gases

9    inside a home that would --

10        A.     I don't have --

11               MR. GORDON:  Let him finish.

12   BY MR. SANDERS:

13        Q.     -- that would impact the

14   corrosion on copper?

15        A.     I don't have an opinion on the

16   appropriate levels and I haven't seen, you

17   know, a real substantial document that says,

18   hey, you know, this -- this is a cutoff

19   level.

20        Q.     You talked about Roger Morse's

21   report and the pressure levels that were

22   achieved by the ECS system and that it was

23   less than what was in the May document which

24   was the goal for which the system was set up,

Confidential - Subject to Further Confidentiality Review

Page 96

1      correct?

2          A.      That's correct.  Although I --

3      you know, I don't think he achieves pressure

4      control.

5          Q.      So essentially the vent -- the

6      pressure is -- isn't controlled; it's about

7      even or it's about at almost close to zero,

8      right?

9          A.      It's very small and easily

10     overcome by different conditions.

11         Q.      So if the ECS system works in

12     that it controls copper, that pressure issue

13     isn't really significant to it.

14              MR. GORDON:  Object to the

15         form; calls for speculation.

16         A.      Yeah, I -- I don't really

17     mean -- I don't know what you mean by

18     controls copper.

19     BY MR. SANDERS:

20         Q.      Controls copper corrosion.

21         A.      The -- from what I saw, the

22     coupons, there's some reduction.  There's

23     certainly not an elimination of -- of visual

24     corrosion on these coupons.

Confidential - Subject to Further Confidentiality Review

Page 97

```
1          Q.     But if -- if there is a

2    reduction to a point at which there's not a

3    problem, given the data that we've generated

4    with respect to the actual pressure that's

5    been achieved or not pressure as you've said

6    it, that's not a significant component to

7    achieving that goal?

8                    MR. GORDON:  Objection to form;

9          compound, complex, lack of foundation.

10         A.     Well, you -- you have a number

11   of potential variables here.  I'm not sure

12   which ones are the appropriate ones to reduce

13   your -- your conditions, other than, yes, if

14   it's wetter, if it's more humid, it makes

15   sense.  That's usually a corrosion

16   accelerator.

17                    MR. SANDERS:  That's all I

18         have.

19                    REDIRECT EXAMINATION

20   BY MR. GORDON:

21         Q.     Just very briefly, sir, do you

22   remember Mr. Sanders asked you a question

23   near the beginning of his cross-examination

24   concerning the WME or wood moisture
```

Confidential - Subject to Further Confidentiality Review

Page 98

1    equivalent numbers in Louisiana homes in this

2    range of 10 to 12?  Do you recall that?

3          A.     Yes, I do.

4          Q.     I want to show you what's been

5    premarked as Plaintiffs' Exhibit P1.017-0001,

6    et seq, and on page 8 of that document I

7    point your attention to the third full

8    paragraph.  I ask you to read that paragraph

9    and let me ask you a question about it.

10         A.     The third full paragraph.

11   "Prior to installation of the Environmental

12   Control System, the moisture content of

13   drywall in Florida houses was found to be in

14   the range of 14 to 20 wood moisture

15   equivalent.  Measurements taken in Louisiana

16   homes found moisture levels in drywall to be

17   in the range of 10 to 12 WME" -- wood

18   moisture equivalent -- "during November,

19   after heat and humidity in the outdoor

20   environment had moderated for the summer

21   conditions but were still extreme enough to

22   cause moisture issues in the houses."

23         Q.     So does that refresh your

24   recollection having read that, sir, as to

Confidential - Subject to Further Confidentiality Review

1    your earlier statements concerning

2    Mr. Morse's opinion about wood moisture

3    equivalent levels in Louisiana homes still

4    being problematic?

5         A.    Yes.   Mr. Morse is saying that

6    a wood moisture equivalent level in drywall

7    of 10 to 12 is still problematic for the

8    issues he's discussing.

9              MR. GORDON:   Thank you, sir.

10        That's all I have.

11             THE VIDEOGRAPHER:   Time now is

12        approximately 2:56 p.m.   Today's

13        deposition of Mr. Ed Lyons consisting

14        of three tapes is now concluded.

15             (Deposition concluded at

16        2:56 p.m.)

17             - - - - - - -

18

19

20

21

22

23

24

Confidential - Subject to Further Confidentiality Review

Page 100

```
 1                      CERTIFICATE

 2

 3            I, MICHEAL A. JOHNSON, Registered
      Professional Reporter, Certified Realtime
 4    Reporter and Notary Public, do hereby certify
      that prior to the commencement of the
 5    examination, EDWARD G. LYON, P.E. was duly
      sworn by me to testify to the truth, the
 6    whole truth and nothing but the truth.

 7            I DO FURTHER CERTIFY that the
      foregoing is a verbatim transcript of the
 8    testimony as taken stenographically by and
      before me at the time, place and on the date
 9    hereinbefore set forth, to the best of my
      ability.
10
              I DO FURTHER CERTIFY that I am
11    neither a relative nor employee nor attorney
      nor counsel of any of the parties to this
12    action, and that I am neither a relative nor
      employee of such attorney or counsel, and
13    that I am not financially interested in the
      action.
14

15

16

17    _____
      MICHEAL A. JOHNSON,
18    NCRA Registered Professional Reporter
      NCRA Certified Realtime Reporter
19    Certified LiveNote Reporter
      LA Certified Court Reporter #29026
20
      Dated: February 8, 2010
21

22

23

24
```

Confidential - Subject to Further Confidentiality Review

```
 1              ACKNOWLEDGMENT OF DEPONENT

 2

 3

 4              I, EDWARD G. LYON, P.E., do hereby
         certify that I have read the foregoing pages
 5       and that the same is a correct transcription
         of the answers given by me to the questions
 6       therein propounded, except for the
         corrections or changes in form or substance,
 7       if any, noted in the attached
         Errata Sheet.

 8

 9

10

11

12       _____
         EDWARD G. LYON, P.E.              DATE
13

14

15       Subscribed and sworn to before me this

16       _____ day of _____, 20 _____.

17       My commission expires: _____

18

19       Notary Public

20

21

22

23

24
```

Confidential - Subject to Further Confidentiality Review

```
1                    - - - - - -
                        ERRATA
2                    -- - - - - -

3      PAGE   LINE      CHANGE

4      ____   ____      _____

5      REASON:          _____

6      ____   ____      _____

7      REASON:          _____

8      ____   ____      _____

9      REASON:          _____

10     ____   ____      _____

11     REASON:          _____

12     ____   ____      _____

13     REASON:          _____

14     ____   ____      _____

15     REASON:          _____

16     ____   ____      _____

17     REASON:          _____

18     ____   ____      _____

19     REASON:          _____

20     ____   ____      _____

21     REASON:          _____

22     ____   ____      _____

23     REASON:          _____

24
```

Confidential - Subject to Further Confidentiality Review

1
- - - - - -- -
LAWYER'S NOTES
2
- - - - - -- -

3   PAGE   LINE

4   ____   ____   _____

5   ____   ____   _____

6   ____   ____   _____

7   ____   ____   _____

8   ____   ____   _____

9   ____   ____   _____

10  ____   ____   _____

11  ____   ____   _____

12  ____   ____   _____

13  ____   ____   _____

14  ____   ____   _____

15  ____   ____   _____

16  ____   ____   _____

17  ____   ____   _____

18  ____   ____   _____

19  ____   ____   _____

20  ____   ____   _____

21  ____   ____   _____

22  ____   ____   _____

23  ____   ____   _____

24  ____   ____   _____