Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0327

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Standard Pacific Homes, dba Standard Pacific of Colorado, Inc., a Delaware Corporation
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: California ) ss.
County of: Orange )

**Name of Server:** Shawn O'Malley, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 4 day of February, 20 10, at 3:34 o'clock P.M

**Place of Service:** at 26 Technology Drive, in Irvine, CA 92618

**Documents Served:** the undersigned served the documents described as:
Summons and Complaint; Exhibits

**Service of Process on:**
**Person Served, and Method of Service:** A true and correct copy of the aforesaid document(s) was served on:
Standard Pacific Homes, dba Standard Pacific of Colorado, Inc., a Delaware Corporation
By delivering them into the hands of an officer or managing agent whose name and title is: Peggy Yasloff, receptionist

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color Caucasian ; Hair Color Red ; Facial Hair ___
Approx. Age 50s ; Approx. Height 5'7" ; Approx. Weight 150
☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 9 day of February, 20 10

Notary Public    8/5/2011    (Commission Expires)

APS International, Ltd.

TAMARA A. MORALES
Commission # 1760528
Notary Public - California
Orange County
My Comm. Expires Aug 5, 2011