Confidential - Subject to Further Confidentiality Review

Page 1

1        IN THE UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF LOUISIANA
2

3      _____ §   MDL NO. 2047
       IN RE:                   §
4      CHINESE-MANUFACTURED      §   SECTION: L
       DRYWALL PRODUCTS          §
5      LIABILITY LITIGATION      §   JUDGE FALLON
       _____ §   MAG. JUDGE WILKINSON
6

7                     — — —

8           FRIDAY, FEBRUARY 12, 2010

9                — CONFIDENTIAL —
       SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
10
                 TRIAL TESTIMONY
11
                      — — —
12

13           Videotaped deposition of JONATHAN R.

14     BARNETT, Ph.D., P.E., held at the offices of

15     Gainsburgh, Benjamin, David, Meunier &

16     Warshauer, LLC, 2800 Energy Centre, 1100

17     Poydras Street, New Orleans, Louisiana,

18     commencing at 11:19 a.m., on the above date,

19     before Michael E. Miller, Certified Court

20     Reporter, Registered Diplomate Reporter,

21     Certified Realtime Reporter.

22                    — — —

23           GOLKOW TECHNOLOGIES, INC.
         877.370.3377 ph | 917.591.5672 fax
24              deps@golkow.com

Confidential - Subject to Further Confidentiality Review

Page 2

1          UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF VIRGINIA
2

   MICHELLE GERMANO; DENNIS        §
3  JACKSON; SHARON JACKSON;        §
   JASON DUNAWAY; LISA DUNAWAY;    §
4  Individually, and on behalf     §
   of all other similarly          §
5  situated,                       §
                                   §
6           Plaintiffs,            §
                                   §
7  vs.                             §    2:09cv202
                                   §
8  TAISHAN GYPSUM CO. LTD.         §
   f/k/a SHANDONG TAIHE DONGXIN    §
9  CO. LTD.; VENTURE SUPPLY,       §
   INC.; HARBOR WALK               §
10 DEVELOPMENT, LLC; and THE       §
   PORTER-BLAINE CORP.,            §
11                                 §
            Defendants.            §
12

13 _____

14

15

16

17

18

19

20

21

22

23

24

Confidential - Subject to Further Confidentiality Review

```
 1    A P P E A R A N C E S :
 2        LEWIS & ROBERTS, PLLC
          BY:  DANIEL K. BRYSON, ESQUIRE
 3             dkb@lewis-roberts.com
          3700 Glenwood Avenue
 4        Suite 410
          Raleigh, North Carolina 27612
 5        (919) 981-0191
          Counsel for Plaintiffs
 6
 7        BAKER & McKENZIE, LLP
          BY:  DOUGLAS B. SANDERS, ESQUIRE
 8             douglas.b.sanders@bakernet.com
          One Prudential Plaza, Suite 3500
 9        130 East Randolph Drive
          Chicago, Illinois 60601
10        (312) 861-8000
          Counsel for Knauf Plasterboard
11        Tianjin Company, Ltd.
12
          THOMPSON, COE, COUSINS & IRONS, LLP
13        BY:  SUZANNE M. PATRICK, ESQUIRE
               spatrick@thompsoncoe.com
14             (via teleconference)
          One Riverway
15        Suite 1600
          Houston, Texas 77056
16        (713) 403-8210
          Counsel for North River Insurance
17        Company
18
          RUMBERGER, KIRK & CALDWELL, PA
19        BY:  GENNY A. CASTELLANOS, ESQUIRE
               gcastellanos@rumberger.com
20             (via teleconference)
          Brickell Bayview Centre
21        Miami, Florida 33130-3037
          (305) 358-5577
22        Counsel for Florida Styles and
          C.A. Steelman, Inc.
23
24
```

Confidential - Subject to Further Confidentiality Review

Page 4

```
 1    A P P E A R A N C E S:

 2        FOWLER WHITE BURNETT, PA
          BY:   JAMES DILORENZO, ESQUIRE
 3              jdl@fowler-white.com
                (via teleconference)
 4        1395 Brickell Avenue, 14th Floor
          Miami, Florida 33131
 5        (305) 789-9200
          Counsel for Black Bear Gypsum
 6        Supply, Inc. and Smoky Mountain
          Materials, Inc.

 7

 8        FULMER, LeROY, ALBEE, BAUMANN &
          GLASS, PLC
 9        BY:   MICHAEL P. MCCAHILL, ESQUIRE
                mmccahill@fulmerleroy.com
10              (via teleconference)
          2866 East Oakland Park Boulevard
11        Fort Lauderdale, Florida 33306
          (954) 707-4430
12        Counsel for Independent Builders
          Supply Association

13

14        FROST BROWN TODD, LLC
          BY:   CAROL P. SMITH, ESQUIRE
15              csmith@fbtlaw.com
          Chase Tower, Suite 1200
16        707 Virginia Street East
          Charleston, West Virginia 25301-2705
17        (304) 345-0111
          Counsel for Cincinnati Insurance
18        Company

19

          HUNTON & WILLIAMS, LLP
20        BY:   A. TODD BROWN, ESQUIRE
                tbrown@hunton.com
21              (via teleconference)
          Bank of America Plaza
22        101 South Tryon Street, Suite 350
          Charlotte, North Carolina 28280
23        (704) 378-4700
          Counsel for Stock Building Supply, LLC

24
```

Confidential - Subject to Further Confidentiality Review

```
 1    A P P E A R A N C E S:

 2    ALSO PRESENT:

 3         PAULINE BOUDREAUX,
           Herman, Herman, Katz & Cotlar, LLP
 4

 5    VIDEOGRAPHER:

 6         HENRY COBB,
           Golkow Technologies, Inc.
 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

Confidential - Subject to Further Confidentiality Review

```
 1                    I N D E X
              JONATHAN R. BARNETT, Ph.D.
 2                 February 12, 2010

 3
```

4    APPEARANCES                                3

5    PROCEEDINGS                                9

6

7    EXAMINATION OF JONATHAN R. BARNETT, Ph.D.:

8          BY MR. BRYSON                       10

9          BY MR. SANDERS                      65

10         BY MR. BRYSON                      109

11         BY MR. SANDERS                      122

12

13   CERTIFICATE                              124

14   ACKNOWLEDGMENT OF DEPONENT               125

15   ERRATA                                   126

16   LAWYER'S NOTES                           127

```
17

18

19

20

21

22

23

24
```

DEPOSITION EXHIBITS
JONATHAN R. BARNETT, Ph.D.
February 12, 2010

| NUMBER | DESCRIPTION | MARKED |
|---|---|---|
| P1.2015 | 12/30/09 Expert Report of Jonathan Barnett, Ph.D., P.E., P1.2015-0001-P1.2015-0027 | 13 |
| P1.1812 | Excerpt from Virginia Uniform Standard Building Code, 2000 Edition, P1.1812-0001 - P1.1812-0002 | 23 |
| P1.1817 | Excerpt from International Residential Code, 2003 Edition, P1.1817-0001 - P1,1817-0009 | 25 |
| P1.1815 | Excerpt from National Electrical Code, 2002 Edition, P1.1815-0001 - P1.1815-0004 | 29 |
| P1.1813 | UL 719, Nonmetallic-Sheathed Cables, P1.1813-0001 - P1.1813.0044 | 34 |
| P1.1818 | ASTM B3, Standard Specification for Soft or Annealed Copper Wire, P1.1818-0001 - P1.1818-0005 | 39 |

Confidential - Subject to Further Confidentiality Review

Page 8

1                    DEPOSITION EXHIBITS

2

3      NUMBER              DESCRIPTION          MARKED

4   P1.1819          Excerpt from NFPA 921,      45
                     Guide for Fire and
5                    Explosion
                     Investigations,
6                    P1.1819-0001 -
                     P1.1819-0003
7
    P2.0195          Atmospheric Corrosion       49
8                    of Control Equipment,
                     MTI Publication No.
9                    38, by Abbott,
                     P2.0195-0001 -
10                   P2.0195-0067

11  P2.0202          "Corrosion of               51
                     Electrical Conductors
12                   in Pulp and Paper
                     Industrial
13                   Applications," by
                     Chudnovsky,
14                   P2.0202-0001 -
                     P2.0202-0008
15
    P2.0235          "Film Formation on          53
16                   Silver-Based Switching
                     Contacts," by Simko,
17                   et al.,
                     P2.0235-0001 -
18                   P2.0235-0010

19  P2.0234          "Glowing Connections,"      57
                     by Ettling,
20                   P2.0234-0001 -
                     P2.0234-0006
21
    KPT-Barnett-6    Previously Marked           72
22

23

24

Confidential - Subject to Further Confidentiality Review

Page 9

```
 1                   PROCEEDINGS

 2              (February 12, 2010 at

 3         11:19 a.m.)

 4              THE VIDEOGRAPHER:  The date

 5         today is February 12th, 2010.  The

 6         time now is approximately 11:19 a.m.

 7         This is the videotaped trial

 8         deposition of Dr. Jonathan Barnett

 9         taken in reference to

10         Chinese-Manufactured Drywall

11         Litigation for the United States

12         District Court, Eastern District of

13         Louisiana.  The deposition is being

14         held in New Orleans, Louisiana.

15              My name is Henry Cobb, a

16         Certified Video Specialist, here today

17         representing Golkow Technologies.  The

18         court reporter today is Mike Miller.

19              Would counsel present please

20         introduce themselves and state their

21         affiliations for the record.

22              MR. BRYSON:  Dan Bryson for the

23         plaintiffs and the PSC.

24              MR. SANDERS:  Doug Sanders for
```

Confidential - Subject to Further Confidentiality Review

```
 1          Intervenor Knauf Plasterboard Tianjin,

 2          or KPT.

 3                 THE VIDEOGRAPHER:  Will the

 4          court reporter please swear in the

 5          witness.

 6                 (Witness sworn.)

 7                 MR. SANDERS:  Dan, before we

 8          go, I just want to confirm that except

 9          for form and foundation, those type of

10          objections, we're just going to

11          reserve our objections, so that we can

12          get through this because we've got

13          nobody to rule on them anyways.

14                 MR. BRYSON:  I agree.

15             JONATHAN R. BARNETT, Ph.D.,

16    having been duly sworn, testified as follows:

17                 EXAMINATION

18    BY MR. BRYSON:

19         Q.    Can you state your name for the

20    Court?

21         A.    Jonathan Ross Barnett.

22         Q.    Good morning -- I believe it's

23    Dr. Barnett, correct?

24         A.    Yes.
```

Confidential - Subject to Further Confidentiality Review

Page 11

1       Q.      Good morning, Dr. Barnett.

2    Again, my name is Dan Bryson, and we've met.

3    And Mr. Sanders took your discovery

4    deposition this morning, and we're going to

5    take your testimony via videotape and

6    transcript for the Court to view during the

7    course of the trial.

8               Where do you live, Dr. Barnett?

9       A.      My home address is 12 Hampton

10   Street, Auburn, Massachusetts.

11      Q.      And how long have you lived

12   there?

13      A.      Since about 1985.

14      Q.      And where do you work,

15   Dr. Barnett?

16      A.      I work with Simpson, Gumpertz &

17   Heger.

18      Q.      And what do you do at Simpson,

19   Gumpertz & Heger?

20      A.      I head the fire engineering

21   group.

22      Q.      And can you explain to the

23   Court what that is?

24      A.      Yes.  It's a small group that's

Confidential - Subject to Further Confidentiality Review

Page 12

1    part of a larger company, and we do

2    everything from fire engineering design of

3    buildings and roadways to fire

4    investigations, accident reconstruction; that

5    type of thing.

6         Q.    Okay.  You were asked some

7    questions this morning during your discovery

8    deposition about electrical issues.  Are you

9    an electrical engineer?

10        A.    No, I'm not.

11        Q.    How is your perspective

12   different from, say, an electrical engineer's

13   analysis or some other engineer?

14        A.    Well, I'm a fire protection

15   engineer.  I'm interested in protecting

16   people from fires, and that includes fires

17   caused by electrical accidents.

18        Q.    So do you go out on wires and

19   measure resistance, or do you -- or things of

20   that nature?

21        A.    No.  After a fire, I'll

22   investigate to see if a fire was caused by an

23   electrical malfunction.

24                   Before a fire, other than

Confidential - Subject to Further Confidentiality Review

Page 13

1    requiring or telling people that the

2    insulation, electrical insulation, has to be

3    in conformance with the electric code, that's

4    about the level of my involvement.

5         Q.      Understand.

6              Let me hand you -- or I think

7    you have what has been marked as P1.2015,

8    which is pages 1 through 27.  Can you

9    identify that document, please?

10        A.      Yes.  This is a report that I

11   wrote for this case.

12        Q.      And does this report have your

13   CV attached?

14        A.      Yes.  It's under Appendix A.

15        Q.      And does that begin on page 1,

16   for the Court?

17        A.      That's correct.

18        Q.      And can you explain briefly --

19   I know the Court can read this, but, briefly,

20   your educational background?

21        A.      I have my bachelor's and

22   master's degrees in civil engineering and my

23   Ph.D. in mechanical engineering.

24        Q.      And when did you receive your

Confidential - Subject to Further Confidentiality Review

1    Ph.D. in mechanical engineering?

2        A.      In 1989 at Worcester

3    Polytechnic Institute.

4        Q.      Okay.  And can you explain to

5    the Court, in general, your work history?

6        A.      Sure.  In fact, before I

7    received my Ph.D., I -- after I received my

8    master's in structural engineering, I worked

9    as a fire protection engineer for a small

10   consulting firm, joined another firm doing

11   fire and safety engineering, and then went

12   back to the university, helped found the

13   Center for Fire Safety Studies and was

14   involved with that until I left about three

15   years ago.

16            My initial involvement was as a

17   part-time researcher, part-time teacher in

18   the program.  Once I received my Ph.D., I

19   became an assistant professor, and moved up

20   through the ranks to full professor in fire

21   protection engineering and mechanical

22   engineering.

23       Q.      And how long were you a

24   professor at WPI?

Confidential - Subject to Further Confidentiality Review

1      A.      Well, I started work there in

2    1979, so I was actually there for 28 years.

3      Q.      Okay.  And did any of the

4    classes that you taught through the course of

5    that time regard failure analysis related to

6    fires?

7      A.      Yes.  I taught a graduate class

8    for master's and Ph.D. students in fire --

9    well, failure analysis, fire reconstruction.

10      Q.      And in general, what would that

11    class involve?

12      A.      Well, it involved, partly,

13    looking at examples of failures, fires,

14    accidental fires; and it also involved how to

15    investigate a fire.  And we used standard

16    reference materials, such as NFPA 921, which

17    is the standard guide on fire investigations.

18      Q.      Okay.  Did any of your courses

19    regard investigation of fires of an

20    electrical origin?

21      A.      Well, this one course that I

22    taught included fires of electrical origin.

23      Q.      I see.  And that was taught to

24    what level of students?

Confidential - Subject to Further Confidentiality Review

1      A.      Master's and Ph.D. students.

2      Q.      Okay.  And have you ever -- are

3  you familiar with building codes?

4      A.      I am.  In fact, I taught two

5  courses that used building codes:  fire

6  safety analysis of buildings, and design of

7  buildings.  And both depended heavily on

8  building codes.

9              I also taught an introductory

10  course to fire protection engineering, and

11  that sort of introduced -- and we had

12  undergraduate students in that class, as well

13  as graduate students, and introduced them to

14  basic codes and standards as used in the U.S.

15  and oversees.

16      Q.      So do you consider yourself to

17  be an expert in fire safety issues and

18  building code issues?

19              MR. SANDERS:  Object to the

20          form.

21      A.      Yes.

22  BY MR. BRYSON:

23      Q.      Based on the explanation you

24  just provided?

Confidential - Subject to Further Confidentiality Review

Page 17

```
 1        A.     Yes, I am.

 2        Q.     And have you ever, through the

 3   course of your career, investigated any

 4   building-related fires?

 5        A.     Well, sadly, I was part of the

 6   team that investigated 9/11.

 7        Q.     Can you tell the Court a bit

 8   about that?

 9        A.     Yes.  It was a team of about 25

10   engineers.  I was one of the five core team

11   members.  I used both my fire engineering

12   background and my structural engineering

13   background.  My bachelor's and master's

14   degrees, by the way, were in civil

15   engineering and structures.

16        Q.     Okay.

17        A.     And so I looked at the effect

18   of fires on the structure on 9/11.  And, in

19   fact, I testified before Congress on why the

20   towers collapsed due to the fires.

21        Q.     I see.

22               And other than that, I take it

23   have you had the opportunity, through the

24   course of your career, to investigate other
```

Confidential - Subject to Further Confidentiality Review

```
 1   buildings that have had fire-related damage

 2   to them?

 3        A.     Yes, ranging from small farm

 4   houses out in rural Massachusetts to

 5   high-rise fires in Chicago.

 6        Q.     And from a fire safety

 7   standpoint, can you explain to the Court what

 8   your philosophy is when you're investigating

 9   structures, from a fire safety standpoint?

10        A.     Well, we're interested in --

11   primarily, my viewpoint in general, of

12   course, is to try to learn how to design

13   safer buildings and to identify issues with

14   codes and standards that need improvement, so

15   that we can protect people from fires.

16             Of course, in order to get paid

17   to do this, I get involved with the legal

18   world; and I've worked as an expert for both

19   plaintiffs and defense in looking at things

20   from product liability issues to human

21   behavior to firefighting issues, all

22   involving accidental fires.

23        Q.     Do you want there to be a

24   single fire that results in a death of a
```

Confidential - Subject to Further Confidentiality Review

1    person?

2         A.     Obviously, no.  And one day I

3    was talking to the fire chief from Worcester,

4    where I used to work, and he said, "Well, if

5    we actually put sprinklers everywhere and

6    design buildings the way you engineers want,

7    you're going to put us out of business."

8              I said, "Wouldn't that be

9    great?  That's my dream."

10        Q.     Can you explain to the Court

11   how the building code applies with regard to

12   life safety issues or fire safety issues, in

13   general?

14        A.     In general, the building code

15   sets the minimum level of safety, the minimum

16   requirements for public safety.

17             I'd like to see us sometimes go

18   beyond the code, but the code is the minimum.

19   You need to meet the code if you're going to

20   design a building that we as society feel is

21   appropriately safe.

22        Q.     And is that code prescriptive?

23   Is there any discretion as to whether or not

24   it should be followed?

Confidential - Subject to Further Confidentiality Review

Page 20

1      A.      The general concept of the code

2  is completely prescriptive.  You are allowed

3  to use some equivalencies for some provisions

4  in the code, but the difference between our

5  code and other countries' is that ours is

6  prescriptive code.  You do what you're told

7  to do.

8              And, again, the code's written

9  by building officials who -- and engineers

10 who have been selected by the public through

11 our electoral process.  You know, our

12 representatives are -- appoint building

13 officials.  They represent the building code.

14              Codes and standards follow

15 what's called an ANSI process where

16 engineers, building officials and other

17 interest groups play a part in writing

18 appropriate standards, again to reflect what

19 is needed for the public.

20      Q.      All right.  Thank you.

21              Now, you prepared a report with

22 regard to this matter.  I believe we already

23 identified that, correct?

24      A.      Correct.

Confidential - Subject to Further Confidentiality Review

1        Q.    Can you explain to the Court

2    what you reviewed, in general, in arriving at

3    your opinions.  And I believe what you

4    reviewed in detail is set forth in the report

5    in the beginning pages; but if you could, in

6    general, explain what you looked at.

7        A.    Right.  Well, I certainly

8    looked at expert opinion and expert reports

9    for -- prepared by the plaintiffs.  I looked

10   at reports prepared by the defense.  I looked

11   at reports by the government, by the CPSC in

12   particular.  I looked at various research

13   reports.

14            I looked at over 44 samples

15   that were -- that were taken from the various

16   houses in Virginia.  I looked at codes and

17   standards that would apply to these homes.  I

18   think those are sort of the general things

19   that I looked at.

20       Q.    And as a result of that work,

21   have you arrived at some opinions?

22       A.    I have.

23       Q.    And what is your opinion with

24   regard to the corrosivity of the environment?

Confidential - Subject to Further Confidentiality Review

Page 22

1         A.      That there's certainly a

2    corrosion -- a corrosive environment in these

3    homes, and that corrosive environment is

4    causing corrosion to electrical components in

5    the homes.

6         Q.      Okay.  And what is your basis

7    for that opinion?

8         A.      The government reports,

9    particularly CPSC, even reports by defense

10   experts, talk about the corrosive environment

11   in the homes, as well as reports by various

12   plaintiff experts.

13        Q.      Okay.  And within -- are there

14   any building codes which address the

15   situation of houses with a corrosive

16   environment?

17        A.      Well, the building code that

18   applies, depending on the year of manufacture

19   of the house, is one of the -- of two

20   different editions of the Commonwealth of

21   Virginia building code.

22        Q.      And do you indicate that in

23   your report?

24        A.      Yes, I do.  I have a Table

Confidential - Subject to Further Confidentiality Review

1    No. 1 on page 4 that lists the governing

2    building code.

3         Q.    Let me hand you a stack of

4    documents that have all been identified with

5    P, and I think we've cleared with Mr. Sanders

6    that these were all either used in your

7    deposition this morning or there are a couple

8    I've given him a copy of.

9              Can you use these documents to

10   explain what code provisions apply?

11        A.    Sure.  The -- as you see in

12   Table 1, it's either the 2000 or the 2003

13   edition of the Uniform Statewide Building

14   Code for Virginia, which I call either the

15   "USBC" or the "VUSBC" in my report.

16        Q.    And I believe Mr. Sanders -- or

17   you pointed out this morning or through

18   discovery, there's no significant differences

19   between the two codes?

20        A.    That's correct.  So it will

21   sort of help us through this process if we

22   just focus, for example, on the 2003 code.

23        Q.    All right.

24        A.    All right.  I actually go to

Confidential – Subject to Further Confidentiality Review

Page 24

1   the ones I've marked.  Well, maybe I don't.

2   All right.

3                   The 2003 building code on

4   page 3 of this exhibit --

5                   MR. SANDERS:  Do you want to

6           indicate for the record what exhibit

7           you're looking at?

8                   THE WITNESS:  Oh, I'm sorry.

9           This is the P1.1811 -- what's the best

10          way of referring to this?

11                  MR. BRYSON:  Just read that.

12                  THE WITNESS:  Okay.

13          A.      So this is P1.1811.  And if I

14   look at page 003, Section 101.2 references

15   the incorporation of the International

16   Building Code and, specifically, the 2003

17   International Building Code.

18                  And then there's a note 1,

19   which references the International Plumbing

20   Code, Mechanical Code, the National

21   Electrical Code, the Fuel Gas Code, Energy

22   Conservation Code and the International

23   Residential Code with a note that the

24   International Residential Code applies to the

Confidential - Subject to Further Confidentiality Review

Page 25

1    construction of detached one- and two-family

2    dwellings.

3    BY MR. BRYSON:

4          Q.     So which code do you go to,

5    then, after the Virginia building code?

6          A.     So after the Virginia building

7    code, you go to the International Residential

8    Code -- well, it's -- actually, you go to the

9    International Building Code, which refers you

10   to the International Residential Code.

11              If you turn to Figure 1 on

12   page 8 of my report, which is P1.2015, you'll

13   sort of see the breakdown, how we go from the

14   Virginia building code to the International

15   Building Code to the International

16   Residential Code.

17         Q.     And within the International

18   Residential Code, what do you see?

19         A.     Well, the International

20   Residential Code, particularly at the top of

21   the page on Chapter 33, which is

22   P1.1817-0002, references the NFPA standard

23   No. 70, otherwise known as the National

24   Electric Code; and specifically, it

Confidential - Subject to Further Confidentiality Review

1  references the 2002 edition of the National

2  Electric Code.

3       Q.     Okay.  So from there, then, to

4  get to applicable code requirements for

5  electrical equipment, you go to the National

6  Electric Code?

7       A.     Or you can go to -- the answer

8  is:  Yes, or you can go to the rest of

9  Chapter 33 in the International Residential

10  Code.

11       Q.     And are there any applicable

12  sections within that?

13       A.     Well, for example, on page 0003

14  of 1817, we have Section E3304.6, which talks

15  about the integrity of electrical equipment.

16  And it talks about, "Internal parts of

17  electrical equipment, including bus bars,

18  wiring terminals, insulators and other

19  surfaces, shall not be damaged or

20  contaminated by foreign materials, such as

21  paint, plaster, cleaners or abrasives and

22  corrosive residues."

23       Q.     And it uses the words

24  "corrosive residues"?

Confidential - Subject to Further Confidentiality Review

1      A.     That's correct.  In fact, it

2    goes on to say, and this is referring to

3    integrity of electrical equipment, "There

4    shall not be any damaged parts that might

5    adversely affect safe operation or mechanical

6    strength of the equipment, such as parts that

7    are broken, bent, cut, deteriorated by

8    corrosion, chemical action or overheating."

9      Q.     I see.

10            And this section is entitled,

11   again, "Integrity of Electrical Equipment."

12   Is "electrical equipment" defined within this

13   code?

14     A.     Yes, it is.  It's defined on

15   page 0006, under "Equipment," quote, "A

16   general term including material, fittings,

17   devices, appliances, luminaires, apparatus

18   and the like used as a part of or in

19   connection with an electrical installation."

20     Q.     And let's make sure.  That's

21   page --

22     A.     Document's 1817, and it's

23   page 0006.

24            MR. SANDERS:  What code section

Confidential - Subject to Further Confidentiality Review

1          is that?

2                    THE WITNESS:   This is under

3          Chapter 34, "Electrical Definitions."

4     BY MR. BRYSON:

5          Q.     And does this definition of

6     "equipment" -- does it include the wiring

7     that would be utilized in connecting to the

8     piece of equipment?

9          A.     Well, I would say yes.  Wiring

10    is obviously a material or devices that are a

11    part of an electrical installation.

12         Q.     And what about the language

13    that ends, under definition of "equipment"

14    that says, "or in connection with an

15    electrical installation"?

16         A.     Well, that's what I meant by

17    "electrical installation."

18         Q.     So to make sure that we're

19    clear, then, this code, in your opinion,

20    would apply to not only the electrical

21    equipment, but also the wiring that leads to

22    the electrical equipment?

23         A.     That's correct.  Obviously, the

24    electrical equipment can't be energized or

Confidential - Subject to Further Confidentiality Review

1    function without the wiring.  The wiring is

2    part of the system, and we have to look at

3    the intent of the code; which is to protect

4    the public from fires resulting from a defect

5    in the system.

6               And E3304.6 talks about

7    integrity of the system.  It talks about --

8    the words it uses are "electrical equipment,"

9    but it's really talking about the whole

10   electrical system in the house.

11       Q.    And that, "The whole electrical

12   system shall not be damaged or contaminated

13   by corrosive residues."

14               Does it say --

15       A.    And goes on and says, "or

16   deteriorated by corrosion."

17       Q.    I see.  Okay.

18               Now, are there any other code

19   provisions?  I believe you mentioned the NEC.

20   Are there any other code provisions which

21   apply to the wiring?

22       A.    Yes.  The National Electric

23   Code talks about different types of wiring.

24   And if we turn to document 1815 --

Confidential - Subject to Further Confidentiality Review

1          Q.     Just identify it, for the

2     record.

3          A.     Yeah.   This is the National

4     Electric Code, 2002.

5               MR. SANDERS:   Can we take a

6          break and go off the record?  I don't

7          have a copy of that.

8               MR. BRYSON:  Pardon?

9               MR. SANDERS:   I didn't get a

10         copy of that one, I don't think.

11              MR. BRYSON:  Go off for a

12         second.

13              THE VIDEOGRAPHER:  The time now

14         is 11:39.  We are now off the record.

15              (Recess taken, 11:39 a.m. to

16         11:40 a.m.)

17              THE VIDEOGRAPHER:  The time now

18         is 11:40 a.m.  We're now back on the

19         record.

20    BY MR. BRYSON:

21         Q.     Okay.   I believe Mr. Sanders

22    has a copy of this now, the National Electric

23    Code from 2002.  Would that one be applicable

24    to these houses?

Confidential - Subject to Further Confidentiality Review

1        A.      Yes, it is.

2        Q.      Or any prior version, there

3    would be no substantive differences?

4        A.      That's correct.  At least the

5    version that -- the previous one that would

6    have applied, that's...

7        Q.      Okay.

8        A.      This code's been around many

9    years.

10       Q.      Can you indicate to the Court,

11   then, what's relevant, with regard to these

12   houses, from the National Electric Code?

13       A.      Right.  If we turn to page 0002

14   and we look at Roman numeral II under

15   "Installation," this is part of Article 334,

16   we see that 334.10, under "Uses Permitted,

17   Type NM, Type NMC and Type NMS shall be

18   permitted to be used in the following," and

19   the first item under that bullet item is

20   "one- and two-family dwellings."

21       Q.      Okay.  Can you explain to the

22   Court what NM, NMC and NMS wiring is?

23       A.      Right.  Well, actually, the NMS

24   wiring is where we have signaling wiring

Confidential - Subject to Further Confidentiality Review

1    along with the electrical wiring and is

2    really not relevant to this discussion.

3              But if we turn to page 3, the

4    code actually helps with that answer to your

5    question.

6         Q.    Okay.

7         A.    Under letter (A) under

8    "Type NM," it says, "Type NM cable shall be

9    permitted as follows:  (1) for both exposed

10   and sealed work in normally dry locations,

11   except as prohibited in 334.10, or (2) to be

12   installed or fished in air voids in masonry

13   block or tile walls."

14             And item (B) defines -- talks

15   about where Type NMC can be used; and NMC can

16   be used for exposed and concealed work in

17   dry, moist, damp or corrosive locations,

18   except, again, as prohibited in 334.10(3), in

19   outside and inside walls, in masonry block or

20   tile, in a shallow chaise, et cetera.

21             The important thing from our

22   perspective here is that Type NMC can be used

23   in a corrosive location, whereas Type NM

24   cannot be.

Confidential - Subject to Further Confidentiality Review

Page 33

1          Q.      What is Type NM wire, to make

2     sure the Court is clear on that?

3          A.      It's a plastic-sheathed wire.

4     They're typically three conductors.  One

5     conductor is used for the hot lead in the

6     wiring in your house, one is used for the

7     neutral; and they're insulated.  And then

8     there's a ground wire, which is usually a

9     bare copper wire.

10                 And these three are bundled in

11    by a -- in Type NM wire, by a cellulose or

12    paper sheathing, and then covered by a

13    plastic covering on top of that.

14         Q.      Okay.  What type of wire, to

15    your knowledge, was used in the walls of

16    these houses?

17         A.      NM wire.

18         Q.      Okay.  And in looking back to

19    this code, what does Section 334.12 under

20    "Uses Not Permitted, Section 10, provide?

21                 MR. SANDERS:  Object to form.

22         A.      Okay.  "Type" -- reading down

23    to item number 10, "Type NM and NMS cable

24    shall not be used, quote, 'where exposed to

Confidential - Subject to Further Confidentiality Review

1    corrosive fumes or vapors.'"

2    BY MR. BRYSON:

3        Q.    Okay.  Was this type of wire

4    used in a corrosive environment in those

5    houses?

6        A.    Yes, it was.

7        Q.    And would that be -- okay.

8    Anything else that's relevant about this

9    section?

10        A.    Well, that's the most important

11    thing about this section, in and of itself.

12    However, the code depends on standards to

13    define terms, and the listing standard for

14    Type NM and NMC wiring is done by

15    Underwriters Laboratory, and it's UL 719.

16            UL 719 is document 1813.

17        Q.    And so would this standard be

18    applicable to the wiring in these houses?

19        A.    Yes, it is.  If you turn to

20    0003, the title is the UL standard for safety

21    for nonmetallic sheathed cables.

22        Q.    Okay.  Can you read the full --

23    the numbering at the bottom for the Court?

24        A.    Yes.  So on the front page,

Confidential - Subject to Further Confidentiality Review

1    it's P1.1813.

2         Q.    Starting with page 1?

3         A.    Page 0001.

4         Q.    Right.

5         A.    And it goes through to

6    page 0044.

7         Q.    All right.

8         A.    This --

9         Q.    I think you're looking for

10   your --

11        A.    I'm looking for mine that I

12   have tabs on, so I can speed the process up a

13   little bit.  I apologize for my...

14        Q.    That's all right.

15        A.    Just to make life a little bit

16   easier.

17             MR. SANDERS:  Just make sure

18        you reference the Bates number at the

19        bottom of the page when you get there,

20        please.

21             THE WITNESS:  Yes.

22        A.    If we turn to page 0012 --

23             THE WITNESS:  What did you say

24        the number was called?

Confidential - Subject to Further Confidentiality Review

Page 36

1          MR. BRYSON:  He said it's

2     called a Bates number.

3          THE WITNESS:  Bates number.

4     Thank you.   Thank you.

5          MR. BRYSON:  That's a lawyer

6     term.

7          THE WITNESS:  Okay.  I'm sorry.

8     I apologize.  Okay.

9     A.     Under construction item 4,

10    "General," 4.3 says, "Type NMC cable is

11    required to comply with a flame test and to

12    be resistant to moisture, fungi and

13    corrosion, and also to have some degree of

14    inherent protection against mechanical

15    abuse."

16          Item 4.4 says, "Type NM cable

17    is required to comply with a flame test, to

18    be resistant to moisture, and to have some

19    degree of inherent protection against

20    mechanical abuse."

21          The substantial difference

22    between the two types of cable are the

23    resistance to fungi and corrosion in NMC

24    cable that is not part of the NM requirement.

Confidential - Subject to Further Confidentiality Review

Page 37

1    BY MR. BRYSON:

2        Q.    So do you know the actual

3    differences between the NM and the NMC cable

4    from a material standpoint?

5        A.    Yes.  If you recall, I

6    described the NM cable having an cellulosic

7    wrapping.  That's replaced by plastic filler

8    material, which provides the additional

9    protection against corrosion and fungi that's

10   required for the NMC cable.

11       Q.    For the ground wire?

12       A.    Well, it actually -- it

13   provides the protection for the ground wire,

14   but for everything, for the neutral and the

15   hot wire as well, because they're all wrapped

16   within this casing.

17       Q.    I see.

18       A.    So it's just -- imagine taking

19   this inexpensive cellulosic product and then

20   replacing it with heavier, more expensive

21   plastic.  It protects everything that's

22   encased inside that wire.

23       Q.    Make sure I understand and the

24   Court understands.  So with the NMC cable,

Confidential - Subject to Further Confidentiality Review

Page 38

```
 1    the ground wire would also be covered with a

 2    plastic coating and then an outside plastic

 3    jacket?

 4         A.    That's correct.

 5         Q.    Okay.  Now, are there any other

 6    relevant portions of the UL 719?

 7         A.    Yes.  If you turn to page 0013,

 8    and right near the top, "Only soft

 9    annealed" -- there's -- sorry.

10               Item 5 is talking about

11    conductors, it's labeled, the metal itself in

12    the wiring.  And item 5.1 says, "Only soft

13    annealed copper, copper-clad aluminum or an

14    acceptable aluminum alloy shall be used for

15    the conductor or conductors in a cable.  Soft

16    annealed copper shall comply with the

17    standard specification for soft or annealed

18    copper wire, ASTM B3."

19         Q.    Okay.  Do you have a copy of

20    ASTM B3 before you?

21         A.    I do.  Just a minute.

22               MR. BRYSON:  I think it's right

23         there.

24               THE WITNESS:  I have too many
```

Confidential - Subject to Further Confidentiality Review

Page 39

```
 1        papers here.

 2               MR. BRYSON:  It may have

 3        somehow got paperclipped to the --

 4               THE WITNESS:  Yeah, it got

 5        paperclipped to the other.  Sorry.

 6  BY MR. BRYSON:

 7        Q.     Can you identify ASTM B3 for

 8  the Court?

 9        A.     Yes.  This is document P1.1818,

10  starting on page 0001 and going through 0005.

11        Q.     And what's this document

12  entitled?

13        A.     Okay.  The designation is

14  ASTM B3-01, reapproved in 2007, so it's a

15  current document.  The -- it's titled,

16  "Standard Specification for Soft or Annealed

17  Copper Wire."

18               And if you turn to page 0002,

19  item 5.5 is titled, "Finish."  And it says,

20  quote, "The wire shall be free of all

21  imperfections not consistent with the best

22  commercial practice."

23        Q.     When it says "the wire shall be

24  free of all imperfections," what does that
```

Confidential - Subject to Further Confidentiality Review

1    mean?

2              MR. SANDERS:   Object to

3         foundation.

4    BY MR. BRYSON:

5         Q.    Are there any definitions

6    provided in the ASTM for what "free of

7    all" -- "free of imperfections" shall mean?

8         A.    No.  But, you know, we're

9    looking -- the standard is talking about new

10   copper wire, so the expectation would be that

11   there wasn't corrosion or paint residue or

12   other imperfections on the copper.  It was

13   just plain, pure copper wire, shiny bright

14   copper.

15        Q.    If there is corrosion on a wire

16   or pitting on a wire, would that be in

17   violation of this code, in your opinion?

18             MR. SANDERS:   Object to form,

19        foundation.

20        A.    It would not be consistent with

21   the standard, that's correct.

22   BY MR. BRYSON:

23        Q.    And have you had the

24   opportunity to review some of the actual

Confidential - Subject to Further Confidentiality Review

Page 41

1    wiring and devices, such as receptacles and

2    switches, that came from this home?

3         A.    Yes, I have.

4         Q.    And did you -- what did you

5    observe on the wires of these various

6    devices?

7         A.    Okay.  I found significant

8    corrosion on the ends of wires where they

9    connected to receptacles and switches, and I

10   found some corrosion on a ground wire in the

11   middle of a run of wire.

12        Q.    Okay.  And would that be in

13   violation of this code, in your opinion?

14             MR. SANDERS:   Object to

15        foundation.

16        A.    That would not be -- that

17   corrosion would not meet the requirement that

18   the wire shall be free of all imperfections

19   not consistent with the best commercial

20   practice.  And so it would be in violation,

21   ultimately, of the building code, if you were

22   to use this wire as a -- for a new

23   installation or an alteration, a significant

24   alteration of an existing installation.

Confidential - Subject to Further Confidentiality Review

1    BY MR. BRYSON:

2        Q.    Okay.  If the Court were to

3    find, upon their reading of these various

4    codes, that there is a violation, what is the

5    import of that with regard to the current

6    wiring that's in the houses and the

7    receptacles and switches and other devices

8    that are in the housing?

9             MR. SANDERS:  Object to form.

10   BY MR. BRYSON:

11       Q.    In other words, if the Court

12   agrees, from your reading of these

13   statutes -- I mean, from these standards and

14   building code, what would be the import of

15   that?

16            MR. SANDERS:  Same objection.

17       A.    Let me -- the point is that the

18   building code sets a minimum standard for

19   life safety, and that minimum standard is

20   that in new construction or in alteration or

21   additions, then we need to have wiring that's

22   free from pitting, corrosion and the issues

23   that we see in the wiring examples I have

24   from the houses in Virginia and in the

Confidential - Subject to Further Confidentiality Review

Page 43

1   switches and outlets, et cetera.

2          They -- the code basically is

3   saying that if you don't comply with the

4   minimum, then you are not meeting the life

5   safety standard that we as a society,

6   particularly in the Commonwealth of Virginia,

7   have accepted.

8   BY MR. BRYSON:

9       Q.     So if the Court were to find

10  that there's a corrosive environment in the

11  house and that any of the components of the

12  electrical system, including the wiring, are

13  corroded, does the code allow you any

14  discretion on replacement?

15         MR. SANDERS:   Object to form,

16      foundation.

17      A.     The code, remember, addresses

18  alterations and additions, and there is no

19  discretion whatsoever.  The code says you

20  have to meet the standard for wiring, all

21  right?

22  BY MR. BRYSON:

23      Q.     Period?

24      A.     Period.

Confidential - Subject to Further Confidentiality Review

1      Q.     Okay.  We've talked about the

2  code.  Let's talk about some of the actual

3  devices and wiring that you've observed and

4  discussed in your report.

5           What, if any, concerns do you

6  have about any of the devices in the house

7  from a fire safety, life safety standpoint?

8      A.     Okay.  The corrosion -- let's

9  start with the different device.  And, in

10  fact, my report starts -- if we go back to

11  document 2015, my report, on page 0009,

12  starts talking about receptacles.  These are

13  the outlets you plug your various electrical

14  devices into.

15           And I've shown a couple of

16  photographs of overheat conditions due to a

17  corrosion problem that coexists -- that was a

18  result of a loose connection in this

19  particular case.

20      Q.     And is there any literature

21  which addresses the concern of the problems

22  with loose connections?

23      A.     Yes.  I think the simplest

24  literature, the most important literature to

Confidential - Subject to Further Confidentiality Review

1    look at is your document P1.1819, which is

2    NFPA 921, "Guide For Fire and Explosion

3    Investigations"; the 2008 edition is what I'm

4    looking at.

5              This is an important document

6    because it's a consensus guide, just like any

7    other NFPA standard, of the important things

8    to look for in fire and explosion

9    investigations.

10              MR. SANDERS:  Can we hold on a

11         second?  I don't have a copy of that

12         either.

13              MR. BRYSON:  These were all

14         provided, but here it is.

15              MR. SANDERS:  Well, you hand

16         them to me like you would normally in

17         a -- I didn't bring all the ones.  I

18         didn't know what you were going to

19         use, Dan.

20              MR. BRYSON:  Okay.  I

21         understand.  No problem.  No problem.

22         There you go.  All right.  Go ahead,

23         Dr. Barnett.

24              THE WITNESS:  Okay.

Confidential - Subject to Further Confidentiality Review

1        A.      And this guide talks about

2   various kinds of electrical fires, common

3   ones that we might see in one- and two-family

4   homes, one of which is a situation where if

5   you have a loose -- there are different ways

6   of connecting wires to receptacles and

7   switches and the like, and one way is using a

8   screw.  You just tighten the screw on a

9   bent-over wire.

10               And if that connection is

11  loose, perhaps the electrician didn't tighten

12  it all the way, or, perhaps something else

13  happened, if that connection becomes loose,

14  you have a high contact resistance, as it's

15  referred to, which results in overheating of

16  the wire near the connection.

17               That overheating results in the

18  formation of corrosion, copper oxide forms,

19  and that increases resistance; and sort of

20  there's a runaway feedback loop where it gets

21  hotter and hotter and hotter until either the

22  circuit breaker operates or the wires are hot

23  enough that they ignite a combustible

24  material or flammable gas nearby.  And this

Confidential - Subject to Further Confidentiality Review

1    is a cause of residential fires.

2    BY MR. BRYSON:

3         Q.    Okay.  So where in NFPA 921,

4    which section, were you referring to, if you

5    have it tabbed?

6         A.    Yeah.  In the document, this is

7    page 0003, and it's 8.9.2.3, and it's titled

8    "Poor Connections."

9         Q.    So to make sure I understand,

10   poor connections of various devices in a

11   house can be a cause of what?

12        A.    Well, this is the type of

13   connection from a -- as it says, a loose

14   screw at a terminal.

15        Q.    Okay.  And you --

16        A.    And that can result in

17   overheating, which can result in ignition of

18   combustible materials or vapors and, i.e.,

19   start a fire.

20        Q.    Okay.  So if you increase the

21   resistance, what happens?

22        A.    Well, the more the resistance

23   increases, the hotter the -- well, the more

24   power is required, and the hotter the -- in

Confidential - Subject to Further Confidentiality Review

Page 48

1     this case, the wire or the device becomes,

2     until it reaches the ignition point of a

3     combustible material or vapor.

4          Q.     And what is the oxide that's

5     mentioned?  Is that a form of corrosion?

6          A.     That is.  It's -- the oxide in

7     this case is oxidation of the copper.  On the

8     other hand, any other kind of corrosion which

9     increases the electrical resistance can start

10    this runaway reaction.

11         Q.     Okay.  And is the -- do you

12    know what type of corrosion that we have

13    in -- with regard to this situation involving

14    Chinese drywall?

15         A.     Yes.  We have a copper sulfide,

16    is what we have; and that is, again, a

17    situation which can -- which will increase

18    electrical resistance in copper.

19              MR. SANDERS:  Object.

20    BY MR. BRYSON:

21         Q.     How can the copper sulfide

22    increase resistance?

23              MR. SANDERS:  Object to form,

24         foundation.

Confidential - Subject to Further Confidentiality Review

1    BY MR. BRYSON:

2        Q.    Are you aware of any literature

3    which indicates that these types of sulfide

4    films can increase the resistance?

5        A.    Yes.  Now, I don't know if this

6    is -- if you have one of these P numbers for

7    this.

8            MR. BRYSON:  We do.  The MTI

9        38?

10           MR. SANDERS:  If you could hand

11       me a copy of that too.

12           MR. BRYSON:  Sure.

13           MR. SANDERS:  Thank you.

14           THE WITNESS:  Ah.

15   BY MR. BRYSON:

16       Q.    I've handed you what's marked

17   P2.0195-0001 sequentially through 0067.

18       A.    Correct.  And if you turn to

19   Figure 1, which is on page 0027 --

20       Q.    And this document is entitled

21   what?

22       A.    Oh, I'm sorry.  This is

23   "Atmospheric Corrosion of Control Equipment"

24   MTI -- the Materials Technology Institute,

Confidential - Subject to Further Confidentiality Review

Page 50

1    Publication No. 38.

2        Q.    All right.  And what does the

3    figure on page 27 indicate?

4        A.    The figure on 27 is a graph

5    that shows the increase in contact resistance

6    for different materials as a function of film

7    thickness.

8        Q.    Okay.  So is this --

9        A.    And if you -- and the -- there

10   are several graphs, but starting from the

11   left-hand side, the second one over, which is

12   indicated with the plus signs, represent the

13   corrosion of copper and the rapid increase in

14   contact resistance with very, very thin film

15   thicknesses.

16           The graph on the far right-hand

17   side, we may talk about later, is indicated

18   with -- the plot is with little squares, and

19   that's the increase of resistance in silver

20   as a -- contact resistance as a function of

21   film thickness.

22       Q.    So, again, this is literature

23   support for your opinion that sulfide films

24   can increase resistance?

Case 2:09-md-02047-EEF-MBN   Document 1268   Filed 02/22/10   Page 51 of 127

Confidential - Subject to Further Confidentiality Review

Page 51

```
1              MR. SANDERS:   Object to

2         foundation.

3         A.     That's correct.

4    BY MR. BRYSON:

5         Q.     All right.  Are there any other

6    articles or literature you've reviewed that

7    support your opinion about sulfide films or

8    various films increasing resistance?

9         A.     Well, yes.  I mean, there are

10   many research reports; for example, a report

11   by Chudnovsky.

12        Q.     And is that -- I'm handing you

13   what's been marked "Corrosion of Electrical

14   Conductors in Pulp and Paper Industrial

15   Applications" by Dr. Bella Chudnovsky,

16   P2.0202-0001 through 8.

17        A.     Yeah, that's correct.

18             MR. BRYSON:  Here's a copy, if

19        you don't have one, Mr. Sanders.

20   BY MR. BRYSON:

21        Q.     Any particular portion of that

22   report, or the entire report?

23        A.     I think the entire report.  It

24   talks in general about the problem with --
```

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

1    and here we're talking about silver

2    corrosion.   Silver is important because

3    switch contact surfaces have a coating of

4    silver on them, and so we actually find

5    silver in a lot of electrical circuits.

6                And so deterioration or

7    corrosion of silver·becomes very relevant to

8    the problem here.

9         Q.     And what problem does silver

10   corrosion cause, or can cause?

11        A.     Well, again, it can cause

12   failure of a contact to operate or actual

13   welding of a contact.

14        Q.     What impact does it have on

15   resistance?

16        A.     Oh, it increases the

17   resistance, the electrical resistance.

18        Q.     And if you increase the

19   resistance, what happens?

20        A.     Then you have overheating, and

21   the overheating can lead to a runaway

22   reaction that we've talked about.

23        Q.     Okay.  I'm also handing you a

24   document that's entitled "Film Formation on

Confidential - Subject to Further Confidentiality Review

1    Silver-Based Switching Contacts, Steven M.

2    Simko is one of the article's authors,

3    P2.0235-0001 through 0010.

4              What is this article?

5         A.    This is a similar type of

6    article that talks about the effect of

7    corrosion on silver-based switching units

8    and -- let me see if I can find the right --

9    well, if you turn, for example -- let's see

10   how these pages are numbered here.

11             It talks about the actual

12   mechanism of corrosive growth.  And if you

13   turn, for example, to page 0008, this sort of

14   is a summary.  If you look at Figure A,

15   you'll see there's an increase as a function

16   of time in resistance for corroded silver

17   contacts.

18             And, again, I think that the

19   point is that there's plenty of scientific

20   knowledge and information and reports to show

21   that as switches become -- and components,

22   electrical components, become corroded,

23   whether they're a copper-based surface or a

24   silver-based surface, that the resistance

Confidential - Subject to Further Confidentiality Review

1    increases.

2            They got hotter; and if they

3    get hot enough, we can have a fire.  That's

4    what the code is trying to protect us

5    against.  That's what the danger of being in

6    a corrosive environment is, from my

7    perspective.

8        Q.    Okay.  Now, have you gone out,

9    though, and measured the resistance on any of

10   these wires?

11       A.    No, I have not.

12       Q.    And why not?

13       A.    Well, I guess two reasons:  One

14   is, it's -- I'm not actually sure how to

15   properly measure the resistance of these

16   wires in their corroded state.

17            And secondly, what I'm

18   concerned about is not just how the

19   resistance is today, but what's the

20   resistance tomorrow or a year from now or

21   five years from now or maybe 15 or 20 years

22   from now, the life of the house?

23            And whether the fire happens

24   today or a fire happens 20 years from now,

Confidential - Subject to Further Confidentiality Review

Page 55

1    I'm just as concerned, as is the code, which

2    is what the code tries to protect us against.

3        Q.    Okay.  And have you looked at

4    some of the actual devices from these houses?

5        A.    I have.  I've looked at about

6    44 devices.

7        Q.    And from a fire safety

8    engineering standpoint, what, if any,

9    concerns do you have?

10       A.    I'd like to direct you to my

11   report, which is the document P1.2015; and

12   I'd like to direct you to page 12.  And

13   hopefully, you have a color rendition, the

14   color copy of my report.

15            This is a corroded wire in a

16   screw connection, and you can visibly see the

17   horrible amount of corrosion; and I'm sure

18   that the resistance has been increased in

19   this connection.

20            Now, if this screw was loose

21   and current flowed through the ground wire,

22   we would certainly generate more heat because

23   of this corrosive environment than if we

24   didn't have the corrosive environment.  And

Confidential - Subject to Further Confidentiality Review

Page 56

1    that's my concern.

2        Q.    Okay.  So if you have the loose

3    connection, though, that has nothing to do

4    with corrosive effects of Chinese drywall,

5    though, does it?

6        A.    Well, I mean, we have loose

7    connections in homes.  What --

8        Q.    How do we know that?

9        A.    Well, we have fires, you know,

10   that are caused by such connections, and we

11   know that because NFPA 921 actually has a

12   separate paragraph, which I read -- or

13   directed you to earlier that talks about the

14   fire problem in loose connections.

15       Q.    Okay.

16       A.    So it's a known phenomena.  In

17   fact, maybe I need to back up just a little

18   bit.

19            Do you have -- I have this

20   document on glowing connections.  Do you have

21   that in...

22       Q.    We do, I think.

23       A.    Okay.

24       Q.    Can you identify --

Confidential - Subject to Further Confidentiality Review

 1      A.      This is titled "Glowing

 2   Connections" by Bruce Ettling, Fire

 3   Technology Journal.

 4      Q.      Okay.  Here's the --

 5      A.      Okay.  So this is document

 6   P2.0234, pages 0001 to 0006.

 7      Q.      Okay.

 8      A.      This dates back to 1982, so

 9   this is nothing new.  This is a known

10   problem.  And there's a clear discussion, if

11   you turn to -- excuse me for -- just find the

12   right page.  Here we go -- page 0005.

13      Q.      Which is page 348?

14      A.      On the original document.  And

15   you look at the paragraph that starts, "At

16   screw terminals or other connections, the

17   basic mechanism revealed here is probably

18   responsible for creating glowing connections.

19              "When a screw is not tightened

20   well, slight heating over a long period of

21   time slowly creates an oxide coating,

22   resistance increases and causes greater

23   heating.  Eventually, a glowing connection

24   develops."

Confidential - Subject to Further Confidentiality Review

Page 58

1          Q.      But the key question here,

2     though, is:  What effect, then, does the

3     Chinese drywall, if it is found to be

4     off-gassing and causing sulfide films?

5                  MR. SANDERS:  Object to form,

6          foundation.

7          A.      It's -- the corrosive

8     environment is creating a corrosive layer to

9     form on the copper wiring in the screw

10    connection first.

11                 We don't even have to wait for

12    the normal copper oxide layer to form.  We

13    already have a layer forming which has higher

14    resistance, and therefore increases the

15    heating of that connection.

16    BY MR. BRYSON:

17         Q.      So --

18         A.      So the Chinese drywall is

19    taking a problem and making it worse.  It's

20    sort of starting this runaway reaction

21    earlier.

22         Q.      Are you aware, though, of any

23    fires, though, that have occurred as a result

24    of this?

Confidential - Subject to Further Confidentiality Review

1      A.      No.   Luckily, this phenomena is

2    still fairly new.   The houses are fairly new.

3    Will we start to have fires five, ten,

4    20 years down the line?   I'm afraid so.   And

5    if that's the case and people die, well,

6    that's why I'm sitting here today.   I'm

7    worried about this problem.

8      Q.      And have you actually

9    observed -- again, to make sure the Court is

10   clear on this, have you actually observed

11   some connections on the actual wires and

12   connections from these houses that give you

13   cause for any concern?

14     A.      Yeah, I go back to the

15   Photograph No. 3 in my report, P1.2015-0012,

16   and you can see the corrosion in that wire as

17   it's connected to that screw.

18     Q.      Have you looked at any devices

19   in the houses that utilize silver contacts,

20   or where you've seen silver corrosion?

21     A.      Yes, I've looked at rocker

22   switches, for example, and those, too, are --

23   you can start to see corrosion in the contact

24   areas.   That's the part that's coated with

Confidential - Subject to Further Confidentiality Review

Page 60

1    the silver.

2         Q.     What's a rocker switch?

3         A.     You know, the normal on/off

4    switch, light switch when you enter a room.

5    It rocks back and forth when you turn it

6    on and off.

7         Q.     And in what report have you

8    seen that type of corrosion?

9         A.     In Galler's report.  I've

10   actually seen the corrosion, excuse me, in an

11   actual sample, but Galler talks about it.

12        Q.     Okay.  And, again, similar with

13   the silver:  Silver corrosion can create

14   resistance?

15        A.     That's correct.

16        Q.     And that's set forth in some of

17   the papers we've looked at?

18        A.     That's right, like the Simko

19   paper and the --

20        Q.     Chudnovsky?

21        A.     Yeah, that guy.  I can't

22   pronounce his name.  Sorry.

23        Q.     Right.

24        A.     The other item that's of

Confidential - Subject to Further Confidentiality Review

1    concern is a twist on wire splices.

2              MR. SANDERS:   Is there a

3         question pending?

4    BY MR. BRYSON:

5         Q.     Have you looked at any other

6    devices?

7         A.     Yes.  I'm sorry, I jumped

8    ahead.  But I was talking about -- answering

9    your question from 20 minutes ago.

10        Q.     Okay.

11        A.     I have looked at twist-on wire

12   splices.

13        Q.     Have you seen any concerns,

14   though, on any of the twist-on wire splices?

15   I believe Mr. Sanders asked you about that,

16   and you told him you hadn't?

17        A.     That's correct.  In fact, I

18   have Photograph No. 4, which is in my report,

19   page 0013, shows such a twist-on wire splice,

20   and I found no problem there.

21        Q.     What's your concern, though?

22        A.     Well, the question is:  Is

23   there --

24              MR. SANDERS:  Object to the

Confidential - Subject to Further Confidentiality Review

1      form.

2    BY MR. BRYSON:

3         Q.    Or do you have a concern?

4         A.    I have a concern in that I

5    don't know whether or not, with time, we'll

6    start to see corrosion there.

7         Q.    And why is that?  How are the

8    twist-on wire nuts applied?

9         A.    Well, you twist the wire

10   together and then you apply this nut, which

11   has a spring inside, and you rotate the nut

12   over the wires.

13              I'm concerned that with time,

14   the corrosive gases will migrate into that

15   area and cause corrosion of the wires.  If

16   the -- if that occurs and we get, again,

17   high-resistance heating, we may have that

18   runaway reaction, and that's the concern.

19        Q.    Are you aware of any other

20   devices that could develop problems as a

21   result of corrosive environment, from a fire

22   safety standpoint?

23        A.    Well, there are two, and I'll

24   say one's from a fire safety standpoint and

Confidential - Subject to Further Confidentiality Review

Page 63

1    one's from a safety standpoint in general;

2    and they both have circuit boards as part of

3    the devices.  They're called ground fault

4    circuit interrupters and arc fault circuit

5    interrupters.  They both look very similar.

6                    The arc fault circuit

7    interrupter is used to prevent arcs, which

8    directly prevents fires.  The ground fault

9    circuit interrupter is to protect people from

10   shocks.  They protect you from being a --

11   acting as a ground to the electrical system.

12                    I've read about and seen

13   circuit boards that were corroded and damaged

14   by that corrosion, through visible corrosion,

15   and I know that there's some devices that

16   have failed to operate with time.  And I'm

17   concerned that that similar corrosion is

18   occurring with GFCIs and AFCIs.

19        Q.    Are there GFCIs in these homes?

20        A.    There are.

21        Q.    And do they contain circuit

22   boards?

23        A.    They do.

24        Q.    Okay.  And have you noticed or

Confidential - Subject to Further Confidentiality Review

1    observed corrosion on other

2    circuit-board-type items in these houses?

3          A.     Yes, I have.

4                 MR. SANDERS:  Object to form.

5    BY MR. BRYSON:

6          Q.     What about smoke detectors, any

7    concerns there from a fire safety standpoint?

8                 MR. SANDERS:  Object to form,

9          foundation.

10         A.     Well, again, they have a --

11   they have a printed circuit board, and as

12   such, would be susceptible to the same kind

13   of corrosion and damage that any other item

14   with a circuit board has.

15   BY MR. BRYSON:

16         Q.     Have you looked at any smoke

17   detectors on any of the houses?

18         A.     I have looked at one, and it

19   showed some sign of corrosion.

20         Q.     Okay.  And based on what you

21   know as a fire safety engineer, would you

22   want to live in these houses?

23                MR. SANDERS:  Object to form.

24         A.     The damage -- the potential for

Confidential - Subject to Further Confidentiality Review

1   damage to the electrical system, the

2   potential for damage to life safety devices

3   like AFCIs, GFCIs and smoke detectors,

4   there's no way I would live in a house like

5   this.

6           MR. BRYSON:  Thank you.  No

7       further questions.  I think we're out

8       of tape.

9           MR. SANDERS:  Can we take a

10      break for lunch and let me do as

11      little as a half hour or 45 minutes?

12          MR. BRYSON:  Sure.

13          THE VIDEOGRAPHER:  The time now

14      is 12:19 p.m., and we are now off the

15      record.  This is the end of Tape 1.

16          (Recess taken, 12:19 p.m. to

17      1:11 p.m.)

18          THE VIDEOGRAPHER:  The time now

19      is 1:11 p.m.  This is the beginning of

20      Tape 2.  We are now back on the

21      record.

22               EXAMINATION

23   BY MR. SANDERS:

24      Q.    Dr. Barnett, as we met earlier

Confidential - Subject to Further Confidentiality Review

1   today, my name is Doug Sanders.  I represent

2   Knauf Plasterboard Tianjin, who's intervened

3   in this case.  Good afternoon.

4       A.      Hello.

5       Q.      You indicated your experience,

6   and I want to clarify that most of your

7   experience seems to be related to fire

8   investigation and fire and safety

9   investigations, correct?

10      A.      That's correct.

11      Q.      Okay.  And fortunately, at

12  least in this case, there hasn't been a fire

13  that you're required to investigate, correct?

14      A.      Correct.

15      Q.      And you're not aware of any

16  fires being caused by Chinese drywall?

17      A.      That's correct.

18      Q.      I think you indicated you've

19  been involved in three or four electrical

20  fire investigations?

21      A.      Yes.

22      Q.      Okay.  And in those

23  investigations, you didn't determine that

24  there was an electrical wiring situation that

Confidential - Subject to Further Confidentiality Review

1    was the cause of any of those fires?

2         A.    There was -- I was part of a

3    team in 1978 or '79 where there was -- I

4    believe it was a switch for an electrically

5    operated overhead door that arced and

6    actually punched a hole in the back of the

7    box, the electrical box.  But I -- so, I

8    mean, that was the start of a fire.

9              And then as I mentioned, the

10   farm house in Massachusetts, where the fire

11   started in an outlet, spread up a joist

12   channel.  But I didn't examine the outlet to

13   determine precisely what went wrong because

14   the outlet had been discarded before I got to

15   the scene.

16        Q.    So, as far as you know, none of

17   these investigations were started by

18   corrosion or some sort of corrosion in

19   electrical wiring?

20        A.    The outlet in the farm house

21   could have been that loose terminal.  I just

22   don't know what the precise mechanism of

23   failure was.  A loose terminal, of course,

24   that was the runaway corrosion that we talked

Confidential - Subject to Further Confidentiality Review

1    about.

2         Q.    And you've been in one

3    situation where there was at least some

4    evidence of corrosion with respect to the

5    building you were investigating?

6         A.    Correct.

7         Q.    And in that situation, I

8    believe, that was a wet, damp basement in

9    which there was corrosion on electrical

10   wiring and other electrical devices?

11        A.    Correct.

12        Q.    But that corrosion didn't cause

13   or relate to the fire?

14        A.    Correct.

15        Q.    You cited and you went

16   through -- we went through several

17   residential standards that you -- building

18   code standards and other standards that you

19   base your opinions on, and I want to just

20   clarify the relevant ones for us, that you're

21   basing your opinions on.

22             I think, essentially, because

23   the homes were built in two different time

24   periods, there's two set of standards that

Confidential - Subject to Further Confidentiality Review

1    apply, right?

2         A.    Well, building codes that

3    apply.

4         Q.    Building codes?

5         A.    And it sort of drifts down,

6    then, to the standards that are referenced by

7    the codes.

8         Q.    And there are some 2000 codes

9    and some 2003 codes?

10        A.    Correct.

11        Q.    And we've been focusing on the

12   2003 codes because there's no material

13   differences between the 2003 codes and the

14   2000 codes?

15        A.    Correct.

16        Q.    Okay.  And the way I understand

17   it, the Virginia USBC specifically adopts the

18   International Building Code, correct?

19        A.    With modification.  It's really

20   the -- the Virginia code -- most states take

21   the International Building Code and modify it

22   for their own needs.

23        Q.    You didn't point out any

24   modifications in the Virginia code, though,

Confidential - Subject to Further Confidentiality Review

Page 70

```
1      to the IBC or the International Residential

2      Code that are relevant for our purposes?

3           A.      Correct.

4           Q.      Okay.  So with respect to this

5      case and your opinions, the Virginia UBC

6      adopts the International Building Code,

7      correct?

8           A.      From a practical viewpoint,

9      yes.

10          Q.      Okay.  And the International

11     Building Code, then, sort of sets out the

12     next layer of standards; and it actually

13     excepts its application from detached one-

14     and two-family dwellings, right?

15          A.      It does, but with the exception

16     of where the International Residential Code

17     is silent on a subject, then the IBC is what

18     you refer to.

19          Q.      Okay.  And the specific

20     exception is that -- actually, it's more like

21     a prescription, maybe, that detached one- and

22     two-family dwellings and multiple

23     single-family dwellings, townhomes, not more

24     than three stories above grade plane in
```

Confidential – Subject to Further Confidentiality Review

1    height with a separate means of egress and

2    their accessory structures shall comply with

3    the International Residential Code, correct?

4         A.    Correct.

5         Q.    Okay.  And that's -- the homes

6    at issue here in this case in Virginia, they

7    fall under that definition?

8         A.    Correct.

9         Q.    So when we're talking about the

10   homes here, we're really talking about the

11   International Residential Code and then any

12   standards and anything that's incorporated

13   into it?

14        A.    Right.  And anything that's not

15   talked about in the IRC, then you go back to

16   the IBC or as modified by the Virginia code,

17   that's right.

18        Q.    Okay.  And in its scope, the

19   IRC states that it applies to the

20   construction, alteration, movement,

21   enlargement, replacement, repair, equipment

22   use and occupancy, location, removal and

23   demolition of detached one- and two-family

24   dwellings and multiple single-family

Confidential - Subject to Further Confidentiality Review

Page 72

1    dwellings or townhomes?

2         A.    I think you're referring to the

3    exhibit from my deposition, not the -- that's

4    not a P document.

5         Q.    I'm referring to KPT-Barnett-6,

6    which is the International Residential Code

7    and its sections of the code, if you can pull

8    that out for me.

9         A.    Because that's the document you

10   provided me this morning.

11        Q.    We'll get it for you in a

12   second.

13             MR. BRYSON:  The court reporter

14        took it.

15             THE WITNESS:  Thank you.

16   BY MR. SANDERS:

17        Q.    This is the cover page of the

18   International Residential Code, and then

19   several excerpted pages.  It's 2003, and it's

20   marked as KPT-Barnett-6.

21             This is the International

22   Residential Code that you referenced in your

23   report, or at least sections of it, correct?

24        A.    This appears to be, that's

Confidential - Subject to Further Confidentiality Review

1    correct, sections of it, yes.

2         Q.    And one of the first sections

3    on page 1 deals with the scope of the

4    Residential Building Code, correct?

5         A.    Correct.

6         Q.    Okay.  And that scope provides

7    that, "The provisions of the code shall apply

8    to the construction, alteration, movement,

9    enlargement, replacement, repair, equipment

10   use and occupancy, location, removal and

11   demolition of detached one- and two-family

12   dwellings and multiple single-family

13   dwellings and townhomes," correct?

14        A.    Correct.

15        Q.    Okay.  The next part of the

16   code that I have excerpted here for you, at

17   least are portions of part 8, which deal with

18   the electrical provisions of the residential

19   code, correct?

20        A.    Correct.

21        Q.    And, again, in the scope of

22   that particular section, it indicates that

23   the chapters in 3301.2 specifically cover the

24   "equipment fixtures, appliances, wiring

Confidential - Subject to Further Confidentiality Review

Page 74

1    methods and materials that are most commonly

2    used in the construction or alteration of

3    one- and two-family dwellings and accessory

4    structures regulated by this code," correct?

5          A.    Sorry, you read what section?

6          Q.    If you go to Section E3301.2,

7    it's in the scope.

8          A.    Right.

9          Q.    It indicates that the chapters

10   specifically cover the equipment --

11         A.    Sorry.  I see it.  Yes.

12         Q.    So this provides that, these

13   chapters, Chapters 33 through 42 of this

14   electrical section, right?

15         A.    Right.  But if you read the

16   first sentence of that paragraph, it says,

17   "Chapters 33 through 42 shall cover the

18   installation of electrical systems," and

19   that's sort of the key word.  And then it

20   breaks it down to some of the components of

21   electrical systems, but the issue is the

22   whole system, is what's covered.

23         Q.    So the whole system is covered

24   by this -- by the residential building code

Confidential - Subject to Further Confidentiality Review

Page 75

1    in these provisions, right?

2         A.    That's correct.  And notice

3    that the general requirements at the very

4    top, this electrical part, Chapters 33

5    through 42, is produced by the NFPA and is

6    based on the 2002 National Electric Code.  So

7    when you have a question or something's not

8    clear in this, you go to the National

9    Electric Code for clarification.

10              MR. SANDERS:  I'm going to move

11         to strike that as not really my

12         answer.  I'll get there.

13              THE WITNESS:  Okay.

14   BY MR. SANDERS:

15        Q.    But this says that Chapter 33

16   through 42 covers, as you said, the

17   installation of all electrical systems, which

18   you just described would be all the

19   electrical systems in the house?

20        A.    Correct.

21        Q.    Okay.  And then further, that

22   the chapters specifically cover -- and,

23   again, individual fixtures and individual

24   components most commonly used in the

Confidential - Subject to Further Confidentiality Review

```
 1    construction or alteration of one- or

 2    two-family dwellings, correct?

 3              MR. BRYSON:  Hold on a second.

 4         Somebody needs to mute their phone.

 5         We can hear the music coming in over

 6         the phone.

 7              MR. SANDERS:  Why don't we go

 8         off the record.

 9              (Comments off the record.)

10              MR. SANDERS:  Could you

11         repeat -- why don't I just do this

12         again and just reask my question.

13    BY MR. SANDERS:

14         Q.    And the "Scope" section

15    continues to make it clear that the

16    Chapters 33 through 42 apply and cover

17    equipment, fixtures, appliances, wiring

18    methods and materials that are most commonly

19    used in the construction or alteration of

20    one- and two-family dwellings and accessory

21    structures regulated by this code, correct?

22         A.    Yes.

23         Q.    And, again, specifically in

24    3301.4, "Additions or alterations to an
```

Confidential - Subject to Further Confidentiality Review

```
1    existing electrical system also shall be made

2    in conformity with the provisions of these

3    chapters," correct?

4         A.    Yes.

5         Q.    Are NM wires commonly used in

6    one- and two-story residential structures?

7         A.    Yes.

8         Q.    And you talked a little bit

9    about the provision 3304.6, "Integrity of

10   Electrical Equipment," correct?

11        A.    Correct.

12        Q.    And it's your opinion that that

13   electrical equipment and the definition of

14   "equipment" includes wiring, right?

15        A.    That's correct.

16        Q.    With respect to the first

17   sentence of that paragraph where it

18   describes, "Internal parts of electrical

19   equipment, including bus bars, wiring,

20   terminals, insulators and other surfaces

21   shall not be damaged or contaminated by

22   foreign material, such as paint, plaster,

23   cleaners or abrasives and corrosive

24   residues," that's not really applicable to
```

Confidential - Subject to Further Confidentiality Review

1   wiring, is it, because it talks about

2   internal parts?

3       A.      The intent of the paragraph is

4   applicable.  Remember that the code is meant

5   to be interpreted by a Professional Engineer,

6   and we have Professional Engineers because

7   they interpret the intent.  The intent is

8   integrity of the electrical equipment or

9   system.

10      Q.      So like in the second

11  paragraph, where it says, "There should not

12  be any damaged parts that might adversely

13  affect safe operation or mechanical

14  strength," that, again, goes to the integrity

15  of the system?

16      A.      Correct.

17      Q.      Okay.  And are you an

18  electrical engineer?

19      A.      No.  I'm a fire protection

20  engineer.

21      Q.      Chapter 37, which is on

22  page 463 of Exhibit 6, references allowable

23  wiring methods.

24      A.      Yes.

Confidential - Subject to Further Confidentiality Review

1      Q.      And allowable wiring methods

2   include NM wires, which we've talked about,

3   correct?

4      A.      Correct.

5      Q.      The table does not indicate NMC

6   wires, which we've also talked about, right?

7      A.      Correct.  However, the code

8   allows NMC wires.

9      Q.      This section of the code allows

10   NMC wires?

11      A.      This section of the code falls

12   under Section 3301.2, the scope.  If you turn

13   back to page 435 and the last -- I'll read

14   the end of that section, 3301.2, "The

15   omission from these chapters" -- that's

16   referring to Chapter 37, amongst others --

17   "of any material or method of construction

18   provided for in the reference standard

19   NFPA 70 shall not be construed as prohibiting

20   the use of such material or method of

21   construction.  Electrical systems, equipment

22   or components not specifically covered in

23   these chapters shall comply with the

24   applicable provisions of the NFPA 70."

Confidential - Subject to Further Confidentiality Review

Page 80

1          Q.     So the NFPA 70, where things

2     are not addressed by this method, you can go

3     to the NFPA 70 and you can use them.  Is that

4     what you're saying?

5          A.     That's right.  So I can add NMC

6     to a building even though it's not commonly

7     used and isn't referred to in this

8     Chapter 37.

9          Q.     Okay.  And Chapter 37, or at

10    least the international code, doesn't

11    prescribe that you go to NFPA 70, but it

12    allows it, if there's something that's not

13    addressed?

14         A.     Or allows it as an alternative,

15    right.

16         Q.     Okay.  The next page, 464,

17    includes a table of allowable applications

18    for wiring methods; and it indicates that NM

19    cable, for example, should not be used in wet

20    locations exposed to sunlight.  Would you

21    agree with that?

22         A.     Correct.

23         Q.     And, also, NM cable should not

24    be used in damp locations.  Would you agree

Confidential - Subject to Further Confidentiality Review

1   with that?

2          A.     Yes.

3          Q.     Section E3808 references

4   grounding of wires, or grounding in general.

5   It's on page 485 of Exhibit 6.

6          A.     Okay.

7          Q.     And then on page 487,

8   Section 3808.17 is entitled "Clean Surfaces,"

9   right?  Correct?

10         A.     Correct.

11         Q.     And it indicates that,

12  "Nonconductive coating, such as paint,

13  lacquer and enamel, on equipment to be

14  grounded shall be removed from threads and

15  other contact surfaces to ensure electrical

16  continuity," correct?

17         A.     Correct.

18         Q.     Okay.  So it allows the removal

19  of paint, lacquer and enamel from equipment

20  where there are contact surfaces, to ensure

21  electrical continuity?

22         A.     Correct.

23         Q.     And then on page 521, there's a

24  "Reference Standard" section, and it

Confidential - Subject to Further Confidentiality Review

1    references particular provisions of the NFPA.

2    And I believe the electrical code which you

3    referred to is standard 70, correct?

4         A.    Correct.

5         Q.    And this code specifies a

6    number of references where they're

7    specifically incorporated in E3301, E3301.2,

8    and then a number of sections in E4201,

9    correct?

10        A.    Correct.

11        Q.    At the time of your report in

12   December of 2009, you offered a number of

13   opinions relating to receptacles, twist-on

14   wires, switches, GFCIs, circuit breakers and

15   AFCIs, correct?

16        A.    Correct.

17        Q.    And you opined that all of

18   those electrical devices or equipment were

19   subject to potential failure, correct?

20        A.    Correct.

21        Q.    And at least at the time of

22   that report, you had not inspected any GFCIs,

23   circuit breakers or AFCIs when you issued

24   that opinion?

Confidential - Subject to Further Confidentiality Review

Page 83

1        A.      Correct.

2        Q.      Since then I guess you've

3   looked at -- have you inspected a circuit

4   breaker or looked at a picture of one?

5        A.      Photographs.

6        Q.      Okay.  What about GFCIs and

7   AFCIs, have you inspected any of those?

8        A.      No.

9        Q.      Your opinions, I think,

10  generally, are that the devices potentially

11  or possibly fail in the future, correct?

12       A.      That's correct.

13       Q.      There's no evidence you have,

14  at least of the devices we just talked about,

15  electrical equipment, having failed as a

16  result of corrosive drywall to date?

17       A.      To date, none of the devices

18  we've talked about have failed, that's

19  correct.

20       Q.      And you haven't seen any that

21  have failed because of Chinese drywall, have

22  you?

23       A.      That's correct.

24       Q.      You're not aware of any

Confidential - Subject to Further Confidentiality Review

Page 84

1      standard that would indicate when those

2      devices might fail, are you?

3           A.      Well, no.   I mean, the problem

4      with Chinese drywall is new, and, you know,

5      we haven't developed any standards, and that

6      sort of makes it a problem.   We know that

7      we've increased the probability of failure

8      because of this corrosion, but we don't know

9      when that failure will occur.

10          Q.      What about corrosion in

11     general, are you aware of sulfur corrosion or

12     copper oxide corrosion, or is there a

13     standard that would allow you to predict when

14     a receptacle or a switch would fail?

15          A.      There are some studies that

16     have looked at the problems in industrial

17     environments, but not that I'm aware of that

18     they say, you know, five years from now under

19     this exposure, this switch will fail.

20          Q.      And you haven't adopted or

21     incorporated any methods or standards to

22     provide an opinion as to when any of these

23     devices would fail?

24          A.      That's correct.

Confidential - Subject to Further Confidentiality Review

1          Q.     Similarly, you're not -- are

2     you aware of any peer-reviewed articles or

3     literature that indicate when the devices

4     we're talking about will fail?

5          A.     I'm not aware of any.

6          Q.     And you haven't adopted or

7     based your opinions on any peer-reviewed

8     literature?

9          A.     No.  Well, I have.  Wait a

10    minute.  I've looked at peer-reviewed

11    literature about corrosion in general, but to

12    be -- you know, this specific issue we're

13    talking about, that's correct.

14         Q.     So you haven't adopted or based

15    your opinions that the switches will fail --

16    or strike that.

17              You're not using any, or

18    relying on any peer-reviewed literature to

19    provide an opinion as to when a device or any

20    particular electrical component might fail?

21         A.     I am basing my opinion on

22    peer-reviewed literature that says that we've

23    increased the probability of failure, and

24    we're more likely now than we were before

Confidential - Subject to Further Confidentiality Review

1    Chinese drywall to have failure of these

2    components.

3         Q.     But nothing that provides a

4    bases for when that might fail?

5         A.     That's correct.

6         Q.     Or allow you to predict the

7    time at which it might fail?

8         A.     That's correct.

9         Q.     Do you have a method, or is

10   there a standard at which you can tell me

11   what level of corrosion on a wire or a

12   contact or a circuit breaker will cause

13   failure?

14        A.     No.

15        Q.     Have you based your opinions on

16   any peer-reviewed literature that would

17   provide you an indication of what level of

18   tarnishing would -- on such devices would

19   cause failure, when it would cause failure?

20        A.     You mean corrosion.

21        Q.     The tarnishing or the level

22   that we've described or the copper oxide or

23   copper sulfide, as to when that would cause

24   failure?

Confidential - Subject to Further Confidentiality Review

1      A.      Okay.  No.  We don't know,

2   that's correct.  I...

3      Q.      You discuss the environments in

4   the houses and that they're corrosive,

5   correct?

6      A.      Correct.

7      Q.      And for the most part, the

8   corrosivity of those environments, I believe

9   you're relying on other people to indicate

10  that they're corrosive environments and what

11  levels they're corrosive, correct?

12     A.      Well, other people like

13  government researchers, your own defense

14  experts, yes.

15     Q.      There aren't any definitions of

16  "corrosive environments" or "corrosivity" in

17  the International Residential Code, is

18  there -- are there?

19     A.      No.  In fact, it just says you

20  can't have corrosion, period.

21     Q.      Okay.  And there aren't any

22  definitions of "corrosive environment" in the

23  National Electric Code or some of the other

24  provisions we've been talking about, is

Confidential - Subject to Further Confidentiality Review

1    there?

2       A.    That's correct.  It just

3    precludes it, or it says you have to use this

4    kind of cable in a corrosive environment.

5    You're right.

6       Q.    So there's not a provision of

7    the building codes or the electrical codes

8    that I can turn to to say, "This is a

9    corrosive environment, and it would require

10    that something else be used"?

11       A.    The provision is actually

12    implicit, in that there's an assumption with

13    these things that an engineer or a design

14    professional is going to make that

15    determination.

16       Q.    Based on, I think as we talked

17    about, the integrity of the system and

18    whether there's damage, potential for damage?

19       A.    Exactly.

20       Q.    I think you went through and

21    you talked about how common -- or a cause --

22    I don't want to say "common" -- cause of fire

23    in electrical distribution systems results

24    from loose connections?

Confidential - Subject to Further Confidentiality Review

1       A.      Correct.

2       Q.      And in some of the examples, at

3  least with a receptacle, that can be when a

4  screw isn't tightened down all the way on the

5  contact?

6       A.      Correct.

7       Q.      And when that happens, that

8  adds resistance or -- which then causes

9  heating, and then causes more corrosion to

10 occur?

11      A.      Correct.

12      Q.      And in the normal circumstance,

13 that, I guess generally, is copper oxide,

14 right?

15      A.      Right.

16      Q.      Okay.  Because copper oxide

17 forms on wires and other copper electrical

18 components as a matter of course, almost, in

19 regular homes, right?

20      A.      Yes.

21      Q.      And copper oxide also is

22 considered a form of corrosion?

23      A.      Well, when it forms on copper

24 like this, yes.

Confidential - Subject to Further Confidentiality Review

1      Q.     So more simply put, copper

2   oxide is corrosion?

3      A.     Yes.  Well, in this

4   application, yes.

5             MR. BRYSON:  Or tarnish, to use

6      your...

7   BY MR. SANDERS:

8      Q.     And I believe it's your opinion

9   that copper oxide reduces conductivity?

10      A.     Well, it increases the

11   resistance, which causes heating, and that's

12   the phenomena that's talked about in that

13   paper that we looked at earlier.

14      Q.     And that obviously would occur

15   without any sulfur gases contributing to it.

16   It could occur in a house where there's just

17   a loose wire?

18      A.     Yes.

19      Q.     Okay.  And I think you have

20   some pictures you pointed to from your

21   report.  Those pictures of burnt copper -- or

22   burnt kind of receptacles, those weren't from

23   houses or don't deal with the copper sulfide

24   problem, right?

Confidential - Subject to Further Confidentiality Review

1      A.      Correct.

2      Q.      The way I understand the

3   reaction is that there's a higher -- a higher

4   resistance to the oxide, increases heating,

5   which then increases the oxide reaction,

6   which increases the thickness, and so it's

7   sort of a cycle.  I think you called it a

8   runaway sort of corrosion cycle, correct?

9      A.      Yes.

10      Q.      And your opinion is that that

11   will also happen with the copper sulfide

12   corrosion layer or tarnish layer as well?

13      A.      Yes.  I mean, I think that that

14   additional layer may start the reaction

15   sooner than if we didn't have that layer.

16      Q.      You don't have an opinion as to

17   whether copper oxide or copper sulfide is

18   more or less resistant, do you?

19      A.      No.  You mean compared to which

20   one?

21      Q.      Compared to each other.

22      A.      Yeah, I don't know.

23      Q.      And, you know, I guess another

24   way of saying it:  You don't know whether one

Confidential - Subject to Further Confidentiality Review

1    is more conductive than the other?

2         A.     I don't think I have that

3    comparison.

4         Q.     Okay.

5         A.     It may be in one of the papers.

6    I just -- I just don't know.

7         Q.     And you haven't done any tests

8    to determine which one is more conductive

9    than the other, have you?

10        A.     No.

11        Q.     Okay.  And you're not -- I

12   think as you said, you're not relying on any

13   tests done by anybody else to determine which

14   one is more conductive?

15        A.     Correct.

16        Q.     Similarly, you didn't do any

17   tests to determine whether copper oxide or

18   copper sulfide is more resistive?

19        A.     Well, the inverse, yes.

20        Q.     And you're not relying, at

21   least, on any tests or studies to provide a

22   bases for which one would be more resistant

23   than the other?

24        A.     Correct.

Confidential - Subject to Further Confidentiality Review

Page 93

1      Q.      And you don't know the

2   difference in rate with a loose wire between

3   a loose wire with copper oxide or a loose

4   wire with copper sulfide, correct, as far as

5   the rate of corrosion or the rate of failure?

6      A.      Correct.

7      Q.      You referenced, I think it's

8   P2.0195-0001, I think you have it in front of

9   you, some publications, including this one,

10  as the bases that copper sulfide is

11  resistive.  And in particular, you pointed

12  out a figure on page -- it's Figure 1 on

13  page 23 of the publication, also marked as

14  P2.0195-0027.

15     A.      Right.

16     Q.      Is that the figure?

17     A.      That's the correct figure.

18     Q.      There's no indication on this

19  figure as to what the actual tarnish film is

20  comprised of, is there?

21     A.      Not on the figure, correct.

22     Q.      And I'll just -- I'll reference

23  you to page 15 -- it's page 7 of the

24  publication, but it's P2.0195-0015 -- and the

Confidential - Subject to Further Confidentiality Review

1　last two sentences, which state that, "It

2　should be noted that Figure 1 does not

3　provide information as to the rate at which

4　films will form or the environments in which

5　they were developed," correct?

6　　　　A.　　　Correct.

7　　　　Q.　　　So there's no information in

8　that chart or in this publication as to what

9　the actual film is comprised of, correct?

10　　　　A.　　　The author just says he's

11　referring to a variety of different films.

12　　　　Q.　　　But you don't know the

13　environment in which the films in Figure 1

14　were developed, so you don't know whether

15　they were developed with an environment of,

16　say, chlorine gas, correct?

17　　　　A.　　　Well, he says "indoor

18　environment." I don't know. You're correct.

19　　　　Q.　　　Similarly, when you reference

20　the Simko paper, and I think the table on

21　page -- which is marked as P2.0235-0001, and

22　on page 8 of that, there is a table

23　discussing exposure time and resistance.

24　　　　　　　　Do you know whether or not that

Confidential - Subject to Further Confidentiality Review

1  measurement was of copper sulfide or sulfide

2  or whether that included other compounds,

3  such as chloride or other gases?

4      A.     I believe it included others,

5  but I -- the intent was to illustrate the

6  effect of increased resistance with these

7  films.

8      Q.     And if you go to the third

9  paper I think you referenced -- maybe not the

10  third, but one of the papers, which is

11  P2.0202-0001; it's by Chudnovsky.  And there

12  was a chart I think you were looking at,

13  which was the effect of silver sulfide growth

14  on electrical conductivity as a function of

15  total hydrogen sulfide exposure?

16      A.     Right.

17      Q.     It shows on the -- how long

18  have I been in geometry?  The x axis

19  is the -- is that the vertical axis, or is

20  that the --

21      A.     No, x is -- y is the vertical.

22  BY MR. SANDERS:

23      Q.     Okay.

24      A.     I need -- I can't read my copy

Confidential - Subject to Further Confidentiality Review

Page 96

1    here.

2        Q.    I think you have it in front of

3    you.

4        A.    Yeah, but the figures are --

5        Q.    It's page 3?  Marked as page 3?

6        A.    Okay.  I can read this one.

7        Q.    So the y axis is thickness, and

8    then there's an indication of conductivity

9    degradation?

10       A.    No, I can't read that graph.

11   The figure -- which figure number?

12       Q.    Figure 5.

13       A.    Figure 5?  It's -- oh, I'm

14   sorry.  Y axis, yes.  It's thickness, yes.

15   I'm sorry.

16       Q.    And there's an indication that

17   there's "Acceptable Conductivity" and sort of

18   a line, and then above that, there's

19   "Conductivity Degradation," correct?

20       A.    As the thickness increases,

21   correct.

22       Q.    Okay.  And in general, the

23   lower the square lines that talk about -- I

24   guess the squares on the table are actually

Confidential - Subject to Further Confidentiality Review

Page 97

1    situations where silver was exposed to less

2    than 5% relative humidity, correct?  You see

3    that?

4         A.    Yes, that's correct.

5         Q.    And all those, except for

6    the -- except for one of the studies, and

7    then that, at what looks like over

8    1,000 ppm-hours, were sort of in that

9    "Acceptable Conductivity" box on the chart,

10   correct?

11        A.    Correct.

12        Q.    The only ones that went above

13   into "Conductivity Degradation" were at the

14   circle lines or the triangle, which were

15   greater than 75% relative humidity, correct?

16        A.    Correct.

17        Q.    And in general, are you aware

18   of any peer-reviewed literature that

19   describes, or studies that describe copper

20   sulfide as being involved in runaway

21   reactions?

22        A.    No.

23        Q.    So you're not basing your

24   opinion that it would cause or could cause or

Confidential - Subject to Further Confidentiality Review

1    contribute to runaway reactions on any

2    peer-reviewed literature describing such a

3    reaction?

4          A.    That's correct.

5          Q.    The NM wiring that we've

6    discussed, and I think as you described it,

7    it generally is sort of sheathing of some

8    sort with a live wire and neutral wire and a

9    ground wire in it, correct?

10         A.    Yes.

11         Q.    The live and neutral wire, at

12   least, in NM wiring also have another layer

13   of insulation wrapped around them?

14         A.    Correct.

15         Q.    And then the ground wire is

16   sort of in there with them with -- I think

17   you said some sort of cellulose or some other

18   sort of coating, paper coating, around it?

19         A.    Correct.

20         Q.    And you indicated that you

21   observed some corrosion on that ground wire

22   in the NM cables that you looked at?

23         A.    In one example of an NM cable.

24   I only looked at one which was cut in the

Confidential - Subject to Further Confidentiality Review

Page 99

1    middle.

2         Q.     Okay.  Do you know where that

3    cable came from with respect to in the house?

4    Was it near the outlet?  Was it in the middle

5    of a wall?  Do you have any idea?

6         A.     I don't know.  I could

7    determine that, though.

8         Q.     Okay.  But you don't know?

9         A.     I don't know, as I sit here

10   today.

11        Q.     Do you know what the outer

12   wrapping of that NM cable is made of?

13        A.     It's a PVC type of polyvinyl

14   chloride plastic.

15        Q.     And have you had an opportunity

16   to peel back or open up the insulation that

17   protects the neutral and the live wire?

18        A.     Yes.  Well, I didn't peel it

19   back.  I observed -- I observed a piece where

20   it had been peeled back.

21        Q.     Okay.  And once you get beyond

22   a very small segment of the wire near the

23   end, there's no corrosion on the wires

24   underneath the insulation, correct?

Confidential - Subject to Further Confidentiality Review

1      A.      Nothing that was visible to my

2   eyesight.

3      Q.      Did any of the insulation that

4   you observed on the NM wires -- did they

5   suffer any observable degradation or

6   problems?

7      A.      Not that I observed.

8      Q.      You referenced UL 719 in

9   describing sort of the difference between NMC

10  and NC --

11     A.      NM.

12     Q.      NM, sorry.  NM cables.

13             I think the primary difference

14  with respect to your opinion is that NMC

15  cables have a full polymer in which the wires

16  and the copper ground are encased, correct?

17     A.      Correct.

18     Q.      Are there any other

19  differences?

20     A.      No, not to the best of my

21  knowledge.

22     Q.      That standard provides that as

23  the wires are installed, there's some

24  allowable elongation of the wires, correct?

Confidential - Subject to Further Confidentiality Review

Page 101

1        A.      Correct.

2        Q.      And that elongation ultimately

3   will result in the wires being thinner at

4   certain portions, correct?

5        A.      Yes.

6        Q.      Okay.  There's no specific test

7   in UL 719 for whether an NMC wire can

8   withstand corrosion, is there?

9        A.      No.

10       Q.      So, similarly, there's no test,

11   obviously, for an NM wire withstanding

12   corrosion?

13       A.      Correct.

14       Q.      And like some of the other

15   standards, there's no specific definition in

16   UL 719 of "corrosive" or "corrosive

17   environments"?

18       A.      Correct.

19       Q.      You referenced in your report a

20   photo.  If you want to take it out, it's

21   photo 3-5.31.  I believe it's a wire

22   connection and a screw.

23       A.      Right.

24       Q.      You used that as an example of

Confidential - Subject to Further Confidentiality Review

1  a connection that you'd be concerned about,

2  correct?

3  A.  Well, no.  This was an example

4  to show how badly corroded one of these

5  exposed wires is.

6  Q.  Did you indicate that that was

7  a ground wire that you were looking at there?

8  A.  I don't know if I actually said

9  that in my report.  Let me look.  I may not

10  have, but it's obviously a ground wire

11  because it's connected to a green terminal

12  screw.

13  Q.  Have you had an opportunity,

14  either that one specifically or others, to

15  unscrew those terminals and look at the --

16  where the wire would be connected to the

17  screw itself or in contact with the screw

18  itself?

19  A.  Yes.

20  Q.  Okay.  When you do that, is

21  that area visibly not corroded?

22  A.  Correct.

23  Q.  NM wiring, and I think most

24  wiring when you put it in a house, is it

Confidential - Subject to Further Confidentiality Review

1    capable of withstanding some nicks and

2    abrasion when you're installing it, just in

3    its normal course?

4         A.    Well, not the wiring, the metal

5    per se.  The jacket, yes.

6         Q.    Okay.

7         A.    But, I mean, you certainly

8    should not be putting any nicks into the

9    wire.

10        Q.    So if there's any kind of nick

11   or any kind of abrasion of the wire, then

12   that wire shouldn't be used?

13        A.    It should be replaced, right.

14        Q.    And I guess in replacing or

15   repairing a device, if you came upon in a

16   house that was not corrosive, just a regular

17   house and saw a loose wire, would you just

18   tighten it to repair it?

19        A.    Well, I'm not a licensed

20   electrician, so I wouldn't tighten.  I

21   wouldn't touch it.

22        Q.    But would -- at least under the

23   building codes and the codes that we've

24   talked about, would it be allowable to

Confidential - Subject to Further Confidentiality Review

1    tighten that wire?

2          A.       If a licensed electrician

3    looked at it and saw that it was okay, in

4    other words, that the surface was clean and

5    whatever else he would look at, then yes.

6          Q.       And I guess similarly, would a

7    licensed electrician, if you determined he

8    could, for example, wipe some paint off a

9    wire and connect it to the receptacle, that

10   would be okay under the code?

11         A.       Yes, if he made such a

12   determination.

13         Q.       Again, we were talking about

14   the sort of resistivity and resistance

15   measurements.  You didn't do that or

16   calculate that on any of the receptacles or

17   switches that were harvested from the

18   Virginia homes, did you?

19         A.       That's correct, I didn't.

20         Q.       And you're not aware of anyone

21   who has determined whether or not those

22   switches and electrical devices that we're

23   talking about exceed the sort of limitations

24   of the equipment, resistance limitations,

Confidential - Subject to Further Confidentiality Review

1    ampacity limitations?

2       A.    I don't think I understand the

3    question.

4       Q.    In addition to you, yourself,

5    not having done any of that testing --

6       A.    Okay.

7       Q.    -- are you aware of anyone --

8    you're not basing your opinion on any testing

9    that was done by anybody else, are you?

10       A.    Well, I mean, this morning you

11    pointed out to me that CPSC did some testing,

12    and I have looked at what they -- I refreshed

13    my memory, looking at the report, after you

14    prompted me.

15       Q.    What did CPSC do?

16       A.    They tested some -- the

17    resistivity of some wire connections, but

18    they limited their analysis to tight

19    connections.  They didn't look at any loose

20    connections.

21       Q.    But with respect to tight

22    connections, at least, that they tested, they

23    didn't find any issues with respect to the

24    resistivity, correct?

Confidential - Subject to Further Confidentiality Review

Page 106

1      A.      Correct.  And then they used

2   the explanation you hinted at earlier, which

3   is that the -- there was no corrosion with a

4   tight connection where the screw was in

5   direct contact with the wire.

6      Q.      So it's really the situation

7   where there's a loose wire that you're more

8   concerned about?

9      A.      Correct.  Or if corrosion, over

10   time, results in a wire becoming loose.

11      Q.      But you have no indication that

12   that's a possibility, do you?

13      A.      Possible?  Well, I had no

14   indication that's occurred yet.  It's

15   certainly a possibility.  If you can envision

16   the copper being eaten away after time, you'd

17   end up with a loose connection.  How much

18   time or et cetera, I haven't calculated, and

19   I don't know.  I don't even know how I would

20   calculate that.

21      Q.      Okay.  In a house where there's

22   not a corrosive environment, you can use NM

23   wiring?

24      A.      Correct.

Confidential - Subject to Further Confidentiality Review

1     Q.    And in a house that -- where

2  there was a corrosive environment, if you

3  removed the corrosive environment and

4  replaced some of the switches, replaced the

5  switches and receptacles and some of the

6  components that you discussed, or all the

7  components that you discussed, you wouldn't

8  have an expectation that there would be any

9  failures, would you?

10         MR. BRYSON:  Objection to form.

11    A.    We still have the original

12  wiring that may have corroded?

13  BY MR. SANDERS:

14     Q.    Well --

15     A.    In your scenario that you just

16  painted as a hypothetical?

17     Q.    Let me break it down.

18     A.    Okay.

19     Q.    There's no more corrosion -- or

20  at least the environment is not corrosive

21  anymore, okay?

22     A.    Okay.

23     Q.    And we're going to replace and

24  then make sure that there are clean contacts

Confidential - Subject to Further Confidentiality Review

1    with the wiring that's already installed, but

2    replace all the receptacles, all the

3    switches, GFCIs, circuit breakers, all the

4    items that you've been talking about, with

5    new ones.

6           A.      Okay.

7           Q.      Would you anticipate in that

8    environment that there would be a failure?

9           A.      I don't know quite how to

10   cleanly answer that.  The -- I've looked at

11   one example where there's some corrosion

12   occurring in the wiring.  It's only been

13   there three years, four years.  Whatever the

14   time frame is, it's short.

15              I don't know.  I've only looked

16   at one sample.  I'd want to make sure that

17   somehow we tested -- and I don't know what

18   kind of test one would do, but somehow we

19   tested more wire.  And then, you know, the

20   code is very specific about "don't use NM

21   wire in a corrosive atmosphere."  We've done

22   that.  The code is a minimum level of life

23   safety, so by definition, we're already

24   treading on dangerous waters.

Confidential - Subject to Further Confidentiality Review

1           I'm not comfortable with doing

2      what you're saying unless we are -- we do a

3      little more testing to make sure that wiring

4      is okay, and that includes things -- you

5      know, you talked about making sure the ends

6      are clean.

7           Well, I want to make sure

8      there's no corrosion.  I want to make sure

9      we've actually done it right.  If we've done

10     it right and the wire is fine, sure.  But I

11     want to make sure the wiring is fine.

12          Q.    And, again, I guess with that

13     one sample, you haven't done any testing or

14     analyses of that one sample in particular or

15     other samples to make that determination

16     right now as to whether it would be safe?

17          A.    Correct.

18               MR. SANDERS:  I'm done.

19               MR. BRYSON:  You're done?  Oh.

20          I have just a few questions on

21          redirect, Dr. Barnett.

22                    EXAMINATION

23     BY MR. BRYSON:

24          Q.    Talking about these codes, no

Confidential - Subject to Further Confidentiality Review

1    dispute that these codes apply to these

2    houses, right, that we've been going through?

3        A.    That's correct.

4        Q.    And who wrote the electrical

5    code, what type of engineer?

6        A.    Oh.  It wasn't just an

7    engineer.  The electrical code was written by

8    a team.  If I had the -- wait a minute.  I

9    don't have the cover.

10            The front cover of each of

11   these codes lists the people who write the

12   code; and it will include the various

13   interest parties:  manufacturers of

14   electrical equipment, installers, engineers,

15   sometimes fire officials, building

16   inspectors.

17            They write the code, and then

18   the code -- the NFPA, all NFPA members vote.

19   All those that choose to attend the general

20   session then vote to adopt or reject codes or

21   changes to the code.

22       Q.    So fire safety engineers such

23   as yourself, but not you, have impact, input

24   into the electrical codes?

Confidential - Subject to Further Confidentiality Review

1        A.      That's correct.  And I actually

2    have applied to be on NFPA 3, which is a

3    committee that looks at -- what's the word

4    I'm looking for? -- maintenance and

5    operational quality of all kinds of

6    equipment, including electrical.

7        Q.      Okay.

8        A.      Anything that's fire-related.

9                So as a member of NFPA, I can

10   serve on any committee that there's room for

11   me.

12       Q.      Okay.  So in these houses,

13   we've established NM wire was used within the

14   walls of all these houses, right?

15       A.      Correct.

16       Q.      And it's a common type of

17   wiring, correct?

18       A.      Yes.

19       Q.      And -- but there's also an NMC

20   type of wiring.  What does the "C" stand for?

21       A.      Well, I -- as this is a

22   corrosive-resistant wire, I imagine that they

23   chose the "C" for that property.  But I

24   actually don't know.  It just makes sense

Confidential - Subject to Further Confidentiality Review

1       that's what they used.

2              Q.      Right.

3                      And that wire was not used in

4       these houses?

5              A.      That's correct.

6              Q.      So there has been NM wire in

7       these -- is there a corrosive environment, in

8       your opinion, in these houses?

9              A.      Yes.

10                     MR. SANDERS:   Object to

11             foundation.

12      BY MR. BRYSON:

13             Q.      So these houses have had an NM

14      wire in this environment for how long?

15             A.      Since the houses were built.

16             Q.      Okay.  And I believe

17      Mr. Sanders pointed out that there's no

18      definition of what's a "corrosive

19      environment" or "corrosivity" within the

20      applicable building codes, are there?

21             A.      That's correct.

22             Q.      And he pointed out to you the

23      IRC 2003 code, which prohibits the use of

24      electrical equipment where there are

Confidential - Subject to Further Confidentiality Review

1   corrosive residues or any deterioration by

2   corrosion.  Am I using the exact words?

3              MR. SANDERS:  Object to the

4       form.

5       A.    Yes, that's in paragraph 3304.6.

6   BY MR. BRYSON:

7       Q.    And then the ASTM B3 is also

8   applicable; is that correct?

9       A.    Yes.

10      Q.    And there's a section that

11  applies to wiring?

12      A.    Well, it's the standard for

13  wiring.

14      Q.    Yeah.  And that would be the

15  wiring -- would that be the wiring in these

16  houses?

17      A.    It's the metal part of the NM

18  cable that we're looking at.

19      Q.    That we've been talking about.

20            And what does Section 5.5 say

21  about the NM cable wiring that we've been

22  talking about that was used in these houses?

23      A.    "The wire shall be free of all

24  imperfections not consistent with the best

Confidential - Subject to Further Confidentiality Review

1    commercial practice."

2        Q.      Does it allow some

3    imperfections, or it has to be free of all

4    imperfections?

5        A.      All imperfections.

6        Q.      And there's no definition

7    provided for that, is there?

8        A.      That's correct.

9        Q.      And there's the prohibition

10   against corrosive residue.  Is there any

11   definition of that?

12       A.      No.

13       Q.      Why do you think that the

14   codes, if you know, didn't provide a specific

15   thickness or a specific, you know, number

16   that Mr. Sanders keeps asking you about?

17              MR. SANDERS:  Object to

18        foundation, form.

19       A.      The code is trying to set a

20   general level of safety.  It doesn't want to

21   play the game of 100 angstroms is okay, 101

22   is not.  It's just saying, "Look, we're going

23   to be safe, and we're just not going to allow

24   it.  And we're going to leave the

Confidential - Subject to Further Confidentiality Review

1    determination of things like the amount of

2    corrosive residues up to the Professional

3    Engineer involved or up to the building

4    official who has to make the final say."

5    BY MR. BRYSON:

6         Q.    Because the code's a life

7    safety-based document?

8         A.    It is.  That's the primary

9    purpose of the code.

10        Q.    Let's talk about some things,

11   then, that are also without dispute in some

12   of the literature.

13              I think we were looking at the

14   Abbott paper, and this chart Mr. Sanders took

15   you through, I believe Figure 1 from the

16   Abbott paper, which is P2.0195-0027.  Is it

17   without dispute that films increase

18   resistance?  Is there any dispute on that?

19        A.    To the best of my knowledge,

20   no.

21        Q.    That as you increase the film,

22   you increase resistance.  Is there any

23   dispute in that chart on that point?

24        A.    Absolutely not.

Confidential - Subject to Further Confidentiality Review

1    Q.    And does that chart list --

2  what are the elements that were studied that

3  increased resistance?

4    A.    The materials that were

5  studied?

6    Q.    That's right, materials.

7    A.    All right.  All right.  Alloys,

8  copper, silver alloys.

9    Q.    But it lists copper as one,

10  right?

11    A.    It did.

12    Q.    And what about --

13    A.    And it listed silver.  That's

14  silver.

15    Q.    Do we have copper and silver

16  metals in these houses?

17    A.    Yes.

18    Q.    No dispute on that?

19    A.    Absolutely not.

20    Q.    Is there any dispute that

21  resistance -- as you increase the resistance,

22  you increase heat?

23        MR. SANDERS:  Object to

24        foundation.

Confidential - Subject to Further Confidentiality Review

1    BY MR. BRYSON:

2         Q.    Is there any dispute on that?

3         A.    There's -- it's -- high-school

4    physics tells you that.

5         Q.    Okay.  Is there any dispute

6    that then when you increase the heat, that

7    can eventually cause a fire, from a fire

8    safety standpoint?

9              MR. SANDERS:  Object to

10             foundation, form.

11        A.    If you have the ignitable

12   materials and the appropriate location,

13   there's no dispute on that.

14   BY MR. BRYSON:

15        Q.    Is there any dispute from the

16   documentation that we looked at that a loose

17   connection on a receptacle or any other

18   device in a house -- that that could cause a

19   fire?

20             MR. SANDERS:  Object to form,

21             foundation.

22        A.    That can cause a fire.  That's

23   why it's in NFPA 921.

24   BY MR. BRYSON:

Confidential - Subject to Further Confidentiality Review

1      Q.      Right.  Mr. Sanders objected to

2   that, what I thought was an established fact.

3          Can you pull out the document

4   which discusses that loose connections can

5   cause fires?

6      A.      What's this?  I just need the

7   number for you.  Here.  I've got it.  Sorry.

8      Q.      Okay.

9      A.      It's P1.1819.

10      Q.      And which page?

11      A.      And if we turn to page 0003,

12   Section 8.9.2.3.

13      Q.      And what is this document,

14   though, that was identified earlier in your

15   direct testimony?

16      A.      This is NFPA 921, "Guide for

17   Fire and Explosion Investigations," the 2008

18   edition.

19      Q.      Is this a consensus document?

20      A.      Yes, it is.

21      Q.      What's --

22      A.      Just like any other of the

23   codes and standards.  It's the same consensus

24   process that the National Electric Code goes

Confidential - Subject to Further Confidentiality Review

1    through.

2         Q.     Okay.  And what does it say in

3    there about loose connections, just in

4    summary?

5         A.     Well, it actually refers to

6    poor connections.

7         Q.     Okay.

8         A.     All right.  "When a circuit has

9    a poor connection, such as at -- such as a

10   loose screw at a terminal, increased

11   resistance causes increased heating at the

12   contact, which promotes formation of an oxide

13   interface."

14        Q.     Okay.  And then I believe

15   Mr. Sanders said -- oxide film, is that a

16   corrosion film?

17        A.     That's correct.

18        Q.     Okay.  Is sulfide film -- is

19   that a corrosive film?

20        A.     Yes, it is.

21        Q.     Is there anything in the

22   literature anywhere that indicates that

23   sulfide films cannot cause an increase in

24   corrosion?

Confidential - Subject to Further Confidentiality Review

1          MR. SANDERS:   Object to

2      foundation.

3  BY MR. BRYSON:

4      Q.     Or, excuse me, an increase in

5  resistance.

6          Is there anything in any of the

7  papers we looked at which indicates that

8  copper sulfide films do not increase the

9  resistance as they also increase?

10      A.     No.   In fact, I think we have

11  evidence that they do increase resistance.

12      Q.     So do all oxide films on loose

13  connections or poor connections lead to

14  fires?

15      A.     No.

16      Q.     Why not?

17      A.     Well, you have to have the

18  right conditions.  You have to have a

19  situation where there's runaway corrosion

20  occurs, where we generate sufficient heat to

21  ignite a nearby combustible or vapor, solid

22  or vapor, and -- so all of that has to come

23  together.  It's -- you can't have a fire

24  without all of the right conditions.

Confidential - Subject to Further Confidentiality Review

1      Q.    And you have to have sufficient

2   thickness of oxide film?

3      A.    You have to have sufficient

4   thickness of oxide film. You have to have,

5   as I say, enough heat. But the mechanism,

6   you can either ignite a combustible material

7   or you can actually melt or soften and

8   degrade the insulation on the wiring, which

9   could allow the hot and neutral, for example,

10  to come in touch with each other.

11     Q.    But the thicker the film, the

12  greater the resistance?

13     A.    The thicker the film, the

14  greater the resistance, the more heat is

15  generated.

16     Q.    And have you observed sulfide

17  film thicknesses on numerous actual parts in

18  these houses, wiring and receptacles?

19     A.    Yes, I have.

20     Q.    And what is the concern that

21  you have?

22     A.    That we have sulfide films that

23  exist in a few samples out of thousands that

24  must be out there; and I'm worried that we

Confidential - Subject to Further Confidentiality Review

```
 1   have some loose connections, where these

 2   films exist, and we are, more likely than

 3   not, going to have an unwanted fire, if the

 4   situation is allowed to continue.

 5        Q.     And you have that opinion

 6   within a reasonable degree of engineering

 7   certainty?

 8        A.     Yes, I do.

 9             MR. BRYSON:  No further

10        questions.

11             THE VIDEOGRAPHER:  You have

12        like two minutes.

13                  EXAMINATION

14   BY MR. SANDERS:

15        Q.     The description that you just

16   discussed with Mr. Bryson about the necessary

17   conditions under which an oxide film would

18   form or cause a fire, those same conditions

19   would all be necessary for the sulfide film,

20   correct?

21        A.     Correct.

22             MR. SANDERS:  Okay.  Done.

23             THE VIDEOGRAPHER:  The time now

24        is 2:08 p.m., and today's trial
```

Page 123

1       deposition of Dr. Jonathan Barnett is

2       now concluded, consisting of two

3       tapes.

4               (Proceedings concluded at

5       2:08 p.m.)

6               - - - - - - -

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Confidential - Subject to Further Confidentiality Review

Page 124

```
1                        CERTIFICATE

2

3              I, MICHAEL E. MILLER, Registered
   Diplomate Reporter, Certified Realtime
4  Reporter and Notary Public, do hereby certify
   that prior to the commencement of the
5  examination, JONATHAN R. BARNETT, Ph.D. was
   duly sworn by me to testify to the truth, the
6  whole truth and nothing but the truth.

7              I DO FURTHER CERTIFY that the
   foregoing is a verbatim transcript of the
8  testimony as taken stenographically by and
   before me at the time, place and on the date
9  hereinbefore set forth, to the best of my
   ability.
10
               I DO FURTHER CERTIFY that I am
11 neither a relative nor employee nor attorney
   nor counsel of any of the parties to this
12 action, and that I am neither a relative nor
   employee of such attorney or counsel, and
13 that I am not financially interested in the
   action.
14

15

16          _____
            MICHAEL E. MILLER,
17          NCRA Registered Diplomate Reporter
            NCRA Certified Realtime Reporter
18          Certified LiveNote Reporter
            LA Certified Court Reporter #27009
19
            Dated: February 15, 2010
20

21

22

23

24
```

Confidential - Subject to Further Confidentiality Review

1               ACKNOWLEDGMENT OF DEPONENT

2

3

4               I, JONATHAN R. BARNETT, Ph.D., do
hereby certify that I have read the foregoing
5   pages and that the same is a correct
transcription of the answers given by me to
6   the questions therein propounded, except for
the corrections or changes in form or
7   substance, if any, noted in the attached
Errata Sheet.

8

9

10

11

12   _____

JONATHAN R. BARNETT, Ph.D.          DATE
13

14

15   Subscribed and sworn to before me this

16   _____ day of _____, 20 _____.

17   My commission expires: _____

18

19   Notary Public

20

21

22

23

24

Confidential - Subject to Further Confidentiality Review

Page 126

```
1                         — — — — — .. — —
                                  ERRATA
2                         — — — — — .. —

3    PAGE   LINE       CHANGE

4    _____  _____      _____

5    REASON: _____

6    _____  _____      _____

7    REASON: _____

8    _____  _____      _____

9    REASON: _____

10   _____  _____      _____

11   REASON: _____

12   _____  _____      _____

13   REASON: _____

14   _____  _____      _____

15   REASON: _____

16   _____  _____      _____

17   REASON: _____

18   _____  _____      _____

19   REASON: _____

20   _____  _____      _____

21   REASON: _____

22   _____  _____      _____

23   REASON: _____

24
```

Confidential - Subject to Further Confidentiality Review

```
 1                      - - - ~ - - -
                       LAWYER'S NOTES
 2                      - - - - - - ..

 3      PAGE    LINE

 4      _____   _____   _____

 5      _____   _____   _____

 6      _____   _____   _____

 7      _____   _____   _____

 8      _____   _____   _____

 9      _____   _____   _____

10      _____   _____   _____

11      _____   _____   _____

12      _____   _____   _____

13      _____   _____   _____

14      _____   _____   _____

15      _____   _____   _____

16      _____   _____   _____

17      _____   _____   _____

18      _____   _____   _____

19      _____   _____   _____

20      _____   _____   _____

21      _____   _____   _____

22      _____   _____   _____

23      _____   _____   _____

24      _____   _____   _____
```