Confidential - Subject to Further Confidentiality Review

1    BY MR. SERPE:

2         Q.    Are you still surprised now

3    that you've read the context of the paragraph

4    of the statements made by J.D. Sinclair in

5    Chapter 29 of the textbook Corrosion Tests

6    and Standards?

7         A.    It seems that he is saying that

8    time of wetness is a useful measurement of

9    the corrosivity of an environment, but more

10   recently, since the 1960s and 1970s, the

11   fraction of the time that dew point is

12   reached has taken over as a more useful

13   measurement.  Yes, go ahead.

14        Q.    So you believe that

15   Dr. Sinclair is using a dated theory here, at

16   least as reported in the second edition of

17   the textbook?

18        A.    No, he's describing different

19   things you can measure.  He's saying that one

20   thing you can do is measure the surface

21   conductivity between adjacent metal

22   conductors, and that was popular in the 1960s

23   and 1970s.  And more recently the preferred

24   measurement, because it's easier to use, is a

Confidential - Subject to Further Confidentiality Review

1    fraction of the time the dew point is

2    reached.  So he's discussing two methods, one

3    of which was more used some time ago and one

4    of which is more used now.

5         Q.    Both of which, though, will

6    describe a phenomenon whereby a piece of

7    equipment can achieve a wetness that will

8    enhance the corrosivity of the environment.

9         A.    Yes.  Yes.  If you have water

10   on the surface, that makes it a substantially

11   corrosive environment.

12        Q.    And that's one of the reasons

13   why we're seeing such significant failure

14   rates on evaporator coil -- the copper pipes

15   in evaporator coils in these Chinese drywall

16   houses.

17        A.    That is one of the reasons,

18   yes.

19        Q.    And the other is the high

20   volume of corrosive gases that is being

21   passed across those copper pipes.

22        A.    The high volume of very

23   low-concentration corrosive gases, yes.

24        Q.    Well, it's -- wouldn't you

Confidential - Subject to Further Confidentiality Review

1    agree that the phrase -- I'm sorry, the

2    modifier "low-concentrations" is -- is it not

3    necessary that my sentence was appropriate,

4    high volumes of corrosive gases being passed

5    across the copper pipes?

6         A.    In the sense that if the house

7    air is corrosive, it will be more corrosive

8    if high volumes of it are directed at a

9    surface.

10        Q.    And that's what's happening in

11   Chinese drywall houses in the evaporator --

12   the copper pipes in the evaporator coils.

13        A.    Yes.

14        Q.    Any pipe whose temperature went

15   under the dew point in a home would be

16   subject to moisture forming on the surface of

17   the pipe.

18        A.    That is correct.  That's the

19   definition of dew point.

20        Q.    There are a number of copper

21   pipes in a home on which -- or for which the

22   temperature will drop below the dew point,

23   are there not?

24        A.    It is possible on some pipes,

Confidential - Subject to Further Confidentiality Review

```
 1    yes.
 2          Q.     Are you familiar with the
 3    line -- the copper pipe that returns
 4    refrigerant from the air handler to the
 5    outside compressor unit?
 6          A.     I am.
 7          Q.     And if I were to refer to it as
 8    a line set, would you know what I was talking
 9    about?
10          A.     Yes.
11          Q.     Line sets are very cold indeed,
12    aren't they?
13          A.     Yes.  And they're covered by
14    insulation.
15          Q.     And the insulation that they're
16    covered with, as I'm told by the mechanical
17    people I've spoken to, is called Armaflex.
18    Have you heard it referred to that way?
19          A.     I have not heard it referred to
20    that way.
21          Q.     If I call it Armaflex now, will
22    you know that I'm talking about the
23    insulation jacket around the line set?
24          A.     Yes, I will.
```

Confidential - Subject to Further Confidentiality Review

1        Q.        Do you have any reason to

2    believe that the Armaflex insulation around

3    line sets is an effective barrier against

4    Chinese drywall corrosive gases that prevent

5    the gases from getting to the line set?

6        A.        I do have an opinion on that.

7    I have not studied it.

8        Q.        Let me ask you to assume that

9    the -- with respect to the sulfide gases,

10   that they -- that they're able to permeate to

11   a significant degree right through the

12   Armaflex insulation.

13       A.        I can hypothetically make that

14   assumption.

15       Q.        On that basis now we're going

16   to have an environment where we've got a

17   copper pipe with moisture forming on it being

18   exposed to corrosive sulphur gases, aren't

19   we?

20       A.        I'm not sure how we have

21   concluded there's moisture forming on it.

22       Q.        Well, the pipe is very cold and

23   you're going to have a dew point that renders

24   it below the dew point.

Confidential - Subject to Further Confidentiality Review

1          A.      That could occur if there was a

2     way for water vapor to come through this

3     Armaflex shield.

4          Q.      And you don't have any

5     knowledge one way or the other as to whether

6     or not the line set under the Armaflex shield

7     is or is not wet, do you?

8          A.      That is correct.

9          Q.      So if I ask you to assume, and

10    I think you'll be able to verify, although

11    let's do it on a hypothetical assumption,

12    that those things are quite wet underneath

13    the Armaflex insulation, there's your

14    assumption.  Wouldn't you agree that we're

15    talking about a highly corrosive environment,

16    Chinese drywall gases on a wet copper pipe?

17         A.      If the pipe is very cold and

18    has condensed water on it, it could be in a

19    corrosive environment if hydrogen sulfide gas

20    has free access to that wetted surface.

21    However, I would think -- and as I've said

22    before, I haven't studied this in detail, but

23    my first thought would be that the access of

24    the very low concentrations of hydrogen

Confidential - Subject to Further Confidentiality Review

1    sulfide that we're talking about to the

2    surface would be substantially restricted by

3    this shield.

4         Q.    One way we could look at this

5    would be to section -- cross section a line

6    set and study the copper pipe underneath the

7    Armaflex insulation.  Wouldn't that be an

8    appropriate investigative technique?

9         A.    That would be a way to look at

10   it.

11        Q.    And indeed, once we did so, we

12   could look to see whether any pitting had

13   occurred on these copper line sets as another

14   potential investigative technique?

15        A.    We could look for evidence of

16   atmospheric corrosion or of aqueous

17   corrosion.

18        Q.    Let me ask you -- and here's

19   the final step of this hypothetical, to

20   assume that we've looked at a line set in a

21   remote region of the return underneath the

22   Armaflex insulation.  So there's no

23   atmospheric communication from the open end

24   of the Armaflex.  And underneath it we found

Confidential - Subject to Further Confidentiality Review

1    copper sulfide corrosion product on the

2    surface and on a cross section we're seeing

3    pits that have developed in the range of,

4    say, 15 to 20 microns.  You with me so far on

5    that hypothetical?

6         A.    Yes, I see all your

7    assumptions.

8         Q.    Then you would conclude that

9    you would have a runaway pit in that sort of

10   moist environment that could continue until

11   failure of the pipe.

12              MS. MAUS:  Objection, form.

13        A.    I would want to know the form

14   of the pitting.  Was this formicary corrosion

15   or was this open-mouthed pits?

16   BY MR. SERPE:

17        Q.    Well, we've got evidence of

18   what type of corrosion happens to copper

19   pipes that are moist in air conditioners,

20   don't we?

21        A.    We do.

22        Q.    Dr. Perricone described it as

23   formicary.

24        A.    He said it was -- it had some

Confidential - Subject to Further Confidentiality Review

Page 234

1   aspects of formicary corrosion and some

2   aspects of pitting.

3       Q.     In fact, enough aspects that he

4   said that clearly formicary corrosion is

5   happening on copper pipes in air-conditioning

6   systems.

7       A.     And that is promoted by the

8   presence of formic and acetic acids from

9   formaldehyde and acetaldehyde given off by

10  new home components.

11      Q.     Did Dr. Perricone tell you that

12  there was formic acid and acetic acid derived

13  from new home components?

14      A.     No, that was a conclusion I

15  myself reached from the finding that there

16  was formicary corrosion from the previous

17  work in Krantz' laboratory that had shown

18  that formicary corrosion was related to

19  aldehydes in condensed water and the fact

20  that we detected acetic and formic acids

21  in -- on air-conditioner coils.

22      Q.     Now, in Dr. Perricone's

23  deposition -- by the way, have you had a

24  chance to review Dr. Perricone's deposition?

Confidential - Subject to Further Confidentiality Review

Page 235

1          A.      I have read it.

2          Q.      And you saw where I asked him

3     whether or not he believed that the failure

4     of the evaporator coils in the homes that he

5     observed in Florida and that he actually

6     sectioned was a result of the corrosive

7     attack secondary to the Chinese drywall and

8     he acknowledged that.  You saw that that was

9     his testimony?

10         A.      I don't remember that

11    particular question.  You asked him many.

12    But yes, I'll accept that he said that.

13         Q.      And you would agree that the

14    reason that HVAC systems are failing in these

15    homes is because of the corrosive gases that

16    are being released from the Chinese drywall?

17         A.      That's -- yes, that is my

18    conclusion.  What I said before was that I

19    felt it was aggravated by the presence of

20    aldehydes.

21         Q.      Which is what you believe comes

22    from a natural process of off-gassing that

23    occurs from other things in a new house?

24         A.      Based on the CPSC report, yes.

Confidential - Subject to Further Confidentiality Review

Page 236

1        Q.      So that in a house such as the

2    control houses which we studied where there

3    is no Chinese drywall but presumably had the

4    same sorts of new items in them that could

5    have hypothetically been responsible for

6    releasing these other substances which

7    contributed, we did not observe any HVAC

8    failures.  You saw us reporting that data in

9    our expert reports.

10       A.      I -- I have seen that

11   indication, although I have not really -- I

12   have not seen a side-by-side comparison of

13   what fails in houses with Chinese wallboard

14   compared to houses without.  I don't see the

15   control set.

16       Q.      Do you know whether Knauf has

17   attempted to tabulate that information?

18       A.      I'm not aware of Knauf

19   having -- or KPT having attempted to tabulate

20   that information.

21       Q.      Have you asked to see if

22   they've got side-by-side failure data on KPT

23   houses versus control houses?

24       A.      No, I had assumed that it would

Confidential - Subject to Further Confidentiality Review

Page 237

1    come from the plaintiffs' side if such work

2    had been done.

3        Q.    Why would you have assumed

4    that?

5        A.    Because I -- maybe I shouldn't

6    make assumptions at all.  But the plaintiffs

7    are suggesting that these failures are all

8    caused by Chinese wallboard.

9        Q.    Have you seen any evidence that

10   the failures in these HVACs are caused by

11   something other than Chinese drywall?

12       A.    No, I think we're talking at

13   cross-purposes here.  When I was talking

14   about control set, I was meaning that I have

15   seen lists of things that have failed in

16   houses with Chinese wallboard without a

17   control set.  It does seem that there is a

18   preponderance of information that the

19   presence of Chinese wallboard is associated

20   with the failure or premature failure of

21   air-conditioner coils.

22       Q.    In fact, Knauf acquired, for

23   experimental purposes, various homes in

24   Florida and Louisiana in which ECS systems

Confidential - Subject to Further Confidentiality Review

Page 238

1    were installed.

2         A.    Yes, Knauf has -- KPT has

3    installed ECS systems in two homes in Florida

4    and two in Louisiana.

5         Q.    And then they also acquired at

6    that time homes that they could use for

7    testing for which there was no ECS system

8    installed, did they not?

9         A.    Yes.

10         Q.    And some were so-called

11    negative controls where there was no Chinese

12    drywall.

13         A.    Yes.

14         Q.    And some were positive controls

15    where there was Chinese drywall.

16         A.    That's true.

17         Q.    Has anybody made an effort to

18    determine rates of failures on HVAC coils

19    across the very houses which Knauf has

20    unrestricted access to?

21         A.    I would suggest that is too

22    small a sample to be -- to make a

23    representative conclusion from.

24         Q.    I'm not talking about

Confidential - Subject to Further Confidentiality Review

Page 239

1    representative conclusions.  Have you even

2    looked at the very houses that you're

3    studying to find out if, for example, there

4    have been any HVAC failures in the negative

5    control?

6          A.      I don't know.

7          Q.      Have you asked for it?

8          A.      I have not asked for it.

9          Q.      Cold water pipes in houses,

10   when cold water travels through them, chill.

11   Is that a fair statement?

12         A.      That is correct.

13         Q.      And a cold water pipe,

14   particularly in the summertime, can get below

15   the dew point.

16         A.      That's possible.

17         Q.      You've seen pipes in

18   residential houses that have had moisture

19   develop on cold water lines, have you not?

20         A.      On the incoming cold water

21   pipe, yes.

22         Q.      And to the extent that was a

23   copper pipe in a Chinese drywall environment,

24   again, you would believe that more pitting to

Confidential - Subject to Further Confidentiality Review

Page 240

1    have been observed, that that could be a

2    self-sustaining pitting reaction.

3           A.    It could be, but it would be

4    likely to be much less severe than on the

5    air-conditioner coils for two reasons.  One

6    is there is not the continuous delivery of

7    air to the surface of the pipe; and secondly,

8    the pipe is thicker.  It's not the thin-gauge

9    pipe that we want to use in an

10   air-conditioner coil to achieve high rates of

11   heat transfer.

12          Q.    Do you have any data whatsoever

13   on copper pipes outside of air conditioners

14   and what types of pits have been achieved?

15          A.    I have not myself made any

16   study of that.

17          Q.    Your copper coupons do not

18   attempt to predict failure for copper pipes,

19   do they?

20          A.    They do not.

21          Q.    You didn't chill any coupons in

22   a systematic effort to determine whether

23   reducing a coupon below the dew point in an

24   ambient would result in enhanced corrosive

Confidential - Subject to Further Confidentiality Review

1    properties, did you?

2        A.    I did not, although

3    Dr. Perricone had some tests where he

4    cyclically exposed coupons to condensing

5    environments.

6        Q.    And how long did he do that

7    for?  How long were those experiments running

8    for?

9        A.    I don't want to guess, but I

10   think it was weeks.

11       Q.    And based upon your long-term

12   experience working with reactivity coupons in

13   real-world environments, you would proceed

14   with great caution before relying on an

15   experimental design for a matter of weeks

16   before beginning to predict what's going to

17   happen to a real-world item such as a chilled

18   pipe.

19            MS. MAUS:  Objection, form.

20       A.    If we're talking about chilled

21   pipes, I would observe that I have not seen

22   any reports of failures of chilled pipes, and

23   that I would expect -- and I would repeat

24   that I would expect the environment to be

Confidential - Subject to Further Confidentiality Review

1    substantially less corrosive than in the

2    air-conditioner coil because of the delivery

3    issue and the temperature issue.

4    BY MR. SERPE:

5        Q.     But we talk about premature

6    failures and the length of time before

7    reaching a premature failure in the world of

8    corrosion analysis, don't we?

9        A.     We do.

10       Q.     And to the extent we have this

11   self-sustaining pitting reaction occurring on

12   a pipe, we can predict a premature failure

13   should that reaction continue unabated.

14       A.     If that pit is left with its

15   nasty solution, let me say, inside it and if

16   the environment -- the air in the house

17   continues, yes, that pit on a cold water pipe

18   could propagate.  I don't -- I cannot predict

19   the rate at which it will propagate because I

20   don't have data to use to make that

21   conclusion.

22       Q.     And as far as you know, no

23   one's ever done it.

24       A.     I'm not aware of anybody who

Confidential - Subject to Further Confidentiality Review

1    has measured pitting rates on chilled copper

2    pipe in hydrogen sulfide environments.

3         Q.    So let me ask you to assume,

4    Dr. Sharp, that there was a house with 100%

5    Chinese drywall on all of the living spaces

6    walls.  And further ask you to assume that

7    the ECS was prohibited by state law in that

8    state, you just couldn't install one, so ECS

9    or something like it was just not possible

10   and the family decided to remove all of the

11   drywall from the home.  Are you with me so

12   far in my hypothetical?

13        A.    Yes.

14        Q.    If they turn to you and said,

15   "Dr. Sharp, you really understand this

16   corrosion stuff and we see pits on these

17   pipes.  Now that the walls are open, should

18   we take them out and replace them with fresh

19   pipes with no pits or should we leave them

20   that way and just simply seal them back up in

21   the walls?"  What would you tell them?

22        A.    My primary concern would be the

23   cold water pipe at the point of entry into

24   the house.  My own observations have

Confidential - Subject to Further Confidentiality Review

1    indicated that that will be the most

2    critical.  For that particular pipe, I would

3    clean it off, I would maybe put it -- put a

4    neutralizing solution on it or something like

5    that to clean it off and then I would leave

6    it in the house because I don't think that if

7    the environment were removed and then we had

8    water condensed, there would be no corrosives

9    in that water, the pit would be cleaned out

10    and I would leave the pipe.

11        Q.    So do I understand that you

12    believe that there's a cleaning technique

13    that can be applied to a pitted pipe that

14    will eliminate any chance that when an

15    aqueous solution or environment is returned

16    to the pipe, that it would be impossible for

17    the corrosion to resume, through cleaning?

18        A.    I didn't say impossible.  I

19    said that's what I would -- if it were my

20    house, that's what I would do.  I would clean

21    the -- I could -- I could wash it off even.

22    I could -- I would do something to dilute or

23    remove this solution in the pits, if indeed

24    there were pits in that particular chilled

Confidential - Subject to Further Confidentiality Review

Page 245

1    pipe.

2         Q.      So let me ask you to assume

3    that the chilled pipe that we're talking

4    about has got a pit such as is visualized in

5    figure 1 on page 10 of the Sandia report.

6         A.      That was a wire I recall.

7         Q.      I understand.  But it was

8    morphologically as well as in terms of depth

9    that it was indistinguishable from a pit

10   observed on a copper pipe.  Are you telling

11   me that there's a way that you can wipe that

12   and eliminate the corrosion product that's

13   contained in the pit to prevent any chance of

14   the corrosion continuing were water

15   reintroduced to the pit?

16        A.      I really can't answer that

17   question because it's such a stretch to

18   pretend that this tarnishing is -- is a pit

19   on a chilled pipe.

20        Q.      Why?

21        A.      Because you don't get this kind

22   of irregular growth outside a chilled pipe.

23        Q.      What is it about a chilled

24   copper pipe that makes it different than a

Confidential - Subject to Further Confidentiality Review

Page 246

1    chilled wire?

2         A.      I'm not aware of chilled wires

3    that we're talking about.

4         Q.      Well, let's start with what's

5    the difference between a copper pipe and a

6    copper wire when it comes to the propensity

7    of the copper to develop the sorts of pits as

8    are visualized in figure 1 on page 10 of the

9    Sandia report?

10        A.      This figure 1 describes a case

11   of tarnishing of a copper wire in which there

12   are large outgrowths, called corrosion

13   nodules, and a corresponding loss of copper

14   substrate.  The photographs of pits I have

15   seen in copper tend to be more open-mouthed

16   pits without this large outer growth.

17        Q.      What experience are you drawing

18   from with respect to pit analysis on copper

19   pipes?

20        A.      There have been -- my

21   recollection is that I have read in the

22   dep -- in the reports and -- reports that

23   show photographs of pits.

24        Q.      So in other words it's your

Confidential - Subject to Further Confidentiality Review

Page 247

1    review of materials -- expert materials in

2    this case?

3         A.    I think so.

4         Q.    You mentioned the cold water

5    line coming into the house as one particular

6    point of a pipe that could get below the dew

7    point.  Are you aware of any other pipes in a

8    home, copper pipes, that drop below the dew

9    point in their normal working cycle?

10        A.    Is the question with regard to

11   water pipes?

12        Q.    Copper pipes.

13        A.    I don't have data to answer

14   that question.  I have not studied the

15   temperature of copper cold water pipes in a

16   house related to dew point.

17        Q.    Dr. Sharp, will you open up the

18   Krantz report --

19        A.    Yes.

20        Q.    -- which I believe is the

21   supplemental report, which I believe is

22   Exhibit 17.

23        A.    Yes, uh-huh.

24        Q.    I want to show you some

Confidential - Subject to Further Confidentiality Review

Page 248

1    photographs, enlargements of some of the

2    thicknesses that were measured.  That's

3    Exhibit 18 there, is it not?

4         A.    Yes, it is.

5         Q.    And we actually pulled the

6    table out of that, that was the previous

7    exhibit number, Exhibit No. 17.  You see

8    that?

9         A.    Yes.

10              (Whereupon, Deposition Exhibit

11         Sharp-21, Color Photograph -

12         Enlargement of Krantz Measurement, was

13         marked for identification.)

14              MR. SERPE:  If you'll hand

15         Dr. Sharp Exhibit 21.  Thank you.

16    BY MR. SERPE:

17         Q.    Dr. Sharp, in Exhibit 21 we've

18    taken an enlargement of one of the

19    measurements conducted by Dr. Krantz where he

20    has indicated a 20.7-micron thickness from

21    his measurement of a wire.  Do you see that?

22         A.    Yes.

23         Q.    Can I ask you to assume that

24    this was a wire that came out of Mr. Morgan's

Confidential - Subject to Further Confidentiality Review

```
1      house, one of the test homes here?

2           A.     You can.

3           Q.     Do you see that that wire has

4      been referred to as 20.7 on the sixth entry

5      down of Exhibit 17?

6           A.     I see that.

7                  (Whereupon, Deposition Exhibit

8           Sharp-22, Color Photograph -

9           Enlargement of Krantz Measurement, was

10          marked for identification.)

11                 (Whereupon, Deposition Exhibit

12          Sharp-23, Color Photograph -

13          Enlargement of Krantz Measurement, was

14          marked for identification.)

15                 (Whereupon, Deposition Exhibit

16          Sharp-24, Color Photograph -

17          Enlargement of Krantz Measurement, was

18          marked for identification.)

19                 (Whereupon, Deposition Exhibit

20          Sharp-25, Color Photograph -

21          Enlargement of Krantz Measurement, was

22          marked for identification.)

23     BY MR. SERPE:

24          Q.     I would like to proceed
```

Page 250

1    serially with a number of photo micrographs

2    of these samples and ask you to take a look

3    at Exhibits 22, 23, 24 and 25.  I'll stop at

4    that point.

5                 (Witness reviews documents.)

6    BY MR. SERPE:

7         Q.      So starting with 21, we just

8    talked about, it's the 20.7 thickness, you

9    see that from that same sample Dr. Krantz

10   also reports a pit depth of 16.5 microns.

11        A.      Yes.

12        Q.      The -- and that refers back to

13   page 9 of the report.

14                On Exhibit 22, he reports a

15   25.9-micron thickness with a corresponding

16   11.3-micron pit.

17                23, a 20.6-micron thickness

18   with a 17.7-micron pit.

19                24, a 51.8-micron thickness

20   associated with a 9-micron pit.

21                And finally, in Exhibit 25, a

22   69.3-micron thickness associated with a

23   15.4-micron pit.  So I appreciate you bearing

24   with me through that tedious recitation of

Confidential - Subject to Further Confidentiality Review

Page 251

```
 1     data, but I did read into the record the data
 2     as reported by Dr. Krantz?
 3          A.      As reported by Dr. Krantz, you
 4     did.  And I can see the thickness on
 5     Exhibit 21.  There is a single large sulfide
 6     particle and he has measured its depth, the
 7     maximum depth.  I can see on Exhibit 23 a
 8     single -- sulfide particles.  But on
 9     Exhibits 24 and 25 and 22, the sulfides
10     appear scattered and it's not clear whether
11     these measurements really relate to a single,
12     solid copper sulfide film.
13          Q.      Perhaps that might be an
14     artifact of the Xerox copying that was done
15     of these particular photo micrographs?
16          A.      I don't think so.  These
17     particles appear to be detached from the
18     surface.
19          Q.      So would you -- would you
20     believe that it was -- that the measurements
21     as conducted and illustrated by Exhibits 24
22     and 25 would have been overestimates of the
23     thicknesses in those locations by Mr. Krantz?
24          A.      Yes, 22 and 24 and 25 could
```

Confidential - Subject to Further Confidentiality Review

Page 252

1    have been.   The same issue doesn't arise with

2    21 and 23.

3          Q.     And you're able to reach that

4    conclusion based upon the exhibits as

5    represented both in terms of the report and

6    these blowups that we have provided for you,

7    or would that require additional research?

8          A.     I don't think it needs

9    additional research.   These films are

10   discontinuous and he has -- the black

11   material is the mounting plastic that the

12   specimen has been polished in.   And the

13   sulfides are discontinuous through it.   It's

14   possible that they're continuous in another

15   plane, but I'm just describing to you my

16   assessment of them as I see them.

17         Q.     The last couple of questions

18   about Exhibit 17 and we'll press on.

19   Dr. Sharp, you see the column represented by

20   pit depths as contained by Mr. Krantz'

21   tabulation on Exhibit 17?

22         A.     I do.

23         Q.     And we have a single pit depth

24   below 10 microns as reported, at least on

Confidential - Subject to Further Confidentiality Review

Page 253

1   these examples that I showed you, but other

2   pits that range generally to a upper limit on

3   wires of 41.7 microns, put that on the

4   multistrand wire that we were looking at

5   earlier.

6           A.      Yes.

7           Q.      Taking that out, we're looking

8   at something approximating a 20-micron pit

9   depth as determined by this Krantz table 17.

10          A.      As the maximum, yes.

11          Q.      Which as I recall, and we can

12  look at it again, was the identical pit depth

13  described by the Sandia report, was it not?

14          A.      The 20-micron?

15          Q.      Yes.

16          A.      That's correct.

17          Q.      And from your experience with

18  Mr. Krantz and the reliable work that's been

19  done by his laboratory, you believe that his

20  use of the word "pit" as contained in

21  Exhibit 17 is referring to a self-sustaining

22  reaction on the surfaces of these electrical

23  wires.

24          A.      No, I don't believe it is, any

Confidential - Subject to Further Confidentiality Review

Page 254

1    more than I believe that there's a

2    self-sustaining reaction in the Sandia work.

3         Q.    No, no, I'm sorry, that you --

4         A.    He's using that word, but I

5    don't think it's -- it's -- these -- these

6    are self-sustaining pits.

7         Q.    No, I didn't -- I wasn't

8    pointing to your opinion of what they are.

9         A.    I beg your pardon.

10        Q.    I'm sorry.  That by using the

11   word "pit" as it's commonly used in the

12   corrosion community, it's apparent that

13   Dr. -- I'm sorry, Mr. Krantz believes that

14   these are self-sustaining reactions.

15        A.    I -- I don't think that's a

16   reasonable inference.

17        Q.    What do you think the

18   reasonable inference is, that he used the

19   word "pit" but didn't believe it was

20   self-sustaining?

21        A.    Yes.

22        Q.    Pitting can occur on equipment

23   with low corrosion rates, can it not?

24        A.    I'm not sure.  Pitting can

Confidential - Subject to Further Confidentiality Review

Page 255

1    occur at low corrosion rates.  That is to say

2    the pit propagation rate can be slow.  That

3    would be unusual.  We're normally worried

4    about self-sustaining pits because they can

5    go rapidly if they're self-sustaining and

6    they're hidden.  So I'm not sure that I

7    really understand your question.

8         Q.    My question is if you put a

9    piece of equipment into a corrosive

10   environment that results in a low corrosion

11   rate occurring on that equipment --

12        A.    Yes.

13        Q.    -- it is still possible that

14   pitting can occur on the equipment even in

15   the presence of a low corrosion rate.

16        A.    Well, we have to distinguish

17   between corrosion rate and pitting rate.  If

18   there is other corrosion on the surface that

19   is not pitted that is slow, it would be --

20   I'm having difficulty because pitting is

21   characterized by pits that grow deep faster

22   than corrosion thins the surface.

23        Q.    This is a two-sided original

24   and somebody copied alternate pages.

Confidential – Subject to Further Confidentiality Review

Page 256

1              Dr. Sharp, my single versus

2    double-sided copy of ASDMG-4 is going to

3    prevent me from handing you the next exhibit.

4    Let me generally ask you, do you know ASDMG-4

5    on the standard guide for conducting

6    corrosion test and field applications?

7         A.    Yes.   I'm generally familiar

8    with it.

9         Q.    Did they discuss the

10   proposition that merely looking at uniform

11   corrosion rates over a piece of equipment

12   might ignore failure potential due to

13   pitting?

14        A.    That is a good caution.

15        Q.    Because pits under certain

16   circumstances can provide a more rapid path

17   to failure than a -- the uniform corrosion

18   layer on a piece of equipment.

19        A.    That is correct.

20        Q.    And indeed in the HVAC systems

21   in these homes as they were cross sectioned,

22   the evidence indicates that it was a pitting

23   type of corrosion that led to failure as

24   opposed to the copper pipes uniformly

Confidential - Subject to Further Confidentiality Review

Page 257

```
 1    disintegrating as part of a uniform corrosion

 2    process.

 3         A.    I reached the same conclusion.

 4         Q.    At the contact point for a

 5    copper wire to a electrical device, such as a

 6    switch or a receptacle, optimally the contact

 7    point is firmly affixed and the grounding

 8    wire is snug against the shaft of the screw

 9    or other fastener that's holding it down.

10    Fair statement?

11         A.    That is correct.  That's how

12    they're supposed to be installed.

13         Q.    There would be an occlusion

14    surface between the contact point and the

15    copper wire -- I should say between the

16    fastener of the receptacle and the copper

17    wire, much of which would be, if there was a

18    tight contact, shielded to some extent from

19    the atmospheric influences.

20         A.    That is correct.

21         Q.    But, of course, there's always

22    an edge, where at the point of the occlusion

23    you have a corner that is exposed to the

24    atmosphere.
```

Confidential - Subject to Further Confidentiality Review

1          A.      That's correct, too.

2          Q.      To the extent that a mechanical

3    connection of a fastener in a receptacle to a

4    wire was suboptimal, you can increase the

5    size of the occlusion surface that's exposed

6    to the atmosphere.

7          A.      I suppose that's true, but I

8    think there would be many other problems if

9    that connection was suboptimal.  If there

10   wasn't a good contact, then there would be

11   other issues, as, for example, with the one

12   contact that was found to be improperly

13   made -- put together in -- in this work.  So

14   I think that if the screw is not tightened

15   properly, we're going to have a lot more

16   problems than corrosion.

17         Q.      You would expect to see a lot

18   of problems, including corrosion, on a

19   fastener that was not properly made up.

20              MS. MAUS:  Objection, form.

21         A.      If the screw were not tightened

22   properly, there could be arcing, there could

23   be heating, there could be many problems.

24   But the evidence that I have seen is that

Confidential - Subject to Further Confidentiality Review

Page 259

1    under screw heads, the copper remains bright.

2    BY MR. SERPE:

3        Q.    In a home with scores of

4    mechanical fastenings of receptacles to hot,

5    neutral and grounding wires, you'll have a

6    spectrum of how effectively the mechanical

7    connection was made.  Would that be a fair

8    statement?

9        A.    It will be a spectrum, but it

10    has to be within a given range for the -- for

11    these installations to be made properly, yes.

12        Q.    For the contact to be made and

13    the current to be carried.

14        A.    Correct.

15        Q.    So is it your opinion that

16    there's no possibility that a loosely

17    connected wire, copper wire, to an electrical

18    device that maintains a sufficient surface

19    area for electrical conductivity to pass

20    through but for which there is an increased

21    surface area exposed to corrosive gases, that

22    there's no possibility through the buildup of

23    corrosion product and the resistive nature of

24    the corrosion product that you're going to

Confidential - Subject to Further Confidentiality Review

1    have a failure of the contact over time?

2        A.    I don't see how that could

3    occur because in the hypothetical that you

4    stated, there was contact in some part of the

5    copper.  That part will be protected from

6    corrosion.  The adjacent part that is not in

7    contact with the screw in the other parts of

8    the terminal could be able to tarnish, but

9    that would not affect the part that's

10   carrying the current in your hypothetical.

11       Q.    Current is carried on the

12   outside diameter of a wire?

13       A.    It's carried all through the

14   wire.

15       Q.    In a diffuse and -- and uniform

16   way across the full cross section of a wire?

17       A.    That's why high-current wires

18   are large diameter and low-current wires are

19   small diameter.

20       Q.    Well, the circumference of a

21   large diameter wire is larger than the

22   circumference of a small diameter wire, isn't

23   it?

24       A.    Yes, it is.

Page 261

1          Q.     So theoretically if the current

2     was carried on the outside circumference, a

3     larger wire would have a larger area in which

4     to carry wire?

5          A.     Theoretically, yes.

6          Q.     So do you have an opinion

7     whether wire travels along the circumference

8     or whether it carries uniformly and diffusely

9     across the whole cross-sectional area?

10              MS. MAUS:  Objection, form.

11         A.     My understanding is that the

12    resistance of a wire is proportionate with

13    its cross section.  Therefore, from that I

14    deduce that the current goes all through the

15    wire.

16    BY MR. SERPE:

17         Q.     You believe the resistance of a

18    wire is determined by investigating the

19    cross-sectional area?

20         A.     There are sensors that in fact

21    monitor atmospheric corrosion which are a

22    strip of copper of a known thickness and as

23    it gets thinner, the resistance goes up

24    because the cross section has decreased.

Confidential - Subject to Further Confidentiality Review

Page 262

1          Q.     The buildup of corrosion

2     product on the circumference of an electrical

3     wire increases the resistance of the wire,

4     doesn't it?

5          A.     If you had a wire that were

6     freely exposed and tarnished on its outside

7     circumference and you measured the resistance

8     from its outside circumference to its center,

9     that resistance would have increased as a

10    result of the tarnishing.

11         Q.     And as the thickness of the

12    corrosion product built up on the wire and

13    the resistance of the wire increased, the

14    wire would get hotter, wouldn't it?

15         A.     If you were passing current

16    through a tarnish film.  But as I said

17    before, that is not the case in the contacts

18    that I have seen.  In the contacts that I

19    have seen, the mating surfaces where the

20    contact is made between the wire and the

21    screw head and the surface underneath that

22    remained bright indicating that tarnishing is

23    not occurring there.

24         Q.     I understand.  We've talked

Confidential - Subject to Further Confidentiality Review

Page 263

1    about mating surfaces.  But in order to get

2    to the mating surface, the current has got to

3    travel through the wire, doesn't it?

4         A.    Yes, it does.

5         Q.    So the ability of the wire

6    to -- the wire itself to conduct electricity

7    is an important variable, isn't it?

8         A.    As the cross section of the

9    wire is reduced by tarnishing, there will be

10   a very, very small increase in resistance as

11   a result of that loss in cross-sectional

12   area.

13        Q.    Let's talk about one more

14   mating surface.

15        A.    Please do.

16        Q.    Switches with silver contacts.

17        A.    Yes.

18        Q.    Corrosion product building up

19   on switches with silver contacts are prone to

20   electrical failure.

21        A.    Is that a statement?

22        Q.    Aren't they?

23        A.    I -- the CPSC report found no

24   evidence of failure in electrical equipment

Confidential - Subject to Further Confidentiality Review

Page 264

1    in homes with Chinese drywall.  So I'm not

2    sure what the basis of that question is.

3         Q.     You have reported in your own

4    articles in the peer-reviewed literature that

5    the buildup of corrosion product on silver

6    contacts can result in the failure of

7    switches, haven't you?

8         A.     It -- it could.  It depends on

9    the type of switch.  It depends on the type

10   of gases that are present, the contact

11   pressure and a myriad of other things.

12   Silver is chosen as a contact material

13   because it is ductile and a wiping action

14   essentially cleans the contact.  That's why

15   it's chosen.

16        Q.     Have you heard the corrosion

17   product that builds up on silver contacts

18   referred to as whisker, as a descriptive for

19   the -- what the corrosion product looks like?

20        A.     Silver tarnishes.  That

21   tarnishing can involve the growth of

22   whiskers, yes.

23        Q.     And the whisker tarnish that

24   forms on silver contacts decreases electrical

Confidential - Subject to Further Confidentiality Review

1    conductivity, does it not?

2        A.    The concern about whiskers is

3    that they can act as -- to make a contact

4    with something that's adjacent because they

5    grow outward.  But I should say about silver

6    that the study that we were talking about at

7    the beginning of the day involved silver

8    components and, therefore, the failure

9    criteria that I have promoted include the

10    failure of silver components as well as the

11    failure of other components.

12        Q.    So to the extent that an

13    environment is found to have more than

14    1434 angstroms of corrosion product as

15    measured by reactivity coupons, you would

16    expect to see premature failure of the

17    electrical systems in those houses?

18        A.    More than 1434 in 30 days, yes,

19    I would.  That's my findings.

20        Q.    And including silver contact

21    surfaces failing.

22        A.    It's difficult to speculate

23    what would fail first, but a failure is a

24    failure.

Confidential - Subject to Further Confidentiality Review

Page 266

1      Q.    Are you familiar with the paper

2  by Bella Chudnovsky entitled Corrosion of

3  Electrical Conductors in Pulp and Paper in

4  Industrial Applications?

5      A.    I have read it.

6          (Whereupon, Deposition Exhibit

7      Sharp-26, "Corrosion of Electrical

8      Conductors in Pulp and Paper

9      Industrial Applications," by

10     Chudnovsky, was marked for

11     identification.)

12  BY MR. SERPE:

13      Q.    May I hand you a copy that we

14  have marked as Exhibit No. 26.

15      A.    Certainly.

16      Q.    And if I can get you to turn to

17  page -- the second page, which is 933.  And

18  if I can get you to read into the record the

19  sentence beginning "silver corrosion" about

20  halfway down the paragraph captioned "Silver

21  Whiskers."

22      A.    Yes.  You want me to start

23  at --

24      Q.    "Silver corrosion," yes.

Confidential - Subject to Further Confidentiality Review

Page 267

1      A.      Silver corrosion.  "Silver

2   corrosion results in a high resistance which

3   produces more heat which in turn stimulates

4   further tarnishing and growth of whiskers."

5      Q.      And you would agree with that

6   statement, wouldn't you?

7      A.      Yes, I believe she's referring

8   to high-voltage electrical equipment because

9   she's talking about switch gear.

10            MR. SERPE:  Dr. Sharp, I

11        believe we've run out of tape again

12        and need to switch the tape one last

13        time.

14            THE VIDEOGRAPHER:  Time now is

15        approximately 4:35 p.m., and we are

16        now off the record.

17            (Recess taken, 4:35 p.m. to

18        4:52 p.m.)

19            (Afternoon session continues on

20        following page.)

21            ///

22            ///

23            ///

24            ///

Confidential - Subject to Further Confidentiality Review

Page 268

```
 1              THE VIDEOGRAPHER:  This begins
 2         Tape 7 of the videotaped deposition of
 3         Dr. Sandy Sharp.  Time now is
 4         approximately 4:52 p.m., and we're
 5         back on the record.
 6    BY MR. SERPE:
 7         Q.     Dr. Sharp, I want to return to
 8    a discussion of the recalculation that was
 9    done of the thicknesses as reported by
10    Dr. Perricone in Exhibit No. 10.
11         A.     Very well.
12         Q.     And if you've got Exhibit 10
13    there and can flip to page 16 with me, I'd
14    like to pull out a coupon, by way of
15    illustration.  One, two, three, four -- fifth
16    one down, coupon 5771.  Do you see that
17    entry?
18         A.     I do.
19         Q.     With a corresponding stripping
20    voltammetry total film basis of
21    293 angstroms?
22                Did I read that correctly?
23         A.     That's the sulfide film
24    thickness, yes.
```

Confidential - Subject to Further Confidentiality Review

Page 269

1          Q.      And then we have a footnote for

2     this chart that, once again, is indicating

3     that values blank corrected by 55 angstroms

4     and recalculated using a sulfide density of

5     5.6 g per -- what's that, square centimeter?

6          A.      Yes.

7          Q.      Or cubic centimeter.  It's got

8     to be a cubic centimeter, no?

9          A.      Grams per -- grams per cubic

10    centimeter, yes.

11         Q.      Yeah, it's got to be.

12         A.      Yes.

13         Q.      All right.  So we discussed

14    earlier that blank correction in 55A.  I

15    really want to focus on sulfide density

16    correction here, and start by asking this

17    question:  Have you taken the time and

18    calculated what the correction percentage was

19    by taking the enshrined calculation from MWV

20    and changing the variable for sulfide density

21    to 5.6?

22              MR. SANDERS:  Object to form.

23         A.      I have not done that.

24    BY MR. SERPE:

Confidential - Subject to Further Confidentiality Review

Page 270

1        Q.      What is the assumed sulfide

2   density in the enshrined calculation of MWV?

3        A.      MWV in stripping voltammetry

4   identifies the compound being removed, as the

5   tarnish film is being analyzed, by the

6   potential at which it analyzes, and then uses

7   properties of that compound to calculate the

8   equivalent thickness that it would have

9   averaged on the coupon.

10              So for the oxide, you would use

11  the oxide density and for sulfide, you would

12  use sulfide density.

13       Q.      In the identification of the

14  compound, MWV uses recognized laboratory

15  techniques, don't they?

16       A.      Yes.

17       Q.      And with 25 years of

18  experience, they do it with a great deal of

19  precision, don't they?

20       A.      We have used the same technique

21  all the time.

22       Q.      And you find that technique to

23  be highly precise in identifying the compound

24  which is being removed?

Confidential - Subject to Further Confidentiality Review

1          MR. SANDERS:  Object to the

2      form.

3          A.     Yes, the compounds always are

4      removed at the same potentials.

5      BY MR. SERPE:

6          Q.     And when they're removed at the

7      same potentials, you're able to precisely

8      calculate the density of the compounds that

9      are removed?

10         A.     We don't need to calculate the

11     density.  We use the density to calculate the

12     thickness.

13         Q.     And how do you obtain the

14     density from the sample?

15         A.     You obtain it from tables.

16         Q.     What value does MWV place in

17     the calculations referred to in Exhibit 3 for

18     the corrosion product on the wires that were

19     measured?

20         A.     I don't know.  That is --

21     that's something that I was actively involved

22     with about 25 years ago, but I don't recall

23     it at this point.

24         Q.     What is your understanding of

Confidential - Subject to Further Confidentiality Review

1    the purpose to which Dr. Perricone

2    recalculated using a different sulfide

3    density than was applied by MWV?

4              MR. SANDERS:  Object to

5         foundation, misstates his testimony.

6              MR. SERPE:  How would you know?

7              MR. SANDERS:  Good point.

8         That's his testimony.  He said he

9         didn't know.

10             MR. SERPE:  All right.

11             THE WITNESS:  Can you repeat

12        the question?

13             MR. SERPE:  All right.  So --

14        yes.

15   BY MR. SERPE:

16        Q.    If you look at footnote 11 on

17   page 16 of Exhibit 10, Dr. Perricone says he

18   has to recalculate using a density of 5.6

19   grams per cubic meter.  Did I read that

20   correctly?

21        A.    That is what he says.

22        Q.    And from that, you logically

23   deduce that WMV must have used a different

24   density than 5.6, or recalculation would not

1      have been necessary?

2            A.      That is correct.

3            Q.      You don't know what density was

4      used by MWV?

5            A.      That is correct.

6            Q.      To what purpose or end did you

7      understand that Dr. Perricone was attempting

8      to achieve, if you know what he was doing, by

9      changing the density from what WMV used to an

10     assumed density of 5.6 grams per cubic meter?

11           A.      He states that he was

12     converting it from an assumed CuS product to

13     an assumed Cu2S product.

14           Q.      And why did you understand that

15     he was doing that?

16           A.      He had concluded that the MWV

17     data was based on a calculation for CuS.

18           Q.      And that, therefore, he

19     determined that WMV was wrong in its

20     calculations?

21           A.      I understand that was his

22     opinion.

23           Q.      Because he believed that it

24     wasn't CuS that was actually the product on

Confidential - Subject to Further Confidentiality Review

Page 274

1    the wires?

2        A.    The ESCA data showed that the

3    product on the wires was primarily Cu2S.

4        Q.    I'm sorry, I said "wires." I

5    meant to say "coupons."

6        A.    Coupons.

7        Q.    But you understood that that's

8    what I meant by the question?

9        A.    Yes.  Yes.  The product on the

10   coupons was Cu2S, as shown by ESCA.

11        Q.    Who's ESCA?

12        A.    Perricone and his colleagues.

13   And -- well, many other researchers have

14   shown that the primary sulfide produced on

15   copper in tarnishing situations is Cu2S, from

16   the 1936 paper onwards.

17        Q.    So, in other words, WMV has

18   been using the wrong density in its tarnish

19   thickness calculations since the beginning?

20        A.    That was Dr. Perricone's

21   opinion.

22        Q.    One that you disagree with?

23        A.    Correct.

24        Q.    You think he's mistaken, WMV

Confidential - Subject to Further Confidentiality Review

Page 275

1    had it right, and that this table is wrong?

2              MR. SANDERS:  Object to form.

3         A.    It's my opinion that the

4    MeadWestvaco data are correct in total film

5    thickness.

6    BY MR. SERPE:

7         Q.    And, accordingly, the

8    recalculation done by Dr. Perricone was

9    inappropriate and miscalculated?

10        A.    As I said this morning, the

11   recalculation by Dr. Perricone was done to

12   compare the ESCA data on thickness with the

13   MWV data.

14              And since he had carefully

15   characterized or -- carefully characterized

16   the sulfide thickness, he chose to make this

17   calculation to compare the sulfide

18   thicknesses he had measured with ESCA to the

19   sulfide thicknesses quoted by the MWV

20   reports.

21        Q.    You consider his calculation

22   meaningless, don't you?

23              MR. SANDERS:  Object to form.

24        A.    His calculation was to pull out

Confidential - Subject to Further Confidentiality Review

1    of the MeadWestvaco data the part that was

2    sulfide.

3    BY MR. SERPE:

4        Q.    MWV reported total thickness,

5    did they not?

6        A.    They always do.

7        Q.    Dr. Perricone represented

8    partial thickness with this Table 8 on

9    page 16 of the report?

10        A.    He explained what he did by

11    footnote 11.

12        Q.    And by footnote 11 and his

13    explanation, you understand that he's now

14    reporting something less than total

15    thickness?

16        A.    He's reporting the sulfide

17    portion.

18        Q.    And eliminating the oxide

19    portion?

20        A.    Subtracting it out, yes.

21        Q.    And in eliminating the oxide

22    thickness, Dr. Perricone breaks away from the

23    recognized procedure in the corrosion

24    community to look at total thickness when

Confidential - Subject to Further Confidentiality Review

1    evaluating the propensity of an environment

2    to cause failures?

3        A.    That's not correct.  The ISA

4    standard says that -- maybe I should quote

5    directly from the ISA standard, but it

6    specifically says that there are different

7    ways that the film thickness can be studied.

8    Let me, for the record, read that.

9                I'm reading from page 11 of the

10   ISA standard, S71.04, and it says, "to avoid

11   practical difficulties, the nature of

12   industrial environments is defined by --

13   excuse me, is defined in terms of the rate at

14   which they react with copper.  Analyses may

15   consist of measurements of film thickness,

16   film chemistry or weight loss."

17               And he chose to, in his -- in

18   his measurements, he used an ion spattering

19   technique to cut into the surface, and then

20   measured the thickness of the film, knowing

21   when he had got to the bottom of the tarnish

22   by the ESCA analysis of the binding energies.

23   BY MR. SERPE:

24       Q.    There are no standards to which

Confidential - Subject to Further Confidentiality Review

Page 278

1    he could compare that type of an

2    investigative technique to determine the

3    propensity of the environment to produce a

4    failure, are there?

5              MR. SANDERS:   Object to the

6         form.

7         A.    I don't know of any failure

8    database that relates to that type of direct

9    measurement, and so in my work, I have used

10   failure -- I have used analytical methods

11   that will correlate with failures.

12   BY MR. SERPE:

13        Q.    And your analytical methods

14   that correlate with failures include

15   measuring the total thickness, not just the

16   sulfide thickness of the corrosion product on

17   a coupon?

18        A.    That is correct.

19        Q.    To the extent that

20   Dr. Perricone is conducting a measurement for

21   which there's no standard to apply, you would

22   find as much fault with him doing that as you

23   would to someone that's measuring the

24   thickness of a corrosion product on a

Confidential - Subject to Further Confidentiality Review

Page 279

1    real-world wire without a standard to comply?

2        A.    Well, there is a standard.

3    He -- the -- and I've gone to the ESCA

4    instrument on which this was done and talked

5    to the people who do it.

6        The critical thing, if you're

7    measuring thickness with ESCA, is to know the

8    depth that you have cut to after a certain

9    amount of this ion milling; and that is done

10    at the RJ Lee laboratories with proper

11    qualified standards.

12        So the measurement as a

13    measurement of thickness is proper.  The --

14    where it lacks is that it does not correlate

15    directly to a failure criteria.

16        Q.    Such as Battelle ISA or your

17    published failure criteria?

18        A.    Battelle and ISA are adjectival

19    tendencies and so on, and I made specific

20    measurements to find where the cut-off was.

21        Q.    And your measurements were of

22    total thicknesses to beat the horse to death?

23        A.    That is correct.

24        Q.    So Dr. Perricone attempted to

Confidential - Subject to Further Confidentiality Review

Page 280

1    measure, using ESCA, the thickness of the

2    sulfide layer, did he not?

3         A.    He did.

4         Q.    And then from that thickness,

5    he determined that the density from the table

6    to be used to calculate the total thickness

7    needed to be adjusted.  That's what he did

8    with footnote number 11, didn't he?

9         A.    Yes, that's what he says at the

10   top of page 16.

11        Q.    So one would have to know the

12   particular type of sulfide that had been

13   measured in order to go to a table and

14   determine which density was appropriate for

15   that calculation?

16        A.    That's true.

17        Q.    In his report, Dr. Perricone

18   suggests that what was found was Cu2S, does

19   he not?

20        A.    He does.

21        Q.    And did you see any data to

22   support his conclusion that what was being

23   seen by ESCA was, in fact, a Cu2S?

24        A.    I did not pursue that, since I

Confidential - Subject to Further Confidentiality Review

Page 281

1    believe it is common knowledge that the

2    tarnish film in copper in hydrogen sulfide

3    environments is Cu2S.

4            Q.      So since it's common knowledge,

5    why wouldn't WMV have used a 5.6 density all

6    along?  Why would that have to be

7    recalculated?

8            A.      I assumed that they did.

9            Q.      But apparently, Dr. Perricone

10   assumed they didn't?

11           A.      That's correct.

12           Q.      He must have assumed a

13   different density and then recalculated the

14   number based upon a faulty assumption that

15   WMV had used something other than 5.6?

16               MR. SANDERS:   Object to the

17           form.

18           A.      He thought that it had been

19   calculated as CuS, and, therefore, should be

20   recalculated as Cu2S.  And as I testified

21   earlier, I do not know what is buried in the

22   analytical program.

23               (Whereupon, Deposition Exhibit

24           Sharp-27, 1/5/10 Data Matrix,

Confidential - Subject to Further Confidentiality Review

Page 282

```
 1          International Centre for Diffraction
 2          Data, was marked for identification.)
 3     BY MR. SERPE:
 4          Q.    Let me hand you what I'll mark
 5     as Exhibit 27.
 6          A.    Thank you.
 7          Q.    Have you seen a document that
 8     is in substance the same as Exhibit 27, in
 9     the past?
10          A.    I don't recall seeing this
11     before, no.
12          Q.    Do you see the copyright at the
13     bottom, "2010 International Centre for
14     Diffraction Data"?
15          A.    I do.
16          Q.    Do you know that there is an
17     International Centre for Diffraction Data?
18          A.    I did not.
19          Q.    Let me ask you to assume for
20     the purpose of the next couple of questions
21     that their reported value for CuS, at the top
22     of this chart, of 4.68 as the density of CuS
23     was a standard value for CuS.
24                First off, do you know that
```

Confidential - Subject to Further Confidentiality Review

Page 283

```
1    from your previous knowledge, without having

2    to go to a table to know what the density is?

3           A.    That is not knowledge I carry

4    in my head, no.

5                 (Whereupon, Deposition Exhibit

6           Sharp-28, Physical Constants of

7           Inorganic Compounds, was marked for

8           identification.)

9    BY MR. SERPE:

10          Q.    So let me hand you what I'm

11   going to mark as Exhibit No. 28.  And I'm

12   going to mark "CuS" and "Cu2S" with a

13   highlighter, just to speed things along a

14   little bit.

15          A.    Thank you.

16          Q.    And I'll represent to you that

17   this was presented to us today as the table

18   that was available at the RJ Lee Group.  And,

19   once again, we see that for CuS, the density

20   value is 4.6, do we not?

21          A.    Yes, we do.

22          Q.    So your best understanding of

23   what happened here was that Dr. Perricone,

24   misunderstanding that MWV had assumed CuS,
```

Confidential - Subject to Further Confidentiality Review

Page 284

```
1    recalculated the numbers based on a greater

2    density when, in fact, MWV had used 5.6 all

3    along?

4                MR. SANDERS:  Object to the

5         form.

6         A.    I agree.

7    BY MR. SERPE:

8         Q.    And because of that, the data

9    represented on the tables in Dr. Perricone's

10   report with respect to total film thickness

11   would be inaccurate?

12        A.    It was an attempt to look at

13   sulfide thickness, but if it were -- if the

14   density correction were unnecessarily

15   applied, to that extent, the data would be

16   erroneous.

17        Q.    So let's look at this data

18   point that we actually highlighted earlier,

19   5771 on page 16 of Exhibit 10.  I'm sorry,

20   we've probably closed it up again.

21        A.    That's all right.

22                MR. LEWIS:  It's Perricone

23        Appendix A.

24                MR. SERPE:  Yeah, Exhibit.
```

Confidential - Subject to Further Confidentiality Review

1          MR. LEWIS:  A.

2          THE WITNESS:  Oh, I have it

3     here.  I'm sorry, I buried it.

4          MR. LEWIS:  Page 16.

5   BY MR. SERPE:

6          Q.    Page 16.  I'm sorry.

7          A.    I'm coming.

8          Q.    And there is a coupon

9   number 5771.  Do you see that?

10          A.    I do.

11          Q.    Listed as 293 angstroms?

12          A.    Yes.

13          Q.    Which would not be predictive

14   of an electronic failure, would it?

15          A.    If you were to take this

16   sulfide data and apply it to a total film

17   thickness, it would not.

18          Q.    All right.  Then let's look at

19   that same coupon, 5771, as reported by MWV,

20   this being on Exhibit 3.

21          And if you look at the very

22   last page of Exhibit 3, about five lines from

23   the top, we see MWV's thickness for that same

24   coupon, 5771, do we not?

Confidential - Subject to Further Confidentiality Review

Page 286

1          A.     Yes.

2          Q.     And if we follow over to the

3     total film thickness, we see 483 angstroms,

4     do we not?

5          A.     Yes.

6          Q.     A thickness which, upon your

7     standard, would be predictive of premature

8     electronic failures in a home?

9          A.     One molecule thicker than my

10    cut-off.

11         Q.     But based upon your standard,

12    434 angstroms, coupon 5771, as reported by

13    MWV, predicts premature failure of the

14    electronic components in that atmosphere?

15         A.     Yes.  It's one -- yes, it's one

16    molecular layer thicker than the cut-off that

17    I found at which failures -- at which

18    failures began.

19         Q.     All right.  So look at one down

20    below, 457.  Is that less than one molecular

21    something or other?  What was the --

22         A.     470?

23         Q.     Yeah.  Look one down below 483,

24    and that's 457.

Confidential - Subject to Further Confidentiality Review

Page 287

1      A.      457.

2           Q.      Is that one molecular -- less

3     than one molecular layer -- what's a

4     molecular layer?

5           A.      It's about 5 angstroms, or 6.

6                   But the 487 is the cut-off that

7     I found failures at.

8           Q.      487?

9           A.      487.  So -- I beg your pardon.

10    So the -- yes.

11          Q.      So your paper also spoke in

12    terms of the 1 -- .1 micron per year as the

13    threshold -- the safety guideline threshold.

14    We talked about that this morning, did we

15    not?

16          A.      That was the conservative goal

17    that we instituted to make sure that we hit

18    the target of 487 angstroms in 30 days.

19          Q.      And the conservative target or

20    conservative goal was missed in this

21    environment, was it not?

22          A.      Which result are you referring

23    to?

24          Q.      Once again, 5771.

```
 1          A.     5771 had a thickness of
 2   483 angstroms.
 3          Q.     Angstroms and --
 4          A.     And 487 angstroms is the
 5   cut-off, so this would not predict failure.
 6   It's a molecular layer thinner than would
 7   be -- would be on a reactivity coupon that
 8   would predict failure.
 9          Q.     Based on 30 days?
10          A.     Yes.
11          Q.     Just one molecular layer below
12   the predictive threshold?
13          A.     Correct.  Yes.
14          Q.     What about the corrosion
15   microns per year, how do you stack up on the
16   goal of keeping it under .1 microns per year?
17          A.     Well, it's more than the goal,
18   but, as I said, the goal was to achieve the
19   target.  The target is to have failure -- to
20   have no failures.
21          Q.     I understand.  So let's compare
22   now, just to close the point --
23          A.     Yes.
24          Q.     -- the data as reported by
```

Confidential - Subject to Further Confidentiality Review

Page 289

1      MWV --

2            A.      Yes.

3            Q.      -- to the data as recalculated

4      by Dr. Perricone.

5            A.      Yes.

6            Q.      Same coupon.

7            A.      Okay.

8            Q.      WMV finds a 483-angstrom

9      thickness.  Dr. Perricone recalculates it to

10     293 angstroms.  You see that?

11           A.      I do.

12           Q.      That takes it down out of an

13     ISA Class 1 environment to below an ISA

14     Class 1 environment, does it not?

15           A.      It takes it from an ISA G2

16     environment to an ISA G1 environment.

17           Q.      I'm sorry.

18           A.      Yes, to an ISA G1 environment.

19           Q.      I'm confusing my denominations.

20           A.      Yes.

21           Q.      Okay.  It takes it from an

22     ISA G2 and reduces it to an ISA G1, does it

23     not?

24           A.      On the basis of the sulfide

Confidential - Subject to Further Confidentiality Review

Page 290

1      film alone.

2          Q.     And the change in the density?

3          A.     Yes, but what you're saying is,

4      if this coupon, which has a sulfide film

5      thickness calculated by Perricone as 293 --

6      if that were all the film that there was

7      there, then it would be an ISA G1

8      environment.  I would agree with that,

9      although that's not how you classify G1.

10         Q.     What he did is not how you

11     classify G1, by doing it just off of sulfide?

12         A.     Yes.  You look at the total

13     film to classify the ISA classification.

14         Q.     But at least in terms of how he

15     reported the data, we're talking about a

16     total film basis.  Is that how he captioned

17     it?

18         A.     Those are the words he used, as

19     explained by footnote 11, to say how the data

20     were obtained.

21         Q.     I appreciate your patience, as

22     I'm trying to understand this to articulate

23     an adequate question.  Thank you for your

24     patience.

Confidential - Subject to Further Confidentiality Review

1     A.    You're very welcome.

2     Q.    The recalculation done by

3  Dr. Perricone would lower the classification

4  of the environment for coupon 5771 from a

5  Battelle Class II to a Battelle Class I, at

6  least as far as the sulfide thicknesses that

7  were reported here on page 16 of Exhibit 10?

8     A.    That is true.

9     Q.    Are you aware of the finding in

10  Sandia, or do you recall the finding in

11  Sandia that they characterized the corrosion

12  product that they found on the wires and

13  other electrical equipment as primarily

14  diginite?

15     A.    I recall reading that, yes.

16     Q.    Diginite is a species of copper

17  sulfide, is it not?

18     A.    It is a species of copper

19  sulfide.

20     Q.    Are you aware of any effort

21  made by Perricone or colleagues that was an

22  effort to isolate whether the particular

23  species of copper sulfide which was being

24  obtained was a pure form of copper sulfide

Confidential - Subject to Further Confidentiality Review

Page 292

```
1    or, indeed, diginite, as reported by Sandia?

2          A.     I don't have an opinion on

3    that.  I don't -- I don't know.

4          Q.     Have you had a conversation

5    with Perricone about his recalculations and

6    his assumptions, and asked him what was up

7    with that, and how did that go?

8                 MR. SANDERS:  Object to form.

9          A.     I have talked with Perricone

10   about his recalculations and asserted that I

11   don't see a basis for it.

12   BY MR. SERPE:

13         Q.     Let's turn to ECS in the home,

14   and I want to ask you a series of questions

15   about the differences between a home and a

16   factory control room.

17                First, you've got experience on

18   managing control room environments with the

19   equivalent of the ECS system that's been

20   described in your expert report, have you

21   not?

22         A.     That has the same elements,

23   yes.  Performs the same function.

24         Q.     Control rooms in factories are
```

Confidential - Subject to Further Confidentiality Review

Page 293

```
 1    being protected from corrosive gases which

 2    are being generated outside of the control

 3    rooms, aren't they?

 4         A.    That's true in factories.

 5         Q.    In the Chinese drywall

 6    situation, we have corrosive gases which are

 7    being released directly into the ambient of

 8    the house, aren't we?

 9               MR. SANDERS:  Object to form.

10         A.    In Chinese drywall homes, the

11    gases are generated inside the house.  But

12    there are many applications for these kinds

13    of remediation systems in which the -- the

14    gases are present inside.

15               They're used in hospitals and

16    restaurants, in museums and places where the

17    interior air is processed.  The air doesn't

18    know where it is.

19    BY MR. SERPE:

20         Q.    Are you telling me you've got

21    experience with the ability of ECS systems

22    where the corrosive gases, particularly

23    sulfide corrosive gases, are originating in

24    the ambient of the room being studied?
```

Confidential - Subject to Further Confidentiality Review

Page 294

1          A.      I have been involved in the

2    protection of rooms where the air was

3    recirculated through an environmental control

4    system, rather than pressurized into a

5    contained area.

6              The recirculation system, in my

7    view, is very similar to that that we're

8    proposing for these Chinese drywall houses.

9          Q.      So you have studied

10   environments where the corrosive gases are

11   being released directly into the room to be

12   controlled?

13         A.      What I said was that we have

14   studied control rooms which are protected by

15   recirculation.  Let me try to explain.

16              Supposing you have a room which

17   is inherently leaky, and here we're talking

18   about external corrosives, but they come into

19   the room all the time, for whatever reason.

20   You can remove them by a protection system

21   which takes the air that is in that space and

22   treats it for humidity and temperature and

23   gas removal.

24              And I believe that is

Page 295

1    equivalent to what we are proposing in the

2    Chinese drywall homes.

3         Q.    You have studied control rooms

4    in which corrosive gases have leaked into

5    them from the outside of the factory.  Is

6    that a fair statement?

7         A.    Yes.

8         Q.    But you've not studied control

9    rooms in which the substance generating the

10   corrosive gases is itself inside of the

11   control room?

12        A.    There may -- I think there are

13   probably cases where that situation was

14   experienced where there were laboratories

15   within the -- within the controlled airspace,

16   where the laboratories themselves generated

17   potentially corrosive chemicals.

18        Q.    You think that, but, as we sit

19   here today, you don't have a specific

20   recollection of an example you could share

21   with us?

22        A.    Out of 10,000 applications,

23   it's difficult to remember them all.  But I

24   cannot recall a specific address.

Confidential - Subject to Further Confidentiality Review

Page 296

```
 1          Q.      And since you can't recall it,

 2     you're not asking us to assume your expertise

 3     on the differential between an internal

 4     corrosive and an external corrosive to a

 5     given environment, are you?

 6                  MR. SANDERS:   Object to the

 7          form.

 8          A.      I don't understand the

 9     question.

10     BY MR. SERPE:

11          Q.      Thank you for stopping me.

12                  By "internal corrosive," I mean

13     a corrosive that's internal to the

14     environment being studied.

15          A.      Yes.

16          Q.      By "external corrosive," I'm

17     referring to a source of corrosive gases

18     that's external to the environment being

19     studied.

20          A.      And your question was:  Can I

21     address both of those?

22          Q.      My question is:  Don't you lack

23     expertise in studying rooms with internal

24     corrosives?
```

Confidential - Subject to Further Confidentiality Review

Page 297

1              MR. SANDERS:  Same objection,

2         form.

3         A.    I -- while I have not

4    studied -- made specific studies of rooms in

5    which corrosives were generated within those

6    rooms, the principles involved about how to

7    remove corrosives are independent of the --

8    of how the corrosives arose.

9              Those corrosives are dealt with

10   by humidity control and temperature control

11   and removing the gases.  And if you do that

12   to the point that reactivity coupons show

13   less than the 478 angstroms in 30 days, you

14   don't get failures.

15   BY MR. SERPE:

16        Q.    So your opinions with respect

17   to controlling internal corrosives would be

18   based upon your experience and a hypothesis

19   as to how one could have controlled them, but

20   not based upon empirical evidence of -- or

21   your experience directly with an internal

22   corrosive --

23             MR. SANDERS:  Object to the --

24   BY MR. SERPE:

Confidential - Subject to Further Confidentiality Review

Page 298

1      Q.      -- would that be a fair

2   statement?

3               MR. SANDERS:  Object to the

4         form.

5      A.      Well, we have done monitoring

6   of houses with ECSs installed where the

7   generation is interior, inside those homes.

8   But I thought your question was with regard

9   to the past.

10  BY MR. SERPE:

11     Q.      Well, yeah, I'm asking for your

12  entire experience base, so, you know, we're

13  going to turn to these homes with ECS running

14  and look at the data that was generated for

15  them.

16              But shy of your very recent

17  experience with ECS in homes, no previous

18  investigations have ever been conducted by

19  you in a control room for which the source of

20  the corrosion was internal to the room?

21     A.      I think that is true.

22     Q.      And since you lack experience

23  or, for that matter, access to peer-reviewed

24  data for the effect of having the corrosive

Confidential - Subject to Further Confidentiality Review

Page 299

```
 1     source interior to the room being studied,

 2     we're really talking about an experiment here

 3     which is ongoing as part of the ECS

 4     investigation?

 5               MR. SANDERS:  Object to the

 6         form.

 7         A.    No, I strongly disagree.  The

 8     air needs treatment to take away the

 9     corrosive condition, and the methods for

10     doing that have been established tens of

11     thousands of times.  You control the humidity

12     and the temperature and remove the gases.

13               That's not an experiment.

14     That's proved at least 30,000 times, in my

15     understanding.

16     BY MR. SERPE:

17         Q.    Corrosive gases have an

18     obnoxious odor, don't they?

19         A.    Some corrosive gases have

20     unpleasant smells, yes.

21         Q.    Hydrogen sulfide has unpleasant

22     smell, does it not?

23         A.    At certain concentrations, yes.

24     And some people can -- or have more
```

Confidential - Subject to Further Confidentiality Review

Page 300

1    sensitivity to smelling it than others, yes.

2         Q.    How is your sensitivity to it?

3         A.    Less than in some other people.

4         Q.    When you went into homes with

5    Chinese drywall in Florida in September, you

6    detected a noticeable unpleasant odor in

7    those homes, did you not?

8              MR. SANDERS:  Object to form.

9         A.    In some of the homes, I did,

10   yes.

11   BY MR. SERPE:

12        Q.    And you find that one of the

13   goals of an effective ECS system should be

14   eliminating that odor, so that homeowners

15   won't have to deal with the unpleasant odor

16   of hydrogen sulfide?  Wouldn't that be an

17   appropriate goal?

18        A.    That would be a good goal.

19        Q.    Have you been back in the

20   houses with the ECS systems running since

21   they've been running?

22        A.    No, I have not.

23        Q.    If I asked you to assume that

24   if you walked into one of the houses today

Confidential - Subject to Further Confidentiality Review

Page 301

1    and it still was an offensive odor of

2    hydrogen sulfide, on the basis of that

3    assumption, would you agree with me that the

4    ECS is failing in one of its primary

5    objectives?

6                    MR. SANDERS:  Object to the

7            form.

8            A.     If I could smell hydrogen

9    sulfide in a house with an ECS, I would say

10   the ECS is not working as it should.

11   BY MR. SERPE:

12           Q.     And that would be unacceptable,

13   wouldn't it?

14           A.     I would say it's not working as

15   it should, because I know so many other

16   thousands of applications where it works very

17   well.

18           Q.     But you're aware, are you not,

19   that Westvaco or MeadWestvaco has been sued

20   for deploying these thousands of applications

21   where odor was not controlled, aren't you?

22           A.     No.

23           Q.     Among the thousands of

24   applications that you're familiar with that

Confidential - Subject to Further Confidentiality Review

Page 302

1    MeadWestvaco Corporation has been deployed,

2    are you aware of odor control, Westvaco

3    air-purification system that was deployed in

4    the Ypsilanti Community Utilities Authority

5    in Michigan?

6          A.      No, I am not.

7          Q.      So you're unaware of a pending

8    litigation by the community in Michigan,

9    alleging that Westvaco's air-purification

10   system didn't work?

11         A.      I was unaware of it until you

12   mentioned it.

13         Q.      Had you heard anything about

14   litigation involving the failure to perform

15   of MeadWestvaco air-purification equipment?

16         A.      No, I had not.

17         Q.      Would that be important

18   information to you, whether or not there were

19   alleged failures of air-purification

20   equipment in municipalities around the

21   country?

22         A.      Well, you mentioned one

23   municipality.  If there were a failure, as a

24   scientist I would be interested to understand

Confidential - Subject to Further Confidentiality Review

Page 303

1    how and why it had occurred, because it

2    contravenes the data that I am aware of.

3         Q.    Well, let's talk about data

4    that you are aware of and see if the ECS is

5    failing to accomplish its mission on data

6    that is at your fingertips.

7         A.    Uh-huh.

8         Q.    And we'll turn back to Exhibit

9    No. 3, and I'd like you to look at the third

10   page, the October 19th entry.

11        A.    Yes.

12        Q.    And there are three entries in

13   the second grouping:  coupons 4354, 4356 and

14   4357.  Do you see that?

15        A.    Yes.

16        Q.    If I ask you to assume, subject

17   to your counsel's -- or to counsel's

18   verification, that this is an ECS house.

19        A.    Very well.

20              MR. SANDERS:  Which one?

21              MR. SERPE:  9320 Scarborough.

22        Doug, you recognize that as an ECS

23        house?

24              MR. SANDERS:  I believe it is,

Confidential - Subject to Further Confidentiality Review

1       yes.

2              MR. SERPE:  Yeah.

3    BY MR. SERPE:

4       Q.      So if we look at the coupons

5    that were harvested from the ECS house at

6    9320 Scarborough Street, do you see that on a

7    30-day coupon, we have a thickness achieved·

8    of 519 angstroms?

9       A.      Yes.

10      Q.      That would be predictive of

11   premature electronic failure in the bedroom

12   of 9320 Scarborough in Florida, would it not?

13      A.      According to my data, it would.

14      Q.      So if in this bedroom there was

15   a television set and a laptop computer,

16   perhaps, a young student, an iPod, you know,

17   the type of domestic electronic equipment

18   that you would commonly find in, say, a

19   teenager's bedroom, we would predict

20   premature failure of those electronics in the

21   bedroom based upon coupon 4357, wouldn't we?

22      A.      The fact that this 519 is

23   greater than my 487 would indicate that

24   electronic equipment is likely to fail at

Confidential - Subject to Further Confidentiality Review

Page 305

1     some point in the future.  It would not say

2     when that is likely to occur, but it says --

3     it would say that it's likely to occur at

4     some point.

5               But can I check to see that the

6     ECS was installed in this home by -- at this

7     time?

8          Q.    Yes.  I'll show you the

9     reference --

10         A.    Thank you.

11         Q.    -- if you'd like.

12              If you'd turn to Perricone's

13    report, I'll get you to the page.

14              MR. LEWIS:  Appendix A.

15    BY MR. SERPE:

16         Q.    In Appendix A --

17         A.    I have it.

18              MR. LEWIS:  Page 10.

19    BY MR. SERPE:

20         Q.    -- and page 10.  And you'll see

21    about three-quarters of the way down, 9320 is

22    indicated to be an ECS home.  Do you see

23    that?

24         A.    Yes.

Confidential - Subject to Further Confidentiality Review

Page 306

1        Q.      So you wanted to verify that it

2    was an ECS home because you're surprised at

3    the 519-angstrom thickness after 30 days,

4    aren't you?

5        A.      And because I know that there

6    were some installations in these homes before

7    the ECS was installed, and that some data

8    might have been collected before the ECS was

9    installed.

10       Q.      Do you have any reason to

11   believe that coupon 4357, as reported on

12   October 19th letter from MWV, was deployed

13   before the ECS was turned on?

14       A.      That was what I wanted to

15   investigate.

16       Q.      And you see a date of

17   deployment of September the 9th of 2009,

18   don't you?

19       A.      Yes, I do.

20       Q.      It was your understanding that

21   the ECS systems were deployed in advance of

22   September 9th, isn't it?

23       A.      It appears from Perricone's

24   report, Table 4, that the system was deployed

Confidential - Subject to Further Confidentiality Review

Page 307

1     by that time.

2          Q.     So in terms of the data

3     available to you now, we have indications

4     that even with an ECS operative in a home --

5     an unoccupied home, so we don't have people

6     coming and going, this is as controlled as

7     you're going to get an environment -- that we

8     still have exceedances on the electronic

9     standard; fair statement?

10          A.     In this one data point, yes.

11          Q.     Unacceptable, isn't it?

12          A.     It's at a level at which

13     failures would be predicted at some point in

14     the future.

15          Q.     Premature failures would be

16     predicted at some point in the future?

17                MR. SANDERS:   Object to the

18          form.

19     BY MR. SERPE:

20          Q.     That's the whole point of your

21     standard, isn't it?

22          A.     That is correct.

23          Q.     And at least in terms of the

24     owners of the home, having an environment

1    that's going to lead to some degree of

2    premature failure of their electronic

3    equipment is unacceptable.  Wouldn't you

4    agree with that statement?

5              MR. SANDERS:  Object to the

6         form.

7         A.    The -- having environments that

8    would tend to produce failures is

9    unacceptable.  But what I notice is that

10   there are three coupons here, all trying to

11   measure the same thing, and the data are 429,

12   470 and 519.

13             The 519 estimate is --

14   indicates a potential for failure, whereas

15   the 429 and 470 measurement do not.

16   BY MR. SERPE:

17        Q.    But in the weakest-link

18   analysis, isn't it appropriate to look at

19   519, if one was going to be diligently

20   protecting an environment from electronic

21   failures?

22        A.    I would want to have the full

23   protection.

24        Q.    And because of the variability

Confidential · Subject to Further Confidentiality Review

1    here in the results obtained with the

2    thicknesses on copper coupons, it was

3    necessary and appropriate in your paper,

4    which we identified as Exhibit 1, to set a

5    guideline of 1 micrometer or 1 micron per

6    year, you chose it as a practical maximum

7    corrosivity to safeguard electronic

8    equipment.

9            Did I read that accurately?

10    A.    Yes.  We've been there before,

11    and I said that was a goal, to achieve the

12    target of 487 angstroms.

13    Q.    And in this case, for all three

14    samples, we failed to obtain the goal

15    of .1 microns per year, didn't we?

16    A.    That's correct.

17    Q.    By an order of 150%, 160%,

18    180%?

19            MR. SANDERS:  Object to the

20        form.

21    BY MR. SERPE:

22    Q.    Of the .1-micron standard?

23    A.    (Nods head.)

24    Q.    Not quite doubled; fair

Confidential - Subject to Further Confidentiality Review

Page 310

1   statement?

2        A.      The failure standard, if you

3   remember, was .17 microns per year.

4        Q.      What's your safety standard,

5   Dr. Sharp?

6        A.      The safety standard was --

7        Q.      .1?

8        A.      -- .1.

9        Q.      We violated the safety

10  standard, and we ended up with one of three

11  samples, which then went over --

12       A.      The failure standard.

13       Q.      -- the failure standard; fair

14  statement?

15              MR. SANDERS:  Object to the

16       form.

17       A.      Yes.  One of these samples is

18  over the failure standard defined in my 1989

19  paper.

20              MR. SERPE:  Dr. Sharp, I think

21       if I take about a five-minute break, I

22       can organize my thoughts and finish

23       rapidly.

24              THE VIDEOGRAPHER:  The time now

Confidential - Subject to Further Confidentiality Review

Page 311

1          is approximately 5:46 p.m., and we are

2          now off the record.

3                    (Recess taken, 5:46 p.m. to

4          5:56 p.m.)

5                    THE VIDEOGRAPHER:  This is the

6          beginning of Tape No. 8 of the

7          videotaped deposition of Dr. Sandy

8          Sharp.  Time now is approximately

9          5:56 p.m., and we are back on the

10         record.

11    BY MR. SERPE:

12         Q.    Dr. Sharp, I'd like to conclude

13    the deposition today with a comparison of the

14    national standards, as well as your failure

15    standards, and compare and contrast those

16    items; and that would conclude the deposition

17    for today.

18                    I think if we go back to

19    Exhibit 5, the -- Dr. Sharp, if I can get you

20    to go to Exhibit 5.

21         A.    I'm just looking.

22                    MR. SANDERS:  What's it called?

23                    MR. SERPE:  It's the Abbott

24    paper.

Confidential - Subject to Further Confidentiality Review

Page 312

1                  THE WITNESS:  Yes.

2      BY MR. SERPE:

3          Q.     And I think if we go to page 21

4      of Abbott, we can look to the class

5      definitions for both ISA and Battelle.   Are

6      you there, on 21?

7          A.     I am there, yes.

8          Q.     And would it be a fair

9      statement that both Battelle, from the

10     standpoint of the industrial community and

11     how they evolved it, and ISA, as a national

12     standarding organization, have the same

13     300-angstrom-per-year classification

14     threshold for crossing from one class of

15     corrosive environment to a higher class of

16     corrosive environment?

17         A.     Not 300 angstroms per year.

18         Q.     300 angstroms for 30 days?

19         A.     Yes.

20         Q.     I'm sorry.  You're quite right,

21     and I misspoke.

22         A.     Okay.  Yes, both Battelle and

23     ISA say that there is a possibility of

24     failure, if reactivity coupon initial

Confidential · Subject to Further Confidentiality Review

Page 313

1   corrosion rates exceed 300 angstroms in

2   30 days.

3       Q.      And the corrosion of

4   300 angstroms in 30 days is not typical of an

5   environment that you would find in a typical

6   home, is it?

7       A.      300 angstroms in 30 days is not

8   typical of a home environment?

9       Q.      Of a typical home environment.

10      A.      In the absence of corrosive

11  emissions, I would expect a typical home to

12  be an ISA G1.

13      Q.      Which is less than

14  300 angstroms?

15      A.      That's correct.

16      Q.      Yet, the homes which we've

17  looked at today that don't have any treatment

18  of the air, no ECS, no nothing, we've seen,

19  routinely, corrosive levels which push the

20  environment in homes with Chinese drywall to

21  Battelle Class II, Battelle Class III and

22  beyond, have we not?

23              MR. SANDERS:   Object to the

24          form.

Confidential - Subject to Further Confidentiality Review

1        A.        Battelle -- if we're talking

2     Battelle, then yes, there are Battelle

3     Class II, III and beyond, I would say, in

4     HVAC duct environments.  I'm generalizing.

5     There may be outliers in those general

6     statements, but that's my general view.

7     BY MR. SERPE:

8        Q.        But there may be weak links

9     somewhere in there that are actually

10    achieving a Battelle Class IV environment?

11                 MR. SANDERS:  Object to form.

12       A.        Well, the environments in the

13    HVAC ducts experience such rapid airflow that

14    I would not -- that they can't be applied

15    directly to electronics which don't

16    experience those airflows.

17    BY MR. SERPE:

18       Q.        But clearly, at least as far as

19    the HVAC systems in homes with Chinese

20    drywall, they're experiencing Battelle

21    Class IV corrosive environments?

22       A.        In the wetted components.

23       Q.        Yes.

24       A.        But Battelle doesn't apply to

Confidential - Subject to Further Confidentiality Review

1    wetted components.  It's a very aggressive

2    environment, we understand, in the wetted

3    components.

4         Q.    By the same token, you would

5    not expect to see an ISA G1 environment --

6    you would not expect to see in a typical home

7    a corrosive environment approaching the upper

8    boundary for a G1 environment, would you?

9              MR. SANDERS:  Asked and

10        answered.  Go ahead.

11        A.    I would expect home

12   environments to be within the G1 range.

13   BY MR. SERPE:

14        Q.    You mentioned a minute ago that

15   on wetted components, Battelle doesn't even

16   apply; is that correct?

17        A.    I said that the ISA standard is

18   for indoor environments and does not include

19   100% relative humidity, because that's not a

20   condition that is found in indoor

21   environments.  It's dealing with electronic

22   equipment; they're not made to function

23   underwater.

24        Q.    So the ISA standards speak to

Confidential - Subject to Further Confidentiality Review

Page 316

1    their predictive power only as relative

2    humidities are less than 50%?

3         A.    No, that's not true either.

4    The ISA is dealing with tarnishing

5    environments; that is to say, less than 100%

6    relative humidity, no visible water.   The

7    guidelines themselves are written for gas

8    concentrations at a 50% relative humidity.

9         Q.    And I stand corrected.   To the

10   extent that the humidity goes above 50% in a

11   home, then the guidelines themselves would

12   have -- would be losing their predictive

13   power?

14              MR. SANDERS:   Object to the

15        form.

16        A.    No.   The guidelines address

17   that specifically and say that the

18   corrosivity class increases as the humidity

19   increases above 50%.

20   BY MR. SERPE:

21        Q.    So in a home where windows were

22   left open and humidity levels were allowed to

23   climb past 50% to 70 or 80%, the corrosive

24   environment would be increased by the

Confidential - Subject to Further Confidentiality Review

1    increased humidity?

2         A.    Yes.  As I've said before,

3    there are interactions between temperature

4    and humidity; but at a constant temperature,

5    raising the humidity would increase the

6    tarnishing rate.

7         Q.    Dr. Sharp, we discussed a

8    minute ago the...

9              We discussed a minute ago that

10   both Battelle and ISA say that there is a

11   possibility of failure if reactivity coupons'

12   initial corrosion rates exceed 300 angstroms.

13   That was ground we just trod a minute ago,

14   did we not?

15        A.    That is correct.

16        Q.    And neither Battelle nor ISA

17   make a distinction between electric and

18   electronic equipment, do they?

19        A.    Both standards are designed for

20   electronic equipment.

21        Q.    Will you look at -- going back

22   to Abbott's MTI publication, Exhibit No. 5 --

23        A.    Yes.

24        Q.    -- and look at page 8.

Confidential - Subject to Further Confidentiality Review

Page 318

1      A.      Yes.

2      Q.      And there's a section,

3   "Symptoms of Failure," at the top of page 8.

4   The second paragraph there, would you read

5   the first two sentences, please?

6      A.      "The preceding discussions have

7   largely involved low-power electronic

8   equipment.  However, it is important to

9   recognize that many of the same principals

10  apply to current-carrying equipment, such as

11  that found in contemporary motor control

12  centers."

13     Q.      So at least in the view of

14  Abbott, as is expressed in the MTI paper,

15  they were concerned with both electronic and

16  electrical failures as part of the

17  promulgation of the national standards?

18     A.      He says that many of the same

19  principals apply, when he's talking about

20  symptoms of failure.  That's what this

21  paragraph is about.  And I would agree with

22  him.  That's why we used the same copper

23  reactivity coupons to find a cut-off for

24  electrical equipment as we did for electronic

1    equipment.

2         Q.      So the ISA and the Battelle

3    standards are different from your published

4    standards in that neither Battelle or ISA

5    provides a twin threshold for electronic

6    versus electrical failures.  Is that a fair

7    statement?

8         A.      That is a fair statement.

9         Q.      Rather, they speak in terms of

10   the classes of environment where they suggest

11   that you're going to have the failure of

12   electronic equipment?

13        A.      That's correct, and that's

14   because in the environments which they were

15   focused on, which for ISA was process control

16   electronics, as the 1980s progressed into the

17   1990s, there were fewer and fewer locations

18   where there was no electronic equipment.

19        Q.      So in contrast to ISA's and

20   Battelle's prediction of the commencement of

21   electronic failures at 300, your report

22   suggests that the failure threshold is, in

23   fact, 487 angstroms over a 30-day time

24   period?

Confidential - Subject to Further Confidentiality Review

Page 320

1                    MR. SANDERS:  Object to form.

2          A.      The Battelle and the ISA

3    standards do not say that failure will occur

4    at more than 300 angstroms.  They say it may

5    occur.  And, as I've said before, it was

6    because of that uncertainty that I decided to

7    make a grand experiment to find out where the

8    failure threshold was.

9    BY MR. SERPE:

10         Q.      And your experiment was to

11   design to find out the threshold above which

12   electronic failures will occur?

13         A.      Had occurred.

14         Q.      Had occurred?

15         A.      (Nods head.)

16         Q.      And so the point of your paper

17   was to have looked across all of these

18   control rooms, and the earliest failure that

19   you saw of an electronic equipment was at

20   487 angstroms?

21         A.      That's correct.  We looked at

22   all the maintenance records, all the things

23   that had failed, all the times, all the

24   reactivity data, and found the lowest

Confidential - Subject to Further Confidentiality Review

1   reactivity data at which we had experienced

2   failures.

3          Q.     So it's possible that in an

4   environment other than a pulp and paper mill,

5   that there may have been failures of

6   electronic equipment secondary to exposure to

7   corrosive gases below 487 angstroms; you just

8   don't have a database with which to have

9   predicted that?

10              MR. SANDERS:   Object to form.

11          A.     Our database included 86 rooms

12   with all kinds of electrical equipment and

13   all kinds of electronic equipment with all

14   kinds of materials.   And it was because that

15   spectrum was so broad that I was confident to

16   use the numbers.

17              In addition, the primary

18   corrosives that were present there were

19   hydrogen sulfide, which is the matter of most

20   concern in these Chinese drywall homes.

21   BY MR. SERPE:

22          Q.     Battelle and ISA, in generating

23   data from which they formed their threshold

24   of 300, did not restrict their data to pulp

Confidential - Subject to Further Confidentiality Review

Page 322

1      and paper mills, did they?

2            A.      No, they did not.

3            Q.      They obtained data on failures

4      with respect to environments other than pulp

5      and paper mills?

6            A.      To me, that is very unclear.   I

7      have looked hard for failure data on which

8      those standards are based, and have been

9      unable to find charts of the type that I have

10     shown you from my own work.

11                   If I could find data that

12     showed a different standard, then maybe I

13     would move to another standard, but I have

14     been unable to find reliable data on which

15     those standards are founded.

16           Q.      So since you've been unable to

17     find reliable data underpinning either ISA or

18     Battelle, you would find them, themselves, to

19     be unreliable?

20                   MR. SANDERS:   Object to the

21           form.

22           A.      No.   They are consensus

23     standards as to conditions where failures may

24     occur.   But I wanted to get away from the

Confidential - Subject to Further Confidentiality Review

1    "may" and to get actual failure data.

2    BY MR. SERPE:

3        Q.    So is it your belief that

4    Battelle and ISA are wrong, that between 300

5    and 487, there is no possibility of failure?

6        A.    That is the evidence from my

7    work.

8        Q.    And because of the evidence

9    from your work, you believe that Battelle and

10   ISA are mistaken?

11           MR. SANDERS:   Object to the

12       form.

13       A.    I would say that they are

14   unnecessarily cautious.

15   BY MR. SERPE:

16       Q.    Let's talk about carbonyl

17   sulfide.

18           Before we get to carbonyl

19   sulfide, I have a technical question with

20   respect to ISA, which I believe has already

21   been marked as an exhibit.  It's Exhibit 6.

22       A.    Yes.

23       Q.    And if you'd be kind enough to

24   flip to page 14?

Confidential - Subject to Further Confidentiality Review

Page 324

1        A.      Yes.

2        Q.      And there's a Table 3?

3        A.      Yes.

4        Q.      I had asked you some questions

5   about the humidity level of less than 50%

6   that's noted there in the footnote about a

7   third of the way down?

8        A.      Yes, I see it.

9        Q.      Yeah.

10               So I'm wondering if you're

11  aware what temperature was maintained for the

12  data that was generated here to arrive at

13  these classifications?

14       A.      As I sit here, I don't recall

15  there being a temperature stipulation within

16  the ISA report.

17       Q.      And without the temperature

18  data, then would it be reasonable to assume

19  that we had a uniform temperature across

20  these -- the data that's reported here?

21               MR. SANDERS:  Object,

22          foundation.

23  BY MR. SERPE:

24       Q.      Reasonable scientific

Confidential - Subject to Further Confidentiality Review

1    assumption?

2         A.     I would think it would be a

3    reasonable assumption that these were

4    environments that people lived and worked in.

5    Many control rooms are occupied 24 hours a

6    day, 365 days a year.

7         Q.     Assuming uniform temperature,

8    if we moved the humidity from 50% to 60% on

9    Table 3, are we not increasing from a G2 to a

10   G3 harsh environment?

11              MR. SANDERS:  Object to the

12         form.

13   BY MR. SERPE:

14        Q.     If you started at G2 and then

15   increased the humidity from 50 to 60, do you

16   push the environment from a G2 to a G3 harsh?

17        A.     The statement here is that,

18   "For a given gas concentration, the severity

19   level and copper reactivity level can be

20   expected to increase by one level for each

21   10% increase in relative humidity above 50%."

22        Q.     So it --

23        A.     So it would increase by one

24   level, according to that footnote.  I haven't

Confidential - Subject to Further Confidentiality Review

Page 326

1    independent experimental data that would

2    address that.

3         Q.    In other words, you have no

4    reason to disagree with that statement?

5         A.    I don't.

6         Q.    Dr. Sharp, the final topic is

7    on carbonyl sulfide.  I have two papers, and

8    we're done.

9              MR. LEWIS:  You notice that he

10             said the last topic was the final

11             topic.  Don't believe this guy.

12             MR. SERPE:  That was the

13             penultimate.

14             THE WITNESS:  Go ahead, please.

15             MR. SANDERS:  If the "final"

16             final, is a drink, it's okay.  But if

17             it's another one...

18             MR. SERPE:  I did say that.

19             I've been misspeaking a lot in the

20             last couple of days.

21                  (Whereupon, Deposition Exhibit

22             Sharp-29, Science Magazine Article,

23             "Carbonyl Sulfide: Potential Agent of

24             Atmospheric Sulfur Corrosion," was

Confidential - Subject to Further Confidentiality Review

Page 327

1          marked for identification.)

2                MR. SANDERS:  What are we on

3          now?

4                MR. SERPE:  29.

5    BY MR. SERPE:

6          Q.    Dr. Sharp, are you familiar

7    with the carbonyl sulfide paper that was

8    published in Science Magazine in 1981?

9          A.    Yes, I am.

10         Q.    And you recognize Science

11   Magazine as one of the most rigorously

12   peer-reviewed journals in publication?

13               MR. SANDERS:  Object to the

14         form.

15         A.    It's a respected journal, yes.

16   BY MR. SERPE:

17         Q.    A great honor to have an

18   article accepted for publication in Science,

19   isn't it?

20         A.    I wouldn't say "great honor,"

21   but it's certainly an honor, yes.

22         Q.    And in this paper, the author

23   demonstrates, or claims to demonstrate, that

24   carbonyl sulfide in wet air corrodes copper,

Confidential - Subject to Further Confidentiality Review

1      with a linear equation, does he not?

2            A.      He does.

3            Q.      And he finds that the corrosion

4      rate is similar to that of hydrogen sulfide,

5      does he not?

6            A.      That is his experiment, yes.

7      That's what he claims.

8            Q.      There was some discussion, I

9      believe by Dr. Perricone, concerning the

10     possibility of contamination of the carbonyl

11     sulfide that was used to generate data with

12     respect to Dr. Perricone's conclusion that

13     carbonyl sulfide is not, in and of itself,

14     corrosive to copper.  Do you remember that

15     discussion of his work?

16           A.      I remember that discussion.

17           Q.      And in your experience as an

18     expert in corrosion, you believe that

19     carbonyl sulfide is, in and of its own right,

20     a corrosive agent with copper, don't you?

21           A.      I don't have independent

22     information about the corrosivity of carbonyl

23     sulfide.

24                   I believe that Dr. Perricone

Confidential - Subject to Further Confidentiality Review

Page 329

```
1      cited a paper by Ren and Plaff, which looks

2      at carbonyl sulfide from the corrosion

3      standpoint and finds that in the absence of

4      H2S contamination, it does not corrode

5      copper.

6           Q.     Let me ask you to flip to

7      page 664, which I think is the second page of

8      this document; and I'll point your attention

9      here to the first column.

10          A.     Yes.

11          Q.     And there's a parenthetical

12     that begins, "The H2S"?

13          A.     Correct.

14          Q.     Would you read that one to

15     yourself.  I'll spare the record the burden

16     of those three sentences.

17                 (Witness reviews document.)

18          A.     Yes.

19     BY MR. SERPE:

20          Q.     So in the opinion of the

21     authors -- or in the parenthetical of the

22     authors, they address the issue of the

23     possibility of contamination of H2S in a

24     commercially available OCS, do they not?
```

Confidential - Subject to Further Confidentiality Review

Page 330

1        A.      They do.

2        Q.      And they describe a process by

3    which the data could be reviewed to ensure

4    that H2S contamination had not played a role

5    in the results found, don't they?

6        A.      I don't see this process.  It

7    just says that the H2S contamination is

8    typically less than .2%.

9        Q.      Yes.  And that, "Therefore,

10   would only be of concern in experiments if

11   the observed corrosion rates are so low that

12   they might be attributable to an impurity of

13   that order of magnitude."

14       A.      Yes, they're saying that if

15   there's only .2% of H2S present, then you

16   should look for rates that could be accounted

17   for by that .2%.

18       Q.      And they, in fact, looked at

19   corrosion rates and reported them in this

20   paper, did they not?

21       A.      They did.

22       Q.      And if you look at the second

23   column here, the first full paragraph that

24   begins, "The results."

Confidential - Subject to Further Confidentiality Review

Page 331

1           Do you see that?

2       A.      Yes.

3       Q.      It being an only sentence, only

4   a short sentence, would you read that one

5   into the record for me?

6       A.      "The results of our experiments

7   show that OCS readily forms sulfide films on

8   copper."

9       Q.      And "OCS" is one notation for

10  carbonyl sulfide?

11      A.      That is correct.

12      Q.      So it was the opinion of the

13  authors that their experiments readily

14  demonstrated the formation of sulfide films

15  on copper by carbonyl sulfide?

16      A.      That was their opinion, yes.

17      Q.      From three authors who had at

18  least in mind the possibility of

19  contamination of the carbonyl sulfide mixture

20  from hydrogen sulfide, did they not?

21      A.      That's correct.  The

22  parenthetical comment suggests they had it in

23  mind.

24      Q.      And one could then reliably

Confidential - Subject to Further Confidentiality Review

Page 332

1    base an opinion that carbonyl sulfide results

2    in tarnish films or sulfide films on copper,

3    based upon this Science paper by these

4    authors?

5                 MR. SANDERS:   Object to the

6          form.

7          A.    Based on this paper alone, one

8    would come to that conclusion.

9    BY MR. SERPE:

10         Q.    And you know Messrs. Graedel,

11   Kammlott and Franey?

12         A.    I know who they are, yes.

13         Q.    And you recognize them as

14   competent researchers who have done reliable

15   work in the field?

16         A.    Very competent.  However, this

17   work is contradicted by the work of two other

18   groups.

19         Q.    The Science paper that we've

20   been talking about, Exhibit No. 29, was

21   followed up by these same researchers with a

22   second publication, which I'd like to hand

23   you as Exhibit 30.

24                 (Whereupon, Deposition Exhibit

Confidential - Subject to Further Confidentiality Review

Page 333

1          Sharp-30, "The Corrosion of Copper by

2          Atmospheric Sulphurous Gases," by

3          Graedel, et al., P2.0076-0001 –

4          P2.0076-0011, was marked for

5          identification.)

6     BY MR. SERPE:

7          Q.     You're familiar with the paper

8     that I've marked as Exhibit 30, are you not?

9          A.     I'm not familiar with this

10    paper.

11         Q.     You recognize the authors,

12    though:  Graedel, Franey and Kammlott?

13         A.     Yes, I do.

14         Q.     As the same individuals that we

15    referred to on Exhibit 29?

16         A.     Yes.

17         Q.     Listed as being from Bell

18    Laboratories in Murray Hill, New Jersey?

19         A.     Yes.

20         Q.     The same Bell Laboratories that

21    was part of the concerted effort to develop

22    national standards for corrosive

23    environments?

24         A.     They did much of the underlying

Confidential - Subject to Further Confidentiality Review

1     work, they and IBM.

2         Q.     And if you look at the bottom

3     of this first page, the paragraph beginning,

4     "Alternative candidates."

5         A.     Yes.

6         Q.     And if you'll read, following

7     through to the end of the -- or to the one

8     additional sentence from the second page into

9     the record, please.

10        A.     "Alternate candidates for the

11    title of principal sulfur corrodant are

12    hydrogen sulfide and carbonyl sulfide.  The

13    reaction of copper with H2S is known to be

14    rapid.  A similar effect has recently been

15    observed when copper was exposed to

16    humidified air containing OCS."

17        Q.     Were you aware that these

18    authors also described a propensity of

19    carbonyl sulfide to be increasingly reactive

20    with copper at lower temperatures?

21        A.     I was not.

22        Q.     If you'll look to page 1145, at

23    the paragraph at the bottom of the page, "OCS

24    sulfurization as a function of temperature"?

Confidential - Subject to Further Confidentiality Review

Page 335

1        A.      Yes.

2               MR. SANDERS:   Dr. Sharp, if you

3        need to read this to talk about it,

4        then --

5               THE WITNESS:   Well, we haven't

6        got a question yet.  Oh.  You want me

7        to read this paragraph?

8   BY MR. SERPE:

9        Q.     No.  No.  Feel free at any

10   point, Dr. Sharp, to read the contextual

11   references, as we did earlier on some other

12   papers.

13        A.      Yes.

14        Q.     But let me just start by

15   getting you to read their description of

16   their findings that begin with the words,

17   "The comparison shows," near the middle of

18   that final paragraph on page 1145.

19        A.      "The comparison shows that the

20   sulfurization rate is highest at the lowest

21   temperature; that is, less exposure is

22   required to form a film of a prescribed

23   thickness."

24        Q.     So assuming that that statement

Confidential - Subject to Further Confidentiality Review

Page 336

1   was not taken out of context and, in fact,

2   that the authors here are describing a

3   phenomenon in which lower temperatures

4   increase the corrosivity of COS, that would

5   be a very interesting phenomenon, wouldn't

6   it?

7             MR. SANDERS:   Object to the

8        form.

9        A.    In that the -- is your question

10  that it would be a very interesting

11  phenomenon because the corrosion rate

12  increase -- was higher at the lower

13  temperature?

14  BY MR. SERPE:

15       Q.    Yes.

16       A.    I would have to look and see if

17  this was done at constant relative humidity

18  at those two temperatures, because otherwise,

19  in a closed airspace, reducing the

20  temperature will increase the relative

21  humidity, and that is likely to be the larger

22  effect.

23       Q.    Well, let's look at Table 2 --

24       A.    Yes.

Confidential - Subject to Further Confidentiality Review

Page 337

1      Q.      -- the Figure 2 right at the

2  top of the next page, then, 1146.  And do you

3  see that in Figure 2, they describe the

4  humidity as 18.1 plus or minus .8 as having

5  been maintained over these temperature

6  variations?

7      A.      They're -- I beg your pardon.

8              They're saying the absolute

9  humidity was the same, and, therefore, the

10  relative humidity will increase at lower

11  temperatures.

12      Q.      Is that the way hydrogen

13  sulfide behaves?

14              MR. SANDERS:  Object to the

15      form.

16      A.      At lower temperature -- well,

17  no.  Hydrogen sulfide would behave the same

18  way.  In a closed airspace with a constant

19  humidity -- that is, a constant volume of

20  water vapor -- if you push the temperature

21  down, you'll push the relative humidity up.

22              And the paper of mine that I

23  cited in my report shows that the effect of

24  that is to increase the tarnishing rate,

Confidential - Subject to Further Confidentiality Review

Page 338

1    because the relative humidity is more of a

2    factor than the temperature.

3    BY MR. SERPE:

4         Q.    Final question from this paper,

5    also on page 1146:  Dr. Sharp, am I on safe

6    ground to characterize the data as plotted in

7    Figure 2 as a linear relationship, that as

8    the measured film growth as a function of

9    carbonyl sulfide exposure, that there was a

10   linear plot with respect to the growth, at

11   least as reported on Figure 2?

12        A.    It's not as simple as that.

13   And in this Bell Laboratory environment, they

14   have, in several cases, plotted what they

15   call total exposure.  It's like a dosage

16   quantity.  That is to say, they multiply the

17   concentration by the time of exposure to get

18   like a total dosage; and that is what is

19   linear with film thickness.  It's not on a

20   time basis.

21        Q.    You mentioned a minute ago that

22   there were researchers who had found contrary

23   findings to those published by Graedel,

24   Franey and Kammlott.  Who are you referring

Confidential - Subject to Further Confidentiality Review

1    to?

2         A.    The first is some work done in

3    Australia by Ren and Plaff. That's R-E-N, I

4    think, and P-L-A-F-F. There are two

5    publications I've read from them where they

6    look at the use of carbonyl sulfide, and they

7    show data from carbonyl sulfide and from

8    carbonyl sulfide from which hydrogen sulfide

9    has been removed and its effect on copper

10   strips.

11            And they find that if you take

12   the hydrogen sulfide out of the carbonyl

13   sulfide, it's -- it is not corrosive towards

14   these copper strips.

15        Q.    Before we move on from there,

16   how long did Ren and colleagues expose

17   reactivity coupons for in their experiment to

18   describe the impact of carbonyl sulfide from

19   which hydrogen sulfide was purportedly

20   removed?

21        A.    I don't recall.

22        Q.    Would the duration of the

23   exposure be an important aspect of an

24   appropriate analysis of the capability of

Confidential - Subject to Further Confidentiality Review

1    carbonyl sulfide to form corrosion product on

2    copper?

3              MR. SANDERS:  Object to the

4         form.

5         A.    I wouldn't be particularly

6    concerned by the duration, because my

7    recollection is that there were photographs

8    in the paper; and in these ones, the copper

9    was shiny and in those ones, the copper was

10   not -- the copper was tarnished.

11   BY MR. SERPE:

12        Q.    We're talking about visible

13   assessment of corrosion from pictures in a

14   paper as the benchmark for judging the

15   reactivity?

16             MR. SANDERS:  Object to the

17        form.  If you want to show him the

18        paper and he can look at it, then

19        let's do that.

20   BY MR. SERPE:

21        Q.    No, I'm just want to ask if

22   we're going to use visual corrosion as an

23   assessment.

24        A.    I know.  I wasn't saying that I

Confidential - Subject to Further Confidentiality Review

Page 341

1    was using it.  I was saying that Ren was

2    using it as an initial sorting technique.

3         Q.    So to the extent that there's

4    been data reported by Graedel and colleagues

5    and contrary data reported by Ren and

6    colleagues, do you believe that you have

7    developed a professional opinion, as an

8    expert in corrosion, whether carbonyl sulfide

9    does or does not react with copper reactivity

10   coupons?

11                MR. SANDERS:  Object to the

12        form.

13        A.    The fact that the Ren

14   information was subsequently confirmed by

15   workers at the National Bureau of Standards

16   and published in the year 2000 gives me

17   concern about the reliability of Graedel's

18   work in this case.

19   BY MR. SERPE:

20        Q.    And has your concern risen to

21   the level where you believe that carbonyl

22   sulfide is, in fact, not corrosive to copper

23   reactivity coupons, or have you not reached a

24   final decision about that?

Confidential - Subject to Further Confidentiality Review

Page 342

1       A.      I have not reached a final

2    decision about it, but I am uncertain about

3    carbonyl sulfide being a substantially

4    corrosive gas.

5       Q.      Same question as to whether or

6    not carbonyl sulfide can work synergistically

7    with hydrogen sulfide to enhance its

8    corrosive potential on copper reactivity

9    coupons?

10      A.      I have not studied that myself.

11      Q.      Are you familiar with anybody

12    else's work that has studied that to

13    determine whether there is, in fact, a

14    synergistic effect?

15      A.      As I sit here, I cannot recall

16    a study of that.

17              MR. SERPE:  Thank you,

18    Dr. Sharp.  That's all the questions I

19    have.

20              THE WITNESS:  My pleasure.

21              THE VIDEOGRAPHER:  The time now

22    is approximately 6:41 p.m.  Today's

23    deposition of Dr. Sandy Sharp,

24    consisting of eight tapes, is now

Confidential - Subject to Further Confidentiality Review

Page 343

1        concluded.

2              (Proceedings concluded at

3        6:41 p.m.)

4              - - - - - - -

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Confidential - Subject to Further Confidentiality Review

Page 344

```
 1                    CERTIFICATE

 2

 3              We, MICHEAL A. JOHNSON and
        MICHAEL E. MILLER, Certified Court Reporters,
 4      do hereby certify that prior to the
        commencement of the examination, WILLIAM BROOM
 5      ALEXANDER 'SANDY' SHARP, Ph.D. was duly sworn
        by me to testify to the truth, the whole truth
 6      and nothing but the truth.

 7              We DO FURTHER CERTIFY that the
        foregoing is a verbatim transcript of the
 8      testimony as taken stenographically by and
        before us at the time, place and on the date
 9      hereinbefore set forth, to the best of our
        ability.
10
                We DO FURTHER CERTIFY that we are
11      neither relatives nor employees nor attorneys
        nor counsel of any of the parties to this
12      action, and that we are neither relatives nor
        employees of such attorney or counsel, and
13      that we are not financially interested in the
        action.
14

16      _____
        MICHEAL A. JOHNSON (MORNING SESSION),
17      NCRA Registered Professional Reporter
        NCRA Certified Realtime Reporter
        Certified LiveNote Reporter
18      LA Certified Court Reporter #29026

19

20      _____
        MICHAEL E. MILLER (AFTERNOON SESSION),
21      NCRA Registered Diplomate Reporter
        NCRA Certified Realtime Reporter
22      Certified LiveNote Reporter
        LA Certified Court Reporter #27009
23
        Dated: February 9, 2010
24
```

Confidential - Subject to Further Confidentiality Review

1                    ACKNOWLEDGMENT OF DEPONENT

2

3

4              I,   WILLIAM BROOM ALEXANDER 'SANDY'
       SHARP, Ph.D., do hereby certify that I have
5      read the foregoing pages and that the same is
       a correct transcription of the answers given
6      by me to the questions therein propounded,
       except for the corrections or changes in form
7      or substance, if any, noted in the attached
       Errata Sheet.

8

9

10

11

12      _____    _____
        WILLIAM BROOM ALEXANDER 'SANDY'          DATE
13      SHARP, Ph.D.

14

15      Subscribed and sworn to before me this

16      _____ day of _____, 20 _____.

17      My commission expires: _____

18

19      Notary Public

20

21

22

23

24

Confidential - Subject to Further Confidentiality Review

```
 1.                   - - - - - - -
                          ERRATA
 2                    - - - - - - -

 3      PAGE   LINE      CHANGE

 4      _____  _____     _____

 5      REASON: _____

 6      _____  _____     _____

 7      REASON: _____

 8      _____  _____     _____

 9      REASON: _____

10      _____  _____     _____

11      REASON: _____

12      _____  _____     _____

13      REASON: _____

14      _____  _____     _____

15      REASON: _____

16      _____  _____     _____

17      REASON: _____

18      _____  _____     _____

19      REASON: _____

20      _____  _____     _____

21      REASON: _____

22      _____  _____     _____

23      REASON: _____

24
```

Confidential - Subject to Further Confidentiality Review

```
1
                              LAWYER'S NOTES
2

3       PAGE     LINE

4       _____    _____    _____

5       _____    _____      _____

6       _____    _____      _____

7       _____    _____      _____

8       _____    _____      _____

9       _____    _____      _____

10      _____    _____      _____

11      _____    _____      _____

12      _____    _____      _____

13      _____    _____      _____

14      _____    _____      _____

15      _____    _____      _____

16      _____    _____      _____

17      _____    _____      _____

18      _____    _____      _____

19      _____    _____      _____

20      _____    _____      _____

21      _____    _____      _____

22      _____    _____      _____

23      _____    _____      _____

24      _____    _____      _____
```