UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO.: 2047 |
| THIS DOCUMENT RELATES TO: | * * | SECTION: "L" |
| *SEAN AND BETH PAYTON, ET AL.* | * | JUDGE FALLON |
| *vs.* | * | MAGISTRATE JUDGE |
| *KNAUF GIPS KG, ET AL.* | * | WILKINSON |
| Case No. 2:09-CV-7628 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that subject to all reservation of rights and without waiver of any defenses, Sidney W. Degan, III, Foster P. Nash, III, and Stephanie L. Cheralla, Degan Blanchard & Nash, APLC, 400 Poydras Street, Suite 2600, New Orleans, Louisiana 70130, (504) 529-3333, sdegan@degan.com, fnash@degan.com and scheralla@degan.com, hereby enter their appearance as counsel of record for Lakeside Village Development, L.L.C., who is sought to be made defendant in the above named and numbered cause of action.  Please update and add the undersigned to all of your service and distribution lists in this matter.

Respectfully submitted,

DEGAN, BLANCHARD & NASH, APLC


    */s/ Foster P. Nash, III*
Sidney W. Degan, III (#04804)
sdegan@degan.com
Foster P. Nash (#19079)
fnash@degan.com
Stephanie L. Cheralla (#31433)
scheralla@degan.com
400 Poydras Street, Suite 2600
New Orleans, Louisiana 70130
Telephone: (504) 529-3333
Facsimile:  (504) 529-3337
***Attorneys for Lakeside Village Development, L.L.C.***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Liaison Counsel by e-mail and upon all Chinese Dry Wall parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 6, on this 23rd day of February, 2010.

I further certify that the above and foregoing Notice of Appearance was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM-ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of February, 2010.



    */s/ Foster P. Nash, III*