IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED | MDL NO.: 2047 |
| DRYWALL PRODUCTS LIABILITY LITIGATION | SECTION: L |
| | JUDGE FALLON |
| (This Document Relates to Case No. 2:09-CV-7628) | MAG. JUDGE WILKINSON |
| _____/ | |

**UNOPPOSED CONSENT MOTION FOR AN ENLARGEMENT OF TIME
TO RESPOND TO COMPLAINT
AND INCORPORATED MEMORANDUM OF LAW**

Pursuant to Rule 7.9 of the Local Rules of the U.S. District Court for the Eastern District of Louisiana, Defendant, K. Hovnanian First Homes, LLC ("KHFH"), fully reserving all rights and defenses, by and through undersigned counsel, hereby moves this Court for entry of an Order enlarging the time by which Defendant must respond to Plaintiffs' Omnibus Class Action Complaint filed in the above-captioned matter (the "Complaint"), and in support thereof states:

1. KHFH was served with the Complaint on or about February 3, 2010.

2. Thus, pursuant to Federal Rule of Civil Procedure 12(a), the deadline for KHFH to respond is February 23, 2010.

3. Counsel for KHFH respectfully requests an additional 30 days to review the allegations in the Complaint and prepare an appropriate response.

4. Plaintiffs' Liaison Counsel has consented to the requested enlargement of time.

5. The enlargement will not prejudice any of the parties, will not delay the proceedings, and is filed in good faith. KHFH has not previously requested an extension of time to respond to the Complaint and good cause exists pursuant to Local Rule 7.9 for the granting of this Unopposed Consent Motion.

WHEREFORE, Defendant, K. Hovnanian First Homes, LLC, fully reserving all rights and defenses, respectfully moves the Court to grant it an enlargement of 30 days, up to and including March 25, 2010, within which to respond to the Complaint.

        Respectfully submitted,

        BILZIN SUMBERG BAENA PRICE
        & AXELROD LLP
        Attorneys for KHFH
        2500 Wachovia Financial Center
        200 South Biscayne Boulevard
        Miami, Florida 33131
        Tel.: (305)374-7580   Fax: (305)374-7593

BY:   /s/ *Adam F. Haimo*
       ROBERT W. TURKEN, ESQ.
       Florida Bar No. 306355
       rturken@bilzin.com
       ADAM F. HAIMO, ESQ.
       Florida Bar No. 502731
       ahaimo@bilzin.com
       MELISSA PALLETT-VASQUEZ, ESQ.
       Florida Bar No. 715816
       mpallett@bilzin.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Unopposed Consent Motion has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of February, 2010.

By: *Adam F. Haimo*
     Adam F. Haimo

BILZIN SUMBERG BAENA PRICE & AXELROD LLP
200 SOUTH BISCAYNE BOULEVARD, SUITE 2500 • MIAMI, FLORIDA 33131-5340