UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL  PRODUCTS LIABILITY LITIGATION | * * * | MDL NO.: 2047 |
| THIS DOCUMENT RELATES TO: | * * | SECTION: "L" |
| *SEAN AND BETH PAYTON, ET AL.* *vs.* *KNAUF GIPS KG, ET AL.* Case No. 2:09-CV-7628 | * * * * | JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### *EX PARTE* MOTION FOR EXTENSION OF TIME TO PLEAD

NOW INTO COURT, through undersigned counsel comes Lakeside Village Development, L.L.C., sought to be made defendant herein, which moves this Honorable Court for an Order granting an extension of thirty (30) days in which to file responsive pleadings to the Omnibus Class Action Complaint in the above named and numbered cause of action on the following grounds:

1. Lakeside Village Development, L.L.C. was served in this case on February 4, 2010. Thus, pursuant to Fed. R. Civ. Pro. 12(a), the deadline for Lakeside Village Development, L.L.C. to file responsive pleadings is February 24, 2010;

1

2.  Lakeside Village Development, L.L.C. requests an additional thirty days to investigate the allegations in the Complaint and prepare appropriate responsive pleadings;

3.  Plaintiff's Liaison Counsel has stated no objection to this request for an extension of time.

WHEREFORE, Lakeside Village Development, L.L.C. prays that this Court grant it an extension of time of thirty (30) days, until March 29, 2010, to file responsive pleadings in this case.

Respectfully submitted,

DEGAN, BLANCHARD & NASH, APLC

*/s/ Foster P. Nash, III*
Sidney W. Degan, III (#04804)
sdegan@degan.com
Foster P. Nash (#19079)
fnash@degan.com
Stephanie L. Cheralla (#31433)
scheralla@degan.com
400 Poydras Street, Suite 2600
New Orleans, Louisiana 70130
Telephone: (504) 529-3333
Facsimile: (504) 529-3337
***Attorneys for Lakeside Village Development, L.L.C.***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Ex Parte* Motion for Extension of Time to Plead has been served on Liaison Counsel by e-mail and upon all Chinese Dry Wall parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 6, on this 23rd day of February, 2010.

I further certify that the above and foregoing *Ex Parte* Motion for Extension of Time to Plead was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM-ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of February, 2010.

　　　　　　　*/s/ Foster P. Nash, III*