UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047<br>SECTION "L" |
| THIS DOCUMENT RELATES TO:<br>SEAN AND BETH PAYTON, et al.<br>vs.<br>KNAUF GIPS, DG., et al.<br>Case No. 2:09-CV-7628 | * * * * * | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

## ORDER

**CONSIDERING** the Ex Parte Consent Motion for Extension of Time filed by Defendant, Aranda Homes, Inc.

**IT IS HEREBY ORDERED** that the motion is GRANTED and that the deadline for Aranda Homes, Inc., to file a response to the Omnibus Class Action Complaint in this case is extended through and including April 7, 2010.

New Orleans, Louisiana, this 23rd day of February, 2010.

_____
U.S. District Judge

{M2905059,1}