UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL CASES | |

### ORDER

Considering the Plaintiffs' Steering Committee's Exparte Motion for Extension of Time (Rec. Doc. No. 911), IT IS ORDERED BY THE COURT that the Plaintiffs' Steering Committee is granted leave of court to file the response to Manufacturer Defendants' Request for Certification and Incorporated Memorandum of Law until February 19, 2010.

New Orleans, Louisiana this 23rd day of February, 2010.

Honorable Eldon E. Fallon
U.S. District Judge