UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: Olschewski, *et al.* v. Centerline Homes, Inc., *et al.* Case No.: 09-06751 | : : : | JUDGE FALLON MAG. JUDGE WILKINSON |

## ORDER

The Court, having considered Defendant, Centerline Homes, Inc.'s Unopposed Motion for Enlargement of Time to Respond to Complaint, HEREBY ORDERS:

Centerline Homes, Inc. shall have up to and including March 2, 2010 to answer or otherwise respond to the Complaint (including by way of motion filed pursuant to Rule 12(b)).

New Orleans, Louisiana this 23rd day of February, 2010.

*[signature]*
**JUDGE ELDON E. FALLON**