UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2:09-md-2047 |
| | SECTION: L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE WILKINSON |
| *THIS DOCUMENT RELATES TO:* *ROBERT C. PATE, et al NO. 09-07791* | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the *Motion to Dismiss Plaintiff's Complaint for Failure to Join Indispensable Parties* on behalf of defendants, FCCI Commercial Insurance Company and FCCI Insurance Company, shall be brought on for hearing before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, U.S. Courthouse, 500 Poydras Street, New Orleans, Louisiana 70130, on the 10th day of March, 2010, at 9:00 a.m. or as soon thereafter as counsel may be heard.

Respectfully submitted,

/s/ Patrick E. Costello

_____
Patrick E. Costello         (#26619)
Jacques P. Degruy         (#29144)
Mouledoux, Bland, Legrand & Brackett, LLC
4250 One Shell Square
701 Poydras Street
New Orleans, Louisiana  70139
Telephone: 504-595-3000
Facsimile: 504-522-2121
pcostello@mblb.com
jdegruy@mblb.com
*Local counsel for FCCI COMMERCIAL INSURANCE COMPANY and FCCI INSURANCE COMPANY*

And

Robert M. Darroch (GA State Bar #205490)
Stephanie F. Glickauf (GA State Bar #257540)
Goodman McGuffey Lindsey & Johnson, LLP
3340 Peachtree Road, NE, Suite 2100
Atlanta, GA  30326-1084
Telephone: 404-264-1500
Facsimile: 404-264-1737
rdarroch@gmlj.com
sglickauf@gmlj.com
*Attorneys for FCCI INSURANCE COMPANY and FCCI COMMERCIAL INSURANCE COMPANY*

## Certificate of Service

I hereby certify that the above and foregoing *Motion to Dismiss Plaintiff's Complaint* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of February, 2010.

/s/ Patrick E. Costello
Patrick E. Costello