UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 2047 |
| | * | SECTION:  "L" |
| THIS DOCUMENT RELATES TO: | * * | |
| | * | JUDGE FALLON |
| SEAN AND BETH PAYTON, et al., vs. KNAUF GIPS KG., et al. CASE NO. 2:09-CV-7628 | * * * * * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Upon consideration of the Consent Motion to Extend Time to Respond to the *Payton* Complaint and Incorporated Memorandum and Local Rule 7.9 Certificate, filed herein by The Home Depot U.S.A., Inc.,   (Rec. Doc. No. 1096);

IT IS HEREBY ORDERED that the Consent Motion to Extend Time to Respond to the *Payton* Complaint be and the same is hereby GRANTED; and

- 1 -

1008053v.1

- 2 -

IT IS FURTHER ORDERED that Defendant The Home Depot U.S.A., Inc. shall be granted until March 26, 2010 within which to respond to Plaintiffs' Omnibus Class Action Complaint (I), filed in the above-captioned matter, Civil Action No. 09-7628, within MDL No. 2047 ("the Payton Complaint").

New Orleans, Louisiana, this  23rd  day of February 2010.

*[signature: Eldon E. Fallon]*

Honorable Eldon E. Fallon
United States District Judge