UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEAN AND BETH PAYTON, et al<br>*Plaintiffs* | : <br> : <br> : | CIVIL ACTION NO. 09-07628 |
| v. | : <br> : | JUDGE ELDON E. FALLON |
| KNAUF GIPS KG, et al<br>*Defendants* | : <br> : | |

### EX PARTE ORDER ON MOTION FOR EXTENSION OF TIME

IT IS HEREBY ORDERED that defendant, SORRENTO LUMBER CO., INC., be and it is hereby granted an extension of twenty-one (21) days from when the answer was otherwise due, until March 18, 2010, to respond to Plaintiff's Complaint filed on January 7, 2010.

SIGNED at New Orleans, Louisiana, this 23rd day of February, 2010.

_____
JUDGE ELDON E. FALLON