UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br><br>SECTION L<br>JUDGE FALLON<br>MG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:

SEAN AND BETH PAYTON, et al.,
vs.
KNAUF GIPS KG., et al.
CASE NO. 2:09-CV-7628
_____/

## CONSENT MOTION TO EXTEND TIME
## TO RESPOND TO THE COMPLAINT

Defendants BANNER SUPPLY CO., BANNER SUPPLY COMPANY POMPANO, LLC, BANNER SUPPLY COMPANY FORT MYERS, LLC, BANNER SUPPLY COMPANY TAMPA, LLC, and BANNER SUPPLY INTERNATIONAL, LLC (collectively, the "BANNER Entities"), by and through their undersigned counsel and pursuant to Rule 7.9 of the Local Rules of the U.S. District Court for the Eastern District of Louisiana, hereby move this Court for an Order extending the time by which they must respond to Plaintiffs' Omnibus Class Action Complaint (I) filed in the above-captioned matter, Civil Action No. 09-7628, within MDL No. 2047 (the "Complaint"), and in support thereof, states as follows:

    1.    On or about February 4, 2010, the BANNER Entities were served with the Complaint.

2. Accordingly, the time for the BANNER Entities to file and serve a response to the Complaint will expire on February 24, 2010 pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i).

3. Undersigned Counsel for the BANNER Entities has obtained the consent of Plaintiffs' Liaison Counsel to an extension of thirty (30) days for the BANNER Entities to file and serve a response to the Complaint.

4. This extension will not prejudice any of the parties, nor will it delay the Proceedings. The BANNER Entities have not previously requested an extension of time to respond to the Complaint. Accordingly, good cause exists pursuant to Local Rule 7.9 for the granting of this Motion.

WHEREFORE, Defendants BANNER SUPPLY CO., BANNER SUPPLY COMPANY POMPANO, LLC, BANNER SUPPLY COMPANY FORT MYERS, LLC, BANNER SUPPLY COMPANY TAMPA, LLC, and BANNER SUPPLY INTERNATIONAL, LLC respectfully request that this Court grant them an extension of thirty (30) days, until March 26, 2010, to respond to Plaintiffs' Omnibus Class Action Complaint (I), filed in the above captioned matter, Civil Action No. 09-7628, within MDL No. 2047.

    Respectfully submitted,

    **ADORNO & YOSS LLP**

    By: /s/ Jeffrey A. Backman
        Jan Douglas Atlas
        Florida Bar Number: 226246
        Jeffrey A. Backman
        Florida Bar Number: 0662501
        350 East Las Olas Boulevard, Suite 1700
        Fort Lauderdale, Florida 33301-4217
        Phone: (954) 763-1200

{218429.0005/N0814075_1}

Fax: (954) 766-7800
Attorneys for Defendants the Banner
Entities

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Consent Motion to Extend Time to Respond to the Complaint and Incorporated Memorandum and Local Rule 7.9 Certificate has been served on Liaison Counsel by e-mail and upon all Chinese Dry Wall parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 6, on this 22nd day of February, 2010. I further certify that the above and foregoing Consent Motion to Extend Time to Respond to the *Payton* Complaint and Incorporated Memorandum and Local Rule 7.9 Certificate was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23nd day of February, 2010.

/s/Jeffrey A. Backman

{218429.0005/N0814075_1}