UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE MANUFACTURED DRYWALL          MDL NO. 09-2047
PRODUCTS LIABILITY LITIGATION

SECTION L
JUDGE FALLON
MG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

SEAN AND BETH PAYTON, et al.,
vs.
KNAUF GIPS KG., et al.
CASE NO.  2:09-CV-7628

_____/

## ORDER

Upon consideration of the Consent Motion to Extend Time to Respond to the Complaint, filed herein by Defendants BANNER SUPPLY CO., BANNER SUPPLY COMPANY POMPANO, LLC,  BANNER SUPPLY COMPANY FORT MYERS, LLC, BANNER  SUPPLY  COMPANY  TAMPA  LLC,  and  BANNER  SUPPLY INTERNATIONAL, LLC (the "BANNER Entities"),

IT IS HEREBY ORDERED that the Consent Motion to Extend Time to Respond to the Complaint be and the same is hereby GRANTED; and

IT IS FURTHER ORDERED that the BANNER Entities shall be granted an additional thirty (30) days to respond to Plaintiffs' Omnibus Class Action Complaint (I), filed in the above-captioned matter, Civil Action No. 09-7628, within MDL No. 2047 (the "Complaint"), up through and including until March 26, 2010.

New Orleans, Louisiana, this _____ day of February 2010.

_____
Honorable Eldon E. Fallon
United States District Judge