UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF LOUISIANA
Civil Action No.: 09-7628 SECT. L MAG. 2

SEAN AND BETH PAYTON, individually, and
on behalf of all others similarly situated, et al.

Plaintiffs,

vs.

KNAUF GIPS KG; KNAUF, et al.,

Defendants.

_____/

## NOTICE OF APPEARANCE

The undersigned hereby file their Notice of Appearance on behalf of the Defendant, Ponce Riviera, LLC. Copies of all pleadings, notices, and correspondence regarding the above-styled cause are requested to be served on the undersigned.

Respectfully submitted this 23rd day of February, 2010.

## CERTIFICATE OF SERVICE

I hereby certify that on this 24TH day of February, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

DANIELS, KASHTAN, DOWNS &
ROBERTSON & MCGIRNEY
Counsel for Defendants
3300 PONCE DE LEON BLVD.
CORAL GABLES, FLORIDA 33134
305 448-7988 Telephone
305 448-7978 FAX

By: _____
JEREMY C. DANIELS, ESQ.
FLA. BAR NO. 0493643

P:\EDSISS\DOCS\1009\6409\DI2730.DOC

LAW OFFICES
**DANIELS, KASHTAN, DOWNS, ROBERTSON & MCGIRNEY**
3300 PONCE DE LEON BOULEVARD · CORAL GABLES, FLORIDA 33134 · TELEPHONE 305. 448.7988 · FAX 305. 448.7978