Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0223

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Manny's Drywall
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Osceola** )

Name of Server: **Paul E. Andresky**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **3** day of **February**, 20 **10**, at **7:55** o'clock **P** M

Place of Service: at 923 Van Loon Court, in Kissimmee, FL 34758

Documents Served: the undersigned served the documents described as:
Summons and Complaint; Exhibits

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Manny's Drywall

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Manny Hernandez, President**

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex **M**; Skin Color **Hispanic** Hair Color **Black**; Facial Hair **No**
Approx. Age **48**; Approx. Height **5'6"**; Approx. Weight **170**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury   Subscribed and sworn to before me this
that the foregoing is true and correct.    **4** day of **February** 20 **10**

*Paul E. Andresky*   2-4-10   *Karen S. Hernandez*
Signature of Server     Notary Public   (Commission Expires)
Paul E. Andresky
APS International, Ltd.   # 556

NOTARY PUBLIC-STATE OF FLORIDA
Karen S. Hernandez
Commission # DD859349
Expires: MAY 22, 2013
BONDED THRU ATLANTIC BONDING CO., INC.

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. 09-7628

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Manny's Drywall
was received by me on *(date)* 2-3-10 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Manny Hernandez , who is designated by law to accept service of process on behalf of *(name of organization)* Manny's Drywall on *(date)* 2-3-10 ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Served at 7:55 P.M.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2-4-10

*Paul E. Andresky*
Server's signature

2-4-10
Karen J. Hernandez

Paul E. Andresky, Special Process
Printed name and title

P.O. Box 3445, Orlando, FL 32802
Server's address

Additional information regarding attempted service, etc:



NOTARY PUBLIC-STATE OF FLORIDA
Karen S. Hernandez
Commission # DD859349
Expires: MAY 22, 2013
BONDED THRU ATLANTIC BONDING CO., INC.