Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0358

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Ace Drywall
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL.
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _____ ) ss.
County of: _____ )

**Name of Server:** Chris Hoppe, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 4 day of Feb, 20 10, at 5 o'clock P M

**Place of Service:** at 22214 Hoffman Road, in Mandeville, LA 70471

**Documents Served:** the undersigned served the documents described as:
Summons and Complaint; Exhibits

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Ace Drywall

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Morgaret Eschate

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color White; Hair Color Brown; Facial Hair ___
Approx. Age 50 ; Approx. Height 6'5 ; Approx. Weight 140

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Christoph J Hopp_
Signature of Server

Subscribed and sworn to before me this
___ day of _____, 20 ___

_____
Notary Public      (Commission Expires)

**APS International, Ltd.**