2.0

Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 101729-0362

## AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Adam Carpenter
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _____ ) ss.
County of: _____ )

**Name of Server:** Chris Halper , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 3 day of Feb , 20 10, at 1:30 o'clock ___M

**Place of Service:** at 102 Chinchuba Gardens Dr. , in Mandeville, LA 70471

**Documents Served:** the undersigned served the documents described as:
Summons and Complaint; Exhibits

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Adam Carpenter

**Person Served, and Method of Service:**
☐ By personally delivering them into the hands of the person to be served.
☒ By delivering them into the hands of Valerie Carpenter , a person of suitable age, who verified, or who upon questioning stated, that he/she resides with
Adam Carpenter
at the place of service, and whose relationship to the person is: _____

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color Black ; Facial Hair _____
Approx. Age 40 ; Approx. Height 5'5" ; Approx. Weight 146

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Christoph J Harper
Signature of Server

Subscribed and sworn to before me this ___ day of _____, 20 ___

_____
Notary Public        (Commission Expires)

**APS International, Ltd.**