5L

Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0366

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Lakeside Village Development LLC 1
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _____ ) ss.
County of: _____ )

**Name of Server:** Chris Harper, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 3 day of Feb, 20 10, at 2 o'clock P M

**Place of Service:** at 1 Sanctuary Blvd., in Mandeville, LA 70741

**Documents Served:** the undersigned served the documents described as:
Summons and Complaint; Exhibits

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Lakeside Village Development LLC 1

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Beverly Hand

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F; Skin Color White; Hair Color Brown; Facial Hair ___
Approx. Age 40; Approx. Height 5'5; Approx. Weight 130

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Christopher Harper_
Signature of Server

Subscribed and sworn to before me this ___ day of _____, 20 ___

_____
Notary Public      (Commission Expires)

**APS International, Ltd.**