7a

Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0396

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Team Work Construction, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _____ ) ss.
County of: _____ )

**Name of Server:** _Christoph J Hays_____, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _4_ day of _Feb_____, 20 _10_, at _9_ o'clock _A_M

**Place of Service:** at _35 Stonebridge Court_____, in _Mandeville, LA 70448_____

**Documents Served:** the undersigned served the documents described as:
_Summons and Complaint; Exhibits_

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
_Team Work Construction, LLC_

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Eddie Hosbridge_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _M_ ; Skin Color _white_ ; Hair Color _brown_ ; Facial Hair _____
Approx. Age _50_ ; Approx. Height _5'11_ ; Approx. Weight _170_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Christoph J Hays_
Signature of Server

Subscribed and sworn to before me this
_____ day of _____, 20 ___

_____     _____
Notary Public        (Commission Expires)

**APS International, Ltd.**