UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| SEAN AND BETH PAYTON, et al | * | |
| vs. | * | |
| KNAUF GIPS, DG., et al | * | |
| Case No. 2:09-CV-7628 | * | MAGISTRATE WILKINSON |

**NOTICE OF APPEARANCE AS COUNSEL**

Charles B. Long and Thomas H. Peyton of Krebs, Farley & Pelleteri, P.L.L.C. hereby file their Notice of Appearance as counsel of record for Defendant Groff Construction Inc. and requests that copies of all pleadings served in this case be served upon the undersigned at the following office and e-mail address.

                        KREBS, FARLEY & PELLETERI, P.L.L.C.

                        */s/ Charles B. Long*
                        CHARLES B. LONG (#22824)
                        THOMAS H. PEYTON (#32635)
                        400 Poydras Street, Suite 2500
                        New Orleans, Louisiana   70130
                        Telephone:   504-299-3570
                        Facsimile:    504-299-3582
                        E-mail:       clong@kfplaw.com
                        E-mail:       tpeyton@kfplaw.com
                        ATTORNEYS FOR DEFENDANT
                        GROFF CONSTRUCTION INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of February, 2010, this document has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and e-mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

*/s/ Charles B. Long*
CHARLES B. LONG