UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047<br><br>SECTION L<br><br>DISTRICT JUDGE FALLON |
| This documents relates to<br>Case No. 09-7628 (*Payton*) | MAGISTRATE JUDGE WILKINSON |

### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS

COMES NOW, Brent B. Barriere, Susie Morgan and D. Skylar Rosenbloom of the law firm of Phelps Dunbar LLP and hereby enroll as additional counsel on behalf of Defendant, Management Services of Lee County, Inc. f/k/a Paul Homes, LLC. It is respectfully requested that all future pleadings, orders, notices motions, documents and correspondence be served upon them in connection with this action.

Respectfully submitted,

**PHELPS DUNBAR LLP**


BY:      /s/ Brent B. Barriere
       Brent B. Barriere (La. Bar No. 2818)
       Susie Morgan (La. Bar No. 18133)
       D. Skylar Rosenbloom (La Bar No. 31309)
       Canal Place
       365 Canal Street • Suite 2000
       New Orleans, Louisiana 70130-6534
       Telephone: (504) 566-1311
       Telecopier: (504) 568-9130
       Email: Brent.barriere@phelps.com
           Susie.morgan@phelps.com
           Skylar.rosenbloom@phelps.com

                **ATTORNEYS FOR DEFENDANT,**
                **MANAGEMENT SERVICES OF LEE**
                **COUNTY, INC. F/K/A PAUL HOMES, LLC**

Co-Counsel for Management Services
of Lee County, Inc. f/k/a Paul Homes, LLC.
Valerie B. Greenberg (Fla. Bar No. 26514)
Stacy Bercun Bohm (Fla. Bar No. 22462)
Las Olas Centre II, Suite 1600
Fort Lauderdale, FL 33301-2229
Phone: (954) 463-2700
Fax:     (954) 463-2224
Email: Valerie.greenberg@akerman.com
         Stacy.bohm@akerman.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Notice of Appearance and Request for Service of All Documents and Pleadings* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Oder No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of February, 2010.

                                                          /s/ Brent B. Barriere