UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> **THIS DOCUMENT RELATES TO:** ) <br> ) <br> SEAN AND BETH PAYTON, ET AL. ) <br> ) <br> V. ) <br> ) <br> KNAUF GIPS KG, ET AL. ) <br> _____/ | MDL NO. 2047 <br><br> SECTION L <br><br> JUDGE FALLON <br> MAG. JUDGE WILKINSON <br><br> CIVIL ACTION NO. 09-7628 |

### CONSENT MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT

Defendant, Kolter Homes, LLC ("Kolter"), pursuant to Rule 7.9 of the Local Rules of the U.S. District Court for the Eastern District of Louisiana, moves this Honorable Court for an Order enlarging the time by which it must respond to Plaintiffs' Omnibus Class Action Complaint filed in the above-captioned matter, Civil Action No. 09-7628, within MDL No. 2047 (the "Complaint"), and in support thereof states as follows:

1. On or about February 4, 2010, Kolter was served with the Complaint.

2. Accordingly, the time for the Kolter to file and serve a response to the Complaint will expire on February 24, 2010, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i).

3. Undersigned Counsel for Kolter has obtained the consent of Plaintiffs' Liaison Counsel to an extension of thirty (30) days for Kolter to file and serve a response to the Complaint.

4. This extension will neither prejudice any of the parties, nor delay the case. Kolter has not previously requested an extension of time to respond to the Complaint. Accordingly, good cause exists for granting this Motion.

WHEREFORE, Defendant, Kolter Homes, LLC, respectfully requests that this Court grant it an enlargement of thirty (30) days, until March 26, 2010, to respond to Plaintiffs' Omnibus Class Action Complaint (I), filed in the above captioned matter, Civil Action No. 09-7628, within MDL No. 2047.

Respectfully submitted,

/s/ Christopher N. Dawson
Jaime A. Bianchi
Florida Bar No. 908533
Christopher N. Dawson
Florida Bar No. 617636
White & Case LLP
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744/5766
*Counsel for Kolter Homes, LLC*

## CERTIFICATE REQUIRED BY LOCAL RULE 7.9

I HEREBY CERTIFY that the undersigned has conferred with Plaintiffs Liaison Counsel regarding the enlargement of time requested herein, and that Plaintiffs Liaison Counsel does not oppose the requested extension of time.

/s/Christopher N. Dawson

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Consent Motion for Enlargement of Time to Respond to Complaint has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of February, 2010.

/s/Christopher N. Dawson