UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> **THIS DOCUMENT RELATES TO:** ) <br> ) <br> SEAN AND BETH PAYTON, ET AL. ) <br> ) <br> V. ) <br> ) <br> KNAUF GIPS KG, ET AL. ) <br> _____/ | MDL NO. 2047 <br><br> SECTION L <br><br> JUDGE FALLON <br> MAG. JUDGE WILKINSON <br><br> CIVIL ACTION NO. 09-7628 |

## ORDER

Upon consideration of the Consent Motion to Enlarge Time to Respond to the Complaint (the "Motion"), filed by Defendant, Kolter Homes, LLC,

IT IS HEREBY ORDERED that the Motion be and the same is hereby GRANTED; and,

IT IS FURTHER ORDERED that Kolter Homes, LLC is granted an additional thirty (30) days to respond to Plaintiffs' Omnibus Class Action Complaint, filed in the above-captioned matter, Civil Action No. 09-7628, within MDL No. 2047 (the "Complaint"), up through and including until March 26, 2010.

New Orleans, Louisiana, this _____ day of February 2010.

_____
Honorable Eldon E. Fallon
United States District Judge