UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| _____ ) | |
| ) | SECTION "L" |
| THIS DOCUMENT RELATES TO: ) | |
| Payton, et al. v. Knauf GIPS KG, et al. ) | JUDGE FALLON |
| ) | |
| Case No. 09-7628, Sect. L MAG. 2 ) | MAG. JUDGE WILKINSON |
| _____ ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS

COMES NOW, the undersigned law firm of Schwartz & Horwitz, PLC and hereby files its Notice of Appearance as counsel on behalf of the Defendant, Certain Homes, Inc.  It is respectfully requested that all future pleadings, documents and correspondence be served upon the undersigned in connection with this action.

Respectfully submitted,

By: /s/ Steven G. Schwartz
Steven G. Schwartz, Esquire
Mark A. Hruska, Esquire
Schwartz & Horwitz, PLC
6751 North Federal Highway
Suite 400
Boca Raton, FL 33487
Telephone: 561-395-4747
Facsimile:   561-367-1550
sgs@sandhlawfirm.com
mah@sandhlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance and Request for Service of All Documents and Pleadings has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esq., and Defendants' Liaison Counsel, Kerry Miller, Esq. by U.S. Mail and e-mail, <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of February, 2010.

<u>/s/ Steven G. Schwartz</u>
Steven G. Schwartz, Esq.

L:\OPEN FILES\100412\Pleadings\Payton Class Action\S&H NOA-Certain Homes 2-24-10-jmr.doc