# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-2047<br><br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust,<br><br>    Plaintiff,<br>v.<br>AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, FCCI COMMERCIAL INSURANCE COMPANY, FCCI INSURANCE COMPANY, et. al.<br><br>    Defendants. | CASE NO.:   2:09-CV-07791-EEF-JCW |

## AFFIDAVIT OF MICHAEL COON

Michael Coon, first being duly sworn, testifies as follows:

1. I am an Executive Vice President at Mid-Continent Casualty Company ("MCC"). I am over the age of 21, and this Affidavit is based on my personal knowledge.

2. My current job duties as an Executive Vice President include underwriting, marketing, agency relations, loss control and premium audits. Included in these responsibilities is the determination of MCC's annual revenue on a state-by-state basis and the location of agents who sell insurance and surety bond for MCC throughout the United States.

3. MCC is an Ohio corporation with its principal place of business in Tulsa, Oklahoma.

4. MCC does not maintain an office or have any employees in Louisiana. In addition, no entity owned or operated by MCC maintains an office in Louisiana.

5. MCC does not have any agreements with agents located in the State of Louisiana who are authorized to sell insurance on MCC's behalf in Louisiana.

*Affidavit of Michael Coon*

6. MCC does not issue commercial general liability ("CGL") insurance for any construction business in Louisiana for developers, general contractors, or subcontractors.

7. All of the policies issued to MCC's named insureds referred to in the Robert C. Pate, as Trustee for the Chinese Drywall Trust v. American International Specialty Lines Insurance Company, et al, Case No: 2:09-cv-07791, litigation were issued in Florida to Florida corporations. The policies were delivered to these insureds in Florida for the construction of projects located in Florida. All of the policies contain a designated work exclusion specifically excluding coverage for construction work of any kind in Louisiana.

8. The insurance premiums generated in Louisiana were for insureds in the crop dusting and subsurface gas tanks industries.

9. I reviewed premiums generated by MCC in Louisiana.

10. In the past four (4) years, MCC's total premium generated in Louisiana, as compared to MCC's total premium revenue were:

<div style="margin-left: 2em;">

**2006**
| | |
|---|---|
| Insurance | .26% |
| Bond/Surety | .13% |
| **Total** | **.39%** |

**2007**
| | |
|---|---|
| Insurance | .21% |
| Bond | .07% |
| **Total** | **.28** |

**2008**
| | |
|---|---|
| Insurance | .30% |
| Bond | .15% |
| **Total** | **.45%** |

**2009**
| | |
|---|---|
| Insurance | .51% |
| Bond | .21% |
| **Total** | **.72%** |

</div>

2

14469789v1 908419 56475

*Affidavit of Michael Coon*

FURTHER AFFIANT SAYETH NAUGHT.

*[signature: Michael Coon]*

MICHAEL COON

STATE OF OKLAHOMA
COUNTY OF Tulsa

SWORN TO AND SUBSCRIBED BEFORE ME this 23 day of February, 2010 by Michael Coon, ☐who is personally known to me or ☐who has produced his Drivers License as identification and who ☐did ☐did not take an oath.

*[signature: Karen Hackl]*
Notary Public, State of Oklahoma at Large

Type or Print Name: Sharon Hackl

My Commission Expires: 10/11/10

*[Notary seal: Notary Public State of Oklahoma SHARON HACKL TULSA COUNTY COMMISSION #06006026 Comm. Exp. 10-11-2010]*

3

14469789v1 908419 56475