UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to<br>*Pate v. American International Specialty Lines Insurance Co, et al*<br>(09-7791) | MDL NO.: 2047<br><br>JUDGE: FALLON<br><br>MAG: WILKINSON |

NOTICE OF HEARING

TO:   ROBERT C. PATE, As Trustee for the Chinese Drywall Trust
      Through his counsel of record
      Robert M. Horkovich, Esq.
      Anna M. Piazza, Esq.
      Anderson Kill & Olick, P.C.
      1251 Avenue of the Americas
      New York, New York 10020

           And

ALL LIASON COUSNEL

**PLEASE TAKE NOTICE THAT** defendant, Mid-Continent Casualty Company, will bring Mid-Continent Casualty Company's Motion to Dismiss or, Alternatively, Motion to

Transfer Venue on for hearing on March 24, 2010 at 9:00 a.m. in the court room of United States District Court Judge Eldon E. Fallon.

                         Respectfully submitted,

                         **LARZELERE PICOU WELLS**
                            **SIMPSON LONERO, LLC**
                         Two Lakeway Center - Suite 1100
                         3850 North Causeway Boulevard
                         Metairie, Louisiana  70002
                         Telephone: (504) 834-6500
                         Facsimile:  (504) 834-6565

BY:     */s/ Lee M. Peacocke*
                         **MORGAN J. WELLS, JR. (La. No. 18499)**
                            mwells@lpwsl.com
                         **LEE M. PEACOCKE (La. No. 18374)**
                            lpeacocke@lpwsl.com

                         **AND**

                         **HINSHAW & CULBERTSON LLP**
                         **RONALD L. KAMMER, T.A. (Fl. No. 360859)**
                            rkammer@hinshawlaw.com
                         **PEDRO E. HERNANDEZ (Fl. No. 30365)**
                            phernandez@hinshawlaw.com
                         9155 S.  Dadeland Blvd., Suite 1600
                         Miami, Florida  33156
                         Telephone: (305) 428-5100
                         Facsimile: (305) 577-1063

                         **ATTORNEYS FOR DEFENDANT,**
                         **MID-CONTINENT CASUALTY COMPANY**

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing Notice of Hearing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of February 2010.

                                               /s/ Lee M. Peacocke
                                              LEE M. PEACOCKE