UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: Payton, et al. v. Knauf GIPS KG, et al. | SECTION "L" JUDGE FALLON |
| Case No. 09-7628, Sect. L MAG. 2 | MAG. JUDGE WILKINSON |

**EX PARTE CONSENT MOTION FOR EXTENSION OF TIME
TO FILE RESPONSIVE PLEADINGS**

COMES NOW Mandy Drywall, Inc. (the "Defendant"), by and through undersigned counsel, and hereby moves this Court for a thirty (30) day extension of time to file responsive pleadings to the Complaint on the following grounds:

1. Defendant was served with the Complaint in this case on February 4, 2010. Thus, pursuant to Fed.R.Civ.P. 12(a), the deadline for Defendant to file a responsive pleading is February 24, 2010.

2. Defendant requests an additional thirty (30) days to investigate the allegations in the Complaint and to prepare an appropriate responsive pleading.

3. Plaintiffs' Liaison Counsel has stated to undersigned counsel for the Defendant that Plaintiffs have no objection to this request for an extension of time.

WHEREFORE, Defendant, Mandy Drywall, Inc., moves for an order granting it an extension of thirty (30) days, through and including March 26, 2010, to file a responsive pleading in this case.

Respectfully submitted,

By: /s/ Steven G. Schwartz
Steven G. Schwartz, Esquire
Mark A. Hruska, Esquire
Schwartz & Horwitz, PLC
6751 North Federal Highway
Suite 400
Boca Raton, FL 33487
Telephone: 561-395-4747
Facsimile:   561-367-1550
sgs@sandhlawfirm.com
mah@sandhlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Ex Parte Consent Motion for Extension of Time to File Responsive Pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of February, 2010.

/s/ Steven G. Schwartz
Steven G. Schwartz, Esq.

L:\OPEN FILES\100430\Pleadings\Payton Class Action\Motion for Extension-Mandy Drywall 2-24-10-jmr.doc