UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF LOUISIANA

Civil Action No.: 09-7628 SECT. L MAG. 2

SEAN AND BETH PAYTON, individually, and
on behalf of all others similarly situated, et al.

Plaintiffs,

vs.

KNAUF GIPS KG; KNAUF, et al.,

Defendants.

_____/

## MOTION FOR EXTENSION OF TIME
## TO FILE RESPONSE TO COMPLAINT

Defendant Ponce Riviera, LLC, by and through the undersigned counsel and in accordance with all applicable rules of procedure, hereby moves for an enlargement of time until March 8, 2010 to serve its response to Plaintiffs' Complaint and in support thereof states as follows:

1. Ponce Riviera, LLC is the developer of a project located in Miami, Florida known as the Bermuda Village.

2. Allegedly, some or all of the units in the Bermuda Village were constructed with Chinese Drywall.

3. On or about February 5, 2010, Ponce Riviera, LLC was served with the Plaintiffs' Omnibus Class Action Complaint (I).

4. Due to the number of allegations, complexity of the litigation and the professional schedule of the undersigned, Ponce Riviera, LLC is respectfully requesting an enlargement of time of up to March 8, 2010 in which to file its response to said complaint.

LAW OFFICES
DANIELS, KASHTAN, DOWNS, ROBERTSON & MCGIRNEY
3300 PONCE DE LEON BOULEVARD · CORAL GABLES, FLORIDA 33134 · TELEPHONE 305. 448.7988 · FAX 305. 448.7978

5. This motion is not being filed for any dilatory purposes and no party will be prejudiced by the enlargement of time as the litigation has just commenced and only a small number of plaintiffs have claims against Ponce Riviera, LLC.

WHEREFORE, Ponce Riviera, LLC respectfully requests that this Honorable Court enter an order granting this motion, providing Ponce Riviera, LLC with an enlargement of time up to March 8, 2010 in which to file its response to the Omnibus Class Action Complaint (I), and grant any further relief it deems just and proper.

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of February, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

DANIELS, KASHTAN, DOWNS & ROBERTSON
Counsel for Defendant Ponce Riviera, LLC
3300 PONCE DE LEON BLVD.
CORAL GABLES, FLORIDA 33134
305 448-7988
305 448-7978 FAX

By: _____
JEREMY C. DANIELS, ESQ.
FLA. BAR NO. 0493643

P:\EDSISS\DOCS\1009\6409\DI6791.DOC