UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF LOUISIANA
Civil Action No.: 09-7628 SECT. L MAG. 2

SEAN AND BETH PAYTON, individually, and
on behalf of all others similarly situated, et al.

Plaintiffs,

vs.

KNAUF GIPS KG; KNAUF, et al.,

Defendants.

_____/

### ORDER ON PONCE RIVIERA LLC'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT

**THIS CAUSE**, having come before this Honorable Court upon the Defendant, PONCE RIVIERA, LLC'S Motion for Extension of Time to File Response to Complaint, and the Court being fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** said motion be, and the same is, hereby **GRANTED** and the Defendant, PONCE RIVIERA, LLC has ____ days to file its Complaint.

**DONE AND ORDERED** in Chambers at Miami, Dade County, Florida, this _____ day of ____ February, 2010.

_____
Honorable Eldon E. Fallon
Circuit Court Judge

Copies furnished to:
All Counsel of Record

P:\EDSISS\DOCS\1009\6409\DI7237.DOC