UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 2047 SECTION: L JUDGE: FALLON |
| This Document Relates to: *Robert C. Pate v. American International Specialty Lines Insurance Company, et al.* Case No. 09-7791 | * * * * | MAG: WILKINSON |

**MOTION TO DISMISS FOR LACK OF PERSONAL
JURISDICTION AND IMPROPER VENUE**

Defendant AUTO-OWNERS INSURANCE COMPANY ("Auto-Owners") respectfully moves this Honorable Court pursuant to Rules 12(b)(2) and 12(b)(3) of the Federal Rules of Civil Procedure for an Order dismissing Plaintiff's claims against Auto-Owners in the above-styled cause. A memorandum in support of this motion is filed contemporaneously herewith. As grounds for this motion, Auto-Owners shows unto this Court the following:

1. Auto-Owners is not a resident of the state of Louisiana and this Court has no grounds for the exercise of personal jurisdiction over Auto-Owners. Auto-Owners has no ties to the state of Louisiana, does not do business in the state of Louisiana, does not solicit business in the state of Louisiana, and is not licensed to write insurance in the state of Louisiana. *See* Affidavit of Scott Norris attached as Exhibit A. Plaintiff does not allege to the contrary in his Complaint.

2. The averments of the Complaint, which do pertain to Auto-Owners, allege only that an insurance policy was issued by Auto-Owners to Hinkle Drywall, LLC, a Florida limited

40748 v1

liability company.[1]  Complaint, ¶45; Exhibit A.  The Complaint alleges no acts or omissions arising from any contact between Auto-Owners and the state of Louisiana, and no conduct Auto-Owners allegedly engaged in within the state of Louisiana.

3.	Because Auto-Owners is not a resident of and has no contacts with the state of Louisiana, and because the acts or omissions alleged in the Complaint have no connection with the state of Louisiana, this Court cannot exercise personal jurisdiction over Auto-Owners and Auto-Owners is due to be dismissed from this action.

4.	Alternatively, because this Court lacks jurisdiction over Auto-Owners, venue is improper in the Eastern District of Louisiana under 28 U.S.C. § 1391.  Accordingly, Plaintiff's Complaint is due to be dismissed under 28 U.S.C. § 1406(a).

**WHEREFORE**, these premises considered, Auto-Owners respectfully moves this Court to dismiss Plaintiff's Complaint for lack of personal jurisdiction and/or for improper venue.

Respectfully submitted:

**LEAKE & ANDERSSON, L.L.P.**

*/s/ Amanda W. Vonderhaar*

_____
**JERRY L. SAPORITO, T.A.  (#11717)
jsaporito@leakeandersson.com
W. PAUL ANDERSSON (#2474)
pandersson@leakeandersson.com
AMANDA W. VONDERHAAR (#31350)
avonderhaar@leakeandersson.com**
1700 Energy Center
1100 Poydras Street
New Orleans, Louisiana 70163-1701

---

[1] In reality, the subject insurance policy was issued not by Auto-Owners but by a subsidiary of Auto-Owners, and Auto-Owners reserves the right to file a further motion with respect to this issue if necessary.  The subsidiaries of Auto-Owners share with Auto-Owners the same absence of contacts with the state of Louisiana.

40748 v1                                         2

             Telephone: (504) 585-7500
             Fax: (504) 585-7775
             ***Attorneys for Auto-Owners Insurance Company, Defendant***

**CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of February 2010.

                */s/ Amanda W. Vonderhaar*
                _____
                **AMANDA W. VONDERHAAR**