UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION: L |
| | * | |
| | * | JUDGE: FALLON |
| This Document Relates to: | * | |
| *Robert C. Pate v. American International* | * | MAG: WILKINSON |
| *Specialty Lines Insurance Company, et al.* | * | |
| *Case No. 09-7791* | * | |

## REQUEST FOR ORAL ARGUMENT

Counsel for Auto-Owners Insurance Company, pursuant to Uniform Local Rule 78.1E, respectfully requests oral argument on its Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue.

Auto-Owners Insurance Company believes that oral argument will assist the Court in its ruling on this matter.

**WHEREFORE** Auto-Owners Insurance Company prays that the Court grant oral argument on their Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue.

Respectfully submitted:

**LEAKE & ANDERSSON, L.L.P.**

*/s/ Amanda W. Vonderhaar*
_____
**JERRY L. SAPORITO, T.A.  (#11717)**
**jsaporito@leakeandersson.com**
**W. PAUL ANDERSSON (#2474)**
**pandersson@leakeandersson.com**
**AMANDA W. VONDERHAAR (#31350)**
**avonderhaar@leakeandersson.com**
1700 Energy Center

        1100 Poydras Street
        New Orleans, Louisiana 70163-1701
        Telephone: (504) 585-7500
        Fax: (504) 585-7775
        ***Attorneys for Auto-Owners Insurance***
        ***Company, Defendant***

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Memorandum in Support of Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of February 2010.

*/s/ Amanda W. Vonderhaar*
_____
**AMANDA W. VONDERHAAR**