UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTION LIABILITY LITIGATION | MDL No. 2047 <br><br> SECTION: L <br><br> JUDGE FALLON <br><br> MAGISTRATE WILKINSON |

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO PLEAD

Defendant, HD Supply, Inc. (incorrectly identified in Plaintiffs' Omnibus Class Action Complaint (I) as Cox Lumber Co. d/b/a HD Supply Lumber & Building Materials), respectfully requests an additional thirty days within which to serve pleadings responsive to Plaintiffs' Complaint entitled <u>Sean and Beth Payton, individually, and on behalf of all others similarly situated v. Knauf Gips KG, et al</u>, Civil Action No. 2:09-cv-07628 (Rec. Doc. 1).  In support, Defendant would show that it was served with Plaintiffs' Complaint on or about 4 February 2010; that responsive pleadings would otherwise be due on or about 24 February 2010; that undersigned counsel has only recently been retained to represent Defendant in this litigation, and requires an additional thirty days within which to prepare and serve responsive pleadings.  This is the first request for additional time to serve responsive pleadings.

WHEREFORE, Defendant respectfully requests that this Court enter an order granting an extension of time of thirty days within which to serve responsive pleadings.

Respectfully submitted,

DAIGLE FISSE & KESSENICH, PLC

BY: */s/ Michael D. Fisse*
Michael D. Fisse (#19270)
P. O. Box 5350
Covington, LA  70434-5350
Telephone:     985.871.0800
Facsimile:      985.871.0899
E-mail:  mfisse@daiglefisse.com

ATTORNEYS FOR DEFENDANT,
HD SUPPLY, INC.

## CERTIFICATE OF SERVICE

I do hereby certify that on this 24th day of February 2010, I have served a copy of the foregoing pleading all counsel of record by placing same in the United States mail, properly addressed and first-class postage prepaid OR by electronic means if said attorney is a CM/ECF participant, as may be appropriate.

*/s/ Michael D. Fisse*