UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| | * | SECTION "L" |
| | * * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAG. JUDGE WILKINSON |
| *Sean and Beth Payton, et al v. Knauf GIPS KG, et al.,* Case No. 09-7628 (E.D. La.) | * * * | |

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, subject to all reservation of rights and without waiver of any defenses, the law firms of Taylor, Porter, Brooks, & Phillips, L.L.P. and of Fisher, Rushmer, Werrenrath, Dickson, Talley & Dunlap, P.A. hereby enter their appearance as counsels of record on behalf of defendant, D.R. HORTON, INC. Please direct all future pleadings and correspondence to the undersigned.

                                                    **Respectfully submitted,**

                                                    **TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P.**

                                                    BY: _/s/ Kari A. Bergeron_____
                                                          Erick Y. Miyagi, #22533
                                                            hiko.miyagi@taylorporter.com
                                                       John Stewart Tharp, #24230
                                                             stewart.tharp@taylorporter.com
                                                       Edward J. Laperouse, II #29310
                                                             ted.laperouse@taylorporter.com
                                                       Kari A. Bergeron #31043
                                                             kari.bergeron@taylorporter.com
                                                       (451 Florida Street, 8th Floor, 70801)
                                                       P. O. Box 2471
                                                       Baton Rouge, LA 70821
                                                       Telephone:   225-387-3221
                                                       Fax:           225-346-8049

**FISHER, RUSHMER, WERRENRATH, DICKSON, TALLEY & DUNLAP, P.A.**
James M. Talley, Esq.
Florida Bar No.: 0331961
jtalley@fisherlawfirm.com
Post Office Box 712
Orlando, FL 32802-0712
Telephone: 407-843-2111
Fax: 407-422-1080

*ATTORNEYS FOR D.R. HORTON, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2047, on this 24th day of February, 2010.

_____
Kari A. Bergeron