IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) MDL No.2047 ) ) ) SECTION "L" ) |
| *This Document Relates to:* | ) CIVIL ACTION NO.: 2:09-CV-7791 ) |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust, | ) ) ) JUDGE ELDON FALLON |
| Versus, | ) ) MAGISTRATE JOSEPH WILKINSON, JR. |
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ET AL., | ) ) ) ) |

## NOTICE OF APPEARANCE *PRO HAC VICE*

In accordance with the Uniform Local Rules for the United States District Court for the Eastern District of Louisiana, Local Rule 83.2.6E, notice is made by Donald E. Elder, Anthony N. Balice, and Abraham Sandoval of the law firm Tressler LLP, to appear *pro hac vice* to the bar of this Court for the purpose of appearing on behalf of Defendants, Amerisure Mutual Insurance Company, and Amerisure Insurance Company, in the above described action. Counsel are ineligible to become members of the bar of this Court, but they are members in good standing of the bar of the United States District Court for the Northern District of Illinois and/or the United States Court of Appeals for the Seventh Circuit. There have been no disciplinary proceedings or criminal charges instituted against us. Also, in accordance with Local Rules for the United States District Court for the Eastern District of Louisiana, local counsel is Brian K. Abels, of the law firm Boyer, Hebert & Abels, LLC.

Respectfully Submitted,

/s/ Donald E. Elder

---

Donald E. Elder

/s/ Anthony N. Balice

---

Anthony N. Balice

/s/ Abraham Sandoval

---

Abraham Sandoval

Tressler LLP
22nd Floor
233 South Wacker Drive
Chicago, Illinois   60606-6308
Telephone: (312) 627-4000

Lead Counsel for Amerisure Mutual Insurance Company and Amerisure Insurance Company

---

Brian K. Abels
Boyer, Hebert & Abels, LLC
133 Aspen Square, Suite F
Denham Springs, Louisiana 70726
Telephone: (225) 664-4335

Local Counsel for Amerisure Mutual Insurance Company and Amerisure Insurance Company

Doc. No. 348973

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Notice of Appearance *Pro Hac Vice*** has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically loading the same to Lexis Nexis File & Serve in accordance with Pre-trial Order No. 6, and the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of February, 2010.