UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL No. 2:09-md-02047 <br> * <br> * <br> * <br> * JUDGE FALLON |
| **This document relates to:** | * <br> * |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust <br> v. <br> AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ET AL **(2:09-cv-07791)** (E.D. La.) | * <br> * MAGISTRATE WILKINSON <br> * <br> * <br> * <br> * <br> * |

*********************************************

NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Certain Defendants' Joint Motion to Dismiss for Improper Venue or, in the Alternative, to Transfer Action to the Middle District of Florida filed by CHARTIS SPECIALTY INSURANCE COMPANY (f/k/a American International Specialty Lines Insurance Company) and LEXINGTON INSURANCE COMPANY, shall be brought for hearing before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of

Louisiana, U.S. Courthouse, 500 Poydras Street, New Orleans, Louisiana 70130, on the 24th day of March, 2010, at 9:00 a.m. or as soon thereafter as counsel may be heard.

    Respectfully submitted:

    s/Erin Fury Parkinson
    **ERIN FURY PARKINSON, T.A.  (# 22549)**
    **JOSE L. BARRO, III   (# 30857)**
    **SARAH J. MURPHY  (#31893)**
    MCGLINCHEY STAFFORD, PLLC
    601 Poydras Street, 12th Floor
    New Orleans, Louisiana  70130
    Telephone:  (504) 586-1200
    Facsimile:  (504) 910-9539
    E-mail:   eparkinson@mcglinchey.com
           jbarro@mcglinchey.com
           smurphy@mcglinchey.com

    **WARREN LUTZ**
    **PAUL D. SMOLINSKY**
    JACKSON & CAMPBELL, P.C.
    1120 20th Street, N.W.
    Suite 300 South
    Washington, D.C.   20036
    Phone:  (202) 457-1600
    Facsimile:  (202) 457-1678
    E-mail:   wlutz@jackscamp.com
           psmolinsky@jackscamp.com

    **Attorneys for Defendants:**
    **CHARTIS SPECIALTY INSURANCE COMPANY (**formerly known as  American International Specialty Lines Insurance Company) **and LEXINGTON INSURANCE COMPANY**

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing "*Notice of Hearing*" has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United states District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of February, 2010.

s/Erin Fury Parkinson
**ERIN FURY PARKINSON, T.A.  (# 22549)**
**JOSE L. BARRO, III   (# 30857)**
**SARAH J. MURPHY  (#31893)**
MCGLINCHEY STAFFORD, PLLC
601 Poydras Street, 12th Floor
New Orleans, Louisiana  70130
Telephone:  (504) 586-1200
Facsimile:  (504) 910-9539
E-mail:  eparkinson@mcglinchey.com
          jbarro@mcglinchey.com
          smurphy@mcglinchey.com