IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE MANUFACTURED
DRYWALL PRODUCTS LIABILITY            : MDL No. 2047
LITIGATION                                              : Section L
_____/

This Document Relates to:                       : JUDGE FALLON
Payton, 09-7628                                       : MAG. JUDGE WILKINSON

## EX PARTE MOTION FOR EXTENSION TO RESPOND TO PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT

Defendants, LA SUPREMA ENTERPRISE, INC. and LA SUPREMA TRADING, INC. (collectively, "La Suprema"), by and through undersigned counsel, pursuant to Local Rule 7.9E, hereby move on an ex parte basis for an extension of time within which to respond to Plaintiffs' Omnibus Class Action Complaint, and in support thereof state:

1)   La Suprema was served with process in the above-referenced action on February 4, 2010. Accordingly, a response to the Complaint is due no later than February 24, 2010.

2)   La Suprema hereby seeks a 30-day extension of time within which to respond to the Complaint, such that La Suprema's response will be due no later than March 26, 2010.

3)   La Suprema has not sought any previous extensions of time in this matter, and Plaintiffs' counsel has consented to the extension herein requested.

WHEREFORE, Defendants, LA SUPREMA ENTERPRISE, INC. and LA SUPREMA TRADING, INC., hereby respectfully request an extension of time until March 26, 2010 to respond to Plaintiffs' Omnibus Class Action Complaint.

ROSENTHAL ROSENTHAL RASCO KAPLAN, LLC
One Aventura, Suite 600
20900 NE 30th Avenue
Aventura, Florida 33180
Tel:    305-937-0300
Fax:   305-937-1311


By: _____
EDUARDO I. RASCO, ESQ.
FLORIDA BAR NO. 646326
STEVE BIMSTON, ESQ.
FLORIDA BAR NO. 179205

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of February, 2010.

ROSENTHAL ROSENTHAL RASCO KAPLAN, LLC
One Aventura, Suite 600
20900 NE 30th Avenue
Aventura, Florida 33180
Tel:    305-937-0300
Fax:   305-937-1311


By: _____
EDUARDO I. RASCO, ESQ.
FLORIDA BAR NO. 646326
STEVE BIMSTON, ESQ.
FLORIDA BAR NO. 179205

# 172472 - 1