UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL      MDL NO. 2047
PRODUCTS LIABILITY LITIGATION     SECTION: L

THIS DOCUMENT RELATES TO:

    JUDGE FALLON

Sean and Beth Payton, et al. v. Knauff Gips, KG, et al.
Case No. 09-7628     MAG. JUDGE WILKINSON

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that, without acknowledging the jurisdiction of this Court and subject to all reservation of rights and without waiver of any defenses the law firm of Hill, Ward & Henderson, P.A. enters its appearance as counsel of record for Defendants, Standard Pacific of South Florida, G.P., Inc., Standard Pacific Homes d/b/a Standard Pacific of Colorado, Inc., and HWB Construction, Inc and requests that all future pleadings and correspondence be directed to the undersigned.

    s/ Brian L. Josias
    Laura J. Tibbals, Florida Bar No. 129054
    Rocco Cafaro, Florida Bar No. 507121
    Brian L. Josias, Florida Bar No. 893811
    HILL, WARD & HENDERSON, PA
    101 East Kennedy Boulevard, Suite 3700
    Tampa, Florida 33602-2231
    Tel: (813) 221-3900
    Fax: (813) 221-2900

    *Counsel for Defendants, Standard Pacific of South Florida, G.P., Inc., Standard Pacific Homes d/b/a Standard Pacific of Colorado, Inc., and HWB Construction, Inc.*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of February, 2010.

                                              s/ Brian L. Josias