UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

MDL NO. 09-2047

THIS DOCUMENT RELATES TO
Sean and Beth Payton, et al. v. Knauf Gips KG, et al.
Case No: 2:09-cv-07628 (E.D.La.)

Judge: Fallon

_____/

## NOTICE OF SPECIAL APPEARANCE

The law firm of Roetzel & Andress, LPA, and the undersigned attorneys, John Armando Boudet, Esquire, and Dana A. Snyderman, Esquire, hereby file their special appearance to contest personal jurisdiction, on behalf of Defendant, Holiday Builders, Inc., a Florida corporation, in Sean and Beth Payton, et al. v. Knauf Gips, KG, et al., United States District Court for the Eastern District of Louisiana, Case No: 09-cv-07628 and request that all future papers filed in this case be served on said undersigned attorneys.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing HOLIDAY BUILDERS, INC., NOTICE OF SPECIAL APPEARANCE, has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by US Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM./ECF System, which will send a notice of electronic filing in accordance with eh procedures established in MDL 2047, on this 24th day of February, 2010.

/s/John Armando Boudet
John Armando Boudet
Florida Bar No. 0515670
jboudet@ralaw.com
Dana A. Snyderman, Esq.
Florida Bar No. 042345
dsnyderman@ralaw.com
Roetzel & Andress, LPA
420 South Orange Avenue

305176_v_01 \ 108652.0083

CNL Center II, 7th Floor
Orlando, FL 32801
Telephone No: 407.896-2224
Facsimile No: 407.835.3596
*Counsel for Defendant, Holiday Builders, Inc.*