UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE FALLON |
| Sean and Beth Payton, et al. v. Knauf Gips, KG, et al., Case No. 2:09-cv-07628. | MAG. JUDGE WILKINSON |

_____/

**CONSENT MOTION FOR EXTENSION OF TIME
TO RESPOND TO PAYTON CLASS ACTION COMPLAINT**

Defendants, Shelby Homes, Inc., and Shelby Homes at Meadows, Inc., (collectively "Shelby Homes"), by and through their undersigned counsel, hereby move this Court for an extension of time to respond to Plaintiffs' Omnibus Class Action Complaint (I) filed in Case No. 2:09-cv-7628 ("Payton Complaint"), and in support thereof state:

1. Shelby Homes was served with the Payton Complaint on or about February 4, 2010.

2. Pursuant to Fed. R. Civ. P. 12(a), the deadline for Shelby Homes to file responsive pleadings is February 24, 2010.

3. Plaintiffs' Liaison Counsel has consented to an extension of 30 days for Shelby Homes to file and serve pleadings in response to the Payton Complaint.

4. Shelby Homes requests the extension of 30 days to investigate the allegations in the Payton Complaint and prepare appropriate responsive pleadings.

5.  This extension will not prejudice any of the parties, nor will it delay the proceedings.  Further, Shelby Homes has not previously requested an extension of time to respond to the Payton Complaint.

WHEREFORE, Defendants, Shelby Homes, Inc., and Shelby Homes at Meadows, Inc., move the Court to grant them an extension of 30 days to respond to the Payton Complaint.

Dated:  February 24, 2010.

s/ Adam C. King
JEFFREY M. PASKERT
Florida Bar No. 339652
jpaskert@mpdlegal.com
ADAM C. KING
Florida Bar No. 156892
aking@mpdlegal.com
MILLS PASKERT DIVERS
100 N. Tampa Street, Suite 2010
Tampa, Florida  33602
(813) 229-3500 − Telephone
(813) 229-3502 − Facsimile
*Attorneys for Shelby Homes, Inc., and Shelby Homes at Meadows, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY certify that on February 24, 2010, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

        s/ Adam C. King
        Attorney