UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION:  L |
| THIS DOCUMENT RELATES TO: | |
| Sean and Beth Payton, et al. v. Knauf Gips, KG, et al., Case No. 2:09-cv-07628. | JUDGE FALLON MAG. JUDGE WILKINSON |

_____/

### **ORDER**

CONSIDERING the Consent Motion for Extension of Time to Respond to Payton Class Action Complaint filed by Defendants, Shelby Homes, Inc., and Shelby Homes at Meadows, Inc.,

IT IS ORDERED that Defendants, Shelby Homes, Inc., and Shelby Homes at Meadows, Inc., are granted a 30 day extension of time to file responsive pleadings to Plaintiffs' Class Action Complaint up through and including March 26, 2010.

New Orleans, Louisiana, this \_\_\_\_ day of _____, 2010.

_____
U.S. District Judge