UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL No. 2:09-md-02047 * * * * JUDGE FALLON |
| **This document relates to:** | * * |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust v. AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ET AL (**2:09-cv-07791**) (E.D. La.) | * * MAGISTRATE WILKINSON * * * * * |

******************************************

### SCOTTSDALE INSURANCE COMPANY'S JOINDER AND INCORPORATED MEMORANDUM IN SUPPORT OF CERTAIN DEFENDANTS' JOINT MOTION TO DISMISS FOR IMPROPER VENUE OR, IN THE ALTERNATIVE, <u>TO TRANSFER ACTION TO THE MIDDLE DISTRICT OF FLORIDA</u>

**NOW INTO COURT**, through undersigned counsel, comes **SCOTTSDALE INSURANCE COMPANY**, and joins the Certain Defendants' Joint Motion to Dismiss for Improper Venue or, in the Alternative, to Transfer Action to the Middle District of Florida filed by counsel for Chartis Specialty Insurance Company and Lexington Insurance Company pursuant to Fed. R. Civ. P. 12(b)(3) and 28 U.S.C. § 1406(a) seeking an order on behalf of Scottsdale and all other defendants[1] (collectively "defendants") dismissing the complaint of Robert C. Pate ("Pate"), as Trustee for the Chinese Drywall Trust, on the basis that the Eastern District of Louisiana is an improper venue for this action under 28 U.S.C. § 1391.  In the

---

[1] American Guarantee and Liability Insurance Company, Amerisure Insurance Company, Amerisure Mutual Insurance Company, Auto-Owners Insurance Company, FCCI Commercial Insurance Company, FCCI Insurance Company, Hermitage Insurance Company, Illinois Union Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA., Scottsdale Insurance Company, and Steadfast Insurance Company.

alternative, defendants move for an order transferring this case to the Middle District of Florida pursuant to 28 U.S.C. § 1406(a).

Scottsdale Insurance Company formally adopts the Memorandum in Support of Certain Defendants' Joint Motion to Dismiss for Improper Venue or, in the Alternative, to Transfer Action to the Middle District of Florida filed by counsel for Chartis Specialty Insurance Company and Lexington Insurance Company and, for the sake of judicial economy, declines to repeat the arguments here, except to note Scottsdale Insurance Company concurs in the arguments for the reasons noted therein.

WHEREFORE, Scottsdale Insurance Company prays that after due proceedings have been had, that the Court grant the motion and dismiss this action pursuant to Fed. R. Civ. P. 12(b)(3) and 28 U.S.C. § 1406(a). In the alternative, Scottsdale Insurance Company prays that the Court transfer this action to the Middle District of Florida pursuant to 28 U.S.C. § 1406(a).

Dated: February 24th, 2010.

                Respectfully submitted,

                **PHELPS DUNBAR LLP**

                BY:   /s/ Virginia Y. Trainor
                      H. Alston Johnson III, Bar Roll No. 7293
                      Virginia Y. Trainor, Bar Roll No. 25275
                      II City Plaza
                      400 Convention Street • Suite 1100
                      Baton Rouge, Louisiana 70802-5618
                      P.O. Box 4412
                      Baton Rouge, Louisiana 70821-4412
                      Telephone: (225) 346-0285
                      Telecopier: (225) 381-9197
                      Email: johnsona@phelps.com
                               trainorg@phelps.com

                AND

- 3 -

>Jay Russell Sever, Bar Roll No. 23935
>P. Christopher Bynog, Bar No. 24329
>Canal Place
>365 Canal Street • Suite 2000
>New Orleans, Louisiana 70130-6534
>Telephone: (504) 566-1311
>Telecopier: (504) 568-9130
>Email:  severj@phelps.com
>            bynogc@phelps.com

ATTORNEYS FOR DEFENDANT
SCOTTSDALE INSURANCE COMPANY

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Joinder and Incorporated Memorandum in Support of Certain Defendants' Joint Motion to Dismiss for Improper Venue or, in the Alternative, to Transfer Action to the Middle District of Florida* has been served on Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of February, 2010.

/s/ Virginia Y. Trainor
Virginia Y. Trainor

- 3 -

PD.3937239.1
1241026v.5