UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL No. 2:09-md-02047 <br> * <br> * <br> * <br> * JUDGE FALLON |
| **This document relates to:** | * <br> * |
| CENTERLINE HOMES CONSTRUCTION, ET AL VERSUS MID-CONTINENT CASUALTY CO., ET AL **(2:10-cv-00178)** (E.D. La.) | * <br> * MAGISTRATE WILKINSON <br> * <br> * <br> * |

******************************************

## CONSENT MOTION FOR EXTENSION OF TIME

**NOW INTO COURT**, through undersigned counsel, comes Defendant, THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA ("ICSOP"), who moves this Honorable Court for an extension of time in which to file responsive pleadings to Plaintiffs' original Complaint.

1.

On or about January 26, 2010, Centerline Homes Construction, Inc., Completed Communities II, LLC, Centerline Homes at Georgetown, LLC, and Centerline Homes, Inc., filed

a Complaint against various defendants, including ICOSP, which was served on ICOSP through the Louisiana Secretary of State on February 11, 2010.

2.

ICSOP's responsive pleadings are due on March 5, 2010.

3.

Accordingly, ICSOP specifically requests that this Honorable Court grant an extension of time of an additional twenty (20) days within which to respond to the Complaint through and including March 25, 2010, in order to further investigate and accurately respond to the allegations contained in Plaintiffs' Complaint.

4.

Counsel for Plaintiffs has been contacted by the undersigned, and counsel has indicated that Plaintiffs have no objection to the requested extension

5.

With the filing of this Motion, ICSOP is appearing specially, with a reservation of any and all rights, defenses and objections, including, without limitation, the right to object to and/or move to transfer venue and to object to consolidation with and/or inclusion in the MDL proceeding.

### Certificate Pursuant to Rule 7.9 of the Local Rules

In accordance with Rule 7.9 of the Local Rules, ICSOP states that there has been no previous extension of time filed to plead to the Complaint and Plaintiffs have not filed in the record an objection to an extension of time.

**WHEREFORE**, ICSOP prays that its motion be granted and that it be given an additional twenty (20) days, through and including March 25, 2010, within which to file responsive pleadings to Plaintiffs' original Complaint.

Respectfully submitted:

s/Erin Fury Parkinson
**ERIN FURY PARKINSON, T.A.  (# 22549)**
**JOSE L. BARRO, III   (# 30857)**
**SARAH J. MURPHY  (#31893)**
MCGLINCHEY STAFFORD, PLLC
601 Poydras Street, 12th Floor
New Orleans, Louisiana  70130
Telephone:  (504) 586-1200
Facsimile:  (504) 910-9539
E-mail:   eparkinson@mcglinchey.com
             jbarro@mcglinchey.com
             smurphy@mcglinchey.com

*Of Counsel:*

**WARREN LUTZ**
**PAUL D. SMOLINSKY**
JACKSON & CAMPBELL, P.C.
1120 20th Street, N.W.
Suite 300 South
Washington, D.C.   20036
Phone:  (202) 457-1600
Facsimile:  (202) 457-1678
E-mail:   wlutz@jackscamp.com
             psmolinsky@jackscamp.com

**Attorneys for Defendants:**
**THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA**

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing "*Consent Motion for Extension of Time*" has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United states District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of February, 2010.

                            s/Erin Fury Parkinson
                            **ERIN FURY PARKINSON, T.A.  (# 22549)**
                            **JOSE L. BARRO, III   (# 30857)**
                            **SARAH J. MURPHY  (#31893)**
                            McGlinchey Stafford, PLLC
                            601 Poydras Street, 12th Floor
                            New Orleans, Louisiana  70130
                            Telephone:  (504) 586-1200
                            Facsimile:  (504) 910-9539
                            E-mail:  eparkinson@mcglinchey.com
                                            jbarro@mcglinchey.com
                                            smurphy@mcglinchey.com