UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL No. 2:09-md-02047 * * * * JUDGE FALLON |
| **This document relates to:** | * * |
| CENTERLINE HOMES CONSTRUCTION, ET AL VERSUS MID-CONTINENT CASUALTY CO., ET AL **(2:10-cv-00178)** (E.D. La.) | * * MAGISTRATE WILKINSON * * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the Consent Motion for Extension of Time filed by ICSOP;

**IT IS HEREBY ORDERED** that the Consent Motion for Extension of Time is granted and that ICSOP shall have an additional twenty (20) days from March 5, 2010, which is through and including March 25, 2010 within which to file responsive pleadings.

THUS DONE AND SIGNED in New Orleans, Louisiana this _____ day of _____, 2010.

_____
Judge, United States District Court
Eastern District of Louisiana