UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 09-2047 JUDGE FALLON |
| **This document relates to:** ROBERT C. PATE, as Trustee for the Chinese Drywall Trust VERSUS AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE, ET AL **(2:09-07791)** (E.D. La.) | * * * * * * * | MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \*

### MOTION OF ILLINOIS UNION INSURANCE COMPANY TO DISMISS FOR IMPROPER VENUE OR, IN THE ALTERNATIVE, TO TRANSFER ACTION TO THE MIDDLE DISTRICT OF FLORIDA

Defendant, Illinois Union Insurance Company, files this Motion to Dismiss for Improper Venue or, in the Alternative, To Transfer Action to the Middle District of Florida, and joins with and adopts the Certain Defendants' Joint Motion to Dismiss for Improper Venue or, in the Alternative, To Transfer Action to the Middle District of Florida filed by Chartis Specialty Insurance Company (f/k/a American International Specialty Lines Insurance Company) and Lexington Insurance

Company, for the reasons more fully set forth in their supporting memorandum.

                              Respectfully submitted,

                              Salley, Hite & Mercer, LLC

CERTIFICATE OF SERVICE

**JOHN W. HITE III (T.A. 17611)**
**SUSAN G. GUILLOT (29588)**
One Canal Place
365 Canal Street, Suite 1710
New Orleans, LA 70130
Telephone: 504/566-8800
Facsimile: 504/566-8828

I do hereby certify that I have on this 24th day of February, 2010, served a copy of the foregoing pleading on counsel for all parties via the Court's CM/EMF electronic filing system.

     /s/ John W. Hite III

**BY: /s/ John W. Hite III**
      **JOHN W. HITE III**
**ATTORNEYS FOR ILLINOIS**
**UNION INSURANCE COMPANY**

G:\daisy\WD\20989\Motion to Dismiss or Alt Transfer.wpd

- 2 -