UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 09-2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | JUDGE FALLON |
| | * | |
| **This document relates to:** | * | MAGISTRATE WILKINSON |
| ROBERT C. PATE, as Trustee for the | * | |
| Chinese Drywall Trust | * | |
| VERSUS | * | |
| AMERICAN INTERNATIONAL SPECIALTY | * | |
| LINES INSURANCE, ET AL | * | |
| **(2:09-07791)** (E.D. La.) | * | |

\*     \*     \*     \*     \*     \*     \*     \*

### NOTICE OF HEARING

PLEASE TAKE NOTICE that the Motion of Illinois Union Insurance Company to Dismiss

for Improper Venue or, in the Alternative, To Transfer Action to the Middle District of Florida, shall

be brought on for hearing before the Honorable Judge Eldon E. Fallon, United States District Court

for the Eastern District of Louisiana, U.S. Courthouse, 500 Poydras Street, New Orleans, Louisiana,

70130, on the 24th day of March, 2010, at 9:00 a.m. or as soon thereafter as counsel may be heard.

Respectfully submitted,

Salley, Hite & Mercer, LLC
**JOHN W. HITE III (T.A. 17611)**
**SUSAN G. GUILLOT (29588)**
One Canal Place
365 Canal Street, Suite 1710
New Orleans, LA 70130
Telephone: 504/566-8800
Facsimile: 504/566-8828


**BY:    /s/ John W. Hite III**
    **JOHN W. HITE III**
**ATTORNEYS FOR ILLINOIS**
**UNION INSURANCE COMPANY**

CERTIFICATE OF SERVICE

I do hereby certify that I have on this 24th day of February, 2010, served a copy of the foregoing pleading on counsel for all parties via the Court's CM/EMF electronic filing system.


    /s/ John W. Hite III

G:\daisy\WD\20989\Notice of Hearing Mot to Dis or Alt Trans.wpd