UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 09-2047 JUDGE FALLON |
| **This document relates to:** ROBERT C. PATE, as Trustee for the Chinese Drywall Trust VERSUS AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE, ET AL **(2:09-07791)** (E.D. La.) | * * * * * * * | MAGISTRATE WILKINSON |
| * * * * * * * * | | |

### MEMORANDUM IN SUPPORT OF MOTION OF ILLINOIS UNION INSURANCE COMPANY TO DISMISS FOR IMPROPER VENUE OR, IN THE ALTERNATIVE, TO TRANSFER ACTION TO THE MIDDLE DISTRICT OF FLORIDA

MAY IT PLEASE THE COURT:

    Defendant, Illinois Union Insurance Company ("Illinois Union"), submits this Memorandum in Support of its Motion to Dismiss for Improper Venue or, in the Alternative, To Transfer Action to the Middle District of Florida. Illinois Union joins with and adopts the Certain Defendants' Joint Motion to Dismiss for Improper Venue or, Alternatively, To Transfer Action to Middle District of

Florida, filed by Chartis Specialty Insurance Company (f/k/a American International Specialty Lines Insurance Company) and Lexington Insurance Company previously filed with the Court, and adopts their supporting memorandum as if set forth herein *in extenso*.

## CONCLUSION

Illinois Union prays that the Court grant its Motion to Dismiss for Improper Venue or, in the Alternative, to Transfer Action to the Middle District of Florida.

Respectfully submitted,

CERTIFICATE OF SERVICE

Salley, Hite & Mercer, LLC
**JOHN W. HITE III (T.A. 17611)**
**SUSAN G. GUILLOT (29588)**
One Canal Place
365 Canal Street, Suite 1710
New Orleans, LA 70130
Telephone: 504/566-8800
Facsimile: 504/566-8828

I do hereby certify that I have on this 24th day of February, 2010, served a copy of the foregoing pleading on counsel for all parties via the Court's CM/EMF electronic filing system.

    /s/ John W. Hite III

**BY:   /s/ John W. Hite III**
          **JOHN W. HITE III**
**ATTORNEYS FOR ILLINOIS**
**UNION INSURANCE COMPANY**

G:\daisy\WD\20989\Memo Supp Mot to Dis or Alt Transfer.wpd