UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEAN AND BETH PAYTON, individually, and on behalf of all others similarly situated, et al | * * * * | CASE NO. 09-7628 |
| | * | SECT. L MAG. 2 |
| Plaintiffs | * * | |
| VS. | * * | |
| KNAUF GIPS KG; KNAUF PLASTERBOARD (TIANJIN) CO., LTD,; KNAUF PLASTERBOARD (WUHU), CO., LTD., KNAUF PLASTERBOARD (DONGGUAN) CO., LTD.; et al | * * * * * | |

U. S. DISTRICT COURT
Eastern District of Louisiana

FILED  FEB 22 2010

LORETTA G. WHYTE
Clerk

### ANSWER AND CROSS CLAIM

Comes now Defendant BILL GREGORY, an individual doing business as BILL GREGORY DRYWALL, being number 2528 under the Developer/Builder subclasses and for answer to the Complaint says as follows:

1.

The allegations of paragraph 1 are admitted.

2.

The allegations of paragraph 2 are admitted.

3.

The allegations of paragraph 3 are admitted.

4.

The allegations of paragraphs 4 through 117, 120 through 2091, 2093 through 2364, 2366 through 2527, and 2529 through 2609 can not be admitted or denied for lack of knowledge. The allegations of paragraphs 188, 119, 2092, 2365 and 2528 are admitted.

TENDERED FOR FILING

FEB 22 2010

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Fee
Process
X Dktd
X CtRmDep
Doc No.

5.

Defendant denies that he had knowledge of the facts set forth in paragraphs 2610 through 2620 but for lack of knowledge can neither admit or deny the allegations set forth therein.

6.

Defendant does not deny the class action allegations set out in paragraphs 2621 through 2639.

7.

This Defendant denies that he knowingly or negligently committed any of the wrongful actions set out in paragraphs 2641 through 2680, paragraphs 2694 through 2703, and paragraphs 2735 through 2757.

8.

This Defendant denies the relief sought in paragraphs 2759 through 2770.

## CROSS CLAIM

9.

Comes now Defendant BILL GREGORY, an individual doing business as BILL GREGORY DRYWALL, and shows unto the Court the following Cross Claim against Defendants, BUILDING MATERIALS WHOLESALE, INC. (numbered Defendant 2623); KNAUF GIPS KG (numbered Defendant 2076); KNAUF TIANJIN CO. LTD. (numbered Defendant 2077); KNAUF NEW PLASTERBOARD (WUHU) CO. LTD (numbered Defendant 2078); and KNAUF PLASTERBOARD (DONGGUAN) CO. LTD (numbered Defendant 2079).

10.

Cross Claimant BILL GREGORY DRYWALL began purchasing drywall from the Cross Defendant BUILDING MATERIALS WHOLESALE, INC. in early 2006. Cross Claimant had no knowledge of any defect in the drywall and asserts that if he is found liable to any Plaintiff the Cross Defendants are liable to him for any damages assessed against BILL GREGORY DRYWALL.

11.

Cross Claimant BILL GREGORY DRYWALL alleges that the Cross Defendants committed the actions and offenses against him set forth in paragraphs 2641 through 2680, paragraphs 2694 through 2703 and paragraph 2735 through 2757.

WHEREFORE, this Defendant prays:

That to the extent this Court determines that BILL GREGORY DRYWALL is liable to any Plaintiff the Counter Defendants set out above be held liable to the Cross Claimant.

_____
BILL GREGORY, an individual doing business
as BILL GREGORY DRYWALL
Pro Se

3775 Creekwood Circle
Loganville, Georgia 30052
(770)466-9708

## CERTIFICATE OF SERVICE

I certify that I have served opposing counsel by mailing a true and correct copy of the Answer and Counter Claim by placing same in the United States Mail, with sufficient postage affixed thereto, and placing the same in a receptacle for United States Mail for delivery to the following:

> Mr. Russ M. Herman, Esquire
> Mr. Leonard A. Davis, Esquire
> Herman, Herman, Katz & Cotlar
> 820 O'Keefe Avenue
> New Orleans, LA  70113

> Building Materials Wholesale, Inc.
> P. O. Box 1269
> Pelham, AL 35124

This the 18th. day of February, 2010.

*/s/ Bill Gregory*
BILL GREGORY, an individual doing
business as BILL GREGORY DRYWALL

3775 Creekwood Circle
Loganville, GA 30052
(770)466-9708

