UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION        MDL NO. 09-2047

THIS DOCUMENT RELATES TO             Judge: Fallon
Sean and Beth Payton, et al. v. Knauf Gips KG, et al.
Case No: 2:09-cv-07628 (E.D.La.)
_____/

**AFFIDAVIT OF RICHARD FADIL IN SUPPORT OF DEFENDANT,
HOLIDAY BUILDERS, INC.'S MOTION TO DISMISS PLAINTIFFS' OMNIBUS
CLASS ACTION COMPLAINT FOR LACK OF PERSONAL JURISDICTION**

BEFORE ME, the undersigned authority, on this day personally appeared **Richard A. Fadil**, who, being duly sworn, upon his oath deposed and stated as follows:

1. I am the Chief Financial Officer and Execute Vice President of Holiday Builders, Inc. ("Holiday"), and I make this Affidavit of my own personal knowledge in support of Defendant's Motion to Dismiss Plaintiffs' Omnibus Class Action Complaint.

2. I am over the age of 18 years. I am otherwise competent to testify as to the matters set forth below.

3. Holiday is a corporation organized and existing under the laws of the State of Florida and has its principal place of business in Melbourne, Florida.

4. Holiday is a home builder that contracts with third party vendors for the construction of single-family homes and/or sells completed single-family homes.

5. Holiday has never built a residence in the state of Louisiana or had any contracts or subcontracts with companies located in Louisiana.

6. In fact, Holiday has never been licensed or registered to do business in Louisiana, nor has Holiday ever had any offices or employees in Louisiana.

305055 v_01 \ 108652.0083

EXHIBIT
A

7. Holiday does not have an agent for service of process in Louisiana.

8. Holiday does not have any bank accounts in Louisiana or own any property in Louisiana.

9. Holiday does not solicit business in Louisiana and Holiday has never transacted business in Louisiana.

10. According to Schedule 3 (attached to Plaintiffs' Complaint), Holiday allegedly built two (2) of the single-family residences at issue in this lawsuit. Both such residences are located in Florida. Specifically, said residences are located in Cape Coral, Florida and Englewood, Florida.

11. Although Holiday allegedly built two (2) of the single-family residences at issue in this lawsuit, Holiday only had a contractual relationship one of the Plaintiffs, James O'Keefe. Any contracts entered into with Plaintiff O'Keefe were negotiated and performed in Florida.

12. Additionally, Holiday has never opened a bank account in Louisiana, maintained a telephone line in Louisiana, or kept a post office box or otherwise received mail in Louisiana.

13. Consequently, Holiday never anticipated it would be haled into court in Louisiana.

[THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

FURTHER AFFIANT SAYETH NAUGHT.

                                                      _____
                                                      **Richard A. Fadil**
                                                      Chief Financial Officer
                                                      Holiday Builders, Inc.

STATE OF FLORIDA
COUNTY OF Brevard

**SWORN TO AND SUBSCRIBED** before me this 23 day of February 2010, by **Richard A. Fadil** who is personally known to me/has produced _____ as identification and who did/did not take an oath.

NOTARY PUBLIC _____

Print Name: Lee Palmer
Commission No.: DD546354
My Commission Expires: 4/30/16

(SEAL)

NOTARY PUBLIC-STATE OF FLORIDA
Lee Palmer
Commission # DD546354
Expires: APR. 30, 2010
Bonded Thru Atlantic Bonding Co., Inc.

305055 v_01 \ 108652.0083