UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION     MDL NO. 09-2047

THIS DOCUMENT RELATES TO     Judge: Fallon
Sean and Beth Payton, et al. v. Knauf Gips KG, et al.
Case No: 2:09-cv-07628 (E.D.La.)
_____/

## NOTICE OF HEARING ON DEFENDANT HOLIDAY BUILDERS, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Please take notice that Defendant, Holiday Builders, Inc., has filed the attached Motion to Dismiss for Lack of Personal Jurisdiction. Please take further notice that the Motion will be brought on for hearing on March 24, 2010, at 9:00 AM before the Honorable Eldon E. Fallon.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing HOLIDAY BUILDERS, INC., NOTICE OF HEARING, has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by US Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM./ECF System, which will send a notice of electronic filing in accordance with eh procedures established in MDL 2047, on this 24th day of February, 2010.

/s /John Armando Boudet
John Armando Boudet
Florida Bar No. 0515670
jboudet@ralaw.com
Dana A. Snyderman, Esq.
Florida Bar No. 042345
dsnyderman@ralaw.com
Roetzel & Andress, LPA

305269 v_01 \ 108652.0083

420 South Orange Avenue
CNL Center II, 7th Floor
Orlando, FL 32801
Telephone No: 407.896-2224
Facsimile No: 407.835.3596
*Counsel for Defendant, Holiday Builders, Inc.*