UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) MDL No. 2047 ) ) SECTION: L ) ) JUDGE FALLON ) MAG. JUDGE WILKINSON ) _____) |

**THIS DOCUMENT RELATES TO:**

ROBERT C. PATE, et al   NO. 09-07791

**MOTION TO DISMISS COMPLAINT ON BEHALF OF DEFENDANTS AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY AND STEADFAST INSURANCE COMPANY, OR IN THE ALTERNATIVE, MOTION TO TRANSFER ACTION TO MIDDLE DISTRICT OF FLORIDA**

**NOW INTO COURT**, through undersigned counsel, come American Guarantee and Liability Insurance Company and Steadfast Insurance Company, sought to be made defendants herein by the Plaintiff, and move the court to dismiss the complaint of the Plaintiff, Robert C. Pate, pursuant to F.R.C.P. articles 12(b)(2) and 12(b)(3) and 28 U.S.C. §1406 (a) and on the basis that the Eastern District of Louisiana is an improper venue for this action under 28 U.S.C. § 1391.  Alternatively, defendants move to transfer this matter to the Middle District of Florida pursuant to 28 U.S.C. §1406(a).

Respectfully submitted,

**STEPHEN BERRY, Trial Attorney**
**J. RANDOLPH EVANS**
**McKENNA, LONG & ALDRIDGE, LLP**
303 Peachtree Street, NE, Suite 5300
Atlanta, GA 30308
Phone: 404-527-4000 Fax: 404-527-4198
Emails: sberry@mckennalong.com
Lead counsel for Steadfast Insurance Company and
American Guarantee Liability Insurance Company

*/s/ Wade A. Langlois, III*
_____
**THOMAS L. GAUDRY, JR.  T.A. (#5980)**
**WADE A. LANGLOIS, III (#17681)**
**GAUDRY, RANSON, HIGGINS & GREMILLION, LLC**
Oakwood Corporate Center
401 Whitney Avenue, Suite 500
Gretna, Louisiana 70056
Telephone: (504) 362-2466   Fax: (504) 362-5938
Emails: tgaudry@grhg.net and wlanglois@grhg.net
Local Counsel for Steadfast Insurance Company and
American Guarantee Liability Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **MOTION TO DISMISS COMPLAINT** has been served on Plaintiffs' Liaison Counsel, Russ Herman and Leonard Davis, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and/or e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this  24th       day of February, 2010.

*/s/ Wade A. Langlois, III*
Wade A. Langlois, III, LSBA #17681