UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL ) MDL No. 2047
PRODUCTS LIABILITY LITIGATION )
) SECTION: L
)
) JUDGE FALLON
) MAG. JUDGE WILKINSON
)

**THIS DOCUMENT RELATES TO:**

ROBERT C. PATE, et al   NO. 09-07791

## MEMORANDUM IN SUPPORT OF THE MOTION TO DISMISS COMPLAINT ON BEHALF OF DEFENDANTS AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY AND STEADFAST INSURANCE COMPANY, OR IN THE ALTERNATIVE, MOTION TO TRANSFER ACTION TO MIDDLE DISTRICT OF FLORIDA

The Plaintiff has improperly sought to evade the authority of the Judicial Panel for Multi-District Litigation by filing the above-reference action in this Court, which does not have personal jurisdiction over all defendants and is the improper venue for this action. The claims brought by the Plaintiff, Robert C. Pate, as trustee for the Chinese Drywall Trust, have no relationship to the Eastern District of Louisiana or the State of Louisiana. Rather, the claims involve a Florida insured and coverage issues involving policies delivered in Florida. Further, although the complaint lists construction in several specific states, there is no allegation that any of those claims or losses arose in Louisiana. Indeed, some named defendants have absolutely no ties to Louisiana whatsoever. Thus, there is no connection between Louisiana and the coverage dispute at issue in this litigation. Plaintiff should have filed this action in Florida and then sought transfer through the MDL Panel.

Plaintiff alleges that venue is proper in the Eastern District of Louisiana pursuant to 28 U.S.C. § 1391(a). However, the requirements for venue under this statute are not met by the facts of this case. This court does not have personal jurisdiction over the defendants Auto Owners Insurance Company, FCCI Commercial Insurance Company, FCCI Insurance Company, and Mid Continent Casualty Company as asserted by those defendants in Motions to Dismiss filed contemporaneously herewith. In this respect, American Guarantee and Steadfast adopt the arguments made by those defendants in the Motions to Dismiss, or in the alternative, transfer this matter to the Middle District of Florida pursuant to 28 U.S.C. § 1406(a) which they have filed and request that the action be dismissed for the reasons asserted therein. Additionally, the Defendants, Chartis Specialty Insurance Company (f/k/a American International Specialty Lines Insurance Company) and Lexington Insurance Company, have filed a Motion to Dismiss for Improper Venue or, in the Alternative, to Transfer Action to the Middle District of Florida, and the memorandum in support of that motion, and the arguments made therein, are adopted and incorporated herein and in support of this motion.

Respectfully submitted,

**STEPHEN BERRY, Trial Attorney**
**J. RANDOLPH EVANS**
**McKENNA, LONG & ALDRIDGE, LLP**
303 Peachtree Street, NE, Suite 5300
Atlanta, GA 30308
Phone: 404-527-4000 Fax: 404-527-4198
Emails: sberry@mckennalong.com
Lead counsel for Steadfast Insurance Company and American Guarantee Liability Insurance Company

/s/ Wade A. Langlois, III
_____
**THOMAS L. GAUDRY, JR. T.A. (#5980)**
**WADE A. LANGLOIS, III (#17681)**
**GAUDRY, RANSON, HIGGINS & GREMILLION, LLC**
Oakwood Corporate Center
401 Whitney Avenue, Suite 500
Gretna, Louisiana 70056
Telephone: (504) 362-2466   Fax: (504) 362-5938
Emails: tgaudry@grhg.net and wlanglois@grhg.net
Local Counsel for Steadfast Insurance Company and
American Guarantee Liability Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **MEMORANDUM IN SUPPORT OF MOTION TO DISMISS** has been served on Plaintiffs' Liaison Counsel, Russ Herman and Leonard Davis, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and/or e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this____24th____ day of February, 2010.

*/s/ Wade A. Langlois, III*
Wade A. Langlois, III, LSBA #17681

G:\0262\2015\Pleadings\Motion to Dismiss Memo.wpd