MDL NO. 2047
SECTION L

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 SECTION: L |
| | * | JUDGE FALLON |
| **This document relates to all cases** | * * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing;

IT IS HEREBY ORDERED that Distributor Defendants' Motion for Leave to File and Reply Memorandum in Support of Their Motion to Dismiss, or, Alternatively, to Strike Plaintiffs' Tort Claims for Economic Damages, be and are accepted for filing into the Court's record.

New Orleans, Louisiana, this 23rd day of February 2010.

_____
UNITED STATES DISTRICT COURT