## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

ROBERT C. PATE, as Trustee for the
Chinese Drywall Trust,

    Plaintiff,

v.

AMERICAN INTERNATIONAL
SPECIALTY LINES INSURANCE
COMPANY, AMERICAN GUARANTEE
AND LIABILITY INSURANCE
COMPANY, AMERISURE INSURANCE
COMPANY, AMERISURE MUTUAL
INSURANCE COMPANY, AUTO-
OWNERS INSURANCE COMPANY,
FCCI COMMERCIAL INSURANCE
COMPANY, FCCI INSURANCE
COMPANY, HERMITAGE INSURANCE
COMPANY, ILLINOIS UNION
INSURANCE COMPANY, LANDMARK
AMERICAN INSURANCE COMPANY,
LEXINGTON INSURANCE COMPANY,
MID-CONTINENT CASUALTY
COMPANY, NATIONAL UNION FIRE
INSURANCE COMPANY OF
PITTSBURGH, PA, OLD REPUBLIC
INSURANCE COMPANY,
SCOTTSDALE INSURANCE
COMPANY, and STEADFAST
INSURANCE COMPANY,

    Defendants.

CASE NO. 2:09-CV-7791 "L"

_____/

**DEFENDANT HERMITAGE INSURANCE COMPANY'S NOTICE OF JOINDER IN CERTAIN DEFENDANTS' JOINT MOTION TO DISMISS FOR IMPROPER VENUE OR, IN THE ALTERNATIVE, TO TRANSFER ACTION TO THE MIDDLE DISTRICT OF FLORIDA**

COMES NOW the Defendant, HERMITAGE INSURANCE COMPANY ("Hermitage"), by and through the undersigned counsel, and herein files this, its Notice of Joinder in Certain Defendants' Joint Motion to Dismiss for Improper Venue, or, in the Alternative, to Transfer Action to the Middle District of Florida, and joins in the Motion to Dismiss, and incorporates by reference herein the arguments set forth in that Motion as though fully restated herein.

*Kirsten Matthis for*
John E. Herndon, Jr.
Florida Bar No. 199702
CONROY SIMBERG GANON
KREVANS ABEL LURVEY MORROW
& SCHEFER, P.A.
Atrium Building, Suite 105
325 John Knox Road
Tallahassee, FL 32303
Telephone: (850) 383-9103
Facsimile: (850) 383-9109
eherndon@conroysimberg.com

Isaac H. Ryan (23925)
Deutsch Kerrigan & Stiles, LLP
755 Magazine Street
New Orleans, LA 70130
Telephone: (504) 593-0718
Facsimile: (504) 566-1201
iryan@dkslaw.com

*CO-COUNSEL FOR DEFENDANT*
*HERMITAGE INSURANCE COMPANY*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Joinder has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of February, 2010.

Kirsten Matthws for
John E. Herndon, Jr.