UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

ROBERT C. PATE, as Trustee for the                    CASE NO. 2:09-CV-7791 "L"
Chinese Drywall Trust,

      Plaintiff

v.

AMERICAN INTERNATIONAL
SPECIALTY LINES INSURANCE
COMPANY, ET AL.

      Defendants

## **PROPOSED ORDER**

Considering Defendant, Hermitage Insurance Company's Notice of Joinder in Certain Defendants' Joint Motion to Dismiss for Improper Venue, or, in the Alternative, to Transfer Action to the Middle District of Florida;

IT IS ORDERED that the matter is hereby dismissed or, in the alternative, is transferred to the Middle District of Florida.

New Orleans, Louisiana, this _____ day of _____, 2010.


_____
JUDGE