UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | CASE NO. 2:09-MD-2047 SECTION "L" |
| | * | JUDGE FALLON |
| **This document relates to: 09-6073 (Borne)** | * * | MAGISTRATE WILKINSON |

**O R D E R**

Considering the foregoing Partial Motion to Dismiss Without Prejudice (Rec. Doc. No. 393);

**IT IS ORDERED** that the Motion be and hereby is **GRANTED** and that all of the claims asserted by Plaintiff Carol Borne against Liberty Mutual Fire Insurance Company are dismissed, **without prejudice**, each party to bear its own costs. All claims against all other parties are specifically reserved.

New Orleans, Louisiana, this 23rd day of February, 2009.

_____
UNITED STATES DISTRICT JUDGE

Prop Ord on Mot to Dism Lib Mutual-Carol Borne-10-29-09