UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 2047 |
| | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| SEAN AND BETH PAYTON, et al. v. KNAUF GIPS, DG, et al. Case No. 2:09-md-7628 | * * * * | MAG. JUDGE WILKINSON |

*******************************

## ORDER OF COURT

IT IS HEREBY ORDERED that Defendant, Andrews Hardware Company, Inc., be granted a twenty one (21) day extension of time to file responsive pleadings to Plaintiffs' Class Action Complaint.

DONE AND ORDERED this 23rd day of February, 2010 in Chambers in New Orleans, Louisiana.

Eldon E. Fallon
United States District Judge
Eastern District of Louisiana

EXHIBIT A