UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE STATE OF LOUISIANA, *ex rel.* JAMES D. ("BUDDY") CALDWELL, the Attorney General of Louisiana Plaintiff, | * | CIVIL ACTION |
| | * | NO. 10-340 |
| | * | SECTION L; MAG. 2 |
| VERSUS | * | JUDGE FALLON |
| KNAUF GIPS KG, ET AL., Defendants. | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing *ex parte* Motion to Substitute the Declaration of Christopher Kornman, (Rec. Doc. No. 1232);

IT IS ORDERED that the signed Declaration of Christopher Kornman be substituted in place of the unsigned version of the same submitted as Exhibit A to Southern Homes' Memorandum in

Support of Motion to Dismiss for Failure to State a Claim upon which Relief Can be Granted, filed on February 19, 2010.

New Orleans, Louisiana this _____23rd_____ day of _____February_____, 2010.

_____

U.S. District  JUDGE