UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL : 
    PRODUCTS LIABILITY LITIGATION :
: MDL 2047
THIS DOCUMENT RELATES TO: : SECTION: L
: JUDGE FALLON
Kenneth and Barbara Wiltz, et al. v. Beijing New : MAG. JUDGE WILKINSON
Building Materials Public Limited Co., et al :
Case No. 2:2010-cv-00361 (E.D. La.) :
……………………………………………………:

## ORDER

Upon consideration of Plaintiffs', SCOTT SALTZMAN and JORDANA SALTZMAN, Unopposed Motion to Drop Defendant G.L. Homes of Boynton Beach Associates IX, LTD Without Prejudice (Rec. Doc. No. 1163);

IT IS ORDERED BY THE COURT that said Motion is GRANTED.

New Orleans, Louisiana, this 23rd day of February, 2010.

_____
Eldon E. Fallon
United States District Court Judge