UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO.: 2047 |
| | * | SECTION: "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| *SEAN AND BETH PAYTON, ET AL.* vs. *KNAUF GIPS KG, ET AL.* Case No. 2:09-CV-7628 | * * * * | MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the above and foregoing,

IT IS ORDERED that John L. Crosby, L.L.C. be granted a thirty (30) day extension of time to file responsive pleadings to the instant Omnibus Class Action Complaint in the above named and numbered cause of action.

Thus done and signed, this _____ day of _____, 2010 in New Orleans, Louisiana.

_____
THE HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1