UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL No. 2:09-md-02047 <br> * <br> * <br> * JUDGE FALLON |
| **This document relates to:** | * <br> * |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust <br> v. <br> AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ET AL (**2:09-cv-07791**) (E.D. La.) | * <br> * MAGISTRATE WILKINSON <br> * <br> * <br> * <br> * |

**************************************************

**MOTION TO DISMISS PURSUANT TO FED.R.CIV.P. 12(b)(7)
FOR FAILURE TO JOIN A PARTY UNDER RULE 19**

**NOW INTO COURT**, comes Thomas E. Schwab of the law firm of Barkley & Thompson, L.C., a member of good standing of the bar of this Court and the State of Louisiana, and counsel for NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA ("National Union") and moves this Court pursuant to Fed. R. Civ. P. 12(b)(7) for an order dismissing the complaint of Robert C. Pate ("Pate"), as Trustee of

the Chinese Drywall Trust, on the basis that Pate failed to join necessary parties under Fed. R. Civ. P. 19, as follows:

1. On December 23, 2009, Pate, in his alleged capacity as the Trustee for the Chinese Drywall Trust (the "Trust") commenced this lawsuit seeking a declaration that the defendant insurers are obligated to indemnify the Trust for losses arising from claims that may be brought against the Trust related to homes constructed in Florida by WCI Communities, Inc. ("WCI") and its subcontractors.

2. Pate alleges that National Union issued coverage to two subcontractors, Beta Drywall LLC ("Beta") and Finest Drywall, Inc. ("Finest"), as the named insureds. Pate alleges that WCI was an additional insured or an additional named insured under the policies issued by National Union, but Pate does not name either Beta or Finest as parties to the suit.

3. As explained in the supporting Memorandum of Law, Rule 19 mandates that Beta and Finest are necessary and indispensable to this litigation because they are the named insureds on the National Union policies at issue in this suit. However, it is not feasible to join Beta and Finest to this litigation because they are not subject to the Court's personal jurisdiction.

4. Accordingly, as set forth more fully in the supporting Memorandum of Law, Rule 19 mandates dismissal of this action pursuant to Rule 12(b)(7) for failure to join a party because it is not feasible to join necessary and indispensable parties Beta and Finest.

WHEREFORE, for the reasons set forth above and in the accompanying memorandum in support thereof, National Union respectfully requests this Court grant this motion and dismiss this action.

Dated: February 24, 2010

Respectfully submitted,

**BARKLEY & THOMPSON, L.C.**

BY:  /s/Thomas E. Schwab
Thomas E. Schwab Bar Roll No. 2099
BARKLEY & THOMPSON, L.C.
1515 Poydras Street, Suite 2350
New Orleans, LA 70112
Telephone:    (504) 595-3350
Telecopier:    (504) 595-3355
Email: tschwab@barkleythompson.com
 and
Joseph A. Hinkhouse
Sara Uffelman Gattie
Hinkhouse Williams Walsh LLP
180 North Stetson Street, Suite 3400
Chicago, Illinois 60601
Telephone: (312) 784-5400
Fax: (312) 784-5494
Email: jhinkhouse@hww-law.com
**Attorneys for Defendant, National Union Fire Insurance Company of Pittsburgh, Pa.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs; Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of February, 2010.

 /s/Thomas E. Schwab
ATTORNEYS FOR DEFENDANT,
National Union Fire Insurance Company of
Pittsburgh, Pa.