UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 2:09-md-02047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | JUDGE FALLON |
| | * | |
| This document relates to: | * | MAGISTRATE WILKINSON |
| ROBERT C. PATE, as Trustee for the | * | |
| Chinese Drywall Trust | * | |
| VERSUS | * | |
| AMERICAN INTERNATIONAL SPECIALTY | * | |
| LINES INSURANCE, ET AL | * | |
| **(2:09-07791)** (E.D. La.) | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF HEARING

PLEASE TAKE NOTICE that National Union Fire Insurance Company of Pittsburgh, Pa. will bring on for hearing its Motion to Dismiss Pursuant to Fed.R.Civ.P.12(b)(7) for failure to join party under Rule 19 on March 24, 2010 at 9:00 a.m. The motion will be decided without oral argument unless so requested by a party or ordered by the Court.

Respectfully submitted,

BARKLEY & THOMPSON, L.C.

BY:     /s/Thomas E. Schwab
Thomas E. Schwab Bar Roll No. 2099
BARKLEY & THOMPSON, L.C.
1515 Poydras Street, Suite 2350
New Orleans, LA 70112
Telephone:    (504) 595-3350
Telecopier:    (504) 595-3355
Email:  tschwab@barkleythompson.com

          and

Joseph A. Hinkhouse
Sara Uffelman Gattie
HINKHOUSE WILLIAMS WALSH LLP
180 North Stetson Street, Suite 3400
Chicago, Illinois 60601
Telephone: (312) 784-5400
Fax: (312) 784-5494
Email: jhinkhouse@hww-law.com
       suffelman@hww-law.com
**Attorneys for Defendant, National Union Fire Insurance Company of Pittsburgh, Pa.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs; Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of February, 2010.

                                                /s/Thomas E. Schwab
                                                ATTORNEYS FOR DEFENDANT,
                                                National Union Fire Insurance Company of
                                                Pittsburgh, Pa.