UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *  MDL No. 2:09-md-02047 <br> * <br> * <br> * <br> *  JUDGE FALLON |
| **This document relates to:** | * <br> * |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust <br> v. <br> AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ET AL (**2:09-cv-07791**) (E.D. La.) | * <br> *  MAGISTRATE WILKINSON <br> * <br> * <br> * <br> * <br> * |

**********************************************

**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA's JOINDER IN CHARTIS SPECIALTY INSURANCE COMPANY AND LEXINGTON INSURANCE COMPANY'S JOINT MOTION TO DISMISS FOR IMPROPER VENUE OR, IN THE ALTERNATIVE, TO TRANSFER ACTION TO THE MIDDLE DISTRICT OF FLORIDA**

Defendant, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA ("National Union"), by and through its counsel, joins in CHARTIS SPECIALTY INSURANCE COMPANY (f/k/a American International Specialty Lines Insurance Company)

1

and LEXINGTON INSURANCE COMPANY'S Motion to Dismiss for Improper Venue or, in the alternative, to transfer to the Middle District of Florida ("Motion")[Rec. Doc. 1326], filed with the Court on February 24, 2010 in this action. National Union joins, adopts and incorporates the Motion on its own behalf.

For the reasons set forth in the Motion and the Memorandum in Support Thereof, National Union respectfully requests that this Court dismiss this action pursuant to Fed. R. Civ. P. 12(b)(3) and 28 U.S.C. § 1406(a), or in the alternative, transfer this action to the Middle District of Florida pursuant to 28 U.S.C. § 1406(a).

In addition, National Union advises the Court that it has also contemporaneously filed a stand-alone Motion to Dismiss and supporting Memorandum of Law pursuant to Fed. R.Civ. P. 12(b)(7) for failure to join necessary parties under Fed. R. Civ. P. 19 and requests that the Court consider its Motion and supporting Memorandum of Law for the reasons stated therein.

Dated:   February 24, 2010

Respectfully submitted,

**BARKLEY & THOMPSON, L.C.**

BY:   /s/Thomas E. Schwab
Thomas E. Schwab Bar Roll No. 2099
BARKLEY & THOMPSON, L.C.
1515 Poydras Street, Suite 2350
New Orleans, LA 70112
Telephone:   (504) 595-3350
Telecopier:   (504) 595-3355
Email:  tschwab@barkleythompson.com
**A**ttorneys for Defendant, National
**Union Fire Insurance Company of Pittsburgh, Pa.**

and

>
> Joseph A. Hinkhouse
> Sara Uffelman Gattie
> Hinkhouse Williams Walsh LLP
> 180 North Stetson Street, Suite 3400
> Chicago, Illinois 60601
> Telephone: (312) 784-5400
> Fax: (312) 784-5494
> Email: jhinkhouse@hww-law.com
> suffelman@hww-law.com
> **Attorneys for Defendant, National Union Fire Insurance Company of Pittsburgh, Pa.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs; Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of February, 2010.

>
> /s/Thomas E. Schwab
> ATTORNEYS FOR DEFENDANT,
> National Union Fire Insurance Company of
> Pittsburgh, Pa.