## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **THE STATE OF LOUISIANA,** *ex rel.* **JAMES D. ("BUDDY") CALDWELL,** the Attorney General of Louisiana  Plaintiff, | * | **CIVIL ACTION** |
| | * | **NO. 10-340** |
| | * | **SECTION L; MAG. 2** |
| **VERSUS** | | |
| | * | **JUDGE FALLON** |
| **KNAUF GIPS KG, ET AL.,**  Defendants. | * | **MAGISTRATE JUDGE WILKINSON** |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MAYEAUX CONSTRUCTION, INC.'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED

Defendant Mayeaux Construction, Inc. ("Mayeaux") respectively moves this Honorable Court to dismiss Plaintiff's Complaint ("Complaint") against it for failure to state a claim upon which relief may be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).

Mayeaux Construction, Inc. makes this Motion on the grounds that Plaintiff can prove no set of facts in support of its claim which would entitle it to relief. Plaintiff has alleged that Mayeaux participated in the installation of Chinese drywall in state and local government

buildings in Louisiana. Mayeaux has engaged in no such activity. Mayeaux has never installed drywall in a state or local government building in the State of Louisiana. Furthermore, Mayeaux has never supervised or in any other way participated in the installation of drywall in a state or local government building in the State of Louisiana.

WHEREFORE Mayeaux prays that this Court sustain its Motion to Dismiss and dismiss Plaintiff's claims against it with prejudice.

This 24th Day of February, 2010.

        RESPECTFULLY SUBMITTED:
        SHARON B. KYLE, A.P.L.C.


        SHARON B. KYLE (La Bar Roll # 25437) sk@kylelaw.net
        NANCY A. RICHEAUX (La Bar Roll # 29397) nr@kylelaw.net
        STEVEN K. SCHILLING (La Bar Roll # 27635) ss@kylelaw.net
        4960 Bluebonnet Blvd., Ste. A
        Baton Rouge, Louisiana 70809
        Telephone: 225/293-8400
        Facsimile: 225/291-9501

        Attorneys for Mayeaux Construction, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Dismiss for Failure to State a Claim upon which Relief can be Granted has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of February, 2010.

_____
STEVEN K. SCHILLING