UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE STATE OF LOUISIANA, *ex rel.* JAMES D. ("BUDDY") CALDWELL, the Attorney General of Louisiana<br>Plaintiff, | * | CIVIL ACTION |
| | * | NO. 10-340 |
| | * | SECTION L; MAG. 2 |
| VERSUS | * | JUDGE FALLON |
| KNAUF GIPS KG, ET AL., Defendants. | * | MAGISTRATE JUDGE WILKINSON |

## DECLARATION OF PHILLIP G. MAYEAUX IN ACCORDANCE WITH 28 U.S.C. § 1746

I, Phillip G. Mayeaux, declare as follows:

1. I am the President of Mayeaux Construction, Inc., which is defendant in the captioned matter.

2. I submit this Declaration in support of a dismissal of the State of Louisiana's claims against Mayeaux Construction, Inc.

3. I submit this Declaration based upon my personal knowledge of Mayeaux Construction, Inc.'s business transactions and records.

4. Mayeaux Construction, Inc. has never installed drywall in a state or local government building in the State of Louisiana;

5. Mayeaux Construction, Inc. has likewise never supervised or in any other way participated in the installation of drywall in a state or local government building in the State of Louisiana.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of February 2010, in _Covington_, Louisiana.

_____
Phillip G. Mayeaux

1