UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE STATE OF LOUISIANA, *ex rel.* JAMES D. ("BUDDY") CALDWELL, the Attorney General of Louisiana<br>　　　　　Plaintiff, | * | CIVIL ACTION |
| | * | NO. 10-340 |
| | * | SECTION L; MAG. 2 |
| VERSUS | | |
| | * | JUDGE FALLON |
| KNAUF GIPS KG, ET AL.,<br>　　　　　Defendants. | * | MAGISTRATE JUDGE WILKINSON |

### NOTICE OF HEARING

TO:　**THE STATE OF LOUISIANA,** *ex rel***. JAMES D. ("BUDDY") CALDWELL, the Attorney General of Louisiana**
　　　Through counsel of record:
　　　James D. "Buddy" Caldwell
　　　Louisiana Attorney General
　　　Louisiana Department of Justice
　　　1885 N. 3rd Street
　　　Baton Rouge, Louisiana 70804

　　**PLEASE TAKE NOTICE** that Defendant, Mayeaux Construction, Inc, will bring its Motion to Dismiss Plaintiff's Complaint Pursuant to FED. R. CIV. P. 12(B)(6) for Failure to State a Claim upon which Relief can be Granted before the Honorable Eldon Fallon, District Judge, at the United States District Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, at 9:30 a.m., on March 10, 2010, or at such time thereafter as counsel may be heard.

　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED:
　　　　　　　　　　　　　　　SHARON B. KYLE, A.P.L.C.


　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　SHARON B. KYLE (La Bar Roll # 25437)
　　　　　　　　　　　　　　　NANCY A. RICHEAUX (La Bar Roll # 29397)
　　　　　　　　　　　　　　　STEVEN K. SCHILLING (La Bar Roll # 27635)
　　　　　　　　　　　　　　　4960 Bluebonnet Blvd., Ste. A
　　　　　　　　　　　　　　　Baton Rouge, Louisiana 70809
　　　　　　　　　　　　　　　Telephone: 225/293-8400
　　　　　　　　　　　　　　　Facsimile: 225/291-9501

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Motion to Dismiss for Failure to State a Claim upon which Relief can be Granted has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of February, 2010.

_____
Steven K. Schilling