UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL    MDL NO. 09-2047
PRODUCTS LIABILITY LITIGATION

SECTION L
JUDGE FALLON
MG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

SEAN AND BETH PAYTON, et al.,
vs.
KNAUF GIPS KG., et al.
CASE NO. 2:09-CV-7628
_____/

**CONSENT MOTION TO EXTEND TIME
TO RESPOND TO THE COMPLAINT**

Defendant, BANNER SUPPLY COMPANY PORT ST. LUCIE, L.L.C. ("Banner PSL"), pursuant to Rule 7.9 of the Local Rules of the U.S. District Court for the Eastern District of Louisiana, moves this Honorable Court for an Order extending the time by which it must respond to Plaintiffs' Omnibus Class Action Complaint (I) filed in the above-captioned matter, Civil Action No. 09-7628, within MDL No. 2047 (the "Complaint"), and in support thereof, states as follows:

1. On or about February 4, 2010, the Banner PSL was served with the Complaint.

2. Accordingly, the time for the Banner PSL to file and serve a response to the Complaint will expire on February 24, 2010, pursuant to Federal Rule of Civil Procedure 12 (a)(1)(A)(i).

3. Undersigned Counsel for Banner PSL has obtained the consent of Plaintiffs' Liaison Counsel to an extension of thirty (30) days for Banner PSL to file and serve a response to the Complaint.

   4. This extension will neither prejudice any of the parties, nor delay the case. Banner PSL has not previously requested an extension of time to respond to the Complaint. Accordingly, good cause exists for granting this Motion.

   WHEREFORE, Defendant, BANNER SUPPLY COMPANY PORT ST. LUCIE, L.L.C., respectfully request that this Court grant it an extension of thirty (30) days, until March 26, 2010, to respond to Plaintiffs' Omnibus Class Action Complaint (I), filed in the above captioned matter, Civil Action No. 09-7628, within MDL No. 2047.

               Respectfully submitted,

               PETERSON & ESPINO, P.A.
               Attorneys for Banner Supply Co.,
                Port St. Lucie, L.L.C.
               8900 Southwest 117th Ave, C-104
               Miami, Florida 33186
               Telephone: (305) 270-3773
               Facsimile: (305) 275-7410

        By:     /s/_____
               Michael P. Peterson, Esq.
               Fla. Bar No. 982040

## CERTIFICATE OF SERVICE

   I hereby certify that the above and foregoing Consent Motion to Extend Time to Respond to the Complaint and Incorporated Memorandum and Local Rule 7.9 Certificate has been served on Liaison Counsel by e-mail and upon all Chinese Dry Wall parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 6, on this 24th day of February, 2010. I further certify that the above and foregoing Consent Motion to Extend Time to Respond to the *Payton* Complaint and Incorporated Memorandum and Local Rule 7.9 Certificate was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of February, 2010.

                 /s/ Michael P. Peterson

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL      MDL NO. 09-2047
PRODUCTS LIABILITY LITIGATION

                                                      SECTION L
                                                      JUDGE FALLON
                                                      MG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

SEAN AND BETH PAYTON, et al.,
vs.
KNAUF GIPS KG., et al.
CASE NO.  2:09-CV-7628
                                                      /

## **ORDER**

Upon consideration of the Consent Motion to Extend Time to Respond to the Complaint, filed by Defendant, BANNER SUPPLY COMPANY PORT ST. LUCIE, L.L.C. ("Banner PSL")

IT IS HEREBY ORDERED that the Consent Motion to Extend Time to Respond to the Complaint be and the same is hereby GRANTED; and

IT IS FURTHER ORDERED that Banner PSL shall be granted an additional thirty (30) days to respond to Plaintiffs' Omnibus Class Action Complaint (I), filed in the above-captioned matter, Civil Action No. 09-7628, within MDL No. 2047 (the "Complaint"), up through and including until March 26, 2010.

New Orleans, Louisiana, this _____ day of February 2010.

                                                      _____
                                                      Honorable Eldon E. Fallon
                                                      United States District Judge