UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047 |
| | SECTION L<br>JUDGE FALLON<br>MG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:

SEAN AND BETH PAYTON, et al.,
vs.
KNAUF GIPS KG., et al.
CASE NO.  2:09-CV-7628
_____/

## **ORDER**

Upon consideration of the Consent Motion to Extend Time to Respond to the Complaint, filed by Defendant, BANNER SUPPLY COMPANY PORT ST. LUCIE, L.L.C. ("Banner PSL")

IT IS HEREBY ORDERED that the Consent Motion to Extend Time to Respond to the Complaint be and the same is hereby GRANTED; and

IT IS FURTHER ORDERED that Banner PSL shall be granted an additional thirty (30) days to respond to Plaintiffs' Omnibus Class Action Complaint (I), filed in the above-captioned matter, Civil Action No. 09-7628, within MDL No. 2047 (the "Complaint"), up through and including until March 26, 2010.

New Orleans, Louisiana, this _____ day of February 2010.

_____
Honorable Eldon E. Fallon
United States District Judge