**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | x<br>x<br>x<br>x<br>x | MDL NO. 2047<br>SECTION: L<br><br>JUDGE FALLON |
| THIS DOCUMENT APPLIES TO: | x<br>x | MAG. JUDGE WILKINSON |
| *Germano, et al v. Taishan Gypsum Co. Ltd., et al; Docket No. 09-06687* | x<br>x | |

**PLAINTIFFS' STEERING COMMITTEE'S MOTION TO SUBSTITUTE EXHIBITS TO CONFORM TO EVIDENCE**

NOW INTO COURT, comes the Plaintiffs' Steering Committee, which hereby moves to substitute exhibits to conform to the evidence, for the following reasons, to wit:

1. During the course of the default proceedings held before the Court on February 19 and 22, 2010, evidence was introduced that during the remediation process it would be impractical and inefficient to preserve cabinets and wooden flooring for use in the home post- remediation and that the remediation protocol should include removing and replacing all cabinets and hardwood floors;

2. In Summary Damage Exhibits for each Plaintiff-Intervenor introduced into evidence as Exhibits P3.0622-0001-0015, the "Cost of Remediation" excluded any expense for new cabinets and new wooden flooring;

3. In trial testimony, Plaintiffs-Intervenors' expert, Ronald E. Wright, as well as both Beazer witnesses, Ray Phillips and Jerry Smith, testified that the expenses for removing and replacing new cabinets and new wooden flooring should be included in

1

the remediation protocol (see Exhibits P1.2059-0001 and P1.2060-0001);

4. To conform to the evidence that those expenses would be required under a reasonable remediation protocol, Plaintiffs-Intervenors' forensic CPA, J.C. Tuthill, has recalculated the damages suffered by each Plaintiff-Intervenor to conform to the trial testimony and evidence;

5. As per the Affidavit of Plaintiffs-Intervenors' forensic CPA, J.C. Tuthill, attached hereto as Exhibit 1, Ms. Tuthill has included within her damage summaries prepared for each Plaintiff-Intervenor the "Cost of Remediation" based upon the trial testimony and evidence, which revised calculations are included within Exhibit A attached to her Affidavit;

6. Ms. Tuthill has also adjusted another portion of her final expert report (Exhibits P3.0622-0001-0015) to conform to her trial testimony introduced in the form of a deposition (Exhibit P3.0632-0001). The purpose of the adjustment was to designate the "Repair Costs" expense of "Home Environmental Inspection Post Remediation" as an "Amount to be Incurred Post Remediation" rather than as an "Amount Incurred Prior to Trial," to more accurately reflect the timing of this expenditure;

7. And, Ms. Tuthill has done a calculation of all economic damages for each Plaintiff-Intervenor, labeled "Grand Total" in her expert damage summaries, which are attached to her Affidavit and bear Exhibits P3.0637-0001-0014. The "Grand Total" includes all past economic damages, all future non-recurring economic damages and six (6) months of Alternative Living Expenses for those 6 months Mr. Wright and Mr. Phillips testified it would take to remediate the homes. Should the remediation last longer than the 6 months or not begin immediately after this month's hearing,

additional Alternative Living Expenses will be due each Plaintiff-Intervenor while they are out of their homes.

8. Plaintiffs-Intervenors submit that Exhibit A attached to the Tuthill affidavit accurately reflects the economic damages suffered by them as per the trial testimony and evidence and Plaintiffs-Intervenors therefore respectfully urge that Exhibit A to the Tuthill affidavit, Exhibits P3.0637-0001-0014, be substituted for Exhibits P3.0622-0001-0015 and that Exhibits P3.0637-0001-0014 and the Tuthill Affidavit be entered into evidence in the record of these proceedings.

WHEREFORE, the Plaintiffs' Steering Committee prays that this Motion be granted and that the Court enter an Order allowing Plaintiffs-Intervenors to substitute for Exhibits P3.0622-0001-0015 Exhibit A to the Affidavit of J.C. Tuthill attached hereto and that said Exhibit A be entered into evidence in the record of these proceedings as Exhibits P3.0637-0001-0014 and that the Tuthill Affidavit also be entered into the record of these proceedings.

Dated: February 25, 2010                    Respectfully submitted,

/s/ Russ M. Herman
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Stephen J. Herman, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047

Arnold Levin
Fred S. Longer
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
Plaintiffs' Lead Counsel
MDL 2047

PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Victor Manuel Diaz
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

| | |
|---|---|
| Christopher Seeger<br>Seeger Weiss, LLP<br>One William Street<br>New York, NY 10004<br>Phone: (212) 584-0700<br>Fax: (212) 584-0799<br>cseeger@seegerweiss.com | Scott Wm. Weinstein<br>Morgan & Morgan<br>12800 University Drive, Suite 600<br>Ft. Meyers, FL 33907<br>Phone: (239) 433-6880<br>Fax: (239) 433-6836<br>sweinstein@forthepeople.com |
| Bruce William Steckler<br>Baron & Budd, P.C.<br>3102 Oak Lawn Ave., Suite 1100<br>Dallas, TX 75219<br>Phone: (214) 521-3605<br>Fax: (214) 520-1181<br>bsteckler@baronbudd.com | James Robert Reeves<br>Lumpkin & Reeves<br>160 Main Street<br>Biloxi, MS 39530<br>Phone: (228) 374-5151<br>Fax: (228) 374-6630<br>jrr@lumpkinreeves.com |
| Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson<br>  Matthews, Martinez, Gonzales,<br>  Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>Phone: (305) 476-7400<br>Fax: (305) 476-7444<br>Ervin@colson.com | Gerald E. Meunier<br>Gainsburgh, Benjamin, David, Meunier<br>  & Warshauer, LLC<br>2800 Energy Centre, 1100 Poydras Street<br>New Orleans, LA 70163-2800<br>Phone: (504) 522-2304<br>Fax: (504) 528-9973<br>gmeunier@gainsben.com |

OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| Richard S. Lewis (On the Brief)<br>HAUSFELD LLP<br>1700 K Street, N.W Suite 650<br>Washington, DC 20006<br>Phone: (202) 540-7200<br>Fax: (202) 540-7201<br>rlewis@hausfeldllp.com | Daniel K. Bryson<br>Lewis & Roberts<br>3700 Glenwood Avenue, Suite 410<br>Raleigh, NC 27612<br>Phone: (919) 981-0191<br>Fax: (919) 981-0431<br>dkb@lewis-roberts.com |
| Jeremy W. Alters<br>Alters, Boldt, Brown, Rash & Culmo, P.A.<br>4141 N.E. 2nd Avenue, Suite 201<br>Miami, FL 33137<br>Phone: (305) 571-8550<br>Fax: (305) 571-8559<br>jeremy@abbrclaw.com | Richard J. Serpe, Esquire<br>Law Offices of Richard J. Serpe<br>Crown Center, Ste. 310<br>580 East Main Street<br>Norfolk, VA 23510-2322<br>rserpe@serpefirm.com |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing The Plaintiffs' Steering Committee's Motion to Substitute Exhibits to Conform to Evidence has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 25th day of February, 2010.

/s/  Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047

Co-counsel for Plaintiffs