*SUPPLEMENTAL*
*EXHIBIT BALDWIN-1*
*(Revised for Trial Testimony)*

## CDW-MDL LITIGATION
### Jerry and Inez Baldwin

|  | Amount Incurred Prior to Trial | Amount To Be Incurred Post Trial | Plus Monthly Amount (Post Trial) |
|---|---|---|---|
| **Background Information -** | | | |
| Purchase date of home/move-in date: 11/21/2006 | | | |
| Address: 4020 Dunbarton Circle, Williamsburg, VA | | | |
| Purchase Price: 376,719.15 | | | |
| Monthly Principal & Interest Payment: 1,636.90 | | | |
| Still living in home or moved out: Still living in home | | | |
| Date of move out, if applicable: Will move out when remediation begins | | | |
| New address: Oakwood Property | | | |
| **Cost of Remediation -** | | | |
| Construction Costs (Per trial testimony of Ronald E. Wright, P.E., R.V. Buric Construction Consultants, P.C.) | | 257,730.00 | |
| **Alternative Living Costs -** | | | |
| Moving (out and in; insurance on contents; any damages while moving) | | 7,595.43 | |
| Packing Costs/Boxes - included above | | | |
| Monthly Rental Amounts: | | | |
| Rent (includes utilities and fully furnished unit) | | | 3,930.00 |
| Renter's Insurance | | | 15.00 |
| Utilities - (Electric/Water, including add'l hookup/connection/service fees) | | | *No information currently available* |
| Move out cleaning costs | | 300.00 | |
| Storage | | | 756.45 |
| Grass cutting/lawn maintenance | | | 143.53 |
| **Personal Property Loss Determined by Fair Market Value -** | | | |
| Per report of David J. Maloney, Jr. - Exhibit 2 | 2,075.00 | | |

2/23/2010
1:14 PM

*Page 1 of 2*

P3.0637-0001

*SUPPLEMENTAL*
*EXHIBIT BALDWIN-1*
*(Revised for Trial Testimony)*

## CDW-MDL LITIGATION
### Jerry and Inez Baldwin

| | Amount Incurred Prior to Trial | Amount To Be Incurred Post Trial | Plus Monthly Amount (Post Trial) |
|---|---|---|---|
| **Repair Costs -** | | | |
| Incurred and To Be Incurred, Including the Following: | | | |
| HVAC | 1,391.78 | | |
| Electronics (TV/Stereo/Computer) Repair | 1,358.71 | | |
| Cleaning of Clothing/Window Treatments/Rugs/Furniture (Dry Cleaning, Steam Cleaning, Oxidation, includes rehanging) | | 1,237.50 | |
| House Cleaning Services (after remediation work performed) | | 300.00 | |
| Home Inspection Costs | 300.00 | 400.00 | |
| Home Environmental Inspection Post Remediation | | 12,500.00 | |
| Warranty Costs | 281.81 | | |
| **Post Remediation/Diminished Value -** | | | |
| Diminution in Value of Home Post Remediation (Per report of Kenneth M. Acks) | | 95,500.00 | |
| **Costs Associated with Foreclosure and/or Bankruptcy -** | | - | - |
| **Additional Amounts Owed Due to Mortgage Deferral or Inability to Refinance -** | | | |
| Additional Cost Due to Inability to Refinance per amortization schedule | | 27,159.00 | |
| **Loss of Income/Payment of Expenses/Household Expenses, Net of Expense Reductions -** | | | |
| Reduction in property tax assessment | | *No tax payment reduction has occurred yet* | |
| **Subtotal** | 5,407.30 | 402,721.93 | |
| **Total** | | 408,129.23 | 4,844.98 per month |
| **Grand Total Including 6 months of Recurring Monthly Expenses (March 2010 - August 2010)** | | 437,199.11 | |

Revised from Supplemental Report

2/23/2010
1:14 PM

Page 2 of 2

P3.0637-0002

*SUPPLEMENTAL*
*EXHIBIT HEISCHOBER-1*
*(Revised for Trial Testimony)*

**CDW-MDL LITIGATION**
Steven and Elizabeth Heischober

| | | Amount Incurred Prior to Trial | Amount To Be Incurred Post Trial | Plus Monthly Amount (Post Trial) |
|---|---|---:|---:|---:|
| **Background Information -** | | | | |
| Purchase date of home/move-in date | 11/10/2006 | | | |
| Address: | 214 A 80th Street, Virginia Beach, VA | | | |
| Purchase Price: | 795,000.00 | | | |
| Monthly Principal & Interest Payment | 2,175.27 | | | |
| Still living in home or moved out | Moved out | | | |
| Date of move out, if applicable | 8/28/2009 | | | |
| New address: | 212A 85th Street - Temporarily; | | | |
| Then on Jan. 1, 2010 to move to: | 215 62nd St. - 2nd alternative location | | | |
| **Cost of Remediation -** | | | | |
| Construction Costs (Per trial testimony of Ronald E. Wright, P.E., R.V. Buric Construction Consultants, P.C.) | | | 312,755.00 | |
| **Alternative Living Costs -** | | | | |
| Moving (out and in; insurance on contents; any damages while moving) | | 3,040.00 | 2,480.00 | |
| Monthly Rental Amounts: | | | | |
| Rent | | 3,300.00 | | 1,400.00 |
| Renter's Insurance | | 45.10 | | 22.55 |
| Utilities - (Electric/Water, including add'l hookup/connection/service fees) | | 611.74 | | 99.95 |
| Storage | | 600.00 | | 300.00 |
| Pet Deposit | | 300.00 | | |
| Move out cleaning costs (for both temporary and 2nd alternative locations) | | | 630.00 | |
| **Personal Property Loss Determined by Fair Market Value -** | | | | |
| Per report of David J. Maloney, Jr. - Exhibit 5 | | 12,004.00 | | |
| **Repair Costs -** | | | | |
| Incurred and To Be Incurred, Including the Following: | | | | |
| HVAC | | 2,694.50 | | |
| Electronics (TV/Stereo/Computer) Repair | | 384.95 | | |
| Cleaning of Clothing/Window Treatments/Rugs/Furniture (Dry Cleaning, Steam Cleaning, Oxidation, Reupholster, etc.) | | 363.58 | 671.63 | |
| House Cleaning Services (after remediation work performed) | | | 300.00 | |
| Home Inspection Costs | | | 400.00 | |
| Home Environmental Inspection Post Remediation | | | 12,500.00 | |

2/23/2010
1:15 PM

*Page 1 of 2*

*SUPPLEMENTAL*
*EXHIBIT HEISCHOBER-1*
*(Revised for Trial Testimony)*

## CDW-MDL LITIGATION
### Steven and Elizabeth Heischober

|  | Amount Incurred Prior to Trial | Amount To Be Incurred Post Trial | Plus Monthly Amount (Post Trial) |
|---|---|---|---|
| **Post Remediation/Diminished Value -** | | | |
| Diminution in Value of Home Post Remediation (Per report of Kenneth M. Acks) | | 190,500.00 | |
| **Costs Associated with Foreclosure and/or Bankruptcy -** | - | - | |
| **Additional Amounts Owed Due to Mortgage Deferral or Inability to Refinance -** | | | |
| Additional Cost of 12 Months of Mortgage Deferral ($1,638.04 per month) | | 19,656.48 | |
| Additional Closing Costs | | *No information currently available* | |
| **Loss of Income/Payment of Expenses/Household Expenses, Net of Expense Reductions -** | | | |
| Reduction in property tax assessment assumed for one year period | | (2,785.71) | |
| **Subtotal** | 23,343.87 | 537,107.40 | |
| **Total** | | 560,451.27 | 1,822.50 per month |
| **Grand Total Including 6 months of Recurring Monthly Expenses (March 2010 - August 2010)** | | 571,386.27 | |

Revised from Supplemental Report

2/23/2010
1:15 PM

*Page 2 of 2*

*SUPPLEMENTAL*
*EXHIBIT LEACH-1*
*(Revised for Trial Testimony)*

## CDW-MDL LITIGATION
### Joseph and Cathy Leach

| | | Amount Incurred Prior to Trial | Amount To Be Incurred Post Trial | Plus Monthly Amount (Post Trial) |
|---|---|---:|---:|---:|
| **Background Information -** | | | | |
| Purchase date of home/move-in date | 7/23/2008 | | | |
| Address: | 4043 Dunbarton Circle, Williamsburg, VA | | | |
| Purchase Price: | 475,000.00 | | | |
| Monthly Principal & Interest Payment | 2,715.76 | | | |
| Still living in home or moved out | Still living in home | | | |
| Date of move out, if applicable | Will not move out | | | |
| New address: | N/A | | | |
| | | | | |
| **Cost of Remediation -** | | | | |
| Construction Costs (Per trial testimony of Ronald E. Wright, P.E., R.V. Buric Construction Consultants, P.C.) | | | 14,957.00 | |
| | | | | |
| **Alternative Living Costs -** | | | - | - |
| | | | | |
| **Personal Property Loss Determined by Fair Market Value -** | | | | |
| Per report of David J. Maloney, Jr. - Exhibit 6 | | 5,564.00 | | |
| | | | | |
| **Repair Costs -** | | | | |
| Incurred and To Be Incurred, Including the Following: | | | | |
| House Cleaning Services (after remediation work performed) | | | 50.00 | |
| Home Inspection Costs | | 50.00 | 400.00 | |
| Home Environmental Inspection Post Remediation | | | 12,500.00 | |
| Dehumidifier | | 199.12 | | |
| | | | | |
| **Post Remediation/Diminished Value -** | | | | |
| Diminution in Value of Home Post Remediation (Per report of Kenneth M. Acks) | | | 47,500.00 | |
| | | | | |
| **Costs Associated with Foreclosure and/or Bankruptcy -** | | | - | - |
| | | | | |
| **Additional Amounts Owed Due to Mortgage Deferral or Inability to Refinance -** | | | | |
| Additional Cost Due to Inability to Refinance per amortization schedule | | | 76,583.96 | |

2/23/2010
1:27 PM

Page 1 of 2

P3.0637-0005

*SUPPLEMENTAL*
*EXHIBIT LEACH-1*
*(Revised for Trial Testimony)*

## CDW-MDL LITIGATION
### Joseph and Cathy Leach

|  | Amount Incurred Prior to Trial | Amount To Be Incurred Post Trial | Plus Monthly Amount (Post Trial) |
|---|---|---|---|
| **Loss of Income/Payment of Expenses/Household Expenses, Net of Expense Reductions -** | | | |
| Loss of vacation days/sick days/paid time off | 992.58 | | 165.43 |
| Reduction in property tax assessment | *No tax payment reduction has occurred yet* | | |
| Additional child or dependent care expenses previously provided by father | 5,702.52 | | 950.42 |
| Additional groceries/supplies previously provided by father | 2,250.00 | | 375.00 |
| Lawn Care previously performed by father | | | 144.44 |
| **Subtotal** | 14,758.22 | 151,990.96 | |
| **Total** | | 166,749.18 | 1,635.29  *per month* |
| **Grand Total Including 6 months of Recurring Monthly Expenses (March 2010 - August 2010)** | | 176,560.92 | |

Revised from Supplemental Report

2/23/2010
1:27 PM

*Page 2 of 2*

P3.0637-0006

**CDW-MDL LITIGATION**
<u>Preston and Rachel McKellar</u>

*SUPPLEMENTAL*
*EXHIBIT MCKELLAR-1*
*(Revised for Trial Testimony)*

| | | Amount Incurred <u>Prior to Trial</u> | Amount To Be <u>Incurred Post Trial</u> | Plus <u>Monthly Amounts</u> (Post Trial) | |
|---|---|---|---|---|---|
| | | | | March-June 2010 | July 2010 Forward |
| **Background Information -** | | | | | |
| Purchase date of home/move-in date | 8/30/2006 | | | | |
| Address: | 1008 Hollymeade Circle Newport News, VA | | | | |
| Purchase Price: | 197,110.00 | | | | |
| Monthly Principal & Interest Payment | 1,139.80 | | | | |
| Still living in home or moved out | Moved out | | | | |
| Date of move out, if applicable | 11/7/2009 | | | | |
| New address: | 710 Bellows Way Apt. #101 | | | | |
| Date of move out to 2nd alternative location | 7/1/2010 | | | | |
| **Cost of Remediation -** | | | | | |
| Construction Costs (Per trial testimony of Ronald E. Wright, P.E., R.V. Buric Construction Consultants, P.C.) | | | 194,720.00 | | |
| **Alternative Living Costs -** | | | | | |
| Moving (out and in; insurance on contents; any damages while moving) | | 275.00 | 11,188.51 | | |
| *(above includes move from 1st alternative location to 2nd and then to drywall home)* | | | | | |
| Monthly Rental Amounts: | | | | | |
| Rent (including admin charge and pet fees less concession) | | 4,509.00 | | 1,204.00 | 1,875.00 |
| Renter's Insurance | | 28.52 | | 7.13 | 7.13 |
| Furniture Rental (and one time set up fee) | | | 100.00 | | |
| Utilities - (Electric/Cable/Internet Access Including additional hookup/connection/service fees) | | 44.46 | | | 147.30 |
| Deposits (security/pet) | | | 2,225.00 | | |
| Admin. Fee/Credit Check Fee/One-Time Activation Fee | | 265.00 | | | |
| Move out costs (cleaning charges) for both alternative locations | | | 456.00 | | |
| Vacuum/Lamps/Misc Items for Apt. | | 531.72 | | | |
| **Personal Property Loss Determined by Fair Market Value -** | | | | | |
| Per report of David J. Maloney, Jr. - Exhibit 4 | | 3,585.00 | | | |
| **Repair Costs -** | | | | | |
| Incurred and To Be Incurred, Including the Following: | | | | | |
| Cleaning of Clothing/Window Treatments/Rugs/Furniture (Dry Cleaning, Steam Cleaning, Oxidation, etc.) | | | 627.94 | | |
| House Cleaning Services (after remediation work performed) | | | 300.00 | | |
| Home Inspection Costs | | | 400.00 | | |
| Home Environmental Inspection Post Remediation | | | 12,500.00 | | |
| Paint/painting supplies | | 68.73 | | | |
| Window box fans/Hard Drive | | 101.68 | | | |

2/23/2010
1:15 PM

*Page 1 of 2*

## CDW-MDL LITIGATION
### Preston and Rachel McKellar

*SUPPLEMENTAL*
*EXHIBIT MCKELLAR-1*
*(Revised for Trial Testimony)*

| | Amount Incurred Prior to Trial | Amount To Be Incurred Post Trial | Plus Monthly Amounts (Post Trial) | |
|---|---|---|---|---|
| | | | March-June 2010 | July 2010 Forward |
| **Post Remediation/Diminished Value -** | | | | |
| Diminution in Value of Home Post Remediation (Per report of Kenneth M. Acks) | | 46,000.00 | | |
| **Costs Associated with Foreclosure and/or Bankruptcy -** | - | - | | |
| **Additional Amounts Owed Due to Mortgage Deferral or Inability to Refinance -** | | | | |
| Additional Cost of 12 Months of Mortgage Deferral ($909.54 per month) | | 10,914.48 | | |
| Additional Closing Costs | | *No information currently available* | | |
| **Loss of Income/Payment of Expenses/Household Expenses, Net of Expense Reductions -** | | | | |
| Loss of vacation days/sick days/paid time off | 1,336.60 | | | |
| Reduction in property tax assessment for one year period | | (1,339.80) | | |
| **Subtotal** | 10,745.71 | 278,092.13 | | |
| **Total** | | 288,837.84 | 1,211.13 | 2,029.43 |
| | | | *Per month* | *Per month* |
| **Grand Total Including 6 months of Recurring Monthly Expenses (March 2010 - August 2010)** | | 297,741.22 | | |

Revised from Supplemental Report

2/23/2010
1:15 PM

*Page 2 of 2*

P3.0637-0008

*SUPPLEMENTAL*
*EXHIBIT MICHAUX-1*
*(Revised for Trial Testimony)*

## CDW-MDL LITIGATION
### J. Frederick and Vannessa Michaux

| | | Amount Incurred Prior to Trial | Amount To Be Incurred Post Trial | Plus Monthly Amount (Post Trial) |
|---|---|---|---|---|
| **Background Information -** | | | | |
| Purchase date of home/move-in date | 11/1/2007 | | | |
| Address: | 901 Eastfield Lane, Newport News, VA | | | |
| Purchase Price: | 267,500.00 | | | |
| Monthly Principal & Interest Payment | 1,263.94 | | | |
| Still living in home or moved out | Moved out | | | |
| Date of move out, if applicable | 9/5/2009 | | | |
| New address: | 714 Bellows Way Apt. 103 Newport News, VA | | | |
| Date of move out to 2nd alternative location | 3/1/2010 (or mid-Feb) | | | |
| 2nd alternative address | 341 James Baldwin, Newport News, VA | | | |
| **Cost of Remediation -** | | | | |
| Construction Costs (Per trial testimony of Ronald E. Wright, P.E., R.V. Buric Construction Consultants, P.C.) | | | 198,142.00 | |
| **Alternative Living Costs -** | | | | |
| Monthly Rental Amounts: | | | | |
| Rent | | 8,370.00 | | 1,650.00 |
| Renter's Insurance | | 65.56 | | 6.76 |
| Furniture Rental (estimate for deposit and recurring monthly amount) | | | 191.14 | 741.14 |
| Security Deposit | | 1,650.00 | | |
| Administrative Fee/Appliance Fee/Marketing Premium/Activation Fee | | 300.00 | | |
| **Personal Property Loss Determined by Fair Market Value -** | | | | |
| Per report of David J. Maloney, Jr. - Exhibit 7 | | 7,620.00 | | |
| **Repair Costs -** | | | | |
| Incurred and To Be Incurred, Including the Following: | | | | |
| HVAC | | 189.00 | | |
| Cleaning of Clothing/Window Treatments/Rugs/Furniture (Dry Cleaning, Steam Cleaning, Oxidation, etc.) | | 48.90 | 1,137.35 | |
| House Cleaning Services (after remediation work performed) | | | 300.00 | |
| Home Inspection Costs | | | 400.00 | |
| Home Environmental Inspection Post Remediation | | | 12,500.00 | |
| Window box fans | | 31.48 | | |
| **Post Remediation/Diminished Value -** | | | | |
| Diminution in Value of Home Post Remediation (Per report of Kenneth M. Acks) | | | 53,500.00 | |

2/23/2010
1:16 PM

*Page 1 of 2*

*SUPPLEMENTAL*
*EXHIBIT MICHAUX-1*
*(Revised for Trial Testimony)*

**CDW-MDL LITIGATION**
J. Frederick and Vannessa Michaux

| | Amount Incurred Prior to Trial | Amount To Be Incurred Post Trial | Plus Monthly Amount (Post Trial) |
|---|---|---|---|
| **Costs Associated with Foreclosure and/or Bankruptcy -** | - | - | |
| **Additional Amounts Owed Due to Mortgage Deferral or Inability to Refinance -** | | | |
| Additional Cost of 12 Months of Mortgage Deferral ($975.09 per month) | | 11,701.08 | |
| Additional Closing Costs | | *No information currently available* | |
| **Loss of Income/Payment of Expenses/Household Expenses, Net of Expense Reductions -** | | | |
| Credit card finance charges in excess of normal/add'l interest on line of credit | 251.39 | | |
| Reduction in property tax assessment for one year period | | (1,677.50) | |
| **Subtotal** | 18,526.33 | 276,194.07 | |
| **Total** | | 294,720.40 | 2,397.90 *per month* |
| **Grand Total Including 6 months of Recurring Monthly Expenses (March 2010 - August 2010)** | | 309,107.80 | |

Revised from Supplemental Report

2/23/2010
1:16 PM

*Page 2 of 2*

**CDW-MDL LITIGATION**
William and Deborah Morgan

*SUPPLEMENTAL EXHIBIT MORGAN-1*
*(Revised for Trial Testimony)*

|  | Amount Incurred Prior to Trial | Amount To Be Incurred Post Trial | Plus Monthly Amount (Post Trial) |
|---|---|---|---|
| **Background Information -** | | | |
| Purchase date of home/move-in date — 7/14/2006 | | | |
| Address: 8495 Ashington Way, Williamsburg, VA | | | |
| Purchase Price: 383,199.89 | | | |
| Monthly Principal & Interest Payment — N/A | | | |
| Still living in home or moved out — Moved out | | | |
| Date of move out, if applicable — 6/23/2009 | | | |
| New address: 6148 S. Mayfair Circle, Williamsburg, VA | | | |
| **Cost of Remediation -** | | | |
| Construction Costs (Per trial testimony of Ronald E. Wright, P.E., R.V. Buric Construction Consultants, P.C.) | | 232,491.00 | |
| **Alternative Living Costs -** | | | |
| Packing Costs/Boxes | 91.88 | | |
| Utilities - (Electric/Water/Cable) Including additional hookup/connection/service fees) | 515.12 | | |
| Truck rental on moving to storage | 201.30 | | |
| Labor on moving to storage | 75.00 | | |
| Grass cutting/lawn maintenance | 200.00 | | |
| Homeowners'/Condo dues | 428.93 | | |
| Deposits (security/pet) | 2,400.00 | | |
| Service Fees on Service Calls at Alternative Location | *No service calls as of this date* | | |
| **Personal Property Loss Determined by Fair Market Value -** | | | |
| Per report of David J. Maloney, Jr. - Exhibit 3 | 886.00 | | |
| **Repair Costs -** | | | |
| Incurred and To Be Incurred, Including the Following: | | | |
| HVAC | 966.35 | | |
| Electronics (TV/Stereo/Computer/Security System) Repair | 159.99 | | |
| Electrical wiring (switch repair) | 40.00 | | |
| Hot Water Heater | 140.00 | | |
| Fire Extinguishers | 69.95 | | |
| Home Environmental Inspection Post Remediation | | 12,500.00 | |
| **Post Remediation/Diminished Value -** | | | |
| Diminution in Value of Home Post Remediation (Per report of Kenneth M. Acks) | | 95,500.00 | |

*2/23/2010*
*1:16 PM*

*Page 1 of 2*

**CDW-MDL LITIGATION**
William and Deborah Morgan

*SUPPLEMENTAL*
*EXHIBIT MORGAN-1*
*(Revised for Trial Testimony)*

| | | Amount Incurred Prior to Trial | Amount To Be Incurred Post Trial | Plus Monthly Amount (Post Trial) |
|---|---|---|---|---|
| **Costs Associated with Foreclosure and/or Bankruptcy -** | | | | |
| Costs of foreclosure (bank charges, legal fees, short sale, etc.) | | | *No information currently available* | |
| Costs of bankruptcy (court costs, legal fees, trustee fees, etc.) | (1) | | 15,724.00 | |
| Impact on credit score as result of foreclosure or bankruptcy | | | *No information currently available* | |
| Additional points/fees/interest charged on future mortgages | | | *No information currently available* | |
| Additional income taxes as a result of lost mortgage interest and property tax deduction, loss of equity, net of reduced out of pocket cash flow | | | 104,356.00 | |
| **Additional Amounts Owed Due to Mortgage Deferral or Inability to Refinance -** | | | - | |
| **Loss of Income/Payment of Expenses/Household Expenses, Net of Expense Reductions -** | | | | |
| Subtotal | | 21,898.52 | 444,847.00 | |
| Total | | | 466,745.52 | - per month |

Grand Total Including 6 months of Recurring Monthly Expenses (March 2010 - August 2010): 466,745.52

(1) - Bankruptcy costs include the following:
    Attorneys fees paid by Mr. Morgan      1,000.00
    Attorneys fees to be paid by trustee      2,274.00
    Trustee fees based upon 10% of amount disbursed of $124,500      12,450.00
                                                               15,724.00

Revised from Supplemental Report

*2/23/2010*
*1:16 PM*

*Page 2 of 2*

P3.0637-0012

*SUPPLEMENTAL*
*EXHIBIT ORLANDO-1*
*(Revised for Trial Testimony)*

## CDW-MDL LITIGATION
### Robert and Lisa Orlando

| | | Amount Incurred Prior to Trial | Amount To Be Incurred Post Trial | Plus Monthly Amount (Post Trial) |
|---|---|---|---|---|
| **Background Information -** | | | | |
| Purchase date of home/move-in date | 6/4/2009 | | | |
| Address: | 4091 Dunbarton Circle, Williamsburg, VA | | | |
| Purchase Price: | 369,500.00 | | | |
| Monthly Principal & Interest Payment | 1,211.89 | | | |
| Still living in home or moved out | Still living in drywall home | | | |
| Date of move out, if applicable | 2/1/2010 | | | |
| New address: | 9801 Hidden Nest Toano, VA | | | |
| **Cost of Remediation -** | | | | |
| Construction Costs (Per trial testimony of Ronald E. Wright, P.E., R.V. Buric Construction Consultants, P.C.) | | | 249,140.00 | |
| **Alternative Living Costs -** | | | | |
| Moving (out and in; insurance on contents; any damages while moving) | | 6,465.00 | 5,865.00 | |
| Monthly Rental Amounts: | | | | |
| Rent | | 2,000.00 | | 2,000.00 |
| Renter's Insurance | | 26.23 | | 26.23 |
| Utilities - (Electric/Water, including add'l hookup/connection/service fees) | | *No information currently available* | | |
| Move out cleaning costs | | | 300.00 | |
| Pool maintenance/pool chemicals | | | | 230.19 |
| Grass cutting/lawn maintenance | | | | 112.50 |
| Security Deposit | | 2,000.00 | | |
| **Personal Property Loss Determined by Fair Market Value -** | | | | |
| Per report of David J. Maloney, Jr. - Exhibit 8 | | 2,375.00 | | |
| **Repair Costs -** | | | | |
| Incurred and To Be Incurred, Including the Following: | | | | |
| Hot Water Heater | | 175.87 | | |
| Cleaning of Clothing/Window Treatments/Rugs/Furniture (Dry Cleaning, Steam Cleaning, Oxidation, etc.) | | 145.00 | 278.70 | |
| House Cleaning Services (after remediation work performed) | | | 300.00 | |
| Home Inspection Costs (one performed 8/6/09; another to be performed after remediation) | | 350.00 | 400.00 | |
| Home Environmental Inspection Post Remediation | | | 12,500.00 | |
| Paint/painting supplies | | 276.52 | | |

*2/23/2010*
*1:16 PM*

*Page 1 of 2*

*SUPPLEMENTAL*
*EXHIBIT ORLANDO-1*
*(Revised for Trial Testimony)*

## CDW-MDL LITIGATION
### Robert and Lisa Orlando

| | Amount Incurred Prior to Trial | Amount To Be Incurred Post Trial | Plus Monthly Amount (Post Trial) |
|---|---|---|---|
| **Post Remediation/Diminished Value -** | | | |
| Diminution in Value of Home Post Remediation (Per report of Kenneth M. Acks) | | 95,250.00 | |
| **Costs Associated with Foreclosure and/or Bankruptcy -** | - | - | |
| **Additional Amounts Owed Due to Mortgage Deferral or Inability to Refinance -** | | | |
| Additional Cost of 12 Months of Mortgage Deferral ($924.55 per month) | | 11,094.60 | |
| Additional Closing Costs | | *No information currently available* | |
| **Loss of Income/Payment of Expenses/Household Expenses, Net of Expense Reductions -** | | | |
| Reduction in property tax assessment | *No tax payment reduction has occurred yet* | | |
| **Subtotal** | 13,813.62 | 375,128.30 | |
| **Total** | | 388,941.92 | 2,368.92 per month |
| **Grand Total Including 6 months of Recurring Monthly Expenses (March 2010 - August 2010)** | | 403,155.44 | |

Revised from Supplemental Report

*2/23/2010*
*1:16 PM*