**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| ================================= x ========================== | | |
| | x | |
| IN RE: CHINESE-MANUFACTURED | x | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | x | SECTION: L |
| LITIGATION | x | |
| | x | JUDGE FALLON |
| THIS DOCUMENT APPLIES TO: | x | MAG. JUDGE WILKINSON |
| | x | |
| *Germano, et al v. Taishan Gypsum Co. Ltd,. et al; Docket No. 09-06687* | x x | |
| ================================= x ========================== | | |

## ORDER

Considering the foregoing;

It is ordered that the Plaintiffs' Steering Committee's Motion to Substitute Exhibits to Conform to Evidence be and it is hereby GRANTED and Exhibit A to the Affidavit of J.C. Tuthill, marked Exhibits P3.0637-0001-0014, shall be substituted for Exhibits P3.0622-0001-0015 and entered into evidence in the record of these proceedings, along with the Affidavit of J.C. Tuthill.

New Orleans, Louisiana this _____ day of _____, 2010.

_____
Judge Eldon E. Fallon
United States District Court Judge