UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION "L" |
| THIS DOCUMENT RELATES TO ALL CASES ) | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

### SOUTH KENDALL'S SUGGESTION OF BANKRUPTCY

Defendant, South Kendall Construction Company, hereby files this notice that a Chapter 7 Bankruptcy petition was filed on its behalf in the U.S. Bankruptcy Court, Southern District of Florida, on February 24, 2010 under Bankruptcy Court Case Number 10-14525-AJC. Pursuant to 11 U.S.C. § 362, an automatic stay is in effect, which stays any pending proceedings pursuant to the aforementioned statutory authority.

WHEREFORE, Defendant South Kendall Construction Company requests that this action be stayed by operation of law.

Dated this 25th day of February, 2010.

Respectfully submitted,

By: /s/ Steven G. Schwartz
Steven G. Schwartz, Esquire
SCHWARTZ & HORWITZ, PLC
6751 North Federal Hwy., Suite 400
Boca Raton, FL 33487
Telephone: 561-395-4747
Facsimile: 561-367-1550
sgs@sandhlawfirm.com
*Counsel for Defendant,*
*South Kendall Construction Co.*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing South Kendall Construction Company's Suggestion of Bankruptcy has been served on Plaintiffs' Liaison Counsel, **Russ Herman**, and Defendants' Liaison Counsel, **Kerry Miller,** by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 25th day of February, 2010.

/s/ Steven G. Schwartz
Steven G. Schwartz, Esquire

L:\OPEN FILES\100419\Pleadings\EASTERN DIST LA-MDL PLEADINGS\Suggestion of Bankruptcy-jg.doc