# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *   MDL Docket No. 2047 |
| | * |
| | *   SECTION L |
| This Document Relates to: | * |
| | *   JUDGE FALLON |
| *All Plaintiffs on the attached Exhibits A and B* | * |
| | *   MAGISTRATE JUDGE |
| | *   WILKINSON |

******************************************************************************

## ORDER

Defendants' Steering Committee's Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply With Pre-Trial Order No. 11 (R.Doc. 769) came on for hearing on the 11th day of February, 2010, immediately following the monthly status conference. For the reasons orally assigned, the Court hereby enters judgment as follows:

IT IS ORDERED that the motion is withdrawn as to all plaintiffs on the attached Exhibit A.

IT IS FURTHER ORDERED that the claims of all plaintiffs on the attached Exhibit B be and they hereby are dismissed with prejudice for failure to comply with the requirements of Pre-Trial Order No. 11.

NEW ORLEANS, LOUISIANA, this 22nd day of February, 2010.

_____
UNITED STATES DISTRICT JUDGE

| Case No. | Last | First | Firm |
|---|---|---|---|
| 2:09cv04293 | Rayfield | Sylvia | Archie Lamb |
| 2:09cv04293 | Spradlin | Brenda | Archie Lamb |
| 2:09cv04356 | Fontana | Kelly | Murray Law Firm |



| Case No. | Last | First | Firm |
|---|---|---|---|
| 2:09cv03215 | Chauffe | Michael | Irpino Law Firm |
| 2:09cv03426 | Bell | LaTonya | Matthews & Associates |
| 2:09cv04145 | Peterson | Madonna | Matthews & Associates |
| 2:09cv04147 | Brister | Candy | Matthews & Associates |
| 2:09cv04147 | Coff | Cynthia | Matthews & Associates |
| 2:09cv04147 | Cooper | Royce | Matthews & Associates |
| 2:09cv04513 | Anderson | Darren | Matthews & Associates |
| 2:09cv04513 | Anderson | Farrell | Matthews & Associates |
| 2:09cv04513 | Anderson | Kimberly | Matthews & Associates |
| 2:09cv04513 | Banks | Dorothy | Matthews & Associates |
| 2:09cv04513 | Banks | Gerald | Matthews & Associates |
| 2:09cv04513 | Brown | Joshana | Matthews & Associates |
| 2:09cv04513 | Cafarnet | August | Matthews & Associates |
| 2:09cv04513 | Davis | Lee | Matthews & Associates |
| 2:09cv04513 | Duchane | Charles | Matthews & Associates |
| 2:09cv04513 | Duchane | Susianna | Matthews & Associates |
| 2:09cv04513 | Duplessis | Georgiana | Matthews & Associates |
| 2:09cv04513 | England | Kim | Matthews & Associates |
| 2:09cv04513 | England | Michael | Matthews & Associates |
| 2:09cv04513 | Hampton | Samuel | Matthews & Associates |
| 2:09cv04513 | Hampton | Shavonne | Matthews & Associates |
| 2:09cv04513 | Hill | Geraldine | Matthews & Associates |
| 2:09cv04513 | Hunter | Isa | Matthews & Associates |
| 2:09cv04513 | Jackson | George | Matthews & Associates |
| 2:09cv04513 | Johnson | Regina | Matthews & Associates |
| 2:09cv04513 | Lafrance | Marlone | Matthews & Associates |
| 2:09cv04513 | Morgan | Sylvia | Matthews & Associates |
| 2:09cv04513 | Reddick | Jerome | Matthews & Associates |
| 2:09cv04513 | Soloman | Caffie | Matthews & Associates |
| 2:09cv04513 | Taylor | Doris | Matthews & Associates |

EXHIBIT B