Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0424

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Calmar Construction Company, Inc.

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Court Case No. 09-7628

State of: _____ ) ss.
County of: _____ )

Name of Server: **Warren D. Harper**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **9** day of **February**, 20 **10**, at **2:00** o'clock **P.** M

Place of Service: at **2420 Piedmont Street**, in **Kenner, LA 70062**

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Calmar Construction Company, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Marla McCloude   Person in Charge**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **W**; Hair Color **Brn**; Facial Hair ____
Approx. Age **30**; Approx. Height **5'6"**; Approx. Weight **130**

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this _____ day of _____, 20 ____

Notary Public        (Commission Expires)

**APS International, Ltd.**