Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0426

# AFFIDAVIT OF SERVICE — Corporate

Service of Process on:
                                                    --Paul Hyde Homes
LEVIN, FISHBEIN, ET AL                              Court Case No. 09-7628
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _____ ) ss.
County of: _____ )

**Name of Server:** Darren J. Harper, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 9 day of February, 20 10, at 2:30 o'clock P M

**Place of Service:** at 54 Coronado Ave., in Kenner, LA 70065

**Documents Served:** the undersigned served the documents described as:
Summons and Complaint; Exhibits

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Paul Hyde Homes

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Pam Hyde  person in charge

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F; Skin Color W; Hair Color Brn.; Facial Hair ____
Approx. Age 30; Approx. Height 5'6"; Approx. Weight 120

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury    Subscribed and sworn to before me this
that the foregoing is true and correct.                                   ____ day of _____, 20 ____

Signature of Server                                                       Notary Public          (Commission Expires)

**APS International, Ltd.**