Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0437

## AFFIDAVIT OF SERVICE – Corporate

Service of Process on:
--Tudela Classic Homes, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _____ ) ss.
County of: _____ )

**Name of Server:** Chris Harper, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 8 day of Feb, 20 10, at 12 o'clock P M

**Place of Service:** at 827 West 22nd Avenue, in Covington, LA 70433

**Documents Served:** the undersigned served the documents described as:
Summons and Complaint; Exhibits

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
Tudela Classic Homes, LLC
By delivering them into the hands of an officer or managing agent whose name and title is: Oris Creighton

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color B.Brn ; Facial Hair ____
Approx. Age 60 ; Approx. Height 5'1 ; Approx. Weight 196

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Christoph J Harp_
Signature of Server

Subscribed and sworn to before me this
_____ day of _____, 20 ___

_____  (Commission Expires)
Notary Public

**APS International, Ltd.**