Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0369

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--C. Adams Construction and Design LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _____ ) ss.
County of: _____ )

**Name of Server:** Davren J. Harper , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 8 day of February , 20 10 , at 10:00 o'clock A M

**Place of Service:** at 5235 Magazine Street , in New Orleans, LA 70115

**Documents Served:** the undersigned served the documents described as:
Summons and Complaint; Exhibits

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
C. Adams Construction and Design LLC

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Jimmy Clay person in charge

**Description of Person Receiving Documents:**
Sex M ; Skin Color W ; Hair Color Brn ; Facial Hair ___
Approx. Age 30 ; Approx. Height 5'10" ; Approx. Weight 160

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this ___ day of _____ , 20 ___

Notary Public    (Commission Expires)

**APS International, Ltd.**