Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0381

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Sunrise Construction and Development LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of:_____) ss.
County of:_____)

Name of Server: _____David J. Harper_____, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __8__ day of __February__, 20 _10_, at _10:00_ o'clock _A_ M

Place of Service: at 643 Magazine Street, Suite 300, in New Orleans, LA 70130

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on:
Person Served, and Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**Sunrise Construction and Development LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: __S. Dubnet   person in charge__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _W_ ; Hair Color _Brn_ ; Facial Hair _____
Approx. Age _3_ ; Approx. Height _5'6"_ ; Approx. Weight _120_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this ____ day of _____, 20___

_____
Notary Public         (Commission Expires)

**APS International, Ltd.**