Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0060

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Global Home Builders, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **FLORIDA** ) ss.
County of: **SAINT LUCIE**

**Name of Server:** _N. KOURA_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **6** day of **Feb**, 20 **10**, at **4:55** o'clock **P** M

**Place of Service:** at **3813 LaFleur St.** ~~1301 SW Babcock Ave.~~, in Port St. Lucie, FL 34953

**Documents Served:** the undersigned served the documents described as:
Summons and Complaint; Exhibits

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Global Home Builders, Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **JOSE CAOERO (PRESIDENT)**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M** ; Skin Color **Hisp** ; Hair Color **Gray** ; Facial Hair **N/A**
Approx. Age **60** ; Approx. Height **5'5"** ; Approx. Weight **165**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
C.P.S. # 09-26
APS International, Ltd.

Subscribed and sworn to before me this **6** day of **FEB**, 20 **10**

Notary Public

[Notary seal: JOSEPH JOHN, My Commission Expires December 28, 2011, #DD 741438, Notary Public State of Florida]