Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0115

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Louran Gips KG
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **FLORIDA** ) ss.
County of: **SAINT LUCIE** )
Name of Server: **A. Koura**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **6** day of **Feb**, 20 **10**, at **3:42** o'clock **P** M

Place of Service: at **414 SW D. Dalton Circel**, in **Port St. Lucie, FL 34953**

Documents Served: the undersigned served the documents described as:
Summons and Complaint; Exhibits

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Louran Gips KG

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Vincent Montanto (President)**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M** ; Skin Color **W** ; Hair Color **Gray** ; Facial Hair **N/A**
Approx. Age **49** ; Approx. Height **5'6"** ; Approx. Weight **240**

**X** To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **6** day of **FEB**, 20 **10**

Signature of Server
C.P.S. # CPA-26
APS International, Ltd.

Notary Public (Commission Expires)
JOSEPH JOHN RICH
MY COMMISSION EXPIRES
December 28, 2011
#DD 741438