Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0069

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Diamond Court Construction Company
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **FLORIDA** ) ss.
County of: **SAINT LUCIE**
Name of Server: **R. Vieira**, undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **6** day of **Feb**, 20 **10**, at **5:34** o'clock **P** M

Place of Service: at **2112 SE Bersell Rd.**, in **Port St. Lucie, FL 34952**

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Diamond Court Construction Company**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and
title is: **Lance Collins (President)**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M** ; Skin Color **W** ; Hair Color **Blk** ; Facial Hair **N/A**
Approx. Age **45** ; Approx. Height **6'3"** ; Approx. Weight **210**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury
that the foregoing is true and correct.

Signature of Server
C.P.S. # 29-26
APS International, Ltd.

Subscribed and sworn to before me this
**6** day of **FEB**, 20 **10**

Notary Public (Commission Expires)

JOSEPH JOHN RICH
MY COMMISSION EXPIRES
December 24, 2011
#DD 741438
NOTARY PUBLIC, STATE OF FLORIDA