Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0085

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--RFC Homes
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **FLORIDA** ) ss.
County of: **SAINT LUCIE** )

**Name of Server:** _____H. Koura_____, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 6 day of Feb, 20 10, at 7:52 o'clock P M

**Place of Service:** at 307 NW Treeline Trace, in Port St. Lucie, FL 34986

**Documents Served:** the undersigned served the documents described as:
Summons and Complaint; Exhibits

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
RFC Homes

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Anthony Cantone (Vice President)

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color Blonde ; Facial Hair N/A
Approx. Age 77 ; Approx. Height 6'1" ; Approx. Weight 175

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
C 854 09-30
APS International, Ltd.

Subscribed and sworn to before me this
6 day of FEB, 20 10

Notary Public (Commission Expires)

[Notary Seal: JOSEPH JOHN, MY COMMISSION EXPIRES December 28, 2011, DD 741438, NOTARY PUBLIC STATE OF FLORIDA]