Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0098

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Vicinity Drywall, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __FLORIDA__ ) ss.
County of: __SAINT LUCIE__ )
Name of Server: __A. Young__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __6__ day of __Feb.__, 20 __10__, at __8:04__ o'clock __P__ M

Place of Service: at __5257 NW Gamma Street__, in __Port St. Lucie, FL 34986__

Documents Served: the undersigned served the documents described as:
Summons and Complaint; Exhibits

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Vicinity Drywall, Inc.

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __Brian White (President)__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __W__ ; Hair Color __Blonde__ ; Facial Hair __N/A__
Approx. Age __35__ ; Approx. Height __5'10"__ ; Approx. Weight __185__

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
CPS-34 09-26
APS International, Ltd.

Subscribed and sworn to before me this __6__ day of __FEB__, 20 __10__

Notary Public (Commission Expires)

[Notary seal: JOSEPH JOHN, MY COMMISSION EXPIRES December 28, 2011, #DD 741438, NOTARY PUBLIC STATE OF FLORIDA]