Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0111

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Louran Builders, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: FLORIDA ) ss.
County of: SAINT LUCIE )
Name of Server: A. Roura , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 6 day of Feb , 20 10 , at 3:42 o'clock P M

Place of Service: at 414 SW D. Dalton Circel , in Port St. Lucie, FL 34953

Documents Served: the undersigned served the documents described as:
Summons and Complaint; Exhibits

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Louran Builders, Inc.

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Vincent Montalto (President)

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color Gray ; Facial Hair N/A
Approx. Age 40 ; Approx. Height 5'6" ; Approx. Weight 240

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 6 day of FEB , 20 10

Notary Public (Commission Expires)

Signature of Server
APS International, Ltd.