Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0106

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Vincent Montalto Construction, Inc
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __FLORIDA__ ) ss.
County of: __SAINT LUCIE__ )
Name of Server: __A. Doira__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __6__ day of __Feb__, 20 __10__, at __3:42__ o'clock __P__ M

Place of Service: at __414 SW D. Dalton Circle__, in __Port St. Lucie, FL 34953__

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Vincent Montalto Construction, Inc**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __Vincent Montalto (President)__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __W__ ; Hair Color __Curly Brown__ Facial Hair __N/A__
Approx. Age __49__ ; Approx. Height __5'11"__ ; Approx. Weight __240__

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this __6__ day of __FEB__, 20 __10__.

Notary Public

Signature of Server
APS International, Ltd.