Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0193

## AFFIDAVIT OF SERVICE — Corporate

Service of Process on:
--Cardel Master Builder, Inc., dba Cardel Homes
Corporation Trust Center
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **DELAWARE** ) ss.
County of: **NEW CASTLE** )

Name of Server: **ROBERT DELACY III**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **3** day of **February**, 20 **10**, at **1:40** o'clock **P.** M

Place of Service: at **1209 Orange Street**, in **Wilmington, DE 19801**

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Cardel Master Builder, Inc., dba Cardel Homes Corporation Trust Center**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **SCOTT LASCALA, OPERATIONS MANAGER**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **WHITE**; Hair Color **BROWN**; Facial Hair ____
Approx. Age **35**; Approx. Height **6'**; Approx. Weight **230 lbs**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **3** day of _____, 10

Notary Public

Commission Expires MARCH 14, 2011

**APS International, Ltd.**