Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   101729-0442

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--DMH Development, Co.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Mississippi__ ) ss.
County of: __Jones__ )

Name of Server: __Davy Keith__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __3__ day of __Feb.__, 20 __10__, at __4:05__ o'clock __P.__ M

Place of Service: at ~~92 Bridgewater Drive~~ 11 Christina Dr., in __Hattiesburg, MS 39402__

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**DMH Development, Co.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __Jennifer Harvey, Authorized Agent__

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex __F__ ; Skin Color __W__ ; Hair Color __Brown__ ; Facial Hair __N__
Approx. Age __45-50__ Approx. Height __5'7__ ; Approx. Weight __120__
[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this __4__ day of __Feb.__, 20 __10__

_____
Notary Public          (Commission Expires)

MICHELLE MURRAY
NOTARY PUBLIC
JASPER-JONES COUNTY, MS