Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0194

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--L&W Supply Corporation, dba Seacoast Supply
Corporation Trust Center
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __DELAWARE__ ) ss.
County of: __NEW CASTLE__ )

**Name of Server:** __ROBERT DELACY III__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __3__ day of __February__, 20 __10__, at __1:40__ o'clock __P.M__

**Place of Service:** at __1209 Orange Street__, in __Wilmington, DE 19801__

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
L&W Supply Corporation, dba Seacoast Supply Corporation Trust Center

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __SCOTT LASCALA, OPERATIONS MANAGER__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__ ; Skin Color __WHITE__ ; Hair Color __BROWN__ ; Facial Hair ____
Approx. Age __35__ ; Approx. Height __6'__ ; Approx. Weight __230 lbs__

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this
__3__ day of _____, 20__

Notary Public   (Commission Expires)

APS International, Ltd.