Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  101729-0345

## AFFIDAVIT OF SERVICE — Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

--Klepk Bros. Drywall, Inc.
Court Case No. 09-7628

---

State of: Florida ss.
County of: Orange

Name of Server: Anthony Lu , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 3 day of February , 20 10, at 6:40 o'clock P M

Place of Service: at 2409 Raven Croft Ct. , in Orlando, FL 32837

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Klepk Bros. Drywall, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Kevin Klepk, Director

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Black/white ; Facial Hair Beard
Approx. Age 55 ; Approx. Height 6'2" ; Approx. Weight 210

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

2-5-10

Signature of Server Anthony Lu

**APS International, Ltd.**        #-7053

Subscribed and sworn to before me this
5 day of February, 20 10

Notary Public            (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Karen S. Hernandez
Commission #DD859349
Expires:  MAY 22, 2013
BONDED THRU ATLANTIC BONDING CO, INC.