IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047 |
| | ) | SECTION: L |
| THIS DOCUMENT RELATES TO: **CASES IN WHICH THE DISTRIBUTOR DEFENDANTS HAVE BEEN SERVED** | ) ) ) ) ) | JUDGE FALLON MAG. JUDGE WILKINSON |

## ORDER

**CONSIDERING** the Ex Parte Motion to Join Filing filed by Distributor Defendants.

**IT IS HEREBY ORDERED** that the motion is GRANTED and that the Distributor Defendants are joined in the Manufacturer Defendant's Request for Certification.

New Orleans, Louisiana, this ___ day of March, 2010

_____
U.S. District Judge

1