IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION:  L |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE FALLON |
| Sean and Beth Payton, et al. v. Knauf Gips, KG, et al. Case No. 2:09-cv-07628-EEF-JCW | MAG. JUDGE WILKINSON |

_____/

## CONSENT MOTION FOR EXTENSION OF TIME
## TO RESPOND TO PAYTON CLASS ACTION COMPLAINT

Defendant, Palm State Construction, Inc. ("Palm State"), by and through its undersigned counsel, hereby moves this Court for an extension of time to respond to Plaintiffs' Omnibus Class Action Complaint (I) filed in the above-referenced action, Case No. 2:09-cv-7628 ("Payton Complaint"), and in support thereof states:

1. Palm State was served with the Payton Complaint on or about February 5, 2010.

2. Thus, pursuant to Fed. R. Civ. P. 12(a), the deadline for Palm State to file a responsive pleading is February 25, 2010.

3. Plaintiffs' Liaison Counsel has consented to an extension of 30 days for Palm State to file and serve responsive pleadings to the Payton Complaint.

4. Palm State requests an additional 30 days to investigate the allegations in the Payton Complaint and prepare an appropriate responsive pleading.

5.     This extension will not prejudice any of the parties, nor will it delay the proceedings.  Further, Palm State has not previously requested an extension of time to respond to the Payton Complaint.

WHEREFORE, Palm State moves the Court to grant it an extension of 30 days to respond to the Payton Complaint.

Dated:  February 25, 2010.

s/ Adam C. King
JEFFREY M. PASKERT
Florida Bar No. 339652
ADAM C. KING
Florida Bar No. 156892
MILLS PASKERT DIVERS
100 N. Tampa Street, Suite 2010
Tampa, Florida  33602
(813) 229-3500 – Telephone
(813) 229-3502 – Facsimile
*Attorneys for Palm State Construction, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY certify that on February 25, 2010, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

s/ Adam C. King
Attorney