UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL           MDL NO. 2047
PRODUCTS LIABILITY LITIGATION

SECTION:  L

THIS DOCUMENT RELATES TO:

JUDGE FALLON
Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.,           MAG. JUDGE WILKINSON
Case No. 2:09-cv-07628.

_____/

## **ORDER**

CONSIDERING the Consent Motion for Extension of Time to Respond to Payton Class Action Complaint filed by Defendant, Palm State Construction, Inc.,

IT IS ORDERED that Defendant, Palm State Construction, Inc., is granted a 30 day extension of time to file responsive pleadings to Plaintiffs' Class Action Complaint.

New Orleans, Louisiana, this ____ day of _____, 2010.

_____
U.S. District Judge