UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

SEAN AND BETH PAYTON, etc., et al.,

    Plaintiffs,

v.                                              **Case No.: 09-7628** (Sect. L Mag. 2)

KNAUF GIPS KG; et al.

    Defendants.

_____/

**DEFENDANT, G.L.B. AND ASSOCIATES D/B/A BALLI CONSTRUCTION'S VERIFIED MOTION TO ENFORCE SETTLEMENT AGREEMENT, AND FOR AN AWARD OF ATTORNEY'S FEES**

Defendant, **G.L.B. AND ASSOCIATES D/B/A BALLI CONSTRUCTION** (Defendant's Subclass # 173), hereby gives notice that it has amicably resolved and settled all claims asserted in this action against it by Plaintiffs, **JOSE HERNANDEZ and CONCEPCION HERNANDEZ**, and, for the reasons more fully addressed in the attached memorandum in support, submits this motion seeking to enforce the settlement agreement between the parties, thereby dismissing Defendant from this litigation with prejudice, for an award of attorney's fees, and such other relief as is just and proper.

1

Respectfully Submitted,

*/s/ Stephen J. Kolski, Jr.*
**STEPHEN J. KOLSKI, JR.**
(Fla. Bar No.: 856673)
Email: stevekolski@catlin-saxon.com
**Catlin Saxon Fink & Kolski, LLP**
2600 Douglas Road, Suite 1109
Coral Gables, Florida 33134
Telephone: (305) 371-9575
Facsimile: (305) 371-8011

*/s/ Jason Waguespack*
**JASON WAGUESPACK**
Email: jwaguespack@gtbs.com
Galloway, Johnson, Tompkins Burr and Smith
One Shell Square
701 Poydras St., 40th Floor
New Orleans, Louisiana 70139
Telephone: (504) 525-6802
Fax: (504) 525-2456

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Verified Motion to Enforce Settlement Agreement, and for an Award of Attorney's Fees has been served on Plaintiffs' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 25th day of February, 2010.

*/s/ Jason Waguespack*
**JASON WAGUESPACK**