### Declaration pursuant to 28 U.S.C. § 1746

I declare under penalty of perjury that the facts set forth in the foregoing motion are true and correct, based upon my personal knowledge. Executed on February _____, 2010.

_____
**Giorgio Balli**
**President**
**G.L.B. & Associates, Inc.,**
  **d/b/a Balli Construction**