*Execution Copy – December 9, 2009*

## IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
## IN AND FOR MIAMI-DADE COUNTY, FLORIDA

JOSE G. HERNANDEZ and CONCEPCION HERNANDEZ,

    Plaintiffs,

v.                                                                                  Case No.: 09-41648 CA (40)

6250 SW 79TH STREET, LLC; MDLV, LLC, D/B/A ONE SOTHEBY'S INTERNATIONAL REALTY; ADELA MARIA BALLI; PDQ INSPECTIONS, INC.; G.L.B. AND ASSOCIATES, INC. D/B/A BALLI CONSTRUCTION; GIORGIO BALLI, INDIVIDUALLY AND D/B/A BALLI CONSTRUCTION; SUNSHINE DRYWALL, INC.; BANNER SUPPLY CO.; ROSEN BUILDING SUPPLIES, INC. D/B/A ROSEN MATERIALS,

    Defendants,

_____/

## CONFIDENTIAL SETTLEMENT AGREEMENT AND STIPULATION FOR DISMISSAL OF CERTAIN PARTIES, CLAIMS AND CASES

**THIS AGREEMENT** is entered into by and between Plaintiffs, **Jose G. Hernandez** and **Concepcion Hernandez** (Collectively, "Plaintiffs"), on the one hand, and Defendants, **6250 SW 79th Street, LLC** ("6250 LLC"), **Adela Maria Balli, G.L.B. And Associates, Inc. d/b/a Balli Construction** ("GLB & Associates"), **Giorgio Balli, individually and d/b/a Balli Construction** ("Giorgio Balli"), **and MDLV, LLC, d/b/a One Sotheby's International Realty** ("One Sotheby's") ("Settling Defendants"), and 6250 LLC's General Liability Insurance Carrier, **Colony Insurance**, on the other hand, in Miami Dade County, Florida as of Dec. 28th 2009 (the "Effective Date").

1



*Execution Copy – December 9, 2009*

## Recitals

Whereas, Plaintiffs have commenced the above-styled action (**"the Lawsuit"**) against Settling Defendants and other Defendants asserting various causes of action arising out of and related to the alleged fact that their residence located at 6250 S.W. 79th Street, Miami, FL (the "Residence") is uninhabitable due to the presence of defective Drywall therein; and

Whereas, 6250 LLC was the developer of the Residence and sold the Residence to the Plaintiffs; and

Whereas, GLB & Associates was the General Contractor that built the Residence under contract with 6250 LLC; and

Whereas, Giorgio Balli is a licensed general contractor, qualifier for GLB & Associates, and Managing Member of 6250 LLC; and

Whereas, Adella Maria Balli is a licensed real estate agent associated as an independent contractor with One Sotheby's, which parties received a real estate commission on connection with the sale of the Residence to the Plaintiffs; and

Whereas, Colony Insurance is 6250 LLC's general liability insurance carrier and desires to make a financial contribution to settle this matter on behalf of 6250 LLC in order to obtain a release from Plaintiffs in favor of 6250 LLC and in favor of Colony Insurance; and

Whereas, Colony Insurance has filed a separate Petition for Declaratory Judgment action styled <u>Colony Insurance v 6250 SW 79th Street, LLC, Giorgio Balli, Jose Hernandez and Concepcion Hernandez</u>, United States District Court, Southern District of Florida Case No.: 09-22282 (the "Federal Declaratory Judgment Action"); and

2



*Execution Copy – December 9, 2009*

Whereas, Settling Defendants desire to amicably resolve the claims asserted against them by Plaintiffs in this action, and the applicable parties desire to amicably resolve the claims asserted in the Federal Declaratory Judgment Action, without any admission or fault or liability, but merely to avoid the anticipated significant expenses of defending the above-styled litigation which is now pending in the "Chinese Drywall" division of the Miami-Dade County Circuit Court;

**NOW, THEREFORE**, in consideration of the foregoing recitals and the mutual covenants and agreements herein, the parties signing below agree and contract as follows:

1. **Settlement Payment to Plaintiffs.** Within 30 days of the Effective Date, Settling Defendants and Colony shall pay Plaintiffs the total sum of **$182,500.00** (the "Total Settlement Payment"), as follows:

    a. Colony Insurance, on its own behalf and for the benefit of its insured, 6250 LLC, shall pay Plaintiffs the total sum of **$75,000.00** (both Colony and 6250 LLC being jointly and severally liable to make such payment);

    b. GLB & Associates, Giorgio Balli and Adella Maria Balli, jointly and severally, shall pay Plaintiffs the total sum of **$92,500.00**;

    c. One Sotheby's shall pay Plaintiffs the total sum of **$15,000.00**.

Each of the foregoing settlement payments shall be made by company check payable to the Higer Lichter & Givner, LLP Trust Account. In the event Plaintiffs fail to receive cleared funds for the Total Settlement Payment within 30 days of execution of this Agreement, Plaintiffs shall have the option of: (i) enforcing the payment obligations against such Defaulting Defendant; or (ii) declaring the Agreement void as to one or



*Execution Copy – December 9, 2009*

more Defaulting Defendants (but not any Defendant that has paid its share of the Total Settlement Payment in full), in which case none of the releases and covenants not to sue or other provisions of this Agreement in favor of such Defaulting Defendant shall take or have any force or effect (while the remainder of this Agreement remains in full force and effect as between Plaintiffs and the non-Defaulting Defendants). The foregoing sentence is in addition to (and not in substitution or in lieu of) any and all remedies that Plaintiffs have, at law and in equity, and all such remedies of Plaintiffs shall be, and hereby are, expressly preserved.

    2.    **Release of claims**. As of the Effective Date:

    a.    **Release in favor of 6250 LLC and Colony Insurance**. Upon receipt of cleared funds from 6250 LLC and Colony in accordance with Section 1(a), Plaintiffs, individually and collectively, and on behalf of their minor children, their unborn children, as well as their heirs, successors, and assigns, release 6250 LLC, and its members, managers, employees, predecessors, successors, attorneys and insurance carriers, including without limitation Colony Insurance, from all debts, demands, actions, causes of action, claims, suits, damages, losses, fees, sums of money, controversies, agreements, promises, implied or express warranties, product liability claims, personal injury claims, and all other liabilities whatsoever, past, present or future, vested or contingent, both in law and in equity, whether direct or indirect, foreseen or unforeseen, known or unknown, which Plaintiffs or their minor children, their unborn children, as well as their heirs, successors, and assigns, had, now have, or in the future may have arising out of or related to the development of the Residence by 6250 LLC, Plaintiffs' purchase of the Residence from 6250 LLC, or Plaintiffs' ownership, occupancy or repair

*Execution Copy – December 9, 2009*

of the Residence after acquisition from 6250 LLC, including without limitation all claims that were asserted, compulsory claims that should have been asserted, and all known and unknown permissive claims that could have been asserted now, and all known and unknown claims that might mature or be asserted in the future arising out of or related to the presence of defective Drywall at the Residence. The scope of this release shall in no event include 6250 LLC and Colony Insurance's joint and several obligations to make the payment set forth in paragraph 1(a) above. This release does not apply to any claim, demand, suit, obligation or liability against Colony based on any insurance policy issued in favor of any person or entity other than 6250 LLC.

      b.     **Release in favor of GLB & Associates, Giorgio Balli and Adella Balli.** Upon receipt of cleared funds from GLB & Associates, Giorgio Balli and Adella Maria Balli in accordance with Section 1(b), Plaintiffs, individually and collectively, and on behalf of their minor children, their unborn children, as well as their heirs, successors, and assigns, release GLB & Associates, Giorgio Balli and Adella Maria Balli, and their shareholders, directors, officers, qualifiers, employees, predecessors, heirs, successors, attorneys and insurance carriers, from all debts, demands, actions, causes of action, claims, suits, damages, losses, fees, sums of money, controversies, agreements, promises, implied or express warranties, product liability claims, personal injury claims, and all other liabilities whatsoever, past, present or future, vested or contingent, both in law and in equity, whether direct or indirect, foreseen or unforeseen, known or unknown, which Plaintiffs or their minor children, their unborn children, as well as their heirs, successors, and assigns, had, now have, or in the future may have arising out of or related to GLB & Associates' construction of the Residence for 6250

*Execution Copy – December 9, 2009*

LLC, or Plaintiffs ownership, repair and occupancy of the Residence after purchase from 6250 LLC, including without limitation all claims that were asserted, compulsory claims that should have been asserted, and all known and unknown permissive claims that could have been asserted now, and all known and unknown claims that might mature of be asserted in the future arising out of or related to the presence of defective Drywall at the Residence. The scope of this release shall in no event include GLB & Associates, Giorgio Balli and Adella Maria Balli's joint and several obligations to make the payment set forth in paragraph 1(b) above.

   e. **Release in favor of One Sotheby's**. Upon Plaintiffs receipt of cleared funds from One Sotheby's in accordance with Section 1(c), Plaintiffs, individually and collectively, and on behalf of their minor children, their unborn children, as well as their heirs, successors, and assigns, release One Sotheby's, its, officers, managers, members, agents and employees, from all debts, demands, actions, causes of action, claims, suits, damages, losses, fees, sums of money, controversies, agreements, promises, implied or express warranties, product liability claims, claims for fraud, claims for negligent misrepresentation, claims based on respondeat superior, and all other liabilities whatsoever, past, present or future, vested or contingent, both in law and in equity, whether direct or indirect, foreseen or unforeseen, known or unknown, which Plaintiffs or their minor children, their unborn children, heirs, successors, and assigns had, now have or in the future may have arising out of or related to Adella Maria Balli's role as listing real estate agent for the Residence, One Sotheby's role as listing broker and independent contractor relationship with Adella Maria Balli, and disclosures made to or not made by Adella Maria Balli to Plaintiffs or their agents that may have

*Execution Copy – December 9, 2009*

induced Plaintiffs to purchase the Residence, all in connection with Plaintiff's purchase of the Residence from 6250 LLC, including without limitation all claims that were asserted, compulsory claims that should have been asserted, and all known and unknown permissive claims that could have been asserted now, and all known and unknown claims that might mature or be asserted in the future arising out of or related to the presence of defective Drywall at the Residence. The scope of this release shall in no event include One Sotheby's settlement payment obligations set forth in paragraph 1(c), above.

      f.    **Mutual limited release between 6250 LLC and Colony Insurance.** 6250 LLC, its members, managers, agents, employees, successors and assigns, on the one hand, and Colony Insurance, its shareholders, directors, employees, successors and assigns, on the other hand, release one another on a limited basis for all claims arising out of or related to Plaintiffs' claims against 6250 LLC asserted in the above-styled action, including without limitation any claim by 6250 LLC against Colony Insurance for indemnity from such claims, and any claim by Colony Insurance for reimbursement of any costs or attorney's fees incurred with RUMBERGER KIRK & CALDWELL PA to defend 6250 LLC in this action, or for reimbursement of funds paid by Colony Insurance to settle this action with the Plaintiffs. However, the scope of this release shall not include: (a) 6250 LLC's pending claim against Colony Insurance for reimbursement of attorney's fees and costs incurred with Catlin Saxon Fink & Kolski, LLP, to defend 6250 LLC in this action; (b) Colony Insurance's settlement payment obligations for the benefit of 6250 LLC set forth in paragraph 1(a), above; (c) a claim by 6250 LLC against Colony for defense from, or

7



*Execution Copy – December 9, 2009*

indemnity to, a claim or lawsuit by any past tenant at the Residence against 6250 LLC arising out of or related to the presence of defective Chinese drywall at the Residence; or (d) by 6250 LLC against Colony for defense from, or indemnity to, any claim or lawsuit by a third party asserted against 6250 LLC arising out of or related the presence of allegedly defective Drywall at the Residence

   g. **Mutual limited release between Adella Maria Balli and One Sotheby's**. Adella Maria Balli, and her heirs, on the one hand, and One Sotheby's, its, **officers, managers, members, agents, employees, successors** and assigns, on the other hand, release one another on a limited basis for all claims arising out of or related to Plaintiffs' claims against Adella Maria Balli and One Sotheby's asserted in the above-styled action, including without limitation any claim by One Sotheby's against Adella Maria Balli for common law indemnity, or contractual indemnity pursuant to the terms of the independent contractor's agreement between the parties, or to recover attorney's fees, costs or settlement funds paid to Plaintiffs to resolve this action, from the beginning of the World through the Effective Date. However, the scope of this release shall not include any claim that Adella Maria Balli and/or One Sotheby's may have against Greenwich Insurance Company for reimbursement of attorney's fees and costs incurred to defend the above-styled action, or for indemnification from the funds spent to settle the above-styled action.

   h. **Mutual limited release between Giorgio Balli and One Sotheby's**. Giorgio Balli, and his heirs, on the one hand, and One Sotheby's, its officers, managers, members, agents, employees, successors and assigns, on the other hand, release one another on a limited basis for all claims arising out of or related to

