*Execution Copy – December 9, 2009*

Plaintiffs' claims against Giorgio Balli and One Sotheby's asserted in the above-styled action, including without limitation any claim by One Sotheby's against 6250 LLC or Giorgio Balli for common law indemnity or contractual indemnity to recover attorney's fees, costs or settle funds paid to Plaintiffs to resolve this action, from the beginning of the World through the Effective Date.

      i.    **Mutual limited release between 6250 LLC and One Sotheby's**. 6250, LLC, and its members, managers and employees, on the one hand, and One Sotheby's, its **officers, managers, members, agents, employees**, successors, and assigns, on the other hand, release one another on a limited basis for all claims arising out of or related to Plaintiffs' claims against 6250 LLC and One Sotheby's asserted in the above-styled action, including without limitation any claim by One Sotheby's against 6250 LLC for common law indemnity or contractual indemnity to recover attorney's fees, costs or settle funds paid to Plaintiffs to resolve this action, from the beginning of the World through the Effective Date.

      j.    **Mutual limited release between GLB & Associates and One Sotheby's**.  GLB & Associates, and its, officers, managers, members, agents, employees, successors and assigns, on the other hand, release one another on a limited basis for all claims arising out of or related to Plaintiffs' claims against GLB & Associates and One Sotheby's asserted in the above-styled action, including without limitation any claim by One Sotheby's against Giorgio Balli for common law indemnity or contractual indemnity to recover attorney's fees, costs or settle funds paid to Plaintiffs to resolve this action.

*Execution Copy – December 9, 2009*

k.    **Mutual limited release between Giorgio Balli and Colony Insurance.**   Giorgio Balli, his heirs, successors and assigns, on the one hand, and Colony Insurance, its shareholders, directors, employees, successors and assigns, on the other hand, release one another on a limited basis for all claims arising out of or related to Plaintiffs' claims against Giorgio Balli asserted in the above-styled action, including without limitation any claim by Giorgio Balli against Colony Insurance for indemnity from such claims, and any claim by Colony Insurance for reimbursement of any costs or attorney's fees incurred with Rumberger Kirk & Caldwell PA to defend Giorgio Balli in this action, or for reimbursement of funds paid by Colony Insurance to settle this action with the Plaintiffs.  However, the scope of this release shall not include: (a) any claim by Giorgio Balli against Colony Insurance for reimbursement of attorney's fees and costs incurred with Catlin Saxon Fink & Kolski, LLP to defend Giorgio Balli in this action; and (b) any claim by Giorgio Balli against Colony, pursuant to 6250 LLC's insurance contract(s) with Colony, for a defense to, or indemnity from, a claim or lawsuit by a third party asserted against Giorgio Balli arising out of or related the presence of allegedly defective Drywall at the Residence

l.    **Release in favor of Plaintiffs and Covenant Not to Sue.  Each Settling Defendant and Colony Insurance,** individually and collectively, and on behalf of their heirs, members, managers, agents, shareholders, directors, employees, successors and assigns, release Plaintiffs, their heirs, minor children, unborn children, successors and assigns, from  all debts, demands, actions, causes of action, claims, suits, damages, losses, fees, sums of money, controversies, agreements, promises, implied or express warranties, product liability claims, personal injury claims, and all

10



*Execution Copy – December 9, 2009*

other liabilities whatsoever, past, present or future, vested or contingent, both in law and in equity, whether direct or indirect, foreseen or unforeseen, known or unknown, which any Settling Defendant and/or Colony Insurance, individually and/or collectively, and on behalf of their heirs, members, managers, agents, shareholders, directors, employees, successors and assigns, had, now have, or in the future may have arising out of or related to the Residence and/or Plaintiffs' purchase of the Residence from 6250 LLC, or Plaintiffs' ownership, occupancy or repair of the Residence after acquisition from 6250 LLC, including without limitation all claims that were asserted, compulsory claims that should have been asserted, and all known and unknown permissive claims that could have been asserted now, and all known and unknown claims that might mature or be asserted in the future arising out of or related to the presence of defective Drywall at the Residence. Settling Defendants and Colony Insurance, individually and collectively, and on behalf of their heirs, members, managers, agents, shareholders, directors, employees, successors and assigns, hereby covenant not to sue and shall never institute any action or suit at law or in equity against any Plaintiff or any of their heirs, minor children, unborn children, successors and assigns, nor institute, prosecute or in any way aid in the institution or prosecution of any claim, demand, action, cause of action, creditor's claim or proceeding supplementary for damages, costs, loss of use, repair expenses, or compensation against any Plaintiff or any of their heirs, minor children, unborn children, successors and assigns, for or on account of any damage, loss or injury either to person or property, or both, whether developed or undeveloped, resulting or to result, known or unknown, past, present or future, arising out of or related to the Residence or Plaintiffs' purchase of, ownership of, occupancy of, repair of, or

11

*Execution Copy – December 9, 2009*

resale of the Residence, including without limitation all claims that were asserted, compulsory claims that should have been asserted, and all known and unknown permissive claims that could have been asserted now, and all known and unknown claims that might mature or be asserted in the future arising out of or related to the presence of defective Drywall at the Residence.

3.   **Covenant not to sue**.  Upon receipt of clear funds representing the Total Settlement Payment into counsel for Plaintiffs' Trust Account as specifically contemplated by paragraphs 1(a), 1(b) and 1(c) above, then:

a.   **In favor of 6250 LLC**.  Plaintiffs, individually and collectively, and on behalf of their minor children, their unborn children, and their heirs, successors, successors in interest, and assigns, hereby covenant not to sue and shall never institute any action or suit at law or in equity against 6250 LLC, its members, managers or employees, nor institute, prosecute or in any way aid in the institution or prosecution of any claim, demand, action, cause of action, creditor's claim or proceeding supplementary for damages, costs, loss of use, repair expenses, or compensation against 6250 LLC, its members, managers or employees, for or on account of any damage, loss or injury either to person or property, or both, whether developed or undeveloped, resulting or to result, known or unknown, past, present or future, arising out of or related to their purchase of, ownership of, occupancy of, repair of, or resale of the Residence.

b.   **In favor of GLB & Associates**.  Plaintiffs, individually and collectively, and on behalf of their minor children, their unborn children, and their heirs, successors, successors in interest, and assigns, hereby covenant not to sue and shall

12



*Execution Copy – December 9, 2009*

never institute any action or suit at law or in equity against GLB & Associates, its shareholders, directors, officers and employees, nor institute, prosecute or in any way aid in the institution or prosecution of any claim, demand, action, cause of action, creditor's claim or proceeding supplementary for damages, costs, loss of use, repair expenses, or compensation against GLB & Associates, its shareholders, directors, officers and employees, for or on account of any damage, loss or injury either to person or property, or both, whether developed or undeveloped, resulting or to result, known or unknown, past, present or future, arising out of or related to their purchase of, ownership of, occupancy of, repair of, or resale of the Residence.

      c.   **In favor of Giorgio Balli.** Plaintiffs, individually and collectively, and on behalf of their minor children, their unborn children, and their heirs, successors, successors in interest, and assigns, hereby covenant not to sue and shall never institute any action or suit at law or in equity against Giorgio Balli, nor institute, prosecute or in any way aid in the institution or prosecution of any claim, demand, action, cause of action, creditor's claim or proceeding supplementary for damages, costs, loss of use, repair expenses, or compensation against Giorgio Balli for or on account of any damage, loss or injury either to person or property, or both, whether developed or undeveloped, resulting or to result, known or unknown, past, present or future, arising out of or related to their purchase of, ownership of, occupancy of, repair of, or resale of the Residence.

      d.   **In favor of Adella Maria Balli.**

         i.   **From Plaintiffs.** Plaintiffs, individually and collectively, and on behalf of their minor children, their unborn children, and their heirs,

13

*Execution Copy – December 9, 2009*

successors, successors in interest, and assigns, hereby covenant not to sue and shall never institute any action or suit at law or in equity against Adella Maria Balli, nor institute, prosecute or in any way aid in the institution or prosecution of any claim, demand, action, cause of action, creditor's claim or proceeding supplementary for damages, costs, loss of use, repair expenses, or compensation against Adella Maria Balli for or on account of any damage, loss or injury either to person or property, or both, whether developed or undeveloped, resulting or to result, known or unknown, past, present or future, arising out of or related to their purchase of, ownership of, occupancy of, repair of, or resale of the Residence.

      ii.    **From One Sotheby's**.  One Sotheby's hereby covenants not to sue and shall never institute any action or suit at law or in equity against Adella Maria Balli, nor institute, prosecute or in any way aid in the institution or prosecution of any claim, demand, action, cause of action, creditor's claim or proceeding supplementary for damages, costs, loss of use, repair expenses, or compensation against Adella Maria Balli for or on account of any damage, loss or injury either to person or property, or both, whether developed or undeveloped, resulting or to result, known or unknown, past, present or future, arising out of or related to the claims asserted against One Sotheby's or Adella Maria Balli in the Lawsuit, for common law indemnity or for contractual indemnity pursuant to the parties' independent contractor's agreement .

14

*Execution Copy – December 9, 2009*

e.     **In favor of Colony Insurance.**     Plaintiffs, individually and collectively, and on behalf of their minor children, their unborn children, and their heirs, successors, successors in interest, and assigns, hereby covenant not to sue and shall never institute any action or suit at law or in equity against Colony Insurance or its insured 6250 LLC, its shareholders, directors, officers, agents, and employees, nor institute, prosecute or in any way aid in the institution or prosecution of any claim, demand, action, cause of action, creditor's claim or proceeding supplementary for damages, costs, loss of use, repair expenses, or compensation against Colony Insurance, its shareholders, directors, officers and employees for or on account of any damage, loss or injury either to person or property, or both, whether developed or undeveloped, resulting or to result, known or unknown, past, present or future, arising out of or related to 6250 LLC's development of and sale of the Residence to Plaintiffs. This covenant not to sue in no way prevents Plaintiffs individually or collectively, or their minor children, their unborn children, or their heirs, successors, successors in interest, and assigns from suing Colony on any claim, demand, action, suit, obligation or liability arising from, related to or based on any insurance policy issued to any insured other than 6250 LLC.

f.     **In favor of Patricia Kern and her employer or principal.** Plaintiffs, individually and collectively, and on behalf of their minor children, their unborn children, and their heirs, successors, successors in interest, and assigns, hereby covenant not to sue and shall never institute any action or suit at law or in equity against Patricia Kern, or any employer or principal who employed or engaged her in connection with Plaintiffs acquisition of the Residence, nor institute, prosecute or in any way aid in

15



*Execution Copy – December 9, 2009*

the institution or prosecution of any claim, demand, action, cause of action, creditor's claim or proceeding supplementary for damages, costs, loss of use, repair expenses, or compensation against Patricia Kern, or any employer or principal who employed or engaged her in connection with Plaintiffs acquisition of the Residence, for or on account of any damage, loss or injury either to person or property, or both, whether developed or undeveloped, resulting or to result, known or unknown, past, present or future, arising out of or related to their acquisition of, ownership of, occupancy of, repair of, or resale of the Residence.

g.     **In favor of One Sotheby's.**  Plaintiffs, individually and collectively, and on behalf of their minor children, their unborn children, and their heirs, successors, successors in interest, and assigns, hereby covenant not to sue and shall never institute any action or suit at law or in equity against One Sotheby's, its, officers, managers, members, agents and employees, nor institute, prosecute or in any way aid in the institution or prosecution of any claim, demand, action, cause of action, creditor's claim or proceeding supplementary for damages, costs, loss of use, repair expenses, or compensation against One Sotheby's, its officers, managers, members, agents, and employees for or on account of any damage, loss or injury either to person or property, or both, whether developed or undeveloped, resulting or to result, known or unknown, past, present or future, arising out of or related to their purchase of, ownership of, occupancy of, repair of, or resale of the Residence.

4.     **Unknown Facts**.  All parties hereto acknowledge that the facts on which this Agreement is based, or which motivated the parties to enter into this Agreement, may hereafter prove to be different from the facts now known by such party or believed

16