*Execution Copy – December 9, 2009*

_____
Adella Balli

**MDLV, LLC, d/b/a ONE SOTHEBY'S INTERNATIONAL REALTY**

By: _____
Print name:
Title:

**COLONY INSURANCE**

By: _____
Print name:
Title:

23



*Execution Copy – December 9, 2009*

---
Adella Balli

**MDLV, LLC, d/b/a ONE SOTHEBY'S INTERNATIONAL REALTY**

By: *[signature]*   12/21/09 .
Print name: Daniel de la Vega.
Title: Broker / Managing Member

**COLONY INSURANCE**

By: _____
Print name:
Title:

23



*Execution Copy – December 9, 2009*

_____
Adella Balli

MDLV, LLC, d/b/a ONE SOTHEBY'S INTERNATIONAL REALTY


By: _____
Print name:
Title:

**COLONY INSURANCE**

By: _____
Print name: JOHN FOWARD HERNDON JR
Title: Attorney

23



*Execution Copy – December 9, 2009*

## NOTARY SECTION

State of Florida }
County of Miami-Dade }

The foregoing instrument as sworn to and subscribed before me this 18th day of December, 2009, by **Giorgio Balli**, individually, as Managing Member of 6250 SW 79th Street, LLC, as President of G.L.B & Associates, Inc. and d/b/a Balli Construction. He/she is personally known or produced _____ as identification.

[Seal: STEPHEN J. KOLSKI, MY COMMISSION # DD 577155, EXPIRES: August 9, 2010, Bonded Thru Notary Public Underwriters]

Notary Public, State of Florida
Print Name: Stephen J. Kolski

State of Florida }
County of Miami-Dade }

The foregoing instrument as sworn to and subscribed before me this 18th day of December, 2009, by **Adella Balli,** individually. He/she is personally known or produced _____ as identification.

[Seal: STEPHEN J. KOLSKI, MY COMMISSION # DD 577155, EXPIRES: August 9, 2010, Bonded Thru Notary Public Underwriters]

Notary Public, State of Florida
Print Name: Stephen J. Kolski

State of Florida }
County of Miami-Dade }

The foregoing instrument as sworn to and subscribed before me this _____ day of _____, 2009, by **Jose G. Hernandez**, individually and on behalf of his minor and any unborn children. He/she is personally known or produced_____ _____ as identification.

[ Seal ]

Notary Public, State of Florida
Print Name: _____

24



*Execution Copy – December 9, 2009*

## NOTARY SECTION

State of Florida            }
County of Miami-Dade   }

The foregoing instrument as sworn to and subscribed before me this _____ day of _____, 2009, by **Giorgio Balli**, individually, as Managing Member of 6250 SW 79th Street, LLC, as President of G.L.B & Associates, Inc. and d/b/a Balli Construction. He/she is personally known or produced _____ as identification.

[ Seal ]

Notary Public, State of Florida
Print Name: _____

State of Florida            }
County of Miami-Dade   }

The foregoing instrument as sworn to and subscribed before me this _____ day of _____, 2009, by **Adelia Balli,** individually.  He/she is personally known or produced _____ as identification.

[ Seal ]

Notary Public, State of Florida
Print Name: _____

State of Florida            }
County of Miami-Dade   }

The foregoing instrument as sworn to and subscribed before me this 10th _____ day of _December_, 2009, by **Jose G. Hernandez**, individually and on behalf of his minor and any unborn children. He/she is personally known or produced _A Drivers License_ as identification.

[ Seal ]

Notary Public, State of Florida
Print Name: _Veronica Villagra-Rocca_

VERONICA VILLAGRA-ROCCA
Notary Public - State of Florida
My Comm. Expires Jul 1, 2012
Commission # DD 802491
Bonded Through National Notary Assn.

24

*Execution Copy – December 9, 2009*

State of Florida        }
County of Miami-Dade    }

The foregoing instrument as sworn to and subscribed before me this 10th day of December, 2009, by **Concepcion Hernandez**, individually and on behalf o his minor and any unborn children. He/she is personally known or produced Florida Drivers LIC as identification.

[Seal: VERONICA VILLAGRA-ROCCA, Notary Public - State of Florida, My Comm. Expires Jul 1, 2012, Commission # DD 802491, Bonded Through National Notary Assn.]

_Veronica Villagra Rocca_
Notary Public, State of Florida
Print Name: Veronica Villagra Rocca

State of Florida        }
County of Miami-Dade    }

The foregoing instrument as sworn to and subscribed before me this _____ day of _____, 2009, by _____, as _____ _____ of **MLDV, LLC d/b/a One Sotheby's International Realty**. He/she is personally known or produced _____ as identification.

[ Seal ]

_____
Notary Public, State of Florida
Print Name: _____

State of _____    }
County of _____    }

The foregoing instrument as sworn to and subscribed before me this _____ day of _____, 2009, by _____, as _____ of **Colony Insurance**. He/she is personally known or produced _____ as identification.

[ Seal ]

_____
Notary Public, State of Florida
Print Name: _____

25

*Execution Copy – December 9, 2009*

State of Florida }
County of Miami-Dade }

The foregoing instrument as sworn to and subscribed before me this _____ day of _____, 2009, by **Concepcion Hernandez**, individually and on behalf o his minor and any unborn children. He/she is personally known or produced _____ as identification.

[ Seal ]                          Notary Public, State of Florida
                                  Print Name: _____

State of Florida }
County of Miami-Dade }

The foregoing instrument as sworn to and subscribed before me this _____ 21st day of December, 2009, by Daniel de la Vega, as Broker/Managing Member of **MLDV, LLC d/b/a One Sotheby's International Realty**. He/she is personally known or produced FL DL # D412160822490 as identification.

[Seal: ANGEL M. MACHADO, MY COMMISSION # DD 899162, EXPIRES: July 4, 2013, Bonded Thru Notary Public Underwriters]

                                  Notary Public, State of Florida
                                  Print Name: Angel M. Machado

State of _____ }
County of _____ }

The foregoing instrument as sworn to and subscribed before me this _____ day of _____, 2009, by _____, as _____ of **Colony Insurance**. He/she is personally known or produced _____ as identification.

[ Seal ]                          Notary Public, State of Florida
                                  Print Name: _____

25

*Execution Copy – December 9, 2009*

State of Florida        }
County of Miami-Dade    }

The foregoing instrument as sworn to and subscribed before me this _____ _____ day of _____, 2009, by **Concepcion Hernandez**, individually and on behalf o his minor and any unborn children. He/she is personally known or produced _____ as identification.

[ Seal ]                Notary Public, State of Florida
                        Print Name: _____

State of Florida        }
County of Miami-Dade    }

The foregoing instrument as sworn to and subscribed before me this _____ _____ day of _____, 2009, by _____, as _____ _____ of **MLDV, LLC d/b/a One Sotheby's International Realty**. He/she is personally known or produced _____ as identification.

[ Seal ]                Notary Public, State of Florida
                        Print Name: _____

State of F̲L̲O̲R̲I̲D̲A̲
County of L̲E̲O̲N̲

The foregoing instrument as sworn to and subscribed before me this 1̲8̲ day of D̲E̲C̲E̲M̲B̲E̲R̲, 2009, by J̲o̲h̲n̲ ̲E̲d̲w̲a̲r̲d̲ ̲H̲e̲r̲n̲d̲o̲n̲ ̲J̲r̲. as a̲t̲t̲o̲r̲n̲e̲y̲ of **Colony Insurance**. He/she is personally known or produced _____ as identification.

[ Seal ]                Notary Public, State of Florida
                        Print Name: K̲E̲S̲H̲I̲A̲ ̲Y̲.̲ ̲F̲O̲O̲T̲M̲A̲N̲



KESHIA YOLONDA FOOTMAN
MY COMMISSION # DD 623224
EXPIRES: December 29, 2010
Bonded Thru Notary Public Underwriters

25



*Execution Copy – December 9, 2009*

State of Florida            }
County of Miami-Dade  }

The foregoing instrument as sworn to and subscribed before me this _____ _____ day of _____, 2009, by **Concepcion Hernandez**, individually and on behalf o his minor and any unborn children. He/she is personally known or produced _____ as identification.

[ Seal ]                          _____
                                        Notary Public, State of Florida
                                        Print Name: _____

State of Florida            }
County of Miami-Dade  }

The foregoing instrument as sworn to and subscribed before me this _____ 21st day of _December_, 2009, by _Daniel de la Vega_, as _Broker/ Managing Member_ of **MLDV, LLC d/b/a One Sotheby's International Realty**. He/she is personally known or produced FL DC # D412160822490 as identification.

                                        _Angel M. Machado_ (signature)

[ Seal: ANGEL M. MACHADO
MY COMMISSION # DD 899162
EXPIRES: July 4, 2013
Bonded Thru Notary Public Underwriters ]

                                        Notary Public, State of Florida
                                        Print Name: _Angel M. Machado_

State of _____       }
County of _____    }

The foregoing instrument as sworn to and subscribed before me this ____ day of _____, 2009, by _____, as _____ of **Colony Insurance**. He/she is personally known or produced _____ as identification.

[ Seal ]                          _____
                                        Notary Public, State of Florida
                                        Print Name: _____

25

*Execution Copy – December 9, 2009*

## ATTORNEYS' CONSENT

The undersigned attorneys hereby consent to the settlement of the above-styled action and the Federal Declaratory Judgment Action on the terms and conditions set forth herein.

**HIGER LICHTER & GIVNER, LLP**
Attorneys for Plaintiffs
Bank of America Building
18305 Biscayne Boulevard, Suite 402
Aventura, FL 33160
Telephone: 305-933-9970 x 4
Facsimile: 305-933-0998

By: _____
      J. Joseph Givner
      Fla. Bar No.: 850705

**CATLIN SAXON FINK & KOLSKI, LLP**
Attorneys for Defendants 6250 LLC, Adella Balli, GLB and Associates, and Giorgio Balli
2600 Douglas Road, Suite 1109
Coral Gables, FL 33134
Telephone: 305-371-9575
Facsimile: 305-371-8011

By: *[signature: Stephen J. Kolski]*
      Stephen J. Kolski, Jr.
      Fla. Bar No.: 856673

**RUMBERGER KIRK & CALDWELL PA**
Co-Counsel for 6250 LLC
80 SW 8th St Ste 3000
Miami, Florida 33130
Telephone: 305-358-5577
Facsimile: 305-371-7580

By: _____
      Michael R. Holt
      Fla. Bar No. 483450

**AVILA RODRIGUEZ HERNANDEZ MENA & FERRI, LLP**
Attorneys for One Sotheby's
2525 Ponce De Leon Blvd. Ste 1225
Coral Gables, Florida 33134
Telephone: 305.779.3560
Facsimile: 305.779.3561

By: _____
      Juancarlos Sanchez
      Fla. Bar No. 867071

**CONROY SIMBERG GANON KREVANS ABEL LURVEY MORROW & SCHEFER PA**
Attorneys for Colony Insurance
325 John Knox Rd # 105
Tallahassee, Florida 32303

By: _____
      J. Edward Herndon, Jr.
      Fla. Bar No. 199702



*Execution Copy – December 9, 2009*

## ATTORNEYS' CONSENT

The undersigned attorneys hereby consent to the settlement of the above-styled action and the Federal Declaratory Judgment Action on the terms and conditions set forth herein.

**HIGER LICHTER & GIVNER, LLP**
Attorneys for Plaintiffs
Bank of America Building
18305 Biscayne Boulevard, Suite 402
Aventura, FL 33160
Telephone: 305-933-9970 x 4
Facsimile: 305-933-0998

By: _____
**J. Joseph Givner**
Fla. Bar No.: 850705

**CATLIN SAXON FINK & KOLSKI, LLP**
Attorneys for Defendants 6250 LLC, Adella Balli, GLB and Associates, and Giorgio Balli
2600 Douglas Road, Suite 1109
Coral Gables, FL 33134
Telephone: 305-371-9575
Facsimile: 305-371-8011

By: _____
**Stephen J. Kolski, Jr.**
Fla. Bar No.: 856673

**RUMBERGER KIRK & CALDWELL PA**
Co-Counsel for 6250 LLC
80 SW 8th St Ste 3000
Miami, Florida 33130
Telephone: 305-358-5577
Facsimile: 305-371-7580

By: *[signature]*
**Michael R. Holt**
Fla. Bar No. 483450

**AVILA RODRIGUEZ HERNANDEZ MENA & FERRI, LLP**
Attorneys for One Sotheby's
2525 Ponce De Leon Blvd. Ste 1225
Coral Gables, Florida 33134
Telephone: 305.779.3560
Facsimile: 305.779.3561

By: _____
**Juancarlos Sanchez**
Fla. Bar No. 867071

**CONROY SIMBERG GANON KREVANS ABEL LURVEY MORROW & SCHEFER PA**
Attorneys for Colony Insurance
325 John Knox Rd # 105
Tallahassee, Florida 32303

By: _____
**J. Edward Herndon, Jr.**
Fla. Bar No. 199702

26

*Execution Copy – December 9, 2009*

## ATTORNEYS' CONSENT

The undersigned attorneys hereby consent to the settlement of the above-styled action and the Federal Declaratory Judgment Action on the terms and conditions set forth herein.

**HIGER LICHTER & GIVNER, LLP**
Attorneys for Plaintiffs
Bank of America Building
18305 Biscayne Boulevard, Suite 402
Aventura, FL 33160
Telephone: 305-933-9970 x 4
Facsimile: 305-933-0998

By: _____
      **J. Joseph Givner**
      Fla. Bar No.: 850705

**CATLIN SAXON FINK & KOLSKI, LLP**
Attorneys for Defendants 6250 LLC, Adella Balli, GLB and Associates, and Giorgio Balli
2600 Douglas Road, Suite 1109
Coral Gables, FL 33134
Telephone: 305-371-9575
Facsimile: 305-371-8011

By:_____
      **Stephen J. Kolski, Jr.**
      Fla. Bar No.: 856673

**RUMBERGER KIRK & CALDWELL PA**
Co-Counsel for 6250 LLC
80 SW 8th St Ste 3000
Miami, Florida 33130
Telephone: 305-358-5577
Facsimile: 305-371-7580

By: _____
      **Michael R. Holt**
      Fla. Bar No. 483450

**AVILA RODRIGUEZ HERNANDEZ MENA & FERRI, LLP**
Attorneys for One Sotheby's
2525 Ponce De Leon Blvd. Ste 1225
Coral Gables, Florida 33134
Telephone: 305.779.3560
Facsimile: 305.779.3561

By: _____
      **Juancarlos Sanchez**
      Fla. Bar No. 867071

**CONROY SIMBERG GANON KREVANS ABEL LURVEY MORROW & SCHEFER PA**
Attorneys for Colony Insurance
325 John Knox Rd # 105
Tallahassee, Florida 32303

By: _____
      **J. Edward Herndon, Jr.**
      Fla. Bar No. 199702



*Execution Copy – December 9, 2009*

## ATTORNEYS' CONSENT

The undersigned attorneys hereby consent to the settlement of the above-styled action and the Federal Declaratory Judgment Action on the terms and conditions set forth herein.

**HIGER LICHTER & GIVNER, LLP**
Attorneys for Plaintiffs
Bank of America Building
18305 Biscayne Boulevard, Suite 402
Aventura, FL 33160
Telephone: 305-933-9970 x 4
Facsimile: 305-933-0998

**CATLIN SAXON FINK & KOLSKI, LLP**
Attorneys for Defendants 6250 LLC, Adella Balli, GLB and Associates, and Giorgio Balli
2600 Douglas Road, Suite 1109
Coral Gables, FL 33134
Telephone: 305-371-9575
Facsimile: 305-371-8011

By: _____
    **J. Joseph Givner**
    Fla. Bar No.: 850705

By:_____
    **Stephen J. Kolski, Jr.**
    Fla. Bar No.: 856673

**RUMBERGER KIRK & CALDWELL PA**
Co-Counsel for 6250 LLC
80 SW 8th St Ste 3000
Miami, Florida 33130
Telephone: 305-358-5577
Facsimile: 305-371-7580

**AVILA RODRIGUEZ HERNANDEZ MENA & FERRI, LLP**
Attorneys for One Sotheby's
2525 Ponce De Leon Blvd. Ste 1225
Coral Gables, Florida 33134
Telephone: 305.779.3560
Facsimile: 305.779.3561

By: _____
    **Michael R. Holt**
    Fla. Bar No. 483450

By: _____
    Juancarlos Sanchez
    Fla. Bar No. 867071

**CONROY SIMBERG GANON KREVANS ABEL LURVEY MORROW & SCHEFER PA**
Attorneys for Colony Insurance
325 John Knox Rd # 105
Tallahassee, Florida 32303

By: _____
    **J. Edward Herndon, Jr.**
    Fla. Bar No. 199702

