

## IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
## IN AND FOR MIAMI-DADE COUNTY, FLORIDA

JOSE G. HERNANDEZ and CONCEPCION HERNANDEZ, Individually,

CASE NO.: 09-41648 CA 42

CHINESE DRY WALL

    Plaintiffs,

v.

6250 SW 79 STREET LLC, a Florida limited liability company; MDLV, LLC d/b/a ONE SOTHEBY'S INTERNATIONAL REALTY, a Florida limited liability company; ADELA MARIA BALLI, Individually; PDQ INSPECTIONS, INC., a Florida corporation; G.L.B. AND ASSOCIATES, INC. d/b/a BALLI CONSTRUCTION, a Florida corporation; GIORGIO L. BALLI, Individually, d/b/a BALLI CONSTRUCTION; SUNSHINE DRY WALL, INC., a Florida corporation; BANNER SUPPLY CO., a Florida corporation; ROSEN BUILDING SUPPLIES, INC. d/b/a ROSEN MATERIALS, a Florida corporation,

    Defendants.

_____/

### AGREED ORDER DROPPING DEFENDANTS 6250 SW 79 STREET LLC, G.L.B. AND ASSOCIATES, INC. D/B/A BALLI CONSTRUCTION, GIORGIO L. BALLI, INDIVIDUALLY AND D/B/A BALLI CONSTRUCTION, AND ADELA MARIA BALLI

BASED UPON THE FOREGOING STIPULATION, it is

ORDERED AND ADJUDGED that pursuant to Rules 1.250(b) and 1.420(a) of the Florida Rules of Civil Procedure, the claims of Plaintiffs Jose G. Hernandez and Concepcion Hernandez asserted against Defendants, 6250 SW 79 Street LLC, G.L.B. and Associates, Inc. d/b/a Balli Construction, Giorgio L. Balli, individually and d/b/a Balli Construction, and Adela Maria Balli (but none of the claims asserted against the other named Defendants in this action), are hereby dismissed with prejudice, and that Defendants 6250 SW 79 Street LLC, G.L.B. and Associates, Inc. d/b/a Balli Construction, Giorgio L. Balli, individually and d/b/a Balli

Construction, and Adela Maria Balli (but no other Defendants to this action) are hereby dropped as parties in the above-captioned action, and that the foregoing parties to the Stipulation are each to bear their own respective costs and attorney's fees. The Court retains jurisdiction to enforce the terms of the foregoing parties' settlement agreement.

**DONE AND ORDERED** in Chambers, at Miami-Dade County, Florida, this day of _____, 2010.

_____
CIRCUIT COURT JUDGE

Conformed Copy

FEB 1 2 2010

Joseph P. Farina
Circuit Court Judge

Copies furnished to:

J. Joseph Givner, Esq., 18305 Biscayne Boulevard, Suite 402, Aventura, FL 33160
Stephen J. Kolski, Jr., Esq., 2600 Douglas Road, Suite 1109, Coral Gables, FL 33134
Michael R. Holt, Esq., 80 SW 8 Street, Suite 3000, Miami, FL 33130