UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

SEAN AND BETH PAYTON, etc., et al.,

    Plaintiffs,

v.                                                                              **Case No.: 09-7628** (Sect. L Mag. 2)

KNAUF GIPS KG; et al.
    Defendants.
    _____/

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the *Verified Motion to Enforce Settlement Agreement, and for an Award of Attorney's Fees* submitted on behalf of Defendant, G.L.B. and Associates D/B/A Balli Construction, will be heard on the 24th day of March, 2010, at 9:00 a.m., before Judge Eldon E. Fallon at the United States District Court, 500 Poydras Street, Courtroom C468, New Orleans, Louisiana 70130.

                                                   Respectfully Submitted,

                                                   */s/ Stephen J. Kolski, Jr.*
                                                   **STEPHEN J. KOLSKI, JR.**
                                                   (Fla. Bar No.: 856673)
                                                   Email: stevekolski@catlin-saxon.com
                                                   **Catlin Saxon Fink & Kolski, LLP**
                                                   2600 Douglas Road, Suite 1109
                                                   Coral Gables, Florida 33134
                                                   Telephone:  (305) 371-9575
                                                   Facsimile:  (305) 371-8011

> */s/ Jason Waguespack*
> **JASON WAGUESPACK**
> Email: jwaguespack@gtbs.com
> Galloway, Johnson, Tompkins Burr and Smith
> One Shell Square
> 701 Poydras St., 40th Floor
> New Orleans, Louisiana 70139
> Telephone: (504) 525-6802
> Fax: (504) 525-2456

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Notice of Hearing has been served on Plaintiffs' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 25th day of February, 2010.

> */s/ Jason Waguespack*
> **JASON WAGUESPACK**