UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

SEAN AND BETH PAYTON, etc., et al.,

    Plaintiffs,

v.                                             **Case No.: 09-7628** (Sect. L Mag. 2)

KNAUF GIPS KG; et al.
    Defendants.
_____/

## **ORDER**

    Considering the foregoing motion;

    IT IS ORDERED that the *Verified Motion to Enforce Settlement Agreement, and for an Award of Attorney's Fees* submitted on behalf of Defendant, G.L.B. and Associates D/B/A Balli Construction is hereby GRANTED. The Settlement Agreement is therefore enforced, dismissing G.L.B. and Associates D/B/A Balli Construction from this matter, with prejudice.

    IT IS FURTHER ORDERED that G.L.B. and Associates D/B/A Balli Construction is awarded attorney's fees in connection with this matter.

THUS DONE AND SIGNED on this ____ day of _____, 2010.

                                                           _____
                                                          UNITED STATES DISTRICT JUDGE