IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * * | MDL NO. 2047 |
| _____ | * * | SECTION: "L" |
| THIS DOCUMENT RELATES TO: Payton, et al. v. Knauf GIPS KG, et al. | * * * | |
| Case No. 09-7628, Sect. L MAG. 2 | * * * | MAG. JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### EX PARTE CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

**NOW INTO COURT**, through the undersigned counsel, comes Defendant, Tuscan-Harvey Estate Homes, Inc. ("Defendant"), who respectfully requests that this Court grant it an additional thirty (30) days within which to file responsive pleadings in the above-referenced matter. For all the reasons that follow, the Motion should be granted:

1. On December 9, 2009, Plaintiffs initiated this litigation in the United States District Court for the Eastern District of Louisiana.

2. Defendant was served on February 3, 2010.

3. Defendant requests an additional thirty (30) days to respond to this Class Action Complaint in order to allow for adequate time to investigate the allegations.

4. No prior request for an extension of time has been filed.

5. Plaintiffs' Liaison Counsel has indicated to undersigned counsel for Defendant that Plaintiffs have no object to this request for an extension of time.

**WHEREFORE**, Defendant, Tuscan-Harvey Estate Homes, Inc., respectfully prays that this Court grant it a thirty (30) day extension to answer, move, or otherwise respond to the Class Action Complaint filed against it by Plaintiffs.

            **Respectfully submitted,**

            **KUCHLER POLK SCHELL WEINER & RICHESON, LLC**

BY: /s/ Leigh Ann Schell
     LEIGH ANN SCHELL (La. Bar No. 19811)
     MICHELE HALE DESHAZO (La. Bar No. 29893)
     1615 Poydras St., Suite 1300
     New Orleans, LA 70112
     Telephone: (504) 592-0691
     Facsimile: (504) 592-0696

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing Ex Parte Consent Motion for Extension of Time to File Responsive Pleadings have been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 25th day of February, 2010.

/s/ Leigh Ann Schell
LEIGH ANN SCHELL