IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL NO. 2047 |
| | | SECTION: L |
| THIS DOCUMENT RELATES TO: Payton v. Knauf Gips KG, et al., CASE NO.: 2:2009-CV-7628 | ) ) ) ) | JUDGE FALLON |
| | | MAG. JUDGE WILKINSON |

## ORDER

**CONSIDERING** the Ex Parte Consent Motion for Extension of Time filed by Defendants USG Corporation and L&W Supply Corporation d/b/a Seacoast Supply.

**IT IS HEREBY ORDERED** that the motion is GRANTED and that the deadline to file a response to the Omnibus Class Action Complaint in this case is extended through and including March 25, 2010.

New Orleans, Louisiana, this 24th day of February, 2010.

_____
U.S. District Judge

1