IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED

DRYWALL PRODUCTS LIABILITY
LITIGATION

(This Document Relates to Case No. 2:09-CV-7628)
_____/

MDL NO.: 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

## ORDER

**CONSIDERING** the Unopposed Consent Motion for an Enlargement of Time filed by Defendant, K. Hovnanian First Homes, LLC,

**IT IS HEREBY ORDERED** that the Motion is GRANTED and that the deadline for K. Hovnanian First Homes, LLC, to respond to the Omnibus Class Action Complaint in this case is extended to and shall include March 25, 2010.

New Orleans, Louisiana, this  24th  day of February, 2010.

_____
U.S. District Judge