UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO.: 2047 |
| THIS DOCUMENT RELATES TO: | * * | SECTION: "L" |
| *SEAN AND BETH PAYTON, ET AL.* | * | JUDGE FALLON |
| vs. | * | MAGISTRATE JUDGE |
| *KNAUF GIPS KG, ET AL.* | * | WILKINSON |
| Case No. 2:09-CV-7628 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the above and foregoing,

IT IS ORDERED that McDowell Builders, L.L.C. be granted a thirty (30) day extension of time to file responsive pleadings to the instant Omnibus Class Action Complaint in the above named and numbered cause of action.

Thus done and signed, this  24th  day of   February  , 2010 in New Orleans, Louisiana.

_____
THE HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1