UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL       MDL No. 2047
DRYWALL PRODUCTS LIABILITY LITIGATION

_____
                                          )  SECTION "L"
THIS DOCUMENT RELATES TO:                 )
Payton, et al. v. Knauf GIPS KG, et al.   )  JUDGE FALLON
                                          )
Case No. 09-7628, Sect. L MAG. 2          )  MAG. JUDGE WILKINSON
_____   )

**ORDER ON MANDY DRYWALL, INC.'S EX PARTE CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

CONSIDERING the Ex Parte Motion for Extension of Time filed by Defendant, Mandy Drywall, Inc.,

IT IS HEREBY ORDERED that the motion is GRANTED and that the deadline for Mandy Drywall, Inc. to file a responsive pleading in this case is extended through and including March 26, 2010.

New Orleans, Louisiana, this 25th day of February, 2010.

_____
U.S. District Judge

L:\OPEN FILES\100430\Pleadings\Payton Class Action\Proposed Order-Mandy Drywall Motion for Extension 2-24-10-jmr.doc