UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF LOUISIANA
Civil Action No.: 09-7628 SECT. L MAG. 2

SEAN AND BETH PAYTON, individually, and
on behalf of all others similarly situated, et al.

Plaintiffs,

vs.

KNAUF GIPS KG; KNAUF, et al.,

Defendants.

_____/

### ORDER ON PONCE RIVIERA LLC'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT

**THIS CAUSE**, having come before this Honorable Court upon the Defendant, PONCE RIVIERA, LLC'S Motion for Extension of Time to File Response to Complaint, and the Court being fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** said motion be, and the same is, hereby **GRANTED** and the Defendant, PONCE RIVIERA, LLC has  5 0  days to file its Complaint.

**DONE AND ORDERED**, this  25th  day of  February, 2010

_____
Honorable Eldon E. Fallon
District Court Judge