UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTION LIABILITY LITIGATION | MDL No. 2047 <br><br> SECTION: L <br><br> JUDGE FALLON <br><br> MAGISTRATE WILKINSON |

# **O R D E R**

**NOW THEREFORE**, the foregoing motion considered:

**IT IS ORDERED** that defendant, HD Supply, Inc., be and it is hereby granted an extension of time of thirty (30) days from the date hereof within which to serve responsive pleadings.

New Orleans, Louisiana, this  25th  day of January, 2010.

_____
DISTRICT JUDGE