UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEAN AND BETH PAYTON, individually and on behalf of all others similarly situated, [ADDITIONAL PLAINTIFFS LISTED ON SCHEDULE OF PLAINTIFFS ATTACHED TO COMPLAINT] | MDL Docket No. 2047 |
| | CLASS ACTION COMPLAINT |
| Plaintiffs, | JURY TRIAL DEMAND |
| v. | |
| KNAUF GIPS KG, KNAUF PLASTERBOARD (TIANJIN) CO., LTD.; KNAUF PLASTERBOARD (WUHU), CO., LTD.; KNAUF PLASTERBOARD (DONGGUAN) CO., LTD.; [ADDITIONAL DEFENDANTS LISTED ON SCHEDULE OF DEFENDANTS ATTACHED TO COMPLAINT] | |
| Defendants. | |

This document relates to:
Case No.: 2:09-cv-7628

### ORDER OF COURT

IT IS HEREBY ORDERED that Defendant, MARONDA HOMES, INC. OF FLORIDA, be granted a thirty (30) day extension of time to file responsive pleadings to Plaintiffs' Class A Action Complaint, New Orleans, Louisiana, this 25th day of February 2010

_____
UNITED STATES DISTRICT JUDGE