## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL No. 2:09-md-02047 * * * |
| **This document relates to:** | * JUDGE FALLON * * |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust v. AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ET AL (**2:09-cv-07791**) (E.D. La.) | * * MAGISTRATE WILKINSON * * * * * |

*********************************************

### MEMORANDUM IN SUPPORT OF SCOTTSDALE INSURANCE COMPANY'S JOINDER OF CERTAIN DEFENDANTS' JOINT MOTION TO DISMISS FOR IMPROPER VENUE OR, IN THE ALTERNATIVE, TO TRANSFER ACTION TO THE MIDDLE DISTRICT OF FLORIDA

**NOW INTO COURT**, through undersigned counsel, comes **SCOTTSDALE INSURANCE COMPANY**, who submits this Memorandum in Support of its Joinder of Certain Defendants' Joint Motion to Dismiss for Improper Venue or, in the alternative, to Transfer Action to the Middle District of Florida.

Scottsdale Insurance Company formally adopts the Memorandum in Support of Certain Defendants' Joint Motion to Dismiss for Improper Venue or, in the Alternative, to Transfer Action to the Middle District of Florida filed by counsel for Chartis Specialty Insurance Company and Lexington Insurance Company and, for the sake of judicial economy, declines to repeat the arguments here, except to note Scottsdale Insurance Company concurs in the arguments for the reasons noted therein.

1

PD.3938754.1

For the reasons more fully stated in the Memorandum in Support of Certain Defendants' Joint Motion to Dismiss for Improper Venue or, in the Alternative, to Transfer Action to the Middle District of Florida filed by counsel for Chartis Specialty Insurance Company and Lexington Insurance Company, Scottsdale Insurance Company seeks an order dismissing the complaint of Robert C. Pate ("Pate"), as Trustee for the Chinese Drywall Trust, on the basis that the Eastern District of Louisiana is an improper venue for this action under 28 U.S.C. § 1391; in the alternative, Scottsdale Insurance Company seeks an order transferring this case to the Middle District of Florida pursuant to 28 U.S.C. § 1406(a).

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:  /s/ Virginia Y. Trainor
 H. Alston Johnson III, Bar Roll No. 7293
 Virginia Y. Trainor, Bar Roll No. 25275
 II City Plaza
 400 Convention Street • Suite 1100
 Baton Rouge, Louisiana 70802-5618
 P.O. Box 4412
 Baton Rouge, Louisiana 70821-4412
 Telephone: (225) 346-0285
 Telecopier: (225) 381-9197
 Email: johnsona@phelps.com
  trainorg@phelps.com

AND

>Jay Russell Sever, Bar Roll No. 23935
>P. Christopher Bynog, Bar No. 24329
>Canal Place
>365 Canal Street • Suite 2000
>New Orleans, Louisiana 70130-6534
>Telephone: (504) 566-1311
>Telecopier: (504) 568-9130
>Email:  severj@phelps.com
>          bynogc@phelps.com
>
>ATTORNEYS FOR DEFENDANT
>SCOTTSDALE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Memorandum in Support of Scottsdale Insurance Company's Joinder of Certain Defendants' Joint Motion to Dismiss for Improper Venue or, in the Alternative, to Transfer Action to the Middle District of Florida* has been served on Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 26th day of February, 2010.

>/s/ Virginia Y. Trainor
>Virginia Y. Trainor

3