**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

This document relates to:                                      MDL Case No. 2:09-md-2047

SEAN AND BETH PAYTON, et al.
v.
KNAUF GIPS, DG, et al.

Case No. 2:09-cv-7628
_____/

## NOTICE OF APPEARANCE

The undersigned attorneys give notice of their appearance on behalf of defendant,

Medallion Homes Gulf Coast, Inc.  All pleadings, motions, notices, and other papers should

be served on the undersigned.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Appearance has been

served on Plaintiffs' Liasion Counsel, Russ Herman, and Defendants' Liasion Counsel,

Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery <u>and</u> e-mail upon all parties by

electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial

Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the

United States District Court for the Eastern District of Louisiana by using the CM/ECF

System, which will send a notice of electronic filing in accordance with the procedures

7013.16026.00203831.WPD V.1

established in MDL 2047, on February 26, 2010.

 

**LEVIN TANNENBAUM**
1680 Fruitville Road, Suite 102
Sarasota, Florida 34236
Telephone:   (941) 308-3157
Facsimile:   (941) 316-0301
Attorneys for Medallion Homes

/s/ Alan E. Tannenbaum
**Alan E. Tannenbaum, Esq.**
Florida Bar No. 0259144
*atannenbaum@levintannenbaum.com*

/s/ Shane S. Smith
**Shane S. Smith, Esq.**
Florida Bar No. 053130
*ssmith@levintannenbaum.com*