UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| SEAN AND BETH PAYTON, et al. | * | |
| vs. | * | |
| KNAUF GIPS, DG., et al. | * | MAG. JUDGE WILKINSON |
| Case No. 2:09-CV-7628 | * | |

* * * * * * * * * * * * * * * * * * * * * *

## EX PARTE CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

**NOW INTO COURT,** through undersigned counsel, comes R. Fry Builders, Inc. (the "Defendant"), sought to be made a defendant herein, and moves this Court for a 30 day extension of time to file responsive pleadings to the Complaint on the following grounds:

1. Defendant was served with the Complaint in this case on February 18, 2010. Thus, pursuant to Fed. R. Civ. Pro. 12(a), the deadline for Defendant to file a responsive pleading is March 10, 2010.

2. Defendant requests an additional thirty (30) days to investigate the allegations in the Complaint and to prepare an appropriate responsive pleading.

3. Plaintiffs' Liaison Counsel has stated to undersigned counsel for the Defendant that Plaintiffs have no objection to this request for an extension of time.

{FT654102;1}

**WHEREFORE**, Defendant prays that this Court grant it an extension of thirty (30) days, through and including April 9, 2010, to file a responsive pleading in this case.

                                               **AKERMAN SENTERFITT**
                                               Las Olas Centre II, Suite 1600
                                               350 East Las Olas Boulevard
                                               Fort Lauderdale, FL  33301-2229
                                               Phone:  (954) 463-2700
                                               Fax:  (954) 463-2224

                                               /s/ Stacy Bercun Bohm
                                                  Stacy Bercun Bohm, Esq.
                                                  Florida Bar Number:  022462
                                                  Email:  stacy.bohm@akerman.com
                                                  Valerie B. Greenberg, Esq.
                                                 Florida Bar Number: 026514
                                                 Email:  valerie.greenberg@akerman.com

                                              *Attorneys for Defendant R. Fry Builders, Inc.*

Co-Counsel for Aranda Homes, Inc.
Brent B. Barriere (La. Bar No. 2818)
Susie Morgan (La. Bar No. 18133)
D. Skylar Rosenbloom (La. Bar No. 31309)
Canal Place
365 Canal Street · Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Telecopier:  (504) 568-9130
Email:  Brent.barriere@phelps.com
            Susie.morgan@phelps.com
            Skylar.rosenbloom@phelps.com

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on February 26, 2010, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or by hand delivery and email upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

                                                          /s/ Stacy Bercun Bohm

{FT654102;1}