UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: SEAN AND BETH PAYTON, et al. vs. KNAUF GIPS, DG., et al. Case No. 2:09-CV-7628 | * * * * * * | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**EX PARTE CONSENT MOTION FOR EXTENSION
OF TIME TO FILE RESPONSIVE PLEADING**

**NOW INTO COURT,** through undersigned counsel, comes Aranda Homes of Florida, Inc. ("Aranda"), which moves this Court for a 30 day extension of time to file a response to the Omnibus Class Action Complaint ("Complaint) on the following grounds:

1. Aranda was served with the Complaint in this case on February 16, 2010. Thus, pursuant to Fed. R. Civ. Pro. 12(a), the deadline for Aranda to file a response is March 8, 2010.

2. Aranda requests an additional thirty (30) days to investigate the allegations in the Complaint and to prepare an appropriate response.

3. Plaintiffs' Liaison Counsel has stated to undersigned counsel for Aranda that Plaintiffs have no objection to this request for an extension of time.

{M2907652;1}

**WHEREFORE**, Aranda requests that this Court grant an extension of thirty (30) days, through and including April 7, 2010, to file a response in this case.

Respectfully submitted,

**AKERMAN SENTERFITT**

BY: /s/ Valerie B. Greenberg
Valerie B. Greenberg, Esq. (Fla. Bar No. 026514)
Michael Sayre, Esq. (Fla. Bar No. 17607)
One Southeast Third Avenue, 25th Floor
Miami, FL 33131-1714
Phone: (305) 374-5600
Fax: (305) 374-5095
Email: valerie.greenberg@akerman.com
michael.sayre@akerman.com

*Attorneys for Aranda Homes of Florida, Inc.*

Co-Counsel for Aranda Homes of Florida, Inc.

Brent B. Barriere (La. Bar No. 2818)
Susie Morgan (La. Bar No. 18133)
D. Skylar Rosenbloom (La. Bar No. 31309)
Canal Place
365 Canal Street · Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
Email: Brent.barriere@phelps.com
Susie.morgan@phelps.com
Skylar.rosenbloom@phelps.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Ex Parte Consent Motion for Extension of Time to File Responsive Pleadings* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA 70113, rherman@hhke.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA 70163, kmiller@frilot.com, by U.S. Mail and email upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 26th day of February, 2010.

/s/ Valerie B. Greenberg