UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

**SEAN AND BETH PAYTON, et al.,**   CLASS ACTION

    Plaintiffs,

                                                 CASE NO. 09-7628
vs.                                         Sect. L   MAG. 2

**KNAUF GIPS KG, et al.,**

    Defendants.
_____/

## NOTICE OF APPEARANCE

PLEASE BE ADVISED that the undersigned law firm of Shumaker, Loop & Kendrick, LLP, hereby enters its appearance in this action as attorneys for Defendant, SUAREZ HOUSING CORPORATION, and directs that copies of all notices, pleadings, papers, and proceedings in this action be served on the undersigned.

                                        SHUMAKER, LOOP & KENDRICK, LLP

                                        _____
                                        C. Philip Campbell, Jr., Esq. (FBN 0160973)
                                        - Trial Counsel -
                                        Michele L. Hintson, Esq. (FBN 0604941)
                                        Brian R. Lambert, Esq. (FBN 0613401)
                                        101 East Kennedy Blvd., Suite 2800 (33602)
                                        Post Office Box 172609
                                        Tampa, FL 33672-0609
                                        (813) 229-7600 / (813) 229-1660 (Fax)
                                        pcampbell@slk-law.com
                                        mhintson@slk-law.com
                                        blambert@slk-law.com
                                        *Attorneys for Suarez Housing Corporation*

[Court filing stamp: U.S. District Court, Eastern District of Louisiana, FILED FEB 2 5 2010, Loretta G. Whyte, Clerk]

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>and</u> that the original of the foregoing was sent via Federal Express to the Clerk of Court of the United States District Court for the Eastern District of Louisiana for electronic uploading on this 24th day of February, 2010.

_____
ATTORNEY