UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE DRYWALL                          MDL ACTION

This document relates to:                        NO: 09-2047

09-6687 Germano v. Taishan                       SECTION: L
Gypsum Co., et al
Evidentiary Hearing -
Default Confirmation

### NOTICE FOR REMOVAL OF EXHIBITS

Pursuant to Rule 79.3 of the Local Rules of this Court, all exhibits in the custody of the Clerk will be destroyed after 30 days from final disposition of the case.  It shall be the responsibility of the party or attorney offering the exhibits to secure their removal from the Clerk's custody within 30 days of the final disposition of the case.

LOCAL RULE 79.3 states "All exhibits in the custody of the Clerk shall be removed within 30 days of the final disposition of the case.  The party offering exhibits shall be responsible for their removal and shall give a detailed receipt for the Clerk's records.  If the parties or their attorneys fail or refuse to remove exhibits within 30 days, the exhibits may be destroyed or otherwise disposed of by the Clerk."

New Orleans, LA, this 25th day of February, 2010.

                                        GAYLYN M. LAMBERT
                                        CASE MANAGER-SECTION L

*THERE WILL BE NO FURTHER NOTICE ISSUED BY THE COURT REGARDING THE REMOVAL OR DESTRUCTION OF EXHIBITS

____Fee_____
____Process_____
X  __Docket_____
X  __CtRm Dep_____
____Document No._____