UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re: CHINESE-MANUFACTURED        MDL Docket No. 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION                          SECTION: L

                                    DISTRICT JUDGE FALLON

This document relates to
Case No. 09-7628 (*Payton*)         MAGISTRATE JUDGE WILKINSON

### EXPARTE CONSENT MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT

Defendant, Nice Homes, Inc. ("Nice Homes"), pursuant to rule 7.9 of the Local Rules of the U.S. District Court for the Eastern District of Louisiana, moves this Honorable Court for an Order enlarging the time by which it must respond to Plaintiffs' Omnibus Class Action Complaint filed in the above-captioned matter, Civil Action No. 09-7628, within MDL No. 2047 (the "Complaint"), and in support thereof states as follows:

1. On or about February 4, 2010, Nice Homes was served with the Complaint.

2. Accordingly, the time for Nice Homes to file and serve a response to the Complaint expired on February 24, 2010, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i).

3. Undersigned counsel for Nice Homes has obtained the consent of Plaintiffs' Liaison Counsel to an extension of fifty (50) days for Nice Homes to file and serve a response to the Complaint.

4. This extension will neither prejudice any of the parties, nor delay the case. Nice Homes has not previously requested an extension of time to respond to the Complaint. Accordingly, good cause exists for granting this Motion.

WHEREFORE, Defendant, Nice Homes, Inc., respectfully requests that this Court grant it an enlargement of fifty (50) days, until April 15, 2010, to respond to Plaintiffs' Omnibus Class Action Complaint (I), filed in the above captioned matter, Civil Action No. 09-7628, within MDL No. 2047.

Respectfully Submitted,

**TAYLOR, WELLONS, POLITZ & DUHE, APLC**

/s/ Paula M. Wellons

---

Paula M. Wellons (19028)
Vicki A. Elmer (28569)
1515 Poydras Street, Suite 1900
New Orleans, Louisiana 70112
Telephone: (504) 525-9888
Facsimile: (504) 525-9899
**Attorneys for Nice Homes, Inc.**

## CERTIFICATE REQUIRED BY LOCAL RULE 7.9

I HEREBY CERTIFY that the undersigned has conferred with Plaintiffs' Liaison Counsel regarding the enlargement of time requested herein, and that Plaintiffs' Liaison Counsel does not oppose the requested extension of time.

/s/ Paula M. Wellons

---

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Consent Motion for Enlargement of Time to Respond to Complaint* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 26th day of February, 2010.

s/Paula M. Wellons