UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047<br><br>SECTION: L |
| This document relates to<br>Case No. 09-7628 (*Payton*) | DISTRICT JUDGE FALLON<br><br>MAGISTRATE JUDGE WILKINSON |

### O R D E R

Upon consideration of the ExParte Consent Motion for Enlargement of Time to Respond to the Complaint, filed by Nice Homes, Inc.,

IT IS HEREBY ORDERED, that the Motion be and the same is hereby GRANTED; and,

IT IS FURTHER ORDERED that Nice Homes, Inc. is granted an additional thirty (30) days to respond to Plaintiffs' Omnibus Class Action Complaint, filed in the above-captioned matter, Civil Action No. 09-7628, within MDL No. 2047 (the "Complaint"), up through and including March \_\_\_\_\_, 2010.

New Orleans, Louisiana, this \_\_\_\_\_ day of March, 2010.

                                                                                                           _____
                                                                                                           Honorable Eldon E. Fallon
                                                                                                           United States District Judge