UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 2047 |
| | * | |
| | * | SECTION "L" |
| THIS DOCUMENT RELATES TO: | * | |
| | * | JUDGE FALLON |
| SEAN and BETH PAYTON, et al. | * | |
| vs. | * | MAG. JUDGE WILKINSON |
| KNAUF GIPS KG, et al. | * | |
| CASE NO. 2:09-CV-7628 | * | |
| * * * * * * * * * * * * * | * | |

### EX PARTE CONSENT MOTION FOR EXTENSION OF TIME OF STOCK BUILDING SUPPLY, LLC

**NOW INTO COURT**, through undersigned counsel, comes Stock Building Supply, LLC ("Stock"), sought to be made defendant herein, which moves this Court for a 30 day extension of time to file responsive pleadings to the Complaint on the following grounds:

1. Stock was served with the Complaint in this case on February 5, 2010. Thus, pursuant to Fed. R. Civ. Pro. 12(a), the deadline for Stock to file a responsive pleading is February 26, 2010.

2. Stock requests an additional 30 days to investigate the allegations in the Complaint and prepare an appropriate responsive pleading.

3. Plaintiffs' Liaison Counsel has stated to undersigned counsel for Stock that Plaintiffs have no objection to this request for an extension of time.

**WHEREFORE**, Stock Building Supply, LLC, prays that this Court grant it an extension of 30 days, until March 29, 2010, to file a responsive pleading in this case.

        Respectively submitted,

        **HUNTON & WILLIAMS LLP**

        <u>/s/ A. Todd Brown</u>
        A. Todd Brown
        Bank of America Plaza
        101 South Tryon Street, Suite 3500
        Charlotte, NC  28280
        Telephone: (704) 378-4700
        Facsimile: (704) 378-4890
        tbrown@hunton.com

        *Counsel for Defendant Stock Building Supply, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 25th day of February, 2010.

/s/ A. Todd Brown
A. Todd Brown