UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED     *   MDL No. 2:09-md-02047
DRYWALL PRODUCTS LIABILITY       *
LITIGATION                                            *
                                                   *
                                                   *   JUDGE FALLON
**This document relates to:**              *
                                                   *
CENTERLINE HOMES CONSTRUCTION, ET AL   *
VERSUS                                          *   MAGISTRATE WILKINSON
MID-CONTINENT CASUALTY CO., ET AL       *
**(2:10-cv-00178)** (E.D. La.)                 *
                                                   *
*********************************************

## ORDER

Considering the Consent Motion for Extension of Time filed by ICSOP;

**IT IS HEREBY ORDERED** that the Consent Motion for Extension of Time is granted and that ICSOP shall have an additional twenty (20) days from March 5, 2010, which is through and including March 25, 2010 within which to file responsive pleadings.

THUS DONE AND SIGNED in New Orleans, Louisiana this 25th day of February, 2010.

_____
Judge, United States District Court
Eastern District of Louisiana