UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | § § § § | MDL. NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: *Otis Ashford, et al vs. Knauf Gips KG, et al*; No. 09-7042 | § § § | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

**ORDER ON PLAINTIFFS' EX PARTE MOTION FOR LEAVE TO FILE FIRST AMENDED AND SUPPLEMENTAL COMPLAINT FOR DAMAGES**

Considering the foregoing Motion for Leave to File First Amended and Supplemental Complaint for Damages on behalf of all Plaintiffs in the above-referenced matter:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file the First Amended and Supplemental Complaint for Damages attached and submitted with the foregoing motion.

New Orleans, Louisiana, this 23rd day of February, 2010.

_____
HONORABLE ELDON E. FALLON