UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO** *Germano, et al. v. Taishan Gypsum Co. Ltd., et al.*, **Case No. 09-6687**

## ORDER

The Court previously entered an Order & Reasons (Rec. Doc. No. 1129) reserving its ruling for production on the PSC's Motion in Limine to Preclude the Testimony of Dr. Perricone Regarding Corrosion Thickness Measurements and Calculations Related to Surrogate Copper Coupon Testing (Rec. Doc. No. 1061). The Court also entered an Order & Reasons (Rec. Doc. No. 1140), reserving its ruling on Knauf's Motion in Limine to Bar the PSC's Animation (Rec. Doc. No. 1106). In light of Knauf's voluntarily withdrawal from the hearing at which these issues were to be addressed, IT IS ORDERED that these Motions are DENIED as Moot.

New Orleans, Louisiana, this 24th day of February 2010.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE