IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED
DRYWALL PRODUCTS LIABILITY        : MDL No. 2047
LITIGATION                                         : Section L
_____/

This Document Relates to:              : JUDGE FALLON
Payton, 09-7628                              : MAG. JUDGE WILKINSON

## **ORDER**

THIS CAUSE is before the Court upon Defendants, LA SUPREMA ENTERPRISE, INC. and LA SUPREMA TRADING, INC.'s Ex Parte Motion for Extension to Respond to Plaintiffs' Omnibus Class Action Complaint, and the Court being fully advised in the premises, it is

ORDERED AND ADJUDGED that the Motion is GRANTED. LA SUPREMA ENTERPRISE, INC. and LA SUPREMA TRADING, INC. shall respond to Plaintiffs' Omnibus Class Action Complaint in the above-referenced action on or before March 26, 2010.

DONE and ORDERED in New Orleans, Louisiana on this 25th day of February, 2010.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE