IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
       DRYWALL PRODUCTS LIABILITY
       LITIGATION

MDL No. 2047
SECTION 1

Judge Fallon
Magistrate Judge Wilkinson

This Document Relates to: Case No. 09-7628 (Payton)
------------------------------------------------------------------/

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN of the appearance of Charles J. Cacciabeve and Charlotte L. Warren and Karen L. Persis of the law firm of Carlton Fields, P.A. for and on behalf of Defendants, ICI HOMES INC. and INTERVEST CONSTRUCTION, INC. and request that copies of all pleadings served in this case be served upon the undersigned in connection with this action.

/s/ *Charles J. Cacciabeve*
Charles J. Cacciabeve, Esquire
Florida Bar No. 329908
Charlotte L. Warren, Esquire
Florida Bar No. 065803
CARLTON FIELDS, P.A.
P.O. Box 1171
Orlando, FL 32801
Telephone 407 849-0300
Facsimile 407 648-9099
Attorney for Defendants
ICI Homes, Inc.
Intervest Construction Inc.

16446342.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis/Nexis File and Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the court of the United States District court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this ist day of March 2010.

/s/ *Charles J. Cacciabeve*
Attorney

16446342.1