UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE<br>WILKINSON |

**************************************************
**THIS DOCUMENT RELATES TO:**

**SEAN AND BETH PAYTON, ET AL. vs. KNAUF GIPS KG, ET AL;**
**CASE NO. 2:09 CV 7628**

---

### NOTICE OF HEARING

---

**PLEASE TAKE NOTICE** that Defendant, Venture Supply, Inc., has filed the attached Motion to Dismiss.  **PLEASE TAKE FURTHER NOTICE** that the Motion will be brought on for hearing on March 24, 2010 at 9:00 a.m. before the Honorable Eldon E. Fallon.

                                                  Respectfully submitted,

                                                  /s/  Brett M. Bollinger
                                                  Brett M. Bollinger, LSBA #24303
                                                  Mark W. Verret, LSBA #23853
                                                  Jeffrey S. Valliere, LSBA #31346
                                                  Allen & Gooch
                                                  3900 North Causeway Boulevard
                                                  One Lakeway, Suite 1450
                                                  Metairie, Louisiana 70002
                                                  Telephone:  (504) 836-5285
                                                  Facsimile:   (504) 836-5289
                                                  Attorneys for Venture Supply, Inc.

## **C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL09-2047, on this 1st day of March, 2010.

/s/ Brett M. Bollinger
Brett Bollinger