UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**   Case No. 2:09-cv-07628-EEF-JCW

**DEFENDANT, MAJESTIC HOMES, INC.'S ANSWER TO PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT**

Defendant, Majestic Homes, Inc., pursuant to Rule 12, Fed.R.Civ.P., responds to the allegations of plaintiffs' omnibus class action complaint, by this general denial of each and every allegation that this defendant designed, manufactured, imported, distributed, delivered, supplied, marketed, inspected, installed or sold any defective drywall at issue in this litigation.

<u>Jurisdiction, Parties and Venue</u>

1.     Defendant, by its general denial and in response to the allegations of paragraphs 1 - 3, acknowledges that the allegations of plaintiffs' complaint if they were applicable to this defendant, are sufficient to invoke this court's jurisdiction; however, jurisdiction, as to Majestic, is denied.  Defendant further states that it is a corporation in the State of Florida but does not have sufficient information to admit or deny that the amounts in controversy in this action exceed the amounts alleged.

<u>Plaintiffs</u>

2.In response to the allegations of paragraphs 4 through and including paragraphs 2072, this defendant denies any involvement in construction, installation, supply, sale, design, manufacture, importation, distribution, delivery or marketing with respect to these plaintiffs or with respect to any presently unidentified plaintiff regarding drywall, defective or otherwise.

<u>Defendants</u>

3.This defendant admits that in response to paragraph 2073, it is a Florida corporation admitted to and doing business in the State of Florida.

4.The allegations of manufacture of drywall of paragraphs 2074 - 2079 are not directed to this defendant and this defendant lacks knowledge or information sufficient to formulate any opinion as to the truthfulness of these allegations.

5.The allegations of distribution and supply of drywall of paragraphs 2080 - 2123 are not directed to this defendant and this defendant lacks knowledge or information sufficient to formulate any opinion as to the truthfulness of these allegations.

6.The allegations of exportation, importation and brokerage of paragraphs 2124 - 2128 are not directed to this defendant and this defendant lacks knowledge or information sufficient to formulate any opinion as to the truthfulness of these allegations.

7.In response to paragraphs 2129 - 2346, defendant, Majestic Homes, Inc., lacks knowledge or information sufficient to form a response about the truthfulness of the allegations set forth in these paragraphs.

8. In response to the allegations of paragraph 2347, this defendant admits that it is an entity with a principal place of business at 3741 SW 7th Street, Ocala, FL 34474, and that it is organized under the laws of the State of Florida. Defendant denies that it ever built any subclass member's home, directly or through agents, and further denies that it or its agents ever installed any drywall in a subclass member's home.

9. In response to paragraphs 2348 - 2516, defendant, Majestic Homes, Inc., lacks knowledge or information sufficient to form a response about the truthfulness of the allegations set forth in these paragraphs.

### Contractors/Installers SubClass

10. Defendant, Majestic Homes, Inc., lacks sufficient knowledge or information sufficient to form an opinion about the truthfulness of the allegations set forth in paragraph 2517 through and including 2609.

### Facts Regarding Product Defect

11. Defendant, Majestic Homes, Inc., lacks knowledge or information sufficient to form an opinion about the truthfulness of the allegations set forth in paragraphs 2610 through and including 2620.

### CLASS ACTION ALLEGATIONS

12. Defendant, Majestic Homes, Inc., lacks knowledge or information sufficient to form an opinion about the truthfulness of the allegations set forth in paragraphs 2621 through and including 2622.

### Distributor/Supplier Subclasses (1-43)

13.     In response to the allegations of paragraphs 2623, defendant, Majestic Homes, Inc., lacks knowledge or information sufficient to form an opinion about the truthfulness of these allegations.

### Importer/Exporter/Broker Subclasses (44-48)

14.     Defendant, Majestic Homes, Inc., lacks knowledge or information sufficient to form an opinion about the truthfulness of the allegations set forth in paragraphs 2624 and/or 2625.

### Builder/Developer Subclasses (49-436)

15.     Defendant, Majestic Homes, Inc., designated subclass number 271, denies that it was or is or has ever been a builder/developer as defined by this subclass designation, of any real property located in the United States or elsewhere.  The allegations of paragraphs 2626 and 2627, as they pertain to this defendant, are denied.  This defendant lacks knowledge or information sufficient to form a belief about the truthfulness of these allegations as to other named defendants.

### Contractor/Installer Subclasses (437-529)

16.     In response to the allegations of paragraphs 2628 and 2629, this defendant replies that it is not listed as a contractor/installer identified in Schedule 4, and lacks knowledge or information sufficient to formulate an opinion about the truthfulness of the allegations set forth therein.

17. In response to the allegations of paragraphs 2630 though and including 2639, this defendant lacks knowledge or information sufficient to formulate an opinion about the truthfulness of the allegations.

## COUNT I

18. This defendant denies the allegations of paragraphs of 2640 through and including 2647 as to it. Defendant lacks knowledge or information sufficient to formulate an opinion about the truthfulness of these allegations as to other named defendants.

## COUNT II

19. This defendant denies the allegations of paragraphs of 2648 through and including 2654 as to it. Defendant lacks knowledge or information sufficient to formulate an opinion about the truthfulness of these allegations as to other named defendants.

## COUNT III

20. This defendant denies the allegations of paragraphs of 2655 through and including 2672 as to it. Defendant lacks knowledge or information sufficient to formulate an opinion about the truthfulness of these allegations as to other named defendants.

## COUNT IV

21. This defendant denies the allegations of paragraphs of 2673 through and including 2680 as to it. Defendant lacks knowledge or information sufficient to formulate an opinion about the truthfulness of these allegations as to other named defendants.

## COUNT V

22. This defendant denies the allegations of paragraphs of 2681 through and including 2692 as to it. Defendant lacks knowledge or information sufficient to formulate an opinion about the truthfulness of these allegations as to other named defendants.

## COUNT VI

23. This defendant denies the allegations of paragraphs of 2693 through and including 2699 as to it. Defendant lacks knowledge or information sufficient to formulate an opinion about the truthfulness of these allegations as to other named defendants.

## COUNT VII

24. This defendant denies the allegations of paragraphs of 2700 through and including 2703 as to it. Defendant lacks knowledge or information sufficient to formulate an opinion about the truthfulness of these allegations as to other named defendants.

## COUNT VIII

25. This defendant denies the allegations of paragraphs of 2704 through and including 2710 as to it. Defendant lacks knowledge or information sufficient to formulate an opinion about the truthfulness of these allegations as to other named defendants.

## COUNT IX

26. This defendant denies the allegations of paragraphs of 2711 through and including 2720 as to it. Defendant lacks knowledge or information sufficient to formulate an opinion about the truthfulness of these allegations as to other named defendants.

## COUNT X

27.     This defendant denies the allegations of paragraphs of 2721 through and including 2734 as to it.  Defendant lacks knowledge or information sufficient to formulate an opinion about the truthfulness of these allegations as to other named defendants.

## COUNT XI

28.     This defendant denies the allegations of paragraphs of 2735 through and including 2741 as to it.  Defendant lacks knowledge or information sufficient to formulate an opinion about the truthfulness of these allegations as to other named defendants.

## COUNT XII

29.     This defendant denies the allegations of paragraphs of 2742 through and including 2748 as to it.  Defendant lacks knowledge or information sufficient to formulate an opinion about the truthfulness of these allegations as to other named defendants.

## COUNT XIII

30.     This defendant denies the allegations of paragraphs of 2749 through and including 2752 as to it.  Defendant lacks knowledge or information sufficient to formulate an opinion about the truthfulness of these allegations as to other named defendants.

## COUNT XIV

31.     This defendant denies the allegations of paragraphs of 2753 through and including 2757 as to it.  Defendant lacks knowledge or information sufficient to formulate an opinion about the truthfulness of these allegations as to other named defendants.

## COUNT XV

32.     This defendant denies the allegations of paragraphs of 2758 through and including 2770 as to it.  Defendant lacks knowledge or information sufficient to formulate an opinion about the truthfulness of these allegations as to other named defendants.

## PRAYER FOR RELIEF

WHEREFORE, defendant Majestic Homes, Inc., requests an order dropping it as a party and/or dismissing it from all further proceedings.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing, **Defendant, Majestic Homes, Inc.'s Answer to Plaintiffs' Omnibus Class Action Complaint** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by US Mail and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States district Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this  25th  day of February, 2010.

        WAYNE ARGO, P.A.

        s\Wayne Argo
        Wayne Argo, Esq.
        Florida Bar No.  0306576
        942 SE 17th Street
        Ocala, FL 34471
        (352) 732-8895
        (352) 622-4564 Fax
        Attorneys for Defendant Majestic Homes, Inc.

Z:\10102\2 - Majestic\pldg\answer.wpd