United States District Court for the Eastern Louisiana

Sean and Beth Payton, et al                      Civil Action No.: 09-7628

Plaintiff

vs.

KNAUF GIPS KG, et al

Defendant

_____/

## DEFENDANT, TOTAL CONTRACTING AND ROOFING, INC. MOTION TO DISMISS WITH PREJUDICE

The Defendant , TOTAL CONTRACTING AND ROOFING, INC., by and through its undersigned counsel moves this Honorable Court for an Order dismissing Plaintiffs' David and Wendy Smith's (5101 Lakeview Drive, Miami Beach, Florida 33141, Complaint, with Prejudice, and states as follows:

1. This Court lacks jurisdiction over the Defendant, Total Contracting and Roofing, Inc.

2. This Court lacks subject matter jurisdiction over the Defendant, Total Contracting and Roofing, Inc.

3. That the Defendant, Total Contracting and Roofing, Inc. is an improper party to this Complaint as the Defendant, Total Contracting and Roofing, Inc., did not design, manufacture, export, import, distribute, market or sell the "defective" drywall, and therefore, had no duty to test the drywall.

4. The proper parties to this action should be the makers, designers, manufacturers, exporters, importers, distributors, marketers and/or sellers of the Chinese drywall and China.

5. The Defendant purchased the drywall over three (3) years ago from a well known supplier in the Community, Banner Supply, located in Miami, Florida.

6. The Plaintiffs failed to state a cause of action against the Defendant, Total Contracting and Roofing, Inc.

7. The United States District Court for the Eastern Louisiana is an improper venue for this action against the Defendant, Total Contracting and Roofing, Inc..

8. The Plaintiffs lacks insufficiency of process against the Defendant.

9. The Plaintiffs lacks insufficiency of Service of Process against the Defendant.

10. The Plaintiffs failed to join indispensable parties in this action.

11. The Defendant obtained a permit to install drywall on the Plaintiffs' property.

12. After completion of the drywall of the Plaintiffs' property, the drywall was inspected by a licensed certified inspector of the City of Miami Beach, and it passed all inspections.

WHEREFORE, the Defendant prays for an Order Dismissing Plaintiffs' David and Wendy Smith's (5101 Lakeview Drive, Miami Beach, Florida 33141) Complaint in its entirely, with prejudice.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Defendant, Total Contracting and Roofing's Motion to Dismiss was forwarded by U.S. Mail this 1st day of March, 2010 to the Law Office of Russ M. Herman, Esquire, Leonard A. Davis, Esquire, attorneys for the Plaintiffs Sean and Beth Payton, et al, of Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, New Orleans, Louisiana 70113, and Kerry Miller, Esquire, 1100 Poydars Street, Suite 3700, New Orleans, Louisiana 70163

Gloria Pomerantz, Esquire
Law Office of Gloria Pomerantz, P.A.
2881 East Oakland Park Boulevard,
The Crexent Business Center, Suite 312
Fort Lauderdale, Florida 33306
Telephone No.: 954-463-1310
Facsimile: 954-463-7289

By: _____
Gloria Pomerantz, Esquire.
FLORIDA BAR NO.: 483192