UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**This Document relates to:**<br>*Centerline Homes Construction, Inc., et al. v. Mid-Continent Casualty Co., et al.*<br>**(C.A. No. 10-178)** | MDL NO.: 2047<br><br>JUDGE: FALLON<br><br>MAG: WILKINSON |

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS AND TO ASSERT DEFENSES

**NOW INTO COURT,** through undersigned counsel, comes defendant, Mid-Continent Casualty Company, and hereby respectfully requests an extension of time until March 26, 2010 to file responsive pleadings and to assert its defenses to the Complaint filed by plaintiffs in Civil Action No. 10-178. This request is made with a full reservation of all rights, defenses, and objections available to defendant. Counsel for plaintiffs has been contacted and has stated that plaintiffs have no opposition to this Motion.

**WHEREFORE,** defendant, Mid-Continent Casualty Company, respectfully prays that it be granted an extension of time until March 26, 2010 to file responsive pleadings and to assert its defenses in this matter.

Respectfully submitted,

**LARZELERE PICOU WELLS
  SIMPSON LONERO, LLC**
Two Lakeway Center - Suite 1100
3850 North Causeway Boulevard
Metairie, Louisiana  70002
Telephone: (504) 834-6500
Facsimile:  (504) 834-6565

BY:     /s/ Lee M. Peacocke
**MORGAN J. WELLS, JR. (No. 18499)**
  **mwells@lpwsl.com**
**LEE M. PEACOCKE (No. 18374)**
  **lpeacocke@lpwsl.com**

AND

**HINSHAW & CULBERTSON LLP
RONALD L. KAMMER, T.A. (Fl. No. 360859)**
  **rkammer@hinshawlaw.com**
**PEDRO E. HERNANDEZ (Fl. No. 30365)**
  **phernandez@hinshawlaw.com**
9155 S.  Dadeland Blvd., Suite 1600
Miami, Florida  33156
Telephone: (305) 428-5100
Facsimile: (305) 577-1063

**ATTORNEYS FOR DEFENDANT,
MID-CONTINENT CASUALTY COMPANY**

2

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS AND TO ASSERT DEFENSES has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice electronic filing in accordance with the procedures established in MDL 2047, on this 1ST day of March, 2010.

                                        /s/ Lee M. Peacocke
                                        LEE M. PEACOCKE