UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to:<br>*Centerline Homes Construction, Inc., et al. v. Mid-Continent Casualty Co., et al.*<br>**(C.A. No. 10-178)** | MDL NO.:  2047<br><br>JUDGE: FALLON<br><br>MAG: WILKINSON |

### ORDER

Considering the foregoing Motion,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that defendant, Mid-Continent Casualty Company, is granted until March 26, 2010 to file responsive pleadings and to assert its defense in Civil Action No. 10-178.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
UNITED STATES DISTRICT COURT JUDGE
EASTERN DISTRICT OF LOUISIANA