IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEAN AND BETH PAYTON, et al | * | Civil Action No. 09-7628 |
| | * | |
| | * | |
| Plaintiffs | * | |
| | * | Judge Eldon E. Fallon |
| | * | |
| V. | * | |
| | * | Magistrate Judge Joseph C. Wilkerson, Jr. |
| KNAUF GIPS KG, et al | * | |
| | * | Section L |
| Defendants | * | |

## SUN CONSTRUCTION, LLC'S
## MOTION TO COMPEL ARBITRATION AND
## TO STAY THE PROCEEDINGS PENDING ARBITRATION

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Sun

Construction, LLC, a Louisiana Limited Liability Corporation, which moves the Court to

grant this Motion to Compel Arbitration and to Stay the Proceedings Pending Arbitration on

the grounds that the parties have contracted for binding arbitration, but the Plaintiffs failed to

arbitrate the matters in dispute before filing the present action in this Court.


**Respectfully submitted,**

**COUHIG PARTNERS, L.L.C.**

BY:

DAVID C. LOEB (LA Bar No. 8660)
DANIEL E. ZELENKA, II (LA Bar No. 17874)
LISA L. MAHER (LA Bar No. 21326)
643 MAGAZINE STREET, SUITE 300
NEW ORLEANS, LA 70130
Telephone 504-588-1288
Facsimile 504-588-9750
dloeb@couhigpartners.com
maherl@couhigpartners.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Sun Construction, LLC's Motion to Compel Arbitration and to Stay the Proceedings Pending Arbitration has been served on Plaintiffs Liaison Counsel, Russ Hermann at drywall@hhkc.com , and Defendants' Liaison Counsel, Kerry Miller at Kmiller@frilot.com, and Homebuilder Steering Committees' Counsel  Phillip A. Wittmann  at  pwittman@stonepigman.com  and  upon  all  parties  by  electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on the _____ day of March, 2010.

DAVID C. LOEB