# Chinese Drywall Plaintiffs

|  | Plaintiff Name | Address | Purchase Agreement Date **EXHIBIT 2** | Bonded Builders Warranty Application & Sale Date **EXHIBIT 3** |
|---|---|---|---|---|
| 1. | Arnaud, Lester & Catherine | 17504 Rosemont Drive, Prairieville, LA 70769 | 4/6/2006 | 10/5/2006 |
| 2. | Bouquet, Edwin | 17454 Rosemont Dr, Prairieville, LA 70769 | 10/23/2006 | 11/13/2006 |
| 3. | Brumfield, Ollie & Adreienne | 608 Huseman Lane, Covington, LA 70435 | 4/14/2006 | 12/8/2006 |
| 4. | Cunningham, Dennis & Susan | 288 Penn Mill Lakes Blvd, Covington, LA 70435 | 8/20/2005 | 7/18/2006 |
| 5. | Dobbins, Margaret & Glen | 39130 Old Bayou Ave., Gonzales, LA 70737 | 3/5/2006 | 9/18/2006 |
| 6. | Donaldson, Malcolm & Kelli | 293 Penn Mill Lakes, Covngton, LA 70435 | 7/16/2005 | 6/6/2006 |
| 7. | Dorsey, Mark and Zoe | 39064 Bayou View Estates, Gonzales, LA 70737 | 5/8/2006 | 7/5/2006 |
| 8. | Duhon, Christopher & Kim | 17496 Rosemont Dr, Prairieville, LA 70769 | | |
| 9. | Fisher, Steve & Corrinn | 580 Huseman Lane, Covington, LA 70435 | 5/20/2006 | 11/27/2006 |
| 10. | Gardette, Michael & Rhonda | 276 Penn Mill Lakes, Covington LA 70435 | 1/3/2009 | 6/29/2006 |
| 11. | Hidalgo, Tonya & Sidney | 273 Penn Mill Lakes Blvd., Covington, LA 70435 | 7/18/2005 | 6/8/2006 |
| 12. | Joseph, Todd & Quividia | 17470 Rosemont Drive, Prairieville, LA 70769 | 4/4/2006 | 10/2/2006 |
| 13. | Ledet, Trisha & Darryl | 17480 Rosemont Drive, Prairieville, LA 70769 | 1/4/2006 | 9/22/2006 |
| 14. | Matus, Aldo & Ghedy | 41299 Tulip Hill Ave, Prairieville, LA 70769 | 4/14/2006 | 8/24/2006 |
| 15. | Nunez, Ernest & Marie | 612 Huseman Lane, Covington, LA 70435 | 4/21/2006 | 10/13/2006 |
| 16. | Robair, Alexander | 39058 Bayou View Ave., Gonzales, LA 70737 | 2/2/2006 | 6/26/2006 |
| 17. | Roberts, Jeffrey D | 285 Penn Mill Lakes, Covington, LA 70435 | 7/16/2005 | 6/19/2006 |
| 18. | Rogers, Brad & Cassandra | 516 Mare Court, Covington, LA 70435 | 6/12/2005 | 5/23/2006 |
| 19. | Shelton, Michael & Leslie | 568 Huseman Lane, Covington, LA 70435 | 5/17/2006 | 12/13/2006 |

Exhibit 1

# Chinese Drywall Plaintiffs

|  | Plaintiff Name | Address | Purchase Agreement Date **EXHIBIT 2** | Bonded Builders Warranty Application & Sale Date **EXHIBIT 3** |
|---|---|---|---|---|
| 20. | Spencer, Patricia | 3637 Edgewood Court Avondale, LA 70094 | 8/20/2006 | 10/16/2006 |
| 21. | Tedesco, Robert & Caroline | 709 Simpson Way Covington, LA 70435 | 8/6/2005 | 5/31/2006 |
| 22. | Turner, Tyrone C. | 17447 Rosemont Drive Prairieville, LA 70769 | 1/21/2006 | 8/22/2006 |
| 23. | Wayne, William | 576 Huseman Lane Covington, LA 70435 | 5/6/2006 | 12/19/2006 |
| 24. | Wheeler, Don & Agnes | 41311 Tulip Hill Ave Prairieville, LA 70769 | | 7/10/2006 |
| 25. | Williams, Diana & Kerry | 520 Marc Court Covington, LA 70435 | 6/18/2005 | 5/26/2006 |
| 26. | Young, Linda & Raymond | 577 Hueman Lane Covington, LA 70435 | 4/29/2007 | 8/22/2007 |
| 27. | Fayard, Crystal & Conrad, Formica | 3216 Rachel Lane Ocean Spings, MS 39564 | 7/17/2006 | 11/3/2006 |
| 28. | Perry, Timothy & Tracey | 15190 Westin Cove Gulfport, MS 39503 | 4/9/2006 | 2/16/2007 |
| 29. | Taylor, Jason and Amanda | 3216 Joy Lane Ocean Springs, MS 39564 | 4/9/2006 | 1/31/2007 |