Sun Construction, L.L.C. _____ d/b/a SUNRISE HOMES, hereinafter called "SELLER" and Lester + Catherine Arnaud _____ hereinafter called "BUYER" agree as follows: SELLER agrees to sell and BUYER agrees to buy the property located in Rosemont _____ Subdivision designated as Lot 38, Phase I , more commonly known as (Address) 17504 Rosemont Drive, Prairieville , Louisiana, 70 769 , together with all improvements thereon, or to be erected thereon, including House Type Brentwood II , Elevation II in accordance with plans and specifications prepared by SELLER. Said house has been or will be built under the observations and/or inspections of the applicable state and/or local governing authorities, and in accordance with the performance guidelines established by Bonded Builders Home Warranty Association and the National Home Warranty Association residential construction performance guidelines.

BUYER agrees to purchase the above property for the sum of Two hundred eleven thousand three hundred DOLLARS $ 211,300 . As a further condition of this sale, the BUYER agrees to pay for all costs incident to closing this transaction which costs include, but are not limited to, credit report, title examination and insurance, fire and extended coverage insurance, appraisal fee, pro-rated Home Owners Association fees, inspection fees, notarial costs and fees (including certificates in the name of the BUYER), preparation and execution of sale and mortgage, recordation, proration of taxes, interest from closing date to first day of following month, and/or such other closing costs as may be required by or approved by the applicable aforementioned Federal Agency or conventional lender.

Within 14 calendar days after the date of this Purchase Contract, BUYER shall make good faith application for a loan in the amount of $ 169,040 for a term of 30 years. The proceeds of the loan will be applied against the purchase price of the property. The balance of the purchase price and the closing costs due by BUYER will be paid in cash by BUYER at the time of closing. BUYER warrants that he/she/they now have $ 45,840 cash for the necessary down payment and closing costs.

BUYER may cancel this Purchase Contract for any reason within 14 calendar days after the date of this Purchase Contract and receive a return of the Deposit in full. BUYER may also cancel this Purchase Contract within the first 30 days if BUYER is unable to obtain final loan approval, in which event SELLER will return BUYER'S Deposit, minus the sum of $250, which will be retained by SELLER to cover SELLER'S costs and expenses incurred in processing this transaction. If BUYER cancels this Purchase Contract after the first 30 days for any reason other than SELLER'S default, then the Deposit will be forfeited in full as liquidated damages.

If BUYER fails to comply with this Purchase Contract, SELLER may cancel this Purchase Contract and retain the Deposit (not to exceed $3,000) in full as liquidated damages, in which event SELLER shall have the right to re-offer the property for sale free and clear of this Purchase Contract. If SELLER fails to comply with this Purchase Contract for any reason, this Purchase Contract shall be deemed cancelled, and the SELLER shall return BUYER'S deposit (not to exceed $3,000) and any other payments in full. These shall be the sole and exclusive rights and remedies of BUYER and SELLER in the event of a default. BUYER and SELLER waive all other rights and remedies as a result of a default.

BUYER or SELLER shall have the right to cancel this Purchase Agreement in the event construction is delayed or the property contracted for herein is damaged as a result of an Act of God or by a natural disaster. Either party shall notify the other of the intent to cancel in writing. Cancellation pursuant to this provision shall not be considered a breach of the terms of this Purchase Agreement by either BUYER or SELLER.

BUYER has deposited $ 1,000 to be applied to the sum of the purchase price, closing costs and down payment.

The purchase price above includes the following additions and/or conditions: garage door wiring, double floodlight, block + wire, color siding, architectural shingles, lot premium, rear sod, upgrade landscaping, upgrade ceramic on fireplace surround + backsplash, upgrade paint, orange peel ceiling, seperate shower/tub, 18 inch ceramic in foyer, hallway, kitchen, family room and breakfast room, upgrade carpet

The home to be purchased pursuant to this Purchase Contract will be covered by the New Home Warranty Act, a copy of which is provided to BUYER. No other warranty has been or will be given by the SELLER.

The BUYER acknowledges that he/she/they have inspected the lot to be purchased, that the lot is acceptable, and that after the sale, BUYER shall be solely responsible for maintaining the drainage pattern on the lot and for the prevention of erosion.

S:\joy\office\purchase agreements\2006 Edition\louisiana.purchase.agreement.3.2.06

Exhibit
2.1

or gas produced by or arising out of any fu... ...s(es) or spore(s) or any material, product, b......ing component, building or structure that contains, harbors, nurtures or acts as a medium for any fungus(es) or spore(s). Fungus(es) includes, but is not limited to, any form or type of mold, mushroom or mildew. Spore(s) means any reproductive body produced by or arising out of any fungus(es).

All subdivision improvements are included in the purchase price and have been or will be installed in accordance with plans and specifications approved by and on file with the local governing agency.

Subject to any delays beyond the control of SELLER, such as inclement weather or other adverse working conditions, fire or other casualty, riots, strikes or other acts of workmen and/or subcontractors, material delivery days or on account of any acts of God or natural disasters, the above building improvements shall be completed on or before 180 days from the date of acceptance of this contract.

The real estate taxes are to be prorated between BUYER and SELLER as of the date of closing. BUYER shall assume all assessments for municipal improvements, which become a lien after the date of closing.

BUYER shall be delivered possession of the property at the Act of Sale. Act of Sale to be passed within three days after completion of improvements and receipt by SELLER of an Occupancy Certificate unless otherwise extended by written agreement between the parties.

BUYER agrees to take title of said property within three (3) working days upon notification of scheduled closing, verbally or in writing, by SELLER or Lending Institution. Act of Sale to be passed by Title Closing Group, (985) 781-1073. If BUYER fails to take title to said property as a result of not obtaining loan approval, SELLER shall have the right to retain BUYER'S deposit and re-offer the property for sale.

If the above offer of BUYER is not accepted within thirty (30) days from the date hereof, deposit is to be refunded to BUYER without any cost or obligation.

If any dispute or difference shall arise between BUYER and SELLER with respect to any matter or thing arising out of, or in any way relating to this Contract, such difference or dispute shall, immediately after it has arisen, be referred for final and binding determination to Maps Professional Systems, Inc. a recognized arbitration expert. If that entity is unable to serve, another expert mutually acceptable to both parties shall be named. The decision of the expert shall be final and conclusive as to matters referred to him, provided the decision is rendered in writing within the time specified on the Request of Dispute Resolution. Costs and charges attending such reference shall be paid by the losing party. This agreement for settlement of disputes shall be the sole method for dispute resolution. The decision of the expert as to specific performance and/or damages shall be final and judgment may be entered upon it in accordance with applicable law.

It is expressly agreed that all terms and conditions are included herein or made a written part of this contract by means of an addendum to this contract and there have been no verbal agreements of any kind. Verbal agreements or promises made by anyone (including subcontractors) are not binding on the SELLER.

Dated this ___ 6th ___ day of ___ April ___
200 6 , ___ Prairieville, _____, Louisiana.

I acknowledge receipt of the deposit of

$ 1,000 _____

_Julie Maraist_
SALES ASSOCIATE

BUYER(S)
_Lester Arnaud, Jr._
_Catherine Arnaud_

We accept the above offer, subject to the terms
and conditions set forth above.

_____ _Kueller_ 4/26/06
SELLER (FOR SUNRISE HOMES)          (DATE)

_Sun Construction, L.L.C._ _d/b/a_ **SUNRISE HOMES**, hereinafter called "SELLER" and _Brenda W. Jones_ hereinafter called "BUYER" agree as follows: SELLER agrees to sell and BUYER agrees to buy the property located in _Rosemont_ Subdivision designated as Lot _32_, Phase _I_, more commonly known as Address _17454 Rosemont Dr. Prairieville, LA_ _Prairieville_, Louisiana, 70_769_, together with all improvements thereon, or to be erected thereon, including House Type _Alexander_, Elevation _III_ in accordance with plans and specifications prepared by SELLER. Said house has been or will be built under the observations and/or inspections of the applicable state and/or local governing authorities, and in accordance with the performance guidelines established by Bonded Builders Home Warranty Association and the National Home Warranty Association residential construction performance guidelines.

BUYER agrees to purchase the above property for the sum of _two hundred thirty nine thousand seven hundred_ DOLLARS ($ _239,700_. As a further condition of this sale, the BUYER agrees to pay for all costs incident to closing this transaction which costs include, but are not limited to, credit report, title examination and insurance, fire and extended coverage insurance, appraisal fee, pro-rated Home Owners Association fees, inspection fees, notarial costs and fees (including certificates in the name of the BUYER), preparation and execution of sale and mortgage, recordation, proration of taxes, interest from closing date to first day of following month, and/or such other closing costs as may be required by or approved by the applicable aforementioned Federal Agency or conventional lender.

Within 14 calendar days after the date of this Purchase Contract, BUYER shall make good faith application for a loan in the amount of $ _239,700_ x ___ for a term of _30_ years. The proceeds of the loan will be applied against the purchase price of the property. The balance of the purchase price and the closing costs due by BUYER will be paid in cash by BUYER at the time of closing. BUYER warrants that he/she/they now have $ _3,920_ x ___ cash for the necessary down payment and closing costs.

BUYER may cancel this Purchase Contract for any reason within 14 calendar days after the date of this Purchase Contract and receive a return of the Deposit in full. BUYER may also cancel this Purchase Contract within the first 30 days if BUYER is unable to obtain final loan approval, in which event SELLER will return BUYER'S Deposit, minus the sum of $250, which will be retained by SELLER to cover SELLER'S costs and expenses incurred in processing this transaction. If BUYER cancels this Purchase Contract after the first 30 days for any reason other than SELLER'S default, then the Deposit will be forfeited in full as liquidated damages.

If BUYER fails to comply with this Purchase Contract, SELLER may cancel this Purchase Contract and retain the Deposit (not to exceed $3,000) in full as liquidated damages, in which event SELLER shall have the right to re-offer the property for sale free and clear of this Purchase Contract. If SELLER fails to comply with this Purchase Contract for any reason, this Purchase Contract shall be deemed cancelled, and the SELLER shall return BUYER'S deposit (not to exceed $3,000) and any other payments in full. These shall be the sole and exclusive rights and remedies of BUYER and SELLER in the event of a default. BUYER and SELLER waive all other rights and remedies as a result of a default.

In the event of a natural disaster or Act of God that results in construction delays, construction costs increases or damage to the property contracted for herein, BUYER or SELLER shall have the right to cancel this Purchase Agreement. Either party shall notify the other of the intent to cancel in writing within 30 days from the date of said natural disaster or Act of God. Cancellation pursuant to this provision shall not be considered a breach of the terms of this Purchase Agreement by either BUYER or SELLER.

BUYER has deposited $ _1000_ to be applied to the sum of the purchase price, closing costs and down payment.

The purchase price above includes the following additions and/or conditions:
_granite countertops, upgrade ceramic on fireplace surround, wood in foyer, 18 in ceramic in kitchen, breakfast and keeping room, 8 lb carpet pad, whirlpool tub, upgraded paint and orange peel ceilings, lot premium, rear sod, upgrade landscape pkg, color siding, architectural shingles, garage door pre-wire, double flood light, block and wire for fan_

The home to be purchased pursuant to this Purchase Contract will be covered by the New Home Warranty Act, a copy of which is provided to BUYER. No other warranty has been or will be given by the SELLER.

**Exhibit 2.2**

sale, BUYER shall be solely responsible for maintaining the drainage pattern on the lot and the prevention of erosion.

The SELLER'S warranty shall exclude any loss or damage to a home caused by any "fungus(es)" or "spore(s)" or any substance, vapor or gas produced by or arising out of any fungus(es) or spore(s) or any material, product, building component, building or structure that contains, harbors, nurtures or acts as a medium for any fungus(es) or spore(s). Fungus(es) includes, but is not limited to, any form or type of mold, mushroom or mildew. Spore(s) means any reproductive body produced by or arising out of any fungus(es).

All subdivision improvements are included in the purchase price and have been or will be installed in accordance with plans and specifications approved by and on file with the local governing agency.

Subject to any delays beyond the control of SELLER, such as inclement weather or other adverse working conditions, fire or other casualty, riots, strikes or other acts of workmen and/or subcontractors, material delivery days or on account of any acts of God or natural disasters, the above building improvements shall be completed on or before 180 days from the date of acceptance of this contract.

The real estate taxes are to be prorated between BUYER and SELLER as of the date of closing. BUYER shall assume all assessments for municipal improvements, which become a lien after the date of closing.

BUYER shall be delivered possession of the property at the Act of Sale. Act of Sale to be passed within three days after completion of improvements and receipt by SELLER of an Occupancy Certificate unless otherwise extended by written agreement between the parties.

BUYER agrees to take title of said property within three (3) working days upon notification of scheduled closing, verbally or in writing, by SELLER or Lending Institution. Act of Sale to be passed by Title Closing Group, (985) 781-1073. If BUYER fails to take title to said property as a result of not obtaining loan approval, SELLER shall have the right to retain BUYER'S deposit and re-offer the property for sale.

If the above offer of BUYER is not accepted within thirty (30) days from the date hereof, deposit is to be refunded to BUYER without any cost or obligation.

If any dispute or difference shall arise between BUYER and SELLER with respect to any matter or thing arising out of, or in any way relating to this Contract, such difference or dispute shall, immediately after it has arisen, be referred for final and binding determination to Maps Professional Systems, Inc. a recognized arbitration expert. If that entity is unable to serve, another expert mutually acceptable to both parties shall be named. The decision of the expert shall be final and conclusive as to matters referred to him, provided the decision is rendered in writing within the time specified on the Request of Dispute Resolution. Costs and charges attending such reference shall be paid by the losing party. This agreement for settlement of disputes shall be the sole method for dispute resolution. The decision of the expert as to specific performance and/or damages shall be final and judgment may be entered upon it in accordance with applicable law.

It is expressly agreed that all terms and conditions are included herein or made a written part of this contract by means of an addendum to this contract and there have been no verbal agreements of any kind. Verbal agreements or promises made by anyone (including subcontractors) are not binding on the SELLER.

Dated this ___23___ day of ___October___,

200_6_, ___Prairieville___, Louisiana.

acknowledge receipt of the deposit of _____ BUYER(S)

$ ___1000___

___Ashley C. Bhramayana___

SALES ASSOCIATE

We accept the above offer, subject to the terms and conditions set forth above.

___Deborah H. Llewellen___ ___10/31/06___

SELLER (FOR SUNRISE HOMES) (DATE)

_Sun Construction LL__ ........................................... d/b/a SUNRISE HOMES, hereinafter called "SELLER" and __Ollie Brumfield & Adrienne Johnson__ hereinafter called "BUYER" agree as follows: SELLER agrees to sell and BUYER agrees to buy the property located in __Penn Mill Lakes__ ................................ Subdivision designated as Lot __10__ Phase __2B__, more commonly known as (Address) __1608 Huseman Ln__

__Covington__, Louisiana, 70__435__, together with all improvements thereon, or to be erected thereon, including House Type __New 2061+__, Elevation __III__ in accordance with plans and specifications prepared by SELLER. Said house has been or will be built under the observations and/or inspections of the applicable state and/or local governing authorities, and in accordance with the performance guidelines established by Bonded Builders Home Warranty Association and the National Home Warranty Association residential construction performance guidelines. BUYER agrees to purchase the above property for the sum of __Two hundred thirty-eight thousand four hundred seventy__ DOLL ARS $ __238,470__. As a further condition of this sale, the BUYER agrees to pay for all costs incident to closing this transaction which costs include, but are not limited to, credit report, title examination and insurance, fire and extended coverage insurance, appraisal fee, pro-rated Home Owners Association fees, inspection fees, notarial costs and fees (including certificates in the name of the BUYER), preparation and execution of sale and mortgage, recordation, proration of taxes, interest from closing date to first day of following month, and/or such other closing costs as may be required by or approved by the applicable aforementioned Federal Agency or conventional lender.

Within 14 calendar days after the date of this Purchase Contract, BUYER shall make good faith application for a loan in the amount of $ __225,470__ for a term of __30__ years. The proceeds of the loan will be applied against the purchase price of the property. The balance of the purchase price and the closing costs due by BUYER will be paid in cash by BUYER at the time of closing. BUYER warrants that he/she/they now have $ __18,574__ cash for the necessary down payment and closing costs.

BUYER may cancel this Purchase Contract for any reason within 14 calendar days after the date of this Purchase Contract and receive a return of the Deposit in full. BUYER may also cancel this Purchase Contract within the first 30 days if BUYER is unable to obtain final loan approval, in which event SELLER will return BUYER'S Deposit, minus the sum of $250, which will be retained by SELLER to cover SELLER'S costs and expenses incurred in processing this transaction. If BUYER cancels this Purchase Contract after the first 30 days for any reason other than SELLER'S default, then the Deposit will be forfeited in full as liquidated damages.

If BUYER fails to comply with this Purchase Contract, SELLER may cancel this Purchase Contract and retain the Deposit (not to exceed $3,000) in full as liquidated damages, in which event SELLER shall have the right to re-offer the property for sale free and clear of this Purchase Contract. If SELLER fails to comply with this Purchase Contract for any reason, this Purchase Contract shall be deemed cancelled, and the SELLER shall return BUYER'S deposit (not to exceed $3,000) and any other payments in full. These shall be the sole and exclusive rights and remedies of BUYER and SELLER in the event of a default. BUYER and SELLER waive all other rights and remedies as a result of a default.

BUYER or SELLER shall have the right to cancel this Purchase Agreement in the event construction is delayed or the property contracted for herein is damaged as a result of an Act of God or by a natural disaster. Either party shall notify the other of the intent to cancel in writing. Cancellation pursuant to this provision shall not be considered a breach of the terms of this Purchase Agreement by either BUYER or SELLER.

BUYER has deposited $ __1500__ to be applied to the sum of the purchase price, closing costs and down payment.

The purchase price above includes the following additions and/or conditions: __upgrade insulation pkg, paint upgrade, 8lb pad throughout, 12x12 tile in bkfst rm family rm, upgrade carpet throughout, whirlpool tub, glass block window, roof upgrade, super stainless steel sink, vinyl upgrade.__

_____
_____
_____

The home to be purchased pursuant to this Purchase Contract will be covered by the New Home Warranty Act, a copy of which is provided to BUYER. No other warranty has been or will be given by the SELLER.

The BUYER acknowledges that he/she/they have inspected the lot to be purchased, that the lot is acceptable, and that after the sale, BUYER shall be solely responsible for maintaining the drainage pattern on the lot and for the prevention of erosion.

S:\joy\office\purchase agreements\2006 Edition\louisiana.purchase.agreement.3.2.06

**Exhibit 2.3**

The SELLER'S warranty shall exclude all losses or damage to a home caused by any "fungus(es)" or "spore(s)" or any substance, vapor or gas produced by or arising out of any fungus(es) or spore(s) or any material, product, building component, building or structure that contains, harbors, nurtures or acts as a medium for any fungus(es) or spore(s).  Fungus(es) includes, but is not limited to, any form or type of mold, mushroom or mildew.  Spore(s) means any reproductive body produced by or arising out of any fungus(es).

All subdivision improvements are included in the purchase price and have been or will be installed in accordance with plans and specifications approved by and on file with the local governing agency.

Subject to any delays beyond the control of SELLER, such as inclement weather or other adverse working conditions, fire or other casualty, riots, strikes or other acts of workmen and/or subcontractors, material delivery days or on account of any acts of God or natural disasters, the above building improvements shall be completed on or before 180 days from the date of acceptance of this contract.

The real estate taxes are to be prorated between BUYER and SELLER as of the date of closing.  BUYER shall assume all assessments for municipal improvements, which become a lien after the date of closing.

BUYER shall be delivered possession of the property at the Act of Sale.  Act of Sale to be passed within three days after completion of improvements and receipt by SELLER of an Occupancy Certificate unless otherwise extended by written agreement between the parties.

BUYER agrees to take title of said property within three (3) working days upon notification of scheduled closing, verbally or in writing, by SELLER or Lending Institution.  Act of Sale to be passed by Title Closing Group, (985) 781-1073.  If BUYER fails to take title to said property as a result of not obtaining loan approval, SELLER shall have the right to retain BUYER'S deposit and re-offer the property for sale.

If the above offer of  BUYER is not accepted within thirty (30) days from the date hereof, deposit is to be refunded to BUYER without any cost or obligation.

If any dispute or difference shall arise between BUYER and SELLER with respect to any matter or thing arising out of, or in any way relating to this Contract, such difference or dispute shall, immediately after it has arisen, be referred for final and binding determination to Maps Professional Systems, Inc. a recognized arbitration expert.  If that entity is unable to serve, another expert mutually acceptable to both parties shall be named.  The decision of the expert shall be final and conclusive as to matters referred to him, provided the decision is rendered in writing within the time specified on the Request of Dispute Resolution.  Costs and charges attending such reference shall be paid by the losing party.  This agreement for settlement of disputes shall be the sole method for dispute resolution.  The decision of the expert as to specific performance and/or damages shall be final and judgment may be entered upon it in accordance with applicable law.

It is expressly agreed that all terms and conditions are included herein or made a written part of this contract by means of an addendum to this contract and there have been no verbal agreements of any kind.  Verbal agreements or promises made by anyone (including subcontractors) are not binding on the SELLER.

Dated  this  14th  day  of  April
200 6 .  Covington  , Louisiana.

I acknowledge receipt of the deposit of

$  1500

BUYER(S)

_Kirsby Anler_
SALES ASSOCIATE

We accept the above offer, subject to the terms
and conditions set forth above.

_Deborah H Bueller_  4-26-06
SELLER (FOR SUNRISE HOMES)  (DATE)

2.a

# PURCHASE CONTRACT

SUN CONSTRUCTION, L.L.C. , d/b/a SUNRISE HOMES, hereinafter called "SELLER" and _Dennis & Susan Cunningham_ hereinafter called "BUYER" agree as follows: SELLER agrees to sell and BUYER agrees to buy the property located in _Penn Mill Lakes_ Subdivision designated as Lot _239_ Phase _2A3_ more commonly known as (Address) _288 Penn Mill Lakes Blvd._ _Covington_ Louisiana, _70435_ (zip), together with all improvements thereon, or to be erected thereon, including House Type _Newport_ Elevation _III_ in accordance with plans and specifications prepared by SELLER. Said house has been or will be built under the observations and/or inspections of the applicable state and/or local governing authorities, and in accordance with the performance guidelines established by the Bonded Builders Home Warranty Association and the National Home Builders Association residential construction performance guidelines.

BUYER agrees to purchase the above property for the sum of _Two hundred & nineteen thousand, three hundred & thirty_ DOLLARS $ _219,330_ . As a further condition of this sale, the BUYER agrees to pay for all costs incident to closing this transaction which costs include, but are not limited to, credit report, title examination and insurance, fire and extended coverage insurance, appraisal fee, pro-rated Home Owners Association fees, inspection fees, notarial costs and fees (including certificates in the name of the BUYER), preparation and execution of sale and mortgage, recordation, proration of taxes, interest from closing date to first day of following month, and/or such other closing costs as may be required by or approved by the applicable aforementioned Federal Agency or conventional lender.

Within 14 calendar days after the date of this Purchase Contract, BUYER shall make good faith application for a loan in the amount of $ _175,464_ for a term of _30_ years. The proceeds of the loan will be applied against the purchase price of the property. The balance of the purchase price and the closing costs due by BUYER will be paid in cash by BUYER at the time of closing. BUYER warrants that he/she/they now have $ _48,561_ cash for the necessary down payment and closing costs.

BUYER may cancel this Purchase Contract for any reason within 14 calendar days after the date of this Purchase Contract and receive a return of the Deposit in full. BUYER may also cancel this Purchase Contract within the first 30 days if BUYER is unable to obtain final loan approval, in which event SELLER will return BUYER'S deposit, minus the sum of $250, which will be retained by SELLER to cover SELLER'S costs and expenses incurred in processing this transaction. If BUYER cancels this Purchase Contract after the first 30 days for any reason other than SELLER'S default, then the Deposit will be forfeited in full as liquidated damages.

If BUYER fails to comply with this Purchase Contract, SELLER may cancel this Purchase Contract and retain the Deposit not to exceed $3,000) in full as liquidated damages, in which event SELLER shall have the right to re-offer the property for sale free and clear of this Purchase Contract. If SELLER fails to comply with this Purchase Contract for any reason, this Purchase Contract shall be deemed cancelled, and the SELLER shall return BUYER'S deposit (not to exceed $3,000) and any other payments in full. These shall be the sole and exclusive rights and remedies of BUYER and SELLER in the event of a default. BUYER and SELLER waive all other rights and remedies as a result of a default.

BUYER has deposited $ _3000.00_ to be applied to the sum of the purchase price, closing costs and down payment.

The purchase price above includes the following additions and/or conditions:
_Upgraded: 13-14 Seer AC units, AC drops, 5 appliances, finished garage, fireplace_
_doors, glass block window, granite countertops, garage insulation, upgrade_
_home insulation, tech-shield, premium lot, architectural roof, security_
_system w/ additional key pad, SS sink, side & rear sod, vinyl siding, orange-_
_peel ceiling, 18x18 tile in kitchen, hall bath, master bath, powder room,_
_breakfast room & foyer, 8lb pad in remainder of house._
The home to be purchased pursuant to this Purchase Contract will be covered by the New Home Warranty Act, a copy of which has been given to BUYER at the time BUYER signed this Purchase Contract. No other warranty has been or will be given by the SELLER.

The BUYER acknowledges that he/she/they have inspected the lot to be purchased, that the lot is acceptable, and that after the sale, BUYER shall be solely responsible for maintaining the drainage pattern on the lot and for the prevention of erosion.

office.purchase.agree.with.arbitration91/10/05

_SMC 11/21/05_

**Exhibit 2.4**

The SELLER'S warranty shall exclude any loss or damage to a home caused by "fungus(es)" or "spore(s)" or any substance, vapor or gas produced by or arising out of any fungus(es) or spore(s) or any material, product, building component, building or structure that contains, harbors, nurtures or acts as a medium for any fungus(es) or spore(s). Fungus(es) includes, but is not limited to, any form or type of mold, mushroom or mildew.  Spore(s) means any reproductive body produced by or arising out of any fungus(es).

All subdivision improvements are included in the purchase price and have been or will be installed in accordance with plans and specifications approved by and on file with the local governing agency.

Subject to any delays beyond the control of SELLER, such as inclement weather or other adverse working conditions, fire or other casualty, riots, strikes or other acts of workmen and/or subcontractors, material delivery days or on account of any acts of God, the above building improvements shall be completed on or before 180 working days from the commencement of framing of the home.

.The real estate taxes are to be prorated between BUYER and SELLER as of the date of closing.  BUYER shall assume all assessments for municipal improvements, which become a lien after the date of closing.

BUYER shall be delivered possession of the property at the Act of Sale.  Act of Sale to be passed within three days after completion of improvements and receipt by SELLER of an Occupancy Certificate unless otherwise extended by written agreement between the parties.

BUYER agrees to take title of said property within three (3) working days upon notification of scheduled closing, verbally or in writing, by SELLER or Lending Institution.  Act of Sale to be passed at the offices of Title Closing Group, 202 Village Circle, Suite 2, Slidell, Louisiana 70458 (985-781-1073).  If BUYER fails to take title to said property as a result of not obtaining loan approval, SELLER shall have the right to retain BUYER'S deposit and re-offer the property for sale.

If the above offer of  BUYER is not accepted within thirty (30) days from the date hereof, deposit is to be refunded to BUYER without any cost or obligation.

If any dispute or difference shall arise between BUYER and SELLER with respect to any matter or thing arising out of, or in any way relating to this Contract, such difference or dispute shall, immediately after it has arisen, be referred for final and binding determination to Maps Professional Systems, Inc. a recognized arbitration expert.  If that entity is unable to serve, another expert mutually acceptable to both parties shall be named.  The decision of the expert shall be final and conclusive as to matters referred to him, provided the decision is rendered in writing within the time specified on the Request of Dispute Resolution.  Costs and charges attending such reference shall be paid by the losing party.  This agreement for settlement of disputes shall be the sole method for dispute resolution.  The decision of the expert as to specific performance and/or damages shall be final and judgment may be entered upon it in accordance with applicable law.

It is expressly agreed that all terms and conditions are included herein or made a written part of this contract by means of an addendum to this contract and there have been no verbal agreements of any kind.  Verbal agreements or promises made by anyone (including subcontractors) are not binding on the SELLER.

Dated this ___20th___ day of ___August___, 20 05 ___Covington___, LOUISIANA

I acknowledge receipt of the deposit of

$ .3000. 00

BUYER(S)

_____

Susann Cunningam

_D ollie Wortman_

SALES ASSOCIATE

We accept the above offer, subject to the terms and conditions set forth above

___Joy Najolia___          ___12/1/05___
SELLER (FOR SUNRISE HOMES)        (DATE)

smc 11/21/05
11/21/05
2.a

Joy.office.purchase.agree.with.arbitration01/10/05

SU. ISE HOMES PURCHASE CONTR. T

_Sun Construction_ _____ d/b/a SUNRISE HOMES, hereinafter called "SELLER" and _Glenwood and Margaret Dobbins_ hereinafter called "BUYER" agree as follows: SELLER agrees to sell and BUYER agrees to buy the property located in _Bayou View Estates_ Subdivision designated as Lot _74_ Phase _Second filing_ more commonly known as (Address) _39130 Old Bayou Ave_ _____

_Gonzales_, Louisiana, 70 _737_, together with all improvements thereon, or to be erected thereon, including House Type _Ashwood_, Elevation _III_ in accordance with plans and specifications prepared by SELLER. Said house has been or will be built under the observations and/or inspections of the applicable state and/or local governing authorities, and in accordance with the performance guidelines established by Bonded Builders Home Warranty Association and the National Home Warranty Association residential construction performance guidelines. BUYER agrees to purchase the above property for the sum of _One hundred eighty-four thousand seven hundred_ DOLL ARS $ _184,700_. As a further condition of this sale, the BUYER agrees to pay for all costs incident to closing this transaction which costs include, but are not limited to, credit report, title examination and insurance, fire and extended coverage insurance, appraisal fee, pro-rated Home Owners Association dues, inspection fees, notarial costs and fees (including certificates in the name of the BUYER), preparation and execution of sale and mortgage, recordation, proration of taxes, interest from closing date to first day of following month, and/or such other closing costs as may be required by or approved by the applicable aforementioned Federal Agency or conventional lender.

Within 14 calendar days after the date of this Purchase Contract, BUYER shall make good faith application for a loan in the amount of $ _134,700_ for a term of _30_ years. The proceeds of the loan will be applied against the purchase price of the property. The balance of the purchase price due by BUYER will be paid in cash by BUYER at the time of closing. BUYER warrants that he/she/they now have $ _53,970_ cash for the necessary down payment and closing costs.

BUYER may cancel this Purchase Contract for any reason within 14 calendar days after the date of this Purchase Contract and receive a return of the Deposit in full. BUYER may also cancel this Purchase Contract within the first 30 days if BUYER is unable to obtain final loan approval, in which event SELLER will return BUYER'S Deposit, minus the sum of $250, which will be retained by SELLER to cover SELLER'S costs and expenses incurred in processing this transaction. If BUYER cancels this Purchase Contract after the first 30 days for any reason other than SELLER'S default, then the Deposit will be forfeited in full as liquidated damages.

If BUYER fails to comply with this Purchase Contract, SELLER may cancel this Purchase Contract and retain the Deposit (not to exceed $3,000) in full as liquidated damages, in which event SELLER shall have the right to re-offer the property for sale free and clear of this Purchase Contract. If SELLER fails to comply with this Purchase Contract for any reason, this Purchase Contract shall be deemed cancelled, and the SELLER shall return BUYER'S deposit (not to exceed $3,000) and any other payments in full. These shall be the sole and exclusive rights and remedies of BUYER and SELLER in the event of a default. BUYER and SELLER waive all other rights and remedies as a result of a default.

BUYER or SELLER shall have the right to cancel this Purchase Agreement in the event construction is delayed or the property contracted for herein is damaged as a result of an Act of God or by a natural disaster. Either party shall notify the other of the intent to cancel in writing. Cancellation pursuant to this provision shall not be considered a breach of the terms of this Purchase Agreement by either BUYER or SELLER.

BUYER has deposited $ _1,000_ to be applied to the sum of the purchase price, closing costs and down payment.

The purchase price above includes the following additions and/or conditions:
_Appliance upgrade. Cabinet upgrades. Insulation upgrade. Lot premium. Roof upgrade. Separate shower / tub. Tile upgrade in foyer, kitchen, laundry, master bath, hall bath, family and breakfast._

_____
_____

The home to be purchased pursuant to this Purchase Contract will be covered by the New Home Warranty Act, a copy of which is provided to BUYER. No other warranty has been or will be given by the SELLER.
The BUYER acknowledges that he/she/they have inspected the lot to be purchased, that the lot is acceptable, and that after the sale, BUYER shall be solely responsible for maintaining the drainage pattern on the lot and for the prevention of erosion

**Exhibit 2.5**

The SELLER'S warranty shall exclude any : or damage to a home caused by any "fung   )s)" or "spore(s)" or any substance, vapor or gas produced by or arising out of any fungus(es) or spore(s) or any material, product, building component, building or structure that contains, harbors, nurtures or acts as a medium for any fungus(es) or spore(s). Fungus(es) includes, but is not limited to, any form or type of mold, mushroom or mildew. Spore(s) means any reproductive body produced by or arising out of any fungus(es).

All subdivision improvements are included in the purchase price and have been or will be installed in accordance with plans and specifications approved by and on file with the local governing agency.

Subject to any delays beyond the control of SELLER, such as inclement weather or other adverse working conditions, fire or other casualty, riots, strikes or other acts of workmen and/or subcontractors, material delivery days or on account of any acts of God or natural disasters, the above building improvements shall be completed on or before 180 days from the date of acceptance of this contract.

The real estate taxes are to be prorated between BUYER and SELLER as of the date of closing. BUYER shall assume all assessments for municipal improvements, which become a lien after the date of closing.

BUYER shall be delivered possession of the property at the Act of Sale. Act of Sale to be passed within three days after completion of improvements and receipt by SELLER of an Occupancy Certificate unless otherwise extended by written agreement between the parties.

BUYER agrees to take title of said property within three (3) working days upon notification of scheduled closing, verbally or in writing, by SELLER or Lending Institution. Act of Sale to be passed by Title Closing Group, (985) 781-1073. If BUYER fails to take title to said property as a result of not obtaining loan approval, SELLER shall have the right to retain BUYER'S deposit and re-offer the property for sale.

If the above offer of BUYER is not accepted within thirty (30) days from the date hereof, deposit is to be refunded to BUYER without any cost or obligation.

If any dispute or difference shall arise between BUYER and SELLER with respect to any matter or thing arising out of, or in any way relating to this Contract, such difference or dispute shall, immediately after it has arisen, be referred for final and binding determination to Maps Professional Systems, Inc. a recognized arbitration expert. If that entity is unable to serve, another expert mutually acceptable to both parties shall be named. The decision of the expert shall be final and conclusive as to matters referred to him, provided the decision is rendered in writing within the time specified on the Request of Dispute Resolution. Costs and charges attending such reference shall be paid by the losing party. This agreement for settlement of disputes shall be the sole method for dispute resolution. The decision of the expert as to specific performance and/or damages shall be final and judgment may be entered upon it in accordance with applicable law.

It is expressly agreed that all terms and conditions are included herein or made a written part of this contract by means of an addendum to this contract and there have been no verbal agreements of any kind. Verbal agreements or promises made by anyone (including subcontractors) are not binding on the SELLER.

Dated this _____5_____ day of _____March_____
200 6 , Gonzales _____, Louisiana.

I acknowledge receipt of the deposit of

$ 1,000

_____
SALES ASSOCIATE

BUYER(S)
X _____
X _____

We accept the above offer, subject to the terms
and conditions set forth above.

_____ 5/5/06
SELLER (FOR SUNRISE HOMES)                (DATE)

## PURCHASE CONTRACT

SUN CONSTRUCTION, L.L.C. d/b/a SUNRISE HOMES, hereinafter called "SELLER" and _Malcolm J. Donaldson III_ hereinafter called "BUYER" agree as follows: SELLER agrees to sell and BUYER agrees to buy the property located in _Penn Mill Lakes_ Subdivision designated as Lot _424_ Phase _2 & III_, more commonly known as (Address) _293 Penn Mill Lakes Blvd_ Louisiana, _70435_ (zip), together with all improvements thereon, or to be erected thereon, including House Type _Ashwood_, Elevation _III_ in accordance with plans and specifications prepared by SELLER. Said house has been or will be built under the observations and/or inspections of the applicable state and/or local governing authorities, and in accordance with the performance guidelines established by Bonded Builders Home Warranty Association and the National Home Builders Association residential construction performance guidelines.

BUYER agrees to purchase the above property for the __ sum of _One hundred thirty two thousand, six hundred + thirty_ DOLLARS $ _132,630.00_. As a further condition of this sale, the BUYER agrees to pay for all costs incident to closing this transaction which costs include, but are not limited to, credit report, title examination and insurance, fire and extended coverage insurance, appraisal fee, pro-rated Home Owners Association fees, inspection fees, notarial costs and fees (including certificates in the name of the BUYER), preparation and execution of sale and mortgage, recordation, proration of taxes, interest from closing date to first day of following month, and/or such other closing costs as may be required by or approved by the applicable aforementioned Federal Agency or conventional lender.

Within 14 calendar days after the date of this Purchase Contract, BUYER shall make good faith application for a loan in the amount of $ _132,630.00_ for a term of _30_ years. The proceeds of the loan will be applied against the purchase price of the property. The balance of the purchase price and the closing costs due by BUYER will be paid in cash by BUYER at the time of closing. BUYER warrants that he/she/they now have $ _2048.00_ cash for the necessary down payment and closing costs.

BUYER may cancel this Purchase Contract for any reason within 14 calendar days after the date of this Purchase Contract and receive a return of the Deposit in full. BUYER may also cancel this Purchase Contract within the first 30 days if BUYER is unable to obtain final loan approval, in which event SELLER will return BUYER'S deposit, minus the sum of $250, which will be retained by SELLER to cover SELLER'S costs and expenses incurred in processing this transaction. If BUYER cancels this Purchase Contract after the first 30 days for any reason other than SELLER'S default, then the Deposit will be forfeited in full as liquidated damages.

If BUYER fails to comply with this Purchase Contract, SELLER may cancel this Purchase Contract and retain the Deposit (not to exceed $3,000) in full as liquidated damages, in which event SELLER shall have the right to re-offer the property for sale free and clear of this Purchase Contract. If SELLER fails to comply with this Purchase Contract for any reason, this Purchase Contract shall be deemed cancelled, and the SELLER shall return BUYER'S deposit (not to exceed $3,000) and any other payments in full. These shall be the sole and exclusive rights and remedies of BUYER and SELLER in the event of a default. BUYER and SELLER waive all other rights and remedies as a result of a default.

BUYER has deposited $ _1,000.00_ to be applied to the sum of the purchase price, closing costs and down payment.

The purchase price above includes the following additions and/or conditions: _Up-graded: appliances, maple cabinets, ceramic tile in kitchen, master bath + foyer, lot premium, separate shower from tub, tech-shield, vinyl siding._

The home to be purchased pursuant to this Purchase Contract will be covered by the New Home Warranty Act, a copy of which has been given to BUYER at the time BUYER signed this Purchase Contract. No other warranty has been or will be given by the SELLER.

The BUYER acknowledges that he/she/they have inspected the lot to be purchased, that the lot is acceptable, and that after the sale, BUYER shall be solely responsible for maintaining the drainage pattern on the lot and for the prevention of erosion.

Joy.office.purchase.agree.with.arbitration01/10/05

2.a

**Exhibit 2.6**

substance, vapor or gas produced by or arising out of any fungus(es) or spore(s) or any material, product, building component, building or structure that contains, harbors, nurtures or acts as a medium for any fungus(es) or spore(s). Fungus(es) includes, but is not limited to, any form or type of mold, mushroom or mildew.   Spore(s) means any reproductive body produced by or arising out of any fungus(es).

All subdivision improvements are included in the purchase price and have been or will be installed in accordance with plans and specifications approved by and on file with the local governing agency.

Subject to any delays beyond the control of SELLER, such as inclement weather or other adverse working conditions, fire or other casualty, riots, strikes or other acts of workmen and/or subcontractors, material delivery days or on account of any acts of God, the above building improvements shall be completed on or before 180 working days from the commencement of framing of the home.

The real estate taxes are to be prorated between BUYER and SELLER as of the date of closing.  BUYER shall assume all assessments for municipal improvements, which become a lien after the date of closing.

BUYER shall be delivered possession of the property at the Act of Sale.  Act of Sale to be passed within three days after completion of improvements and receipt by SELLER of an Occupancy Certificate unless otherwise extended by written agreement between the parties.

BUYER agrees to take title of said property within three (3) working days upon notification of scheduled closing, verbally or in writing, by SELLER or Lending Institution.  Act of Sale to be passed at the offices of Title Closing Group, 202 Village Circle, Suite 2, Slidell, Louisiana 70458 (985-781-1073).  If BUYER fails to take title to said property as a result of not obtaining loan approval, SELLER shall have the right to retain BUYER'S deposit and re-offer the property for sale.

If the above offer of BUYER is not accepted within thirty (30) days from the date hereof, deposit is to be refunded to BUYER without any cost or obligation.

If any dispute or difference shall arise between BUYER and SELLER with respect to any matter or thing arising out of, or in any way relating to this Contract, such difference or dispute shall, immediately after it has arisen, be referred for final and binding determination to Maps Professional Systems, Inc. a recognized arbitration expert.  If that entity is unable to serve, another expert mutually acceptable to both parties shall be named.   The decision of the expert shall be final and conclusive as to matters referred to him, provided the decision is rendered in writing within the time specified on the Request of Dispute Resolution.  Costs and charges attending such reference shall be paid by the losing party.  This agreement for settlement of disputes shall be the sole method for dispute resolution.  The decision of the expert as to specific performance and/or damages shall be final and judgment may be entered upon it in accordance with applicable law.

It is expressly agreed that all terms and conditions are included herein or made a written part of this contract by means of an addendum to this contract and there have been no verbal agreements of any kind.  Verbal agreements or promises made by anyone (including subcontractors) are not binding on the SELLER.

Dated this ___16th___ day of ___July___, 20_05_ _Covington_, LOUISIANA

I acknowledge receipt of the deposit of

$ _1,000.00_

BUYER(S) _McDonald_

_Dellie Wortman_
SALES ASSOCIATE

We accept the above offer, subject to the terms and conditions set forth above

_____   _7-27-05_
SELLER (FOR SUNRISE HOMES)        (DATE)

_d/b/a_ SUNRIS_ HOMES, hereinafter called "SELLER"

and _Mark and Shalanda Dorsey_ hereinafter called "BU_ER_" agree as follows: SELLER agrees to sell and BUYER agrees to buy the property located in _Bayou View Estates_ Subdivision designated as Lot _9_ Phase _1st Filing_ more commonly known as (Address) _39064 Bayou View Ave._

_Gonzales_ Louisiana, 70 _737_, together with all improvements thereon, or to be erected thereon, including House Type _Kasewood_, Elevation _II_ in accordance with plans and specifications prepared by SELLER. Said house has been or will be built under the observations and/or inspections of the applicable state and/or local governing authorities, and in accordance with the performance guidelines established by Bonded Builders Home Warranty Association and the National Home Warranty Association residential construction performance guidelines.

BUYER agrees to purchase the above property for the sum of _Two hundred fourteen thousand three hundred ten_ DOLL ARS $ _214,310_. As a further condition of this sale, the BUYER agrees to pay for all costs incident to closing this transaction which costs include, but are not limited to, credit report, title examination and insurance, fire and extended coverage insurance, appraisal fee, pro-rated Home Owners Association fees, inspection fees, notarial costs and fees (including certificates in the name of the BUYER), preparation and execution of sale and mortgage, recordation, proration of taxes, interest from closing date to first day of following month, and/or such other closing costs as may be required by or approved by the applicable aforementioned Federal Agency or conventional lender.

Within 14 calendar days after the date of this Purchase Contract, BUYER shall make good faith application for a loan in the amount of $ _214,310_ for a term of _30_ years. The proceeds of the loan will be applied against the purchase price of the property. The balance of the purchase price and the closing costs due by BUYER will be paid in cash by BUYER at the time of closing. BUYER warrants that he/she/they now have $_3,980_ cash for the necessary down payment and closing costs.

BUYER may cancel this Purchase Contract for any reason within 14 calendar days after the date of this Purchase Contract and receive a return of the Deposit in full. BUYER may also cancel this Purchase Contract within the first 30 days if BUYER is unable to obtain final loan approval, in which event SELLER will return BUYER'S Deposit, minus the sum of $250, which will be retained by SELLER to cover SELLER'S costs and expenses incurred in processing this transaction. If BUYER cancels this Purchase Contract after the first 30 days for any reason other than SELLER'S default, then the Deposit will be forfeited in full as liquidated damages.

If BUYER fails to comply with this Purchase Contract, SELLER may cancel this Purchase Contract and retain the Deposit (not to exceed $3,000) in full as liquidated damages, in which event SELLER shall have the right to re-offer the property for sale free and clear of this Purchase Contract. If SELLER fails to comply with this Purchase Contract for any reason, this Purchase Contract shall be deemed cancelled, and the SELLER shall return BUYER'S deposit (not to exceed $3,000) and any other payments in full. These shall be the sole and exclusive rights and remedies of BUYER and SELLER in the event of a default. BUYER and SELLER waive all other rights and remedies as a result of a default.

BUYER or SELLER shall have the right to cancel this Purchase Agreement in the event construction is delayed or the property contracted for herein is damaged as a result of an Act of God or by a natural disaster. Either party shall notify the other of the intent to cancel in writing. Cancellation pursuant to this provision shall not be considered a breach of the terms of this Purchase Agreement by either BUYER or SELLER.

BUYER has deposited $_1,000_ to be applied to the sum of the purchase price, closing costs and down payment.

The purchase price above includes the following additions and/or conditions:
_2 zone A/C. Fireplace surround upgrade. Granite counter top. Loft premium. Paint and orange peel upgrade. Roof upgrade. Separate shower tub. Fully sodded front, side and rear yards. Vinyl siding upgrade. Elec. upgrades. Wood upgrade in foyer, hall/entry. Upgrade tile in hall bath, kitchen, powder, hall 2, family room and breakfast rooms. Upgrade carpet pad._

The home to be purchased pursuant to this Purchase Contract will be covered by the New Home Warranty Act, a copy of which is provided to BUYER. No other warranty has been or will be given by the SELLER.

The BUYER acknowledges that he/she/they have inspected the lot to be purchased, that the lot is acceptable, and that after the sale, BUYER shall be solely responsible for maintaining the drainage pattern on the lot and for the prevention of erosion.

:\joy\office\purchase agreements\2006 Edition\louisiana.purchase.agreement.3.2.06

2.a

Exhibit
2.7

or gas produced by or arising out of any i... gus(es) or spore(s) or any material, product, ...uilding component, building or structure that contains, harbors, nurtures or acts as a medium for any fungus(es) or spore(s). Fungus(es) includes, but is not limited to, any form or type of mold, mushroom or mildew. Spore(s) means any reproductive body produced by or arising out of any fungus(es).

All subdivision improvements are included in the purchase price and have been or will be installed in accordance with plans and specifications approved by and on file with the local governing agency.

Subject to any delays beyond the control of SELLER, such as inclement weather or other adverse working conditions, fire or other casualty, riots, strikes or other acts of workmen and/or subcontractors, material delivery days or on account of any acts of God or natural disasters, the above building improvements shall be completed on or before 180 days from the date of acceptance of this contract.

The real estate taxes are to be prorated between BUYER and SELLER as of the date of closing. BUYER shall assume all assessments for municipal improvements, which become a lien after the date of closing.

BUYER shall be delivered possession of the property at the Act of Sale. Act of Sale to be passed within three days after completion of improvements and receipt by SELLER of an Occupancy Certificate unless otherwise extended by written agreement between the parties.

BUYER agrees to take title of said property within three (3) working days upon notification of scheduled closing, verbally or in writing, by SELLER or Lending Institution. Act of Sale to be passed by Title Closing Group, (985) 781-1073. If BUYER fails to take title to said property as a result of not obtaining loan approval, SELLER shall have the right to retain BUYER'S deposit and re-offer the property for sale.

If the above offer of BUYER is not accepted within thirty (30) days from the date hereof, deposit is to be refunded to BUYER without any cost or obligation.

If any dispute or difference shall arise between BUYER and SELLER with respect to any matter or thing arising out of, or in any way relating to this Contract, such difference or dispute shall, immediately after it has arisen, be referred for final and binding determination to Maps Professional Systems, Inc. a recognized arbitration expert. If that entity is unable to serve, another expert mutually acceptable to both parties shall be named. The decision of the expert shall be final and conclusive as to matters referred to him, provided the decision is rendered in writing within the time specified on the Request of Dispute Resolution. Costs and charges attending such reference shall be paid by the losing party. This agreement for settlement of disputes shall be the sole method for dispute resolution. The decision of the expert as to specific performance and/or damages shall be final and judgment may be entered upon it in accordance with applicable law.

It is expressly agreed that all terms and conditions are included herein or made a written part of this contract by means of an addendum to this contract and there have been no verbal agreements of any kind. Verbal agreements or promises made by anyone (including subcontractors) are not binding on the SELLER.

Dated this ___8___ day of ___May___
200 _6_, ___Gonzales___ , Louisiana.

I acknowledge receipt of the deposit of

$ ___1,000___

_____
SALES ASSOCIATE

BUYER(S)

X ___Mark J. Dorsey___
X ___Shalanda M Dorsey___

We accept the above offer, subject to the terms and conditions set forth above.

_____  ___5.26.06___
SELLER (FOR SUNRISE HOMES)         (DATE)

i:\joy\office\purchase agreements\2006 Edition\louisiana.purchase.agreement.3.2.06

2.a

**SUNRISE HOMES PURCHASE CONTRACT**

Sun Construction, LLC _____ d/b/a SUNRISE HOMES, hereinafter called "SELLER" and BUYER agrees to buy the property located in **Rosemont** _____ Subdivision, designated as Lot **9** Phase **I**, more commonly known as (address) **17465 Rosemont Drive**, **Prairieville**, Louisiana, 70**769**, together with all improvements thereon, or to be erected thereon, including House Type **Newport** _____, Elevation **II** in accordance with plans and specifications prepared by SELLER. Said house has been or will be built under the observations and/or inspections of the applicable state and/or local governing authorities, and in accordance with the performance guidelines established by Bonded Builders Home Warranty Association and the National Home Warranty Association residential construction performance guidelines. BUYER agrees to purchase the above property for the sum of **Two hundred fifty eight thousand, two hundred thirty** DOLLARS $ **258,230** _____. As a further condition of this sale, the BUYER agrees to pay for all costs incident to closing this transaction which costs include, but are not limited to, credit report, title examination and insurance, fire and extended coverage insurance, appraisal fee, pro-rated Home Owners Association fees, inspection fees, notarial costs and fees (including certificates in the name of the BUYER), preparation and execution of sale and mortgage, recordation, proration of taxes, interest from closing date to first day of following month, and/or such other closing costs as may be required by or approved by the applicable aforementioned Federal Agency or conventional lender.

Within 14 calendar days after the date of this Purchase Contract, BUYER shall make good faith application for a loan in the amount of $ **245,230** _____ for a term of _____ years. The proceeds of the loan will be applied against the purchase price of the property. The balance of the purchase price and the closing costs due by BUYER will be paid in cash by BUYER at the time of closing. BUYER warrants that he/she/they now have $ **17,208** _____ cash for the necessary down payment and closing costs.

BUYER may cancel this Purchase Contract for any reason within 14 calendar days after the date of this Purchase Contract and receive a return of the Deposit in full. BUYER may also cancel this Purchase Contract within the first 30 days if BUYER is unable to obtain final loan approval, in which event SELLER will return BUYER'S Deposit, minus the sum of $250, which will be retained by SELLER to cover SELLER's costs and expenses incurred in processing this transaction. If BUYER cancels this Purchase Contract after the first 30 days for any reason other than SELLER's default, then the Deposit shall be forfeited in full as liquidated damages. If BUYER fails to comply with this Purchase Contract, SELLER may cancel this Purchase Contract and retain the Deposit (not to exceed $3,000) in full as liquidated damages, in which event SELLER shall have the right to re-offer the property for sale free and clear of this Purchase Contract. If SELLER fails to comply with this Purchase Contract for any reason, this Purchase Contract shall be deemed cancelled, and the SELLER shall return BUYER'S deposit (not to exceed $3,000) and any other payments in full. These shall be the sole and exclusive rights and remedies of BUYER and SELLER in the event of a default. BUYER and SELLER waive all other rights and remedies as a result of a default.

BUYER or SELLER shall have the right to cancel this Purchase Agreement in the event construction is delayed or the property contracted for herein is damaged as a result of an Act of God or by a natural disaster. Either party shall notify the other of the intent to cancel in writing. Cancellation pursuant to this provision shall not be considered a breach of the terms of this Purchase Agreement by either BUYER or SELLER.

BUYER has deposited $ **1,000** _____ to be applied to the sum of the purchase price, closing costs and down payment.

The purchase price above includes the following additions and/or conditions:
**18" ceramic in foyer, family room, breakfast room, kitchen, hallway, master bath, upgraded fireplace surround, upgraded paint + orange peel ceiling, upgraded kitchen sink, garage door wiring, two double floodlights, blck/wte for fan, color siding, architectural shingles, 15x15 patio, lot premium, upgraded maple cabinets, slab granite countertops, whirlpool tub,**

The home to be purchased pursuant to this Purchase Contract will be covered by the New Home Warranty Act, a copy of which is provided to BUYER. No other warranty has been or will be given by the SELLER.
The BUYER acknowledges that he/she/they have inspected the lot to be purchased, that the lot is acceptable, and that after the sale, BUYER shall be solely responsible for maintaining the drainage pattern on the lot and for the prevention of erosion.

S:\joy\office\purchase agreements\2006 Edition\louisiana.purchase.agreement.3.2.06

**Exhibit
2.8**

...er's warranty shall exclude any loss or damage to a home caused by any "fungus(es)" or "spore(s)" or any substance, vapor ...roduced by or arising out of any fung...(es) or spore(s) or any material, product, bu...ng component, building or structure that ...s, harbors, nurtures or acts as a medium for any fungus(es) or spore(s). Fungus(es) includes, but is not limited to, any form of ...f mold, mushroom or mildew. Spore(s) means any reproductive body produced by or arising out of any fungus(es). ...ubdivision improvements are included in the purchase price and have been or will be installed in accordance with plans and ...cifications approved by and on file with the local governing agency.

...bject to any delays beyond the control of SELLER, such as inclement weather or other adverse working conditions, fire or other ...usually, riots, strikes or other acts of workmen and/or subcontractors, material delivery days or on account of any acts of God or ...atural disasters, the above building improvements shall be completed on or before 180 days from the date of acceptance of this contract.

The real estate taxes are to be prorated between BUYER and SELLER as of the date of closing. BUYER shall assume all assessments for municipal improvements, which become a lien after the date of closing.

BUYER shall be delivered possession of the property at the Act of Sale. Act of Sale to be passed within three days after completion of improvements and receipt by SELLER of an Occupancy Certificate unless otherwise extended by written agreement between the parties.

BUYER agrees to take title of said property within three (3) working days upon notification of scheduled closing, verbally or in writing, by SELLER or Lending Institution. Act of Sale to be passed by Title Closing Group, (985) 781-1073. If BUYER fails to take title to said property as a result of not obtaining loan approval, SELLER shall have the right to retain BUYER'S deposit and re-offer the property for sale.

If the above offer of BUYER is not accepted within thirty (30) days from the date hereof, deposit is to be refunded to BUYER without any cost or obligation.

If any dispute or difference shall arise between BUYER and SELLER with respect to any matter or thing arising out of, or in any way relating to this Contract, such difference or dispute shall, immediately after it has arisen, be referred for final and binding determination to Maps Professional Systems, Inc. a recognized arbitration expert. If that entity is unable to serve, another expert mutually acceptable to both parties shall be named. The decision of the expert shall be final and conclusive as to matters referred to him, provided the decision is rendered in writing within the time specified on the Request of Dispute Resolution. Costs and charges attending such reference shall be paid by the losing party. This agreement for settlement of disputes shall be the sole method for dispute resolution. The decision of the expert as to specific performance and/or damages shall be final and judgment may be entered upon it in accordance with applicable law.

It is expressly agreed that all terms and conditions are included herein or made a written part of this contract by means of an addendum to this contract and there have been no verbal agreements of any kind. Verbal agreements or promises made by anyone (including subcontractors) are not binding on the SELLER.

Dated this **1st** day of **September**
200**6**, **Prairieville** _____, Louisiana.

I acknowledge receipt of the deposit of

$ **1,000** _____

BUYER(S)

_Kimberly Land_

_Chris Toph_

**Ashley Bhramayana**

SALES ASSOCIATE

We accept the above offer, subject to the terms and conditions set forth above.

_signature_                    **9.15.06**

SELLER (FOR SUNRISE HOMES)          (DATE)

Sun Construction LLC _____ d/b/a SUNRISE HOMES, hereinafter called "SELLER" and Stephen Fisher & Corinn Bradford hereinafter called "BUYER" agree as follows: SELLER agrees to sell and BUYER agrees to buy the property located in Penn Mill Lakes _____ Subdivision designated as Lot 63, Phase 2B, more commonly known as (Address) 580 Huseman Lane _____ Covington _____, Louisiana, 70 435, together with all improvements thereon, or to be erected thereon, including House Type Alexander _____, Elevation III in accordance with plans and specifications prepared by SELLER. Said house has been or will be built under the observations and/or inspections of the applicable state and/or local governing authorities, and in accordance with the performance guidelines established by Bonded Builders Home Warranty Association and the National Home Warranty Association residential construction performance guidelines. BUYER agrees to purchase the above property for the sum of Two hundred + twenty-five thousand + three hundred DOLLARS $ 225,300 _____. As a further condition of this sale, the BUYER agrees to pay for all costs incident to closing this transaction which costs include, but are not limited to, credit report, title examination and insurance, fire and extended coverage insurance, appraisal fee, pro-rated Home Owners Association fees, inspection fees, notarial costs and fees (including certificates in the name of the BUYER), preparation and execution of sale and mortgage, recordation, proration of taxes, interest from closing date to first day of following month, and/or such other closing costs as may be required by or approved by the applicable aforementioned Federal Agency or conventional lender.

Within 14 calendar days after the date of this Purchase Contract, BUYER shall make good faith application for a loan in the amount of $ 214,035 _____ for a term of 30 years. The proceeds of the loan will be applied against the purchase price of the property. The balance of the purchase price and the closing costs due by BUYER will be paid in cash by BUYER at the time of closing. BUYER warrants that he/she/they now have $ 16,574 _____ cash for the necessary down payment and closing costs.

BUYER may cancel this Purchase Contract for any reason within 14 calendar days after the date of this Purchase Contract and receive a return of the Deposit in full. BUYER may also cancel this Purchase Contract within the first 30 days if BUYER is unable to obtain final loan approval, in which event SELLER will return BUYER'S Deposit, minus the sum of $250, which will be retained by SELLER to cover SELLER'S costs and expenses incurred in processing this transaction. If BUYER cancels this Purchase Contract after the first 30 days for any reason other than SELLER'S default, then the Deposit will be forfeited in full as liquidated damages.

If BUYER fails to comply with this Purchase Contract, SELLER may cancel this Purchase Contract and retain the Deposit (not to exceed $3,000) in full as liquidated damages, in which event SELLER shall have the right to re-offer the property for sale free and clear of this Purchase Contract. If SELLER fails to comply with this Purchase Contract for any reason, this Purchase Contract shall be deemed cancelled, and the SELLER shall return BUYER'S deposit (not to exceed $3,000) and any other payments in full. These shall be the sole and exclusive rights and remedies of BUYER and SELLER in the event of a default. BUYER and SELLER waive all other rights and remedies as a result of a default.

BUYER or SELLER shall have the right to cancel this Purchase Agreement in the event construction is delayed or the property contracted for herein is damaged as a result of an Act of God or by a natural disaster. Either party shall notify the other of the intent to cancel in writing. Cancellation pursuant to this provision shall not be considered a breach of the terms of this Purchase Agreement by either BUYER or SELLER.

BUYER has deposited $ 3000 _____ to be applied to the sum of the purchase price, closing costs and down payment.

The purchase price above includes the following additions and/or conditions: Up-graded: Cabinets, ceramic backsplash, glass block window, fully sodded yard, vinyl siding, whirlpool tub, Fireplace surround & 18x18 tile in kitchen & breakfast/keeping room, wood in Foyer, Orange Peel ceiling

The home to be purchased pursuant to this Purchase Contract will be covered by the New Home Warranty Act, a copy of which is provided to BUYER. No other warranty has been or will be given by the SELLER.

The BUYER acknowledges that he/she/they have inspected the lot to be purchased, that the lot is acceptable, and that after the sale, BUYER shall be solely responsible for maintaining the drainage pattern on the lot and for the prevention of erosion.

2.a

Exhibit
2.9

The SELLER'S warranty shall exclude loss or damage to a home caused by any fungus(es) or "spore(s)" or any substance, vapor or gas produced by or arising out of any fungus(es) or spore(s) or any material, product, building component, building or structure that contains, harbors, nurtures or acts as a medium for any fungus(es) or spore(s). Fungus(es) includes, but is not limited to, any form of type of mold, mushroom or mildew. Spore(s) means any reproductive body produced by or arising out of any fungus(es).

All subdivision improvements are included in the purchase price and have been or will be installed in accordance with plans and specifications approved by and on file with the local governing agency.

Subject to any delays beyond the control of SELLER, such as inclement weather or other adverse working conditions, fire or other casualty, riots, strikes or other acts of workmen and/or subcontractors, material delivery days or on account of any acts of God or natural disasters, the above building improvements shall be completed on or before 180 days from the date of acceptance of this contract.

The real estate taxes are to be prorated between BUYER and SELLER as of the date of closing. BUYER shall assume all assessment for municipal improvements, which become a lien after the date of closing.

BUYER shall be delivered possession of the property at the Act of Sale. Act of Sale to be passed within three days after completion of improvements and receipt by SELLER of an Occupancy Certificate unless otherwise extended by written agreement between the parties.

BUYER agrees to take title of said property within three (3) working days upon notification of scheduled closing, verbally or in writing, by SELLER or Lending Institution. Act of Sale to be passed by Title Closing Group, (985) 781-1073. If BUYER fails to take title to said property as a result of not obtaining loan approval, SELLER shall have the right to retain BUYER'S deposit and re-offer the property for sale.

If the above offer of BUYER is not accepted within thirty (30) days from the date hereof, deposit is to be refunded to BUYER without any cost or obligation.

If any dispute or difference shall arise between BUYER and SELLER with respect to any matter or thing arising out of, or in any way relating to this Contract, such difference or dispute shall, immediately after it has arisen, be referred for final and binding determination to Maps Professional Systems, Inc. a recognized arbitration expert. If that entity is unable to serve, another expert mutually acceptable to both parties shall be named. The decision of the expert shall be final and conclusive as to matters referred to him, provided the decision is rendered in writing within the time specified on the Request of Dispute Resolution. Costs and charges attending such reference shall be paid by the losing party. This agreement for settlement of disputes shall be the sole method for dispute resolution. The decision of the expert as to specific performance and/or damages shall be final and judgment may be entered upon it in accordance with applicable law.

It is expressly agreed that all terms and conditions are included herein or made a written part of this contract by means of an addendum to this contract and there have been no verbal agreements of any kind. Verbal agreements or promises made by anyone (including subcontractors) are not binding on the SELLER.

Dated this 20th day of May
200 6 . Covington , Louisiana.

I acknowledge receipt of the deposit of          BUYER(S)

$ 3000.00

Dollie Wortmann

SALES ASSOCIATE

We accept the above offer, subject to the terms
and conditions set forth above.

5/26/06

SELLER (FOR SUNRISE HOMES)          (DATE)

## PURCHASE CONTRACT

SUN CONSTRUCTION, L.L.C. d/b/a SUNRISE HOMES, hereinafter called "SELLER" and _Michael & Rhonda Gardette_ SELLER agrees to sell and BUYER agrees to buy the property located in _Penn Mill Lakes_ Subdivision designated as Lot _236_ Phase _of 13_ more commonly known as _Covington_ (Address) _216 Penn Mill Lakes Blvd_ together with all improvements thereon, or to be erected thereon, including House Type Louisiana, _70435_ (zip), together with all improvements thereon, or to be erected thereon, including House Type _Crestwood_ Elevation _II_ in accordance with plans and specifications prepared by SELLER. Said house has been or will be built under the observations and/or inspections of the applicable state and/or local governing authorities, and in accordance with the performance guidelines established by Bonded Builders Home Warranty Association and the National Home Builders Association residential construction performance guidelines.

BUYER agrees to purchase the above property for the sum of _One hundred Sixty-five Thousand Seven hundred_ DOLLARS $ _165,700_. As a further condition of this sale, the BUYER agrees to pay for all costs incident to closing this transaction which costs include, but are not limited to, credit report, title examination and insurance, fire and extended coverage insurance, appraisal fee, pro-rated Home Owners Association fees, inspection fees, notarial costs and fees (including certificates in the name of the BUYER), preparation and execution of sale and mortgage, recordation, proration of taxes, interest from closing date to first day of following month, and/or such other closing costs as may be required by or approved by the applicable aforementioned Federal Agency or conventional lender.

Within 14 calendar days after the date of this Purchase Contract, BUYER shall make good faith application for a loan in the amount of $ _153,500_ for a term of _30_ years. The proceeds of the loan will be applied against the purchase price of the property. The balance of the purchase price and the closing costs due by BUYER will be paid in cash by BUYER at the time of closing. BUYER warrants that he/she/they now have $ _16,034_ cash for the necessary down payment and closing costs.

BUYER may cancel this Purchase Contract for any reason within 14 calendar days after the date of this Purchase Contract and receive a return of the Deposit in full. BUYER may also cancel this Purchase Contract within the first 30 days if BUYER is unable to obtain final loan approval, in which event SELLER will return BUYER'S deposit, minus the sum of $250, which will be retained by SELLER to cover SELLER'S costs and expenses incurred in processing this transaction. If BUYER cancels this Purchase Contract after the first 30 days for any reason other than SELLER'S default, then the Deposit will be forfeited in full as liquidated damages.

If BUYER fails to comply with this Purchase Contract, SELLER may cancel this Purchase Contract and retain the Deposit (not to exceed $3,000) in full as liquidated damages, in which event SELLER shall have the right to re-offer the property for sale free and clear of this Purchase Contract. If SELLER fails to comply with this Purchase Contract for any reason, this Purchase Contract shall be deemed cancelled, and the SELLER shall return BUYER'S deposit (not to exceed $3,000) and any other payments in full. These shall be the sole and exclusive rights and remedies of BUYER and SELLER in the event of a default. BUYER and SELLER waive all other rights and remedies as a result of a default.

BUYER has deposited $ _2000_ to be applied to the sum of the purchase price, closing costs and down payment.

The purchase price above includes the following additions and/or conditions: _fully sodded yard, tech shield,_ _upgrade brick, upgrade cabinets, lot premium, fully sodded yard tech shield,_ _vinyl siding, 12 x 12 tile both bathrooms, elb pkt throughout, upgrade tile_ _in family room_

The home to be purchased pursuant to this Purchase Contract will be covered by the New Home Warranty Act, a copy of which has been given to BUYER at the time BUYER signed this Purchase Contract. No other warranty has been or will be given by the SELLER.

The BUYER acknowledges that he/she/they have inspected the lot to be purchased, that the lot is acceptable, and that after the sale, BUYER shall be solely responsible for maintaining the drainage pattern on the lot and for the prevention of erosion.

Joy.office.purchase.agree.with.arbitration91/10/05

2.a

Exhibit 2.10

The SELLER'S warranty shall exclude any loss or damage to a home caused by any "fungus(es)" or "spore(s)" or any substance, vapor or gas produced by or arising out of any fungus(es) or spore(s) or any material, product, building component, building or structure that contains, harbors, nurtures or acts as a medium for any fungus(es) or spore(s). Fungus(es) includes, but is not limited to, any form or type of mold, mushroom or mildew.   Spore(s) means any reproductive body produced by or arising out of any fungus(es).

All subdivision improvements are included in the purchase price and have been or will be installed in accordance with plans and specifications approved by and on file with the local governing agency.

Subject to any delays beyond the control of SELLER, such as inclement weather or other adverse working conditions, fire or other casualty, riots, strikes or other acts of workmen and/or subcontractors, material delivery days or on account of any acts of God, the above building improvements shall be completed on or before 180 working days from the commencement of framing of the home.

The real estate taxes are to be prorated between BUYER and SELLER as of the date of closing. BUYER shall assume all assessments for municipal improvements, which become a lien after the date of closing.

BUYER shall be delivered possession of the property at the Act of Sale. Act of Sale to be passed within three days after completion of improvements and receipt by SELLER of an Occupancy Certificate unless otherwise extended by written agreement between the parties.

BUYER agrees to take title of said property within three (3) working days upon notification of scheduled closing, verbally or in writing, by SELLER or Lending Institution. Act of Sale to be passed at the offices of Title Closing Group, 202 Village Circle, Suite 2, Slidell, Louisiana 70458 (985-781-1073). If BUYER fails to take title to said property as a result of not obtaining loan approval, SELLER shall have the right to retain BUYER'S deposit and re-offer the property for sale.

If the above offer of BUYER is not accepted within thirty (30) days from the date hereof, deposit is to be refunded to BUYER without any cost or obligation.

If any dispute or difference shall arise between BUYER and SELLER with respect to any matter or thing arising out of, or in any way relating to this Contract, such difference or dispute shall, immediately after it has arisen, be referred for final and binding determination to Maps Professional Systems, Inc. a recognized arbitration expert. If that entity is unable to serve, another expert mutually acceptable to both parties shall be named.   The decision of the expert shall be final and conclusive as to matters referred to him, provided the decision is rendered in writing within the time specified on the Request of Dispute Resolution.   Costs and charges attending such reference shall be paid by the losing party.   This agreement for settlement of disputes shall be the sole method for dispute resolution.   The decision of the expert as to specific performance and/or damages shall be final and judgment may be entered upon it in accordance with applicable law.

It is expressly agreed that all terms and conditions are included herein or made a written part of this contract by means of an addendum to this contract and there have been no verbal agreements of any kind.   Verbal agreements or promises made by anyone (including subcontractors) are not binding on the SELLER.

Dated this ____3____ day of ___January___, 20_06_ _Covington_____, LOUISIANA

I acknowledge receipt of the deposit of

BUYER(S)

$ _2000_____       _____ 1-3-06

_____       _Rhonda Hardette_ 1-3-06

_Lindsay Only_____

SALES ASSOCIATE

We accept the above offer, subject to the terms and conditions set forth above

_____       _1-13-06_

SELLER (FOR SUNRISE HOMES)          (DATE)

2.a

## SUNRISE HOMES
## PURCHASE CONTRACT

SUN   CONSTRUCTION,   L.L.C.,   d/b/a   SUNRISE   HOMES,   hereinafter   called   "SELLER"
and _Tonya + Sidney Hidalgo_____   hereinafter   called   "BUYER"   agree   as   follows:
SELLER agrees to sell and BUYER agrees to buy the property located in _Penn Lakes___
Subdivision   designated   as   Lot   _428_   Phase   _2 A3_.   more   commonly   known   as
(Address) _273 Penn Mill Lakes Blvd., Covington_____
Louisiana, _70435_ (zip), together with all improvements thereon, or to be erected thereon, including House Type
_Brentwood_____,   Elevation _II_____   in   accordance   with   plans   and
specifications prepared by SELLER. Said house has been or will be built under the observations and/or inspections of the
applicable state and/or local governing authorities, and in accordance with the performance guidelines established by
Bonded Builders Home Warranty Association and the National Home Builders Association residential construction
performance guidelines.

BUYER   agrees   to   purchase   the   above   property   for   the   sum   of
_One hundred sixty-three thousand, one hundred ninety five_DOLLARS
$ _163,195.00_____. As a further condition of this sale, the BUYER agrees to pay for all costs incident to
closing this transaction which costs include, but are not limited to, credit report, title examination and insurance, fire and
extended coverage insurance, appraisal fee, pro-rated Home Owners Association fees, inspection fees, notarial costs and
fees (including certificates in the name of the BUYER), preparation and execution of sale and mortgage, recordation,
proration of taxes, interest from closing date to first day of following month, and/or such other closing costs as may be
required by or approved by the applicable aforementioned Federal Agency or conventional lender.

Within 14 calendar days after the date of this Purchase Contract, BUYER shall make good faith application for a loan in
the amount of $ _153,195.00_____ for a term of _30_____ years. The proceeds of the loan
will be applied against the purchase price of the property. The balance of the purchase price and the closing costs due by
BUYER will be paid in cash by BUYER at the time of closing. BUYER warrants that he/she/they now have
$ _14,428.00_____ cash for the necessary down payment and closing costs.

BUYER may cancel this Purchase Contract for any reason within 14 calendar days after the date of this Purchase Contract
and receive a return of the Deposit in full. BUYER may also cancel this Purchase Contract within the first 30 days if
BUYER is unable to obtain final loan approval, in which event SELLER will return BUYER'S deposit, minus the sum of
$250, which will be retained by SELLER to cover SELLER'S costs and expenses incurred in processing this transaction. If
BUYER cancels this Purchase Contract after the first 30 days for any reason other than SELLER'S default, then the
Deposit will be forfeited in full as liquidated damages.

If BUYER fails to comply with this Purchase Contract, SELLER may cancel this Purchase Contract and retain the Deposit
(not to exceed $3,000) in full as liquidated damages, in which event SELLER shall have the right to re-offer the property for
sale free and clear of this Purchase Contract. If SELLER fails to comply with this Purchase Contract for any reason, this
Purchase Contract shall be deemed cancelled, and the SELLER shall return BUYER'S deposit (not to exceed $3,000) and
any other payments in full. These shall be the sole and exclusive rights and remedies of BUYER and SELLER in the event
of a default. BUYER and SELLER waive all other rights and remedies as a result of a default.

BUYER has deposited $ _2000.00_____ to be applied to the sum of the purchase price,
closing costs and down payment.

The purchase price above includes the following additions and/or conditions:
_up-grades: stainless steel Appliances, cherry cabinets, up-grade_
_tile in breakfast room - up-grade carpet in remainder of home,_
_Landscape package, corner lot, rear sod, vinyl siding_

The home to be purchased pursuant to this Purchase Contract will be covered by the New Home Warranty Act, a copy of
which has been given to BUYER at the time BUYER signed this Purchase Contract. No other warranty has been or will be
given by the SELLER.

The BUYER acknowledges that he/she/they have inspected the lot to be purchased, that the lot is acceptable, and that
after the sale, BUYER shall be solely responsible for maintaining the drainage pattern on the lot and for the prevention of
erosion.

Joy.office.purchase.agree.with.arbitration01/10/05

**Exhibit
2.11**

2.a

The SELLER'S warranty shall exclud ny loss or damage to a home caused b ny "fungus(es)" or "spore(s)" or any substance, vapor or gas produced by or arising out of any fungus(es) or spore(s) or any material, product, building component, building or structure that contains, harbors, nurtures or acts as a medium for any fungus(es) or spore(s). Fungus(es) includes, but is not limited to, any form or type of mold, mushroom or mildew. Spore(s) means any reproductive body produced by or arising out of any fungus(es).

All subdivision improvements are included in the purchase price and have been or will be installed in accordance with plans and specifications approved by and on file with the local governing agency.

Subject to any delays beyond the control of SELLER, such as inclement weather or other adverse working conditions, fire or other casualty, riots, strikes or other acts of workmen and/or subcontractors, material delivery days or on account of any acts of God, the above building improvements shall be completed on or before 180 working days from the commencement of framing of the home.

The real estate taxes are to be prorated between BUYER and SELLER as of the date of closing. BUYER shall assume all assessments for municipal improvements, which become a lien after the date of closing.

BUYER shall be delivered possession of the property at the Act of Sale. Act of Sale to be passed within three days after completion of improvements and receipt by SELLER of an Occupancy Certificate unless otherwise extended by written agreement between the parties.

BUYER agrees to take title of said property within three (3) working days upon notification of scheduled closing, verbally or in writing, by SELLER or Lending Institution. Act of Sale to be passed at the offices of Title Closing Group, 202 Village Circle, Suite 2, Slidell, Louisiana 70458 (985-781-1073). If BUYER fails to take title to said property as a result of not obtaining loan approval, SELLER shall have the right to retain BUYER'S deposit and re-offer the property for sale.

If the above offer of BUYER is not accepted within thirty (30) days from the date hereof, deposit is to be refunded to BUYER without any cost or obligation.

If any dispute or difference shall arise between BUYER and SELLER with respect to any matter or thing arising out of, or in any way relating to this Contract, such difference or dispute shall, immediately after it has arisen, be referred for final and binding determination to Maps Professional Systems, Inc. a recognized arbitration expert. If that entity is unable to serve, another expert mutually acceptable to both parties shall be named. The decision of the expert shall be final and conclusive as to matters referred to him, provided the decision is rendered in writing within the time specified on the Request of Dispute Resolution. Costs and charges attending such reference shall be paid by the losing party. This agreement for settlement of disputes shall be the sole method for dispute resolution. The decision of the expert as to specific performance and/or damages shall be final and judgment may be entered upon it in accordance with applicable law.

It is expressly agreed that all terms and conditions are included herein or made a written part of this contract by means of an addendum to this contract and there have been no verbal agreements of any kind. Verbal agreements or promises made by anyone (including subcontractors) are not binding on the SELLER.

Dated this _18_ day of _July_, 20_05_. _Covington_, LOUISIANA

I acknowledge receipt of the deposit of

$ _2000.00_

BUYER(S)

_Dellie Wartmann_

SALES ASSOCIATE

We accept the above offer, subject to the terms and conditions set forth above

_8-1-05_
(DATE)

SELLER (FOR SUNRISE HOMES)

2.a

Sun Construction, LLC _____ d/b/a SUNRISE ,OMES, hereinafter called "SELLER"
nd Todd Joseph _____ hereinafter called "BUYER" agree as follows: SELLER agrees to
ell and BUYER agrees to buy the property located in Rosemont _____ Subdivision
esignated as Lot 34, Phase I, more commonly known as
Address) 17470 Rosemont Drive,
Prairieville, Louisiana, 70 769, together with all improvements thereon, or to be erected
hereon, including House Type Crestwood, Elevation II in accordance
/ith plans and specifications prepared by SELLER. Said house has been or will be built under the observations and/or inspections of
he applicable state and/or local governing authorities, and in accordance with the performance guidelines established by Bonded
builders Home Warranty Association and the National Home Warranty Association residential construction performance guidelines.
BUYER agrees to nine purchase the above property for the sum of
One hundred eighty four thousand three hundred _____ DOLL
RS $ 184,300 193,000 As a further condition of this sale, the BUYER agrees to pay for all costs incident to closing
his transaction which costs include, but are not limited to, credit report, title examination and insurance, fire and extended coverage
nsurance, appraisal fee, pro-rated Home Owners Association fees, inspection fees, notarial costs and fees (including certificates in the
ame of the BUYER), preparation and execution of sale and mortgage, recordation, proration of taxes, interest from closing date to first
ay of following month, and/or such other closing costs as may be required by or approved by the applicable aforementioned Federal
.gency or conventional lender.
Vithin 14 calendar days after the date of this Purchase Contract, BUYER shall make good faith application for a loan in the amount of
_____ 184,300 _____ for a term of 30 years. The proceeds of the loan will be applied against the
urchase price of the property. The balance of the purchase price and the closing costs due by BUYER will be paid in cash by BUYER
t the time of closing. BUYER warrants that he/she/they now have $ 3676 cash for the necessary down
ayment and closing costs.
BUYER may cancel this Purchase Contract for any reason within 14 calendar days after the date of this Purchase Contract and receive
return of the Deposit in full. BUYER may also cancel this Purchase Contract within the first 30 days if BUYER is unable to obtain final
an approval, in which event SELLER will return BUYER'S Deposit, minus the sum of $250, which will be retained by SELLER to cover
SELLER'S costs and expenses incurred in processing this transaction. If BUYER cancels this Purchase Contract after the first 30 days
or any reason other than SELLER'S default, then the Deposit will be forfeited in full as liquidated damages.
BUYER fails to comply with this Purchase Contract, SELLER may cancel this Purchase Contract and retain the Deposit (not to
xceed $3,000) in full as liquidated damages, in which event SELLER shall have the right to re-offer the property for sale free and clear
f this Purchase Contract. If SELLER fails to comply with this Purchase Contract for any reason, this Purchase Contract shall be
eemed cancelled, and the SELLER shall return BUYER'S deposit (not to exceed $3,000) and any other payments in full. These shall
e the sole and exclusive rights and remedies of BUYER and SELLER in the event of a default. BUYER and SELLER waive all other
ghts and remedies as a result of a default.
BUYER or SELLER shall have the right to cancel this Purchase Agreement in the event construction is delayed or the property
ontracted for herein is damaged as a result of an Act of God or by a natural disaster. Either party shall notify the other of the intent to
ancel in writing. Cancellation pursuant to this provision shall not be considered a breach of the terms of this Purchase Agreement by
ither BUYER or SELLER.
UYER has deposited $ 1,000 to be applied to the sum of the purchase price, closing costs
nd down payment.
he purchase price above includes the following additions and/or conditions:
18" ceramic in foyer, family room, kitchen, upgrade ceramic backsplash +
fireplace surround, whirlpool tub, architectural shingles, color siding,
at premium, garage door wiring, double floodlight 4upgrade paint and
orange peel ceiling. Seller to pay up to $8,700 towards closing
costs and/or prepaids.

he home to be purchased pursuant to this Purchase Contract will be covered by the New Home Warranty Act, a copy of which is
rovided to BUYER. No other warranty has been or will be given by the SELLER.
he BUYER acknowledges that he/she/they have inspected the lot to be purchased, that the lot is acceptable, and that after the sale,
BUYER shall be solely responsible for maintaining the drainage pattern on the lot and for the prevention of erosion.

:joy\office\purchase agreements\2006 Edition\louisiana.purchase.agreement.3.2.06

**Exhibit
2.12**

or gas produced by or arising out of any fungus(es) or spore(s) or any material, product, building component, building or structure that contains, harbors, nurtures or acts as a medium for any fungus(es) or spore(s). Fungus(es) includes, but is not limited to, any form or type of mold, mushroom or mildew. Spore(s) means any reproductive body produced by or arising out of any fungus(es).

All subdivision improvements are included in the purchase price and have been or will be installed in accordance with plans and specifications approved by and on file with the local governing agency.

Subject to any delays beyond the control of SELLER, such as inclement weather or other adverse working conditions, fire or other casualty, riots, strikes or other acts of workmen and/or subcontractors, material delivery days or on account of any acts of God or natural disasters, the above building improvements shall be completed on or before 180 days from the date of acceptance of this contract.

The real estate taxes are to be prorated between BUYER and SELLER as of the date of closing. BUYER shall assume all assessments for municipal improvements, which become a lien after the date of closing.

BUYER shall be delivered possession of the property at the Act of Sale. Act of Sale to be passed within three days after completion of improvements and receipt by SELLER of an Occupancy Certificate unless otherwise extended by written agreement between the parties.

BUYER agrees to take title of said property within three (3) working days upon notification of scheduled closing, verbally or in writing, by SELLER or Lending Institution. Act of Sale to be passed by Title Closing Group, (985) 781-1073. If BUYER fails to take title to said property as a result of not obtaining loan approval, SELLER shall have the right to retain BUYER'S deposit and re-offer the property for sale.

If the above offer of BUYER is not accepted within thirty (30) days from the date hereof, deposit is to be refunded to BUYER without any cost or obligation.

If any dispute or difference shall arise between BUYER and SELLER with respect to any matter or thing arising out of, or in any way relating to this Contract, such difference or dispute shall, immediately after it has arisen, be referred for final and binding determination to Maps Professional Systems, Inc. a recognized arbitration expert. If that entity is unable to serve, another expert mutually acceptable to both parties shall be named. The decision of the expert shall be final and conclusive as to matters referred to him, provided the decision is rendered in writing within the time specified on the Request of Dispute Resolution. Costs and charges attending such reference shall be paid by the losing party. This agreement for settlement of disputes shall be the sole method for dispute resolution. The decision of the expert as to specific performance and/or damages shall be final and judgment may be entered upon it in accordance with applicable law.

It is expressly agreed that all terms and conditions are included herein or made a written part of this contract by means of an addendum to this contract and there have been no verbal agreements of any kind. Verbal agreements or promises made by anyone (including subcontractors) are not binding on the SELLER.

Dated this ___4 th___ day of ___April___
200 6 , ___Prairieville___ , Louisiana.

acknowledge receipt of the deposit of

BUYER(S)

$ 1,000 _____

_____

_Julie Maraist_
SALES ASSOCIATE

We accept the above offer, subject to the terms
and conditions set forth above.

_Deborah H. Leweller_   5/22/06
SELLER (FOR SUNRISE HOMES)        (DATE)

# PURCHASE CONTRACT

SUN CONSTRUCTION, L.L.C. d/b/a SUNRISE HOMES, hereinafter called "SELLER" and _Darryl + Trisha Ledet_ hereinafter called "BUYER" agree as follows: SELLER agrees to sell and BUYER agrees to buy the property located in _Rosemont_ Subdivision designated as Lot _35_ Phase _I_ more commonly known as (Address) _19480 Rosemont Dr. Prairieville_ Louisiana, _70769_ (zip), together with all improvements thereon, or to be erected thereon, including House Type _Alexander_, Elevation _V_ in accordance with plans and specifications prepared by SELLER. Said house has been or will be built under the observations and/or inspections of the applicable state and/or local governing authorities, and in accordance with the performance guidelines established by Bonded Builders Home Warranty Association and the National Home Builders Association residential construction performance guidelines.

BUYER agrees to purchase the above property for the sum of _two hundred twenty nine thousand seventy_ DOLLARS $ _229,070_. As a further condition of this sale, the BUYER agrees to pay for all costs incident to closing this transaction which costs include, but are not limited to, credit report, title examination and insurance, fire and extended coverage insurance, appraisal fee, pro-rated Home Owners Association fees, inspection fees, notarial costs and fees (including certificates in the name of the BUYER), preparation and execution of sale and mortgage, recordation, proration of taxes, interest from closing date to first day of following month, and/or such other closing costs as may be required by or approved by the applicable aforementioned Federal Agency or conventional lender.

Within 14 calendar days after the date of this Purchase Contract, BUYER shall make good faith application for a loan in the amount of $ _135,000.00_ for a term of _30_ years. The proceeds of the loan will be applied against the purchase price of the property. The balance of the purchase price and the closing costs due by BUYER will be paid in cash by BUYER at the time of closing. BUYER warrants that he/she/they now have $ _99,000.00_ cash for the necessary down payment and closing costs.

BUYER may cancel this Purchase Contract for any reason within 14 calendar days after the date of this Purchase Contract and receive a return of the Deposit in full. BUYER may also cancel this Purchase Contract within the first 30 days if BUYER is unable to obtain final loan approval, in which event SELLER will return BUYER'S deposit, minus the sum of $250, which will be retained by SELLER to cover SELLER'S costs and expenses incurred in processing this transaction. If BUYER cancels this Purchase Contract after the first 30 days for any reason other than SELLER'S default, then the Deposit will be forfeited in full as liquidated damages.

If BUYER fails to comply with this Purchase Contract, SELLER may cancel this Purchase Contract and retain the Deposit (not to exceed $3,000) in full as liquidated damages, in which event SELLER shall have the right to re-offer the property for sale free and clear of this Purchase Contract. If SELLER fails to comply with this Purchase Contract for any reason, this Purchase Contract shall be deemed cancelled, and the SELLER shall return BUYER'S deposit (not to exceed $3,000) and any other payments in full. These shall be the sole and exclusive rights and remedies of BUYER and SELLER in the event of a default. BUYER and SELLER waive all other rights and remedies as a result of a default.

BUYER has deposited $ _3000.00_ to be applied to the sum of the purchase price, closing costs and down payment.

The purchase price above includes the following additions and/or conditions: _upgrade brick, upgrade fban cherrybay cabinets, upgrade I ceramic fireplace surround, wood floors in foyer, dining room, family room, hall 1 and hall 2, upgrade 2 ceramic in kitchen and breakfast area, upgrade 4 carpet, 8 lb pad thru uphost, granite countertop, upgrade paint w/ orange peel ceiling, architectural shingles, security system, upgrade stainless steel sink, lot premium $2450, upgrade installers nox, etheting, upgrad colored vinyl_

The home to be purchased pursuant to this Purchase Contract will be covered by the New Home Warranty Act, a copy of which has been given to BUYER at the time BUYER signed this Purchase Contract. No other warranty has been or will be given by the SELLER.

The BUYER acknowledges that he/she/they have inspected the lot to be purchased, that the lot is acceptable, and that after the sale, BUYER shall be solely responsible for maintaining the drainage pattern on the lot and for the prevention of erosion.

Joy.office.purchase.agree.with.arbitration.sun llc.4/13/05

2.a

Exhibit
2.13

The SELLER'S warranty shall exclude any loss or damage to a home caused by any "fungus(es)" or "spore(s)" or any substance, vapor or gas produced by or arising out of any fungus(es) or spore(s) or any material, product, building component, building or structure that contains, harbors, nurtures or acts as a medium for any fungus(es) or spore(s). Fungus(es) includes, but is not limited to, any form or type of mold, mushroom or mildew.   Spore(s) means any reproductive body produced by or arising out of any fungus(es).

All subdivision improvements are included in the purchase price and have been or will be installed in accordance with plans and specifications approved by and on file with the local governing agency.

Subject to any delays beyond the control of SELLER, such as inclement weather or other adverse working conditions, fire or other casualty, riots, strikes or other acts of workmen and/or subcontractors, material delivery days or on account of any acts of God, the above building improvements shall be completed on or before 180 working days from the commencement of framing of the home.

The real estate taxes are to be prorated between BUYER and SELLER as of the date of closing.  BUYER shall assume all assessments for municipal improvements, which become a lien after the date of closing.

BUYER shall be delivered possession of the property at the Act of Sale.  Act of Sale to be passed within three days after completion of improvements and receipt by SELLER of an Occupancy Certificate unless otherwise extended by written agreement between the parties.

BUYER agrees to take title of said property within three (3) working days upon notification of scheduled closing, verbally or in writing, by SELLER or Lending Institution.  Act of Sale to be passed at the offices of Title Closing Group (985-781-1073). If BUYER fails to take title to said property as a result of not obtaining loan approval, SELLER shall have the right to retain BUYER'S deposit and re-offer the property for sale.

If the above offer of  BUYER is not accepted within thirty (30) days from the date hereof, deposit is to be refunded to BUYER without any cost or obligation.

If any dispute or difference shall arise between BUYER and SELLER with respect to any matter or thing arising out of, or in any way relating to this Contract, such difference or dispute shall, immediately after it has arisen, be referred for final and binding determination to Maps Professional Systems, Inc. a recognized arbitration expert.  If that entity is unable to serve, another expert mutually acceptable to both parties shall be named.   The decision of the expert shall be final and conclusive as to matters referred to him, provided the decision is rendered in writing within the time specified on the Request of Dispute Resolution.  Costs and charges attending such reference shall be paid by the losing party.  This agreement for settlement of disputes shall be the sole method for dispute resolution.  The decision of the expert as to specific performance and/or damages shall be final and judgment may be entered upon it in accordance with applicable law.

It is expressly agreed that all terms and conditions are included herein or made a written part of this contract by means of an addendum to this contract and there have been no verbal agreements of any kind.  Verbal agreements or promises made by anyone (including subcontractors) are not binding on the SELLER.

Dated this ___4th___ day of __January_____, 20_06_ __Prairieville_____, LOUISIANA

I acknowledge receipt of the deposit of                        BUYER(S)

$_____3000_____          _____

_____

__Ashley Bhramayana_____

SALES ASSOCIATE

We accept the above offer, subject to the terms and conditions set forth above

_____          __1.24.06___

SELLER (FOR SUNRISE HOMES)                    (DATE)

Joy.office.purchase.agree.with.arbitration.sun llc.4/13/05

2.a

ST. JOE HOMES PURCHASE CONTRACT -1

Sun Construction, LLC d/b/a SUNRISE HOMES, hereinafter called "SELLER"
and Aldo and Ghedy Matus hereinafter called "BUYER" agree as follows: SELLER agrees to
sell and BUYER agrees to buy the property located in Rosemont Subdivision
designated as Lot 13, Phase I, more commonly known as
(Address) 41299 Tulip Hill Ave.
Prairieville, Louisiana, 70 769, together with all improvements thereon, or to be erected
thereon, including House Type Hampton, Elevation II in accordance
with plans and specifications prepared by SELLER. Said house has been or will be built under the observations and/or inspections of
the applicable state and/or local governing authorities, and in accordance with the performance guidelines established by Bonded
Builders Home Warranty Association and the National Home Warranty Association residential construction performance guidelines.

BUYER agrees to purchase the above property for the sum of
Two hundred fifty six thousand eight hundred sixty DOLL
ARS $ 256,860. As a further condition of this sale, the BUYER agrees to pay for all costs incident to closing
this transaction which costs include, but are not limited to, credit report, title examination and insurance, fire and extended coverage
insurance, appraisal fee, pro-rated Home Owners Association fees, inspection fees, notarial costs and fees (including certificates in the
name of the BUYER), preparation and execution of sale and mortgage, recordation, proration of taxes, interest from closing date to first
day of following month, and/or such other closing costs as may be required by or approved by the applicable aforementioned Federal
Agency or conventional lender.

Within 14 calendar days after the date of this Purchase Contract, BUYER shall make good faith application for a loan in the amount of
$ 192,860 X CPM for a term of 30 years. The proceeds of the loan will be applied against the
purchase price of the property. The balance of the purchase price and the closing costs due by BUYER will be paid in cash by BUYER
at the time of closing. BUYER warrants that he/she/they now have $ 67,702 X CPM cash for the necessary down
payment and closing costs.

BUYER may cancel this Purchase Contract for any reason within 14 calendar days after the date of this Purchase Contract and receive
a return of the Deposit in full. BUYER may also cancel this Purchase Contract within the first 30 days if BUYER is unable to obtain final
loan approval, in which event SELLER will return BUYER'S Deposit, minus the sum of $250, which will be retained by SELLER to cover
SELLER'S costs and expenses incurred in processing this transaction. If BUYER cancels this Purchase Contract after the first 30 days
for any reason other than SELLER'S default, then the Deposit will be forfeited in full as liquidated damages.

If BUYER fails to comply with this Purchase Contract, SELLER may cancel this Purchase Contract and retain the Deposit (not to
exceed $3,000) in full as liquidated damages, in which event SELLER shall have the right to re-offer the property for sale free and clear
of this Purchase Contract. If SELLER fails to comply with this Purchase Contract for any reason, this Purchase Contract shall be
deemed cancelled, and the SELLER shall return BUYER'S deposit (not to exceed $3,000) and any other payments in full. These shall
be the sole and exclusive rights and remedies of BUYER and SELLER in the event of a default. BUYER and SELLER waive all other
rights and remedies as a result of a default.

BUYER or SELLER shall have the right to cancel this Purchase Agreement in the event construction is delayed or the property
contracted for herein is damaged as a result of an Act of God or by a natural disaster. Either party shall notify the other of the intent to
cancel in writing. Cancellation pursuant to this provision shall not be considered a breach of the terms of this Purchase Agreement by
either BUYER or SELLER.

BUYER has deposited $ 1,000 to be applied to the sum of the purchase price, closing costs
and down payment.

The purchase price above includes the following additions and/or conditions:
2 double floodlights, block + wire for fan, garage door wiring, upgrade brick,
color siding, architectural shingles, lot premium, maple cabinets, granite
countertops, upgrade paint, orange peel ceilings, whirlpool tub, upgrade
kitchen sink, upgrade fireplace surround, 18 inch ceramic in foyer, hallway,
kitchen, breakfast room + family room, 6lb carpet pad,

The home to be purchased pursuant to this Purchase Contract will be covered by the New Home Warranty Act, a copy of which is
provided to BUYER. No other warranty has been or will be given by the SELLER.
The BUYER acknowledges that he/she/they have inspected the lot to be purchased, that the lot is acceptable, and that after the sale,
BUYER shall be solely responsible for maintaining the drainage pattern on the lot and for the prevention of erosion.

S:\joy\office\purchase agreements\2006 Edition\louisiana.purchase.agreement.3.2.06

2.a

Exhibit
2.14

The SELLER's warranty shall exclude all ... 's or damage to a home caused by any fun... es) or spore(s) or any substance, vapor or gas produced by or arising out of any fungus(es) or spore(s) or any material, product, building component, building or structure that contains, harbors, nurtures or acts as a medium for any fungus(es) or spore(s). Fungus(es) includes, but is not limited to, any form or type of mold, mushroom or mildew. Spore(s) means any reproductive body produced by or arising out of any fungus(es).

All subdivision improvements are included in the purchase price and have been or will be installed in accordance with plans and specifications approved by and on file with the local governing agency.

Subject to any delays beyond the control of SELLER, such as inclement weather or other adverse working conditions, fire or other casualty, riots, strikes or other acts of workmen and/or subcontractors, material delivery days or on account of any acts of God or natural disasters, the above building improvements shall be completed on or before 180 days from the date of acceptance of this contract.

The real estate taxes are to be prorated between BUYER and SELLER as of the date of closing. BUYER shall assume all assessments for municipal improvements, which become a lien after the date of closing.

BUYER shall be delivered possession of the property at the Act of Sale. Act of Sale to be passed within three days after completion of improvements and receipt by SELLER of an Occupancy Certificate unless otherwise extended by written agreement between the parties.

BUYER agrees to take title of said property within three (3) working days upon notification of scheduled closing, verbally or in writing, by SELLER or Lending Institution. Act of Sale to be passed by Title Closing Group, (985) 781-1073. If BUYER fails to take title to said property as a result of not obtaining loan approval, SELLER shall have the right to retain BUYER'S deposit and re-offer the property for sale.

If the above offer of BUYER is not accepted within thirty (30) days from the date hereof, deposit is to be refunded to BUYER without any cost or obligation.

If any dispute or difference shall arise between BUYER and SELLER with respect to any matter or thing arising out of, or in any way relating to this Contract, such difference or dispute shall, immediately after it has arisen, be referred for final and binding determination to Maps Professional Systems, Inc. a recognized arbitration expert. If that entity is unable to serve, another expert mutually acceptable to both parties shall be named. The decision of the expert shall be final and conclusive as to matters referred to him, provided the decision is rendered in writing within the time specified on the Request of Dispute Resolution. Costs and charges attending such reference shall be paid by the losing party. This agreement for settlement of disputes shall be the sole method for dispute resolution. The decision of the expert as to specific performance and/or damages shall be final and judgment may be entered upon it in accordance with applicable law.

It is expressly agreed that all terms and conditions are included herein or made a written part of this contract by means of an addendum to this contract and there have been no verbal agreements of any kind. Verbal agreements or promises made by anyone (including subcontractors) are not binding on the SELLER.

Dated this _____14th_____ day of _____April_____

200_6_, _____Prairieville_____, Louisiana.

I acknowledge receipt of the deposit of

BUYER(S)

$ _____1,000_____

SALES ASSOCIATE

We accept the above offer, subject to the terms and conditions set forth above.

SELLER (FOR SUNRISE HOMES)        4.26.06        (DATE)

2.a

SUNRISE HOMES PURCHASE CONTRACT

_Sun Construction LLC_____ d/b/a SUNRISE HOMES, hereinafter called "SELLER" and _Marie + Ernest Nunez, III_ hereinafter called "BUYER" agree as follows: SELLER agrees to sell and BUYER agrees to buy the property located in _Penn Mill Lakes_____ Subdivision designated as Lot _71_ Phase _2B_, more commonly known as (Address) _612 Huseman Lane_

_Covington_, Louisiana, 70_435_, together with all improvements thereon, or to be erected thereon, including House Type _Rosewood_, Elevation _I_ in accordance with plans and specifications prepared by SELLER. Said house has been or will be built under the observations and/or inspections of the applicable state and/or local governing authorities, and in accordance with the performance guidelines established by Bonded Builders Home Warranty Association and the National Home Warranty Association residential construction performance guidelines.

BUYER agrees to purchase the above property for the sum of _One hundred ninety-two thousand seven hundred ninety-five DOLL ARS $ 192,795_. As a further condition of this sale, the BUYER agrees to pay for all costs incident to closing this transaction which costs include, but are not limited to, credit report, title examination and insurance, fire and extended coverage insurance, appraisal fee, pro-rated Home Owners Association fees, inspection fees, notarial costs and fees (including certificates in the name of the BUYER), preparation and execution of sale and mortgage, recordation, proration of taxes, interest from closing date to first day of following month, and/or such other closing costs as may be required by or approved by the applicable aforementioned Federal Agency or conventional lender.

Within 14 calendar days after the date of this Purchase Contract, BUYER shall make good faith application for a loan in the amount of $ _183,155_ for a term of _30_ years. The proceeds of the loan will be applied against the purchase price of the property. The balance of the purchase price and the closing costs due by BUYER will be paid in cash by BUYER at the time of closing. BUYER warrants that he/she/they now have $ _14,507_ cash for the necessary down payment and closing costs.

BUYER may cancel this Purchase Contract for any reason within 14 calendar days after the date of this Purchase Contract and receive a return of the Deposit in full. BUYER may also cancel this Purchase Contract within the first 30 days if BUYER is unable to obtain final loan approval, in which event SELLER will return BUYER'S Deposit, minus the sum of $250, which will be retained by SELLER to cover SELLER'S costs and expenses incurred in processing this transaction. If BUYER cancels this Purchase Contract after the first 30 days for any reason other than SELLER's default, then the Deposit will be forfeited in full as liquidated damages.

If BUYER fails to comply with this Purchase Contract, SELLER may cancel this Purchase Contract and retain the Deposit (not to exceed $3,000) in full as liquidated damages, in which event SELLER shall have the right to re-offer the property for sale free and clear of this Purchase Contract. If SELLER fails to comply with this Purchase Contract for any reason, this Purchase Contract shall be deemed cancelled, and the SELLER shall return BUYER'S deposit (not to exceed $3,000) and any other payments in full. These shall be the sole and exclusive rights and remedies of BUYER and SELLER in the event of a default. BUYER and SELLER waive all other rights and remedies as a result of a default.

BUYER or SELLER shall have the right to cancel this Purchase Agreement in the event construction is delayed or the property contracted for herein is damaged as a result of an Act of God or by a natural disaster. Either party shall notify the other of the intent to cancel in writing. Cancellation pursuant to this provision shall not be considered a breach of the terms of this Purchase Agreement by either BUYER or SELLER.

BUYER has deposited $ _1,000._ to be applied to the sum of the purchase price, closing costs and down payment.

The purchase price above includes the following additions and/or conditions:
_up-graded 2 zone A.C., home insulation, architectural roof_
_separate shower from tub, fully sodded yard, techshield_
_vinyl siding, orange-peel ceiling, tile in breakfast room,_
_dining room + hall bath._

The home to be purchased pursuant to this Purchase Contract will be covered by the New Home Warranty Act, a copy of which is provided to BUYER. No other warranty has been or will be given by the SELLER.

The BUYER acknowledges that he/she/they have inspected the lot to be purchased, that the lot is acceptable, and that after the sale, BUYER shall be solely responsible for maintaining the drainage pattern on the lot and for the prevention of erosion.

S:\joy\office\purchase agreements\2006 Edition\louisiana.purchase.agreement.3.2.06

Exhibit 2.15

The SELLER'S warranty shall exclude a. ⌐ss or damage to a home caused by any "fu...s(es)" or "spore(s)" or any substance, vapor or gas produced by or arising out of any fungus(es) or spore(s) or any material, product, building component, building or structure that contains, harbors, nurtures or acts as a medium for any fungus(es) or spore(s). Fungus(es) includes, but is not limited to, any form of type of mold, mushroom or mildew. Spore(s) means any reproductive body produced by or arising out of any fungus(es).

All subdivision improvements are included in the purchase price and have been or will be installed in accordance with plans and specifications approved by and on file with the local governing agency.

Subject to delays beyond the control of SELLER, such as inclement weather or other adverse working conditions, fire or other casualty, riots, strikes or other acts of workmen and/or subcontractors, material delivery days or on account of any acts of God or natural disasters, the above building improvements shall be completed on or before 180 days from the date of acceptance of this contract.

The real estate taxes are to be prorated between BUYER and SELLER as of the date of closing. BUYER shall assume all assessments for municipal improvements, which become a lien after the date of closing.

BUYER shall be delivered possession of the property at the Act of Sale. Act of Sale to be passed within three days after completion of improvements and receipt by SELLER of an Occupancy Certificate unless otherwise extended by written agreement between the parties.

BUYER agrees to take title of said property within three (3) working days upon notification of scheduled closing, verbally or in writing, by SELLER or Lending Institution. Act of Sale to be passed by Title Closing Group, (985) 781-1073. If BUYER fails to take title to said property as a result of not obtaining loan approval, SELLER shall have the right to retain BUYER'S deposit and re-offer the property for sale.

If the above offer of  BUYER is not accepted within thirty (30) days from the date hereof, deposit is to be refunded to BUYER without any cost or obligation.

If any dispute or difference shall arise between BUYER and SELLER with respect to any matter or thing arising out of, or in any way relating to this Contract, such difference or dispute shall, immediately after it has arisen, be referred for final and binding determination to Maps Professional Systems, Inc. a recognized arbitration expert.  If that entity is unable to serve, another expert mutually acceptable to both parties shall be named.  The decision of the expert shall be final and conclusive as to matters referred to him, provided the decision is rendered in writing within the time specified on the Request of Dispute Resolution.  Costs and charges attending such reference shall be paid by the losing party.  This agreement for settlement of disputes shall be the sole method for dispute resolution. The decision of the expert as to specific performance and/or damages shall be final and judgment may be entered upon it in accordance with applicable law.

It is expressly agreed that all terms and conditions are included herein or made a written part of this contract by means of an addendum to this contract and there have been no verbal agreements of any kind.  Verbal agreements or promises made by anyone (including subcontractors) are not binding on the SELLER.

Dated  this___*21st*___day  of  *April*_____
200*6*, _*Covington*_____, Louisiana.

I acknowledge receipt of the deposit of

$ *1,000,—*

*Dollie Wortmann*
SALES ASSOCIATE

We accept the above offer, subject to the terms
and conditions set forth above.

_____
SELLER (FOR SUNRISE HOMES)

BUYER(S)

_____
_____

*5.2.06*
(DATE)

## SUNRISE HOMES
## PURCHASE CONTRACT

SUN   CONSTRUCTION,   L.L.C.   d/b/a   SUNRISE   HOMES,   hereinafter   called   "SELLER"
and _Alexander J Robair_   hereinafter   called   "BUYER"   agree   as   follows:
SELLER agrees to sell and BUYER agrees to buy the property located in _Bayou View Estates_
Subdivision   designated   as   Lot _B_   Phase _I_   more   commonly   known   as
(Address) _39058 Bayou View Ave_ (Gonzales)
Louisiana, _70737_ (zip), together with all improvements thereon, or to be erected thereon, including House Type
_Newport_, Elevation _II_ in accordance with plans and
specifications prepared by SELLER. Said house has been or will be built under the observations and/or inspections of the
applicable state and/or local governing authorities, and in accordance with the performance guidelines established by
Bonded Builders Home Warranty Association and the National Home Builders Association residential construction
performance guidelines.

BUYER   agrees   to   purchase   the   above   property   for   the   sum   of
_two hundred founty six thousand eixt hundred founty_ DOLLARS
$ _246,840_. As a further condition of this sale, the BUYER agrees to pay for all costs incident to
closing this transaction which costs include, but are not limited to, credit report, title examination and insurance, fire and
extended coverage insurance, appraisal fee, pro-rated Home Owners Association fees, inspection fees, notarial costs and
fees (including certificates in the name of the BUYER), preparation and execution of sale and mortgage, recordation,
proration of taxes, interest from closing date to first day of following month, and/or such other closing costs as may be
required by or approved by the applicable aforementioned Federal Agency or conventional lender.

Within 14 calendar days after the date of this Purchase Contract, BUYER shall make good faith application for a loan in
the amount of $ _191,840_ for a term of _30_ years. The proceeds of the loan
will be applied against the purchase price of the property. The balance of the purchase price and the closing costs due by
BUYER will be paid in cash by BUYER at the time of closing. BUYER warrants that he/she/they now have
$ _60,000_ cash for the necessary down payment and closing costs.

BUYER may cancel this Purchase Contract for any reason within 14 calendar days after the date of this Purchase Contract
and receive a return of the Deposit in full. BUYER may also cancel this Purchase Contract within the first 30 days if
BUYER is unable to obtain final loan approval, in which event SELLER will return BUYER'S deposit, minus the sum of
$250, which will be retained by SELLER to cover SELLER'S costs and expenses incurred in processing this transaction. If
BUYER cancels this Purchase Contract after the first 30 days for any reason other than SELLER'S default, then the
Deposit will be forfeited in full as liquidated damages.

If BUYER fails to comply with this Purchase Contract, SELLER may cancel this Purchase Contract and retain the Deposit
(not to exceed $3,000) in full as liquidated damages, in which event SELLER shall have the right to re-offer the property for
sale free and clear of this Purchase Contract. If SELLER fails to comply with this Purchase Contract for any reason, this
Purchase Contract shall be deemed cancelled, and the SELLER shall return BUYER'S deposit (not to exceed $3,000) and
any other payments in full. These shall be the sole and exclusive rights and remedies of BUYER and SELLER in the event
of a default. BUYER and SELLER waive all other rights and remedies as a result of a default.

BUYER has deposited $ _1000_ to be applied to the sum of the purchase price,
closing costs and down payment.

The purchase price above includes the following additions and/or conditions:
_upgrades include stainless steel appliances, upgrade mocha cabinets, upgrade II
fireplace surround, upgrade II ceramic in kitchen/breakfast and powder room,_
_wood floors in foyer, hall 1, dining room and living room, alb carpet pad_
_slab granite countertops, 800 lot premium, fences, sodded yard, architectural_
_shingles, upgrade vinyl siding, whirlpool tub; upgrade paint with orange peel ceilings_

The home to be purchased pursuant to this Purchase Contract will be covered by the New Home Warranty Act, a copy of
which has been given to BUYER at the time BUYER signed this Purchase Contract. No other warranty has been or will be
given by the SELLER.

The BUYER acknowledges that he/she/they have inspected the lot to be purchased, that the lot is acceptable, and that
after the sale, BUYER shall be solely responsible for maintaining the drainage pattern on the lot and for the prevention of
erosion.

_Joy.office.purchase.agree.with.arbitration.sun llc.4/13/05_

Exhibit
2.16

The SELLER'S warranty shall exclude any loss or damage to a home caused by any "fungus(es)" or "spore(s)" or any substance, vapor or gas produced by or arising out of any fungus(es) or spore(s) or any material, product, building component, building or structure that contains, harbors, nurtures or acts as a medium for any fungus(es) or spore(s). Fungus(es) includes, but is not limited to, any form or type of mold, mushroom or mildew.   Spore(s) means any reproductive body produced by or arising out of any fungus(es).

All subdivision improvements are included in the purchase price and have been or will be installed in accordance with plans and specifications approved by and on file with the local governing agency.

Subject to any delays beyond the control of SELLER, such as inclement weather or other adverse working conditions, fire or other casualty, riots, strikes or other acts of workmen and/or subcontractors, material delivery days or on account of any acts of God, the above building improvements shall be completed on or before 180 working days from the commencement of framing of the home.

The real estate taxes are to be prorated between BUYER and SELLER as of the date of closing.  BUYER shall assume all assessments for municipal improvements, which become a lien after the date of closing.

BUYER shall be delivered possession of the property at the Act of Sale.  Act of Sale to be passed within three days after completion of improvements and receipt by SELLER of an Occupancy Certificate unless otherwise extended by written agreement between the parties.

BUYER agrees to take title of said property within three (3) working days upon notification of scheduled closing, verbally or in writing, by SELLER or Lending Institution.  Act of Sale to be passed at the offices of Title Closing Group (985-781-1073). If BUYER fails to take title to said property as a result of not obtaining loan approval, SELLER shall have the right to retain BUYER'S deposit and re-offer the property for sale.

If the above offer of  BUYER is not accepted within thirty (30) days from the date hereof, deposit is to be refunded to BUYER without any cost or obligation.

If any dispute or difference shall arise between BUYER and SELLER with respect to any matter or thing arising out of, or in any way relating to this Contract, such difference or dispute shall, immediately after it has arisen, be referred for final and binding determination to Maps Professional Systems, Inc. a recognized arbitration expert.  If that entity is unable to serve, another expert mutually acceptable to both parties shall be named.   The decision of the expert shall be final and conclusive as to matters referred to him, provided the decision is rendered in writing within the time specified on the Request of Dispute Resolution.  Costs and charges attending such reference shall be paid by the losing party.   This agreement for settlement of disputes shall be the sole method for dispute resolution.  The decision of the expert as to specific performance and/or damages shall be final and judgment may be entered upon it in accordance with applicable law.

It is expressly agreed that all terms and conditions are included herein or made a written part of this contract by means of an addendum to this contract and there have been no verbal agreements of any kind.  Verbal agreements or promises made by anyone (including subcontractors) are not binding on the SELLER.

Dated this ___ Lo ___ day of ___ February ___, 20 06, ___ Gonzales ___, LOUISIANA

I acknowledge receipt of the deposit of                 BUYER(S)

$ ___ 1000 ___                Alexander J. Robair

Ashley C. Bhagmagana

SALES ASSOCIATE

We accept the above offer, subject to the terms and conditions set forth above

___                2-24-06

SELLER (FOR SUNRISE HOMES)        (DATE)

## PURCHASE CONTRACT

SUN  CONSTRUCTION,  L.L.C.  d/b/a  SUNRISE  HOMES,  hereinafter  called  "SELLER"
and  _Jeffrey Roberts_  hereinafter  called  "BUYER"  agree  as  follows:
SELLER  agrees  to  sell  and  BUYER  agrees  to  buy  the  property  located  in  _PENN MILL LAKES_
Subdivision  designated  as  Lot  _426_  Phase  _IIA3_  more  commonly  known  as
(Address)  _285 PENN MILL LAKES BLVD_  _COVINGTON_,
Louisiana,  _70435_  (zip),  together  with  all  improvements  thereon,  or  to  be  erected  thereon,  including  House  Type
_STANTON_,  Elevation  _X_  in  accordance  with  plans  and
specifications  prepared  by  SELLER.  Said  house  has  been  or  will  be  built  under  the  observations  or  inspections  of  the
applicable  state  and/or  local  governing  authorities,  and  in  accordance  with  the  performance  guidelines  established  by
Bonded  Builders  Home  Warranty  Association  and  the  National  Home  Builders  Association  residential  construction
performance  guidelines.

BUYER  agrees  to  purchase  the  above  property  for  the  sum  of
_Two  hundred  thousand  three  hundred  Twenty_  DOLLARS
$ _200,320_.  As  a  further  condition  of  this  sale,  the  BUYER  agrees  to  pay  for  all  costs  incident  to
closing  this  transaction  which  costs  include,  but  are  not  limited  to,  credit  report,  title  examination  and  insurance,  fire  and
extended  coverage  insurance,  appraisal  fee,  pro-rated  Home  Owners  Association  fees,  inspection  fees,  notarial  costs  and
fees  (including  certificates  in  the  name  of  the  BUYER),  preparation  and  execution  of  sale  and  mortgage,  recordation,
proration  of  taxes,  interest  from  closing  date  to  first  day  of  following  month,  and/or  such  other  closing  costs  as  may  be
required  by  or  approved  by  the  applicable  aforementioned  Federal  Agency  or  conventional  lender.

Within  14  calendar  days  after  the  date  of  this  Purchase  Contract,  BUYER  shall  make  good  faith  application  for  a  loan  in
the  amount  of  $ _190,304_  for  a  term  of  _30_  years.  The  proceeds  of  the  loan
will  be  applied  against  the  purchase  price  of  the  property.  The  balance  of  the  purchase  price  and  the  closing  costs  due  by
BUYER  will  be  paid  in  cash  by  BUYER  at  the  time  of  closing.  BUYER  warrants  that  he/she/they  now  have
$ _14,350_  cash  for  the  necessary  down  payment  and  closing  costs.

BUYER  may  cancel  this  Purchase  Contract  for  any  reason  within  14  calendar  days  after  the  date  of  this  Purchase  Contract
and  receive  a  return  of  the  Deposit  in  full.  BUYER  may  also  cancel  this  Purchase  Contract  within  the  first  30  days  if
BUYER  is  unable  to  obtain  final  loan  approval,  in  which  event  SELLER  will  return  BUYER'S  deposit,  minus  the  sum  of
$250,  which  will  be  retained  by  SELLER  to  cover  SELLER'S  costs  and  expenses  incurred  in  processing  this  transaction.  If
BUYER  cancels  this  Purchase  Contract  after  the  first  30  days  for  any  reason  other  than  SELLER'S  default,  then  the
Deposit  will  be  forfeited  in  full  as  liquidated  damages.

If  BUYER  fails  to  comply  with  this  Purchase  Contract,  SELLER  may  cancel  this  Purchase  Contract  and  retain  the  Deposit
(not  to  exceed  $3,000)  in  full  as  liquidated  damages,  in  which  event  SELLER  shall  have  the  right  to  re-offer  the  property  for
sale  free  and  clear  of  this  Purchase  Contract.  If  SELLER  fails  to  comply  with  this  Purchase  Contract  for  any  reason,  this
Purchase  Contract  shall  be  deemed  cancelled,  and  the  SELLER  shall  return  BUYER'S  deposit  (not  to  exceed  $3,000)  and
any  other  payments  in  full.  These  shall  be  the  sole  and  exclusive  rights  and  remedies  of  BUYER  and  SELLER  in  the  event
of  a  default.  BUYER  and  SELLER  waive  all  other  rights  and  remedies  as  a  result  of  a  default.

BUYER  has  deposited  $ _500_  to  be  applied  to  the  sum  of  the  purchase  price,
closing  costs  and  down  payment.

The  purchase  price  above  includes  the  following  additions  and/or  conditions:
_Lot Premium, Fully Sodded yard, upgrade cabinets, granite, Whirlpool tub, vinyl upgrade_
_tech shield security system, upgrade shingles, paint upgrade w/ raised pool ceiling_
_w/ carpet pad, upgrade carpet throughout, 18x18 tile in kitchen+bkfst, gas fireplace,_
_surround, home theater_

The  home  to  be  purchased  pursuant  to  this  Purchase  Contract  will  be  covered  by  the  New  Home  Warranty  Act,  a  copy  of
which  has  been  given  to  BUYER  at  the  time  BUYER  signed  this  Purchase  Contract.  No  other  warranty  has  been  or  will  be
given  by  the  SELLER.

The  BUYER  acknowledges  that  he/she/they  have  inspected  the  lot  to  be  purchased,  that  the  lot  is  acceptable,  and  that
after  the  sale,  BUYER  shall  be  solely  responsible  for  maintaining  the  drainage  pattern  on  the  lot  and  for  the  prevention  of
erosion.

Exhibit
2.17

The SELLER'S warranty shall exclu  any loss or damage to a home caused  any "fungus(es)" or "spore(s)" or any substance, vapor or gas produced by or arising out of any fungus(es) or spore(s) or any material, product, building component, building or structure that contains, harbors, nurtures or acts as a medium for any fungus(es) or spore(s). Fungus(es) includes, but is not limited to, any form or type of mold, mushroom or mildew. Spore(s) means any reproductive body produced by or arising out of any fungus(es).

All subdivision improvements are included in the purchase price and have been or will be installed in accordance with plans and specifications approved by and on file with the local governing agency.

Subject to any delays beyond the control of SELLER, such as inclement weather or other adverse working conditions, fire or other casualty, riots, strikes or other acts of workmen and/or subcontractors, material delivery days or on account of any acts of God, the above building improvements shall be completed on or before 180 working days from the commencement of framing of the home.

The real estate taxes are to be prorated between BUYER and SELLER as of the date of closing. BUYER shall assume all assessments for municipal improvements, which become a lien after the date of closing.

BUYER shall be delivered possession of the property at the Act of Sale. Act of Sale to be passed within three days after completion of improvements and receipt by SELLER of an Occupancy Certificate unless otherwise extended by written agreement between the parties.

BUYER agrees to take title of said property within three (3) working days upon notification of scheduled closing, verbally or in writing, by SELLER or Lending Institution. Act of Sale to be passed at the offices of Title Closing Group, 202 Village Circle, Suite 2, Slidell, Louisiana 70458 (985-781-1073). If BUYER fails to take title to said property as a result of not obtaining loan approval, SELLER shall have the right to retain BUYER'S deposit and re-offer the property for sale.

If the above offer of BUYER is not accepted within thirty (30) days from the date hereof, deposit is to be refunded to BUYER without any cost or obligation.

If any dispute or difference shall arise between BUYER and SELLER with respect to any matter or thing arising out of, or in any way relating to this Contract, such difference or dispute shall, immediately after it has arisen, be referred for final and binding determination to Maps Professional Systems, Inc. a recognized arbitration expert. If that entity is unable to serve, another expert mutually acceptable to both parties shall be named. The decision of the expert shall be final and conclusive as to matters referred to him, provided the decision is rendered in writing within the time specified on the Request of Dispute Resolution. Costs and charges attending such reference shall be paid by the losing party. This agreement for settlement of disputes shall be the sole method for dispute resolution. The decision of the expert as to specific performance and/or damages shall be final and judgment may be entered upon it in accordance with applicable law.

It is expressly agreed that all terms and conditions are included herein or made a written part of this contract by means of an addendum to this contract and there have been no verbal agreements of any kind. Verbal agreements or promises made by anyone (including subcontractors) are not binding on the SELLER.

Dated this ___16___ day of ___July___, 20_05_ ___Covington___, LOUISIANA

I acknowledge receipt of the deposit of        BUYER(S)

$ _1500_

_____
SALES ASSOCIATE

We accept the above offer, subject to the terms and conditions set forth above

_____          _8-1-05_
SELLER (FOR SUNRISE HOMES)                  (DATE)

Joy.office.purchase.agree.with.arbitration01/10/05                                        2.a

SUN   CONSTRUCTION,   L.L.C.   d/b/a   SUNRISE   HOMES,   hereinafter   called   "SELLER"
and   _BRAD & CASSANDRA ROGERS_   hereinafter   called   "BUYER"   agree   as   follows:
SELLER agrees to sell and BUYER agrees to buy the property located in _PENN MILL LAKES_
Subdivision   designated   as   Lot   _432_   Phase   _2A3_   more   commonly   known   as
(Address)   _516 MARE COURT COVINGTON_
Louisiana, _70435_ (zip), together with all improvements thereon, or to be erected thereon, including House Type
_CRESTWOOD_ , Elevation _I_ in accordance with plans and
specifications prepared by SELLER. Said house has been or will be built under the observations and/or inspections of the
applicable state and/or local governing authorities, and in accordance with the performance guidelines established by
Bonded Builders Home Warranty Association and the National Home Builders Association residential construction
performance guidelines.

BUYER   agrees   to   purchase   the   above   property   for   the   sum   of
_One hundred and forty thousand nine hundred and sixty_ DOLLARS
$ _140,960_ . As a further condition of this sale, the BUYER agrees to pay for all costs incident to
closing this transaction which costs include, but are not limited to, credit report, title examination and insurance, fire and
extended coverage insurance, appraisal fee, pro-rated Home Owners Association fees, inspection fees, notarial costs and
fees (including certificates in the name of the BUYER), preparation and execution of sale and mortgage, recordation,
proration of taxes, interest from closing date to first day of following month, and/or such other closing costs as may be
required by or approved by the applicable aforementioned Federal Agency or conventional lender.

Within 14 calendar days after the date of this Purchase Contract, BUYER shall make good faith application for a loan in
the amount of $ _126,864_ for a term of _30_ years. The proceeds of the loan
will be applied against the purchase price of the property. The balance of the purchase price and the closing costs due by
BUYER will be paid in cash by BUYER at the time of closing. BUYER warrants that he/she/they now have
$ _18,035_ cash for the necessary down payment and closing costs.

BUYER may cancel this Purchase Contract for any reason within 14 calendar days after the date of this Purchase Contract
and receive a return of the Deposit in full. BUYER may also cancel this Purchase Contract within the first 30 days if
BUYER is unable to obtain final loan approval, in which event SELLER will return BUYER'S deposit, minus the sum of
$250, which will be retained by SELLER to cover SELLER'S costs and expenses incurred in processing this transaction. If
BUYER cancels this Purchase Contract after the first 30 days for any reason other than SELLER'S default, then the
Deposit will be forfeited in full as liquidated damages.

If BUYER fails to comply with this Purchase Contract, SELLER may cancel this Purchase Contract and retain the Deposit
(not to exceed $3,000) in full as liquidated damages, in which event SELLER shall have the right to re-offer the property for
sale free and clear of this Purchase Contract. If SELLER fails to comply with this Purchase Contract for any reason, this
Purchase Contract shall be deemed cancelled, and the SELLER shall return BUYER'S deposit (not to exceed $3,000) and
any other payments in full. These shall be the sole and exclusive rights and remedies of BUYER and SELLER in the event
of a default. BUYER and SELLER waive all other rights and remedies as a result of a default.

BUYER has deposited $ _1000_ to be applied to the sum of the purchase price,
closing costs and down payment.

The purchase price above includes the following additions and/or conditions:
_PREMIUM LOT. UPGRADE STAINLESS STEEL GAS. APPLIANCE PACKAGE. UPGRADE CHERRY_
_CABINETS. UPGRADE double hood + blah blah UPGRADE INSULATION. UPGRADE ORANGE PEEL CEILING. UPGRADE_
_ROOF. UPGRADE SINK. UPGRADE TERM SHIELD. UPGRADE VINYL SIDING. UPGRADE WOOD IN DINING_
_ROOM. UPGRADE 12X12 TILE IN MASTER AND HALL BATHROOM. UPGRADE CARPET + 6 LB._
_PAD THROUGHOUT._

The home to be purchased pursuant to this Purchase Contract will be covered by the New Home Warranty Act, a copy of
which has been given to BUYER at the time BUYER signed this Purchase Contract. No other warranty has been or will be
given by the SELLER.

The BUYER acknowledges that he/she/they have inspected the lot to be purchased, that the lot is acceptable, and that
after the sale, BUYER shall be solely responsible for maintaining the drainage pattern on the lot and for the prevention of
erosion.

Joy.office.purchase.agree.with.arbitration01/10/05

2.a

Exhibit
2.18

substance, vapor or gas produced by or arising out of any fungus(es) or spore(s) or any material, product, building component, building or structure that contains, harbors, nurtures or acts as a medium for any fungus(es) or spore(s). Fungus(es) includes, but is not limited to, any form or type of mold, mushroom or mildew. Spore(s) means any reproductive body produced by or arising out of any fungus(es).

All subdivision improvements are included in the purchase price and have been or will be installed in accordance with plans and specifications approved by and on file with the local governing agency.

Subject to any delays beyond the control of SELLER, such as inclement weather or other adverse working conditions, fire or other casualty, riots, strikes or other acts of workmen and/or subcontractors, material delivery days or on account of any acts of God, the above building improvements shall be completed on or before 180 working days from the commencement of framing of the home.

The real estate taxes are to be prorated between BUYER and SELLER as of the date of closing. BUYER shall assume all assessments for municipal improvements, which become a lien after the date of closing.

BUYER shall be delivered possession of the property at the Act of Sale. Act of Sale to be passed within three days after completion of improvements and receipt by SELLER of an Occupancy Certificate unless otherwise extended by written agreement between the parties.

BUYER agrees to take title of said property within three (3) working days upon notification of scheduled closing, verbally or in writing, by SELLER or Lending Institution. Act of Sale to be passed at the offices of Title Closing Group, 202 Village Circle, Suite 2, Slidell, Louisiana 70458 (985-781-1073). If BUYER fails to take title to said property as a result of not obtaining loan approval, SELLER shall have the right to retain BUYER'S deposit and re-offer the property for sale.

If the above offer of BUYER is not accepted within thirty (30) days from the date hereof, deposit is to be refunded to BUYER without any cost or obligation.

If any dispute or difference shall arise between BUYER and SELLER with respect to any matter or thing arising out of, or in any way relating to this Contract, such difference or dispute shall, immediately after it has arisen, be referred for final and binding determination to Maps Professional Systems, Inc. a recognized arbitration expert. If that entity is unable to serve, another expert mutually acceptable to both parties shall be named. The decision of the expert shall be final and conclusive as to matters referred to him, provided the decision is rendered in writing within the time specified on the Request of Dispute Resolution. Costs and charges attending such reference shall be paid by the losing party. This agreement for settlement of disputes shall be the sole method for dispute resolution. The decision of the expert as to specific performance and/or damages shall be final and judgment may be entered upon it in accordance with applicable law.

It is expressly agreed that all terms and conditions are included herein or made a written part of this contract by means of an addendum to this contract and there have been no verbal agreements of any kind. Verbal agreements or promises made by anyone (including subcontractors) are not binding on the SELLER.

Dated this ___12___ day of ___June___, 20_05_. _Covington_, LOUISIANA

I acknowledge receipt of the deposit of 

$ _1000_

BUYER(S)

___Brad Loga___

___Roxandia Sager___

SALES ASSOCIATE

We accept the above offer, subject to the terms and conditions set forth above

___6-24-05___

SELLER (FOR SUNRISE HOMES)     (DATE)

Joy.office.purchase.agree.with.arbitration01/10/05

2.a

_____ HUSE HOMES PURCHASE CONTRACT _____

Sun Construction LLC _____ d/b/a SUNRISE HOMES, hereinafter called "SELLER"
and Michael + Leslie Shelton _____ hereinafter called "BUYER" agree as follows: SELLER agrees to
sell and BUYER agrees to buy the property located in Penn Mill Lakes _____ Subdivision
designated as Lot 60 Phase 2B , more commonly known as
(Address) 568 Huseman Lane
Covington , Louisiana, 70 435 , together with all improvements thereon, or to be erected
thereon, including House Type Rosewood , Elevation II in accordance
with plans and specifications prepared by SELLER. Said house has been or will be built under the observations and/or inspections of
the applicable state and/or local governing authorities, and in accordance with the performance guidelines established by Bonded
Builders Home Warranty Association and the National Home Warranty Association residential construction performance guidelines.

BUYER agrees to purchase the above, property for the sum of
Two hundred + thirteen thousand, three hundred DOLL
ARS $ 213,300 . As a further condition of this sale, the BUYER agrees to pay for all costs incident to closing
this transaction which costs include, but are not limited to, credit report, title examination and insurance, fire and extended coverage
insurance, appraisal fee, pro-rated Home Owners Association fees, inspection fees, notarial costs and fees (including certificates in the
name of the BUYER), preparation and execution of sale and mortgage, recordation, proration of taxes, interest from closing date to first
day of following month, and/or such other closing costs as may be required by or approved by the applicable aforementioned Federal
Agency or conventional lender.

Within 14 calendar days after the date of this Purchase Contract, BUYER shall make good faith application for a loan in the amount of
$ 146,800 for a term of 30 years. The proceeds of the loan will be applied against the
purchase price of the property. The balance of the purchase price and the closing costs due by BUYER will be paid in cash by BUYER
at the time of closing. BUYER warrants that he/she/they now have $ 71,249 cash for the necessary down
payment and closing costs.

BUYER may cancel this Purchase Contract for any reason within 14 calendar days after the date of this Purchase Contract and receive
a return of the Deposit in full. BUYER may also cancel this Purchase Contract within the first 30 days if BUYER is unable to obtain final
loan approval, in which event SELLER will return BUYER'S Deposit, minus the sum of $250, which will be retained by SELLER to cover
SELLER'S costs and expenses incurred in processing this transaction. If BUYER cancels this Purchase Contract after the first 30 days
for any reason other than SELLER'S default, then the Deposit shall be forfeited in full as liquidated damages.

If BUYER fails to comply with this Purchase Contract, SELLER may cancel this Purchase Contract and retain the Deposit (not to
exceed $3,000) in full as liquidated damages, in which event SELLER shall have the right to re-offer the property for sale free and clear
of this Purchase Contract. If SELLER fails to comply with this Purchase Contract for any reason, this Purchase Contract shall be
deemed cancelled, and the SELLER shall return BUYER'S deposit (not to exceed $3,000) and any other payments in full. These shall
be the sole and exclusive rights and remedies of BUYER and SELLER in the event of a default. BUYER and SELLER waive all other
rights and remedies as a result of a default.

BUYER or SELLER shall have the right to cancel this Purchase Agreement in the event construction is delayed or the property
contracted for herein is damaged as a result of an Act of God or by a natural disaster. Either party shall notify the other of the intent to
cancel in writing. Cancellation pursuant to this provision shall not be considered a breach of the terms of this Purchase Agreement by
either BUYER or SELLER.

BUYER has deposited $ 2000.00 to be applied to the sum of the purchase price, closing costs
and down payment.

The purchase price above includes the following additions and/or conditions:
upgraded: 2 zone A.C. Gas Appliances, Brick color, insulation,
architectural roof, separate shower from tub, fully sodded
yard, upgraded vinyl orange-peel ceiling, ceramic tile
in: Hall, Family room, Breakfast room + Hall bath, + tech shield
tile in hall #2

The home to be purchased pursuant to this Purchase Contract will be covered by the New Home Warranty Act, a copy of which is
provided to BUYER. No other warranty has been or will be given by the SELLER.

The BUYER acknowledges that he/she/they have inspected the lot to be purchased, that the lot is acceptable, and that after the sale,
BUYER shall be solely responsible for maintaining the drainage pattern on the lot and for the prevention of erosion.

S:\joy\office\purchase agreements\2006 Edition\louisiana.purchase.agreement.3.2.06

Exhibit
2.19

or gas produced by or arising out of any fungus(es) or spore(s) or any material, product, building component, building or structure that contains, harbors, nurtures or acts as a medium for any fungus(es) or spore(s). Fungus(es) includes, but is not limited to, any form or type of mold, mushroom or mildew. Spore(s) means any reproductive body produced by or arising out of any fungus(es).

All subdivision improvements are included in the purchase price and have been or will be installed in accordance with plans and specifications approved by and on file with the local governing agency.

Subject to any delays beyond the control of SELLER, such as inclement weather or other adverse working conditions, fire or other casualty, riots, strikes or other acts of workmen and/or subcontractors, material delivery days or on account of any acts of God or natural disasters, the above building improvements shall be completed on or before 180 days from the date of acceptance of this contract.

The real estate taxes are to be prorated between BUYER and SELLER as of the date of closing. BUYER shall assume all assessments for municipal improvements, which become a lien after the date of closing.

BUYER shall be delivered possession of the property at the Act of Sale. Act of Sale to be passed within three days after completion of improvements and receipt by SELLER of an Occupancy Certificate unless otherwise extended by written agreement between the parties.

BUYER agrees to take title of said property within three (3) working days upon notification of scheduled closing, verbally or in writing, by SELLER or Lending Institution. Act of Sale to be passed by Title Closing Group, (985) 781-1073. If BUYER fails to take title to said property as a result of not obtaining loan approval, SELLER shall have the right to retain BUYER'S deposit and re-offer the property for sale.

If the above offer of BUYER is not accepted within thirty (30) days from the date hereof, deposit is to be refunded to BUYER without any cost or obligation.

If any dispute or difference shall arise between BUYER and SELLER with respect to any matter or thing arising out of, or in any way relating to this Contract, such difference or dispute shall, immediately after it has arisen, be referred for final and binding determination to Maps Professional Systems, Inc. a recognized arbitration expert. If that entity is unable to serve, another expert mutually acceptable to both parties shall be named. The decision of the expert shall be final and conclusive as to matters referred to him, provided the decision is rendered in writing within the time specified on the Request of Dispute Resolution. Costs and charges attending such reference shall be paid by the losing party. This agreement for settlement of disputes shall be the sole method for dispute resolution. The decision of the expert as to specific performance and/or damages shall be final and judgment may be entered upon it in accordance with applicable law.

It is expressly agreed that all terms and conditions are included herein or made a written part of this contract by means of an addendum to this contract and there have been no verbal agreements of any kind. Verbal agreements or promises made by anyone (including subcontractors) are not binding on the SELLER.

Dated   this   _17_   day   of   _May_   _____,
200_6_ , _Covington_ _____, Louisiana.

I acknowledge receipt of the deposit of

$ _2000.00_ _____

_Dollie Wortmann_ _____
SALES ASSOCIATE

BUYER(S)

_Michael A. Shelton_ _____

_Leslie M. Shelton_ _____

We accept the above offer, subject to the terms
and conditions set forth above.

_Deborah H. Leweller_   _6/1/06_ _____
SELLER (FOR SUNRISE HOMES)                    (DATE)