# SUNRISE HOMES PURCHASE CONTRACT

_Sun Construction_ _____ d/b/a SUNRISE HOMES, hereinafter called "SELLER"
and _Patricia and Levi Spencer, Jr._, hereinafter called "BUYER" agree as follows: SELLER agrees to
sell and BUYER agrees to buy the property located in _Steeplechase_ Subdivision
designated as Lot _1, 282_, Phase _I_, more commonly known as
Address) _3637 Edgewood Court_
_Avondale_, Louisiana, 70_094_, together with all improvements thereon, or to be erected
thereon, including House Type _Rosewood_, Elevation _II_ in accordance
with plans and specifications prepared by SELLER. Said house has been or will be built under the observations and/or inspections of
the applicable state and/or local governing authorities, and in accordance with the performance guidelines established by Bonded
Builders Home Warranty Association and the National Home Warranty Association residential construction performance guidelines.

BUYER agrees to purchase the above property for the sum of
_two hundred twenty five thousand-five hundred-seventy five_ _____ DOLL
ARS $ _225,575.00_. As a further condition of this sale, the BUYER agrees to pay for all costs incident to closing
this transaction which costs include, but are not limited to, credit report, title examination and insurance, fire and extended coverage
insurance, appraisal fee, pro-rated Home Owners Association fees, inspection fees, notarial costs and fees (including certificates in the
name of the BUYER), preparation and execution of sale and mortgage, recordation, proration of taxes, interest from closing date to first
day of following month, and/or such other closing costs as may be required by or approved by the applicable aforementioned Federal
agency or conventional lender.

Within 14 calendar days after the date of this Purchase Contract, BUYER shall make good faith application for a loan in the amount of
_230,424.00_ for a term of _30_ years. The proceeds of the loan will be applied against the
purchase price of the property. The balance of the purchase price and the closing costs due by BUYER will be paid in cash by BUYER
at the time of closing. BUYER warrants that he/she/they now have $ _5,816.00_ cash for the necessary down
payment and closing costs.

BUYER may cancel this Purchase Contract for any reason within 14 calendar days after the date of this Purchase Contract and receive
a return of the Deposit in full. BUYER may also cancel this Purchase Contract within the first 30 days if BUYER is unable to obtain final
loan approval, in which event SELLER will return BUYER'S Deposit, minus the sum of $250, which will be retained by SELLER to cover
SELLER's costs and expenses incurred in processing this transaction. If BUYER cancels this Purchase Contract after the first 30 days
or any reason other than SELLER's default, then the Deposit will be forfeited in full as liquidated damages.

If BUYER fails to comply with this Purchase Contract, SELLER may cancel this Purchase Contract and retain the Deposit (not to
exceed $3,000) in full as liquidated damages, in which event SELLER shall have the right to re-offer the property for sale free and clear
of this Purchase Contract. If SELLER fails to comply with this Purchase Contract for any reason, this Purchase Contract shall be
deemed cancelled, and the SELLER shall return BUYER'S deposit (not to exceed $3,000) and any other payments in full. These shall
be the sole and exclusive rights and remedies of BUYER and SELLER in the event of a default. BUYER and SELLER waive all other
rights and remedies as a result of a default.

BUYER or SELLER shall have the right to cancel this Purchase Agreement in the event construction is delayed or the property
contracted for herein is damaged as a result of an Act of God or by a natural disaster. Either party shall notify the other of the intent to
cancel in writing. Cancellation pursuant to this provision shall not be considered a breach of the terms of this Purchase Agreement by
either BUYER or SELLER.

BUYER has deposited $ _1,000.—_ to be applied to the sum of the purchase price, closing costs
and down payment.

The purchase price above includes the following additions and/or conditions:
_2 zone A/C and heat. Upgrade ceramic fireplace surround. Upgrade ceramic_
_flooring in hall bath, hall, one entry, and breakfast. Upgrade carpet pad._
_Upgrade lot premium._
_Upgrade separate shower and whirlpool tub._
_Upgrade vinyl siding color._
_Upgrade pre-wire only for garage door opener._

The home to be purchased pursuant to this Purchase Contract will be covered by the New Home Warranty Act, a copy of which
provided to BUYER. No other warranty has been or will be given by the SELLER.
The BUYER acknowledges that he/she/they have inspected the lot to be purchased, that the lot is acceptable, and that after the sale
BUYER shall be solely responsible for maintaining the drainage pattern on the lot and for the prevention of erosion.

s:joy\office\purchase agreements\2006 Edition-louisiana purchase agreement 3-2-06

**Exhibit
2.20**

he SELLER'S warranty shall exclude any loss or damage to a home caused by any "fungus(es)" or "spore(s)" or any substance, vapor r gas produced by or arising out of any fungus(es) or spore(s) or any material, product, building component, building or structure that ontains, harbors, nurtures or acts as a medium for any fungus(es) or spore(s). Fungus(es) includes, but is not limited to, any form or /pe of mold, mushroom or mildew. Spore(s) means any reproductive body produced by or arising out of any fungus(es).

ll subdivision improvements are included in the purchase price and have been or will be installed in accordance with plans and pecifications approved by and on file with the local governing agency.

iubject to any delays beyond the control of SELLER, such as inclement weather or other adverse working conditions, fire or other asualty, riots, strikes or other acts of workmen and/or subcontractors, material delivery days or on account of any acts of God or iatural disasters, the above building improvements shall be completed on or before 180 days from the date of acceptance of this ontract.

he real estate taxes are to be prorated between BUYER and SELLER as of the date of closing. BUYER shall assume all assessments or municipal improvements, which become a lien after the date of closing.

iUYER shall be delivered possession of the property at the Act of Sale. Act of Sale to be passed within three days after completion of nprovements and receipt by SELLER of an Occupancy Certificate unless otherwise extended by written agreement between the iarties.

iUYER agrees to take title of said property within three (3) working days upon notification of scheduled closing, verbally or in writing, by iELLER or Lending Institution. Act of Sale to be passed by Title Closing Group, (985) 781-1073. If BUYER fails to take title to said iroperty as a result of not obtaining loan approval, SELLER shall have the right to retain BUYER'S deposit and re-offer the property for iale.

f the above offer of BUYER is not accepted within thirty (30) days from the date hereof, deposit is to be refunded to BUYER without iny cost or obligation.

f any dispute or difference shall arise between BUYER and SELLER with respect to any matter or thing arising out of, or in any way elating to this Contract, such difference or dispute shall, immediately after it has arisen, be referred for final and binding determination o Maps Professional Systems, Inc. a recognized arbitration expert. If that entity is unable to serve, another expert mutually acceptable o both parties shall be named. The decision of the expert shall be final and conclusive as to matters referred to him, provided the lecision is rendered in writing within the time specified on the Request of Dispute Resolution. Costs and charges attending such eference shall be paid by the losing party. This agreement for settlement of disputes shall be the sole method for dispute resolution. he decision of the expert as to specific performance and/or damages shall be final and judgment may be entered upon it in iccordance with applicable law.

t is expressly agreed that all terms and conditions are included herein or made a written part of this contract by means of an addendum o this contract and there have been no verbal agreements of any kind. Verbal agreements or promises made by anyone (including iubcontractors) are not binding on the SELLER.

)ated   this_____20___ day   of   _August_____

200 6 , _____Avondale._____, Louisiana.

acknowledge receipt of the deposit of

; __1000.00____

BUYER(S)

X _Ron Spence Jr._

X _Patricia D Spencer_

_P. WILD_

iALES ASSOCIATE

Ne accept the above offer, subject to the terms and conditions set forth above.

_Deborah H. Lewelles_   9.19.06

SELLER (FOR SUNRISE HOMES)   (DATE)

# PURCHASE CONTRACT

SUN CONSTRUCTION, L.L.C. d/b/a SUNRISE HOMES, hereinafter called "SELLER" and _Robert & Cynthia Tedesco_ hereinafter called "BUYER" agree as follows: SELLER agrees to sell and BUYER agrees to buy the property located in _Penn Mill Lakes_ Subdivision designated as Lot _309_ Phase _2A3_ more commonly known as (Address) _709 Simpson Way  Covington_ Louisiana, _70435_ (zip), together with all improvements thereon, or to be erected thereon, including House Type _Hampton_ Elevation _II_ in accordance with plans and specifications prepared by SELLER. Said house has been or will be built under the observations and/or inspections of the applicable state and/or local governing authorities, and in accordance with the performance guidelines established by Bonded Builders Home Warranty Association and the National Home Builders Association residential construction performance guidelines.

BUYER agrees to purchase the above property for the sum of _Two hundred thirteen thousand + sixty_ DOLLARS $ _213,060_. As a further condition of this sale, the BUYER agrees to pay for all costs incident to closing this transaction which costs include, but are not limited to, credit report, title examination and insurance, fire and extended coverage insurance, appraisal fee, pro-rated Home Owners Association fees, inspection fees, notarial costs and fees (including certificates in the name of the BUYER), preparation and execution of sale and mortgage, recordation, proration of taxes, interest from closing date to first day of following month, and/or such other closing costs as may be required by or approved by the applicable aforementioned Federal Agency or conventional lender.

Within 14 calendar days after the date of this Purchase Contract, BUYER shall make good faith application for a loan in the amount of $ _202,407_ for a term of _30_ years. The proceeds of the loan will be applied against the purchase price of the property. The balance of the purchase price and the closing costs due by BUYER will be paid in cash by BUYER at the time of closing. BUYER warrants that he/she/they now have $ _15,338_ cash for the necessary down payment and closing costs.

BUYER may cancel this Purchase Contract for any reason within 14 calendar days after the date of this Purchase Contract and receive a return of the Deposit in full. BUYER may also cancel this Purchase Contract within the first 30 days if BUYER is unable to obtain final loan approval, in which event SELLER will return BUYER'S deposit, minus the sum of $250, which will be retained by SELLER to cover SELLER'S costs and expenses incurred in processing this transaction. If BUYER cancels this Purchase Contract after the first 30 days for any reason other than SELLER'S default, then the Deposit will be forfeited in full as liquidated damages.

If BUYER fails to comply with this Purchase Contract, SELLER may cancel this Purchase Contract and retain the Deposit (not to exceed $3,000) in full as liquidated damages, in which event SELLER shall have the right to re-offer the property for sale free and clear of this Purchase Contract. If SELLER fails to comply with this Purchase Contract for any reason, this Purchase Contract shall be deemed cancelled, and the SELLER shall return BUYER'S deposit (not to exceed $3,000) and any other payments in full. These shall be the sole and exclusive rights and remedies of BUYER and SELLER in the event of a default. BUYER and SELLER waive all other rights and remedies as a result of a default.

BUYER has deposited $ _3000.00_ to be applied to the sum of the purchase price, closing costs and down payment.

The purchase price above includes the following additions and/or conditions: _up-graded: stainless steel appliances, brick cabinets, fireplace doors fireplace surround, granite counter-tops, up-grade landscape pkg Lot premium, moch stone sink, rear sod, whirlpool tub, 18x18 tile in utility, master bath, powder room, kitchen + breakfast room, wood in foyer, up-grade carpet + pad in remainder of house_

The home to be purchased pursuant to this Purchase Contract will be covered by the New Home Warranty Act, a copy of which has been given to BUYER at the time BUYER signed this Purchase Contract. No other warranty has been or will be given by the SELLER.

The BUYER acknowledges that he/she/they have inspected the lot to be purchased, that the lot is acceptable, and that after the sale, BUYER shall be solely responsible for maintaining the drainage pattern on the lot and for the prevention of erosion.

Joy.office.purchase.agree.with.arbitration01/10/05

2.a

**Exhibit 2.21**

The SELLER'S warranty shall exclude any loss or damage to a home caused by any "fungus(es)" or "spore(s)" or any substance, vapor or gas produced by or arising out of any fungus(es) or spore(s) or any material, product, building component, building or structure that contains, harbors, nurtures or acts as a medium for any fungus(es) or spore(s). Fungus(es) includes, but is not limited to, any form or type of mold, mushroom or mildew.  Spore(s) means any reproductive body produced by or arising out of any fungus(es).

All subdivision improvements are included in the purchase price and have been or will be installed in accordance with plans and specifications approved by and on file with the local governing agency.

Subject to any delays beyond the control of SELLER, such as inclement weather or other adverse working conditions, fire or other casualty, riots, strikes or other acts of workmen and/or subcontractors, material delivery days or on account of any acts of God, the above building improvements shall be completed on or before 180 working days from the commencement of framing of the home.

.The real estate taxes are to be prorated between BUYER and SELLER as of the date of closing.  BUYER shall assume all assessments for municipal improvements, which become a lien after the date of closing.

BUYER shall be delivered possession of the property at the Act of Sale.  Act of Sale to be passed within three days after completion of improvements and receipt by SELLER of an Occupancy Certificate unless otherwise extended by written agreement between the parties.

BUYER agrees to take title of said property within three (3) working days upon notification of scheduled closing, verbally or in writing, by SELLER or Lending Institution.  Act of Sale to be passed at the offices of Title Closing Group, 202 Village Circle, Suite 2, Slidell, Louisiana 70458 (985-781-1073).  If BUYER fails to take title to said property as a result of not obtaining loan approval, SELLER shall have the right to retain BUYER'S deposit and re-offer the property for sale.

If the above offer of  BUYER is not accepted within thirty (30) days from the date hereof, deposit is to be refunded to BUYER without any cost or obligation.

If any dispute or difference shall arise between BUYER and SELLER with respect to any matter or thing arising out of, or in any way relating to this Contract, such difference or dispute shall, immediately after it has arisen, be referred for final and binding determination to Maps Professional Systems, Inc. a recognized arbitration expert.  If that entity is unable to serve, another expert mutually acceptable to both parties shall be named.  The decision of the expert shall be final and conclusive as to matters referred to him, provided the decision is rendered in writing within the time specified on the Request of Dispute Resolution.  Costs and charges attending such reference shall be paid by the losing party.  This agreement for settlement of disputes shall be the sole method for dispute resolution.  The decision of the expert as to specific performance and/or damages shall be final and judgment may be entered upon it in accordance with applicable law.

It is expressly agreed that all terms and conditions are included herein or made a written part of this contract by means of an addendum to this contract and there have been no verbal agreements of any kind.  Verbal agreements or promises made by anyone (including subcontractors) are not binding on the SELLER.

Dated this ___6th___ day of ___August___, 20_05_, ___Covington___, LOUISIANA

I acknowledge receipt of the deposit of                    BUYER(S)

$ _3000.00_                                        _RV_          8/6/05
                                                   _Cynthia C Jederow_ 8/6/05

_Dollie W Sitman_

SALES ASSOCIATE

We accept the above offer, subject to the terms and conditions set forth above
                                                   _8/19/05_
SELLER (FOR SUNRISE HOMES)              (DATE)

2.a

Joy.office.purchase.agree.with.arbitration01/10/05

# PURCHASE CONTRACT

SUN CONSTRUCTION, L.L.C. d/b/a SUNRISE HOMES, hereinafter called "SELLER" and _Tyrone and Tyneesha Turner_ hereinafter called "BUYER" agree as follows: SELLER agrees to sell and BUYER agrees to buy the property located in _Rosemont_ Subdivision designated as Lot _12_ Phase _I_ , more commonly known as (Address) _17447 Rosemont Dr Prairieville_ Louisiana, _70769_ (zip), together with all improvements thereon, or to be erected thereon, including House Type _Alexander_ Elevation _IV_ in accordance with plans and specifications prepared by SELLER. Said house has been or will be built under the observations and/or inspections of the applicable state and/or local governing authorities, and in accordance with the performance guidelines established by Bonded Builders Home Warranty Association and the National Home Builders Association residential construction performance guidelines.

BUYER agrees to purchase the above property for the sum of _two hundred eleven thousand nine hundred twenty_ DOLLARS $ _211,920_ . As a further condition of this sale, the BUYER agrees to pay for all costs incident to closing this transaction which costs include, but are not limited to, credit report, title examination and insurance, fire and extended coverage insurance, appraisal fee, pro-rated Home Owners Association fees, inspection fees, notarial costs and fees (including certificates in the name of the BUYER), preparation and execution of sale and mortgage, recordation, proration of taxes, interest from closing date to first day of following month, and/or such other closing costs as may be required by or approved by the applicable aforementioned Federal Agency or conventional lender.

Within 14 calendar days after the date of this Purchase Contract, BUYER shall make good faith application for a loan in the amount of $ _199,329_ for a term of _30_ years. The proceeds of the loan will be applied against the purchase price of the property. The balance of the purchase price and the closing costs due by BUYER will be paid in cash by BUYER at the time of closing. BUYER warrants that he/she/they now have $ _12491_ cash for the necessary down payment and closing costs.

BUYER may cancel this Purchase Contract for any reason within 14 calendar days after the date of this Purchase Contract and receive a return of the Deposit in full. BUYER may also cancel this Purchase Contract within the first 30 days if BUYER is unable to obtain final loan approval, in which event SELLER will return BUYER'S deposit, minus the sum of $250, which will be retained by SELLER to cover SELLER'S costs and expenses incurred in processing this transaction. If BUYER cancels this Purchase Contract after the first 30 days for any reason other than SELLER'S default, then the Deposit will be forfeited in full as liquidated damages.

If BUYER fails to comply with this Purchase Contract, SELLER may cancel this Purchase Contract and retain the Deposit (not to exceed $3,000) in full as liquidated damages, in which event SELLER shall have the right to re-offer the property for sale free and clear of this Purchase Contract. If SELLER fails to comply with this Purchase Contract for any reason, this Purchase Contract shall be deemed cancelled, and the SELLER shall return BUYER'S deposit (not to exceed $3,000) and any other payments in full. These shall be the sole and exclusive rights and remedies of BUYER and SELLER in the event of a default. BUYER and SELLER waive all other rights and remedies as a result of a default.

BUYER has deposited $ _2100_ to be applied to the sum of the purchase price, closing costs and down payment.

The purchase price above includes the following additions and/or conditions:
_upgrade natural cabinets, upgrade I ceramic, backsplash and fireplace surround w/ood floor D.R. in foyer, upgrade ceramic in kitchen, keeping room, hall I, powder room, utility room, extra carb premium w/lot $5200 upgrade paint w/dark deil colors, architectural shingles, upgrade vinyle, whirlpool tub, 2 double flood lights, pre-wire R.V. garage door, prewire for fan. Seller to pay up to $2100 in closing costs + prepaids._

The home to be purchased pursuant to this Purchase Contract will be covered by the New Home Warranty Act, a copy of which has been given to BUYER at the time BUYER signed this Purchase Contract. No other warranty has been or will be given by the SELLER.

The BUYER acknowledges that he/she/they have inspected the lot to be purchased, that the lot is acceptable, and that after the sale, BUYER shall be solely responsible for maintaining the drainage pattern on the lot and for the prevention of erosion.

Joy.office.purchase.agree.with.arbitration.sun llc.4/13/05

2.a

Exhibit
2.22

The SELLER'S warranty shall exclude any loss or damage to a home caused by any "fungus(es)" or "spore(s)" or any substance, vapor or gas produced by or arising out of any fungus(es) or spore(s) or any material, product, building component, building or structure that contains, harbors, nurtures or acts as a medium for any fungus(es) or spore(s). Fungus(es) includes, but is not limited to, any form or type of mold, mushroom or mildew.  Spore(s) means any reproductive body produced by or arising out of any fungus(es).

All subdivision improvements are included in the purchase price and have been or will be installed in accordance with plans and specifications approved by and on file with the local governing agency.

Subject to any delays beyond the control of SELLER, such as inclement weather or other adverse working conditions, fire or other casualty, riots, strikes or other acts of workmen and/or subcontractors, material delivery days or on account of any acts of God, the above building improvements shall be completed on or before 180 working days from the commencement of framing of the home.

The real estate taxes are to be prorated between BUYER and SELLER as of the date of closing. BUYER shall assume all assessments for municipal improvements, which become a lien after the date of closing.

BUYER shall be delivered possession of the property at the Act of Sale. Act of Sale to be passed within three days after completion of improvements and receipt by SELLER of an Occupancy Certificate unless otherwise extended by written agreement between the parties.

BUYER agrees to take title of said property within three (3) working days upon notification of scheduled closing, verbally or in writing, by SELLER or Lending Institution. Act of Sale to be passed at the offices of Title Closing Group (985-781-1073). If BUYER fails to take title to said property as a result of not obtaining loan approval, SELLER shall have the right to retain BUYER'S deposit and re-offer the property for sale.

If the above offer of  BUYER is not accepted within thirty (30) days from the date hereof, deposit is to be refunded to BUYER without any cost or obligation.

If any dispute or difference shall arise between BUYER and SELLER with respect to any matter or thing arising out of, or in any way relating to this Contract, such difference or dispute shall, immediately after it has arisen, be referred for final and binding determination to Maps Professional Systems, Inc. a recognized arbitration expert.  If that entity is unable to serve, another expert mutually acceptable to both parties shall be named.  The decision of the expert shall be final and conclusive as to matters referred to him, provided the decision is rendered in writing within the time specified on the Request of Dispute Resolution. Costs and charges attending such reference shall be paid by the losing party.  This agreement for settlement of disputes shall be the sole method for dispute resolution.  The decision of the expert as to specific performance and/or damages shall be final and judgment may be entered upon it in accordance with applicable law.

It is expressly agreed that all terms and conditions are included herein or made a written part of this contract by means of an addendum to this contract and there have been no verbal agreements of any kind.  Verbal agreements or promises made by anyone (including subcontractors) are not binding on the SELLER.

Dated this ___21___ day of ___January___, 20_06_ _Thibodeaux_, LOUISIANA

I acknowledge receipt of the deposit of

$_2100_

BUYER(S)

X _____

X _____

_Ashley C. Bhramayana_
SALES ASSOCIATE

We accept the above offer, subject to the terms and conditions set forth above

_Joy J. Napolis_                    _1.30.06_
SELLER (FOR SUNRISE HOMES)              (DATE)

SUNRISE HOMES PURCHASE CONTRACT

*Sun Construction LLC* d/b/a SUNRISE HOMES, hereinafter called "SELLER" and *William + Kelly Wayne* hereinafter called "BUYER" agree as follows: SELLER agrees to sell and BUYER agrees to buy the property located in *Penn Mill Lakes* Subdivision designated as Lot *62* Phase *2B*, more commonly known (Address) *574 Huseman Ln*

*Covington*, Louisiana, 70*435*, together with all improvements thereon, or to be erected thereon, including House Type *Brentwood*, Elevation *II*, in accordance with plans and specifications prepared by SELLER. Said house has been or will be built under the observations and/or inspection of the applicable state and/or local governing authorities, and in accordance with the performance guidelines established by Sunrise Builders Home Warranty Association and the National Home Warranty Association residential construction performance guidelines.

BUYER agrees to purchase the above property for the sum of *Two hundred fifteen thousand nine hundred fifty* Dollars ARS $ *215,950*. As a further condition of this sale, the BUYER agrees to pay for all costs incident to closing this transaction which costs include, but are not limited to, credit report, title examination and insurance, fire and extended coverage insurance, appraisal fee, pro-rated Home Owners Association fees, inspection fees, notarial costs and fees (including certificates in the name of the BUYER), preparation and execution of sale and mortgage, recordation, proration of taxes, interest from closing date to first day of following month, and/or such other closing costs as may be required by or approved by the applicable aforementioned Federal Agency or conventional lender.

Within 14 calendar days after the date of this Purchase Contract, BUYER shall make good faith application for a loan in the amount of $ *215,950* for a term of *30* years. The proceeds of the loan will be applied against the purchase price of the property. The balance of the purchase price and the closing costs due by BUYER will be paid in cash by BUYER at the time of closing. BUYER warrants that he/she/they now have $ *5337* cash for the necessary down payment and closing costs.

BUYER may cancel this Purchase Contract for any reason within 14 calendar days after the date of this Purchase Contract and receive a return of the Deposit in full. BUYER may also cancel this Purchase Contract within the first 30 days if BUYER is unable to obtain final loan approval, in which event SELLER will return BUYER'S Deposit, minus the sum of $250, which will be retained by SELLER to cover SELLER'S costs and expenses incurred in processing this transaction. If BUYER cancels this Purchase Contract after the first 30 day for any reason other than SELLER'S default, then the Deposit will be forfeited in full as liquidated damages.

If BUYER fails to comply with this Purchase Contract, SELLER may cancel this Purchase Contract and retain the Deposit (not to exceed $3,000) in full as liquidated damages, in which event SELLER shall have the right to re-offer the property for sale free and clear of this Purchase Contract. If SELLER fails to comply with this Purchase Contract for any reason, this Purchase Contract shall be deemed cancelled, and the SELLER shall return BUYER'S deposit (not to exceed $3,000) and any other payments in full. These shall be the sole and exclusive rights and remedies of BUYER and SELLER in the event of a default. BUYER and SELLER waive all other rights and remedies as a result of a default.

BUYER or SELLER shall have the right to cancel this Purchase Agreement in the event construction is delayed or the property contracted for herein is damaged as a result of an Act of God or by a natural disaster. Either party shall notify the other of the intent to cancel in writing. Cancellation pursuant to this provision shall not be considered a breach of the terms of this Purchase Agreement by either BUYER or SELLER.

BUYER has deposited $ *200 0* to be applied to the sum of the purchase price, closing cost and down payment.

The purchase price above includes the following additions and/or conditions:
*Upgrade stainless steel appliances, upgrade cherry cabinets, finish gallery pkg, home theater prewire, upgrade insulation pkg, upgrade shingles, tech shield, vinyl siding, orange peel ceiling, home automation, fully sodded yard, upgrade backsplash, fireplace surround, 10x10 w/ trigger, upgrade kitchen, master + Hall bath tile's, separate shower w/whirlpool tub*

The home to be purchased pursuant to this Purchase Contract will be covered by the New Home Warranty Act, a copy of which is provided to BUYER. No other warranty has been or will be given by the SELLER.

The BUYER acknowledges that he/she/they have inspected the lot to be purchased, that the lot is acceptable, and that after the sale BUYER shall be solely responsible for maintaining the drainage pattern on the lot and for the prevention of erosion.

S: joy office-purchase agreements 2006 Edition louisiana.purchase.agreement.3.2.06

**Exhibit 2.23**

The SELLER'S warranty shall exclude a _ _ oss or damage to a home caused by any "i _ gus(es)" or "spore(s)" or any substance, vapo or gas produced by or arising out of any fungus(es) or spore(s) or any material, product, building component, building or structure th. contains, harbors, nurtures or acts as a medium for any fungus(es) or spore(s). Fungus(es) includes, but is not limited to, any form o type of mold, mushroom or mildew. Spore(s) means any reproductive body produced by or arising out of any fungus(es).

All subdivision improvements are included in the purchase price and have been or will be installed in accordance with plans ar specifications approved by and on file with the local governing agency.

Subject to any delays beyond the control of SELLER, such as inclement weather or other adverse working conditions, fire or othe casualty, riots, strikes or other acts of workmen and/or subcontractors, material delivery days or on account of any acts of God a natural disasters, the above building improvements shall be completed on or before 180 days from the date of acceptance of th contract.

The real estate taxes are to be prorated between BUYER and SELLER as of the date of closing. BUYER shall assume all assessmen for municipal improvements, which become a lien after the date of closing.

BUYER shall be delivered possession of the property at the Act of Sale. Act of Sale to be passed within three days after completion improvements and receipt by SELLER of an Occupancy Certificate unless otherwise extended by written agreement between th parties.

BUYER agrees to take title of said property within three (3) working days upon notification of scheduled closing, verbally or in writing. b SELLER or Lending Institution. Act of Sale to be passed by Title Closing Group, (985) 781-1073. If BUYER fails to take title to sa property as a result of not obtaining loan approval, SELLER shall have the right to retain BUYER'S deposit and re-offer the property f sale.

If the above offer of BUYER is not accepted within thirty (30) days from the date hereof, deposit is to be refunded to BUYER witho any cost or obligation.

If any dispute or difference shall arise between BUYER and SELLER with respect to any matter or thing arising out of, or in any w: relating to this Contract, such difference or dispute shall, immediately after it has arisen, be referred for final and binding determinatic to Maps Professional Systems, Inc. a recognized arbitration expert. If that entity is unable to serve, another expert mutually acceptab to both parties shall be named. The decision of the expert shall be final and conclusive as to matters referred to him, provided th decision is rendered in writing within the time specified on the Request of Dispute Resolution. Costs and charges attending suc reference shall be paid by the losing party. This agreement for settlement of disputes shall be the sole method for dispute resolutio. The decision of the expert as to specific performance and/or damages shall be final and judgment may be entered upon it accordance with applicable law.

It is expressly agreed that all terms and conditions are included herein or made a written part of this contract by means of an addendu to this contract and there have been no verbal agreements of any kind. Verbal agreements or promises made by anyone (includir subcontractors) are not binding on the SELLER.

Dated this _____6_____ day of ___May___
200 6 . ___Covington___ , Louisiana.

I acknowledge receipt of the deposit of                     BUYER(S)

$ _2000_                                                    _(signature)_

_Rudsay Old_                                               _Kelly Wayne_

SALES ASSOCIATE

We accept the above offer, subject to the terms
and conditions set forth above.

_Deborah H. Lewellen_   _5-12-06_
SELLER (FOR SUNRISE HOMES)        (DATE)

# SUNRISE HOMES
## PURCHASE CONTRACT

SUNRISE CONSTRUCTION AND DEVELOPMENT, L.L.C. d/b/a SUNRISE HOMES, hereinafter called "SELLER" and ___Don Wheeler___ hereinafter called "BUYER" agree as follows: SELLER agrees to sell and BUYER agrees to buy the property located in ___Rosemont___ Subdivision designated as Lot ___15___ Phase ___I___ more commonly known as (Address) ___41311 Tulip Hill Ave.___ ___Prairieville___ Louisiana, ___70769___ (zip), together with all improvements thereon, or to be erected thereon, including House Type ___Crestwood___, Elevation ___II___ in accordance with plans and specifications prepared by SELLER. Said house has been or will be built under the observations and/or inspections of the applicable state and/or local governing authorities, and in accordance with the performance guidelines established by Bonded Builders Home Warranty Association and the National Home Builders Association residential construction performance guidelines.

BUYER agrees to purchase the above property for the sum of ___one hundred seventy seven thousand four hundred sixty five___ DOLLARS $ ___177465___. As a further condition of this sale, the BUYER agrees to pay for all costs incident to closing this transaction which costs include, but are not limited to, credit report, title examination and insurance, fire and extended coverage insurance, appraisal fee, pro-rated Home Owners Association fees, inspection fees, notarial costs and fees (including certificates in the name of the BUYER), preparation and execution of sale and mortgage, recordation, proration of taxes, interest from closing date to first day of following month, and/or such other closing costs as may be required by or approved by the applicable aforementioned Federal Agency or conventional lender.

Within 14 calendar days after the date of this Purchase Contract, BUYER shall make good faith application for a loan in the amount of $ ___177465___ for a term of ___30___ years. The proceeds of the loan will be applied against the purchase price of the property. The balance of the purchase price and the closing costs due by BUYER will be paid in cash by BUYER at the time of closing. BUYER warrants that he/she/they now have $ ___4000___ cash for the necessary down payment and closing costs.

BUYER may cancel this Purchase Contract for any reason within 14 calendar days after the date of this Purchase Contract and receive a return of the Deposit in full. BUYER may also cancel this Purchase Contract within the first 30 days if BUYER is unable to obtain final loan approval, in which event SELLER will return BUYER'S deposit, minus the sum of $250, which will be retained by SELLER to cover SELLER'S costs and expenses incurred in processing this transaction. If BUYER cancels this Purchase Contract after the first 30 days for any reason other than SELLER'S default, then the Deposit will be forfeited in full as liquidated damages.

If BUYER fails to comply with this Purchase Contract, SELLER may cancel this Purchase Contract and retain the Deposit (not to exceed $3,000) in full as liquidated damages, in which event SELLER shall have the right to re-offer the property for sale free and clear of this Purchase Contract. If SELLER fails to comply with this Purchase Contract for any reason, this Purchase Contract shall be deemed cancelled, and the SELLER shall return BUYER'S deposit (not to exceed $3,000) and any other payments in full. These shall be the sole and exclusive rights and remedies of BUYER and SELLER in the event of a default. BUYER and SELLER waive all other rights and remedies as a result of a default.

BUYER has deposited $ ___1000___ to be applied to the sum of the purchase price, closing costs and down payment.

The purchase price above includes the following additions and/or conditions:
Upgrades include upgrade II ceramic backsplash, fireplace surround and kitchen [illegible]. Wood floors in foyer and family room. Ceramic in utility and bathrooms, 10lb carpet pad in all carpeted areas, whirlpool tub, architectural shingles, upgrade cabinet vinyl, upgrade paint with crown peel ceilings. $500 [illegible] a double [illegible], pre-wire for garage

The home to be purchased pursuant to this Purchase Contract will be covered by the New Home Warranty Act, a copy of which has been given to BUYER at the time BUYER signed this Purchase Contract. No other warranty has been or will be given by the SELLER.

The BUYER acknowledges that he/she/they have inspected the lot to be purchased, that the lot is acceptable, and that after the sale, BUYER shall be solely responsible for maintaining the drainage pattern on the lot and for the prevention of erosion.

Joy.office.purchase.agree.with.arbitration.2/15/05

**Exhibit 2.24**

The SELLER'S warranty shall exclude any loss or damage to a home caused by any "fungus(es)" or "spore(s)" or any substance, vapor or gas produced by or arising out of any fungus(es) or spore(s) or any material, product, building component, building or structure that contains, harbors, nurtures or acts as a medium for any fungus(es) or spore(s). Fungus(es) includes, but is not limited to, any form or type of mold, mushroom or mildew.   Spore(s) means any reproductive body produced by or arising out of any fungus(es).

All subdivision improvements are included in the purchase price and have been or will be installed in accordance with plans and specifications approved by and on file with the local governing agency.

Subject to any delays beyond the control of SELLER, such as inclement weather or other adverse working conditions, fire or other casualty, riots, strikes or other acts of workmen and/or subcontractors, material delivery days or on account of any acts of God, the above building improvements shall be completed on or before 180 working days from the commencement of framing of the home.

The real estate taxes are to be prorated between BUYER and SELLER as of the date of closing.  BUYER shall assume all assessments for municipal improvements, which become a lien after the date of closing.

BUYER shall be delivered possession of the property at the Act of Sale.  Act of Sale to be passed within three days after completion of improvements and receipt by SELLER of an Occupancy Certificate unless otherwise extended by written agreement between the parties.

BUYER agrees to take title of said property within three (3) working days upon notification of scheduled closing, verbally or in writing, by SELLER or Lending Institution.  Act of Sale to be passed at the offices of Title Closing Group (985-781-1073). If BUYER fails to take title to said property as a result of not obtaining loan approval, SELLER shall have the right to retain BUYER'S deposit and re-offer the property for sale.

If the above offer of  BUYER is not accepted within thirty (30) days from the date hereof, deposit is to be refunded to BUYER without any cost or obligation.

If any dispute or difference shall arise between BUYER and SELLER with respect to any matter or thing arising out of, or in any way relating to this Contract, such difference or dispute shall, immediately after it has arisen, be referred for final and binding determination to Maps Professional Systems, Inc. a recognized arbitration expert.  If that entity is unable to serve, another expert mutually acceptable to both parties shall be named.   The decision of the expert shall be final and conclusive as to matters referred to him, provided the decision is rendered in writing within the time specified on the Request of Dispute Resolution.   Costs and charges attending such reference shall be paid by the losing party.   This agreement for settlement of disputes shall be the sole method for dispute resolution.  The decision of the expert as to specific performance and/or damages shall be final and judgment may be entered upon it in accordance with applicable law.

It is expressly agreed that all terms and conditions are included herein or made a written part of this contract by means of an addendum to this contract and there have been no verbal agreements of any kind.  Verbal agreements or promises made by anyone (including subcontractors) are not binding on the SELLER.

Dated this ___18___ day of ___February___, 20_06_ _Prairieville_, LOUISIANA

I acknowledge receipt of the deposit of                                      BUYER(S)

$ ____1000____                                           X _Don Wheeler_

_Ashly C. Bhamarayana_                                 _____

SALES ASSOCIATE

We accept the above offer, subject to the terms and conditions set forth above

_Deborah H. Lewellen_ · _3/15/06_
SELLER (FOR SUNRISE HOMES)                 (DATE)

# PURCHASE CONTRACT

SUN CONSTRUCTION, L.L.C. d/b/a SUNRISE HOMES, hereinafter called "SELLER" and _Kenu + Dina Williams_ hereinafter called "BUYER", agree as follows: SELLER agrees to sell and BUYER agrees to buy the property located in _Penn Mill Lakes_ Subdivision designated as Lot _433_ Phase _2A3_, more commonly known as (Address) _520 Mare Ct. Covington_, Louisiana, _70435_ (zip), together with all improvements thereon, or to be erected thereon, including House Type _Newport_, Elevation _III_ in accordance with plans and specifications prepared by SELLER. Said house has been or will be built under the observations and/or inspections of the applicable state and/or local governing authorities, and in accordance with the performance guidelines established by Bonded Builders Home Warranty Association and the National Home Builders Association residential construction performance guidelines.

BUYER agrees to purchase the above property for the sum of _Two hundred + one thousand, five hundred + twenty_ DOLLARS ($ _201,520_). As a further condition of this sale, the BUYER agrees to pay for all costs incident to closing this transaction which costs include, but are not limited to, credit report, title examination and insurance, fire and extended coverage insurance, appraisal fee, pro-rated Home Owners Association fees, inspection fees, notarial costs and fees (including certificates in the name of the BUYER), preparation and execution of sale and mortgage, recordation, proration of taxes, interest from closing date to first day of following month, and/or such other closing costs as may be required by or approved by the applicable aforementioned Federal Agency or conventional lender.

Within 14 calendar days after the date of this Purchase Contract, BUYER shall make good faith application for a loan in the amount of $ _201,520_ for a term of _30_ years. The proceeds of the loan will be applied against the purchase price of the property. The balance of the purchase price and the closing costs due by BUYER will be paid in cash by BUYER at the time of closing. BUYER warrants that he/she/they now have $ _4212_ cash for the necessary down payment and closing costs.

BUYER may cancel this Purchase Contract for any reason within 14 calendar days after the date of this Purchase Contract and receive a return of the Deposit in full. BUYER may also cancel this Purchase Contract within the first 30 days if BUYER is unable to obtain final loan approval, in which event SELLER will return BUYER'S deposit, minus the sum of $250, which will be retained by SELLER to cover SELLER'S costs and expenses incurred in processing this transaction. If BUYER cancels this Purchase Contract after the first 30 days for any reason other than SELLER'S default, then the Deposit will be forfeited in full as liquidated damages.

If BUYER fails to comply with this Purchase Contract, SELLER may cancel this Purchase Contract and retain the Deposit (not to exceed $3,000) in full as liquidated damages, in which event SELLER shall have the right to re-offer the property for sale free and clear of this Purchase Contract. If SELLER fails to comply with this Purchase Contract for any reason, this Purchase Contract shall be deemed cancelled, and the SELLER shall return BUYER'S deposit (not to exceed $3,000) and any other payments in full. These shall be the sole and exclusive rights and remedies of BUYER and SELLER in the event of a default. BUYER and SELLER waive all other rights and remedies as a result of a default.

BUYER has deposited $ _3000_ to be applied to the sum of the purchase price, closing costs and down payment.

The purchase price above includes the following additions and/or conditions; _Lot Premium, upgrade appliances, insulated roof sheathing, vinyl upgrade, upgrade shingles, wood in foyer, 18 x 12 tile in btfst rm, 8lb carpet pad throughout, upgrade carpet, whirlpool tub, fully sodded yard + Granite Countertops_

The home to be purchased pursuant to this Purchase Contract will be covered by the New Home Warranty Act, a copy of which has been given to BUYER at the time BUYER signed this Purchase Contract. No other warranty has been or will be given by the SELLER.

The BUYER acknowledges that he/she/they have inspected the lot to be purchased, that the lot is acceptable, and that after the sale, BUYER shall be solely responsible for maintaining the drainage pattern on the lot and for the prevention of erosion.

Joy.office.purchase.agree.with.arbitration01/10/05

Exhibit
2.25

The SELLER's warranty shall exclude _____ loss or damage to a home caused by _____ propagation, escape, or any substance, vapor or gas produced by or arising out of any fungus(es) or spore(s) or any material, product, building component, building or structure that contains, harbors, nurtures or acts as a medium for any fungus(es) or spore(s). Fungus(es) includes, but is not limited to, any form or type of mold, mushroom or mildew.   Spore(s) means any reproductive body produced by or arising out of any fungus(es).

All subdivision improvements are included in the purchase price and have been or will be installed in accordance with plans and specifications approved by and on file with the local governing agency.

Subject to any delays beyond the control of SELLER, such as inclement weather or other adverse working conditions, fire or other casualty, riots, strikes or other acts of workmen and/or subcontractors, material delivery days or on account of any acts of God, the above building improvements shall be completed on or before 180 working days from the commencement of framing of the home.

The real estate taxes are to be prorated between BUYER and SELLER as of the date of closing.  BUYER shall assume all assessments for municipal improvements, which become a lien after the date of closing.

BUYER shall be delivered possession of the property at the Act of Sale.  Act of Sale to be passed within three days after completion of improvements and receipt by SELLER of an Occupancy Certificate unless otherwise extended by written agreement between the parties.

BUYER agrees to take title of said property within three (3) working days upon notification of scheduled closing, verbally or in writing, by SELLER or Lending Institution.  Act of Sale to be passed at the offices of Title Closing Group, 202 Village Circle, Suite 2, Slidell, Louisiana 70458 (985-781-1073).  If BUYER fails to take title to said property as a result of not obtaining loan approval, SELLER shall have the right to retain BUYER'S deposit and re-offer the property for sale.

If the above offer of  BUYER is not accepted within thirty (30) days from the date hereof, deposit is to be refunded to BUYER without any cost or obligation.

If any dispute or difference shall arise between BUYER and SELLER with respect to any matter or thing arising out of, or in any way relating to this Contract, such difference or dispute shall, immediately after it has arisen, be referred for final and binding determination to Maps Professional Systems, Inc. a recognized arbitration expert.  If that entity is unable to serve, another expert mutually acceptable to both parties shall be named.   The decision of the expert shall be final and conclusive as to matters referred to him, provided the decision is rendered in writing within the time specified on the Request of Dispute Resolution.  Costs and charges attending such reference shall be paid by the losing party.  This agreement for settlement of disputes shall be the sole method for dispute resolution.  The decision of the expert as to specific performance and/or damages shall be final and judgment may be entered upon it in accordance with applicable law.

It is expressly agreed that all terms and conditions are included herein or made a written part of this contract by means of an addendum to this contract and there have been no verbal agreements of any kind.  Verbal agreements or promises made by anyone (including subcontractors) are not binding on the SELLER.

Dated this ____18____ day of __June_____ , 20_05_. _Covington_____ , LOUISIANA

I acknowledge receipt of the deposit of                    BUYER(S)

$ _3000_                                                     _Dena W_____

_Buxbaix Cale_                                               _Kemplin_____

SALES ASSOCIATE

We accept the above offer, subject to the terms and conditions set forth above

_____          _6-24-05_____
SELLER (FOR SUNRISE HOMES)            (DATE)

SUNRISE HOMES PURCHASE CONT. CT

_Sun Construction, LLC._ d/b/a SUNRISE  HOMES, hereinafter called "SELLER"
and _Raymond & Linda Young_ hereinafter called "BUYER" agree as follows: SELLER agrees to
sell and BUYER agrees to buy the property located in_____ _Penn Mill Lakes_ Subdivision
designated as Lot _135_, Phase _II B_, more commonly known as
(Address) _511 Huseman Lane_
_Covington_, Louisiana, 70_435_, together with all improvements thereon, or to be erected
thereon, including House Type _Clairmont_, Elevation _III-S_ in accordance
with plans and specifications prepared by SELLER.  Said house has been or will be built under the observations and/or inspections of
the applicable state and/or local governing authorities, and in accordance with the performance guidelines established by Bonded
Builders Home Warranty Association and the National Home Warranty  Association residential construction performance guidelines.
BUYER agrees to purchase the above property for the sum of
_two hundred & twenty seven thousand thirty_ DOLL
ARS $ _227,030_. As a further condition of this sale, the BUYER agrees to pay for all costs incident to closing
this transaction which costs include, but are not limited to, credit report, title examination and insurance, fire and extended coverage
insurance, appraisal fee, pro-rated Home Owners Association fees, inspection fees, notarial costs and fees (including certificates in the
name of the BUYER), preparation and execution of sale and mortgage, recordation, proration of  taxes, interest from closing date to first
day of following month, and/or such other closing costs as may be required by or approved by the applicable aforementioned Federal
Agency or conventional lender.
Within 14 calendar days after the date of this Purchase Contract, BUYER shall make good faith application for a loan in the amount of
$ _227,030_ for a term of _30_ years.  The proceeds of the loan will be applied against the
purchase price of the property.  The balance of the purchase price and the closing costs due by BUYER will be paid in cash by BUYER
at the time of closing. BUYER warrants that he/she/they now have $ _5439_ cash for the necessary down
payment and closing costs.
BUYER may cancel this Purchase Contract for any reason within 14 calendar days after the date of this Purchase Contract and receive
a return of the Deposit in full.  BUYER may also cancel this Purchase Contract within the first 30 days if BUYER is unable to obtain final
loan approval, in which event SELLER will return BUYER'S Deposit, minus the sum of $250, which will be retained by SELLER to cover
SELLER'S costs and expenses incurred in processing this transaction.  If BUYER cancels this Purchase Contract after the first 30 days
for any reason other than SELLER'S default, then the Deposit will be forfeited in full as liquidated damages.
If BUYER fails to comply with this Purchase Contract, SELLER may cancel this Purchase Contract and retain the Deposit (not to
exceed $3,000) in full as liquidated damages, in which event SELLER shall have the right to re-offer the property for sale free and clear
of this Purchase Contract.  If SELLER fails to comply with this Purchase Contract for any reason, this Purchase Contract shall be
deemed cancelled, and the SELLER shall return BUYER'S deposit (not to exceed $3,000) and any other payments in full. These shall
be the sole and exclusive rights and remedies of BUYER and SELLER in the event of a default.  BUYER and SELLER waive all other
rights and remedies as a result of a default.
BUYER or SELLER shall have the right to cancel this Purchase Agreement in the event construction is delayed or the property
contracted for herein is damaged as a result of an Act of God or by a natural disaster.  Either party shall notify the other of the intent to
cancel in writing.  Cancellation pursuant to this provision shall not be considered a breach of the terms of this Purchase Agreement by
either BUYER or SELLER.
BUYER has deposited $ _3000_ to be applied to the sum of the purchase price, closing costs
and down payment.
The purchase price above includes the following additions and/or conditions:
_Premium lot price, family room built in cabinets, insulated garage,_
_orange peel ceiling  upgrade, interior paint, architectural roof_
_shingles, security system, stainless steel kitchen sink upgrade_
_fully sodded yard, tech shield roof sheathing, vinyl siding color,_
_whirlpool tub in master, 15x15 patio in rear, electrical upgrades_
_12x12 tile in sunroom, 8lb upgraded carpet pad._

The home to be purchased pursuant to this Purchase Contract will be covered by the New Home Warranty Act, a copy of which is
provided  to BUYER.  No other warranty has been or will be given by the SELLER.
The BUYER acknowledges that he/she/they have inspected the lot to be purchased, that the lot is acceptable, and that after the sale,
BUYER shall be solely responsible for maintaining the drainage pattern on the lot and for the prevention of erosion.

S:\joy\office\purchase agreements\2006 Edition\louisiana.purchase.agreement.3.2.06

Exhibit
2.26

The SELLER'S warranty shall exclude al  ss or damage to a home caused by any fu  (es) or spore(s) or any substance, vapor or gas produced by or arising out of any fungus(es) or spore(s) or any material, product, building component, building or structure that contains, harbors, nurtures or acts as a medium for any fungus(es) or spore(s). Fungus(es) includes, but is not limited to, any form or type of mold, mushroom or mildew. Spore(s) means any reproductive body produced by or arising out of any fungus(es).

All subdivision improvements are included in the purchase price and have been or will be installed in accordance with plans and specifications approved by and on file with the local governing agency.

Subject to any delays beyond the control of SELLER, such as inclement weather or other adverse working conditions, fire or other casualty, riots, strikes or other acts of workmen and/or subcontractors, material delivery days or on account of any acts of God or natural disasters, the above building improvements shall be completed on or before 180 days from the date of acceptance of this contract.

The real estate taxes are to be prorated between BUYER and SELLER as of the date of closing. BUYER shall assume all assessments for municipal improvements, which become a lien after the date of closing.

BUYER shall be delivered possession of the property at the Act of Sale. Act of Sale to be passed within three days after completion of improvements and receipt by SELLER of an Occupancy Certificate unless otherwise extended by written agreement between the parties.

BUYER agrees to take title of said property within three (3) working days upon notification of scheduled closing, verbally or in writing, by SELLER or Lending Institution. Act of Sale to be passed by Title Closing Group, (985) 781-1073. If BUYER fails to take title to said property as a result of not obtaining loan approval, SELLER shall have the right to retain BUYER'S deposit and re-offer the property for sale.

If the above offer of BUYER is not accepted within thirty (30) days from the date hereof, deposit is to be refunded to BUYER without any cost or obligation.

If any dispute or difference shall arise between BUYER and SELLER with respect to any matter or thing arising out of, or in any way relating to this Contract, such difference or dispute shall, immediately after it has arisen, be referred for final and binding determination to Maps Professional Systems, Inc. a recognized arbitration expert. If that entity is unable to serve, another expert mutually acceptable to both parties shall be named. The decision of the expert shall be final and conclusive as to matters referred to him, provided the decision is rendered in writing within the time specified on the Request of Dispute Resolution. Costs and charges attending such reference shall be paid by the losing party. This agreement for settlement of disputes shall be the sole method for dispute resolution. The decision of the expert as to specific performance and/or damages shall be final and judgment may be entered upon it in accordance with applicable law.

It is expressly agreed that all terms and conditions are included herein or made a written part of this contract by means of an addendum to this contract and there have been no verbal agreements of any kind. Verbal agreements or promises made by anyone (including subcontractors) are not binding on the SELLER.

Dated    this    29th    day    of    April
200 7 ,    Covington    , Louisiana.

I acknowledge receipt of the deposit of                    BUYER(S)

$    3000                                             _Raymond G. Young_

_Diuse Prims_                                        _Linda M. Young_

SALES ASSOCIATE

We accept the above offer, subject to the terms
and conditions set forth above.

_Deborah H. Lewellen_    5.9.07

SELLER (FOR SUNRISE HOMES)                (DATE)

**SUNRISE HOMES PURCHASE CONTRACT**

*Sun Construction, LLC* d/b/a **SUNRISE HOMES**, hereinafter called "SELLER" and *Crystal Fayard* hereinafter called "BUYER" agree as follows: SELLER agrees to sell and BUYER agrees to buy the property located in *Fairfield Place* Subdivision designated as Lot *449* Phase *II*, more commonly known as (Address) *3216 Michael Lane, Ocean Springs*, Mississippi, *39564*, together with all improvements thereon, or to be erected thereon, including House Type *Crestview*, Elevation *I* in accordance with plans and specifications prepared by SELLER. Said house has been or will be built under the observations and/or inspections of the applicable state and/or local governing authorities, and in accordance with the performance guidelines established by Bonded Builders Home Warranty Association and the National Home Warranty Association residential construction performance guidelines.

BUYER agrees to purchase the above property for the sum of *One Hundred Eighty Four Thousand Seven Hundred Twenty* DOLLARS $ *184,720* As a further condition of this sale, the BUYER agrees to pay for all costs incident to closing this transaction which costs include, but are not limited to, credit report, title examination and insurance, fire and extended coverage insurance, appraisal fee, pro-rated Home Owners Association fees, inspection fees, notarial costs and fees (including certificates in the name of the BUYER), preparation and execution of sale and mortgage, recordation, proration of taxes, interest from closing date to first day of following month, and/or such other closing costs as may be required by or approved by the applicable aforementioned Federal Agency or conventional lender.

Within 14 calendar days after the date of this Purchase Contract, BUYER shall make good faith application for a loan in the amount of $ *To be determined* for a term of *30* years. The proceeds of the loan will be applied against the purchase price of the property. The balance of the purchase price and the closing costs due by BUYER will be paid in cash by BUYER at the time of closing. BUYER warrants that he/she/they now have $ *To be determined* cash for the necessary down payment and closing costs.

BUYER may cancel this Purchase Contract for any reason within 14 calendar days after the date of this Purchase Contract and receive a return of the Deposit in full. BUYER may also cancel this Purchase Contract within the first 30 days if BUYER is unable to obtain final loan approval, in which event SELLER will return BUYER'S Deposit, minus the sum of $250, which will be retained by SELLER to cover SELLER'S costs and expenses incurred in processing this transaction. If BUYER cancels this Purchase Contract after the first 30 days for any reason other than SELLER'S default, then the Deposit will be forfeited in full as liquidated damages.

If BUYER fails to comply with this Purchase Contract, SELLER may cancel this Purchase Contract and retain the Deposit (not to exceed $3,000) in full as liquidated damages, in which event SELLER shall have the right to re-offer the property for sale free and clear of this Purchase Contract. If SELLER fails to comply with this Purchase Contract for any reason, this Purchase Contract shall be deemed cancelled, and the SELLER shall return BUYER'S deposit (not to exceed $3,000) and any other payments in full. These shall be the sole and exclusive rights and remedies of BUYER and SELLER in the event of a default. BUYER and SELLER waive all other rights and remedies as a result of a default.

BUYER or SELLER shall have the right to cancel this Purchase Agreement in the event construction is delayed or the property contracted for herein is damaged as a result of an Act of God or by a natural disaster. Either party shall notify the other of the intent to cancel in writing. Cancellation pursuant to this provision shall not be considered a breach of the terms of this Purchase Agreement by either BUYER or SELLER.

BUYER has deposited $ *2,000* to be applied to the sum of the purchase price, closing costs and down payment.

The purchase price above includes the following additions and/or conditions: *Up grades Include; Ceramic Tile, granite countertops, home insulation, lot premium, vinyl siding, whirlpool tub, 15 x 15 patio, electricals*

The home to be purchased pursuant to this Purchase Contract will be covered by the New Home Warranty Act, a copy of which is provided to BUYER. No other warranty has been or will be given by the SELLER.

The BUYER acknowledges that he/she/they have inspected the lot to be purchased, that the lot is acceptable, and that after the sale, BUYER shall be solely responsible for maintaining the drainage pattern on the lot and for the prevention of erosion.

S:\joy\office\purchase agreements\2006 Edition\mississippi.purchase..greement.3.2.06

*SBA application # 0000-263992 (6B)*

**Exhibit
2.27**

The SELLER'S warranty shall exclude: ··· loss or damage to a home caused by any ··· gus(es)" or "spore(s)" or any substance, vapor or gas produced by or arising out of any fungus(es) or spore(s) or any material, product, building component, building or structure that contains, harbors, nurtures or acts as a medium for any fungus(es) or spore(s). Fungus(es) includes, but is not limited to, any form or type of mold, mushroom or mildew. Spore(s) means any reproductive body produced by or arising out of any fungus(es).

All subdivision improvements are included in the purchase price and have been or will be installed in accordance with plans and specifications approved by and on file with the local governing agency.

Subject to any delays beyond the control of SELLER, such as inclement weather or other adverse working conditions, fire or other casualty, riots, strikes or other acts of workmen and/or subcontractors, material delivery days or on account of any acts of God or natural disasters, the above building improvements shall be completed on or before 180 days from the date of acceptance of this contract.

The real estate taxes are to be prorated between BUYER and SELLER as of the date of closing. BUYER shall assume all assessments for municipal improvements, which become a lien after the date of closing.

BUYER shall be delivered possession of the property at the Act of Sale. Act of Sale to be passed within three days after completion of improvements and receipt by SELLER of an Occupancy Certificate unless otherwise extended by written agreement between the parties.

BUYER agrees to take title of said property within three (3) working days upon notification of scheduled closing, verbally or in writing, by SELLER or Lending Institution. Act of Sale to be passed by Julien K. Byrne, III, Notary Public, (228) 452-9408. If BUYER fails to take title to said property as a result of not obtaining loan approval, SELLER shall have the right to retain BUYER'S deposit and re-offer the property for sale.

If the above offer of BUYER is not accepted within thirty (30) days from the date hereof, deposit is to be refunded to BUYER without any cost or obligation.

If any dispute or difference shall arise between BUYER and SELLER with respect to any matter or thing arising out of, or in any way relating to this Contract, such difference or dispute shall, immediately after it has arisen, be referred for final and binding determination to Maps Professional Systems, Inc. a recognized arbitration expert. If that entity is unable to serve, another expert mutually acceptable to both parties shall be named. The decision of the expert shall be final and conclusive as to matters referred to him, provided the decision is rendered in writing within the time specified on the Request of Dispute Resolution. Costs and charges attending such reference shall be paid by the losing party. This agreement for settlement of disputes shall be the sole method for dispute resolution. The decision of the expert as to specific performance and/or damages shall be final and judgment may be entered upon it in accordance with applicable law.

It is expressly agreed that all terms and conditions are included herein or made a written part of this contract by means of an addendum to this contract and there have been no verbal agreements of any kind. Verbal agreements or promises made by anyone (including subcontractors) are not binding on the SELLER.

Dated this _17th_ day of _July_ ,
200_6_ , _Ocean Springs_ , Mississippi.

I acknowledge receipt of the deposit of        BUYER(S)

$_2,000_                                        _Crystal Tatuml_

_Carol Robinson_

SALES ASSOCIATE

We accept the above offer, subject to the terms
and conditions set forth above.

_Deborah H. Lewellen_        _8.4.06_
SELLER (FOR SUNRISE HOMES)        (DATE)

_SBA # 0000 263992 (6B)_

SUNRISE HOMES PURCHASE CONTRACT

_Sun Construction LLC_ _____ d/b/a SUNRISE HOMES, hereinafter called "SELLER" and _Timothy C. and Tracy Perry_ hereinafter called "BUYER" agree as follows: SELLER agrees to sell and BUYER agrees to buy the property located in _Wind Rose_ Subdivision designated as Lot _163_ , Phase _LL_ , more commonly known as (Address) _15190 Westin Cove_ , Mississippi, _39503_ , together with all improvements thereon, or to be erected thereon, including House Type _Preston_ , Elevation _L_ in accordance with plans and specifications prepared by SELLER. Said house has been or will be built under the observations and/or inspections of the applicable state and/or local governing authorities, and in accordance with the performance guidelines established by Bonded Builders Home Warranty Association and the National Home Warranty Association residential construction performance guidelines.

BUYER agrees to purchase the above property for the sum of _Two Hundred Thirty-Three Thousand Four Hundred Fifty_ DOLLARS $ _233,450.00_ . As a further condition of this sale, the BUYER agrees to pay for all costs incident to closing this transaction which costs include, but are not limited to, credit report, title examination and insurance, fire and extended coverage insurance, appraisal fee, pro-rated Home Owners Association fees, inspection fees, notarial costs and fees (including certificates in the name of the BUYER), preparation and execution of sale and mortgage, recordation, proration of taxes, interest from closing date to first day of following month, and/or such other closing costs as may be required by or approved by the applicable aforementioned Federal Agency or conventional lender.

Within 14 calendar days after the date of this Purchase Contract, BUYER shall make good faith application for a loan in the amount of $ _To be determined_ for a term of _30_ years. The proceeds of the loan will be applied against the purchase price of the property. The balance of the purchase price and the closing costs due by BUYER will be paid in cash by BUYER at the time of closing. BUYER warrants that he/she/they now have $ _To be determined_ cash for the necessary down payment and closing costs.

BUYER may cancel this Purchase Contract for any reason within 14 calendar days after the date of this Purchase Contract and receive a return of the Deposit in full. BUYER may also cancel this Purchase Contract within the first 30 days if BUYER is unable to obtain final loan approval, in which event SELLER will return BUYER'S Deposit, minus the sum of $250, which will be retained by SELLER to cover SELLER'S costs and expenses incurred in processing this transaction. If BUYER cancels this Purchase Contract after the first 30 days for any reason other than SELLER'S default, then the Deposit will be forfeited in full as liquidated damages.

If BUYER fails to comply with this Purchase Contract, SELLER may cancel this Purchase Contract and retain the Deposit (not to exceed $3,000) in full as liquidated damages, in which event SELLER shall have the right to re-offer the property for sale free and clear of this Purchase Contract. If SELLER fails to comply with this Purchase Contract for any reason, this Purchase Contract shall be deemed cancelled, and the SELLER shall return BUYER'S deposit (not to exceed $3,000) and any other payments in full. These shall be the sole and exclusive rights and remedies of BUYER and SELLER in the event of a default. BUYER and SELLER waive all other rights and remedies as a result of a default.

BUYER or SELLER shall have the right to cancel this Purchase Agreement in the event construction is delayed or the property contracted for herein is damaged as a result of an Act of God or by a natural disaster. Either party shall notify the other of the intent to cancel in writing. Cancellation pursuant to this provision shall not be considered a breach of the terms of this Purchase Agreement by either BUYER or SELLER.

BUYER has deposited $ _3,000.00_ to be applied to the sum of the purchase price, closing costs and down payment.

The purchase price above includes the following additions and/or conditions: _Upgrades: Flooring, home + heater pre-wire, Insulation, paint, Security System, whirlpool_ _____

The home to be purchased pursuant to this Purchase Contract will be covered by the New Home Warranty Act, a copy of which is provided to BUYER. No other warranty has been or will be given by the SELLER.

The BUYER acknowledges that he/she/they have inspected the lot to be purchased, that the lot is acceptable, and that after the sale, BUYER shall be solely responsible for maintaining the drainage pattern on the lot and for the prevention of erosion.

S:\joy\office\purchase agreements\2006 Edition\mississippi.purchase.agreement.3.2.06

**Exhibit 2.28**

The SELLER'S warranty shall exclude a   oss or damage to a home caused by any "   us(es)" or "spore(s)" or any substance, vapor or gas produced by or arising out of any fungus(es) or spore(s) or any material, product, building component, building or structure that contains, harbors, nurtures or acts as a medium for any fungus(es) or spore(s). Fungus(es) includes, but is not limited to, any form or type of mold, mushroom or mildew. Spore(s) means any reproductive body produced by or arising out of any fungus(es).

All subdivision improvements are included in the purchase price and have been or will be installed in accordance with plans and specifications approved by and on file with the local governing agency.

Subject to any delays beyond the control of SELLER, such as inclement weather or other adverse working conditions, fire or other casualty, riots, strikes or other acts of workmen and/or subcontractors, material delivery days or on account of any acts of God or natural disasters, the above building improvements shall be completed on or before 180 days from the date of acceptance of this contract.

The real estate taxes are to be prorated between BUYER and SELLER as of the date of closing. BUYER shall assume all assessments for municipal improvements, which become a lien after the date of closing.

BUYER shall be delivered possession of the property at the Act of Sale. Act of Sale to be passed within three days after completion of improvements and receipt by SELLER of an Occupancy Certificate unless otherwise extended by written agreement between the parties.

BUYER agrees to take title of said property within three (3) working days upon notification of scheduled closing, verbally or in writing, by SELLER or Lending Institution. Act of Sale to be passed by Julien K. Byrne, III, Notary Public, (228) 452-9408. If BUYER fails to take title to said property as a result of not obtaining loan approval, SELLER shall have the right to retain BUYER'S deposit and re-offer the property for sale.

If the above offer of BUYER is not accepted within thirty (30) days from the date hereof, deposit is to be refunded to BUYER without any cost or obligation.

If any dispute or difference shall arise between BUYER and SELLER with respect to any matter or thing arising out of, or in any way relating to this Contract, such difference or dispute shall, immediately after it has arisen, be referred for final and binding determination to Maps Professional Systems, Inc. a recognized arbitration expert. If that entity is unable to serve, another expert mutually acceptable to both parties shall be named. The decision of the expert shall be final and conclusive as to matters referred to him, provided the decision is rendered in writing within the time specified on the Request of Dispute Resolution. Costs and charges attending such reference shall be paid by the losing party. This agreement for settlement of disputes shall be the sole method for dispute resolution. The decision of the expert as to specific performance and/or damages shall be final and judgment may be entered upon it in accordance with applicable law.

It is expressly agreed that all terms and conditions are included herein or made a written part of this contract by means of an addendum to this contract and there have been no verbal agreements of any kind. Verbal agreements or promises made by anyone (including subcontractors) are not binding on the SELLER.

Dated    this    9th    day   of    April
200 6 ,            Gulfport            , Mississippi.

I acknowledge receipt of the deposit of                         BUYER(S)

$    3,000.00                                         X _____

                                                     X _____

Margaret D. Compton
SALES ASSOCIATE

We accept the above offer, subject to the terms
and conditions set forth above.

_____        4-19-06
SELLER (FOR SUNRISE HOMES)                (DATE)

*Sun Construction LLC* d/b/a SUNRISE HOMES, hereinafter called "SELLER" and *Jason & Amanda Taylor* hereinafter called "BUYER" agree as follows: SELLER agrees to sell and BUYER agrees to buy the property located in *Fairfield Place* Subdivision designated as Lot *29*, Phase *I D* more commonly known as (Address) *3216 Bayer Lane* , *Ocean Springs* , Mississippi, *39564*, together with all improvements thereon, or to be erected thereon, including House Type *Charles* , Elevation *VI* in accordance with plans and specifications prepared by SELLER. Said house has been or will be built under the observations and/or inspections of the applicable state and/or local governing authorities, and in accordance with the performance guidelines established by Bonded Builders Home Warranty Association and the National Home Warranty Association residential construction performance guidelines.

BUYER agrees to purchase the above property for the sum of *Two Hundred Twenty-Four Thousand Eight Hundred Sixty* DOLLARS $ *224,860* . As a further condition of this sale, the BUYER agrees to pay for all costs incident to closing this transaction which costs include, but are not limited to, credit report, title examination and insurance, fire and extended coverage insurance, appraisal fee, pro-rated Home Owners Association fees, inspection fees, notarial costs and fees (including certificates in the name of the BUYER), preparation and execution of sale and mortgage, recordation, proration of taxes, interest from closing date to first day of following month, and/or such other closing costs as may be required by or approved by the applicable aforementioned Federal Agency or conventional lender.

Within 14 calendar days after the date of this Purchase Contract, BUYER shall make good faith application for a loan in the amount of $ *179,888* for a term of *30* years. The proceeds of the loan will be applied against the purchase price of the property. The balance of the purchase price and the closing costs due by BUYER will be paid in cash by BUYER at the time of closing. BUYER warrants that he/she/they now have $ *53,049* cash for the necessary down payment and closing costs.

BUYER may cancel this Purchase Contract for any reason within 14 calendar days after the date of this Purchase Contract and receive a return of the Deposit in full. BUYER may also cancel this Purchase Contract within the first 30 days if BUYER is unable to obtain final loan approval, in which event SELLER will return BUYER'S Deposit, minus the sum of $250, which will be retained by SELLER to cover SELLER'S costs and expenses incurred in processing this transaction. If BUYER cancels this Purchase Contract after the first 30 days for any reason other than SELLER'S default, then the Deposit will be forfeited in full as liquidated damages.

If BUYER fails to comply with this Purchase Contract, SELLER may cancel this Purchase Contract and retain the Deposit (not to exceed $3,000) in full as liquidated damages, in which event SELLER shall have the right to re-offer the property for sale free and clear of this Purchase Contract. If SELLER fails to comply with this Purchase Contract for any reason, this Purchase Contract shall be deemed cancelled, and the SELLER shall return BUYER'S deposit (not to exceed $3,000) and any other payments in full. These shall be the sole and exclusive rights and remedies of BUYER and SELLER in the event of a default. BUYER and SELLER waive all other rights and remedies as a result of a default.

In the event of a natural disaster or Act of God that results in construction delays, construction costs increases or damage to the property contracted for herein, BUYER or SELLER shall have the right to cancel this Purchase Agreement. Either party shall notify the other of the intent to cancel in writing within 30 days from the date of said natural disaster or Act of God. Cancellation pursuant to this provision shall not be considered a breach of the terms of this Purchase Agreement by either BUYER or SELLER.

BUYER has deposited $ *3,000* to be applied to the sum of the purchase price, closing costs and down payment.

The purchase price above includes the following additions and/or conditions; *Upgrades Include; A/C drop; appliances, flooring, architectural roof, fiber walls, ss d, tech shield, awning siding, whirlpool tub, 15 X 15 patio, electrical*

_____

_____

The home to be purchased pursuant to this Purchase Contract will be covered by the New Home Warranty Act, a copy of which is provided to BUYER. No other warranty has been or will be given by the SELLER.

The BUYER acknowledges that he/she/they have inspected the lot to be purchased, that the lot is acceptable, and that after the

S:\joy\office\purchase agreements\2006 Edition\mississippi.purchase.agreement.10.10.06

Exhibit
2.29

The SELLER'S warranty shall exclude any loss or damage to a home caused by any fungus(es)" or "spore(s)" or any substance, vapor or gas produced by or arising out of any fungus(es) or spore(s) or any material, product, building component, building or structure that contains, harbors, nurtures or acts as a medium for any fungus(es) or spore(s). Fungus(es) includes, but is not limited to, any form or type of mold, mushroom or mildew. Spore(s) means any reproductive body produced by or arising out of any fungus(es).

All subdivision improvements are included in the purchase price and have been or will be installed in accordance with plans and specifications approved by and on file with the local governing agency.

Subject to any delays beyond the control of SELLER, such as inclement weather or other adverse working conditions, fire or other casualty, riots, strikes or other acts of workmen and/or subcontractors, material delivery days or on account of any acts of God or natural disasters, the above building improvements shall be completed on or before 180 days from the date of acceptance of this contract.

The real estate taxes are to be prorated between BUYER and SELLER as of the date of closing. BUYER shall assume all assessments for municipal improvements, which become a lien after the date of closing.

BUYER shall be delivered possession of the property at the Act of Sale. Act of Sale to be passed within three days after completion of improvements and receipt by SELLER of an Occupancy Certificate unless otherwise extended by written agreement between the parties.

BUYER agrees to take title of said property within three (3) working days upon notification of scheduled closing, verbally or in writing, by SELLER or Lending Institution. Act of Sale to be passed by Julien K. Byrne, III, Notary Public, (228) 452-9408. If BUYER fails to take title to said property as a result of not obtaining loan approval, SELLER shall have the right to retain BUYER'S deposit and re-offer the property for sale.

If the above offer of BUYER is not accepted within thirty (30) days from the date hereof, deposit is to be refunded to BUYER without any cost or obligation.

If any dispute or difference shall arise between BUYER and SELLER with respect to any matter or thing arising out of, or in any way relating to this Contract, such difference or dispute shall, immediately after it has arisen, be referred for final and binding determination to Maps Professional Systems, Inc. a recognized arbitration expert. If that entity is unable to serve, another expert mutually acceptable to both parties shall be named. The decision of the expert shall be final and conclusive as to matters referred to him, provided the decision is rendered in writing within the time specified on the Request of Dispute Resolution. Costs and charges attending such reference shall be paid by the losing party. This agreement for settlement of disputes shall be the sole method for dispute resolution. The decision of the expert as to specific performance and/or damages shall be final and judgment may be entered upon it in accordance with applicable law.

It is expressly agreed that all terms and conditions are included herein or made a written part of this contract by means of an addendum to this contract and there have been no verbal agreements of any kind. Verbal agreements or promises made by anyone (including subcontractors) are not binding on the SELLER.

Dated this 13th day of January, 200 7, Ocean Springs, Mississippi.

I acknowledge receipt of the deposit of                           BUYER(S)

$3,000

Carol Robertson
SALES ASSOCIATE

X
X Amanda

We accept the above offer, subject to the terms and conditions set forth above.

Deborah A. Leweller    1.23.07
SELLER (FOR SUNRISE HOMES)    (DATE)