# BONDED BUILDERS WARRANTY GROUP

1500 Kings Highway, Port Charlotte, FL 33980 • Phone: 800-749-0381 • Fax 941-743-0534

## WARRANTY COVERAGE APPLICATION

THIS APPLICATION IS TO ENROLL YOUR NEW HOME IN BONDED BUILDER'S EXPRESS LIMITED WARRANTY COVERAGE; IT IS NOT YOUR NEW HOME WARRANTY NOR IS IT A SUBSTITUTE FOR YOUR HOMEOWNERS INSURANCE. UNLESS ALL BLANKS ARE COMPLETED, THE APPLICATION IS SIGNED, AND THE WARRANTY FEE IS PAID, YOUR HOME WILL NOT BE ENROLLED.

**BUILDER NAME & NUMBER:**   SUN CONSTRUCTION, LLC (LA) - 04745

04745 LA

### WARRANTY SELECTION

*Check the warranty plan to be provided to the homeowner*

**Warranties**

☐ 10 Yr Structural Warranty
☒ 10 Yr Structural Warranty + 1 Yr Workmanship & Materials/2 Yr Systems Warranty

**WARRANTY ENROLLMENT FEE: $** 295.82 _____ (See formula on back for fee calculation)

### NEW HOME TO BE ENROLLED

*Please type or print clearly*

1. HOMEOWNER LAST NAME: _Arnaud, Jr._   FIRST NAME: _Lester_
2. CO-OWNER LAST NAME: _Arnaud_   FIRST NAME: _Catherine_
3. NEW HOME ADDRESS: _17504 Rosemont Dr., Prairieville, LA 70769_
   Street Address · City · State · Zip Code
4. LOCATION: _____   38
   Building # · Unit# · Block# · Lot#
5. SUBDIVISION: _Rosemont_   6. COUNTY: _Ascension_
7. CLOSING DATE: _10/5/06_   8. CLOSING CONTRACT PRICE*: $ _211,300.00_   9. BUILDER RM# _____

### ALTERNATE MAILING ADDRESS

*Provide homeowner(s) mailing address if different from above*

10. _____
    Street Address · City · State · Zip Code
    ☐ CHECK HERE IF WARRANTY DOCUMENTS SHOULD BE MAILED TO THIS ADDRESS RATHER THAN TO THE NEW HOME ADDRESS

### PROPERTY SPECIFIC INFORMATION

11. CONSTRUCTION TYPE:   ☒ SINGLE FAMILY DETACHED   ☐ DUPLEX/TRIPLEX/QUADRUPLEX
    ☐ CONDOMINIUM/TOWNHOUSE (3 STORIES OR LESS)   ☐ CONDOMINIUM (4 STORIES OR MORE)

12. TOWNHOUSE/DUPLEX/TRIPLEX/QUADRUPLEX/CONDOMINIUM:  DATE OF CERTIFICATE OF OCCUPANCY FOR MAIN STRUCTURE: _____

13. CONSTRUCTION OF THE HOME: (CHECK ONE)   ☐ SITE BUILT   ☐ SYSTEMS BUILT- MFG JOB # _____

### MORTGAGE INFORMATION

14. CHECK IF CASH SALE: ☐   15. IF HOME IS FINANCED CHECK TYPE: ☒ CONVENTIONAL   ☐ FHA   ☐ VA   ☐ RURAL DEVELOPMENT (FmHA)

*WARRANTY COVERAGE IS LIMITED TO THE LESSER OF THE CLOSING CONTRACT PRICE OR $1,000,000, UNLESS A HIGHER AMOUNT HAS BEEN PRE-APPROVED BY BBWG. CERTAIN ITEMS AND EVENTS ARE NOT COVERED BY THIS WARRANTY. PLEASE REFER TO THE SECTION TITLED "EXCLUSIONS" IN THE WARRANTY DOCUMENT. IN FLORIDA, THE HOME WARRANTY MAY NOT PROVIDE LISTING PERIOD COVERAGE FREE OF CHARGE.

### SIGNATURES

HOMEOWNER(S) – Please read and initial the important Homeowner's Acknowledgement on the other side of the white copy of this application before signing the application.

HOMEOWNER: _Lester Arnaud Jr._ DATE: _10/5/06_   CO-OWNER: x _Catherine M. Arnaud_ DATE: _10/5/06_

BUILDER'S REP: _Marly Drapphine_   DATE: _10/5/06_

### PREPARED BY

PRINT NAME: _Title Closing Group_   DATE: _10/5/06_   PHONE: _985-781-1073_   FAX: _985-641-1073_

BB-W2110 (06/06)   WHITE COPY - BBWG • CANARY COPY – BUILDER/FINANCIAL • PINK COPY – HOMEOWNER(S)

Exhibit
3.1

**HOMEOWNER'S ACKNOWLEDGEMENT** · *Please read carefully and initial where indicated below before signing the application.*

I/We acknowledge and understand that only upon Bonded Builders Warranty Group's (BBWG) receipt and acceptance of this Application and the warranty enrollment fee, BBWG will issue and mail to me/us the Warranty Documents. Upon my/our receipt of the final Warranty Documents I/we understand I/we will have 30 days to review the warranty terms and conditions and return it for cancellation if not completely satisfied. (In the event of FHA, VA or Rural Development financing, I/we understand the warranty cannot be cancelled). Should I/we choose not to return the warranty for cancellation within the 30-day period, I/we hereby waive the right to later assert any inapplicability of the terms and conditions of the Warranty Document. I/we also acknowledge that, if my/our home is enrolled in the BBWG Warranty Program that I/we hereby accept the terms and conditions contained therein in their entirety including but not limited to the exclusive, final and binding alternative dispute resolution processes, including but not limited to arbitration, contained therein. By accepting this warranty, I/we are agreeing to waive my/our right to a trial by either judge or jury in a court of law. I/We further agree that any claims to be filed under the Warranty Document will not be filed as a class action lawsuit or be subject to any class action litigation. BBWG and I/we acknowledge that class action treatment of a claim under the Warranty Document is strictly prohibited. (Binding nature of the arbitration not applicable in Florida. If home is FHA/VA or Rural Development financed judicial remedy prior to binding arbitration is not waived).

I/We further understand that if and when the new home warranty is issued, it is an Express Limited Warranty, **NOT** an **insurance policy** and any and all claims, whether contractual or otherwise, are controlled by the express terms, conditions and exclusions contained in the Warranty Document.

**IN TEXAS:** I/We further acknowledge and understand that the warranty issued shall comply with the Rules and Regulations promulgated by the Texas Residential Construction Commission (TRCC) including but not limited to the Limited Statutory Warranty And Building Performance Standards effective June 1, 2005. To the extent of conflict between the warranty standards in the BBWG Home Warranty Documents and the standards promulgated by the TRCC, the TRCC's standards and warranty terms shall control the Builder's Liability. However, in all cases, the terms and conditions contained in the BBWG Warranty Document shall be the exclusive and only obligations assumed by BBWG. I/We further understand the TRCC required warranty shall be effective immediately as required by the TRCC and is the sole responsibility of the Builder. However, the warranty to be issued by BBWG from this application shall only become effective upon satisfactory completion of BBWG's risk management and enrollment requirements.

ACKNOWLEDGED AND CONSENTED TO BY HOMEOWNER(S):

**HOMEOWNER'S INITIALS** _____   **CO-OWNER'S INITIALS** _____

---

**WARRANTY FEE CALCULATION** · *Use this formula to calculate the appropriate Warranty Enrollment Fee to submit with this Application. Record the fee calculated in the space provided on the front of the application.*

Closing Contract Price $_____ ÷ 1,000 = _____ x Rate $_____ = $_____
*or $1,000,000, whichever is less*

FHA/VA/Rural Dev. Fee (if applicable) $_____ = Warranty Enrollment Fee $_____

---

**APPLICATION SUBMISSION CHECKLIST** · *Please use this checklist to submit a complete application. Missing information will delay issuance of the Warranty Documents.*

☐ Selected Warranty Plan
☐ Provided Closing Date
☐ Provided Closing Contract Price
☐ Submitted Warranty Enrollment Fee
☐ Included Builder RM # (required for all homes west of the Miss. River and in KY, MS & TN)
☐ Provided a copy of this Application to the Homeowner

☐ Homeowner(s) Initialed Acknowledgement Above
☐ Homeowner(s) Signed Application
☐ Builder Signed Application

# BONDED BUILDERS WARRANTY GROUP

1500 Kings Highway, Port Charlotte, FL 33980 • Phone: 800-749-0381 • Fax 941-743-0534

## WARRANTY COVERAGE APPLICATION

THIS APPLICATION IS TO ENROLL YOUR NEW HOME IN BONDED BUILDER'S EXPRESS LIMITED WARRANTY COVERAGE; IT IS <u>NOT YOUR NEW HOME WARRANTY</u> NOR IS IT A SUBSTITUTE FOR YOUR HOMEOWNERS INSURANCE. UNLESS ALL BLANKS ARE COMPLETED, THE APPLICATION IS SIGNED, AND THE WARRANTY FEE IS PAID, YOUR HOME WILL NOT BE ENROLLED.

**BUILDER NAME & NUMBER:**   SUN CONSTRUCTION, LLC (LA) - 04745

### WARRANTY SELECTION

04745 LA

*Check the warranty plan to be provided to the homeowner*

**Warranties**
- ☐ 10 Yr Structural Warranty
- ☑ 10 Yr Structural Warranty + 1 Yr Workmanship & Materials/2 Yr Systems Warranty

**WARRANTY ENROLLMENT FEE:** $ 335.58   (See formula on back for fee calculation)

### NEW HOME TO BE ENROLLED

*Please type or print clearly*

1. **HOMEOWNER LAST NAME:** Jones   **FIRST NAME:** Brenda
2. **CO-OWNER LAST NAME:** ___   **FIRST NAME:** ___
3. **NEW HOME ADDRESS:** 17454 Rosemont Dr. Prairieville   LA   70769
   Street Address / City / State / Zip Code
4. **LOCATION:** 32
   Building# / Unit# / Block# / Lot#
5. **SUBDIVISION:** Rosemont   6. **COUNTY:** Ascension
7. **CLOSING DATE:** 11/13/06   8. **CLOSING CONTRACT PRICE*:** $ 239,700.00   9. **BUILDER RM#** ___

### ALTERNATE MAILING ADDRESS

*Provide homeowner(s) mailing address if different from above*

10. ___
   Street Address / City / State / Zip Code
   ☐ CHECK HERE IF WARRANTY DOCUMENTS SHOULD BE MAILED TO THIS ADDRESS RATHER THAN TO THE NEW HOME ADDRESS

### PROPERTY SPECIFIC INFORMATION

11. **CONSTRUCTION TYPE:**   ☒ SINGLE FAMILY DETACHED   ☐ DUPLEX/TRIPLEX/QUADRUPLEX
   ☐ CONDOMINIUM/TOWNHOUSE (3 STORIES OR LESS)   ☐ CONDOMINIUM (4 STORIES OR MORE)

12. **TOWNHOUSE/DUPLEX/TRIPLEX/QUADRUPLEX/CONDOMINIUM:** DATE OF CERTIFICATE OF OCCUPANCY FOR MAIN STRUCTURE: ___

13. **CONSTRUCTION OF THE HOME:** (CHECK ONE)   ☐ SITE BUILT   ☐ SYSTEMS BUILT- MFG JOB # ___

### MORTGAGE INFORMATION

14. **CHECK IF CASH SALE:** ☐   15. **IF HOME IS FINANCED CHECK TYPE:** ☒ CONVENTIONAL   ☐ FHA   ☐ VA   ☐ RURAL DEVELOPMENT (FmHA)

*WARRANTY COVERAGE IS LIMITED TO THE LESSER OF THE CLOSING CONTRACT PRICE OR $1,000,000, UNLESS A HIGHER AMOUNT HAS BEEN PRE-APPROVED BY BBWG. CERTAIN ITEMS AND EVENTS ARE NOT COVERED BY THIS WARRANTY. PLEASE REFER TO THE SECTION TITLED "EXCLUSIONS" IN THE WARRANTY DOCUMENT. IN FLORIDA, THE HOME WARRANTY MAY NOT PROVIDE LISTING PERIOD COVERAGE FREE OF CHARGE.

### SIGNATURES

*HOMEOWNER(S) -- Please read and initial the important Homeowner's Acknowledgement on the other side of the white copy of this application before signing the application.*

**HOMEOWNER:** *Brenda Williams Jones*   **DATE:** 11/13/06   **CO-OWNER:** ___   **DATE:** ___

**BUILDER'S REP:** *Marilyn Drayton*   **DATE:** 11/13/06

### PREPARED BY

**PRINT NAME:** Title Closing Group   **DATE:** 11/13/06   **PHONE:** 985-781-1073   **FAX:** 985-641-1073

BB-W2110 (06/06)   WHITE COPY - BBWG  •  CANARY COPY - BUILDER/FINANCIAL  •  PINK COPY - HOMEOWNER(S)

Exhibit 3.2

## HOMEOWNER'S ACKNOWLEDGMENT

*Please read carefully and initial where indicated below before signing the application.*

I/We acknowledge and understand that only upon Bonded Builders Warranty Group's (BBWG) receipt and acceptance of this Application and the warranty enrollment fee, BBWG will issue and mail to me/us the Warranty Documents. Upon my/our receipt of the final Warranty Documents, I/we understand I/we will have 30 days to review the warranty terms and conditions and return it (for cancellation, if not completely satisfied. (In the event, at FHA, VA or Rural Development) Initiation, I/we understand the warranty cannot be cancelled). Should I/we choose not to return the warranty for cancellation within the 30-day period, I/we hereby waive the right to later assert any inapplicability of the terms and conditions of the Warranty Document. I/we also acknowledge that, if my/our home is enrolled in the BBWG Warranty Program, I/we hereby accept the terms and conditions contained therein in their entirety, including but not limited to the exclusive, final and binding alternative dispute resolution processes, including but not limited to arbitration, contained therein. By accepting this warranty, I/we are agreeing to waive my/our right to a trial by either judge or jury in a court of law. I/We further agree that any claims to be filed under the Warranty Document will not be filed as a class action lawsuit or be subject to any class action litigation. BBWG and I/we acknowledge that class action treatment of a claim under the Warranty Document is strictly prohibited. (Binding nature of the arbitration not applicable in Florida. If home is FHA/VA or Rural Development financed judicial remedy prior to binding arbitration is not waived).

I/we further understand that if and when the new home warranty is issued, it is an Express Limited Warranty, NOT an insurance policy, and any and all claims, whether contractual or otherwise, are controlled by the express, terms, conditions and exclusions contained in the Warranty Document.

IN TEXAS: I/We further acknowledge and understand that the warranty issued shall comply with the Rules and Regulations promulgated by the Texas Residential Construction Commission (TRCC) including but not limited to the Limited Statutory Warranty And Building Performance Standards effective June 1, 2005. To the extent of conflict between TRCC's standards and warranty terms in the BBWG Home Warranty Documents and the standards promulgated by the TRCC, the TRCC's standards and warranty terms shall control the Builder's Liability. However, in all cases, the terms and conditions contained in the BBWG Warranty Document shall be the exclusive and only obligations assumed by BBWG. I/we further understand the TRCC required warranty shall be effective immediately as required by the TRCC and is the sole responsibility of the Builder. However, the warranty to be issued by BBWG from this application shall only become effective upon satisfactory completion of BBWG's risk management and enrollment requirements.

ACKNOWLEDGED AND CONSENTED TO BY HOMEOWNER(S):

| HOMEOWNER'S INITIALS | CO-OWNER'S INITIALS |
|---|---|
| | |

## WARRANTY FEE CALCULATION

*Use this formula to calculate the appropriate Warranty Enrollment Fee to submit with this Application. Record the fee calculated in the space provided on the front of the application.*

Closing Contract Price $ _____ ÷ 1,000 = $ _____ x Rate $ _____ = $ _____
*or $1,000.00, whichever is less

FHA/VA/Rural Dev. Fee (if applicable) $ _____ = Warranty Enrollment Fee $ _____

## APPLICATION SUBMISSION CHECKLIST

*Please use this checklist to submit a complete application. Missing information will delay issuance of the Warranty Documents.*

☐ Selected Warranty Plan
☐ Homeowner(s) Initialed Acknowledgement Above
☐ Provided Closing Date.
☐ Homeowner(s) Signed Application
☐ Provided Closing Contract Price
☐ Builder Signed Application
☐ Submitted Warranty Enrollment Fee
☐ Included Builder RM # (required for all homes west of the Miss. River and in KY, MS & TN)
☐ Provided a copy of this Application to the Homeowner

# BONDED BUILDERS WARRANTY GROUP
1500 Kings Highway, Port Charlotte, FL 33980 ● Phone: 800-749-0381 ● Fax 941-743-0534

## WARRANTY COVERAGE APPLICATION

THIS APPLICATION IS TO ENROLL YOUR NEW HOME IN BONDED BUILDER'S EXPRESS LIMITED WARRANTY COVERAGE; IT IS NOT YOUR NEW HOME WARRANTY NOR IS IT A SUBSTITUTE FOR YOUR HOMEOWNERS INSURANCE. UNLESS ALL BLANKS ARE COMPLETED, THE APPLICATION IS SIGNED, AND THE WARRANTY FEE IS PAID, YOUR HOME WILL NOT BE ENROLLED.

BUILDER NAME & NUMBER:     SUN CONSTRUCTION, LLC (LA) - 04745

04745 LA

### WARRANTY SELECTION

**Check the warranty plan to be provided to the homeowner**

**Warranties**
- ☐ 10 Yr Structural Warranty
- ☒ 10 Yr Structural Warranty + 1 Yr Workmanship & Materials/2 Yr Systems Warranty

WARRANTY ENROLLMENT FEE: $ 333.86          (See formula on back for fee calculation)

### NEW HOME TO BE ENROLLED

**Please type or print clearly**

1. HOMEOWNER LAST NAME: _Brumfield III_     FIRST NAME: _Ollie_
2. CO-OWNER LAST NAME: _Brumfield_     FIRST NAME: _Adrienne_
3. NEW HOME ADDRESS: _608 Huseman Lane     Covington     LA     70435_
   Street Address          City          State          Zip Code
4. LOCATION: _70_
   Building #          Unit#          Block#          Lot#
5. SUBDIVISION: _PennMillLakes_     6. COUNTY: _St. Tammany_
7. CLOSING DATE: _12/8/06_     8. CLOSING CONTRACT PRICE*: $_238,470.00_     9. BUILDER RM# _____

### ALTERNATE MAILING ADDRESS

**Provide homeowner(s) mailing address if different from above**

10. _____
   Street Address          City          State          Zip Code
   ☐ CHECK HERE IF WARRANTY DOCUMENTS SHOULD BE MAILED TO THIS ADDRESS RATHER THAN TO THE NEW HOME ADDRESS

### PROPERTY SPECIFIC INFORMATION

11. CONSTRUCTION TYPE:   ☒ SINGLE FAMILY DETACHED     ☐ DUPLEX/TRIPLEX/QUADRUPLEX
   ☐ CONDOMINIUM/TOWNHOUSE (3 STORIES OR LESS)     ☐ CONDOMINIUM (4 STORIES OR MORE)

12. TOWNHOUSE/DUPLEX/TRIPLEX/QUADRUPLEX/CONDOMINIUM: DATE OF CERTIFICATE OF OCCUPANCY FOR MAIN STRUCTURE: _____

13. CONSTRUCTION OF THE HOME: (CHECK ONE)   ☐ SITE BUILT     ☐ SYSTEMS BUILT- MFG JOB # _____

### MORTGAGE INFORMATION

14. CHECK IF CASH SALE: ☐     15. IF HOME IS FINANCED CHECK TYPE: ☒ CONVENTIONAL ☐ FHA ☐ VA ☐ RURAL DEVELOPMENT (FmHA)

*WARRANTY COVERAGE IS LIMITED TO THE LESSER OF THE CLOSING CONTRACT PRICE OR $1,000,000, UNLESS A HIGHER AMOUNT HAS BEEN PRE-APPROVED BY BBWG. CERTAIN ITEMS AND EVENTS ARE NOT COVERED BY THIS WARRANTY. PLEASE REFER TO THE SECTION TITLED "EXCLUSIONS" IN THE WARRANTY DOCUMENT. IN FLORIDA, THE HOME WARRANTY MAY NOT PROVIDE LISTING PERIOD COVERAGE FREE OF CHARGE.

### SIGNATURES

**HOMEOWNER(S) – Please read and initial the important Homeowner's Acknowledgement on the other side of the white copy of this application before signing the application.**

HOMEOWNER: x _____ DATE: _12/8/06_  CO-OWNER _____ DATE _12/8/06_

BUILDER'S REP: _____     DATE: _12/8/06_

### PREPARED BY

PRINT NAME: _Title Closing Group_  DATE: _12/8/06_  PHONE: _985-781-1073_  FAX: _985-641-1073_

BB-W2110 (06/06)     WHITE-COPY - BBWG  ●  CANARY COPY - BUILDER/FINANCIAL  ●  PINK COPY - HOMEOWNER(S)

Exhibit 3.3

## HOMEOWNER'S ACKNOWLEDGEMENT

*Please read carefully and initial where indicated below before signing the application.*

I/We acknowledge and understand that only upon Bonded Builders Warranty Group's (BBWG) receipt and acceptance of this Application and the warranty enrollment fee, BBWG will issue and mail to me/us the Warranty Documents. Upon my/our receipt of the final Warranty Documents I/we understand I/we will have 30 days to review the warranty terms and conditions and return it for cancellation if not completely satisfied. (In the event of FHA, VA or Rural Development financing I/we understand the warranty cannot be cancelled). Should I/we choose not to return the warranty for cancellation within the 30-day period, I/we hereby waive the right to later assert any inapplicability of the terms and conditions of the Warranty Document. I/we also acknowledge that, if my/our home is enrolled in the BBWG Warranty Program, that I/we hereby accept the terms and conditions contained therein in their entirety including but not limited to the exclusive, final and binding alternative dispute resolution processes, including but not limited to arbitration, contained therein. By accepting this warranty, I/we are agreeing to waive my/our right to a trial by either judge or jury in a court of law. I/We further agree that any claims to be filed under the Warranty Document will not be filed as a class action lawsuit or be subject to any class action litigation. BBWG and I/we acknowledge that class action treatment of a claim under the Warranty Document is strictly prohibited. (Binding nature of the arbitration not applicable in Florida. If home is FHA/VA or Rural Development financed judicial remedy prior to binding arbitration is not waived).

I/We further understand that if and when the new home warranty is issued, it is an Express Limited Warranty, **NOT an insurance policy** and any and all claims, whether contractual or otherwise, are controlled by the express terms, conditions and exclusions contained in the Warranty Document.

**IN TEXAS**: I/We further acknowledge and understand that the warranty issued shall comply with the Rules and Regulations promulgated by the Texas Residential Construction Commission (TRCC) including but not limited to the Limited Statutory Warranty And Building Performance Standards effective June 1, 2005. To the extent of conflict between the warranty standards in the BBWG Home Warranty Documents and the standards promulgated by the TRCC, the TRCC's standards and warranty terms shall control the Builder's Liability. However, in all cases, the terms and conditions contained in the BBWG Warranty Document shall be the exclusive and only obligations assumed by BBWG. I/We further understand the TRCC required warranty shall be effective immediately as required by the TRCC and is the sole responsibility of the Builder. However, the warranty to be issued by BBWG from this application shall only become effective upon satisfactory completion of BBWG's risk management and enrollment requirements.

ACKNOWLEDGED AND CONSENTED TO BY HOMEOWNER(S):

_____     _____
**HOMEOWNER'S INITIALS**                    **CO-OWNER'S INITIALS**

## WARRANTY FEE CALCULATION

*Use this formula to calculate the appropriate Warranty Enrollment Fee to submit with this Application. Record the fee calculated in the space provided on the front of the application.*

Closing Contract Price $ _____ ÷ 1,000 = _____ x Rate $ _____ = $ _____ +
for $1,000,000 whichever is less

FHA/VA/Rural Dev. Fee (if applicable) $ _____ = Warranty Enrollment Fee $ _____

## APPLICATION SUBMISSION CHECKLIST

*Please use this checklist to submit a complete application. Missing information will delay issuance of the Warranty Documents.*

☐ Selected Warranty Plan                         ☐ Homeowner(s) Initialed Acknowledgement Above

☐ Provided Closing Date                          ☐ Homeowner(s) Signed Application

☐ Provided Closing Contract Price                ☐ Builder Signed Application

☐ Submitted Warranty Enrollment Fee

☐ Included Builder RM # (required for all homes west of the Miss. River and in KY, MS & TN)

☐ Provided a copy of this Application to the Homeowner

# BONDED BUILDERS WARRANTY GROUP
1500 Kings Highway, Port Charlotte, FL-33980 • Phone: 800-749-0381 • Fax 941-743-0534

## WARRANTY COVERAGE APPLICATION

THIS APPLICATION IS TO ENROLL YOUR NEW HOME IN BONDED BUILDER'S EXPRESS LIMITED WARRANTY COVERAGE; IT IS NOT YOUR NEW HOME WARRANTY NOR IS IT A SUBSTITUTE FOR YOUR HOMEOWNERS INSURANCE. UNLESS ALL BLANKS ARE COMPLETED, THE APPLICATION IS SIGNED, AND THE WARRANTY FEE IS PAID, YOUR HOME WILL NOT BE ENROLLED.

BUILDER NAME & NUMBER:   SUN CONSTRUCTION, LLC (LA) - 04745

### WARRANTY SELECTION

Check the warranty plan to be provided to the homeowner                    04745 LA

**Warranties**
- ☐ 10 Yr Structural Warranty
- ☒ 10 Yr Structural Warranty + 1 Yr Workmanship & Materials/2 Yr Systems Warranty

AUG 1 1 2006

WARRANTY ENROLLMENT FEE $ 309.09          (See formula on back for fee calculation)

### NEW HOME TO BE ENROLLED

Please type or print clearly

1. HOMEOWNER LAST NAME: Cunningham          FIRST NAME: Dennis
2. CO-OWNER LAST NAME: Cunningham          FIRST NAME: Susan
3. NEW HOME ADDRESS: 288 PennMill Lakes Blvd. Covington   LA   70435
   Street Address                    City                    State   Zip Code
4. LOCATION:                                                              239
   Building #            Unit#            Block#   Lot
5. SUBDIVISION: PennMill Lakes          6. COUNTY: St Tammany
7. CLOSING DATE: 7/18/06   8. CLOSING CONTRACT PRICE: $ 219,330.00   9. BUILDER RM#

### ALTERNATE MAILING ADDRESS

Provide homeowner(s) mailing address if different from above

10.
   Street Address            City            State            Zip Code
   ☐ CHECK HERE IF WARRANTY DOCUMENTS SHOULD BE MAILED TO THIS ADDRESS RATHER THAN TO THE NEW HOME ADDRESS

### PROPERTY SPECIFIC INFORMATION

11. CONSTRUCTION TYPE: ☒ SINGLE FAMILY DETACHED   ☐ DUPLEX/TRIPLEX/QUADRUPLEX
    ☐ CONDOMINIUM/TOWNHOME (3 STORIES OR LESS)   ☐ CONDOMINIUM (4 STORIES OR MORE)

12. TOWNHOUSE/DUPLEX/TRIPLEX/QUADRUPLEX/CONDOMINIUM: DATE OF CERTIFICATE OF OCCUPANCY FOR MAIN STRUCTURE:

13. CONSTRUCTION OF THE HOME: (CHECK ONE)   ☐ SITE BUILT   ☐ SYSTEMS BUILT- MFG JOB #

### MORTGAGE INFORMATION

14. CHECK IF CASH SALE: ☐   15. IF HOME IS FINANCED CHECK TYPE: ☒ CONVENTIONAL   ☐ FHA   ☐ VA   ☐ RURAL DEVELOPMENT (FmHA)

*WARRANTY COVERAGE IS LIMITED TO THE LESSER OF THE CLOSING CONTRACT PRICE OR $1,000,000, UNLESS A HIGHER AMOUNT HAS BEEN PRE-APPROVED BY BBWG. CERTAIN ITEMS AND EVENTS ARE NOT COVERED BY THIS WARRANTY. PLEASE REFER TO THE SECTION TITLED "EXCLUSIONS" IN THE WARRANTY DOCUMENT. IN FLORIDA, THE HOME WARRANTY MAY NOT PROVIDE LISTING PERIOD COVERAGE FREE OF CHARGE.

### SIGNATURES

HOMEOWNER(S) – Please read and initial the important Homeowner's Acknowledgement on the other side of the white copy of this application before signing the application.

HOMEOWNER: _Dennis Cunningham_   DATE: 7/18/06  CO-OWNER: _Susan Mankuse Cunningham_   DATE: 7/18/06

BUILDER'S REP: _Marlon Ducker_   DATE: 7/18/06

### PREPARED BY

PRINT NAME: Title Closing Group   DATE: 7/18/06  PHONE: 985-781-1073  FAX: 985-641-1073

BB-W2110 (06/06)          WHITE COPY - BBWG  •  CANARY COPY - BUILDER/FINANCIAL  •  PINK COPY - HOMEOWNER(S)

Exhibit 3.4

**HOMEOWNER'S ACKNOWLEDGEMENT** — *Please read carefully and initial where indicated below before signing the application.*

I/We acknowledge and understand that only upon Bonded Builders Warranty Group's (BBWG) receipt and acceptance of this Application and the warranty enrollment fee, BBWG will issue and mail to me/us the Warranty Documents. Upon my/our receipt of the final Warranty Documents I/we understand I/we will have 30 days to review the warranty terms and conditions and return it for cancellation if not completely satisfied. (In the event of FHA, VA or Rural Development insured loans, I/we understand the warranty cannot be cancelled.) Should I/we choose not to return the warranty for cancellation within the 30-day period, I/we hereby waive the right to later assert any inapplicability of the terms and conditions of the Warranty Document. I/we also acknowledge that, if my/our home is enrolled in the BBWG Warranty Program that I/we hereby accept the terms and conditions contained therein in their entirety including but not limited to the exclusive, final and binding alternative dispute resolution processes, including but not limited to arbitration, contained therein. By accepting this warranty, I/we are agreeing to waive my/our right to a trial by either judge or jury in a court of law. I/We further agree that any claims to be filed under the Warranty Document will not be filed as a class action lawsuit or be subject to any class action litigation. BBWG and I/we acknowledge that class action treatment of a claim under the Warranty Document is strictly prohibited. (Binding nature of the arbitration not applicable in Florida. If home is FHA/VA or Rural Development financed judicial remedy prior to binding arbitration is not waived).

I/We further understand that if and when the new home warranty is issued, it is an Express Limited Warranty, **NOT an insurance policy** and any and all claims, whether contractual or otherwise, are controlled by the express terms, conditions and exclusions contained in the Warranty Document.

**IN TEXAS**: I/We further acknowledge and understand that the warranty issued shall comply with the Rules and Regulations promulgated by the Texas Residential Construction Commission (TRCC) including but not limited to the Limited Statutory Warranty And Building Performance Standards effective June 1, 2005. To the extent of conflict between the warranty standards in the BBWG Home Warranty Documents and the standards promulgated by the TRCC, the TRCC's standards and warranty terms shall control the Builder's Liability. However, in all cases, the terms and conditions contained in the BBWG Warranty Document shall be the exclusive and only obligations assumed by BBWG. I/We further understand the TRCC required warranty shall be effective immediately as required by the TRCC and is the sole responsibility of the Builder. However, the warranty to be issued by BBWG from this application shall only become effective upon satisfactory completion of BBWG's risk management and enrollment requirements.

ACKNOWLEDGED AND CONSENTED TO BY HOMEOWNER(S): _____

HOMEOWNER'S INITIALS _____   CO-OWNER'S INITIALS _____

**WARRANTY FEE CALCULATION** — *Use this formula to calculate the appropriate Warranty Enrollment Fee to submit with this Application. Record the fee calculated in the space provided on the front of the application.*

Closing Contract Price $_____ ÷ 1,000 = _____ X Rate $_____ = $_____
or $1,000,000, whichever is less

FHA/VA/Rural Dev. Fee (if applicable) $_____ = Warranty Enrollment Fee $_____

**APPLICATION SUBMISSION CHECKLIST** — *Please use this checklist to submit a complete application. Missing information will delay issuance of the Warranty Documents.*

- Selected Warranty Plan
- Provided Closing Date
- Provided Closing Contract Price
- Submitted Warranty Enrollment Fee
- Included Builder RM # (required for all homes west of the Miss. River and in KY, MS & TN)
- Provided a copy of this Application to the Homeowner
- Homeowner(s) Initialed Acknowledgement Above
- Homeowner(s) Signed Application
- Builder Signed Application

# BONDED BUILDERS WARRANTY GROUP

1500 Kings Highway, Port Charlotte, FL 33980 • Phone: 800-749-0381 • Fax 941-743-0534

## WARRANTY COVERAGE APPLICATION

THIS APPLICATION IS TO ENROLL YOUR NEW HOME IN BONDED BUILDER'S EXPRESS LIMITED WARRANTY COVERAGE; IT IS NOT YOUR NEW HOME WARRANTY NOR IS IT A SUBSTITUTE FOR YOUR HOMEOWNERS INSURANCE. UNLESS ALL BLANKS ARE COMPLETED, THE APPLICATION IS SIGNED, AND THE WARRANTY FEE IS PAID, YOUR HOME WILL NOT BE ENROLLED.

**BUILDER NAME & NUMBER:**   SUN CONSTRUCTION, LLC (LA) - 04745

04745  LA

### WARRANTY SELECTION

Check the warranty plan to be provided to the homeowner

**Warranties**

☐ 10 Yr Structural Warranty

☒ 10 Yr Structural Warranty + 1 Yr Workmanship & Materials/2 Yr Systems Warranty

**WARRANTY ENROLLMENT FEE: $** 258.58     (See formula on back for fee calculation)

### NEW HOME TO BE ENROLLED
*Please type or print clearly*

1. HOMEOWNER LAST NAME: Dobbins     FIRST NAME: Glenwood
2. CO-OWNER LAST NAME: Dobbins     FIRST NAME: Margaret
3. NEW HOME ADDRESS: 39130 Old Bayou Ave.   Gonzales   LA   70737
   Street Address   City   State   Zip Code
4. LOCATION: _____   _____   _____   74
   Building #   Unit#   Block#   Lot#
5. SUBDIVISION: Bayou View Estates     6. COUNTY: Ascension
7. CLOSING DATE: 9/18/06   8. CLOSING CONTRACT PRICE*: $ 184,700.00   9. BUILDER RM#

### ALTERNATE MAILING ADDRESS
*Provide homeowner(s) mailing address if different from above*

10. _____
   Street Address   City   State   Zip Code
   ☐ CHECK HERE IF WARRANTY DOCUMENTS SHOULD BE MAILED TO THIS ADDRESS RATHER THAN TO THE NEW HOME ADDRESS

### PROPERTY SPECIFIC INFORMATION

11. CONSTRUCTION TYPE: ☒ SINGLE FAMILY DETACHED   ☐ DUPLEX/TRIPLEX/QUADRUPLEX
    ☐ CONDOMINIUM/TOWNHOUSE (3 STORIES OR LESS)   ☐ CONDOMINIUM (4 STORIES OR MORE)

12. TOWNHOUSE/DUPLEX/TRIPLEX/QUADRUPLEX/CONDOMINIUM: DATE OF CERTIFICATE OF OCCUPANCY FOR MAIN STRUCTURE: _____

13. CONSTRUCTION OF THE HOME: (CHECK ONE)   ☐ SITE BUILT   ☐ SYSTEMS BUILT- MFG JOB # _____

### MORTGAGE INFORMATION

14. CHECK IF CASH SALE: ☐   15. IF HOME IS FINANCED CHECK TYPE: ☒ CONVENTIONAL   ☐ FHA   ☐ VA   ☐ RURAL DEVELOPMENT (FmHA)

*WARRANTY COVERAGE IS LIMITED TO THE LESSER OF THE CLOSING CONTRACT PRICE OR $1,000,000. UNLESS A HIGHER AMOUNT HAS BEEN PRE-APPROVED BY BBWG. CERTAIN ITEMS AND EVENTS ARE NOT COVERED BY THIS WARRANTY. PLEASE REFER TO THE SECTION TITLED "EXCLUSIONS" IN THE WARRANTY DOCUMENT. IN FLORIDA, THE HOME WARRANTY MAY NOT PROVIDE LISTING PERIOD COVERAGE FREE OF CHARGE.

### SIGNATURES

*HOMEOWNER(S) – Please read and initial the important Homeowner's Acknowledgement on the other side of the white copy of this application before signing the application.*

HOMEOWNER: x _Glenwood R. Dobbins_ DATE: 9/18/06   CO-OWNER: x _Margaret M Dobbins_ DATE: 9/18/06

BUILDER'S REP: _Darby Drysdale_   DATE: 9/18/06

### PREPARED BY

PRINT NAME: Title Closing Group   DATE: 9/18/06   PHONE: 985-781-1073   FAX: 985-641-1073

BB-W2110 (06/06)     WHITE COPY - BBWG   •   CANARY COPY - BUILDER/FINANCIAL   •   PINK COPY – HOMEOWNER(S)

Exhibit
3.5

---

**HOMEOWNER'S ACKNOWLEDGEMENT**                     *Please read carefully and initial where indicated below before signing the application.*

I/We acknowledge and understand that only upon Bonded Builders Warranty Group's (BBWG) receipt and acceptance of this Application and the warranty enrollment fee, BBWG will issue and mail to me/us the Warranty Documents. Upon my/our receipt of the final Warranty Documents I/we understand I/we will have 30 days to review the warranty terms and conditions and return it for cancellation if not completely satisfied. (In the event of FHA, VA or Rural Development financing, I/we understand the warranty cannot be cancelled.) Should I/we choose not to return the warranty for cancellation within the 30-day period, I/we hereby waive the right to later assert any inapplicability of the terms and conditions of the Warranty Document. I/we also acknowledge that, if my/our home is enrolled in the BBWG Warranty Program, that I/we hereby accept the terms and conditions contained therein in their entirety including but not limited to the exclusive, final and binding alternative dispute resolution processes, including but not limited to arbitration, contained therein. By accepting this warranty, I/we are agreeing to waive my/our right to a trial by either judge or jury in a court of law. I/We further agree that any claims to be filed under the Warranty Document will not be filed as a class action lawsuit or be subject to any class action litigation. BBWG and I/we acknowledge that class action treatment of a claim under the Warranty Document is strictly prohibited. (Binding nature of the arbitration not applicable in Florida. If home is FHA/VA or Rural Development financed judicial remedy prior to binding arbitration is not waived).

I/We further understand that if and when the new home warranty is issued, it is an Express Limited Warranty, **NOT** an insurance policy and any and all claims, whether contractual or otherwise, are controlled by the express terms, conditions and exclusions contained in the Warranty Document.

**IN TEXAS:** I/We further acknowledge and understand that the warranty issued shall comply with the Rules and Regulations promulgated by the Texas Residential Construction Commission (TRCC) including but not limited to the Limited Statutory Warranty And Building Performance Standards effective June 1, 2005. To the extent of conflict between the warranty standards in the BBWG Home Warranty Documents and the standards promulgated by the TRCC, the TRCC's standards and warranty terms shall control the Builder's Liability. However, in all cases, the terms and conditions contained in the BBWG Warranty Document shall be the exclusive and only obligations assumed by BBWG. I/We further understand the TRCC required warranty shall be effective immediately as required by the TRCC and is the sole responsibility of the Builder. However, the warranty to be issued by BBWG from this application shall only become effective upon satisfactory completion of BBWG's risk management and enrollment requirements.

ACKNOWLEDGED AND CONSENTED TO BY HOMEOWNER(S):

---

**HOMEOWNER'S INITIALS** _____            **CO-OWNER'S INITIALS** _____

---

**WARRANTY FEE CALCULATION**          *Use this formula to calculate the appropriate Warranty Enrollment Fee to submit with this Application. Record the fee calculated in the space provided on the front of the application.*

Closing Contract Price* $ _____ ÷ 1,000 = _____ x Rate $ _____ = $ _____ +
*or $1,000,000, whichever is less

FHA/VA/Rural Dev. Fee (if applicable) $ _____ = Warranty Enrollment Fee $ _____

---

**APPLICATION SUBMISSION CHECKLIST**          *Please use this checklist to submit a complete application. Missing information will delay issuance of the Warranty Documents.*

☐ Selected Warranty Plan                    ☐ Homeowner(s) Initialed Acknowledgement Above

☐ Provided Closing Date                     ☐ Homeowner(s) Signed Application

☐ Provided Closing Contract Price           ☐ Builder Signed Application

☐ Submitted Warranty Enrollment Fee

☐ Included Builder RM # (required for all homes west of the Miss. River and in KY, MS & TN)

☐ Provided a copy of this Application to the Homeowner

# BONDEI BUILDERS
## HOME WARRANTY ASSOCIATION
**1500 Kings Highway • Port Charlotte, FL 33980**
Phone: 941-255-3274 • 1-800-749-0381 • Fax: 941-743-0534
**Builders Application for New Home Warranty Coverage**
*EXPRESS LIMITED WARRANTY APPLICATION*

1. Certificate Number
536891

Member Number 04745

**IN FLORIDA A HOME WARRANTY MAY NOT PROVIDE LISTING PERIOD FREE OF CHARGE**

**Important:** This document is a part of the new home warranty policy and the Homeowner must receive a copy. Copies of all contract addenda must be attached to this form if items of material or work were not provided by the builder. Material and/or labor provided by the home purchaser are excluded from this warranty as shown on the attached addenda.

Builder acknowledges that a copy of this document has been provided to the homeowner.   *Please Type or Print Legibly*

2. Builder: Sun Construction LLC (LA)   Signature: _Nicholas Tinsley_   Date: 6/6/06

3. Where applicable enter your authorized RM number: _____

4. Check **ONLY** the type of warranty the customer is to receive.   5. Total Warranty Period: _2-10_ Years

☐ BB-W400 - 10 year structural only
☐ BB-W401 - (Conventional Mortgage)
☑ BB-W602 (FHA, VA or FmHA) - includes 10 years structural   ☐ FHA   ☐ VA   ☐ FmHev   ☐ Other

6. Homeowner: _Malidn Donaldson III_   Spouse/Other: _____

7. Street Address: _293 Penn Mill Lakes Blvd._   Unit #* _____   New Phone #: _____
City: _Covington_   County: _St. Tammany_   State: _LA_   Zip Code: _70435_

8. Subdivision Name: _Penn Mill Lakes_   Lot #: _424_   Block #: _____

9. Check One: ☑ Single Family Detached   ☐ Townhouse   ☐ Condominium (3 story or less)*

* If condominium, list effective date of common elements coverage _____. Coverage for common elements shall commence on the date the primary structure housing individual units is completed and common elements coverage on individual units closing after the effective date listed above will not be extended beyond the covered years.

10. Please check the applicable box as to the construction of the house: ☐ Stick Built   ☐ Systems Built - MFG Job #_____
☐ HUD Built (If HUD Built is checked you must attach a copy of the foundation inspection report from a licensed authority stating the foundation meets or exceeds HUD specifications.)

11. Mailing address if other than above: _____

12. Closing contract price: $ _132,630.00_   13. Closing Date: _6/6/06_

14. Mortgage: _Capital One N.A._   15. Loan #: _1418 230908_   FHA #: _____
Address: _11130 Industriplex Blvd._   VA #: _____
City, State, Zip Code: _Baton Rouge, LA 70809_

16. I acknowledge receipt of the Warranty Documents and Building Standards as indicated.
☐ At Contract   ☑ At Closing   ☐ At Walk Through / Orientation

17. Homeowner Signature(s): x _Malidn Donaldson III_

This document prepared by: _Title Closing Group_   18. Phone: ( _985_ ) _781-1073_
Builder's Representative

**Instructions:** Applications not received by BBHWA along with required premium within 30 DAYS of closing are **NOT VALID** and will be voided. Send the original (white copy) with payment to BBHWA; give the pink copy to the Homeowner and keep the canary copy for your files. Should an error occur do not destroy this numbered form. Mark it void and mail to BBHWA where it will be deleted from the Department of Insurance registry and from the numbered forms assigned to the builder. Premium due is based on contract price. **Certain items and events are not covered by this warranty. Please refer to the exclusions listed in your warranty document in the section titled "EXCLUSIONS".**

BB-W220 (Rev. 02/05)   White Copy - BBHWA   •   Canary Copy - Builder/Financial   •   Pink Copy - Homeowner

Exhibit
3.6

# BUILDER BUILDERS
## HOME WARRANTY ASSOCIATION
**1500 Kings Highway • Port Charlotte, FL 33980**
**Phone: 941-255-3274 • 1-800-749-0381 • Fax: 941-743-0534**
**Builders Application for New Home Warranty Coverage**
*EXPRESS LIMITED WARRANTY APPLICATION*

Certificate Number
536912

Member Number 04745

**IN FLORIDA A HOME WARRANTY MAY NOT PROVIDE LISTING PERIOD FREE OF CHARGE**

**Important:** This document is a part of the new home warranty policy and the Homeowner must receive a copy. Copies of all contract addenda must be attached to this form if items of material or work were not provided by the builder. Material and/or labor provided by the home purchaser are excluded from this warranty as shown on the attached addenda.
Builder acknowledges that a copy of this document has been provided to the homeowner. *Please Type or Print Legibly*

2. Builder: Sun Construction, LLC (LA)     Signature: _Marty Sisk Sr._     Date: 7/5/06

3. Where applicable enter your authorized RM number: _____

4. Check **ONLY** the type of warranty the customer is to receive:     5. Total Warranty Period: 2-10 Years

   ☐ BB-W400  (10 year structural only)
   ☒ BB-W602  (Conventional Mortgage)
   ☐ BB-W602  (FHA, VA or FmHA — includes 10 years structural)  ☐ FHA  ☐ VA  ☐ Rur/Dev  ☐ Other _____

RECEIVED
AUG 1 1 2006

6. Homeowner: Mark G. Dorsey, Sr.     Spouse/Other: Shalanda Dorsey

7. Street Address: 39064 Bayou View Ave.     Unit #* _____ New Phone #: _____
   City: Gonzales     County: Ascension     State: LA     Zip Code: 70737

8. Subdivision Name: Bayou View Estates     Lot #: 9     Block #: _____

9. Check One: ☒ Single Family ☐ Detached ☐ Townhouse ☐ Condominium (3 story or less)*
   * If condominium, list effective date of common elements coverage _____. Coverage for common elements shall commence on the date the primary structure housing individual units is completed and common elements coverage on individual units closing after the effective date listed above will not be extended beyond the covered years.

10. Please check the applicable box as to the construction of the house: ☐ Stick Built ☐ Systems Built - MFG Job # _____
    ☐ HUD Built (If HUD Built is checked you must attach a copy of the foundation inspection report from a licensed authority stating the foundation meets or exceeds HUD specifications.)

11. Mailing address if other than above: _____

12. Closing contract price: $ 214,310.00     13. Closing Date: 7/5/06

14. Mortgagee: America's Wholesale Lenders 15. Loan #: 140398438     FHA #: _____
    Address: 2375 N. Glenville Dr.     VA #: _____
    City, State, Zip Code: Richardson, TX 75082

16. I acknowledge receipt of the Warranty Documents and Building Standards as indicated.
    ☐ At Contract   ☒ At Closing   ☐ At Walk Through / Orientation

17. Homeowner Signature(s): _Mark Dorsey S._   x _Shalanda TK Dorsey_

    This document prepared by: _Title Closing Group_     18. Phone: (985) 781-1073
    Builder's Representative

**Instructions:** Applications not received by BBHWA along with required premium within **30 DAYS** of closing are **NOT VALID** and will be voided. Mail the original (white copy) with payment to BBHWA; give the pink copy to the Homeowner and keep the canary copy for your files. Should an error occur do not destroy this numbered form. Mark it void and mail to BBHWA where it will be deleted from the Department of Insurance registry and from the numbered forms assigned to the builder. Premium due is based on contract price.

Certain items and events are not covered by this warranty. Please refer to the exclusions listed in your warranty document in the section titled "**EXCLUSIONS**".

BB-W220 (Rev. 02/05)     White Copy - BBHWA • Canary Copy - Builder/Financial • Pink Copy - Homeowner

Exhibit
3.7

# WARRANTY COVERAGE APPLICATION

THIS APPLICATION IS TO ENROLL YOUR NEW HOME IN BONDED BUILDER'S EXPRESS LIMITED WARRANTY COVERAGE. IT IS NOT YOUR NEW HOME WARRANTY NOR IS IT A SUBSTITUTE FOR YOUR HOMEOWNERS INSURANCE. UNLESS ALL BLANKS ARE COMPLETED, THE APPLICATION IS SIGNED, AND THE WARRANTY FEE IS PAID, YOUR HOME WILL NOT BE ENROLLED.

**BUILDER NAME & NUMBER:** SUN CONSTRUCTION, LLC (LA) - 04745

## WARRANTY SELECTION

*Check the warranty plan to be provided to the homeowner*

04745 LA

**Warranties**

- [ ] 10 Yr Structural Warranty
- [x] 10 Yr Structural Warranty + 1 Yr Workmanship & Materials/2 Yr Systems Warranty

**WARRANTY ENROLLMENT FEE: $** 361.53 _____ (See formula on back for fee calculation)

## NEW HOME TO BE ENROLLED

*Please type or print clearly*

1. HOMEOWNER LAST NAME: Landry          FIRST NAME: Kimberly
2. CO-OWNER LAST NAME: Duhon           FIRST NAME: Christopher
3. NEW HOME ADDRESS: 17465 Rosemont Dr. Prairieville LA 70769
   Street Address / City / State / Zip Code
4. LOCATION:
   Building #        Unit#        Block#        Lot# 9
5. SUBDIVISION: Rosemont          6. COUNTY: Ascension
7. CLOSING DATE: 9/29/06   8. CLOSING CONTRACT PRICE*: $ 258,230.00   9. BUILDER RM#

## ALTERNATE MAILING ADDRESS

*Provide homeowner(s) mailing address if different from above*

10.
   Street Address          City          State          Zip Code
   - [ ] CHECK HERE IF WARRANTY DOCUMENTS SHOULD BE MAILED TO THIS ADDRESS RATHER THAN TO THE NEW HOME ADDRESS

## PROPERTY SPECIFIC INFORMATION

11. CONSTRUCTION TYPE:
   - [x] SINGLE FAMILY DETACHED
   - [ ] DUPLEX/TRIPLEX/QUADRUPLEX
   - [ ] CONDOMINIUM/TOWNHOUSE (3 STORIES OR LESS)
   - [ ] CONDOMINIUM (4 STORIES OR MORE)

12. TOWNHOUSE/DUPLEX/TRIPLEX/QUADRUPLEX/CONDOMINIUM: DATE OF CERTIFICATE OF OCCUPANCY FOR MAIN STRUCTURE: _____

13. CONSTRUCTION OF THE HOME: (CHECK ONE)
   - [ ] SITE BUILT
   - [ ] SYSTEMS BUILT- MFG JOB # _____

## MORTGAGE INFORMATION

14. CHECK IF CASH SALE: [ ]   15. IF HOME IS FINANCED CHECK TYPE:
   - [x] CONVENTIONAL
   - [ ] FHA
   - [ ] VA
   - [ ] RURAL DEVELOPMENT (FmHA)

*WARRANTY COVERAGE IS LIMITED TO THE LESSER OF THE CLOSING CONTRACT PRICE OR $1,000,000, UNLESS A HIGHER AMOUNT HAS BEEN PRE-APPROVED BY BBWG. CERTAIN ITEMS AND EVENTS ARE NOT COVERED BY THIS WARRANTY. PLEASE REFER TO THE SECTION TITLED "EXCLUSIONS" IN THE WARRANTY DOCUMENT. IN FLORIDA, THE HOME WARRANTY MAY NOT PROVIDE LISTING PERIOD COVERAGE FREE OF CHARGE.

## SIGNATURES

*HOMEOWNER(S) – Please read and initial the important Homeowner's Acknowledgement on the other side of the white copy of this application before signing the application.*

HOMEOWNER: _____ DATE: 9/29/06   CO-OWNER: _____ DATE: 9/29/06

BUILDER'S REP: _____ DATE: 9/29/06

## PREPARED BY

PRINT NAME: Title Closing Group   DATE: 9/29/06   PHONE: 985-981-1073   FAX: 985-641-1073

BB:W2110 (08/06)   WHITE COPY - BBWG • CANARY COPY - BUILDER/FINANCIAL • PINK COPY - HOMEOWNER(S)

**Exhibit 3.8**

**HOMEOWNER'S ACKNOWLEDGEMENT.** | *Please read carefully and initial where indicated below before signing this application.*

I/We acknowledge and understand that only upon Bonded Builders Warranty Group's (BBWG) receipt and acceptance of this Application and the warranty enrollment fee, BBWG will issue and mail to me/us the Warranty Documents. Upon my/our receipt of the final Warranty Documents, I/we understand I/we will have 30 days to review the warranty terms and conditions and return it for cancellation if not completely satisfied. (In the event of FHA, VA or Rural Development financing, I/we understand the warranty cannot be cancelled.) Should I/we choose not to return the warranty for cancellation within this period, I/we hereby waive the right to later assert any inapplicability of the terms and conditions of the Warranty Document. I/we also acknowledge that, if my/our home is enrolled in the BBWG Warranty Program, that I/we hereby accept the terms and conditions contained therein in their entirety including but not limited to the exclusive, final and binding alternative dispute resolution processes, including but not limited to arbitration, contained therein. By accepting this warranty, I/we are agreeing to waive my/our right to a trial by either judge or jury in a court of law. I/We further agree that any claims to be filed under the Warranty Document will not be filed as a class action lawsuit or be subject to any class action litigation. BBWG and I/we acknowledge that class action treatment of a claim under the Warranty Document is strictly prohibited. (Binding nature of the arbitration not applicable in Florida. If home is FHA/VA or Rural Development financed judicial remedy prior to binding arbitration is not waived).

I/We further understand that if and when the new home warranty is issued, it is an Express Limited Warranty, **NOT** an **insurance policy** and any and all claims, whether contractual or otherwise, are controlled by the express terms, conditions and exclusions contained in the Warranty Document.

**IN TEXAS:** I/We further acknowledge and understand that the warranty issued shall comply with the Rules and Regulations promulgated by the Texas Residential Construction Commission (TRCC) including but not limited to the Limited Statutory Warranty And Building Performance Standards effective June 1, 2005. To the extent of conflict between the warranty standards in the BBWG Home Warranty Documents and the standards promulgated by the TRCC, the TRCC's standards and warranty terms shall control the Builder's Liability. However, in all cases, the terms and conditions contained in the BBWG Warranty Document shall be the exclusive and only obligations assumed by BBWG. I/We further understand the TRCC required warranty shall be effective immediately as required by the TRCC and is the sole responsibility of the Builder. However, the warranty to be issued by BBWG from this application shall only become effective upon satisfactory completion of BBWG's risk management and enrollment requirements.

ACKNOWLEDGED AND CONSENTED TO BY HOMEOWNER(S):

_____          _____
**HOMEOWNER'S INITIALS**                         **CO-OWNER'S INITIALS**

---

**WARRANTY FEE CALCULATION** | *Use this formula to calculate the appropriate Warranty Enrollment Fee to submit with this Application. Record the fee calculated in the space provided on the front of the application.*

Closing Contract Price* $_____ ÷ 1,000 = _____ x Rate $_____ = $_____ +
*or $1,000,000, whichever is less

FHA/VA/Rural Dev. Fee (if applicable) $_____ = Warranty Enrollment Fee $_____

---

**APPLICATION SUBMISSION CHECKLIST** | *Please use this checklist to submit a complete application. Missing information will delay issuance of the Warranty Documents.*

☐ Selected Warranty Plan            ☐ Homeowner(s) Initialed Acknowledgement Above

☐ Provided Closing Date              ☐ Homeowner(s) Signed Application

☐ Provided Closing Contract Price      ☐ Builder Signed Application

☐ Submitted Warranty Enrollment Fee

☐ Included Builder RM # (required for all homes west of the Miss. River and in KY, MS & TN)

☐ Provided a copy of this Application to the Homeowner

# BONDED BUILDERS WARRANTY GROUP

1500 Kings Highway, Port Charlotte, FL 33980 • Phone: 800-749-0381 • Fax 941-743-0534

## WARRANTY COVERAGE APPLICATION

THIS APPLICATION IS TO ENROLL YOUR NEW HOME IN BONDED BUILDER'S EXPRESS LIMITED WARRANTY COVERAGE; IT IS NOT YOUR NEW HOME WARRANTY NOR IS IT A SUBSTITUTE FOR YOUR HOMEOWNERS INSURANCE. UNLESS ALL BLANKS ARE COMPLETED, THE APPLICATION IS SIGNED, AND THE WARRANTY FEE IS PAID, YOUR HOME WILL NOT BE ENROLLED.

**BUILDER NAME & NUMBER:**   SUN CONSTRUCTION, LLC (LA) - 04745

### WARRANTY SELECTION

**Check the warranty plan to be provided to the homeowner**                                    04745 LA

Warranties

☐ 10 Yr Structural Warranty
☒ 10 Yr Structural Warranty + 1 Yr Workmanship & Materials/2 Yr Systems Warranty

**WARRANTY ENROLLMENT FEE:** $ 315.42        (See formula on back for fee calculation)

### NEW HOME TO BE ENROLLED

**Please type or print clearly**

1. HOMEOWNER LAST NAME:  Fisher          FIRST NAME: Stephen
2. CO-OWNER LAST NAME:  Fisher          FIRST NAME: Corrinn
3. NEW HOME ADDRESS:  580 Huseman Lane   Covington   LA   70435
   Street Address            City                State        Zip Code
4. LOCATION:  _____   _____   _____   63
   Building #        Unit#        Block#        Lot#
5. SUBDIVISION:  Penn Mill Lakes        6. COUNTY:  St. Tammany
7. CLOSING DATE:  11/27/06   8. CLOSING CONTRACT PRICE*: $ 225,300.00   9. BUILDER RM# _____

### ALTERNATE MAILING ADDRESS

**Provide homeowner(s) mailing address if different from above**

10. _____
    Street Address            City                State        Zip Code
    ☐ CHECK HERE IF WARRANTY DOCUMENTS SHOULD BE MAILED TO THIS ADDRESS RATHER THAN TO THE NEW HOME ADDRESS

### PROPERTY SPECIFIC INFORMATION

11. CONSTRUCTION TYPE:  ☒ SINGLE FAMILY DETACHED      ☐ DUPLEX/TRIPLEX/QUADRUPLEX
    ☐ CONDOMINIUM/TOWNHOUSE (3 STORIES OR LESS)   ☐ CONDOMINIUM (4 STORIES OR MORE)

12. TOWNHOUSE/DUPLEX/TRIPLEX/QUADRUPLEX/CONDOMINIUM: DATE OF CERTIFICATE OF OCCUPANCY FOR MAIN STRUCTURE: _____

13. CONSTRUCTION OF THE HOME: (CHECK ONE)   ☐ SITE BUILT   ☐ SYSTEMS BUILT- MFG JOB # _____

### MORTGAGE INFORMATION

14. CHECK IF CASH SALE: ☐   15. IF HOME IS FINANCED CHECK TYPE: ☒ CONVENTIONAL  ☐ FHA  ☐ VA  ☐ RURAL DEVELOPMENT (FmHA)

*WARRANTY COVERAGE IS LIMITED TO THE LESSER OF THE CLOSING CONTRACT PRICE OR $1,000,000, UNLESS A HIGHER AMOUNT HAS BEEN PRE-APPROVED BY BBWG. CERTAIN ITEMS AND EVENTS ARE NOT COVERED BY THIS WARRANTY. PLEASE REFER TO THE SECTION TITLED "EXCLUSIONS" IN THE WARRANTY DOCUMENT. IN FLORIDA, THE HOME WARRANTY MAY NOT PROVIDE LISTING PERIOD COVERAGE FREE OF CHARGE.

### SIGNATURES

**HOMEOWNER(S) – Please read and initial the important Homeowner's Acknowledgement on the other side of the white copy of this application before signing the application.**

HOMEOWNER: _____   DATE: 11/27/06   CO-OWNER: _____   DATE: 11/27/06

BUILDER'S REP: _____   DATE: 11/27/06

### PREPARED BY

PRINT NAME: Title Closing Group   DATE: 11/27/06   PHONE: 985-781-1073   FAX: 985-641-1073

BB-W2110 (06/06)      WHITE COPY - BBWG    •    CANARY COPY – BUILDER/FINANCIAL    •    PINK COPY – HOMEOWNER(S)

Exhibit
3.9

## HOMEOWNER'S ACKNOWLEDGEMENT

*Please read carefully and initial where indicated below before signing the application.*

I/We acknowledge and understand that only upon Bonded Builders Warranty Group's (BBWG) receipt and acceptance of this Application and the warranty enrollment fee, BBWG will issue and mail to me/us the Warranty Documents. Upon my/our receipt of the final Warranty Documents I/we understand I/we will have 30 days to review the warranty terms and conditions and return it for cancellation if not completely satisfied. (In the event of FHA, VA or Rural Development financing if I/we understand the warranty cannot be cancelled). Should I/we choose not to return the warranty for cancellation during the 30-day period, I/we hereby waive the right to later assert any inapplicability of the terms and conditions of the Warranty Document. I/we also acknowledge that, if my/our home is enrolled in the BBWG Warranty Program, that I/we hereby accept the terms and conditions contained therein in their entirety including but not limited to the exclusive, final and binding alternative dispute resolution processes, including but not limited to arbitration, contained therein. By accepting this warranty, I/we are agreeing to waive my/our right to a trial by either judge or jury in a court of law. I/We further agree that any claims to be filed under the Warranty Document will not be filed as a class action lawsuit or be subject to any class action litigation. BBWG and I/we acknowledge that class action treatment of a claim under the Warranty Document is strictly prohibited. (Binding nature of the arbitration not applicable in Florida. If home is FHA/VA or Rural Development financed judicial remedy prior to binding arbitration is not waived).

I/We further understand that if and when the new home warranty is issued, it is an Express Limited Warranty, **NOT** an insurance policy and any and all claims, whether contractual or otherwise, are controlled by the express terms, conditions and exclusions contained in the Warranty Document.

**IN TEXAS:** I/We further acknowledge and understand that the warranty issued shall comply with the Rules and Regulations promulgated by the Texas Residential Construction Commission (TRCC) including but not limited to the Limited Statutory Warranty And Building Performance Standards effective June 1, 2005. To the extent of conflict between the warranty standards in the BBWG Home Warranty Documents and the standards promulgated by the TRCC, the TRCC's standards and warranty terms shall control the Builder's Liability. However, in all cases, the terms and conditions contained in the BBWG Warranty Document shall be the exclusive and only obligations assumed by BBWG. I/We further understand the TRCC required warranty shall be effective immediately as required by the TRCC and is the sole responsibility of the Builder. However, the warranty to be issued by BBWG from this application shall only become effective upon satisfactory completion of BBWG's risk management and enrollment requirements.

ACKNOWLEDGED AND CONSENTED TO BY HOMEOWNER(S):

HOMEOWNER'S INITIALS _____    CO-OWNER'S INITIALS _____

## WARRANTY FEE CALCULATION

*Use this formula to calculate the appropriate Warranty Enrollment Fee to submit with this Application. Record the fee calculated in the space provided on the front of the application.*

Closing Contract Price* $_____ ÷ 1,000 = _____ x Rate $_____ = $_____

*or $1,000,000, whichever is less.

FHA/VA/Rural Dev. Fee (if applicable) $_____ = Warranty Enrollment Fee $_____

## APPLICATION SUBMISSION CHECKLIST

*Please use this checklist to submit a complete application. Missing information will delay issuance of the Warranty Documents.*

☐ Selected Warranty Plan                    ☐ Homeowner(s) Initialed Acknowledgement Above

☐ Provided Closing Date                     ☐ Homeowner(s) Signed Application

☐ Provided Closing Contract Price           ☐ Builder Signed Application

☐ Submitted Warranty Enrollment Fee

☐ Included Builder RM # (required for all homes west of the Miss. River and in KY, MS & TN)

☐ Provided a copy of this Application to the Homeowner

# BUILDERS HOME WARRANTY ASSOCIATION

**1500 Kings Highway • Port Charlotte, FL 33980**
Phone: 941-255-3274 • 1-800-749-0381 • Fax: 941-743-0534
**Builders Application for New Home Warranty Coverage**
*EXPRESS LIMITED WARRANTY APPLICATION*

Member Number

**IN FLORIDA A HOME WARRANTY MAY NOT PROVIDE LISTING PERIOD FREE OF CHARGE**

**Important:** This document is a part of the new home warranty policy and the Homeowner must receive a copy. Copies of all contract addenda must be attached to this form if items of material or work were not provided by the builder. Material and/or labor provided by the home purchaser are excluded from this warranty as shown on the attached addenda.

Builder acknowledges that a copy of this document has been provided to the homeowner. *Please Type or Print Legibly*

2. Builder: _Son Construction LLC (LA)_    Signature: _Marily Reynolds_    Date: _6/29/06_

3. Where applicable enter your authorized RM number: _____

4. Check *ONLY* the type of warranty the customer is to receive:     5. Total Warranty Period: _2-10_ Years

   ☐ BB-W600  (10 year warranty only)
   ☒ BB-W602  (Conventional Mortgage)
   ☐ BB-W602  (FHA, VA or FmHA - includes 10 years structural)  ☐ FHA  ☐ VA  ☐ RunDev  ☐ Other _____

JUL 2 4 2006

6. Homeowner: _Michael Hardette_    Spouse/Other: _Rhonda Hardette_

7. Street Address: _276 Penn Mill Lakes Blvd_   Unit #* _____   New Phone #: _____

   City: _Covington_   County: _St. Tammany_   State: _LA_   Zip Code: _70435_

8. Subdivision Name: _Penn Mill Lakes_   Lot #: _____   Block #: _____

9. Check One: ☒ Single Family Detached   ☐ Townhouse   ☐ Condominium (3 story or less)*

   * If condominium, list effective date of common elements coverage _____. Coverage for common elements shall commence on the date the primary structure housing individual units is completed and common elements coverage on individual units closing after the effective date listed above will not be extended beyond the covered years.

10. Please check the applicable box as to the construction of the house: ☐ Stick Built ☐ Systems Built - MFG Job # _____
   ☐ HUD Built (If HUD Built is checked you must attach a copy of the foundation inspection report from a licensed authority stating the foundation meets or exceeds HUD specifications.)

11. Mailing address if other than above: _____

12. Closing contract price: $ _165,700.00_     13. Closing Date: _6/29/06_

14. Mortgage: _Small Business Administration_ 15. Loan #: _94556540-10_ FHA #: _____

   Address: _14925 Kingsport Road_    VA #: _____

   City, State, Zip Code: _Fort Worth TX 76155_

16. I acknowledge receipt of the Warranty Documents and Building Standards as indicated.
   ☐ At Contract   ☒ At Closing   ☐ At Walk Through / Orientation

17. Homeowner Signature(s): _____

   This document prepared by: _Beth Classics Mgmt_    18. Phone: _(985) 781-1073_
                      Builder's Representative

**Instructions:** Applications not received by BBHWA along with required premium within **30 DAYS** of closing are **NOT VALID** and will be voided. Mail the original (white copy) with payment to BBHWA; give the pink copy to the Homeowner and keep the canary copy for your files. Should an error occur do not destroy this numbered form. Mark it void and mail to BBHWA where it will be deleted from the Department of Insurance registry and from the numbered forms assigned to the builder. Premium due is based on contract price.

Certain items and events are not covered by this warranty. Please refer to the exclusions listed in your warranty document in the section titled "**EXCLUSIONS**".

BB-W220 (Rev. 02/05)    White Copy - BBHWA · Canary Copy - Builder/Financial · Pink Copy - Homeowner

Exhibit
3.10

# BONDED BUILDERS
## HOME WARRANTY ASSOCIATION
1500 Kings Highway • Port Charlotte, FL 33980
Phone: 941-255-3274 • 1-800-749-0381 • Fax: 941-743-0534
**Builders Application for New Home Warranty Coverage**
### EXPRESS LIMITED WARRANTY APPLICATION

1. Certificate Number
**536895**

Member Number 04745

IN FLORIDA A HOME WARRANTY MAY NOT PROVIDE LISTING PERIOD FREE OF CHARGE

**Important:** This document is a part of the new home warranty policy and the Homeowner must receive a copy. Copies of all contract addenda must be attached to this form if items of material or work were not provided by the builder. Material and/or labor provided by the home purchaser are excluded from this warranty as shown on the attached addenda.
Builder acknowledges that a copy of this document has been provided to the homeowner. *Please Type or Print Legibly*

2. Builder: Sun Construction, LLC (LA)       Signature: _Mary Dierch_   Date: 6/8/06

3. Where applicable enter your authorized RM number: _LA3.5891_

4. Check _ONLY_ the type of warranty the customer is to receive: 5. Total Warranty Period: _2-10_ Years

 ☐ BB-W400  (10 year structural only)
 ☒ BB-W602  (Conventional Mortgage)
 ☐ BB-W602  (FHA, VA or FmHA – includes 10 years structural)  __ FHA  __ VA  __ RuralDev  __ Other _____

6. Homeowner: _Sidney Hidalgo_        Spouse/Other: _Tonya Hidalgo_

7. Street Address: _273 Penn Mill Lakes Blvd._  Unit #* ___  New Phone #: _____
 City: _Covington_  County: _St. Tammany_  State: _LA_  Zip Code: _70435_

8. Subdivision Name: _Penn Mill Lakes_   Lot #: _428_  Block #: _____

9. Check One: ☒ Single Family Detached ☐ Townhouse ☐ Condominium (3 story or less)*
 * If condominium, list effective date of common elements coverage _____ . Coverage for common elements shall commence on the date the primary structure housing individual units is completed and common elements coverage on individual units closing after the effective date listed above will not be extended beyond the covered years.

10. Please check the applicable box as to the construction of the house: ☐ Stick Built ☐ Systems Built – MFG Job # _____
 ☐ HUD Built (If HUD Built is checked you must attach a copy of the foundation inspection report from a licensed authority stating the foundation meets or exceeds HUD specifications.)

11. Mailing address if other than above: _____

12. Closing contract price: $ _163,195.60_                     13. Closing Date: _6/8/06_

14. Mortgage: _Wells Fargo Bank, NA_   15. Loan #: _D061447124_  FHA #: _____
 Address: _2801 John Hawkins Pkwy._                              VA #: _____
 City, State, Zip Code: _Birmingham, AL 35244_

16. I acknowledge receipt of the Warranty Documents and Building Standards as indicated.
 ☐ At Contract    ☐ At Closing    ☐ At Walk Through / Orientation   _Tonya Burras Hidalgo_

17. Homeowner Signature(s): _S/S_                          18. Phone: _(985) 781-1073_
 This document prepared by: _Title Closing Group_
                            Builder Representative

**Instructions:** Applications not received by BBHWA along with required premium within **30 DAYS** of closing are **NOT VALID** and will be voided. Mail the original (white copy) with payment to BBHWA; give the pink copy to the Homeowner and keep the canary copy for your files. Should an error occur do not destroy this numbered form. Mark it void and mail to BBHWA where it will be deleted from the Department of Insurance registry and from the numbered forms assigned to the builder. Premium due is based on contract price.
Certain items and events are not covered by this warranty. Please refer to the exclusions listed in your warranty document in the section titled "EXCLUSIONS".

BB-W220 (Rev. 02/05)      White Copy - BBHWA  •  Canary Copy - Builder/Financial  •  Pink Copy - Homeowner

**Exhibit
3.11**

# BONDED BUILDERS WARRANTY GROUP

1500 Kings Highway, Port Charlotte, FL 33980 • Phone: 800-749-0381 • Fax 941-743-0534

## WARRANTY COVERAGE APPLICATION

THIS APPLICATION IS TO ENROLL YOUR NEW HOME IN BONDED BUILDER'S EXPRESS LIMITED WARRANTY COVERAGE; IT IS <u>NOT YOUR NEW HOME WARRANTY</u> NOR IS IT A SUBSTITUTE FOR YOUR HOMEOWNERS INSURANCE. UNLESS ALL BLANKS ARE COMPLETED, THE APPLICATION IS SIGNED, AND THE WARRANTY FEE IS PAID, YOUR HOME WILL NOT BE ENROLLED.

BUILDER NAME & NUMBER:   SUN CONSTRUCTION, LLC (LA) - 04745

### WARRANTY SELECTION

Check the warranty plan to be provided to the homeowner

94745 LA

Warranties
- ☐ 10 Yr Structural Warranty
- ☑ 10 Yr Structural Warranty + 1 Yr Workmanship & Materials/2 Yr Systems Warranty

WARRANTY ENROLLMENT FEE: $ 270.20   (See formula on back for fee calculation)

### NEW HOME TO BE ENROLLED

Please type or print clearly

| | |
|---|---|
| 1. HOMEOWNER LAST NAME: Joseph | FIRST NAME: Todd |
| 2. CO-OWNER LAST NAME: Joseph | FIRST NAME: Quividias |

3. NEW HOME ADDRESS: 17470 Rosemont Dr.   Prairieville   LA   70769
   Street Address / City   State   Zip Code

4. LOCATION: Building # ____ Unit# ____ Block# ____ Lot# 34

5. SUBDIVISION: Rosemont   6. COUNTY: Ascension

7. CLOSING DATE: 10/2/06   8. CLOSING CONTRACT PRICE*: $ 193,000.00   9. BUILDER RM# ____

### ALTERNATE MAILING ADDRESS

Provide homeowner(s) mailing address if different from above

10. ____
   Street Address   City   State   Zip Code
   ☐ CHECK HERE IF WARRANTY DOCUMENTS SHOULD BE MAILED TO THIS ADDRESS RATHER THAN TO THE NEW HOME ADDRESS

### PROPERTY SPECIFIC INFORMATION

11. CONSTRUCTION TYPE:  ☑ SINGLE FAMILY DETACHED   ☐ DUPLEX/TRIPLEX/QUADRUPLEX
   ☐ CONDOMINIUM/TOWNHOUSE (3 STORIES OR LESS)  ☐ CONDOMINIUM (4 STORIES OR MORE)

12. TOWNHOUSE/DUPLEX/TRIPLEX/QUADRUPLEX/CONDOMINIUM: DATE OF CERTIFICATE OF OCCUPANCY FOR MAIN STRUCTURE: ____

13. CONSTRUCTION OF THE HOME: (CHECK ONE)   ☐ SITE BUILT   ☐ SYSTEMS BUILT- MFG JOB # ____

### MORTGAGE INFORMATION

14. CHECK IF CASH SALE: ☐   15. IF HOME IS FINANCED CHECK TYPE: ☑ CONVENTIONAL  ☐ FHA  ☐ VA  ☐ RURAL DEVELOPMENT (FmHA)

*WARRANTY COVERAGE IS LIMITED TO THE LESSER OF THE CLOSING CONTRACT PRICE OR $1,000,000, UNLESS A HIGHER AMOUNT HAS BEEN PRE-APPROVED BY BBWG. CERTAIN ITEMS AND EVENTS ARE NOT COVERED BY THIS WARRANTY. PLEASE REFER TO THE SECTION TITLED "EXCLUSIONS" IN THE WARRANTY DOCUMENT. IN FLORIDA, THE HOME WARRANTY MAY NOT PROVIDE LISTING PERIOD COVERAGE FREE OF CHARGE.

### SIGNATURES

HOMEOWNER(S) – Please read and initial the important Homeowner's Acknowledgement on the other side of the white copy of this application before signing the application.

HOMEOWNER: Todd christopher Joseph   DATE: 10/2/06   CO-OWNER: Quividias Quinton Joseph   DATE: 10/2/06

BUILDER'S REP: Marlin Dugas Sr.   DATE: 10/2/06

### PREPARED BY

PRINT NAME: Title Closing Group   DATE: 11/3/06   PHONE: 985- 731-1193   FAX: 985- 641-1173

BB-W2110 (06/06)   WHITE COPY – BBWG  •  CANARY COPY – BUILDER/FINANCIAL  •  PINK COPY – HOMEOWNER(S)

Exhibit
3.12

## HOMEOWNER'S ACKNOWLEDGEMENT

*Please read carefully and initial where indicated below before signing the application.*

I/We acknowledge and understand that only upon Bonded Builders Warranty Group's (BBWG) receipt and acceptance of this Application and the warranty enrollment fee, BBWG will issue and mail to me/us the Warranty Documents. Upon my/our receipt of the final Warranty Documents I/we understand I/we will have 30 days to review the warranty terms and conditions and return it for cancellation if not completely satisfied. (In the event of FHA, VA or Rural Development financing) I/We understand the warranty cannot be cancelled. Should I/we choose not to return the warranty for cancellation within the 30-day period, I/we hereby waive the right to later assert any inapplicability of the terms and conditions of the Warranty Document. I/we also acknowledge that, if my/our home is enrolled in the BBWG Warranty Program, that I/we hereby accept the terms and conditions contained therein in their entirety including but not limited to the exclusive, final and binding alternative dispute resolution processes, including but not limited to arbitration, contained therein. By accepting this warranty, I/we are agreeing to waive my/our right to a trial by either judge or jury in a court of law. I/We further agree that any claims to be filed under the Warranty Document will not be filed as a class action lawsuit or be subject to any class action litigation. BBWG and I/we acknowledge that class action treatment of a claim under the Warranty Document is strictly prohibited. (Binding nature of the arbitration not applicable in Florida. If home is FHA/VA or Rural Development financed judicial remedy prior to binding arbitration is not waived).

I/We further understand that if and when the new home warranty is issued, it is an Express Limited Warranty, NOT an insurance policy and any and all claims, whether contractual or otherwise, are controlled by the express terms, conditions and exclusions contained in the Warranty Document.

IN TEXAS: I/We further acknowledge and understand that the warranty issued shall comply with the Rules and Regulations promulgated by the Texas Residential Construction Commission (TRCC) including but not limited to the Limited Statutory Warranty And Building Performance Standards effective June 1, 2005. To the extent of conflict between the warranty standards in the BBWG Home Warranty Documents and the standards promulgated by the TRCC, the TRCC's standards and warranty terms shall control the Builder's Liability. However, in all cases, the terms and conditions contained in the BBWG Warranty Document shall be the exclusive and only obligations assumed by BBWG. I/We further understand the TRCC required warranty shall be effective immediately as required by the TRCC and is the sole responsibility of the Builder. However, the warranty to be issued by BBWG from this application shall only become effective upon satisfactory completion of BBWG's risk management and enrollment requirements.

ACKNOWLEDGED AND CONSENTED TO BY HOMEOWNER(s):

HOMEOWNER'S INITIALS _____    CO-OWNER'S INITIALS _____

## WARRANTY FEE CALCULATION

*Use this formula to calculate the appropriate Warranty Enrollment Fee to submit with this Application. Record the fee calculated in the space provided on the front of the application.*

Closing Contract Price* $_____ ÷ 1,000 = _____ x Rate $_____ = $_____ +

FHA/VA/Rural Dev. Fee (if applicable) $_____ = Warranty Enrollment Fee $_____

for $1,000,000, whichever is less

## APPLICATION SUBMISSION CHECKLIST

*Please use this checklist to submit a complete application. Missing information will delay issuance of the Warranty Documents.*

☐ Selected Warranty Plan   ☐ Homeowner(s) Initialed Acknowledgement Above

☐ Provided Closing Date   ☐ Homeowner(s) Signed Application

☐ Provided Closing Contract Price   ☐ Builder Signed Application

☐ Submitted Warranty Enrollment Fee

☐ Included Builder RM # (required for all homes west of the Miss. River and in KY, MS & TN)

☐ Provided a copy of this Application to the Homeowner

# BONDED BUILDERS WARRANTY GROUP
1500 Kings Highway, Port Charlotte, FL 33980 • Phone: 800-749-0381 • Fax 941-743-0534

## WARRANTY COVERAGE APPLICATION

THIS APPLICATION IS TO ENROLL YOUR NEW HOME IN BONDED BUILDER'S EXPRESS LIMITED WARRANTY COVERAGE; IT IS NOT YOUR NEW HOME WARRANTY NOR IS IT A SUBSTITUTE FOR YOUR HOMEOWNERS INSURANCE. UNLESS ALL BLANKS ARE COMPLETED, THE APPLICATION IS SIGNED, AND THE WARRANTY FEE IS PAID, YOUR HOME WILL NOT BE ENROLLED.

BUILDER NAME & NUMBER:   SUN CONSTRUCTION, LLC (LA) - 04745

### WARRANTY SELECTION

Check the warranty plan to be provided to the homeowner

04745  LA

Warranties

☐ 10 Yr Structural Warranty
☒ 10 Yr Structural Warranty + 1 Yr Workmanship & Materials/2 Yr Systems Warranty

WARRANTY ENROLLMENT FEE: $ 320.70     (See formula on back for fee calculation)

### NEW HOME TO BE ENROLLED

Please type or print clearly

1. HOMEOWNER LAST NAME: _Ledet_     FIRST NAME: _Darryl_
2. CO-OWNER LAST NAME: _Ledet_     FIRST NAME: _Trisha_
3. NEW HOME ADDRESS: _17480 Rosemont Dr._ _Prairieville_ _LA_ _70769_
   Street Address          City          State          Zip Code
4. LOCATION: _35_
   Building #          Unit#          Block#          Lot#
5. SUBDIVISION: _Rosemont_     6. COUNTY: _Ascension_
7. CLOSING DATE: _9/22/06_  8. CLOSING CONTRACT PRICE*: $ _229,070.00_  9. BUILDER RM#

### ALTERNATE MAILING ADDRESS

Provide homeowner(s) mailing address if different from above

10. 
   Street Address          City          State          Zip Code
   ☐ CHECK HERE IF WARRANTY DOCUMENTS SHOULD BE MAILED TO THIS ADDRESS RATHER THAN TO THE NEW HOME ADDRESS

### PROPERTY SPECIFIC INFORMATION

11. CONSTRUCTION TYPE:  ☒ SINGLE FAMILY DETACHED     ☐ DUPLEX/TRIPLEX/QUADRUPLEX
   ☐ CONDOMINIUM/TOWNHOUSE (3 STORIES OR LESS)     ☐ CONDOMINIUM (4 STORIES OR MORE)

12. TOWNHOUSE/DUPLEX/TRIPLEX/QUADRUPLEX/CONDOMINIUM: DATE OF CERTIFICATE OF OCCUPANCY FOR MAIN STRUCTURE: _____

13. CONSTRUCTION OF THE HOME: (CHECK ONE)   ☐ SITE BUILT     ☐ SYSTEMS BUILT- MFG JOB # _____

### MORTGAGE INFORMATION

14. CHECK IF CASH SALE: ☐   15. IF HOME IS FINANCED CHECK TYPE: ☒ CONVENTIONAL  ☐ FHA  ☐ VA  ☐ RURAL DEVELOPMENT (FmHA)

*WARRANTY COVERAGE IS LIMITED TO THE LESSER OF THE CLOSING CONTRACT PRICE OR $1,000,000, UNLESS A HIGHER AMOUNT HAS BEEN PRE-APPROVED BY BBWG. CERTAIN ITEMS AND EVENTS ARE NOT COVERED BY THIS WARRANTY. PLEASE REFER TO THE SECTION TITLED "EXCLUSIONS" IN THE WARRANTY DOCUMENT. IN FLORIDA, THE HOME WARRANTY MAY NOT PROVIDE LISTING PERIOD COVERAGE FREE OF CHARGE.

### SIGNATURES

HOMEOWNER(S) – Please read and initial the important Homeowner's Acknowledgement on the other side of the white copy of this application before signing the application.

HOMEOWNER: _____ DATE: _9/22/06_ CO-OWNER: _____ DATE: _9/22/06_

BUILDER'S REP: _____ DATE: _9/22/06_

### PREPARED BY

PRINT NAME: _Title Closing Group_ DATE: _9/22/06_ PHONE: _____ FAX: _____

BB-W2110 (06/06)     WHITE COPY - BBWG  •  CANARY COPY – BUILDER/FINANCIAL  •  PINK COPY – HOMEOWNER(S)

Exhibit
3.13

| HOMEOWNER'S ACKNOWLEDGEMENT | *Please read carefully and initial where indicated below before signing the application.* |
|---|---|

I/We acknowledge and understand that only upon Bonded Builders Warranty Group's (BBWG) receipt and acceptance of this Application and the warranty enrollment fee, BBWG will issue and mail to me/us the Warranty Documents. Upon my/our receipt of the final Warranty Documents I/we understand I/we will have 30 days to review the warranty terms and conditions and return it for cancellation if not completely satisfied. (In the event of FHA, VA or Rural Development financing, I/we understand the warranty cannot be cancelled). Should I/we choose not to return the warranty for cancellation within the 30-day period, I/we hereby waive the right to later assert any inapplicability of the terms and conditions of the Warranty Document. I/we also acknowledge that, if my/our home is enrolled in the BBWG Warranty Program, that I/we hereby accept the terms and conditions contained therein in their entirety including but not limited to the exclusive, final and binding alternative dispute resolution processes, including but not limited to arbitration, contained therein. By accepting this warranty, I/we are agreeing to waive my/our right to a trial by either judge or jury in a court of law. I/We further agree that any claims to be filed under the Warranty Document will not be filed as a class action lawsuit or be subject to any class action litigation. BBWG and I/we acknowledge that class action treatment of a claim under the Warranty Document is strictly prohibited. (Binding nature of the arbitration not applicable in Florida. If home is FHA/VA or Rural Development financed judicial remedy prior to binding arbitration is not waived).

I/We further understand that if and when the new home warranty is issued, it is an Express Limited Warranty, **NOT an insurance policy** and any and all claims, whether contractual or otherwise, are controlled by the express terms, conditions and exclusions contained in the Warranty Document.

**IN TEXAS:** I/We further acknowledge and understand that the warranty issued shall comply with the Rules and Regulations promulgated by the Texas Residential Construction Commission (TRCC) including but not limited to the Limited Statutory Warranty And Building Performance Standards effective June 1, 2005. To the extent of conflict between the warranty standards in the BBWG Home Warranty Documents and the standards promulgated by the TRCC, the TRCC's standards and warranty terms shall control the Builder's Liability. However, in all cases, the terms and conditions contained in the BBWG Warranty Document shall be the exclusive and only obligations assumed by BBWG. I/We further understand the TRCC required warranty shall be effective immediately as required by the TRCC and is the sole responsibility of the Builder. However, the warranty to be issued by BBWG from this application shall only become effective upon satisfactory completion of BBWG's risk management and enrollment requirements.

ACKNOWLEDGED AND CONSENTED TO BY HOMEOWNER(S):

_____          _____
**HOMEOWNER'S INITIALS**                   **CO-OWNER'S INITIALS**

| WARRANTY FEE CALCULATION | *Use this formula to calculate the appropriate Warranty Enrollment Fee to submit with this Application. Record the fee calculated in the space provided on the front of the application.* |
|---|---|

Closing Contract Price* $ _____ ÷ 1,000 = _____ x Rate $ _____ = $ _____ +
*or $1,000,000, whichever is less

   FHA/VA/Rural Dev. Fee (if applicable) $ _____ = Warranty Enrollment Fee $ _____

| APPLICATION SUBMISSION CHECKLIST | *Please use this checklist to submit a complete application. Missing information will delay issuance of the Warranty Documents.* |
|---|---|

☐ Selected Warranty Plan                     ☐ Homeowner(s) Initialed Acknowledgement Above

☐ Provided Closing Date                      ☐ Homeowner(s) Signed Application

☐ Provided Closing Contract Price            ☐ Builder Signed Application

   Submitted Warranty Enrollment Fee

☐ Included Builder RM # (required for all homes west of the Miss. River and in KY, MS & TN)

☐ Provided a copy of this Application to the Homeowner

# BONDED BUILDERS WARRANTY GROUP

1500 Kings Highway, Port Charlotte, FL 33980 • Phone: 800-749-0381 • Fax 941-743-0534

## WARRANTY COVERAGE APPLICATION

THIS APPLICATION IS TO ENROLL YOUR NEW HOME IN BONDED BUILDER'S EXPRESS LIMITED WARRANTY COVERAGE; IT IS **NOT YOUR NEW HOME WARRANTY** NOR IS IT A SUBSTITUTE FOR YOUR HOMEOWNERS INSURANCE. UNLESS ALL BLANKS ARE COMPLETED, THE APPLICATION IS SIGNED, AND THE WARRANTY FEE IS PAID, YOUR HOME WILL NOT BE ENROLLED.

**BUILDER NAME & NUMBER:** SUN CONSTRUCTION, LLC (LA) - 04745

### WARRANTY SELECTION

Check the warranty plan to be provided to the homeowner

04745 LA

Warranties

☐ 10 Yr Structural Warranty
☒ 10 Yr Structural Warranty + 1 Yr Workmanship & Materials/2 Yr Systems Warranty

**WARRANTY ENROLLMENT FEE:** $ 359.61 _____ (See formula on back for fee calculation)

### NEW HOME TO BE ENROLLED

Please type or print clearly

1. HOMEOWNER LAST NAME: Matus          FIRST NAME: Aldo
2. CO-OWNER LAST NAME: Matus           FIRST NAME: Ghedy
3. NEW HOME ADDRESS: 41299 Tulip Hill Ave, Prairieville, LA 70769
   Street Address          City          State          Zip Code
4. LOCATION: _____
   Building#          Unit#          Block#          Lot# 13
5. SUBDIVISION: Rosemont     6. COUNTY: Ascension
7. CLOSING DATE: 8/24/06     8. CLOSING CONTRACT PRICE*: $ 256,860.00     9. BUILDER RM# _____

### ALTERNATE MAILING ADDRESS

Provide homeowner(s) mailing address if different from above

10. _____
    Street Address          City          State          Zip Code
    ☐ CHECK HERE IF WARRANTY DOCUMENTS SHOULD BE MAILED TO THIS ADDRESS RATHER THAN TO THE NEW HOME ADDRESS

### PROPERTY SPECIFIC INFORMATION

11. CONSTRUCTION TYPE: ☒ SINGLE FAMILY DETACHED     ☐ DUPLEX/TRIPLEX/QUADRUPLEX
    ☐ CONDOMINIUM/TOWNHOUSE (3 STORIES OR LESS)     ☐ CONDOMINIUM (4 STORIES OR MORE)

12. TOWNHOUSE/DUPLEX/TRIPLEX/QUADRUPLEX/CONDOMINIUM: DATE OF CERTIFICATE OF OCCUPANCY FOR MAIN STRUCTURE: _____

13. CONSTRUCTION OF THE HOME: (CHECK ONE) ☐ SITE BUILT     ☐ SYSTEMS BUILT- MFG JOB # _____

### MORTGAGE INFORMATION

14. CHECK IF CASH SALE: ☐  15. IF HOME IS FINANCED CHECK TYPE: ☒ CONVENTIONAL  ☐ FHA  ☐ VA  ☐ RURAL DEVELOPMENT (FmHA)

*WARRANTY COVERAGE IS LIMITED TO THE LESSER OF THE CLOSING CONTRACT PRICE OR $1,000,000, UNLESS A HIGHER AMOUNT HAS BEEN PRE-APPROVED BY BBWG. CERTAIN ITEMS AND EVENTS ARE NOT COVERED BY THIS WARRANTY. PLEASE REFER TO THE SECTION TITLED "EXCLUSIONS" IN THE WARRANTY DOCUMENT. IN FLORIDA, THE HOME WARRANTY MAY NOT PROVIDE LISTING PERIOD COVERAGE FREE OF CHARGE.

### SIGNATURES

HOMEOWNER(S) – Please read and initial the important Homeowner's Acknowledgement on the other side of the white copy of this application before signing the application.

HOMEOWNER: X_____ DATE: 8/24/06  CO-OWNER: X_____ DATE: 8/24/06

BUILDER'S REP: _____ DATE: 8/24/06

### PREPARED BY

PRINT NAME: Title Closing Group  DATE: 8/24/06  PHONE: 985-781-1073  FAX: 985-641-1073

RB-W2110 (06/06)          WHITE COPY - BBWG    •    CANARY COPY - BUILDER/FINANCIAL    •    PINK COPY - HOMEOWNER(S)

Exhibit
3.14

**HOMEOWNER'S ACKNOWLEDGEMENT**   *Please read carefully and initial where indicated below before signing the application.*

I/We acknowledge and understand that only upon Bonded Builders Warranty Group's (BBWG) receipt and acceptance of this Application and the warranty enrollment fee, BBWG will issue and mail to me/us the Warranty Documents. Upon my/our receipt of the final Warranty Documents I/we understand I/we will have 30 days to review the warranty terms and conditions and return it for cancellation if not completely satisfied. (In the event of FHA, VA or Rural Development financing I/we understand the warranty cannot be cancelled). Should I/we choose not to return the warranty for cancellation within the 30-day period, I/we hereby waive the right to later assert any inapplicability of the terms and conditions of the Warranty Document. I/we also acknowledge that, if my/our home is enrolled in the BBWG Warranty Program, that I/we hereby accept the terms and conditions contained therein in their entirety including but not limited to the exclusive, final and binding alternative dispute resolution processes, including but not limited to arbitration, contained therein. By accepting this warranty, I/we are agreeing to waive my/our right to a trial by either judge or jury in a court of law. I/We further agree that any claims to be filed under the Warranty Document will not be filed as a class action lawsuit or be subject to any class action litigation. BBWG and I/we acknowledge that class action treatment of a claim under the Warranty Document is strictly prohibited. (Binding nature of the arbitration not applicable in Florida. If home is FHA/VA or Rural Development financed judicial remedy prior to binding arbitration is not waived).

I/we further understand that if and when the new home warranty is issued, it is an Express Limited Warranty, **NOT** an insurance policy and any and all claims, whether contractual or otherwise, are controlled by the express terms, conditions and exclusions contained in the Warranty Document.

**IN TEXAS:** I/We further acknowledge and understand that the warranty issued shall comply with the Rules and Regulations promulgated by the Texas Residential Construction Commission (TRCC) including but not limited to the Limited Statutory Warranty And Building Performance Standards effective June 1, 2005. To the extent of conflict between the warranty standards in the BBWG Home Warranty Documents and the standards promulgated by the TRCC, the TRCC's standards and warranty terms shall control the Builder's Liability. However, in all cases, the terms and conditions contained in the BBWG Warranty Document shall be the exclusive and only obligations assumed by BBWG. I/We further understand the TRCC required warranty shall be effective immediately as required by the TRCC and is the sole responsibility of the Builder. However, the warranty to be issued by BBWG from this application shall only become effective upon satisfactory completion of BBWG's risk management and enrollment requirements.

ACKNOWLEDGED AND CONSENTED TO BY HOMEOWNER(S):

**HOMEOWNER'S INITIALS** _____   **CO-OWNER'S INITIALS** _____

**WARRANTY FEE CALCULATION**   *Use this formula to calculate the appropriate Warranty Enrollment Fee to submit with this Application. Record the fee calculated in the space provided on the front of the application.*

Closing Contract Price* $ _____ ÷ 1,000 = _____ x Rate $ _____ = $ _____
*or $1,000,000, whichever is less

FHA/VA/Rural Dev. Fee (if applicable) $ _____ = Warranty Enrollment Fee $ _____

**APPLICATION SUBMISSION CHECKLIST**   *Please use this checklist to submit a complete application. Missing information will delay issuance of the Warranty Documents.*

☐ Selected Warranty Plan                   ☐ Homeowner(s) Initialed Acknowledgement Above

☐ Provided Closing Date                    ☐ Homeowner(s) Signed Application

☐ Provided Closing Contract Price          ☐ Builder Signed Application

☐ Submitted Warranty Enrollment Fee

☐ Included Builder RM # (required for all homes west of the Miss. River and in KY, MS & TN)

☐ Provided a copy of this Application to the Homeowner

# BONDED BUILDERS WARRANTY GROUP

1500 Kings Highway, Port Charlotte, FL 33980 • Phone: 800-749-0381 • Fax 941-743-0534

## WARRANTY COVERAGE APPLICATION

THIS APPLICATION IS TO ENROLL YOUR NEW HOME IN BONDED BUILDER'S EXPRESS LIMITED WARRANTY COVERAGE; IT IS NOT YOUR NEW HOME WARRANTY NOR IS IT A SUBSTITUTE FOR YOUR HOMEOWNERS INSURANCE. UNLESS ALL BLANKS ARE COMPLETED, THE APPLICATION IS SIGNED, AND THE WARRANTY FEE IS PAID, YOUR HOME WILL NOT BE ENROLLED.

BUILDER NAME & NUMBER:   SUN CONSTRUCTION, LLC (LA) - 04745

04745 LA

### WARRANTY SELECTION

Check the warranty plan to be provided to the homeowner

**Warranties**
- ☐ 10 Yr Structural Warranty
- ☑ 10 Yr Structural Warranty + 1 Yr Workmanship & Materials/2 Yr Systems Warranty

WARRANTY ENROLLMENT FEE: $ 269.92       (See formula on back for fee calculation)

### NEW HOME TO BE ENROLLED          Please type or print clearly

1. HOMEOWNER LAST NAME: _Nunez   II_          FIRST NAME: _Ernest_
2. CO-OWNER LAST NAME: _Nunez_          FIRST NAME: _Marie_
3. NEW HOME ADDRESS: _612 Huseman Lane, Covington          LA      70435_
   Street Address                    City                         State       Zip Code
4. LOCATION: _71_
   Building #                              Units
5. SUBDIVISION: _Penn Mill Lakes_          6. COUNTY: _St. Tammany_          Block/            Lot/
7. CLOSING DATE: _10/13/06_   8. CLOSING CONTRACT PRICE*: $ _192,795.00_   9. BUILDER RM# _____

### ALTERNATE MAILING ADDRESS          Provide homeowner(s) mailing address if different from above

10. _____
    Street Address                    City                         State       Zip Code
   ☐ CHECK HERE IF WARRANTY DOCUMENTS SHOULD BE MAILED TO THIS ADDRESS RATHER THAN TO THE NEW HOME ADDRESS

### PROPERTY SPECIFIC INFORMATION

11. CONSTRUCTION TYPE: ☑ SINGLE FAMILY DETACHED          ☐ DUPLEX/TRIPLEX/QUADRUPLEX
    ☐ CONDOMINIUM/TOWNHOUSE (3 STORIES OR LESS)          ☐ CONDOMINIUM (4 STORIES OR MORE)

12. TOWNHOUSE/DUPLEX/TRIPLEX/QUADRUPLEX/CONDOMINIUM: DATE OF CERTIFICATE OF OCCUPANCY FOR MAIN STRUCTURE: _____

13. CONSTRUCTION OF THE HOME: (CHECK ONE)   ☐ SITE BUILT   ☐ SYSTEMS BUILT- MFG JOB # _____

### MORTGAGE INFORMATION

14. CHECK IF CASH SALE: ☐   15. IF HOME IS FINANCED CHECK TYPE: ☑ CONVENTIONAL   ☐ FHA   ☐ VA   ☐ RURAL DEVELOPMENT (FmHA)

*WARRANTY COVERAGE IS LIMITED TO THE LESSER OF THE CLOSING CONTRACT PRICE OR $1,000,000, UNLESS A HIGHER AMOUNT HAS BEEN PRE-APPROVED BY BBWG. CERTAIN ITEMS AND EVENTS ARE NOT COVERED BY THIS WARRANTY. PLEASE REFER TO THE SECTION TITLED "EXCLUSIONS" IN THE WARRANTY DOCUMENT. IN FLORIDA, THE HOME WARRANTY MAY NOT PROVIDE LISTING PERIOD COVERAGE FREE OF CHARGE.

### SIGNATURES

HOMEOWNER(S) – Please read and initial the important Homeowner's Acknowledgement on the other side of the white copy of this application before signing the application.

HOMEOWNER: _[signature]_ II  DATE: _10/13/06_   CO-OWNER: _[signature]_   DATE: _10/13/06_

BUILDER'S REP: _[signature]_          DATE: _10/13/06_

### PREPARED BY

PRINT NAME: _Title Closing Group_   DATE: _10/13/06_   PHONE: _985-781-1073_   FAX: _985-641-1073_

BB-W2110 (06/06)          WHITE COPY - BBWG   •   CANARY COPY – BUILDER/FINANCIAL   •   PINK COPY – HOMEOWNER(S)

Exhibit
3.15

**HOMEOWNER'S ACKNOWLEDGEMENT**            *Please read carefully and initial where indicated below before signing the application.*

I/We acknowledge and understand that only upon Bonded Builders Warranty Group's (BBWG) receipt and acceptance of this Application and the warranty enrollment fee, BBWG will issue and mail to me/us the Warranty Documents. Upon my/our receipt of the final Warranty Documents, I/we understand I/we will have 30 days to review the warranty terms and conditions and return it for cancellation if not completely satisfied. (In the event of FHA, VA or Rural Development financing, I/we understand the warranty cannot be cancelled). Should I/we choose not to return the warranty for cancellation within the 30-day period, I/we hereby waive the right to later assert any inapplicability of the terms and conditions of the Warranty Document. I/we also acknowledge that, if my/our home is enrolled in the BBWG Warranty Program, that I/we hereby accept the terms and conditions contained therein in their entirety including but not limited to the exclusive, final and binding alternative dispute resolution processes, including but not limited to arbitration, contained therein. By accepting this warranty, I/we are agreeing to waive my/our right to a trial by either judge or jury in a court of law. I/we further agree that any claims to be filed under the Warranty Document will not be filed as a class action lawsuit or be subject to any class action litigation. BBWG and I/we acknowledge that class action treatment of a claim under the Warranty Document is strictly prohibited. (Binding nature of the arbitration not applicable in Florida. If home is FHA/VA or Rural Development financed judicial remedy prior to binding arbitration is not waived).

I/We further understand that if and when the new home warranty is issued, it is an Express Limited Warranty, **NOT an insurance policy**, and any and all claims, whether contractual or otherwise, are controlled by the express terms, conditions and exclusions contained in the Warranty Document.

**IN TEXAS:** I/We further acknowledge and understand that the warranty issued shall comply with the Rules and Regulations promulgated by the Texas Residential Construction Commission (TRCC) including but not limited to the Limited Statutory Warranty And Building Performance Standards effective June 1, 2005. To the extent of conflict between the warranty standards in the BBWG Home Warranty Documents and the standards promulgated by the TRCC, the TRCC's standards and warranty terms shall control the Builder's Liability. However, in all cases, the terms and conditions contained in the BBWG Warranty Document shall be the exclusive and only obligations assumed by BBWG. I/We further understand the TRCC required warranty shall be effective immediately as required by the TRCC and is the sole responsibility of the Builder. However, the warranty to be issued by BBWG from this application shall only become effective upon satisfactory completion of BBWG's risk management and enrollment requirements.

ACKNOWLEDGED AND CONSENTED TO BY HOMEOWNER(S):

_____           _____
**HOMEOWNER'S INITIALS**                  **CO-OWNER'S INITIALS**

---

**WARRANTY FEE CALCULATION**            *Use this formula to calculate the appropriate Warranty Enrollment Fee to submit with this Application. Record the fee calculated in the space provided on the front of the application.*

Closing Contract Price* $ _____ ÷ 1,000 = _____ x Rate $ _____ = $ _____ +
*or $1,000,000, whichever is less

FHA/VA/Rural Dev. Fee (if applicable) $ _____ = Warranty Enrollment Fee $ _____

---

**APPLICATION SUBMISSION CHECKLIST**            *Please use this checklist to submit a complete application. Missing information will delay issuance of the Warranty Documents.*

☐ Selected Warranty Plan                        ☐ Homeowner(s) Initialed Acknowledgement Above

☐ Provided Closing Date                         ☐ Homeowner(s) Signed Application

☐ Provided Closing Contract Price               ☐ Builder Signed Application

☐ Submitted Warranty Enrollment Fee

☐ Included Builder RM # (required for all homes west of the Miss. River and in KY, MS & TN)

☐ Provided a copy of this Application to the Homeowner

# HOME WARRANTY ASSOCIATION

**1500 Kings Highway • Port Charlotte, FL 33980**
**Phone: 941-255-3274 • 1-800-749-0381 • Fax: 941-743-0534**
**Builders Application for New Home Warranty Coverage**
*EXPRESS LIMITED WARRANTY APPLICATION*

536905



Member Number U4745

**IN FLORIDA A HOME WARRANTY MAY NOT PROVIDE LISTING PERIOD FREE OF CHARGE**

**Important:** This document is a part of the new home warranty policy and the Homeowner must receive a copy. Copies of all contract addenda must be attached to this form if items of material or work were not provided by the builder. Material and/or labor provided by the home purchaser are excluded from this warranty as shown on the attached addenda.

Builder acknowledges that a copy of this document has been provided to the homeowner. *Please Type or Print Legibly*

2. Builder: Sun Construction, LLC (LA)     Signature: *Marly Deyarehl*     Date: 6/26/06

3. Where applicable enter your authorized RM number: _____

4. Check **ONLY** the type of warranty the customer is to receive:    5. Total Warranty Period: 2-10 Years

   ☐ BB-W400 (10 year structural only)
   ☑ BB-W602 (Conventional Mortgage)
   ☑ BB-W602 (FHA, VA or FmHA – includes 10 years structural)   FHA   VA   RurDev   Other

RECEIVED
JUL 24 2006

6. Homeowner: Alexander Koliar     Spouse/Other: _____

7. Street Address: 39058 Bayou View Que.    Unit #* ___    New Phone #: _____
   City: Gonzales    County: Ascension    State: LA    Zip Code: 70737

8. Subdivision Name: Bayou View Estates    Lot #: 8    Block #: ___

9. Check One: ☑ Single Family Detached   ☐ Townhouse   ☐ Condominium (3 story or less)* ___
   * If condominium, list effective date of common elements coverage _____. Coverage for common elements shall commence on the date the primary structure housing individual units is completed and common elements coverage on individual units closing after the effective date listed above will not be extended beyond the covered years.

10. Please check the applicable box as to the construction of the house: ☐ Stick Built   ☐ Systems Built - MFG Job # _____
   ☐ HUD Built (If HUD Built is checked you must attach a copy of the foundation inspection report from a licensed authority stating the foundation meets or exceeds HUD specifications.)

11. Mailing address if other than above: _____

12. Closing contract price: $ 246,840.00      13. Closing Date: 6/26/06

14. Mortgagee: JP Morgan Chase Bank    15. Loan #: 4320786(4    FHA #: _____
   Address: 5409 Maryland Way, Stu. 202    VA #: _____
   City, State, Zip Code: Brentwood, TN 37027

16. I acknowledge receipt of the Warranty Documents and Building Standards as indicated.
   ☐ At Contract    ☑ At Closing    ☐ At Walk Through / Orientation

17. Homeowner Signature(s): *Alexander Koliar* _____

This document prepared by: Title Closing Group    18. Phone: (985) 781-1073
        *Builder's Representative*

**Instructions:** Applications not received by BBHWA along with required premium within **30 DAYS** of closing are **NOT VALID** and will be voided. Mail the original (white copy) with payment to BBHWA; give the pink copy to the Homeowner and keep the canary copy for your files. Should an error occur do not destroy this numbered form. Mark it void and mail to BBHWA where it will be deleted from the Department of Insurance registry and from the numbered forms assigned to the builder. Premium due is based on contract price.

**Certain items and events are not covered by this warranty. Please refer to the exclusions listed in your warranty document in the section titled "EXCLUSIONS".**

BB-W220 (Rev. 02/05)      White Copy - BBHWA   •   Canary Copy - Builder/Financial   •   Pink Copy - Homeowner

Exhibit
3.16

# BUILDERS
## HOME WARRANTY ASSOCIATION
**1500 Kings Highway • Port Charlotte, FL 33980**
Phone: 941-255-3274 • 1-800-749-0381 • Fax: 941-743-0534
**Builders Application for New Home Warranty Coverage**
*EXPRESS LIMITED WARRANTY APPLICATION*

Member Number _____

**IN FLORIDA A HOME WARRANTY MAY NOT PROVIDE LISTING PERIOD FREE OF CHARGE**

**Important:** This document is a part of the new home warranty policy and the Homeowner must receive a copy. Copies of all contract addenda must be attached to this form if items of material or work were not provided by the builder. Material and/or labor provided by the home purchaser are excluded from this warranty as shown on the attached addenda. Builder acknowledges that a copy of this document has been provided to the homeowner. *Please Type or Print Legibly*

2. Builder: Sun Construction, LLC (LA) _____ Signature: _____ Date: 6/19/06

3. Where applicable enter your authorized RM number: _____

4. Check **ONLY** the type of warranty the customer is to receive:    5. Total Warranty Period: 2-10 Years

    ☐ BB-W400 (10 year structural only)
    ☒ BB-W602 (Conventional Mortgage)
    ☐ BB-W602 (FHA, VA or FmHA – includes 10 years structural) __ FHA __ VA __ RurlDev __ Other ____

6. Homeowner: Jeffrey Daniel Roberts _____ Spouse/Other: _____

7. Street Address: 285 Penn Mill Lakes Blvd Unit #* _____ New Phone #: _____
    City: Covington _____ County: St. Tammany State: LA Zip Code: 70435

8. Subdivision Name: Penn Mill Lakes _____ Lot #: 426 Block #: _____

9. Check One: ☒ Single Family Detached ☐ Townhouse ☐ Condominium (3 story or less)*
    * If condominium, list effective date of common elements coverage _____. Coverage for common elements shall commence on the date the primary structure housing individual units is completed and common elements coverage on individual units closing after the effective date listed above will not be extended beyond the covered years.

10. Please check the applicable box as to the construction of the house: ☐ Stick Built ☐ Systems Built - MFG Job # _____
    ☐ HUD Built (If HUD Built is checked you must attach a copy of the foundation inspection report from a licensed authority stating the foundation meets or exceeds HUD specifications.)

11. Mailing address if other than above: _____

12. Closing contract price: $ 200,320.00      13. Closing Date: 6/19/06

14. Mortgage: Ryton Mort. Grrup. 15. Loan #: 10616356   FHA #: _____
    Address: 2400 Veterans Blvd. Ste 105   VA #: _____
    City, State, Zip Code: Kenner, La. 70062

16. I acknowledge receipt of the Warranty Documents and Building Standards as indicated.
    ☐ At Contract   ☒ At Closing   ☐ At Walk Through / Orientation

17. Homeowner Signature(s): _____

This document prepared by: Title Closing Group, Inc.   18. Phone: 985-781-1073
    Builder's Representative

**Instructions:** Applications not received by BBHWA along with required premium within **30 DAYS** of closing are **NOT VALID** and will be voided. Mail the original (white copy) with payment to BBHWA; give the pink copy to the Homeowner and keep the canary copy for your files. Should an error occur do not destroy this numbered form. Mark it void and mail to BBHWA where it will be deleted from the Department of Insurance registry and from the numbered forms assigned to the builder. Premium due is based on contract price. **Certain items and events are not covered by this warranty.** Please refer to the exclusions listed in your warranty document in the section titled **"EXCLUSIONS".**

BB-W220 (Rev. 02/05)      White Copy - BBHWA • Canary Copy - Builder/Financial • Pink Copy - Homeowner

Exhibit
3.17

# HOME WARRANTY ASSOCIATION

**1500 Kings Highway • Port Charlotte, FL 33980**
**Phone: 941-255-3274 • 1-800-749-0381 • Fax: 941-743-0534**
**Builders Application for New Home Warranty Coverage**
## EXPRESS LIMITED WARRANTY APPLICATION

5368/9

Member Number 04745

IN FLORIDA A HOME WARRANTY MAY NOT PROVIDE LISTING PERIOD FREE OF CHARGE

**Important:** This document is a part of the new home warranty policy and the Homeowner must receive a copy. Copies of all contract addenda must be attached to this form if items of material or work were not provided by the builder. Material and/or labor provided by the home purchaser are excluded from this warranty as shown on the attached addenda.

Builder acknowledges that a copy of this document has been provided to the homeowner. *Please Type or Print Legibly*

2. Builder: Sun Construction, LLC (LA)   Signature: _Marty Drechel_   Date: 5/23/06

3. Where applicable enter your authorized RM number: _____

4. Check **ONLY** the type of warranty the customer is to receive:   5. Total Warranty Period: 2-10 Years

  ☐ BB-W400 (10 year structural only)
  ☒ BB-W602 (Conventional Mortgage)
  ☐ BB-W602 (FHA, VA or FmHA - includes 10 years structural) __FHA __VA __RurDev __Other

RECEIVED
JUN 19 2006

6. Homeowner: Brad A. Rogers   Spouse/Other: Cassandra D. Rogers

7. Street Address: 516 Mari Court   Unit #* ____   New Phone #: ____
City: Covington   County: St. Tammany   State: LA   Zip Code: 70435

8. Subdivision Name: Penn Mill Lakes   Lot #: ____   Block #: ____

9. Check One: ☒ Single Family Detached ☐ Townhouse ☐ Condominium (3 story or less)*
  **\*** If condominium, list effective date of common elements coverage _____. Coverage for common elements shall commence on the date the primary structure housing individual units is completed and common elements coverage on units closing after the effective date listed above will not be extended beyond the covered years.

10. Please check the applicable box as to the construction of the house: ☐ Stick Built ☐ Systems Built - MFG Job #_____
  ☐ HUD Built (If HUD Built is checked you must attach a copy of the foundation inspection report from a licensed authority stating the foundation meets or exceeds HUD specifications.)

11. Mailing address if other than above: _____

12. Closing contract price: $ 140,960.00   13. Closing Date: 5/23/06

14. Mortgagee: Standard Mortgage Corp.   15. Loan #: 41127   FHA #: ____
Address: 701 Poydras St. 300 Plaza   VA #: ____
City, State, Zip Code: New Orleans LA 70139

16. I acknowledge receipt of the Warranty Documents and Building Standards as indicated.

17. Homeowner Signature(s): ☐ At Contract ☒ At Closing ☐ At Walk Through ☐ Orientation
X _____   X _Cassandra Rogers_

This document prepared by: _Title Closing Group_   18. Phone: (985) 781-1073
  Builder's Representative

**Instructions:** Applications not received by BBHWA along with required premium within **30 DAYS** of closing are **NOT VALID** and will be voided. Mail the original (white copy) with payment to BBHWA; give the pink copy to the Homeowner and keep the canary copy for your files. Should an error occur do not destroy this numbered form. Mark it void and mail to BBHWA where it will be deleted from the Department of Insurance registry and from the numbered forms assigned to the builder. Premium due is based on contract price.

**Certain items and events are not covered by this warranty.** Please refer to the exclusions listed in your warranty document in the section titled "**EXCLUSIONS**".

BB-W220 (Rev. 02/05)   White Copy - BBHWA • Canary Copy - Builder/Financial • Pink Copy - Homeowner

Exhibit
3.18

# BONDED BUILDERS WARRANTY GROUP

1500 Kings Highway, Port Charlotte, FL 33980 • Phone: 800-749-0381 • Fax 941-743-0534

## WARRANTY COVERAGE APPLICATION

THIS APPLICATION IS TO ENROLL YOUR NEW HOME IN BONDED BUILDER'S EXPRESS LIMITED WARRANTY COVERAGE; IT IS <u>NOT YOUR NEW HOME WARRANTY</u> NOR IS IT A SUBSTITUTE FOR YOUR HOMEOWNERS INSURANCE. UNLESS ALL BLANKS ARE COMPLETED, THE APPLICATION IS SIGNED, AND THE WARRANTY FEE IS PAID, YOUR HOME WILL NOT BE ENROLLED.

**BUILDER NAME & NUMBER:**   SUN CONSTRUCTION, LLC (LA) - 04745

**04745 LA**

### WARRANTY SELECTION

**Check the warranty plan to be provided to the homeowner**

Warranties

☐ 10 Yr Structural Warranty
☒ 10 Yr Structural Warranty + 1 Yr Workmanship & Materials/2 Yr Systems Warranty

**WARRANTY ENROLLMENT FEE: $** 298.62   (See formula on back for fee calculation)

### NEW HOME TO BE ENROLLED

**Please type or print clearly**

| | | |
|---|---|---|
| 1. HOMEOWNER LAST NAME: | Shelton | FIRST NAME: Michael |
| 2. CO-OWNER LAST NAME: | Shelton | FIRST NAME: Leslie |
| 3. NEW HOME ADDRESS: | 568 Huseman Lane Covington LA 70435 | |
| | Street Address    City    State    Zip Code | |
| 4. LOCATION: | | 60 |
| | Building #    Unit#    Block#    Lot# | |
| 5. SUBDIVISION: | PennMillLakes | 6. COUNTY: St. Tammany |
| 7. CLOSING DATE: | 12/13/06 | 8. CLOSING CONTRACT PRICE*: $ 213,300.00  9. BUILDER RM# |

### ALTERNATE MAILING ADDRESS

**Provide homeowner(s) mailing address if different from above**

10.
Street Address     City     State     Zip Code
☐ CHECK HERE IF WARRANTY DOCUMENTS SHOULD BE MAILED TO THIS ADDRESS RATHER THAN TO THE NEW HOME ADDRESS

### PROPERTY SPECIFIC INFORMATION

11. CONSTRUCTION TYPE:   ☒ SINGLE FAMILY DETACHED     ☐ DUPLEX/TRIPLEX/QUADRUPLEX
                         ☐ CONDOMINIUM/TOWNHOUSE (3 STORIES OR LESS)   ☐ CONDOMINIUM (4 STORIES OR MORE)

12. TOWNHOUSE/DUPLEX/TRIPLEX/QUADRUPLEX/CONDOMINIUM: DATE OF CERTIFICATE OF OCCUPANCY FOR MAIN STRUCTURE: _____

13. CONSTRUCTION OF THE HOME: (CHECK ONE)   ☐ SITE BUILT     ☐ SYSTEMS BUILT- MFG JOB # _____

### MORTGAGE INFORMATION

14. CHECK IF CASH SALE: ☐   15. IF HOME IS FINANCED CHECK TYPE: ☒ CONVENTIONAL  ☐ FHA  ☐ VA  ☐ RURAL DEVELOPMENT (FmHA)

*WARRANTY COVERAGE IS LIMITED TO THE LESSER OF THE CLOSING CONTRACT PRICE OR $1,000,000, UNLESS A HIGHER AMOUNT HAS BEEN PRE-APPROVED BY BBWG. CERTAIN ITEMS AND EVENTS ARE NOT COVERED BY THIS WARRANTY. PLEASE REFER TO THE SECTION TITLED "EXCLUSIONS" IN THE WARRANTY DOCUMENT. IN FLORIDA, THE HOME WARRANTY MAY NOT PROVIDE LISTING PERIOD COVERAGE FREE OF CHARGE.

### SIGNATURES

**HOMEOWNER(S) – Please read and initial the important Homeowner's Acknowledgement on the other side of the white copy of this application before signing the application.**

HOMEOWNER: _____ DATE: 12/13/06  CO-OWNER: _____ DATE: 12/13/06

BUILDER'S REP: _____ DATE: 12/13/06

### PREPARED BY

PRINT NAME: Title Closing Group  DATE: 12/13/06  PHONE: 985-781-1073  FAX: 985-641-1073

BB-W2110 (06/06)      WHITE COPY - BBWG  •  CANARY COPY - BUILDER/FINANCIAL  •  PINK COPY - HOMEOWNER(S)

**Exhibit 3.19**

**HOMEOWNER'S ACKNOWLEDGEMENT** | *Please read carefully and initial where indicated below before signing the application.*

I/We acknowledge and understand that only upon Bonded Builders Warranty Group's (BBWG) receipt and acceptance of this Application and the warranty enrollment fee, BBWG will issue and mail to me/us the Warranty Documents. Upon my/our receipt of the final Warranty Documents I/we understand I/we will have 30 days to review the warranty terms and conditions and return it for cancellation if not completely satisfied. (In the event of FHA, VA or Rural Development financing I/we understand the warranty cannot be cancelled). Should I/we choose not to return the warranty for cancellation within the 30-day period, I/we hereby waive the right to later assert any inapplicability of the terms and conditions of the Warranty Document. I/we also acknowledge that, if my/our home is enrolled in the BBWG Warranty Program, that I/we hereby accept the terms and conditions contained therein in their entirety including but not limited to the exclusive, final and binding alternative dispute resolution processes, including but not limited to arbitration, contained therein. By accepting this warranty, I/we are agreeing to waive my/our right to a trial by either judge or jury in a court of law. I/We further agree that any claims to be filed under the Warranty Document will not be filed as a class action lawsuit or be subject to any class action litigation. BBWG and I/we acknowledge that class action treatment of a claim under the Warranty Document is strictly prohibited. (Binding nature of the arbitration not applicable in Florida. If home is FHA/VA or Rural Development financed judicial remedy prior to binding arbitration is not waived).

I/We further understand that if and when the new home warranty is issued, it is an Express Limited Warranty, **NOT an insurance policy** and any and all claims, whether contractual or otherwise, are controlled by the express terms, conditions and exclusions contained in the Warranty Document.

**IN TEXAS:** I/We further acknowledge and understand that the warranty issued shall comply with the Rules and Regulations promulgated by the Texas Residential Construction Commission (TRCC) including but not limited to the Limited Statutory Warranty And Building Performance Standards effective June 1, 2005. To the extent of conflict between the warranty standards in the BBWG Home Warranty Documents and the standards promulgated by the TRCC, the TRCC's standards and warranty terms shall control the Builder's Liability. However, in all cases, the terms and conditions contained in the BBWG Warranty Document shall be the exclusive and only obligations assumed by BBWG. I/We further understand the TRCC required warranty shall be effective immediately as required by the TRCC and is the sole responsibility of the Builder. However, the warranty to be issued by BBWG from this application shall only become effective upon satisfactory completion of BBWG's risk management and enrollment requirements.

ACKNOWLEDGED AND CONSENTED TO BY HOMEOWNER(S):

HOMEOWNER'S INITIALS ___        CO-OWNER'S INITIALS ___

---

**WARRANTY FEE CALCULATION** | *Use this formula to calculate the appropriate Warranty Enrollment Fee to submit with this Application. Record the fee calculated in the space provided on the front of the application.*

Closing Contract Price $_____ + 1,000 = _____ x Rate $_____ = $_____ +
*or $1,000,000, whichever is less

---- FHA/VA/Rural Dev. Fee (if applicable) $_____ = Warranty Enrollment Fee $_____

---

**APPLICATION SUBMISSION CHECKLIST** | *Please use this checklist to submit a complete application. Missing information will delay issuance of the Warranty Documents.*

- ☐ Selected Warranty Plan
- ☐ Provided Closing Date
- ☐ Provided Closing Contract Price
- ☐ Submitted Warranty Enrollment Fee
- ☐ Included Builder RM # (required for all homes west of the Miss. River and in KY, MS & TN)
- ☐ Provided a copy of this Application to the Homeowner

- ☐ Homeowner(s) Initialed Acknowledgement Above
- ☐ Homeowner(s) Signed Application
- ☐ Builder Signed Application

# BONDED BUILDERS WARRANTY GROUP
1500 Kings Highway, Port Charlotte, FL 33980 • Phone: 800-749-0381 • Fax 941-743-0534

## WARRANTY COVERAGE APPLICATION

THIS APPLICATION IS TO ENROLL YOUR NEW HOME IN BONDED BUILDER'S EXPRESS LIMITED WARRANTY COVERAGE; IT IS NOT YOUR NEW HOME WARRANTY NOR IS IT A SUBSTITUTE FOR YOUR HOMEOWNERS INSURANCE. UNLESS ALL BLANKS ARE COMPLETED, THE APPLICATION IS SIGNED, AND THE WARRANTY FEE IS PAID, YOUR HOME WILL NOT BE ENROLLED.

BUILDER NAME & NUMBER:  SUN CONSTRUCTION, LLC (LA) - 04745

### WARRANTY SELECTION

*Check the warranty plan to be provided to the homeowner*

04745 LA

**Warranties**

☐ 10 Yr Structural Warranty
☒ 10 Yr Structural Warranty + 1 Yr Workmanship & Materials/2 Yr Systems Warranty

WARRANTY ENROLLMENT FEE: $ 325.81        (See formula on back for fee calculation)

### NEW HOME TO BE ENROLLED

*Please type or print clearly*

1. HOMEOWNER LAST NAME: Spencer, Jr.        FIRST NAME: Levi

2. CO-OWNER LAST NAME: Spencer        FIRST NAME: Patricia

3. NEW HOME ADDRESS: 3637 Edgewood Ct., Avondale     LA    70094
   Street Address          City          State     Zip Code

4. LOCATION:
   Building #          Unit#          Block#          Lot#

5. SUBDIVISION: Steeplechase at Homeplace    6. COUNTY: Jefferson

7. CLOSING DATE: 10/16/06    8. CLOSING CONTRACT PRICE*: $ 225,575.00    9. BUILDER RM# _____

### ALTERNATE MAILING ADDRESS

*Provide homeowner(s) mailing address if different from above*

10.
   Street Address          City          State          Zip Code
   ☐ CHECK HERE IF WARRANTY DOCUMENTS SHOULD BE MAILED TO THIS ADDRESS RATHER THAN TO THE NEW HOME ADDRESS

### PROPERTY SPECIFIC INFORMATION

11. CONSTRUCTION TYPE:  ☒ SINGLE FAMILY DETACHED        ☐ DUPLEX/TRIPLEX/QUADRUPLEX
    ☐ CONDOMINIUM/TOWNHOUSE (3 STORIES OR LESS)  ☐ CONDOMINIUM (4 STORIES OR MORE)

12. TOWNHOUSE/DUPLEX/TRIPLEX/QUADRUPLEX/CONDOMINIUM: DATE OF CERTIFICATE OF OCCUPANCY FOR MAIN STRUCTURE: _____

13. CONSTRUCTION OF THE HOME: (CHECK ONE)    ☐ SITE BUILT    ☐ SYSTEMS BUILT- MFG JOB # _____

### MORTGAGE INFORMATION

14. CHECK IF CASH SALE: ☐   15. IF HOME IS FINANCED CHECK TYPE: ☐ CONVENTIONAL  ☐ FHA  ☒ VA  ☐ RURAL DEVELOPMENT (FmHA)

*WARRANTY COVERAGE IS LIMITED TO THE LESSER OF THE CLOSING CONTRACT PRICE OR $1,000,000, UNLESS A HIGHER AMOUNT HAS BEEN PRE-APPROVED BY BBWG. CERTAIN ITEMS AND EVENTS ARE NOT COVERED BY THIS WARRANTY. PLEASE REFER TO THE SECTION TITLED "EXCLUSIONS" IN THE WARRANTY DOCUMENT. IN FLORIDA, THE HOME WARRANTY MAY NOT PROVIDE LISTING PERIOD COVERAGE FREE OF CHARGE.

### SIGNATURES

*HOMEOWNER(S) – Please read and initial the important Homeowner's Acknowledgement on the other side of the white copy of this application before signing the application.*

HOMEOWNER: x Levi Spencer Jr.    DATE: 10/16/06  CO-OWNER: Patricia Ford Spencer    DATE: 10/16/06

BUILDER'S REP: Marilyn Broyles    DATE: 10/16/06

### PREPARED BY

PRINT NAME: Title Closing Group    DATE: 10/16/06  PHONE: 985-781-1073    FAX: 985-641-1073

BB-W2110 (06/06)    WHITE COPY - BBWG  •  CANARY COPY – BUILDER/FINANCIAL  •  PINK COPY – HOMEOWNER(S)

Exhibit
3.20

## HOMEOWNER'S ACKNOWLEDGEMENT
*Please read carefully and initial where indicated below before signing the application.*

I/We acknowledge and understand that only upon Bonded Builders Warranty Group's (BBWG) receipt and acceptance of this Application and the warranty enrollment fee, BBWG will issue and mail to me/us the Warranty Documents. Upon my/our receipt of the final Warranty Documents I/we understand I/we will have 30 days to review the warranty terms and conditions (In the event of FHA, VA or Rural Development financing, I/we understand the warranty cannot be cancelled). Should I/we choose not to return the warranty for cancellation within the 30-day period, I/we hereby waive the right to later assert any inapplicability of the terms and conditions of the Warranty Document. I/we also acknowledge that, if my/our home is enrolled in the BBWG Warranty Program that I/we hereby accept the terms and conditions contained therein in their entirety including but not limited to the exclusive, final and binding alternative dispute resolution processes, including but not limited to arbitration, contained therein. By accepting this warranty, I/we are agreeing to waive my/our right to a trial by either judge or jury in a court of law. I/We further agree that any claims to be filed under the Warranty Document will not be filed as a class action lawsuit or be subject to any class action litigation. BBWG and I/we acknowledge that class action treatment of a claim under the Warranty Document is strictly prohibited. (Binding nature of the arbitration not applicable in Florida. If home is FHA/VA or Rural Development financed judicial remedy prior to binding arbitration is not waived).

I/We further understand that if and when the new home warranty is issued, it is an Express-Limited Warranty, **NOT an insurance policy** and any and all claims, whether contractual or otherwise, are controlled by the express terms, conditions and exclusions contained in the Warranty Document.

**IN TEXAS:** I/We further acknowledge and understand that the warranty issued shall comply with the Rules and Regulations promulgated by the Texas Residential Construction Commission (TRCC) including but not limited to the Limited Statutory Warranty And Building Performance Standards effective June 1, 2005. To the extent of conflict between the warranty standards in the BBWG Home Warranty Documents and the standards promulgated by the TRCC, the TRCC's standards and warranty terms shall control the Builder's Liability. However, in all cases, the terms and conditions contained in the BBWG Warranty Document shall be the exclusive and only obligations assumed by BBWG. I/We further understand the TRCC required warranty shall be effective immediately as required by the TRCC and is the sole responsibility of the Builder. However, the warranty to be issued by BBWG from this application shall only become effective upon satisfactory completion of BBWG's risk management and enrollment requirements.

ACKNOWLEDGED AND CONSENTED TO BY HOMEOWNER(S):

**HOMEOWNER'S INITIALS** _____   **CO-OWNER'S INITIALS** _____

## WARRANTY FEE CALCULATION
*Use this formula to calculate the appropriate Warranty Enrollment Fee to submit with this Application. Record the fee calculated in the space provided on the front of the application.*

Closing Contract Price* $ _____ ÷ 1,000 = _____ x Rate $ _____ = $ _____ +
*or $1,000,000, whichever is less

FHA/VA/Rural Dev. Fee (if applicable) $ _____ = Warranty Enrollment Fee $ _____

## APPLICATION SUBMISSION CHECKLIST
*Please use this checklist to submit a complete application. Missing information will delay issuance of the Warranty Documents.*

☐ Selected Warranty Plan                     ☐ Homeowner(s) Initialed Acknowledgement Above
☐ Provided Closing Date                       ☐ Homeowner(s) Signed Application
☐ Provided Closing Contract Price             ☐ Builder Signed Application
☐ Submitted Warranty Enrollment Fee
☐ Included Builder RM # (required for all homes west of the Miss. River and in KY, MS & TN)
☐ Provided a copy of this Application to the Homeowner

# BONDED BUILDERS
## HOME WARRANTY ASSOCIATION
**1500 Kings Highway • Port Charlotte, FL 33980**
**Phone: 941-255-3274 • 1-800-749-0381 • Fax: 941-743-0534**
Builders Application for New Home Warranty Coverage
*EXPRESS LIMITED WARRANTY APPLICATION*

Member Number _____

**IN FLORIDA A HOME WARRANTY MAY NOT PROVIDE LISTING PERIOD FREE OF CHARGE**

**Important:** This document is a part of the new home warranty policy and the Homeowner must receive a copy. Copies of all contract addenda must be attached to this form if items of material or work were not provided by the builder. Material and/or labor provided by the home purchaser are excluded from this warranty as shown on the attached addenda.
Builder acknowledges that a copy of this document has been provided to the homeowner. *Please Type or Print Legibly*

2. Builder: Sun Construction, LLC (LA)    Signature: _____   Date: 5/31/06

3. Where applicable enter your authorized RM number: _____

4. Check **ONLY** the type of warranty the customer is to receive:   5. Total Warranty Period: 2-10 Years

  ☐ BB-W400 (10 year structural only)
  ☑ BB-W602 (Conventional Mortgage)
  ☑ BB-W602 (FHA, VA or FmHA—includes 10 years structural) __FHA __VA __RuralDev __Other _____

RECEIVED JUN 1 9 2006

6. Homeowner: Robert J. Tedesco    Spouse/Other: Cynthia Tedesco

7. Street Address: 709 Simpson Way   Unit #* ____   New Phone #: _____
   City: Covington   County: St. Tammany   State: LA   Zip Code: 70435

8. Subdivision Name: Glenn Mill Lakes   Lot #: 309   Block #: _____

9. Check One: ☑ Single Family Detached   ☐ Townhouse   ☐ Condominium (3 story or less)*

  * If condominium, list effective date of common elements coverage _____. Coverage for common elements shall commence on the date the primary structure housing individual units is completed and common elements coverage on individual units closing after the effective date listed above will not be extended beyond the covered years.

10. Please check the applicable box as to the construction of the house: ☐ Stick Built   ☐ Systems Built - MFG Job # _____
  ☐ HUD Built (If HUD Built is checked you must attach a copy of the foundation inspection report from a licensed authority stating the foundation meets or exceeds HUD specifications.)

11. Mailing address if other than above: _____

12. Closing contract price: $ 213,060.00    13. Closing Date: 5/31/06

14. Mortgagee: Countrywide Home Loans 15. Loan #: 136927852   FHA #: _____
   Address: 5211 Essen Lane Ave., Ste. 6 & 7   VA #: _____
   City, State, Zip Code: Baton Rouge, LA 70809

16. I acknowledge receipt of the Warranty Documents and Building Standards as indicated.
  ☐ At Contract   ☑ At Closing   ☐ At Walk Through / Orientation

17. Homeowner Signature(s): _____    Cynthia Cox Staff Tedesco

This document prepared by: Title Closing Group    18. Phone: (985) 781-1073
                              Builder's Representative

**Instructions:** Applications not received by BBHWA along with required premium within **30 DAYS** of closing are **NOT VALID** and will be voided. Mail the original (white copy) with payment to BBHWA; give the pink copy to the Homeowner and keep the canary copy for your files. Should an error occur do not destroy this numbered form. Mark it void and mail to BBHWA where it will be deleted from the Department of Insurance registry and from the numbered forms assigned to the builder. Premium due is based on contract price. **Certain items and events are not covered by this warranty. Please refer to the exclusions listed in your warranty document in the section titled "EXCLUSIONS".**

BB-W220 (Rev. 02/05)    White Copy - BBHWA   •   Canary Copy - Builder/Financial   •   Pink Copy - Homeowner

Exhibit 3.21

# BONDED BUILDERS WARRANTY GROUP

1500 Kings Highway, Port Charlotte, FL 33980 • Phone: 800-749-0381 • Fax 941-743-0534

## WARRANTY COVERAGE APPLICATION

THIS APPLICATION IS TO ENROLL YOUR NEW HOME IN BONDED BUILDER'S EXPRESS LIMITED WARRANTY COVERAGE; IT IS NOT YOUR NEW HOME WARRANTY NOR IS IT A SUBSTITUTE FOR YOUR HOMEOWNERS INSURANCE. UNLESS ALL BLANKS ARE COMPLETED, THE APPLICATION IS SIGNED, AND THE WARRANTY FEE IS PAID, YOUR HOME WILL NOT BE ENROLLED.

BUILDER NAME & NUMBER: **SUN CONSTRUCTION, LLC (LA) - 04745**

### WARRANTY SELECTION

Check the warranty plan to be provided to the homeowner

04745 LA

**Warranties**
- ☐ 10 Yr Structural Warranty
- ☒ 10 Yr Structural Warranty + 1 Yr Workmanship & Materials/2 Yr Systems Warranty

WARRANTY ENROLLMENT FEE: $ *296.69* (See formula on back for fee calculation)

### NEW HOME TO BE ENROLLED

Please type or print clearly

1. HOMEOWNER LAST NAME: *Turner*  FIRST NAME: *Tyrone*
2. CO-OWNER LAST NAME: *Turner*  FIRST NAME: *Tyneesha*
3. NEW HOME ADDRESS: *17447 Rosemont Dr., Prairieville LA 70769*
   Street Address    City    State    Zip Code
4. LOCATION:    Building #    Unit#    Block#    *12* Lot#
5. SUBDIVISION: *Rosemont*    6. COUNTY: *Ascension*
7. CLOSING DATE: *8/22/06*  8. CLOSING CONTRACT PRICE*: $ *211,920.00*  9. BUILDER RM#

### ALTERNATE MAILING ADDRESS

Provide homeowner(s) mailing address if different from above

10.    Street Address    City    State    Zip Code
☐ CHECK HERE IF WARRANTY DOCUMENTS SHOULD BE MAILED TO THIS ADDRESS RATHER THAN TO THE NEW HOME ADDRESS

### PROPERTY SPECIFIC INFORMATION

11. CONSTRUCTION TYPE: ☒ SINGLE FAMILY DETACHED    ☐ DUPLEX/TRIPLEX/QUADRUPLEX
    ☐ CONDOMINIUM/TOWNHOUSE (3 STORIES OR LESS)    ☐ CONDOMINIUM (4 STORIES OR MORE)
12. TOWNHOUSE/DUPLEX/TRIPLEX/QUADRUPLEX/CONDOMINIUM: DATE OF CERTIFICATE OF OCCUPANCY FOR MAIN STRUCTURE:
13. CONSTRUCTION OF THE HOME: (CHECK ONE) ☐ SITE BUILT    ☐ SYSTEMS BUILT- MFG JOB #

### MORTGAGE INFORMATION

14. CHECK IF CASH SALE: ☐   15. IF HOME IS FINANCED CHECK TYPE: ☒ CONVENTIONAL  ☐ FHA  ☐ VA  ☐ RURAL DEVELOPMENT (FmHA)

*WARRANTY COVERAGE IS LIMITED TO THE LESSER OF THE CLOSING CONTRACT PRICE OR $1,000,000, UNLESS A HIGHER AMOUNT HAS BEEN PRE-APPROVED BY BBWG. CERTAIN ITEMS AND EVENTS ARE NOT COVERED BY THIS WARRANTY. PLEASE REFER TO THE SECTION TITLED "EXCLUSIONS" IN THE WARRANTY DOCUMENT. IN FLORIDA, THE HOME WARRANTY MAY NOT PROVIDE LISTING PERIOD COVERAGE FREE OF CHARGE.

### SIGNATURES

HOMEOWNER(S) – Please read and initial the important Homeowner's Acknowledgement on the other side of the white copy of this application before signing the application.

HOMEOWNER: _____ DATE: *8/22/06*  CO-OWNER: _____ DATE: *8/22/06*

BUILDER'S REP: _____ DATE: *8/22/06*

### PREPARED BY

PRINT NAME: *Title Closing Group*  DATE: *8/22/06*  PHONE: *985-781-1073*  FAX: *985-641-1073*

BB-W2110 (06/06)    WHITE COPY – BBWG • CANARY COPY – BUILDER/FINANCIAL • PINK COPY – HOMEOWNER(S)

Exhibit
3.22

**HOMEOWNER'S ACKNOWLEDGEMENT**   *Please read carefully and initial where indicated below before signing the application.*

I/We acknowledge and understand that only upon Bonded Builders Warranty Group's (BBWG) receipt and acceptance of this Application and the warranty enrollment fee, BBWG will issue and mail to me/us the Warranty Documents. Upon my/our receipt of the final Warranty Documents I/we understand I/we will have 30 days to review the warranty terms and conditions and return it for cancellation if not completely satisfied. (In the event of FHA, VA or Rural Development financing I/we understand the warranty cannot be cancelled). Should I/we choose not to return the warranty for cancellation within the 30-day period, I/we hereby waive the right to later assert any inapplicability of the terms and conditions of the Warranty Document. I/we also acknowledge that, if my/our home is enrolled in the BBWG Warranty Program that I/we hereby accept the terms and conditions contained therein in their entirety including but not limited to the exclusive, final and binding alternative dispute resolution processes, including but not limited to arbitration, contained therein. By accepting this warranty, I/we are agreeing to waive my/our right to a trial by either judge or jury in a court of law. I/We further agree that any claims to be filed under the Warranty Document will not be filed as a class action lawsuit or be subject to any class action litigation. BBWG and I/we acknowledge that class action treatment of a claim under the Warranty Document is strictly prohibited. (Binding nature of the arbitration not applicable in Florida. If home is FHA/VA or Rural Development financed judicial remedy prior to binding arbitration is not waived).

I/We further understand that if and when the new home warranty is issued, it is an Express Limited Warranty, **NOT an insurance policy** and any and all claims, whether contractual or otherwise, are controlled by the express terms, conditions and exclusions contained in the Warranty Document.

IN TEXAS: I/We further acknowledge and understand that the warranty issued shall comply with the Rules and Regulations promulgated by the Texas Residential Construction Commission (TRCC) including but not limited to the Limited Statutory Warranty And Building Performance Standards effective June 1, 2005. To the extent of conflict between the warranty standards in the BBWG Home Warranty Documents and the standards promulgated by the TRCC, the TRCC's standards and warranty terms shall control the Builder's Liability. However, in all cases, the terms and conditions contained in the BBWG Warranty Document shall be the exclusive and only obligations assumed by BBWG. I/We further understand the TRCC required warranty shall be effective immediately as required by the TRCC and is the sole responsibility of the Builder. However, the warranty to be issued by BBWG from this application shall only become effective upon satisfactory completion of BBWG's risk management and enrollment requirements.

ACKNOWLEDGED AND CONSENTED TO BY HOMEOWNER(S): _____

**HOMEOWNER'S INITIALS** _____   **CO-OWNER'S INITIALS** _____

---

**WARRANTY FEE CALCULATION**   *Use this formula to calculate the appropriate Warranty Enrollment Fee to submit with this Application. Record the fee calculated in the space provided on the front of the application.*

Closing Contract Price $ _____ ÷ 1,000 = _____ x Rate $ _____ = $ _____ ÷
*or $1,000,000, whichever is less*

FHA/VA/Rural Dev. Fee (if applicable) $ _____ = Warranty Enrollment Fee $ _____

---

**APPLICATION SUBMISSION CHECKLIST**   *Please use this checklist to submit a complete application. Missing information will delay issuance of the Warranty Documents.*

☐ Selected Warranty Plan                ☐ Homeowner(s) Initialed Acknowledgement Above

☐ Provided Closing Date                 ☐ Homeowner(s) Signed Application

☐ Provided Closing Contract Price       ☐ Builder Signed Application

☐ Submitted Warranty Enrollment Fee

☐ Included Builder RM # (required for all homes west of the Miss. River and in KY, MS & TN)

☐ Provided a copy of this Application to the Homeowner

# BONDED BUILDERS WARRANTY GROUP
1500 Kings Highway, Port Charlotte, FL 33980 • Phone: 800-749-0381 • Fax 941-743-0534

## WARRANTY COVERAGE APPLICATION

THIS APPLICATION IS TO ENROLL YOUR NEW HOME IN BONDED BUILDER'S EXPRESS LIMITED WARRANTY COVERAGE; IT IS NOT YOUR NEW HOME WARRANTY NOR IS IT A SUBSTITUTE FOR YOUR HOMEOWNERS INSURANCE. UNLESS ALL BLANKS ARE COMPLETED, THE APPLICATION IS SIGNED, AND THE WARRANTY FEE IS PAID, YOUR HOME WILL NOT BE ENROLLED.

**BUILDER NAME & NUMBER:**   SUN CONSTRUCTION, LLC (LA) - 04745

**WARRANTY SELECTION**   *Check the warranty plan to be provided to the homeowner*   '04745 LA

### Warranties
- ☐ 10 Yr Structural Warranty
- ☒ 10 Yr Structural Warranty + 1 Yr Workmanship & Materials/2 Yr Systems Warranty

**WARRANTY ENROLLMENT FEE:** $ 305.34    (See formula on back for fee calculation)

**NEW HOME TO BE ENROLLED**   *Please type or print clearly*

1. HOMEOWNER LAST NAME: Wayne    FIRST NAME: William
2. CO-OWNER LAST NAME: Wayne    FIRST NAME: Kelly
3. NEW HOME ADDRESS: 576 Huseman Lane, Covington    LA    70435
   Street Address        City        State    Zip Code
4. LOCATION:    62
   Building #        Unit#        Block#    Lot#
5. SUBDIVISION: Penn Mill Lakes    6. COUNTY: St. Tammany
7. CLOSING DATE: 12/19/06    8. CLOSING CONTRACT PRICE*: $ 215,950.00    9. BUILDER RM#
   218,100.00

**ALTERNATE MAILING ADDRESS**   *Provide homeowner(s) mailing address if different from above*

10.
   Street Address        City        State    Zip Code
   ☐ CHECK HERE IF WARRANTY DOCUMENTS SHOULD BE MAILED TO THIS ADDRESS RATHER THAN TO THE NEW HOME ADDRESS

**PROPERTY SPECIFIC INFORMATION**

11. CONSTRUCTION TYPE: ☒ SINGLE FAMILY DETACHED    ☐ DUPLEX/TRIPLEX/QUADRUPLEX
    ☐ CONDOMINIUM/TOWNHOUSE (3 STORIES OR LESS)    ☐ CONDOMINIUM (4 STORIES OR MORE)
12. TOWNHOUSE/DUPLEX/TRIPLEX/QUADRUPLEX/CONDOMINIUM: DATE OF CERTIFICATE OF OCCUPANCY FOR MAIN STRUCTURE: _____
13. CONSTRUCTION OF THE HOME: (CHECK ONE)   ☐ SITE BUILT   ☐ SYSTEMS BUILT- MFG JOB # _____

**MORTGAGE INFORMATION**

14. CHECK IF CASH SALE: ☐   15. IF HOME IS FINANCED CHECK TYPE: ☒ CONVENTIONAL   ☐ FHA   ☐ VA   ☐ RURAL DEVELOPMENT (FmHA)

*WARRANTY COVERAGE IS LIMITED TO THE LESSER OF THE CLOSING CONTRACT PRICE OR $1,000,000, UNLESS A HIGHER AMOUNT HAS BEEN PRE-APPROVED BY BBWG. CERTAIN ITEMS AND EVENTS ARE NOT COVERED BY THIS WARRANTY. PLEASE REFER TO THE SECTION TITLED "EXCLUSIONS" IN THE WARRANTY DOCUMENT. IN FLORIDA, THE HOME WARRANTY MAY NOT PROVIDE LISTING PERIOD COVERAGE FREE OF CHARGE.

**SIGNATURES**   *HOMEOWNER(S) – Please read and initial the important Homeowner's Acknowledgement on the other side of the white copy of this application before signing the application.*

HOMEOWNER: _____ DATE: 12/19/06   CO-OWNER: Kelly Murray Wayne DATE: 12/19/06

BUILDER'S REP: Marty Brandel    DATE: 12/19/06

**PREPARED BY**

PRINT NAME: Title Closing Group    DATE: 12/19/06    PHONE: 985-781-1073    FAX: 985-641-1073

BB-W2110 (06/06)    WHITE COPY - BBWG  •  CANARY COPY – BUILDER/FINANCIAL  •  PINK COPY – HOMEOWNER(S)

Exhibit 3.23

---

**HOMEOWNER'S ACKNOWLEDGEMENT** | *Please read carefully and initial where indicated below before signing the application*

I/We acknowledge and understand that only upon Bonded Builders Warranty Group's (BBWG) receipt and acceptance of this Application and the warranty enrollment fee, BBWG will issue and mail to me/us the Warranty Documents. Upon my/our receipt of the final Warranty Documents I/we understand I/we will have 30 days to review the warranty terms and conditions and return it for cancellation if not completely satisfied. (In the event of FHA, VA or Rural Development financing, I/we understand the warranty cannot be cancelled). Should I/we choose not to return the warranty for cancellation within the 30-day period, I/we hereby waive the right to later assert any inapplicability of the terms and conditions of the Warranty Document. I/we also acknowledge that, if my/our home is enrolled in the BBWG Warranty Program that I/we hereby accept the terms and conditions contained therein in their entirety including but not limited to the exclusive, final and binding alternative dispute resolution processes, including but not limited to arbitration, contained therein. By accepting this warranty, I/we are agreeing to waive my/our right to a trial by either judge or jury in a court of law. I/We further agree that any claims to be filed under the Warranty Document will not be filed as a class action lawsuit or be subject to any class action litigation. BBWG and I/we acknowledge that class action treatment of a claim under the Warranty Document is strictly prohibited. (Binding nature of the arbitration not applicable in Florida. If home is FHA/VA or Rural Development financed judicial remedy prior to binding arbitration is not waived).

I/We further understand that if and when the new home warranty is issued, it is an Express Limited Warranty, **NOT an insurance policy** and any and all claims, whether contractual or otherwise, are controlled by the express terms, conditions and exclusions contained in the Warranty Document.

**IN TEXAS:** I/We further acknowledge and understand that the warranty issued shall comply with the Rules and Regulations promulgated by the Texas Residential Construction Commission (TRCC) including but not limited to the Limited Statutory Warranty And Building Performance Standards effective June 1, 2005. To the extent of conflict between the warranty standards in the BBWG Home Warranty Documents and the standards promulgated by the TRCC, the TRCC's standards and warranty terms shall control the Builder's Liability. However, in all cases, the terms and conditions contained in the BBWG Warranty Document shall be the exclusive and only obligations assumed by BBWG. I/We further understand the TRCC required warranty shall be effective immediately as required by the TRCC and is the sole responsibility of the Builder. However, the warranty to be issued by BBWG from this application shall only become effective upon satisfactory completion of BBWG's risk management and enrollment requirements.

ACKNOWLEDGED AND CONSENTED TO BY HOMEOWNER(s):

_Lew_ | _KMW_
---|---
**HOMEOWNER'S INITIALS** | **CO-OWNER'S INITIALS**

---

**WARRANTY FEE CALCULATION** | *Use this formula to calculate the appropriate Warranty Enrollment Fee to submit with this Application. Record the fee calculated in the space provided on the front of the application.*

Closing Contract Price* $_____ ÷ 1 000 = _____ x Rate $_____ = $ _____
*or $1,000,000, whichever is less

FHA/VA/Rural Dev. Fee (if applicable) $ _____ = Warranty Enrollment Fee $ _____

---

**APPLICATION SUBMISSION CHECKLIST** | *Please use this checklist to submit a complete application. Missing information will delay issuance of the Warranty Documents.*

☐ Selected Warranty Plan                  ☐ Homeowner(s) Initialed Acknowledgement Above

☐ Provided Closing Date                   ☐ Homeowner(s) Signed Application

☐ Provided Closing Contract Price         ☐ Builder Signed Application

☐ Submitted Warranty Enrollment Fee

☐ Included Builder RM # (required for all homes west of the Miss. River and in KY, MS & TN)

☐ Provided a copy of this Application to the Homeowner

# HOME WARRANTY ASSOCIATION
**1500 Kings Highway • Port Charlotte, FL 33980**
**Phone: 941-255-3274 • 1-800-749-0381 • Fax: 941-743-0534**
**Builders Application for New Home Warranty Coverage**
*EXPRESS LIMITED WARRANTY APPLICATION*

536916



Member Number 04745

**IN FLORIDA A HOME WARRANTY MAY NOT PROVIDE LISTING PERIOD FREE OF CHARGE**

**Important:** This document is a part of the new home warranty policy and the Homeowner must receive a copy. Copies of all contract addenda must be attached to this form if items of material or work were not provided by the builder. Material and/or labor provided by the home purchaser are excluded from this warranty as shown on the attached addenda.

Builder acknowledges that a copy of this document have been provided to the homeowner. *Please Type or Print Legibly*

2. Builder: Sun Construction, LLC (LA)     Signature: *Marilyn Siaguchi*     Date: 7/10/06

3. Where applicable enter your authorized RM number: _____

4. Check **ONLY** the type of warranty the customer is to receive:     5. Total Warranty Period: 2-10 Years

   ☐ BB-W400  (10 year structural only)
   ☒ BB-W502  (Conventional Mortgages)
   ☐ BB-W502 (FHA, VA or FmHA – includes 10 years structural)     FHA     VA     FmHA     other

**JUL 2 4 2006**

6. Homeowner: Don M. Wheeler     Spouse/Other: Annie D. Wheeler

7. Street Address: 41311 Julip Hill Dr.     Unit #*_____ New Phone #: _____

   City: Prairieville     County: Ascension     State: LA     Zip Code: 70769

8. Subdivision Name: Rosemont     Lot #: 15     Block #: _____

9. Check One: ☒ Single Family Detached  ☐ Townhouse  ☐ Condominium (3 story or less)*

   * If condominium, list effective date of common elements coverage _____. Coverage for common elements shall commence on the date the primary structure housing individual units is completed and common elements coverage on individual units closing after the effective date listed above will not be extended beyond the covered years.

10. Please check the applicable box as to the construction of the house: ☐ Stick Built ☐ Systems Built - MFG Job #_____
    ☐ HUD Built (If HUD Built is checked you must attach a copy of the foundation inspection report from a licensed authority stating the foundation meets or exceeds HUD specifications.)

11. Mailing address if other than above: _____

12. Closing contract price: $ 177,465.00     13. Closing Date: 7/10/06

14. Mortgagee: Home Comings Financial     15. Loan #: 042-931663-1     FHA #: _____

    Address: 14850 Quorum Dr. Ste. 500     VA #: _____

    City, State, Zip Code: Dallas, TX 75254

16. I acknowledge receipt of the Warranty Documents and Building Standards as indicated.
    ☐ At Contract  ☒ At Closing  ☐ At Walk Through / Orientation

17. Homeowner Signature(s): Don Madison Wheeler  &  Annie Witherspoon

    This document prepared by: Title Closing Group     18. Phone: (985) 781-1073
    Builder's Representative

**Instructions:** Applications not received by BBHWA along with required premium within **30 DAYS** of closing are **NOT VALID** and will be voided. Mail the original (white copy) with payment to BBHWA; give the pink copy to the Homeowner and keep the canary copy for your files. Should an error occur do not destroy this numbered form. Mark it void and mail to BBHWA where it will be deleted from the Department of Insurance registry and from the numbered forms assigned to the builder. Premium due is based on contract price.

**Certain items and events are not covered by this warranty. Please refer to the exclusions listed in your warranty document in the section titled "EXCLUSIONS".**

BB-W220 (Rev. 02/05)     White Copy - BBHWA • Canary Copy - Builder/Financial • Pink Copy - Homeowner

Exhibit
3.24

# HOME WARRANTY ASSOCIATION

**1500 Kings Highway • Port Charlotte, FL 33980**
**Phone: 941-255-3274 • 1-800-749-0381 • Fax: 941-743-0534**
**Builders Application for New Home Warranty Coverage**
*EXPRESS LIMITED WARRANTY APPLICATION*

536882



Member Number 04745

**IN FLORIDA A HOME WARRANTY MAY NOT PROVIDE LISTING PERIOD FREE OF CHARGE**

**Important:** This document is a part of the new home warranty policy and the Homeowner must receive a copy. Copies of all contract addenda must be attached to this form if items of material or work were not provided by the builder. Material and/or labor provided by the home purchaser are excluded from this warranty as shown on the attached addenda.
Builder acknowledges that a copy of this document has been provided to the homeowner. *Please Type or Print Legibly*

2. Builder: Sun Construction, LLC (LA)    Signature: _Pete Blurp_    Date: 5/26/06

3. Where applicable enter your authorized RM number: _____

4. Check **ONLY** the type of warranty the customer is to receive:    5. Total Warranty Period: 2-10 Years

- ☐ BB-W400 (10 year structural only)
- ☐ BB-W602 (Conventional Mortgage)
- ☐ BB-W602 (FHA, VA or FmHA – includes 10 years structural)    FHA    VA    RurDev    Other

RECEIVED JUN 1 9 2006

6. Homeowner: _Dina D. Williams_    Spouse/Other: _Kerry A. Williams_

7. Street Address: _520 Mare Court_    Unit #* ____    New Phone #: ____
   City: _Covington_    County: _St. Tammany_    State: _LA_    Zip Code: _70435_

8. Subdivision Name: _Penn Mill Lakes_    Lot #: _433_    Block #: ____

9. Check One: ☑ Single Family Detached  ☐ Townhouse  ☐ Condominium (3 story or less)*

   * If condominium, list effective date of common elements coverage _____. Coverage for common elements shall commence on the date the primary structure housing individual units is completed and common elements coverage on individual units closing after the effective date listed above will not be extended beyond the covered years.

10. Please check the applicable box as to the construction of the house: ☐ Stick Built  ☐ Systems Built - MFG Job # ____
    ☐ HUD Built (If HUD Built is checked you must attach a copy of the foundation inspection report from a licensed authority stating the foundation meets or exceeds HUD specifications.)

11. Mailing address if other than above: _____

12. Closing contract price: $ _201,520.00_    13. Closing Date: _5/26/06_

14. Mortgagee: _America's Wholesale Lender_   15. Loan #: _138800341_    FHA #: ____
    Address: _2375 N. Glenville Dr._    VA #: ____
    City, State, Zip Code: _Richardson, TX 75082_

16. I acknowledge receipt of the Warranty Documents and Building Standards as indicated.
    ☐ At Contract  ☑ At Closing  ☐ At Walk Through / Orientation

17. Homeowner Signature(s): _Dina D. W._    x ____

    This document prepared by: _Title Closing Group_    18. Phone: (985) 781-1073
    **Builder's Representative**

**Instructions:** Applications not received by BBHWA along with required premium within **30 DAYS** of closing are **NOT VALID** and will be voided. Mail the original (white copy) with payment to BBHWA; give the pink copy to the Homeowner and keep the canary copy for your files. Should an error occur do not destroy this numbered form. Mark it void and mail to BBHWA where it will be deleted from the Department of Insurance registry and from the numbered forms assigned to the builder. Premium due is based on contract price.

**Certain items and events are not covered by this warranty. Please refer to the exclusions listed in your warranty document in the section titled "EXCLUSIONS".**

BB-W220 (Rev. 02/05)    White Copy - BBHWA   •   Canary Copy - Builder/Financial   •   Pink Copy - Homeowner

Exhibit 3.25

# BONDED BUILDERS WARRANTY GROUP

1500 Kings Highway, Port Charlotte, FL 33980 • Phone: 800-749-0381 • Fax 941-743-0534

## WARRANTY COVERAGE APPLICATION

THIS APPLICATION IS TO ENROLL YOUR NEW HOME IN BONDED BUILDER'S EXPRESS LIMITED WARRANTY COVERAGE; IT IS <u>NOT YOUR NEW HOME WARRANTY</u> NOR IS IT A SUBSTITUTE FOR YOUR HOMEOWNERS INSURANCE. UNLESS ALL BLANKS ARE COMPLETED, THE APPLICATION IS SIGNED, AND THE WARRANTY FEE IS PAID, YOUR HOME WILL NOT BE ENROLLED.

**BUILDER NAME & NUMBER:**   SUN CONSTRUCTION, LLC (LA) - 04745

04745 LA

### WARRANTY SELECTION

*Check the warranty plan to be provided to the homeowner*

**Warranties**
- ☐ 10 Yr Structural Warranty
- ☒ 10 Yr Structural Warranty + 1 Yr Workmanship & Materials/2 Yr Systems Warranty

**WARRANTY ENROLLMENT FEE: $** _317.84_   (See formula on back for fee calculation)

### NEW HOME TO BE ENROLLED

*Please type or print clearly*

1. HOMEOWNER LAST NAME: _Young_   FIRST NAME: _Raymond_
2. CO-OWNER LAST NAME: _Young_   FIRST NAME: _Linda_
3. NEW HOME ADDRESS: _511 Huseman Lane_
   Street Address
4. CITY/STATE/ZIP CODE: _Covington_   _LA_   _70435_
   City   State   Zip Code
5. SUBDIVISION: _Penn Mill Lakes_   _135_
   Lot#   Block#
6. CLOSING DATE: _8/22/07_   7. BUILT ON HOMEOWNER'S LOT: ☐ YES ☒ NO   8. BUILDER RM# _____
9. CLOSING CONTRACT PRICE INCLUDING LOT (UNLESS Q7 ANSWERED "YES"): $ _227,030.00_

### WARRANTY MAILING INSTRUCTIONS

10. ☒ MAIL WARRANTY TO NEW HOME ADDRESS ABOVE   ☐ MAIL WARRANTY TO FOLLOWING ADDRESS

Street Address   City   State   Zip Code

### PROPERTY SPECIFIC INFORMATION

11. CONSTRUCTION TYPE: ☒ SINGLE FAMILY DETACHED   ☐ DUPLEX/TRIPLEX/QUADRUPLEX   ☐ TOWNHOUSE
    ☐ CONDOMINIUM (3 STORIES OR LESS) UNIT# _____   ☐ CONDOMINIUM (4 STORIES OR MORE) UNIT# _____

12. TOWNHOUSE/DUPLEX/TRIPLEX/QUADRUPLEX/CONDOMINIUM: DATE OF CERTIFICATE OF OCCUPANCY FOR MAIN STRUCTURE: _____

13. CONSTRUCTION OF THE HOME: (CHECK ONE)   ☐ SITE BUILT   ☐ SYSTEMS BUILT- MFG JOB # _____

### MORTGAGE INFORMATION

14. CHECK IF CASH SALE: ☐   15. IF HOME IS FINANCED CHECK TYPE: ☒ CONVENTIONAL   ☐ FHA/VA   ☐ RURAL DEVELOPMENT (FmHA)

CERTAIN ITEMS AND EVENTS ARE NOT COVERED BY THIS WARRANTY. PLEASE REFER TO THE SECTION TITLED "EXCLUSIONS" IN THE WARRANTY DOCUMENT. IN FLORIDA, THE HOME WARRANTY MAY NOT PROVIDE LISTING PERIOD COVERAGE FREE OF CHARGE.

### SIGNATURES

*HOMEOWNER(S) – I/we acknowledge that by signing this application I/we affirm that I/we have read and understand the Important Homeowner's Acknowledgement on the back of this application.*

HOMEOWNER: _Raymond G. Young_   DATE: _8/22/07_   CO-OWNER: _Linda M. Young_ DATE: _8/22/07_

BUILDER'S REP: _____   DATE: _8/22/07_

### PREPARED BY

PRINT NAME: _Title Closing Group_   DATE: _8/22/07_   PHONE: _985-781-1073_   _985-641-1073_

BB-W2110 (02/07)   *Builder - provide a copy of the signed application (front & back) to the Homeowner(s)*

Exhibit
3.26

**HOMEOWNER'S ACKNOWLEDGEMENT** | *Please read carefully before signing the application.*

I/We acknowledge and understand that only upon Bonded Builders Warranty Group's (BBWG) receipt and acceptance of this Application and the warranty enrollment fee, BBWG will issue and mail to me/us the Warranty Documents. Upon my/our receipt of the final Warranty Documents I/we understand I/we will have 30 days to review the warranty terms and conditions and return it for cancellation if not completely satisfied. (In the event of FHA, VA or Rural Development financing, I/we understand the warranty cannot be cancelled). Should I/we choose not to return the warranty for cancellation within the 30-day period, I/we hereby waive the right to later assert any inapplicability of the terms and conditions of the Warranty Document. I/we also acknowledge that, if my/our home is enrolled in the BBWG Warranty Program that I/we hereby accept the terms and conditions contained therein in their entirety including but not limited to the exclusive, final and binding alternative dispute resolution processes, including but not limited to arbitration, contained therein. By accepting this warranty, I/we are agreeing to waive my/our right to a trial by either judge or jury in a court of law. I/We further agree that any claims to be filed under the Warranty Document will not be filed as a class action lawsuit or be subject to any class action litigation. BBWG and I/we acknowledge that class action treatment of a claim under the Warranty Document is strictly prohibited. (Binding nature of the arbitration not applicable in Florida. If home is FHA/VA or Rural Development financed judicial remedy prior to binding arbitration is not waived).

I/We further understand that the Warranty Limit, the maximum aggregate total amount BBWG is liable for under the warranty for all claims may be less than the Closing Contract Price of the Home. The Warranty Limit will be shown in the Warranty Document.

I/We further understand that if and when the new home warranty is issued, it is an Express Limited Warranty, **NOT an insurance policy** and any and all claims, whether contractual or otherwise, are controlled by the express terms, conditions and exclusions contained in the Warranty Document.

**IN TEXAS**: I/We further acknowledge and understand that the warranty issued shall comply with the Rules and Regulations promulgated by the Texas Residential Construction Commission (TRCC) including but not limited to the Limited Statutory Warranty And Building Performance Standards effective June 1, 2005. To the extent of conflict between the warranty standards in the BBWG Home Warranty Documents and the standards promulgated by the TRCC, the TRCC's standards and warranty terms shall control the Builder's liability. However, in all cases, the terms and conditions contained in the BBWG Warranty Document shall be the exclusive and only obligations assumed by BBWG. I/We further understand the TRCC required warranty shall be effective as required by the TRCC and is the sole responsibility of the Builder. However, the warranty to be issued by BBWG from this application shall only become effective upon satisfactory completion of BBWG's risk management and enrollment requirements.

---

**WARRANTY FEE CALCULATION** | *Use this formula to calculate the appropriate Warranty Enrollment Fee to submit with this Application. Record the fee calculated in the space provided on the front of the application.*

Closing Contract Price* $_____ x 1.25 if on H/O Lot = _____ ÷ 1,000 = _____ x Rate $ _____ =
*from Q10 on front or Builder's Warranty Limit, whichever is less

$ _____ + FHA/VA/Rural Dev. Fee (if applicable) $ _____ = Warranty Enrollment Fee $ _____

---

**APPLICATION SUBMISSION CHECKLIST** | *Please use this checklist to submit a complete application. Missing information will delay Issuance of the Warranty Documents.*

☐ Selected Warranty Plan               ☐ Homeowner(s) Signed Application

☐ Provided Closing Date                ☐ Builder Signed Application

☐ Provided Closing Contract Price (including lot)   ☐ Provided a copy of this Application to the Homeowner

☐ Submitted Warranty Enrollment Fee

☐ Included Builder RM # (required for all homes west of the Miss. River and in KY, MS & TN)

# BONDED BUILDERS
## HOME WARRANTY ASSOCIATION
1500 Kings Highway • Port Charlotte, FL 33980
Phone: 941-255-3274 • 1-800-749-0381 • Fax: 941-743-0534
**Builders Application for New Home Warranty Coverage**
*EXPRESS LIMITED WARRANTY APPLICATION*

1. Certificate Number
**520065**



Member Number  00514

IN FLORIDA A HOME WARRANTY MAY NOT PROVIDE LISTING PERIOD FREE OF CHARGE

**Important:** This document is a part of the new home warranty policy and the Homeowner must receive a copy. Copies of all contract addenda must be attached to this form if items of material or work were not provided by the builder. Material and/or labor provided by the home purchaser are excluded from this warranty as shown on the attached addenda.
Builder acknowledges that a copy of this document has been provided to the homeowner. *Please Type or Print Legibly*

2. Builder: Sunrise Construction & Development, LLC (MS)   Signature: *Stephanie Lipe*   Date: 11/3/06
3. Where applicable enter your authorized RM number: MS36939
4. Check **ONLY** the type of warranty the customer is to receive:   5. Total Warranty Period: _____ Years

☒ BB-W400  (10 year structural only)
☐ BB-W602  (FHA, VA or FmHA – includes 10 years structural) __ FHA __ VA __ RurlDev __ Other _____

6. Homeowner: __Crystal M. Fayard__   Spouse/Other: _____
7. Street Address: __3216 Rachel Lane__   Unit #* _____   New Phone #: __228-257-1736__
   City: __Ocean Springs__   County: __Jackson__   State: __MS__   Zip Code: __39564__
8. Subdivision Name: __Fairfield Place__   Lot #: __44__   Block #: _____
9. Check One: ☒ Single Family Detached   ☐ Townhouse   ☐ Condominium (3 story or less)*
   * If condominium, list effective date of common elements coverage _____. Coverage for common elements shall commence on the date the primary structure housing individual units is completed and common elements coverage on individual units closing after the effective date listed above will not be extended beyond the covered years.

10. Please check the applicable box as to the construction of the house: ☐ Stick Built   ☐ Systems Built - MFG Job # _____
    ☐ HUD Built (If HUD Built is checked you must attach a copy of the foundation inspection report from a licensed authority stating the foundation meets or exceeds HUD specifications.)
11. Mailing address if other than above: _____
12. Closing contract price: $ __184,720.00__   13. Closing Date: __November 3, 2006__
14. Mortgagee: __U.S. Small Business Administration__ Loan #: __DLH 21695960-05__   FHA #: _____
    Address: __14925 Kingsport Road__   VA #: _____
    City, State, Zip Code: __Fort Worth, TX  76155-2243__
16. I acknowledge receipt of the Warranty Documents and Building Standards as indicated.
    ☒ At Contract   ☐ At Closing   ☐ At Walk Through / Orientation
17. Homeowner Signature(s): *[signature]*
    This document prepared by: __S. Lipe__   18. Phone: __228-452-9408__
    Builder's Representative

**Instructions:** Applications not received by BBHWA along with required premium within **30 DAYS** of closing are **NOT VALID** and will be voided. Mail the original (white copy) with payment to BBHWA; give the pink copy to the Homeowner and keep the canary copy for your files. Should an error occur do not destroy this numbered form. Mark it void and mail to BBHWA where it will be deleted from the Department of Insurance registry and from the numbered forms assigned to the builder. Premium due is based on contract price.
**Certain items and events are not covered by this warranty. Please refer to the exclusions listed in your warranty document titled "EXCLUSIONS".**

BB-W220 (Rev. 02/05)   White Copy - BBHWA  •  Canary Copy - Builder/Financial  •  Pink Copy - Homeowner

Exhibit
3.27

# BONDED BUILDERS
## HOME WARRANTY ASSOCIATION
**1500 Kings Highway • Port Charlotte, FL 33980**
Phone: 941-255-3274 • 1-800-749-0381 • Fax: 941-743-0534
**Builders Application for New Home Warranty Coverage**
*EXPRESS LIMITED WARRANTY APPLICATION*

1. Certificate Number

Member Number

**IN FLORIDA A HOME WARRANTY MAY NOT PROVIDE LISTING PERIOD FREE OF CHARGE**
**Important:** This document is a part of the new home warranty policy and the Homeowner must receive a copy. Copies of all contract addenda must be attached to this form if items of material or work were not provided by the builder. Material and/or labor provided by the home purchaser are excluded from this warranty as shown on the attached addenda.
Builder acknowledges that a copy of this document has been provided to the homeowner. *Please Type or Print Legibly*

2. Builder: _Suttage Construction & Development LLC (MS)_   Signature: _____ Date: _2/16/07_

3. Where applicable enter your authorized RM number: _____

4. Check *ONLY* the type of warranty the customer is to receive:   5. Total Warranty Period: _____ Years

☐ HUD-wide (2-1 year structural only)
☐ HUD-wide: ☐FHA, VA or HMLA □ Includes 9 years structural   □ FHA ☒VA ☐ □   Bundles   □Other

6. Homeowner: _Timothy Clay Perry_   Spouse/Other: _Tracy L. Perry_

7. Street Address: _15190 Weston Cove_ _____ Unit #: _____ New Phone #: _228-493-0116_
   City: _Gulfport_ _____ County: _Harrison_ _____ State: **MS**   Zip Code: _39503_

8. Subdivision Name: _City of Biloxi Subdivision, Block D, Part_ _____ Lot #: _163_ _____ Block #: _____

9. Check One: ☒ Single Family Detached   ☐ Townhouse   ☐ Condominium (3 story or less)*
   * If condominium, list effective date of common elements coverage _____ Coverage for common elements shall
   commence on the date the primary structure housing individual units is completed and common elements coverage on individual units
   closing after the effective date listed above will not be extended beyond the covered years.

10. Please check the applicable box as to the construction of the house: ☐ Stick Built   ☐ Systems Built - MFG Job # _____
    ☐ HUD Built (If HUD Built is checked you must attach a copy of the foundation inspection report from a licensed authority stating
    the foundation meets or exceeds HUD specifications.)

11. Mailing address if other than above: _____

12. Closing contract price: $ _236,650.00_ _____   13. Closing Date _February 16, 2007_

14. Mortgagee: _America's Mortgage Resources, Inc._ Loan #: _0081157160_ _____ FHA #: _____
    Address: _1317 N. 11th Garvina Road, Suite 200_ _____ VA #: _403560015452_
    City, State, Zip Code _Metairie, LA 70001_

16. I acknowledge receipt of the Warranty Documents and Building Standards as indicated.
    ☐ At Contract   ☐ At Closing   ☐ At Walk Through / Orientation

17. Homeowner Signature(s) _____

    This document prepared by _____   18. Phone _228-452-3408_
                                **Builder's Representative**

**Instructions:** Applications not received by BBHWA along with required premium within **30 DAYS** of closing are **NOT VALID** and
will be voided. Mail the original (white copy) with payment to BBHWA; give the pink copy to the Homeowner and keep the canary copy
for your files. Should an error occur do not destroy this numbered form. Mark it void and mail to BBHWA where it will be deleted
from the Department of Insurance registry and from the numbered forms assigned to the builder. Premium due is based on contract price.
**Certain items and events are not covered by this warranty. Please refer to the exclusions listed in your warranty
document in the section titled "EXCLUSIONS".**

BB-W220 (Rev 02/05)     White Copy - BBHWA • Canary Copy - Builder/Financial • Pink Copy - Homeowner

**Exhibit
3.28**

**HOMEOWNER'S ACKNOWLEDGEMENT**

***Please read carefully before signing the application.***

I/We acknowledge and understand that only upon Bonded Builders Warranty Group's (BBWG) receipt and acceptance of this Application and the warranty enrollment fee, BBWG will issue and mail to me/us the Warranty Documents. Upon my/our receipt of the final Warranty Documents I/we understand I/we will have 30 days to review the warranty terms and conditions and return it for cancellation if not completely satisfied. (In the event of FHA, VA or Rural Development financing, I/we understand the warranty cannot be cancelled). Should I/we choose not to return the warranty for cancellation within the 30-day period, I/we hereby waive the right to later assert any inapplicability of the terms and conditions of the Warranty Document. I/we also acknowledge that, if my/our home is enrolled in the BBWG Warranty Program that I/we hereby accept the terms and conditions contained therein in their entirety including but not limited to the exclusive, final and binding alternative dispute resolution processes, including but not limited to arbitration, contained therein. By accepting this warranty, I/we are agreeing to waive my/our right to a trial by either judge or jury in a court of law. I/We further agree that any claims to be filed under the Warranty Document will not be filed as a class action lawsuit or be subject to any class action litigation. BBWG and I/we acknowledge that class action treatment of a claim under the Warranty Document is strictly prohibited. (Binding nature of the arbitration not applicable in Florida. If home is FHA/VA or Rural Development financed judicial remedy prior to binding arbitration is not waived).

I/We further understand that the Warranty Limit, the maximum aggregate total amount BBWG is liable for under the warranty for all claims may be less than the Closing Contract Price of the Home. The Warranty Limit will be shown in the Warranty Document.

I/We further understand that if and when the new home warranty is issued, it is an Express Limited Warranty, **NOT an insurance policy** and any and all claims, whether contractual or otherwise, are controlled by the express terms, conditions and exclusions contained in the Warranty Document.

**IN TEXAS**: I/We further acknowledge and understand that the warranty issued shall comply with the Rules and Regulations promulgated by the Texas Residential Construction Commission (TRCC) including but not limited to the Limited Statutory Warranty And Building Performance Standards effective June 1, 2005. To the extent of conflict between the warranty standards in the BBWG Home Warranty Documents and the standards promulgated by the TRCC, the TRCC's standards and warranty terms shall control the Builder's liability. However, in all cases, the terms and conditions contained in the BBWG Warranty Document shall be the exclusive and only obligations assumed by BBWG. I/We further understand the TRCC required warranty shall be effective as required by the TRCC and is the sole responsibility of the Builder. However, the warranty to be issued by BBWG from this application shall only become effective upon satisfactory completion of BBWG's risk management and enrollment requirements.

**WARRANTY FEE CALCULATION**

***Use this formula to calculate the appropriate Warranty Enrollment Fee to submit with this Application. Record the fee calculated in the space provided on the front of the application***

Closing Contract Price* $__________ x 1.25 if on H/O Lot = __________ ÷ 1,000 = __________ x Rate $ __________ =
*Item Q10 on front or Builder's Warranty Limit, whichever is less.

$ __________ - FHA/VA/Rural Dev. Fee (if applicable) $ __________ = Warranty Enrollment Fee $ __________

**APPLICATION SUBMISSION CHECKLIST**

***Please use this checklist to submit a complete application. Missing information will delay issuance of the Warranty Documents.***

- ☐ Selected Warranty Plan
- ☐ Homeowner(s) Signed Application
- ☐ Provided Closing Date
- ☐ Builder Signed Application
- ☐ Provided Closing Contract Price (including lot)
- ☐ Provided a copy of this Application to the Homeowner
- ☐ Submitted Warranty Enrollment Fee
- ☐ Included Builder RM # (required for all homes west of the Miss. River and in KY, MS & TN)

# BONDED BUILDERS
## HOME WARRANTY ASSOCIATION
1500 Kings Highway • Port Charlotte, FL 33980
Phone: 941-255-3274 • 1-800-749-0381 • Fax: 941-743-0534
Builders Application for New Home Warranty Coverage
### EXPRESS LIMITED WARRANTY APPLICATION



1. Certificate Number  5.3.51

Member Number

IN FLORIDA A HOME WARRANTY MAY NOT PROVIDE LISTING PERIOD FREE OF CHARGE
**Important: This document is a part of the new home warranty policy and the Homeowner must receive a copy. Copies of all contract addenda must be attached to this form if items of material or work were not provided by the builder. Material and/or labor provided by the home purchaser are excluded from this warranty as shown on the attached addenda.**
Builder acknowledges that a copy of this document has been provided to the homeowner. *Please Type or Print Legibly*

2. Builder: _Sunrise Construction & Development LLC Mat_   Signature: _____   Date: _1/31/07_
3. Where applicable enter your authorized RM number: _FR120932_
4. Check *ONLY* the type of warranty the customer is to receive:   5. Total Warranty Period _____ Years

6. Homeowner _David L. Taylor_   Spouse/Other: _Amanda A. Taylor_
7. Street Address: _TX 1216 Joy Lane_   Unit #_____   New Phone #: _228-123-1336_
   City: _Ocean Springs_   County: _Jackson_   State: _MS_   Zip Code: _39564_
8. Subdivision Name: _Fairfield Place_   Lot #: _24_   Block #_____
9. Check One: ☑ Single Family Detached   ☐ Townhouse   ☐ Condominium (3 story or less)*
   * If condominium, list effective date of common elements coverage _____ Coverage for common elements shall commence on the date the primary structure housing individual units is completed and common elements coverage on individual units closing after the effective date listed above will not be extended beyond the covered years.
10. Please check the applicable box as to the construction of the house: ☐ Stick Built   ☐ Systems Built - MFG Job #_____
    ☐ HUD Built (If HUD Built is checked you must attach a copy of the foundation inspection report from a licensed authority stating the foundation meets or exceeds HUD specifications.)
11. Mailing address if other than above: _____
12. Closing contract price: $ _224,256.00_   13. Closing Date: _January 31, 2007_
14. Mortgagee: _Hwa, Loan Ctr dba Paulino Tree_   15. Loan #: _6204017_   FHA #: _____
    Address: _173 Technology Drive_   VA #: _____
    City, State, Zip Code: _Irvine, CA 9/615_
16. I acknowledge receipt of the Warranty Documents and Building Standards as indicated.
    ☑ At Contract   ☐ At Closing   ☐ At Walk Through / Orientation
17. Homeowner Signature(s): _____
    This document prepared by: _S. Lize_   18. Phone: _914-157-1407_
                                Builder's Representative

**Instructions:** Applications not received by BBHWA along with required premium within **30 DAYS** of closing are **NOT VALID** and will be voided. Mail the original (white copy) with payment to BBHWA; give the pink copy to the Homeowner and keep the canary copy for your files. Should an error occur do not destroy this numbered form. Mark it void and mail to BBHWA where it will be deleted from the Department of Insurance registry and from the numbered forms assigned to the builder. Premium due is based on contract price.
**Certain items and events are not covered by this warranty. Please refer to the exclusions listed in your warranty document in the section titled "EXCLUSIONS".**

BB-W220 (Rev. 02/05)      White Copy - BBHWA • Canary Copy - Builder/Financial • Pink Copy - Homeowner

Exhibit
3.29