IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | * | MDL DOCKET NO. 2047 |
|  | * |  |
|  | * |  |
| PLAINTIFFS | * |  |
|  | * | Judge Eldon E. Fallon |
|  | * |  |
| V. | * | Magistrate Judge Joseph C. Wilkerson, Jr. |
| KNAUF GIPS KG; | * |  |
| KNAUF PLASTERBOARD | * | Section L |
| TIANJIN COMPANY, LTD | * |  |
| SUN CONSTRUCTION, LLC | * |  |
| SUNRISE CONSTRUCTION, LLC | * |  |
| FICTITIOUS DEFENDANTS A-Z | * |  |
| DEFENDANTS | * |  |

Case No. 2:09cv5500 L/2

## AFFIDAVIT OF NATALIE CULPEPPER

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

    **BEFORE ME,** the undersigned notary, personally came and appeared:

        NATALIE CULPEPER

who, after being duly sworn, did depose and state:

    1.    She is the Director of Operations of Sun Construction, LLC;

2. Exhibits 2.1 - 2.29 attached to the memorandum in support of Sun Construction's Motion to Compel Arbitration and to Stay the Proceedings Pending Arbitration are true and correct copies of the purchase agreements signed by each of Plaintiffs.

3. Exhibits 3.1 - 3.29 attached to the memorandum in support of Sun Construction's Motion to Compel Arbitration and to Stay the Proceedings Pending Arbitration are true and correct copies of the applications for the Bonded Builders Warranty Group warranties purchased by Plaintiffs.

4. Exhibit 4 attached to the memorandum in support of Sun Construction's Motion to Compel Arbitration and to Stay the Proceedings Pending Arbitration is a true and correct copy of the sample policy for the Bonded Builders Warranty Group warranties purchased by Plaintiffs.

_____
Natalie Culpeper

SWORN TO AND SUBSCRIBED
BEFORE ME ON THE 1st DAY
OF MARCH, 2010.
Signed: _____
Print Name: Joy Najolia
Notary/Bar Number: 67710
My Commission expires: Lifetime

Notary attests
to signatures
only