THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEAN AND BETH PAYTON, et al | * | Civil Action No. 09-7628 |
| | * | |
| Plaintiffs | * | |
| | * | Judge Eldon E. Fallon |
| V. | * | |
| | * | Magistrate Judge Joseph C. Wilkerson, Jr. |
| KNAUF GIPS KG, et al | * | |
| | * | Section L |
| Defendants | * | |

## ORDER

Considering the foregoing Notice of Hearing.

IT IS HEREBY ORDERED that Sun Construction, LLC's Motion to Compel Arbitration and to Stay the Proceedings Pending Arbitration be heard on the ____ day of _____ 2010.

**NEW ORLEANS, LOUISIANA, this** _____ **day of** _____ **2010.**

_____
**DISTRICT JUDGE**