THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEAN AND BETH PAYTON, et al | * | Civil Action No. 09-7628 |
| | * | |
| | * | |
| Plaintiffs | * | |
| | * | Judge Eldon E. Fallon |
| | * | |
| V. | * | |
| | * | Magistrate Judge Joseph C. Wilkerson, Jr. |
| KNAUF GIPS KG, et al | * | |
| | * | Section L |
| Defendants | * | |

### REQUEST FOR ORAL ARGUMENT

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Sun Construction, LLC, who, pursuant to Local Rule 78.1E, respectfully request oral argument on its Motion to Compel Arbitration and Stay the Proceedings Pending Arbitration. The Motion request a hearing on April 21st, at 9:00 a.m. before Honorable Judge Eldon E. Fallon, in the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130. Sun Construction, LLC represents that the Motion to Compel Arbitration and Stay the Proceedings Pending Arbitration presents unique issues that need to be discussed in open court.

Respectfully submitted,

**COUHIG PARTNERS, L.L.C.**

BY:

DAVID C. LOEB (LA Bar No. 8660)
DANIEL E. ZELENKA(LA Bar No. 17874)
643 MAGAZINE STREET, SUITE 300
NEW ORLEANS, LA 70130
Telephone 504-588-1288
Facsimile 504-588-9750
dloeb@couhigpartners.com
maherl@couhigpartners.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Request for Oral Argu

Plaintiffs' Liaison Counsel, Russ Hermann at Drywall@hhkc.com,

Counsel, Kerry Miller at Kmiller@frilot.com, and Homebuilder Ster

Counsel Phillip A. Wittmann at pwittman@stonepigman.com a

electronically uploading the same to Lexis Nexis File & Serve in acc

No. 6, and that the foregoing was electronically filed with the Clerk of

District for the Eastern District of Louisiana by using the CM/ECF S

notice of electronic filing in accordance with the procedures establis

_____ day of March, 2010

_____

DAVID C. LOEB