Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0171

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Vintage Properties, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Palm Beach** )

Name of Server: **Jonathan Levy**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **4** day of **February**, 20**10**, at **11:02** o'clock **a** M

Place of Service: at **2400 High Ridge Road**, in **Boynton Beach, FL  33426**

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Vintage Properties, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Susan Schedler, Vice President**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Red**; Facial Hair ____
Approx. Age **35**; Approx. Height **5'4"**; Approx. Weight **120**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **6** day of **February**, 20**10**

Signature of Server
**APS International, Ltd.**

Notary Public    (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Lynne Gowani
Commission #DD810073
Expires: OCT. 30, 2012
BONDED THRU ATLANTIC BONDING CO., INC.