Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0272

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Vernon Construction Corporation
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **FLORIDA** ) ss.
County of: **SARASOTA** )

**Name of Server:** **LYLE M. ROBINSON**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **4** day of **FEBRUARY**, 20**10**, at **8:10** o'clock **A** M

**Place of Service:** at 3201 Bayou Sound , in Longboat Key, FL 34228

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Vernon Construction Corporation**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **JANE VERNON   SECY' TREASURER**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F** ; Skin Color **W** ; Hair Color **Blond** ; Facial Hair **N/A**
Approx. Age **60** ; Approx. Height **5'4** ; Approx. Weight **115**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_[signature]_
Signature of Server

Subscribed and sworn to before me this **4th** day of **Feb** , 20**10**
_[signature]_
Notary Public     (Commission Expires)

**APS International, Ltd.**

SHELLY HUFFMAN
Commission DD 757278
Expires April 28, 2012
Bonded Thru ... insurance 800-385-7019

55217