Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0238

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

**AFFIDAVIT OF SERVICE -- Corporate**

Service of Process on:

--Town Lake Reserve & Golf Club, Inc
Court Case No. 09-7628

State of: _FLORIDA_ ) ss.
County of: _VOLUSIA_ )

**Name of Server:** _BILL PHELPS_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _5TH_ day of _FEBRUARY_, 20 _10_, at _11:15_ o'clock _A_ M

**Place of Service:** at _432 West New York Ave. Suite A_, in _Deland, FL 32720_

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
~~Town~~ Lake Reserve & Golf Club, Inc

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _AMY WHITMARSH, R.A._

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _WHITE_ ; Hair Color _BROWN_ ; Facial Hair _—_
Approx. Age _48_ ; Approx. Height _5'8"_ ; Approx. Weight _140_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Bill Phelps_
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this _10th_ day of _February_, 20 _10_

_____
Notary Public          (Commission Expires)

_4/12/10_



Kevin Whitton
Commission # DD540077
Expires April 12, 2010
Bonded Troy Fain Insurance, Inc. 800-385-7019