Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0201

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Twelve Oaks of Polk County Inc
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Polk** )

**Name of Server:** **Thomas Santarlas**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **4** day of **February**, 20 **10**, at **2** o'clock **P** M

**Place of Service:** at **2280 US Hwy 98 No.**, in **Bartow, FL 33850**

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Twelve Oaks of Polk County Inc**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Jane Boney, President**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F** ; Skin Color **W** ; Hair Color **Blonde** ; Facial Hair **None**
Approx. Age **62** ; Approx. Height **5'8-5'11** ; Approx. Weight **145-165**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Thomas Santarlo*
Signature of Server

Subscribed and sworn to before me this **8** day of **Feb.**, 20 **10**

Notary Public          (Commission Expires)

**APS International, Ltd.**



NOKOMIS PFEIFFER
Commission DD 775982
Expires April 7, 2012
Bonded Thru Troy Fain Insurance 800-385-7019