Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0142

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Toll Estero, Ltd. Partnership, d/b/a Toll Brothers
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

---

State of: __FLORIDA__ ) ss.
County of: __BROWARD__ )

**Name of Server:** __ERIC DEAL__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __3rd__ day of __February__, 20 __10__, at __11:30__ o'clock __A__ M

**Place of Service:** at CT Corporation System, in __Plantation, FL  33324__
1200 South Pine Islane Road

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Toll Estero, Ltd. Partnership, d/b/a Toll Brothers**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: CT Corporation System, Registered Agent, __for contact, Donna Moch, Section Head CT Corp.__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __F__ ; Skin Color __WHITE__ ; Hair Color __BROWN__ ; Facial Hair _____
Approx. Age __40__ ; Approx. Height __5'6"__ ; Approx. Weight __140__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Signature of Server_

**APS International, Ltd.**

Subscribed and sworn to before me this __5__ day of __February__, 20 __10__

_Notary Public_ (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Everton Baggoo
Commission # DD849273
Expires: JAN. 05, 2013
BONDED THRU ATLANTIC BONDING CO., INC.