IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:
SEAN AND BETH PAYTON v. KNAUF GIPS KG, ET AL, CASE NO. 09-7628

**CONSENT MOTION TO EXTEND TIME
TO RESPOND TO THE COMPLAINT**

Defendant Bailey Lumber and Supply Company, ("Bailey's"), by and through its undersigned counsel, and pursuant to Rule 7.9 of the Local Rules of the U.S. District Court for the Eastern District of Louisiana, makes this limited appearance for the limited purpose of moving this Court for an Order extending the time by which it must respond to plaintiffs' Omnibus Class Action Complaint (I) filed in the above-captioned matter, Civil Action No. 09-7628, within MDL No. 2047 (the "Complaint"), and in support thereof, states as follows:

1. On or about February 4, 2010, Bailey's was served with the Complaint.

DOCSBHM\1687800\1\

2. Accordingly, the time for Bailey's to file and serve a response to the Complaint expired on February 24, 2010 pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i).

3. Bailey's has obtained the consent of Plaintiffs' Liaison Counsel to an extension of thirty (30) days for Bailey's to file and serve a response to the Complaint.

4. This extension will not prejudice any of the parties, nor will it delay the Proceedings. Bailey's has not previously requested an extension of time to respond to the Complaint. Accordingly, good cause exists pursuant to Local Rule 7.9 for the granting of this Motion.

WHEREFORE, Defendant, Bailey Lumber and Supply Company, respectfully requests that this Court grant it an extension of thirty (30) days, until March 24, 2010, to respond to Plaintiffs' Omnibus Class Action Complaint (I), filed in the above captioned matter, Civil Action No. 09-7628, within MDL No. 2047.

          Respectfully submitted,

          /s/ Christopher A. Bottcher
          Christopher A. Bottcher
          C. Lee Reeves
          Mary Blanche Hankey

OF COUNSEL:

SIROTE & PERMUTT, P.C.
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel.:  (205) 930-5100
Fax:  (205) 930-5101

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing Notice of Hearing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U. S. Mail and e-mail upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United Stated District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 1st day of March, 2010.

                                    /s/ Christopher A. Bottcher
                                    Of Counsel