UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE MANUFACTURED DRYWALL           MDL NO. 09-2047
PRODUCTS LIABILITY LITIGATION

                                                SECTION L
                                                JUDGE FALLON
                                                MG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

SEAN AND BETH PAYTON, et al.,
vs.
KNAUF GIPS KG., et al.
CASE NO.  2:09-CV-7628
_____/

## ORDER

Upon consideration of the Consent Motion to Extend Time to Respond to the Complaint, filed by Defendant, BANNER SUPPLY COMPANY PORT ST. LUCIE, L.L.C. ("Banner PSL")

IT IS HEREBY ORDERED that the Consent Motion to Extend Time to Respond to the Complaint be and the same is hereby GRANTED; and

IT IS FURTHER ORDERED that Banner PSL shall be granted an additional thirty (30) days to respond to Plaintiffs' Omnibus Class Action Complaint (I), filed in the above-captioned matter, Civil Action No. 09-7628, within MDL No. 2047 (the "Complaint"), up through and including until March 26, 2010.

New Orleans, Louisiana, this  26th  day of February 2010.

                                          _____
                                           Honorable Eldon E. Fallon
                                           United States District Judge