UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE FALLON |
| Sean and Beth Payton, et al. v. Knauf Gips, KG, et al., Case No. 2:09-cv-07628. | MAG. JUDGE WILKINSON |

_____/

**ORDER**

CONSIDERING the Consent Motion for Extension of Time to Respond to Payton Class Action Complaint filed by Defendant, Palm State Construction, Inc.,

IT IS ORDERED that Defendant, Palm State Construction, Inc., is granted a 30 day extension of time to file responsive pleadings to Plaintiffs' Class Action Complaint.

New Orleans, Louisiana, this 26th day of February, 2010.

_____
U.S. District Judge