IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * * | MDL NO. 2047 |
| _____ | * * | SECTION: "L" |
| THIS DOCUMENT RELATES TO: Payton, et al. v. Knauf GIPS KG, et al. | * * * | |
| Case No. 09-7628, Sect. L MAG. 2 | * * * | MAG. JUDGE WILKINSON |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER ON TUSCAN-HARVEY ESTATE HOMES, INC.'S EX PARTE CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

CONSIDERING the Ex Parte Motion for Extension of Time to File Responsive Pleadings filed by Defendant, Tuscan-Harvey Estate Homes, Inc.;

IT IS HEREBY ORDERED that the Motion is GRANTED, and that the deadline for Tuscan-Harvey Estate Homes, Inc., to file responsive pleadings in this case is extended through and including March 26, 2010.

New Orleans, Louisiana, this 26th day of February, 2010.

JUDGE