| | |
|---|---|
| **CASH SALE** | *060804br/Etzel |
| **IMMOVABLE PROPERTY** | |
| **BY:** Design Contractors, LLC | * **UNITED STATES OF AMERICA** |
| (SELLER) | * **STATE OF LOUISIANA** |
| **TO:** Rebecca Green Etzel, wife of / and | * **PARISH OF EAST BATON ROUGE** |
| William T. Etzel | |
| (BUYERS) | |

Elite Title Insurance Agency
13013 Justice Avenue
Baton Rouge, LA 70816

BE IT KNOWN, That on this 21st day of August, 2006

BEFORE ME, the undersigned authority, a Notary Public, duly commissioned and qualified, in and for the State of Louisiana, therein residing, and in the presence of the witnesses hereinafter named and undersigned,

### PERSONALLY CAME AND APPEARED:

**Design Contractors, LLC** (TIN_____), A Louisiana Liability Company, organized under the laws of the State of Louisiana, represented herein by its duly authorized members, whose mailing address is 40177 Boudreaux Street, Prairieville, LA 70769.

(hereinafter referred to as **Seller**, notwithstanding that there may be more than one),

who declared that Seller does, by these presents, grant, bargain, sell, convey, transfer, assign, set over, abandon and deliver, with all legal warranties and with full substitution and subrogation in and to all the rights and actions of warranty which Seller has or may have against all preceding owners and vendors, unto:

Rebecca Green Etzel (SS#***-**-____), wife of/ and William T. Etzel (SS#***-**-4719) both persons of the full age of majority, residents of and domiciled in the Parish of Ascension, State of Louisiana, who declared before me, Notary, under oath that they both have been married but once and then to each other and that they are presently living and residing, having a mailing address of 13578 Slalom Way, Prairieville, LA 70769.

(hereinafter referred to as **Buyer**, notwithstanding that there may be more than one),

here present accepting, and purchasing for Buyer, Buyer's heirs, successors and assigns and acknowledging due delivery and possession thereof, all and singular the following described property, to wit:

**A CERTAIN PIECE OR PORTION OF GROUND**, together with all the buildings and improvements thereon, and all the rights, ways, privileges, servitudes, advantages and appurtenances thereunto belonging or in anywise appertaining, situated in the **PARISH OF Ascension, STATE OF LOUISIANA**, in that subdivision known as LAKES AT ASCENSION CROSSING, and being more particularly described according to the official map of said subdivision, on file and of record in the office of the Clerk and Recorder for the said parish and State as LOT SIXTY-NINE (69), said subdivision, said lot having such measurements and dimensions and being subject to such servitudes as shown on the said map.

The improvements thereon bear the municipal number 13578 Slalom Way Prairieville, La 70769

Being the same property acquired by Design Contractors, LLC from JCM Enterprise, Inc., by act before Kevin D. MCcleary, Notary Public, dated January 6, 2006, recorded at INST#

00625672, , of the official records of the Parish of Ascension, State of Louisiana.

**THIS ACT IS MADE, EXECUTED AND ACCEPTED SUBJECT TO ANY AND ALL RESTRICTIONS, RIGHTS OF WAY, ENCROACHMENTS AND SERVITUDES OF RECORD, INCLUDING, BUT NOT LIMITED TO, THE FOLLOWING, TO-WIT:**

1. Subject to all previously recorded building restrictions, servitudes, building setback lines, and oil, gas and mineral reservations, conveyances, servitudes and leases of record.

2. Restrictions contained in the official records of Ascension Parish, Louisiana, but deleting any covenant, condition or restriction, if any. based upon race, color, religion, sex, handicap, family status, or national origin unless and only to the extent that such covenants, conditions or restrictions (a) are exempt under Chapter 42, Section 3607 of the United States Code or (b) relate to handicap but do not discriminate against handicapped persons.

3. If transfer involves a sale of undeveloped property or new construction, vendor and purchaser acknowledge that purchaser may construct residential improvements on the subject property, and that decisions regarding design and method of construction shall be wholly within the discretion of purchaser, and owing to the peculiarities associated with sub-surface soil bearing capabilities and more particularly, property foundation support, it is understood and agreed by and between vendor and purchaser that vendor specifically makes no warranties with regard to the load bearing capabilities of the sub-surface soil underlying the respective lot or lots, it being understood that it is the duty of purchaser to make whatever test he deems necessary to make a sound engineering decision concerning the load bearing capabilities of the sub-surface soil.

4. The parties hereto further agree that this sale is made subject to all rights of way and/or easements for utilities and/or drainage filed in the office of the Clerk of Court, Parish of Ascension, Louisiana and as shown on plats filed of record, as well as any servitudes granted to public operation of law or private utilities which may be filed of record.

5. Notary takes no responsibility as to any adverse possessory rights, deficiency of quantity of land, boundary line disputes, unrecorded servitudes, easements or encumbrances, or any such other matters as would be determined by an actual survey and physical inspection of the premises.

**REFERENCE TO THE ABOVE IS NOT MEANT TO RE-ESTABLISH OR RECREATE, BUT MERELY FOR THE PURPOSE OF INFORMING THE PARTIES HERETO OF THEIR EXISTENCE IN THE CHAIN OF TITLE.**

To have and to hold the above described property unto the said Buyer, Buyer's heirs, successors and assigns forever.

This sale is made and accepted for and in consideration of the price and sum of **Four Hundred and Twenty-Two Thousand, Seven Hundred and Forty-Five and 72/100 Dollars ($422,745.72)** cash, which the said Buyer has well and truly paid, in ready and current money to the said Seller who hereby acknowledges the receipt thereof and grants full acquittance and discharge therefor.

> The parties hereto waive the production of any and all certificates required by law or customarily obtained and relieve and release me, Notary, from any and all responsibility or liability in connection therewith. The parties also agree to indemnify me, Notary, against any penalty or liability incurred as a result of this waiver.

All State and City taxes up to and including the taxes due and exigible in 2005 are paid as per tax research.

Property taxes for the year 2006 are currently assessed under number 20017709, and are to be assumed by purchaser. All tax and assessment notices are to be mailed to:13578

Slalom Way Prairieville, La 70769

The tax prorations are based upon the best available information obtainable at the time of closing. Any future adjustments on said differences shall be solely between Purchaser and Seller, who herein agree to hold harmless ELITE TITLE INSURANCE AGENCY, INC. If ELITE TITLE INSURANCE AGENCY, INC. holds an estimated amount pending the issuance and/or receipt of the tax bill, Seller agrees to be responsible for any shortage in the estimated amount and ELITE TITLE INSURANCE AGENCY, INC. agrees to refund any overage in the estimated amount.

The parties hereto take cognizance of the fact that no survey has been requested of me, Notary or Elite Title Insurance Agency, Inc., nor was any made, and they do hereby relieve and release me from any liability or responsibility in connection therewith.

The parties hereto declare that they have not requested any Environmental Site Assessment and/or Environmental Impact Study of the herein conveyed property; nor have they requested any kind of study or evaluation of the property or the buildings thereon for any harmful, pollutant or noxious substances (including asbestos); nor have they requested any opinion or evaluation of the useability of said property due to any considerations of the environment (including a declaration that the said property is "wetlands"). The parties further acknowledge that said Notary has advised them of the availability of obtaining any of the above evaluations or studies, and said Notary has further advised them of the potential liabilities inherent in ownership of property with harmful substances or limiting environmental determinations, and, despite all of the above, they have chosen to proceed without such studies; and they do hereby relieve and release me, Notary, from any responsibility in connection therewith.

Title to said property will be taken subject to any and all laws, ordinances or governmental regulations (including but not limited to building and zoning ordinances, Environmental Protection Statutes and/or Department of Environmental Quality Regulations, and/or any US Army Corps of Engineers Wetlands regulations) restricting or prohibiting the occupancy, use or enjoyment of the land, or regulating the character, dimensions or location of any improvements now or hereafter erected on the land, or prohibiting a separation in ownership or a reduction in the dimensions or area of the land, or the effect of any violation of any such law, ordinance or governmental regulation. No guarantees are made relative to compliance with the above and should any zoning, planning or other Parish Ordinances affect this transfer, the parties hereto relieve the Notary, title insurer, and Elite Title Insurance Agency, Inc., for any responsibility to determine or see to compliance of these regulations.

   **THUS DONE AND PASSED**, on the day, month and year herein first above written, in the presence of the undersigned and competent witnesses, who hereunto sign their names with the said appearers, and me, Notary, after reading of the whole.

**WITNESSES:**       **SELLER:**

_____     _____
            Design Contractors, LLC

_____     _____

            _____

            **PURCHASER:**

            _____
            Rebecca Green Etzel

            _____
            William T. Etzel

            _____

            _____

            _____
            **Notary Public**
      **Printed Name:**
      **ID#:**

ELITE TITLE INSURANCE AGENCY, INC.
13013 Justice Ave.
Baton Rouge, LA, 70816