UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SEAN AND BETH PAYTON**, individually, and on behalf of all others similarly situated, [ADDITIONAL PLAINTIFFS LISTED ON SCHEDULE OF PLAINTIFFS FILED IN PROCEEDING]<br>**Plaintiffs,**<br><br>v.<br><br>**KNAUF GIPS KG, ET AL**<br>**DESIGN CONTRACTORS, L.L.C.**<br><br>**Defendants.** | **CASE NO.: 09-7628**<br>**SEC L MAG2**<br><br><br>**MOTION TO DISMISS** |

## AFFIDAVIT

Before me, the undersigned Notary Public, in and for the State of Louisiana, personally came and appeared:

**R. Wayne Close**, a male of the age of majority and domiciliary of Ascension Parish, Louisiana, who, after being duly sworn, did depose and declare,

1.  He is an authorized member of that certain limited liability company known as "**Design Contractors, L.L.C.**, a Louisiana limited liability company, hereinafter referred to as "**Design**".

2.  Before August 21, 2006, Design had built a residential home with a municipal address of 13578 Slalom Way, Prairieville, Louisiana, with standard materials, including sheet rock to cover the interior walls of the dwelling, purchased through local building material providers.

3.  On August 21, 2006, Design sold the home on 13578 Slalom Way, Prairieville, Louisiana to Rebecca Green Etzel wife of/ and William T. Etzel.

4. Design, nor any of its members, nor any installer hired by Design, had any knowledge of any alleged defect complained of in this proceeding filed by the Etzels.

5. Design believes that it is just as much a victim of the complained defects as the Etzels are.

_____
**R. Wayne Close**

Sworn to and subscribed before me this 1st day of March, 2010.

_____
**Earl Reynolds**
Notary Public : Number 10242