## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SLIDELL PROPERTY MANAGEMENT, L.L.C. | * | CIVIL ACTION |
| Plaintiff, | * | NO. 09-6068 |
| VERSUS | * | SECTION L; MAG. 2 |
| KNAUF GIPS KG, ET AL., Defendants. | * | JUDGE FALLON |
| | * | MAGISTRATE JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

\*

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 78.1, Adrian Kornman respectfully requests that oral argument be heard with respect to the hearing of his Motion to Dismiss.

Respectfully submitted,

/s/ James M. Garner
JAMES M. GARNER, T.A. (# 19589)
MARTHA Y. CURTIS (# 20446)
MATTHEW C. CLARK (#31102)
**SHER GARNER CAHILL RICHTER
KLEIN & HILBERT, L.L.C.**
909 Poydras Street, 28th Floor
New Orleans, Louisiana  70112-1033
Telephone: (504) 299-2100
Facsimile:  (504) 299-2300
Attorneys for Defendant
SOUTHERN HOMES, LLC; SPRINGHILL, LLC;
ADRIAN KORNMAN

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Dismiss for Failure to State a Claim upon which Relief can be Granted has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of March, 2010.

/s/ James M. Garner
JAMES M. GARNER