UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | CASE NO. 2:09-MD-2047 SECTION "L" |
| | * | JUDGE FALLON |
| **This document relates to: 09-7628 (Payton)** | * * | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * *

### *EX PARTE* MOTION FOR EXTENSION OF TIME TO PLEAD

Defendant The Mitchell Company ("Mitchell") respectfully moves the Court pursuant to Uniform Local Rule 7.9E for an additional thirty (30) days, through and including March 30, 2010, within which to file motions or responsive pleadings, or otherwise respond to Plaintiffs' Omnibus Class Action Complaint (I) (the "Complaint") filed in the above-captioned matter, Civil Action No. 09-7628, within MDL No. 2047.  Mitchell certifies that it received service of the Complaint on or about February 8, 2010 and that responsive pleadings would otherwise have been due on or about March 1, 2010 pursuant to Federal Rule of Civil Procedure 12.  This is Mitchell's first request for an extension of time in this matter.  Plaintiffs have stated that they have no objection to the requested extension.  This thirty-day extension will neither prejudice any party nor delay the progression of this case.

154271

**WHEREFORE**, The Mitchell Company prays for an additional thirty (30) days, through and including March 30, 2010, within which to file motions or responsive pleadings, or otherwise respond to the Complaint.

Respectfully submitted,

*/s/ Christy C. Harowski*
Steven W. Usdin, 12896  (TA)
susdin@barrassousdin.com
Christy C. Harowski, 30712
charowski@barrassousdin.com
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, LLC
909 Poydras Street, Suite 2400
New Orleans, Louisiana  70112
Telephone:    (504) 589-9700
Facsimile:    (504) 589-9701

*Attorneys for The Mitchell Company*

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Ex Parte* Motion for Extension of Time to Plead has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No.6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of March, 2010.

*/s/ Christy C. Harowski*

154271