UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: "L" |
| **THIS DOCUMENT RELATES TO:** | JUDGE FALLON |
| SEAN AND BETH PAYTON, et al. | MAG. JUDGE WILKINSON |
| vs. | |
| KNAUF GIPS KG, et al. Case No. 2:09-CV-7628 | |

### EXPARTE CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

**NOW INTO COURT,** through undersigned counsel, comes 84 Lumber Company and 84 Lumber Company, LP, sought to be made a Defendants herein, and moves this Court for a 50 day extension of time to file responsive pleadings to the Complaint on the following grounds:

1. Defendants were purportedly served with the Complaint in this case on February 2, 2010. Thus, pursuant to Fed. R. Civ. Pro. 12(a), the deadline for Defendants to file a responsive pleading is February 22, 2010.

2. Defendant requests an additional fifty (50) days to investigate the allegations in the Complaint and to prepare an appropriate responsive pleading.

3. Prior to February 22, 2010, Plaintiffs' Liaison Counsel stated to counsel for the Defendants that Plaintiffs have no objection to this request for an extension of time.

**WHEREFORE,** Defendants pray that this Court grant them an extension of fifty (50) days, through and including April 13, 2010, to file a responsive pleading in this case.

Respectfully submitted,

/s/ S. Manoj Jegasothy
S. Manoj Jegasothy, Esquire, PA ID #80084
Jeffrey R. Wilson, Esquire, PA ID #72735
John G. Ebken, Esquire, PA ID #91031
Marc T. Thirkell, Esquire, PA ID #90995
BUCHANAN INGERSOLL & ROONEY PC
One Oxford Centre, 20th Floor
Pittsburgh, Pennsylvania 15219

Phone: 412-562-8800
Fax:    412-562-1041
*Counsel for 84 Lumber Company, L.P. and*
*84 Lumber Company*

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2010, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or by hand delivery and email or by hand delivery and email upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/ S. Manoj Jegasothy

#5005683-v1;0068175/000284