UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2047 SECTION: "L" |
| **THIS DOCUMENT RELATES TO:** | ) ) | JUDGE FALLON |
| SEAN AND BETH PAYTON, et al. | ) ) | MAG. JUDGE WILKINSON |
| vs. | ) ) | |
| KNAUF GIPS KG, et al. Case No. 2:09-CV-7628 | ) ) | |

**ORDER**

**CONSIDERING** the Ex Parte Consent Motion for Extension of Time filed by Defendants 84 Lumber Company and 84 Lumber Company, LP.

**IT IS HEREBY ORDERED** that the motion is GRANTED and that the deadline for 84 Lumber Company and 84 Lumber Company, LP to file a responsive pleading in this case is extended through and including April 13, 2010.

New Orleans, Louisiana, this _____ day of March, 2010.

_____
U.S. District Judge