**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | SECTION "L" |
| THIS DOCUMENT RELATES TO: | * | |
| | * | JUDGE FALLON |
| DAVID GROSS, CHERYL GROSS, and | * | |
| LOUIS VELEZ, et al. | * | |
| vs. | * | MAG. JUDGE WILKINSON |
| KNAUF GIPS KG, et al. | * | |
| CASE NO. 09-6690 | * | |
| * * * * * * * * * * * * * | * | |

**EX PARTE CONSENT MOTION FOR EXTENSION OF TIME OF**
**DEFENDANT STOCK BUILDING SUPPLY, LLC**

**NOW INTO COURT**, through undersigned counsel, comes Stock Building Supply, LLC ("Stock"), sought to be made defendant herein, which moves this Court for a 30 day extension of time to file responsive pleadings to the Complaint on the following grounds:

1.     Stock was served with the Summons and Complaint in this case on November 13, 2009.  Prior to the entry of Pretrial Order No. 1E, the Court stayed the filing of responsive pleadings in this case.

2.     Pursuant to Pretrial Order No. 1E, the deadline for Stock to file responsive pleadings is March 4, 2010.

3.     Stock requests an additional 30 days to investigate the allegations in the Complaint and prepare appropriate responsive pleadings.

4.     Plaintiffs' Liaison Counsel has stated to the undersigned counsel for Stock that Plaintiffs have no objection and consent to this request for an extension of time for Stock to file responsive pleadings.

**WHEREFORE**, Stock Building Supply, LLC, prays that this Court grant it an extension of 30 days to file responsive pleadings in this case, to and until April 5, 2010.

Respectively submitted,

**HUNTON & WILLIAMS LLP**

*/s/ A. Todd Brown*
A. Todd Brown
Bank of America Plaza
101 South Tryon Street, Suite 3500
Charlotte, NC  28280
Telephone: (704) 378-4700
Facsimile: (704) 378-4890
tbrown@hunton.com

*Counsel for Defendant Stock Building Supply, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of March, 2010.


*/s/ A. Todd Brown*
A. Todd Brown