**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | ) ) ) ) | **MDL Docket No. 2047** |
| **This Document Relates to: Payton, et al. v. Knauf Gips KG, et al., Case No. 09-cv-7628 (E.D. La.)** | ) ) ) ) ) | **SECTION L** **JUDGE FALLON** **MAG. JUDGE WILKINSON** |

**EX PARTE CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS**

COMES NOW, through the undersigned counsel, Defendant Gregg Nieberg, Inc. (hereafter "Defendant"), and respectfully requests that the Court grant it an additional thirty (30) days within which to file responsive pleadings in the above-referenced matter. For all the reasons that follow, the Motion should be granted:

1. On December 9, 2009, Plaintiffs initiated this litigation in the United States District Court for the Eastern District of Louisiana.

2. Defendant was served on February 4, 2010.

3. Defendant requests an additional thirty (30) days to respond to the Class Action Complaint in order to allow for adequate time to investigate the allegations.

4. No prior request for an extension of time has been filed.

5. Plaintiffs' Liaison Counsel has indicated to undersigned counsel for Defendant that Plaintiffs have no objection to this request for an extension of time.

WHEREFORE, Defendant Gregg Nieberg, Inc. respectfully prays that this Court grant it a thirty (30) day extension to answer, move, or otherwise respond to the Class Action Complaint filed against it by Plaintiffs.

s/ S. Greg Burge
S. Greg Burge (AL Bar# ASB-0558-B37S)
gburge@burr.com

Attorney for Defendant
GREGG NIEBERG, INC.

OF COUNSEL:
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing NOTICE OF APPEARANCE has been served upon Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of March, 2010.

/s/ S. Greg Burge
OF COUNSEL