# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 2047<br>SECTION: L |
| **This Document Relates to:** | * | JUDGE: FALLON |
| *Robert C. Pate, as Trustee for the Chinese Drywall Trust* | * * | MAG: WILKINSON |
| *v.* | * | |
| *American International Specialty Lines Insurance Company, et al.* | * * | |
| *Case No. 09-7791* | * | |

### AUTO-OWNERS INSURANCE COMPANY'S JOINDER IN CERTAIN DEFENDANTS' JOINT MOTION TO DISMISS FOR IMPROPER VENUE OR, IN THE ALTERNATIVE, TO TRANSFER ACTION TO THE MIDDLE DISTRICT OF FLORIDA

Defendant AUTO-OWNERS INSURANCE COMPANY ("Auto-Owners"), by and through its counsel, hereby joins in Chartis Specialty Insurance Company (f/k/a American International Specialty Lines Insurance Company) and Lexington Insurance Company's Joint Motion to Dismiss for Improper Venue or, in the Alternative, to Transfer Action to the Middle District of Florida ("Motion")[Rec. Doc. 1326], filed with the Court on February 24, 2010 in this action. Auto-Owners joins, adopts and incorporates the Motion on its own behalf.

For the reasons set forth in the Motion and the accompanying Memorandum of Law, Auto-Owners respectfully requests that this Court dismiss this action pursuant to Fed. R. Civ. P. 12(b)(3) and 28 U.S.C. § 1406(a), or in the alternative, transfer this action to the Middle District of Florida pursuant to 28 U.S.C. § 1406(a).

In addition, Auto-Owners advises the Court that it filed its own Motion to Dismiss and accompanying Memorandum of Law for lack of personal jurisdiction pursuant to Fed. R. Civ. P.

12(b)(2) and for improper venue pursuant to Fed. R. Civ. P. 12(b)(3) [Rec. Doc. 1321]. Auto-Owners requests that this Court also consider its Motion and accompanying Memorandum of Law for the reasons stated therein.

WHEREFORE, Defendant Auto-Owners Insurance Company respectfully requests that this Court grant Chartis Specialty Insurance Company (f/k/a American International Specialty Lines Insurance Company) and Lexington Insurance Company's Joint Motion to Dismiss this action pursuant to Fed. R. Civ. P. 12(b)(3) and 28 U.S.C. § 1406(a). In the alternative, Auto-Owners requests that this Court transfer this action to the United States District Court for the Middle District of Florida pursuant to 28 U.S.C. § 1406(a).

Dated: March 2, 2010

Respectfully submitted:

**LEAKE & ANDERSSON, L.L.P.**

*/s/ Amanda W. Vonderhaar*
_____
**JERRY L. SAPORITO, T.A. (#11717)**
**jsaporito@leakeandersson.com**
**W. PAUL ANDERSSON (#2474)**
**pandersson@leakeandersson.com**
**AMANDA W. VONDERHAAR (#31350)**
**avonderhaar@leakeandersson.com**
1700 Energy Center
1100 Poydras Street
New Orleans, Louisiana 70163-1701
Telephone: (504) 585-7500
Fax: (504) 585-7775
*Attorneys for Auto-Owners Insurance Company, Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **Motion to Join in Chartis Specialty Insurance Company (f/k/a American International Specialty Lines Insurance Company) and Lexington Insurance Company's Joint Motion to Dismiss for Improper Venue or, in the Alternative, to Transfer Action to the Middle District of Florida** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of March, 2010.

>                                  */s/ Amanda W. Vonderhaar*
>                                  _____
>                                  **AMANDA W. VONDERHAAR**