UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEAN AND BETH PAYTON, individually, and on behalf of others similarly situated, [ADDITIONAL PLAINTIFFS LISTED ON SCHEDULE OF PLAINTIFFS, ATTACHED TO COMPLAINT AS EXHIBIT 'A'], | MDL Docket No. 2047 |
| | CLASS ACTION COMPLAINT |
| Plaintiffs, | |
| | JURY TRIAL DEMANDED |
| v. | |
| KNAUF GIPS KG; KNAUF PLASTERBOARD (TIANJIN) CO., LTD.; KNAUF PLASTERBOARD (WUHU), CO., LTD.; KNAUF PLASTERBOARD (DONGGUAN) CO., LTD.; [ADDITIONAL DEFENDANTS, ATTACHED TO COMPLAINT AS EXHIBIT "B"], | |
| Defendants. | |

This document relates to:
Case No.: 2:09-cv-7628

*******************************************************************************

## MOTION FOR EXTENSION OF TIME

NOW INTO COURT, comes defendant Home Town Lumber & Supply, Inc., and moves this Court for an Order pursuant to Local Rule 7.9E granting an extension of thirty (30) days in which to file responsive pleadings, and upon showing there have been no previous formal extensions of time granted by this Court, and said extension of time will give defendant ample opportunity to investigate these claims. Defendant further asserts that this extension of time will not unduly delay this matter or prejudice any other party.

Respectfully submitted,
**DOGAN & WILKINSON, PLLC**

/s/ Thomas L. Musselman
Thomas L. Musselman (La Roll No. 23879)
W. Charles McVea (LA Bar Roll No. 30630)
Robert W. Wilkinson (MS Bar No. 7215)
Kevin M. Melchi (MS Bar No. 101441)
734 Delmas Avenue,
P.O. Box 1618
Pascagoula, Mississippi 39568-1618
Telephone: (228) 762-2272
Facsimile:  (228) 762-3223
-and-
Suite 2900, Energy Center
1100 Poydras Street
New Orleans, LA 70163
**Attorneys for Defendant,
Home Town Lumber & Supply, Inc.**

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Hometown Lumber & Supply Inc's Motion for Extension of Time to FRCP Rule 56 has been served on Plaintiffs' Liaison Counsel, Russ Hermann at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com, and Homebuilder Steering Committees' Counsel Hilarie Bass and Phillip A. Wittmann at pwittman@stonepigman.com and upon all parties by electronically uploading the same to Levis Nexis File& Serve in accordance with Pretiral Order No. 6, and that the foregoing was electronically filed with trhe Clerk of Court of the United States District for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on the 2nd day of March, 2010.

                                                   /s/ Thomas L. Musselman
                                                   Thomas L. Musselman