UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| SEAN AND BETH PAYTON, et al. v. KNAUF GIPS, DG, et al. Case No. 2:09-md-7628 | * * * * | MAG. JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that subject to all reservations of rights and without waiver of any defenses including but not limited to the right to contest service or jurisdiction, Rodney J. Janis, Esquire, and Michael W. Switzer, Esquire, of Adams, Coogler, Watson, Merkel, Barry & Kellner, P.A., enter their appearance on behalf of the Defendant, PROBUILD EAST, LLC, and request that any orders, notices, motions, pleadings, correspondence, etc., be served on the undersigned as counsel of record for Defendant, PROBUILD EAST, LLC .

          Adams, Coogler, Watson, Merkel,
          Post Office Box 2069
          1555 Palm Beach Lakes Blvd., Suite 1600
          West Palm Beach, FL 33402-2069
          (561) 478-4500

          By: /s/Rodney J. Janis
             Rodney J. Janis, Esquire
             Florida Bar # 647896
             E-Mail: rjanis@acwmlaw.com
             Michael W. Switzer, Esquire
             Florida Bar No. 0728268
             E-Mail: mswitzer@acwmlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing document has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this  2nd  day of  March  2010.

/s/ Rodney J. Janis