UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| SEAN AND BETH PAYTON, et al. v. KNAUF GIPS, DG, et al. Case No. 2:09-md-7628 | * * * * | MAG. JUDGE WILKINSON |

*****************************************

## EX-PARTE MOTION FOR EXTENSION OF TIME

NOW COMES, the Defendant, PROBUILD EAST, LLC, by and through the undersigned counsel, and moves this Court for an Order pursuant to Local Rule 7.9E granting an extension of twenty one (21) days in which to file responsive pleadings. There have been no previous extensions of time granted by this Court and this extension of time will give Defendant an opportunity to investigate these claims and will not unduly delay this matter or prejudice any other party. Opposing counsel has no objection to this extension of time.

                                                    Respectfully submitted,
                                                    Adams, Coogler, Watson, Merkel,
                                                    Post Office Box 2069
                                                    1555 Palm Beach Lakes Blvd., Suite 1600
                                                    West Palm Beach, FL 33402-2069
                                                    (561) 478-4500

                                      By:   /s/Rodney J. Janis
                                                Rodney J. Janis, Esquire
                                                Florida Bar # 647896
                                                E-Mail: rjanis@acwmlaw.com
                                                Michael W. Switzer, Esquire
                                                Florida Bar No. 0728268
                                                E-Mail: mswitzer@acwmlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing document has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of March, 2010.

/s/ Rodney J. Janis