UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 <br> SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| SEAN AND BETH PAYTON, et al. <br> v. <br> KNAUF GIPS, DG, et al. <br> Case No. 2:09-md-7628 | * * * * | MAG. JUDGE WILKINSON |

**************************************

## ORDER OF COURT

IT IS HEREBY ORDERED that Defendant, PROBUILD EAST, LLC, be granted a twenty one (21) day extension of time to file responsive pleadings to Plaintiffs' Class Action Complaint.

DONE AND ORDERED this _____ day of March, 2010 in Chambers in New Orleans, Louisiana.

_____
Eldon E. Fallon
United States District Judge
Eastern District of Louisiana