IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:
SEAN AND BETH PAYTON v. KNAUF GIPS KG, ET AL, CASE NO. 09-7628

### ORDER GRANTING CONSENT MOTION FOR BAILEY LUMBER AND SUPPLY COMPANY TO RESPOND TO PLAINTIFFS' COMPLAINT

This matter having come before the Court on the unopposed, Consent Motion of Bailey Lumber and Supply Company, to extend the time for this Defendant to respond to Plaintiffs' Complaint, the Court ORDERS, ADJUDGES, and DECREES as follows:

1. This Motion is due to be, and is hereby **GRANTED**; and

2. Bailey Lumber and Supply Company shall file an Answer or otherwise respond to Plaintiffs' Complaint in this action on or before March 24, 2010.

New Orleans, Louisiana, this ____ day of March, 2010.

ELDON E. FALLON
UNITED STATED DISTRICT JUDGE