UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

SEAN AND BETH PAYTON, et al.

v. KNAUFF GIPS, DG, et al.
Case No. 2:09-cv-07628-EEF-JCW
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

MDL NO. 2047

SECTION:  L

JUDGE FALLON

MAG. JUDGE WILKINSON

## ORDER

**CONSIDERING** the Consent Motion for Extension of Time filed by Defendant, Standard Pacific of South Florida, G.P., Inc.

**IT IS HEREBY ORDERED** that the motion is GRANTED and that the deadline for Standard Pacific of South Florida, G.P., Inc. to file a response to the Payton Complaint in this case is extended through and including March 27, 2010.

New Orleans, Louisiana, this  1st  day of  March , 2010.

_____
U.S. District Judge

1502734v1