UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL    MDL NO. 2047
PRODUCTS LIABILITY LITIGATION          SECTION: L

THIS DOCUMENT RELATES TO:
                                       JUDGE FALLON
SEAN AND BETH PAYTON, et al.

v. KNAUFF GIPS, DG, et al.
Case No. 2:09-cv-07628-EEF-JCW         MAG. JUDGE WILKINSON
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

## ORDER

**CONSIDERING** the Consent Motion for Extension of Time filed by Defendant, Standard Pacific Homes d/b/a Standard Pacific of Colorado, Inc.

**IT IS HEREBY ORDERED** that the motion is GRANTED and that the deadline for Standard Pacific Homes d/b/a Standard Pacific of Colorado, Inc. to file a response to the Payton Complaint in this case is extended through and including March 27, 2010.

New Orleans, Louisiana, this 1st day of March, 2010.

_____
U.S. District Judge

1502725v1