UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL　　　　　MDL NO. 2047
PRODUCTS LIABILITY LITIGATION　　　　　　　　　SECTION: L

THIS DOCUMENT RELATES TO:
　　　　　　　　　　　　　　　　　　　　　　　　JUDGE FALLON
SEAN AND BETH PAYTON, et al.

v. KNAUFF GIPS, DG, et al.
Case No. 2:09-cv-07628-EEF-JCW　　　　　　　　MAG. JUDGE WILKINSON
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

## ORDER

**CONSIDERING** the Consent Motion for Extension of Time filed by Defendant, HWB Construction, Inc.

**IT IS HEREBY ORDERED** that the motion is GRANTED and that the deadline for HWB Construction, Inc. to file a response to the Payton Complaint in this case is extended through and including March 26, 2010.

New Orleans, Louisiana, this  1st  day of   March   , 2010.

　　　　　　　　　　　　　　　　　　　　　　／s／ Eldon E. Fallon
　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge

1502704v1