# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | x x x x x | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT APPLIES TO: | x x x | JUDGE FALLON MAG. JUDGE WILKINSON |
| *Germano, et al v. Taishan Gypsum Co. Ltd,. et al; Docket No. 09-06687* | x x x | |

## ORDER

Considering the foregoing;

It is ordered that the Plaintiffs' Steering Committee's Motion to Substitute Exhibits to Conform to Evidence be and it is hereby GRANTED and Exhibit A to the Affidavit of J.C. Tuthill, marked Exhibits P3.0637-0001-0014, shall be substituted for Exhibits P3.0622-0001-0015 and entered into evidence in the record of these proceedings, along with the Affidavit of J.C. Tuthill.

New Orleans, Louisiana this  26th  day of  February , 2010.

_____
Judge Eldon E. Fallon
United States District Court Judge