# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:
SEAN AND BETH PAYTON v. KNAUF GIPS KG, ET AL, CASE NO. 09-7628

## ORDER GRANTING CONSENT MOTION FOR MAZER'S DISCOUNT HOME CENTERS, INC. TO RESPOND TO PLAINTIFFS' COMPLAINT

This matter having come before the Court on the unopposed, Consent Motion of Mazer's Discount Home Centers, Inc., to extend the time for this Defendant to respond to Plaintiffs' Complaint, the Court ORDERS, ADJUDGES, and DECREES as follows:

1. This Motion is due to be, and is hereby **GRANTED**; and

2. Mazer's Discount Home Centers, Inc. shall file an Answer or otherwise respond to Plaintiffs' Complaint in this action on or before March 30, 2010.

New Orleans, Louisiana, this ____ day of March, 2010.

ELDON E. FALLON
UNITED STATED DISTRICT JUDGE