UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br><br>SECTION "L" |// 

IN RE: CHINESE-MANUFACTURED        MDL No. 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION                         SECTION "L"

This Document Relates to:

CENTERLINE HOMES CONSTRUCTION,     CIVIL ACTION NO.: 2:10-CV-00178
INC., COMPLETED COMMUNITIES II, LLC,
CENTERLINE HOMES AT GEORGETOWN,
LLC, CENTERLINE HOMES, INC.        JUDGE ELDON FALLON

VERSUS
                                   MAGISTRATE JOSEPH WILKINSON, JR.
MID-CONTINENT CASUALTY COMPANY,
THE INSURANCE COMPANY OF THE STATE
OF PENNSYLVANIA, INTERSTATE FIRE &
CASUALTY COMPANY, AMERISURE
INSURANCE COMPANY

**ATTORNEY APPEARANCE FORM**

An appearance is hereby filed by the undersigned as attorney for defendant, AMERISURE INSURANCE COMPANY.

Brian K. Abels

*[signature]*

BOYER, HEBERT & ABELS, LLC
133 Aspen Square, Suite F
Denham Springs, Louisiana 70726
LA Bar Roll Number: 24928
Telephone: (225) 664-4335
Facsimile: (225) 664-4490
Email: babels@boyerhebert.com

RESPECTFULLY SUBMITTED:

BOYER, HEBERT & ABELS, LLC

By: _____
BRIAN K. ABELS, #24928
133 Aspen Square, Suite F
Denham Springs, Louisiana 70726
Telephone: (225) 664-4335

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Attorney Appearance Form** has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically loading the same to Lexis Nexis File & Serve in accordance with Pre-trial Order No. 6, and the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of March, 2010.

_____