**Ashley Cain**

**To:**       Brian K. Abels
**Subject:**   RE: Centerline v. Mid-Continent, et al., Case No. 2:10-cv-00178

---

**From:** Vanessa Serrano [mailto:vserrano@broadandcassel.com]
**Sent:** Friday, February 26, 2010 2:38 PM
**To:** 'Donald E. Elder'; Peter R. Goldman
**Cc:** 'Abraham Sandoval'; Brian Abels
**Subject:** RE: Centerline v. Mid-Continent, et al., Case No. 2:10-cv-00178

Donald,

We have no objection to the extension.  You may represent that we are unopposed to your motion for enlargement.

Thank you,

Vanessa


*Vanessa M. Serrano, Esq.*
ONE FINANCIAL PLAZA, SUITE 2700
FORT LAUDERDALE, FL 33394
TELEPHONE: (954) 764-7060
FACSIMILE: (954) 761-8135
**BIO**
DIRECT LINE: (954) 745-5220
DIRECT FACSIMILE: (954) 713-0996
E-MAIL: VSERRANO@BROADANDCASSEL.COM

---

**From:** Donald E. Elder [mailto:DElder@tresslerllp.com]
**Sent:** Friday, February 26, 2010 2:38 PM
**To:** Peter R. Goldman
**Cc:** Vanessa Serrano; Abraham Sandoval; Brian Abels (babels@boyerhebert.com)
**Subject:** Centerline v. Mid-Continent, et al., Case No. 2:10-cv-00178

Mr. Goldman,

Following up on my voicemail message, I will be representing Amerisure Insurance Company in the above-caption matter.  As noted in my message, I would like to obtain an extension of time to respond to the

1



Complaint.  Are your clients agreeable to providing Amerisure an extension of time up to and including <u>April 20, 2010</u> to file its response to the Complaint? Should you wish to discuss, I am available to do so at your convenience. Thank you for your consideration of this matter, and anticipated professional courtesy.

Best regards,

Donald E. Elder | Partner
Tressler LLP
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606
Telephone: 312-627-4186 | Fax: 312-627-1717 | Cell: 312-520-2502
mailto:delder@tresslerllp.com| www.tresslerllp.com | www.tresslerllp.com/donald-elder

 Thank you for considering the environmental impact of printing emails.

This message, including attachments, is covered by the Electronic Communication Privacy Act, 18 U.S.C., sections 2510-2521, is CONFIDENTIAL and may also be protected by ATTORNEY/CLIENT PRIVILEGE. If you believe you received this e-mail in error, do not read it. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. If the reader of this message is not the intended recipient, I did not intend to waive and do not waive any privileges or confidentiality of this message or the attachments. Please reply to the sender that you have received the message in error, then delete it. Thank you.

IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication, including attachments, was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such taxpayer by the Internal Revenue Service. In addition, if any such tax advice is used or referred to by other parties in promoting, marketing or recommending any partnership or other entity, investment plan or arrangement, then (i) the advice should be construed as written in connection with the promotion or marketing by others of the transaction(s) or matter(s) addresses in this communication and (ii) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

Pursuant to federal regulations imposed on practitioners who render tax advice ("Circular 230"), we are required to advise you that any tax advice contained herein is not intended or written to be used for the purpose of avoiding tax penalties that may be imposed by the Internal Revenue Service. If this advice is or is intended to be used or referred to in promoting, marketing or recommending a partnership or other entity, investment plan or arrangement, the regulations under Circular 230 require that we advise you as follows: (1) this writing is not intended or written to be used, and it cannot be used, for the purpose of avoiding tax penalties that may be imposed on a taxpayer; (2) the advice was written to support the promotion or marketing of the transaction(s) or matter(s) addressed by the written advice; and (3) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

THE INFORMATION CONTAINED IN THIS TRANSMISSION IS ATTORNEY PRIVILEGED AND CONFIDENTIAL. IT IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. ANY ATTACHMENTS TO THIS TRANSMISSION ARE FOR THE SOLE PURPOSE OF CONVEYING THE DIRECT WRITTEN AND COMMONLY VISIBLE COMMUNICATION CONTAINED THEREIN. NO TRANSMISSION OF UNDERLYING CODE OR METADATA IS INTENDED. USE OF ANY ATTACHMENT FOR ANY PURPOSE OTHER THAN RECEIPT OF THE DIRECT WRITTEN COMMUNICATION CONTAINED THEREIN IS STRICTLY PROHIBITED. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY AND RETURN THE ORIGINAL MESSAGE TO THE SENDER. THANK YOU.