UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br><br>SECTION "L" |

This Document Relates to:

| | |
|---|---|
| CENTERLINE HOMES CONSTRUCTION, INC., COMPLETED COMMUNITIES II, LLC, CENTERLINE HOMES AT GEORGETOWN, LLC, CENTERLINE HOMES, INC. | CIVIL ACTION NO.: 2:10-CV-00178<br><br>JUDGE ELDON FALLON |
| VERSUS | |
| MID-CONTINENT CASUALTY COMPANY, THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, INTERSTATE FIRE & CASUALTY COMPANY, AMERISURE INSURANCE COMPANY | MAGISTRATE JOSEPH WILKINSON, JR. |

## ORDER GRANTING ADDITIONAL TIME TO FILE RESPONSIVE PLEADINGS

**CONSIDERING** the above and foregoing Motion:

**IT IS HEREBY ORDERED** that defendant, AMERISURE INSURANCE COMPANY, is allowed until April 20, 2010, to file responsive pleadings in this matter.

New Orleans, Louisiana this ___ day of _____ 2010.

**JUDGE, U.S. DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**