UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br><br>SECTION "L" |
| This Document Relates to: | |
| CENTERLINE HOMES CONSTRUCTION, INC., COMPLETED COMMUNITIES II, LLC, CENTERLINE HOMES AT GEORGETOWN, LLC, CENTERLINE HOMES, INC. | CIVIL ACTION NO.: 2:10-CV-00178<br><br>JUDGE ELDON FALLON |
| VERSUS | |
| MID-CONTINENT CASUALTY COMPANY, THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, INTERSTATE FIRE & CASUALTY COMPANY, AMERISURE INSURANCE COMPANY | MAGISTRATE JOSEPH WILKINSON, JR. |

**MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADINGS**

**NOW INTO COURT**, through undersigned counsel, comes defendant, AMERISURE INSURANCE COMPANY, who prays that it be granted until April 20, 2010, to file responsive pleadings. Counsel for plaintiff has been contacted and has no opposition to this extension of time. A copy of the email between counsel stating the agreement is attached as Exhibit "A" to defendant's motion.

AND FOR ALL GENERAL AND EQUITABLE RELIEF.

RESPECTFULLY SUBMITTED:

**BOYER, HEBERT & ABELS, LLC**

By: _____

BRIAN K. ABELS, #24928
133 Aspen Square, Suite F
Denham Springs, Louisiana 70726
Telephone: (225) 664-4335

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **Memorandum in Support of Unopposed Motion to Extend Time to File Responsive Pleadings** has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically loading the same to Lexis Nexis File & Serve in accordance with Pre-trial Order No. 6, and the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of March, 2010.