UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br><br>SECTION "L" |
| This Document Relates to: | |
| CENTERLINE HOMES CONSTRUCTION, INC., COMPLETED COMMUNITIES II, LLC, CENTERLINE HOMES AT GEORGETOWN, LLC, CENTERLINE HOMES, INC. | CIVIL ACTION NO.: 2:10-CV-00178<br><br>JUDGE ELDON FALLON |
| VERSUS | |
| MID-CONTINENT CASUALTY COMPANY, THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, INTERSTATE FIRE & CASUALTY COMPANY, AMERISURE INSURANCE COMPANY | MAGISTRATE JOSEPH WILKINSON, JR. |

## CORPORATE DISCLOSURE STATEMENT OF AMERISURE INSURANCE COMPANY

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant, AMERISURE INSURANCE COMPANY provides the following corporate disclosures:

1. Defendant, Amerisure Insurance Company is a wholly owned subsidiary of Amerisure Mutual Insurance Company, which recently converted from a mutual insurance company to a stock insurance company. Amerisure Mutual Insurance Company is a wholly owned subsidiary of Amerisure, Inc. an intermediate holding company, which is wholly owned and controlled by Amerisure Mutual Holdings, Inc., a Michigan mutual insurance holding company.

2. No publically held corporation owns 10% or more of the stock of either Amerisure Insurance Company.

                                     Respectfully submitted,

                                     **BOYER, HEBERT & ABELS, LLC**

By: _____
      **BRIAN K. ABELS, #24928**
      133 Aspen Square, Suite F
      Denham Springs, Louisiana 70726
      Telephone: (225) 664-4335
      *Attorney for defendant, Amerisure Insurance Company*