UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 2047 |
| IN RE: CHINEESE MANUFACTURED DRYWALL | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE FALLON |
| Olschewski, *et al.* v. Centerline Homes, Inc., *et al.* | : | MAG. JUDGE WILKINSON |
| Case No.: 09-06751 | : | |

### DEFENDANT CENTERLINE HOMES, INC.'S MOTION TO DISMISS COMPLAINT AND STRIKE CLAIMS FOR ATTORNEYS' FEES

Defendant, Centerline Homes, Inc., by and through its undersigned counsel and pursuant to Rule 12(b)(6), Federal Rules of Civil Procedure, hereby moves this Honorable Court for the entry of an Order dismissing the Complaint and striking claims for attorneys' fees for the reasons set forth in the attached Memorandum of Law.

WHEREFORE, Defendant Centerline Homes, Inc. respectfully requests that this Court dismiss the Complaint and grant such other and further relief as this Court deems just and proper.

Dated March 2, 2010

Respectfully submitted,

By: __/s/ Vanessa M. Serrano_____
PETER R. GOLDMAN
Florida Bar No. 860565
VANESSA M. SERRANO
Florida Bar No. 51555
BROAD AND CASSEL
100 S.E. Third Ave., Ste. 2700
Fort Lauderdale, FL 33394
Telephone: (954) 764-7060
Facsimile: (954) 761-8135
pgoldman@broadandcassel.com
vserrano@broadandcassel.com

*Counsel for Centerline Homes, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of March, 2010.

        /s/ Vanessa M. Serrano_____
       Vanessa M. Serrano

4839-0823-0917.1
34720/0038