UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br><br>SECTION "L" |
| This Document Relates to: | |
| CENTERLINE HOMES CONSTRUCTION, INC., COMPLETED COMMUNITIES II, LLC, CENTERLINE HOMES AT GEORGETOWN, LLC, CENTERLINE HOMES, INC.<br><br>VERSUS<br><br>MID-CONTINENT CASUALTY COMPANY, THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, INTERSTATE FIRE & CASUALTY COMPANY, AMERISURE INSURANCE COMPANY | CIVIL ACTION NO.: 2:10-CV-00178<br><br>JUDGE ELDON FALLON<br><br>MAGISTRATE JOSEPH WILKINSON, JR. |

## NOTICE OF APPEARANCE *PRO HAC VICE*

In accordance with the Uniform Local Rules for the United States District Court for the Eastern District of Louisiana, Local Rule 83.2.6E, notice is made by Donald E. Elder, Anthony N. Balice, and Abraham Sandoval of the law firm Tressler LLP, to appear *pro hac vice* to the bar of this Court for the purpose of appearing on behalf of Defendant, Amerisure Insurance Company, in the above described action. Counsel are ineligible to become members of the bar of this Court, but they are members in good standing of the bar of the United States District Court for the Northern District of Illinois and/or the United States Court of Appeals for the Seventh Circuit. There have been no disciplinary proceedings or criminal charges instituted against us.

Also, in accordance with Local Rules for the United States District Court for the Eastern District of Louisiana, local counsel is Brian K. Abels, of the law firm Boyer, Hebert & Abels, LLC.

                                          Respectfully Submitted,

                                          /s/ Donald E. Elder

                                          Donald E. Elder

                                          /s/ Anthony N. Balice

                                          Anthony N. Balice

                                          /s/ Abraham Sandoval

                                          Abraham Sandoval

                                          Tressler LLP
                                          22nd Floor
                                          233 South Wacker Drive
                                          Chicago, Illinois   60606-6308
                                          Telephone: (312) 627-4000

                                          Lead Counsel for Amerisure
                                          Insurance Company

                                          *[signature]*

                                          Brian K. Abels
                                          Boyer, Hebert & Abels, LLC
                                          133 Aspen Square, Suite F
                                          Denham Springs, Louisiana 70726
                                          Telephone: (225) 664-4335

                                          Local Counsel for Amerisure
                                          Insurance Company

Doc. No. 348973

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Notice of Appearance *Pro Hac Vice*** has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically loading the same to Lexis Nexis File & Serve in accordance with Pre-trial Order No. 6, and the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of March, 2010.