UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

THIS DOCUMENT RELATES TO

SEAN PAYTON, et al., v. KNAUF GIPS KG, et al.
CASE NO. 09-7628

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

## HPH PROPERTIES, LLC'S MOTION TO DISMISS

COMES NOW Defendant, HPH Properties, LLC, by and through the undersigned counsel hereby moves this Honorable Court to issue an Order dismissing Plaintiffs' claims under Fed. R. Civ. P. Rule 12(b) (2) and (3) for the reasons articulated in the attached memorandum. Specifically, , HPH Properties, LLC is not subject to, nor has it submitted to, the jurisdiction of this Court and, accordingly, the Eastern District of Louisiana is an improper venue for the proceedings against HPH Properties, LLC.

WHEREFORE, Defendant HPH Properties, LLC prays that its Motion to Dismiss pursuant to Fed. R. Civ. P. 12 be granted and that this Honorable Court dismiss the plaintiffs' claims against HPH as this Court does not have personal jurisdiction over HPH Properties, LLC and the Eastern District of Louisiana is an improper venue for any claims against HPH Properties, LLC.

Respectfully submitted on this the 2nd day of March, 2010.

    /s/ Amy C. Lambert
Harry J. "Skip" Philips (#2047)
Amy C. Lambert (#24348)
Attorneys for HPH Properties, LLC

OF COUNSEL:
TAYLOR, PORTER, BROOKS & PHILLIPS
8th Floor, Chase Tower
P.O. Box 2471
Baton Rouge, LA 70821
(225) 387-3221
(225) 346-8049 *facsimile*

    /s/ Lucy W. Jordan
James A. Kee, Jr., KEE005
Lucy W. Jordan, JOR037
Attorneys for HPH Properties, LLC

<u>OF COUNSEL:</u>

KEE & SELBY, LLP
1900 International Park Drive, Suite 220
Birmingham, Alabama 35243
(205) 968-9900
(205) 968-9909 *facsimile*

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the above and foregoing Motion to Dismiss has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 2nd day of March, 2010.

                                                /s/ Amy C. Lambert
                                                OF COUNSEL