UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL          MDL NO. 09-2047
PRODUCTS LIABILITY LITIGATION

                                                            JUDGE FALLON
                                                            MAG. JUDGE WILKINSON

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

THIS DOCUMENT RELATES TO

SEAN PAYTON, et al., v. KNAUF GIPS KG, et al.
CASE NO. 09-7628

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

STATE OF ALABAMA     )
                              )
JEFFERSON COUNTY   )

## AFFIDAVIT OF ALAN HOWARD

1. My name is Alan Howard and I am one of the managing partners of HPH Properties, LLC. I am over the age of nineteen (19) years, of sound mind, and I have personal knowledge of the matters and facts contained in this affidavit.

2. I make this affidavit in connection with the lawsuit styled *Sean Payton, et al., v. Knauf GIPS KG, et al.*, (hereinafter the "Lawsuit") filed in the United States District Court for the Eastern Division of Louisiana as Civil Action No. 2:09-cv-07628- and assigned MDL No. 09-2047.

3. HPH Properties, LLC (hereinafter "HPH") is an Alabama corporation and maintains its only place of business in Alabama.

4. HPH is a construction company, and has never had a location outside of Alabama.

5. HPH has never constructed any house, building or other structure in the state of Louisiana.

6. HPH has never sought a business license in Louisiana, or been licensed to conduct business in Louisiana.

7. HPH has never maintained a business listing, telephone number or business address in Louisiana.

8. HPH has never owned any real property in Louisiana.

9. HPH has never maintained or operated any factories, warehouses, or offices in Louisiana.

10. HPH has never advertised in Louisiana.

11. HPH has never marketed or promoted sales of any products or services in Louisiana.

12. HPH has never maintained bank accounts in Louisiana.

Further Affiant saith not.

This the ____ day of February, 2010.

HPH Properties, LLC

By: _____
Alan Howard
Partner

STATE OF ALABAMA )
JEFFERSON COUNTY )

    I, the undersigned, a Notary Public in and for said County, in said State, hereby certify that Alan Howard, whose name is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that, being informed of the contents of such instrument, Alan Howard executed the same voluntarily on the day the same bears date.

    Given under my hand, this 26 day of February, 2010.

*Ashley Elizabeth Ray*
Notary Public
My commission expires: Nov 14, 2012

(SEAL)