UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL    MDL NO. 09-2047
PRODUCTS LIABILITY LITIGATION

JUDGE FALLON
MAG. JUDGE WILKINSON

▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪

THIS DOCUMENT RELATES TO

SEAN PAYTON, et al., v. KNAUF GIPS KG, et al.
CASE NO. 09-7628

▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪

### NOTICE OF HEARING

PLEASE TAKE NOTICE that Defendant, HPH Properties, LLC., has filed the attached Motion to Dismiss. PLEASE TAKE FURTHER NOTICE that the Motion will be brought on for hearing on March 24, 2010 at 9:00 a.m. before the Honorable Eldon E. Fallon.

Respectfully submitted,

 /s/ Amy C. Lambert
Harry J. "Skip" Philips (#2047)
Amy C. Lambert (#24348)
Attorneys for HPH Properties, LLC

1

2

OF COUNSEL:
TAYLOR, PORTER, BROOKS & PHILLIPS
8th Floor, Chase Tower
P.O. Box 2471
Baton Rouge, LA 70821
(225) 387-3221
(225) 346-8049 *facsimile*

      /s/ Lucy W. Jordan
James A. Kee, Jr., KEE005
Lucy W. Jordan, JOR037
Attorneys for HPH Properties, LLC

OF COUNSEL:

KEE & SELBY, LLP
1900 International Park Drive, Suite 220
Birmingham, Alabama 35243
(205) 968-9900
(205) 968-9909 *facsimile*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing Notice of Hearing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 2nd day of March, 2010.

        /s/ Amy C. Lambert
        OF COUNSEL