UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: Olschewski, *et al.* v. Centerline Homes, Inc., *et al.* Case No.: 09-06751 | : : : | JUDGE FALLON MAG. JUDGE WILKINSON |

**NOTICE OF FILING EXHIBITS TO DEFENDANT CENTERLINE HOMES, INC.'S MOTION TO DISMISS COMPLAINT AND STRIKE CLAIMS FOR ATTORNEYS' FEES**

  Defendant, Centerline Homes, Inc., by and through its undersigned counsel, hereby gives notice of filing Exhibits A and B to Centerline Homes, Inc.'s Motion to Dismiss Complaint and Strike Claims for Attorneys' Fees (DE #1505), which were inadvertently not filed as attachments to the Motion.

  WHEREFORE, Defendant Centerline Homes, Inc. respectfully requests that this Court dismiss the Complaint and grant such other and further relief as this Court deems just and proper.

Dated March 2, 2010

Respectfully submitted,

By: __/s/ Vanessa M. Serrano_____
  PETER R. GOLDMAN
  Florida Bar No. 860565
  VANESSA M. SERRANO
  Florida Bar No. 51555
  BROAD AND CASSEL
  100 S.E. Third Ave., Ste. 2700
  Fort Lauderdale, FL 33394
  Telephone: (954) 764-7060
  Facsimile: (954) 761-8135
  pgoldman@broadandcassel.com
  vserrano@broadandcassel.com

  *Counsel for Centerline Homes, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of March, 2010.

           /s/ Vanessa M. Serrano_____
           Vanessa M. Serrano

4839-0823-0917.1
34720/0038