UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047<br><br>Section L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

**PLAINTIFF'S NOTICE OF
DROPPING PARTY WITHOUT PREJUDICE**

Plaintiff, MARK ANGLADA, individually and on behalf of all others similarly situated, hereby respectfully files this notice of dropping the following party from this action with respect to the property located at 20 Kaylen Drive, Perkingston, MS 39573 without prejudice: O'NEAL HOMES, INC.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the above and foregoing **PLAINTIFF'S NOTICE OF DROPPING PARTY WITHOUT PREJUDICE** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U. S. Mail and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Count of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in

accordance with the procedures established in MDL 2047, on this the **3rd day of March, 2010.**

                                                By:    s/Kasie M. Braswell  
                                                          Kasie M. Braswell (AL Bar No. BRA127)  
                                                          TAYLOR MARTINO ZARZAUR, P.C.  
                                                          P. O. Box 894  
                                                          Mobile, AL 36601  
                                                          PH:    251-433-3131  
                                                          FX:    251-405-5090  
                                                          Kasie@taylormartino.com