UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * CIVIL ACTION * NO.: 09-2047 * * * |
| PERTAINS TO: INSURANCE | * SECTION: "L" (2) * |
| *Patricia & Glenn Bourgeois v. Allstate Indemnity Co., et al* *CA No. 10-0052* | * * * |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF APPEARANCE

Paul A. Tabary, III, Daniel L. Dysart, Elizabeth R. Borne, and Lacey Tabary hereby give notice of their appearance as counsel of record for Louisiana Citizens Property Insurance Corporation in this case and request that copies of all pleadings, filings, and other documents served in this case be served upon the undersigned pursuant to the procedures established by the Court.

Respectfully submitted:

DYSART & TABARY, L.L.P.

*/s/ Lacey Tabary*_____
PAUL A. TABARY, III (#12623)
DANIEL L. DYSART (#5156)
ELIZABETH R. BORNE (#30403)
LACEY TABARY (#31982)
Three Courthouse Square
Chalmette, Louisiana 70043
Telephone: (504) 271-8011

## C E R T I F I C A T E OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 3rd day of March, 2010.

>*/s/ Lacey Tabary*
>Lacey Tabary, #30403
>Attorney for Defendant, LCPIC
>Dysart & Tabary, LLP
>Three Courthouse Square
>Chalmette, LA 70043
>Telephone: (504) 271-8011

2