UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | CASE NO. 2:09-MD-2047 SECTION "L" |
| | * | JUDGE FALLON |
| **This document relates to: 09-7628 (Payton)** | * * | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Unopposed *Ex Parte* Motion for Extension of Time to Plead,

**IT IS ORDERED** that defendant The Mitchell Company be and hereby is **GRANTED** an additional thirty (30) days, through and including March 30, 2010, within which to file motions or responsive pleadings, or otherwise respond to Plaintiffs' Omnibus Class Action Complaint (I).

New Orleans, Louisiana, this 3rd day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE

154271