UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 2047 |
| | * | |
| THIS DOCUMENT RELATES TO: | * * | SECTION "L" |
| DAVID GROSS, CHERYL GROSS, and LOUIS VELEZ, et al. vs. KNAUF GIPS KG, et al. CASE NO. 09-6690 | * * * * * | JUDGE FALLON MAG. JUDGE WILKINSON |

## ORDER

**CONSIDERING** the Ex Parte Consent Motion for Extension of Time of Stock Building Supply, LLC,

**IT IS HEREBY ORDERED** that the motion is GRANTED and that the deadline for Stock Building Supply, LLC to file responsive pleadings in this case is extended until April 5, 2010.

New Orleans, Louisiana, this 3rd day of March, 2010.

_____
U.S. District Court Judge