# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | )<br>)<br>)    MDL Docket No. 2047<br>)<br>)    SECTION L<br>)    JUDGE FALLON<br>)    MAG. JUDGE WILKINSON |
| This Document Relates to:<br>Payton, et al. v. Knauf Gips KG, et al.,<br>Case No. 09-cv-7628 (E.D. La.) | |

## ORDER ON EX PARTE CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

CONSIDERING the Ex Parte Motion for Extension of Time to File Responsive Pleadings filed by Defendant Gregg Nieberg, Inc.;

IT IS HEREBY ORDERED that the Motion is GRANTED, and that the deadline for Defendant Gregg Nieberg, Inc. to file responsive pleadings in this case is extended through and including March 26, 2010.

New Orleans, Louisiana, this __3rd__ day of March, 2010.

_____
JUDGE