UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEAN AND BETH PAYTON, individually, and on behalf of others similarly situated, [ADDITIONAL PLAINTIFFS LISTED ON SCHEDULE OF PLAINTIFFS, ATTACHED TO COMPLAINT AS EXHIBIT 'A'], | MDL Docket No. 2047 |
| | CLASS ACTION COMPLAINT |
| Plaintiffs, | |
| | JURY TRIAL DEMANDED |
| v. | |
| KNAUF GIPS KG; KNAUF PLASTERBOARD (TIANJIN) CO., LTD.; KNAUF PLASTERBOARD (WUHU), CO., LTD.; KNAUF PLASTERBOARD (DONGGUAN) CO., LTD.; [ADDITIONAL DEFENDANTS, ATTACHED TO COMPLAINT AS EXHIBIT "B"], | |
| Defendants. | |

This document relates to:
Case No.: 2:09-cv-7628

******************************************************************************

## ORDER

Considering the above and foregoing,

IT IS ORDERED that Defendant Home Town Lumber & Supply, Inc. be granted a thirty (30) day extension of time to file responsive pleadings to Plaintiffs' Class Action Complaint.

New Orleans, Louisiana, this __3rd__ day of __March_____, 2010.

_____
**UNITED STATES DISTRICT JUDGE**