IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

MDL NO. 09-2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
SEAN AND BETH PAYTON v. KNAUF GIPS KG, ET AL, CASE NO. 09-7628

## ORDER GRANTING CONSENT MOTION FOR MAZER'S DISCOUNT HOME CENTERS, INC. TO RESPOND TO PLAINTIFFS' COMPLAINT

This matter having come before the Court on the unopposed, Consent Motion of Mazer's Discount Home Centers, Inc., to extend the time for this Defendant to respond to Plaintiffs' Complaint, the Court ORDERS, ADJUDGES, and DECREES as follows:

1. This Motion is due to be, and is hereby **GRANTED**; and

2. Bailey Lumber and Supply Company shall file an Answer or otherwise respond to Plaintiffs' Complaint in this action on or before March 30, 2010.

New Orleans, Louisiana, this 3rd day of March, 2010.

ELDON E. FALLON
UNITED STATED DISTRICT JUDGE

DOCSBHM\1688263\1\