UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL　　　　MDL No. 2047
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　SECTION: L

THIS DOCUMENT RELATES TO:

　　　　　　　　　　　　　　　　　　　　　　　　JUDGE FALLON

Payton, et al. v. Knauf GIPS KG, et al.
Case No. 2:09-CV-07628　　　　　　　　　　　　MAG. JUDGE WILKINSON
_____/

## NOTICE OF APPEARANCE

COMES NOW, the undersigned law firm of Ogden, Sullivan & O'Connor, and hereby files its Notice of Appearance as counsel on behalf of Defendant PRECISION DRYWALL. It is respectfully requested that all future pleadings, documents and correspondence be served upon the undersigned in connection with this action.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　By:　/s/ Kieran F. O'Connor
　　　　　　　　　　Kieran F. O'Connor, Esquire
　　　　　　　　　　Florida Bar No. 896829
　　　　　　　　　　Ogden, Sullivan & O'Connor, P.A.
　　　　　　　　　　111 N Orange Ave.
　　　　　　　　　　Suite 850
　　　　　　　　　　Orlando, FL 32801
　　　　　　　　　　Telephone: (407) 843-2100
　　　　　　　　　　Facsimile: (407) 843-2061
　　　　　　　　　　koconnor@ogdensullivan.com
　　　　　　　　　　*Attorneys for Defendant Precision Drywall*

**CERTIFICATE OF SERVICE**

 I HEREBY CERTIFY that this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 3rd day of March, 2010.

            /s/ Kieran F. O'Connor
            Kieran F. O'Connor, Esq.