UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: | SECTION: L |
| | JUDGE FALLON |
| Payton, et al. v. Knauf GIPS KG, et al.<br>Case No. 2:09-CV-07628 | MAG. JUDGE WILKINSON |
| _____ / | |

## EX PARTE CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

COMES NOW, by and through its undersigned counsel, PRECISION DRYWALL (the "Defendant"), and hereby moves this Court for a thirty (30) day extension of time to file responsive pleadings to the Complaint on the following grounds:

1. Defendant was served with the Complaint in this case on or about February 11, 2010. Thus, pursuant to F.R.C.P. 12(a), the deadline for Defendant to file a responsive pleading is March 3, 2010.

2. Defendant requests an additional thirty (30) days to investigate the allegations in the Complaint and to prepare an appropriate responsive pleading.

3. Plaintiffs' Liaison Counsel has stated to undersigned counsel for the Defendant that Plaintiffs have no objection to this request for an extension of time.

WHEREFORE, Defendant, PRECISION DRYWALL, moves for an order granting it an extension of thirty (30) days, through and including April 2, 2010, to file a responsive pleading in this case.

Respectfully submitted,

By: /s/ Kieran F. O'Connor
Kieran F. O'Connor, Esquire
Florida Bar No. 896829

Ogden, Sullivan & O'Connor, P.A.
111 N Orange Ave.
Suite 850
Orlando, FL 32801
Telephone: (407) 843-2100
Facsimile: (407) 843-2061
koconnor@ogdensullivan.com
*Attorneys for Defendant Precision Drywall*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 3rd day of March, 2010.

/s/ Kieran F. O'Connor

Kieran F. O'Connor, Esq.