UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE FALLON |
| Payton, et al. v. Knauf GIPS KG, et al. Case No. 2:09-CV-07628 | MAG. JUDGE WILKINSON |
| _____ / | |

## **ORDER**

CONSIDERING the Ex Parte Consent Motion for Extension of Time filed by Defendant RJL DRYWALL, INC.,

IT IS HEREBY ORDERED that the Motion is GRANTED and that the deadline for RJL DRYWALL, INC. to file a response to the Omnibus Class Action Complaint in this case is extended through and including April 8, 2010.

New Orleans, Louisiana, this ____ day of _____, 2010.

_____
United States District Judge