UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | CIVIL ACTION NO. 09-2047 <br><br> JUDGE FALLON |
| This Document Relates to: <br> David Gross, et al. v. Knauf Gips KG, et al, <br> Case No.09-6690 (E.D. La) | MAGISTRATE WILKINSON |

### MOTION TO WITHDRAW AND ENROLL / SUBSITUTE COUNSEL

**NOW INTO COURT**, through undersigned counsel comes defendants **Builders Gypsum Supply, LLP and Builders Gypsum Supply Co., Inc.** reserving all rights to object to jurisdiction, venue or service and preserving all defenses respectfully request William Daniel Wellons, Beverly Klundt Baudouin, and William Bryon Schwartz of Baldwin Haspel Burke & Mayer, LLC be allowed to withdraw as counsel of record and the following attorneys to be formally enrolled and substituted as counsel of record:

TAYLOR, PORTER, BROOKS, & PHILLIPS L.L.P.

Harry J. "Skip" Philips (#2047)
Margaret L. Tooke (#19810)
Amy C. Lambert (#24348)
John M. Parker, Jr. (#32629)
451 Florida Street, 8th Floor
P.O. Box 2471
Baton Rouge, LA 70821
Phone: (225)387-3221
Fax:(225)346-8049

The undersigned on December 18, 2009 filed a "Notice of Appearance and Request to Substitute Counsel" but was recently informed by the Clerk's Office that a Motion to Withdraw/Substitute and Order should also be filed.

526572.1

WHEREFORE defendants **Builders Gypsum Supply, LLP and Builders Gypsum Supply Co., Inc.** prays that William Daniel Wellons, Beverly Klundt Baudouin, and William Bryon Schwartz of Baldwin Haspel Burke & Mayer, LLC be allowed to withdraw as counsel of record and that Harry J. Philips, Margaret Tooke, Amy C. Lambert, and John M. Parker, Jr. of Taylor, Porter, Brooks & Phillips be substituted as counsel of record.

Respectfully submitted,

TAYLOR, PORTER, BROOKS, & PHILLIPS L.L.P.

By: /s/ Amy C. Lambert
 Harry J. "Skip" Philips (#2047)
 Margaret L. Tooke (#19810)
 Amy C. Lambert (#24348)
 John M. Parker, Jr. (#32629)
 451 Florida Street, 8th Floor
 P.O. Box 2471
 Baton Rouge, LA 70821
 Phone: 225-387-3221
 Fax: 225-346-8049
 Skip.philips@taylorporter.com
 Amy.Lambert@taylorporter.com
*Attorneys for Builders Gypsum Supply, LLP and Builders Gypsum Supply Co., Inc*

BALDWIN HASPEL BURKE & MAYER, LLC

 William Daniel Wellons (Bar #18498)
 Energy Centre - 22nd Floor
 1100 Poydras Street
 New Orleans, LA 70113
 504.569.2900 (phone)
 504.569.2099 (fax)
 dwellons@bhbmlaw.com

526572.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw and Substitute Counsel has been served on plaintiff's liaison counsel Russ Herman and Defendant liaison counsel, Kerry Miller, by U.S. Mail and Email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047, on this 3rd day of March, 2010.

s/Amy C. Lambert

526572.1