UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | CIVIL ACTION NO. 09-2047 JUDGE FALLON |
| This Document Relates to: David Gross, et al. v. Knauf Gips KG, et al, Case No.09-6690 (E.D. La) | | MAGISTRATE WILKINSON |

### ORDER

Considering the motion of defendants **Builders Gypsum Supply, LLP and Builders Gypsum Supply Co., Inc.** to enroll/substitute new counsel and withdraw former counsel;

IT IS HEREBY ORDERED that William Daniel Wellons, Beverly Klundt Baudouin, and William Bryon Schwartz of Baldwin Haspel Burke & Mayer, LLC be allowed to withdraw as counsel of record and the following attorneys to be formally enrolled and substituted as counsel of record:

TAYLOR, PORTER, BROOKS, & PHILLIPS L.L.P.

Harry J. "Skip" Philips (#2047)
Margaret L. Tooke (#19810)
Amy C. Lambert (#24348)
John M. Parker, Jr. (#32629)
451 Florida Street, 8th Floor
P.O. Box 2471
Baton Rouge, LA 70821
Phone: (225)387-3221
Fax:(225)346-8049

Signed this ____ day of _____, 2010, New Orleans, Louisiana.

_____
JUDGE, United States Court
for the Eastern District of Louisiana

526573.1