UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| SEAN AND BETH PAYTON, et al. | * | |
| vs. | * | |
| KNAUF GIPS, DG., et al. | * | MAG. JUDGE WILKINSON |
| Case No. 2:09-CV-7628 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## EX PARTE CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

**NOW INTO COURT,** through undersigned counsel, comes Woodland Enterprises, Inc. (the "Defendant"), sought to be made a defendant herein, and moves this Court for a 30 day extension of time to file responsive pleadings to the Complaint on the following grounds:

1. Defendant was served with the Complaint in this case on March 1, 2010. Thus, pursuant to Fed. R. Civ. Pro. 12(a), the deadline for Defendant to file a responsive pleading is March 22, 2010.

2. Defendant requests an additional thirty (30) days to investigate the allegations in the Complaint and to prepare an appropriate responsive pleading.

3. Plaintiffs' Liaison Counsel has stated to undersigned counsel for the Defendant that Plaintiffs have no objection to this request for an extension of time.

{FT655669;1}

**WHEREFORE**, Defendant prays that this Court grant it an extension of thirty (30) days, through and including April 21, 2010, to file a responsive pleading in this case.

> **AKERMAN SENTERFITT**
> Las Olas Centre II, Suite 1600
> 350 East Las Olas Boulevard
> Fort Lauderdale, FL  33301-2229
> Phone:  (954) 463-2700
> Fax:  (954) 463-2224
>
>
> /s/ Stacy Bercun Bohm
>    Stacy Bercun Bohm, Esq.
>    Florida Bar Number:  022462
>    Email:  stacy.bohm@akerman.com
>    Valerie B. Greenberg, Esq.
>    Florida Bar Number: 026514
>    Email:  valerie.greenberg@akerman.com
>
> *Attorneys for Defendant Woodland Enterprises, Inc.*

Co-Counsel for R. Fry Builders, Inc.
Brent B. Barriere (La. Bar No. 2818)
Susie Morgan (La. Bar No. 18133)
D. Skylar Rosenbloom (La. Bar No. 31309)
Canal Place
365 Canal Street · Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Telecopier:  (504) 568-9130
Email:  Brent.barriere@phelps.com
           Susie.morgan@phelps.com
           Skylar.rosenbloom@phelps.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 4, 2010, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or by hand delivery and email upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/ Stacy Bercun Bohm

{FT655669;1}