UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO:<br>SEAN AND BETH PAYTON, et al.<br>vs.<br>KNAUF GIPS, DG., et al.<br>Case No. 2:09-CV-7628 | * * * * * | JUDGE FALLON<br><br><br><br>MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

**CONSIDERING** the Ex Parte Consent Motion for Extension of Time filed by Defendant, Woodland Enterprises, Inc.

**IT IS HEREBY ORDERED** that the motion is GRANTED and that the deadline for Woodland Enterprises, Inc., to file a responsive pleadings in this case is extended through and including April 21, 2010.

New Orleans, Louisiana, this___ day of March, 2010.

_____
U.S. District Judge

{FT655734;1}