IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED　　　　　　MDL No. 2047
　　　　DRYWALL PRODUCTS LIABILITY　　　　SECTION 1
　　　　LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　Judge Fallon
　　　　　　　　　　　　　　　　　　　　　　　Magistrate Judge Wilkinson

This Document Relates to: Case No. 09-7628 (Payton)
-----------------------------------------------------------------/

## NOTICE OF REMOVAL TO RECEIVE ELECTRONIC FILING NOTICES

Charles J. Cacciabeve, Charlotte L. Warren and Karen L. Persis (collectively the "Carlton Fields Lawyers") through undersigned counsel, hereby files their Notice of Removal to Receive Electronic Filing Notices in the above-referenced case effective immediately.

1.　　On or about March 1, 2010 undersigned counsel filed a Notice of Appearance as local counsel to ICI Homes, Inc., and Intervest Construction, Inc. ("Our Clients") on behalf of the Carlton Fields Lawyers.

2.　　On or about March 2, 2010, Arnold Levin sent undersigned counsel a letter stating Our Clients will be dropped as Defendants in this action. A copy of said letter is attached hereto.

3.　　Accordingly, Carlton Fields Lawyers no longer have an interest or any involvement in this case and request that their names be removed from the electronic notification system (CM/ECF) and Lexis/Nexis File and Serve for the following individuals: ccacciabeve@carltonfields.com; cwarren@carltonfields.com; kpersis@carltonfields.com and bjaros@carltonfields.com.

16479658.1

/s/ *Charles J. Cacciabeve*
Charles J. Cacciabeve, Esquire
Florida Bar No. 329908
Charlotte L. Warren, Esquire
Florida Bar No. 065803
CARLTON FIELDS, P.A.
P.O. Box 1171
Orlando, FL 32801
Telephone 407 849-0300
Facsimile 407 648-9099
Attorney for Defendants
ICI Homes, Inc.
Intervest Construction Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice has been served on Plaintiffs' Liaison Counsel, Russ Herman and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis/Nexis File and Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of March 2010.

/s/ *Charles J. Cacciabeve*
Attorney

16479658.1

# LEVIN, FISHBEIN, SEDRAN & BERMAN

*Counsellors at Law and Proctors in Admiralty*

ARNOLD LEVIN
MICHAEL D. FISHBEIN
HOWARD J. SEDRAN
LAURENCE S. BERMAN
FRED S. LONGER *
DANIEL C. LEVIN
CHARLES E. SCHAFFER
AUSTIN B. COHEN
MICHAEL M. WEINKOWITZ *
CHARLES C. SWEEDLER *
MATTHEW C. GAUGHAN * †

* also admitted in New Jersey
† also admitted in New York

510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106-3697

TELEPHONE (215) 592-1500
FACSIMILE (215) 592-4663

**VIA TELECOPIER**

March 2, 2010

Charles J. Cacciabeve, Esquire
CARLTON, FIELDS
CNL Center at City Commons
450 S. Orange Avenue, Suite 500
Orlando, FL 32801-3336

RE: *Chinese Drywall Litigation, MDL No. 2047*

Dear Mr. Cacciabeve:

Reference is made to your letter of March 2, 2010. Please be advised that the entities set forth in that letter will be dropped as defendants in an Amended Complaint. You need not enter an appearance nor file any responsive pleadings.

Very truly yours,

ARNOLD LEVIN

dcm

cc: C. David Durkee, Esquire