UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) | MDL No. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**

PAYTON    NO. 09-07628

### EX PARTE MOTION FOR EXTENSION OF TIME

**NOW INTO COURT**, through undersigned counsel, comes Duo-Fast Construction, Inc., pursuant to LR 7.9E of the Uniform Local Rules of the United States District Court for the Eastern District, which moves this Court for an additional twenty (20) days from the date of signing of the attached Order to complete their investigations and to file responsive pleadings to the Complaint, with a full reservation of rights, including the right to object to the jurisdiction of this Court. Defendant has not been granted any previous extension and counsel for the plaintiff has filed no objection to an extension.

Respectfully submitted,

**GAUDRY, RANSON,
HIGGINS & GREMILLION, L.L.C.**

_____
**THOMAS L. GAUDRY, JR. T.A. (#5980)
WADE A. LANGLOIS, III (#17681)**
Oakwood Corporate Center
401 Whitney Avenue, Suite 500
Gretna, Louisiana 70056
Telephone: (504) 362-2466   Fax: (504) 362-5938
Emails: tgaudry@grhg.net and wlanglois@grhg.net
Attorneys for Duo-Fast Construction, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **EX PARTE MOTION FOR EXTENSION OF TIME** has been served on Plaintiffs' Liaison Counsel, Russ Herman and Leonard Davis, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of __March__, 2010.

_____
Wade A. Langlois, III, LSBA #17681

G:\2918\0054\Pleadings\Mt Extension of Time.wpd