UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) THIS DOCUMENT RELATES TO ALL CASES ) ) ) | MDL No. 2047 <br><br> SECTION: L <br><br> JUDGE FALLON <br> MAG. JUDGE WILKINSON |

**EX PARTE MOTION AND INCORPORATED MEMORANDUM
TO APPOINT LEAD COUNSEL FOR INSTALLERS**

By Order entered August 26, 2009, the Court appointed a Homebuilders Steering Committee ("HSC").  *See* Pre-Trial Order No. 7B.  Undersigned counsel was appointed to the HSC and designated as "Local Chair."  Pre-Trial Order No. 7B also appointed Hilarie Bass as "Chair" of the HSC.  Subsequently, by Order entered November 4, 2009,  undersigned counsel was appointed as Homebuilders and Installers Liaison Counsel ("HILC").  *See* Pre-Trial Order No. 18.  As HILC and a member of the HSC, undersigned counsel has worked closely with and relied upon Ms. Bass, as "Chair" of the HSC.  Undersigned counsel respectfully requests that the Court appoint a lead counsel for the Installers with whom he can coordinate issues specific to the Installers.

Undersigned counsel respectfully requests that the Court appoint Robert V. Fitzsimmons of Kirk & Caldwell, Brickell Bayview Centre, Suite 3000, 80 Southwest 8th Street, Miami, FL 33130, to serve as lead counsel for the Installers.  A copy of Mr. Fitzsimmons' CV is attached.  Mr. Fitzsimmons already is heavily involved in the Drywall litigation.  He currently has appeared in the MDL on behalf of two Installers.  He has attended all monthly status conferences and the recent *Germano* proceedings.  Further, he also serves as the Defense Liaison Counsel in the Miami Dade Chinese Drywall litigation before Judge Farina, as well as the Installer Liaison

Counsel and the scheduling liaison for all parties.  Additionally, he was the defense co-chair of the first seminar on Chinese Drywall hosted by HarrisMartin in Orlando and has given webinars on the litigation for DRI and IADC.  In sum, Mr. Fitzsimmons is well-qualified to serve as Installers Lead Counsel and will be able to assist undersigned counsel in performing his duties as HILC.

        Respectfully submitted,

*/s/ Phillip A. Wittmann*
Phillip A. Wittmann, 13625
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
pwittmann@stonepigman.com

Homebuilders' and Installers' Liaison Counsel

-3-

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing motion has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of March, 2010.

        */s/ Phillip A. Wittmann*
        Phillip A. Wittmann, 13625
        STONE PIGMAN WALTHER WITTMANN L.L.C.
        546 Carondelet Street
        New Orleans, Louisiana 70130
        Phone: 504-581-3200
        Fax:    504-581-3361
        pwittmann@stonepigman.com

        Homebuilders' Liaison Counsel

1009521v.1