# ROBERT V. FITZSIMMONS, ESQ.
2512 Abaco Avenue
Coconut Grove, Florida  33133

Employment

| | |
|---|---|
| September 2009 – present | *Rumberger, Kirk & Caldwell*<br> Shareholder in 60 attorney trial firm, specializing in construction, products liability and general liability defense litigation |
| October 2002 – August 2009 | *Kubicki Draper*<br>Shareholder in 60 attorney trial firm, specializing in construction, products liability, insurance coverage and general liability defense litigation |
| April 1998 – September 2002 | *Marlow, Connell, Valerius, Adler & Abrams*<br>Trial lawyer in 30 attorney firm, handling construction, products liability and general liability defense litigation |
| June 1988 – April 1998 | *Fitzsimmons & Associates*<br>Principal of small general civil practice, including liability and commercial litigation |
| May 1986 – May 1988 | *Valdes-Fauli, Cobb & Petrey*<br>Trial lawyer in 30 attorney full service commercial firm |
| May 1984 – April 1986 | *Casuso & Trompeter*<br>Trial lawyer in three attorney in personal injury and toxic tort defense practice |
| July 1982 – April 1984 | *Underwood, Gillis, Karcher, Reinert, & Casuso*<br>Trial lawyer in nine attorney personal injury and maritime defense practice |
| July 1981 – June 1982 | *Hayden & Milliken*<br>Miami, Florida<br>Full time law clerk in 5 attorney admiralty firm |
| January 1978 - June 1981 | *IBM Corporation*<br>Marketing Representative, Office Systems Division |

**Education**

| | |
|---|---|
| May 1982 | *Fordham University School of Law*<br>New York, NY<br>Juris Doctor |
| May 1977 | *College of the Holy Cross*<br>Worcester, MA<br>Bachelor of Arts |

**Admissions**

Florida Bar, 1982 - *Board Certified in Construction Law*

United States District Court for the Southern District of Florida, 1983

United States District Court for the Middle District of Florida, 2005

**Professional Organizations**

International Association of Defense Counsel (IADC) – Construction Committee Programs Chair

Defense Research Institute (DRI) – Construction Committee Specialized Law Group Chair

Florida Defense Lawyers Association (FDLA)

Florida Bar Construction Committee