UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) THIS DOCUMENT RELATES TO ALL CASES ) ) ) | MDL No. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |

## EX PARTE MOTION AND INCORPORATED MEMORANDUM TO APPOINT LEAD COUNSEL FOR INSTALLERS

Considering the foregoing Ex Parte Motion and Incorporated Memorandum to Appoint Lead Counsel for Installers,

IT IS ORDERED that Robert V. Fitzsimmons of Kirk & Caldwell, Brickell Bayview Centre, Suite 3000, 80 Southwest 8th Street, Miami, FL 33130, be and he hereby is appointed to serve as lead counsel for the Installers.  As lead counsel for the Installers he shall assist and coordinate Installers' issues with Phillip A. Wittmann, the duly appointed Homebuilders and Installers Liaison Counsel.

NEW ORLEANS, LOUISIANA this _____ day of _____, 2010.

_____
DISTRICT JUDGE

1009750v.1