**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | ) | |
| DRYWALL PRODUCTS LIABILITY | ) | MDL NO. 2047 |
| LITIGATION | ) | |
| | ) | SECTION: L |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | JUDGE FALLON |
| Gross, et al. v. Knauf Gips KG, et al., | ) | |
| CASE NO.: 2:09-06690 | ) | MAG. JUDGE WILKINSON |
| | ) | |

**ANSWER, AFFIRMATIVE DEFENSES,**
**AND CROSS-CLAIMS OF USG CORPORATION**

Defendant, USG Corporation, by and through its undersigned attorneys, hereby files its Answer, Affirmative Defenses, and Cross-Claims in response to Plaintiffs' Amended Class Action Complaint ("Plaintiffs' Complaint") and says:

1.     Paragraph 1 contains legal conclusions to which no response is required and further contains factual allegations which Defendant lacks information sufficient to admit or deny; therefore, Defendant denies the allegations of Paragraph 1 to the extent a response is required.  Defendant further states that this lawsuit does not meet the standards for a class action.

2.     Paragraph 2 contains legal conclusions to which no response is required.  To the extent a response is required to any factual allegations in Paragraph 2, Defendant denies the allegations.  Defendant further states that this lawsuit does not meet the standards for a class action.

3.     Defendant lacks information sufficient to admit or deny the allegations of Paragraph 3 and, therefore, denies the same

4.     Defendant lacks information sufficient to admit or deny the allegations of Paragraph 4 and, therefore, denies the same.

5.      Defendant lacks information sufficient to admit or deny the allegations of Paragraph 5 and, therefore, denies the same.

6.      Defendant denies the allegations of Paragraph 6 to the extent that they apply to it. Defendant lacks information sufficient to admit or deny the allegations of Paragraph 6 and, therefore, denies the same.

7.      In response to the allegations of Paragraph 7, Defendant denies that it designed, manufactured, exported, imported, distributed, delivered, supplied, inspected, marketed and/or sold drywall installed in the home of Louis Velez.  Defendant lacks information sufficient to admit or deny the remaining allegations of Paragraph 7 and, therefore, denies the same.

8.      Defendant denies the allegations of Paragraph 8 to the extent that they apply to it. Defendant lacks information sufficient to admit or deny the remaining allegations of Paragraph 8 and, therefore, denies the same.

9.      Defendant lacks information sufficient to admit or deny the allegations of Paragraph 9 and, therefore, denies the same.

10.     Defendant lacks information sufficient to admit or deny the allegations of Paragraph 10 and, therefore, denies the same.

11.     Defendant denies the allegations of Paragraph 11 to the extent that they apply to it.  Defendant lacks information sufficient to admit or deny the remaining allegations of Paragraph 11 and, therefore, denies the same.

12.     Defendant lacks information sufficient to admit or deny the allegations of Paragraph 12 and, therefore, denies the same.

13.     In response to the allegations of Paragraph 13, Defendant denies that it designed, manufactured, exported, imported, distributed, delivered, supplied, inspected, marketed and/or

sold drywall installed in the home of David and Cheryl Gross. Defendant lacks information sufficient to admit or deny the remaining allegations of Paragraph 13 and, therefore, denies the same.

14.     Defendant denies the allegations of Paragraph 14 to the extent that they apply to it. Defendant lacks information sufficient to admit or deny the remaining allegations of Paragraph 14 and, therefore, denies the same.

15.     In response to the allegations of Paragraph 15, Defendant admits that Gebr. Knauf Verwaltungsgesellschaft KG was a shareholder of USG Corporation. In December 2009, the shares owned by Gebr. Knauf Verwaltungsgesellschaft KG were transferred to C&G Verwaltungs GmbH, an indirect subsidiary of Gebr. Knauf Verwaltungsgesellschaft KG. Defendant admits that Knauf Gips is a manufacturer of building materials headquartered in Germany. Defendant further admits, upon information and belief, that Knauf has a wallboard manufacturing plant in Tianjin, China, and that the manufacture of wallboard in the plant is directly or indirectly controlled by Knauf  Gips or its affiliates. Defendant lacks information sufficient to admit or deny the remaining allegations of Paragraph 15 and, therefore, denies the same.

16.     Paragraph 16 contains legal conclusions to which no response is required. In further response to the allegations of Paragraph 16, Defendant admits, upon information and belief, that Knauf has three wallboard manufacturing plants in China, which are located in Wuhu, Tianjin, and Donnguan, and that the manufacture of wallboard in the plants is directly or indirectly controlled by Knauf Gips or its affiliates. Defendant lacks information sufficient to admit or deny the remaining allegations of Paragraph 16 and, therefore, denies the same.

17.    In response to the allegations of Paragraph 17, Defendant admits that in 2006 L&W Supply Corporation purchased wallboard manufactured in China by Knauf, and further admits, upon information and belief, that Knauf sold wallboard to other distributors in the United States.  L&W Supply Corporation's purchases were made at a time when there was a shortage of domestically manufactured wallboard.  Defendant lacks information sufficient to admit or deny the remaining allegations of Paragraph 17 and, therefore, denies the same.

18.    Paragraph 18 contains legal conclusions to which no response is required.  In further response to the allegations of Paragraph 18, Defendant admits, upon information and belief, the allegations contained in the second and fourth sentences of Paragraph 18 of Plaintiffs' Complaint.  As to the third sentence of Paragraph 18, Defendant admits, upon information and belief, that Knauf Plasterboard (Tianjin) Co., Ltd. distributed and sold drywall to numerous purchasers in the United States and that its drywall is installed in numerous structures in the United States.  Defendant lacks information sufficient to admit or deny the remaining allegations of Paragraph 18 and, therefore, denies the same.

19.    Paragraph 19 contains legal conclusions to which no response is required.  In further response to the allegations of Paragraph 19, Defendant admits, upon information and belief, the allegations contained in the second and fourth sentences of Paragraph 19 of Plaintiffs' Complaint.  As to the third sentence of Paragraph 19, Defendant admits, upon information and belief, that Knauf Plasterboard (Wuhu) Co., Ltd. distributed and sold drywall to numerous purchasers in the United States and that its drywall is installed in numerous structures in the United States.  Defendant lacks information sufficient to admit or deny the remaining allegations of Paragraph 19 and, therefore, denies the same.

20.     Paragraph 20 contains legal conclusions to which no response is required.   In further response to the allegations of Paragraph 20, Defendant admits, upon information and belief, the allegations contained in the second and fourth sentences of Paragraph 20 of Plaintiffs' Complaint.  As to the third sentence of Paragraph 20, Defendant admits, upon information and belief, that Knauf Plasterboard (Dongguan) Co., Ltd. distributed and sold drywall to numerous purchasers in the United States and that its drywall is installed in numerous structures in the United States.  Defendant lacks information sufficient to admit or deny the remaining allegations of Paragraph 20 and, therefore, denies the same.

21.     In response to the allegations of Paragraph 21, Defendant admits, upon information and belief, the existence of a company named Knauf Insulation GmbH, which has facilities in Shelbyville, Indiana.  Defendant lacks information sufficient to admit or deny the remaining allegations of Paragraph 21 and, therefore, denies the same.

22.     Defendant lacks information sufficient to admit or deny the allegations of Paragraph 22 and, therefore, Defendant denies the same.

23.      In response to the allegations of Paragraph 23, Defendant admits that Georgia Pacific is involved in the manufacture and sale of drywall.  Defendant lacks information sufficient to admit or deny the remaining allegations of Paragraph 23 and, therefore, denies the same.

24.     Paragraph 24 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

25.     Paragraph 25 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

26.     Paragraph 26 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

27.     Paragraph 27 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

28.     Paragraph 28 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

29.     Paragraph 29 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

30.     Paragraph 30 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

31.     Paragraph 31 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

32.     Paragraph 32 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

33.     Paragraph 33 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

34.     Paragraph 34 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

35.     Paragraph 35 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

36.     Paragraph 36 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

37.     Paragraph 37 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

38.     Paragraph 38 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

39.     Paragraph 39 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

40.     Paragraph 40 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

41.     Paragraph 41 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

42.     Paragraph 42 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

43.     Paragraph 43 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

44.     Paragraph 44 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

45.     Paragraph 45 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

46.     Paragraph 46 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

47.     Paragraph 47 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

48.     Paragraph 48 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

49.     Paragraph 49 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

50.     Paragraph 50 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

51.     Paragraph 51 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

52.     Paragraph 52 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

53.     Paragraph 53 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

54.     Paragraph 54 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

55.     Paragraph 55 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

56.     Paragraph 56 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

57.     Paragraph 57 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

58.     Paragraph 58 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

59.     Paragraph 59 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

60.     Paragraph 60 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

61.     Paragraph 61 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

62.     Paragraph 62 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

63.     Paragraph 63 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

64.     Paragraph 64 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

65.     Paragraph 65 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

66.     Paragraph 66 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

67.     Paragraph 67 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

68.     Paragraph 68 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

69.     Paragraph 69 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

70.     Paragraph 70 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

71.     Paragraph 71 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

72.     Paragraph 72 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

73.     Paragraph 73 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

74.     Paragraph 74 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

75.     Paragraph 75 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

76.     Paragraph 76 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

77.     Paragraph 77 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

78.     Paragraph 78 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

79.     Paragraph 79 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

80.     Paragraph 80 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

81.     Paragraph 81 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

82.     Paragraph 82 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

83.     Paragraph 83 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

84.     Paragraph 84 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

85.     Paragraph 85 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

86.     Paragraph 86 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

87.     Paragraph 87 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

88.     Paragraph 88 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

89.     Paragraph 89 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

90.     In response to the allegations of Paragraph 90, Defendant admits that it is a Delaware corporation, and that it conducts business in Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina, and Virginia.  Defendant further admits that L&W Supply Corporation is a subsidiary of USG Corporation, that L&W Supply Corporation conducts business under the name Seacoast Supply in certain locations in Alabama, Louisiana and Florida, and that L&W

Supply Corporation is the leading specialty building products distribution business in the United States.  Defendant denies any allegations of Paragraph 90 not explicitly admitted.

91.     In response to the allegations of Paragraph 91, Defendant admits that L&W Supply Corporation is a Delaware corporation that conducts business in Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina, and Virginia and that L&W Supply Corporation is a subsidiary of USG Corporation.  Defendant also admits that L&W Supply Corporation conducts business under the name Seacoast Supply in certain locations in Alabama, Louisiana and Florida.

92.     Paragraph 92 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

93.     Paragraph 93 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

94.     Paragraph 94 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

95.     Paragraph 95 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

96.     Paragraph 96 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

97.     Paragraph 97 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

98.     Paragraph 98 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

99.     Paragraph 99 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

100.     Paragraph 100 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

101.     Paragraph 101 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

102.     Paragraph 102 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

103.     Paragraph 103 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

104.     Paragraph 104 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

105.     Paragraph 105 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

106.     Paragraph 106 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

107.     Paragraph 107 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

108.     Paragraph 108 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

109.     Paragraph 109 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

110.     Paragraph 110 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

111.     In response to the allegations of Paragraph 111, Defendant admits that All Interior Supply, Inc. is a Florida corporation with its principal place of business in Hialeah, Florida, and that it is a supplier of drywall and other construction products.  Defendant denies the remaining allegations of Paragraph 111.

112.     Paragraph 112 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

113.     Paragraph 113 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

114.     Paragraph 114 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

115.     Paragraph 115 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

116.     Paragraph 116 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

117.     Paragraph 117 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

118.     Paragraph 118 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

119.     Paragraph 119 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

120.     Paragraph 120 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

121.    Paragraph 121 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

122.    Paragraph 122 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

123.    Paragraph 123 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

124.    Paragraph 124 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

125.    Paragraph 125 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

126.    Paragraph 126 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

127.    Paragraph 127 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

128.    Paragraph 128 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

129.    Paragraph 129 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

130.    Paragraph 130 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

131.    Paragraph 131 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

132.    Paragraph 132 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

133.    Paragraph 133 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

134.    Paragraph 134 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

135.    Paragraph 135 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

136.    Paragraph 136 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

137.    Paragraph 137 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

138.    Paragraph 138 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

139.    Paragraph 139 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

140.    Paragraph 140 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

141.    Paragraph 141 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

142.    Paragraph 142 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

143.    Paragraph 143 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

144.    Paragraph 144 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

145.    Paragraph 145 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

146.    Paragraph 146 contains legal conclusions and/or factual allegations regarding another defendant that require no response.

147.    Defendant denies the allegations of Paragraph 147 to the extent that they apply to it.   The remaining allegations of Paragraph 147 contain legal conclusions and/or factual allegations regarding other parties that require no response.   Defendant further states that this case is not properly the subject of an industry wide alternative liability theory.

148.    Defendant denies the allegations of Paragraph 148 to the extent that they apply to it.   The remaining allegations of Paragraph 148 contain legal conclusions and/or factual allegations regarding other parties that require no response.   Defendant further states that this case is not properly the subject of an industry wide alternative liability theory.

149.    Defendant denies the allegations of Paragraph 149 to the extent that they apply to it.   The remaining allegations of Paragraph 149 contain legal conclusions and/or factual allegations regarding other parties that require no response.   Defendant further states that this case is not properly the subject of an industry wide alternative liability theory.

150.    Defendant denies the allegations of Paragraph 150 to the extent that they apply to it.   The remaining allegations of Paragraph 150 contain legal conclusions and/or factual

allegations regarding other parties that require no response.  Defendant further states that this case is not properly the subject of an industry wide alternative liability theory.

151.    Defendant denies the allegations of Paragraph 151 to the extent that they apply to it.  The remaining allegations of Paragraph 151 contain legal conclusions and/or factual allegations regarding other parties that require no response.  Defendant further states that this case is not properly the subject of an industry wide alternative liability theory.

152.    Defendant denies the allegations of Paragraph 152 to the extent that they apply to it.  The remaining allegations of Paragraph 152 contain legal conclusions and/or factual allegations regarding other parties that require no response.  Defendant further states that this case is not properly the subject of an industry wide alternative liability theory.

153.    Defendant denies the allegations of Paragraph 153 to the extent that they apply to it.  The remaining allegations of Paragraph 153 contain legal conclusions and/or factual allegations regarding other parties that require no response.

154.    Defendant denies the allegations of Paragraph 154 to the extent that they apply to it.  The remaining allegations of Paragraph 154 contain legal conclusions and/or factual allegations regarding other parties that require no response.

155.    Defendant denies the allegations of Paragraph 155 to the extent that they apply to it.  The remaining allegations of Paragraph 155 contain legal conclusions and/or factual allegations regarding other parties that require no response.

156.    Defendant denies the allegations of Paragraph 156 to the extent that they apply to it.  The remaining allegations of Paragraph 156 contain legal conclusions and/or factual allegations regarding other parties that require no response.

157.     Defendant denies the allegations of Paragraph 157 to the extent that they apply to it.   The remaining allegations of Paragraph 157 contain legal conclusions and/or factual allegations regarding other parties that require no response.

158.     Defendant denies the allegations of Paragraph 158 to the extent that they apply to it.   The remaining allegations of Paragraph 158 contain legal conclusions and/or factual allegations regarding other parties that require no response.

159.     Defendant denies the allegations of Paragraph 159 to the extent that they apply to it.   The remaining allegations of Paragraph 159 contain legal conclusions and/or factual allegations regarding other parties that require no response.

160.     Defendant denies the allegations of Paragraph 160 to the extent that they apply to it.   The remaining allegations of Paragraph 160 contain legal conclusions and/or factual allegations regarding other parties that require no response.

161.     Defendant denies the allegations of Paragraph 161 to the extent that they apply to it.   The remaining allegations of Paragraph 161 contain legal conclusions and/or factual allegations regarding other parties that require no response.

162.     Defendant denies the allegations of Paragraph 162 to the extent that they apply to it.   The remaining allegations of Paragraph 162 contain legal conclusions and/or factual allegations regarding other parties that require no response.

163.     Defendant denies the allegations of Paragraph 163 to the extent that they apply to it.   The remaining allegations of Paragraph 163 contain legal conclusions and/or factual allegations regarding other parties that require no response.

164.    Defendant denies the allegations of Paragraph 164 to the extent that they apply to it.    The remaining allegations of Paragraph 164 contain legal conclusions and/or factual allegations regarding other parties that require no response.

165.    The allegations of Paragraph 165 contain legal conclusions and/or factual allegations regarding other parties that require no response.

166.    Defendant denies the allegations of Paragraph 166 to the extent that they apply to it.    The remaining allegations of Paragraph 166 contain legal conclusions and/or factual allegations regarding other parties that require no response.

167.    Defendant denies the allegations of Paragraph 167 to the extent that they apply to it.    The remaining allegations of Paragraph 167 contain legal conclusions and/or factual allegations regarding other parties that require no response.

168.    Defendant denies the allegations of Paragraph 168 to the extent that they apply to it.    The remaining allegations of Paragraph 168 contain legal conclusions and/or factual allegations regarding other parties that require no response.

169.    Defendant denies the allegations of Paragraph 169 to the extent that they apply to it.    The remaining allegations of Paragraph 169 contain legal conclusions and/or factual allegations regarding other parties that require no response.

170.    Defendant denies the allegations of Paragraph 170 to the extent that they apply to it.    The remaining allegations of Paragraph 170 contain legal conclusions and/or factual allegations regarding other parties that require no response.

171.    Defendant denies the allegations of Paragraph 171 to the extent that they apply to it.    The remaining allegations of Paragraph 171 contain legal conclusions and/or factual allegations regarding other parties that require no response.

172.     Defendant denies the allegations of Paragraph 172 to the extent that they apply to it.   The remaining allegations of Paragraph 172 contain legal conclusions and/or factual allegations regarding other parties that require no response.

173.     Defendant denies the allegations of Paragraph 173 to the extent that they apply to it.   The remaining allegations of Paragraph 173 contain legal conclusions and/or factual allegations regarding other parties that require no response.

174.     Defendant denies the allegations of Paragraph 174 to the extent that they apply to it.   The remaining allegations of Paragraph 174 contain legal conclusions and/or factual allegations regarding other parties that require no response.

175.     Defendant denies the allegations of Paragraph 175 to the extent that they apply to it.   The remaining allegations of Paragraph 175 contain legal conclusions and/or factual allegations regarding other parties that require no response.

176.     Defendant denies the allegations of Paragraph 176 to the extent that they apply to it.   The remaining allegations of Paragraph 176 contain legal conclusions and/or factual allegations regarding other parties that require no response.

177.     The allegations of Paragraph 177 contain legal conclusions and/or factual allegations regarding other parties that require no response.

178.     The allegations of Paragraph 178 contain legal conclusions and/or factual allegations regarding other parties that require no response.

179.     The allegations of Paragraph 179 contain legal conclusions and/or factual allegations regarding other parties that require no response.

180.     The allegations of Paragraph 180 contain legal conclusions and/or factual allegations regarding other parties that require no response.

181.    The allegations of Paragraph 181 contain legal conclusions and/or factual allegations regarding other parties that require no response.

182.    The allegations of Paragraph 182 contain legal conclusions and/or factual allegations regarding other parties that require no response.

183.    The allegations of Paragraph 183 contain legal conclusions and/or factual allegations regarding other parties that require no response.

184.    The allegations of Paragraph 184 contain legal conclusions and/or factual allegations regarding other parties that require no response.

185.    The allegations of Paragraph 185 contain legal conclusions and/or factual allegations regarding other parties that require no response.

186.    The allegations of Paragraph 186 contain legal conclusions and/or factual allegations regarding other parties that require no response.

187.    The allegations of Paragraph 187 contain legal conclusions and/or factual allegations regarding other parties that require no response.

188.    The allegations of Paragraph 188 contain legal conclusions and/or factual allegations regarding other parties that require no response.

189.    The allegations of Paragraph 189 contain legal conclusions and/or factual allegations regarding other parties that require no response.

190.    The allegations of Paragraph 190 contain legal conclusions and/or factual allegations regarding other parties that require no response.

191.    The allegations of Paragraph 191 contain legal conclusions and/or factual allegations regarding other parties that require no response.

192.     The allegations of Paragraph 192 contain legal conclusions and/or factual allegations regarding other parties that require no response.

193.     The allegations of Paragraph 193 contain legal conclusions and/or factual allegations regarding other parties that require no response.

194.     The allegations of Paragraph 194 contain legal conclusions and/or factual allegations regarding other parties that require no response.

195.     The allegations of Paragraph 195 contain legal conclusions and/or factual allegations regarding other parties that require no response.

196.     The allegations of Paragraph 196 contain legal conclusions and/or factual allegations regarding other parties that require no response.

197.     The allegations of Paragraph 197 contain legal conclusions and/or factual allegations regarding other parties that require no response.

198.     The allegations of Paragraph 198 contain legal conclusions and/or factual allegations regarding other parties that require no response.

199.     The allegations of Paragraph 199 contain legal conclusions and/or factual allegations regarding other parties that require no response.

200.     The allegations of Paragraph 200 contain legal conclusions and/or factual allegations regarding other parties that require no response.

201.     The allegations of Paragraph 201 contain legal conclusions and/or factual allegations regarding other parties that require no response.

202.     The allegations of Paragraph 202 contain legal conclusions and/or factual allegations regarding other parties that require no response.

203.    The allegations of Paragraph 203 contain legal conclusions and/or factual allegations regarding other parties that require no response.

204.    The allegations of Paragraph 204 contain legal conclusions and/or factual allegations regarding other parties that require no response.

205.    The allegations of Paragraph 205 contain legal conclusions and/or factual allegations regarding other parties that require no response.

206.    The allegations of Paragraph 206 contain legal conclusions and/or factual allegations regarding other parties that require no response.

207.    The allegations of Paragraph 207 contain legal conclusions and/or factual allegations regarding other parties that require no response.

208.    The allegations of Paragraph 208 contain legal conclusions and/or factual allegations regarding other parties that require no response.

209.    The allegations of Paragraph 209 contain legal conclusions and/or factual allegations regarding other parties that require no response.

210.    The allegations of Paragraph 210 contain legal conclusions and/or factual allegations regarding other parties that require no response.

211.    The allegations of Paragraph 211 contain legal conclusions and/or factual allegations regarding other parties that require no response.

212.    The allegations of Paragraph 212 contain legal conclusions and/or factual allegations regarding other parties that require no response.

213.    The allegations of Paragraph 213 contain legal conclusions and/or factual allegations regarding other parties that require no response.

214.    The allegations of Paragraph 214 contain legal conclusions and/or factual allegations regarding other parties that require no response.

215.    The allegations of Paragraph 215 contain legal conclusions and/or factual allegations regarding other parties that require no response.

216.    The allegations of Paragraph 216 contain legal conclusions and/or factual allegations regarding other parties that require no response.

217.    The allegations of Paragraph 217 contain legal conclusions and/or factual allegations regarding other parties that require no response.

218.    The allegations of Paragraph 218 contain legal conclusions and/or factual allegations regarding other parties that require no response.

219.    The allegations of Paragraph 219 contain legal conclusions and/or factual allegations regarding other parties that require no response.

220.    The allegations of Paragraph 220 contain legal conclusions and/or factual allegations regarding other parties that require no response.

221.    The allegations of Paragraph 221 contain legal conclusions and/or factual allegations regarding other parties that require no response.

222.    The allegations of Paragraph 222 contain legal conclusions and/or factual allegations regarding other parties that require no response.

223.    The allegations of Paragraph 223 contain legal conclusions and/or factual allegations regarding other parties that require no response.

224.    Defendant denies the allegations of Paragraph 224 to the extent that they apply to it.   The remaining allegations of Paragraph 224 contain legal conclusions and/or factual allegations regarding other parties that require no response.

225.   The allegations of Paragraph 225 contain legal conclusions and/or factual allegations regarding other parties that require no response.

226.   In response to the allegations of Paragraph 226, Defendant admits that Plaintiffs have filed this lawsuit as a putative class action.  The remaining allegations of Paragraph 226 contain legal conclusions that require no response.  To the extent any further response is required to the allegations in Paragraph 226, Defendant denies the same.  Defendant further states that this lawsuit does not meet the standards for a class action.

227.   Paragraph 227 contains legal conclusions that require no response.  To the extent a response is required to any allegations in Paragraph 227, Defendant denies the same. Defendant further states that this lawsuit does not meet the standards for a class action.

228.   Paragraph 228 contain legal conclusions that require no response.  To the extent a response is required to any allegations in Paragraph 228, Defendant denies the same.  Defendant further states that this lawsuit does not meet the standards for a class action.

229.   Defendant denies the allegations of the first sentence of Paragraph 229 to the extent that they apply to it.  The second sentence of Paragraph 229 contains legal conclusions that require no response.  To the extent a response is required, Defendant denies the same. Defendant further states that this lawsuit does not meet the standards for a class action.

230.   Paragraph 230 and its subparts contain legal conclusions that require no response. To the extent a response is required to any allegations in Paragraph 230, Defendant denies the same.  Defendant further states that this lawsuit does not meet the standards for a class action.

231.   Paragraph 231 contains legal conclusions that require no response.  To the extent a response is required to any allegations in Paragraph 231 Defendant denies the same.  Defendant further states that this lawsuit does not meet the standards for a class action.

232.     Defendant denies the allegations of Paragraph 232 to the extent that they contain factual allegations purporting to apply to it.  The remaining allegations of Paragraph 232 contain legal conclusions and/or factual allegations regarding other parties that require no response.  Defendant further states that this lawsuit does not meet the standards for a class action.

233.     Paragraph 233 contains legal conclusions that require no response.  To the extent a response is required to any allegations in Paragraph 233, Defendant denies the same.  Defendant further states that this lawsuit does not meet the standards for a class action.

234.     Paragraph 234 contains legal conclusions that require no response.  To the extent a response is required to any allegations in Paragraph 234, Defendant denies the same.  Defendant further states that this lawsuit does not meet the standards for a class action.

235.     Paragraph 235 contains legal conclusions that require no response.  To the extent a response is required to any allegations in Paragraph 235, Defendant denies the same.  Defendant further states that this lawsuit does not meet the standards for a class action.

236.     Paragraph 236 contains legal conclusions that require no response.  In further response to Paragraph 236, Defendant denies any factual allegations purporting to apply to it.  The remaining allegations of Paragraph 236 contain legal conclusions and/or factual allegations regarding other parties that require no response.  Defendant further states that this lawsuit does not meet the standards for a class action.

237.     Paragraph 237 contains legal conclusions that require no response.  To the extent a response is required to any allegations in Paragraph 237, Defendant denies the same.  Defendant further states that this lawsuit does not meet the standards for a class action.

238.     Paragraph 238 contains legal conclusions that require no response.  To the extent a response is required to any allegations in Paragraph 238, Defendant denies the same. Defendant further states that this lawsuit does not meet the standards for a class action.

239.     Defendant denies the allegations of Paragraph 239 to the extent that they contain factual allegations purporting to apply to it.  The remaining allegations of Paragraph 239 contain legal conclusions and/or factual allegations regarding other parties that require no response. Defendant further states that this lawsuit does not meet the standards for a class action.

240.     In response to Paragraph 240, Defendant incorporates herein its responses to Paragraphs 1 through 239.

241.     Paragraph 241 contains legal conclusions that require no response.  To the extent a response is required to any allegations in Paragraph 241, Defendant denies the same.

242.     Defendant denies the allegations of Paragraph 242 to the extent that they apply to it.  The remaining allegations of Paragraph 242 contain legal conclusions and/or factual allegations regarding other parties that require no response.

243.     Defendant denies the allegations of Paragraph 243 to the extent that they apply to it.  The remaining allegations of Paragraph 243 contain legal conclusions and/or factual allegations regarding other parties that require no response.

244.     Defendant denies the allegations of Paragraph 244 to the extent that they apply to it.  The remaining allegations of Paragraph 244 contain legal conclusions and/or factual allegations regarding other parties that require no response.

245.     Defendant denies the allegations of Paragraph 245 to the extent that they apply to it.  The remaining allegations of Paragraph 245 contain legal conclusions and/or factual allegations regarding other parties that require no response.

246.     Defendant denies the allegations of Paragraph 246 to the extent that they apply to it.  The remaining allegations of Paragraph 246 contain legal conclusions and/or factual allegations regarding other parties that require no response.

247.     Defendant denies the allegations of Paragraph 247 to the extent that they apply to it.  The remaining allegations of Paragraph 247 contain legal conclusions and/or factual allegations regarding other parties that require no response..

248.     In response to Paragraph 248, Defendant incorporates herein its responses to Paragraphs 1 through 247.

249.     Paragraph 249 contains legal conclusions that require no response.  To the extent a response is required to any allegations in Paragraph 249, Defendant denies the same.

250.     Defendant denies the allegations of Paragraph 250 to the extent that they apply to it.  The remaining allegations of Paragraph 250 contain legal conclusions and/or factual allegations regarding other parties that require no response.

251.     Defendant denies the allegations of Paragraph 251 to the extent that they apply to it.  The remaining allegations of Paragraph 251 contain legal conclusions and/or factual allegations regarding other parties that require no response.

252.     Defendant denies the allegations of Paragraph 252 to the extent that they apply to it.  The remaining allegations of Paragraph 252 contain legal conclusions and/or factual allegations regarding other parties that require no response.

253.     Defendant denies the allegations of Paragraph 253 to the extent that they apply to it.  The remaining allegations of Paragraph 253 contain legal conclusions and/or factual allegations regarding other parties that require no response.

254.     In response to Paragraph 254, Defendant incorporates herein its responses to Paragraphs 1 through 253.

255.     Defendant denies the allegations of Paragraph 255 to the extent that they apply to it.   The remaining allegations of Paragraph 255 contain legal conclusions and/or factual allegations regarding other parties that require no response.

256.     Defendant denies the allegations of Paragraph 256 to the extent that they apply to it.   The remaining allegations of Paragraph 256 contain legal conclusions and/or factual allegations regarding other parties that require no response.

257.     Defendant denies the allegations of Paragraph 257 to the extent that they apply to it.   The remaining allegations of Paragraph 257 contain legal conclusions and/or factual allegations regarding other parties that require no response.

258.     Defendant denies the allegations of Paragraph 258 to the extent that they apply to it.   The remaining allegations of Paragraph 258 contain legal conclusions and/or factual allegations regarding other parties that require no response.

259.     Defendant denies the allegations of Paragraph 259 to the extent that they apply to it.   The remaining allegations of Paragraph 259 contain legal conclusions and/or factual allegations regarding other parties that require no response.

260.     Defendant denies the allegations of Paragraph 260 to the extent that they apply to it.   The remaining allegations of Paragraph 260 contain legal conclusions and/or factual allegations regarding other parties that require no response.

261.     Defendant denies the allegations of Paragraph 261 to the extent that they apply to it.   The remaining allegations of Paragraph 261 contain legal conclusions and/or factual allegations regarding other parties that require no response.

262.     In response to Paragraph 262, Defendant incorporates herein its responses to Paragraphs 1 through 261.

263.     Defendant denies the allegations of Paragraph 263 to the extent that they apply to it.   The remaining allegations of Paragraph 263 contain legal conclusions and/or factual allegations regarding other parties that require no response.

264.     Defendant denies the allegations of Paragraph 264 to the extent that they apply to it.   The remaining allegations of Paragraph 264 contain legal conclusions and/or factual allegations regarding other parties that require no response.

265.     Defendant denies the allegations of Paragraph 265 to the extent that they apply to it.   The remaining allegations of Paragraph 265 contain legal conclusions and/or factual allegations regarding other parties that require no response.

266.     Defendant denies the allegations of Paragraph 266 to the extent that they apply to it.   The remaining allegations of Paragraph 266 contain legal conclusions and/or factual allegations regarding other parties that require no response.

267.     Defendant denies the allegations of Paragraph 267 to the extent that they apply to it.   The remaining allegations of Paragraph 267 contain legal conclusions and/or factual allegations regarding other parties that require no response.

268.     Defendant denies the allegations of Paragraph 268 to the extent that they apply to it.   The remaining allegations of Paragraph 268 contain legal conclusions and/or factual allegations regarding other parties that require no response.

269.     In response to Paragraph 269, Defendant incorporates herein its responses to Paragraphs 1 through 268.

270.     Defendant denies the allegations of Paragraph 270 to the extent that they apply to it.  The remaining allegations of Paragraph 270 contain legal conclusions and/or factual allegations regarding other parties that require no response.

271.     Defendant denies the allegations of Paragraph 271 to the extent that they apply to it.  The remaining allegations of Paragraph 271 contain legal conclusions and/or factual allegations regarding other parties that require no response.

272.     Defendant denies the allegations of Paragraph 272 to the extent that they apply to it.  The remaining allegations of Paragraph 272 contain legal conclusions and/or factual allegations regarding other parties that require no response.

273.     Defendant denies the allegations of Paragraph 273 to the extent that they apply to it.  The remaining allegations of Paragraph 273 contain legal conclusions and/or factual allegations regarding other parties that require no response.

274.     Defendant denies the allegations of Paragraph 274 to the extent that they apply to it.  The remaining allegations of Paragraph 274 contain legal conclusions and/or factual allegations regarding other parties that require no response.

275.     Defendant denies the allegations of Paragraph 275 to the extent that they apply to it.  The remaining allegations of Paragraph 275 contain legal conclusions and/or factual allegations regarding other parties that require no response.

276.     In response to Paragraph 276, Defendant incorporates herein its responses to Paragraphs 1 through 275.

277.     Defendant denies the allegations of Paragraph 277 to the extent that they apply to it.  The remaining allegations of Paragraph 277 contain legal conclusions and/or factual allegations regarding other parties that require no response.

278.     Defendant denies the allegations of Paragraph 278 to the extent that they apply to it.   The remaining allegations of Paragraph 278 contain legal conclusions and/or factual allegations regarding other parties that require no response.

279.     Defendant denies the allegations of Paragraph 279 to the extent that they apply to it.   The remaining allegations of Paragraph 279 contain legal conclusions and/or factual allegations regarding other parties that require no response.

280.     In response to Paragraph 280, Defendant incorporates herein its responses to Paragraphs 1 through 279.

281.     In response to the allegations of Paragraph 281, Defendant admits that Plaintiffs have asserted a cause of action for the alleged violation of consumer protection acts.   Defendant denies the remaining allegations contained in Paragraph 281.

282.     Defendant denies the allegations of Paragraph 282 to the extent that they apply to it.   The remaining allegations of Paragraph 282 contain legal conclusions and/or factual allegations regarding other parties that require no response.

283.     Defendant denies the allegations of Paragraph 283 to the extent that they apply to it.   The remaining allegations of Paragraph 283 contain legal conclusions and/or factual allegations regarding other parties that require no response.

284.     Defendant denies the allegations of Paragraph 284 to the extent that they apply to it.   The remaining allegations of Paragraph 284 contain legal conclusions and/or factual allegations regarding other parties that require no response.

285.     In response to Paragraph 285, Defendant incorporates herein its responses to Paragraphs 1 through 284.

286.   Defendant denies the allegations of Paragraph 286 to the extent that they apply to it.   The remaining allegations of Paragraph 286 contain legal conclusions and/or factual allegations regarding other parties that require no response.

287.   Defendant denies the allegations of Paragraph 287 to the extent that they apply to it.   The remaining allegations of Paragraph 287 contain legal conclusions and/or factual allegations regarding other parties that require no response.

288.   The allegations of Paragraph 288 are in the nature of a request for relief and require no response.   To the extent a response is required to any allegations in Paragraph 288, Defendant denies the same.

289.   Defendant denies the allegations of Paragraph 289 to the extent that they apply to it.   The remaining allegations of Paragraph 289 contain legal conclusions and/or factual allegations regarding other parties that require no response.

290.   Defendant denies the allegations of Paragraph 290 to the extent that they apply to it.   The remaining allegations of Paragraph 290 contain legal conclusions and/or factual allegations regarding other parties that require no response.

291.   Defendant denies the allegations of Paragraph 291 to the extent that they apply to it.   The remaining allegations of Paragraph 291 contain legal conclusions and/or factual allegations regarding other parties that require no response.

292.   Defendant denies the allegations of Paragraph 292 to the extent that they apply to it.   The remaining allegations of Paragraph 292 contain legal conclusions and/or factual allegations regarding other parties that require no response.

293.     Defendant denies the allegations of Paragraph 293 to the extent that they apply to it.   The remaining allegations of Paragraph 293 contain legal conclusions and/or factual allegations regarding other parties that require no response.

294.     Defendant denies the allegations of Paragraph 294 to the extent that they apply to it.   The remaining allegations of Paragraph 294 contain legal conclusions and/or factual allegations regarding other parties that require no response.

295.     Defendant denies the allegations of Paragraph 295 to the extent that they apply to it.   The remaining allegations of Paragraph 295 contain legal conclusions and/or factual allegations regarding other parties that require no response.

296.     Defendant denies the allegations of Paragraph 296 to the extent that they apply to it.   The remaining allegations of Paragraph 296 contain legal conclusions and/or factual allegations regarding other parties that require no response.

297.     Defendant denies the allegations of Paragraph 297 to the extent that they apply to it.   The remaining allegations of Paragraph 297 contain legal conclusions and/or factual allegations regarding other parties that require no response.

298.     To the extent the Prayer for Relief is deemed to contain any allegations against Defendant, Defendant denies the same.

299.     Any and all allegations, claims, contentions, and/or demands contained in Plaintiffs' Complaint, which are not expressly and specifically admitted, modified, or explained by this Defendant in this Answer, Affirmative Defenses, and Cross-Claims, are hereby expressly denied, including but not limited to the allegations contained in unnumbered paragraphs at the beginning of Plaintiffs' Complaint.

## FIRST DEFENSE

300.     Defendant incorporates herein all of the responses in the preceding paragraphs that are relevant to this defense.

301.     Plaintiffs have failed to state a claim for which relief can be granted.

## SECOND DEFENSE

302.     Defendant incorporates herein all of the responses in the preceding paragraphs that are relevant to this defense.

303.     Any damages alleged to have been sustained by Plaintiffs were caused in whole or in part by the acts or omissions of persons other than this Defendant over whom this Defendant had and has no control or by superseding intervening causes outside the control of this Defendant.

## THIRD DEFENSE

304.     Defendant incorporates herein all of the responses in the preceding paragraphs that are relevant to this defense.

305.     This case is not properly the subject of an industry wide alternate liability theory because Defendant did not manufacture, sell or distribute Chinese wallboard.

## FOURTH DEFENSE

306.     Defendant incorporates herein all of the responses in the preceding paragraphs that are relevant to this defense.

307.     Recovery of some or all of the damages alleged to have been sustained by Plaintiffs is barred by the economic loss doctrine or its common law or statutory equivalent.

## FIFTH DEFENSE

308.    Defendant incorporates herein all of the responses in the preceding paragraphs that are relevant to this defense.

309.    The terms, provisions, and conditions of any and all contracts, which are denied, entered into between Defendant and any other parties, including but not limited to any warranty provisions, operate as a bar to all or part of Plaintiffs' claims.

## SIXTH DEFENSE

310.    Defendant incorporates herein all of the responses in the preceding paragraphs that are relevant to this defense.

311.    Plaintiffs' claims are barred, in whole or in part, by their absence of privity with Defendant and lack of standing.

## SEVENTH DEFENSE

312.    Defendant incorporates herein all of the responses in the preceding paragraphs that are relevant to this defense.

313.    Plaintiffs have failed to reference an applicable statute, or that they are part of the protected class of any applicable statute, sufficient to state a negligence *per se* cause of action.

## EIGHTH DEFENSE

314.    Defendant incorporates herein all of the responses in the preceding paragraphs that are relevant to this defense.

315.    Plaintiffs' Amended Class Action Complaint fails to state a claim for class relief under Rule 23 of the Federal Rules of Civil Procedure; further, class relief should be denied under the governing procedural and substantive law.

## NINTH DEFENSE

316.   Defendant incorporates herein all of the responses in the preceding paragraphs that are relevant to this defense.

317.   Plaintiffs lack standing to bring representative actions under the unfair trade practices act of one or more of the States identified in the Amended Class Action Complaint.

## TENTH DEFENSE

318.   Defendant incorporates herein all of the responses in the preceding paragraphs that are relevant to this defense.

319.   Plaintiffs have failed to mitigate their damages.

## ELEVENTH DEFENSE

320.   Defendant incorporates herein all of the responses in the preceding paragraphs that are relevant to this defense.

321.   Plaintiffs' claims are barred in whole or in part by the applicable statutes of limitations, statutes of repose, prescription periods, or the doctrine of laches.

## TWELFTH DEFENSE

322.   Defendant incorporates herein all of the responses in the preceding paragraphs that are relevant to this defense.

323.   To the extent that Plaintiffs pray for punitive, exemplary, or otherwise enhanced damages, Defendant invokes its right under the due process clause of the Fifth Amendment of the United States Constitution as applied to the states through the Fourteenth Amendment of the United States Constitution.

## THIRTEENTH DEFENSE

324.    Defendant incorporates herein all of the responses in the preceding paragraphs that are relevant to this defense.

325.    Defendant incorporates herein by reference each and every affirmative defense pleaded by similarly-situated defendants.

## CROSS-CLAIMS AGAINST KNAUF GIPS KG; KNAUF PLASTERBOARD (TIANJIN) CO., LTD.; KNAUF PLASTERBOARD (WUHU), CO., LTD.; KNAUF PLASTERBOARD (DONGGUAN) CO., LTD.; KNAUF INSULATION GMBH a/k/a KNAUF USA; KNAUF GYPSUM INDONESIA; GUANGDONG KNAUF NEW BUILDING PRODUCTS CO., LTD.; KNAUF AMF GMBH & CO. KG; KNAUF DO BRASIL LTD.

## FIRST CROSS-CLAIM

326.    Defendant incorporates herein all of the foregoing responses that are relevant to this cross-claim.

327.    For a further defense and as a cross-claim, Defendant asserts a claim against Knauf Gips KG; Knauf Plasterboard (Tianjin) Co., Ltd.; Knauf Plasterboard (Wuhu), Co., Ltd.; Knauf Plasterboard (Dongguan) Co., Ltd.; Knauf Insulation GmBh a/k/a Knauf USA; Knauf Gypsum Indonesia; Guangdong Knauf New Building Products Co., Ltd.; Knauf AMF GmBh & Co. KG; Knauf Do Brasil Ltd., along with all other applicable affiliates and related entities (collectively hereafter "Knauf") for breach of express warranties.

328.    L&W Supply Corporation, a wholly owned subsidiary of USG Corporation, purchased a certain quantity of gypsum drywall manufactured by Knauf.

329.    Knauf expressly warranted the gypsum drywall purchased from Knauf would be free of defects and fit for the ordinary purpose for which gypsum drywall is used.

330.    Without admitting any liability or damages to the Plaintiffs, if it is shown that the drywall manufactured and sold by Knauf was defective and not fit for the ordinary purpose for

which gypsum drywall is used, then Knauf is liable to Defendant for breach of the express warranty.

331.   As a direct and proximate result of Knauf's breach of express warranties, Defendant has incurred damages in that it has been required to respond to homeowner complaints and to defend this action.  Further, Defendant will likely continue to incur additional costs in responding to homeowner complaints and defending this action.

## SECOND CROSS-CLAIM

332.   Defendant incorporates herein all of the foregoing responses that are relevant to this cross-claim.

333.   For a further defense and as a cross-claim, Defendant asserts a claim against Knauf for breach of implied warranty of merchantability under the common law and/or applicable state statutes.

334.   Knauf is a merchant of gypsum drywall.

335.   L&W Supply Corporation, a wholly owned subsidiary of USG Corporation, purchased from Knauf a certain quantity of gypsum drywall manufactured by Knauf.

336.   Pursuant to the applicable state statutes and/or the common law, Knauf warranted that the gypsum drywall was merchantable and fit for the ordinary purpose for which gypsum drywall is used.

337.   Without admitting any liability or damages to the Plaintiffs, if it is shown that the drywall manufactured and sold by Knauf was defective and not fit for the ordinary purpose for which gypsum drywall is used, then Knauf is liable to Defendant for breach of implied warranty.

338.   As a direct and proximate result of Knauf's breach of the implied warranty of merchantability, Defendant has incurred damages in that it has been required to respond to

homeowner complaints and to defend this action.  Further, Defendant will likely continue to incur additional costs in responding to homeowner complaints and defending this action.

## THIRD CROSS-CLAIM

339.    Defendant incorporates herein all of the foregoing responses that are relevant to this cross-claim.

340.    For a further defense and as a cross-claim, Defendant asserts a claim against Knauf for equitable and/or common law indemnification.

341.    Knauf is solely responsible and liable for any allegedly wrongful acts committed against the Plaintiffs with regard to the allegations of Plaintiffs' Complaint.

342.    Knauf is solely liable for any damages allegedly suffered by Plaintiffs and, if Defendant is required to pay any damages to the Plaintiffs, Defendant is entitled to be indemnified, based on the doctrines of equitable and/or common law indemnification, by Knauf for any damages.

343.    This Defendant reserves the right to amend its Answer, Affirmative Defenses, and Cross-Claims as investigation and discovery may reveal.

WHEREFORE, having fully answered the Plaintiffs' Complaint, Defendant USG Corporation prays the Court that:

a)      Plaintiffs recover nothing from Defendant and that judgment be entered in Defendant's favor;

b)      the costs of this action, including attorney's fees and costs that may be allowed by statute, be taxed against Plaintiffs;

c)      if Plaintiffs recover any amount from Defendant, that Defendant be granted the relief prayed for in its Cross-Claims against Knauf; and

d)      Defendant have such other and further relief as the Court may deem just and proper.

_____/s/  W. David Conner_____
W. David Conner (SC Bar # 66358; Fed. # 5986)
Moffatt G. McDonald (SC Bar # 3784; Fed. # 2805)
Charles Sprinkle (SC Bar # 70630; Fed. # 9712)
Christopher B. Major (SC Bar # 72872; Fed. # 9382)
P.O. Box 2048
Greenville, SC  29602
Telephone: (864) 240-3226
Facsimile: (864) 240-3300 (fax)
dconner@hsblawfirm.com
mgmcdonald@hsblawfirm.com
csprinkle@hsblawfirm.com
cmajor@hsblawfirm.com

Robert E. Kerrigan, Jr.
DEUTSCH KERRIGAN & STILES
755 Magazine Street
New Orleans, LA  70131
Tel: (504) 593-0619
Fax: (504) 566-1201
rkerrigan@dkslaw.com

Attorneys for Defendant USG Corporation

March 4, 2010

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing **ANSWER, AFFIRMATIVE DEFENSES, AND CROSS-CLAIMS OF USG CORPORATION** has been served on Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at Kmiller@frilot.com, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of March, 2010.


_____/s/  W. David Conner_____