## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION: L |
| | * | |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * | |
| | * | |
| *Gross v. Knauf*, et al., No. 09-6690 | * | MAG. JUDGE WILKINSON |
| * * * * * * * * * * * * * * * * * * * * * * * | | |

### UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME
### TO FILE RESPONSIVE PLEADINGS

Now into Court, through undersigned counsel, comes Interior Exterior Building Supply, L.P. who with respect moves this Honorable Court for an extension to March 20, 2010 to file responsive pleadings. The undersigned has conferred with Plaintiffs' counsel, and plaintiffs have no objection to this extension. This is the first such extension requested by this defendant.

    Respectfully submitted,

    /s/ Lambert J. Hassinger, Jr**.**

    _____
    Richard G. Duplantier, Jr., TA #18874
    Lambert J. Hassinger, Jr.,  #21683
    Galloway, Johnson, Tompkins, Burr & Smith
    701 Poydras Street, Suite 4040 One Shell Square
    New Orleans, LA 70139
    Phone: (504) 525 6802; fax (504) 525 2456
    rduplantier@gjtbs.com; jhassinger@gjtbs.com
    *Counsel for Interior Exterior Building Supply, L.P.*

2

## Certificate of Service

      The undersigned certifies that this document has been served on Plaintiffs' liaison counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 4th day of March, 2010.

                                        /s/ Lambert J. Hassinger, Jr.
                                        _____
                                        Lambert J. Hassinger, Jr.