**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | |
| *Gross v. Knauf, et al.,* No. 09-6690 | * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * *

**UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME
TO FILE RESPONSIVE PLEADINGS**

Considering the foregoing Unopposed First Motion for Extension of Time to File Responsive Pleadings filed by Interior Exterior Building Supply,

**IT IS ORDERED** that Interior Exterior Building Supply shall file responsive pleadings on or before March 20, 2010.

New Orleans, Louisiana this ___ day of March, 2010.

						_____
						JUDGE