UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: | SECTION: L |
| Payton, et al. v. Knauf GIPS KG, et al. | JUDGE FALLON |
| Case No. 2:09-CV-07628 | MAG. JUDGE WILKINSON |

_____ /

## **ORDER**

CONSIDERING the Ex Parte Consent Motion for Extension of Time filed by Defendant RJL DRYWALL, INC.,

IT IS HEREBY ORDERED that the Motion is GRANTED and that the deadline for RJL DRYWALL, INC. to file a response to the Omnibus Class Action Complaint in this case is extended through and including April 8, 2010.

New Orleans, Louisiana, this 4th day of March, 2010.

_____
United States District Judge