OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA   70130

Date: March 2, 2010

Sean & Beth Payton, et al

vs.

Knauf Gips KG, et al

Case No. 09-7628 Section L

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (_____ amended complaint) (third party complaint)
(other: _____) to the following:

1. (name) Santa Barbara Estates, Inc.
   (address) 7975 NW 154 Street, Ste 400, Miami Lakes, FL 33016

2. (name) _____
   (address) _____

3. (name) _____
   (address) _____

4. (name) _____
   (address) _____

Very truly yours,

"Signature"

Attorney for Plaintiffs
Address Levin, Fishbein, Sedran & Berman
510 Walnut St. Ste 500
Phila., PA 19106

___ Fee _____
___ Process _____
X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____