UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * | MDL NO. 2047 |
| | * | SECTION L |
| **THIS DOCUMENT RELATES TO:** | * | |
| | * | JUDGE FALLON |
| SEAN AND BETH PAYTON, ET AL. | * | MAG. JUDGE WILKINSON |
| | * | |
| V. | * | CIVIL ACTION NO. 09-7628 |
| | * | |
| KNAUF GIPS KG, ET AL. | * | |

## NOTICE OF APPEARANCE OF
## DUNCAN, COURINGTON & RYDBERG, L.L.C.
## ON BEHALF OF HOLMES BUILDING MATERIALS

**PLEASE TAKE NOTICE that** Kaye N. Courington (KCourington@duncour.com), Barbara Bourdonnay O'Donnell (BODonnell@duncour.com), William J. Sommers, Jr., (WSommers@duncour.com), Magali A. Puente-Martin (MMartin@duncour.com) and Ney J. Gehman (NGehman@duncour.com) of Duncan, Courington & Rydberg, L.L.C., 400 Poydras Street, Suite 1200, New Orleans, LA 7030; telephone: 504-524-5566, facsimile: 504-524-7887, hereby enter their appearances as counsel of record for the following defendant in *Payton, et al. v. Knauf GIPS KG, et al.*: Holmes Building Materials, LLC. Please update and add the above-mentioned counsel to your service and distribution lists.

Respectfully submitted,

    /s/ Magali A. Puente-Martin
Kaye N. Courington (La. Bar # 18582)
William J. Sommers, Jr. (La. Bar #12253)
Barbara Bourdonnay O'Donnell (La. Bar #17921)
Magali A. Puente-Martin (La. Bar #27279)
Ney J. Gehman (La. Bar #26490)
Duncan, Courington & Rydberg, L.L.C.
400 Poydras Street, Suite 1200
New Orleans, LA 70130
504-524-5566
Counsel for Holmes Building Materials, L.L.C.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or by hand delivery and email upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of March, 2010.


/s/ Magali A. Puente-Martin