# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA (NEW ORLEANS)

| | |
|---|---|
| SEAN AND BETH PAYTON, individually, and on behalf of all others similarly situated, et al., | : |
| Plaintiffs, | : Case No. 2:09-CV-07628 – EEF-JCW |
| vs. | : Judge Eldon E. Fallon |
| KNAUF GIPS KG, ET AL., | : Magistrate Judge Joseph C. Wilkinson, Jr. |
| Defendants. | : |

## NOTICE OF RECEIVERSHIP AND STAY OF ALL PROCEEDINGS AGAINST DEFENDANT GULF COAST DRYWALL CCD, LLC

Now comes Michael J. Barren, the duly appointed receiver for defendant Gulf Coast Drywall CCD, LLC ("GCD") and hereby notifies the Court that prior to the filing of this action, GCD was placed in receivership and Michael J. Barren of Barren & Merry Co., L.P.A. has been appointed as receiver for GCD. A filed copy of the Order and Entry Appointing Receiver (the "Receivership Order") is attached as **Exhibit A** hereto. Pursuant to the Receivership Order (para. III on pages 3-4), all persons are enjoined from commencing or continuing any action at law or suit or proceeding in equity to foreclose any lien or enforce any claim against GCD, its property, and the Receiver in any court.

Accordingly, pursuant to the Receivership Order, this action is stayed against GCD pending the resolution of the receivership.

/s/ Michael J. Barren
Michael J. Barren (Ohio Supreme Court No. 0029282)
BARREN & MERRY CO., L.P.A.
110 Polaris Parkway, Suite 302
Westerville, OH 43082
(614) 776-1000 Telephone
(614) 865-3396 Facsimile
*Receiver for defendant Gulf Coast Drywall CCD, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served via U.S. Mail, first class, postage prepaid, on the ___ day of February, 2009 upon the following:

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Leonard A. Davis
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

John N. Rocray
Alber Crafton, PSC
501 W. Schrock Road, Suite 104
Westerville, OH 43081

Michael J. Barren (0029282)

## EXHIBIT A