IN THE COURT OF COMMON PLEAS
FRANKLIN COUNTY, OHIO
CIVIL DIVISION

KeyBank National Association,

    Plaintiff,

vs.

Correct Custom Drywall, Inc., et al.,

    Defendants.

Case No. 09-CVH-11-16408

Judge Horton

## ORDER AND ENTRY APPOINTING RECEIVER

This matter came before the Court on *Plaintiff KeyBank National Association's Motion for Appointment of Receiver* filed November 5, 2009 (the "Motion"). For good cause shown, the Motion is HEREBY GRANTED.

IT IS HEREBY ORDERED that Michael J. Barren, Esq., of Barren & Merry Co., LPA, 110 Polaris Parkway, Suite 302, Westerville, Ohio 43082, telephone (614) 776-1000, an Ohio resident (the "Receiver"), is appointed receiver for Defendants Correct Custom Drywall, Inc. ("CCD"), B.K.W. Drywall Supply, Inc. ("BKW Drywall"), and Gulf Coast Drywall/CCD, LLC ("Gulf Coast") (collectively, the "Insolvent Borrowers"). The Receiver is authorized to:

1. to take possession of, manage, control, protect, and liquidate and sell all of the Insolvent Borrowers' assets, including but not limited to all inventory, equipment, accounts, chattel paper, instruments, deposit accounts, money, general intangibles, and rights to payment and performance, during the pendency of this action;

2. to open an operating account for the receivership estates and transfer to such accounts any funds in any existing accounts in the names of the Insolvent Borrowers in order to carry out the responsibilities of the receivership;

3. to collect monies owed to the Insolvent Borrowers, and to apply the same toward the payment of the receiver's fees and expenses, administrative expenses of the estates, and amounts owed to the creditors of the Insolvent Borrowers according to their priority;

4. to pursue and prosecute or compromise claims of the Insolvent Borrowers, and to apply the proceeds toward the payment of the receiver's fees and expenses, administrative expenses of the estates, and amounts owed to the creditors of the Insolvent Borrowers according to their priority;

5. to take possession and control of the books and records of the Insolvent Borrowers;

6. to do any and all things related to the management and control of the Insolvent Borrowers and their assets, including, without limitation, contracting for and obtaining services or supplies necessary to the preservation, liquidation, and maximization of the value of the Insolvent Borrowers' assets, hiring or terminating persons or companies in connection with the operation or maintenance of the Insolvent Borrowers' businesses or assets, and hiring or terminating employees, counsel, or other professionals as necessary to carry out his duties receivership duties; and

7. to be compensated at the rate of $185.00/hour for his time and $85.00/hour for his paralegal's time carrying out his receivership duties.

IT IS HEREBY FURTHER ORDERED THAT the Insolvent Borrowers and their officers, directors, shareholders, members, employees, and agents shall:

A. deliver to the Receiver immediate possession and control of the Insolvent Borrowers' assets, books, accounts, and records;

B.     produce all documents and other information necessary or useful to the Receiver in his discretion, in carrying out the Receiver's receivership duties;

C.     immediately deliver to the Receiver all keys and other instruments necessary to have access to the property of the Insolvent Borrowers;

D.     deliver to the Receiver all cash, checks, bank accounts, and other intangible property connected to or arising out of the operation of the Insolvent Borrowers; and

E.     take all such other actions and execute such further documents and instruments as may be necessary to allow the Receiver to fulfill the Receiver's duties.

IT IS HEREBY FURTHER ORDERED THAT:

I.      the Receiver be, and hereby is, authorized to employ for the preservation of the assets of the Insolvent Borrowers and to inventory and appraise the same, such help as may, in the opinion of the Receiver, be necessary and beneficial therefor, and to purchase, contract and pay for such materials, supplies, utilities and services as may be necessary for the preservation of assets and the making of said inventory and appraisal and the liquidation and sale of the assets, and to pay, from the funds coming into his hands, as part of the costs of these proceedings, such salaries, charges and expenses;

II.     the Receiver be, and hereby is, authorized to settle all claims, insurance matters and affairs of a like nature related to the Insolvent Borrowers upon such terms as he, in his discretion, deems most advantageous to the interests of the creditors, subject to Court approval for any settlement of a claim in excess of $50,000.00; and

III.    all creditors, claimants, bodies politic, parties in interest, and all sheriffs, marshals, and other officers, and their respective attorneys, servants, agents, and employees, and all other persons, firms, and corporations be, and they hereby are, jointly and severally, enjoined

and stayed from commencing or continuing any action at law or suit or proceeding in equity to foreclose any lien or enforce any claim against the Insolvent Borrowers or their property, or against the Receiver in any court. All such entities are further stayed from executing or issuinng or causing the execution or issuance out of any Court of any writ, process, summons, attachment, subpoena, replevin, execution, or other process for the purpose of impounding or taking possession of the said Receiver, and from doing any act or thing whatsoever to interfere with the Receiver in the discharge of his duties in this proceeding with the exclusive jurisdiction of this Court over said property and said Receiver.

IT IS HEREBY FURTHER ORDERED THAT this Order and Entry shall be in full force and effect as of the date of its journalization with the Clerk of this Court and the filing of an Oath of Receiver and the posting of a cash bond in the amount of $100.00.

IT IS HEREBY FURTHER ORDERED THAT the Receiver notify all known creditors of the Insolvent Borrowers of the receivership herein with twenty (20) days of the date of this Order and Entry, and said creditors are HEREBY ORDERED to file sworn proofs of claims with the Receiver that must be received by the Receiver within thirty (30) days of the notice or else be forever barred from asserting those claims.

IT IS SO ORDERED.

John P Bessey
Judge

APPROVED:

John B. Kopf III (0075060)
Thompson Hine LLP
41 South High Street
17th Floor
Columbus, Ohio 43215
(614) 469-3200

(614) 469-4743 (direct)
(614) 469-3361 (fax)
john.kopf@thompsonhine.com

    and

Alan R. Lepene (0023276)
Thompson Hine LLP
3900 Key Center
127 Public Square
Cleveland, Ohio 44114-1291
(216) 566-5500
(216) 566-5800 (fax)
alan.lepene@thompsonhine.com

Attorneys for Plaintiff
KeyBank National Association