UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | ) ) ) ) | SECTION: L |
| Gross, et al. v. Knauf Gips, Kg., et al. Case No. 09-6690 (E.D.La.) | ) ) ) ) ) | JUDGE FALLON MAG. JUDGE WILKINSON |

## NOTICE OF APPEARANCE FOR
## JOHN W. SINNOTT ON BEHALF OF CNBM USA CORP.

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel of record for defendant CNBM USA Corp. I certify that I am admitted to practice in this Court. Undersigned counsel makes this appearance solely for the purpose of complying with the Court's Pretrial Order requiring counsel to file notices of appearance, without waiving any rights and defenses available to CNBM USA Corp., including but not limited to lack of jurisdiction.

1

Dated:   March 4, 2010.

                              Respectfully submitted,

                              IRWIN FRITCHIE URQUHART & MOORE LLC

                              _/s/ John W. Sinnott_____
                              QUENTIN F. URQUHART, JR (#14475)
                              JOHN W. SINNOTT (#23943)
                              400 Poydras Street
                              Suite 2700
                              New Orleans, Louisiana 70130
                              Telephone:  (504) 310-2100
                              Facsimile: (504) 310-2101

                              And

                              J. Jeffrey Patton
                              Daniel L. Stanner
                              TABET DiVITO & ROTHSTEIN LLC
                              The Rookery Building
                              209 South LaSalle Street
                              7th Floor
                              Chicago, Illinois 60604
                              Telephone:  (312) 762-9450
                              Facsimile: (312) 762-9451

                              Counsel for Defendant CNBM USA Corp.

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Notice of Appearance for John W. Sinnott on Behalf of CNBM USA Corp. has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of March, 2010.

                              /s/ John W. Sinnott_____