UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL No. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**

RONNIE VAN WINKLE, SR. et al        NO. 09-4378

## AFFIDAVIT OF BRIAN TUDELA

**STATE OF LOUISIANA**

**PARISH OF ST. TAMMANY**

   **BEFORE ME,** the undersigned notary, personally came and appeared:

**BRIAN TUDELA**

who, after being duly sworn, did depose and state:

   1.   He is the sole member and owner of Tudela's Classic Homes, LLC;

   2.   Tudela's Classic Homes, LLC was established on July 26, 2004 and its domicile and principle place of business are located in St. Tammany Parish, Louisiana and has been since its inception;

3.  In addition, my residence and domicile is in St. Tammany Parish, Louisiana and has been since approximately 2001.
    (Year)

_____
BRIAN TUDELA

SWORN TO AND SUBSCRIBED
BEFORE ME ON THE 14TH DAY
OF October, 2009.

Signed: _____
Print Name: Wade Langlois
Notary/Bar Number: #17681
My Commission expires: lifetime

G:\2918\0042\Pleadings\Mt. to Dismiss Affidavit.wpd