UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID KESSLER and AMANDA KESSLER | * | CA NO. 09-6072 |
| | * | JUDGE ELDON E. FALLON |
| v. | | |
| | * | MAG. JUDGE WILKINSON |
| GMI CONSTRUCTION, INC., ET AL | | |
| | * | IN RE: CHINESE-MANUFACTURED PRODUCTS |
| * * * * * * * * * * * * | | LIABILITY LITIGATION MDL No. 09-2047 (L) |

## MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12, defendant, HBW Insurance Services ("HBWIS"), moves to dismiss the Complaint for Insufficient Services of Process, Lack of Personal Jurisdiction, and Lack of Subject Matter Jurisdiction. A Memorandum of Law in Support of this Motion, with attached affidavits, is submitted specifying the reasons that the Complaint against HBWIS should be dismissed.

Respectfully Submitted,

/s/ Jay H. Kern
Daniel J. Caruso (03941)
Jay H. Kern (07345) (T.A.)
Douglass F. Wynne (32019)
Simon, Peragine, Smith & Redfearn, L.L.P.
1100 Poydras St., 30th Floor
New Orleans, LA 70163-3000
Telephone: (504) 569-2030

Attorneys for Defendant, HBW Insurance Services, L.L.C.

Original Signed Document on File with the Court

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on the 4th day of November, 2009.

/s/ Jay H. Kern
(Signature of Filing Attorney)