UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID KESSLER and AMANDA KESSLER | * | CA NO. 09-6072 |
| | * | JUDGE ELDON E. FALLON |
| v. | * | MAG. JUDGE WILKINSON |
| GMI CONSTRUCTION, INC., ET AL | * | IN RE: CHINESE-MANUFACTURED PRODUCTS LIABILITY LITIGATION MDL No. 09-2047 (L |

* * * * * * * * * * * *

STATE OF GEORGIA

PARISH OF GWINETT

## AFFIDAVIT

BEFORE ME, the undersigned notary, personally came and appeared

ALISON SHORT,

who, after being sworn, did depose and state that:

1. She was the Executive Vice President of HBW Insurance Services, LLC ("HBWIS"), from 2006 until 2008.

2. As such, she has personal knowledge of all of the facts set forth herein below.

3. HBWIS has been named as a defendant in the suit entitled *David Kessler and Amanda Kessler v. GMI Construction, Inc. et al*, No. 09-6072 on the docket of the United States District Court for the Eastern District of Louisiana.

4. HBWIS is not in the business of providing liability or any other type of insurance coverage to anyone. Rather, HWBIS is a managing general agent, which merely procures insurance coverage for others, but does not insure anyone.

5. HBWIS maintains a registered agent for service of process in Louisiana, namely C T Corporation System, which is located at 5615 Corporate Boulevard, Suite 400B, Baton Rouge, Louisiana 70808.

_____
ALISON SHORT

SWORN TO AND SUBSCRIBED
Before me, notary, this _____
day of _____, 2009.

_____
NOTARY PUBLIC