UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VAL LOUIS HUFFT AND<br>AUDREY HUTHER HUFFT<br>Plaintiffs | * * * | CIVIL ACTION NO: 09-7016 |
| | * | SECTION: L |
| VERSUS | * | |
| | * | JUDGE: FALLON |
| INTERIOR/EXTERIOR BUILDING SUPPLY,<br>LIMITED PARTNERSHIP, INTERIOR/<br>EXTERIOR ENTERPRISES, L.L.C.,<br>MARIGOLD COURT, L.L.C., ANTHONY F.<br>MARINO, ARCH INSURANCE COMPANY,<br>LIBERTY MUTUAL FIRE INSURANCE<br>COMPANY, ABC INSURANCE COMPANY<br>AND STATE FARM FIRE AND CASUALTY<br>INSURANCE COMPANY<br>Defendants | * * * * * * * * * | MAGISTRATE: 2 - WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF HEARING
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO:   Adrianne L. Baumgartner, T.A. (#2861)
      Darrin M. O'Connor (#24582)
      Emily S. Morrison (#18351)
      Porteous, Hainkel & Johnson
      408 N. Columbia St.
      Covington, LA 70434
      **Attorneys for Defendant,** State Farm & Casualty Company

   **PLEASE TAKE NOTICE** that the *Motion to Remand* filed by Plaintiffs, Val Louis Hufft and Audrey Huther Hufft, will be brought for hearing on the 2nd day of December, 2009 at 9:00 o'clock a.m., or at such time as the Court may otherwise order.

                                 Respectfully submitted:

                                 /s/Paul A. Lea, Jr.
                                 Paul A. Lea, Jr. (La. Bar No. 18637)
                                 527 East Boston St., Suite 201
                                 Covington, Louisiana 70433-2948
                                 Telephone:(985) 292-2300
                                 Facsimile:  (985) 292-3501
                                 **Counsel for Plaintiffs**