IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ------------------------------------------------------- | X | ------------------------------------------------- |
| | X | |
| IN RE: CHINESE-MANUFACTURED | X | MDL NO. 2047 |
| | | (Case No.: 09-7628) |
| DRYWALL PRODUCTS LIABILITY | X | |
| LITIGATION | X | SECTION: L |
| | X | |
| | X | JUDGE FALLON |
| THIS DOCUMENT APPLIES TO ALL | X | |
| CASES | | MAG. JUDGE WILKINSON |
| | | |
| ------------------------------------------------------- | X | ------------------------------------------- |

**CONSENT MOTION TO EXTEND TIME TO RESPOND TO THE PAYTON COMPLAINT AND INCORPORATED MEMORANDUM AND LOCAL RULE 7.9 CERTIFICATE**

Defendant, C.A. Steelman, Inc., fully reserving any and all defenses, by undersigned counsel, pursuant to Rule 7.9 of the Local Rules of the U.S. district court for the Eastern District of Louisiana, hereby moves the Court for an Order extending the time by which Defendant, C.A. Steelman, Inc., must respond to Plaintiffs' Omnibus Class Action Complaint: (1) filed in the above-captioned matter, Civil Action No. 09-7628, within MDL No. 2047 ("the Payton Complaint").

1.   On or about February 8, 2010, Defendant C.A. Steelman, Inc. was served with the Payton Complaint.

2.   Accordingly, the time for C.A. Steelman, Inc. to file and serve responsive pleadings to the Payton Complaint expired on March 1, 2010. Federal Rule of Civil Procedure 12(a)(1)(A)(i).

3. Undersigned counsel for Defendant C.A. Steelman, Inc. has obtained the consent of the Plaintiffs' Liaison Counsel to an extension of time of 30 days for C.A. Steelman, Inc. to file and serve responsive pleadings to the Payton Complaint.

4. This extension will not prejudice any of the parties, nor will it delay the proceedings. Defendant C.A. Steelman, Inc. has not previously requested an extension of time to respond to the Payton Complaint. Accordingly, good cause exists pursuant to Local Rule 7.9 for the granting of this Consent Motion.

WHEREFORE, Defendant C.A. Steelman, Inc. moves the court to grant it an extension of 30 days, until March 31, 2010, to respond to Plaintiffs' Omnibus Class Action Complaint (1), filed in the above captioned matter, Civil Action No. 09-7628, within MDL No. 2047.

Dated: March 4, 2010

Respectfully Submitted,

/s/ *Robert V. Fitzsimmons*
ROBERT V. FITZSIMMONS
Florida Bar No. 0355739
RUMBERGER, KIRK & CALDWELL
A Professional Association
Brickell Bayview Centre, Suite 3000
80 S.W. 8th Street (33130-3037)
Post Office Box 01-9041
Miami, Florida 33101
Telephone: (305) 358-5577
Telecopier: (305) 371-7580

*Attorneys for Defendant, C.A. Steelman, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of March, 2010.

/s/ *Robert V. Fitzsimmons*
ROBERT V. FITZSIMMONS
Florida Bar No. 0355739
RUMBERGER, KIRK & CALDWELL
A Professional Association
Brickell Bayview Centre, Suite 3000
80 S.W. 8th Street (33130-3037)
Post Office Box 01-9041
Miami, Florida  33101
Telephone:  (305) 358-5577
Telecopier:  (305) 371-7580

*Attorneys for Defendant, C.A. Steelman, Inc.*

1001714