STATE OF FLORIDA

COUNTY OF ALACHUA

### AFFIDAVIT OF STEFAN DAVIS

1. My name is Stefan Davis and I am the Sole Member of Davis Construction Supply, L.L.C. ("Davis Construction Supply"). I am over the age of nineteen (19) years, of sound mind, and I have personal knowledge of the matters and facts contained in this affidavit.

2. I make this affidavit in connection with the lawsuit styled *David Gross, Cheryl Gross and Louis Velez v. Knauf GIPS KG, Knauf Plasterboard (Tianjin) Co., Ltd., et al.,* (hereinafter the "Lawsuit") filed in the United States District Court for the Eastern Division of Louisiana as Civil Action No. 2:09-CV-06690-EEF-JCW, and assigned MDL No. 09-2047 Section L.

3. Davis Construction Supply is a Florida limited liability company, and its primary place of business is in Newberry, Florida.

4. I am a custodian of the Davis Construction Supply business records, which Davis Construction Supply maintains in the regular course of Davis Construction Supply's business.

5. Davis Construction Supply business records confirm that it has never purchased, sold, delivered, or supplied drywall to David Gross, Cheryl Gross, Louis Velez, nor to any other person or entity in Louisiana.

6. Davis Construction Supply has never sought a business license in Louisiana, or been licensed to conduct business in Louisiana.

7. Davis Construction Supply has never maintained a business listing, telephone number, or business address in Louisiana.



EXHIBIT A

8. Davis Construction Supply has never owned any real property in Louisiana.

9. Davis Construction Supply has never maintained or operated any factories, warehouses, or offices in Louisiana.

10. Davis Construction Supply has never advertised in Louisiana.

11. Davis Construction Supply has never marketed, promoted or sold any products in Louisiana.

12. Davis Construction Supply has never maintained bank accounts in Louisiana.

This the 3rd day of March, 2010.

Further Affiant said not.

Davis Construction Supply, L.L.C.

By: _____
Stefan M. Davis
Sole Member

STATE OF FLORIDA      )

COUNTY OF ALACHUA     )

I, the undersigned, a Notary Public in and for said County in said State, hereby certify that Stefan M. Davis, whose name as Sole Member of DAVIS CONSTRUCTION SUPPLY, L.L.C., is signed to the foregoing document, and who is known to me, acknowledged before me on this day that, being informed of the contents of the document, he, as such officer and with full authority, executed the same voluntarily for and as the act of said limited liability company.

Given under my hand and official seal, this the 3rd day of March, 2010.

APRIL L. CLICHE
MY COMMISSION # DD 522713
EXPIRES: May 21, 2010
Bonded Thru Notary Public Underwriters

Notary Public April L. Cliche
My commission expires: May 21, 2010