UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) |
| | MDL NO: 2047 |
| | SECTION: L |
| **This document relates to:** David Gross, et al v. Knauf Gips KG, et al Case No. 2:09cv06690 (E.D. La.) | ) ) ) ) ) ) ) |
| | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

### NOTICE OF HEARING

PLEASE BE ADVISED that the defendant, Davis Construction Supply, LLC has filed a Motion to Dismiss in the above-captioned and entitled matter. The Motion to Dismiss will be set for hearing on March 24, 2010 at 9:00 a.m.

    Respectfully submitted,

    WOODLEY, WILLIAMS LAW FIRM, L.L.C.

BY: __/s/ Donald C. Brown__
      DONALD C. BROWN (#3549)
      P. O. Box 3731
      Lake Charles, LA 70602-3731
      Telephone: (337) 433-6328
      Facsimile: (337) 433-7513
      E-mail: dcbrown@woodleywilliams.com
Attorney for defendant, DAVIS CONSTRUCTION SUPPLY, LLC,

1

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing Notice of Hearing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECG System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of March, 2010.

                                          WOODLEY, WILLIAMS LAW FIRM, L.L.C.

                                          /s/ Donald C. Brown
                                        **DONALD C. BROWN**
                                        **LA BAR ROLL #3549**
                                        P. O. Box 3731
                                        Lake Charles, LA  70602-3731
                                        Telephone:  (337) 433-6328
                                        Facsimile:  (337) 433-7513
                                        dcbrown@woodleywilliams.com