**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: CHINESE-MANUFACTURED** | * | **MDL No. 2047** |
| **DRYWALL PRODUCTS LIABILITY** | * | |
| **LITIGATION** | * | **SECTION "L"** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | **JUDGE FALLON** |
| | * | |
| **BARRY DEMPSTER and ANNETTE** | * | **MAG. JUDGE WILKINSON** |
| **DEMPSTER, individually and on behalf of** | * | |
| **their minor child, JARROD DEMPSTER,** | * | |
| **and others similarly situated** | * | |
| | * | |
| **vs.** | * | |
| | * | |
| **LOWE'S HOME CENTERS, INC.** | * | |
| | * | |
| **CASE NO. 2:09-5482-EEF-JCW** | * | |

* * * * * * * * * * * * * * * * * * *

## LOWE'S MOTION TO DECONSOLIDATE FROM MDL

**NOW INTO COURT**, through undersigned counsel, comes Lowe's Home Centers, Inc. ("Lowe's"), who moves to deconsolidate the *Dempster* lawsuit from this Chinese-Manufactured Drywall Products Liability  MDL (the "MDL") because the Dempsters have no evidence of Chinese-Manufactured Drywall actually being in their house.

**WHEREFORE**, Lowe's Home Centers, Inc. prays that this Court enter an Order that the *Dempster* lawsuit is deconsolidated from this MDL litigation.

Respectfully submitted,

*Jeffrey E. Richardson*
WILLIAM B. GAUDET (#1374)
FRANCIS V. LIANTONIO, JR. (#19282)
EDWIN C. LAIZER (#17014)
JEFFREY E. RICHARDSON (#23273)
**ADAMS AND REESE LLP**
One Shell Square
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210
*Attorneys for Defendant Lowe's Home Centers, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12th day of November, 2009.

*Jeffrey E. Richardson*
JEFFREY E. RICHARDSON