# VISUAL INSPECTION FORM

## GENERAL PROPERTY INFORMATION

| | | | | |
|---|---|---|---|---|
| Address ID : | Dempster | | Date of Inspection: | 10/20/2009 |
| Address: | 112 Matthew Dr | | | |
| City: | Des Alemands | State: | LA | Zipcode: | 70030 |
| GPS Coordinates | | Longitude | 29.80771 | Latitude | 90.4234 |

## INSPECTOR DATA

| | | | | |
|---|---|---|---|---|
| Inspector Name: | Laney | Emp # | 20497 | Crawford & Company |
| Asst.Inspector Name: | Lods | Emp # | 31027 | Crawford & Company |
| Attorney(s) Present | Michael Ecuyer | | | |
| Camera Serial # 1 | KCFGP71601664 | Camera Make/Model | Kodak 3x Zoom | |
| Camera Serial # 2 | | Camera Make/Model | | |
| Borescope 1 Serial # | 200905310728 | Borescope Mk/Model | ExTech Br200 | |
| Borescope 2 Serial # | | Borescope Mk/Model | | |

## ODOR OBSERVATIONS

| | | |
|---|---|---|
| Sulfur Like  Odor Present | YES | Description/Location of Sulfur like odor or masking fragrance present |

Slight odor, There was a cover sent in the hall bath noted.

## HVAC/ PLUMBING/ LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | Coil replaced 9-07, coil is currently leaking. Heat trip replaced twice 06 & 07 |
| Plumbing | none |
| Light Fixtures | Plug in sons room trips the breaker and has not been repaired |

## DISCOLORATION INSPECTION

| PART | LOCATION | DISCOLORATION PRESENT/ COLOR | | Photo Folder Location |
|---|---|---|---|---|
| HVAC HE COIL | ATTIC | YES | BLACK | Camera 1 |
| HVAC ELEC/MECH | ATTIC | YES | DULL COPPE | Camera 1 |
| CIRCUIT BREAKER | MA BEDR | YES | DULL COPPE | Camera 1 |
| REFRIGERATOR | KITCHEN | YES | DULL COPPE | Camera 1 |
| HOT WATER HEATER | ATTIC | YES | DULL COPPE | Camera 1 |
| LIGHT SWITCH | LIVING ROOM | YES | DULL COPPE | Camera 1 |
| ELECTICAL OUTLET | KITCHEN | NO | BRIGHT COF | Camera 1 |
| LIGHT SWITCH | MA BEDR | YES | DULL COPPE | Camera 1 |
| LIGHT SWITCH | MA BATH | YES | DULL COPPE | Camera 1 |
| LIGHT SWITCH | BED 2 | NO | BRIGHT COF | Camera 1 |
| LIGHT SWITCH | BED 3 | YES | DULL COPPE | Camera 1 |
| LIGHT SWITCH | BATH 2 | NO | BRIGHT COF | Camera 1 |
| LIGHT SWITCH | LIVING ROOM | YES | DULL COPPE | Camera 1 |
| LIGHT SWITCH | DINING ROOM | YES | DULL COPPE | Camera 1 |
| PLUMBING PIPE | BATH 2 | NO | OTHER | Camera 1 |
| CHROME FAUCET | BATH 2 | NO | OTHER | Camera 1 |
| WALL MIRROR | BATH 2 | YES | BLACK | Camera 1 |

Exhibit A

| DISCOLORATION INSPECTION | | | | |
|---|---|---|---|---|
| **PART** | **LOCATION** | **DISCOLORATION PRESENT/ COLOR** | | **Photo Folder Location** |
| PLUMBING PIPE | MA BATH | YES | Black Spots | Camera 1 |
| CHROME FAUCET | MA BATH | NO | OTHER | Camera 1 |
| CHROME FAUCET | KITCHEN | NO | OTHER | Camera 1 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Visual Inspection Comments |
|---|
| |

Use N/A for Discoloration Present if required item listed above is not Copper or Chrome
Use additional rows to list all additional parts found made of copper/chrome that show discoloration
All Cells must have an entry.
One Switch or Receptacle must be Inspected in each room.

## VISUAL INSPECTION FORM

### GENERAL PROPERTY INFORMATION

| | | |
|---|---|---|
| Address ID : Dempster | Date of Inspection: | 10/20/2009 |

### DRYWALL IDENTIFICATION

| Wall Designation (Number or IMP1 and IMP2) | Panel Designation  (A-D) | Vertical Measurement from Floor (inches) | Horizontal Measurement from Left (inches) | Ceiling Designation (CLG#) | Measurement from Entry Wall (inches) | Measurement from Left Wall (inches) | Manufacturer | Photo Folder Location | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | |
| 2 | A | | | | | | N/A | | |
| 2 | B | 38 | 60 | | | | 99.  Unlisted Markings Found | Borescope 1 | |
| 2 | C | | | | | | 99.  Unlisted Markings Found | Camera 1 | 100% RECYCLED PAPER" MARKINGS- USG? |
| 2 | D | | | | | | N/A | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| IMP 6 | A | | | | | | N/A | | |
| IMP 6 | B | 24 | 60 | | | | N/A | Borescope 1 | |
| IMP 6 | C | | | | | | N/A | | |
| IMP 6 | D | | | | | | N/A | | |
| 7 | | | | | | | | | |
| 8 | A | | | | | | N/A | | |
| 8 | B | 70 | 60 | | | | 27.  Georgia Pacific | Borescope 1 | |
| 8 | C | | | | | | N/A | | |
| 8 | D | | | | | | N/A | | |
| 9 | | | | | | | | | |
| 10 | A | | | | | | N/A | | |
| 10 | B | 8 | 60 | | | | N/A | Borescope 1 | |

## VISUAL INSPECTION FORM

### GENERAL PROPERTY INFORMATION

| Address ID : Dempster | Date of Inspection: | 10/20/2009 |
|---|---|---|

### DRYWALL IDENTIFICATION

| Wall Designation (Number or IMP1 and IMP2) | Panel Designation (A-D) | Vertical Measurement from Floor (inches) | Horizontal Measurement from Left (inches) | Ceiling Designation (CLG#) | Measurement from Entry Wall (inches) | Measurement from Left Wall (inches) | Manufacturer | Photo Folder Location | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 10 | C | | | | | | N/A | | |
| 10 | D | | | | | | N/A | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | A | | | | | | N/A | | |
| 14 | B | 74 | 60 | | | | N/A | Borescope 1 | |
| 14 | C | | | | | | N/A | | |
| 14 | D | | | | | | N/A | | |
| 15 | | | | | | | | | |
| 16 | A | | | | | | N/A | | |
| 16 | B | 38 | 60 | | | | N/A | Borescope 1 | |
| 16 | C | | | | | | N/A | | |
| 16 | D | | | | | | N/A | | |
| 17 | | | | | | | | | |
| IMP18 | A | | | | | | | | |
| IMP18 | B | 29 | 60 | | | | 99.  Unlisted Markings Found | Borescope 1 | |
| IMP18 | C | | | | | | | | |

## VISUAL INSPECTION FORM

### GENERAL PROPERTY INFORMATION

| Address ID : Dempster | Date of Inspection: | 10/20/2009 |
|---|---|---|

### DRYWALL IDENTIFICATION

| Wall Designation (Number or IMP1 and IMP2) | Panel Designation (A-D) | Vertical Measurement from Floor (inches) | Horizontal Measurement from Left (inches) | Ceiling Designation (CLG#) | Measurement from Entry Wall (inches) | Measurement from Left Wall (inches) | Manufacturer | Photo Folder Location | Comments |
|---|---|---|---|---|---|---|---|---|---|
| IMP18 | D | | | | | | | | |
| | | | | CLG1 | | | 27.  Georgia Pacific | Camera 1 | Tough Rock |
| | | | | CLG4 | | | 27.  Georgia Pacific | Camera 1 | Tough Rock |
| | | | | | | | | | |

### Comments

IMP designates the two impacted areas selected for inspection.  Inspector followed RNG procedure, but recorded the results in numeric order.  Many interior walls were insullated, making inspection with borescope difficult.

# CHAIN OF CUSTODY FORM

| Sample Identification | Sample Size | # of Bags | Sample Date | Time | Comments | Initials |
|---|---|---|---|---|---|---|
| 2009/020-4B | 4" | 1 | 10/20/09 | AM | N/A | |
| 2009/020-16B | 4" | 1 | 10/20/09 | AM | N/A | |
| 2009/020-8C | 4" | 1 | 10/20/09 | AM | N/A | |
| 2009/020-9B | 4" | 4 | 10/20/09 | PM | N/A | |
| 2009/020-10B | 4" | 1 | 10/20/09 | PM | N/A | |
| 2009/020-14B | 4" | | 10/20/09 | AM | N/A | |
| 2009/020-2C | 4" | 4 | 10/20/09 | PM | N/A | |
| 2009/020-18B | 4" | 1 | 10/20/09 | PM | N/A | |
| 2009/020-6B | 4" | 3 | 10/20/09 | PM | N/A | |

| Custodian Name | Date Received | Date Transferred | Designated Recipient | Method of Transfer |
|---|---|---|---|---|
| RIVERS GODS | 10/20/09 | 10/20/09 | ALTHEN LEVENSON | USP |
| | | | | |
| | | | | |

## Lab Information

| Company | | | | |
|---|---|---|---|---|
| Name | | | | |
| Address | | | | |
| City | | | | |
| Phone | | FAX | State | Zip | Country US |
| | | | Email | |

10/20/2009

Des Palmiers, LA 70360

EF-MBN   Document 1561-2   Filed



ADULT POOL

Bedroom 3
Clg 8
3mp

CLg 4
Master Bedroom

Bedroom 4
Clg 2

hall

CL5 5
bath 2

Clg 3
Master Bath

Clg 4
Kitchen

Livingroom
Clg 1

Diningroom
Clg 9

10/20/2009

11
13
8
5
4
18
17
7
12
15
6
9
2
3
16
10
1
14