UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RONNIE VAN WINKLE, SR. and<br>ANNE VAN WINKLE, Individually and as<br>Husband and Wife | * <br> * <br> * <br> * | CIVIL ACTION NO. 09-4378<br><br>SECTION: L |
| VERSUS | * <br> * | MAG. 2 |
| KNAUF GIPS KG, KNAUF<br>PLASTERBOARD TIANJIN CO., LTD.,<br>TAISHAN GYPSUM CO. LTD. f/k/a<br>SHANDONG TAIHE DONGXIN CO. LTD.,<br>USG CORPORATION, L&W SUPPLY<br>CORPORATION d/b/a SEACOAST<br>SUPPLY, INTERIOR EXTERIOR BUILDING<br>SUPPLY, INDEPENDENT BUILDERS<br>SUPPLY ASSOCIATION, INC. ROTHCHILT<br>INTERNATIONAL LIMITED, TUDELA'S<br>CLASSIC HOMES, L.L.C., and NAUTILUS<br>INSURANCE GROUP, LLC | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | |

* * * * * * * * * * * * * * *

**MOTION TO DISMISS FOR LACK OF SUBJECT MATTER
JURISDICTION PURSUANT TO FRCP RULE 12(b)(1)**

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Nautilus Insurance Group, LLC, which moves the court to dismiss this matter on the grounds that it lacks subject matter jurisdiction and pursuant to FRCP Rule 12(b)(1).

Respectfully submitted,

**HEBBLER & GIORDANO, L.L.C.**
*Attorneys at Law*

BY: _____
GEORGE P. HEBBLER, JR. (T.A.)
Louisiana Bar No: 6722
Email: hebbler@hebblergiordano.com
FRANK A. ROMEU, JR.
Louisiana Bar No: 18412
Email: romeu@hebblergiordano.com
MICHAEL P. HIGGINS
Louisiana Bar No: 30554
Email: higgins@hebblergiordano.com
Attorney for Defendants
3636 S. I-10 Service Road W, Suite 300
Metairie, Louisiana 70001
Telephone: (504) 833-8007
Facsimile: (504) 833-2866

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Dismiss for Lack of Subject Matter Jurisdiction has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No.6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this _23rd_ day of _October_, 2009.

_____
George P. Hebbler, LSBA #6722