**COMMONWEALTH OF PENNSYLVANIA**

**COUNTY OF MONTGOMERY**

### AFFIDAVIT OF RUTH WU

1. My name is Ruth Wu and I am the Vice President of Operations for Devon International Industries, Inc., formerly Devon International Trading, Inc. ("Devon International"). I am over the age of nineteen (19) years, of sound mind, and I have personal knowledge of the matters and facts contained in this affidavit.

2. I make this affidavit in connection with the lawsuit styled *David Gross, Cheryl Gross and Louis Velez v. Knauf GIPS KG, Knauf Plasterboard (Tianjin) Co., Ltd., et al.*, (hereinafter the "Lawsuit") filed in the United States District Court for the Eastern Division of Louisiana as Civil Action No. 2:09-CV-06690-EEF-JCW, and assigned MDL No. 09-2047 Section L.

3. Devon International is a Pennsylvania corporation, and its primary place of business is in King of Prussia, Pennsylvania.

4. I am a custodian of the Devon International business records, which Devon International maintains in the regular course of its business.

5. Devon International business records confirm that it has never purchased, sold, delivered, or supplied drywall to David Gross, Cheryl Gross, or Louis Velez.

6. Devon International business records confirm that two (2) lots of drywall were sold to non-Plaintiff buyers with a Louisiana address, but the consideration and delivery of these



EXHIBIT A

two lots of drywall occurred outside the State of Louisiana at the Port of Pensacola, Pensacola, Florida.

7. Devon International has never sought a business license in Louisiana, or been licensed to conduct business in Louisiana.

8. Devon International has never maintained a business listing, telephone number, or business address in Louisiana.

9. Devon International has never owned any real property in Louisiana.

10. Devon International has never maintained or operated any factories, warehouses, or offices in Louisiana.

11. Devon International has never advertised in Louisiana.

12. Devon International has never marketed or promoted sales of any products in Louisiana.

13. Devon International has never maintained bank accounts in Louisiana.

This the 2nd day of March, 2010.

Further Affiant said not.

RUTH WU

COMMONWEALTH OF PENNSYLVANIA   )

COUNTY OF MONTGOMERY   )

    I, the undersigned, a Notary Public in and for said County in said State, hereby certify that Ruth Wu, whose name as Vice President of Operations of DEVON INTERNATIONAL INDUSTRIES, INC., formerly Devon International Trading, Inc., is signed to the foregoing document, and who is known to me, acknowledged before me on this day that, being informed of the contents of the document, he, as such officer and with full authority, executed the same voluntarily for and as the act of said corporation.

    Given under my hand and official seal, this the 2nd day of March, 2010.

*Pamela L. Davis*
Notary Public
My commission expires: 7/22/12

```
COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
PAMELA L. DAVIS, Notary Public
Upper Merion Twp., Montgomery County
My Commission Expires July 22, 2012
```