UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL NO: 2047<br><br>SECTION: L |
| This document relates to:<br>David Gross, et al v. Knauf Gips KG, et al<br>Case No. 2:09cv06690 (E.D. La.) | ) ) ) ) ) ) ) | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

## DEFENDANT TMO GLOBAL LOGISTICS, LLC'S MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes defendant, TMO GLOBAL LOGISTICS, LLC, who hereby moves this Honorable Court to issue an Order dismissing the Plaintiffs' Amended Complaint under Fed. R. Civ. Pro. 12(b) for the reasons set forth in the attached Memorandum.

WHEREFORE, defendant, TMO GLOBAL LOGISTICS, LLC, prays that its Motion to Dismiss pursuant to Fed. R. Civ. Pro 12(b) be granted, and that this Honorable Court dismiss the plaintiffs' claims against TMO GLOBAL LOGISTICS, LLC.

Respectfully submitted,

WOODLEY, WILLIAMS LAW FIRM, L.L.C.


BY:  /s/ Donald C. Brown
      DONALD C. BROWN (#3549)
      P. O. Box 3731
      Lake Charles, LA  70602-3731
      Telephone:  (337) 433-6328
      Facsimile:  (337) 433-7513
      E-mail:  dcbrown@woodleywilliams.com
Attorney for defendant, TMO GLOBAL LOGISTICS, LLC,

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Defendant TMO Global Logistics, LLC's Motion to Dismiss has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECG System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of March, 2010.

WOODLEY, WILLIAMS LAW FIRM, L.L.C.

BY:  /s/ Donald C. Brown
DONALD C. BROWN (#3549)
P. O. Box 3731
Lake Charles, LA 70602-3731
Telephone: (337) 433-6328
Facsimile: (337) 433-7513
E-mail: dcbrown@woodleywilliams.com