*Federal Maritime Commission*
Washington, D.C. 20573-0001

# OCEAN TRANSPORTATION INTERMEDIARY LICENSE
## OCEAN FREIGHT FORWARDER AND NON-VESSEL-OPERATING COMMON CARRIER

THIS IS TO CERTIFY THAT

TMO GLOBAL LOGISTICS, LLC

NO. 019990NF

is the holder of an Ocean Transportation Intermediary License and, as such, is duly authorized to carry on the business of providing freight forwarder services to facilitate shipment via an oceangoing common carrier from the United States, its territories or possessions to foreign countries and non-vessel-operating common carrier services for the provision of transportation by water via common carriers between the United States, its territories or possessions and foreign countries.

This license is conferred pursuant to the authority contained in Section 19 of the Shipping Act of 1984, as amended by the Ocean Shipping Reform Act of 1998, and is subject to the provisions of said Act, Part 515 of Title 46 of the Code of Federal Regulations as it is or may be amended, and the pertinent provisions of other applicable regulations promulgated under the foregoing Act.

By authority of the Federal Maritime Commission

*[signature]*
Director, Bureau of Certification and Licensing

Effective: FEB 0 6 2006

EXHIBIT A