STATE OF VIRGINIA

COUNTY OF ALBEMARLE

### AFFIDAVIT OF JEANNE LYNCH

1. My name is Jeanne Lynch and I am the Director of Finance of TMO Global Logistics, L.L.C. ("TMO"). I am over the age of nineteen (19) years, of sound mind, and I have personal knowledge of the matters and facts contained in this affidavit.

2. I make this affidavit in connection with the lawsuit styled *David Gross, Cheryl Gross and Louis Velez v. Knauf GIPS KG, Knauf Plasterboard (Tianjin) Co., Ltd., et al.*, (hereinafter the "Lawsuit") filed in the United States District Court for the Eastern Division of Louisiana as Civil Action No. 2:09-CV-06690-EEF-JCW, and assigned MDL No. 09-2047 Section L.

3. TMO is a Virginia corporation, and its primary place of business is in Charlottesville, Virginia.

4. I am a custodian of the TMO business records, which TMO maintains in the regular course of TMO's business.

5. TMO is certified by the Federal Maritime Commission as an Ocean Freight Forwarder and Non-Vessel-Operating Common Carrier.

6. TMO's certification by the Federal Maritime Commission as an Ocean Freight Forwarder and Non-Vessel-Operating Common Carrier has been effective since February, 6, 2006.



EXHIBIT B

7. TMO business records confirm that it has never purchased, sold, delivered, or supplied drywall to David Gross, Cheryl Gross, Louis Velez, nor to any other person or entity in Louisiana.

8. TMO business records confirm that it has never issued or received a bill of lading for a shipment of drywall to David Gross, Cheryl Gross, or Louis Velez, nor to any other person or entity in Louisiana.

9. TMO is licensed by the Department of Transportation as a Common Carrier in order to arrange transportation of freight.

10. TMO holds a Customs Regional Permit to perform custom clearances in Norfolk, Virginia.

11. TMO holds a Customs National Permit in order to perform custom clearances nationally at all ports of entry.

12. TMO has never marketed, promoted or sold any goods in Louisiana.

13. TMO does not have any employees located in the State of Louisiana.

13. TMO has not accepted or sought any customer requests for services in arranging the shipment of goods from any entity located in the State of Louisiana since 2007.

14. TMO has contracted with transportation related businesses located in the State of Louisiana to provide services for the shipping of goods for non-Louisiana based customers.

15. The total amount of business costs incurred by TMO for using Louisiana businesses to provide services for the shipment of goods for non-Louisiana customers was less than 0.496 percent of all of TMO's business costs in 2009.

16. TMO has never maintained a business listing, telephone number, or business address in Louisiana.

17. TMO has never maintained or operated any factories, warehouses, or offices in Louisiana.

18. TMO has never maintained bank accounts in Louisiana.

This the 2nd day of March, 2010.

Further Affiant said not.

TMO Global Logistics, L.L.C.

By: _____
Jeanne Lynch
Director of Finance

STATE OF VIRGINIA        )

COUNTY OF ALBEMARLE      )

I, the undersigned, a Notary Public in and for said County in said State, hereby certify that Jeanne Lynch, whose name as Director of Finance for TMO GLOBAL LOGISTICS, L.L.C., is signed to the foregoing document, and who is known to me, acknowledged before me on this day that, being informed of the contents of the document, he, as such officer and with full authority, executed the same voluntarily for and as the act of said corporation.

Given under my hand and official seal, this the 2nd day of March, 2010.

_____
Notary Public
My commission expires: 3/31/11