UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL | * | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * | |
| | * | |
| | * | |
| THOMAS WEST, SR. AND GLORIA WEST | * | MAG. WILKINSON |
| | * | |
| Versus | * | |
| | * | 09-6356 |
| STATE FARM FIRE & CASUALTY COMPANY | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

NOTICE OF HEARING OF DEFENDANT STATE FARM
FIRE & CASUALTY COMPANY'S
RULE 12(b)(6) MOTION TO DISMISS

To:    **Plaintiffs:**

**THOMAS WEST SR.**
**GLORIA WEST**
Through their counsel :
**JOHN HOUGHTALING**
**STEPHEN HUBER**
**CHARLES M. THOMAS**
Gauthier, Houghtaling & Williams
3500 North Hullen Street
Metairie, LA 70002
Phone: (504) 456-8600
Fax: (504) 456-8624

1

**PLEASE TAKE NOTICE** that counsel for Mover and Defendant herein, **State Farm Fire and Casualty Company,** has requested to bring on for Hearing the attached Motion to Dismiss Plaintiffs' Claims before Judge Eldon E. Fallon at United States Courthouse, 500 Poydras Street, RoomC468, New Orleans, Louisiana, 70130, on **the 16th day of December 2009, at 9:00 a.m.**, or at a time set by the court in the accompanying order.

Respectfully submitted this 17th day of November, 2009.

/s/ Adrianne L. Baumgartner

_____
**ADRIANNE L. BAUMGARTNER, T.A. (#2861)**
**DARRIN M. O'CONNOR (#24582)**
**EMILY S. MORRISON (#18351)**
PORTEOUS, HAINKEL & JOHNSON
408 North Columbia Street
Covington, LA 70434
(985) 893-4790
Abaumgartner@phjlaw.com
doconnor@phjlaw.com
emorrison@phjlaw.com

**JAMES R. NIESET, JR. (#24856)**
PORTEOUS, HAINKEL & JOHNSON, LLP
704 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3838
Jnieset@phjlaw.com

**Attorneys for State Farm Fire & Casualty Company**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Notice of hearing of the Motion to Dismiss Plaintiff's Petition filed by Defendant State Farm Fire & Casualty Company has been served upon John Houghtaling, counsel for Plaintiffs Thomas and Gloria West by first class mail postage pre-paid and by email pending Plaintiff's counsel's registration with Lexis Nexis File and Serve; service has been made upon Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on the 17th day of November, 2009.

                                                   /s/ Adrianne L. Baumgartner

                                                   **ADRIANNE L. BAUMGARTNER**