UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> Gross, et al. v. Knauf Gips, Kg., et al. ) <br> Case No. 09-6690 (E.D.La.) ) <br> ) <br> _____) | MDL NO. 2047 <br><br> SECTION: L <br><br> JUDGE FALLON <br><br> MAG. JUDGE WILKINSON |

### NOTICE OF APPEARANCE FOR
### J. JEFFREY PATTON ON BEHALF OF CNBM USA CORP.

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel of record for defendant CNBM USA Corp. Undersigned counsel makes this appearance solely for the purpose of complying with the Court's Pretrial Order requiring counsel to file notices of appearance, without waiving any rights and defenses available to CNBM USA Corp., including but not limited to lack of jurisdiction.

Dated:   March 4, 2010.

                Respectfully submitted,

                TABET DiVITO & ROTHSTEIN LLC

                /s/ J. Jeffrey Patton
                J. JEFFREY PATTON
                DANIEL L. STANNER
                The Rookery Building
                209 South LaSalle Street
                7th Floor
                Chicago, Illinois 60604
                Telephone: (312) 762-9450
                Facsimile: (312) 762-9451

And

IRWIN FRITCHIE URQUHART & MOORE LLC

/s/ John W. Sinnott
QUENTIN F. URQUHART, JR (#14475)
JOHN W. SINNOTT (#23943)
400 Poydras Street
Suite 2700
New Orleans, Louisiana 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2101

Counsel for Defendant CNBM USA Corp.

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing Notice of Appearance for J. Jeffrey Patton on Behalf of CNBM USA Corp. has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of March, 2010.

/s/ John W. Sinnott