UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) | MDL NO. 2047 |
| ) | SECTION: L |
| THIS DOCUMENT RELATES TO: ) ) | JUDGE FALLON |
| Gross, et al. v. Knauf Gips, Kg., et al. ) Case No. 09-6690 (E.D.La.) ) ) _____) | MAG. JUDGE WILKINSON |

**NOTICE OF APPEARANCE FOR
<u>QUENTIN F. URQUHART, JR. ON BEHALF OF CNBM USA CORP.</u>**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel of record for defendant CNBM USA Corp. I certify that I am admitted to practice in this Court. Undersigned counsel makes this appearance solely for the purpose of complying with the Court's Pretrial Order requiring counsel to file notices of appearance, without waiving any rights and defenses available to CNBM USA Corp., including but not limited to lack of jurisdiction.

Dated:   March 4, 2010.

>Respectfully submitted,
>
>IRWIN FRITCHIE URQUHART & MOORE LLC
>
>  /s/ Quentin F. Urquhart, Jr.
>QUENTIN F. URQUHART, JR (#14475)
>JOHN W. SINNOTT (#23943)
>400 Poydras Street
>Suite 2700
>New Orleans, Louisiana 70130
>Telephone:  (504) 310-2100
>Facsimile: (504) 310-2101
>
>And
>
>J. Jeffrey Patton
>Daniel L. Stanner
>TABET DiVITO & ROTHSTEIN LLC
>The Rookery Building
>209 South LaSalle Street
>7th Floor
>Chicago, Illinois 60604
>Telephone:  (312) 762-9450
>Facsimile: (312) 762-9451
>
>Counsel for Defendant CNBM USA Corp.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance for Quentin F. Urquhart, Jr. on Behalf of CNBM USA Corp. has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of March, 2010.

>/s/ Quentin F. Urquhart, Jr.