# BONDED BUILDERS
## HOME WARRANTY ASSOCIATION
1500 Kings Highway • Port Charlotte, FL 33980
Phone: 941-255-3274 • 1-800-749-0381 • Fax: 941-743-0534
**Builders Application for New Home Warranty Coverage**
*EXPRESS LIMITED WARRANTY APPLICATION*

1. Certificate Number: 520049



Member Number: 30514

IN FLORIDA A HOME WARRANTY MAY NOT PROVIDE LISTING PERIOD FREE OF CHARGE

**Important:** This document is a part of the new home warranty policy and the Homeowner must receive a copy. Copies of all contract addenda must be attached to this form if items of material or work were not provided by the builder. Material and/or labor provided by the home purchaser are excluded from this warranty as shown on the attached addenda. Builder acknowledges that a copy of this document has been provided to the homeowner. *Please Type or Print Legibly*

2. Builder: Sunrise Construction & Development LLC (MS)   Signature: _____   Date: 2/16/07
3. Where applicable enter your authorized RM number: 654417D
4. Check *ONLY* the type of warranty the customer is to receive.   5. Total Warranty Period: _____ Years
   ☐ 10 Year (10 year structural only)
   ☒ 10 Year 2 (FHA, VA or Equiv - includes 10 year structural)   FHA ☒   VA ___   Equiv ___   Other ___

6. Homeowner: Timothy Clay Perry   Spouse/Other: Tracy L. Perry
7. Street Address: 15190 Destin Cove   Unit #: ___   New Phone #: 228-349-3135
   City: Gulfport   County: Harrison   State: MS   Zip Code: 39503
8. Subdivision Name: Wind Rose Subdivision, Phase 3, Part 2   Lot #: 163   Block #: ___
9. Check One: ☒ Single Family Detached  ☐ Townhouse  ☐ Condominium (3 story or less)*
   * If condominium, list effective date of common elements coverage _____ Coverage for common elements shall commence on the date the primary structure housing individual units is completed and common elements coverage on individual units closing after the effective date listed above will not be extended beyond the covered years.
10. Please check the applicable box as to the construction of the house: ☐ Stick Built  ☐ Systems Built - MFG Job # _____
    ☐ HUD Built (If HUD Built is checked you must attach a copy of the foundation inspection report from a licensed authority stating the foundation meets or exceeds HUD specifications.)
11. Mailing address if other than above: _____
12. Closing contract price: $ 236,450.00
13. Closing Date: February 16, 2007
14. Mortgagee: America's Mortgage Resource, Inc.   Loan #: 0081457160   FHA #: _____
    Address: 3117 N. 1-10 Service Road, Suite 206
    City, State, Zip Code: Metairie, LA 70001   VA #: 232150337054
16. I acknowledge receipt of the Warranty Documents and Building Standards as indicated.
    ☐ At Contract   ☐ At Closing   ☐ At Walk Through / Orientation
17. Homeowner Signature(s): _____
    This document prepared by: S. Rice
    Builder's Representative
18. Phone: 225-152-7408

**Instructions:** Applications not received by BBHWA along with required premium within **30 DAYS** of closing are **NOT VALID** and will be voided. Mail the original (white copy) with payment to BBHWA; give the pink copy to the Homeowner and keep the canary copy for your files. Should an error occur do not destroy this numbered form. Mark it void and mail to BBHWA where it will be deleted from the Department of Insurance registry and from the numbered forms assigned to the builder. Premium due is based on contract price. Certain items and events are not covered by this warranty. Please refer to the exclusions listed in your warranty document in the section titled "**EXCLUSIONS**".

BB-W220 (Rev 02/05)   White Copy - BBHWA • Canary Copy - Builder/Financial • Pink Copy - Homeowner



EXHIBIT 2

### HOMEOWNER'S ACKNOWLEDGEMENT

*Please read carefully before signing the application.*

I/We acknowledge and understand that only upon Bonded Builders Warranty Group's (BBWG) receipt and acceptance of this Application and the warranty enrollment fee, BBWG will issue and mail to me/us the Warranty Documents. Upon my/our receipt of the final Warranty Documents I/we understand I/we will have 30 days to review the warranty terms and conditions and return it for cancellation if not completely satisfied. (In the event of FHA, VA or Rural Development financing, I/we understand the warranty cannot be cancelled). Should I/we choose not to return the warranty for cancellation within the 30-day period, I/we hereby waive the right to later assert any inapplicability of the terms and conditions of the Warranty Document. I/we also acknowledge that, if my/our home is enrolled in the BBWG Warranty Program that I/we hereby accept the terms and conditions contained therein in their entirety including but not limited to the exclusive, final and binding alternative dispute resolution processes, including but not limited to arbitration, contained therein. By accepting this warranty, I/we are agreeing to waive my/our right to a trial by either judge or jury in a court of law. I/We further agree that any claims to be filed under the Warranty Document will not be filed as a class action lawsuit or be subject to any class action litigation. BBWG and I/we acknowledge that class action treatment of a claim under the Warranty Document is strictly prohibited. (Binding nature of the arbitration not applicable in Florida. If home is FHA/VA or Rural Development financed judicial remedy prior to binding arbitration is not waived).

I/We further understand that the Warranty Limit, the maximum aggregate total amount BBWG is liable for under the warranty for all claims may be less than the Closing Contract Price of the Home. The Warranty Limit will be shown in the Warranty Document.

I/We further understand that if and when the new home warranty is issued, it is an Express Limited Warranty, NOT an insurance policy and any and all claims, whether contractual or otherwise, are controlled by the express terms, conditions and exclusions contained in the Warranty Document.

**IN TEXAS** I/We further acknowledge and understand that the warranty issued shall comply with the Rules and Regulations promulgated by the Texas Residential Construction Commission (TRCC) including but not limited to the Limited Statutory Warranty And Building Performance Standards effective June 1, 2005. To the extent of conflict between the warranty standards in the BBWG Home Warranty Documents and the standards promulgated by the TRCC, the TRCC's standards and warranty terms shall control the Builder's liability. However, in all cases, the terms and conditions contained in the BBWG Warranty Document shall be the exclusive and only obligations assumed by BBWG. I/We further understand the TRCC required warranty shall be effective as required by the TRCC and is the sole responsibility of the Builder. However, the warranty to be issued by BBWG from this application shall only become effective upon satisfactory completion of BBWG's risk management and enrollment requirements.

### WARRANTY FEE CALCULATION

*Use this formula to calculate the appropriate Warranty Enrollment Fee to submit with this Application. Record the fee calculated in the space provided on the front of the application.*

Closing Contract Price* $_____ x 1.25 if on H/O Lot = _____ ÷ 1,000 = _____ x Rate $ _____ =
*from Q10 on front or Builder's Warranty Limit whichever is less

$ _____ + FHA/VA/Rural Dev. Fee (if applicable) $ _____ = Warranty Enrollment Fee $ _____

### APPLICATION SUBMISSION CHECKLIST

*Please use this checklist to submit a complete application. Missing information will delay issuance of the Warranty Documents.*

- ☐ Selected Warranty Plan
- ☐ Provided Closing Date
- ☐ Provided Closing Contract Price (including lot)
- ☐ Submitted Warranty Enrollment Fee
- ☐ Included Builder RM # (required for all homes west of the Miss. River and in KY, MS & TN)
- ☐ Homeowner(s) Signed Application
- ☐ Builder Signed Application
- ☐ Provided a copy of this Application to the Homeowner

Sunrise Construction & Development LLC
62250 West End Blvd
Slidell LA 70461
Phone: 985-649-9500     Fax: 985-649-9600



# ADDRESS REPORT

*12-Oct-09*

Address: 15190 Westin Cove  For Open Dates:  Between 5/29/1982 and 10/12/2009

| | LIST SOURCE | VENDOR | | REQUEST | SCHEDULE | DUE | COMPLETE | AGE |
|---|---|---|---|---|---|---|---|---|
| **Address** | | **Community** | **Lot** | **Job** | **Sold** | **Warranty** | **Total Orders** | **19** |
| 15190 Westin Cove | | WIND ROSE | 163 | | 2/16/07 | 2/16/08 | | |
| Perry, Timothy | | H: 1 228 234 -9142 | | | C: 1 228 234 -9142 | | | |
| Perry, Tracy | | H: 1 228 234 -9142 | | | C: 1 228 239 -7628 | | | |
| COMPLETE | 19 | AVERAGE 36 DAY RESPONSE | | 0-7 Days  3 | 8-14 Days  5 | | Over 14 Days | 11 |
| 34039-001 | 60 DAY | SUNRISE HOMES WARRANTY DEPT.: INT | | 3/9/07 | 5/4/07 8:30 AM | 5/4/07 | 5/4/07 COMPLETE | 56 |
| -NONE- | | | | | | | | |

60 DAY WARRANTY LIST REVIEW

KITCHEN GROUT: #251 CANVAS

PAINT: MUSHROOM BASKET - ORANGE PEEL

3/9/2007 8:55:52 AM 07: FAXED TO DAN. LETTER TO HO...KIM
4/10 PER DAN, HE MUST RESCHEDULE THIS. KM
4/30 RESCHEDULED 5/4. KM
5/9 SIGN OFF IN FILE. KM

| 34294-001 | MISC. WARRA | COMPTON APPLIANCES: HVAC1 | | 4/5/07 | 4/10/07 8:00 AM | 4/10/07 | 4/10/07 COMPLETE | 5 |
| -NONE- | | | | | | | | |

HOMEOWNER REPORTS THE FOLLOWING: INSPECT AND REPAIR AS NEEDED.

1. BOTH UNITS ARE NOT COOLING PROPERLY. UNITS ARE NOT SHUTTING OFF.

CONTACT HOMEOWNER DIRECTLY TO SCHEDULE.

4/5/2007 1:15:59 PM 05:FAXED TO COMPTON'S. LTR TO H.O..PB
04/09 PER ANGIE, SCHEDULED FOR 04/10 @ 8:00 AM...KIM
4/12 COMPLETE PER H/O. CONF. LETTER. KM

| 34344-001 | MISC. WARRA | COMPTON APPLIANCES: HVAC1 | | 4/13/07 | 4/17/07 | 4/17/07 | 4/17/07 COMPLETE | 4 |
| -NONE- | | | | | | | | |

HOMEOWNER REPORTS THE FOLLOWING: INSPECT AND REPAIR AS NEEDED.

1. UPSTAIRS AC UNIT IS NOT WORKING AGAIN. THIS WAS FIXED
   ON 4/10 BUT IS NOT WORKING AGAIN.

CONTACT HOMEOWNER DIRECTLY TO SCHEDULE.

4/13/2007 10:46:42 AM 02: FAXED TO COMPTON. LETTER TO H/O. KM
4/16 WENT OUT SAT. GOT UP AND RUNNING BUT WILL RETURN ON 4/17 TO COMPLETE. KM
4/18 COMPLETE PER ANGIE. CONF. LETTER THIS DATE. KM

| 34528-002 | MISC. WARRA | A1 FLOORING SUPPLIES & STORAGE, INC.: FL6 | | 5/9/07 | 8/2/07 | 5/19/07 | 8/2/07 COMPLETE | 85 |
| -NONE- | | | | | | | | |

HOMEOWNER REPORTS THE FOLLOWING: INSPECT AND REPAIR AS NEEDED.

1. LOOSE CARPET ON STAIRS.
2. LOOSE TILE INSIDE FRONT DOOR.

CONTACT HOMEOWNER DIRECTLY TO SCHEDULE

5/9/2007 12:44:52 PM Karen Moore: FAXED TO A1. LETTER TO H/O. KM
05/15 PER CHRIS; JOE IS WORKING ON STATUS AND WILL GET TO ME LATER TODAY OR TOMORROW....KIM
05/22 PER CHRIS, WILL BE DONE BY THE END OF THE WEEK. WILL CALL ME WHEN FINISHED...KIM
05/30 PER CHRIS, WAITING ON PAPERWORK FROM INSTALLER. WILL CALL WITH STATUS BY THE

# ADDRESS REPORT

*12-Oct-09*

Address: 15190 Westin Cove   For Open Dates:   Between 5/29/1982 and 10/12/2009

| LIST SOURCE | VENDOR | REQUEST | SCHEDULE | DUE | COMPLETE | AGE |
|---|---|---|---|---|---|---|
| | END OF THE DAY...KIM<br>06/06 PER CHRIS, INSTALLERS TRUCK BLEW UP. WON'T BE ABLE TO GET TO UNTIL NEXT WEEK...KIM<br>06/14 SPOKE WITH CHRIS, WILL CHECK WITH INSTALLER FOR STATUS AND CALL ME BACK..KIM<br>06/20 SPOKE WITH CHRIS, INSTALLERS TRUCK HAS BEEN BROKEN AND HE SHOULD BE GETTING IT BACK THIS AFTENOON. PROMISED TO HAVE HIM COMPLETE ALL SERIVCE REQUESTS THIS WEEK. WILL CALL ME WITH SCHEDULE DATES...KIM<br>06/26 PER CHRIS, STILL TRYING TO CONTACT HO. HAVE LEFT MESSAGES. WILL TRY TO SCHEDULE FOR THURSDAY OR FRIDAY OF THIS WEEK....KIM<br>07/10 PER CHRIS, INSTALLER QUIT AND THEY HAD TO HIRE A NEW ONE. HE IS CALLING HO TO SCHEDULE...KIM<br>07/17 REQUESTED UPDATED STATUS FROM CHRIS...KIM<br>07/17 PER CHRIS, SCHEDULED 07/24...KIM<br>07/27 PER CHRIS, KEN (INSTALLER) WILL BE INTHIS AFTERNOON AND SHE WILL GET BACK TO ME WITH UPDATES THEN....KIM<br>07/31 CHRIS NO LONGER WORKING FOR A1, SENT LIST OF OPEN SERVICE REQUESTS. SANDY TO GET BACK TO ME WITH STATUS...KIM<br>08/01 PER SANDY, NOT SURE OF STATUS. WILL VERIFY WITH INSTALLER AND LET ME KNOW STATUS...KIM<br>08/02 PER SANDY, CARPET IS DONE. TRIED TO FINISH TILE YESTERDAY BUT NO ADULTS WERE HOME. SCHEDULED TO FINSIH TILE TODAY. WILL FAX IN SIGN OFF WHEN FINISHED....KIM<br>08/06 REC'D HO SIGN OFF. IN FILE...KIM | | | | | |
| 34528-001<br>-NONE- | MISC. WARRA   SUNRISE HOMES WARRANTY DEPT.: INT | 5/9/07 | 5/25/07<br>8:00 AM | 5/25/07<br>COMPLETE | 5/25/07 | 16 |
| | HOMEOWNER REPORTS THE FOLLOWING: INSPECT AND REPAIR AS NEEDED.<br><br>1. DRAWER FRONT IN MASTER BATHROOM NEEDS TO BE ADJUSTED<br>2. CHIPPED CONCRETE ON FRONT PORCH<br>3. CHIPPED CONCRETE AT END OF DRIVEWAY<br>4. LOW AREA TIRE TRACKS IN REAR LEFT CORNER OF BACK YARD<br>5. ADJUST ATTIC ACCESS DOOR | | | | | |
| | 5/9/2007 12:40:39 PM 02: FAXED TO DAN TO SCHEDULE. LETTER TO H/O. KM<br>5/14 SCHEDULED 5/25. KM<br>5/30 SIGN OFF IN FILE. KM | | | | | |
| 34528-003<br>-NONE- | MISC. WARRA   LIGHTHOUSE MARBLE: MARBLE/MS | 5/9/07 | 8/14/07 | 5/25/07<br>COMPLETE | 8/14/07 | 97 |
| | HOMEOWNER REPORTS THE FOLLOWING: INSPECT AND REPAIR AS NEEDED.<br><br>1. PER SUNRISE INSPECTION, VANITY TOP IN MASTER BATHROOM<br>   IS BOWED.<br><br>CONTACT HOMEOWNER DIRECTLY TO SCHEDULE. | | | | | |
| | 5/9/2007 12:49:49 PM Karen Moore: PER DAN, WAY OUT OF TOLERANCE. FAXED TO LIGHTHOUSE. LETTER TO H/O. KM<br>05/14 SPOKE WITH SHEILA, CINDY IS AT LUNCH. WILL CHECK ON STATUS AND CALL ME BACK...KIM<br>05/18 SPOKE WITH SHELIA, THEY THOUGHT IT WAS GOING TO BE A GENERAL REPAIR BUT IT LOOKS LIKE ONE OF THE SALESMAN IS GOING TO HAVE TO GO LOOK AT THE VANITY TOP AS THEY MAY HAVE TO REMAKE IT. WILL CALL HO TO SCHEDULE AND LET ME KNOW...KIM<br>05/23 LM W/CINDY FOR STATUS...KIM<br>05/23 REC'D CALL FROM CINDY, HAS SALESMAN GOING OUT ON FRIDAY TO INSPECT...KIM<br>06/01 PER MARY, CINDY NO LONGER THERE. MARY WILL CHECK ON STATUS AND CALL ME BACK...KIM<br>06/01 REC'D A CALL FROM MARY; SALESMAN WENT OUT TO LOOK AT IT BUT THE GENERAL MANAGER ALSO WANTS TO LOOK AT IT. HAS NOT TIME SET UP YET. REMINDED HER THAT THIS HAS BEEN ISSUED SINCE 05/09 AND HE NEEDS TO GO OUT AS SOON AS POSSIBLE. SAID SHE WOULD MAKE THEM AWARE OF THAT...KIM<br>06/20 CALLED AND SPOKE WITH MARY. WILL CHECK WITH MANAGER AND HAVE HIM CALL ME BACK...KIM<br>06/29 SPOKE WITH KAY, SHE WILL CHECK WITH MARY AND CALL ME BACK...KIM<br>06/29 PER KAY, THEY HAVE ATTEMPTED TO CONTACT HO SEVERAL TIMES WITH NO RESPONSE. SENT ATT TO SCHEDULE LETTER....KIM<br>07/17 PER KAY, DOESN'T THINK THEY HAVE HEARD FROM MR. PERRY. WILL VERIFY AND CALL ME BACK AFTER LUNCH...KIM<br>07/18 PER KAY, HAVE REC'D A CALL FROM HO. DOESN'T HAVE IT SCHEDULED YET. PLANT MANAGER WILL GO OUT AND INSPECT...KIM | | | | | |

# ADDRESS REPORT

*12-Oct-09*

Address: 15190 Westin Cove  For Open Dates: Between 5/29/1982 and 10/12/2009

| LIST SOURCE | VENDOR | REQUEST | SCHEDULE | DUE | COMPLETE | AGE |
|---|---|---|---|---|---|---|

07/24 PER KAY, DOSEN'T THINK THE PLANT MANAGER HAS GONE OUT BUT WILL CHECK ON STATUS AND CALL ME BACK. INFORMED HER THIS ONE HAS BEEN ISSUED SINCE 05/09. IT NEEDS TO BE WRAPPED UP ASAP...KIM

07/25 REC'D CALL FROM MIKE AT LIGHTHOUSE MARBLE. HE WILL MAKE ANOTHER VANITY TOP AS IT IS BOWED, BUT BEFORE IT AN BE INSTALLED. ON THE RIGHT END, HE TOOK A LEVEL AND THERE IS A DEFINTE HUMP IN THE MIDDLE OF THE CABINETS WHERE THEY COME TOGETHER. MIKE ALSO NOTED THERE IS A CHIP IN THE MIRROR AND IT WILL HAVE TO BE TAKEN DOWN BEFORE THE COUNTERTOP CAN BE INSTALLED. CALLED DAN, SAID HE COULD FIX THE CABINETS AND TAKE THE MIRROR DOWN. PER DAN, A NEW MIRROR WILL HAVE TO BE PUT UP. SAID IT WAS NOTICED AT THE WALK THROUGH AND THE HO SAID NOT TO WORRY ABOUT IT. NOW THAT THE MIRROR NEEDS TO BE TAKEN DOWN, A NEW ONE NEEDS TO BE PUT UP. PER PEGGY, ISSUE MIRROR TO GUARDIAN WITH REQUEST FOR PRICE. ISSUED IWO FOR CABINET REPAIR. NOTIFY MIKE AT LIGHTHOUSE WHEN CABINET REPAIR AND MIRROR HAS BEEN TAKEN DOWN. CALLED MIKE, WILL PULL THE TOP TOMORROW AND IT WILL TAKE ABOUT A WEEK TO GET IT READY. ASKED THAT DAN COORDINATE WITH HIM SO HO WILL BE OUT AS LITTLE AS POSSIBLE....KIM

08/03 PER SHELIA, IS IN THE MFG PROCESS NOW. WILL NOTIFY ME WHEN COMPLETE. THEY ARE TO COORDINATE WITH SUNRISE DAN FOR INSTALLATION...KIM

08/09 LM W/SHELIA FOR STATUS OF COUNTERTOP..KIM

08/14 SCHEDULED 08/14...KIM

08/28 SPOKE WITH KAY, NOT SURE OF STATUS. WILL CHECK ON IT AND CALL ME BACK SHORTLY...KIM

08/28 PER KAY, COMPLETE 08/14. CONFIRMATION LETTER TO HO...KIM

---

**34558-001  -NONE-  MISC. WARRA  COMPTON APPLIANCES: HVAC1  5/11/07   5/18/07  5/21/07  10  COMPLETE**

HOMEOWNER REPORTS THE FOLLOWING; INSPECT AND REPAIR AS NEEDED:

DOWNSTAIRS A/C NOT BLOWING COLD AIR *****A/C SUB HAS DETERMINED A/C UNIT HAS 20 AMP BREAKER AND SHOULD HAVE 25 AMP BREAKER*****

****05/14 - PER ELECTRICAN, NOT THE BREAKER****

PLEASE CONTACT HOMEOWNER DIRECTLY TO SCHEDULE

5/11/2007 3:29:16 PM 07: REC'D CALL FROM ANGIE AT COMPTONS. HO CALLED THEM DIRECTLY, TECH WENT OUT AND FOUND THAT A/C HAS 20 AMP BREAKER AND SHOULD BE 25 AMP. FAXED TO JAY SHOWS. CALLED LM FOR JAY SHOWS WITH CONTACT NUMBERS FOR HO; REQUESTED CALLBACK THAT THEY RECEIVED THIS MESSAGE. LETTER TO HO...KIM

5/11 - SPOKEN TO JAY, GOING OUT THERE TODAY TO CHANGE OUT BREAKER. ADVISED H.O..PB

05/14 REC'D MESSAGE FROM JAY SHOWS, STATED UNIT IS RUNNING CONTINUOUSLY AND BREAKER EXCEEDS WHAT UNIT NEEDS. MUST BE SOME OTHER PROBLEM. RE-ISSUED BACK TO COMPTON'S. FAXED TO COMPTON'S. TALKED TO ANGIE, WILL CALL HO TODAY...KIM

05/14 LM W/ANGIE FOR STATUS...KIM

05/17 PER ANGIE; WENT BACK OUT 05/15. NO ONE WAS HOME. IS SCHEDULED FOR TOMORROW 05/18...KIM

05/18 REC'D CALL FROM CATHERINE AT JAY SHOWS, REQUESTED A PO AS THEY WENT OUT ON A FRIDAY NIGHT AND FOUND IT WAS NOT AN ELECTRICAL PROBLEM. CHARGE IS $80.25. INFORMED HER I HAD TO SPEAK WITH PEGGY BEFORE ISSUING PO...KIM

05/18 PER NANCY; WENT OUT AGAIN TODAY AND NO ONE WAS HOME. SENT ATT TO SCH LETTER....KIM

05/22 PER ANGIE, COMPLETED YESTERDAY. REPLACED BREAKER. CONFIRMATION LETTER TO HO...KIM

---

**34701-001  -NONE-  MISC. WARRA  COASTAL PLUMBING: PLB7  5/30/07   6/9/07  6/4/07  5  COMPLETE**

HOMEOWNER REPORTS THE FOLLOWING: INSPECT AND REPAIR AS NEEDED.

1. PER SUNRISE INSPECTION, WATER LEAK AT SHUT OFF VALVE IN SIDE YARD. AREA STAYS WET.

CONTACT HOMEOWNER DIRECTLY TO SCHEDULE

5/30/2007 7:03:45 AM 02: FAXED TO JOEY. LETTER TO H/O. KM

06/04 PER JOEY, COMPLETED TODAY. FEMALE ADAPTER TO COPPER CONNECTION HAD CRACK. REPLACED. CONFIRMATION LETTER TO HO...KIM

---

**35252-001  -NONE-  MISC. WARRA  SUNRISE HOMES WARRANTY DEPT.: INT  7/25/07  8/14/07  8/14/07  8/14/07  20**
**8:00 AM  COMPLETE**

HOMEOWNER REPORTS THE FOLLOWING; INSPECT AND REPAIR AS NEEDED:

# ADDRESS REPORT

12-Oct-09

Address: 15190 Westin Cove   For Open Dates:   Between 5/29/1982 and 10/12/2009

| LIST SOURCE | VENDOR | REQUEST | SCHEDULE | DUE | COMPLETE | AGE |
|---|---|---|---|---|---|---|

1. REPAIR HUMP IN MASTER BATHROOM CABINET FOR REPLACEMENT VANITY TOP TO BE INSTALLED BY LIGHTHOUSE MARBLE.***PLEASE COORDINATE SCHEDULE DATE WITH MIKE FROM LIGHTHOUSE AT 228-392-3038***
2. REMOVED MASTER BATH MIRROR. (TO BE REPLACED BY MIRROR SUB)

PAINT: MUSHROOM BASKET - ORANGE PEEL

CONTACT HOMEOWNER DIRECTLY TO SCHEDULE

7/25/2007 10:15:21 AM 07: FAXED TO DAN. LETTER TO HO...KIM
8/10 SCHEDULED 8/14. KM
8/14 COASTAL IS NOT AVAILABLE TO HELP. MYERS PLUMBING IS GOING OUT OF BUSINESS TODAY...KM
8/15 SIGN OFF IN FILE. KM

| 35252-002 -NONE- | MISC. WARRA   WILSERV: SHELVES4 | 7/25/07 | | 8/4/07 | 9/14/07 | 51 |

COMPLETE

HOMEOWNER REPORTS THE FOLLOWING; INSPECT AND REPAIR AS NEEDED:

REPLACE MASTER BATHROOM MIRROR THAT WILL BE TAKEN DOWN FOR VANITY REPAIR.

***CONTACT KIM WITH PRICE FOR PO***

CONTACT HOMEOWNER DIRECTLY TO SCHEDULE

7/25/2007 10:21:12 AM: FAXED TO GUARDIAN. LETTER TO HO...KIM
07/25 SPOKE TO LARRY AT GUARDIAN. WILL NOT BE DOING ANYMORE WORK FOR SUNRISE UNLESS IT IS WARANTY WORK. LM FOR JENNIFER AS TO WHO IS DOING THE MIRRORS NOW SO I CAN RE-ISSUE. WAITING ON CALL BACK....KIM
07/26 REC'D EMAIL FROM RDD; COMPANY WILL BE WILSERVE, THEIR CONTACT WILL BE DAVID MOREHEAD AT 985-960-3451 DEAN SHOULD HAVE THEM ENTERED IN COMPUTER BY 07/26. PER RDD, ISSUED WITH REQUEST FOR PO....KIM
07/30 PER JENNIFER, DEAN DOES NOT HAVE A SIGNED CONTACT WITH WILSERVE YET, IT SHOULD BE IN ABOUT A WEEK OR SO...KIM
08/02 PER SUNRISE JENNIFER, WILSERVE DOESN'T DO MIRRORS. AT THIS TIME THEY HAVE NO ONE ELSE BUT SHOULD SHORTLY AND WILL LET ME KNOW...KIM
08/09 PER KAY AT LIGHTHOUSE, VANITY IS SCHEDULED TO BEGIN ON TUESDAY 08/14...KIM
08/15 EMAILED JENNIFER SAWYER, "Did we ever come up with a sub for the mirrors?"...KIM
08/15 REC'D EMAIL FROM JENNIFER, "According to Dean, he should have information together for a mirror subcontractor later on today. I will get it to you as soon as I receive it.". EMAILED BACK, "I have an open service request I need to assign to a sub. It is one we have to pay for and Guardian is not interested in doing it." ....KIM
08/16 REC'D EMAIL FROM JENNIFER, "We finally have a mirror subcontractor!!!!!!!! It is Wilserv at 19426 Highway 36 Covington, LA 70433. Their phone is (985) 809-7962 fax (985) 809-7210. Contact is David Morehead. They will be doing Shelving, Mirror, and Bath Accessories for all sites.". EMAILED PEGGY, "Can you the information into punchlist for the new mirror sub? See Jennifer's email below. I have a service request that is 21 days old that I need to issue."....KIM
08/17 ISSUED TO WILSERV WITH REQUEST FOR PRICE. FAXED TO WILL SERVE. LETTER TO HO....KIM
08/28 LM W/JEFF FOR ANDREA. WILL HAVE HER GET BACK TO ME WITH STATUS....KIM
09/11 SPOKE WITH ANDREA, REFAXED COPY OF S/R. WILL FORWARD QUOTE...KIM
09/11 REC'D QUOTE FROM WILSERV FOR $250.00. FORWARDED TO PEGGY FOR APPROVAL...KIM
09/11 QUOTE APPROVED. ISSUED PO #11658. FAXED TO WILSERV WITH REQUEST FOR SCHEDULE DATE....KIM
09/17 PER ANDREA, NOT SCHEDULED YET....KIM
09/17 PER ANDREA, CALLED AND LM FOR HO TO SCHEDULE....KIM
09/25 REC'D CALL FROM DAVID, COMPLETE. INSTRUCTED DAVID TO SEND AN ORIGINAL COPY OF INVOICE FOR PAYMENT. CONFIRMATION LETTER TO HO....KIM

| 35442-001 -NONE- | MISC. WARRA   COASTAL PLUMBING: PLB7 | 8/13/07 | | 8/14/07 | 10/22/07 | 70 |

COMPLETE

FURNISH QUOTE TO WARRANTY DEPARTMENT ON THE FOLLOWING:

1. INSPECT PLUMBING CONNECTION IN MASTER BATHROOM
   WHERE SUNRISE WARRANTY INSTALLED VANITY TOP.

**ADDED 8/15/07**

# ADDRESS REPORT

*12-Oct-09*

**Address: 15190 Westin Cove   For Open Dates:   Between 5/29/1982 and 10/12/2009**

| | LIST SOURCE | VENDOR | | REQUEST | SCHEDULE | DUE | COMPLETE | AGE |
|---|---|---|---|---|---|---|---|---|

> 2. REPLACE BROKEN POP-UP ON FAUCET THAT WAS BROKEN WHEN VANITY TOP WAS REMOVED. THIS IS THE POP-UP HANDLE FOR DRAIN PLUG.
>
> CONTACT HOMEOWNER DIRECTLY TO SCHEDULE
>
> 8/13/2007 3:41:18 PM 02: FAXED TO JOEY.  KM
> 08/14 PER JOEY REQUEST, FAXED LIST OF OPEN ITEM WITH REQUEST FOR UPDATE....KIM
> 8/14 PER JOEY, HE WILL REINSTATE WARRANTY AFTER HIS INSPECTION.  KM
> 08/23 PER JOEY, NOT COMPELTE.  WILL TRY AND SCHEDULE FOR WEDNESDAY 08/29 WHEN HE IS IN THE SUBDIVISION....KIM
> 08/30  PER JOEY, NOT SCHEDULED YET....KIM
> 09/07 PER JOEY, NOT SCHEUDLED YET.  REFAXED TO JOEY PER HIS REQUEST.....KIM
> 09/18 SPOKE WITH JOEY, TO BE SCHEDULED.  SAID HE IS GOING TO DO IT BUT HE HASN'T HAD TIME TO GO OVER THERE YET...KIM
> 09/27  REQUESTE STATUS FROM JOEY...KIM
> 10/11 REQUESTED STATUS FROM JOEY...KIM
> 10/16 PER RDD, SENT ATT TO SCHEDULE LETTER AND PUT COASTAL (JOEY) CONTACT NUMBER IS LETTER....KIM
> 10/24 PER JOEY, COMPLETE 10/22.  REPLACED BROKEN POP-UP, TIGHTENED AND INSPECTED EVERYTHING.  ALL OK.  CONFIRMATION LETTER TO HO...KIM

**35469-001 -NONE-**   MISC. WARRA   SUNRISE HOMES WARRANTY DEPT.: INT   8/15/07   8/25/07  12/4/07  111   CLOSE LETTER 12/4

> PER SUNRISE INSPECTION:
>
> 1. TOUCH UP PAINT AND CAULK AFTER NEW MIRROR IS INSTALLED IN MASTER BATHROOM.   MUSHROOM BASKET
>
> 8/15/2007 3:38:27 PM 02:  DAN TO SCHEDULE.  LETTER TO H/O.  KM
> 9/14  REFAXED TO DAN.  KM
> 9/14  PER DAN, HE CANNOT SCHEDULE THIS UNTIL THE MIRROR COMPANY HAS COMPLETED THEIR SV. REQ.  KM
> 10/10  MIRROR ISSUE IS COMPLETE.  WILL NOTIFY DAN.  KM
> 11/12  PER DAN, SEND ATTEMPT TO SCH. LETTER.  KM
> 12/4  CLOSE LETTER PER RDD.  KM

**36042-001 -NONE-**   MISC. WARRA   COMPTON APPLIANCES: HVAC1   10/19/07   10/29/07  11/1/07  13   COMPLETE

> HOMEOWNER REPORTS THE FOLLOWING; INSPECT AND REPAIR AS NEEDED:
>
> DOWNSTAIRS A/C HAS FROZEN UP
>
> CONTACT HOMEOWNER DIRECTLY TO SCHEDULE
>
> 10/19/2007 1:28:06 PM 07: REC'D CALL FROM MR. PERRY.  FAXED TO COMPTONS.  LETTER TO HO...KIM
> 10/22 PER ANGIE, WAS ON THE BOARD FOR TODAY. TECH NOT BACK YET.  WILL LET ME KNOW TOMORROW IF COMPLETE....KIM
> 10/23 PER ANGIE, HAS TO SEND THEIR DUCT GUY, MIKE, OUT THERE.  THE SUPPLY PLENUM IS FALLING OFF.  DOESN'T HAVE A SCHEUDLE DATE AT THIS POINT.  IT IS WHENEVER THEY CAN WORK IT INTO THEIR SCHEDULE....KIM
> 10/30 ANGIE IS OUT SICK, WON'T BE BACK UNTIL FRIDAY.  PER KARI, WILL HAVE TO CHECK WITH MIKE ON STATUS AND CALL ME BACK.....KIM
> 11/01 PER ANGIE, COMPLETED 10/25.  REPAIRED SUPPLY PLENUM.  CONFIRMATION LETTER TO HO...KIM

**36524-001 -NONE-**   MISC. WARRA   A1 FLOORING SUPPLIES & STORAGE, INC.: FL6   12/27/07   1/8/08   1/6/08  1/8/08  12   COMPLETE

> HOMEOWNER REPORTS THE FOLLOWING: INSPECT AND REPAIR AS NEEDED.
>
> 1. PADDING IN MASTER BEDROOM CARPET IS MISSING IN AN AREA OF THE FLOOR.
>
> CONTACT HOMEOWNER DIRECTLY TO SCHEDULE.
>
> 12/27/2007 1:48:55 PM 05:FAXED TO A1. LTR TO H.O..PB
> 10/03 PER JAIME, A1 HAS BEEN CLOSE FOR THE HOLIDAYS.  JUST REOPENED YESXTERDAY.  LEFT

# ADDRESS REPORT

*12-Oct-09*

Address: 15190 Westin Cove   For Open Dates:   Between 5/29/1982 and 10/12/2009

| | LIST SOURCE | VENDOR | | REQUEST | SCHEDULE | DUE | COMPLETE | AGE |
|---|---|---|---|---|---|---|---|---|

| | | MESSAGES FOR HOMEOWNER ON ALL THREE NUMBERS. WAITING ON CALL BACK....KIM<br>01/03 PER JAIME, SCHEDULED FOR TUESDAY, 01/08 IN THE MORNING.....KIM<br>1/8 - PER JEREMY, THERE WAS A SMALL HOLE IN CONCRETE SLAB AND THE PAD WAS SUNKEN DOWN IN IT. THEY FILLED THE HOLE WITH QUICK DRY AND REPLACED THE PADDING. P.O. 13354. CONF LTR TO H.O..PB | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 36553-002<br>-NONE- | MISC. WARRA | SUNRISE HOMES WARRANTY DEPT.: INT | | 1/3/08 | 2/5/08<br>8:30 AM | 2/5/08 | 2/5/08<br>COMPLETE | 33 |
| | | HOMEOWNER REPORTS THE FOLLOWING: INSPECT AND REPAIR AS NEEDED.<br><br>1. REPAIR CEILING DAMAGES IN UTILITY ROOM AND UPSTAIRS BEDROOM.   (MUSHROOM - ORANGE PEEL)<br><br>**PLS SCHEDULE AFTER ROOF REPAIRS HAVE BEEN MADE** | | | | | | |
| | | 1/3/2008 1:28:29 PM Peggy Brown:FAXED TO DAN. LTR TO H.O..PB<br>1/11 SHINGLES HAVE BEEN ORDERED FOR ROOF REPAIR WHICH SHOULD BE DONE WEEK OF 1/14 PER HANSON CONSTRUCTION.  KM<br>1/15 SCHEDULED 1/29.  KM<br>1/29 RESCHEDULED FROM 1/29 TO 2/5.  KM<br>2/7-COMPLETED, SIGN OFF IN FILE-RDD | | | | | | |
| 36553-001<br>-NONE- | MISC. WARRA | HANSON CONSTRUCTION: rf14 | | 1/3/08 | | 1/13/08 | 1/19/08<br>COMPLETE | 16 |
| | | HOMEOWNER REPORTS THE FOLLOWING: INSPECT AND REPAIR AS NEEDED.<br><br>1. ROOF LEAKING IN UTILITY ROOM AND UPSTAIRS BEDROOM.<br><br>CONTACT HOMEOWNER DIRECTLY TO SCHEDULE. | | | | | | |
| | | 1/3/2008 1:26:24 PM 05:FAXED TO BRIAN HANSON AT THE SALES OFFICE. LTR TO H.O..PB<br>1/8 - PER H.O., THEY HAVE NOT HEARD FROM ROOFER YET.  L/M FOR BRIAN. CHUCK ADVISED ME TO FAX TO 228-831-0731 AND THAT THIS WILL BE TAKEN CARE OF TODAY..PB<br>1/10 - PER CHUCK, SHINGLES HAVE BEEN ORDERED BY JOHN P. UPON RECEIPT OF SHINGLES (NEXT WEEK) THIS WILL BE DONE..PB<br>1/15 - PER JOHN P. SHINGLES WILL BE IN 2 DAYS AND THEN HE WILL CONTACT CHUCK..PB<br>1/21 - PER CHUCK, THIS HAS BEEN COMPLETE. L/M FOR H.O. CONF LTR TO H.O..PB | | | | | | |
| 36801-001<br>-NONE- | MISC. WARRA | SUNRISE HOMES WARRANTY DEPT.: INT | | 2/8/08 | 2/19/08<br>8:00 AM | 2/19/08 | 2/19/08<br>SIGNED OFF | 11 |
| | | HOMEOWNER REPORTS THE FOLLOWING: INSPECT AND REPAIR AS NEEDED.<br><br>1. BAD BALLAST IN KITCHEN LIGHT FIXTURE.<br><br>CONTACT HOMEOWNER DIRECTLY TO SCHEDULE. | | | | | | |
| | | 2/8/2008 2:08:58 PM 05:FAXED TO DAN. LTR TO H.O..PB<br>2/13-DAN NEVER RECEIVED. RE-FAXED THIS DATE-RDD<br>2/14 SCHEDULED 2/19.  KM<br>2/19 SIGN OFF IN FILE.  KM | | | | | | |
| 36801-002<br>-NONE- | MISC. WARRA | COASTAL PLUMBING: PLB7 | | 2/8/08 | 2/19/08 | 2/18/08 | 2/19/08<br>COMPLETE | 11 |
| | | HOMEOWNER REPORTS THE FOLLOWING: INSPECT AND REPAIR AS NEEDED.<br><br>1. POWER ROOM TOILET CONTINUES TO RUN WHEN FLUSHED.<br>**ADD 2/13/08**<br>2. SHOWER MAKES KNOCKING SOUND WHEN USED.<br><br>CONTACT HOMEOWNER DIRECTLY TO SCHEDULE. | | | | | | |
| | | 2/8/2008 2:11:33 PM Peggy Brown:FAXED TO COASTAL. LTR TO H.O..PB<br>2/13 - SPOKE TO JOEY?? & HE HAS TALKED TO REBECCA ABOUT THIS YESTERDAY...PAM<br>2/18 - PER JOEY SCHEDULED 2/19...PAM<br>2/25 - PER JOEY, COMPLETE. CONF LTR TO H.O..PB | | | | | | |
| 37902-001<br>-NONE- | MISC. WARRA | SUNRISE HOMES WARRANTY DEPT.: INT | | 8/8/08 | | 8/18/08 | 10/10/08<br>CLOSED | 63 |
| | | PER SUNRISE INSPECTION BY DAN: | | | | | | |

# ADDRESS REPORT

*12-Oct-09*

Address: 15190 Westin Cove  For Open Dates:   Between 5/29/1982 and 10/12/2009

| LIST SOURCE | VENDOR | REQUEST | SCHEDULE | DUE | COMPLETE | AGE |
|---|---|---|---|---|---|---|
| | 1. MAKE NECESSARY CEILING REPAIRS IN BEDROOM OVER BED AREA DUE TO HEATER VENT ON ROOF LEAKING. | | | | | |
| | 8/8/2008 1:25:29 PM 02:  ORIGINALLY ISSUED ON 8/6 UNDER W/O 37873-001 AND WAS LOST. PER DAN, MR. PERRY IS NOT READY TO SCHEDULE THIS  HE IS NOT IN A HURRY. H/O WILL CALL DAN NEXT WEEK TO SCHEDULE. KM<br>9/23/08 PER DAN, MR. P. HAS NEVER CALLED HIM BACK. ATTEMPT TO SCH. LTR. THIS DATE. KM<br>10/14/2008-CLOSED, H.O. NEVER RESPONDED TO ATTEMPT TO SCHEDULE LTR.-RDD | | | | | |

**GRAND TOTALS:**
- COMPLETE: 19     AVERAGE 36.26 DAY RESPONSE
- INCOMPLETE: 0    AVERAGE AGE  #Num! DAYS