IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TIMOTHY PERRY AND | * | MDL DOCKET NO. 2047 |
| TRACEY PERREY | * | |
| | * | |
| PLAINTIFFS | * | |
| | * | Judge Eldon E. Fallon |
| | * | |
| V. | * | Magistrate Judge Joseph C. Wilkerson, Jr. |
| KNAUF GIPS KG; | * | |
| KNAUF PLASTERBOARD | * | Section L |
| TIANJIN COMPANY, LTD | * | |
| SUN CONSTRUCTION, LLC | * | |
| SUNRISE CONSTRUCTION, LLC | * | |
| FICTITIOUS DEFENDANTS A-Z | * | |
| DEFENDANTS | * | |

Case No. 2:09cv5500 L/2

## AFFIDAVIT OF NATALIE CULPEPER

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

     **BEFORE ME,** the undersigned notary, personally came and appeared:

NATALIE CULPEPER

who, after being duly sworn, did depose and state:

    1.     She is the Director of Operations of Sun Construction, LLC;

2.    Exhibits 1, 2 and 3 attached to the memorandum in support of Sun Construction's

Motion for Summary judgment are true and correct copies of the purchase and

warranty agreements signed by Plaintiffs.

_____
Natalie Culpeper

**SWORN TO AND SUBSCRIBED**
**BEFORE ME ON THE 10ᵗʰ DAY**
**OF NOVEMBER 2009.**
**Signed:** _____
**Print Name: Joy G. Najolia**
**Notary/Bar Number: 67710**
**My Commission expires: Lifetime**

Notary attests
to signatures
only