IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TIMOTHY PERRY AND | * | MDL DOCKET NO. 2047 |
| TRACEY PERREY | * | |
| | * | |
| PLAINTIFFS | * | |
| | * | Judge Eldon E. Fallon |
| | * | |
| V. | * | Magistrate Judge Joseph C. Wilkerson, Jr. |
| KNAUF GIPS KG; | * | |
| KNAUF PLASTERBOARD | * | Section L |
| TIANJIN COMPANY, LTD | * | |
| SUN CONSTRUCTION, LLC | * | |
| SUNRISE CONSTRUCTION, LLC | * | |
| FICTITIOUS DEFENDANTS A-Z | * | |
| DEFENDANTS | * | |

Case No. 2:09cv5500 L/2

## STATEMENT OF UNCONTESTED MATERIAL FACTS

**MAY IT PLEASE THE COURT:**

As demonstrated by the affidavit of Natalie Culpeper and the Exhibits to the Motion for

Summary Judgment, the following material facts are uncontested.

1.) The Plaintiffs executed the purchase agreement for the home at issue on April 4,

2006.

2.) The Plaintiffs executed the Bonded Builders Warranty Group warranty at the act of sale of the home at issue, on February 16, 2007.

3.) The Purchase Agreement and the Bonded Builders Warranty Group contract both call for binding arbitration.

4.) The Plaintiffs filed the instant litigation without pursuing the mandatory arbitration.

**Respectfully submitted,**

**COUHIG PARTNERS, L.L.C.**

BY:

DAVID C. LOEB (LA Bar No. 8660)
LISA L. MAHER (LA Bar No. 21326)
643 MAGAZINE STREET, SUITE 300
NEW ORLEANS, LA 70130
Telephone 504-588-1288
Facsimile 504-588-9750
dloeb@couhigpartners.com
maherl@couhigpartners.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Sun Construction, LLC's Motion for Summary Judgment Pursuant to FRCP Rule 56 has been served on Plaintiffs' Liaison Counsel, Russ Hermann at Drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at Kmiller@frilot.com, and Homebuilder Sterring Committees' Counsel Hilarie Bass and Phillip A. Wittmann at pwittman@stonepigman.com and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing

in accordance with the procedures established in MDL 2047, on the 10th  day of November,

2009.

_____

DAVID C. LOEB