## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL NO.: 2047<br><br>SECTION: L |
| This document relates to:<br>David Gross, et al v. Knauf Gips KG, et al<br>Case No. 2:09cv06690 (E.D. La.) | ) ) ) ) ) ) | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

## ANSWER AND AFFIRMATIVE DEFENSES
## FOR DEFENDANT TMO GLOBAL LOGISTICS, LLC

**NOW INTO COURT**, through undersigned counsel, comes Defendant, TMO Global Logistics, LLC, who in response to plaintiffs' Amended Class Action Complaint, show and aver as follows, to-wit:

1.   That the allegations of paragraph 1 are denied.

2.   The allegations of paragraph 2 are denied.

3.   For lack of sufficient information to justify a belief therein, the allegations of paragraph 3 are denied.

4.   For lack of sufficient information to justify a belief therein, defendants deny the allegations of paragraph 4.

5.   For lack of sufficient information to justify a belief therein, defendants deny the allegations of paragraph 5.

6.    For lack of sufficient information to justify a belief therein, defendants deny the allegations of paragraph 6.

7.    Defendant denies the allegations of paragraph 7.

8.    Defendant denies the allegations of paragraph 8.

9.    For lack of sufficient information to justify a belief therein, defendants deny the allegations of paragraph 9.

10.   For lack of sufficient information to justify a belief therein, defendants deny the allegations of paragraph 10.

11.   For lack of sufficient information to justify a belief therein, defendants deny the allegations of paragraph 11.

12.   For lack of sufficient information to justify a belief therein, defendants deny the allegations of paragraph 12.

13.   Defendant denies the allegations of paragraph 13.

14.   Defendant denies the allegations of paragraph 14.

15.   For lack of sufficient information to justify a belief therein, defendants deny the allegations of paragraph 15.

16.   For lack of sufficient information to justify a belief therein, the allegations of paragraph 16 are denied.

17.   For lack of sufficient information to justify a belief therein, the allegations of paragraph 17 are denied.

18.   For lack of sufficient information to justify a belief therein, the allegations of paragraph 18 are denied.

19.   For lack of sufficient information to justify a belief therein, the allegations of paragraph 19 are denied.

20.   For lack of sufficient information to justify a belief therein, the allegations of paragraph 20 are denied.

21.   For lack of sufficient information to justify a belief therein, the allegations of paragraph 21 are denied.

22.   For lack of sufficient information to justify a belief therein, the allegations of paragraph 22 are denied.

23.   For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 23.

24.   For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 24.

25.   For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 25.

26.   For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 26.

27.   For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 27.

28.   For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 28.

29.   For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 29.

30. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 30.

31. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 31.

32. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 32.

33. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 33.

34. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 34.

35. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 35.

36. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 36.

37. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 37.

38. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 38.

39. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 39.

40. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 40.

41.   For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 41.

42.   For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 42.

43.   For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 43.

44.   For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 44.

45.   For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 45.

46.   For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 46.

47.   For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 47.

48.   For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 48.

49.   For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 49.

50.   For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 50.

51.   For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 51.

52. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 52.

53. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 53.

54. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 54.

55. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 55.

56. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 56.

57. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 57.

58. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 58.

59. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 59.

60. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 60.

61. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 61.

62. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 62.

63.   For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 63.

64.   For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 64.

65.   For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 65.

66.   For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 66.

67.   For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 67.

68.   For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 68.

69.   For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 69.

70.   For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 70.

71.   For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 71.

72.   For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 72.

73.   For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 73.

74. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 74.

75. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 75.

76. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 76.

77. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 77.

78. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 78.

79. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 79.

80. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 80.

81. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 81.

82. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 82.

83. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 83.

84. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 84.

85.  For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 85.

86.  For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 86.

87.  For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 87.

88.  For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 88.

89.  For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 89.

90.  For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 90.

91.  For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 91.

92.  For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 92.

93.  For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 93.

94.  For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 94.

95.  For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 95.

96.   For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 96.

97.   For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 97.

98.   For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 98.

99.   For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 99.

100.  For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 100.

101.  For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 101.

102.  For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 102.

103.  For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 103.

104.  For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 104.

105.  For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 105.

106.  For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 106.

107.  For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 107.

108.  For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 108.

109.  For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 109.

110.  For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 110.

111.  For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 111.

112.  For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 112.

113.  For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 113.

114.  For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 114.

115.  For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 115.

116.  For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 116.

117.  For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 117.

118.  For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 118.

119.  For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 119.

120.  For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 120.

121.  For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 121.

122.  For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 122.

123.  For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 123.

124.  For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 124.

125.  For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 125.

126.  For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 126.

127.  For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 127.

128.  For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 128.

129.  For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 129.

130.  For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 130.

131.  In response to allegations of paragraph 131, defendant admits that it is a Virginia corporation with a principal place of business in Charlottesville, VA.  Defendant denies all remaining allegations of paragraph 131 not explicitly admitted.

132.  For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 132.

133.  For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 133.

134.  For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 134.

135.  For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 135.

136.  For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 136.

137.  For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 137.

138.  For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 138.

139.  For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 139.

140. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 140.

141. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 141.

142. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 142.

143. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 143.

144. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 144.

145. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 145.

146. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 146.

147. The allegations of paragraph 147 are denied.

148. The allegations of paragraph 148 are denied.

149. The allegations of paragraph 149 are denied.

150. The allegations of paragraph 150 are denied.

151. The allegations of paragraph 151 are denied.

152. The allegations of paragraph 152 are denied.

153. The allegations of paragraph 153 are denied.

154. The allegations of paragraph 154 are denied.

155. The allegations of paragraph 155 are denied.

156. The allegations of paragraph 156 are denied.

157. The allegations of paragraph 157 are denied.

158. The allegations of paragraph 158 are denied.

159. The allegations of paragraph 159 are denied.

160. The allegations of paragraph 160 are denied.

161. The allegations of paragraph 161 are denied.

162. The allegations of paragraph 162 are denied.

163. The allegations of paragraph 163 are denied.

164. The allegations of paragraph 164 are denied.

165. The allegations of paragraph 165 are denied.

166. Paragraph 166 is not directed to the defendant; therefore, no response is required. To the extent, paragraph 166 is deemed to pertain, defendant denies the allegations.

167. Paragraph 167 is not directed to the defendant; therefore, no response is required. To the extent, paragraph 167 is deemed to pertain, defendant denies the allegations.

168. Paragraph 168 is not directed to the defendant; therefore, no response is required. To the extent, paragraph 168 is deemed to pertain, defendant denies the allegations.

169. Paragraph 169 is not directed to the defendant; therefore, no response is required. To the extent, paragraph 169 is deemed to pertain, defendant denies the allegations.

170. Paragraph 170 is not directed to the defendant; therefore, no response is required. To the extent, paragraph 170 is deemed to pertain, defendant denies the allegations.

171. Paragraph 171 is not directed to the defendant; therefore, no response is required. To the extent, paragraph 171 is deemed to pertain, defendant denies the allegations.

172. Paragraph 172 is not directed to the defendant; therefore, no response is required. To the extent, paragraph 172 is deemed to pertain, defendant denies the allegations.

173. Paragraph 173 is not directed to the defendant; therefore, no response is required. To the extent, paragraph 173 is deemed to pertain, defendant denies the allegations.

174. Paragraph 174 is not directed to the defendant; therefore, no response is required. To the extent, paragraph 174 is deemed to pertain, defendant denies the allegations.

175. Paragraph 175 is not directed to the defendant; therefore, no response is required. To the extent, paragraph 175 is deemed to pertain, defendant denies the allegations.

176. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 176.

177. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 177.

178. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 178.

179. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 179.

180. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 180.

181. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 181.

182. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 182.

183. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 183.

184. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 184.

185. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 185.

186. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 186.

187. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 187.

188. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 188.

189. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 189.

190. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 190.

191. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 191.

192. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 192.

193. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 193.

194. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 194.

195. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 195.

196. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 196.

197. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 197.

198. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 198.

199. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 199.

200. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 200.

201. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 201.

202. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 202.

203. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 203.

204. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 204.

205. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 205.

206. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 206.

207. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 207.

208. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 208.

209. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 209.

210. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 210.

211. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 211.

212. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 212.

213. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 213.

214. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 214.

215. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 215.

216. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 216.

217. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 217.

218. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 218.

219. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 219.

220. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 220.

221. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 221.

222. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 222.

223. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 223.

224. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 224.

225. For lack of sufficient information to justify a belief therein, defendant denies the allegations of paragraph 225.

226. Defendant denies the allegations of paragraph 226.

227. Defendant denies the allegations of paragraph 227.

228. Defendant denies the allegations of paragraph 228.

229. Defendant denies the allegations of paragraph 229.

230. Defendant denies the allegations of paragraph 230.

231. Defendant denies the allegations of paragraph 231.

232. Defendant denies the allegations of paragraph 232.

233. Defendant denies the allegations of paragraph 233.

234. Defendant denies the allegations of paragraph 234.

235. Defendant denies the allegations of paragraph 235.

236. Defendant denies the allegations of paragraph 236.

237. Defendant denies the allegations of paragraph 237.

238. Defendant denies the allegations of paragraph 238.

239. Defendant denies the allegations of paragraph 239.

240. Defendant denies the allegations of paragraph 240.

241.  Defendant denies the allegations of paragraph 241.

242.  Defendant denies the allegations of paragraph 242.

243.  Defendant denies the allegations of paragraph 243.

244.  Defendant denies the allegations of paragraph 244.

245.  Defendant denies the allegations of paragraph 245.

246.  Defendant denies the allegations of paragraph 246.

247.  Defendant denies the allegations of paragraph 247.

248.  Defendant denies the allegations of paragraph 248.

249.  Defendant denies the allegations of paragraph 249.

250.  Defendant denies the allegations of paragraph 250.

251.  Defendant denies the allegations of paragraph 251.

252.  Defendant denies the allegations of paragraph 252.

253.  Defendant denies the allegations of paragraph 253.

254.  Defendant denies the allegations of paragraph 254.

255.  Defendant denies the allegations of paragraph 255.

256.  Defendant denies the allegations of paragraph 256.

257.  Defendant denies the allegations of paragraph 257.

258.  Defendant denies the allegations of paragraph 258.

259.  Defendant denies the allegations of paragraph 259.

260.  Defendant denies the allegations of paragraph 260.

261.  Defendant denies the allegations of paragraph 261.

262.  Defendant denies the allegations of paragraph 262.

263.  Defendant denies the allegations of paragraph 263.

264. Defendant denies the allegations of paragraph 264.

265. Defendant denies the allegations of paragraph 265.

266. Defendant denies the allegations of paragraph 266.

267. Defendant denies the allegations of paragraph 267.

268. Defendant denies the allegations of paragraph 268.

269. Defendant denies the allegations of paragraph 269.

270. Defendant denies the allegations of paragraph 270.

271. Defendant denies the allegations of paragraph 271.

272. Defendant denies the allegations of paragraph 272.

273. Defendant denies the allegations of paragraph 273.

274. Defendant denies the allegations of paragraph 274.

275. Defendant denies the allegations of paragraph 275.

276. Defendant denies the allegations of paragraph 276.

277. Defendant denies the allegations of paragraph 277.

278. Defendant denies the allegations of paragraph 278.

279. Defendant denies the allegations of paragraph 279.

280. Defendant denies the allegations of paragraph 280.

281. Defendant denies the allegations of paragraph 281.

282. Defendant denies the allegations of paragraph 282.

283. Defendant denies the allegations of paragraph 283.

284. Defendant denies the allegations of paragraph 284.

285. Defendant denies the allegations of paragraph 285.

286. Defendant denies the allegations of paragraph 286.

287. Defendant denies the allegations of paragraph 287.

288. Defendant denies the allegations of paragraph 288.

289. Defendant denies the allegations of paragraph 289.

290. Defendant denies the allegations of paragraph 290.

291. Defendant denies the allegations of paragraph 291.

292. Defendant denies the allegations of paragraph 292.

293. Defendant denies the allegations of paragraph 293.

294. Defendant denies the allegations of paragraph 294.

295. Defendant denies the allegations of paragraph 295.

296. Defendant denies the allegations of paragraph 296.

297. Defendant denies the allegations of paragraph 297.

FURTHERMORE, this Defendant expressly denies any and all allegations, claims, contentions, and/or demands contained in Plaintiffs' Complaint, which are not expressly and specifically admitted, modified, or explained by this Defendant in this Answer and Affirmative Defenses, including but not limited to the allegations contained in unnumbered paragraphs at the beginning of Plaintiffs' Complaint.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

The Plaintiffs' Complaint fails to state a claim upon which relief can be granted against this Defendant.

### SECOND DEFENSE

This Defendant is neither guilty of nor liable for the allegations made against it.

## THIRD DEFENSE

This Defendant denies the matters and things alleged in the Plaintiffs' Complaint and Amended Complaints and demands strict proof thereof.

## FOURTH DEFENSE

This Defendant specifically pleads all rights and defenses available pursuant to the Carmack Amendment, the Carriage of Goods by Sea Act, or other applicable law.

## FIFTH DEFENSE

There is no causal relation to the claims being made by the Plaintiffs in this matter and this Defendant's conduct.

## SIXTH DEFENSE

This Defendant denies any of its acts or omissions were the proximate cause of Plaintiffs' injuries.

## SEVENTH DEFENSE

This Defendant denies that the Plaintiffs were injured or damaged to the nature and extent alleged in the Complaint and demands strict proof thereof.

## EIGHTH DEFENSE

This Defendant denies that the Plaintiffs were injured as a result of any conduct by this Defendant.

## NINTH DEFENSE

The alleged damages for which the Plaintiffs seek recovery were caused by others for whom this Defendant is not responsible and the Plaintiffs cannot recover these losses from this Defendant.

## TENTH DEFENSE

This Defendant pleads the applicable statute of limitations.

## ELEVENTH DEFENSE

This Defendant pleads that this action is barred for lack of proper, adequate, and/or timely notice.

## TWELFTH DEFENSE

This Defendant pleads lack of privity of Contract.

## THIRTEENTH DEFENSE

This Defendant denies that it breached any duty owed to the Plaintiffs.

## FOURTEENTH DEFENSE

Plaintiffs failed to mitigate their damages in this case.

## FIFTEENTH DEFENSE

This Defendant asserts the defenses of release, payment and set off.

## SIXTEENTH DEFENSE

Defendant asserts that plaintiffs' class action allegations should be dismissed because Plaintiffs are unable to demonstrate the requisite class interest to maintain a class action, or otherwise satisfy the prerequisites and/or requirements for class certification.

## SEVENTEENTH DEFENSE

Defendant denies that this lawsuit should be certified as a class action.

## EIGHTEENTH DEFENSE

Defendant denies that the claims of the plaintiffs and the purported class have a common origin or share a common basis.

## NINETEENTH DEFENSE

There is not sufficient numerosity or typicality of potential legitimate claimants to satisfy the class action requirements or to justify class action treatment.

## TWENTIETH DEFENSE

There is not sufficient commonality to the questions of law and fact presented in this case to justify class action treatment.

## TWENTY-FIRST DEFENSE

Plaintiffs do not have a viable claim for punitive damages. Plaintiffs claims must fail under applicable state law, federal law, and under provisions of the United States Constitution. The standard by which defendants conduct is to be judged, with regard to the plaintiffs' claims for exemplary damages, as alleged, is vague and arbitrary, and as such denies due process in violation of the Louisiana Constitution Article One, § 2 and the Fifth and Fourteenth Amendments of the United States Constitution.

## TWENTY-SECOND DEFENSE

With regard to Plaintiffs' claims for punitive damages, this Defendant also pleads the following punitive damage defenses;

1.     The standard for determining the amount of exemplary damages are vague and provide no notices to defendants of the potential amount of damages, and subject to the unbridled discretion of the jury, thereby denying due process under Louisiana Constitution Article One, § 2 and the Fifth and Fourteenth Amendments of the United States Constitution.

2.     The imposition of punitive damages, as requested by plaintiffs, would be criminal in nature and the rights given to any defendant in a criminal proceeding under the Fifth, Sixth, Eighth, and Fourteenth Amendments to the United States Constitution and Article One, § 13 of the Louisiana Constitution are applicable.

3.     The imposition of exemplary damages against defendants would constitute cruel and unusual punishment in violation of the Eighth Amendment to the United States Constitution and Article One, § 20 of the Louisiana Constitution. Plaintiffs' request for

exemplary damages exposes the defendants to multiple punishments for the same alleged wrong, thereby, denying due process under the Fifth and Fourteenth Amendments of the United States Constitution and Article One, § 2 of the Louisiana Constitution.

4.      With respect to the Plaintiffs' demands herein for punitive damages, this Defendant specifically incorporates by reference any and all standards or limitations regarding the determination and/or enforceability of punitive damage awards.

## TWENTY-THIRD DEFENSE

This Defendant denies that it has been guilty of any conduct which would entitle the Plaintiffs to recover punitive damages.

## TWENTY-FOURTH DEFENSE

This Defendant pleads improper venue.

## TWENTY-FIFTH DEFENSE

To the extent any warranties may have been provided to Plaintiffs, Plaintiffs failed to comply with the terms of said warranties.

## TWENTY-SIXTH DEFENSE

This Defendant pleads misuse and/or alteration of the product.

## TWENTY-SEVENTH DEFENSE

This Defendant denies that it acted willfully or intentionally.

## TWENTY-EIGHTH DEFENSE

Defendant would show that Plaintiffs' exposure, if any, to any allegedly defective products was *de minimis*. Said exposure, if any, was so minimal as to be insufficient to establish that Defendant's product was a substantial factor in or was the proximate cause of the alleged injuries, or establishes sufficient contact with the State of Louisiana to allow Plaintiff's claims.

## TWENTY-NINTH DEFENSE

This Defendant pleads that if Plaintiffs sustained any injuries or damages for which the Plaintiffs make claims against this defendant, which injuries or damages are denied by this Defendant, such injuries or damages were proximately caused by products, materials, chemicals and substances other than those alleged to have been supplied by this Defendant, as well as by cumulative exposure to all types of environmental industrial pollutants of air and water. This Defendant pleads that Plaintiffs are not entitled to recover from this defendant.

## THIRTIETH DEFENSE

This Defendant specifically pleads all rights and defenses available pursuant to the Louisiana Products Liability Act, or other applicable law.

## THIRTY-FIRST DEFENSE

Any alleged damages to Plaintiffs occurred as a result of pre-existing medical conditions, the causes or injuries of which are completely unrelated to this Defendant's products. Further, the existence of these pre-existing or other medical conditions, causes or injuries are specifically plead and bar to mitigation of any recovery sought by Plaintiffs.

## THIRTY-SECOND DEFENSE

This Defendant pleads that there is no fault on the part of this Defendant and the alleged illness-injury of Plaintiffs resulted from the negligence of third-parties for whom this Defendant is not responsible.

## THIRTY-THIRD DEFENSE

Any injuries or damages allegedly sustained by Plaintiffs resulted solely from acts or omissions attributed to entities other than this Defendant. Such acts or omissions on the part of

others constitute an independent, intervening, superseding and proximate cause of any such injury or damage.

## THIRTY-FOURTH DEFENSE

This Defendant pleads failure to include necessary and/or indispensible parties.

## THIRTY-FIFTH DEFENSE

This Defendant pleads that Plaintiffs' claim is barred by the principle of contributory negligence/comparative fault.

## THIRTY-SIXTH DEFENSE

This Defendant pleads that this action is barred by the principle of assumption of the risk and informed consent.

## THIRTY-SEVENTH DEFENSE

This Defendant pleads that this action is barred, in whole or in part, by the principle of laches, waiver, and/or estoppels.

## THIRTY-EIGHTH DEFENSE

This Defendant pleads that Plaintiffs' alleged injuries, if any, are barred in whole or in part, as a result of misuse of the products in question.

## THIRTY-NINTH DEFENSE

This Defendant alleges Plaintiffs' claims are barred, in whole or in part, by the rule of repose.

## FORTIETH DEFENSE

This Defendant pleads that the allegedly defective products conformed to the state of the art for design, manufacture, marketing and labeling of such products.

## FORTY-FIRST DEFENSE

This Defendant pleads that the allegedly defective products met industry standards and were not unsafe, unfit, or unreasonably dangerous for normal use and operation.

## FORTY-SECOND DEFENSE

This Defendant pleads the Plaintiffs' claims are barred by the doctrines of res judicata, judicial estoppels and/or collateral estoppel.

## FORTY-THIRD DEFENSE

Plaintiffs have failed to exhaust administrative remedies, including but not limited to failure to give notice of any alleged breach.

## FORTY-FOURTH DEFENSE

Defendant pleads Plaintiffs are not real party in interest.

## FORTY-FIFTH DEFENSE

This Defendant reserves the right to alter, amend, and/or supplement this Answer.

## FORTY-SIXTH DEFENSE

Plaintiffs' damages, if any, are subject to an offset in the amount of any reimbursement received as a result of any insurance or other health benefits plan, or any amounts paid for by any insurance or other health benefits plan.

## FORTY-SEVENTH DEFENSE

This Defendant pleads statute of frauds.

## FORTY-EIGHTH DEFENSE

Defendant pleads lack of consideration and failure of consideration.

## FORTY-NINTH DEFENSE

To the extent not inconsistent with this Defendant, this Defendant adopts and incorporates, as if fully set out herein, the Answers set forth by any other co-defendant in this cause.

Defendant further shows and avers that in the event plaintiffs have settled any of the claims set forth in the petition for damages and received payment as a result thereof, defendant is entitled to a set off/or credit against any damages for which it may become liable herein.

WHEREFORE, defendant prays that this answer be deemed good and sufficient and that after all legal proceedings be had, there be judgment herein dismissing plaintiffs' claims at their cost.

Respectfully submitted,

WOODLEY, WILLIAMS LAW FIRM, L.L.C.


BY:   /s/  **Donald C. Brown**
        DONALD C. BROWN (#3549)
        P. O. Box 3731
        Lake Charles, LA  70602-3731
        Telephone: (337) 433-6328
        Facsimile: (337) 433-7513
        E-mail:  dcbrown@woodleywilliams.com
Attorney for defendants, TMO GLOBAL
LOGISTICS, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Answer and Affirmative Defenses of Defendant TMO Global Logistics, LLC has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECG System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of March, 2010.

WOODLEY, WILLIAMS LAW FIRM, L.L.C.


/s/ Donald C. Brown
**DONALD C. BROWN**
**LA BAR ROLL #3549**
P. O. Box 3731
Lake Charles, LA  70602-3731
Telephone:  (337) 433-6328
Facsimile:  (337) 433-7513
dcbrown@woodleywilliams.com