IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL No. 2047<br><br>Section L<br><br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | : : | MAG. JUDGE WILKINSON |
| David Gross, Cheryl Gross and Louis Velez v. KNAUF GIPS KG, et al.<br>Case No. 09-6690 (E.D. La.) | : : : : | |

**DEFENDANT SMOKY MOUNTAIN MATERIALS, INC.'S
MOTION TO DISMISS PLAINTIFFS'
AMENDED CLASS ACTION COMPLAINT**

Defendant Smoky Mountain Materials, Inc. d/b/a Emerald Coast Building Materials (hereinafter "Smoky Mountain"), by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby files this Motion to Dismiss Plaintiff's Amended Class Action Complaint for failure to state a claim upon which relief can be granted for the reasons set forth in the supporting memorandum of law filed herewith.

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | Case No. 09-6690 (E.D. La.)<br>Page 2 |

WHEREFORE, Defendant Smoky Mountain Materials, Inc. respectfully requests that this Honorable Court dismiss Plaintiffs' Amended Class Action Complaint as it relates to Smoky Mountain.

                                           Respectfully submitted,

                                           */s/Edward J. Briscoe*
                                           Edward J. Briscoe
                                           Fla. Bar No. 109691
                                           Donald W. Hardeman
                                           Fla. Bar No. 180982
                                           Elizabeth J. Ferry
                                           Fla. Bar No. 43823

                                           FOWLER WHITE BURNETT P.A.
                                           Espirito Santo Plaza, 14th Floor
                                           1395 Brickell Avenue
                                           Miami, Florida 33131-3302
                                           Telephone: (305) 789-9200
                                           Facsimile: (305) 789-9201
                                           *Counsel for Defendant Smoky Mountain Materials, Inc.*

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | Case No. 09-6690 (E.D. La.)<br>Page 3 |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served via e-mail on Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of March, 2010.

/s/Edward J. Briscoe
Edward J. Briscoe