IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2047<br><br>Section L |
| | : | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | : : | MAG. JUDGE WILKINSON |
| David Gross, Cheryl Gross and Louis Velez v. KNAUF GIPS KG, et al. Case No. 09-6690 (E.D. La.) | : : : | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Defendant, Smoky Mountain Materials, Inc. d/b/a Emerald Coast Building Materials (hereinafter "Smoky Mountain"), will bring its Defendant Smoky Mountain Materials, Inc.'s Motion to Dismiss Plaintiffs' Amended Class Action Complaint for hearing before the Honorable Eldon E. Fallon, Judge, United States District Court for the Eastern District of Louisiana, 500 Camp Street, New Orleans Louisiana 70130, on the 12[h] day of March, 2010 at 9:00 o'clock a.m. CST or as soon thereafter as counsel may be heard.

Respectfully submitted,

*/s/Edward J. Briscoe*
Edward J. Briscoe
Fla. Bar No. 109691

FOWLER WHITE BURNETT P.A.
Espirito Santo Plaza, 14th Floor
1395 Brickell Avenue
Miami, Florida 33131-3302
Telephone: (305) 789-9200
Facsimile: (305) 789-9201
*Counsel for Defendant Smoky Mountain Materials, Inc.*

IN RE: CHINESE-MANUFACTURED           Case No. 09-6690 (E.D. La.)
DRYWALL PRODUCTS LIABILITY LITIGATION                    Page 2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served via e-mail on Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of March, 2010.

*/s/Edward J. Briscoe*
Edward J. Briscoe