UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * | MDL NO. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO SEAN AND BETH PAYTON, et al vs. KNAUF GIPS, DG, et al. Case No. 2:09-CV-7628 | * * * | JUDGE FALLON MAG. JUDGE WILKINSON |
| *   *   *   *   *   *   * | | |

### *EX PARTE* CONSENT MOTION FOR EXTENSION OF TIME OF DESIGN DRYWALL OF SOUTH FLORIDA, LLC

NOW INTO COURT, through undersigned counsel, appearing specially herein, comes Design Drywall of South Florida, LLC (hereinafter, "Design Drywall"), sought to be made defendant herein, which requests that this Court grant it a 30-day extension of time to file responsive pleadings to the Complaint herein on the following grounds:

1. Design Drywall was served with the Complaint in this case on February 5, 2010.

2. Design Drywall requests an additional 30 days to investigate the allegations in the Complaint and prepare appropriate responsive pleadings.

3. Plaintiffs' Liaison Counsel has stated to counsel for Design Drywall that Plaintiffs have no objection to this request for an extension of time.

4. Mover certifies that this is its first request for extension of time filed in connection with filing a response to the Complaint, and that this request is not interposed for purposes of delay.

5. Mover preserves all of its rights and defenses in this matter (including defenses based on personal jurisdiction), and waives none of those.

Respectfully submitted,

/s/ Elizabeth L. Gordon
Lloyd N. Shields (La. Bar No. 12022)
Elizabeth L. Gordon (La. Bar No. 21619)
Andrew G. Vicknair (La. Bar No. 28448)
Adrian A. D'Arcy (La. Bar No. 29137)
Shields Mott Lund L.L.P.
650 Poydras Street, Suite 2600
New Orleans, Louisiana 70130
Telephone: (504) 581-4445
Facsimile: (504) 584-4440
lnshields@shieldsmottlund.com
elgordon@shieldsmottlund.com
agvicknair@shieldsmottlund.com
aadarcy@shieldsmottlund.com

Attorneys for
    Design Drywall of South Florida, LLC

2

## CERTIFICATE OF SERVICE

I hereby certify the above and foregoing *Ex Parte Consent Motion for Extension of Time of Drywall Design of South Florida, LLC* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, Suite 100, New Orleans, Louisiana 70113, rherman@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras Street, New Orleans, Louisiana 70163, kmiller@frilot.com, by U. S. Mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with procedures established in MDL 2047, on this 4th day of March, 2010.

/s/ Elizabeth L. Gordon

65065-02\Pleadings\Consent Motion for Extension