UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * | MDL NO. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO SEAN AND BETH PAYTON, et al vs. KNAUF GIPS, DG, et al. Case No. 2:09-CV-7628 | * * * | JUDGE FALLON MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \*

_____

**ORDER**

_____

CONSIDERING the Ex Parte Consent Motion for Extension of Time of Design Drywall of South Florida, LLC;

IT IS HEREBY ORDERED that the motion is GRANTED and that the deadline for Design Drywall of South Florida, LLC to file responsive pleadings in this case is extended until March 29, 2010.

New Orleans, Louisiana this _____ day of March, 2010.

_____
U. S. District Court Judge