UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * | MDL NO. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO SEAN AND BETH PAYTON, et al vs. KNAUF GIPS, DG, et al. Case No. 2:09-CV-7628 | * * * | JUDGE FALLON MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \*

———

**ORDER**

———

CONSIDERING the *Ex Parte* Consent Motion for Extension of Time of PDC Drywall Contractors, Inc.;

IT IS HEREBY ORDERED that the motion is GRANTED and that the deadline for PDC Drywall Contractors, Inc. to file responsive pleadings in this case is extended until March 29, 2010.

New Orleans, Louisiana this ____ day of March, 2010.

_____
U. S. District Court Judge