UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY | MDL No. 09-2047<br><br>JUDGE FALLON<br><br>MAGISTRATE WILKINSON |

THIS DOCUMENT RELATES TO:

SEAN AND BETH PAYTON, et al.
vs. *
KNAUF GIPS, DG., et al.
Case No. 09--7628

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned counsel, hereby enters an appearance on behalf of defendant **Sidney Sutton Drywall, Inc.** reserving all rights to object to jurisdiction, venue or service and preserving all defenses.

Respectfully submitted,

TAYLOR, PORTER, BROOKS, & PHILLIPS L.L.P.

By: /s/ Amy C. Lambert
    Harry J. "Skip" Philips (#2047)
    Margaret L. Tooke (#19810)
    Amy C. Lambert (#24348)
    John M. Parker, Jr. (#32629)
    451 Florida Street, 8th Floor
    P.O. Box 2471
    Baton Rouge, LA 70821
    Phone: 225-387-3221
    Fax: 225-346-8049
    Skip.philips@taylorporter.com
    Amy.Lambert@taylorporter.com
**Attorneys for Sidney Sutton Drywall, Inc.**

526714.1

CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing Notice of Appearance has been served on plaintiff's liaison counsel Russ Herman and Defendant liaison counsel, Kerry Miller, by U.S. Mail and Email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047, on this 4th day of March, 2010.

                                                                  s/Amy C. Lambert