UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047 |
| | SECTION L |
| | DISTRICT JUDGE FALLON |
| This documents relates to Case No. 09-6690 (*Gross*) | MAGISTRATE JUDGE WILKINSON |

**UNOPPOSED FIRST MOTION FOR EXTENSION
OF TIME TO FILE RESPONSIVE PLEADINGS**

NOW INTO COURT, through undersign counsel, comes J.W. Allen & Company, Inc. who respectfully moves this Court for an extension of thirty (30) days, to and including April 3, 2010, to file responsive pleadings. The undersigned counsel has conferred with Plaintiffs' Liaison Counsel, and plaintiffs have no objection to this extension. This is the first such extension requested by this defendant.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   /s/ D. Skylar Rosenbloom
Brent B. Barriere (La. Bar No. 2818)
Susie Morgan (La. Bar No. 18133)
D. Skylar Rosenbloom (La Bar No. 31309)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
Email: Brent.barriere@phelps.com
  Susie.morgan@phelps.com

Skylar.rosenbloom@phelps.com

**ATTORNEYS FOR DEFENDANT, J.W. ALLEN & COMPANY, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Oder No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of March, 2010.

/s/ D. Skylar Rosenbloom

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047<br><br>SECTION L<br><br>DISTRICT JUDGE FALLON |
| This documents relates to<br>Case No. 09-6690 (*Gross*) | MAGISTRATE JUDGE WILKINSON |

### UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

Considering the foregoing Unopposed First Motion for Extension of Time to File Responsive Pleadings filed by J. W. Allen and Company, Inc.,

**IT IS ORDERED** that J. W. Allen and Company, Inc. shall file responsive pleadings on or before April 3, 2010.

New Orleans, Louisiana this _____ day of March, 2010.

_____
JUDGE