UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047<br><br>SECTION L<br><br>DISTRICT JUDGE FALLON |
| This documents relates to<br>Case No. 09-6690 (*Gross*) | MAGISTRATE JUDGE WILKINSON |

### UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

Considering the foregoing Unopposed First Motion for Extension of Time to File Responsive Pleadings filed by J. W. Allen and Company, Inc.,

**IT IS ORDERED** that J. W. Allen and Company, Inc. shall file responsive pleadings on or before April 3, 2010.

New Orleans, Louisiana this _____ day of March, 2010.

_____
JUDGE