UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL. NO. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: SEAN AND BETH PAYTON, et al v. KNAUF GIPS, DG., et al Case No. 2:09-CV-7628 | * * * * * | JUDGE FALLON MAG. JUDGE WILKINSON |

*************************************

## NOTICE OF APPEARANCE OF COUNSEL

Elizabeth Haecker Ryan of Lemle & Kellerher, hereby files her Notice of Appearance as counsel of record for Defendant, Ed Price Building Materials and requests that copies of all pleadings served in this case be served upon the undersigned at the following office and telephone number.

LEMLE & KELLEHER, L.L.P.

/s/ *Elizabeth Haecker Ryan*
Elizabeth Haecker Ryan (La. Bar No. 6404)
Pan-American Life Center
601 Poydras Street, 21st Floor
New Orleans, LA  70130
Tel:    504.584.9138
Fax:   504.584.9142
E-mail: eryan@lemle.com

*Attorney for Defendant Ed Price Building Materials*

731964-1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing **Notice of Appearance of Counsel** has been filed with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification; that notice of the filing of the foregoing pleading has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification on this 5th day of March, 2010.

/s/ *Elizabeth Haecker Ryan*
ELIZABETH HAECKER RYAN (La. Bar #6404)
*Attorney for Defendants Ed Price Building Materials*

731964-1