## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY** | **MDL No. 2047** |
| | **JUDGE FALLON** |
| | **MAGISTRATE WILKINSON** |

_____

*This document relates to:*

**SEAN AND BETH PAYTON, et al.**

**vs.**

**KNAUF GIPS, DG., et al.**
**Case No. 2:09-CV-7628**

## EX PARTE MOTION FOR EXTENSION OF TIME
## TO FILE RESPONSIVE PLEADING

**NOW INTO COURT,** through undersigned counsel, comes Sidney Sutton Drywall, Inc. (the "Defendant"), sought to be made a defendant herein, and moves this Court for a 30 day extension of time to file responsive pleadings to the Complaint (or until April 5, 2010).. Defendant requests an additional thirty (30) days to investigate the allegations in the Complaint and to prepare an appropriate responsive pleading. Defendant attempted to contact plaintiffs' liaison counsel for his consent, but has not heard back from him prior to filing this motion. This is the first request for such an extension being made by defendant Sidney Sutton Drywall, Inc.

**WHEREFORE,** Defendant prays that this Court grant it an extension of thirty (30) days, through and including April 5, 2010 to file a responsive pleading in this case.

526705 1

Respectfully submitted,

**TAYLOR, PORTER, BROOKS, & PHILLIPS L.L.P.**

By: /s/ Amy C. Lambert
       Harry J. "Skip" Philips (#2047)
       Margaret L. Tooke (#19810)
       Amy C. Lambert (#24348)
       John M. Parker, Jr. (#32629)
       451 Florida Street, 8th Floor
       P.O. Box 2471
       Baton Rouge, LA  70821
       Phone: 225-387-3221
       Fax: 225-346-8049
       Skip.philips@taylorporter.com
       Amy.Lambert@taylorporter.com
*Attorneys for Sidney Sutton Drywall, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 5, 2010, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or by hand delivery and email upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

**s/Amy C. Lambert**

526705.1