UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY

MDL No. 2047

JUDGE FALLON

MAGISTRATE WILKINSON

_This document relates to:_

**SEAN AND BETH PAYTON, et al.**

**vs.**

**KNAUF GIPS, DG., et al.**
**Case No. 2:09-CV-7628**

## ORDER

CONSIDERING the Ex Parte Motion for Extension filed by Defendant, Sidney Sutton Drywall Inc.;

IT IS HEREBY ORDERED that the motion is GRANTED and that the deadline for Sidney Sutton Drywall, Inc. to file responsive pleadings in this case is extended 30 days April 5, 2010.

New Orleans, Louisiana this _____ day of March, 2010.

_____
U. S. District Court Judge

526772 1