UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: | * * | SECTION: L JUDGE FALLON |
| David Gross, Cheryl Gross and Louis Velez, individually, and on behalf of all others similarly situated, v. Knauf Gips KG, et al. Case No. 2:09-cv-6690 | * * * * * * | MAG. JUDGE WILKINSON |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## DEFENDANT GREAT WESTERN BUILDING MATERIALS' MOTION FOR MORE DEFINITE STATEMENT

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Great Western Building Materials, in response to the Class Action Complaint filed on behalf of Plaintiffs, David Gross, Cheryl Gross and Louis Velez, moves this Court pursuant to Federal Rules of Civil Procedure 12(e) to require Plaintiffs to provide a more definite statement as to their claims against Great Western Building Materials. Plaintiffs' Class Action Complaint and Amended Class Action Complaint fail to specify which state it is alleged that Great Western supplied drywall products which are at issue in this litigation. Plaintiffs' Complaint and Amended Class Action Complaint also fail to specify which state law applies to the claims of the various class

members that have been asserted against Great Western thereby making it impossible for Great Western to reasonably prepare a response to the allegations contained in these Complaints resulting in serious prejudice to this Defendant.

        Respectfully submitted,

        **DEGAN, BLANCHARD & NASH**

        /s/ Laura M. Mayes
        Foster P. Nash, III, Esq. (#19079)
        Laura M. Mayes, Esq. (#32197)
        400 Poydras Street, Suite 2600
        New Orleans, Louisiana 70130
        Telephone: (504) 529-3333
        Facsimile: (504) 529-3337
        *Attorneys for Defendant, Great Western Building Materials*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Unopposed Motion for Extension of Time has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of March, 2010.

        /s/ Laura M. Mayes
        LAURA M. MAYES

L:\360\7008\Doc\06 Mtn for More Def Statmt.doc