# DEGAN, BLANCHARD & NASH

A PROFESSIONAL LAW CORPORATION
TEXACO CENTER

400 POYDRAS STREET, SUITE 2600
NEW ORLEANS, LOUISIANA 70130

LAURA M. MAYES
ADMITTED IN LOUISIANA AND MARYLAND

TELEPHONE (504) 529-3333
FACSIMILE (504) 529-3337
WRITER'S DIRECT E-MAIL
LMAYES@DEGAN.COM

December 8, 2009

<u>VIA FACSIMILE (504) 561-6024 and U.S. MAIL</u>
Leonard A. Davis, Esq.
HERMAN, HERMAN, KATZ & COLTAR, LLP
820 O'Keefe Ave.
New Orleans, Louisiana 70113

Re: **David Gross, Cheryl Gross and Louis Velez, individually and on behalf of all others similarly situated v. Knauf Gips KG, et al.**
U.S. District Court for the Eastern District of Louisiana, Case No. 09-6690, Section "L"
Our File No.: 168-7008

Dear Mr. Davis:

We previously requested in correspondence dated November 24, 2009 that your office provide us, within ten days, copies of all documents used to support Plaintiffs' claim in paragraph 110 of Plaintiffs' Amended Class Action Suit and paragraph 97 of Plaintiffs' Class Action Complaint that Great Western Building Materials "supplied the drywall at issue in this litigation in certain of the affected states." We also requested copies of any documentation evidencing sales and/or drywall within the "affected states" of "Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina and Virginia." To date, we have not received any response from you and therefore, have not received any documentation evidencing any sales, distribution, and/or evidence that Great Western supplied drywall to the affected states as alleged in Plaintiffs' Petition for Damages.

We have been advised by Great Western Building Materials that it does not show any sales and/or purchases of drywall materials in any of the affected states (as set forth in Plaintiffs' Complaint) of Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina and Virginia. Furthermore, Great Western Building Materials does not show any sales and/or purchases from any of the other party defendants as it relates to the affected states in this litigation of Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina and Virginia.

We believe that our client has been named as a party defendant in this class action litigation in error. At this time, we request that your office please produce any and all documentation used to substantial Plaintiffs' claims against Great Western Building Materials in the Complaint within ten days of receipt of this letter, on or around **Friday, December 18, 2009**.



Leonard Davis, Esq.
December 8, 2009
Page 2

If Plaintiffs are unable to provide any such documentation, we request that you review the enclosed Joint Motion to Dismiss Great Western Building Materials as a party from this action, and consent to the filing of this pleading on behalf of our respective clients.

If we do not receive any documentation by December 18, 2009, we intend to proceed with the filing of a Motion to Dismiss and will seek all associated costs and attorney fees available pursuant to that motion.

Thank you for your attention and courtesies in this matter.

Sincerely,

Laura M. Mayes

FPN/LMM/th
F:\168\7008\Cor\05 Plaintiffs.doc

## DEGAN, BLANCHARD & NASH

A PROFESSIONAL LAW CORPORATION
TEXACO CENTER

400 POYDRAS STREET, SUITE 2600
NEW ORLEANS, LOUISIANA 70130

**LAURA M. MAYES**
ADMITTED IN LOUISIANA AND MARYLAND

TELEPHONE (504) 529-3333
FACSIMILE (504) 529-3337
WRITER'S DIRECT E-MAIL
LMAYES@DEGAN.COM

November 24, 2009

Leonard A. Davis, Esq.
**HERMAN, HERMAN, KATZ & COLTAR, LLP**
820 O'Keefe Ave.
New Orleans, Louisiana 70113

Re: **David Gross, Cheryl Gross and Louis Velez, individually and on behalf of all others similarly situated v. Knauf Gips KG, et al.**
U.S. District Court for the Eastern District of Louisiana, Case No. 09-6690, Section "L"
Our File No.: 168-7008

Dear Mr. Davis:

As discussed yesterday, our office has been retained on behalf of Great Western Building Materials in the above-referenced matter. We have enclosed copies of the MDL 2047 Counsel Contact Information form and Attorney Contact Sheet for this case, per Pretrial Order No. 5A. We have also mailed a copy of these documents to Defendants' Liason Counsel, Kerry Miller.

We also have enclosed a courtesy copy of the Notice of Appearance and Motion for Extension of Time to file responsive pleadings on behalf of Great Western Building Materials in the above-referenced case. Based upon our conversation, we have represented to the court that your office does not have any objection to the filing of the Motion of Extension of Time. Copies of these documents were filed on the ECF/Pacer system and File & Serve on Tuesday, November 24, 2009.

More importantly, we request that you please provide our office within ten days of receipt of this letter with copies of all information used to support your claim in paragraph 110 of Plaintiffs' Amended Class Action Suit that Great Western Building Materials "supplied the drywall at issue in this litigation in certain of the affected states." It is our understanding from Plaintiffs' Petition that the "affected states" are "Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina and Virginia." Additionally, please provide our office with copies of any documents evidencing sales and/or distribution of drywall within the "affected states" of "Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina and Virginia."

Leonard A. Davis, Esq.
November 24, 2009
Page 2

Thank you for your attention and courtesies in this matter.

Sincerely,

*Laura Mayes*

Laura M. Mayes

FPN/LMM/th
Enclosure
cc: Kerry Miller, Defendants' Liason Counsel
F:\168\7008\Cor\02 Plaintiffs.doc