## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | SECTION: L |
| | * | JUDGE FALLON |
| David Gross, Cheryl Gross and Louis | * | MAG. JUDGE WILKINSON |
| Velez, individually, and on behalf of | * | |
| all others similarly situated, v. Knauf | * | |
| Gips KG, et al. | * | |
| Case No. 2:09-cv-6690 | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## <u>NOTICE OF HEARING</u>

**PLEASE BE ADVISED** that the defendant, Great Western Building Materials, has filed a Motion for More Definite Statement in the above-captioned and entitled matter.  The Motion for More Definite Statement will be set for hearing on March 24, 2010, at 9:00 a.m.

              Respectfully submitted,

                /s/ Laura M. Mayes
              Foster P. Nash, III, Esq. (#19079)
              Laura M. Mayes, Esq. (#32197)
              Degan, Blanchard & Nash
              400 Poydras Street, Suite 2600
              New Orleans, Louisiana 70130
              Tel: (504) 529-3333 Fax: (504) 529-3337
              *Attorneys for Defendant, Great Western Building Materials*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Hearing has been served upon all counsel for record by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this  5th  day of   March  , 2010.

                                           /s/ Laura M. Mayes
                                          LAURA M. MAYES

L:\360\7008\Doc\09 Not of Hearing.doc