UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE STATE OF LOUISIANA, ex rel. JAMES D. ("BUDDY") CALDWELL, the Attorney General of Louisiana | * * | CIVIL ACTION NO.10-340 |
| v. | * | SECTION: "L" |
| KNAUF GIPS KG; KNAUF INTERNATIONAL GMBH; KNAUF PLASTERBOARD (TIANJIN) CO. LTD; KNAUF PLASTERBOARD(WUHU) CO. LTD.; GUANDONG KNAUF NEW BUILDING MATERIANL PRODUCTS CO., LTD KNAUF INSULATION, GMBH; BEIJING NEW BUILDING MATERIAL PLC; TAISHAN GYPSUM CO. LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD INTERIOR EXTERIOR BUILDIG SUPPLY, L.P.; METRO RESOURCES CORPORTATION; ALL STAR FOREST PRODUCTS INC.; NORTH PACIFIC GROUP, INC.; PHOENIX IMPORTS CO., LTD.; ROTHCHILT INTERNATIONAL LTD.; USG CORPORATION; UNITED STATES GYPSUM COMPANY; USG INTERIORS, INC.; FLY SYSTEM, INC.; L&W SUPPLY CORPORATION D/B/A SEACOAST SUPPLY MAYEAUX CONSTRUCTION, INC.; SOUTHERN HOMES, LLC; AND SUNRISE CONSTRUCTION AND DEVELOPMENT, LLC | * * * * * * * * * | MAGISTRATE "2" |

\*   \*   \*   \*   \*   \*   \*   \*

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

**NOW INTO COURT**, comes defendant, Sunrise Construction and Development, L.L.C., moves this Court for an Order pursuant to Local Rule 7.9E granting an extension of thirty (30) days in which to file responsive pleadings, and upon showing there have been no previous formal extensions of time granted by this Court, and said extension of time will give defendants ample opportunity to investigate these claims. Defendant further assets that this

1

extension of time will not unduly delay this matter or prejudice any other party. Undersigned counsel has attempted to reach counsel for the Plaintiff, but has been unable to get a response.

**Respectfully submitted,**

s/ David C. Loeb

———————————————
DAVID C. LOEB (LA Bar No. 8660)
DANIEL E. ZELENKA, II  (LA Bar No. 17874)
**COUHIG PARTNERS, L.L.C.**
643 MAGAZINE STREET, SUITE 300
NEW ORLEANS, LA 70130
Telephone 504-588-1288
Facsimile 504-588-9750
dloeb@couhigpartners.com
dzelenka@couhigpartners.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Sun Construction, LLC's Motion for Summary Judgment Pursuant to FRCP Rule 56 has been served on Plaintiffs' Liaison Counsel, Russ Hermann at Drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at Kmiller@frilot.com, and Homebuilder Sterring Committees' Counsel Phillip A. Wittmann at pwittman@stonepigman.com and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on the 5th day of March, 2010.

s/ David C. Loeb

———————————————————
DAVID C. LOEB