AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Otis Ashford, et al ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. **09-7042** |
| Knauf Gips KG, et al ) | |
| Defendant ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
Bel-Tex Contracting, Inc.
By serving its registered agent,
Hermilo G. Moralez, Jr.
330 Eden Isles
Slidell, Louisiana 70458

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Mikal C. Watts
Watts Hilliard, L.L.C.
4 Dominion Dr., Bldg. 3, Ste. 100
San Antonio, Texas 78257-1390
1-210-447-0500

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: _____

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: _____

                                                                                     Server's signature

                                                                                     Printed name and title

                                                                                     Server's address

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| Otis Ashford, et al | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No.  **09-7042** |
| Knauf Gips KG, et al | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
Gavins Construction Company
By serving its owner,
David Ray Gavins
960 Riverview Drive
Biloxi, Mississippi 39532

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Mikal C. Watts
Watts Hilliard, L.L.C.
4 Dominion Dr., Bldg. 3, Ste. 100
San Antonio, Texas 78257-1390
1-210-447-0500

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: _____    _____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
    who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____
    _____
    _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: _____

                                                  _____
                                                  Server's signature

                                                  _____
                                                  Printed name and title

                                                  _____
                                                  Server's address

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| Otis Ashford, et al | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No.  **09-7042** |
| Knauf Gips KG, et al | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
Great Southern Builders, L.L.C.
By serving its registered agent,
Robert L. Champagne
13222 Lake Bend Drive
Covington, Louisiana 70435

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Mikal C. Watts
Watts Hilliard, L.L.C.
4 Dominion Dr., Bldg. 3, Ste. 100
San Antonio, Texas 78257-1390
1-210-447-0500

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: _____        _____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

◎ AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

 (1) personally delivering a copy of each to the individual at this place, _____
  _____; or

 (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
  who resides there and is of suitable age and discretion; or

 (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
  _____; or

 (4) returning the summons unexecuted to the court clerk on _____; or

 (5) other *(specify)* _____
  _____
  _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: _____

                 _____
                        Server's signature

                 _____
                        Printed name and title

                 _____
                        Server's address