IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| Gross, et al. v. Knauf Gips, Kg., et al. Case No. 09-6690 (E.D.La.) | MAG. JUDGE WILKINSON |

## EX PARTE CONSENT MOTION FOR EXTENSION OF TIME OF DEFENDANT CNBM USA CORP.

NOW INTO COURT, through undersigned counsel, comes defendant, CNBM USA Corp., sought to be made a defendant herein, appearing solely for the purpose of obtaining additional time in which to file responsive pleadings and specifically reserving all rights and defenses including but not limited to lack of jurisdiction, which moves this Court for a 30 day extension of time to file responsive pleadings to the Complaint on the following grounds:

1. Pursuant to Pretrial Order No. 1E, the deadline to file responsive pleadings is March 4, 2010.

2. CNBM USA Corp. requests an additional 30 days to investigate the allegations in the Complaint and to prepare appropriate responsive pleadings.

1

3. Plaintiffs' Liaison Counsel has stated to counsel for CNBM USA Corp. that plaintiffs have no objection and consent to this request for an extension of time to file responsive pleadings.

WHEREFORE, CNBM USA Corp. prays that this Court grant it an extension of 30 days to file responsive pleadings in this case, to and until April 5, 2010.

Respectfully submitted,

IRWIN FRITCHIE URQUHART & MOORE LLC

/s/John W. Sinnott
QUENTIN F. URQUHART, JR (#14475)
JOHN W. SINNOTT (#23943)
400 Poydras Street
Suite 2700
New Orleans, Louisiana 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2101

And

J. Jeffrey Patton
Daniel L. Stanner
TABET DiVITO & ROTHSTEIN LLC
The Rookery Building
209 South LaSalle Street
7th Floor
Chicago, Illinois 60604
Telephone: (312) 762-9450
Facsimile: (312) 762-9451

Counsel for Defendant CNBM USA Corp.

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing Ex Parte Consent Motion for Extension of Time on Behalf of CNBM USA Corp. has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 5th day of March, 2010.

                                                                /s/ John W. Sinnott