IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL NO. 2047 |
| ) | |
| ) | SECTION: L |
| THIS DOCUMENT RELATES TO: ) | |
| ) | JUDGE FALLON |
| Gross, et al. v. Knauf Gips, Kg., et al. ) | |
| Case No. 09-6690 (E.D.La.) ) | MAG. JUDGE WILKINSON |
| ) | |
| _____) | |

## **ORDER**

Considering the foregoing Ex Parte Consent Motion for Extension of Time of Defendant CNBM USA Corp.;

IT IS HEREBY ORDERED that the motion is GRANTED and that the deadline for CNBM USA Corp. to file responsive pleadings in this case is extended until April 5, 2010.

New Orleans, Louisiana, this \_\_\_\_ day of March 2010.

_____
United States District Court Judge