UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047<br>SECTION: L |
| * * * * * * * * * * * | * * | JUDGE FALLON |
| This Document Relates to: | * * | MAG. JUDGE WILKINSON |
| *Hernandez v. Knauf,* Case No. 09-6050 (E.D.La.) | * * * | |
| * * * * * * * * * * * | * | |

## PLAINTIFFS' WITNESS LIST

Plaintiffs may call one or more of the following witnesses during the trial on the merits of this matter scheduled to commence on March 15, 2010:

1. Tatum Hernandez
2. Charlene Hernandez
3. Anthony Marino
4. Clay Geary
5. James Geary
6. Ray Phillips
7. Jerry Smith
8. Kenneth Acks - (either live or by deposition)
9. Ron Bailey
10. Brad Krantz - (either live or by deposition)
11. Al Mallet
12. David Maloney - (by deposition)
13. Greg Rigamer

14. John Scully - (either live or by deposition)
15. Dean Ritula - (either live or by deposition)
16. Peter Nelson - (either live or by deposition)
17. Donald Galler - (either live or by deposition)
18. Jonathan Barnett - (either live or by deposition)
19. Lori Streit - (either live or by deposition)
20. Jacqueline Tuthill - (either live, by deposition, or by affidavit)
21. Rose Marie D'Antonio
22. Melanie Ward
23. Joe Sharubreck (or other representative of Norris AC)
24. Paul LaGrange
25. A.J. Valenti
26. J. Darrel Hicks
27. Matt Fossler
28. Robert W. Sproles
29. Philip T. Goad
30. Roy M. Carubba
31. Mark Hartenstein
32. Any Witness Listed or Called by Any Other Party.

This 5th day of March, 2010.

Respectfully submitted,

/s/ Stephen J. Herman
**RUSS M. HERMAN**, La. Bar No. 6819
*Plaintiffs' Liaison Counsel*
**LEONARD A. DAVIS**, La. Bar No. 14190
**STEPHEN J. HERMAN, T.A.,** La. Bar No. 23129
**JEREMY S. EPSTEIN**, La. Bar No. 32135
**HERMAN, HERMAN, KATZ & COTLAR, LLP**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax No. (504) 561-6024
E-Mail: sherman@hhkc.com

*Attorneys for Plaintiffs*
*Tatum and Charlene Hernandez*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served the above and foregoing Witness List *via* E-Mail upon Defense Liaison Counsel and Counsel for Defendant Knuaf Plasterboard (Tianjin) Co. Ltd., this 5th day of March 2010, and that I will cause the above and foregoing Witness List to be served upon all counsel and/or parties *via* the Lexis-Nexis File & Serve in accordance with Pre-Trial Order No. 6, this March 5th, 2010.

                                                   /s/ Stephen J. Herman