UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED:          MDL NO. 2047
DRYWALL PRODUCTS
LIABILITY LITIGATION                  SECTION L

                                      JUDGE FALLON
                                      MAG. JUDGE WILKINSON

This Document Relates to:

*Hernandez v. Knauf*, Case No. 09-6050

Defendant, Knauf Plasterboard (Tianjin) Co., Ltd.'s Trial Exhibit List

| DX# | Bates No. | Date | Description | Objection | Admissible Pre-Trial | Admitted |
|------|-----------|---------------|-------------|-----------|---------------------|----------|
| DX0001 | | March, 2 2010 | Expert Report of Mathew J. Perricone, Ph.D. and Ricard J. Lee, Ph.D. | | | |
| | | March, 2 2010 | Attachment A to Expert Report of Matthew J. Perricone, Ph.D. and Ricard J. Lee, Ph.D., C.V. and Publications List of Matthew J. Perricone, Ph.D. | | | |
| | | March, 2 2010 | Attachment B to Expert Report of Matthew J. Perricone, Ph.D. and Ricard J. Lee, Ph.D., List of Testimony for Matthew J. Perricone, Ph.D. | | | |

| DX# | Bates No. | Date | Description | Objection | Admissible Pre-Trial | Admitted |
|---|---|---|---|---|---|---|
| | | March, 2 2010 | Attachment C to Expert Report of Matthew J. Perricone, Ph.D. and Ricard J. Lee, Ph.D., C.V. and Publications List of Richard J. Lee, Ph.D. | | | |
| | | March, 2 2010 | Attachment D to Expert Report of Matthew J. Perricone, Ph.D. and Ricard J. Lee, Ph.D., List of Testimony for Richard J. Lee, Ph.D. | | | |
| | | March 2 2010 | Attachment E to Expert Report of Matthew J. Perricone, Ph.D. and Ricard J. Lee, Ph.D., C.V. and Publications List of Keith E. Wagner | | | |
| | | March, 2 2010 | Appendix A-1- Hernandez House Assessment- Wires | | | |
| | | March, 2 2010 | Appendix A-2- Hernandez House Assessment- Plumbing & Copper Reactivity Coupons | | | |
| | | March, 2 2010 | Appendix A-3- Hernandez House Assessment- Electronics | | | |
| | | March, 2 2010 | Appendix B- Evaluation of Sheathed Wires | | | |
| | | March, 2 2010 | Appendix C- Thin Film Resistance Measurements | | | |
| | | March, 2 2010 | Appendix D- Copper Coupon Assessments in Houses with Chinese Drywall | | | |

| DX# | Bates No. | Date | Description | Objection | Admissible Pre-Trial | Admitted |
|---|---|---|---|---|---|---|
| | | March, 2 2010 | Appendix E- Drywall Characterization | | | |
| | | March, 2 2010 | Appendix F- HVAC Coils and Copper Condensation Testing | | | |
| DX0002 | | March, 2 2010 | Reliance material, Appendix A-1 Hernandez Home | | | |
| DX0003 | | March, 2 2010 | Reliance material, Appendix A-2 Hernandez Home | | | |
| DX0004 | | March, 2 2010 | Reliance material, Appendix D Hernandez Copper Coupon Assessment | | | |
| DX0005 | | March, 2 2010 | Reliance material, Appendix E Drywall Characteristics | | | |
| DX0006 | | March, 2 2010 | Reliance material, Appendix F HVAC Coils and Condensation | | | |
| DX0007 | | March, 2 2010 | Reliance material, 68034 Marion Street site photographs | | | |
| DX0008 | | March, 2 2010 | Reliance material, 68034 Marion Street site photographs | | | |
| DX0009 | | March, 2 2010 | Reliance material, floor plan with coupon deployment | | | |
| | | March, 2 2010 | Additional expert reliance material of Matthew J. Perricone, Ph.D. and Richard J. Lee Ph.D. | | | |
| DX0010 | | March 2, 2010 | Expert Report of Craig Beyler, Ph.D., Hughes Associates, Inc., Analysis of Fire Safety of Electrical Wiring Related to | | | |

| DX# | Bates No. | Date | Description | Objection | Admissible Pre-Trial | Admitted |
|---|---|---|---|---|---|---|
| | | | Chinese Drywall at the Hernandez Residence | | | |
| | | March 2, 2010 | Appendix A to Expert Report of Craig Beyler, Ph.D | | | |
| | | March 2, 2010 | Appendix B to Expert Report of Craig Beyler, Ph.D | | | |
| | | March 2, 2010 | Appendix C to Expert Report of Craig Beyler, Ph.D | | | |
| DX0011 | | March 2, 2010 | Armstrong, R., Mason, J., Kumar, A., Hall, J. (1999), Thermally Induced Failure of Low-Voltage Electrical Nonmetallic Sheathed Cable Insulation," *Fire Technology*, 35(3), pp 265-274 | | | |
| DX0012 | | March 2, 2010 | ASTM B3 (2001), Standard Specification for Soft or Annealed Copper Wire | | | |
| DX0013 | | March 2, 2010 | Bourne, L., Yu, P., Zettl, A., Cohen, M. (1989) "High-pressure electrical conductivity measurements in the copper oxides," *Physical Review B*, 40(16) pp 10973-10976 | | | |
| DX0014 | | March 2, 2010 | CABO (1995), One and Two Family Dwelling Code | | | |
| DX0015 | | March 2, 2010 | Gill and Trotta (2009), *Interim Report on the Status of the Analysis of Electrical Components Installed in Homes with* | | | |

| DX# | Bates No. | Date | Description | Objection | Admissible Pre-Trial | Admitted |
|---|---|---|---|---|---|---|
| | | | *Chinese Drywall*, U.S. Consumer Product Safety Commission | | | |
| DX0016 | | March 2, 2010 | Glass, Mowry, and Sorenson (2009), *Interim Report on the Analysis of Corrosion Products on Harvested Electrical Components*, Sandia National laboratories Albuquerque, New Mexico 87185 and Livermore, California 94550 | | | |
| DX0017 | | March 2, 2010 | Grozdanov, I., Najdoski, M. (1005), "Optical and Electrical Properties of Copper Sulfide Films of Variable Composition," *Journal of Solid State Chemistry*, 114, pp. 469-475 | | | |
| DX0018 | | March 2, 2010 | ICC(2000, 2003), International Residence Code | | | |
| DX0019 | | March 2, 2010 | NFPA (1999, 2002), National Electrical Code (NFPA 70) | | | |
| DX0020 | | March 2, 2010 | Okamoto, K., Wantanabe, N., and Hagimoto, Y. (2003), Degradation of Organic Insulating Materials at Plug and Receptacle Connection, Fire and Materials 2003, Interscience Communications, London, England. | | | |
| DX0021 | | March 2, 2010 | Rice, D., Cappeli, R., Kinsolving, W. and Laskowski, (1980) "Indoor Corrosion of Metals," *J. Electrochem.* | | | |

| DX# | Bates No. | Date | Description | Objection | Admissible Pre-Trial | Admitted |
|---|---|---|---|---|---|---|
| | | | *Soc. Solid State Secince and Technology*, 127(4), pp891-901 | | | |
| DX0022 | | March 2, 2010 | Rice, D., Peteerson, P., Rigby, E. Phipps, P. Cappell, R., Tremoureux, R. (1981), Atmospheric Corrosion of Copper and Silver," *J. Electrochem Soc. Solid State Science and Technology*, 128(2), pp 275-284 | | | |
| DX0023 | | March 2, 2010 | Rickett, B. and Payer, J., (1005), "Composition of Copper Tarnish Products Formed in Moist Air with Trace Levels of Pollutant Gas: Hydrogen Sulfide and Sulfur Dioxide/Hydrogen Sulfide," J. Electrochem. Soc, 142(11), pp 3723-3728 | | | |
| DX0024 | | March 2, 2010 | Saltzman, L. (2009), Summary of Contractors Indoor Air Quality Assessment of Homes Containing Chinese Drywall, Consumer Product Safety Commission | | | |
| DX0025 | | March 2, 2010 | UL 498 (2008), Standard for Attachment Plugs and Receptacles, Fourteenth Edition, Underwriters Laboratory, Chicago, IL. | | | |
| DX0026 | | March 2, 2010 | UL 719 (2006), Standard for Safety for Nonmetallic-Sheathed Cables, Twelfth | | | |

| DX# | Bates No. | Date | Description | Objection | Admissible Pre-Trial | Admitted |
|---|---|---|---|---|---|---|
| | | | Edition, Underwriters Laboratory, Chicago, IL. | | | |
| DX0027 | | March 2, 2010 | Additional expert reliance material of Craig Beyler, Ph.D. | | | |
| DX0028 | | March 2, 2010 | Expert Report of Phillip T. Goad, Ph.D. | | | |
| | | March 2, 2010 | Appendix A to Expert Report of Phillip T. Goad, Ph.D. CV and Testimony from Previous 4 Years | | | |
| | | March 2, 2010 | Appendix B to Expert Report of Phillip T. Goad, Evaluation of Potential Worker Exposures During Drywall Removal | | | |
| | | March 2, 2010 | Appendix 1- Graphic presentation of levels of elements in different types of drywall as measured by the RJ Lee Group | | | |
| | | March 2, 2010 | Appendix 2-Worker Exposure Assessment During Drywall Removal | | | |
| | | March 2, 2010 | Appendix A Photographic Log | | | |
| | | March 2, 2010 | Appendix B- CV for Benjamin Chandler | | | |
| | | March 2, 2010 | Appendix C Integrated Air Sampling Methods | | | |
| | | March 2, 2010 | Appendix D- Laboratory Reports | | | |

| DX# | Bates No. | Date | Description | Objection | Admissible Pre-Trial | Admitted |
|-----|-----------|------|-------------|-----------|----------------------|----------|
| | | March 2, 2010 | Appendix E- Hydrogen Sulfide Graphs | | | |
| | | March 2, 2010 | Particulate Graphs | | | |
| DX0029 | | March 2, 2010 | Reliance material, Virginia IAQ Testing | | | |
| DX0030 | | March 2, 2010 | Reliance material, Port St. Lucie IAQ Testing | | | |
| DX0031 | | March 2, 2010 | Reliance material, Peninsula II IAQ Testing | | | |
| DX0032 | | March 2, 2010 | Reliance material, Mandeville Townhouse IAQ Testing | | | |
| DX0033 | | March 2, 2010 | Reliance material, Homestead February, 2009 IAQ Testing | | | |
| DX0034 | | March 2, 2010 | Reliance material, Homestead Pre-Remediation IAQ Testing | | | |
| DX0035 | | March 2, 2010 | Reliance material, Hernandez IAQ Testing | | | |
| DX0036 | | March 2, 2010 | Reliance material, Boynton Beach IAQ Testing | | | |
| | | March 2, 2010 | Additional reliance material of Philip T. Goad, Ph.D. | | | |
| DX0037 | | March 2, 2010 | Expert Report of Roy M. Carubba, P.E., Carubba Engineering | | | |
| | | March 2, 2010 | Exhibit A to Expert Report of Roy M. Carubba, P.E., Repair Protocol for | | | |

- 8 -

| DX# | Bates No. | Date | Description | Objection | Admissible Pre-Trial | Admitted |
|---|---|---|---|---|---|---|
| | | | Hernandez Home | | | |
| | | March 2, 2010 | Exhibit B to Expert Report of Roy M. Carubba, P.E., Benchmark Custom Builders II, Inc., Hernandez Home Remediation | | | |
| | | March 2, 2010 | Exhibit C to Expert Report of Roy M. Carubba, P.E., Estimate from Bruce's Plumbing, Inc. dated February 26, 2010 | | | |
| | | March 2, 2010 | Exhibit D to Expert Report of Roy M. Carubba, P.E., February 26, 2010 Inspection Report from GraciHart Electric | | | |
| | | March 2, 2010 | Exhibit E to Expert Report of Roy M. Carubba, P.E., Photographs | | | |
| | | March 2, 2010 | Exhibit F to Expert Report of Roy M. Carubba, P.E., Experience Profile of Roy M. Carubba, P.E., | | | |
| | | March 2, 2010 | Exhibit G to Expert Report of Roy M. Carubba, P.E., Deposition and Trial List | | | |
| | | March 2, 2010 | Additional reliance material for Roy M. Carubba, P.E. | | | |
| DX0038 | | March 2, 2010 | Expert Report of Raymond Canzoneri, Canzoneri & Associates, LLC, Consulting Electrical Engineers | | | |
| | | March 2, 2010 | Exhibit A to Expert Report of Raymond Canzoneri | | | |

| DX# | Bates No. | Date | Description | Objection | Admissible Pre-Trial | Admitted |
|---|---|---|---|---|---|---|
| | | March 2, 2010 | Exhibit B to Expert Report of Raymond Canzoneri | | | |
| | | March 2, 2010 | Exhibit C to Expert Report of Raymond Canzoneri | | | |
| | | March 2, 2010 | Exhibit D to Expert Report of Raymond Canzoneri | | | |
| | | March 2, 2010 | Exhibit E to Expert Report of Raymond Canzoneri | | | |
| | | March 2, 2010 | Exhibit F to Expert Report of Raymond Canzoneri | | | |
| DX0039 | | March 2, 2010 | Copper piping samples | | | |
| DX0040 | | March 2, 2010 | Plumbing fixtures samples | | | |
| DX0041 | | March 2, 2010 | HVAC component samples | | | |
| DX0042 | | March 2, 2010 | CABO One and Two Family Dwelling Code, 1995 Edition, NFPA 70, NEC | | | |
| DX0043 | | March 2, 2010 | Other application building and electrical codes | | | |
| DX0044 | | March 2, 2010 | Electrical wire and component samples | | | |
| | | March 2, 2010 | Additional reliance material of Raymond Canzoneri | | | |
| DX0045 | | March, 2 2010 | Real Property Appraisal Consulting Report, 68034 Marion Street, Mandeville | | | |

| DX# | Bates No. | Date | Description | Objection | Admissible Pre-Trial | Admitted |
|---|---|---|---|---|---|---|
| | | | Louisiana, Clarion Associates, Inc. | | | |
| | | March, 2 2010 | Addendum A to Real Property Appraisal Consulting Report, 68034 Marion Street, Mandeville Louisiana, Clarion Associates, Inc. | | | |
| | | March, 2 2010 | Addendum B to Real Property Appraisal Consulting Report, 68034 Marion Street, Mandeville Louisiana, Clarion Associates, Inc. | | | |
| | | March, 2 2010 | Addendum C to Real Property Appraisal Consulting Report, 68034 Marion Street, Mandeville Louisiana, Clarion Associates, Inc. | | | |
| | | March 2 2010 | Addendum D to Real Property Appraisal Consulting Report, 68034 Marion Street, Mandeville Louisiana, Clarion Associates, Inc. | | | |
| | | March, 2 2010 | Addendum E to Real Property Appraisal Consulting Report, 68034 Marion Street, Mandeville Louisiana, Clarion Associates, Inc. | | | |
| | | March, 2 2010 | Addendum F to Real Property Appraisal Consulting Report, 68034 Marion Street, Mandeville Louisiana, Clarion Associates, Inc | | | |
| | | March, 2 | Addendum G to Real Property Appraisal | | | |

| DX# | Bates No. | Date | Description | Objection | Admissible Pre-Trial | Admitted |
|---|---|---|---|---|---|---|
| | | 2010 | Consulting Report, 68034 Marion Street, Mandeville Louisiana, Clarion Associates, Inc | | | |
| | | March, 2 2010 | Addendum H to Real Property Appraisal Consulting Report, 68034 Marion Street, Mandeville Louisiana, Clarion Associates, Inc | | | |
| | | March, 2 2010 | Addendum I to Real Property Appraisal Consulting Report, 68034 Marion Street, Mandeville Louisiana, Clarion Associates, Inc | | | |
| | | March, 2 2010 | Addendum J to Real Property Appraisal Consulting Report, 68034 Marion Street, Mandeville Louisiana, Clarion Associates, Inc | | | |
| | | March, 2 2010 | Addendum K to Real Property Appraisal Consulting Report, 68034 Marion Street, Mandeville Louisiana, Clarion Associates, Inc | | | |
| | | March, 2 2010 | Addendum L to Real Property Appraisal Consulting Report, 68034 Marion Street, Mandeville Louisiana, Clarion Associates, Inc | | | |
| | | March, 2 2010 | Addendum M to Real Property Appraisal Consulting Report, 68034 Marion Street, Mandeville Louisiana, Clarion | | | |

| DX# | Bates No. | Date | Description | Objection | Admissible Pre-Trial | Admitted |
|---|---|---|---|---|---|---|
| | | | Associates, Inc | | | |
| DX0046 | | March, 2 2010 | Clarion Associates, Inc. Appraisal Review Report of Expert Report of Kenneth M. Acks, MBA, 68034 Marion Street, Mandeville, Louisiana | | | |
| | | March, 2010 | Additional reliance material of Clarion Associates, Inc. and Richard Roddewig | | | |
| DX0047 | | March, 2 2010 | Cost data for 13263 Little Gem Circle, Ft. Myers, FL | | | |
| DX0048 | | March, 2 2010 | Cost data for 13270 Little Gem Circle, Ft. Myers, FL | | | |
| DX0049 | | March, 2 2010 | Cost data for 13252 Little Gem Circle, Ft. Myers, FL | | | |
| DX0050 | | March, 2 2010 | Cost data for 13269 Little Gem Circle, Ft. Myers, FL | | | |
| DX0051 | | March, 2 2010 | FRE 1006 Summary of cost data 13263 Little Gem Circle, Ft. Myers, FL | | | |
| DX0052 | | March, 2 2010 | FRE 1006 Summary of cost data 13270 Little Gem Circle, Ft. Myers, FL | | | |
| DX0053 | | March, 2 2010 | FRE 1006 Summary of cost data 13252 Little Gem Circle, Ft. Myers, FL | | | |
| DX0054 | | March, 2 2010 | FRE 1006 Summary of cost data 13269 Little Gem Circle, Ft. Myers, FL | | | |
| DX0055 | | March, 2 2010 | Additioanl Beazer Homes repair cost documents | | | |
| DX0056 | | | Stranded Wire Cross-Section from | | | |

- 13 -

| DX# | Bates No. | Date | Description | Objection | Admissible Pre-Trial | Admitted |
|---|---|---|---|---|---|---|
| | | | Virginia home | | | |
| DX0057 | | | Photos of cleaned wires from outlet at 1008 Hollymeade Circle, Newport News, VA | | | |
| DX0058 | | | Prepared cross sections of 5/16 inch plumbing harvested from impacted home in Bradenton, Florida | | | |
| DX0059 | | | Prepared cross sections of new and tarnished 12 and 14 gauge wires from 8945 Ashington Way, Williamsburg, VA and 1008 Hollymeade Circle, Newport News, VA | | | |
| DX0060 | | | Prepared cross sections of ¾ inch copper pipe harvested from 115 Enclave Court, Bradenton, Florida | | | |
| DX0061 | | | ASTM B3-01 Standard Specification for Soft or Annealed Copper Wire | | | |
| DX0062 | | | ASTM B42-02 Standard Specification of Seamless Copper Pipe, Standard Sizes | | | |
| DX0063 | | | ASTM B88-03 Standard Specification of Seamless Copper Water Tubes | | | |
| DX0064 | | | "Environmental Conditions for Process Measurement & Control Systems: Airborne Contaminants", ANSI/ISA 71.04-1985, published by ISA, 1986 | | | |
| DX0065 | | | "Corrosion of Metals and Alloys- | | | |

- 14 -

| DX# | Bates No. | Date | Description | Objection | Admissible Pre-Trial | Admitted |
|---|---|---|---|---|---|---|
| | | | Classification of low corosivity of indoor atmospheres", ISO 11844-2 | | | |
| DX0066 | | | U.S. Consumer Product Safety Commission, Division of Health Sciences, "Summary of Contractor's Indoor Air Quality Assessment of Homes Containing Chinese Drywall" (L. Salzman, November 23, 2009) | | | |
| DX0067 | | | Environmental Health & Engineering, Inc. "Draft Final Report on an Indoor Environmental Quality Assessment of Residences Containing Chinese Drywall" (November 18, 2009) | | | |
| DX0068 | | | Sandia National Laboratories "Interim Report on the Analysis of Corrosion Products on Harvested Electrical Components" (S. Glass, C. Mowry, and R. Sorensen, November, 2009) | | | |
| DX0069 | | | U.S. Consumer Product Safety Commission, Fire Protection Engineer, "Draft Status Report on the Preliminary Analysis of HVAC, Gas Distribution, and Fire Safety Equipment Installed in Homes with Chinese Drywall" (R. Khanna, November 2009) | | | |
| DX0070 | | | U.S. Consumer Product Safety | | | |

| DX# | Bates No. | Date | Description | Objection | Admissible Pre-Trial | Admitted |
|---|---|---|---|---|---|---|
| | | | Commission, Division of Electrical Engineering, "Draft Interim Report on the Status of the Analysis of Electrical Components Installed in Homes with Chinese Drywall" (November 23, 2009) | | | |
| DX0071 | | | U.S. Consumer Product Safety Commission and Department of Housing and Urban Development "Interim Guidance- Identification of Homes with Corrosion from Problem Drywall" (January 28, 2010) | | | |
| DX0072 | | | U.S. Department of Housing and Urban Development 1997 Revision "Guidelines for the Evaluation and Control of Lead-Based Paint Hazards in Housing" | | | |
| DX0073 | | | Florida Department of Health (FDOH) Report on October 15, 2009 entitled "Results of Indoor Air Testing In Two Homes Experiencing Copper Corrision Associated with Corrosive Imported Drywall" (Krause et al., 2009) | | | |
| DX0074 | | | Florida Department of Health December 18, 2009 "Case Definition for Drywall Associated Corrosion in Residences" | | | |
| DX0075 | | | "Indoor corrosion of metals", D.W. Rice, R.J. Chappell, W. Kinsolving and J.J. | | | |

| DX# | Bates No. | Date | Description | Objection | Admissible Pre-Trial | Admitted |
|---|---|---|---|---|---|---|
| | | | Laskowski, 127 (4), pages 891-901, (1980) | | | |
| DX0076 | | | "Indoor atmospheric corrosion of copper, nickel, cobalt and iron", D.W. Rice, R.J. Chappell, P.B.P. Phipps and P. Peterson, pages 651-666 in "Atmospheric Corrosion" edited. W.H. Ailor, published Wiley-Interscience, (1982) | | | |
| DX0077 | | | "Tarnish Studies", W.E. Cambell and U.B. Thomas, Bell Telephone Technical Publications, Monograph 13, 1170 (1939) | | | |
| DX0078 | | | "The sulfiding of copper by trace amounts of hydrogen sulfide", J.P. Franey, T.E. Graedel and G.W. Kammlott, pages 383-392 in "Atmospheric Corrosion" edited by W.H. Ailor, published by Wiley-Interscience, (1982) | | | |
| DX0079 | | | February 5, 2010 Affidavit of Manny Sires, Private Investigator | | | |
| DX0080 | | | Exemplar of tarnished and new 12 and 14 gauge wires | | | |
| DX0081 | | | Exemplar tarnished and new ¾ inch copper pipe | | | |
| DX0082 | | | Exemplar tarnished and new 5/16 inch | | | |

| DX# | Bates No. | Date | Description | Objection | Admissible Pre-Trial | Admitted |
|---|---|---|---|---|---|---|
| | | | plumbing | | | |
| DX0083 | | | Outlet harvested from 1008 Hollymeade Circle, Newport News, Virginia | | | |
| DX0084 | | | Outlet harvested from 1008 Hollymeade Circle, Newport News, Virginia | | | |
| DX0085 | | | Outlet harvested from Lot 22, Mandeville, Louisiana | | | |
| DX0086 | | | FRE 1006 summary of distribution of CTEH sampling locations | | | |
| DX0087 | | | FRE 1006 summary of 2009 CTEH sulfur compound detection | | | |
| DX0088 | | | FRE 1006 summary of Table 1 from Environ 2008 study | | | |
| DX0089 | | | FRE 1006 summary of CTEH indoor air quality in Hernandez house | | | |
| DX0090 | | | FRE 1006 summary of hudrogen sulfide passive dosimeter results | | | |
| DX0091 | | | FRE 1006 summary of outdoor total reduced sulfur- Mandeville, LA | | | |
| DX0092 | | | FRE 1006 summary of indoor total reduced sulfur- 209 Rue Esplanade, Mandeville Louisiana positive control house | | | |
| DX0093 | | | FRE 1006 drywall cross contamination study in Mandeville, Louisiana and Virginia houses | | | |

| DX# | Bates No. | Date | Description | Objection | Admissible Pre-Trial | Admitted |
|---|---|---|---|---|---|---|
| DX0094 | | | FRE 1006 results of RJ Lee Group high humidity static chamber tests (30 Day Exposure) | | | |
| DX0095 | | February 12, 2010 | Investigation of Alleged Damage Due to Drywall, Tatum and Charlene Hernandez Home, Dean A. Rutila, P.E. and Peter E. Nelson, P.E. | | | |
| DX0096 | | February 12, 2010 | Photos 1-6 attached to Investigation of Alleged Damage Due to Drywall, Tatum and Charlene Hernandez Home, Dean A. Rutila, P.E. and Peter E. Nelson, P.E. | | | |
| DX0097 | | February 12, 2010 | Appendix 1, Qualifications attached to Investigation of Alleged Damage Due to Drywall, Tatum and Charlene Hernandez Home, Dean A. Rutila, P.E. and Peter E. Nelson, P.E. | | | |
| DX0098 | | February 12, 2010 | Appendix 2- Document List attached to Investigation of Alleged Damage Due to Drywall, Tatum and Charlene Hernandez Home, Dean A. Rutila, P.E. and Peter E. Nelson, P.E. | | | |
| DX0099 | | February 12, 2010 | Appendix 3- SGH Sample List attached to Investigation of Alleged Damage Due to Drywall, Tatum and Charlene Hernandez Home, Dean A. Rutila, P.E. and Peter E. Nelson, P.E. | | | |

| DX# | Bates No. | Date | Description | Objection | Admissible Pre-Trial | Admitted |
|---|---|---|---|---|---|---|
| DX0100 | | February 12, 2010 | Appendix 4- Galler Expert Report attached to Investigation of Alleged Damage Due to Drywall, Tatum and Charlene Hernandez Home, Dean A. Rutila, P.E. and Peter E. Nelson, P.E. | | | |
| DX0101 | | February 12, 2010 | Appendix 5- Photos attached attached to Investigation of Alleged Damage Due to Drywall, Tatum and Charlene Hernandez Home, Dean A. Rutila, P.E. and Peter E. Nelson, P.E. | | | |
| DX0102 | | February 12, 2010 | Appendix 6- Barnett Expert Report attached attached to Investigation of Alleged Damage Due to Drywall, Tatum and Charlene Hernandez Home, Dean A. Rutila, P.E. and Peter E. Nelson, P.E. | | | |
| DX0103 | | February 13, 2010 | Expert Report of Kenneth Acks, MBA | | | |
| | | February 13, 2010 | Appendix A, Limiting Conditions to Expert Report of Kenneth Acks, MBA | | | |
| | | February 13, 2010 | Appendix B, Qualifications attached to Expert Report of Kenneth Acks, MBA | | | |
| | | February 13, 2010 | Appendix C, Certification and General Assumptions attached to Expert Report of Kenneth Acks, MBA | | | |
| | | February 13, 2010 | Appendix D, Scope of the Report attached to Expert Report of Kenneth | | | |

| DX# | Bates No. | Date | Description | Objection | Admissible Pre-Trial | Admitted |
|-----|-----------|------|-------------|-----------|----------------------|----------|
| | | | Acks, MBA | | | |
| | | February 13, 2010 | Appendix E, Terminology attached to Expert Report of Kenneth Acks, MBA | | | |
| | | February 13, 2010 | Appendix F, Additional Notes on Analysis/Valuation Process attached to Expert Report of Kenneth Acks, MBA | | | |
| | | February 13, 2010 | Appendix G, Property Rights attached to Expert Report of Kenneth Acks, MBA | | | |
| | | February 13, 2010 | Appendix H, Sales History and Current Owners attached to Expert Report of Kenneth Acks, MBA | | | |
| | | February 13, 2010 | Appendix I, Zoning attached to Expert Report of Kenneth Acks, MBA | | | |
| | | February 13, 2010 | Appendix J, Highest and Best Use/Feasibility Analysis attached to Expert Report of Kenneth Acks, MBA | | | |
| | | February 13, 2010 | Appendix K, Additional Area Information attached to Expert Report of Kenneth Acks, MBA | | | |
| | | February 13, 2010 | Appendix L, *NOT LISTED* attached to Expert Report of Kenneth Acks, MBA | | | |
| | | February 13, 2010 | Appendix M, Newspaper Articles attached to Expert Report of Kenneth Acks, MBA | | | |
| | | February 13, 2010 | Appendix N, *NOT LISTED* attached to Expert Report of Kenneth Acks, MBA | | | |

| DX# | Bates No. | Date | Description | Objection | Admissible Pre-Trial | Admitted |
|---|---|---|---|---|---|---|
| | | February 13, 2010 | Appendix O, Contingent Valuation Survey attached to Expert Report of Kenneth Acks, MBA | | | |
| | | February 13, 2010 | Appendix P, Additional Valuation Studies Utilized attached to Expert Report of Kenneth Acks, MBA | | | |
| | | February 13, 2010 | Appendix Q, Bibliography attached to Expert Report of Kenneth Acks, MBA | | | |
| DX0104 | | February 12, 2010 | Expert Report of Ronald Bailey, PE | | | |
| | | February 12, 2010 | Exhibit 1 attached to Expert Report of Ronald Bailey, PE | | | |
| | | February 12, 2010 | Exhibit 2 attached to Expert Report of Ronald Bailey, PE | | | |
| | | February 12, 2010 | Exhibit 3 attached to Expert Report of Ronald Bailey, PE | | | |
| DX0105 | | February 12, 2010 | Expert Report of Bradley Krantz | | | |
| | | February 12, 2010 | Appendix A attached to Expert Report of Bradley Krantz | | | |
| | | February 12, 2010 | Appendix B attached to Expert Report of Bradley Krantz | | | |
| DX0106 | | February 12, 2010 | Expert Report of Alexis Mallet, Jr. | | | |
| | | February 12, 2010 | Photographs and diagrams attached to Expert Report of Alexis Mallet, Jr. | | | |

| DX# | Bates No. | Date | Description | Objection | Admissible Pre-Trial | Admitted |
|---|---|---|---|---|---|---|
| DX0107 | | February 12, 2010 | Expert Report of David J. Maloney, Jr., AOA, CM | | | |
| | | February 12, 2010 | Exhibit 1 attached to Expert Report of David J. Maloney, Jr., AOA, CM | | | |
| | | February 12, 2010 | Exhibit 2 attached to Expert Report of David J. Maloney, Jr., AOA, CM | | | |
| DX0108 | | February 12, 2010 | Expert Report of GCR Associates, Inc. (Gregory C. Rigamer) | | | |
| | | February 12, 2010 | CV of Gregory C. Rigamer | | | |
| | | February 12, 2010 | GCR & Associates, Inc., Expert Advisory Services Case List | | | |
| | | February 12, 2010 | GCR & Associates, Inc., Typical Planning and Demographical Assignments | | | |
| | | February 12, 2010 | CV of Tumulesh K. S. Solansky | | | |
| DX0109 | | February 11, 2010 | Affidavit of Dr. John R. Scully | | | |
| | | February 11, 2010 | Exhibit 1 attached to Affidavit of Dr. John R. Scully, 12/30/2009 report regarding Chinese drywall and corrosion in the *Germano* case. | | | |
| | | February 11, 2010 | Exhibit 2 attached to Affidavit of Dr. John R. Scully, 01/18/2010 supplemental report in the *Germano* case. | | | |

| DX# | Bates No. | Date | Description | Objection | Admissible Pre-Trial | Admitted |
|---|---|---|---|---|---|---|
| | | February 11, 2010 | Exhibit 3 attached to Affidavit of Dr. John R. Scully, additiional citations to the literature relied upon in expert opinion | | | |
| | | February 11, 2010 | Exhibit 4 attached to Affidavit of Dr. John R. Scully, February, 2010 report of the Corrosion Testing Laboratories regarding copper materials from Hernandez residence | | | |
| DX0110 | | February 12, 2010 | Expert Report of Dr. Lori Streit, Ph.D. | | | |
| | | February 12, 2010 | Appendix A attached to Expert Report of Dr. Lori Streit, Ph.D, chain of custody forms for Hernandez samples taken February 4, 2010 | | | |
| | | February 12, 2010 | Appendix B attached to Expert Report of Dr. Lori Streit, Ph.D., ICP data from First Environmental Laboratories dated February 9, 2010 | | | |
| | | February 12, 2010 | Appendix C attached to Expert Report of Dr. Lori Streit, Ph.D., Elemental sulfur and Volatile Sulfur GC/MS data from Columbia Analytical Services (final report dated February 11, 2010) | | | |
| DX0111 | | February 12, 2010 | Expert Report of Jacqueline (J.C.) Tuthill, CPA, CFE, CFF | | | |

| DX# | Bates No. | Date | Description | Objection | Admissible Pre-Trial | Admitted |
|---|---|---|---|---|---|---|
| | | February 12, 2010 | Exhibit A attached to Expert Report of Jacqueline (J.C.) Tuthill, CPA, CFE, CFF | | | |
| | | February 12, 2010 | Exhibit B attached to Expert Report of Jacqueline (J.C.) Tuthill, CPA, CFE, CFF | | | |
| | | February 12, 2010 | Exhibit C attached to Expert Report of Jacqueline (J.C.) Tuthill, CPA, CFE, CFF | | | |
| | | | All trial exhibits identified by Plaintiffs including any listed in Plaintiffs' expert reports | | | |
| | | | All documents used for impeachment purposes | | | |
| | | | All discovery responses by Plaintiffs and any other party to the Multi-District Litigation | | | |
| | | | KPT reserves the right to add or amend exhibits to this list based upon new documents, information or data not previously produced by any other party in discovery or as a result of any pre-trial order issued by this Court | | | |

Respectfully submitted,

/s/ Donald J. Hayden

Donald J. Hayden
**BAKER & MCKENZIE LLP**
1111 Brickell Avenue
Suite 1700
Miami, Florida 33131
Telephone: (305) 789-8966
Facsimile: (305) 789-8953
E-mail: Donald.hayden@bakernet.com

Douglas B. Sanders
Richard Franklin
**BAKER & MCKENZIE LLP**
130 E. Randolph Dr.
Chicago, IL 60601
Telephone: (312) 861-8075
Facsimile: (312) 698-2375
Email: douglas.b.sanders@bakernet.com

Kerry Miller (LA Bar No. 24562)
Kyle A. Spaulding (LA Bar No. 29000)
**FRILOT L.L.C.**
1100 Poydras Street
Suite 3700
New Orleans, Louisiana 70163
Telephone: (504) 599-8194
Facsimile: (504) 599-8145
Email: kmiller@frilot.com

*Attorneys for Defendant, Knauf Plasterboard (Tianjin) Co., Ltd.*

- 26 -

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served upon all parties by electronically uploading the pleading to LexisNexis File & Serve and filed via CM/ECF in accordance with procedures established in MDL 2047, on this 5th day of March, 2010.

_/s/ Donald J. Hayden_

MIADMS/357905.3