UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MDL NO. 2047

IN RE:  CHINESE-MANUFACTURED:
DRYWALL PRODUCTS
LIABILITY LITIGATION

SECTION L

JUDGE FALLON
MAG. JUDGE

WILKINSON
_____ /

This Document Relates to:

*Hernandez v. Knauf,* Case No. 09-6050

## WITNESS LIST OF DEFENDANT
## KNAUF PLASTERBOARD (TIANJIN) CO., LTD

Knauf Plasterboard (Tianjin) Co., Ltd. ("KPT"), by and through its undersigned attorneys BAKER & McKENZIE and FRILOT LLC, submits the following names of persons who may testify at the trial in this matter:

1.      Dr. Matthew Perricone, Ph.D.
        RJ Lee Group, Inc
        350 Hochberg Road
        Monroeville, PA 15146

2.      Dr. Richard J. Lee, Ph.D.
        RJ Lee Group, Inc
        350 Hochberg Road
        Monroeville, PA 15146

3.      Dr. Craig L. Beyler, Ph.D.
        Hughes Associates, Inc.
        3610 Commerce Drive, Suite 817
        Baltimore, MD  21227

4.          Dr. Phillip T. Goad, Ph.D.
            Center for Toxicology and Environmental Health, L.L.C.
            5120 North Shore Drive
            North Little Rock, AR 72118


5.          Roy M. Carubba, P.E.
            3621 Ridgelake Drive
            Suite 204
            Metairie, LA 70002
            Roy M. Carubba, P.E.

6.          Bruce Fusilier
            6724 Arthur Street
            Metairie, LA 70003

7.          Mark Hartenstein
            1720 Orpheum Avenue
            Metairie, LA 70005

8.          Raymond Canzoneri, P.E.
            Canzoneri & Associates, LLC
            3525 Hessmer Avenue
            Metairie, LA 70002

9.          Richard J. Roddewig, MAI, CRE
            Clarion Associates, Inc.
            601 South LaSalle Street
            Suite 600
            Chicago, IL  60605

10.         Ray Phillips
            c/o Beazer Homes USA
            1000 Abernathy Road
            Atlanta, GA 30328

11.   All witnesses identified by Plaintiffs in their witness list and all experts disclosed by Plaintiffs in *Germano* and *Hernandez.*

KPT reserves the right to add or amend witnesses to this list based upon new documents, information or data not previously produced by any other party in this matter, discovery in this matter, or as a result of any pre-trial order issued by this Court.

Respectfully submitted,

/s/ Donald J. Hayden

Donald J. Hayden
**BAKER & MCKENZIE LLP**
1111 Brickell Avenue
Suite 1700
Miami, Florida 33131
Telephone: (305) 789-8966
Facsimile:  (305) 789-8953
E-mail: Donald.hayden@bakernet.com

Douglas B. Sanders
Richard Franklin
**BAKER & MCKENZIE LLP**
130 E. Randolph Dr.
Chicago, IL 60601
Telephone: (312) 861-8075
Facsimile:  (312) 698-2375
Email: douglas.b.sanders@bakernet.com

Kerry Miller (LA Bar No. 24562)
Kyle A. Spaulding (LA Bar No. 29000)
**FRILOT L.L.C.**
1100 Poydras Street
Suite 3700
New Orleans, Louisiana 70163
Telephone:  (504) 599-8194
Facsimile:   (504) 599-8145
Email: kmiller@frilot.com

*Attorneys for Defendant, Knauf*
*Plasterboard (Tianjin) Co., Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served upon all parties by electronically uploading same to LexisNexis File & Serve and filed via CM/ECF in accordance with procedures established in MDL 2047, on this 5th day of March, 2010.

/s/ Donald J. Hayden

MIADMS/357912.1