**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: *Hernandez v. Knauf, et al.,* Case No. 2:09-cv-09-6050 (E.D. La.) | |

**PLAINTIFFS' EXHIBIT LIST**

# EXHIBIT B

1.     Expert Report, Appendices and Reliance Materials of Kenneth M. Acks, MBA. Including but not limited to Bates Nos. CDW – 33 (0001-0068), Bates Nos. CDW – 183 (0001-0245), Bates Nos. CDW 184 (0001-0054), and anything listed on CDW – 174 (0001-0005);

2.     Expert Report, Appendices and Reliance Materials of Ronald Bailey, PE, CIAQP, CIEC, CMR.  Including but not limited to Bates Nos. CDW – 9 (0001-0232), and Bates Nos. CDW – 10 (0001-0045);

3.     Expert Report, Appendices and Reliance Materials of Bradley D. Krantz.  Including but not limited to Bates Nos. CDW – 5 (0001-0164), Bates Nos. CDW – 6 (0001-0037),  and CDW – 180 (0001-0006);

4.     Expert Report, Appendices and Reliance Materials of Alexis Mallet, Jr.  Including but not limited to Bates Nos. CDW – 1 (0001-0260), and Bates Nos. CDW – 2 (0001-0241);

5.     Expert Report, Appendices and Reliance Materials of David J. Maloney, Jr., AOA CM. Including but not limited to Bates Nos. CDW – 34 (0001-0015);

6.     Expert Report, Appendices and Reliance Materials of Gregory C. Rigamer, CEO. Including but not limited to Bates Nos. CDW – 36 (0001-0076);

7.     Expert Report, Appendices and Reliance Materials of SGH, (Dean A. Rutila, P.E. and Donald Galler, P.E.).  Including but not limited to Bates Nos. CDW – 23 (0001-0458), Bates Nos. CDW – 24 (0001-0166), Bates Nos. CDW – 179 (0001-0904), Bates Nos. CDW – 180 (0001), and Bates Nos. CDW – 181 (0001-0800);

8.     Expert Report, Appendices and Reliance Materials of John R. Scully, Ph.D.  Including but not limited to CDW – 27 (0001-0020);

9.      Expert Report, Appendices and Reliance Materials of Lori Streit, Ph.D.  Including but not limited to Bates Nos. CDW – 29 (0001-0633), Bates Nos. CDW – 31 (0001-4094), and Bates Nos. CDW – 32 (0001-0189);

10.     Expert Report, Appendices and Reliance Materials of Jacqueline C. Tuthill, CPA, CFE, CFF.  Including but not limited to Bates Nos. CDW – 37 (0001-0063);

11.     Expert Report, Appendices and Reliance Materials of Craig Beyler, Ph.D.  Including but not limited to Bates Nos. CDW – 163 (0001-0036);

12.     Expert Report, Appendices and Reliance Materials of Raymond Canzoneri, Sr., P.E.  Including but not limited to Bates Nos. CDW – 162 (0001-0029);

13.     Expert Report, Appendices and Reliance Materials of Roy M. Carubba, P.E.  Including but not limited to Bates Nos. CDW – 165 (0001-0018);

14.     Expert Report, Appendices and Reliance Materials of Phillip T. Goad, Ph.D.  Including but not limited to Bates Nos. CDW – 170 (0001-3613), and Bates Nos. CDW 172 (0001-0101);

15.     Expert Report, Appendices and Reliance Materials of Matthew J. Perricone, Ph.D.  Including but not limited to Bates Nos. CDW – 169 (0001-0468);

16.     Expert Report, Appendices and Reliance Materials of Richard J. Roddewig, MAI, CRE.  Including but not limited to Bates Nos. CDW – 173 (0001-0468);

17.     Expert Report, Appendices and Reliance Materials of Robert W. Sproles, Ph.D.  Including but not limited to Bates Nos. CDW – 164 (0001-0040); and,

18.     Plaintiff's Responses to all defendants' Interrogatories and Request for Production, including but not limited to documents Bates Nos. CDW – Hernandez (0001-2010).