UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL ) MDL No. 2047
PRODUCTS LIABILITY LITIGATION )
) SECTION: L
)
) JUDGE FALLON
) MAG. JUDGE WILKINSON
_____)

**THIS DOCUMENT RELATES TO:**

PAYTON   NO. 09-07628

## ORDER

Considering the foregoing Ex Parte Motion for Extension of Time:

**IT IS ORDERED THAT** Tudela's Classic Homes, LLC, be and are hereby granted an additional twenty (20) days from the date of the signing of this Order to complete their investigations and to file responsive pleadings to the Complaint, with a full reservation of rights, including the right to object to the jurisdiction of this Court.

New Orleans, Louisiana, this 5th day of March, 2010.

_____
Eldon E. Fallon, Judge

G:\2918\0046\Pleadings\USDC Payton Suit\Mt Extension of Time Proposed Order.wpd