UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) | MDL No. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**

PAYTON    NO. 09-07628

### ORDER

Considering the foregoing Ex Parte Motion for Extension of Time:

**IT IS ORDERED THAT** Duo-Fast Construction, Inc., be and are hereby granted an additional twenty (20) days from the date of the signing of this Order to complete their investigations and to file responsive pleadings to the Complaint, with a full reservation of rights, including the right to object to the jurisdiction of this Court.

New Orleans, Louisiana, this __5th__ day of ____March____, 2010.

*[signature]*
Eldon E. Fallon, Judge

G:\2918\0054\Pleadings\Mt Extension of Time Proposed Order.wpd