UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 2047  SECTION: L |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | |
| *Gross v. Knauf, et al.*, No. 09-6690 | * | MAG. JUDGE WILKINSON |

**ORDER**

Considering the foregoing Unopposed First Motion for Extension of Time to File Responsive Pleadings filed by Interior Exterior Building Supply,

**IT IS ORDERED** that Interior Exterior Building Supply shall file responsive pleadings on or before March 20, 2010.

New Orleans, Louisiana this 5th day of March, 2010.

_____
JUDGE