IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ------------------------------------------------------- x | | ---------------------------------------------- |
| | x | |
| IN RE: CHINESE-MANUFACTURED | x | MDL NO. 2047 |
| | | (Case No.: 09-7628) |
| DRYWALL PRODUCTS LIABILITY | x | |
| LITIGATION | x | SECTION: L |
| | x | |
| | x | JUDGE FALLON |
| THIS DOCUMENT APPLIES TO ALL | x | |
| CASES | | MAG. JUDGE WILKINSON |
| | | |
| ------------------------------------------------------- | x | ---------------------------------------- |

## ORDER

Upon consideration of the Consent Motion to Extend Time to Respond to the Payton Complaint and Incorporated Memorandum and Local Rule 7.9 Certificate, filed herein by C.A. Steelman, Inc.,

IT IS HEREBY ORDERED that the Consent Motion to Extend Time to Respond to the Payton Complaint be and the same is hereby GRANTED; and

IT IS FURTHER ORDERED that Defendant C.A. Steelman, Inc. shall be granted until March 31, 2010 within which to respond to Plaintiffs' Omnibus Class Action Complaint (1), filed in the above-captioned matter, Civil Action No. 09-7628, within MDL No. 2047 ("the

Payton Complaint").

New Orleans, Louisiana, this __5th__ day of March, 2010.

*[signature: Eldon E. Fallon]*
Honorable Eldon E. Fallon
United States District Judge

1001745