UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: SEAN AND BETH PAYTON, et al. vs. KNAUF GIPS, DG., et al. Case No. 2:09-CV-7628 | * * * * * | JUDGE FALLON<br><br><br>MAG. JUDGE WILKINSON |

**ORDER**

    **CONSIDERING** the Ex Parte Consent Motion for Extension of Time filed by Defendant, Woodland Enterprises, Inc.

    **IT IS HEREBY ORDERED** that the motion is GRANTED and that the deadline for Woodland Enterprises, Inc., to file a responsive pleadings in this case is extended through and including April 21, 2010.

    New Orleans, Louisiana, this 5th day of March, 2010.

                                      */s/ Eldon E. Fallon*
                                      U.S. District Judge

{FT655734;1}