# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047<br><br>SECTION L<br><br>DISTRICT JUDGE FALLON |
| This documents relates to<br>Case No. 09-6690 (*Gross*) | MAGISTRATE JUDGE WILKINSON |

## ORDER

Considering the foregoing Unopposed First Motion for Extension of Time to File Responsive Pleadings filed by J. W. Allen and Company, Inc.,

**IT IS ORDERED** that J. W. Allen and Company, Inc. shall file responsive pleadings on or before April 3, 2010.

New Orleans, Louisiana this ___5th___ day of March, 2010.

_____
JUDGE