| | |
|---|---|
| Sean and Beth Payton, et al., et. al., Plaintiff(s)<br>vs.<br>KNAUF GIPS KG, et al., et. al., Defendant(s) | Service of Process by<br>**APS International, Ltd.**<br>**1-800-328-7171**<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439-3122 |



APS File #:  101729-0147

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Taylor-Woodrow Communities at Vasari, c/o NRAI Services, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Broward__ )
Name of Server: __Jonathan Levy__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __3__ day of __February__, 20__10__, at __2:00__ o'clock __P__ M

Place of Service: at __2731 Executive Park Dr. Ste 4__, in __Weston, FL 33331__

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Taylor-Woodrow Communities at Vasari, c/o NRAI Services, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: __Unicka Brown, Supervisor__

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex __F__; Skin Color __Black__; Hair Color __Black__; Facial Hair ____
Approx. Age __35__; Approx. Height __5'4"__; Approx. Weight __140__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this __6__ day of __February__, 20__10__

Notary Public          (Commission Expires)

Lynn _____
#DD6100_