Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0143

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Taylor Morrison of Florida, Inc., c/o NRAI Services, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Broward )

Name of Server: __Jonathan Levy__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __3__ day of __February__, 20__10__, at __2:00__ o'clock __P__ M

Place of Service: at __2731 Executive Park Dr. Ste 4__, in __Weston, FL 33331__

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Taylor Morrison of Florida, Inc., c/o NRAI Services, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: __Anicka Brown, Supervisor__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __F__; Skin Color __Black__; Hair Color __Black__; Facial Hair ____
Approx. Age __35__; Approx. Height __5'4"__; Approx. Weight __150__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this __10__ day of __February__, 20__10__

Signature of Server
APS International, Ltd.

Notary Public    (Commission Expires)