| | |
|---|---|
| Sean and Beth Payton, et al., et. al., Plaintiff(s)<br>vs.<br>KNAUF GIPS KG, et al., et. al., Defendant(s) | Service of Process by<br>**APS International, Ltd.**<br>1-800-328-7171<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439-3122 |



APS File #:   101729-0157

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Southwell Homes, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **DADE** )

**Name of Server:** **CARLOS AGUIRRE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **9Th** day of **February**, 20 **10**, at **12:50** o'clock **P** M

**Place of Service:** at **16191 NW 57th Ave.**, in **Miami, FL 33014**

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Southwell Homes, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Charlene BROWN Secretary for Southwell Homes, LLC**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F**; Skin Color **Light Brown**; Hair Color **BROWN**; Facial Hair ____
Approx. Age **45**; Approx. Height **5'5**; Approx. Weight **135**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **10Th** day of **Feb**, 20 **10**

Signature of Server

Notary Public   (Commission Expires)

**APS International, Ltd.**

ISABELLE C. FERNANDEZ-MIRANDA
Notary Public - State of Florida
My Commission Expires Feb 27, 2010
Commission # DD 522663
Bonded By National Notary Assn.