Sean and Beth Payton, et al., et. al., Plaintiff(s)

vs.

KNAUF GIPS KG, et al., et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 101729-0456

## AFFIDAVIT OF SERVICE -- Individual

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Service of Process on:
--Stephen Shivers
Court Case No. 09-7628

---

**State of:** MS ) ss.
**County of:** Jones )

**Name of Server:** Jun Broaddus , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 5 day of February , 20 10, at 1:07 o'clock P M

**Place of Service:** at 720 Clover Place , in Biloxi, MS 39532

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Stephen Shivers**

**Person Served, and Method of Service:**
☐ By personally delivering them into the hands of the person to be served.
☒ By delivering them into the hands of Brenda Beie , a person of suitable age, who verified, or who upon questioning stated, that he/she resides with
**Stephen Shivers**
at the place of service, and whose relationship to the person is: Mother-in-law

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Grayish/Brown ; Facial Hair N
Approx. Age 60 ; Approx. Height 5'2 ; Approx. Weight 125
☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
10 day of Feb , 20 10

Michelle Murray
Notary Public

(Commission Expires)
1-23-11