Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  101729-0249

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Sampson Drywall
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **FLORIDA** ) ss.
County of: **ST. JOHNS** )

**Name of Server:** **CINDY BROWN REXRODE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **9** day of **FEB**, 20 **10**, at **11** o'clock **A** M

**Place of Service:** at **141 Segovia Road**, in **St. Augustine, FL 32086**

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Sampson Drywall**

**Person Served, and Method of Service:** By delivering them into the hands of an ~~officer or managing agent~~ **RESIDENT** whose name ~~and title is~~: **SHAQURIA SAMPSON - DAUGHTER**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F** ; Skin Color **BLK** ; Hair Color **BLK** ; Facial Hair **—**
Approx. Age **28** ; Approx. Height **5'8"** ; Approx. Weight **120**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Cindy Brown-Rex*
Signature of Server

Subscribed and sworn to before me this **9** day of **FEB**, 20 **10**

*Nicole M. Burnett*
Notary Public        (Commission Expires)
**11/13/12**

**APS International, Ltd.**

Notary Public State of Florida
Michele M Burnett
My Commission DD838318
Expires...

## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of Louisiana

Case Number: 09-7628

Plaintiff:
SEAN AND BETH PAYTON, ET AL.,

vs.

Defendant(s):
KNAUF GIPS KG, ET AL.,

For:
Russ M. Herman, Esq.
HERMAN, HERMAN, KATZ & COTLAR, LLP

Received by APS INTERNATIONAL, LTD. on the 4th day of February, 2010 at 10:19 am to be served on SAMPSON DRYWALL, 141 SEGOVIA ROAD, ST. AUGUSTINE, FL 32086.

I, Cindy Brown-Rexrode, being duly sworn, depose and say that on the **9th day of February, 2010 at 11:00 am**, I:

**Substitute Served** by leaving a true copy of this SUMMONS AND PLAINTIFF'S OMNIBUS CLASS ACTION COMPLAINT (I) WITH EXHIBITS with the date and hour of service endorsed thereon by me, at the within named person's usual place of abode, to a person residing therein who is 15 years of age or older to wit: Shaquria Sampson and informing said person of the contents thereof.

**Military Status:** Based upon inquiry of party served, defendant is not in the Military Service of the United States.

**Additional Information pertaining to this Service:**
This is a residence. Owner is Charles Sampson.

**Description** of Person Served: Age: 28, Sex: F, Race/Skin Color: Black, Height: 5'8", Weight: 120, Hair: Black, Glasses: N

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true. F.S. 92.525(2).

Subscribed and Sworn to before me on the 9th day of February, 2010 by the affiant who is personally known to me.

NOTARY PUBLIC

Notary Public State of Florida
Michele M Burnett
My Commission DD838318
Expires 11/13/2012

Cindy Brown-Rexrode
Process Server

APS INTERNATIONAL, LTD.
Aps International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122
(800) 328-7171
Our Job Serial Number: 2010000511
Ref: 101729-0249

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3z