IN THE UNTIED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *Docket No. 09-7628<br>* MDL No.  09-2047<br>*<br>*JUDGE: FALLON<br>* |
| THIS DOCUMENT RELATES TO ALL CASES | *MAGISTRATE: WILKINSON |

*************************************************************************

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS

COMES NOW, the undersigned law firm of Sharon B. Kyle, A.P.L.C. and hereby files its Notice of Appearance as counsel on behalf of E.L. Cretin, L.L.C. d/b/a Cretin Homes erroneously named as "Cretin Homes, LLC (EL Cretin, d/b/a Cretin Homes)" in Schedule 3 of the Omnibus Complaint.  It is respectfully requested that all future pleadings, documents and correspondence be served upon the undersigned in connection with this action.

This 8th day of February, 2010.

        RESPECTFULLY SUBMITTED:
        SHARON B. KYLE, A.P.L.C.


        SHARON B. KYLE (La Bar Roll # 25437) sk@kylelaw.net
        NANCY A. RICHEAUX (La Bar Roll # 29397) nr@kylelaw.net
        STEVEN K. SCHILLING (La Bar Roll # 27635) ss@kylelaw.net
        4960 Bluebonnet Blvd., Ste. A
        Baton Rouge, Louisiana 70809
        Telephone: 225/293-8400
        Facsimile: 225/291-9501

Attorneys for E.L. Cretin, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaision Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 8th day of February, 2010.

_____
STEVEN K. SCHILLING