UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | * * * | JUDGE FALLON |
| State of Louisiana, *ex rel.* James D. ("Buddy") Caldwell, the Attorney General of Louisiana | * * * * | MAG. WILKINSON (#10-0340) |
| VERSUS        #10-0340 | * * | |
| Knauf Gips KG, <u>et al</u> | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO REMAND

The State of Louisiana, through the Honorable James D. ("Buddy") Caldwell, Attorney General of Louisiana, respectfully moves this Court to remand the above captioned proceeding entitled State of Louisiana, *ex rel.* James D. ("Buddy") Caldwell, the Attorney General of Louisiana v. Knauf Gips KG, *et al.*, being case No. 10-0340 on the docket of this Court (the "Removed Action"), to the Civil District for Orleans Parish, Louisiana. In support of this Motion, the State asserts that, for the reasons fully set forth in its Memorandum attached hereto, this Court lacks subject matter jurisdiction of the Removed Action under any provision of law, the Removed Action should be remanded to state court pursuant to 28 USC §1447(c), and the State should be awarded its just costs and actual expenses, including attorney's fees, incurred

as a result of the removal pursuant to 28 USC §1447(d) against the removing defendants, to-wit, Knauf Insulation GmbH and Interior Exterior Building Supply, L.P.

Respectfully submitted,

**JAMES D. "BUDDY" CALDWELL**
**LOUISIANA ATTORNEY GENERAL**

Bryan K. McMinn (Bar Roll # 20520)
James Trey Phillips (Bar Roll # 19978)
Sanettria Glasper Pleasant (Bar Roll#25396)
Assistant Attorneys General
**LOUISIANA DEPARTMENT OF JUSTICE**
1885 North Third Street
Post Office Box 94005
Baton Rouge, Louisiana 70804-9005
Telephone: (225) 326-6000
Facsimile: (225) 326-6499

**Usry, Weeks & Matthews, APLC**
T. Allen Usry, La. Bar #12988
Trial Attorney

_s/John F. Weeks, II_
John F. Weeks, II, La. Bar #13309
1615 Poydras St., Ste. 1250
New Orleans, LA 70112
(504) 592-4600

**Shows, Cali, Berthelot & Walsh, LLP**
E. Wade Shows, La. Bar #7637
Trial Attorney
John C. Walsh, La. Bar #24903
628 St. Louis St.
P. O. Drawer 4425
Baton Rouge, LA 70821
(225) 346-1461

**Perkins Coie, LLP**
David L. Black
1899 Wynkoop St., #700
Denver, CO 80202
(303) 291-2306
*Pro Hac Vice*
Counsel for the State of Louisiana

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing State of Louisiana's Motion to Remand has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liason Counsel, Kerry Miller, by U.S. Mail and e-mail, <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 8th day of March, 2010.

                                                          ___s/John F. Weeks, II___
                                                          (Signature of Filing Attorney)