UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| State of Louisiana, *ex rel.* James D. ("Buddy") Caldwell, the Attorney General of Louisiana | * * * * | MAG. WILKINSON (#10-0340) |
| VERSUS          #10-0340 | * * | |
| Knauf Gips KG, et al | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF HEARING ON MOTION TO REMAND

To:  Removing Defendant, Knauf Insulation GmbH,
through its Attorneys of Record:

Kerry J. Miller
Kyle A. Spaulding
Paul C. Thibodeaux
Frilot L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, LA  70163

Richard G. Duplantier
Lambert J. Hassinger
Carlina C. Eiselen
Jeffrey P. Green
Galloway, Johnson, Tompkins, Burr
& Smith
701 Poydras Street, Suite 4040
New Orleans, LA  70139

Donald J. Hayden
Baker & McKenzie LLP
Mellon Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL  33131

Douglas B. Sanders
Richard M. Franklin
Baker & McKenzie LLP
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL  60601

PLEASE TAKE NOTICE plaintiff State of Louisiana, will bring its Motion to Remand on for hearing before the Honorable Eldon E. Fallon, District Judge, at the United States District Courthouse, 500 Poydras Street, New Orleans, Louisiana 70130 at 9:00 a.m. on March 24, 2010,

or at such time thereafter as counsel may be heard.

                                                Respectfully submitted,

**JAMES D. "BUDDY" CALDWELL**
**LOUISIANA ATTORNEY GENERAL**

Bryan K. McMinn (Bar Roll # 20520)
James Trey Phillips (Bar Roll # 19978)
Sanettria Glasper Pleasant (Bar Roll#25396)
Assistant Attorneys General
**LOUISIANA DEPARTMENT OF JUSTICE**
1885 North Third Street
Post Office Box 94005
Baton Rouge, Louisiana 70804-9005
Telephone: (225) 326-6000
Facsimile: (225) 326-6499


**Usry, Weeks & Matthews, APLC**
T. Allen Usry, La. Bar #12988
Trial Attorney

_s/John F. Weeks, II_
John F. Weeks, II, La. Bar #13309
1615 Poydras St., Ste. 1250
New Orleans, LA 70112
(504) 592-4600

**Shows, Cali, Berthelot & Walsh, LLP**
E. Wade Shows, La. Bar #7637
Trial Attorney
John C. Walsh, La. Bar #24903
628 St. Louis St.
P. O. Drawer 4425
Baton Rouge, LA 70821
(225) 346-1461

**Perkins Coie, LLP**
David L. Black
1899 Wynkoop St., #700
Denver, CO 80202
(303) 291-2306
*Pro Hac Vice*

COUNSEL FOR THE STATE OF LOUISIANA

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing State of Louisiana's Notice of Hearing on Motion to Remand has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liason Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 8th day of March, 2010.

                                                  ___s/John F. Weeks, II___
                                                  (Signature of Filing Attorney)