UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL            MDL NO. 2047
PRODUCTS LIABILITY LITIGATION                  SECTION: L

THIS DOCUMENT RELATES TO:                      JUDGE FALLON

SEAN AND BETH PAYTON, et al.

v. KNAUFF GIPS, DG, et al.
Case No. 2:09-cv-07628-EEF-JCW                 MAG. JUDGE WILKINSON
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

## ORDER

**CONSIDERING** the Consent Motion for Extension of Time filed by Defendant, Standard Pacific of South Florida, a Florida General Partnership.

**IT IS HEREBY ORDERED** that the motion is GRANTED and that the deadline for Standard Pacific of South Florida, a Florida General Partnership to file a response to the Payton Complaint in this case is extended through and including April 9, 2010.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
U.S. District Judge

1522479v1