Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0177

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Residential Drywall, Inc., Attn: Andrea M. Fair, Esq.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: FLORIDA ) ss.
County of: Hillsborough )

Name of Server: Jamie Snyder, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 4 day of February, 20 10, at 10:30 o'clock AM

Place of Service: 2X at ~~1010 N. Florida Ave.~~ MOVED 16009 N. Lake Village Dr., in ~~Tampa, FL 33602~~ Odessa, FL 33626

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Residential Drywall, Inc., Attn: Andrea M. Fair, Esq.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Andrea M Fair, Esquire, Designated Agent

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex F; Skin Color Cauc; Hair Color Blond; Facial Hair
Approx. Age 45 yrs; Approx. Height 5'10"; Approx. Weight 180 lbs
☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Jamie Snyder
Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this 5 day of February, 20 10
Notary Public   (Commission Expires)