Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  101729-0337

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Ray Horvath Drywall, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __FLORIDA__ ) ss.
County of: __OKEECHOBEE__ )

**Name of Server:** __GREGORY GERNAT__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __4__ day of __FEBRUARY__, 20__10__, at __6:36__ o'clock __P__ M

**Place of Service:** at __10155 NE 101st St.__, in __Okeechobee, FL  34972__

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Ray Horvath Drywall, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __RAY HORVATH, PRESIDENT__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __W__ ; Hair Color __GRAY__ ; Facial Hair __NO__
Approx. Age __60__ ; Approx. Height __5'6"__ ; Approx. Weight __250__

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Gregory Gernat_
Signature of Server

Subscribed and sworn to before me this __5th__ day of __February__, 20 __10__

_Peggy Gerth_
Notary Public          (Commission Expires)

**APS International, Ltd.**



PEGGY GERTH
MY COMMISSION # DD768681
EXPIRES  March 16, 2012
1-800-3-NOTARY       Fl Notary Discount Assoc Co