**United States District Court for the Eastern Louisiana**

Sean and Beth Payton, et al                  Civil Action No.: 09-7628
                                                                                MDL No.: 09-2047

Plaintiff

vs.

KNAUF GIPS KG, et al

Defendant

_____/

## DEFENDANT, TOTAL CONTRACTING AND ROOFING, INC. MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, comes Defendant, TOTAL CONTRACTING AND ROOFING, INC., who moves this Honorable Court to issue an Order dismissing the claims of the Plaintiffs under Fed. R. Civ. Proc. Rule 12 (b)(2) and (3) for the reasons articulated in the attached Memorandum. Specifically, TOTAL CONTRACTING AND ROOFING, INC. is not subject to, nor have they submitted to, the jurisdiction of this Court, and accordingly, the Eastern District of Louisiana is an improper venue for the proceedings against TOTAL CONTRACTING AND ROOFING, INC.

**WHEREFORE**, Defendant, TOTAL CONTRACTING AND ROOFING INC., prays for that its Motion to Dismiss pursuant to Fed. R. Civ. Pro. Rule 12 be granted and that this Honorable Court dismiss the Plaintiffs' claims against Total Contracting and Roofing, Inc. as this Court does not have personal jurisdiction over Total Contracting and Roofing Inc., and the Eastern District of Louisiana is an improper venue for any claims against Total Contracting and Roofing, Inc.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Defendant, Total Contracting and Roofing, Inc.'s Motion to Dismiss was forwarded by U.S. Mail this 8th day of March, 2010 to the Law Office of Russ M. Herman, Esquire, Leonard A. Davis, Esquire, attorneys for the Plaintiffs Sean and Beth Payton, et al, of Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, New Orleans, Louisiana 70113, and Kerry Miller, Esquire, 1100 Poydars Street, Suite 3700, New Orleans, Louisiana 70163

Gloria Pomerantz, Esquire
Law Office of Gloria Pomerantz, P.A.
2881 East Oakland Park Boulevard,
The Crexent Business Center, Suite 312
Fort Lauderdale, Florida 33306
Telephone No.: 954-463-1310
Facsimile: 954-463-7289


By: *Gloria Pomerantz*

Gloria Pomerantz, Esquire.
FLORIDA BAR NO.: 483192