**United States District Court for the Eastern Louisiana**

Sean and Beth Payton, et al                                                Civil Action No.: 09-7628

Plaintiff

vs.

KNAUF GIPS KG, et al

Defendant

_____/

**AFFIDAVIT**

STATE OF FLORIDA

COUNTY OF BROWARD

     BEFORE ME, the undersigned authority, personally came and appeared:

HOWARD FINK

Who, after being duly sworn did depose and state as follows:

1. He is the President of TOTAL CONTRACTING AND ROOFING, INC., a Florida Corporation, with their principle place of business located at 5975 NW 72nd Court, Parkland, Florida 33067.

2. In this capacity, he is familiar with the business, including general and day to day operations, of TOTAL CONTRACTING AND ROOFING, INC..

3. That he is of proper age and sound mind to provide this affidavit.

4. TOTAL CONTRACTING AND ROOFING, INC. is not authorized to do, and has never done, any business in the State of Louisiana.

5. TOTAL CONTRACTING AND ROOFING, INC. did not design, manufacture, export, import, distribute, market or sell the "defective" drywall, and therefore, had no duty to test the drywall.

6. TOTAL CONTRACTING AND ROOFING, INC. has never advertised in any publications either targeted tot he State of Louisiana, or in any way intended to draw business from any potential customers in Louisiana.

7. TOTAL CONTRACTING AND ROOFING, INC. has never received any business from any contacts in Louisiana, whether individual customers or business customers.

8. TOTAL CONTRACTING AND ROOFING, INC., does not maintain an office, store, headquarters, shop, warehouse, or any other facility in the state of Louisiana.

9. TOTAL CONTRACTING AND ROOFING, INC., does not, and has never, solicited any business in Louisiana.

Howard Fink
President
TOTAL CONTRACTING AND ROOFING, INC.

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 5TH DAY OF MARCH, 2010

NOTARY PUBLIC

MARIE CROSKEY
Commission # DD 959830
Expires February 9, 2014
Bonded Thru Troy Fain Insurance 800-385-7019