**United States District Court for the Eastern Louisiana**

Sean and Beth Payton, et al

Plaintiff

vs.

 KNAUF GIPS KG, et al

Defendant

_____ /

Civil Action No.: 09-7628
MDL No.: 09-2047

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Defendant, TOTAL CONTRACTING AND

ROOFING, INC., has filed attached Motion to Dismiss.  **PLEASE TAKE FURTHER**

**NOTICE** that the Motion will be brought on March 24, 2010 at 9:00 a.m. before the

Honorable Eldon E. Fallon.

Respectfully submitted,

*Gloria Pomerantz*

Gloria Pomerantz, Esquire
Law Office of Gloria Pomerantz, P.A.
2881 East Oakland Park Boulevard,
The Crexent Business Center, Suite 312
Fort Lauderdale, Florida 33306
Telephone No.: 954-463-1310
Facsimile: 954-463-7289

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of Notice of Hearing was forwarded

by U.S. Mail this 8th day of March, 2010 to the Law Office of Russ M. Herman, Esquire,

Leonard A. Davis, Esquire, attorneys for the Plaintiffs Sean and Beth Payton, et al, of

Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, New Orleans, Louisiana

70113, and Kerry Miller, Esquire, 1100 Poydars Street, Suite 3700, New Orleans,

Louisiana 70163

Gloria Pomerantz, Esquire
Law Office of Gloria Pomerantz, P.A.
2881 East Oakland Park Boulevard,
The Crexent Business Center, Suite 312
Fort Lauderdale, Florida 33306
Telephone No.: 954-463-1310
Facsimile: 954-463-7289

By:  *Gloria Pomerantz*

    Gloria Pomerantz, Esquire.
    FLORIDA BAR NO.: 483192