UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 SECTION: L |
| * * * * * * * * * * * | * * | JUDGE FALLON |
| This Document Relates to: | * * | MAG. JUDGE WILKINSON |
| *Hernandez v. Knauf,* Case No. 09-6050 (E.D.La.) | * * * | |
| * * * * * * * * * * * | * | |

**PLAINTIFFS' MOTION TO PRECLUDE SPECIFIC ASPECTS OF THE TESTIMONY OF KNAUF'S EXPERTS ON THE IMPACT OF CORROSION ON THE SCOPE OF REMEDIATION**

NOW INTO COURT through undersigned counsel, come the Plaintiffs, who, move this Court as follows:

1.

Certain aspects of the testimony of Knauf's experts, Raymond Canzoneri, Craig Beyler, Matthew Perricone, and R. J. Lee, that address the impact of corrosion on the scope of remediation should be precluded.

2.

The Plaintiffs file this *Daubert* motion pursuant to the Court's Case Management Order dated January 22, 2010.

1

3.

Several of the basis of the above mentioned experts' opinions do not meet the scientific reliability standard of *Daubert*.

4.

Those aspects of the above mentioned experts' opinions should be excluded from the *Hernandez* trial.

5.

Plaintiffs incorporate herein, as if copied *in extenso*, the memorandum in support filed contemporaneously with this motion.

Dated:  March 8, 2010                                          Respectfully submitted,

/s/ Russ M. Herman_____
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Stephen J. Herman, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*


Arnold Levin
Fred S. Longer
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

2

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Victor Manuel Diaz
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

| | |
|---|---|
| Ervin A. Gonzalez | Gerald E. Meunier |
| Colson, Hicks, Eidson, Colson | Gainsburgh, Benjamin, David, Meunier |
|   Matthews, Martinez, Gonzales, |  & Warshauer, LLC |
|   Kalbac & Kane | 2800 Energy Centre, 1100 Poydras Street |
| 255 Aragon Avenue, 2nd Floor | New Orleans, LA 70163-2800 |
| Cora Gables, FL 33134 | Phone: (504) 522-2304 |
| Phone: (305) 476-7400 | Fax: (504) 528-9973 |
| Fax: (305) 476-7444 | gmeunier@gainsben.com |
| Ervin@colson.com | |

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis (On the Brief)  Daniel K. Bryson
HAUSFELD LLP  Lewis & Roberts
1700 K Street, N.W Suite 650  3700 Glenwood Avenue, Suite 410
Washington, DC 20006  Raleigh, NC 27612
Phone: (202) 540-7200  Phone: (919) 981-0191
Fax: (202) 540-7201  Fax: (919) 981-0431
rlewis@hausfeldllp.com  dkb@lewis-roberts.com

Jeremy W. Alters  Richard J. Serpe, Esquire
Alters, Boldt, Brown, Rash & Culmo, P.A.  Law Offices of Richard J. Serpe
4141 N.E. 2nd Avenue, Suite 201  Crown Center, Ste. 310
Miami, FL 33137  580 East Main Street
Phone: (305) 571-8550  Norfolk, VA 23510-2322
Fax: (305) 571-8559  rserpe@serpefirm.com
jeremy@abbrclaw.com

4

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 8th day of March, 2010.

s/ Leonard A. Davis_____
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com