IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| THIS APPLIES TO:  *Hernandez (09-6050)* | * | MAG. JUDGE WILKINSON |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT, KNAUF PLASTERBOARD (TIANJIN) CO. LTD.'S
MOTION IN *LIMINE* (NO. 1) TO EXCLUDE TESTIMONY THAT CHINESE
DRYWALL, EMISSIONS OR ODORS FROM CHINESE DRYWALL ARE HARMFUL
TO, OR OTHERWISE IMPACT, HEALTH, ARE TOXIC OR NOXIOUS**

NOW COMES Defendant, Knauf Plasterboard (Tianjin) Co. Ltd. ("KPT"), who moves this Honorable Court for an Order granting KPT's Motion in *Limine* (No. 1) to Exclude Testimony That Chinese Drywall, Emissions or Odors From Chinese Drywall are Harmful To, Or Otherwise Impact, Health, Are Toxic or Noxious on the grounds more fully set forth in the supporting Memorandum attached hereto.

Respectfully submitted,


BY:s/Douglas B. Sanders

KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
**FRILOT L.C.**
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile:  (504)599-8145
Email: kmiller@frilot.com

-AND-

DONALD J. HAYDEN (Fla. Bar No. 0097136)
BAKER & McKENZIE LLP
MELLON Financial Center
1111 Brickell Avenue Suite 1700
Miami, FL  33131
Telephone:    (305) 789-8966
Facsimile:     (305) 789-8953
Email:  donald.j.hayden@bakernet.com

DOUGLAS B. SANDERS (IL Bar No. 6256621)
RICHARD M. FRANKLIN (IL Bar No. 0864390)
**BAKER & MCKENZIE LLP**
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL  60601
Telephone:    (312) 861-8075
Facsimile:     (312) 698-2375
Email:  douglas.b.sanders@bakernet.com

**<u>CERTIFICATE</u>**

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this 8th day of March, 2010.

<u>s/Douglas B. Sanders</u>