IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Hernandez, et al. v. Knauf Gips KG et al.*, **Case No. 2:09-cv-6050  (E.D.La.)**

**INTERVENOR KNAUF PLASTERBOARD (TIANJIN) CO. LTD.'S MEMORANDUM IN SUPPORT OF MOTION IN *LIMINE* (No. 1) TO EXCLUDE TESTIMONY THAT CHINESE DRYWALL, EMISSIONS OR ODORS FROM CHINESE DRYWALL ARE HARMFUL TO, OR OTHERWISE IMPACT, HEALTH, ARE TOXIC OR NOXIOUS**

The parties to this case have agreed that the case is about property damages, not personal injuries.  Knauf Plasterboard (Tianjin) Co., Ltd. ("KPT") remains concerned, however, based on experts' reports and depositions that testimony relating to health and potential health impacts from Chinese drywall will, nonetheless, be presented.  KPT requests that this Court bar any references during the trial to health impacts or symptoms from Chinese drywall, including KPT's, any references to alleged emissions or odors, being toxic, noxious or harmful and any testimony with respect to alleged health problems or symptoms resulting from exposure to the drywall.

In particular, some of the plaintiffs' experts repeatedly used the word "noxious," which is a not-so-veiled reference to health-based impacts, as indicated by its primary definition from Merriam-Webster's online dictionary: "physically harmful or destructive to living beings."  (*See*

Merriam-Webster, http://www.merriam-webster.com/dictionary/noxious.)  Such references do not have any place in a property-damage only cased based on the agreement of the parties.

To the extent any of the plaintiffs' witnesses testify that the Chinese drywall, emissions or odors are harmful, toxic, noxious or any other statements that imply the drywall is harmful to the health of the Hernandez's or generally, including symptoms and injuries resulting from the drywall, or that KPT's proposed repair is not sufficient because it does not address potential harm to humans (or pets), KPT requests that it be allowed to present the opinions of Dr. Goad – *i.e.* that there are no health risks to those living in houses with Chinese drywall or to anyone repairing the houses.

Respectfully submitted,

BY:  /s/ Douglas B. Sanders

KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
**FRILOT L.C.**
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile:  (504)599-8145
Email: kmiller@frilot.com

-AND-

DONALD J. HAYDEN (FL Bar No. 0097136)
**BAKER & MCKENZIE LLP**
Mellon Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL  33131
Telephone:    (305) 789-8966
Facsimile:    (305) 789-8953
Email: donald.j.hayden@bakernet.com

DOUGLAS B. SANDERS

(IL Bar No. 6256621)
RICHARD M. FRANKLIN
(IL Bar No. 0864390)
**BAKER & MCKENZIE LLP**
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL  60601
Telephone:     (312) 861-8075
Facsimile:      (312) 698-2375
Email: douglas.b.sanders@bakernet.com

On behalf of *Intervenor Knauf Plasterboard (Tianjin) Co., Ltd.*

## CERTIFICATE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this 8th day of March, 2010.

s/Douglas B. Sanders