IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE WILKINSON |
| | * | |
| | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * | | |

**THIS DOCUMENT RELATES TO:** *Hernandez, et al. v. Knauf Gips KG et al.*, **Case No. 2:09-cv-6050  (E.D.La.)**

---

### INTERVENOR KNAUF PLASTERBOARD (TIANJIN) CO. LTD.'S MEMORANDUM IN SUPPORT OF MOTION IN *LIMINE* (No. 2) TO EXCLUDE REPORTS AND TESTIMONY OF JOHN SCULLY, Ph.D.

---

On March 2, 2010, plaintiffs submitted an affidavit of Dr. John Scully adopting his reports, opinions and testimony in the *Germano* case, as his opinions in the *Hernandez* case. Knauf Plasterboard (Tianjin) Co. Ltd. ("KPT") requested the deposition of Dr. Scully prior to his testimony at trial in order to question him regarding the application of his opinions to the Hernandez's house, KPT's *Hernandez*-specific repair plan and additional opinions he had provided at the *Germano* trial, but not raised in his reports.

On March 7, 2010, KPT's counsel asked plaintiffs to confirm that they will not be calling or introducing any testimony or reports by Dr. Scully.  Plaintiffs informed KPT that they will not be using Dr. Scully in the *Hernandez* case. (*See* Communication between S. Herman and D. Sanders, dated March 7, 2010, attached as Ex. 1.)  Because plaintiffs are not calling him as a witness and KPT has not had an opportunity to depose him regarding new and *Hernandez*-specific issues, KPT requests that this Court exclude Dr. Scully's reports, opinions, prior

deposition or trial testimony in the *Hernandez* trial.

                        Respectfully submitted,

                        BY: /s/ Douglas B. Sanders

KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
**FRILOT L.C.**
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile: (504)599-8145
Email: kmiller@frilot.com

-AND-

DONALD J. HAYDEN (FL Bar No. 0097136)
**BAKER & MCKENZIE LLP**
Mellon Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL 33131
Telephone: (305) 789-8966
Facsimile: (305) 789-8953
Email: donald.j.hayden@bakernet.com

DOUGLAS B. SANDERS
(IL Bar No. 6256621)
RICHARD M. FRANKLIN
(IL Bar No. 0864390)
**BAKER & MCKENZIE LLP**
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL 60601
Telephone: (312) 861-8075
Facsimile: (312) 698-2375
Email: douglas.b.sanders@bakernet.com

On behalf of *Intervenor Knauf Plasterboard (Tianjin) Co., Ltd.*

## **CERTIFICATE**

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this 8th day of March, 2010.

s/Douglas B. Sanders