## Sanders, Douglas B

**From:** Steve Herman [SHERMAN@hhkc.com]
**Sent:** Sunday, March 07, 2010 7:18 PM
**To:** Sanders, Douglas B
**Subject:** Chinese Drywall - Hernandez - Scully / Barnett

Doug -

Can confirm that we are not using Scully in *Hernandez*. I think we were trying to see if a perpetuation depo could be set up re Barnett; but I need to check with Chris and Dan and get back to you.

Thanks, - Steve

---

**From:** Sanders, Douglas B [mailto:Douglas.B.Sanders@BakerNet.com]
**Sent:** Sunday, March 07, 2010 6:56 PM
**To:** Steve Herman; Miller, Kerry J.; Hayden, Donald J
**Cc:** Seeger, Chris; Daniel K. Bryson; mecuyer@gainsben.com; jgrand@seegerweiss.com
**Subject:** RE: Chinese Drywall - Hernandez - SGH Materials

Thanks, Steve. I will take a look at it and see whether it is what I received in Boston.

Please confirm that you are not calling or introducing any testimony or reports by Scully and Barnett, as you have not provided deposition dates for them.

Doug

---

**From:** Steve Herman [mailto:SHERMAN@hhkc.com]
**Sent:** Sunday, March 07, 2010 6:25 PM
**To:** Sanders, Douglas B; Miller, Kerry J.; Hayden, Donald J
**Cc:** Seeger, Chris; Daniel K. Bryson; mecuyer@gainsben.com; jgrand@seegerweiss.com
**Subject:** Chinese Drywall - Hernandez - SGH Materials

Doug / Kerry / Don -

Also - I understand that some additional SGH Materials have been uploaded.

---

**From:** Steve Herman
**Sent:** Sunday, March 07, 2010 6:22 PM
**To:** 'Sanders, Douglas B'; Miller, Kerry J.; Donald Hayden
**Cc:** Gerald E. Meunier; mecuyer@gainsben.com; 'Hugh Lambert'
**Subject:** Chinese Drywall - Hernandez - Mallet

Doug / Kerry / Don -

I believe that these materials have been uploaded to the FTP Site referenced yesterday. Just making sure you have them, out of abundance of caution.

Thanks, - Steve

3/8/2010

Pursuant to requirements related to practice before the Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for the purposes of (i) avoiding penalties imposed under the United States Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit www.bakermckenzie.com/disclaimers for other important information concerning this message.

3/8/2010