**State Farm Fire and Casualty Company**
Home Office, Bloomington, Illinois 61710



Tulsa Operations Center
12222 State Farm Blvd
Tulsa, OK  74146-5402

# CERTIFICATE

I, the undersigned, do hereby certify that I am custodian of the records pertaining to the issuance of policies issued by State Farm Fire and Casualty Company of Bloomington, IL that are processed by the Personal Lines Fire Division of the Tulsa Operations Center.

Based on our available records, I further certify that the attached Renewal Certificate prepared Jul 6 2009 represents a true copy of the policy provisions and coverages as of Sep 1 2009 for policy 18-GC-0478-5 issued to Sansone, Shelly.

Shan Jordan
Commercial Lines Fire Underwriter
State Farm Fire & Casualty Company
State Farm General Insurance Company
12222 State Farm Blvd Tulsa OK 74146-5402

State Farm Exhibit B

Case 2:09-md-02047-EEF-MBN   Document 16856-8   Filed 05/08/13   Page 2 of 10

**State Farm Fire and Casualty Company**  RENEWAL CERTIFICATE
12222 State Farm Boulevard
Tulsa, OK 74146-5402

POLICY NUMBER  18-GC-0478-5
Homeowners Policy
AUG 20 2009 to AUG 20 2010

L-22- 1527-F690  H  F

SEE BALANCE DUE FOR RENEWAL OFFER
TO BE PAID BY MORTGAGEE

SANSONE, SHELLY
PO BOX 215
SAINT BERNARD LA  70085-0215

**Coverages and Limits**
Section I
A  Dwelling                                $217,100
   Dwelling Extension    Up To              21,710
B  Personal Property                       162,825
C  Loss of Use                         Actual Loss
                                          Sustained

**Deductibles - Section I**
All Losses 1.00%                             2,171

Location:  412 DOERR DR
           ARABI LA
           70032-1808

**Section II**
L  Personal Liability                     $100,000
   Damage to Property of Others                500
M  Medical Payments to Others              1,000
   (Each Person)

**Loss Settlement Provisions (See Policy)**
A1  Replacement Cost - Similar Construction
B1  Limited Replacement Cost - Coverage B

**Forms, Options, and Endorsements**
Homeowners Policy                FP-7955
Increase Dwlg up to $43,420      OPT   ID
Ordinance/Law  10%/ $21,710      OPT   OL
Jewelry and Furs $1,500/$2,500   OPT   JF
Policy Endorsement               FE-5320
Amendatory Endorsement           FE-7218.6
Fungus (Including Mold) Excl     FE-5398
Telecommuter Coverage            FE-5831
Windstorm or Hail Exclusion      FE-7326
Amendatory Debris Removal      * FE-5480

*Effective: AUG 20 2009

**Annual Premium**                         $761.00
Citizens Emer-FAIR                           38.05

**Premium Reductions**
Claim Record Discount                       595.00
Home/Auto Discount                          476.00

Inflation Coverage Index:   196.1

NOTICE: Information concerning changes in your policy language is included. Please call your agent if you have any questions.

Protection Class: 2   Zone: 82   Construction: Masonry Veneer      Number of Families: 01

*Thanks for letting us serve you. We appreciate our long term customers.*
Agent SUSAN GEOGHEGAN
Telephone (504) 883-5553 or (504) 241-4067

3791   201B  I
E  *  2F,U3,A7,W1,DR,NP

*If you have moved, please contact your agent.*
See reverse side for important information.

REP        Prepared JUL 06 2009

Mortgagee:   BAC HOME LOANS SERVICING LP
             ISAOA ATIMA

   Loan No: 173446243

**Your coverage amount....**
It is up to you to choose the coverages and limits that meet your needs. We recommend that you purchase a coverage limit equal to the estimated replacement cost of your home. Replacement cost estimates are available from building contractors and replacement cost appraisers, or, your agent can provide an estimate from Xactware, Inc.® using information you provided about your home. We can accept the type of estimate you choose as long as it provides a reasonable level of detail about your home. State Farm® does not guarantee that any estimates will be the actual future cost to rebuild your home. Higher limits are available at higher premiums. Lower limits are also available, which if selected may make certain coverages unavailable to you. We encourage you to periodically review your coverages and limits with your agent and to notify us of any changes or additions to your home.

FE-5320 (4/99)

## POLICY ENDORSEMENT

SECTION I AND SECTION II - CONDITIONS

The following condition is added:

**Premium.** The premium for this policy may vary based upon the purchase of other insurance from one of the State Farm affiliated companies.

All other policy provisions apply.

FE-5320
(4/99)

FE-5398

# FUNGUS (INCLUDING MOLD) EXCLUSION ENDORSEMENT

**DEFINITIONS**

The following definition is added:

"**fungus**" means any type or form of **fungus**, including mold, mildew, mycotoxins, spores, scents or byproducts produced or released by fungi.

**SECTION I - LOSSES INSURED**

Item 12.d. is replaced with the following:

d. caused by or resulting from continuous or repeated seepage or leakage of water or steam which occurs over a period of time and results in deterioration, corrosion, rust, or wet or dry rot.

Item 13.b. is replaced with the following:

b. caused by or resulting from continuous or repeated seepage or leakage of water or steam which occurs over a period of time and results in deterioration, corrosion, rust, or wet or dry rot.

**SECTION I - LOSSES NOT INSURED**

Item 1.i. is replaced with the following:

i. wet or dry rot;

In item 2., the following is added as item g.:

g. **Fungus**. We also do not cover:

(1) any loss of use or delay in rebuilding, repairing or replacing covered property, including any associated cost or expense, due to interference at the **residence premises** or location of the rebuilding, repair or replacement, by **fungus**;

(2) any remediation of **fungus**, including the cost to:

(a) remove the **fungus** from covered property or to repair, restore or replace that property; or

(b) tear out and replace any part of the building or other property as needed to gain access to the **fungus**; or

(3) the cost of any testing or monitoring of air or property to confirm the type, absence, presence or level of **fungus**, whether performed prior to, during or after removal, repair, restoration or replacement of covered property.

All other policy provisions apply.

FE-5398

# AMENDATORY ENDORSEMENT
## (Louisiana)

### SECTION I - ADDITIONAL COVERAGES

Item 6.c.(1), **Credit Card, Bank Fund Transfer Card, Forgery and Counterfeit Money** is replaced with the following:

> We may make any investigation and settle any claim or suit that we decide is appropriate. Our obligation to defend any claim or suit ends when the amount we pay for loss to effect settlement or satisfy a judgment equals our limit of liability.

### SECTION I - CONDITIONS

**Loss Payment:** Reference to "60 days" is changed to "30 days".

**Intentional Acts** is replaced with the following:

> If you cause or procure a loss to property covered under this policy for the purpose of obtaining insurance benefits then this policy is void as to you.

### SECTION II - CONDITIONS

**Suit Against Us:** the following is deleted:

> No one shall have the right to join us as a party to an action against an **insured**. Further, no action with respect to Coverage L shall be brought against us until the obligation of the **insured** has been determined by final judgment or agreement signed by us.

### SECTION I AND SECTION II - CONDITIONS

**Concealment or Fraud** is replaced with the following:

> **Concealment or Fraud.**
>
> a. This policy is void as to you and any other **insured**, if you or any other **insured** under this policy has concealed or misrepresented any material fact or circumstance relating to this insurance in the application for or negotiation of this policy and made with the intent to deceive.
>
> b. We do not provide any coverages under this policy for you or any other **insured** if you or any other **insured** under this policy, whether before or after a loss, has intentionally concealed or misrepresented any material fact or circumstance relating to this insurance.

**Cancellation**, item b.(2): Reference to "10 days" is changed to "20 days".

**Cancellation**, item b.(3) is replaced with the following:

> (3) When this policy has been in effect for 60 days or more, or at any time it is a renewal with us, we may cancel:
>
> (a) if you have committed fraud;
>
> (b) if the insured risk has undergone a material change;
>
> (c) if you have filed two or more claims within three years; or
>
> (d) if the continuation of this policy endangers our solvency.
>
> We may cancel this policy by notifying you at least 30 days before the date cancellation takes effect.

**Cancellation:** Item b.(4) is deleted.

**Nonrenewal:** The following is added:

> Once this policy has been in effect more than three years, we may elect not to renew this policy based only on:
>
> a. nonpayment of premium;
>
> b. fraud of the **insured**;

FE-7218.6
(2/01)

(CONTINUED ON REVERSE SIDE)

Printed in U.S.A.

c.  a material change in the risk being insured;

d.  two or more claims within a period of three years; or

e.  our solvency being endangered if we continue this policy.

**Natural Causes** is added:

**Natural Causes.** We will not cancel, fail to renew or increase the premium of this policy based solely upon a loss caused by natural causes without human intervention. This does not apply when area-wide premium changes are made at the beginning of a new policy period.

**Right to Inspect** is added:

**Right to Inspect.** We have the right but are not obligated to make inspections and surveys at any time, give you reports on conditions we find and recommend changes. Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged.

We do not:

a.  make safety inspections;

b.  undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public;

c.  warrant that conditions are safe or healthful; or

d.  warrant that conditions comply with laws, regulations, codes or standards.

This condition applies not only to us but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

**Joint and Individual Interests** is added:

**Joint and Individual Interests.** When there are two or more named insureds, each acts for all to cancel or change the policy.

All other policy provisions apply.

# TELECOMMUTER COVERAGE

SECTION I – COVERAGES
COVERAGE A – DWELLING

The following replaces item 2.b.:

    b.  used in whole or in part for **business** purposes unless such use consists solely of use of office space for paperwork, computer work or use of a telephone, and consists solely of activities that are:

        (1)  duties of the **insured's** employment by another; and

        (2)  performed solely by the **insured**.

FE-5831

## WINDSTORM OR HAIL EXCLUSION ENDORSEMENT

For a premium credit, the following exclusion is added:

We do not cover loss resulting directly or indirectly from windstorm or hail. We will cover fire and explosion losses which are the result of windstorm or hail.

FE-7326  PRINTED IN U.S.A.

FE-5480
Page 1 of 1

# AMENDATORY DEBRIS REMOVAL ENDORSEMENT

**SECTION I - ADDITIONAL COVERAGES**

Item 1., **Debris Removal** is replaced with the following:

1. **Debris Removal.** We will pay the reasonable expenses you incur in the removal of debris of covered property damaged by a Loss Insured. This expense is included in the limit applying to the damaged property. The following coverages and limits also apply:

    a. When the amount payable for the property damage plus the debris removal exceeds the limit for damaged property, an additional 5% of that limit is available for debris removal expense. This additional amount of insurance does not apply to Additional Coverage, item 3. Trees, Shrubs and Other Plants.

    b. We will also pay up to $500 in the aggregate for each loss to cover the reasonable expenses you incur in the removal of tree debris from the **residence premises**, unless otherwise excluded. This coverage applies when:

    (1) the tree has caused a Loss Insured to Coverage A property; or

    (2) the tree debris felled by windstorm, hail, or weight of snow or ice blocks:

    (a) the driveway, on the **residence premises,** and prevents land motor vehicle access to or from the dwelling; or

    (b) a ramp designed to assist the handicapped, on the **residence premises** and prevents access to or from the dwelling.

FE-5480