UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| SHELLY SANSONE | * * | MAG. WILKINSON |
| Versus | * * | |
| STATE FARM FIRE & CASUALTY COMPANY | * * | 10-723 |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### REQUEST FOR ORAL ARGUMENT OF DEFENDANT STATE FARM FIRE & CASUALTY COMPANY'S RULE 12(b)(6) MOTION TO DISMISS

**NOW INTO COURT,** through undersigned counsel, comes Mover and Defendant, **State Farm Fire and Casualty Company,** defendant in the above-numbered and entitled action, who, pursuant to Local Rule 78.1E, respectfully requests oral argument on the Rule 12 (b) (6) Motion to Dismiss set for hearing before this Honorable Court on the **24$^h$ day of March 2010, at 9:00 a.m., a notice hearing date for Section L or at a time set by this court** to more fully address any questions the court may have concerning State Farm's Motion to Dismiss Plaintiffs' lawsuit with prejudice.

1

        */s/ Adrianne L. Baumgartner*_____
**ADRIANNE L. BAUMGARTNER, T.A. (#2861)**
**DARRIN M. O'CONNOR (#24582)**
**EMILY S. MORRISON  (#18351**)
PORTEOUS, HAINKEL & JOHNSON
408 North Columbia Street
Covington, LA 70434
(985) 893-4790
Abaumgartner@phjlaw.com
doconnor@phjlaw.com
emorrison@phjlaw.com

**JAMES R. NIESET, JR. (#24856)**
PORTEOUS, HAINKEL & JOHNSON, LLP
704 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3838
Jnieset@phjlaw.com

**Attorneys for State Farm Fire & Casualty Company**

### CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing Defendant State Farm Fire & Casualty Company's Rule 12(b)(6) Motion to Dismiss has been served upon Greg Dileo and Kanner and Whiteley, counsel for Plaintiff Shelly Sansone, Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and email or by hand-delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on the 8th day of March, 2010.

                           */s/ Adrianne L. Baumgartner*