# Frederick Appraisal, Claims & Estate Services

The Personal Property Specialists
Antiques, Collectibles, Residential Contents, Business/Office Equipment, Vehicles
P.O. Box 2049
Frederick, MD 21702-1049
phone 301-228-2279
fax 240-436-6044
dave@maloney.com   http://www.davidmaloney.com

David J. Maloney, Jr., AOA CM     **Certified Member**     Association of Online Appraisers

February 12, 2010

Plaintiffs Steering Committee
c/o Ms. Dawn M. Barrios, Esq.
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street
New Orleans, LA 70139

        Re: Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, Hernandez
           v. Knauf, Case No. 09-6050 on the docket of the Eastern District of Louisiana

Dear Plaintiffs Steering Committee:

Here is the personal property appraisal report you requested regarding property belonging to Mr. & Mrs. Tatum Hernandez. The valuation section of this report is enclosed as Exhibit 2. In summary, the replacement value (new) of the items listed totals $11,907.

## Intended Use of the Appraisal

The intended use of this appraisal report is to establish values for the purpose of replacing the subject properties with new items when the home is remediated. Any other use of this appraisal report renders it null and void.

## Client and Other Intended Users

This report is intended for use only by you, my client, and by intended users Tatum and Charlene Hernandez.

I am aware that this report will be used in the above referenced litigation, and particularly will be shared with other parties, witnesses and the Court.

## Type and Definition of Value Used

For this assignment, replacement value (new) was developed for each of the subject items. Replacement value (new) is measured by the cost to replace the subject property with a suitable new item, i.e., on its replacement cost (new).

**Replacement cost (new)** is defined in <u>Appraising Personal Property: Principles and Methodology – 3rd Ed.</u> (Appraisers Press, 2009) as the cost necessary to replace the item being appraised with a brand new item of like kind, quality and utility or with a new upgraded item if the original model is out of production. This definition assumes that a suitable new substitute (or the upgraded model) can be found for the property being appraised. Replacement cost (new) applies to depreciable property for which exact or suitably-acceptable new substitutes can be obtained. In other words, it is used for items that are still being manufactured and/or are still available new on the open market. Examples include general household

EXHIBIT

contents such as lawn mowers, TVs, and sterling silver flatware, china or crystal in patterns that are still being manufactured.

Values do not include costs commonly associated with replacement including but not limited to the cost of warranties, sales tax, delivery, installation, or costs associated with the removal and/or disposal of the items being replaced.

## Relevant Dates

Value opinions are effective as the date of my inspection and interview with Mr. and Mrs. Hernandez which was January 25, 2010. This report was prepared and signed this date, February 12, 2010.

## Applicable Assignment Conditions

**Exposure to Chinese Drywall**: The strong smell I detected in the affected residence as well as on some items made of fabric combined with statements made by the owners, caused me to make the assumption that all in situ items had been exposed to Chinese drywall. (The strong smell was similar to that detected in the below-mentioned Virginia case, and the statements made by Mr. & Mrs. Hernandez were similar to those made by the Virginia case property owners.) Such exposure requires me to make extraordinary assumptions as indicated below.

**Limiting Conditions**: No limiting conditions were encountered during this assignment.

## Extraordinary Assumptions

**Extraordinary Assumptions**: In a manner similar to that of my appraisal reports dated December 30, 2009 in which I appraised personal property in seven Virginia homes for *Chinese Manufactured Drywall MDL- 2047- Germano Seven Trial Plaintiffs*, I made the following extraordinary assumption regarding the subject property:

- That prior to the installation of Chinese drywall, all mechanical, electrical and electronic items of property were in good working order, and the fabric home furnishings did not have a strong, abnormal smell. These assumptions are supported by statements made by the owners.

- That subsequent to exposure to Chinese drywall, the mechanical, electrical and electronic condition of some of the items of property may have become compromised, and some fabric home furnishings have a strong, abnormal smell. These assumptions are supported by my personal observations as well as statements made by the owners.

## Report Option Used

In accordance with the *Uniform Standards of Professional Appraisal Practice* (USPAP), this appraisal report makes use of the Summary report option.

## Scope of Work

On January 25, 2010 I conducted an appraisal inspection of personal property belonging to Mr. & Mrs., Tatum Hernandez at 68034 Marion St., Mandeville, LA 70471 and interview with Mr. and Mrs. Hernandez. The owners of the property as well as Ms. Dawn Barrios, Esq, other attorneys and inspectors were present during my inspection.