IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * * | MDL Docket No. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Hernandez, et al. v. Knauf Gips KG et al.*, Case No. 2:09-cv-6050 (E.D.La.)

---

## KNAUF PLASTERBOARD (TIANJIN) CO. LTD.'S MEMORANDUM IN SUPPORT OF MOTION IN *LIMINE* (No. 4) TO EXCLUDE DR. LORI STREIT'S TESTIMONY BECAUSE IT RELATES SOLELY TO LIABILITY AND IS CUMULATIVE

---

The parties to this case have stipulated to liability under Louisiana's Redhibition Statute, La. Civ. Code Articles 2520, *et seq.* (*See* Joint Stipulation, attached as Ex. 1.) As part of that stipulation, the parties agreed, for purposes of this case, that KPT manufactured the drywall in plaintiffs' house, KPT drywall emits certain reduced sulfur gases and an odor. (*Id.*, ¶¶ 8-9.) As such, Dr. Streit's trial deposition testimony in *Germano* with respect to identification of Chinese drywall as compared to domestic drywall, emissions from the drywall and the formation of copper sulfide on materials in the house is unnecessary to the plaintiffs' damages case and duplicative of testimony offered by Plaintiffs' other experts, including Bradley Krantz and Dean Rutila. Dr. Streit's trial deposition primarily focuses on her investigation into identification of Chinese drywall, emissions of Chinese drywall, and a black, copper sulfide corrosion product on copper components in houses. (*See* Germano Tr., February 22, 2010 at 26-77, attached as Ex. 2.) This Court should exclude her testimony as unnecessary and cumulative.

KPT is not challenging that its drywall is in the house, and its repair protocol calls for the removal of all drywall in the house (with the possible exception of non-standard drywall or green board around tubs that is not Chinese drywall). (*See* Carruba Report, Scope of Repair, attached as Ex. 3.) Her testimony with respect to identification of Chinese drywall as compared to domestic is not relevant to the issues in this case.

Similarly, Dr. Streit's testimony regarding the emissions of drywall from KPT and other Chinese drywall is irrelevant. KPT has admitted that "certain reduced sulfur gases" are emitted from the drywall for purposes of this trial. The nature and type of emissions are covered by the CPSC in their studies, which are cited to and relied upon by all parties experts and are proposed as exhibits by both parties. The emissions themselves will cease when the source drywall is removed, which both parties contemplate in their competing repair protocols.

Finally, Dr. Streit testifies to the identification of the corrosion product as copper sulfide based on some tests performed by her as well as Mr. Krantz. Mr. Krantz has submitted three separate reports between *Germano* and *Hernandez* detailing multiple analyses of the corrosion product, including addition work that Dr. Streit did not perform, such as cross-sections. Plaintiffs are calling him as a witness to testify live before the Court.

Dr. Streit's testimony is obviated by both the stipulations and the cumulative testimony by plaintiffs' live witnesses and should be excluded from this damages-only trial.

                                                Respectfully submitted,

                                                BY: /s/ Douglas B. Sanders

                                                KERRY J. MILLER (#24562)
                                                KYLE A. SPAULDING (#29000)
                                                PAUL C. THIBODEAUX (#29446)
                                                **FRILOT L.C.**
                                                1100 Poydras Street

Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile: (504)599-8145
Email: kmiller@frilot.com

-AND-

DONALD J. HAYDEN (FL Bar No. 0097136)
**BAKER & MCKENZIE LLP**
Mellon Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL 33131
Telephone:   (305) 789-8966
Facsimile:   (305) 789-8953
Email: donald.j.hayden@bakernet.com

DOUGLAS B. SANDERS
(IL Bar No. 6256621)
RICHARD M. FRANKLIN
(IL Bar No. 0864390)
**BAKER & MCKENZIE LLP**
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL 60601
Telephone:   (312) 861-8075
Facsimile:   (312) 698-2375
Email: douglas.b.sanders@bakernet.com

On behalf of *Intervenor Knauf Plasterboard (Tianjin) Co., Ltd.*

## **CERTIFICATE**

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this 8th day of March, 2010.

                                                                s/Douglas B. Sanders