

March 02, 2010

· INDUSTRIAL

· COMMERCIAL

· RESIDENTIAL

Mr. Kerry J. Miller and Mr. Paul C. Thibodeaux
Frilot L.L.C.
1100 Poydras St.
Suite 3700
New Orleans, LA 70163

RE:   *Hernandez Residence*
      *63048 Marion Road*
      *Mandeville, Louisiana, 70471*

Dear Mr. Miller and Mr. Thibodeaux:

In accordance with your request, we completed specific engineering, construction and general contractor services for the above captioned legal matter. My CV is attached to this report as Ex. F, and I charge $375/hour for trial and deposition testimony and $250/hour for all other services. A list of my deposition and trial testimony in the last four years is attached as Ex. G.

As part of our services, we performed the following tasks.

- Field determination of residence area by me and a team of experienced tradesman with whom I have worked in the past and who are well qualified and experienced in their trade or specialty.

- Translation of field data to electronic media for construction estimating purposes.

- Visual inspection/assessment of existing residence.

- Development of renovation cost estimate (per attached Exhibit B) with the assistance of experienced and qualified plumbing, HVAC and electrical subcontractors..

- Review of documents, including Expert Report of Matthew Perricone, dated March 2, 2010, Expert Report of Craig Beyler dated March 2, 2010.

3621 Ridgelake Drive · Suite 204 · Metairie, LA 70002
Phone: 504.888.1490 · Fax: 504.888.1491 · www.carubboengineering.com



- Discussed scope of repair with Bruce Fusilier, Mark Hartenstein, Ray Canzoneri, and Matthew Perricone.

- Partial renovation effort on separate residence with KPT drywall (employing selected elements of protocol). Renovation included selected sampling of electrical cable and mechanical plumbing. Testing shall be performed by others and returned to your office under our direct supervision.

- Review costs of repair and discussion regarding costs of repairs with Alex Locay, Benchmark Custom Builders, another experienced general contractor who has experience in repairing Chinese drywall houses in Florida and who reviewed my scope of work and assumptions and further validated those amounts based upon his experiences and accepted pricing guidelines and provided me with a comparable cost estimate. (Cost Estimate attached as Ex. B.)

We completed our scope of work and have the following observations and conclusions.

- Wallboard may be removed with a minimum amount of dust being made airborne by using normal and customary construction means and methods.

- Electrical wiring is tarnished at the exposed areas only. The sheathed wiring is acceptable in its present state. (See attached Exhibit D.)

- Plumbing fixture tarnish is surface discoloration only and can remain in place. As a courtesy to the homeowner, exposed copper can be cleaned by hand also using normal construction means and methods.

- Once demolition is complete, normal means and methods for disposing of dust (vacuum) and cleaning of wooden framing (water and chlorine solution) can be used successfully.

- Doors and cabinetry can be stored in the garage where a dehumidifier will be employed. Other elements such as electrical fixtures, plumbing fixtures, mirrors, etc. can also be stored in the garage.

- Brittle flooring and wooden flooring can be left in place. Carpet will be replaced.

- Granite countertops will be replaced given the possibility of damage in their removal.
- In my opinion, it would not be cost effective to preserve base, crown and door moldings in the Hernandez house given the quality of the trim and molding found in the house.

In the normal course of acting as a general contractor on this project, I have retained electrical and plumbing subcontractors to assist me in outlining the scope of work and cost of repairs for the Hernandez home. As I would in a typical renovation project, I am relying upon their expertise in their respective fields. The plumbing and HVAC subcontractor is Bruce Fusilier, and the electrical contractor is Mark Hartenstein of Graci Hart Electric. Both are experienced and well-respected in the New Orleans area in their respective fields.

Attached as Exhibit A is the protocol for the renovation of the above captioned single family residence.

Attached as Exhibit B is a cost estimate for the renovation work to be performed.

Attached as Exhibits C and D are individual observations of my retained plumbing and electrical subcontractors.

Attached as Exhibit E are photos depicting areas of the Hernandez home containing defects in materials and/or workmanship unrelated to KPT drywall. While our renovation will correct these defects, our cost estimate does not account for these upgrades to the Hernandez house.

I have estimated that it will take no more than sixty days to complete the renovation of this house.

In conclusion, our inspection, evaluation and analysis establishes to a reasonable degree of certainty in my field that the residence can be restored without removing such essential components as electrical, plumbing, and certain HVAC equipment. Also several finishes can be saved such as cabinetry, wooden flooring and ceramic tile leaving only the insulation, drywall, moldings, casings, and granite countertops to be replaced. Those components being replaced are based on a cost benefit analysis.

Thank you for the opportunity to provide this information to you. We reserve the right to amend and/or supplement this report as more information becomes available.

Sincerely,
Carubba Engineering, Inc.

Roy M. Carubba, PE

w/attachments



**Exhibit A**
**Repair Protocol for Hernandez Home**

The protocol is intended to detail steps that can be taken to identify and repair or replace affected drywall and damaged components in the Hernandez house in Mandeville, Louisiana, and to eliminate the potential for recurring damage. This protocol is based upon removal and replacement of wallboard and damaged components in the homes.

*Documentation of Interior Finishes and Conditions*

Document by handheld video or photos finishes and conditions in the home prior to resident move out including:

- Wall and door type (casing type).
- Trim (base and crown where applicable).
- Flooring (type and quantity).
- Light fixtures (type and quantity).
- Kitchen and bathroom fixtures and appliances.
- Counters and cabinets.
- Pre-existing damage to finishes and conditions in home.

*Pre Demolition Activities*

Subsequent to resident move-out, the following steps should be taken:

- Remove switch and receptacle cover plates, pull components out of boxes.
- Open cover to expose air handling unit(s).
- Document the type of board (e.g. green board to tile backer board) in each room and approximate amounts/proportions.
- Ensure that circuit breakers for inside wiring remain off.

*Removal of Certain Components*

Certain electrical, plumbing and HVAC components will be removed as a matter of course during renovation because of impracticality, cost-effectiveness to repair, clean or store and salvage the components. The process with respect to these components will include the following steps:

- Drain refrigerant from evaporator coils (completed by HVAC technician).

- Disconnect and remove evaporator coil(s) (completed by HVAC technician).
- Remove flexible duct.
- Disconnect water supply.
- Remove switches, outlets and safety devices such as smoke detectors.

## Demolition

Following procurement of the relevant permits, demolition crew should start by:

- Remove carpet and turn backing up to cover tile flooring and wood flooring that is to be protected and left in place.
- Protect/remove and store, as necessary, cabinets, counters and doors. When granite countertops are installed, countertops, more probably than not will need to be replaced due to damage sustained during the removal and demolition process to the granite.
- Protect/remove and store, as necessary, sinks and plumbing fixtures.
- Remove any remaining light fixtures and ceiling fans as necessary and store.
- Remove insulation and HVAC non-metal ducting.
- Remove toilets as necessary and store.
- Remove low-voltage fixtures and store.
- Remove drywall from ceilings.
- Remove drywall and trim from walls.

## Cleaning and Confirmation of Gypsum Dust Removal

Following demolition, a cleaning crew will:

- Remove any residual fragments of gypsum.
- Vacuum house with vacuum cleaners equipped with drywall bags.
- Clean wooden framing, floors and other exposed items with liquid solution immediately following vacuum operation.

## Cleaning/Replacement of Remaining Damaged Components

- Replace fixtures damaged during drywall removal.
- To the extent requested by homeowner, clean exposed copper plumbing that is to remain in home by common means and methods, e.g., damp cloth, Scotch-Brite pad.
- Install new receptacles and switches. Clip ends of wires as necessary.
- Inspect and remake terminations in electrical panel(s) as necessary. (to be performed by electrician).

*Rebuilding*

After receiving relevant building inspections and confirmation to close up the walls, the following rebuilding steps will be taken:

- Standard building protocol and process will be followed for replacement of drywall, finishes and fixtures.

*Post-Repair Finalization*

Upon completion of the repairs and corresponding inspections, Contractor will prepare a letter specifying that the repair protocol has been implemented and completed and that no Chinese wallboard remains in the house.