UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED:
DRYWALL PRODUCTS
LIABILITY LITIGATION

MDL NO. 2047

SECTION L

JUDGE FALLON
MAG. JUDGE

WILKINSON
_____/

This Document Relates to:

*Hernandez v. Knauf,* Case No. 09-6050

# NOTICE OF MANUAL ATTACHMENT

Exhibits A through K in support of Knauf Plasterboard (Tianjin) Co., Ltd.'s Motion to Exclude the Testimony of Kenneth Acks will be filed manually by counsel directly with the Clerk's Office due to the size of the Exhibits.

Respectfully submitted,

/s/ Donald J. Hayden

Donald J. Hayden
**BAKER & MCKENZIE LLP**
1111 Brickell Avenue
Suite 1700
Miami, Florida 33131
Telephone: (305) 789-8966
Facsimile: (305) 789-8953
E-mail: Donald.hayden@bakernet.com

Douglas B. Sanders
Richard Franklin
**BAKER & MCKENZIE LLP**
130 E. Randolph Dr.
Chicago, IL 60601
Telephone: (312) 861-8075
Facsimile: (312) 698-2375
Email: douglas.b.sanders@bakernet.com

Kerry Miller (LA Bar No. 24562)
Kyle A. Spaulding (LA Bar No. 29000)
**FRILOT L.L.C.**
1100 Poydras Street
Suite 3700
New Orleans, Louisiana 70163
Telephone: (504) 599-8194
Facsimile: (504) 599-8145
Email: kmiller@frilot.com

*Attorneys for Defendant, Knauf*
*Plasterboard (Tianjin) Co., Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served upon all parties by electronically uploading same to LexisNexis File & Serve and filed via CM/ECF in accordance with procedures established in MDL 2047, on this 8th day of March, 2010.

/s/ Donald J. Hayden