UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEAN AND BETH PAYTON, individually, and on behalf of others similarly situated, [ADDITIONAL PLAINTIFFS LISTED ON SCHEDULE OF PLAINTIFFS, ATTACHED TO COMPLAINT AS EXHIBIT 'A'], <br><br>　　　　　Plaintiffs, <br><br>v. <br><br>KNAUF GIPS KG; KNAUF PLASTERBOARD (TIANJIN) CO., LTD.; KNAUF PLASTERBOARD (WUHU), CO., LTD.; KNAUF PLASTERBOARD (DONGGUAN) CO., LTD.; [ADDITIONAL DEFENDANTS, ATTACHED TO COMPLAINT AS EXHIBIT "B"], <br><br>　　　　　Defendants. | MDL Docket No. 2047 <br><br> CLASS ACTION COMPLAINT <br><br><br> JURY TRIAL DEMANDED |

This document relates to:
Case No.: 2:09-cv-7628

*******************************************************************************

## NOTICE OF APPEARANCE

In accordance with Uniform Local Rules for the United States District Court, Eastern District of Louisiana, Notice is made by W. Charles McVea of the law firm Dogan & Wilkinson, PLLC, to appear on behalf of the defendant Home Town Lumber & Supply, Inc. in the above described action. Counsel is a member of the bar of this Court in good standing and requests that any notices, orders, motions, pleadings, etc. be served upon them as counsel of record for Home Town Lumber & Supply Inc.

　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　**DOGAN & WILKINSON, PLLC**


　　　　　　　　　　　　　　　　　　/s/ W. Charles McVea
　　　　　　　　　　　　　　　　　　W. Charles McVea (LA Bar Roll No. 30630)
　　　　　　　　　　　　　　　　　Thomas L. Musselman (La Roll No. 23879)
　　　　　　　　　　　　　　　　　Robert W. Wilkinson (MS Bar No. 7215)
　　　　　　　　　　　　　　　　　　Kevin M. Melchi (MS Bar No. 101441)
　　　　　　　　　　　　　　　　　　734 Delmas Avenue,
　　　　　　　　　　　　　　　　　　P.O. Box 1618

Pascagoula, Mississippi 39568-1618
Telephone: (228) 762-2272
Facsimile:   (228) 762-3223
-and-
Suite 2900, Energy Center
1100 Poydras Street
New Orleans, LA 70163
Email: cmcvea@doganwilkinson.com
**Attorneys for Defendant,**
**Home Town Lumber & Supply, Inc.**

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Hometown Lumber & Supply Inc's Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Hermann at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com, and Homebuilder Steering Committees' Counsel Hilarie Bass and Phillip A. Wittmann at pwittman@stonepigman.com and upon all parties by electronically uploading the same to Levis Nexis File& Serve in accordance with Pretiral Order No. 6, and that the foregoing was electronically filed with trhe Clerk of Court of the United States District for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on the 9th  day of March, 2010.

/s/ W. Charles McVea
W. Charles McVea