UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED          MDL No. 2047
DRYWALL PRODUCTS LIABILITY

JUDGE FALLON

MAGISTRATE WILKINSON

This document relates to:

SEAN AND BETH PAYTON, et al.

vs.

KNAUF GIPS, DG., et al.
Case No. 2:09-CV-7628

## ORDER

CONSIDERING the Ex Parte Motion for Extension filed by Defendant, Sidney Sutton Drywall Inc.;

IT IS HEREBY ORDERED that the motion is GRANTED and that the deadline for Sidney Sutton Drywall, Inc. to file responsive pleadings in this case is extended 30 days April 5, 2010.

New Orleans, Louisiana this ___8th___ day of March, 2010.

_____
U. S. District Court Judge