UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE STATE OF LOUISIANA, ex rel. JAMES D. ( "BUDDY") CALDWELL, the Attorney General of Louisiana | * * | CIVIL ACTION NO.10-340 |
| v. | * | SECTION: "L" |
| KNAUF GIPS KG; KNAUF INTERNATIONAL GMBH; KNAUF PLASTERBOARD (TIANJIN) CO. LTD; KNAUF PLASTERBOARD(WUHU) CO. LTD.; GUANDONG KNAUF NEW BUILDING MATERIANL PRODUCTS CO., LTD KNAUF INSULATION, GMBH; BEIJING NEW BUILDING MATERIAL PLC; TAISHAN GYPSUM CO. LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD INTERIOR EXTERIOR BUILDIG SUPPLY, L.P.; METRO RESOURCES CORPORTATION; ALL STAR FOREST PRODUCTS INC.; NORTH PACIFIC GROUP, INC.; PHOENIX IMPORTS CO., LTD.; ROTHCHILT INTERNATIONAL LTD.; USG CORPORATION; UNITED STATES GYPSUM COMPANY; USG INTERIORS, INC.; FLY SYSTEM, INC.; L&W SUPPLY CORPORATION D/B/A SEACOAST SUPPLY MAYEAUX CONSTRUCTION, INC.; SOUTHERN HOMES, LLC; AND SUNRISE CONSTRUCTION AND DEVELOPMENT, LLC | * * * * * * * * * * | MAGISTRATE "2" |

\*   \*   \*   \*   \*   \*   \*   \*

**ORDER**

Considering the above and foregoing,

IT IS ORDERED that Defendant, Sunrise Construction and Development, L.L.C, be granted a thirty (30) day extension of time to file responsive pleadings to Plaintiffs' Petition.

New Orleans, Louisiana, this __8th__ day of _____March_____, 2010.

_____
UNITED STATES DISTRICT JUDGE