# STATE FARM FIRE AND CASUALTY COMPANY

# EXHIBIT A

# HOMEOWNERS POLICY

# PART ONE

**State Farm Fire and Casualty Company**
Home Office, Bloomington, Illinois 61710



                                        **Tulsa Operation Center**
                                        12222 State Farm Blvd
                                        Tulsa OK  74146-5402

## CERTIFICATE

I, the undersigned, do hereby certify that I am custodian of the records pertaining to the issuance of policies issued by State Farm Fire and Casualty Company of Bloomington, IL that are processed by the Personal Lines Fire Division of the Tulsa Operations Center in Tulsa, Oklahoma.

Based on our available records, I further certify that the attached Declarations Page prepared Nov 17 2009 represents a true copy of the policy provisions and coverages as of July 28 2009 for policy  18-GC-5029-9  issued to Hufft, Val L & Audrey H.

*Shan Jordan* (signature)

Shan Jordan
Commercial Lines Fire Underwriter
State Farm Fire & Casualty Company
State Farm General Insurance Co
12222 State Farm Blvd Tulsa OK 74146-5402

**State Farm Fire and Casualty Company**
A Stock Company With Home Offices in Bloomington, Illinois
*12222 STATE FARM BLVD*
*TULSA OK 74146-5402*

**DECLARATIONS PAGE**

| Policy Number | 18-GC-5029-9 |
|---|---|

| Policy Period: | Effective Date: | Expiration Date: |
|---|---|---|
| 12 Months | SEPT 13 2008 | SEPT 13 2009 |

The policy period begins and ends at 12:01 AM standard time at the residence premises.

**Named Insured**

1999-F695

HUFFT, VAL L & AUDREY H
109 RUE MERLOT
ABITA SPRINGS LA  70420-3095

# HOMEOWNERS POLICY

**Automatic Renewal -** If the **policy period** is shown as **12 months**, this policy will be renewed automatically subject to the premiums, rules and forms in effect for each succeeding policy period. If this policy is terminated, we will give you and the Mortgagee/Lienholder written notice in compliance with the policy provisions or as required by law.

Location of Residence Premises:
  Same as Insured's Address

Your Policy is Amended  JUN 8 2009
DECREASE ENDORSEMENT-PROTECTION CLASS CHANGED

Zone: 42       Protection Class: 5       Year Built: 2006       Construction: VENEER
Number of Units: 01

| | Coverages & Property | | Limits of Liability |
|---|---|---|---|
| | **SECTION I** | | |
| A | DWELLING | $ | 183,400 |
| | DWELLING EXTENSION | Up To  $ | 18,340 |
| B | PERSONAL PROPERTY | $ | 137,550 |
| C | LOSS OF USE | $ | Actual Loss Sustained |
| | **SECTION II** | | |
| L | Personal Liability (Each Occurrence) | $ | 100,000 |
| | Damage to Property of Others | $ | 500 |
| M | Medical Payments to Others (Each Person) | $ | 1000 |

**Inflation Coverage Index:**  187.7

**Deductibles - Section I**
OTHER PERILS      1%
EARTHQUAKE     2%
HURRICANE         2.00%

In case of loss under this policy, the deductible will be applied per occurrence and will be deducted from the amount of the loss. Other deductibles may apply - refer to your policy.

Fire Protection Area
**FIRE DISTRICT 8**

| Policy Premium | $ | 1,018.00 |
|---|---|---|
| CITIZENS REG-FAIR | $ | 54.80 |

**Loss Settlement Provisions (See Policy)**
A1 : Replacement Cost - Similar Construction
B1 : Limited Replacement Cost - Coverage B

**Forms, Options, & Endorsements**

| HOMEOWNERS POLICY | FE-7955 |
| POLICY ENDORSEMENT | FE-5320 |
| AMENDATORY ENDORSEMENT | FE-7218.6 |
| FUNGUS EXCLUSION | FE-5398 |
| TELECOMMUTER | FE-5831 |
| HURRICANE DEDUCTIBLE | FE-5301.1 |
| BACK-UP SEWER | FE-5706.1 |
| EARTHQUAKE ENDORSEMENT | FE-7301.4 |
| COV A-INC DWLG | OPT-ID |
| ORDINANCE-LAW | OPT OL |

Discount(s) Applied:
NEW HOME
HOME ALERT
HOME/AUTO

———— Other Limits and exclusions may apply - refer to your policy ————

Your policy consists of this page, any endorsements and the policy form.  Please keep these together.
FP-7005.5C
      JF      **Prepared**  Nov 17 2009

**DUSTIN R DUPREE INS AGENT**
985-892-5770

FE-5320
(4/99)

## POLICY ENDORSEMENT

SECTION I AND SECTION II - CONDITIONS

The following condition is added:

**Premium.** The premium for this policy may vary based upon the purchase of other insurance from one of the State Farm affiliated companies.

All other policy provisions apply.

FE-5320
(4/99)

FE-7301.4
(7/00)

## EARTHQUAKE AND VOLCANIC EXPLOSION ENDORSEMENT

1. **SECTION I - LOSSES NOT INSURED** references to earthquake and volcanic explosion are deleted. Such insurance as is afforded by Section I of the policy is extended to insure for accidental direct physical loss caused by earthquake or volcanic explosion.

2. We do not insure under this endorsement for loss caused by or resulting from any earthquake or volcanic explosion that begins before the inception of this endorsement.

    But, if this endorsement replaces earthquake insurance that excludes loss that occurs after the expiration of the policy, we will pay for loss or damage by earthquake, or volcanic explosion that occurs on or after the inception of this endorsement, if the series of earthquake shocks or volcanic explosions began within 72 hours prior to the inception of this insurance.

3. All earthquake shocks or volcanic explosions that occur within any 72-hour period will constitute a single loss. The expiration of this policy will not reduce the 72-hour period.

4. **Deductible**: The deductible for loss caused by earthquake or volcanic explosion is the amount determined by applying the deductible percentage (%) shown in the **Declarations**, separately, to each of the following:

    a. the total **COVERAGE A - DWELLING** limit shown in the **Declarations**;

    b. the total **DWELLING EXTENSION** limit shown in the **Declarations**; and

    c. the total **COVERAGE B - PERSONAL PROPERTY** limit shown in the **Declarations**.

    We will pay only that portion of the loss which exceeds the separate deductibles calculated above. The minimum deductible for each occurrence is $250.

All other policy provisions apply.

Printed in U.S.A.

FE-7301.4
(7/00)

FE-7218.6
(2/01)

# AMENDATORY ENDORSEMENT
## (Louisiana)

### SECTION I - ADDITIONAL COVERAGES

Item 6.c.(1), **Credit Card, Bank Fund Transfer Card, Forgery and Counterfeit Money** is replaced with the following:

> We may make any investigation and settle any claim or suit that we decide is appropriate. Our obligation to defend any claim or suit ends when the amount we pay for loss to effect settlement or satisfy a judgment equals our limit of liability.

### SECTION I - CONDITIONS

**Loss Payment:** Reference to "60 days" is changed to "30 days".

**Intentional Acts** is replaced with the following:

If you cause or procure a loss to property covered under this policy for the purpose of obtaining insurance benefits then this policy is void as to you.

### SECTION II - CONDITIONS

**Suit Against Us:** the following is deleted:

> No one shall have the right to join us as a party to an action against an **insured**. Further, no action with respect to Coverage L shall be brought against us until the obligation of the **insured** has been determined by final judgment or agreement signed by us.

### SECTION I AND SECTION II - CONDITIONS

**Concealment or Fraud** is replaced with the following:

**Concealment or Fraud.**

a. This policy is void as to you and any other **insured**, if you or any other **insured** under this policy has concealed or misrepresented any material fact or circumstance relating to this insurance in the application for or negotiation of this policy and made with the intent to deceive.

b. We do not provide any coverages under this policy for you or any other **insured** if you or any other **insured** under this policy, whether before or after a loss, has intentionally concealed or misrepresented any material fact or circumstance relating to this insurance.

**Cancellation**, item b.(2): Reference to "10 days" is changed to "20 days".

**Cancellation**, item b.(3) is replaced with the following:

(3) When this policy has been in effect for 60 days or more, or at any time it is a renewal with us, we may cancel:

(a) if you have committed fraud;

(b) if the insured risk has undergone a material change;

(c) if you have filed two or more claims within three years; or

(d) if the continuation of this policy endangers our solvency.

We may cancel this policy by notifying you at least 30 days before the date cancellation takes effect.

**Cancellation:** Item b.(4) is deleted.

**Nonrenewal:** The following is added:

Once this policy has been in effect more than three years, we may elect not to renew this policy based only on:

a. nonpayment of premium;

b. fraud of the **insured**;

c. a material change in the risk being insured;

d. two or more claims within a period of three years; or

e. our solvency being endangered if we continue this policy.

**Natural Causes** is added:

**Natural Causes.** We will not cancel, fail to renew or increase the premium of this policy based solely upon a loss caused by natural causes without human intervention. This does not apply when area-wide premium changes are made at the beginning of a new policy period.

**Right to Inspect** is added:

**Right to Inspect.** We have the right but are not obligated to make inspections and surveys at any time, give you reports on conditions we find and recommend changes. Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged.

We do not:

a. make safety inspections;

b. undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public;

c. warrant that conditions are safe or healthful; or

d. warrant that conditions comply with laws, regulations, codes or standards.

This condition applies not only to us but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

**Joint and Individual Interests** is added:

**Joint and Individual Interests.** When there are two or more named insureds, each acts for all to cancel or change the policy.

All other policy provisions apply.

FE-7218.6
(2/01)

## FUNGUS (INCLUDING MOLD) EXCLUSION ENDORSEMENT

**DEFINITIONS**

The following definition is added:

"**fungus**" means any type or form of **fungus**, including mold, mildew, mycotoxins, spores, scents or byproducts produced or released by fungi.

**SECTION I - LOSSES INSURED**

Item 12.d. is replaced with the following:

d. caused by or resulting from continuous or repeated seepage or leakage of water or steam which occurs over a period of time and results in deterioration, corrosion, rust, or wet or dry rot.

Item 13.b. is replaced with the following:

b. caused by or resulting from continuous or repeated seepage or leakage of water or steam which occurs over a period of time and results in deterioration, corrosion, rust, or wet or dry rot.

**SECTION I - LOSSES NOT INSURED**

Item 1.i. is replaced with the following:

i. wet or dry rot;

FE-5398

In item 2., the following is added as item g.:

g. **Fungus**. We also do not cover:

(1) any loss of use or delay in rebuilding, repairing or replacing covered property, including any associated cost or expense, due to interference at the **residence premises** or location of the rebuilding, repair or replacement, by **fungus**;

(2) any remediation of **fungus**, including the cost to:

(a) remove the **fungus** from covered property or to repair, restore or replace that property; or

(b) tear out and replace any part of the building or other property as needed to gain access to the **fungus**; or

(3) the cost of any testing or monitoring of air or property to confirm the type, absence, presence or level of **fungus**, whether performed prior to, during or after removal, repair, restoration or replacement of covered property.

All other policy provisions apply.

FE-5831<br>Page 1 of 1

# TELECOMMUTER COVERAGE

## SECTION I – COVERAGES
## COVERAGE A – DWELLING

The following replaces item 2.b.:

    b.  used in whole or in part for **business** purposes unless such use consists solely of use of office space for paperwork, computer work or use of a telephone, and consists solely of activities that are:

        (1)  duties of the **insured's** employment by another; and

        (2)  performed solely by the **insured**.

FE-5831

# HURRICANE DEDUCTIBLE ENDORSEMENT

Definitions

As used in this endorsement **hurricane** means a storm system that has been declared to be a **hurricane** by the National Hurricane Center of the National Weather Service. The duration of the **hurricane** includes the time period, in this state:

1. beginning at the time a **hurricane** watch or **hurricane** warning is issued for any part of this state by the National Hurricane Center of the National Weather Service;

2. continuing for the time period during which the **hurricane** conditions exist anywhere in this state; and

3. ending 24 hours following the termination of the last **hurricane** watch or **hurricane** warning for any part of this state by the National Hurricane Center of the National Weather Service.

The following Deductible language is added to the policy:

**Deductible**

The Hurricane deductible percentage (%) shown in the **Declarations** applies only for direct physical loss or damage to covered property caused by wind, wind gusts, hail, rain, tornadoes, or cyclones caused by or resulting from a **hurricane** as defined above. The deductible for loss caused by each **hurricane** occurrence is the amount determined by applying the deductible percentage (%) shown in the **Declarations** to the **COVERAGE A - DWELLING** limit shown in the **Declarations**.

In the event of a **hurricane** loss, this deductible will apply in place of any other deductible stated in the policy. In no event will this deductible be less than the Section I deductible amount shown in the **Declarations**.

All other policy provisions apply.

FE-5301.1
(7/00)

FE-5706.1
(4/99)

# BACK-UP OF SEWER OR DRAIN ENDORSEMENT
# ($10,000 Limit)

**SECTION I - LOSSES INSURED**

We cover accidental direct physical loss to the dwelling used principally as a private residence on the **residence premises** shown in the **Declarations** and only the following personal property, while located in the dwelling:

1. clothes washers and dryers;
2. food freezers and the food in them;
3. refrigerators;
4. ranges;
5. portable dishwashers; and
6. dehumidifiers;

caused by or resulting from water or sewage from outside the **residence premises** plumbing system that enters through sewers or drains, or water which enters into and overflows from within a sump pump, sump pump well or any other system designed to remove subsurface water which is drained from the foundation area.

There is no coverage for other personal property.

This coverage does not apply if the loss is caused by your negligence.

Item c. of **Sudden and accidental discharge or overflow** of water or steam, shown below, is deleted:

c. caused by or resulting from water or sewage from outside the **residence premises** plumbing system that enters through sewers or drains, or water which enters into and overflows from within a sump pump, sump pump well or any other system designed to remove subsurface water which is drained from the foundation area; or

**SECTION I - LOSSES NOT INSURED**

Item (2) of **Water Damage**, shown below, is deleted:

(2) water or sewage from outside the **residence premises** plumbing system that enters through sewers or drains, or water which enters into and overflows from within a sump pump, sump pump well or any other system designed to remove subsurface water which is drained from the foundation area; or

**Limit of Liability**: The limit for this coverage shall not exceed $10,000 in any one occurrence.

**Deductible**: The deductible amount shown in the **Declarations** under DEDUCTIBLES - SECTION I, but in no event less than $1,000, will be deducted from each back-up of sewer or drain loss covered by this endorsement.

**Other Insurance**: If a loss covered by this endorsement is also covered by flood insurance, we will pay only for the amount of covered loss in excess of the amount due from that insurance.

All other policy provisions apply.

FE-5706.1
(4/99)