UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2:09-md-02047 |
| | | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAGISTRATE WILKINSON |
| SEAN AND BETH PAYTON, et al VS. KNAUF GIPS, et al CASE NO. 2:09-cv-7628 | * * * * * | |

* * * * * * * * * * * * * * * * * * * * * * *

## ATTORNEY APPEARANCE FORM

An appearance is hereby filed jointly by John S. Lawrence, Jr. and David P. Curlin of the firm Lawrence & Associates and J. Scott Loeb and Jonas P. Baker of the firm Loeb & Loeb, as attorney's of record for Defendant, Darwin Sharp Construction, LLC. The filing of this Attorney Appearance Form is done in compliance with MDL 2047 Pretrial Orders 11 and 12, and Defendant, Darwin Sharp Construction, LLC reserves all rights and defenses, including to object to the jurisdiction or venue of this Honorable Court. Defendant, Darwin Sharp Construction, LLC, further avers that this Notice does not constitute as a waiver of service.

Respectfully Submitted:

**LOEB & LOEB, LLC**

By: ___/J. Scott Loeb___
J. Scott Loeb (#25771)
Jonas P. Baker (#25563)
225 St. Ann Drive
Mandeville, Louisiana 70471
Telephone: (985) 674-4446
Facsimile: (985) 674-4450
*Co-Counsel for Defendant,* Darwin Sharp Construction, LLC

**LAWRENCE & ASSOCIATES**

By: ___/John S. Lawrence, Jr.___
John S. Lawrence Jr., a P.L.C. (#19678)
David P. Curlin (#20771)
225 St. Ann Drive
Mandeville, Louisiana 70471
Telephone: (985) 674-4446
Facsimile: (985) 674-4450
*Co-Counsel for Defendant,* Darwin Sharp Construction, LLC

### CERTIFICATE OF SERVICE

I, hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United

States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of March, 2010.

                                                                                           /J. Scott Loeb

                                                                                            J. Scott Loeb