UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO ALL CASES | |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion to Lift Stay to File Motion to Create a State/Federal Coordination Committee,

IT IS ORDERED that the stay in Pretrial Order No. 1 is lifted insofar as the Plaintiffs' Steering Committee is authorized to file its Motion to Create a State/Federal Coordination Committee, supporting memoranda and proposed Pre-Trial Order attached, and that said Motion to Create a State/Federal Coordination Committee, supporting memoranda and proposed Pre-Trial Order is ordered filed into the court.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
Eldon E. Fallon
United States District Court Judge

1