UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO ALL CASES | |

**[PROPOSED] PRE-TRIAL ORDER NO. \_\_\_\_\_**
**(State/Federal Coordination Committees)**

In order to facilitate the coordination of MDL 2047 with State/Federal Chinese manufactured drywall cases, the Court appoints the following State/Federal Coordination Committees:

The Plaintiffs' State/Federal Coordination Committee:

Jeremy Alters
Alters, Boldt, Brown, Rash & Culmo
4141 Northeast 2nd Ave.
Suite 201
Miami, FL  33137

Dawn Barrios
Barrios, Kindsdorf, Casteix, LLP
701 Poydras Street
Suite 3650
New Orleans, LA  70139

1

Ervin Gonzalez
Colson, Hicks, Eidson
255 Aragon Avenue
Coral Gables, FL  33134

James Reeves
Lumpkin & Reeves, PLLC
160 Main Street
Biloxi, MS  39530

Richard Serpe
Law Offices of Richard J. Serpe, P.C.
580 East Main Street
Suite 310
Norfolk, VA  23510

Scott Weinstein
Morgan & Morgan
One University Drive
Suite 600
Ft. Myers, FL  33907-5337

Defendants' State/Federal Coordination Committee:

Jan Douglas Atlas
Jeffrey Backman
Adorno & Yoss, LLP
350 East Las Olas Blvd.
Suite 1700
Fort Lauderdale, FL  33301

Richard Duplantier
Galloway, Johnson, Tompkins,
Burr & Smith
701 Poydras Street
40${}^{\text{th}}$ Floor
New Orleans, LA 70139

       Donald J. Hayden
       Baker & McKenzie, LLP
       Melons Financial Center
       1111 Brickell Avenue
       Suite 1700
       Miami, FL 33131

       Hilarie Bass
       Greenberg Traurig
       1221 Brickell Avenue
       Miami, FL 33131

       The Plaintiff and Defendant Steering Committees shall work together jointly to assist the Court, the litigants and the judicial system to facilitate coordination between this MDL and the various state court cases.

       New Orleans, Louisiana, this _____ day of _____, 2010.

                                                    _____
                                                    Eldon E. Fallon
                                                    United States District Court Judge