UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| SEAN AND BETH PAYTON, et al | * | |
| vs. | * | |
| KNAUF GIPS, DG., et al | * | |
| Case No. 2:09-CV-7628 | * | MAGISTRATE WILKINSON |

## MOTION TO WITHDRAW AND ENROLL/ SUBSTITUTE COUNSEL

NOW INTO COURT, through undersigned counsel, comes Defendant LTL Construction, Inc., reserving all rights to object to jurisdiction, venue or service and preserving all defenses respectfully request C. Thomas Davidson of Davidson McWhirter, P.A. be allowed to withdraw as counsel of record and the following attorneys to be formally enrolled and substituted as counsel of record:

      Mr. Charles B. Long (La. Bar No. 22824)
      Mr. Thomas H. Peyton (La. Bar No. 32635)
      Krebs, Farley & Pelleteri, P.L.L.C.
      400 Poydras Street, Suite 2500
      New Orleans, LA 70130
      Telephone:   504-299-3570
      Facsimile:   504-299-3582

WHEREFORE, Defendant LTL Construction, Inc. prays that C. Thomas Davidson of Davidson McWhirter, P.A. be allowed to withdraw as counsel of record and that Charles B. Long and Thomas H. Peyton of the law firm of Krebs, Farley & Pelleteri, PLLC be substituted as counsel of record.

          KREBS, FARLEY & PELLETERI, P.L.L.C.

          */s/ Charles B. Long*
          CHARLES B. LONG (#22824)
          THOMAS H. PEYTON (#32635)
          400 Poydras Street, Suite 2500
          New Orleans, Louisiana   70130
          Telephone:   504-299-3570
          Facsimile:   504-299-3582
          E-mail:   clong@kfplaw.com
          E-mail:   tpeyton@kfplaw.com

          ATTORNEYS FOR DEFENDANT
          LTL CONSTRUCTION, INC.

          */s/ C. Thomas Davidson* [1]
          C. Thomas Davidson
          Florida Bar No. 0155270
          Davidson McWhirter, P.A.
          400 N. Tampa Street, Suite 2450
          Tampa, FL  33602
          Telephone:   813-224-0866
          Facsimile:   813-221-1854
          E-mail:   tdavidson@mac-law.com

---

[1] Signed with permission from C. Thomas Davidson

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of March 2010, this document has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and e-mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/ Charles B. Long
CHARLES B. LONG