UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: CHINESE-MANUFACTURED** | * | **MDL Docket No. 2047** |
| **DRYWALL PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | **Section L** |
| | * | |
| | * | **Judge Fallon** |
| **This document relates to All Cases** | * | |
| | * | **Mag. Judge Wilkinson** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AGENDA

Agenda for March 11, 2010 status conference.

    I.     PRE-TRIAL ORDERS

    II.    PROPERTY INSPECTIONS

    III.   PLAINTIFF AND DEFENDANT PROFILE FORMS

    IV.   PRESERVATION ORDER

    V.    STATE/FEDERAL COORDINATION

    VI.   STATE COURT TRIAL SETTINGS

    VII.  MOTIONS IN THE MDL

    VIII. DISCOVERY ISSUES

    IX.   FREEDOM OF INFORMATION ACT/PUBLIC RECORDS REQUESTS

    X.    TRIAL SETTINGS IN FEDERAL COURT

    XI.   FILINGS IN THE MDL

    XII.  NOTICES OF APPEARANCE AND DEFAULT JUDGMENTS

XIII.    INSURANCE ISSUES

XIV.     SERVICE OF PLEADINGS ELECONTRONICALLY

XV.      MASTER COMPLAINT

XVI.     CLASS ACTION COMPLAINT (INDETERMINATE DEFENDANT)

XVII.    OMNIBUS CLASS ACTION COMPLAINT

XVIII.   SPECIAL MASTER

XIX.     KNAUF GIPS PERSON JURISDICTION MATTER

XX.      DEFAULT PROCEEDINGS IN *GERMANO* AND REMEDIATION HEARING

XXI.     *HERNANDEZ* TRIAL

XXII.    MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS CONFERENCE

XXIII.   NEXT STATUS CONFERENCE