UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NORTHSTAR HOLDINGS, INC.,** **NORTHSTAR HOMES, INC. AND** **NORTHSTAR HOLDINGS AT B & A, LLC,** | **CASE NO.:   10-384 "L" (2)** |
| Plaintiffs, | |
| v. | |
| **GENERAL FIDELITY INSURANCE COMPANY, QUANTA INDEMNITY COMPANY, MID-CONTINENT CASUALTY COMPANY, AND ESSEX INSURANCE COMPANY** | |
| Defendants. _____/ | |

## ORDER DROPPING PARTY DEFENDANT, AXIS SURPLUS INSURANCE COMPANY

THIS CAUSE having come before the Court on Plaintiffs, Northstar Holdings, Inc., Northstar Homes, Inc. and Northstar Holdings at B & A, LLC (collectively "the Northstar entities"), Motion to Drop Party Defendant, AXIS SURPLUS INSURANCE COMPANY it is hereby

ORDERED AND ADJUDGED that Plaintiffs' Motion is hereby granted and that Defendant, AXIS SURPLUS INSURANCE COMPANY, is hereby dropped from the above-entitled action.

DONE AND ORDERED this ____ day of March, 2010.

_____
The Honorable Eldon E. Fallon

I hereby certify that a copy of the foregoing was delivered on the ___ day of March, 2010 by electronically filing with the Clerk of the Court by using the Electronic Case Filing (ECF) system, which system will send a notice of electronic filing to:  Michael K. Wilson, P.A., Broad and Cassel, Attorneys for Plaintiffs, 390 N. Orange Avenue, Suite 1400, Orlando, Florida 32801.

_____
Judicial Assistant/Clerk