IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 2047 |
| | * | SECTION L |
| | * | JUDGE FALLON |
| THIS APPLIES TO: *Hernandez (09-6050)* | * * | MAG. JUDGE WILKINSON |

******************************************

## STATEMENT OF UNCONTESTED MATERIAL FACTS

The following materials facts are undisputed only for the purpose of this Motion for Partial Summary Judgment. Knauf Plasterboard Tianjin Co., Ltd. ("KPT") reserves the right to contest these facts and to present additional evidence in the event this Motion is not granted in its entirety.

1. Plaintiffs, Tatum and Charlene Hernandez ("Plaintiffs") filed suit alleging property damages to the house caused by KPT drywall.

2. Plaintiff were selected as the March 2010 bellwether trial against KPT.

3. In addition to property damages, Plaintiffs claimed mental anguish, fear and fright, inconvenience and loss of use in their Amended and Restated Complaint.

4. Plaintiffs never asserted in their Amended and Restated Complaint loss of enjoyment of their property.

5. At their depositions, Plaintiffs waived their mental anguish and other nonpecuniary claims, but have reserved their rights with respect to loss of enjoyment of their property.

6. All facts in the Joint Stipulation attached the memorandum in support as Exhibit "A" are uncontested for purposes of this motion.

Respectfully submitted,

BY: /s/ Kyle A. Spaulding
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
**FRILOT L.C.**
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile: (504)599-8145
Email: kmiller@frilot.com

-AND-

DONALD J. HAYDEN (FL Bar No. 0097136)
**BAKER & MCKENZIE LLP**
Mellon Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL 33131
Telephone: (305) 789-8966
Facsimile: (305) 789-8953
Email: donald.j.hayden@bakernet.com

DOUGLAS B. SANDERS
(IL Bar No. 6256621)
RICHARD M. FRANKLIN
(IL Bar No. 0864390)
**BAKER & MCKENZIE LLP**
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL 60601
Telephone: (312) 861-8075
Facsimile: (312) 698-2375
Email: douglas.b.sanders@bakernet.com

## CERTIFICATE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana, on this 9th day of March, 2010.



/s/ Kyle A. Spaulding