IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL Docket No. 2047 SECTION L JUDGE FALLON |
| THIS APPLIES TO: *Hernandez (09-6050)* | * * * * | MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### EX PARTE MOTION FOR EXPEDITED HEARING ON KNAUF PLASTERBOARD TIANJIN CO., LTD.'S MOTION FOR SUMMARY JUDGMENT RELATING TO ALLEGED NONPECUNIARY DAMAGES

**NOW COMES** Knauf Plasterboard Tianjin Co., Ltd., who moves for expedited consideration for its Motion for Summary Judgment Relating to Alleged Nonpecuniary Damages. Due to the expediency with which this case is moving and the fact that trial begins on March 15, 2010, it is necessary to hear KPT's motion for summary judgment on an expedited basis. Thus, KPT requests an expedited hearing on its motion on March 15, 2010.

Respectfully submitted,

BY: /s/ Kyle A. Spaulding
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
**FRILOT L.C.**
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile: (504)599-8145
Email: kmiller@frilot.com

-AND-

DONALD J. HAYDEN (FL Bar No. 0097136)
**BAKER & MCKENZIE LLP**
Mellon Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL 33131
Telephone: (305) 789-8966
Facsimile: (305) 789-8953
Email: donald.j.hayden@bakernet.com

DOUGLAS B. SANDERS
(IL Bar No. 6256621)
RICHARD M. FRANKLIN
(IL Bar No. 0864390)
**BAKER & MCKENZIE LLP**
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL 60601
Telephone: (312) 861-8075
Facsimile: (312) 698-2375
Email: douglas.b.sanders@bakernet.com

## **CERTIFICATE**

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana, on this 9th day of March, 2010.

/s/ *Kyle A. Spaulding*