IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL Docket No. 2047 SECTION L JUDGE FALLON |
| THIS APPLIES TO: *Hernandez (09-6050)* | * * * * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * *

## ORDER

Considering the Motion for Expedited Hearing on Knauf Plasterboard Tianjin Co., Ltd.'s Motion For Summary Judgment Relating to Nonpecuniary Damages;

IT IS HEREBY ORDERED that the hearing on Defendants' Knauf Plasterboard Tianjin Co., Ltd.'s Motion For Summary Judgment Relating to Nonpecuniary Damages will be held prior to the beginning of the trial on March 15, 2010, in this Court, 500 Poydras Street, Room C456, New Orleans, Louisiana.

_____
JUDGE ELDON E. FALLON