UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047  SECTION: L |
| * * * * * * * * * * * | * * | JUDGE FALLON |
| This Document Relates to: | * * | MAG. JUDGE WILKINSON |
| *Hernandez v. Knauf,* Case No. 09-6050 (E.D.La.) | * * * | |
| * * * * * * * * * * * | * | |

**RESPONSE TO MOTION FOR PARTIAL SUMMARY JUDGMENT**

PLAINTIFFS Tatum and Charlene Hernandez respectfully submit the following memorandum in response to Defendant's Motion for Partial Summary Judgment:

**MAY IT PLEASE THE COURT:**

While Plaintiffs believe that such damages are generally available,[1] Mr. & Mrs. Hernandez

---

[1] When, as here, the object of a contract is a home or other thing which is, at least in part, intended to gratify a significant non-pecuniary interest, general damages for emotional distress, inconvenience and loss of enjoyment of the property may be awarded. REVISION COMMENT (j), La.C.C. 2545; *see, e.g.,* Thomas v. Desire Community Housing Project, 98-2097 (La. App. 4th Cir. 8/10/00), 773 So.2d 755 (allowing non-pecuniary damages of $15,500 for problems in the construction of plaintiff's home); Taylor v. Burton, 97-1348 (La. App. 3rd Cir. 3/6/98), 708 So.2d 531 (upholding award for aggravation and mental distress due to defects in plaintiff's house); Mayerhofer v. Three R's Inc., 597 So.2d 151, 155 (La. App. 3rd Cir. 1992) (affirming award for inconvenience and mental anguish), *writ denied,* 600 So.2d 680 (La. 1992); *see also,* LA. CIV. CODE ART. 2524.

are *not* claiming non-pecuniary damages in this lawsuit from KPT.[2]

This 9th day of March, 2010.

Respectfully submitted,

/s/ Stephen J. Herman
**RUSS M. HERMAN**, La. Bar No. 6819
   *Plaintiffs' Liaison Counsel*
**LEONARD A. DAVIS**, La. Bar No. 14190
**STEPHEN J. HERMAN, T.A.,** La. Bar No. 23129
**JEREMY S. EPSTEIN**, La. Bar No. 32135
**HERMAN, HERMAN, KATZ & COTLAR, LLP**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax No. (504) 561-6024
E-Mail: sherman@hhkc.com

*Attorneys for Plaintiffs*
*Tatum and Charlene Hernandez*

**ARNOLD LEVIN**
**FRED S. LONGER**
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com

*Plaintiffs' Lead Counsel*
*MDL 2047*

---

[2]Mr. & Mr. Hernandez respectfully reserve their rights and claims to any and all such damages from any other person, party or entity who may be legally responsible to them for same.

**PLAINTIFFS' STEERING COMMITTEE**

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Victor Manuel Diaz
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Aragon Avenue, 2nd Floor
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Jeremy W. Alters
Alters, Boldt, Brown, Rash & Culmo, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@abbrclaw.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

## CERTIFICATE OF SERVICE

I Hereby Certify that I have served the above and foregoing Response *via* E-Mail upon Defense Liaison Counsel and Counsel for Defendant Knuaf Plasterboard (Tianjin) Co. Ltd., and that I will cause the above and foregoing Response to be served upon all counsel and/or parties *via* the Lexis-Nexis File & Serve in accordance with Pre-Trial Order No. 6, this March 9th, 2010.

/s/ Stephen J. Herman