UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 20427<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| SEAN AND BETH PAYTON, individually and on behalf of all others similarly situated,<br>    Plaintiffs | MAG. JUDGE WILKINSON |
| v. | |
| KNAUF GIPS KG, et al<br>Case No. 2:09-CV-7628<br>    Defendants | |

### CORRECTED NOTICE OF APPEARANCE AS COUNSEL
(Amended to reflect Correct CM/ECF Filing date only)

Sarah Vazquez and Edwin Mortell of Peterson Bernard hereby file their Notice of Appearance as counsel of records for Defendants, GLOBAL HOME BUILDERS, INC., and O.C.D. of S. Florida, Inc. (improperly named in Complaint as "Ocean Coast Drywall, Inc."), and request that copies of all pleadings served in this case be served upon the undersigned at the following office and telephone number.

> PETERSON BERNARD
> Attorneys for Defendants Global Home
> Builders, Inc., and O.C.D. of S. Florida, Inc.
> 416 Flamingo Ave.
> Stuart, FL  34996
> Phone: (772) 286-9881
> Fax:    (772) 220-1784
>
> By: /s/ Sarah M. Vazquez
>     SARAH M. VAZQUEZ
>     Florida Bar No.: 0662526
>     E-mail: sarahvazquez@stuart-law.net
>     EDWIN E. MORTELL, III
>     Florida Bar No. 832758
>     E-mail: edwinmortell@stuart-law.net

**I HEREBY CERTIFY** that on March 10, 2010 this document was served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and by e-mail on all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will generate a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/ Sarah M. Vazquez