UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2:09-md-02047 JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAGISTRATE WILKINSON |
| SEAN AND BETH PAYTON, et al VS. KNAUF GIPS, et al CASE NO. 2:09-cv-7628 | * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR EXTENSION TO RESPOND TO PLAINTIFF'S OMNIBUS CLASS ACTION COMPLAINT

Defendant, E Jacob Fakouri Construction, Inc., by and though undersigned counsel, pursuant to Local Rule 7.9E, hereby moves for an extension of time within which to respond to Plaintiff's Omnibus Class Action Complaint, and in support thereof state:

1.

E Jacob Fakouri Construction, Inc was served with process in the above-referenced action on February 3, 2010. Undersigned counsel avers that it was retained to represent E Jacob Fakouri Construction, Inc. this 8th day of March and requires additional time to contact client and review file materials.

2.

E Jacob Fakouri Construction, Inc. hereby seeks a 60-day extension of time from the signing of the attached Order within which to respond to the Complaint.

3.

E Jacob Fakouri Construction, Inc. has not sought any previous extensions of time in this matter.

WHEREFORE, Defendant, E Jacob Fakouri Construction, Inc., hereby respectfully request a 60-day extension of time form the date of the signing of the attached Order in which to respond to Plaintiff's Omnibus Class Action Complaint.

Respectfully Submitted:

**LAWRENCE & ASSOCIATES**

By: ___*/John S. Lawrence, Jr.*___
John S. Lawrence Jr., a P.L.C. (#19678)
David P. Curlin (#20771)
225 St. Ann Drive
Mandeville, Louisiana 70471
Telephone: (985) 674-4446
Facsimile: (985) 674-4450
*Counsel for Defendant, E Jacob Fakouri Construction, Inc.*

# And

LOEB & LOEB, LLC

By: ___/Scott Loeb_____
Scott Loeb (#25771)
Jonas P. Baker (#25563)
225 St. Ann Drive
Mandeville, Louisiana 70471
Telephone: (985) 674-4446
Facsimile: (985) 674-4450
*Co-Counsel for Defendant, E Jacob Fakouri Construction, Inc.*

### CERTIFICATE OF SERVICE

I, hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of March 2010.

___/John S. Lawrence, Jr._____
John S. Lawrence, Jr.