UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2:09-md-02047 JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAGISTRATE WILKINSON |
| SEAN AND BETH PAYTON, et al VS. KNAUF GIPS, et al CASE NO. 2:09-cv-7628 | * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER ON MOTION FOR EXTENSION TO RESPOND TO PLAINTIFF'S OMNIBUS CLASS ACTION COMPLAINT

Given the foregoing:

**IT IS HEREBY ORDERED,** that Defendant, E Jacob Fakouri Construction, Inc., is hereby granted a 60-day extension of time from the signing of this Order in which to respond to Plaintiffs' Omnibus Class Action Complaint.

New Orleans, Louisiana this _____ day of _____, 2010.

_____
JUDGE

Respectfully Submitted:

**LAWRENCE & ASSOCIATES**

By: /*John S. Lawrence, Jr.*
John S. Lawrence Jr., a P.L.C. (#19678)
David P. Curlin (#20771)
225 St. Ann Drive
Mandeville, Louisiana 70471
Telephone: (985) 674-4446
Facsimile: (985) 674-4450
*Counsel for Defendant, E Jacob Fakouri Construction, Inc.*

## And

**LOEB & LOEB, LLC**

By: /*Scott Loeb*
Scott Loeb (#25771)
Jonas P. Baker (#25563)
225 St. Ann Drive
Mandeville, Louisiana 70471
Telephone: (985) 674-4446
Facsimile: (985) 674-4450
*Co-Counsel for Defendant, E Jacob Fakouri Construction, Inc.*

**CERTIFICATE OF SERVICE**

I, hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of March 2010.

/*John S. Lawrence, Jr.*
John S. Lawrence, Jr.