UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL   MDL NO. 09-2047
PRODUCTS LIABILITY LITIGATION

SECTION L
JUDGE FALLON
MG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

ALL CASES

_____/

## DEFENDANT BANNER SUPPLY CO., BANNER SUPPLY OF POMPANO, LLC, BANNER SUPPLY COMPANY OF FORT MYERS, LLC, AND BANNER SUPPLY COMPANY OF TAMPA, LLC'S EMERGENCY MOTION TO ENJOIN DUPLICATIVE STATE ACTIONS, OR, IN THE ALTERNATIVE, DISMISS OR STAY CERTAIN DUPLICATIVE FEDERAL CASES

Defendants BANNER SUPPLY CO., BANNER SUPPLY OF POMPANO, LLC, BANNER SUPPLY COMPANY OF FORT MYERS, LLC, AND BANNER SUPPLY COMPANY OF TAMPA, LLC, through their undersigned counsel, hereby move this Honorable Court for the entry of an Order Enjoining Duplicative State Actions, or, in the Alternative, Dismiss or Stay Certain Duplicative Federal Cases, for the reasons set forth in the attached Memorandum of Law.

WHEREFORE, Defendants BANNER SUPPLY CO., BANNER SUPPLY OF POMPANO, LLC, BANNER SUPPLY COMPANY OF FORT MYERS, LLC, AND BANNER SUPPLY COMPANY OF TAMPA, LLC respectfully request that the instant Motion be granted together with such other and further relief that this Court deems just and proper under the circumstances.

ADORNO & YOSS LLP

/s/ Jeffrey A. Backman
Jan Douglas Atlas
Florida Bar No.: 226246
jatlas@adorno.com
Jeffrey A. Backman
Florida Bar No.: 662501
jbackman@adorno.com
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, Florida 33301-4217
Telephone:    (954) 763-1200
Facsimile:    (954) 766-7800

*Attorneys for Defendants BANNER SUPPLY CO., BANNER SUPPLY OF POMPANO, LLC, BANNER SUPPLY COMPANY OF FORT MYERS, LLC, AND BANNER SUPPLY COMPANY OF TAMPA, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Dismiss have been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendant's Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of March, 2010.

/s/Jeffrey A. Backman