## AFFIDAVIT OF JEFFREY A. BACKMAN

STATE OF FLORIDA    )
                    )
COUNTY OF BROWARD   )

BEFORE ME, the undersigned authority, personally appeared JEFFREY A. BACKMAN, ESQ., an attorney with the law firm of Adorno & Yoss LLP, who upon being first duly sworn, deposes and states as follows:

1. I am an attorney licensed to practice law in the State of Florida and other jurisdictions throughout the country, including the United States District Court for the Eastern District of Louisiana.

2. I have personal knowledge of the facts contained within this affidavit.

3. Adorno & Yoss LLP ("Adorno") represents Banner Supply Co., Banner Supply Company of Pompano, LLC, Banner Supply Company of Fort Myers, LLC and Banner Supply Company of Tampa, LLC in connection with the pending Chinese drywall litigation.

4. Currently, the Banner entities are named Defendants in 220 pending federal and state court actions. Of those pending matters, 37 are styled as putative class actions and the other 183 are individual actions pending in 7 separate Florida state court jurisdictions, including, Miami, Broward, Palm Beach, Lee, Port St. Lucie, Collier and Hillsborough counties.

5. Approximately 105 of the 183 individual actions filed against Banner involve named plaintiffs who are also currently specifically named plaintiffs and/or class representatives in the pending putative class actions. A true and correct copy of a summary of those duplicative actions is attached hereto as Exhibit "1". The attached summary was prepared by Adorno by reviewing and comparing the complaints which have been served upon the Banner entities for duplicate homes and/or homeowners.

{218429.0005/N0816921_1}



6.   Of the pending putative class actions, the requested "class", if certified, would include and subsume each and every one of the individual pending actions. *See, e.g.* <u>Karen Vickers, et al v. Knauf Gips KG, et al.</u>, Case No.: 1:09–cv-20510; <u>Shane M. Allen, et al., v. Knauf Plasterboard (Tianjin) Co., Ltd.</u>, Case No.: 09-cv-FTM-99; <u>Didio Victores, et al., v. Lennar Homes LLC., et al.</u>, Case No.: 09-5872 ; <u>Sean Payton, et al, v. Knauf Gips KG, et al.</u>, Case No.: 09-cv-7628; <u>Wiltz, et al v. Beijin New Building Materials Public, Ltd. Co., et al.</u>, Case No.: 2:10-CV-00361; <u>Rogers, et al v. Knauf Gips KG, et al</u>, Case No.: 2:10-cv-00362; <u>Gross, et al. v. Knauf Gips KG, et al.</u>, Case No.: 09-cv-06690.  Moreover, the underlying factual bases and causes of action set forth in each of the Complaints are substantially similar, if not identical, and all are premised upon the allegations that drywall manufactured in China is defective and was allegedly supplied by BANNER. Additionally, a copy of a representative sample of the individual state court complaints is attached hereto as Exhibit "2".

7.   Banner is being forced to defend these duplicate actions at substantial expense and effort. Their lawyers are travelling throughout the state and the country every week for different hearings and proceedings, the same motions need to be filed 220 times, responsive pleadings need to be prepared and filed in 220 actions, responsible third parties need to be pursued in 220 actions (because the state court plaintiffs have chosen not to pursue the foreign manufacturers responsible for the Chinese drywall), discovery is being conducted in 220 actions, along with all of the other day-to-day litigation and case management issues that arise with the handling of 220 separate actions. The burdens and costs are astronomical and substantial, to say the last!

_____
JEFFREY A. BACKMAN, ESQ.

STATE OF FLORIDA )
) SS
COUNTY OF BROWARD )

The foregoing instrument was acknowledged before me this 9th day of March, 2010, by JEFFREY A. BACKMAN, ESQ., who is personally known to me or (___) who has produced ___N/A___ as identification.

_____
NOTARY PUBLIC, State of Fla.
Print Name: Laura Velazquez
Commission No. _____

LAURA VELAZQUEZ
MY COMMISSION # DD 708368
EXPIRES: October 24, 2011
Bonded Thru Budget Notary Services

{218429.0005/N0816921_1}