## DUPLICATIVE PLEADINGS LISTED BY PROPERTY

| FULL ADDRESS | FULL CASE | Claimant | FILING |
|---|---|---|---|
| *[address obscured]* | Payton v. Knauf Gips KG MDL 09-cv-07628 | Surman, Fred | 1 |
| | Surman v. Lucky Strike MK Inc Collier County 10-000569-CA | Surman, Fred | 1 |
| **8221 Sanctuary Dr, Unit 1 Naples, FL 34104 Sub/Dev: Blue Heron Total** | | | **2** |
| *[address obscured]* | Goldstein v. Knauf Gips KG 17th Jud Cir 09-022710-CACE | Goldstein, Cindy | 1 |
| | Goldstein v. Knauf Gips KG MDL 09-cv-05869 | Goldstein, Cindy A | 1 |
| | Payton v. Knauf Gips KG MDL 09-cv-07628 | Goldstein, Cindy | 1 |
| | | WCI Chinese Drywall Property Damage & Personal Injury Settlement Trust | 1 |
| | Rogers v. Knauf Gips KG MDL 10-cv-00362 | Goldstein, Cindy | 1 |
| **8236 NW 125 Ln Parkland, FL 33076 Sub/Dev: Heron Bay North a/k/a Sable Pt at Heron Bay Lot: 36 Blk: A Total** | | | **5** |
| *[address obscured]* | Payton v. Knauf Gips KG MDL 09-cv-07628 | Guerrero, Nelson & Mendoza, Gretty | 1 |
| | | WCI Chinese Drywall Property Damage & Personal Injury Settlement Trust | 1 |
| **8239 NW 124 Terr Parkland, FL 33076 Total** | | | **2** |
| *[address obscured]* | Gross v. Knauf Gips KG MDL 09-cv-06690 | Sanden, Paul | 2 |
| **824 Boca Ciega Isle Dr St Petersburg Beach, FL 33706 Total** | | | **2** |

## DUPLICATIVE PLEADINGS LISTED BY PROPERTY

| FULL ADDRESS | FULL CASE | Claimant | No |
|---|---|---|---|
| 8242 NW 124 Terr Parkland, FL 33076 | Payton v. Knauf Gips KG MDL 09-cv-07628 | Johnston, Victoria | 1 |
| | | WCI Chinese Drywall Property Damage & Personal Injury Settlement Trust | 1 |
| **8242 NW 124 Terr Parkland, FL 33076 Total** | | | **2** |
| 8248 NW 125 Ln Parkland, FL 33076 Sub/Dev: Heron Bay North PL-2 Lot: 35 Blk: A | Gross v. Knauf Gips KG MDL 09-cv-06690 | Lloyd, Maxwell & Joete | 1 |
| | Lloyd v. Knauf Gips KG 17th Jud Cir 09-022721-CACE | Lloyd, Maxwell & Lloyd, Joette (h/w) | 1 |
| | Payton v. Knauf Gips KG MDL 09-cv-07628 | WCI Chinese Drywall Property Damage & Personal Injury Settlement Trust | 1 |
| **8248 NW 125 Ln Parkland, FL 33076 Sub/Dev: Heron Bay North PL-2 Lot: 35 Blk: A Total** | | | **3** |
| 825 King Leon Way Sun City Center, FL 33573 | Gross v. Knauf Gips KG MDL 09-cv-06690 | POA,, Balraj & Pushpa Nijhawan c/o Pradeep Nijhawan, | 1 |
| | Payton v. Knauf Gips KG MDL 09-cv-07628 | Nijhawan,, Balraj & Pushpa Nijhawan, c/o Pradeep | 1 |
| | | WCI Chinese Drywall Property Damage & Personal Injury Settlement Trust | 1 |
| **825 King Leon Way Sun City Center, FL 33573 Total** | | | **3** |
| 826 King Leon Way Sun City Center, FL 33573 | Gross v. Knauf Gips KG MDL 09-cv-06690 | Frank, David & Catherine | 1 |
| | Payton v. Knauf Gips KG MDL 09-cv-07628 | Frank, David & Catherine | 1 |
| | | WCI Chinese Drywall Property Damage & Personal Injury Settlement Trust | 1 |
| **826 King Leon Way Sun City Center, FL 33573 Total** | | | **3** |

DUPLICATIVE PLEADINGS LISTED BY PROPERTY

| FULL ADDRESS | FULL CASE | Claimant | No |
|---|---|---|---|
| 8266 NW 124 Terr Parkland, FL 33076 | Payton v. Knauf Gips KG MDL 09-cv-07628 | Arias, Mirtha | 1 |
| | | WCI Chinese Drywall Property Damage & Personal Injury Settlement Trust | 1 |
| **8266 NW 124 Terr Parkland, FL 33076 Total** | | | **2** |
| 8269 NW 124 Terr Parkland, FL 33076 | Payton v. Knauf Gips KG MDL 09-cv-07628 | Rojhani, Ira & Sherri | 1 |
| | | WCI Chinese Drywall Property Damage & Personal Injury Settlement Trust | 1 |
| **8269 NW 124 Terr Parkland, FL 33076 Total** | | | **2** |
| 8278 NW 124 Terr Parkland, FL 33076 | Payton v. Knauf Gips KG MDL 09-cv-07628 | Greenberg, Jason & Susan | 1 |
| | | WCI Chinese Drywall Property Damage & Personal Injury Settlement Trust | 1 |
| **8278 NW 124 Terr Parkland, FL 33076 Total** | | | **2** |
| 828 King Leon Way Sun City Center, FL 33573 | Gross v. Knauf Gips KG MDL 09-cv-06690 | Ksal, Paul & Melody | 1 |
| | Payton v. Knauf Gips KG MDL 09-cv-07628 | Kasl, Paul & Melody | 1 |
| | | WCI Chinese Drywall Property Damage & Personal Injury Settlement Trust | 2 |
| **828 King Leon Way Sun City Center, FL 33573 Total** | | | **4** |
| 8289 Emerald Ave Parkland, FL 33076 | Payton v. Knauf Gips KG MDL 09-cv-07628 | Awadallah, Mazen | 1 |
| | | WCI Chinese Drywall Property Damage & Personal Injury Settlement Trust | 1 |
| **8289 Emerald Ave Parkland, FL 33076 Total** | | | **2** |

## DUPLICATIVE PLEADINGS LISTED BY PROPERTY

| FULL ADDRESS | FULL CASE | Claimant | |
|---|---|---|---|
| 8290 NW 124 Terr Parkland, FL 33076 | Payton v. Knauf Gips KG MDL 09-cv-07628 | Jeannot, Welcemen & Kathleen | 1 |
| | | WCI Chinese Drywall Property Damage & Personal Injury Settlement Trust | 1 |
| **8290 NW 124 Terr Parkland, FL 33076 Total** | | | **2** |
| 8309 NW 123 Way Parkland, FL 33076 | Payton v. Knauf Gips KG MDL 09-cv-07628 | Carter-Smith, Jill | 1 |
| | | WCI Chinese Drywall Property Damage & Personal Injury Settlement Trust | 1 |
| | Rogers v. Knauf Gips KG MDL 10-cv-00362 | Carter-Smith, Jill | 1 |
| **8309 NW 123 Way Parkland, FL 33076 Total** | | | **3** |
| 831 King Leon Way Sun City Center, FL 33573 | Payton v. Knauf Gips KG MDL 09-cv-07628 | WCI Chinese Drywall Property Damage & Personal Injury Settlement Trust | 1 |
| | | Witteveen, Michael | 1 |
| **831 King Leon Way Sun City Center, FL 33573 Total** | | | **2** |
| 833 King Leon Way Sun City Center, FL 33573 | Gross v. Knauf Gips KG MDL 09-cv-06690 | Black, Douglas & Elizabeth | 1 |
| | Payton v. Knauf Gips KG MDL 09-cv-07628 | WCI Chinese Drywall Property Damage & Personal Injury Settlement Trust | 1 |
| | Rogers v. Knauf Gips KG MDL 10-cv-00362 | Black, Douglas & Elizabeth | 1 |
| **833 King Leon Way Sun City Center, FL 33573 Total** | | | **3** |
| 8345 Del Prado Dr Delray Beach, FL 33446 | Payton v. Knauf Gips KG MDL 09-cv-07628 | Schneiderman, Leonardo & Jean | 1 |
| | Rogers v. Knauf Gips KG MDL 10-cv-00362 | Schneiderman, Leonardo & Jean | 1 |
| **8345 Del Prado Dr Delray Beach, FL 33446 Total** | | | **2** |

DUPLICATIVE PLEADINGS LISTED BY PROPERTY

| FULL ADDRESS | FULL CASE | Claimant | No |
|---|---|---|---|
| 839 King Leon Way Sun City Center, FL 33573 | Gross v. Knauf Gips KG MDL 09-cv-06690 | Heller, James & Barbara | 1 |
| | Payton v. Knauf Gips KG MDL 09-cv-07628 | Heller, James & Barbara | 1 |
| | | WCI Chinese Drywall Property Damage & Personal Injury Settlement Trust | 1 |
| **839 King Leon Way Sun City Center, FL 33573 Total** | | | **3** |
| 841 SW 147 Terr Pembroke Pines, FL 33027 | Payton v. Knauf Gips KG MDL 09-cv-07628 | O'Brien, Wendy | 1 |
| | Rogers v. Knauf Gips KG MDL 10-cv-00362 | O'Brien, Wendy | 1 |
| **841 SW 147 Terr Pembroke Pines, FL 33027 Total** | | | **2** |
| 8502 Sumner Ave Ft Myers, FL 33908 | Payton v. Knauf Gips KG MDL 09-cv-07628 | Sulen, Francisco | 1 |
| | Wiltz v. Beijing New Building Materials, PLC MDL 10-cv-00361 | Sulen, Francisco & King, Diana | 1 |
| **8502 Sumner Ave Ft Myers, FL 33908 Total** | | | **2** |
| 857 SW 147 Terr Pembroke Pines, FL 33027 | Payton v. Knauf Gips KG MDL 09-cv-07628 | Naidus, Gary | 1 |
| | Rogers v. Knauf Gips KG MDL 10-cv-00362 | Naidus, Gary | 1 |
| **857 SW 147 Terr Pembroke Pines, FL 33027 Total** | | | **2** |
| 863 SW McCall Rd Port St Lucie, FL 34986 | Payton v. Knauf Gips KG MDL 09-cv-07628 | Hopmayer, Peter | 1 |
| | Rogers v. Knauf Gips KG MDL 10-cv-00362 | Hopmayer, Peter | 1 |
| **863 SW McCall Rd Port St Lucie, FL 34986 Total** | | | **2** |
| 8665 Cobblestone Pt Cir Boynton Beach, FL 33472 Sun Dev/Countryside Meadows a/k/a Cobblestone Creek ph 1 & 2 a/k/a Lot 106 Blk 1 | Steiner v. Beijing New Building Material, PLC MDL 09-cv-06545 | Steiner, Stephanie | 1 |

DUPLICATIVE PLEADINGS LISTED BY PROPERTY

| FULL ADDRESS | FULL CASE | Claimant | |
|---|---|---|---|
| 8665 Cobblestone Pt Cir Boynton Beach, FL 33472 Sub/Dev: Countryside Meadows a/k/a Cobblestone Creek at B & A, LLC | Steiner v. Centerline Homes, Inc. Inc 15th Jud Cir 09-CA-014487 | Steiner, Stephanie | 1 |
| | Wiltz v. Beijing New Building Materials, PLC MDL 10-cv-00361 | Steiner, Stephanie | 1 |
| **8665 Cobblestone Pt Cir Boynton Beach, FL 33472 Sub/Dev: Countryside Meadows a/k/a Cobblestone Creek at B & A, LLC Lot: 106 Blk: 1 Total** | | | **3** |
| 8679 Cobblestone Pt Cir Boynton Beach, FL 33472 Sub/Dev: Countryside Meadows a/k/a Cobblestone Creek at B & A, LLC Lot: 105 Blk: 1 | Korentur v. Centerline Homes, Inc. 15th Jud Cir 09-CA-014550 | Korentur, Jeffrey | 1 |
| | Payton v. Knauf Gips KG MDL 09-cv-07628 | Koc, Jeffrey & Lori | 1 |
| | Rogers v. Knauf Gips KG MDL 10-cv-00362 | Koe, Jeffrey & Lori | 1 |
| **8679 Cobblestone Pt Cir Boynton Beach, FL 33472 Sub/Dev: Countryside Meadows a/k/a Cobblestone Creek at B & A, LLC Lot: 105 Blk: 1 Total** | | | **3** |
| 8680 Cobblestone Pt Cir Boynton Beach, FL 33472 Sub/Dev: Countryside Meadows a/k/a Cobblestone Creek at B & A, LLC Lot: 43 Blk: 1 | Olschewski v. Centerline Homes, Inc. MDL 09-cv-06751 | Olschewski, Kryzysztof | 1 |
| | Prandi v. Centerline Homes, Inc. 15th Jud Cir 09-CA-014501 | Prandi, Chad & Olschewski, Kryzysztof | 1 |
| | Wiltz v. Beijing New Building Materials, PLC MDL 10-cv-00361 | Olschewiski, Krzysztof & Prandi, Chad | 1 |
| **8680 Cobblestone Pt Cir Boynton Beach, FL 33472 Sub/Dev: Countryside Meadows a/k/a Cobblestone Creek at B & A, LLC Lot: 43 Blk: 1 Total** | | | **3** |

## DUPLICATIVE PLEADINGS LISTED BY PROPERTY

| FULL ADDRESS | FULL CASE | Claimant | Y/N |
|---|---|---|---|
| 8686 Cobblestone Pt Cir Boynton Beach, FL 33472 Sub/Dev: Countryside Meadows a/k/a Cobblestone Creek at B & A, LLC Lot: 42 Blk: 1 | Manzur v. Centerline Homes, Inc. 15th Jud Cir 09-CA-019768 | Manzur, Mohammed A & Manzur, Kamrun (h/w) | 1 |
| | Payton v. Knauf Gips KG MDL 09-cv-07628 | WCI Chinese Drywall Property Damage & Personal Injury Settlement Trust | 1 |
| | Wiltz v. Beijing New Building Materials, PLC MDL 10-cv-00361 | Manzur, Mohammed A & Kamrun N | 1 |
| **8686 Cobblestone Pt Cir Boynton Beach, FL 33472 Sub/Dev: Countryside Meadows a/k/a Cobblestone Creek at B & A, LLC Lot: 42 Blk: 1 Total** | | | **3** |
| 8711 SW 203 St Cutler Bay, FL 33189 | Payton v. Knauf Gips KG MDL 09-cv-07628 | Gonzelez, Oscar | 1 |
| | Rogers v. Knauf Gips KG MDL 10-cv-00362 | Fulgueira, Marie E & Gonzalez, Oscar J | 1 |
| **8711 SW 203 St Cutler Bay, FL 33189 Total** | | | **2** |
| 8720 Thornbrook Terr Pt Boynton Beach, FL 33473 Sub/Dev: Canyon Isles PL 2 Lot: 102 Blk: PL-2 | Payton v. Knauf Gips KG MDL 09-cv-07628 | Saintil, Ducasse & Mereegrace | 1 |
| | Rogers v. Knauf Gips KG MDL 10-cv-00362 | Saintil, Ducasse & Mereegrace | 1 |
| | Saintil v. G L Homes Of Fla Corp. 15th Jud Cir 09-CA-014512 | Saintil, Ducasse | 1 |
| **8720 Thornbrook Terr Pt Boynton Beach, FL 33473 Sub/Dev: Canyon Isles PL 2 Lot: 102 Blk: PL-2 Total** | | | **3** |
| 8721 Cheryl Way Lake Pt Boynton Beach, FL 33473 Sub/Dev: Canyon Isles PL 2 Lot: 91 Blk: PL-2 | Rogers v. Knauf Gips KG MDL 10-cv-00362 | Rothman, James & Jodi | 1 |
| | Rothman v. GL Homes Of Fla 15th Jud Cir 09-CA-014554 | Rothman, James S | 1 |

DUPLICATIVE PLEADINGS LISTED BY PROPERTY

| FULL ADDRESS | FULL CASE | Claimant | No |
|---|---|---|---|
| **8731 Caraway Lake Ct**<br>**Boynton Beach, FL 33473**<br>**Sub/Dev: Canyon Isles PL 2**<br>**Lot: 91 Blk: PL-2 Total** | | | 2 |
| 8738 Caraway Lake Ct, Unit 202<br>Boynton Beach, FL 33473<br>Sub/Dev: Canyon Isles PL 2<br>Lot: 97 | DiFilippo v. G L Homes Of Fla<br>15th Jud Cir<br>09-CA-014589 | DiFilippo, Kathleen &<br>DiFilippo, Steven | 1 |
| | Difilippo v. Knauf Gips KG<br>MDL<br>09-cv-06547 | DiFilippo, Kathleen &<br>DiFilippo, Steven | 1 |
| | Payton v. Knauf Gips KG<br>MDL<br>09-cv-07628 | DiFillipo, Steven & Kathleen | 1 |
| | Rogers v. Knauf Gips KG<br>MDL<br>10-cv-00362 | DiFillipo, Steven & Kathleen | 1 |
| **8738 Caraway Lake Ct, Unit 202**<br>**Boynton Beach, FL 33473**<br>**Sub/Dev: Canyon Isles PL 2**<br>**Lot: 97  Total** | | | 4 |
| 8751 Thornbrook Terr Pt<br>Boynton Beach, FL 33473<br>Sub/Dev: Canyon Isles PL 2<br>Lot: 107 Blk: PL-2 | Gross v. Knauf Gips KG<br>MDL<br>09-cv-06690 | Patching, Trevor & Karen | 1 |
| | Patching v. GL Homes Of Fla<br>15th Jud Cir<br>09-CA-014449 | Patching, Trevor | 1 |
| **8751 Thornbrook Terr Pt**<br>**Boynton Beach, FL 33473**<br>**Sub/Dev: Canyon Isles PL 2**<br>**Lot: 107 Blk: PL-2 Total** | | | 2 |
| 8765 Cobblestone Preserve Ct<br>Boynton Beach, FL 33472<br>Sub/Dev: Countryside Meadows a/k/a<br>Cobblestone Creek at B & A, LLC<br>Lot: 23 Blk: 2 | Payton v. Knauf Gips KG<br>MDL<br>09-cv-07628 | Santamaria, Carolyn &<br>Daniel | 1 |
| | Roberts v. Knauf Gips KG<br>MDL<br>09-cv-05870 | Santamaria, Carolyn &<br>Santamaria, Daniel | 1 |
| **8765 Cobblestone Preserve Ct**<br>**Boynton Beach, FL 33472**<br>**Sub/Dev: Countryside Meadows a/k/a**<br>**Cobblestone Creek at B & A, LLC**<br>**Lot: 23 Blk: 2 Total** | | | 2 |

## DUPLICATIVE PLEADINGS LISTED BY PROPERTY

| FULL ADDRESS | FULL CASE | Claimant | NO |
|---|---|---|---|
| 8770 Cobblestone Preserve Ct<br>Boynton Beach, FL 33472<br>Sub/Dev: Countryside Meadows a/k/a<br>Cobblestone Creek at B & A, LLC<br>Lot: 25 Blk: 2 | Desola v. Northstar Holdings<br>15th Jud Cir<br>09-CA-014503 | Desola, Nicholas | 1 |
| | Payton v. Knauf Gips KG<br>MDL<br>09-cv-07628 | DeSola, Nick & Heather | 1 |
| | Rogers v. Knauf Gips KG<br>MDL<br>10-cv-00362 | DeSola, Nick & Heather | 1 |
| **8770 Cobblestone Preserve Ct**<br>**Boynton Beach, FL 33472**<br>**Sub/Dev: Countryside Meadows a/k/a**<br>**Cobblestone Creek at B & A, LLC**<br>**Lot: 25 Blk: 2 Total** | | | **3** |
| 8770 Cobblestone Pt Cir<br>Boynton Beach, FL 33472<br>Sub/Dev: Countryside Meadows a/k/a<br>Cobblestone Creek at B & A, LLC<br>Lot: 30 Blk: 1 | Bennett v. Centerline Homes,<br>Inc.<br>15th Jud Cir<br>09-CA-014458 | Bennett, Marlene | 1 |
| | Wiltz v. Beijing New Building<br>Materials, PLC<br>MDL<br>10-cv-00361 | Bennett, Marlene | 1 |
| **8770 Cobblestone Pt Cir**<br>**Boynton Beach, FL 33472**<br>**Sub/Dev: Countryside Meadows a/k/a**<br>**Cobblestone Creek at B & A, LLC**<br>**Lot: 30 Blk: 1 Total** | | | **2** |
| 8771 Cobblestone Preserve Ct<br>Boynton Beach, FL 33472 | Payton v. Knauf Gips KG<br>MDL<br>09-cv-07628 | Talley, Lawrence &<br>Cathleen | 1 |
| | Rogers v. Knauf Gips KG<br>MDL<br>10-cv-00362 | Talley, Lawrence &<br>Cathleen | 1 |
| **8771 Cobblestone Preserve Ct**<br>**Boynton Beach, FL 33472 Total** | | | **2** |
| 8771 Cobblestone Preserve Ct<br>Boynton Beach, FL 33472<br>Sub/Dev: Countryside Meadows a/k/a<br>Cobblestone Creek at B & A, LLC<br>Lot: 21 Blk: 2 | Foster v. Northstar Holdings,<br>Inc.<br>15th Jud Cir<br>09-CA-014594 | Foster, Katherine | 1 |
| | Foster v. Northstar Holdings,<br>Inc.<br>MDL<br>09-cv-04320 | Foster, Katherine | 1 |

## DUPLICATIVE PLEADINGS LISTED BY PROPERTY

| FULL ADDRESS | FULL CASE | Claimant | NO |
|---|---|---|---|
| 8777 Cobblestone Preserve Ct Boynton Beach, FL 33472 Sub/Dev: Countryside Meadows a/k/a | Payton v. Knauf Gips KG MDL 09-cv-07628 | Foster, Katherine | 1 |
|  | Rogers v. Knauf Gips KG MDL 10-cv-00362 | Foster, Katherine | 1 |
| **8777 Cobblestone Preserve Ct Boynton Beach, FL 33472 Sub/Dev: Countryside Meadows a/k/a Cobblestone Creek at B & A, LLC Lot: 21 Blk: 2 Total** |  |  | **4** |
| 8797 Cobblestone Pt Cir Boynton Beach, FL 33472 Sub/Dev: Countryside Meadows a/k/a Cobblestone Creek at B & A, LLC Lot: 80 Blk: 1 | Raymond v. Centerline Homes, Inc. 15th Jud Cir 09-CA-019779 | Raymond, Davidson & Raymond, Jean R | 1 |
|  | Wiltz v. Beijing New Building Materials, PLC MDL 10-cv-00361 | Raymond, Davidson & Robert, Jean | 1 |
| **8797 Cobblestone Pt Cir Boynton Beach, FL 33472 Sub/Dev: Countryside Meadows a/k/a Cobblestone Creek at B & A, LLC Lot: 80 Blk: 1 Total** |  |  | **2** |
| 8812 SW 203 Terr Miami, FL 33189 | Payton v. Knauf Gips KG MDL 09-cv-07628 | Sardina, Raymond | 1 |
|  | Sardina v. Knauf Gips KG MDL 09-cv-04304 | Sardina, Raymond | 1 |
| **8812 SW 203 Terr Miami, FL 33189 Total** |  |  | **2** |
| 8830 Cobblestone Pt Cir Boynton Beach, FL 33472 Sub/Dev: Countryside Meadows a/k/a Cobblestone Creek at B & A, LLC Lot: 20 Blk: 1 | Marchese v. Centerline Homes, Inc. Inc 15th Jud Cir 09-CA-014522 | Marchese, Troy & Marchese, Dina (h/w) | 1 |
|  | Wiltz v. Beijing New Building Materials, PLC MDL 10-cv-00361 | Marchese, Troy & Dina | 1 |
| **8830 Cobblestone Pt Cir Boynton Beach, FL 33472 Sub/Dev: Countryside Meadows a/k/a Cobblestone Creek at B & A, LLC Lot: 20 Blk: 1 Total** |  |  | **2** |

DUPLICATIVE PLEADINGS LISTED BY PROPERTY

| FULL ADDRESS | FULL CASE | Claimant | No |
|---|---|---|---|
| 8859 Cobblestone Pt Cir Boynton Beach, FL 33472 Sub/Dev: Countryside Meadows a/k/a Cobblestone Creek at B & A, LLC Lot: 73 Blk: 1 | Morakis v. Centerline Homes, Inc. Inc 15th Jud Cir 09-CA-019773 | Morakis, Nick & Morakis, Karen (h/w) | 1 |
| | Wiltz v. Beijing New Building Materials, PLC MDL 10-cv-00361 | Morakis, Nick & Karen | 1 |
| **8859 Cobblestone Pt Cir Boynton Beach, FL 33472 Sub/Dev: Countryside Meadows a/k/a Cobblestone Creek at B & A, LLC Lot: 73 Blk: 1 Total** | | | **2** |
| 8881 Cobblestone Pt Cir Boynton Beach, FL 33472 Sub/Dev: Countryside Meadows a/k/a Cobblestone Creek at B & A, LLC Lot: 71 Blk: 1 | Giannetti v. Centerline Homes, Inc. 15th Jud Cir 09-CA-014528 | Giannetti, Dominic & Giannetti, Lauren M Newman (h/w) | 1 |
| | Wiltz v. Beijing New Building Materials, PLC MDL 10-cv-00361 | Gianetti, Dominic & Lauren | 1 |
| **8881 Cobblestone Pt Cir Boynton Beach, FL 33472 Sub/Dev: Countryside Meadows a/k/a Cobblestone Creek at B & A, LLC Lot: 71 Blk: 1 Total** | | | **2** |
| 8890 SW 229 St Miami, FL 33190 | Gross v. Knauf Gips KG MDL 09-cv-06690 | Miranda, Jose & Adela | 1 |
| | Wiltz v. Beijing New Building Materials, PLC MDL 10-cv-00361 | Miranda, Jose | 1 |
| **8890 SW 229 St Miami, FL 33190 Total** | | | **2** |
| 8911 Cobblestone Pt Cir Boynton Beach, FL 33472 Sub/Dev: Countryside Meadows a/k/a Cobblestone Creek at B & A, LLC Lot: 66 Blk: 1 | Gallacher v. Centerline Homes, Inc. 15th Jud Cir 09-CA-014459 | Gallacher, Michael & Baker, Randal J | 1 |
| | Wiltz v. Beijing New Building Materials, PLC MDL 10-cv-00361 | Baker, Michael Gallacher & Randall | 1 |

DUPLICATIVE PLEADINGS LISTED BY PROPERTY

| FULL ADDRESS | FULL CASE | Claimant | NO |
|---|---|---|---|
| 8911 Cobblestone Pt Cir<br>Boynton Beach, FL 33472<br>Sub/Dev: Countryside Meadows a/k/a<br>Cobblestone Creek at B & A, LLC<br>Lot: 66 Blk: 1 Total | | | 2 |
| 900 E Marion Ave, Unit Clubhouse<br>Punta Gorda, FL 33950 | Payton v. Knauf Gips KG<br>MDL<br>09-cv-07628 | Peach Harbor Clubhouse | 1 |
| | Rogers v. Knauf Gips KG<br>MDL<br>10-cv-00362 | Peace Harbor Condo<br>Association | 1 |
| 900 E Marion Ave, Unit Clubhouse<br>Punta Gorda, FL 33950 Total | | | 2 |
| 9001 Sunrise Lakes Blvd, Unit 311<br>Sunrise, FL 33322 | Gross v. Knauf Gips KG<br>MDL<br>09-cv-06690 | Battista, Leo | 1 |
| | Payton v. Knauf Gips KG<br>MDL<br>09-cv-07628 | Battista, Leo Battista, c/o<br>Louis | 1 |
| 9001 Sunrise Lakes Blvd, Unit 311<br>Sunrise, FL 33322 Total | | | 2 |
| 921 Acroft Ave<br>Lehigh Acres, FL 33971 | Payton v. Knauf Gips KG<br>MDL<br>09-cv-07628 | Ghafari, David | 1 |
| | Wiltz v. Beijing New Building<br>Materials, PLC<br>MDL<br>10-cv-00361 | Ghafari, David | 1 |
| 921 Acroft Ave<br>Lehigh Acres, FL 33971 Total | | | 2 |
| 921 NW 8 Pl<br>Cape Coral, FL 33993 | Gross v. Knauf Gips KG<br>MDL<br>09-cv-06690 | Lester, John & Lester, Jacine<br>& Schiller, Larry | 1 |
| | Wiltz v. Beijing New Building<br>Materials, PLC<br>MDL<br>10-cv-00361 | Lester, John & Lester, Jacine<br>& Schiller, Larry | 1 |
| 921 NW 8 Pl<br>Cape Coral, FL 33993 Total | | | 2 |
| 923 SW 146 Terr<br>Pembroke Pines, FL 33027 | Payton v. Knauf Gips KG<br>MDL<br>09-cv-07628 | Acosta, Carlos | 1 |
| | Rogers v. Knauf Gips KG<br>MDL<br>10-cv-00362 | Acosta, Carlos | 1 |
| 923 SW 146 Terr<br>Pembroke Pines, FL 33027 Total | | | 2 |
| 925 SW 146 Terr<br>Pembroke Pines, FL 33027 | Gross v. Knauf Gips KG<br>MDL<br>09-cv-06690 | Fordham, Allen & Anissa | 1 |

## DUPLICATIVE PLEADINGS LISTED BY PROPERTY

| FULL ADDRESS | FULL CASE | Claimant | NO. |
|---|---|---|---|
| 925 SW 146 Terr Pembroke Pines, FL 33027 | Payton v. Knauf Gips KG MDL 09-cv-07628 | Fordham, Leroy & Bernadette Floyd & Allen & Amisa | 1 |
| | Rogers v. Knauf Gips KG MDL 10-cv-00362 | Fordham, Allen & Anissa | 1 |
| **925 SW 146 Terr Pembroke Pines, FL 33027 Total** | | | **3** |
| 927 SW 4 Ave Cape Coral, FL 33991 | Payton v. Knauf Gips KG MDL 09-cv-07628 | Frazier, Larry & Dorothy | 1 |
| | Rogers v. Knauf Gips KG MDL 10-cv-00362 | Frazier, Larry & Dorothy | 1 |
| **927 SW 4 Ave Cape Coral, FL 33991 Total** | | | **2** |
| 93 Queens Rd N Hutchinson Island, FL | Payton v. Knauf Gips KG MDL 09-cv-07628 | Fleming, Alan | 1 |
| | Rogers v. Knauf Gips KG MDL 10-cv-00362 | Fleming, Alan | 1 |
| **93 Queens Rd N Hutchinson Island, FL  Total** | | | **2** |
| 9308 Scarborough Ct Port St Lucie, FL 34986 | Payton v. Knauf Gips KG MDL 09-cv-07628 | Catalogna, Michael & Phyllis | 1 |
| | Rogers v. Knauf Gips KG MDL 10-cv-00362 | Catalogna, Michael & Phyllis | 1 |
| **9308 Scarborough Ct Port St Lucie, FL 34986 Total** | | | **2** |
| 9311 Sarborough Ct Port St Lucie, FL 34986 | Payton v. Knauf Gips KG MDL 09-cv-07628 | Anderson, Mark | 1 |
| | Rogers v. Knauf Gips KG MDL 10-cv-00362 | Anderson, Mark | 1 |
| **9311 Sarborough Ct Port St Lucie, FL 34986 Total** | | | **2** |
| 9312 Scarborough Ct Port St Lucie, FL 34986 | Payton v. Knauf Gips KG MDL 09-cv-07628 | Gascon, Ed | 1 |
| | Rogers v. Knauf Gips KG MDL 10-cv-00362 | Gascon, Ed | 1 |
| **9312 Scarborough Ct Port St Lucie, FL 34986 Total** | | | **2** |

Updated: 3/2/2010

## DUPLICATIVE PLEADINGS LISTED BY PROPERTY

| FULL ADDRESS | FULL CASE | Claimant | |
|---|---|---|---|
| 9341 Eden Manor Parkland, FL 33076 | Payton v. Knauf Gips KG MDL 09-cv-07628 | Eisenfelder, Scott & Jilea | 1 |
| | | WCI Chinese Drywall Property Damage & Personal Injury Settlement Trust | 1 |
| **9341 Eden Manor Parkland, FL 33076 Total** | | | **2** |
| 9351 Eden Manor Parkland, FL 33076 | Payton v. Knauf Gips KG MDL 09-cv-07628 | WCI Chinese Drywall Property Damage & Personal Injury Settlement Trust | 1 |
| | Rogers v. Knauf Gips KG MDL 10-cv-00362 | Romelus, Jay | 1 |
| **9351 Eden Manor Parkland, FL 33076 Total** | | | **2** |
| 9355 Cobblestone Brook Ct Boynton Beach, FL 33472 Sub/Dev: Countryside Meadows a/k/a Cobblestone Creek at B & A, LLC Lot: 101 Blk: 1 | Siegel v. Centerline Homes, Inc. 15th Jud Cir 09-CA-014588 | Siegel, Wayne | 1 |
| | Wiltz v. Beijing New Building Materials, PLC MDL 10-cv-00361 | Siegel, Wayne & Mandy | 1 |
| **9355 Cobblestone Brook Ct Boynton Beach, FL 33472 Sub/Dev: Countryside Meadows a/k/a Cobblestone Creek at B & A, LLC Lot: 101 Blk: 1 Total** | | | **2** |
| 9401 Sarborough Ct Port St Lucie, FL 34896 | Payton v. Knauf Gips KG MDL 09-cv-07628 | Edelman, Michael | 1 |
| | Rogers v. Knauf Gips KG MDL 10-cv-00362 | Edelman, Michael | 1 |
| **9401 Sarborough Ct Port St Lucie, FL 34896 Total** | | | **2** |
| 9407 Bridgebrook Dr Boca Raton, FL 33496 Sub/Dev: The Oaks at Boca Raton PL-6 Lot: 2 Blk: C1 | Novello v. Albanese-Popkin The Oaks Development Group, LP 15th Jud Cir 09-CA-033729 | Novello, Robin | 1 |
| | Payton v. Knauf Gips KG MDL 09-cv-07628 | Novello, Robin | 1 |

## DUPLICATIVE PLEADINGS LISTED BY PROPERTY

| FULL ADDRESS | FULL CASE | Claimant | No |
|---|---|---|---|
| 9407 Bridgebrook Dr Boca Raton FL 33496 | Rogers v. Knauf Gips KG MDL 10-cv-00362 | Novello, Robin | 1 |
| **9407 Bridgebrook Dr Boca Raton, FL 33496 Sub/Dev: The Oaks at Boca Raton PL-6 Lot: 2 Blk: C1 Total** | | | **3** |
| 9409 Scarborough Ct Port St Lucie FL 34986 | Payton v. Knauf Gips KG MDL 09-cv-07628 | Lemmon, Dennis & Helen | 1 |
| | Rogers v. Knauf Gips KG MDL 10-cv-00362 | Lemmon, Dennis & Helen | 1 |
| **9409 Scarborough Ct Port St Lucie, FL 34986 Total** | | | **2** |
| 9413 Carborouogh Ct Port St Lucie FL 34986 | Payton v. Knauf Gips KG MDL 09-cv-07628 | Thayer, Thomas | 1 |
| | Rogers v. Knauf Gips KG MDL 10-cv-00362 | Thayer, Thomas | 1 |
| **9413 Carborouogh Ct Port St Lucie, FL 34986 Total** | | | **2** |
| 9420 Eden Manor Parkland FL 33076 | Gross v. Knauf Gips KG MDL 09-cv-06690 | Barnett, Dean o/b/o Wilbar Investments, LLC | 1 |
| | | Wilbar Investments, LLC, a FL Corporation | 1 |
| | Payton v. Knauf Gips KG MDL 09-cv-07628 | Wilbar Investments, LLC, Dean Barnett, President | 1 |
| **9420 Eden Manor Parkland, FL 33076 Total** | | | **3** |
| 9451 Portside Terr Bradenton FL 34212 | Gross v. Knauf Gips KG MDL 09-cv-06690 | Norton, James | 1 |
| | Payton v. Knauf Gips KG MDL 09-cv-07628 | Norton, James P & Joan C | 1 |
| | | WCI Chinese Drywall Property Damage & Personal Injury Settlement Trust | 1 |
| **9451 Portside Terr Bradenton, FL 34212 Total** | | | **3** |
| 9471 Cobblestone Creek Dr Boynton Beach FL 33472 Sub/Dev: countryside Meadows a/k/a Cobblestone Creek at B & A LLC Lot: 59 Blk: 1 | Forte v. Centerline Homes, Inc. 15th Jud Cir 09-CA-019759 | Forte, Louise M | 1 |

DUPLICATIVE PLEADINGS LISTED BY PROPERTY

| FULL ADDRESS | FULL CASE | Claimant | No |
|---|---|---|---|
| 9477 Cobblestone Creek Dr Boynton Beach, FL 33472 Sub/Dev: Countryside Meadows a/k/a Cobblestone Creek at B & A, LLC | Wiltz v. Beijing New Building Materials, PLC MDL 10-cv-00361 | Forte, Louise M | 1 |
| 9477 Cobblestone Creek Dr Boynton Beach, FL 33472 Sub/Dev: Countryside Meadows a/k/a Cobblestone Creek at B & A, LLC Lot: 59 Blk: 1 Total | | | 2 |
| 9480 Eden Manor Parkland, FL 33076 | Payton v. Knauf Gips KG MDL 09-cv-07628 | Christian, Firdie & Deyse | 1 |
| | | WCI Chinese Drywall Property Damage & Personal Injury Settlement Trust | 1 |
| 9480 Eden Manor Parkland, FL 33076 Total | | | 2 |
| 9481 Eden Manor Parkland, FL 33076 | Payton v. Knauf Gips KG MDL 09-cv-07628 | Howard, Evelyn | 1 |
| | | WCI Chinese Drywall Property Damage & Personal Injury Settlement Trust | 1 |
| 9481 Eden Manor Parkland, FL 33076 Total | | | 2 |
| 9490 Eden Manor Parkland, FL 33076 | Payton v. Knauf Gips KG MDL 09-cv-07628 | Ghate, Bageshri & Dilip | 1 |
| | | WCI Chinese Drywall Property Damage & Personal Injury Settlement Trust | 1 |
| 9490 Eden Manor Parkland, FL 33076 Total | | | 2 |
| 9492 Cobblestone Creek Dr Boynton Beach, FL 33472 Sub/Dev: Countryside Meadows a/k/a Cobblestone Creek at B & A, LLC Lot: 4 Blk: 1 | Cherba v. Centerline Homes, Inc. 15th Jud Clr 09-CA-019749 | Cherba, Alexandr | 1 |
| | Wiltz v. Beijing New Building Materials, PLC MDL 10-cv-00361 | Cherba, Alexander | 1 |

DUPLICATIVE PLEADINGS LISTED BY PROPERTY

| FULL ADDRESS | FULL CASE | Claimant | No |
|---|---|---|---|
| **9492 Cobblestone Creek Dr**<br>**Boynton Beach, FL 33472**<br>**Sub/Dev: Countryside Meadows a/k/a**<br>**Cobblestone Creek at B & A, LLC**<br>**Lot: 4 Blk: 1 Total** | | | **2** |
| 9507 Exbury Ct<br>Parkland, FL 33076 | Payton v. Knauf Gips KG MDL 09-cv-07628 | Quebbeman, Brad & Lisa | 1 |
| | | WCI Chinese Drywall Property Damage & Personal Injury Settlement Trust | 1 |
| **9507 Exbury Ct**<br>**Parkland, FL 33076 Total** | | | **2** |
| 9528 Eden Manor<br>Parkland, FL 33076 | Payton v. Knauf Gips KG MDL 09-cv-07628 | Caputo, Mark & Lisa | 1 |
| | | WCI Chinese Drywall Property Damage & Personal Injury Settlement Trust | 1 |
| **9528 Eden Manor**<br>**Parkland, FL 33076 Total** | | | **2** |
| 9537 Kenley Ct<br>Parkland, FL 33076 | Payton v. Knauf Gips KG MDL 09-cv-07628 | Horvit, Adam & Marilyn | 1 |
| | | WCI Chinese Drywall Property Damage & Personal Injury Settlement Trust | 1 |
| **9537 Kenley Ct**<br>**Parkland, FL 33076 Total** | | | **2** |
| 9541 Eden Manor<br>Parkland, FL 33076 | Payton v. Knauf Gips KG MDL 09-cv-07628 | Verger, Jose & Valerie | 1 |
| | | WCI Chinese Drywall Property Damage & Personal Injury Settlement Trust | 1 |
| **9541 Eden Manor**<br>**Parkland, FL 33076 Total** | | | **2** |
| 9547 Cinnamon Ct<br>Parkland, FL 33076 | Payton v. Knauf Gips KG MDL 09-cv-07628 | Borodiak, Ivan | 1 |
| | | WCI Chinese Drywall Property Damage & Personal Injury Settlement Trust | 1 |
| **9547 Cinnamon Ct**<br>**Parkland, FL 33076 Total** | | | **2** |

Updated: 3/2/2010

## DUPLICATIVE PLEADINGS LISTED BY PROPERTY

| FULL ADDRESS | FULL CASE | Claimant | No |
|---|---|---|---|
| 9551 Eden Manor Parkland, FL 33076 | Payton v. Knauf Gips KG MDL 09-cv-07628 | Jackson, Leonard & Juliet | 1 |
| | | WCI Chinese Drywall Property Damage & Personal Injury Settlement Trust | 1 |
| | Rogers v. Knauf Gips KG MDL 10-cv-00362 | Jackson, Leonard & Juliet | 1 |
| **9551 Eden Manor Parkland, FL 33076 Total** | | | **3** |
| 9558 Eden Manor Parkland, FL 33076 | Payton v. Knauf Gips KG MDL 09-cv-07628 | Cullin, Thomas & Delcie | 1 |
| | | WCI Chinese Drywall Property Damage & Personal Injury Settlement Trust | 1 |
| **9558 Eden Manor Parkland, FL 33076 Total** | | | **2** |
| 9561 Kenley Ct Parkland, FL 33076 | Payton v. Knauf Gips KG MDL 09-cv-07628 | Braun, Michael & Ilana | 2 |
| **9561 Kenley Ct Parkland, FL 33076 Total** | | | **2** |
| 9567 Cinnamon Ct Parkland, FL 33076 | Payton v. Knauf Gips KG MDL 09-cv-07628 | McNitt, David & Sharon | 1 |
| | | WCI Chinese Drywall Property Damage & Personal Injury Settlement Trust | 1 |
| **9567 Cinnamon Ct Parkland, FL 33076 Total** | | | **2** |
| 9581 Eden Manor Parkland, FL 33076 | Payton v. Knauf Gips KG MDL 09-cv-07628 | Smith, Donald & Winsome | 1 |
| | | WCI Chinese Drywall Property Damage & Personal Injury Settlement Trust | 1 |
| **9581 Eden Manor Parkland, FL 33076 Total** | | | **2** |
| 9581 Eden Manor Parkland, FL 33076 | Gross v. Knauf Gips KG MDL 09-cv-06690 | Fifteen B's LC | 1 |
| | Payton v. Knauf Gips KG MDL 09-cv-07628 | Fifteen Bs, LC, Isaac Bruce, Carl Santagelo | 1 |

## DUPLICATIVE PLEADINGS LISTED BY PROPERTY

| FULL ADDRESS | FULL CASE | Claimant | NO |
|---|---|---|---|
| 9584 Ginger Ct<br>Parkland, FL 33076 | Payton v. Knauf Gips KG<br>MDL<br>09-cv-07628 | WCI Chinese Drywall<br>Property Damage &<br>Personal Injury Settlement<br>Trust | 1 |
| **9584 Ginger Ct<br>Parkland, FL 33076 Total** | | | **3** |
| 9596 Cobblestone Creek Dr<br>Boynton Beach, FL 33472 | Gross v. Knauf Gips KG<br>MDL<br>09-cv-06690 | Acosta, Amparo | 1 |
| | Payton v. Knauf Gips KG<br>MDL<br>09-cv-07628 | Acosta, Amparo | 1 |
| **9596 Cobblestone Creek Dr<br>Boynton Beach, FL 33472 Total** | | | **2** |
| 9596 Cobblestone Creek Dr<br>Boynton Beach, FL 33472<br>Sub/Dev: Countryside Meadows a/k/a<br>Cobblestone Creek at B & A, LLC<br>Lot: 6 Blk: 2 | Martin v. Northstar Holdings,<br>Inc.<br>15th Jud Cir<br>09-CA-014595 | Martin, Robert & Acela | 1 |
| | Payton v. Knauf Gips KG<br>MDL<br>09-cv-07628 | Martin, Robert & Acela | 1 |
| **9596 Cobblestone Creek Dr<br>Boynton Beach, FL 33472<br>Sub/Dev: Countryside Meadows a/k/a<br>Cobblestone Creek at B & A, LLC<br>Lot: 6 Blk: 2 Total** | | | **2** |
| 9597 Cinnamon Ct<br>Parkland, FL 33076 | Payton v. Knauf Gips KG<br>MDL<br>09-cv-07628 | Ventimiglia, Sal | 1 |
| | | WCI Chinese Drywall<br>Property Damage &<br>Personal Injury Settlement<br>Trust | 1 |
| **9597 Cinnamon Ct<br>Parkland, FL 33076 Total** | | | **2** |
| 9601 Eden Manor<br>Parkland, FL 33076 | Payton v. Knauf Gips KG<br>MDL<br>09-cv-07628 | Baggiero, Alan & Dena | 1 |
| | | WCI Chinese Drywall<br>Property Damage &<br>Personal Injury Settlement<br>Trust | 1 |
| **9601 Eden Manor<br>Parkland, FL 33076 Total** | | | **2** |
| 9607 Cinnamon Ct<br>Parkland, FL 33076 | Payton v. Knauf Gips KG<br>MDL<br>09-cv-07628 | Campola, Patsy & Maureen | 1 |

## DUPLICATIVE PLEADINGS LISTED BY PROPERTY

| FULL ADDRESS | FULL CASE | Claimant | No |
|---|---|---|---|
| 9607 Cinnamon Ct Parkland, FL 33076 | Payton v. Knauf Gips KG MDL 09-cv-07628 | WCI Chinese Drywall Property Damage & Personal Injury Settlement Trust | 1 |
| | Wiltz v. Beijing New Building Materials, PLC MDL 10-cv-00361 | Campola, Patsy & Maureen | 1 |
| **9607 Cinnamon Ct Parkland, FL 33076 Total** | | | **3** |
| 9607 Exbury Ct Parkland, FL 33076 | Gross v. Knauf Gips KG MDL 09-cv-06690 | Gobos, Peter V | 1 |
| | Payton v. Knauf Gips KG MDL 09-cv-07628 | Gobos, Peter V | 1 |
| | | WCI Chinese Drywall Property Damage & Personal Injury Settlement Trust | 1 |
| **9607 Exbury Ct Parkland, FL 33076 Total** | | | **3** |
| 9608 Kenley Ct Parkland, FL 33076 | Gross v. Knauf Gips KG MDL 09-cv-06690 | Cianfrini, Jerry | 1 |
| | Payton v. Knauf Gips KG MDL 09-cv-07628 | Cianfrini, Jerry | 1 |
| **9608 Kenley Ct Parkland, FL 33076 Total** | | | **2** |
| 9611 Clemmons St Parkland, FL 33076 | Payton v. Knauf Gips KG MDL 09-cv-07628 | Ross, Agnes | 1 |
| | | WCI Chinese Drywall Property Damage & Personal Injury Settlement Trust | 1 |
| **9611 Clemmons St Parkland, FL 33076 Total** | | | **2** |
| 9615 Clemmons St Parkland, FL 33076 Shadow Parkland Golf & Country Club Rep 2 Lot 62 Blk B | Payton v. Knauf Gips KG MDL 09-cv-07628 | Schnee, Lawrence, & Riesz, Jennifer | 1 |
| | | WCI Chinese Drywall Property Damage & Personal Injury Settlement Trust | 1 |

## DUPLICATIVE PLEADINGS LISTED BY PROPERTY

| FULL ADDRESS | FULL CASE | Claimant | No |
|---|---|---|---|
| 9619 Clemmons St Parkland, FL 33076 Sub/Dev: Parkland Golf & Country Club | Riesz v. Knauf Plasterboard Tianjin Co. MDL 09-cv-04116 | Riesz, Lawrence & Schnee, Jennifer | 1 |
| **9619 Clemmons St Parkland, FL 33076 Sub/Dev: Parkland Golf & Country Club RP-2 Lot: 67 Blk: H Total** | | | **3** |
| 9630 Eden Manor Parkland, FL 33076 | Payton v. Knauf Gips KG MDL 09-cv-07628 | Cullin, Thomas & Delcie | 1 |
| | | Gallo, Louis | 1 |
| | | WCI Chinese Drywall Property Damage & Personal Injury Settlement Trust | 2 |
| **9630 Eden Manor Parkland, FL 33076 Total** | | | **4** |
| 9642 Clemmons St Parkland, FL 33076 | Payton v. Knauf Gips KG MDL 09-cv-07628 | Esmail, Nasim | 1 |
| | | WCI Chinese Drywall Property Damage & Personal Injury Settlement Trust | 1 |
| **9642 Clemmons St Parkland, FL 33076 Total** | | | **2** |
| 9650 Eden Manor Parkland, FL 33076 | Payton v. Knauf Gips KG MDL 09-cv-07628 | Awadallah, Mazen | 1 |
| | | WCI Chinese Drywall Property Damage & Personal Injury Settlement Trust | 1 |
| **9650 Eden Manor Parkland, FL 33076 Total** | | | **2** |
| 9661 Cobblestone Creek Boynton Beach, FL 33472 | Payton v. Knauf Gips KG MDL 09-cv-07628 | Anise, Maikel & Karen | 1 |
| | Wiltz v. Beijing New Building Materials, PLC MDL 10-cv-00361 | Anise, Maikel & Karen | 1 |
| **9661 Cobblestone Creek Boynton Beach, FL 33472 Total** | | | **2** |
| 9661 Cobblestone Creek Boynton Beach, FL 33472 | Payton v. Knauf Gips KG MDL 09-cv-07628 | Boersma, Kenneth & Victoria | 1 |

DUPLICATIVE PLEADINGS LISTED BY PROPERTY

| FULL ADDRESS | FULL CASE | Claimant | No |
|---|---|---|---|
| 9664 Cobblestone Creek Dr<br>Boynton Beach, FL 33472 | Wiltz v. Beijing New Building<br>Materials, PLC<br>MDL<br>10-cv-00361 | Boersma, Kenneth &<br>Victoria | 1 |
| **9664 Cobblestone Creek Dr<br>Boynton Beach, FL 33472 Total** | | | 2 |
| 9668 Ginger Ct<br>Parkland, FL 33076<br>Sub/Dev: Parkland Golf & Country Club<br>RP-2<br>Lot: 34 Blk: S | Kupfer v. Knauf Gips KG<br>17th Jud Cir<br>09-022692-CACE | Kupfer, Lawrence &<br>Kupher, Robin (h/w) | 1 |
| | Payton v. Knauf Gips KG<br>MDL<br>09-cv-07628 | Kupfer, Larry & Robin | 1 |
| | | WCI Chinese Drywall<br>Property Damage &<br>Personal Injury Settlement<br>Trust | 1 |
| **9668 Ginger Ct<br>Parkland, FL 33076<br>Sub/Dev: Parkland Golf & Country Club<br>RP-2<br>Lot: 34 Blk: S Total** | | | 3 |
| 9669 Cobblestone Creek Dr<br>Boynton Beach, FL 33472<br>Sub/Dev: Countryside Meadows a/k/a<br>Cobblestone Creek at B & A, LLC<br>Lot: 68 Blk: 2 | Galvos v. Northstar Holdings,<br>Inc.<br>15th Jud Cir<br>09-CA-014561 | Galvos, Luis | 1 |
| | Gross v. Knauf Gips KG<br>MDL<br>09-cv-06690 | Galvis, Luis & Beatriz | 1 |
| **9669 Cobblestone Creek Dr<br>Boynton Beach, FL 33472<br>Sub/Dev: Countryside Meadows a/k/a<br>Cobblestone Creek at B & A, LLC<br>Lot: 68 Blk: 2 Total** | | | 2 |
| 9679 Clemmons St<br>Parkland, FL 33076 | Payton v. Knauf Gips KG<br>MDL<br>09-cv-07628 | Laguerre, Lucien | 1 |
| | | WCI Chinese Drywall<br>Property Damage &<br>Personal Injury Settlement<br>Trust | 1 |
| **9679 Clemmons St<br>Parkland, FL 33076 Total** | | | 2 |
| 9701 Cobblestone Creek Dr<br>Boynton Beach, FL 33472 | Gross v. Knauf Gips KG<br>MDL<br>09-cv-06690 | Ortiz, Amelia & Mark | 1 |

DUPLICATIVE PLEADINGS LISTED BY PROPERTY

| FULL ADDRESS | FULL CASE | Claimant | NO |
|---|---|---|---|
| 9701 Cobblestone Creek Dr Boynton Beach, FL 33472 | Payton v. Knauf Gips KG MDL 09-cv-07628 | Ortiz, Amelia, & Ortiz, Mark & Ortiz, Candace & Ortiz, Brianna | 1 |
| **9701 Cobblestone Creek Dr Boynton Beach, FL 33472 Total** | | | **2** |
| 9701 Ginger Ct Parkland, FL 33076 | Payton v. Knauf Gips KG MDL 09-cv-07628 | Field, Theodore & Leslie | 1 |
| | | WCI Chinese Drywall Property Damage & Personal Injury Settlement Trust | 1 |
| | Rogers v. Knauf Gips KG MDL 10-cv-00362 | Field, Theodore & Leslie | 1 |
| **9701 Ginger Ct Parkland, FL 33076 Total** | | | **3** |
| 9702 Clemmons St Parkland, FL 33076 | Payton v. Knauf Gips KG MDL 09-cv-07628 | Massachi, Amy Yorelle Hrouch | 1 |
| | | WCI Chinese Drywall Property Damage & Personal Injury Settlement Trust | 1 |
| **9702 Clemmons St Parkland, FL 33076 Total** | | | **2** |
| 9707 Cinnamon Ct Parkland, FL 33076 | Gross v. Knauf Gips KG MDL 09-cv-06690 | Goldblumand, John & Shirali, Asmita | 1 |
| | Payton v. Knauf Gips KG MDL 09-cv-07628 | Goldblum, John & Shirali, Asmita | 1 |
| | | WCI Chinese Drywall Property Damage & Personal Injury Settlement Trust | 1 |
| **9707 Cinnamon Ct Parkland, FL 33076 Total** | | | **3** |
| 9757 Cobblestone Creek Dr Boynton Beach, FL 33472 | Payton v. Knauf Gips KG MDL 09-cv-07628 | Kraham, Stuart | 1 |
| | Rogers v. Knauf Gips KG MDL 10-cv-00362 | Kraham, Stuart | 1 |
| **9757 Cobblestone Creek Dr Boynton Beach, FL 33472 Total** | | | **2** |
| 9757 Cobblestone Creek Dr Boynton Beach, FL 33472 | Payton v. Knauf Gips KG MDL 09-cv-07628 | Dion, David & Parks, Eunice | 1 |

## DUPLICATIVE PLEADINGS LISTED BY PROPERTY

| FULL ADDRESS | FULL CASE | Claimant | NO |
|---|---|---|---|
| 9781 Cobblestone Creek Boynton Beach, FL 33472 | Wiltz v. Beijing New Building Materials, PLC MDL 10-cv-00361 | Dion , David & Parks, Eunice | 1 |
| **9781 Cobblestone Creek Boynton Beach, FL 33472 Total** | | | **2** |
| 9782 Clemmons St Parkland, FL 33076 | Payton v. Knauf Gips KG MDL 09-cv-07628 | Kaufman, Jeffrey M & Linda F | 1 |
| | | WCI Chinese Drywall Property Damage & Personal Injury Settlement Trust | 1 |
| **9782 Clemmons St Parkland, FL 33076 Total** | | | **2** |
| 98 Stoney Dr Palm Beach Gardens, FL 33410 | Gross v. Knauf Gips KG MDL 09-cv-06690 | Delpapa, Pamela | 1 |
| | Payton v. Knauf Gips KG MDL 09-cv-07628 | Delpapa, Pamela | 1 |
| | | WCI Chinese Drywall Property Damage & Personal Injury Settlement Trust | 1 |
| **98 Stoney Dr Palm Beach Gardens, FL 33410 Total** | | | **3** |
| 9809 Cobblestone Lakes Ct Boynton Beach, FL 33472 | Payton v. Knauf Gips KG MDL 09-cv-07628 | Trees, Eric & Natalie | 1 |
| | Rogers v. Knauf Gips KG MDL 10-cv-00362 | Trees, Eric & Natalie | 1 |
| **9809 Cobblestone Lakes Ct Boynton Beach, FL 33472 Total** | | | **2** |
| 983 Fish Hook Cove Bradenton, FL 34212 | Gross v. Knauf Gips KG MDL 09-cv-06690 | Miller, Alan | 1 |
| | Payton v. Knauf Gips KG MDL 09-cv-07628 | Miller, Alan & Christine | 1 |
| | | WCI Chinese Drywall Property Damage & Personal Injury Settlement Trust | 1 |
| **983 Fish Hook Cove Bradenton, FL 34212 Total** | | | **3** |
| Boynton Beach | Payton v. Knauf Gips KG MDL 09-cv-07628 | Moses, William | 1 |

Updated: 3/2/2010

## DUPLICATIVE PLEADINGS LISTED BY PROPERTY

| FULL ADDRESS | FULL CASE | Claimant | NO. |
|---|---|---|---|
| 9864 Cobblestone Creek Dr Boynton Beach, FL 33472 | Rogers v. Knauf Gips KG MDL 10-cv-00362 | Moses, William | 1 |
| **9864 Cobblestone Creek Dr Boynton Beach, FL 33472 Total** | | | **2** |
| 987 Fish Hook Cove Bradenton, FL 34212 | Payton v. Knauf Gips KG MDL 09-cv-07628 | Cheeran, David C & Mary | 1 |
| | | WCI Chinese Drywall Property Damage & Personal Injury Settlement Trust | 1 |
| | Wiltz v. Beijing New Building Materials, PLC MDL 10-cv-00361 | Cheeran, Mary & David | 1 |
| **987 Fish Hook Cove Bradenton, FL 34212 Total** | | | **3** |
| 9878 Cobblestone Creek Dr Boynton Beach, FL 33472 | Payton v. Knauf Gips KG MDL 09-cv-07628 | Williams, Herbert | 1 |
| | Rogers v. Knauf Gips KG MDL 10-cv-00362 | Williams, Herbert | 1 |
| **9878 Cobblestone Creek Dr Boynton Beach, FL 33472 Total** | | | **2** |
| 9881 Sundance Ct Parkland, FL 33076 | Payton v. Knauf Gips KG MDL 09-cv-07628 | Plushko, Valentin & Nadezha | 1 |
| | | WCI Chinese Drywall Property Damage & Personal Injury Settlement Trust | 1 |
| **9881 Sundance Ct Parkland, FL 33076 Total** | | | **2** |
| 9900 Cobblestone Creek Dr Boynton Beach, FL 33472 Sun Dev Countryside Meadows Cobblestone Creek at P&A, LLC Lot 49 Blk 2 | Payton v. Knauf Gips KG MDL 09-cv-07628 | Wanounou, Susan & Yacov | 1 |
| | Rogers v. Knauf Gips KG MDL 10-cv-00362 | Wanounou, Susan & Yacov | 1 |
| | Wanounou v. Northstar Holdings, Inc. 15th Jud Cir 09-CA-019753 | Wanounou, Yacov | 1 |

## DUPLICATIVE PLEADINGS LISTED BY PROPERTY

| FULL ADDRESS | FULL CASE | Claimant | NO |
|---|---|---|---|
| **9909 Cobblestone Creek Dr**<br>**Boynton Beach, FL 33472**<br>**Sub/Dev: Countryside Meadows a/k/a**<br>**Cobblestone Creek at B & A, LLC**<br>**Lot: 39 Blk: 2 Total** | | | 3 |
| 991 Fish Hook Cove<br>Bradenton, FL 34212 | **Payton v. Knauf Gips KG**<br>**MDL**<br>**09-cv-07628** | Kim, Charles & Helen | 1 |
| | | WCI Chinese Drywall Property Damage & Personal Injury Settlement Trust | 1 |
| | **Wiltz v. Beijing New Building Materials, PLC**<br>**MDL**<br>**10-cv-00361** | Kim, Charles | 1 |
| **991 Fish Hook Cove**<br>**Bradenton, FL 34212 Total** | | | 3 |
| 9916 Cobblestone Creek Dr<br>Boynton Beach, FL 33472 | **Payton v. Knauf Gips KG**<br>**MDL**<br>**09-cv-07628** | DeJesus, Leslie | 1 |
| | **Rogers v. Knauf Gips KG**<br>**MDL**<br>**10-cv-00362** | DeJesus, Leslie | 1 |
| **9916 Cobblestone Creek Dr**<br>**Boynton Beach, FL 33472 Total** | | | 2 |
| 9917 Cobblestone Creek Dr<br>Boynton Beach, FL 33472<br>Sub/Dev: Countryside Meadows a/k/a<br>Cobblestone Creek at B & A, LLC<br>Lot: 38 Blk: 2 | **Coplin v. Northstar Holdings, Inc.**<br>**15th Jud Cir**<br>**09-CA-019775** | Coplin, Jose | 1 |
| | **Payton v. Knauf Gips KG**<br>**MDL**<br>**09-cv-07628** | Coplin, Jose | 1 |
| | **Rogers v. Knauf Gips KG**<br>**MDL**<br>**10-cv-00362** | Coplin, Jose | 1 |
| **9917 Cobblestone Creek Dr**<br>**Boynton Beach, FL 33472**<br>**Sub/Dev: Countryside Meadows a/k/a**<br>**Cobblestone Creek at B & A, LLC**<br>**Lot: 38 Blk: 2 Total** | | | 3 |
| 9922 Cobblestone Creek Dr<br>Boynton Beach, FL 33472 | **Payton v. Knauf Gips KG**<br>**MDL**<br>**09-cv-07628** | Weifang, Frank & Zheng, Ziaojuan | 1 |
| | **Rogers v. Knauf Gips KG**<br>**MDL**<br>**10-cv-00362** | Weifang Frank & Zheng, Ziaojuan | 1 |

### DUPLICATIVE PLEADINGS LISTED BY PROPERTY

| FULL ADDRESS | FULL CASE | Claimant | NO |
|---|---|---|---|
| **9932 Cobblestone Creek Dr** **Boynton Beach, FL 33472 Total** | | | **2** |
| 9932 Cobblestone Creek Dr Boynton Beach, FL 33472 | Payton v. Knauf Gips KG MDL 09-cv-07628 | Knouff, John & Jacqueline | 1 |
| | Rogers v. Knauf Gips KG MDL 10-cv-00362 | Knouff, John & Jacqueline | 1 |
| **9933 Cobblestone Creek Dr** **Boynton Beach, FL 33472 Total** | | | **2** |
| 9943 Cobblestone Creek Dr Boynton Beach, FL 33472 | Payton v. Knauf Gips KG MDL 09-cv-07628 | Genoune, Meir | 1 |
| | Rogers v. Knauf Gips KG MDL 10-cv-00362 | Genoune, Meir | 1 |
| **9943 Cobblestone Creek Dr** **Boynton Beach, FL 33472 Total** | | | **2** |
| 9956 Cobblestone Creek Dr Boynton Beach, FL 33472 | Payton v. Knauf Gips KG MDL 09-cv-07628 | Risko, Dawn | 1 |
| | Rogers v. Knauf Gips KG MDL 10-cv-00362 | Risko, Dawn | 1 |
| **9956 Cobblestone Creek Dr** **Boynton Beach, FL 33472 Total** | | | **2** |
| 9964 Cobblestone Creek Dr Boynton Beach, FL 33472 Sub/Dev: Countryside Meadows a/k/a Cobblestone Creek at B & A, LLC Lot: 101 Blk: 2 | Macias v. Northstar Holdings 15th Jud Cir 09-CA-014540 | Macias, Juan Carlos | 1 |
| | Payton v. Knauf Gips KG MDL 09-cv-07628 | Macias, Juan Carlos & Hernandez, Adrianna | 1 |
| | Rogers v. Knauf Gips KG MDL 10-cv-00362 | Macias, Juan Carlos Macias & Hernandez, Adrianna | 1 |
| **9964 Cobblestone Creek Dr** **Boynton Beach, FL 33472** **Sub/Dev: Countryside Meadows a/k/a** **Cobblestone Creek at B & A, LLC** **Lot: 101 Blk: 2 Total** | | | **3** |
| 9977 Rosewood St Parkland, FL 33076 | Payton v. Knauf Gips KG MDL 09-cv-07628 | Lapidot, Ori | 1 |
| | | WCI Chinese Drywall Property Damage & Personal Injury Settlement Trust | 1 |

## DUPLICATIVE PLEADINGS LISTED BY PROPERTY

| FULL ADDRESS | FULL CASE | Claimant | No |
|---|---|---|---|
| 9977 Rosewood St<br>Parkland, FL 33076 Total | | | 2 |
| 9980 Cobblestone Creek<br>Boynton Beach, FL 33472 | Payton v. Knauf Gips KG<br>MDL<br>09-cv-07628 | Gandhi, Shailesh &<br>Hemangini | 1 |
| | Rogers v. Knauf Gips KG<br>MDL<br>10-cv-00362 | Gandhi, Shailesh &<br>Hemangini | 1 |
| 9980 Cobblestone Creek<br>Boynton Beach, FL 33472 Total | | | 2 |
| 9981 Cobblestone Creek Dr<br>Boynton Beach, FL 33472<br>Sub/Dev: Countryside Meadows a/k/a<br>Cobblestone Creek at B & A, LLC<br>Lot: 30 Blk: 2 | Payton v. Knauf Gips KG<br>MDL<br>09-cv-07628 | Schumacher, Jay | 1 |
| | Rogers v. Knauf Gips KG<br>MDL<br>10-cv-00362 | Schumacher, Jay | 1 |
| | Schumacher v. Northstar<br>Holdings, Inc.<br>15th Jud Cir<br>09-CA-019744 | Schumacher, Jay L | 1 |
| 9981 Cobblestone Creek Dr<br>Boynton Beach, FL 33472<br>Sub/Dev: Countryside Meadows a/k/a<br>Cobblestone Creek at B & A, LLC<br>Lot: 30 Blk: 2 Total | | | 3 |
| 9997 Cobblestone Creek Dr<br>Boynton Beach, FL 33472<br>Sub/Dev: Countryside Meadows a/k/a<br>Cobblestone Creek at B & A, LLC<br>Lot: 28 Blk: 2 | Fleurantin v. Northstar<br>Holdings<br>15th Jud Cir<br>09-CA-014553 | Fleurantin, Toussaint | 1 |
| | Payton v. Knauf Gips KG<br>MDL<br>09-cv-07628 | Fleurantain, Toussaint &<br>Bernite | 1 |
| | Rogers v. Knauf Gips KG<br>MDL<br>10-cv-00362 | Fleurantain, Toussaint &<br>Bemite | 1 |
| 9997 Cobblestone Creek Dr<br>Boynton Beach, FL 33472<br>Sub/Dev: Countryside Meadows a/k/a<br>Cobblestone Creek at B & A, LLC<br>Lot: 28 Blk: 2 Total | | | 3 |
| Grand Total | | | |