UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2047 |
| | : | |
| | : | SECTION L |
| **THIS DOCUMENT RELATES TO:** | : | JUDGE FALLON |
| | : | |
| ALL CASES | : | MAG. JUDGE WILKINSON |

### EX PARTE MOTION FOR EXPEDITED HEARING ON BANNER SUPPLY CO., BANNER SUPPLY COMPANY OF POMPANO, LLC., BANNER SUPPLY COMPANY OF TAMPA, LLC., AND BANNER SUPPLY COMPANY OF FORT MYERS, LLC. EMERGENCY MOTION TO ENJOIN DUPLICATIVE STATE ACTIONS, OR, IN THE ALTERNATIVE, DISMISS OR STAY CERTAIN DUPLICATIVE FEDERAL CASES

**NOW COMES** Defendants Banner Supply Co., Banner Supply Company of Pompano, LLC., Banner Supply Company of Tampa, LLC., and Banner Supply Company of Fort Myers, LLC., who move for expedited consideration for their Emergency Motion to Enjoin Duplicative State Actions, or, in the Alternative, Dismiss or Stay Certain Duplicative Federal Cases. Due to the expediency with which this case is moving, and the substantial burdens being imposed upon the BANNER entities, it is necessary that the subject Motion be heard on an expedited basis.

Respectfully submitted,

/s/Jeffrey A. Backman
JAN DOUGLAS ATLAS
Fla. Bar No. 226246
JEFFREY A. BACKMAN
Fla. Bar No. 0662501
ADORNO & YOSS LLP
350 East Las Olas Boulevard; Suite 1700
Fort Lauderdale, FL 33301-4217
Telephone: (954) 763-01200
Facsimile: (954) 766-7800
Attorneys for Banner Supply CO., Banner Supply Company of Pompano, LLC.,

Banner Supply Company of Tampa, LLC., and Banner Supply Company of Fort Myers, LLC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing pleading has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of March, 2010.

/s/Jeffrey A. Backman
Jeffrey A. Backman

{218429.0005/N0817160_1}

2

ADORNO & YOSS LLP
350 EAST LAS OLAS BLVD. • SUITE 1700 • FT. LAUDERDALE, FLORIDA 33301 • TELEPHONE 954-763-1200 • FAX 954-766-7800