UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2047 |
| | : | SECTION L |
| **THIS DOCUMENT RELATES TO:** | : : | JUDGE FALLON |
| ALL CASES | : : : : | MAG. JUDGE WILKINSON |

## ORDER

Considering the Emergency Motion to Enjoin Duplicative State Action or in the Alternative, Dismiss or Stay Certain Duplicative Federal Cases.

IT IS HEREBY ORDERED that the hearing on the BANNER Entities Motion Enjoin Duplicative State Actions or in the Alternative, Dismiss or Stay Certain Duplicative Federal Cases, will be held on March 24, 2010, 9:00 a.m. CST in this Court, 500 Poydras Street, Room C456, New Orleans, Louisiana.

_____
JUDGE ELDON E. FALLON