UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: SEAN AND BETH PAYTON, et al vs. KNAUF GIPS, DG., et al Case No. 2:09-CV-7628 | * * * * * | JUDGE FALLON  MAGISTRATE WILKINSON |

## ORDER

Considering the motion of Defendant LTL Construction, Inc. to enroll/substitute new counsel and withdraw former counsel;

IT IS HEREBY ORDERED that C. Thomas Davidson of Davidson McWhirter, P.A. be allowed to withdraw as counsel of record and the following attorneys to be formally enrolled and substituted as counsel of record:

> Mr. Charles B. Long (La. Bar No. 22824)
> Mr. Thomas H. Peyton (La. Bar No. 32635)
> Krebs, Farley & Pelleteri, P.L.L.C.
> 400 Poydras Street, Suite 2500
> New Orleans, LA 70130
> Telephone:   504-299-3570
> Facsimile:   504-299-3582

New Orleans, Louisiana this __10th__ day of March, 2010.

_____
JUDGE