UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 2047 SECTION: L |
| **This Document Relates to:** *Robert C. Pate, as Trustee for the Chinese Drywall Trust*  *v.*  *American International Specialty Lines Insurance Company, et al.*  *Case No. 09-7791* | * * * * * * * | JUDGE: FALLON MAG: WILKINSON |

### AUTO-OWNERS INSURANCE COMPANY'S JOINDER IN CERTAIN DEFENDANTS' JOINT MOTION TO DISMISS FOR IMPROPER VENUE OR, IN THE ALTERNATIVE, TO TRANSFER ACTION TO THE MIDDLE DISTRICT OF FLORIDA

Defendant AUTO-OWNERS INSURANCE COMPANY ("Auto-Owners"), by and through its counsel, files this Motion to Dismiss for Improper Venue or, in the Alternative, to Transfer Action to the Middle District of Florida, and joins with and adopts Chartis Specialty Insurance Company (f/k/a American International Specialty Lines Insurance Company) and Lexington Insurance Company's Joint Motion to Dismiss for Improper Venue or, in the Alternative, to Transfer Action to the Middle District of Florida ("Motion")[Rec. Doc. 1326], for the reasons more fully set forth in the accompanying memorandum.

Respectfully submitted:

**LEAKE & ANDERSSON, L.L.P.**

*/s/ Amanda W. Vonderhaar*
_____
**JERRY L. SAPORITO, T.A.  (#11717)
jsaporito@leakeandersson.com
W. PAUL ANDERSSON (#2474)
pandersson@leakeandersson.com
AMANDA W. VONDERHAAR (#31350)
avonderhaar@leakeandersson.com**
1700 Energy Center
1100 Poydras Street
New Orleans, Louisiana 70163-1701
Telephone: (504) 585-7500
Fax: (504) 585-7775
*Attorneys for Auto-Owners Insurance Company, Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Motion to Join in Chartis Specialty Insurance Company (f/k/a American International Specialty Lines Insurance Company) and Lexington Insurance Company's Joint Motion to Dismiss for Improper Venue or, in the Alternative, to Transfer Action to the Middle District of Florida** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of March, 2010.

*/s/ Amanda W. Vonderhaar*
_____
**AMANDA W. VONDERHAAR**

Cp:/39764/Motion to Join Defendants' Motion to Dismiss.doc#54

2