UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 2047<br><br>SECTION: L |
| **This Document Relates to:** | * | JUDGE: FALLON |
| *Robert C. Pate, as Trustee for the Chinese Drywall Trust* | * * | MAG: WILKINSON |
| *v.* | * | |
| *American International Specialty Lines Insurance Company, et al.* | * * | |
| *Case No. 09-7791* | * | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the Joinder to Certain Defendants' Joint Motion To Dismiss for Improper Venue or, in the alternative, to Transfer Action to the Middle District of Florida, on behalf of defendant, Auto-Owners Insurance Company, shall be brought on for hearing before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, U.S. Courthouse, 500 Poydras Street, new Orleans, Louisiana 70130, on the 7th day of April, 2010, at 9:00 a.m. or as soon thereafter as counsel may be heard.

    Respectfully submitted:

    **LEAKE & ANDERSSON, L.L.P.**

    */s/ Amanda W. Vonderhaar*
    _____
    **JERRY L. SAPORITO, T.A. (#11717)**
    **jsaporito@leakeandersson.com**
    **W. PAUL ANDERSSON (#2474)**
    **pandersson@leakeandersson.com**
    **AMANDA W. VONDERHAAR (#31350)**
    **avonderhaar@leakeandersson.com**
    1700 Energy Center
    1100 Poydras Street
    New Orleans, Louisiana 70163-1701

                                                Telephone: (504) 585-7500
                                                Fax: (504) 585-7775
                                                *Attorneys for Auto-Owners Insurance Company, Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Motion to Join in Chartis Specialty Insurance Company (f/k/a American International Specialty Lines Insurance Company) and Lexington Insurance Company's Joint Motion to Dismiss for Improper Venue or, in the Alternative, to Transfer Action to the Middle District of Florida** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of March, 2010.

                                                */s/ Amanda W. Vonderhaar*
                                                _____
                                                **AMANDA W. VONDERHAAR**

Cp:39764/Notice of Hearing – Motion to Join Defendants' Motion to Dismiss.doc#56