## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: CHINESE MANUFACTURED** | * | **MDL NO. 2:09-md-02047** |
| **DRYWALL PRODUCTS LIABILITY** | * | |
| **LITIGATION** | * | **JUDGE FALLON** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | **MAGISTRATE WILKINSON** |
| | * | |
| **SEAN AND BETH PAYTON, et al** | * | |
| **VS.** | * | |
| **KNAUF GIPS, et al** | * | |
| **CASE NO. 2:09-cv-7628** | * | |
| | * | |

**\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \***

## ATTORNEY APPEARANCE FORM

An appearance is hereby filed jointly by John S. Lawrence, Jr. and David P.

Curlin of the firm Lawrence & Associates and J. Scott Loeb and Jonas

P. Baker of the firm Loeb & Loeb, as attorney's of record for Defendant, EL Cretin, LLC

d/b/a Cretin Homes. The filing of this Attorney Appearance Form is done in compliance

with MDL 2047 Pretrial Orders 11 and 12, and Defendant, EL Cretin, LLC

d/b/a Cretin Homes reserves all rights and defenses, including to object to the jurisdiction

or venue of this Honorable Court. Defendant, EL Cretin, LLC d/b/a Cretin Homes,

further avers that this Notice does not constitute as a waiver of service.

Respectfully Submitted:

**LOEB & LOEB, LLC**

By: ___*/J. Scott Loeb*___
J. Scott Loeb (#25771)
Jonas P. Baker (#25563)
225 St. Ann Drive
Mandeville, Louisiana 70471
Telephone: (985) 674-4446
Facsimile:  (985) 674-4450
*Co-Counsel for Defendant,* EL Cretin, LLC d/b/a Cretin Homes

**LAWRENCE & ASSOCIATES**

By: ___*/John S. Lawrence, Jr.*___
John S. Lawrence Jr., a P.L.C. (#19678)
David P. Curlin (#20771)
225 St. Ann Drive
Mandeville, Louisiana 70471
Telephone: (985) 674-4446
Facsimile:  (985) 674-4450
*Co-Counsel for Defendant,* EL Cretin, LLC d/b/a Cretin Homes

## CERTIFICATE OF SERVICE

I, hereby certify that the above and foregoing has been served on Plaintiffs'

Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S.

Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically

uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No.

6, and that the foregoing was electronically filed with the Clerk of Court of the United

States District Court for the Eastern District of Louisiana by using the CM/ECF System,

which will send a notice of electronic filing in accordance with the procedures

established in MDL 2047, on this _11th_ day of _March_____, 2010.

_____/J. Scott Loeb_____
J. Scott Loeb