# EXHIBIT C

APS International Plaza • 7800 Glenroy Road
Minneapolis, Minnesota 55439-3122
PHONE: (952) 831-7776
FAX: (952) 831-8150
TOLL FREE: (800) 328-7171

# APS International, Ltd.

Website: www.CivilActionGroup.com

February 4, 2010

Attn: Ms. Jennifer Lascio
LEVIN, FISHBEIN, ET AL
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

RE: Germano v Taishan Gypsum Co. Ltd.
      Vickers v Knauf Gips KG
      Gross v Knauf Gips, KG

--International Services

Dear Ms. Lascio:

Below is a list of services requested in relation to the above matters:

### Germano v Taishan Gypsum Co. Ltd.
### 2:09-cv-202

Complaint filed 5/26/2009
Foreign service request:
--Taishan Gypsum Co. Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.
  Sent Abroad 7/7/2009 - Documents served 8/3/2009

---

### Vickers v Knauf Gips KG
### 1:09-cv-20510-ASG

Complaint filed 3/11/2009
Foreign service request:
--Knauf Gips KG
  Sent Abroad 5/28/2009 - Documents served 11/3/2009

Amended Complaint filed 3/24/2009
Foreign service requests:
--Knauf Plasterboard (Tianjin) Co., Ltd.
  Sent Abroad 5/6/2009 - Documents served 8/17/2009
-- Knauf Plasterboard Wuhu Co., Ltd.
  Sent Abroad 5/6/2009 - Documents served 6/23/2009
-- Knauf Plasterboard Dongguan Co. Ltd.
  Sent Abroad 5/6/2009 - No response from Chinese authorities to service request; accordingly, an Affidavit regarding a default judgment was created on 12/9/2009.

-- Rothchilt International Limited
  Documents sent abroad 1/15/2010, no response yet received

---

## Gross v Knauf Gips, KG
## 09-6690

Complaint filed 10/7/2009
Foreign service request:
--Knauf Gips KG
  Sent Abroad 12/16/2009, no response yet received
-- Knauf AMF GmbH & Co. KG
  Sent Abroad 12/16/2009, no response yet received
-- Rothchilt International, Ltd.
  In process, not yet sent abroad
-- Knauf Do Brasil Ltd.
  In process, not yet sent abroad
-- Knauf Gypsum Indonesia
  In process, not yet sent abroad
-- King Shing Steel Enterprises Co., Ltd.
  In process, not yet sent abroad
-- Sunrise Building Materials Ltd.
  Sent Abroad 12/4/2009 – Documents Served 12/7/2009
-- The China Corporation, Ltd.
  Sent Abroad 12/14/2009, no response yet received
-- Knauf Plasterboard (Tianjin) Co., Ltd.
  Sent Abroad 1/13/2010, no response yet received

-- Knauf Plasterboard (Wuhu) Co., Ltd.
  Sent Abroad 1/13/2010, no response yet received
-- Knauf Plasterboard (Dongguan) Co., Ltd.
  Sent Abroad 1/13/2010, no response yet received
-- Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co. Ltd.
  Sent Abroad 1/13/2010, no response yet received
-- Pingyi Baier Building Materials Co., Ltd.
  Sent Abroad 1/13/2010, no response yet received
-- Beijing New Building Materials Public Limited Company (BNBM)
  Sent Abroad 1/13/2010, no response yet received
-- China National Building Materials Co., Ltd. (CNBM)
  Sent Abroad 1/13/2010, no response yet received
-- Beijing New Building Materials (Group) Co., Ltd. (BNBM Group)
  Sent Abroad 1/13/2010, no response yet received
-- China National Building Material Group Corporation (CNBM Group)
  Sent Abroad 1/13/2010, no response yet received
-- Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd.
  Sent Abroad 1/13/2010, no response yet received
-- Sinkiang Tianshan Building Material and Gypsum Product Co., Ltd.
  Sent Abroad 1/13/2010, no response yet received
-- Taishan Gypsum Co., Ltd., Lucheng Branch
  Sent Abroad 1/13/2010, no response yet received
-- Yunan Taishan Gypsum and Building Material Co. Ltd.
  Sent Abroad 1/13/2010, no response yet received
-- Tai'an Jindun Building Material Co., Ltd.

    Sent Abroad 1/13/2010, no response yet received
-- Taishan Gypsum (Xiangtan) Co., Ltd.
    Sent Abroad 1/13/2010, no response yet received
-- Taishan Gypsum (Pingshan) Co., Ltd.
    Sent Abroad 1/13/2010, no response yet received
-- Taishan Gypsum (Hengshui) Co., Ltd.
    Sent Abroad 1/13/2010, no response yet received
-- Taishan Gypsum (Henan) Co., Ltd.
    Sent Abroad 1/13/2010, no response yet received
-- Hubei Taishan Building Material Co., Ltd.
    Sent Abroad 1/13/2010, no response yet received
-- Taishan Gypsum (Tongling) Co., Ltd.
    Sent Abroad 1/13/2010, no response yet received
-- Weifang Aotai Gypsum Co., Ltd.
    Sent Abroad 1/13/2010, no response yet received
-- Taishan Gypsum (Pizhou) Co., Ltd.
    Sent Abroad 1/13/2010, no response yet received
-- Fuxin Taishan Gypsum and Building Material Co. Ltd.
    Sent Abroad 1/13/2010, no response yet received
-- Taishan Gypsum (Wenzhou) Co., Ltd.
    Sent Abroad 1/13/2010, no response yet received
-- Taishan Gypsum (Chongqing) Co., Ltd.
    Sent Abroad 1/13/2010, no response yet received
-- Taishan Gypsum (Jiangyin) Co., Ltd.
    Sent Abroad 1/13/2010, no response yet received
-- Qinhuangdao Taishan Building Material Co., Ltd.
    Sent Abroad 1/13/2010, no response yet received
-- Tai'an Taishan Gypsum Board Co., Ltd.
    Sent Abroad 1/13/2010, no response yet received

-- Taishan Gypsum (Baotou) Co., Ltd.
    Sent Abroad 1/13/2010, no response yet received
-- Shaanxi Taishan Gypsum Co., Ltd.
    Sent Abroad 1/13/2010, no response yet received
-- Taian Taishan Plasterboard Co., Ltd.
    Sent Abroad 1/13/2010, no response yet received
-- Shanghai Yu Yuan Imp. & Exp. Co., Ltd.
    Sent Abroad 1/13/2010, no response yet received
-- Changzhou Yinhe Wood Industry Co., Ltd.
    Sent Abroad 1/13/2010, no response yet received
-- Nanhai Silk Imp. & Exp. Corporation
    Sent Abroad 1/13/2010, no response yet received
-- Jinan Run & Fly New Materials Co., Ltd.
    Sent Abroad 1/13/2010, no response yet received
-- Shandong Yifang Gypsum Industry Co., Ltd.
    Sent Abroad 1/13/2010, no response yet received
-- SIIC Shanghai International Trade (Group) Co., Ltd.
    Sent Abroad 1/13/2010, no response yet received
-- Tianjin Tianbao Century Development Co., Ltd.
    Sent Abroad 1/13/2010, no response yet received
-- Wide Strategy Limited
    Sent Abroad 1/13/2010, no response yet received
-- Shandong Oriental International Trading Co., Ltd.
    Sent Abroad 1/13/2010, no response yet received