UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Payton, et al. v. Knauf GIPS KG, et. al., Case No. 2:09-cv-07628 (E.D.La.) | |

## ORDER

Considering the Plaintiffs' Motion for Judicial Assistance for Purposes of Serving Omnibus Class Action Complaint (I) on Foreign Defendant;

IT IS ORDERED BY THE COURT that said motion is GRANTED. Plaintiffs' Complaint is deemed to state "Guangdong Knauf New Building Materials Products Co., Ltd." in all instances where the name "Knauf Plasterboard (Dongguan) Co., Ltd." appears. Plaintiffs are further directed to translate and serve a copy of this Order when serving the Complaint on Guangdong Knauf New Building Materials Products Co., Ltd.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
Eldon E. Fallon
United States District Court Judge

1