**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>Hernandez, et al. v. Knauf Gips, KG, et al., Case No. 2:09-cv-6050 (E.D.La.) | |

**PLAINTIFFS' RESPONSE TO KNAUF PLASTERBOARD (TIANJIN)**
**CO. LTD.'S MOTION IN LIMINE (NO. 1) TO EXCLUDE TESTIMONY**

The Plaintiffs hereby respond to Knauf Plasterboard (Tianjin) Co. Ltd. (KPTs) Motion in Limine (No. 1) to Exclude Testimony that Chinese Drywall Emissions or Odors from Chinese Drywall are Harmful to, or Otherwise Impact, Health, are Toxic or Noxious. The PSC submits that Knauf's motion should be denied for the same reasons that the identical motion filed in the *Germano* litigation was denied--it goes too far.

All of the parties agree that the scope of the *Hernandez* trial is limited to property remediation and property damage. Knauf's motion in limine (No. 1) acknowledges this limitation but seeks to preclude all testimony that references that drywall in the Hernandez home emits odors that may be toxic, noxious or harmful.

No one disputes that the claims to be presented by the plaintiffs are not personal injury claims and are limited to property claims only. At the trial, the plaintiffs intend to present their testimony on the issues germane to these proceedings, such as their home purchases, their observations of product defect, and how the CDW has caused them to suffer property damages. As lay witnesses, the plaintiffs cannot and will not attempt to provide a scientific foundation supporting any health claim. Any testimony from the plaintiffs about the conditions caused by the drywall would be limited to their personal observations of foul odors, visible corrosion, and mechanical and

electrical failure. Should the plaintiffs testify to the emission of gases from the drywall as being noxious or corrosive, such testimony is not being asserted for the truth of the matter therein but for their state of mind (*i.e.*, present sense impressions) and the effect CDW had on their behavior (*i.e.* decision made with respect to their home), not their physical condition. Accordingly, plaintiffs submit that this testimony should be permitted.

In the *Germano* litigation, Knauf filed a virtually identical motion in limine to exclude testimony regarding personal injury impact. The Court denied that motion by observing that:

> Complaints may be relevant with respect to livability in a house. This may impact the scope of repairs and the amount of property damage. To the extent such evidence is used, this evidence can be rebutted by debunking the complaints. But the thrust of pro or con evidence must be focused on property and not personal injury.

*See In re Chinese Manufactured Drywall Products Liability Litigation*, MDL No. 2047, Order and Reasons [Document No. 1140] at 3 (E.D.La. February 17, 2010). For the same reasons this Court allowed limited testimony about the livability of the homes, plaintiffs submit that the instant motion should be denied.

Dated: March 11, 2010

Respectfully submitted,

/s/ Russ M. Herman
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Stephen J. Herman, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

2

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

**PLAINTIFFS' STEERING COMMITTEE**

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Victor Manuel Diaz
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
 Matthews, Martinez, Gonzales,
 Kalbac & Kane
255 Aragon Avenue, 2nd Floor
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Jeremy W. Alters
Alters, Boldt, Brown, Rash & Culmo, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@abbrclaw.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Plaintiffs' Response to Knauf Plasterboard (Tianjin) Co. Ltd.'s Motion in Limine (No. 1) to Exclude Testimony has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 11th day of March, 2010.

      /s/ Leonard A. Davis
      Leonard A. Davis, Esquire
      Herman, Herman, Katz & Cotlar, LLP
      820 O'Keefe Avenue
      New Orleans, Louisiana 70113
      Phone: (504) 581-4892
      Fax: (504) 561-6024
      LDavis@hhkc.com
      Plaintiffs' Liaison Counsel
      MDL 2047

*Co-counsel for Plaintiff*