# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL     PRODUCTS LIABILITY LITIGATION | : : : : : | CASE NO.: 2:09-MD-2047 SECTION L JUDGE FALLON |
| This Document Relates to: Payton et al. v. Knauf Gips KG et al.; Docket No. 2:09-cv-07628-EEF-JCW: | | MAGISTRATE WILKINSON |

## NOTICE OF APPEARANCE

The undersigned attorney hereby gives notice of his appearance as counsel on behalf of MARINER VILLAGE TOWNHOMES, INC., UNITED HOMES, INC., and UNITED HOMES INTERNATIONAL, INC., defendants in Payton, et al. v. Knauf Gips KG, et al., United States District Court, Eastern District of Louisiana, Case No. 09-07628.

Respectfully submitted,

BY:/s/ Abbey L. Kaplan
Abbey L. Kaplan, *Admitted Pro Hac Vice*
Florida Bar No. 200255
KLUGER, KAPLAN, SILVERMAN, KATZEN & LEVINE, P.L.
Miami Center, Seventeenth Floor
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 379-9000
Facsimile: (305) 379-3428
Email: akaplan@klugerkaplan.com

M0676024

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 12, 2010, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

/s/ Abbey L. Kaplan
Abbey L. Kaplan, Esquire

M0676024