UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                    MDL NO. 2047

                                              SECTION: L

                                              JUDGE FALLON
                                              MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO:**
*Germano, et al v. Taishan Gypsum Co., et al*
*No. 09-6687*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing motion,

IT IS ORDERED that plaintiff intervenors be granted leave to file the attached "errata" pertinent to the Proposed Findings of Fact/Conclusions of Law previously submitted on their behalf.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.

_____
HONORABLE ELDON E. FALLON