UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL CASES AND<br><br>Gross, et al. v. Knauf Gips KG, et al., Case No. 2:09-cv-6690 (E.D.La.) | |

PLAINTIFFS' MEMORANDUM OF LAW IN
SUPPORT OF THEIR MOTION TO INTERVENE

## I.    INTRODUCTION

Plaintiffs, *Mary Anne Benes, et al.*, have moved pursuant to Fed.R.Civ.P. 24(b) to

intervene in the above captioned action of *Gross, et al. v. Knauf Gips KG, et al.*, Case No. 09-

6690 (E.D.La.).  The plaintiffs in *Gross* filed a class action complaint seeking to represent

owners of properties with defective Chinese drywall that was manufactured, imported, exported,

brokered, distributed, delivered, supplied, marketed, inspected, and/or sold by indeterminate

defendants.  The *Gross* complaint asserts an industry-wide alternative liability theory against the

named indeterminate defendants.  The *Gross* complaint, however, did not name builders and

contractors/installers as defendants and certain intervening plaintiffs are seeking to name their

builders and contractors/installers as defendants in their Complaint in intervention.

Plaintiffs have moved to intervene in *Gross* since they are absent class members and are

similarly situated to the *Gross* plaintiffs.   Like the class representative plaintiffs in *Gross*, the

intervening Plaintiffs have been unable to identify the manufacturer(s) of the drywall in their

1

homes since the responsible parties have marketed their products in a manner designed to fraudulently conceal their identities. Accordingly, intervening Plaintiffs have a strong interest in intervening in the *Gross* case to recover against the *Gross* defendants along with the original *Gross* class. The intervening plaintiffs will also seek subclass certification for new defendants who share liability with the indeterminate defendants named in *Gross*.

## II.   **FACTUAL BACKGROUND**

David Gross, Cheryl Gross, and Louis Velez, the representative plaintiffs in *Gross*, filed their class action complaint on October 7, 2009. The *Gross* complaint names Knauf Gips KG and ninety-one (91) other domestic and foreign defendants who were involved in the manufacture, importing, exporting, brokering, distribution, delivery, supply, marketing, inspection, and/or sale of the defective drywall at issue in this litigation. The *Gross* complaint was amended on October 19, 2009.

As noted above, the plaintiffs in *Gross* are unable to identify the manufacturer(s) and/or non-manufacturing parties in the chain of distribution of the defective drywall in their homes since the responsible parties had fraudulently concealed their identities.[1] Examples of the unidentifiable product at issue in the *Gross* action can be observed in Plaintiffs' and Defendants' Joint Submission of Chinese Drywall Identification Photographs Pursuant to Pre-Trial Order 10. *See* Joint Submission at Nos. 15-25 and 32-35. For this reason, the *Gross* complaint asserts an

---

[1] The representative plaintiffs in *Gross* are also participating in the instant motion to intervene since they have identified certain non-manufacturing parties in the chain of distribution of the defective drywall in their homes. David and Cheryl Gross are moving to intervene to assert claims against Roman Gonzalez, Interior/Exterior Building Supply, LP, and Interior/Exterior Enterprises, LLC. Louis Velez moves to intervene to assert claims against Interior/Exterior Building Supply, LP and Interior/Exterior Enterprises, LLC.

industry-wide alternative liability theory and requests that the named defendants be held liable in proportion to their relative market share.

Each of the intervening Plaintiffs owns and/or occupies (or owned and/or occupied) a home or other structure with defective Chinese manufactured drywall.  Like the *Gross* plaintiffs, the intervening Plaintiffs are unable to identify the manufacturer(s) of the defective drywall in their homes.  Certain intervening Plaintiffs have been successful in identifying some of the non-manufacturing parties responsible for the defective drywall in their homes.  These entities are intended to be named as new defendants in the Complaint in intervention.

Intervening Plaintiffs submit that the accompanying proposed Complaint in Intervention adequately states their claims for which intervention is sought and further adopt and incorporate the allegations of the *Gross* Amended Class Action Complaint for purposes of Fed.R.Civ.P. 24(c).[2]

## III.  ARGUMENT

### A.  INTERVENTION SHOULD BE GRANTED UNDER FEDERAL RULE OF CIVIL PROCEDURE 24(b)(2).

Federal Rule of Civil Procedure 24(b), which governs permissive intervention, is to be given a liberal construction.  The Court in the sound exercise of its discretion must make a thoughtful determination and must consider the potential adverse impact on the original parties

---

[2] Under Rule 24(c), the intervenors are required to submit a motion to intervene accompanied by a pleading setting out the claims or defenses for which intervention is sought. The intervening Plaintiffs in the case sub judice will file and serve the attached intervention complaint upon approval of the instant motion to intervene.

in its decision to allow or deny intervention.[3] *See United States v. Grand Trunk Western Railroad Co.*, 95 F.R.D. 463, 467 (W.D.Mich.1980). Federal Rule of Civil Procedure 24(b)(1)(B) provides that intervention is permissible when an applicant "has a claim or defense that shares with the main action a common question of law or fact." The court must also consider "whether the intervention will unduly delay or prejudice the adjudication of the original parties' rights." Fed.R.Civ.P. 24(b)(3). Stated differently, if there is a common question of law or fact, the requirement of the rule has been met and then it is within the Court's discretion to allow or refuse intervention.

The claims of the intervening Plaintiffs clearly involve common issues of law and fact with the *Gross* action since the Intervening Plaintiffs are absent class members. Further, the intervening Plaintiffs are aligned with and have adopted the allegations of the *Gross* Amended Class Action Complaint. It would be beyond peradventure, then, that there are common legal and factual questions between the movants and the *Gross* plaintiffs. Intervention is appropriate under these circumstances.

The Court should allow intervention. None of the impediments to intervention exists, such as where intervention will "unduly delay or prejudice the adjudication of the rights of the original parties". In *Commonwealth Edison Co. v. Allis-Chalmers Mfg. Co.*, 207 F.Supp. 252, 257 (D.C.Ill.1962), *aff'd*, 315 F.2d 564 (7th Cir.1963), the court noted that this language is "a caution to the Court so that in its zeal to avoid a multiplicity of suits it will not hamper or vex the claims of the original parties". These unwarranted concerns do not apply.

---

[3] Intervention as of right under Fed.R.Civ.P. 24(a) is not being pursued since the Intervening plaintiffs' interests are being adequately represented by the representative plaintiffs in *Gross* and also because new defendants are intended to be joined in the litigation.

4

Here, the intervening Plaintiffs propose naming additional defendants and asserting subclasses against non-manufacturing parties (*i.e.*, distributors, suppliers, importers, exporters, brokers, builders, and contractors/installers).[4] Allowing intervention under these circumstances will not delay the proceedings in *Gross* nor prejudice the original parties. Service of the *Gross* complaint has been time consuming due to the constraints imposed by the Hague Convention. None of the foreign defendants in *Gross* have been served with the complaint.[5] Further, only one of the domestic defendants named in *Gross*, Rightway Drywall, Inc., has filed an answer to the complaint. Accordingly, since the *Gross* proceedings are still in their infancy, allowing the intervening Plaintiffs to participate in these proceedings will not result in undue delay and/or prejudice to the original parties. To the contrary, permitting the requested intervention will afford all parties complete relief.

## IV.   CONCLUSION

For the reasons set forth above, Plaintiffs' Motion to Intervene in *Gross* should be granted.

---

[4] Due to the nature of the *Gross* proceedings, the addition of new defendants and the assertion of subclasses was a likely development at the time the complaint was filed. For starters, the *Gross* complaint envisioned that new defendants would be added since it names John Doe defendants. Further, although the *Gross* plaintiffs and absent class members cannot presently identify many of the parties responsible for the installation of the defective drywall in their homes, as discovery progresses and named defendants begin responding to the complaint, it is probable that many of the responsible parties will be identified. Indeed, as was noted above, the representative plaintiffs in *Gross* have joined the motion to intervene in order to assert claims against subsequently identified non-manufacturing parties in the chain of distribution of the defective Chinese manufactured drywall in their homes.

[5] The *Gross* Plaintiffs have arranged for service through APS together with translation in accordance with the Hague Convention.

5

Respectfully submitted,

Dated: February 10, 2010

/s_Russ M. Herman
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel
MDL 2047*

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel
MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

6

Victor Manuel Diaz
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Aragon Avenue, 2nd Floor
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Jeremy W. Alters
Alters, Boldt, Brown, Rash & Culmo, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@abbrclaw.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2010 Plaintiffs' Motion to Intervene (with Exhibit "A" on CD-ROM) and Memorandum of Law in Support thereof was served on the below parties via First Class Mail and by electronically uploading the same to LexisNexis File & Serve (without Exhibit "A") in accordance with Pre-Trial Order No. 6:

Kerry J. Miller, Esquire
Frilot LLC
Suite 3700
1100 Poydras Street
New Orleans LA 70130
*Defendants' Liaison Counsel*

Phillip Wittmann, Esquire
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA 70130
*Home Builders and Installers Liaison Counsel*

I further certify that service on all domestic defendants on the attached list was made via First Class Mail and via Federal Express upon all foreign defendants with the exception of those defendants listed below who are being served via Registered Mail:

- Taishan Gypsum (Xiangtan) Co., Ltd.;
- Yunan Taishan Gypsum and Building Material Co., Ltd.;
- Fuxin Taishan Gypsum and Building Material Co., Ltd.;
- Taishan Gypsum (Baotou) Co., Ltd;
- Shaanxi Taishan Gypsum Co., Ltd.; and
- Taishan Gypsum (Chongqing) Co., Ltd.

Dated: February 10, 2010

Arnold Levin, Esquire
Fred S. Longer, Esquire
Matthew C. Gaughan, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

| Defendant | Address |
|---|---|
| A & R Hardware Supply, Inc. | 13453 SW 66th Terrace<br>Miami, FL 33183 |
| All Interior Supply, Inc. | C.T Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324 |
| Banner Supply Co | GY Corporate Services<br>Two South Biscayne Blvd.<br>Suite 3400<br>Miami, FL 33131 |
| Bedrock Building Materials, LLC | Michael D. Hung, T.A.<br>J. Alan Harrell, Esquire<br>Phleps Dunbar, LLP<br>II City Plaza<br>400 Convention Street, Ste. 1100<br>Baton Rouge, LA 70802<br><br>and<br><br>Thomas V. Loran, III, Esquire<br>Pillsbury Winthrop Shaw Pittman, LLP<br>50 Fremont Street, Fifth Floor<br>San Francisco, CA 94105 |
| Beijing New Building Materials Public Limited Company (BNBM) | No. 16 West Road<br>Jiancaicheng Xisanqi<br>Haidian District<br>Beijing China<br>100096 |
| Beijing New Building Materials Group Co., Ltd. (BNBM Group) | 17th Floor<br>Zhong Guo Jian Cai Da Sha<br>San Li He Road #11<br>Haidian District<br>Beijing City, PR.China 100037 |

| Defendant | Address |
|---|---|
| Black Bear Gypsum Supply, Inc., and Smoky Mountain Materials, Inc. d/b/a Emerald Coast Building Materials | **Black Bear:**<br>Edward J. Briscoe, Esquire<br>Elizabeth J. Ferry, Esquire<br>Fowler White Burnett, PA<br>Espirito Santo Plaza, 14th Floor<br>1395 Brickell Avenue<br>Miami, FL 33131<br><br>**Smoky Mountain:**<br><br>8040 Old Palafox Street<br>Pensacola, FL 32534 |
| Builders Gypsum Supply, L.L.P | Harry J. "Skip" Phillips, Esquire<br>Margaret L. Tooke, Esquire<br>Amy C. Lambert, Esquire<br>John M. Parker, Jr., Esquire<br>Taylor, Porter, Brooks & Phillips, LLP<br>451 Florida Street, 8th Floor<br>PO Box 2471<br>Baton Rouge, LA 70821 |
| Builders Gypsum Supply Co., Inc. | Harry J. "Skip" Phillips, Esquire<br>Margaret L. Tooke, Esquire<br>Amy C. Lambert, Esquire<br>John M. Parker, Jr., Esquire<br>Taylor, Porter, Brooks & Phillips, LLP<br>451 Florida Street, 8th Floor<br>PO Box 2471<br>Baton Rouge, LA 70821 |
| Changzhou Yinhe Wood Industry Co., Ltd. | Qianfeng Industrial Park<br>Henglin Town<br>Changzhou, Jiangsu, China<br>213 103 |
| China National Building Materials Co., Ltd. (CNBM) | 17th Floor<br>Zhong Guo Jlan Cai Da Sha<br>San Li He Road #11<br>Haidian District<br>Beijing City, PR.China 100037 |

| Defendant | Address |
|-----------|---------|
| China National Building Material Group Corporation (CNBM Group) | 17th Floor<br>Zhong Guo Jian Cai Da Sha<br>San Li He Road #11<br>Haidian District<br>Beijing City, PR.China 100037 |
| CNBM USA Corp | 17800 Castleton Street, Ste. 558<br>City of Industry, CA 91748 |
| Davis Construction Supply, LLC | Donald C. Brown, Esquire<br>Woodley, Williams Law Firm, LLC<br>PO Box 3731 Lake Charles, LA 70602-3731 |
| Devon International Group, Inc. | Donald C. Brown, Esquire<br>Woodley, Williams Law Firm, LLC<br>PO Box 3731<br>Lake Charles, LA 70602 |
| Elite Supply Corporation | 16 W. Main Street<br>Christiana, DE 19702 |
| Fuxin Taishan Gypsum And Building Material Co., Ltd. | Pingxi Industrial Park North<br>Haizhou District<br>Fuxin<br>Liaoning<br>123000 |
| Georgia Pacific, LLC | Andrew C. Baak, Esquire<br>Martha M. Pacold, Esquire<br>Bartlit Beck Herman Palenchar & Scott LLP<br>54 West Hubbard Street, Ste. 300<br>Chicago, IL 60654 |
| Great Western Building Materials | Foster P. Nash, III, Esquire<br>Laura M. Mayes, Esquire<br>2600 Texaco Center<br>400 Poydras Street<br>New Orleans, LA 70130 |
| Guangdong Knauf New Building Products Co., Ltd. | No. 2 Xinsha Development Zone<br>Machong Country<br>RC-523147, Guangdong<br>China |

| Defendant | Address |
|---|---|
| Hubei Taishan Building Material Co., Ltd. | Jingmen Gao Xin Ji Shu Chan Ye Kai Fa Qu (Jingmen New and High Technology Industrial Development Zone), Jingmen City, Hubei, China, 450000 |
| I.B.S.A., Inc. Independent Builders Supply Association, Inc. | Gary F. Baumann<br>Flumer, LeRoy, Albee, Baumann & Glass, P.L.<br>2866 East Oakland Park Blvd.<br>Ft. Lauderdale, FL 33306 |
| Interior/Exterior Building Supply, LP | 727 South Cortez Street<br>New Orleans, LA 70119 |
| Interior/Exterior Enterprises, LLC | 727 South Cortez Street<br>New Orleans, LA 70119 |
| International Materials Trading, Incorporated | 204 W. Spear Street<br>Carson City, NV 89703 |
| J.W. Allen & Company Incorporated | J. Dwight LeBlank, Jr., Esquire<br>Chaffe McCall, LLP<br>2300 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163 |
| Jinan Run & Fly New Materials Co., Ltd. | 3-201, Ruyibei BLD.<br>Hualong Road<br>Jinan, Shandong China<br>250100 |
| King Shing Steel Enterprises Co., Ltd. | No. 21 Sec. 1, Baoan Road<br>Baoan Tsuen Ren Der Shiang<br>Tainan Shian, Taiwan |
| Knauf AMF GMBH& Co. KG | Elsenthal 15<br>Grafenau German 94481 |
| Knauf DO Brasil, Ltd. | Praça Floriano 19 sala 3101 - Centro<br>Cep: 20031-050 Rio de Janeiro / RJ |
| Knauf GIPS KG | Knauf Gips KD<br>Ridham Dock, Kemsley<br>Sittingbourne, Kent ME 9<br>8SR, UK |

| Defendant | Address |
|---|---|
| Knauf Gypsum Indonesia | The Landmark Centre Tower A<br>19th Floor<br>Jl. Jendral Sudirman No. 1<br>Setiabudi, Jakarta Selatan<br>INDONESIA<br>12910 |
| Knauf Insulation GMBH a/k/a Knauf USA | One Knauf Drive<br>Shelbyville, Indiana 46176 |
| Knauf Plasterboard (Tianjin) Co. Ltd. | North Yinhe Bridge<br>East Jingjin Road<br>Beichen District<br>Tianjin, 300400 P.R.C. |
| Knauf Plasterboard (Wuhu) Co. Ltd. | No. 2 Gang Wan Road<br>Wuhu Economic & Technological<br>Development Area<br>Aihui, 241000 China |
| Knauf Plasterboard Dongguan Co., Ltd. | Ma'er Xinsha Development Zone<br>Mayong County<br>Dongguan City<br>Guangdong, 523147<br>P.R. China |
| L & W Supply Corporation d/b/a Seacoast Supply | Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |
| La Suprema Enterprise, Inc. | Eduardo I. Rasco, Esquire<br>Steve Bimston, Esquire<br>Rosenthal Rosenthal Rasco Kaplan, LLC<br>One Aventura, Ste. 600<br>20900 NE 30th Avenue<br>Avenutra, FL 33180 |
| La Suprema Trading, Inc. | Eduardo I. Rasco, Esquire<br>Steve Bimston, Esquire<br>Rosenthal Rosenthal Rasco Kaplan, LLC<br>One Aventura, Ste. 600<br>20900 NE 30th Avenue<br>Avenutra, FL 33180 |

| Defendant | Address |
|---|---|
| Marathon Construction Materials Inc. | The Corporation<br>388 Second Avenue<br>New York, NY 10010 |
| Maurice Pincoffs Company, Inc. | Patrick H. Patrick, Esquire<br>Pierre V. Miller, II<br>Patrick Miller LLC<br>Suite 1680, Texaco Center<br>400 Poydras Street<br>New Orleans, LA 70130 |
| Mazer's Discount Home Centers Inc. | John F. Olinde, Esquire<br>Gregory J. Walsh, Esquire<br>Chaffe McCall, LLP<br>2300 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163 |
| Metro Resources Corp. | The Corporate Place, Inc.<br>601 East Charleston Blvd.<br>Suite 100<br>Las Vegas, NV 89104 |
| Nanhai Silk Imp. & Exp. Corporation | Block 1<br>4 Nangui Road, West<br>Foshan Guangdong<br>China, 528200 |
| North Pacific Lumber Co. | C T Corporation System<br>118 North Congress Street<br>Jackson, MS 39205 |
| Oriental Merchandise Company, Inc. f/k/a Oriental Trading Company, Inc | 1406 Selbydon Way<br>Winter Garden, FL 34787 |
| Phoenix Imports Co., LTD | 660 Hembree PKWY<br>Suite 110<br>Roswell, GA 30076 |
| Pingyi Baier Building Materials Co., Ltd. | Baier Industrial Park<br>Ziqiu Town<br>Pingyi County<br>Shandong<br>China 273300 |

| Defendant | Address |
|---|---|
| Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd.  f/k/a Shandong Chenxiang Building Materials Co., Ltd (Chexiang) | Dongyang Dianzi Cun (Village), Pingyi Zhen (Town), Pingyi Xian (County), Shandong, China 273300 Contact: Mr. WANG, Kaixue Tel:     0539-4181801 |
| Qingdao Yilie International Trade Co., Ltd | Room 804 Building 1 Tianshengyuan 21 Donghai West Road Shinan District Qingdao, Shandong, China 266071 |
| Qinhuangdao Taishan Building Material Co., Ltd | Gangcheng Street East No. 69 Haigang District Qinhuangdao 066000 |
| Quiet Solutions Inc. | 708 Wheaton Court Allen, TX 75013 |
| Rightway Drywall | 102 Samantha Drive Bonaire, GA 31005 |
| Rothchilt International, Ltd. | N–510 Chia Hsn Bld Annex 96 Chung Shan N. Rd. Sec. 2 Taipei, Taiwan R.O.C. |
| Shaanxi Taishan Gypsum Co., Ltd. | Weibei Industrial Park Xinshi Township Linwei District Weinan City Shaanxi 714000 |
| Shandong Oriental International Trading Co., Ltd. | 17 - 21/F Shandong International Trades Mansion 51 Taiping Road Qingdao, China 266002 |

| Defendant | Address |
|---|---|
| Shandong Yifang Gypsum Industry Co., Ltd. | Industry Park of<br>Taierzhuang, Zaozhuang City,<br>Shandong<br>China 250000 |
| Shanghai East Best Arts & Crafts Co., Ltd. | 273 SI Ping Lu<br>Shanghai<br>Shanghai China 200081 |
| Shanghai Yu Yuan Imp. & Exp.Co., Ltd | 3/F No. 135-1<br>Jiu Jiao Chang Road<br>Shanghai<br>China 200010 |
| SIIC Shanghai International Trade (Group) Co., Ltd. | 30/F, SIIC Building<br>No. 18, Caoxi North Road<br>Shanghai, China 200030 |
| Sinkiang Tianshan Building Material and Gypsum Product Co., Ltd | Dabancheng Village<br>Dabancheng Township<br>Dabancheng District<br>Urumchi<br>Xinjiang Uygur<br>Autonomous Region<br>830000 |
| Steeler, Inc. | Steven W. Copley, T.A.,<br>Dana Dupre, Esquire<br>Godon, Arata, McCollam, Duplantis & Eagan, LLP<br>201 St. Charles Avenue, 40th Floor<br>New Orleans, LA 70170 |
| Stock Building Supply, Inc | A. Todd Brown<br>Bank of America Plaza<br>101 South Tryon Street, Ste. 3500<br>Charlotte, NC 28280 |
| Stock Building Supply, LLC | A. Todd Brown<br>Bank of America Plaza<br>101 South Tryon Street, Ste. 3500<br>Charlotte, NC 28280 |

| Defendant | Address |
|---|---|
| Sunrise Building Materials Ltd. | Unit 7, 55 Nugget Ave.<br>Scarborough, Toronto, ON<br>Canada, M1S 3L1 |
| Tai'an Jindun Building Material Co., Ltd. | Dawenkou<br>Daiyue District<br>Tai'an<br>271000 |
| Tai'an Kangyijia Building Materials Co., Ltd. | Shigao Industrial Park<br>Dawenkou, Tai'an City<br>Shandong, China<br>271000 |
| Tai'an Taishan Gypsum Board Co., Ltd. | Houzhou Village<br>Dawenkou<br>Daiyue District<br>Tai'an<br>271000 |
| Taian Taishan Plasterboard Co., Ltd. | Beixiyao Village<br>Dawenkou<br>Taian<br>Shandong 271000<br>China |
| Taishan Gypsum (Baotou) Co., Ltd. | No. 7 Goumen Township<br>Tuyouqi<br>Baotou<br>Inner Mongolia Autonomous Region<br>014100 |
| Taishan Gypsum (Chongqing) Co., Ltd. | Louhang Industrial Zone (Lou Huang Gon Ye Yuan) Part A (A Qu); Jiangjin, Chongqing, P.R. China 402283 |
| Taishan Gypsum (Henan) Co., Ltd. | Shouyang Industrial Park<br>Beihuan Road North<br>Yanshi<br>Henan<br>471900 |
| Taishan Gypsum (Hengshui) Co., Ltd. | Renmin West Road (Hengfeng Power Plant Ecology Industrial Park)<br>Hengshui City<br>253000 |

| Defendant | Address |
|---|---|
| Taishan Gypsum (Jiangyin) Co., Ltd. | Shengang Industrial Park<br>Jiangyin Economic and Technological Development Zone<br>Jiangsu<br>214443 |
| Taishan Gypsum (Pingshan) Co., Ltd. | Dianchang Road<br>Pingshan Township<br>Pingshan County<br>Hong Kong |
| Taishan Gypsum (Pizhou) Co., Ltd. | Yunhe Bridge West<br>Xulian Road<br>Pizhou City<br>Jiangsu<br>212000 |
| Taishan Gypsum (Tongling) Co., Ltd. | Jinqiao Industrial Park<br>Tongling Anhui<br>244000 |
| Taishan Gypsum (Wenzhou) Co., Ltd. | Wenzhen Power Generation Co., Ltd., Yinhui Road No. 76, Panshi Zhen, Leqing, Wenzhen, Zhenjiang, China 325602 |
| Taishan Gypsum (Xiangtan) Co., Ltd. | Industrial Park<br>Guoqiang Village<br>Shuangma Township<br>Yuetang District<br>Xiangtan<br>Hunan<br>411102 |
| Taishan Gypsum Co. Ltd, f/k/a Shandong Taihe Dongxin Co., Ltd. | Dawenkou Daiyue District<br>East of National Road 104, 25km South<br>Tai'an City<br>271000 Taian, Shandong, China |
| Taishan Gypsum Co., Ltd. Lucheng Branch | Ganlin Road No. 3<br>Lucheng, Shaanxi<br>325088 |

| Defendant | Address |
|-----------|---------|
| The China Corporation, LTD | Room A22, 13/F, Block A<br>37-41 San Mei Street<br>Wah Lok Industrial Centre<br>Fotan, Sha Tin, New Territories<br>Hong Kong SAR |
| Tianjin Tianbao Century Development Co., Ltd. | 3 F, Eastern Exhibition Hall<br>31 Halbin Fifth Road<br>Tianjin Free Trade Zone<br>Tianjin City, China 300461 |
| TMO Global Logistics, LLC | Donald C. Brown, Esquire<br>Woodley, Williams Law Firm, LLC<br>PO Box 3731 Lake Charles, LA 70602-3731 |
| Tobin Trading Inc. | 5008 Gatehouse Way<br>Virginia Beach, VA 23455 |
| Tov Trading Inc. | Tov Trading Inc.<br>The Corporation<br>5014 20th Avenue<br>Brooklyn, NY 11204 |
| Triorient Trading, Inc. | 281 Tressor Blvd.<br>Suite 1505<br>Stamford, CT 06901 |
| USG Corporation | CT Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324 |
| Venture Supply, Inc. | Brett M. Bollinger, Esquire<br>Mark W. Verret, Esquire<br>Jeffrey S. Valliere, Esquire<br>Allen & Gooch<br>3900 North Causeway Blvd.<br>One Lakeway, Ste. 1450<br>Metairie, LA 70002 |
| Weifang Aotai Gypsum Co., Ltd. | Anqiu Economic Development Zone North Weifang<br>262100 |

| Defendant | Address |
|---|---|
| Wide Strategy Limited | Room 203<br>No. 7-19 Tiyudoncheng Street<br>East Tiyu Road<br>Tianhe, Guangzhou, China<br>510635 |
| Yunan Taishan Gypsum And Building Material Co., Ltd. | Sanjia Village<br>Liujiezhen Factory<br>Yimen County<br>Yunan<br>651107 |