# EXHIBIT A

*Mary Anne Benes, et al. v. Knauf Gips, KG, et al.*

**Exhibit "A"–Additional Plaintiffs Named in
Plaintiffs Omnibus Class Action Complaint (III)**

Abbott, Carl D. & Adele
Abels, Shirley
Acadia II Condo d/o Russell Foti
Acosta, Amparo
Adams, Robert & Klein- Adams, Marni
Adams, Eddie & Rose
Adcock, Michael & Bridgitte
Aguilar, Antonio & Jenny
Alexander, Henry & Penny
Alford, Edgar & Rita
Alfred, Janice
Allen, Darius
Allison, Tim
Alonzo, Lana
Ambrose, Rosalie
Amorin, Eduardo & Carmen
Andersen, Michael
Campos, Karla
Anderson, Brodrick J.
Anderson, William
Anderson, James & Stager, Patricia
Anderson, Clarence & Constance
Anderson, Judith
Anderson, Samuel
Anderson, Farrel & Kimberly
Anderson, Quaintrell T.
Anderson, Shirley
Anderson, Shawnree & John
Anderton, Gloria & George
Antoun, Ivan
Appelman, Lou & Sara
Aquart, Juanita V.
Arif, Mohammed I. & Aamara Shazia
Arnaud, Lester & Catherine
Arnold, Lee & Maureen
Arnold, Rosa
Arroyo, Terrell & Lionel
Astrin, Scott & Terri
Attard, Kenneth
Attard, Steve
Aubert, John & Pamela
Auger, Susan
Aultman, Delores
Aumack, Gary & Nancy
Austin, Jason & Tara
Avant, Catherine
Ayanbadejo, Oladele
Azor, Stephanie & Harry
Back, Charles & Mary
Badon, Ive & Loraine
Bailey, Robert & Anne

Balassone, Arthur & Barbara
Ball, Ashley
Banks, Dorothy Mae
Banner, Tammy
Baptiste, Harrison
Baptiste, Judy
Barbarin, Earline H.
Barisich, Frances & Joseph
Barisich, & George Barisich, & Ann Marie Barisich Sever
Barlow, Regine & John
Baron, Allen
Barreto, Adolfo
Bart, Eugene & Cynthia
Batiste, Frank & Gralina
Batra, Vinod
Batsch, Kevin
Battista, Leo
Bautista, Mario
Beale, Charles
Beasley, Anika
Belcher, Robert
Bell, Latonya
Bell, Thomas E.
Bell, Marvaleen
Belsom, Scott & Jennifer
Benesch, Paul
Bennett, Larry
Benoit, Richard & Carol
Benson, Steven & Rhonda
Bentley, Lonnette & Lowery, Kenneth
Benzo, Ramon & Candida
Berthaut, Colin & Dayne Gelpi
Bertholette, Anna nad Leslie Lund
Biglane, Billy
Bilbo, Chester
Billy, William & Thadius
Birkholz, Berlyn & Elaine
Bishop, Michael
Bishop, Brian
Black, Rubie
Black, Douglas & Elizabeth
Blaise, Ervin & Felthus Elizabeth
Blalock, Angeles
Bloom, Amy
Blue Water of Cape Coral, Inc.
Blue, John & Rachelle
Blue Water Condominium Association
Bo, Theresa
Boglin, Regina
Bontu, Praksah R. & Rupa

Borges, Virgilio & Janaina
Borne, Barry & Mary
Bosch, Unia
Bosse, David & Christina
Boucher, Gordon & Nancy
Boudreaux, Shawn & Justine
Bourg, Junius
Boutte, Gloria
Boutte, Don & Michael Robinson
Bowden, Erica
Bowen, Tia
Bowers, Roger
Boxton, Glenda
Boyce, Gary E. & Chris
Brackett, Orlesa W.
Bradley, Chris
Bradley, Jimmy & Louise
Braga, Henry & Deborah
Brand, Mariyn D.
Branning, William & Betty
Braselman, Holly
Breaux, Roy Jr.
Brennan, Arlene
Brewer, Clatues & Frances
Brewton, III, I.D. & Sonia
Brian, Wilton & Rita
Briscoe, Hopeton
Brister, Candy
Brito, Nelson
Brock, Ora
Broesder, Stanley
Brown, Joan E.
Brown, Alganan & Regina
Brown, Robin
Brown, Morton & Ruth
Brown, Joshana
Browne, James & Jill
Brumbaugh, Russell R. Jr. & Carol
Bryant, Debra
Bryant, Victor & Falana
Burk, Johns & Monica
Burke, Richard & Rebecca
Burkhead, Samantha & John L.
Burns, Robert
Burt, James & Janie
Burton, Jenise
Burton, Rose & Tebault
Busbee, Jr., Clarence & Sheri
Butler, Laddy J.
Butler, Bernice
Butler, Mary
Cager, Mitchell & Patricia
Callais, Gary & Michelle

| | | |
|---|---|---|
| Callan, Paul & Gloria | Cunningham, Shirley | Edgar, Faroh on behalf of |
| Calloway, Frederic (Kent) & Amanda | D'Ambroiso, John & Pamela | Marazul LLC |
| Cambric, Shannon | D'Ambrosio, Angelo & Deborah | Edwards, Cecile |
| Cammarata, Louis & Michele | D'Anna, Gaetano | Ehrsam, Howard |
| Campell, Thomas & Kelli | Dakin, Kim | Eleuterius, Gregory & Elizabeth |
| Candiani, Karen & Donald | Damond, Pam | Elliott, Mary |
| Cannestro, Michael & Enny | Daniels, Lula | Enclarde, Mary |
| Caple, Janelle | Daniels, Anita | Engasser, Paul & Patricia |
| Carciato, Lisa | Dao, Cuc | Engel, Jefferey & Ella |
| Cardiello, Frank & Gayle | Dasilva, Jose & Maria | England, Charles |
| Carney, Garnet & William | Davis, Chris | England, Michael & Kim |
| Carroll, Mattie B. | Davis, Lee Ester | Englander, Mark |
| Carter, Alice | Davis, Susan M. | Englert, Thomas & Karen |
| Carter, Andrea | Davis, Veronica | Estimond, James & Jordany |
| Carter, Antione C. | Davis, Vernon | Evans, Donald & Barbara |
| Carter, Daniel & My-duyen | Dearborn, John | Evans, Ronald |
| Carter, Jack, Jr. | DeCarlo, Ellen & Nelson, Jerald | Everard, Elliott |
| Caruso, Leonard & Cheryl | DeGlopper, Jenni | Everett, Michael |
| Caruthers, Lewis Harland | Deharde, Kelly & Christopher | Ewald, Thomas & Christina |
| Casburn, Richard & Judy | Dekeyser, Phyllis & Lee | Fairley, Leo & Jacqueline |
| Casey, William & Pamela | Delisser, John & Maryalyn | Fairley, Jeffery A. |
| Cashion, William | Delk, Smith | Fajardo, Wilson |
| Catalanotto, Mary Ann | Delpapa, Pamela | Gonzalez, Esther |
| Cattano, Phyllis | DeMange, Craig | Falls, Jamison & Lauren |
| Chaeffer, Brad | Demirgian, Edward & Tonya | Fardella, Michael |
| Chalmers, Ryan & Julie | DePompa, Angelo | Farley, Patrick Michael |
| Chauppetta, Larry & Michelle | Desmore, Judy & Barry | Farley, Nancy A. |
| Cheramie, Bertoule & Joan | Desselle, Brent | Farve, Crystal |
| Chestnut, Thomas & Patty | Dharamsey, Shabbir | Feltner, Donna |
| Chinoy, Raymond & Vinita | Dickinson, William | Fermoile, James & Fran |
| Chladny, Ray & Stafford, Debbie | Diffley, Matthew & Krista | Ferrer, Haydee |
| Cianfrini, Jerry | Dillard, Ronnie & Linda | Ferroni, Peter & Christian |
| Cintula, Theodore | Dillinger, Norbert & Svetty, Rita | Fifteen B's, LC, a Florida Corporation |
| Clark, Lisa | Dillon, Ray & Selestin | Fineschi, Nicola & Connie |
| Clarke, Wayne G. | Dineen, Robert | Flaherty, Sean |
| Cohen, Ariel | Dinette, Rodney & Geraldine | Fletcher, Gregory & Diane |
| Cohen, Yossef | Dinneen, Walter F. & Vickie L. | Flint, Joseph & Sloan, Danielle |
| Cole, Eddie C. | DiSapio, Tonya & Carmine | Fluharty, Carson & Charlene |
| Cole, John & Star | Distel, Matthew & Stephaine | Fontana, Patricia |
| Coleman, Charles | Divanno, Michael & Iben | Fordham, Allen & Anissa |
| Coleman, Misty | Dixon, Perry & Deborah | Fores, David, Vasquez, Monica |
| Comick, Ronnie | Domingue, Craig & Lesa | Foreston, Anthony & Sherrie |
| Commander, Aurorina | Donaldson, Jill & Oertling, Jared | Foster, William & Vicki |
| Conrad, Jesse & Gelone | Donmeyer, Scott D. & Kristin | Foster, Gregg |
| Coopier, Royce, Cuff, Cynthia | Donnelly, Mary Rose & James | Foster, Van |
| Copeland, Mildred | Dorsey, Rachael & David | Foster, Evelyn |
| Copello, Victor & Pamela | Douglas, Aprile L. | Foxwell, Craig & Linda |
| Corvaia, Steve | Dow, Jared | Foxworth, Margie |
| Cotilla, Marisela & Adolfo | Dowell, Darren & Kim | Francipane, Susan |
| Couture, Patrick G. & Kasie F. | Downing, Kenneth & Maria | Francisco, Tom & Jane |
| Cox, Jeffery | Dubocq de Vicente, Evelyn | Frank, David & Catherine |
| Cox, Shawn & Lisa | Duchane, Charles & Susanna | Franklin, Michael & Aimee |
| Crandle, Angela | Duckett, Larry Heath | Franklin, Allison |
| Craven, Dan | Dudreck, Albert & Jaon | Frazier, Rose & Raymond |
| Crespo, Elliott | Dunlap, Jay & Vanessa | Freel, Kevin |
| Cribb, Rose | Dunn, Howard | Fugazy, Lenni & Justin |
| Cricco, Carl & Kimberly | Dunn, Keith & Krystal | Gaines, Timothy & Julie |
| Cruchfield, James & Louella | Dunn, Diane | Gainey, Billy C. & Kathryn |
| Cuenea, Peggy | Duplesis, Georgiana | Gainey, Dale & Carolyn |
| Cummins, Rolland & Charlene | Durrance, Barry & Denise | Gaita, Gina |
| | Eager, Raymond & Willie M. | |

Galle, Joey & Amanda
Galle, Joseph & Debbie
Galloway, Geraldine
Galmiche, Stephen & Tiffany
Galvan, Eric, Marsh, Lavenda
Galvis, Luis & Beatriz
Gambler, Lenox Jr.
Gamboa, Luis & Mercedes
Gangl, Donald & Michelle
Gani, Jacques & Rose
Garcia, Nerio, Hedy M., Mazzarri, Clara
Garrison, Roberto
Garvey, Thomas & Carly
Garvey, Stephen & Karen
Gaston, Nora
Gauthier, Paul & Patricia
Gaylord, Peter & Kelly
Gaynor, Peter & Tracy
Gesualdo, Domenic & Darlene
Ghanta, Madhav
Giannini, Dominic
Giannoussidis, Nikolaos
Gill, Ted & Pamela
Gillan, Zelda
Gillespie, Thomas
Gillman, James c/o Houck, Carolyn
Gimpel, Nicholas & Cathy O'Brien
Gitto, Frank
Glasper, Gregg & Beunker
Gobos, Peter V.
Godwin, Franklin & Veronica
Gody, Anthoney & Candace
Goede, John & Kristin
Goldblum, John, Shirali, Asmita
Goldstein, Ira
Golin, Steven & Karen
Golovkine, Sergei & Natalia
Gomez, Ricardo & Maria
Gomez, Augustus P. & Annice P.
Gonzales, Huey P. Jr.
Goodstein, Martin & Nancy
Gorton, Peter
Gottung, Douglas & Dolores Florio
Graham, Gerald & Terry
Grajales, Beatriz
Grant, Marcus & Jevon
Grassel, Eric & Svetlana
Green, Patricia Stevens
Green, Mary
Green, Mary Nell
Greenberg, Benjamin
Greenblott, Charles
Greenwald, James & Debra
Gregory, Betty
Griffin, Thomas
Grissom, John D. & Becky
Gross, Cheryl & David
Grover, Adam & Keely
Grueninger, Susan

Grunsted, Tamarra
Guerrero, Maria, Blanco, Roberto
Guidry, Sheila
Guillette, Melissa
Gutierezz, Liset
Haggerty, Katheryn
Hahn, Letitia
Haindel, Mary
Hale, George
Hales, Lisa
Hall, Nathaniel & Darlene
Hall, Emma
Hamilton, Rhett
Hammer, Allen
Hampton, Helen
Hampton, Samuel & Shavonne
Hankins, Lee & Barbara
Hanzel, Gary on behalf of Security Source, Inc.
Harding, Matthew & Kristin
Harkley, Alfred
Harris, J. Wesley Brandon & Jessica
Harris, Emily & Gregg
Harris, James
Hartenstein, Lorena
Harter, Harry & Olga
Hartley, Charles & Janet
Harvey, Jr., Ronald & Brnady
Hasselschwert, Craig & Jane
Hatcher, Sherri
Hatcher, Cecil
Hattemer, Jennifer
Hatten, Gabriel
Haughton, Marcia
Hayes, Joseph & Selena
Hayes, Gloria
Headley, Danny & Cathy
Heller, James & Barbara
Helmick, Timothy & Maria
Helper, Dennis
Hendricksen, Paul
Henry, Clifford & Crispina
Herbert, Ken & Margot Foglia
Herbert, Brian
Herring, Homer
Herston, James
Hester, Raymond
Hickey, Raymond & Elizabeth
Hickman, David & Vickie
Hill, Jerry & Sharon
Hill, Geraldin
Hoffman, Hannelore, Lengel, Donna
Hogan, Roger & Joanne
Holt, Herschel & Karen
Hoover, Stephen R.
Hornbeck, Ronald & Linda
Hotard, Christopher
Howard, Monika
Howard Krause as Trustee of the

Naomi Krause Revocable Trust
Howell, Patricia
Howell, Victor & Loumertistene
Hubbard, Michelle & Curtis
Hudson, Michelle
Hudson, Adam
Hueston, Deborah A.
Hughes, Amanda
Hummer, Charles
Humphreys, Thomas
Hunter, Isa
Hunter, Dorothy
Hurley, Jonathan & April
Huszar, Steve
Iannazzi, Ronald & Florence
Indovina, Leon
ITSM Corp. c/o Ana Maria Tascon
Jablonski, Robert & Colleen
Jackson, Irene
Jackson, Michael
James, Richard & Marion
Jensen, Andrea
Jerry, Jason, Prokopetz, Linda
Johnson, Antonio & Saunja
Johnson, Regina
Johnson, Fred
Johnson, Aisha & Geoffrey
Johnson, Carol
Johnson, Abraham
Johnson, Ronald
Jones, Allie & Jeanie
Jones, Roosevelt, Green, Barbara
Jones, Rosetta & Lucious
Jorda, Carlos
Julia, Juan Carlos & Martha
Kallfelz, Marita
Kallio, Gary & Jennifer
Kapalin, Daniel & Danielle
Karp, Lillian & Herbert
Katarsky, John & Carol
Katz, Barry & Rebecca
Kaufman, Leslie
Kehl, Hans Joachim
Kehoe, Molly
Kelly, Christopher & Jesica
Kelly, James & Sandra
Kelso, Christopher
Kelson, Sherrie
Kepler, LLC
Keyt, Stacey R.
Kim, Mai, Bui, Tom
Kimble, Velma
Kimble, Tijuana Leigh
King, Jeffrey & Lauren
King, John
Kirby, Robert
Knotts, Burnistine
Knowles, Timothy & Tosha
Kostelecky, Joseph & Charlotte
Kovens, Arthur & Martha
Kramer, Ronald & Anita

Kranz, Helene & Christina
Ksal, Paul & Melody
L&L South Florida Realty, LLC
Labell, Barry
LABO, LLC.
   c/o Peter Lampheele
Laergne, Sheral Ann
LaFontaine, Steven & Jennifer
LaFrance, Marlone J.
Lahn, Gerald & Karen
Lakind, Alan & Linda
Lamarque, Carroll, Jr.
Lambert, Robert & Tasha
Lampton, Alean
Lang, Danielle Marie
LaSalle, Julio & Carmen
Lau, Donald
Lauderdale One Condo Association, Inc.
Lauria, Dominick
LeBlanc, Steven & Dana
LeCarpentier, Jacques
Ledford, Samuel
Lee, Mark & Wendy
Lee, Anh Van
Lee, Dorothy
Lee, Scott & Donna
Lee, Kevin
Legendre, Joan
Lehmann, Horst
Leon, Aldo
Leon, Daimarys
Leonard, Bridget
Lescarini, Richard & Shannon
Leslie, Daphne
Lester, John & Jacine, Schiller, Larry
Leverette, Gilletto & Donna
Levy, Kenneth & Lynn
Lewis, Felton
Lewis, Lesley
Lewis, Eloise
Lewis, Wanda
Lewis, Leonard
Licon, Eddie
Lloyd, Maxwell & Joete
Loader, Jennifer
Loper, Joseph & Sherry
Loper, Flavor & Lucille
Lopez, Valerie
Lopez, Christie
Lopez, Rebekah
Love, Nakisha
Love, Robert & Adele
Lowande, Paul & Renee
Lozano, Jorge & Cristinia
Ludgood, Stokes & Angela
Lumar, Semyon & Darina
Lumare Properties c/o Mauricio Reyes Henao
Lund, Daniel (III) & Elizabeth

Lundy, William & Gena
Luntz, George & Adrienne
Lussier, Lynne
Machado Bohorques, Noe A.
Mack, Thomas Jr.
Macomber, Shawn
Macon, Jeremy
Madigan, Murphy
Maesel, Shawn
Magdalena Gardens Condo Association
Maggiore, Peter & Frankie
Mai, Long
Mai, Kim & Nguyen, David
Malhoe, Ashok
Malkki, Donna, Clough, Daniel
Malone, Dianne
Malone, Monica
Mancini, Richard
Mancuso, Robert & Lorraine
Maniscalco, Frank & Grace
Mantuo, Jo Ellen
Manuel, Barbara W. & Lucien
Marable, Kimberly
Maranoci, Terri, Lee, Terri
Marcario, Katherine
Marcum, Regina
Mariana, Margaret
Marino, Teresa
Marion, James
Marks, Edward
Marrero, Charlene
Marschhauser, Lou
Marshall, Wilda E.
Marshall, Gregory
Martel, Jean & Carmelle
Martillo, Joseph
Martin, Robert & Denise
Martin, David & Betty
Martin, Richard & Judith
Martin, Victor & Geraldine
Martin Riback, as Trustee of the Martin Riback Revocable Trust Agreement
Martinez, Kim
Martinez, Arnold Sr.
Martinez, Dailyn
Mas, Rachel & Bonilla, Fred
Masih, Parveem
Massaro, Mario
Mastrogiacomo, Kim
Mattox, Dread
Matus, Aldo & Ghady
Matute, Argerie
Maurice, Carmine & Emmanie
Maya, Adi
Mayes, Jacqueline
Mayeus, Cory & Kristy
Mayo, Edward & Jacqueline
Mays, Bobby & Gina
Maysonet, Erika

McBride, Shirley Ann
McCarty, Terrance & Sandra
McCool, Michael
McCrory, Osizy & Margie
McEldowney, Larry
McKee, Brett & Sara
McKee, Maria
McKenzie, Martha
McKinley, Jacob
McKinney, Ali & Ilka
McKinnies, Kionne & Terral
McKinnon, Joseph/Christina
McLendon, Brian & Stephanie
McMahon, William R. & Setsuke
McMillan, Claretha
McMillian, Timothy
McNeal, Shevon
McNealy, James & Fran
McRae, Frances E.
McTigue, Bobby & Celia
Medina, Pedro
Meinholz, Nancy
Meister, David & Diane
Melton, John & Tamara
Melton, Carolyn & Jackson, Ivory
Mendez, Jose & Sonia
Mercedes, William & Carmen
Metcalfe, George & Amy
Meyer, Kirk & Lori
Meyer, Harry E. Jr.
Miller, Sr., Ronald & Lisa
Miller, Jo Ann
Miller, Alan
Miller, Robert
Miller, William & Teresa
Mingto, James & Patricia
Miranda, Jose & Adela
Mitchell, Robert & Bonnie
Mitchell, James & Kelsey
Mitchell, Virgil & Rosetta
Mize, Brandon
Molden, Frank
Montalvo, Samuel, Jr.
Montoya, Frank & Eva Ann
Moon, Daniel & Marva
Moore, Roxana
Moore, Evelyn
Moore, Leon
Moore, William & Earlene
Moore, Jerry & Rhonda
Morel, Rudolph
Morgan, Linda
Morgan, Jetson & Lee
Morgan, Sylvia
Morillo, Madelyn
Moritz, Christy
Morlas, Ralph
Morris, Robert
Morrison, Robert & Sandra
Morton, Robert
Moses, Brenda & Bryant Moses

| | | |
|---|---|---|
| Moss, Christopher & Cox, Crystal | Patching, Trevor & Karen | Poche, Ann Randle Poche |
| Mottolo, Gene | Pate, Jeremy | Rankins, Edward & Pamela |
| Mowers, Evelyn B. & Matthew R. | Patterson, Gary & Nicole | Ratliff, Krondenser Means |
| Mueller, Lawrence & Jamie | Patterson, Kellie | Rattler, Mike & Tara |
| Muenchen, Stephen M. Jr. | Patti, Anthony J. | Raucci, Steven & Dorothy |
| Mulkey, Kareem J. | Paul, Audrey B. | Ravelo, Carlos |
| Mullet, Crystal | Peace Harbor Condo Association | Real Property Resolutions Group, LLC |
| Mullet, Edwin & Debbie | Pearson, J. Richmond & Julene R. Pearson | Reaves, Eugene W. IV |
| Murdali, Fazeel | Pearson, Richmond | Reber, Todd & Melissa |
| Murphree, James Lamar | Pelak, Paul & Michele | Redway, Robert |
| Murphy, Paul & Danielle | Pelligra, Anna R. | Reed, Randy |
| Murphy, Ronald | Peltier, Isaac & Shanon | Reels, Tamara |
| Murray, Paul & Lois | Penny, Andrew & Rachel | Reese, Virgil |
| Murray, Robin & Marva | Penny, Andrew & Rachel | Reeves, Carrie |
| Myers, William, Myers, Brigette | Peoples, Debra | Reilly, Reed & Victoria |
| Myers, Odette | Pequigney, Sean & Candace | Reinoso, Manuel & Jessica |
| Nack, Thomas | Pereira Dos Ramos, Jose J. | Reiprecht, Raymond |
| Nelms, Jr., William | Perez, Mike | Rekhels, Alexander & Irina |
| Nelton, Mary | Perez, Gustavo | Reynolds, Karen |
| Nemes, Robert & Frances | Perone, Samuel | Rezny, Brian & Linda |
| Neste, Dave | Pesseackey, Mike & Phyllis | Richard, David |
| Newell, Michael & Faris | Peterson, Derrick & Robin | Richards, John & Patricia |
| Nguyen, Cathy Mai Thi | Petrella, Elaine | Richardson, Terry & Frances O. |
| Nicolosa, Martin & Sharon | Pettway, Susan | Richardson, Tammy |
| Nijhawan, Balraj & Pushpa c/o Pradeep | Peyton, Evelyn | Riggio, Brenda & Ignatius |
| Nijhawan, POA | Pfeiffer, Marion | Riley, Willie James |
| Nilsson, Jan Erik & Anette | Pham, Kelly | Riley, Estela |
| Niswonger, Mary M. | Picado, Henry & Tina, Jeffrey Picado | Risko, Mark & Beverly Ann |
| Noldge, Don | Troy Picado | Rizzo, Frank & Christina |
| Nord, John | Pierce, Alton | RMM Investments, LLC |
| Norton, James | Pietrantonio, Tamie | Roberson, Martha |
| Nowicki, John C. | Pigott, Janette | Roberson, Nadine |
| Nowling, Michael & Angel | Pitcher, John, Brust, Gina | Roberts, Kathryn |
| Nuccio, Thomas & Darlene | Pitman, Sharon | Roberts, Robert |
| Nunez, Alvaro | Polk, Donna | Robinson, Louis |
| Nuss, Doug | Pollux, LLC | Robinson, Jerome & Ellen |
| Nutting, Julie | Polychronpoulos, George & Nathalie | Robinson, Dane & Patricia |
| O'neil, Gerald & Brasch, Jacqueline | Poplausky, Maurice & Hanna | Robles, Amparo |
| O'Sullivan, Steven | Porter, Vanessa | Robohm, Donald & Natalie |
| Odoms-Lewis, Janretta C. | Portsmith Condo Association | Rodriguez, Peter |
| Oliver, Kevin | Posey, Susan | Rogers, Michelle |
| Ondrovic, Joseph | Potter, Harold & Tricia | Rogers, Joyce |
| Onori, Paul | Powell, Laura Ann & Lindeerth | Rogers, Gretta |
| Organista, Maria | Pray, Jeffrey & Lana | Rogers, Brenda |
| Orjuela, Sonia | Prescott, Scott | Rogers, Ashley J. |
| Ortiz, Amelia & Mark | Presnall, Donald & Sherron | Rogers, Leslie & Lucille |
| Osicki, Sieward | Preyear, Charlotte D. | Rogers, Marcella |
| Overton, Edward | Price, Robert & Edith | Roland, Linda |
| Owen, Scott & Emilia | Pritchett, Carla | Romain, Eric & Tracey |
| Owens, Brenda | Promenade at Tradition Community Association, Inc. | Rose, Michael |
| Oyer, Steve & Angela | Pruscha, Calman & Charleen Living Trust | Ross, Robert & Natalie |
| Packard, Suki & Michael | Purcell, Veronica | Roth, Stephen |
| Page, Michael & Rikke | Quezada, Nelly & Flaque, Gines | Royal, Kim & Bryson |
| Palazzalo, Michelle | Raio, Joseph | Ruse, Lawrence & Rebecca |
| Palmer, Frances | Rand, Ricahrd | Rushing, Shirley |
| Parker, Sr., William | Randle, Thomas C. | Rutherford, Chris |
| Parker, Jr., William | | Ryckman, Rickey |
| Parker, David | | Sakalauskas, Alberto & Laura |
| Parsley, Marshall | | Salter, Kenneth & Cindy |
| Pasos, Gwendolyn | | Samples, Deneen |

| | | |
|---|---|---|
| Sanden, Paul | Sosa, Gustavo & Maria | Tuepker, John & Claire |
| Sanders, Joseph | Spencer, Edna | Tuyet, Bui A |
| Sanon, Enock & Marie | St. Fort, Ed & Barosy, Regine | Twin Crest Associates, LLC |
| Santacruz, Jose & Yvette | St. John, Kelvin & Laura | Urtubey, Jason |
| Santelle, Thomas & Anne | Stamps, Reginald | Usaga, Johana |
| Santiago, Cesar, Crespo, Eileen | Staub, Dana & Marcus | Uttaro, Francis & Christine |
| Santiago, Angel & Yvette | Steed, Max | Vaca, Amada |
| Santiago, Jose & Yasuany | Steele, Wanda E. | Vaiden, Janet |
| Santiago, Marcos & Carmen | Stephens, Urseleen | Valdez, Jore & Juana |
| Santos, Manue & /Judith | Steubben, John & Grace | Vanasdale, Connie & Dennis |
| Santos, Joel | Stewart, George & Deborah | Vancio, Robert & Karen |
| Saunders, Felician & John | Stewart, Glenn & Kristina | Varnado, David |
| Savoury, Hugh & Lorraine | Stock, Amir & Bella | Veal, David & Mary |
| Scallan, Patricia E. & Ronald | Stone, Thomas & Lauren | Velez, Louis |
| Schafer, Clyde & Pauline | Stout, Michael & Kristina | Veras, Ingrid |
| Schamber, John | Sullivan, William & Sheila | Vessel, Charles & Diane |
| Schneider-Christians, Michael & Verena | Swan, Christina & Harwick, Michael | Villalobos, Angel & Maria de Villarama, Lilia |
| Schoenfelder, Robert & Phyllis | Swartz, Sylvia & Chrisotpher | Volland, John |
| Schubert, Alex & Beth | Sylvester, Jessie | Vollmar, Frank & Elizabeth |
| Scocco, Bart | Talerico, Michele & Tom | Von dem Bach, Christine |
| Scoggins, Margaret | Tarver, Cynthia R. | Vu, Jessie & Mai, Kristy |
| Scott, Pearl | Tatum, Martin & Doris | Waites, Shashanda |
| Scott, James & Karen | Taylor, George & Anna | Walker, Melissa & William |
| Seddon, Robert & Joan | Taylor, Michell | Wallace, Alonza |
| Segnello, Jeffrey & Monica | Taylor, Doris | Walley, Curtis & Monsue |
| Sellman, Terry | Taylor, Robert & Sandra | Walter, David A. |
| Serajuddowla, Mohammad & Ruth | Taylor, Lloyd & Hoxter, Scott | Ward, Theotis |
| Seratt, Doug | Taylor, Travis | Washington, Eugene & Yvonne |
| Serio, Joseph | Teitelbaum, Donna & Ronald | Webster, James & Rosalie |
| Serrano, Irene & Pouncey, Kenneth | Tempel, Harvey & Lisa | Webster, Samuel L. |
| Serrano, Jose & Diana | The Schaper Family Trust | Weekley, William & Charlotte |
| Shaw, Susan | Theard, Avery & Tjaynell | Wegweiser, Wanda & Rebecca |
| Shedd, Kevin & Christine | Thiroux, Freddie & Glenda | Weiner, Darryl |
| Sheehan, Michael | Thomas, Celeste | Westerfield, Robert & Ashley |
| Sheppard, Austin | Thompson, Edith | Whealan, John & Robin |
| Sherrod, Valerie | Thornton, Stanley & April | Wheeler, Don & Agnes |
| Shirali, Sudheer | Thrower, Chris | White, Richard & Linda |
| Shirley, Michael | Tibbetts, Daniel & Janet | White, Jill & Vincent |
| Shiyou, Carol | Tillman, Harold & Shavona | White, Marshall & Cynthia |
| Shuss, Gregory | Tilmann, Stacey Ann & Kimberly Noah | White, Jerry P. & Celeste E. |
| Siddiqui, Hassan & Frauke | Timothy Hesbeens | Whitfield, Tydell Nealy |
| Sierra, Santos & Martha | Tinney, Marjorie | Whitlock, Scott & Lucille |
| Simmons, Sandra & James | Tobin, Eric & Beth Sorenson | Whittington, Richard |
| Simmons, Penny | Todd, Linda | Wienstoer, Danny & Patrick |
| Simmons, Melinda & Andre | Toler, Calvin & Allison | Wiesman, Robert H. & Juan Z. |
| Simonian, Thomas E. & Barbara R. Petty | Toles, Purvis & Patricia | Wilbar Investments LLC c/o a Florida Corporation |
| Sims, Willie | Tombrello, Debbie | Wiley, William & Joan |
| Sims, Fred | Torpy, Larry & Terri | Wiley, Thad |
| Sinclair, Brittany | Toscana II at Renaissance, Inc. c/o James Enyart, President | Wilfer, Rosanne |
| Sisk, Robert & Suzanne | Tracy, Ron & Hazel | Wilkerson, Annie M. |
| Slidell Property Management LLC | Trent, Wilson & Terry | Willey, Ryan & Danielle |
| Smith, Gloria & Robert | Triche, Susan & Glenn | Williams, Houston |
| Smith, Richard | Trillo, Raquel | Williams, Deborah M. |
| Smith, Daniel & Nicole | Trinh, Thuong | Williams, Andrew |
| Soldavini-Clapper, Brigid | Tromatore, Peggy | Williams, Michael & Alice |
| Soloman, Caffie | Troutman, Rodney & Sheila | Williams, Susie |
| Somerhalder, Robert | Trujillo, Lissett | Williams, Shelby & Arnelle |
| Somma, Joseph | Tuecke, Donald E. | Williams, Kate |
| | | Wilson, Michael |

| | | |
|---|---|---|
| Wilson, Darrell & Darlene | Yasinski, Joseph & Barbara | Younger, Leslie, Cummings, Brian |
| Wilson, Diane & Richard | Yoder, Beth | Zamora, Michael |
| Wischler, Robert | Yost, Richard & Judith | Zeleny, Margaret |
| Wites, Marc & Jennifer | Young, Mike | Zhou, Zhongmin & Huang, Qinxi |
| Wood, John & Beatrice | Young, Irvin | |
| Woods, Mattie L. | Young, Melissa | |
| Worthington, George & Adria | | |