# EXHIBIT B

*Mary Anne Benes, et al. v. Knauf Gips KG, et al.*
**Exhibit "B"–Additional Defendants Named in Plaintiffs Omnibus Class Action Complaint (III)**

84 Lumber Company, LP
A & C Development, LLC
Aarco, LLC
Aburton Homes, Inc.
Ace Home Center, Inc.
Aced Interior Drywall, Inc.
Adam Homes Realty, Inc.
Adams Homes of Northwest Florida, Inc.
Adams Homes Realty, Inc.
Adrian Kornman
Advantage Builders of America, Inc. a/k/a Advantage Builders of SWFL, Inc.
Aggies First Call Contractors
Albanese-Popkin The Oaks Development Group, L.P.
Albert Howard, Jr.
All County Drywall Services, Inc.
American Gallery Development Group, LLC
Amerisouth, Inc.
Andre Rodgers, Carpenter
Angel Developments, LLC
Aranda Homes, Inc.
Atchafalaya Homes
Aubuchon Homes, Inc.
Avalon Building Corporation of Tampa Bay
Avalon Preserve Developers, L.L.C.
B &B Stucco, Inc.
Bailey Lumber & Supply Company of Biloxi
Bailey Lumber & Supply Co.
Banner Homes of Florida, Inc.
Banner Supply Co.
Banner Supply Company Fort Myers, LLC
Banner Supply Company Pompano, LLC
Baron Construction Co.
Bass Homes, Inc.
Bay Colony-Gateway, Inc.
Bayou Building Products, LLC
Baywood Construction, Inc.
BBL - Florida, LLC
Beazer Homes Corp.
Belfor USA Group, Inc.
Bell Construction
Beta Drywall, LLC
Billy Wayne Goekler
BJ&K Construction, Inc.
Black Bear Gypsum Supply, Inc.
Blanchard Homes, Inc.
Boyle Lumber Company
Bradford Lumber & Supply, Inc.
Brandon Gremillion
Brent Garrod Drywall, Inc.
Brian Saltalmachia
Brothers Properties LA, LLC
Building Supply House, LLC
Buras Construction LLC,
Burmon Properties, LLC
By George, Inc.
C & N Construction Co. LLC
C.A. Steelman, Inc.
C.L. Paul Plastering, Inc.
C&L Roofing and Remodeling
Cajun Construction & Design, Inc.
Capital Construction
Capitol Materials, Incorporated
Carter Custom Homes, Inc.
CB Dupree Construction, LLC
Cemex, Inc. (formerly CSR Rinker)
Centerline Homes at Tradition, LLC
Centerline Homes Construction, Inc.
Centerline Homes, Inc.
Centerra Homes, LLC
Chase Construction, Inc.
Chateau Bourbon, LLC
Chateau Development LLC
Chavez
Cloutier Brothers, Inc.
CMH Manufacturing, Inc.
Colvin Homes, Inc.
Comfort Home Builders, Inc.
Completed Communities II, LLC
Conti Construction Company, Inc.
Continental Classic Construction, Inc.

- Coral Plastering & Wall Systems, Inc.
- Core Construction, LLC
- Cornerstone Builders, LLC
- Curington Contracting, Inc.
- Curtis Lee Wimberly General Contractor Incorporate
- Custom Homes by Kaye, Inc.
- Cypress Builders, Inc
- D. R. Horton, Inc.
- D.R. Horton, Texas, Ltd.
- Daniel Dæ Loughy Homes, Inc. d/b/a Tropical Homes
- Dave Walker Construction, Inc.
- Dave's Drywall
- David W. Stewart, Inc.
- DeLaCruz Drywall Plastering & Stucco, Inc.
- Deloach Corporation
- Delta Lumber Co. Building Supply
- Devon International Group, Inc.
- Diamond Court Construction Co.
- Done-Rite Construction
- Drywall Done Right
- Dupont Builders, Inc.
- Dupree Construction Co., LLC
- Dwayne Williams
- Dynamic Contractors
- E. Jacob Construction, Inc.
- Eagle Builders, Inc.
- Ed's Drywall & Construction
- Edwards Construction Company
- Eric Bolden
- Everglades Lumber and Building Supplies, LLC
- Federal Construction Specialist, Inc.
- First Choice Drywall Services, Inc.
- First Choice Homes of S.W. Florida, Inc.
- First Home Builder of Florida I, Inc.
- First Home Builders, Inc.
- Fleetwood Homes of Florida, Inc.
- Fleetwood Homes of GA, Inc.
- Florida Style Services, Inc.
- G & F Drywall
- G. Drywall Corp.
- Gabourel's Construction, L.L.C.
- Gant & Shivers
- Garraway's Stores, Inc.
- Gatco Construction, Inc.
- Gator Gypsum, Inc.
- George Meza
- Global Trading of Louisiana, LLC
- Grogan Construction and Real Estate, Inc.
- Groza Builders, Inc.
- Gulf Coast Drywall Building Products, LLC
- Gulf Coast Shelter, Inc.
- Gulf Coast Supply, Inc.
- Gulf South Drywall
- Hanover Homes, Inc.
- Hansen Homes of South Florida, Inc.
- Hartsville Lumber & Barns, Inc.
- HC Seals Drywall Partners
- Heights Properties, L.L.C.
- Hendrickson Contracting
- Heritage Homes, Inc.
- Hilliard Butler Construction Company, Inc.
- HLP/GAC International, Inc.
- Holiday Builders, Inc.
- Holmes Building Materials LLC
- Home Depot USA, Inc.
- Homes of Merit, Inc.
- Horton Homes, Inc.
- Hulsey-Nezlo Construction, LLC
- Infinity Homes, Inc
- Inman Construction Services, Inc.
- Interior Exterior Building Supply, LP
- Interior Exterior Enterprises, LLC
- Interior-Exterior
- Ironwood Properties, Inc.
- J & S Drywall
- J. B. Homes, Inc.
- Jacob Chapman
- Jade Organization General Contractor, LLC
- James Kayser
- James Walker
- Jay 37 Construction, LLC
- Jeff Laporte
- Jim Korn Builders, LLC

Jim Walter Homes, Inc.
Jim Walter Homes, L.L.C.
John Kidd
John P. Gregg
Johnny Weary
Johnson & Johnson Home Repairs, L.L.C.
JP Renovations, Inc.
K. Hovnanian First Homes, LLC
K&B Homes, Inc.
Karr Drywall, Inc.
Kaye Homes, Inc.
KB Home Florida, LLC
KB Home Jacksonville, LLC
KB Home Orlando, LLC
KB Home/Shaw Louisiana, L.L.C.
KB Home Tampa, LLC
KB Homes Fort Myers, LLC
KC2 Investments, LLC
Kelley Drywall, Inc.
Kenneth B. Speights Construction Co.
Kenneth Campo
Kenwood Homes, Inc.
Kimball Hill Homes Florida, Inc.
L.A. Homes, Inc.
L'Oasis Builders Incorporated
L&J Builders, Inc.
L&W Supply Corporation d/b/a Seacoast Supply Company
La Homes and Properties Inc.
Lakeridge Builders, Inc.
Laporte Family Properties
Laporte Family Properties, LLC
Lavish Holding Corp.
Lawrence McCorvey
Lee Roy Jenkins Builder, Inc.
Legend Custom Builders, Inc.
Lennar Corporation
Lennar Homes, LLC
Leon Ramsey
Leroy Laporte, Jr.
Lowe's Home Centers, Inc.
LPR Builders, Inc.
LTL Construction, Inc.

Lucas Construction Corp.
M & M Construction
M/I Homes, Inc.
MacGlen Builders, Inc.
Magnolia State Construction, Inc.
Magnum Development, LLC
Maguel Torez
Majestic Homes of Port St. Lucie, Inc.
Mario Salvana
Maronda Homes, Inc. of Florida
Martinez Drywall & Painting, LLC
Marvins Building Materials and Home Centers
Master Builders of South Florida, Inc.
Mat D Construction
MATSA Construction
Mazer's Discount Home Centers, Inc.
McCar Homes-Tampa, LLC
McLean Drywall
Meadows of Estero-Bonita Springs Ltd. P'ship d/b/a Shelby Homes
Medallion Homes Gulf Coast, Inc.
Medallion Homes, LLC
Meeks Drywall & Stucco, Inc.
Meritage Homes of Florida, Inc.
Mesa Construction Group, Inc.
MGB Construction
Michael Hownrd
Mike Jones Construction, Inc.
Miller Construction Company
Mitchell Homes, Inc.
Modern Construction Group, Inc.
Monzelle Diles
MW Johnson Construction of Florida, Inc.
Negotiable Remodeling
Norman Cedric Howell
Norman Gannon
North Pacific Group
NuWay Drywall, LLC
O.C.D. of S. Florida, Inc.
Oakwood Mobile Homes, Inc.
Ocean Springs Lumber Company, L.L.C.
Oyster Bay Homes, Inc.

P.D.C. Drywall Contractors, Inc.
Palm Isles Holdings, LLC
Paramount Quality Homes Corp.
Parkview Homes Realty, Inc.
Parr-Self, Inc.
Pate Stevedore Company of Pensacola
Patter Construction Services
Paul England Construction
PFS Corporation
Picayune Discount Building Supply
Pine Ridge Development, Inc.
Pine Ridge Real Estate Enterprises, L.L.C.
Pod Homes, LLC
Port of Pensacola Users Association, Inc.
Precision Drywall, Inc.
Premiere Design Homes, Inc.
Pride Homes of Lakes by the Bay - Parcel H, LLC
Princeton Homes, Inc.
Pulte Home Corporation
Pyramid Construction Corporation
R & B Housing, LLC
R & H Masonry Contractors, Inc.
Ray Horvath Drywall, Inc.
Redman Homes, Inc.
Renfrow Insulation & Supply
Renfrow Insulation I
Residential Drywall, Inc.
Richard Jones Construction Company, Inc.
Rivercrest LLC/St. Joe & Company
RJL Drywall Inc.
RNB Construction
Rocky Ruckman
Roman Gonzalez
Ross Home Builders, Inc.
Russ Mills,
Rylex Homes, Inc.
S. Petersen Homes, Inc.
S&D Specialists, Inc.
Sands Construction Group, LLC
SC Builders, L.L.C.
Seaside Development, LLC
Sedgwick Developers, Inc.
Shelby Homes, Inc.
Shelter Products, Inc.
Shoma Homes Splendido, Inc.
Signature Series Homes, Inc.
Smith Family Homes Corporation
Smoky Mountain Materials, Inc.
Sorrento Lumber Co., Inc.
South Kendall Construction Corp.
Southern Homes, LLC
Southern Homes of Broward XI, Inc.
Southern Star Construction Company, Inc.
Space Coast Truss, LLC
Speedy Drywall
Speights Cash & Carry
Springhill, LLC
Standard Pacific Homes of South Florida, G.P.
Standard Pacific of Southwest Florida GP, Inc.
Statewide Associates, Inc.
Steve Harrington Homes, Inc.
Steve Suchmel
Steven R. Carter, Inc.
Stewart's Remodeling Electrical
Stine Lumber, LLC
Stock Development, LLC
Suarez Housing Corporation
Summit Homes, LLC n/k/a PHL Construction, LLC
Sun Construction, LLC
Sunrise Construction
Sunrise Construction and Development, LLC
Sunrise Homes
Swedberg Enterprises, inc.
Taylor Morrison, Inc.
Taylor Morrison Services, Inc.
The Haskell Company
The Jade Organziation, inc.
The Ryland Group, Inc.
Thomas R. Gould, Inc.
Thompson Wood Products, Inc.
Tillman Construction, Inc.

Timberline Builders, Inc.
Timberline Homes
Titan Demolition and Construction, LLC
Toll Estero Ltd. Partnership, d/b/a Toll Brothers
Total Community Action
Treasure Coast Communities, Inc.
Trust America Homes, Inc.
United Drywall & Stucco, Inc.
United Home Builders Inc.
United Homes, Inc.
USG Corporation
US Home Corporation a Delaware Corporation
Veal Enterprises, Inc.
Venture Homes
Venus Street, LLC
Victor Bustillos
VP Construction Services, Inc.
W.B. Howland Co., L.L.C.
Walter Ferri
Waterways Joint Venture IV
Waterways Joint Venture IV, LLC
WB Construction Company, Inc.
Wellington Shores-Wellington Limited Partnership
Westerheim Properties, Inc.
William Hurst
William P. Joseph Jr. Construction, Inc.
Willie Kelly Construction Co.
Woodland Enterprises, Inc.