# EXHIBIT C

*Mary Anne Benes, et al. v. Knauf Gips, KG, et al.*

**Exhibit "C"–Plaintiffs' Counsel and Pro Se Plaintiffs Contact Information in Plaintiffs Omnibus Class Action Complaint (III)**

| PLAINTIFF'S COUNSEL |
|---|
| Jeremy Alters<br>Alters Boldt Brown Rash & Culmo<br>4141 Northeast 2nd Avenue<br>Suite 201<br>Miami, FL 33137<br>Phone: (305) 571-8550<br>Fax: (305) 571-8558<br>jeremy@abbrclaw.com |
| Spencer Aronfeld<br>Aronfeld Trial Attorneys PA<br>3132 Ponce de Leon Boulevard<br>Coral Gables, FL 33134<br>Phone: (305) 441-0440<br>Fax: (305) 441-0198<br>aronfeld@aronfeld.com |
| Bruce Steckler<br>Herbert Flowers<br>Baron & Budd<br>3102 Oak Lawn Avenue<br>Suite 1100<br>Dallas, TX  75219-4281<br>Phone: (214) 521-3605<br>Fax: (214) 520-1181<br>hflowers@baronbudd.com |
| Don Barrett, P.A.<br>Lovelace Law Firm, P.A.<br>404 Court Square<br>P.O. Box 987<br>Lexington, MS 39095<br>Phone: (662) 834-2376 |

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Matthew B. Moreland
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
mmoreland@becnellaw.com

Bencomo & Associates
639 Loyola Ave.
Suite 2110
New Orleans, LA 70119
Phone: (504) 529-2929
ben_law@bellsouth.net

E. John Litchfield
Matthew P. Chenevert
Berrigan, Litchfield, Schonekas,
 Mann & Traina, LLC
201 St. Charles Avenue, Suite 4204
New Orleans, LA 70170
Phone: (504) 568-0541
Fax: (504) 561-8655
mchenevert@berriganlaw.net

Joseph M. Bruno
The Law Office of Joseph M. Bruno
855 Baronne Street
New Orleans, LA 70113
Phone: (504) 561-6776
Fax: (504) 561-6775
stephaniep@jbrunolaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Aragon Avenue, 2nd Floor
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

C.S. Chiepalich, Esquire
C.S. Chiepalich, P.C.
1860 Government Street
Mobile, AL 36606
Phone: (251) 478-1666
Fax: (251) 478-1683
charris15@birch.net

Charles J. LaDuca
Cuneo, Gilbert & LaDuca, LLP
507 C Street, NE
Washington, DC 20002
Phone: (202) 789-3960
Fax: (202) 789-1813
wanderson@cuneolaw.com

Joshua M. Palmintier
deGravelles, Palmintier, Holthaus & Fruge, LLC
618 Main Street
Baton Rouge, LA 70801
Phone: (225) 344-3735
Fax: (225) 336-1146

Laura L. Catlett
Diliberto & Kirin
3636 S. I-10 Service Road West
Suite 210
Metairie, AL 70001
Phone: (504) 828-1600
Fax: (504) 828-1555
catlett@attorneys-louisiana.com

Elizabeth Borne
Dysart & Tabary, LLP
3 Courthouse Square
Chalmette, LA 70043
Phone: (504) 271-8011
Fax: (504) 648-0255
LisaB@dst-law.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Scott M. Galante
Galante & Bivalacqua, LLC
650 Poydras Street
Suite 2015
New Orleans, LA 70130
Phone: (504) 648-1858
Fax: (504) 561-0559
scott@gb-lawfirm.com

Edward Sexton, II
Gentle, Turner & Sexton
2 North 20th Street
Suite 1200
Birmingham, AL 35203
Phone: (205) 716-3000
Fax: (205) 716-3010
aecker@gtandslaw.com

Brian J. Connelly
Jason L. Odom
Gould Cooksey Fennell P.A.
979 Beachland Blvd.
Vero Beach, FL 32963
Phone: (772) 231-1100
Fax: (772) 231-2020
nlr@gouldcooksey.com

Michael D. Hausfeld
Richard S. Lewis
James J. Pizzirusso
Hausfeld LLP
1700 K Street, N.W.
Suite  650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
jpizzirusso@hausfeldllp.com

Edward Gibson
Hawkins, Stracener & Gibson, PLLC
544 Main Street
Bay St. Louis, MS 39520
Phone: (228) 469-0785
Fax: (228) 466-9233
Egibson@hsglawfirm.net

Russ M. Herman
Leonard A. Davis
Stephen J. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113
Phone: (504) 581-4892
Fax. (504) 561-6024
rherman@hhkc.com

Christopher C. Casper
James, Hoyer, Newcomer, Smiljanich
 & Yanchunis, P.A.
4830 West Kennedy Boulevard
Suite 550
Tampa, FL 33609
Phone: (813) 286-4100
Fax: (813) 286-4174
ccasper@jameshoyer.com

Michael J. Ryan
Krupnick Campbell Malone Buser Slama
Hancock Liberman & McKee, P.A.
700 Southeast Third Avenue
Ft. Lauderdale, FL 33316-1186
Phone: (954) 763-8181
Fax: (954) 763-8292
ksolares@krupnicklaw.com

Hugh P. Lambert
Lambert & Nelson, PLC
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
gerry@lambertandnelson.com

Theodore J. Leopold
Leopold-Kuvin, P.A.
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Phone: (561) 515-1400
Fax: (561) 515-1401
lmarks@leopoldkuvin.com

Arnold Levin
Fred S. Longer
Matthew Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com

Ben Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell, Echsner &
Protor, P.A.
316 S. Baylen Street
Pensacola, FL 32501
Phone: (850) 435-7087
Fax: (850) 436-6087
bgordon@levinlaw.com

Daniel K. Bryson
Lewis & Roberts, PLLC
3700 Glenwood Avenue
Suite 410 (27612)
P.O. Box 17529
Raleigh, NC  27619
Phone (919) 981-0191
Fax: (919) 981-0199
akf@lewis-roberts.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Scott R. Bickford
Larry J. Centola
Martzell & Bickford
338 Lafayette Street
New Orleans, LA 70130
ljc@mbfirm.com

David P. Matthews
Julie L. Rhoades
Matthews & Associates
2905 Sackett Street
Houston, TX 77098
Phone: (713) 535-7179
Fax: (713) 535-7184
lnielsen@dpmlawfirm.com

Chip A. McCallum
McCallum, Hoaglund, Cook & Irby, LLP
905 Montgomery Highway
Suite 201
Vestavia Hills, AL 35216
Phone: (205) 824-7767
Fax: (205) 824-7768
lmarler@mhcilaw.com

Mark A. Milstein
Jason J. Rudolph
Milstein, Adelman and Kreger, LLP
2800 Donald Douglas Loop North
Santa Monica, CA 90405
Phone: (310) 396-9600
Fax: (310) 396-9635
eshipman@maklawyers.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

Morris Bart
Morris Bart, LLC
909 Poydras St.
20th Floor
New Orleans, LA 70112
Phone: (504) 599-3224
morrisbart@morrisbart.com

Darren R. Inverso
Norton, Hammersley, Lopez & Skokos, P.A.
1819 Main Street, Suite 610
Sarasota, FL 34236
Phone: (941) 954-4691
Fax: (941) 954-2128
dinverso@nhlslaw.com

Jerrold Parker
Jordan L. Chaikin
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Suite 101
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jchaikin@yourlawyer.com

Victor M. Diaz
Podhurst Orseck, PA
25 W. Flagler St., Suite 800
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com
jdonner@podhurst.com

Jordan Torry
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, TX 77027
Phone: (713) 622-7271
Fax: (713) 623-8724
dacevedo@reichandbinstock.com

H. Clay Roberts
Roberts & Durkee, PA
Alhambra Towers, Penthouse I
121 Alhambra Plaza, Suite 1603
Coral Gable, FL 33134
Phone: (305) 442-1700
Fax: (305) 442-2559
roberts@rdlawnet.com

Christopher Seeger
Jeffery Grand
Seeger Weiss, LLP
One William Street
Phone: (212) 584-0700
Fax: (212) 584-0799
egoldberg@seegerweiss.com

Richard Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Michael B. Shapiro
Allison Grant
Shapiro, Blasi, Wasserman & Gora, PA
Corporate Centre at Boca Raton
7777 Glades Road, Suite 400
Boca Raton, FL 33434
Phone: (561) 477-7800
Fax: (561) 477-7722
agrant@sbwlawfirm.com

J.P. Strom
John R. Alphin
Strom Law Firm, L.L.C.
2110 Beltline Boulevard
Suite A
Columbia, SC 29204
Phone: (803) 252-4800
Faxz: (803) 252-4801
jalphin@stromlaw.com

Tom W. Thornhill
Thornhill Law Firm A PLC
1308 Ninth Street
Slidell, LA 70458
Phone: (985) 641-5010
Fax: (985) 641-5011
tom@thornhilllawfirm.com

Sidney D. Torres, III
Roberta L. Burns
Law Offices of Sidney D. Torres, III
Torres Park Plaza, Suite 303
8301 West Judge Perez Dr.
Chalmette, LA 70043
Phone: (504) 271-8421
Fax: (504) 271-1961
Pmichon@torres-law.com

| |
|---|
| Marcus Viles<br>Viles and Beckman, LLC<br>6350 Presidential Court<br>Fort Myers, FL 33919<br>Phone: (239) 334-3922<br>michael@vilesandbeckman.com<br>marcus@vilesandbeckman.com |
| James M. Scarmozzino, Esquire<br>Webb & Scarmozzino,<br>2121 West First Street, Ste. 200<br>Ft. Myers, FL 33901<br>Phone: (239) 334-1600<br>Fax: (239) 334-7979 |
| William P. Buckley<br>Willis & Buckley, APC<br>3723 Canal Street<br>New Orleans, LA 70119<br>Phone: (504) 488-6301<br>Fax: (504) 488-6302<br>billwblaw@bellsouth.net |
| **PRO SE PLAINTIFFS** |
| Edward and Jacqueline Mayo<br>5803 Winchester Park Drive<br>New Orleans, Louisiana 70126 |