***Mary Anne Benes, et al. v. Knauf Gips KG, et al.***
**Schedule "1"–Distributor/Supplier/Importer/Exporter/Broker List of Subclasses to Plaintiffs Omnibus Class Action Complaint (III)**

| | |
|---|---|
| Subclass #1: | 84 Lumber Company, LP |
| Subclass #2: | Ace Home Center, Inc. |
| Subclass #3: | All County Drywall Services, Inc. |
| Subclass #4: | Bailey Lumber & Supply Co. |
| Subclass #5: | Bailey Lumber & Supply Company of Biloxi |
| Subclass #6: | Banner Supply Co. |
| Subclass #7: | Banner Supply Company Fort Myers, LLC |
| Subclass #8: | Banner Supply Company Pompano, LLC |
| Subclass #9: | Baron Construction Co. |
| Subclass #10: | Bayou Building Products, LLC |
| Subclass #11: | Black Bear Gypsum Supply, Inc. |
| Subclass #12: | Boyle Lumber Company |
| Subclass #13: | Bradford Lumber & Supply , Inc. |
| Subclass #14: | Brent Garrod Drywall, Inc. |
| Subclass #15: | Building Supply House, LLC |
| Subclass #16: | C&L Roofing and Remodeling |
| Subclass #17: | Cajun Construction & Design, Inc. |
| Subclass #18: | Capitol Materials, Incorporated |
| Subclass #19: | Delta Lumber Co. Building Supply |
| Subclass #20: | Devon International Group, Inc. |
| Subclass #21: | Everglades Lumber and Building Supplies, LLC |
| Subclass #22: | Garraway's Stores, Inc. |
| Subclass #23: | Gator Gypsum, Inc. |
| Subclass #24: | Global Trading of Louisiana, LLC |
| Subclass #25: | Gulf Coast Drywall Building Products, LLC |
| Subclass #26: | Gulf Coast Shelter, Inc. |
| Subclass #27: | Gulf Coast Supply, Inc. |
| Subclass #28: | Hartsville Lumber & Barns, Inc. |
| Subclass #29: | HLP/GAC International, Inc. |
| Subclass #30: | Holmes Building Materials LLC |
| Subclass #31: | Home Depot USA, Inc. |
| Subclass #32: | Interior Exterior Building Supply, LP |
| Subclass #33: | Interior Exterior Enterprises, LLC |
| Subclass #34: | L&W Supply Corporation d/b/a Seacoast Supply Company |
| Subclass #35: | Lowe's Home Centers, Inc. |
| Subclass #36: | Marvins Building Materials and Home Centers |
| Subclass #37: | Mazer's Discount Home Centers, Inc. |
| Subclass #38: | North Pacific Group |
| Subclass #39: | Oakwood Mobile Homes, Inc. |

| | |
|---|---|
| Subclass #40: | Ocean Springs Lumber Company, L.L.C. |
| Subclass #41: | Pate Stevedore Company of Pensacola |
| Subclass #42: | PFS Corporation |
| Subclass #43: | Picayune Discount Building Supply |
| Subclass #44: | Port of Pensacola Users Association, Inc. |
| Subclass #45: | R & H Masonry Contractors, Inc. |
| Subclass #46: | Renfrow Insulation & Supply |
| Subclass #47: | Renfrow Insulation I |
| Subclass #48: | Shelter Products, Inc. |
| Subclass #49: | Smoky Mountain Materials, Inc. |
| Subclass #50: | Speights Cash & Carry |
| Subclass #51: | Stine Lumber, LLC |
| Subclass #52: | W.B. Howland Co., L.L.C. |

***Mary Anne Benes, et al. v. Knauf Gips KG, et al.***
**Schedule "1"– Distributor/Supplier/Importer/Exporter/Broker List of Subclasses to Plaintiffs Omnibus Class Action Complaint (III)**

| Plaintiff | Defendant | Defendants' Subclass # |
|---|---|---|
| Polk, Donna | 84 Lumber Company, LP | 1 |
| Branning, William and Betty | Ace Home Center, Inc. | 2 |
| Loader, Jennifer | All County Drywall Services, Inc | 3 |
| Eleuterius, Gregory and Elizabeth | Bailey Lumber & Supply Co. | 4 |
| Toles, Purvis and Patricia | Bailey Lumber & Supply Co. | 4 |
| Galle, Joey & Amanda | Bailey Lumber & Supply Company of Biloxi | 5 |
| Galle, Joseph & Debbie | Bailey Lumber & Supply Company of Biloxi | 5 |
| Steubben, John & Grace | Bailey Lumber & Supply Company of Biloxi | 5 |
| Anderton, Gloria & George | Banner Supply Co. | 6 |
| Candiani, Karen & Donald | Banner Supply Co. | 6 |
| Carciato, Lisa | Banner Supply Co. | 6 |
| Cardiello, Frank and Gayle | Banner Supply Co. | 6 |
| Carter, Daniel and My-duyen | Banner Supply Co. | 6 |
| Carter, Daniel and My-duyen | Banner Supply Co. | 6 |
| Casey, William and Pamela | Banner Supply Co. | 6 |
| Dekeyser, Phyllis and Lee | Banner Supply Co. | 6 |
| Ewald, Thomas and Christina | Banner Supply Co. | 6 |
| Giannini, Dominic | Banner Supply Co. | 6 |
| Gill, Ted and Pamela | Banner Supply Co. | 6 |
| Hattemer, Jennifer | Banner Supply Co. | 6 |
| Kepler, LLC | Banner Supply Co. | 6 |
| Lopez, Rebekah | Banner Supply Co. | 6 |

*Mary Anne Benes, et al. v. Knauf Gips KG, et al.*
**Schedule "1"– Distributor/Supplier/Importer/Exporter/Broker List of Subclasses to Plaintiffs Omnibus Class Action Complaint (III)**

| Plaintiff | Defendant | Defendants' Subclass # |
|---|---|---|
| Malhoe, Ashok | Banner Supply Co. | 6 |
| Mastrogiacomo, Kim | Banner Supply Co. | 6 |
| Meister, David and Diane | Banner Supply Co. | 6 |
| Nemes, Robert and Frances | Banner Supply Co. | 6 |
| Nuccio, Thomas and Darlene | Banner Supply Co. | 6 |
| Page, Michael and Rikke | Banner Supply Co. | 6 |
| Patterson, Kellie | Banner Supply Co. | 6 |
| Pietrantonio, Tamie | Banner Supply Co. | 6 |
| Reaves, Eugene W. IV | Banner Supply Co. | 6 |
| Riley, Estela | Banner Supply Co. | 6 |
| Roth, Stephen | Banner Supply Co. | 6 |
| Santiago, Angel and Yvette | Banner Supply Co. | 6 |
| Sheehan, Michael | Banner Supply Co. | 6 |
| Valdez, Jore & Juana | Banner Supply Co. | 6 |
| Veras, Ingrid | Banner Supply Co. | 6 |
| Wilson, Darrell and Darlene | Banner Supply Co. | 6 |
| Dekeyser, Phyllis and Lee | Banner Supply Company Fort Myers, LLC | [illegible] |
| Ewald, Thomas and Christina | Banner Supply Company Fort Myers, LLC | 7 |
| Kepler, LLC | Banner Supply Company Fort Myers, LLC | 7 |
| Mastrogiacomo, Kim | Banner Supply Company Fort Myers, LLC | 7 |
| McLendon, Brian and Stephanie | Banner Supply Company Fort Myers, LLC | 7 |
| Meister, David and Diane | Banner Supply Company Fort Myers, LLC | 7 |

*Mary Anne Benes, et al. v. Knauf Gips KG, et al.*
**Schedule "1"– Distributor/Supplier/Importer/Exporter/Broker List of Subclasses to Plaintiffs Omnibus Class Action Complaint (III)**

| Plaintiff | Defendant | Defendants' Subclass # |
|---|---|---|
| Nemes, Robert and Elaine | Banner Supply Company Fort Myers, LLC | 7 |
| Pietrantonio, Tamie | Banner Supply Company Fort Myers, LLC | 7 |
| Roth, Stephen | Banner Supply Company Fort Myers, LLC | 7 |
| Wites, Marc and Jennifer | Banner Supply Company Pompano, LLC | 8 |
| Cruchfield, James & Louella | Baron Construction Co. | 9 |
| Alexander, Henry and Penny | Bayou Building Products, LLC | 10 |
| Lamarque, Carroll, Jr. | Bayou Building Products, LLC | 10 |
| Durrance, Barry and Donna | Black Bear Gypsum Supply, Inc. | 11 |
| McKenzie, Martha | Boyle Lumber Company | 12 |
| Everard, Elliott | Bradford Lumber & Supply, Inc. | 13 |
| Domingue, Craig and Lesa | Bradford Lumber & Supply, Inc. | 13 |
| Green, Mary | Bradford Lumber & Supply, Inc. | 13 |
| Mai, Kim and Nguyen, David | Bradford Lumber & Supply, Inc. | 13 |
| Mai, Long | Bradford Lumber & Supply, Inc. | 13 |
| Manuel, Barbara W. and Lucien | Bradford Lumber & Supply, Inc. | 13 |
| Mays, Bobby and Gina | Bradford Lumber & Supply, Inc. | 13 |
| Rushing, Shirley | Bradford Lumber & Supply, Inc. | 13 |
| Steele, Wanda E. | Bradford Lumber & Supply, Inc. | 13 |
| Vu, Jessie and Mai, Kristy | Bradford Lumber & Supply, Inc. | 13 |
| Nelms, Jr., William | Brent Garrod Drywall, Inc. | 14 |
| Antoun, Ivan | Building Supply House, LLC | 15 |
| Scallan, Patricia E. and Ronald | Building Supply House, LLC | 15 |

*Mary Anne Benes, et al. v. Knauf Gips KG, et al.*
**Schedule "1"– Distributor/Supplier/Importer/Exporter/Broker List of Subclasses to Plaintiffs Omnibus Class Action Complaint (III)**

| Plaintiff | Defendant | Defendants' Subclass # |
|---|---|---|
| Stout, Michael and Kristin | Building Supply House, LLC | 15 |
| Triche, Susan and Glenn | Building Supply House, LLC | 15 |
| Samples, Deneen | C&L Roofing and Remodeling | 16 |
| Serio, Joseph | Cajun Construction & Design, Inc | 17 |
| Dillard, Ronnie and Linda | Capitol Materials, Incorporated | 18 |
| Newell, Michael & Paris | Delta Lumber Co Building Supply | 19 |
| Ledford, Samuel | Devon International Group, Inc. | 20 |
| Grueninger, Susan | Everglades Lumber and Building Supplies, LLC | 21 |
| Herring, Homer | Garraway's Stores, Inc. | 22 |
| Lee, Kevin | Gator Gypsum, Inc. | 23 |
| Mowers, Evelyn B. and Matthew R. | Global Trading of Louisiana, LLC | 24 |
| Davis, Vernon | Gulf Coast Drywall Building Products, LLC | 25 |
| Butler, Bernice | Gulf Coast Shelter, Inc. | 26 |
| Gainey, Billy C. and Kathryn | Gulf Coast Shelter, Inc. | 26 |
| Howell, Victor and Loumertistene | Gulf Coast Shelter, Inc. | 26 |
| Mingo, James & Patrice | Gulf Coast Supply, Inc. | 27 |
| Gainey, Billy C. and Kathryn | Hartsville Lumber & Barns, Inc. | 28 |
| Serio, Joseph | H.L. & A.C. International, Inc. | 29 |
| Martin, Robert and Denise | Holmes Building Materials LLC | 30 |
| Cager, Mitchell & Patricia | Home Depot USA, Inc. | 31 |
| Carter, Alice | Home Depot USA, Inc. | 31 |

*Mary Anne Benes, et al. v. Knauf Gips KG, et al.*
**Schedule "1"– Distributor/Supplier/Importer/Exporter/Broker List of Subclasses to Plaintiffs Omnibus Class Action Complaint (III)**

| Plaintiff | Defendant | Defendants' Subclass # |
|---|---|---|
| England, Charles | Home Depot USA, Inc. | 31 |
| Green, Mary Nell | Home Depot USA, Inc. | 31 |
| Howell, Patricia | Home Depot USA, Inc. | 31 |
| Loader, Jennifer | Home Depot USA, Inc. | 31 |
| Mack, Thomas Jr. | Home Depot USA, Inc. | 31 |
| Malone, Monica | Home Depot USA, Inc. | 31 |
| Martin, David & Betty | Home Depot USA, Inc. | 31 |
| McCrory, Osizy & Margie | Home Depot USA, Inc. | 31 |
| McTigue, Bobby & Celia | Home Depot USA, Inc. | 31 |
| Mitchell, Virgil & Rosetta | Home Depot USA, Inc. | 31 |
| Owens, Brenda | Home Depot USA, Inc. | 31 |
| Polk, Donna | Home Depot USA, Inc. | 31 |
| Rogers, Gretta | Home Depot USA, Inc. | 31 |
| Simmons, Melinda and Andre | Home Depot USA, Inc. | 31 |
| Stewart, George & Deborah | Home Depot USA, Inc. | 31 |
| Taylor, Robert & Sandra | Home Depot USA, Inc. | 31 |
| Thiroux, Freddie & Glenda | Home Depot USA, Inc. | 31 |
| Vessel, Charles and Diane | Home Depot USA, Inc. | 31 |
| Volland, John | Home Depot USA, Inc. | 31 |
| Walley, Curtis & Monsue | Home Depot USA, Inc. | 31 |
| Alonzo, Lana | Interior Exterior Building Supply, LP | 32 |
| Anderson, Shawnree and John | Interior Exterior Building Supply, LP | 32 |

*Mary Anne Benes, et al. v. Knauf Gips KG, et al.*
**Schedule "1"– Distributor/Supplier/Importer/Exporter/Broker List of Subclasses to Plaintiffs Omnibus Class Action Complaint (III)**

| **Plaintiff** | **Defendant** | **Defendants' Subclass #** |
|---|---|---|
| Back, Charles and Mary | Interior Exterior Building Supply, LP | 32 |
| Barlow, Regine and John | Interior Exterior Building Supply, LP | 32 |
| Blalock, Angeles | Interior Exterior Building Supply, LP | 32 |
| Blue, John and Rachelle | Interior Exterior Building Supply, LP | 32 |
| Borne, Barry and Mary | Interior Exterior Building Supply, LP | 32 |
| Boutte, Don and Michael Robinson | Interior Exterior Building Supply, LP | 32 |
| Braselman, Holly | Interior Exterior Building Supply, LP | 32 |
| Callais, Gary & Michelle | Interior Exterior Building Supply, LP | 32 |
| Cheramie, Bertoule and Joan | Interior Exterior Building Supply, LP | 32 |
| Donaldson, Jill and Oertling, Jared | Interior Exterior Building Supply, LP | 32 |
| Fineschi, Nicola and Connie | Interior Exterior Building Supply, LP | 32 |
| Gross, Cheryl and David | Interior Exterior Building Supply, LP | 32 |
| Jones, Allie and Jeanie | Interior Exterior Building Supply, LP | 32 |
| Kehoe, Molly | Interior Exterior Building Supply, LP | 32 |
| Mayo, Edward and Jacqueline | Interior Exterior Building Supply, LP | 32 |
| Morlas, Ralph | Interior Exterior Building Supply, LP | 32 |
| Niswonger, Mary M. | Interior Exterior Building Supply, LP | 32 |
| Reynolds, Karen | Interior Exterior Building Supply, LP | 32 |
| Ryckman, Rickey | Interior Exterior Building Supply, LP | 32 |
| Staub, Dana and Marcus | Interior Exterior Building Supply, LP | 32 |
| Stone, Thomas and Lauren | Interior Exterior Building Supply, LP | 32 |
| Theard, Avery & Tjaynell | Interior Exterior Building Supply, LP | 32 |

***Mary Anne Benes, et al. v. Knauf Gips KG, et al.***
**Schedule "1"– Distributor/Supplier/Importer/Exporter/Broker List of Subclasses to Plaintiffs Omnibus Class Action Complaint (III)**

| **Plaintiff** | **Defendant** | **Defendants' Subclass #** |
|---|---|---|
| Velez, Louis | Interior Exterior Building Supply, LP | **32** |
| Wilfer, Rosanne | Interior Exterior Building Supply, LP | **32** |
| Wischler, Robert | Interior Exterior Building Supply, LP | **32** |
| Alonzo, Lana | Interior Exterior Enterprises, LLC | **33** |
| Anderson, Shawnree and John | Interior Exterior Enterprises, LLC | **33** |
| Back, Charles and Mary | Interior Exterior Enterprises, LLC | **33** |
| Barlow, Regine and John | Interior Exterior Enterprises, LLC | **33** |
| Blalock, Angeles | Interior Exterior Enterprises, LLC | **33** |
| Blue, John and Rachelle | Interior Exterior Enterprises, LLC | **33** |
| Borne, Barry and Mary | Interior Exterior Enterprises, LLC | **33** |
| Boutte, Don and Michael Robinson | Interior Exterior Enterprises, LLC | **33** |
| Braselman, Holly | Interior Exterior Enterprises, LLC | **33** |
| Callais, Gary & Michelle | Interior Exterior Enterprises, LLC | **33** |
| Cheramie, Bertoule and Joan | Interior Exterior Enterprises, LLC | **33** |
| Donaldson, Jill and Oertling, Jared | Interior Exterior Enterprises, LLC | **33** |
| Fineschi, Nicola and Connie | Interior Exterior Enterprises, LLC | **33** |
| Gross, Cheryl and David | Interior Exterior Enterprises, LLC | **33** |
| Jones, Allie and Jeanie | Interior Exterior Enterprises, LLC | **33** |
| Kehoe, Molly | Interior Exterior Enterprises, LLC | **33** |
| Mayo, Edward and Jacqueline | Interior Exterior Enterprises, LLC | **33** |
| Morlas, Ralph | Interior Exterior Enterprises, LLC | **33** |
| Niswonger, Mary M. | Interior Exterior Enterprises, LLC | **33** |

*Mary Anne Benes, et al. v. Knauf Gips KG, et al.*
**Schedule "1"– Distributor/Supplier/Importer/Exporter/Broker List of Subclasses to Plaintiffs Omnibus Class Action Complaint (III)**

| Plaintiff | Defendant | Defendants' Subclass # |
|---|---|---|
| Reynolds, Karen | Interior Exterior Enterprises, LLC | 33 |
| Ryckman, Rickey | Interior Exterior Enterprises, LLC | 33 |
| Staub, Dana and Marcus | Interior Exterior Enterprises, LLC | 33 |
| Stone, Thomas and Lauren | Interior Exterior Enterprises, LLC | 33 |
| Theard, Avery & Tjaynell | Interior Exterior Enterprises, LLC | 33 |
| Velez, Louis | Interior Exterior Enterprises, LLC | 33 |
| Wilfer, Rosanne | Interior Exterior Enterprises, LLC | 33 |
| Wischler, Robert | Interior Exterior Enterprises, LLC | 33 |
| Campell, Thomas and Kelli | L&W Supply Corporation d/b/a Seacoast Supply Company | 34 |
| Casburn, Richard and Judy | L&W Supply Corporation d/b/a Seacoast Supply Company | 34 |
| Foster, Gregg | L&W Supply Corporation d/b/a Seacoast Supply Company | 34 |
| Grover, Adam and Keely | L&W Supply Corporation d/b/a Seacoast Supply Company | 34 |
| Hummer, Charles | L&W Supply Corporation d/b/a Seacoast Supply Company | 34 |
| Licon, Eddie | L&W Supply Corporation d/b/a Seacoast Supply Company | 34 |
| Mendez, Jose and Sonia | L&W Supply Corporation d/b/a Seacoast Supply Company | 34 |
| Page, Michael and Rikke | L&W Supply Corporation d/b/a Seacoast Supply Company | 34 |
| Thompson, Edith | L&W Supply Corporation d/b/a Seacoast Supply Company | 34 |
| Wallace, Alonza | L&W Supply Corporation d/b/a Seacoast Supply Company | 34 |

*Mary Anne Benes, et al. v. Knauf Gips KG, et al.*
**Schedule "1"– Distributor/Supplier/Importer/Exporter/Broker List of Subclasses to Plaintiffs Omnibus Class Action Complaint (III)**

| Plaintiff | Defendant | Defendants' Subclass # |
|---|---|---|
| Webster, James & Rosalie | L&W Supply Corporation d/b/a Seacoast Supply Company | 34 |
| Abels, Shirley | Lowe's Home Centers, Inc. | 35 |
| Alfred, Janice | Lowe's Home Centers, Inc. | 35 |
| Avant, Catherine | Lowe's Home Centers, Inc. | 35 |
| Bennett, Larry | Lowe's Home Centers, Inc. | 35 |
| Brand, Marlyn D. | Lowe's Home Centers, Inc. | 35 |
| Carter, Alice | Lowe's Home Centers, Inc. | 35 |
| Carter, Antione C. | Lowe's Home Centers, Inc. | 35 |
| Clarke, Wayne G. | Lowe's Home Centers, Inc. | 35 |
| Coleman, Charles | Lowe's Home Centers, Inc. | 35 |
| Dixon, Perry & Deborah | Lowe's Home Centers, Inc. | 35 |
| Engel, Jefferey and Ella | Lowe's Home Centers, Inc. | 35 |
| Foreston, Anthony & Sherrie | Lowe's Home Centers, Inc. | 35 |
| Galloway, Geraldine | Lowe's Home Centers, Inc. | 35 |
| Green, Mary Nell | Lowe's Home Centers, Inc. | 35 |
| Green, Patricia Stevens | Lowe's Home Centers, Inc. | 35 |
| Guidry, Sheila | Lowe's Home Centers, Inc. | 35 |
| Harris, Emily & Gregg | Lowe's Home Centers, Inc. | 35 |
| Hester, Raymond | Lowe's Home Centers, Inc. | 35 |
| Jackson, Irene | Lowe's Home Centers, Inc. | 35 |
| King, Jeffrey & Lauren | Lowe's Home Centers, Inc. | 35 |
| Leverette, Gilletto & Donna | Lowe's Home Centers, Inc. | 35 |

| *Mary Anne Benes, et al. v. Knauf Gips KG, et al.* **Schedule "1"– Distributor/Supplier/Importer/Exporter/Broker List of Subclasses to Plaintiffs Omnibus Class Action Complaint (III)** | | |
|---|---|---|
| **Plaintiff** | **Defendant** | **Defendants' Subclass #** |
| Malone, Monica | Lowe's Home Centers, Inc. | 35 |
| Maranoci, Terri<br>Lee, Terri | Lowe's Home Centers, Inc. | 35 |
| Martin, David & Betty | Lowe's Home Centers, Inc. | 35 |
| Mitchell, Virgil & Rosetta | Lowe's Home Centers, Inc. | 35 |
| Odoms-Lewis, Janretta C. | Lowe's Home Centers, Inc. | 35 |
| Ratliff, Krondenser Means | Lowe's Home Centers, Inc. | 35 |
| Riley, Willie James | Lowe's Home Centers, Inc. | 35 |
| Rogers, Gretta | Lowe's Home Centers, Inc. | 35 |
| Scott, Pearl | Lowe's Home Centers, Inc. | 35 |
| Sherrod, Valerie | Lowe's Home Centers, Inc. | 35 |
| Simmons, Penny | Lowe's Home Centers, Inc. | 35 |
| Sylvester, Jessie | Lowe's Home Centers, Inc. | 35 |
| Taylor, Robert & Sandra | Lowe's Home Centers, Inc. | 35 |
| Thiroux, Freddie & Glenda | Lowe's Home Centers, Inc. | 35 |
| Volland, John | Lowe's Home Centers, Inc. | 35 |
| Walley, Curtis & Monsue | Lowe's Home Centers, Inc. | 35 |
| Washington, Eugene & Yvonne | Lowe's Home Centers, Inc. | 35 |
| Webster, Samuel L. | Lowe's Home Centers, Inc. | 35 |
| Wiley, William & Joan | Lowe's Home Centers, Inc. | 35 |
| Delk, Smith | Marvins Building Materials and Home Centers | 36 |
| Headley, Danny and Cathy | Mazer's Discount Home Centers, Inc. | 37 |
| Ledford, Samuel | Mazer's Discount Home Centers, Inc. | 37 |

*Mary Anne Benes, et al. v. Knauf Gips KG, et al.*
**Schedule "1"– Distributor/Supplier/Importer/Exporter/Broker List of Subclasses to Plaintiffs Omnibus Class Action Complaint (III)**

| Plaintiff | Defendant | Defendants' Subclass # |
|---|---|---|
| Macon, Jeremy | Mazer's Discount Home Centers, Inc. | 37 |
| Owens, Brenda | Mazer's Discount Home Centers, Inc. | 37 |
| Thornton, Stanley and April | Mazer's Discount Home Centers, Inc. | 37 |
| Fluharty, Carson & Charlene | North Pacific Group | 38 |
| Cunningham, Shirley | Oakwood Mobile Homes, Inc. | 39 |
| Galle, Joey & Amanda | Ocean Springs Lumber Company, L.L.C. | 40 |
| Galle, Joseph & Debbie | Ocean Springs Lumber Company, L.L.C. | 40 |
| Martin, David & Betty | Ocean Springs Lumber Company, LLC | 40 |
| Hayes, Joseph and Selena | Pate Stevedore Company of Pensacola | 41 |
| Montoya, Frank & Eva Ann | PFS Corporation | 42 |
| Adams, Eddie and Rose | Picayune Discount Building Supply | 43 |
| McKinley, Jacob | Picayune Discount Building Supply | 43 |
| Hurley, Jonathan and April | Port of Pensacola Users Association, Inc. | 44 |
| Holt, Herschel & Karen | R & H Masonry Contractors, Inc. | 45 |
| Hale, George | Renfrow Insulation & Supply | 46 |
| Hale, George | Renfrow Insulation II | 47 |
| Butler, Bernice | Shelter Products, Inc. | 48 |
| Howell, Victor and Loumertistene | Shelter Products, Inc. | 48 |
| Brewton, III, J.D. & Sonia | Smoky Mountain Materials, Inc. | 49 |
| Salter, Kenneth & Cindy | Smoky Mountain Materials, Inc. | 49 |
| Herring, Homer | Speights Cash & Carry | 50 |
| Vessel, Charles and Diane | Stine Lumber, LLC | 51 |

| *Mary Anne Benes, et al. v. Knauf Gips KG, et al.* **Schedule "1"– Distributor/Supplier/Importer/Exporter/Broker List of Subclasses to Plaintiffs Omnibus Class Action Complaint (III)** | | |
|---|---|---|
| **Plaintiff** | **Defendant** | **Defendants' Subclass #** |
| Mattox, Dread | W.B. Howland Co., L.L.C. | **52** |