*Mary Anne Benes, et al. v. Knauf Gips KG, et al.*
**Schedule "2"–Builder/Developer List of Subclasses to
Plaintiffs Omnibus Class Action Complaint (III)**

| | |
|---|---|
| Subclass #53: | A & C Development, LLC |
| Subclass #54: | Aarco, LLC |
| Subclass #55: | Aburton Homes, Inc. |
| Subclass #56: | Adam Homes Realty, Inc. |
| Subclass #57: | Adams Homes of Northwest Florida, Inc. |
| Subclass #58: | Adams Homes Realty, Inc. |
| Subclass #59: | Adrian Kornman |
| Subclass #60: | Advantage Builders of America, Inc. a/k/a Advantage Builders of SWFL, Inc. |
| Subclass #61: | Albanese-Popkin The Oaks Development Group, L.P. |
| Subclass #62: | Albert Howard, Jr. |
| Subclass #63: | American Gallery Development Group, LLC |
| Subclass #64: | Amerisouth, Inc. |
| Subclass #65: | Andre Rodgers, Carpenter |
| Subclass #66: | Angel Developments, LLC |
| Subclass #67: | Aranda Homes, Inc. |
| Subclass #68: | Atchafalaya Homes |
| Subclass #69: | Aubuchon Homes, Inc. |
| Subclass #70: | Avalon Building Corporation of Tampa Bay |
| Subclass #71: | Avalon Preserve Developers, L.L.C. |
| Subclass #72: | Banner Homes of Florida, Inc. |
| Subclass #73: | Bass Homes, Inc. |
| Subclass #74: | Bay Colony-Gateway, Inc. |
| Subclass #75: | Baywood Construction, Inc. |
| Subclass #76: | BBL - Florida, LLC |
| Subclass #77: | Beazer Homes Corp. |
| Subclass #78: | Belfor USA Group, Inc. |
| Subclass #79: | Bell Construction |
| Subclass #80: | BJ&K Construction, Inc. |
| Subclass #81: | Blanchard Homes, Inc. |
| Subclass #82: | Brothers Properties LA, LLC |
| Subclass #83: | Buras Construction LLC, |
| Subclass #84: | C & N Construction Co. LLC |
| Subclass #85: | Carter Custom Homes, Inc. |
| Subclass #86: | CB Dupree Construction, LLC |
| Subclass #87: | Centerline Homes at Tradition, LLC |
| Subclass #88: | Centerline Homes Construction, Inc. |
| Subclass #89: | Centerline Homes, Inc. |
| Subclass #90: | Centerra Homes, LLC |
| Subclass #91: | Chase Construction, Inc. |

| Subclass #92: | Chateau Bourbon, LLC |
| Subclass #93: | Chateau Development LLC |
| Subclass #94: | Cloutier Brothers, Inc. |
| Subclass #95: | Comfort Home Builders, Inc. |
| Subclass #96: | Completed Communities II, LLC |
| Subclass #97: | Conti Construction Company, Inc. |
| Subclass #98: | Core Construction, LLC |
| Subclass #99: | Cornerstone Builders, LLC |
| Subclass #100: | Curington Contracting, Inc. |
| Subclass #101: | Curtis Lee Wimberly General Contractor Incorporate |
| Subclass #102: | Custom Homes by Kaye, Inc. |
| Subclass #103: | Cypress Builders, Inc |
| Subclass #104: | D. R. Horton, Inc. |
| Subclass #105: | D.R. Horton, Texas, Ltd. |
| Subclass #106: | Daniel Dæ Loughy Homes, Inc. d/b/a Tropical Homes |
| Subclass #107: | Dave Walker Construction, Inc. |
| Subclass #108: | David W. Stewart, Inc. |
| Subclass #109: | Diamond Court Construction Co. |
| Subclass #110: | Dupont Builders, Inc. |
| Subclass #111: | Dupree Construction Co. , LLC |
| Subclass #112: | E. Jacob Construction, Inc. |
| Subclass #113: | Eagle Builders, Inc. |
| Subclass #114: | Edwards Construction Company |
| Subclass #115: | Eric Bolden |
| Subclass #116: | Federal Construction Specialist, Inc. |
| Subclass #117: | First Choice Homes of S.W. Florida, Inc. |
| Subclass #118: | First Home Builder of Florida I, Inc. |
| Subclass #119: | First Home Builders, Inc. |
| Subclass #120: | Fleetwood Homes of Florida, Inc. |
| Subclass #121: | Fleetwood Homes of GA, Inc. |
| Subclass #122: | G & F Drywall |
| Subclass #123: | Gabourel's Construction, L.L.C. |
| Subclass #124: | Gant & Shivers |
| Subclass #125: | Gatco Construction, Inc. |
| Subclass #126: | Grogan Construction and Real Estate, Inc. |
| Subclass #127: | Groza Builders, Inc. |
| Subclass #128: | Hanover Homes, Inc. |
| Subclass #129: | Hansen Homes of South Florida, Inc. |
| Subclass #130: | Heights Properties, L.L.C. |
| Subclass #131: | Heritage Homes, Inc. |
| Subclass #132: | Hilliard Butler Construction Company, Inc. |
| Subclass #133: | Holiday Builders, Inc. |
| Subclass #134: | Homes of Merit, Inc. |
| Subclass #135: | Horton Homes, Inc. |

| Subclass #136: | Hulsey-Nezlo Construction, LLC |
| Subclass #137: | Infinity Homes, Inc |
| Subclass #138: | Inman Construction Services, Inc. |
| Subclass #139: | Ironwood Properties, Inc. |
| Subclass #140: | Jade Organization General Contractor, LLC |
| Subclass #141: | James Kayser |
| Subclass #142: | Jim Korn Builders, LLC |
| Subclass #143: | Jim Walter Homes, Inc. |
| Subclass #144: | Jim Walter Homes, L.L.C. |
| Subclass #145: | John P. Gregg |
| Subclass #146: | Johnson & Johnson Home Repairs, L.L.C. |
| Subclass #147: | JP Renovations, Inc. |
| Subclass #148: | K. Hovnanian First Homes, LLC |
| Subclass #149: | K&B Homes, Inc. |
| Subclass #150: | Kaye Homes, Inc. |
| Subclass #151: | KB Home Florida, LLC |
| Subclass #152: | KB Home Jacksonville, LLC |
| Subclass #153: | KB Home Orlando, LLC |
| Subclass #154: | KB Home/Shaw Louisiana, L.L.C. |
| Subclass #155: | KB Home Tampa, LLC |
| Subclass #156: | KB Homes Fort Myers, LLC |
| Subclass #157: | KC2 Investments, LLC |
| Subclass #158: | Kenneth B. Speights Construction Co. |
| Subclass #159: | Kenwood Homes, Inc. |
| Subclass #160: | Kimball Hill Homes Florida, Inc. |
| Subclass #161: | L.A. Homes, Inc. |
| Subclass #162: | L'Oasis Builders Incorporated |
| Subclass #163: | L&J Builders, Inc. |
| Subclass #164: | La Homes and Properties Inc. |
| Subclass #165: | Lakeridge Builders, Inc. |
| Subclass #166: | Laporte Family Properties, LLC |
| Subclass #167: | Lavish Holding Corp. |
| Subclass #168: | Lee Roy Jenkins Builder, Inc. |
| Subclass #169: | Legend Custom Builders, Inc. |
| Subclass #170: | Lennar Corporation |
| Subclass #171: | Lennar Homes, LLC |
| Subclass #172: | Leroy Laporte, Jr. |
| Subclass #173: | LPR Builders, Inc. |
| Subclass #174: | LTL Construction, Inc. |
| Subclass #175: | Lucas Construction Corp. |
| Subclass #176: | M/I Homes, Inc. |
| Subclass #177: | MacGlen Builders, Inc. |
| Subclass #178: | Magnum Development, LLC |
| Subclass #179: | Majestic Homes of Port St. Lucie, Inc. |

Subclass #180:     Maronda Homes, Inc. of Florida
Subclass #181:     Master Builders of South Florida, Inc.
Subclass #182:     Mat D Construction
Subclass #183:     McCar Homes-Tampa, LLC
Subclass #184:     Meadows of Estero-Bonita Springs Ltd. P'ship d/b/a Shelby Homes
Subclass #185:     Medallion Homes Gulf Coast, Inc.
Subclass #186:     Medallion Homes, LLC
Subclass #187:     Meritage Homes of Florida, Inc.
Subclass #188:     MGB Construction
Subclass #189:     Mike Jones Construction, Inc.
Subclass #190:     Miller Construction Company
Subclass #191:     Mitchell Homes, Inc.
Subclass #192:     Modern Construction Group, Inc.
Subclass #193:     Monzelle Diles
Subclass #194:     MW Johnson Construction of Florida, Inc.
Subclass #195:     Negotiable Remodeling
Subclass #196:     Norman Cedric Howell
Subclass #197:     Oyster Bay Homes, Inc.
Subclass #198:     Palm Isles Holdings, LLC
Subclass #199:     Paramount Quality Homes Corp.
Subclass #200:     Parkview Homes Realty, Inc.
Subclass #201:     Parr-Self, Inc.
Subclass #202:     Patter Construction Services
Subclass #203:     Pine Ridge Development, Inc.
Subclass #204:     Pine Ridge Real Estate Enterprises, L.L.C.
Subclass #205:     Pod Homes, LLC
Subclass #206:     Premiere Design Homes, Inc.
Subclass #207:     Pride Homes of Lakes by the Bay - Parcel H, LLC
Subclass #208:     Princeton Homes, Inc.
Subclass #209:     Pulte Home Corporation
Subclass #210:     Pyramid Construction Corporation
Subclass #211:     Residential Drywall, Inc.
Subclass #212:     Richard Jones Construction Company, Inc.
Subclass #213:     Rivercrest LLC/St. Joe & Company
Subclass #214:     RNB Construction
Subclass #215:     Rocky Ruckman
Subclass #216:     Ross Home Builders, Inc.
Subclass #217:     Russ Mills,
Subclass #218:     Rylex Homes, Inc.
Subclass #219:     S. Petersen Homes, Inc.
Subclass #220:     S&D Specialists, Inc.
Subclass #221:     SC Builders, L.L.C.
Subclass #222:     Seaside Development, LLC
Subclass #223:     Sedgwick Developers, Inc.

| | |
|---|---|
| Subclass #224: | Shelby Homes, Inc. |
| Subclass #225: | Shoma Homes, Inc. |
| Subclass #226: | Shoma Homes Splendido, Inc. |
| Subclass #227: | Signature Series Homes, Inc. |
| Subclass #228: | Smith Family Homes Corporation |
| Subclass #229: | South Kendall Construction Corp. |
| Subclass #230: | Southern Homes, LLC |
| Subclass #231: | Southern Homes of Broward XI, Inc. |
| Subclass #232: | Southern Star Construction Company, Inc. |
| Subclass #233: | Springhill, LLC |
| Subclass #234: | Standard Pacific Homes of South Florida, G.P. |
| Subclass #235: | Standard Pacific of Southwest Florida GP, Inc. |
| Subclass #236: | Statewide Associates, Inc. |
| Subclass #237: | Steve Harrington Homes, Inc. |
| Subclass #238: | Steven R. Carter, Inc. |
| Subclass #239: | Stock Development, LLC |
| Subclass #240: | Suarez Housing Corporation |
| Subclass #241: | Summit Homes, LLC n/k/a PHL Construction, LLC |
| Subclass #242: | Sun Construction, LLC |
| Subclass #243: | Sunrise Construction |
| Subclass #244: | Sunrise Construction and Development, LLC |
| Subclass #245: | Sunrise Homes |
| Subclass #246: | Taylor Morrison, Inc. |
| Subclass #247: | Taylor Morrison Services, Inc. |
| Subclass #248: | The Haskell Company |
| Subclass #249: | The Jade Organziation, inc. |
| Subclass #250: | The Ryland Group, Inc. |
| Subclass #251: | Thomas R. Gould, Inc. |
| Subclass #252: | Thompson Wood Products, Inc. |
| Subclass #253: | Tillman Construction, Inc. |
| Subclass #254: | Timberline Builders, Inc. |
| Subclass #255: | Timberline Homes |
| Subclass #256: | Toll Estero Ltd. Partnership, d/b/a Toll Brothers |
| Subclass #257: | Treasure Coast Communities, Inc. |
| Subclass #258: | Trust America Homes, Inc. |
| Subclass #259: | United Home Builders Inc. |
| Subclass #260: | United Homes, Inc. |
| Subclass #261: | US Home Corporation a Delaware Corporation |
| Subclass #262: | Veal Enterprises, Inc. |
| Subclass #263: | Venture Homes |
| Subclass #264: | Venus Street, LLC |
| Subclass #265: | Waterways Joint Venture IV |
| Subclass #266: | Waterways Joint Venture IV, LLC |
| Subclass #267: | WB Construction Company, Inc. |

Subclass #268:      Wellington Shores-Wellington Limited Partnership
Subclass #269:      Westerheim Properties, Inc.
Subclass #270:      William P. Joseph Jr. Construction, Inc.
Subclass #271:      Woodland Enterprises, Inc.

### *Mary Anne Benes, et al. v. Knauf Gips KG, et al.*
### Schedule "2"– Builder/Developer List of Subclasses to Plaintiffs Omnibus Class Action Complaint (III)

| Plaintiff | Defendant | Defendants' Subclass # |
|---|---|---|
| Kelso, Christopher | Aarco Development, Inc. | 53 |
| Pritchett, Carla | Aarco, LLC | 54 |
| Butler, Thomas and Karen | Aburton Homes, Inc. | 55 |
| Murray, Robin and Marva | Aburton Homes, Inc. | 55 |
| Schamber, John | Adam Homes Realty, Inc. | 56 |
| Hummel, Charles | Adams Homes of Northwest Florida, Inc. | 57 |
| Mendez, Jose and Sonia | Adams Homes of Northwest Florida, Inc. | 57 |
| Thompson, Edith | Adams Homes of Northwest Florida, Inc. | 57 |
| Von dem Bach, Christine | Adams Homes of Northwest Florida, Inc. | 57 |
| Jones, Rosetta & Lucious | Adams Homes Realty, Inc. | 58 |
| Slidell Property Management LLC | Adrian Kornman | 59 |
| Kelly, Christopher & Jesica | Advantage Builders of America, Inc. a/k/a Advantage Builders of SWFL, Inc. | 60 |
| Mercedes, William and Carmen | Advantage Builders of America, Inc. a/k/a Advantage Builders of SWFL, Inc. | 60 |
| Montalvo, Samuel, Jr. | Advantage Builders of America, Inc. a/k/a Advantage Builders of SWFL, Inc. | 60 |
| Penny, Andrew and Rachel | Advantage Builders of America, Inc. a/k/a Advantage Builders of SWFL, Inc. | 60 |
| Coloyan, Serge and Natali | Albanese-Popkin The Oaks Development Group, L.P. | 61 |
| Wites, Marc and Jennifer | Albanese-Popkin The Oaks Development Group, L.P. | 61 |
| Moore, Leon | Albert Howard, Jr. | 62 |
| Pollux, LLC | American Gallery Development Group LLC | 63 |
| Swartz, Sylvia and Chrisotpher | Amerisouth, Inc. | 64 |

*Mary Anne Benes, et al. v. Knauf Gips KG, et al.*
**Schedule "2"– Builder/Developer List of Subclasses to Plaintiffs Omnibus Class Action Complaint (III)**

| Plaintiff | Defendant | Defendants' Subclass # |
|---|---|---|
| Reeves, Michael & Burns | Andre Rodgers Carpentry | 65 |
| Sakalauskas, Alberto and Laura | Angel Developments, LLC | **66** |
| Appelman, Lee & Sara | Aranda Homes, Inc. | 67 |
| Brennan, Arlene | Aranda Homes, Inc. | **67** |
| Burns, Robert | Aranda Homes, Inc. | **67** |
| Cardiello, Frank and Gayle | Aranda Homes, Inc. | **67** |
| Carter, Daniel and My-duyen | Aranda Homes, Inc. | **67** |
| Carter, Daniel and My-duyen | Aranda Homes, Inc. | **67** |
| Engasser, Paul and Patricia | Aranda Homes, Inc. | **67** |
| Francipane, Susan | Aranda Homes, Inc. | **67** |
| Gaines, Timothy & Julie | Aranda Homes, Inc. | **67** |
| Giannini, Dominic | Aranda Homes, Inc. | **67** |
| Hattemer, Jennifer | Aranda Homes, Inc. | **67** |
| Riley, Estela | Aranda Homes, Inc. | **67** |
| Wilson, Darrell and Darlene | Aranda Homes, Inc. | **67** |
| Mayeux, Cory & Kristy | Atchafalaya Homes | **68** |
| Rekhels, Alexander and Irina | Aubuchon Homes, Inc. | **69** |
| Durrance, Barry and Denise | Avalon Building Corporation of Tampa Bay | **70** |
| Sellman, Terry | Avalon Building Corporation of Tampa Bay | **70** |
| Dickinson, William | Avalon Preserve Developers, L.L.C. | 71 |
| Donnelly, Mary Rose and James | Avalon Preserve Developers, L.L.C. | **71** |
| Gangl, Donald and Michelle | Avalon Preserve Developers, L.L.C. | **71** |

*Mary Anne Benes, et al. v. Knauf Gips KG, et al.*

**Schedule "2"– Builder/Developer List of Subclasses to Plaintiffs Omnibus Class Action Complaint (III)**

| Plaintiff | Defendant | Defendants' Subclass # |
|---|---|---|
| Garvey, Stephen and Karen | Avalon Preserve Developers, L.L.C. | 71 |
| Giannoussidis, Nikolaos | Avalon Preserve Developers, L.L.C. | 71 |
| Lumar, Semyon and Darina | Avalon Preserve Developers, L.L.C. | 71 |
| Mancini, Richard | Avalon Preserve Developers, L.L.C. | 71 |
| Maniscalco, Frank and Grace | Avalon Preserve Developers, L.L.C. | 71 |
| Martin, Victor and Geraldine | Avalon Preserve Developers, L.L.C. | 71 |
| Smith, Gloria and Robert | Avalon Preserve Developers, L.L.C. | 71 |
| Teitelbaum, Donna and Ronald | Avalon Preserve Developers, L.L.C. | 71 |
| Wilson, Diane and Richard | Avalon Preserve Developers, L.L.C. | 71 |
| Spencer, Edna | Banner Homes of Florida, Inc. | 72 |
| Branning, William and Betty | Bass Homes, Inc. | 73 |
| Kostelecky, Joseph and Charlotte | Bass Homes, Inc. | 73 |
| Martel, Jean & Carmelle | Bay Colony-Gateway, Inc. | 74 |
| Andersen, Michael Campos, Karla | Baywood Construction, Inc. | 75 |
| Fajardo, Wilson Gonzalez, Esther | Baywood Construction, Inc. | 75 |
| Lester, John and Jacine Schiller, Larry | Baywood Construction, Inc. | 75 |
| Malhoe, Ashok | Baywood Construction, Inc. | 75 |
| Santiago, Angel and Yvette | Baywood Construction, Inc. | 75 |
| Borges, Virgilio and Janaina | BBL - Florida, LLC | 76 |
| Ondrovic, Joseph | BBL - Florida, LLC | 76 |
| Carciato, Lisa | Beazer Homes Corp. | 77 |

*Mary Anne Benes, et al. v. Knauf Gips KG, et al.*

**Schedule "2"– Builder/Developer List of Subclasses to Plaintiffs Omnibus Class Action Complaint (III)**

| Plaintiff | Defendant | Defendants' Subclass # |
|---|---|---|
| Gill, Rob and Pamela | Beazer Homes Corp. | 77 |
| Kapalin, Daniel & Danielle | Beazer Homes Corp. | 77 |
| Morris, Robert | Beazer Homes Corp. | 77 |
| Swan, Christina & Harwick, Michael | Beazer Homes Corp. | 77 |
| Robohm, Donald and Natalie | Belfor USA Group, Inc. | 78 |
| Vessel, Charles and Diane | Bell Construction | 79 |
| Lauderdale One Condo Association, Inc. | BJ&K Construction, Inc. | 80 |
| Browne, James and Jill | Blanchard Homes, Inc. | 81 |
| Moritz, Christy | Brothers Properties LA, LLC | 82 |
| Jones, Allie and Jeanie | Burns Construction LLC | 83 |
| Simmons, Sandra and James | C & N Construction Co. LLC | 84 |
| Deharde, Kelly and Christopher | Carter Custom Homes, Inc. | 85 |
| Bradley, Jimmy & Louise | CB Dupree Construction, LLC | 86 |
| Gatta, Gina (Promenade) | Centerline Homes at Tradition, LLC | 87 |
| Godwin, Franklin & Veronica (Promenade) | Centerline Homes at Tradition, LLC | 87 |
| Hueston, Deborah A. (Promenade) | Centerline Homes at Tradition, LLC | 87 |
| Labell, Barry (PROMENADE AND IN FIRST COMPLAINT) | Centerline Homes at Tradition, LLC | 87 |
| Love, Robert and Adele | Centerline Homes at Tradition, LLC | 87 |
| Malkki, Donna Clough, Daniel | Centerline Homes at Tradition, LLC | 87 |
| Promenade at Tradition Community Association, Inc. | Centerline Homes at Tradition, LLC | 87 |

*Mary Anne Benes, et al. v. Knauf Gips KG, et al.*

**Schedule "2"– Builder/Developer List of Subclasses to Plaintiffs Omnibus Class Action Complaint (III)**

| Plaintiff | Defendant | Defendants' Subclass # |
|---|---|---|
| Real Property Resolutions Group, LLC | Centerline Homes at Tradition, LLC | 87 |
| Reiprecht, Raymond | Centerline Homes at Tradition, LLC | 87 |
| Toler, Calvin and Allison | Centerline Homes at Tradition, LLC | 87 |
| Gaita, Gina (Promenade) | Centerline Homes Construction, Inc. | 88 |
| Godwin, Franklin & Veronica (Promenade) | Centerline Homes Construction, Inc. | 88 |
| Hueston, Deborah A. (Promenade) | Centerline Homes Construction, Inc. | 88 |
| Labell, Barry (PROMENADE) | Centerline Homes Construction, Inc. | 88 |
| Promenade at Tradition Community Association, Inc. | Centerline Homes Construction, Inc. | 88 |
| Real Property Resolutions Group, LLC | Centerline Homes Construction, Inc. | 88 |
| Franklin, Michael and Annie | Centerline Homes, Inc. | 89 |
| Martinez, Arnold Sr. | Centerra Homes, LLC | 90 |
| Mitchell, Robert and Bonnie | Chase Construction, Inc. | 91 |
| Glasper, Gregg and Beunker | Chateau Bourbon, LLC | 92 |
| Bray, Jeffrey and Jane | Chateau Development, LLC | 93 |
| Brown, Alganan and Regina | Cloutier Brothers, Inc. | 94 |
| Hallet, Harry and Olga | Comerio Home Builders, Inc. | 95 |
| Gaita, Gina (Promenade) | Completed Communities II, LLC | 96 |
| Godwin, Franklin & Veronica (Promenade) | Completed Communities II, LLC | 96 |
| Hueston, Deborah A. (Promenade) | Completed Communities II, LLC | 96 |
| Labell, Barry (PROMENADE AND IN FIRST COMPLAINT) | Completed Communities II, LLC | 96 |

*Mary Anne Benes, et al. v. Knauf Gips KG, et al.*

**Schedule "2"– Builder/Developer List of Subclasses to Plaintiffs Omnibus Class Action Complaint (III)**

| Plaintiff | Defendant | Defendants' Subclass # |
|---|---|---|
| Promenade at Tradition Community Association, Inc. | Completed Communities II, LLC | **96** |
| Real Property Resolutions Group, LLC | Completed Communities II, LLC | **96** |
| Gillman, James and Diane, Christine | Core Construction Company, Inc. | **97** |
| Corvaia, Steve | Core Construction, LLC | **98** |
| DeGlopper, Jenni | Core Construction, LLC. | **98** |
| LABO, LLC. c/o Peter Lampheele | Core Construction, LLC. | **98** |
| Morton, Robert | Core Construction, LLC. | **98** |
| Oyer, Steve & Angela | Core Construction, LLC. | **98** |
| Peace Harbor Condo Association | Core Construction, LLC. | **98** |
| Peace Harbor Condo Association | Core Construction, LLC. | **98** |
| Whittington, Richard | Core Construction, LLC. | **98** |
| Arroyo, Terri and Chuchie | Cornerstone Builders, LLC | **99** |
| Farley, Nancy A. | Curington Contracting, Inc. | **100** |
| White, Richard and Hilda | Curtis D. Wilson General Contractor, Incorporate | **101** |
| Maysonet, Erika | Custom Homes by Kaye, Inc. | **102** |
| D'Anna, Gaetano | Cypress Builders, Inc | **103** |
| Stephens, Urseleen | D. R. Horton, Inc. | **104** |
| Trent, Wilson C. Terry | D.R. Horton, Texas, Ltd. | **105** |
| Vanasdale, Connie and Dennis | Daniel Dæ Loughy Homes, Inc. d/b/a Tropical Homes | **106** |
| Howard, Monika | Dave Walter Construction, Inc. | **107** |

*Mary Anne Benes, et al. v. Knauf Gips KG, et al.*

**Schedule "2"– Builder/Developer List of Subclasses to Plaintiffs Omnibus Class Action Complaint (III)**

| Plaintiff | Defendant | Defendants' Subclass # |
|---|---|---|
| Donaldson, Jill and Oertling, Jared | David W. Stewart, Inc. | **108** |
| Williams, Andrew | Diamond Coast Construction Co. | **109** |
| Estimond, James and Jordany | Dupont Builders, Inc. | **110** |
| Bradley, Jimmy & Louise | Durree Construction Co., LLC | **111** |
| Boutte, Don and Michael Robinson | E. Jacob Construction, Inc. | **112** |
| Chauppetta, Larry and Michelle | Eagle Builders, Inc. | **113** |
| Gainey, Billy C. and Kathryn Joyce Belue Ham | Edwards Construction Company | **114** |
| Gomez, Augusto P. & Annice P. | Eric Bolden | **115** |
| Comick, Ronnie | Federal Construction Specialist, Inc. | **116** |
| Scocco, Bart | First Choice Homes of SW Florida Inc. | **117** |
| Santiago, Jose and Yasuany | First Home Builder of Florida I, Inc. | **118** |
| Martin, Richard & Juditha | First Home Builders Inc. | **119** |
| Grunsted, Tamarra | Fleetwood Homes of Florida, Inc. | **120** |
| Benson, Steven and Rhonda | Fleetwood Homes of Georgia Inc. | **121** |
| Dakin, Kim | G & F Drywall | **122** |
| Hall, Nathaniel and Darlene | Gabourel's Construction, LLC | **123** |
| Moore, William & Earlene | Gant & Shivers | **124** |
| Wiesman, Roberta and Juan Z. | Gearce Construction, Inc. | **125** |
| Williams, Houston | Grogan Construction and Real Estate, Inc. | **126** |
| Savoury, Hugh and Loraine | Grzza Builders, Inc. | **127** |

*Mary Anne Benes, et al. v. Knauf Gips KG, et al.*

**Schedule "2"– Builder/Developer List of Subclasses to Plaintiffs Omnibus Class Action Complaint (III)**

| Plaintiff | Defendant | Defendants' Subclass # |
|---|---|---|
| Downing, Kenneth & Maria | Hanover Homes, Inc. | **128** |
| Garcia, Nerio, Hedy M. Mazzarri, Clara | Hanover Homes, Inc. | **128** |
| Huszar, Steve | Hanover Homes, Inc. | **128** |
| Lehmann, Horst | Hanover Homes, Inc. | **128** |
| McKinney, Ali and Ilka | Hanover Homes, Inc. | **128** |
| Caple, Janet | Hansen Homes of South Florida, Inc. | **129** |
| Cricco, Carl and Kimberly | Hansen Homes of South Florida, Inc. | **129** |
| Distel, Matthew & Stephanie | Hansen Homes of South Florida, Inc. | **129** |
| Fugazy, Lenni and Justin | Hansen Homes of South Florida, Inc. | **129** |
| Kehl, Hans Joachim | Hansen Homes of South Florida, Inc. | **129** |
| Lowande, Paul and Renée | Hansen Homes of South Florida, Inc. | **129** |
| Nowicki, John C. | Hansen Homes of South Florida, Inc. | **129** |
| Talerico, Michele & Tom | Hansen Homes of South Florida, Inc. | **129** |
| Vancio, Robert and Karen | Hansen Homes of South Florida, Inc. | **129** |
| Vollmar, Frank & Elizabeth | Hansen Homes of South Florida, Inc. | **129** |
| Sheehan, Michael | Heights Properties, L.L.C. | **130** |
| Brewton, III, J.D. & Sonia | Heritage Homes, Inc. | **131** |
| Weekley, William & Charlotte | Heritage Homes, Inc. | **131** |
| Mayo, Edward and Jacqueline | Hilliard Butler Construction Company, Inc. | **132** |
| Mas, Rachel & Bonilla, Fred | Holiday Builders, Inc. | **133** |
| Nutting, Julie | Holiday Builders, Inc. | **133** |
| Cribb, Rose | Homes of Merit, Inc. | **134** |

*Mary Anne Benes, et al. v. Knauf Gips KG, et al.*
**Schedule "2" – Builder/Developer List of Subclasses to Plaintiffs Omnibus Class Action Complaint (III)**

| Plaintiff | Defendant | Defendants' Subclass # |
|---|---|---|
| Lee, Dorothy | Horton Homes, Inc. | 135 |
| Meyer, Harry E. Jr. | Horton Homes, Inc. | 135 |
| Lopez, Valerie | Hulsey-Nezlo Construction, LLC | 136 |
| Bell, Thomas E. | Hulsey-Nezlo Construction, LLC | 136 |
| Duckett, Larry Heath | Hulsey-Nezlo Construction, LLC | 136 |
| Burke, John & Monica | Inman Homes, Inc. | 137 |
| Serio, Joseph | Inman Construction Services, Inc. | 138 |
| Nilsson, Jan Erik & Anette | Ironwood Properties, Inc. | 139 |
| Jackson, Michael | Jade Organization General Contractor, LLC | 140 |
| Paul, Audrey B. | James Kayser | 141 |
| Eleuterius, Gregory and Elizabeth | Jim Korn Builders, LLC | 142 |
| Ledford, Samuel | Jim Walter Homes, Inc. | 143 |
| Hatcher, Sherri | Jim Walter Homes, L.L.C. | 144 |
| Galmiche, Stephen & Tiffany | John P. Greger | 145 |
| Alexander, Henry and Penny | Johnson & Johnson Home Repairs, L.L.C. | 146 |
| Chalmers, Ryan and Julie | JR Renovations, Inc. | 147 |
| Adcock, Michael and Bridgitte | K. Hovnanian First Homes, LLC | 148 |
| Gomez, Ricardo and Maria | K. Hovnanian First Homes, LLC | 148 |
| Redway, Robert | K&H Homes, Inc. | 149 |
| Casburn, Richard and Judy | Kaye Homes, Inc. | 150 |
| Gutierezz, Liset | Kaye Homes, Inc. | 150 |
| Organista, Maria | Kaye Homes, Inc. | 150 |

*Mary Anne Benes, et al. v. Knauf Gips KG, et al.*
**Schedule "2"– Builder/Developer List of Subclasses to Plaintiffs Omnibus Class Action Complaint (III)**

| Plaintiff | Defendant | Defendants' Subclass # |
|---|---|---|
| Pequigney, Sean and Candace | Kaye Homes, Inc. | **150** |
| Beale, Charles | KB Home Florida, LLC | **151** |
| Jablonski, Robert and Colleen | KB Home Florida, LLC | **151** |
| Martillo, Joseph | KB Home Florida, LLC | **151** |
| McKinnon, Joseph/Christina | KB Home Florida, LLC | **151** |
| Ward, Theotis | KB Home Jacksonville, LLC | **152** |
| Guillette, Melissa | KB Home Orlando LLC | **153** |
| Meyer, Kirk and Lori | KB Home/Shaw Louisiana, L.L.C. | **154** |
| Benzo, Ramon and Candida | KB Home Tampa, LLC | **155** |
| Brito, Nelson | KB Home Tampa, LLC | **155** |
| Timothy Hesbeens | KB Home Tampa, LLC | **155** |
| DiSapio, Tonya & Carmine | KB Homes Fort Myers, LLC | **156** |
| Cohen, Ariel | KC2 Investments, LLC | **157** |
| Sylvester, Jessie | Kenneth B. Speights Construction Co. | **158** |
| Smith, Richard | Kenwood Homes, Inc. | **159** |
| Jensen, Andrea | Kimball Hill Homes Florida, Inc. | **160** |
| Feltner, Donna | Kimball Hill Homes Florida, Inc. | **160** |
| Donnacaser, Scott D. and Kristin | L.A. Homes, Inc. | **161** |
| Reinoso, Manuel and Jessica | L'Oasis Builders Incorporated | **162** |
| Marion, James | L&J Builders, Inc. | **163** |
| Desselle, Brent | La Homes and Properties Inc. | **164** |

*Mary Anne Benes, et al. v. Knauf Gips KG, et al.*
**Schedule "2"– Builder/Developer List of Subclasses to Plaintiffs Omnibus Class Action Complaint (III)**

| Plaintiff | Defendant | Defendants' Subclass # |
|---|---|---|
| McKinnies, Kionne and Terral | La Homes and Properties Inc. | **164** |
| Robinson, Jerome and Ellen | La Homes and Properties Inc. | **164** |
| Tatum, Martin and Doris | La Homes and Properties Inc. | **164** |
| Young, Melissa | La Homes and Properties Inc. | **164** |
| Galvin, Eric and Marsh, Lavenda | Laporte Family Properties, Inc. | **165** |
| Borne, Barry and Mary | Laporte Family Properties, LLC | **166** |
| Braselman, Holly | Laporte Family Properties, LLC | **166** |
| Fineschi, Nicola and Connie | Laporte Family Properties, LLC | **166** |
| Kehoe, Molly | Laporte Family Properties, LLC | **166** |
| Wilfer, Rosanne | Laporte Family Properties, LLC | **166** |
| Back, Charles and Mary | Laporte Family Properties, LLC | **166** |
| Staub, Dana and Marcus | Laporte Family Properties, LLC | **166** |
| Attal, Margaret | Lavish Holding Corp. | **167** |
| Batsch, Kevin | Lavish Holding Corp. | **167** |
| Bautista, Mario | Lavish Holding Corp. | **167** |
| Benes, Mary Anne | Lavish Holding Corp. | **167** |
| Dow, Jared | Lavish Holding Corp. | **167** |
| Ferroni, Peter & Christian | Lavish Holding Corp. | **167** |
| Johnson, Aisha & Geoffrey | Lavish Holding Corp. | **167** |
| Tinney, Marjorie | Lavish Holding Corp. | **167** |
| Worthington, George & Adria | Lavish Holding Corp. | **167** |

*Mary Anne Benes, et al. v. Knauf Gips KG, et al.*
**Schedule "2"– Builder/Developer List of Subclasses to Plaintiffs Omnibus Class Action Complaint**
**(III)**

| Plaintiff | Defendant | Defendants' Subclass # |
|---|---|---|
| Hickey, Raymond and Elizabeth | Lee Roy Jenkins Builder, Inc. | **168** |
| Wheatland, John and Robin | Legends Custom Builders, Inc. | **169** |
| Douglas, Aprile L. | Lennar Corporation | **170** |
| Gimpel, Nicholas & Cathy O'Brien | Lennar Corporation | **170** |
| Love, Nakisha | Lennar Corporation | **170** |
| Page, Michael and Rikke | Lennar Corporation | **170** |
| Vaiden, Janet | Lennar Corporation | **170** |
| Dinesen, Robert | Lennar Homes, LLC | **171** |
| Greenwald, James and Debra | Lennar Homes, LLC | **171** |
| Guerrero, Maria Blanco, Roberto | Lennar Homes, LLC | **171** |
| Kallio, Gary & Jennifer | Lennar Homes, LLC | **171** |
| Tibbetts, Daniel and Janet | Lennar Homes, LLC | **171** |
| Usaga, Johana | Lennar Homes, LLC | **171** |
| Back, Charles and Mary | Leroy Laporte, Jr. | **172** |
| Borne, Barry and Mary | Leroy Laporte, Jr. | **172** |
| Braselman, Holly | Leroy Laporte, Jr. | **172** |
| Fineschi, Nicola and Connie | Leroy Laporte, Jr. | **172** |
| Kehoe, Molly | Leroy Laporte, Jr. | **172** |
| Wilfer, Rosanne | Leroy Laporte, Jr. | **172** |
| Lozano, Jorge and Cristina | LHR Builders, Inc. | **173** |

## *Mary Anne Benes, et al. v. Knauf Gips KG, et al.*
## Schedule "2"– Builder/Developer List of Subclasses to Plaintiffs Omnibus Class Action Complaint (III)

| Plaintiff | Defendant | Defendants' Subclass # |
|---|---|---|
| Evans, Donald and Barbara | LTL Construction, Inc. | **174** |
| Hoffman, Hannelore<br>Lengel, Donna | LTL Construction, Inc. | **174** |
| Lau, Donald | LTL Construction, Inc. | **174** |
| Nord, John | LTL Construction, Inc. | **174** |
| Seddon, Robert and Joan | LTL Construction, Inc. | **174** |
| Winfield, Joyelli Neal | Lucas Construction Corp. | 175 |
| Reels, Tamara | M/I Homes, Inc. | **176** |
| Martol, Brent | MacGlen Builders, Inc. | 177 |
| Nelms, Jr., William | Magnum Development, LLC | **178** |
| Scott, James & Karen | Majestic Homes of Port St. Lucie, Inc. | 179 |
| Aguilar, Antonio and Jenny | Maronda Homes, Inc. of Florida | **180** |
| Ayanbadejo, Oladele | Master Builders of South Florida, Inc. | **181** |
| Evans, Ronald | Mat D Construction | **182** |
| Hartley, Charles and Janet | McCar Homes-Tampa, LLC | **183** |
| Soldavini-Clapper, Brigid | Meadows of Estero-Bonita Springs Ltd. P'ship d/b/a Shelby Homes | **184** |
| Santiago, Marcos and Carmen | Medi Iron Homes Southeast, Inc. | 185 |
| Francisco, Tom & Jane | Medallion Homes, LLC | **186** |
| Santiago, Cesar<br>Crespo, Eileen | Meritage Homes of Florida, Inc. | 187 |
| Webster, James & Rosalie | MGB Construction | **188** |
| Toles, Purvis and Patricia | Mike Jones Construction, Inc. | **189** |
| Rogers, Leslie & Lucille | Miller Construction Company | **190** |

### Mary Anne Benes, et al. v. Knauf Gips KG, et al.
### Schedule "2" – Builder/Developer List of Subclasses to Plaintiffs Omnibus Class Action Complaint (III)

| Plaintiff | Defendant | Defendants' Subclass # |
|---|---|---|
| Leslie, Daphne | Mitchell Homes, Inc. | 191 |
| Bosse, David and Christina | Mitchell Homes, Inc. | 191 |
| Daniels, Lula | Mitchell Homes, Inc. | 191 |
| Harvey, Jr., Ronald & Brnady | Mitchell Homes, Inc. | 191 |
| Hughes, Amanda | Mitchell Homes, Inc. | 191 |
| Lussier, Lynne | Mitchell Homes, Inc. | 191 |
| Posey, Susan | Mitchell Homes, Inc. | 191 |
| Risko, Mark & Beverly Ann | Mitchell Homes, Inc. | 191 |
| Henry, Clifford and Crispina | Modern Construction Group, Inc. | 192 |
| Green, Mary | Monzelle Diles | 193 |
| McEldowney, Larry | MW Johnson Construction of Florida, Inc. | 194 |
| Miller, Jo Ann | Negotiable Remodeling | 195 |
| Ludgood, Stokes & Angela | Norman Cedric Howell | 196 |
| Brumbaugh, Russell Ra.Jr. & Carol | Oyster Bay Homes, Inc. | 197 |
| Pelligra, Anna R. | Palm Isles Holdings, LLC | 198 |
| Valdez, Jore & Juana | Palm Isles Holdings, LLC | 198 |
| Delfsse, John and Marialyn | Paramount Quality Homes Corp. | 199 |
| Potter, Harold and Tricia | Parkview Homes Realty, Inc. | 200 |
| Santacruz, Jose and Yvette | Parkview Homes Realty, Inc. | 200 |
| Maurice, Caroline and Lumanne | Parr, S.I., Inc. | 201 |
| Wilkerson, Annie M. | Patter Construction Services | 202 |
| Carney, Garner and William | Pine Ridge Development, Inc. | 203 |

*Mary Anne Benes, et al. v. Knauf Gips KG, et al.*
**Schedule "2"– Builder/Developer List of Subclasses to Plaintiffs Omnibus Class Action Complaint (III)**

| Plaintiff | Defendant | Defendants' Subclass # |
|---|---|---|
| Boucher, Gordon & Nancy | Pine Ridge Real Estate Enterprises, L.L.C. | **204** |
| Cummins, Rolland & Charlene | Pine Ridge Real Estate Enterprises, L.L.C. | **204** |
| Herbert, Brian | Pine Ridge Real Estate Enterprises, L.L.C. | **204** |
| Katz, Barry & Rebecca | Pine Ridge Real Estate Enterprises, L.L.C. | **204** |
| Katz, Barry & Rebecca | Pine Ridge Real Estate Enterprises, L.L.C. | **204** |
| Kirby, Robert | Pine Ridge Real Estate Enterprises, L.L.C. | **204** |
| Mantuo, Jo Ellen | Pine Ridge Real Estate Enterprises, L.L.C. | **204** |
| Murphy, Ronald | Pine Ridge Real Estate Enterprises, L.L.C. | **204** |
| Powell, Laura Ann & Lindeerth | Pine Ridge Real Estate Enterprises, L.L.C. | **204** |
| White, Jill & Vincent | Pine Ridge Real Estate Enterprises, L.L.C. | **204** |
| Russ, Lawrence and Rebecca | Pod Homes LLC | **205** |
| Lang, Danielle Marie | Premiere Design Homes, Inc. | **206** |
| Fores, David & Vasquez, Monica | Pride Homes of Lakes by the Bay – Parcel H, LLC | **207** |
| Helmick, Timothy & Maria | Pride Homes of Lakes by the Bay – Parcel H, LLC | **207** |
| McNealy, James & Fran | Pride Homes of Lakes by the Bay – Parcel H, LLC | **207** |
| Miranda, Jose and Adela | Pride Homes of Lakes by the Bay – Parcel H, LLC | **207** |
| Segnello, Jeffrey and Monica | Princeton Homes, Inc. | **208** |
| Adams, Robert & Klein-Adams, Marni | Pulte Home Corporation | **209** |
| Bloom, Amy | Pulte Home Corporation | **209** |
| DeCarlo, Ellen & Nelson, Jerald | Pulte Home Corporation | **209** |

*Mary Anne Benes, et al. v. Knauf Gips KG, et al.*
**Schedule "2" – Builder/Developer List of Subclasses to Plaintiffs Omnibus Class Action Complaint**
**(III)**

| Plaintiff | Defendant | Defendants' Subclass # |
|-----------|-----------|------------------------|
| Greenberg, Benjamin | Pulte Home Corporation | 209 |
| Moses, Brenda and Bryant Moses | Pyramid Construction Corporation | 210 |
| Sullivan, William and Sheila | Residential Drywall, Inc. | 211 |
| Cox, Shawn and Lisa | Richard Jones Construction Company, Inc. | 212 |
| Chinoy, Raymond and Yuni Chinoy | Rivercrest LLC/The St. Joe & Company | 213 |
| Dunn, Keith and Krystal | Rivercrest LLC/The St. Joe & Company | 213 |
| Foxwell, Craig and Linda | Rivercrest LLC/The St. Joe & Company | 213 |
| Johnson, Abraham | Rivercrest, LLC/The St. Joe Company | 213 |
| McLendon, Brian and Stephanie | Rivercrest, LLC/The St. Joe Company | 213 |
| Morillo, Madelyn | Rivercrest LLC/The St. Joe & Company | 213 |
| Quezada, Nelly and Flaque, Gines | Rivercrest LLC/The St. Joe & Company | 213 |
| Wienstoer, Danny and Patrick | Rivercrest LLC/The St. Joe & Company | 213 |
| Blalock, Angeles | RNB Construction | 214 |
| Malone, Monica | Rocky Ruckman | 215 |
| Young, Mike | Ross Home Builders, Inc. | 216 |
| Lund, Daniel (III) and Elizabeth | Russ Mills | 217 |
| Santos, Manue and /Judith | Rylex Homes, Inc. | 218 |
| Dearborn, John | S. Petersen Homes, Inc. | 219 |
| Dillinger, Norbert and Svetty, Rita | S. Petersen Homes, Inc. | 219 |
| McNeal, Shevon | S&D Specialists, Inc. | 220 |
| Dunlap, Jay and Vanessa | SG Builders, LLC | 221 |
| Stewart, Glenn and Kristina | Seaside Development, LLC | 222 |

## *Mary Anne Benes, et al. v. Knauf Gips KG, et al.*
### Schedule "2"– Builder/Developer List of Subclasses to Plaintiffs Omnibus Class Action Complaint (III)

| Plaintiff | Defendant | Defendants' Subclass # |
|---|---|---|
| McKee, Brett and Sara | Sedgwick Developers, Inc. | 223 |
| Murphy, Paul and Danielle | Shelby Homes, Inc. | 224 |
| Bosch, Ulna | Shoma Homes, Inc. | 225 |
| Trujillo, Lissett | Shoma Homes, Inc. | 225 |
| Leon, Daimarys | Shoma Homes, Inc. | 225 |
| Barreto, Adolfo | Shoma Homes Splendido, Inc. | 226 |
| Braga, Henry and Deborah | Signature Series Homes, Inc. | 227 |
| Walker, Melissa & William | Smith Family Homes Corporation | 228 |
| Lopez, Rebekah | South Kendall Construction Corp. | 229 |
| Pelligra, Anna R. | South Kendall Construction Corp. | 229 |
| Valdez, Jore & Juana | South Kendall Construction Corp. | 229 |
| Veras, Ingrid | South Kendall Construction Corp. | 229 |
| Slidell Property Management LLC | Southern Homes, LLC | 230 |
| Azor, Stephanie and Harry | Southern Homes of Broward, Inc. | 231 |
| Murdali, Fazeel | Southern Homes of Broward XI, Inc. | 231 |
| Robles, Amparo | Southern Homes of Broward XI, Inc. | 231 |
| Back, Charles and Mary | Southern Star Construction Company, Inc. | 232 |
| Borne, Barry and Mary | Southern Star Construction Company, Inc. | 232 |
| Braselman, Holly | Southern Star Construction Company, Inc. | 232 |
| Fineschi, Nicola and Connie | Southern Star Construction Company, Inc. | 232 |

*Mary Anne Benes, et al. v. Knauf Gips KG, et al.*

**Schedule "2"– Builder/Developer List of Subclasses to Plaintiffs Omnibus Class Action Complaint (III)**

| Plaintiff | Defendant | Defendants' Subclass # |
|---|---|---|
| Haindel, Mary | Southern Star Construction Company, Inc. | **232** |
| Kehoe, Molly | Southern Star Construction Company, Inc. | **232** |
| Wilfer, Rosanne | Southern Star Construction Company, Inc. | **232** |
| Snidel Property Management LLC | Spemenh, LLC | 233 |
| Hudson, Michelle | Standard Pacific Homes of South Florida, G.P. | **234** |
| Patterson, Kellie | Standard Pacific Homes of South Florida, G.P. | **234** |
| Robinson, Dane and Patricia | Standard Pacific Homes of South Florida, G.P. | **234** |
| Palthen, Alan and Judy | Standard Pacific of Southwest Florida, Inc. | 235 |
| Freel, Kevin | Statewide Associates, Inc. | **236** |
| Burkhead, Samantha & John D. | Steve Harrington Homes, Inc. | 237 |
| Bowers, Roger | Steven R. Carter, Inc. | **238** |
| Hubbard, Michelle and Curtis | Steven R. Carter, Inc. | **238** |
| Peltier, Isaac and Shanon | Steven R. Carter, Inc. | **238** |
| Hasselschwert, Cara and Jane | Stoel Development LLC | 239 |
| Licon, Eddie | Suarez Housing Corporation | **240** |
| Bruno, Mike & Rita | Summit Homes, LLC a.k.a. BM Construction, LLC | 241 |
| Hankins, Lee and Barbara | Sun Construction, LLC | **242** |
| Riggio, Brenda and Ignatius | Sun Construction LLC | **242** |
| Marusak, Mike & Cindy | Sunrise Construction | 243 |
| Wheeler, Don & Agnes | Sunrise Construction | **243** |

*Mary Anne Benes, et al. v. Knauf Gips KG, et al.*

**Schedule "2"– Builder/Developer List of Subclasses to Plaintiffs Omnibus Class Action Complaint (III)**

| Plaintiff | Defendant | Defendants' Subclass # |
|---|---|---|
| Arnaud, Lester and Catherine | Sunrise Construction and Development, LLC | **244** |
| Dinette, Rodney & Geraldine | Sunrise Construction and Develpoment, LLC | **244** |
| LeBlanc, Steven & Dana | Sunrise Construction and Develpoment, LLC | **244** |
| Matus, Aldo & Ghady | Sunrise Construction and Development, LLC | **244** |
| Wheeler, Don & Agnes | Sunrise Construction and Development, LLC | **244** |
| Arnaud, Lester and Catherine | Sunrise Homes | **245** |
| Matus, Aldo & Ghady | Sunrise Homes | **245** |
| Wheeler, Don & Agnes | Sunrise Homes | **245** |
| Mottolo, Gene | Taylor Morrison, Inc. | **246** |
| Burke, Richard and Rebecca | Taylor Morrison Services, Inc. | **247** |
| Lee, Kevin | Taylor Morrison Services, Inc. | **247** |
| Hornbeck, Ronald and Linda | The Haskell Company | **248** |
| Nuccio, Thomas and Darlene | The Haskell Company | **248** |
| Reaves, Eugene W. IV | The Haskell Company | **248** |
| Case, William and Pamela | The Jade Organization, Inc. | **249** |
| Demirgian, Edward and Tonya | The Ryland Group, Inc. | **250** |
| Farley, Nancy | Thomas R. Gould, Inc. | **251** |
| Cheramie, Bertoule and Joan | Thompson Wood Products, Inc. | **252** |
| McMahon, William R. And Setsuke | Tillman Construction, Inc. | **253** |
| Bradley, Chris | Timberline Builders, Inc. | **254** |
| Whitlock, Scott and Lucille | Timberline Builders, Inc. | **254** |

*Mary Anne Benes, et al. v. Knauf Gips KG, et al.*
**Schedule "2"– Builder/Developer List of Subclasses to Plaintiffs Omnibus Class Action Complaint (III)**

| Plaintiff | Defendant | Defendants' Subclass # |
|---|---|---|
| Cairan, Phyllis | Timberline Homes | 255 |
| Ball, Ashley | Toll Estero Ltd. Partnership, d/b/a Toll Brothers | 256 |
| Peterson, Derrick & John | Treasure Coast Communities, Inc. | 257 |
| Grover, Adam and Keely | Trust America Homes, Inc. | 258 |
| Martinez, Delvia | United Home Builders, Inc. | 259 |
| Haughton, Marcia | United Homes, Inc. | 260 |
| Ross, Doug | V.E. Jones Corporation, Delwood Corporation | 261 |
| Butler, Mary | Veal Enterprises, Inc. | 262 |
| Peoples, Debra | Venture Homes | 263 |
| Flint, Joseph & Sloan, Danielle | Venus Street, LLC | 264 |
| Vaca, Amada | Venus Street, LLC | 264 |
| DeMange, Chad | Waterways Joint Venture IV | 265 |
| Gainey, Dale and Carolyn | Waterways Joint Venture IV | 265 |
| Petrella, Elaine | Waterways Joint Venture IV | 265 |
| Goede, John and Kristin | Waterways Joint Venture IV, LLC | 266 |
| Sanon, Enock and Marie | WB Construction Company, Inc. | 267 |
| Pitcher, John<br>Brust, Gina | Wellington Shores-Wellington Limited Partnership | 268 |
| Williams, Carson & Charlene | Westerheim Properties, Inc. | 269 |
| Willey, Ryan & Danielle | Westerheim Properties, Inc. | 269 |
| Williams, Susie | William P. Joseph Jr. Construction, Inc. | 270 |

*Mary Anne Benes, et al. v. Knauf Gips KG, et al.*

**Schedule "2"– Builder/Developer List of Subclasses to Plaintiffs Omnibus Class Action Complaint (III)**

| Plaintiff | Defendant | Defendants' Subclass # |
|-----------|-----------|------------------------|
| Purcell, Veronica | Wood Land Enterprises, Inc. | 271 |