# Schedule 3

*Mary Anne Benes, et al. v. Knauf Gips KG, et al.*
Schedule "3"–Contractor/Installer List of Subclasses to
Plaintiffs Omnibus Class Action Complaint (III)

| | |
|---|---|
| Subclass #272: | Aced Interior Drywall, Inc. |
| Subclass #273: | Aggies First Call Contractors |
| Subclass #274: | B &B Stucco, Inc. |
| Subclass #275: | Banner Supply Company Fort Myers, LLC |
| Subclass #276: | Baron Construction Co. |
| Subclass #277: | Beta Drywall, LLC |
| Subclass #278: | Billy Wayne Goekler |
| Subclass #279: | Brandon Gremillion |
| Subclass #280: | Brent Garrod Drywall, Inc. |
| Subclass #281: | Brian Saltalmachia |
| Subclass #282: | Burmon Properties, LLC |
| Subclass #283: | By George, Inc. |
| Subclass #284: | C.A. Steelman, Inc. |
| Subclass #285: | C.L. Paul Plastering, Inc. |
| Subclass #286: | Capital Construction |
| Subclass #287: | Cemex, Inc. (formerly CSR Rinker) |
| Subclass #288: | Chavez |
| Subclass #289: | CMH Manufacturing, Inc. |
| Subclass #290: | Colvin Homes , Inc. |
| Subclass #291: | Continental Classic Construction, Inc. |
| Subclass #292: | Coral Plastering & Wall Systems, Inc. |
| Subclass #293: | Dave's Drywall |
| Subclass #294: | DeLaCruz Drywall Plastering & Stucco, Inc. |
| Subclass #295: | Deloach Corporation |
| Subclass #296: | Done-Rite Construction |
| Subclass #297: | Drywall Done Right |
| Subclass #298: | Dwayne Williams |
| Subclass #299: | Dynamic Contractors |
| Subclass #300: | Ed's Drywall & Construction |
| Subclass #301: | First Choice Drywall Services, Inc. |
| Subclass #302: | Florida Style Services, Inc. |
| Subclass #303: | G. Drywall Corp. |
| Subclass #304: | George Meza |
| Subclass #305: | Gulf South Drywall |
| Subclass #306: | HC Seals Drywall Partners |
| Subclass #307: | Hendrickson Contracting |
| Subclass #308: | Interior-Exterior |
| Subclass #309: | J & S Drywall |
| Subclass #310: | J. B. Homes, Inc. |

| | |
|---|---|
| Subclass #311: | Jacob Chapman |
| Subclass #312: | James Walker |
| Subclass #313: | Jay 37 Construction, LLC |
| Subclass #314: | Jeff Laporte |
| Subclass #315: | John Kidd |
| Subclass #316: | Johnny Weary |
| Subclass #317: | Karr Drywall, Inc. |
| Subclass #318: | Kelley Drywall, Inc. |
| Subclass #319: | Kenneth Campo |
| Subclass #320: | Lawrence McCorvey |
| Subclass #321: | Leon Ramsey |
| Subclass #322: | M & M Construction |
| Subclass #323: | Magnolia State Construction, Inc. |
| Subclass #324: | Maguel Torez |
| Subclass #325: | Mario Salvana |
| Subclass #326: | Martinez Drywall & Painting, LLC |
| Subclass #327: | MATSA Construction |
| Subclass #328: | McLean Drywall |
| Subclass #329: | Meeks Drywall & Stucco, Inc. |
| Subclass #330: | Mesa Construction Group, Inc. |
| Subclass #331: | Michael Hownrd |
| Subclass #332: | Norman Gannon |
| Subclass #333: | NuWay Drywall, LLC |
| Subclass #334: | O.C.D. of S. Florida, Inc. |
| Subclass #335: | P.D.C. Drywall Contractors, Inc. |
| Subclass #336: | Paul England Construction |
| Subclass #337: | Precision Drywall, Inc. |
| Subclass #338: | R & B Housing, LLC |
| Subclass #339: | Ray Horvath Drywall, Inc. |
| Subclass #340: | Redman Homes, Inc. |
| Subclass #341: | Residential Drywall, Inc. |
| Subclass #342: | RJL Drywall Inc. |
| Subclass #343: | Roman Gonzalez |
| Subclass #344: | Sands Construction Group, LLC |
| Subclass #345: | Sorrento Lumber Co., Inc. |
| Subclass #346: | Space Coast Truss, LLC |
| Subclass #347: | Speedy Drywall |
| Subclass #348: | Steve Suchmel |
| Subclass #349: | Stewart's Remodeling Electrical |
| Subclass #350: | Swedberg Enterprises, Onc. |
| Subclass #351: | Titan Demolition and Construction, LLC |
| Subclass #352: | Total Community Action |
| Subclass #353: | United Drywall & Stucco, Inc. |

| | |
|---|---|
| Subclass #354: | Victor Bustillos |
| Subclass #355: | VP Construction Services, Inc. |
| Subclass #356: | Walter Ferri |
| Subclass #357: | William Hurst |
| Subclass #358: | Willie Kelly Construction Co. |

*Mary Anne Benes, et al. v. Knauf Gips KG, et al.*
Schedule "3"– Contractor/Installer List of Subclasses to Plaintiffs Omnibus Class Action Complaint (III)

| Plaintiff | Defendant | Defendants' Subclass # |
|---|---|---|
| Adcock, Michael and Bridgitte | Aced Interior Drywall, Inc. | 272 |
| Malhoe, Ashok | Aced Interior Drywall, Inc. | 272 |
| Santiago, Angel and Yvette | Aced Interior Drywall, Inc. | 272 |
| Alfred, Janice | Aggies First Call Contractors | 273 |
| Page, Michael and Rikke | B &B Stucco, Inc. | 274 |
| Appelman, Lou & Sar | Banner Supply Company Fort Myers, LLC | 275 |
| Hunter, Dorothy | Baron Construction Co. | 276 |
| McLendon, Brian and Stephanie | Beta Drywall, LLC | 277 |
| Morrison, Robert & Sandra | Billy Wayne Goekler | 278 |
| White, Jerry P. and Celeste E. | Brandon Gremillion | 279 |
| Grover, Adam and Keely | Brent Garrod Drywall, Inc. | 280 |
| Bryant, Debra | Brian Saltalmachia | 281 |
| Mowers, Evelyn B. | Burmon Properties, LLC | 282 |
| Casey, William and Pamela | By George, Inc. | 283 |
| Hornbeck, Ronald and Linda | C.A. Steelman, Inc. | 284 |
| Nuccio, Thomas and Darlene | C.A. Steelman, Inc. | 284 |
| Reaves, Eugene W. IV | C.A. Steelman, Inc. | 284 |
| Sanon, Enock and Marie | C.L. Paul Plastering, Inc. | 285 |
| Anderson, Quaintrell T. | Capital Construction | 286 |
| Brackett, Orlesa W. | Capital Construction | 286 |
| McBride, Shirley Ann | Capital Construction | 286 |
| Licon, Eddie | Cemex, Inc. (formerly CSR Rinker) | 287 |
| Anderson, Clarence & Constance | Chavez | 288 |
| Mayeux, Cory & Kristy | CMH Manufacturing, Inc. | 289 |

| Schedule "3"– Contractor/Installer List of Subclasses to Plaintiffs Omnibus Class Action Complaint (III) |||
|---|---|---|
| **Plaintiff** | **Defendant** | **Defendants' Subclass #** |
| Clarke, Wayne G. | Colvin Homes , Inc. | 290 |
| Thiroux, Freddie & Glenda | Continental Classic Construction, Inc. | 291 |
| Sheehan, Michael | Coral Plastering & Wall Systems, Inc. | 292 |
| Dixon, Perry & Deborah | Dave's Drywall | 293 |
| Carciato, Lisa | DeLaCruz Drywall Plastering & Stucco, Inc. | 294 |
| Gill, Ted and Pamela | DeLaCruz Drywall Plastering & Stucco, Inc. | 294 |
| Boudreaux, Shawn and Justine | Deloach Corporation | 295 |
| Lambert, Robert & Tasha | Done-Rite Construction | 296 |
| Anderson, Judith | Drywall Done Right | 297 |
| Riley, Willie James | Dwayne Williams | 298 |
| Melton, John & Tamara | Dynamic Contractors | 299 |
| Thomas, Celeste | Ed's Drywall & Construction | 300 |
| Casburn, Richard and Judy | First Choice Drywall Services, Inc. | 301 |
| Dickinson, William | Florida Style Services, Inc. | 302 |
| Donnelly, Mary Rose and James | Florida Style Services, Inc. | 302 |
| Gangl, Donald and Michelle | Florida Style Services, Inc. | 302 |
| Garvey, Stephen and Karen | Florida Style Services, Inc. | 302 |
| Giannoussidis, Nikolaos | Florida Style Services, Inc. | 302 |
| Lumar, Semyon and Darina | Florida Style Services, Inc. | 302 |
| Mancini, Richard | Florida Style Services, Inc. | 302 |
| Maniscalco, Frank and Grace | Florida Style Services, Inc. | 302 |
| Martin, Victor and Geraldine | Florida Style Services, Inc. | 302 |
| Smith, Gloria and Robert | Florida Style Services, Inc. | 302 |
| Teitelbaum, Donna and Ronald | Florida Style Services, Inc. | 302 |

| Schedule "3"– Contractor/Installer List of Subclasses to Plaintiffs Omnibus Class Action Complaint (III) | | |
|---|---|---|
| Plaintiff | Defendant | Defendants' Subclass # |
| Wilson, Diane and Richard | Florida Style Services, Inc. | 302 |
| Nemes, Robert and Frances | G. Drywalls Corp. | 303 |
| Pietrantonio, Tamie | G. Drywalls Corp. | 303 |
| Dekeyser, Phyllis and Lee | G. Drywalls Corp. | 303 |
| Ewald, Thomas and Christina | G. Drywalls Corp. | 303 |
| Kepler, LLC | G. Drywalls Corp. | 303 |
| Mastrogiacomo, Kim | G. Drywalls Corp. | 303 |
| Meister, David and Diane | G. Drywalls Corp. | 303 |
| Roth, Stephen | G. Drywalls Corp. | 303 |
| Mayo, Edward and Jacqueline | George Meza | 304 |
| Branning, William and Betty | Gulf South Drywall | 305 |
| Back, Charles and Mary | HC Seals Drywall Partners | 306 |
| Borne, Barry and Mary | HC Seals Drywall Partners | 306 |
| Braselman, Holly | HC Seals Drywall Partners | 306 |
| Fineschi, Nicola and Connie | HC Seals Drywall Partners | 306 |
| Kehoe, Molly | HC Seals Drywall Partners | 306 |
| Wilfer, Rosanne | HC Seals Drywall Partners | 306 |
| Steubben, John & Grace | Hendrickson Contracting | 307 |
| Bradley, Jimmy & Louise | Interior-Exterior | 308 |
| Deharde, Kelly and Christopher | J & S Drywall | 309 |
| LeCarpentier, Jacques | J. B. Homes, Inc. | 310 |
| Conrad, Jesse and Gelone | Jacob Chapman | 311 |
| Simmons, Penny | James Walker | 312 |
| Roberts, Robert | Jay 37 Construction, LLC | 313 |

**Schedule "3"– Contractor/Installer List of Subclasses to Plaintiffs Omnibus Class Action Complaint (III)**

| Plaintiff | Defendant | Defendants' Subclass # |
|---|---|---|
| Arroyo, Terrell and Lionel | Jeff Laporte | 314 |
| Anderson, Brodrick J. | John Kidd | 315 |
| Dunn, Diane | Johnny Weary | 316 |
| Dearborn, John | Karr Drywall, Inc. | 317 |
| Webster, James & Rosalie | Kelley Drywall, Inc. | 318 |
| Belsom, Scott and Jennifer | Kenneth Campo | 319 |
| Washington, Eugene & Yvonne | Lawrence McCorvey | 320 |
| Grissom, John D. & Becky | Leon Ramsey | 321 |
| Fletcher, Gregory & Diane | M & M Construction | 322 |
| Scott, Pearl | Magnolia State Construction, Inc. | 323 |
| Young, Irvin | Maguel Torez | 324 |
| Baptiste, Harrison | Mario Salvana | 325 |
| Whitfield, Tydell Nealy | Martinez Drywall & Painting, LLC | 326 |
| Fores, David<br>Vasquez, Monica | MATSA Construction | 327 |
| Helmick, Timothy & Maria | MATSA Construction | 327 |
| Dillard, Ronnie and Linda | McLean Drywall | 328 |
| Appelman, Lou & Sara | Meeks Drywall & Stucco, Inc. | 329 |
| Wites, Marc and Jennifer | Mesa Construction Group, Inc. | 330 |
| Delk, Smith | Michael Hownrd | 331 |
| Williams, Susie | Norman Gannon | 332 |
| Hummer, Charles | NuWay Drywall, LLC | 333 |
| Wites, Marc and Jennifer | O.C.D. of S. Florida, Inc. | 334 |
| Garcia, Nerio, Hedy M.<br>Mazzarri, Clara | P.D.C. Drywall Contractors, Inc. | 335 |

Mary Anne Benes, et al. v. Knauf Gips KG, et al.
Schedule "3" – Contractor/Installer List of Subclasses to Plaintiffs Omnibus Class Action Complaint (III)

| Plaintiff | Defendant | Defendants' Subclass # |
|---|---|---|
| Coleman, Charles | Paul England Construction | 336 |
| Metcalfe, George & Amy | Precision Drywall, Inc. | 337 |
| Bertholette, Anna nad Leslie Lund | R & B Housing, LLC | 338 |
| Foster, Gregg | Ray Horvath Drywall, Inc. | 339 |
| Montoya, Frank & Eva Ann | Redman Homes, Inc. | 340 |
| Hoffman, Hannelore Lengel, Donna | Residential Drywall, Inc. | 341 |
| Evans, Donald and Barbara | Residential Drywall, Inc. | 341 |
| Lau, Donald | Residential Drywall, Inc. | 341 |
| Nord, John | Residential Drywall, Inc. | 341 |
| Seddon, Robert and Joan | Residential Drywall, Inc. | 341 |
| Pollux, LLC | RJL Drywall Inc. | 342 |
| Gross, Cheryl and David | Roman Gonzalez | 343 |
| Anderton, Gloria & George | Sands Construction Group, LLC | 344 |
| Anderton, Gloria and George | Sands Construction Group, LLC | 344 |
| Griffin, Thomas | Sorrento Lumber Co., Inc. | 345 |
| Delisser, John and Maryalyn | Space Coast Truss, LLC | 346 |
| Hotard, Christopher | Speedy Drywall | 347 |
| Eleuterius, Gregory and Elizabeth | Steve Suchmel | 348 |
| Breaux, Roy Jr. | Stewart's Remodeling Electrical | 349 |
| Lee, Kevin | Swedberg Enterprises, Inc. | 350 |
| Burton, Rose and Tebault | Titan Demolition and Construction, LLC | 351 |
| Brock, Ora | Total Community Action | 352 |
| Dekeyser, Phyllis and Lee | United Drywall & Stucco, Inc. | 353 |

Schedule "3"– Contractor/Installer List of Subclasses to Plaintiffs Omnibus Class Action Complaint (III)

| Plaintiff | Defendant | Defendants' Subclass # |
|---|---|---|
| Ewald, Thomas and Christina | United Drywall & Stucco, Inc. | 353 |
| Kepler, LLC | United Drywall & Stucco, Inc. | 353 |
| Mastrogiacomo, Kim | United Drywall & Stucco Inc. | 353 |
| Meister, David and Diane | United Drywall & Stucco, Inc. | 353 |
| Nemes, Robert and Frances | United Drywall & Stucco, Inc. | 353 |
| Pietrantonio, Tamie | United Drywall & Stucco, Inc. | 353 |
| Roth, Stephen | United Drywall & Stucco, Inc. | 353 |
| Mays, Bobby and Gina | Victor Bustillos | 354 |
| Howell, Patricia | VP Construction Services, Inc. | 355 |
| Wiley, William & Joan | Walter Ferri | 356 |
| Anderson, Shirley | William Hurst | 357 |
| Moore, Evelyn | Willie Kelly Construction Co. | 358 |