# ANSWER TO COMPLAINT

United States District Court
For the Eastern District of Louisiana
500 Poydras Street Rm C 151
New Orleans, LA 70130

Russ M Herman, Esquire
Leonard a Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

**RE: Civil Action No. 09-7628**

Sean and Beth Payton, et al, Plaintiff
Versus
Knauf Gips, Kg, et al, Defendant

**Defendant:**
**Gwen Core**
44 Park Lane Folsom, LA 70437

February 23, 2010

To Whom It May Concern:

In response to my being named defendant in the above referenced class action suit, following is my explanation as to why I believe I should be removed as defendant.

First of all, I am not a builder. I am an individual who has built only two spec houses and one has Chinese sheetrock. I followed all permitting and building ordinances, hired reputable sub contractors, bought products from

RE:  Civil Action No. 09-7628                                              Page 2/3

established vendors.  Other than the sheetrock, I have had no other issues with the homes.

I believe I showed integrity and commitment to quality by purchasing a 2/10 builder warranty which was accepted for FHA financing on the home. Bonded Builders is now denying claim due to "polluted products" exclusion.

Unfortunately, I purchased sheetrock from Interior/Exterior.  I am a consumer of the product and believe that whether I purchased for the home in which I was living or a home in which I was building, I too should be protected from any consumer product distributed in the United States which may be deemed harmful or defective.

My purchaser and I have worked very closely to get resolution.  From the first time she contacted me I went and inspected immediately, contacted Interior/Exterior who sent an inspector and then claims specialists, I presume from Knauf.

I realize that this issue is unfortunate for all involved, especially the current homeowners.  But how can I as purchaser of a product be liable?  I was in no way negligent, I had no idea I had purchased a defective product.

With that said, this letter represents my response as required by the notice I received on February 23, 2010

Sincerely,

Gwen Core Mahorney
44 Park Lane Folsom, LA  70437
985-789-1084

Attachments:  Certificate of service

RE: Civil Action No. 09-7628  Page 3/3

## CERTIFICATE OF SERVICE

**RE: Civil Action No. 09-7628**
Sean and Beth Payton, et al, Plaintiff
Versus
Knauf Gips, Kg, et al, Defendant

**Defendant: Gwen Core**
44 Park Lane Folsom, LA 70437
985-789-1084

Be it hereby known that answer to complaint referenced above has been sent certified US Postal Service to the following:

United States District Court
For the Eastern District of Louisiana
500 Poydras Street Rm C 151
New Orleans, LA 70130

Russ M Herman, Esquire
Leonard a Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113







Gwen Core
44 Park Ln
Folsom LA 70437

U.S. District Ct.
500 Poydras St Rm C151
New Orleans, LA 70130