UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL. NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| SEAN AND BETH PAYTON, et al | * | |
| v. | * | MAG. JUDGE WILKINSON |
| KNAUF GIPS, DG., et al | * | |
| Case No. 2:09-CV-7628 | * | |

**************************************

## NOTICE OF APPEARANCE OF COUNSEL

    C. Kieffer Johnson (La. Bar Roll No. 31206) of Lemle & Kelleher, hereby files her Notice of Appearance as counsel of record for Defendant, Ed Price Building Materials, and requests that copies of all pleadings served in this case be served upon the undersigned at the following office and telephone number.

    LEMLE & KELLEHER, L.L.P.

    /s/   *C. Kieffer Johnson*
    Elizabeth Haecker Ryan (La. Bar No. 6404)
    C. Kieffer Johnson (La. Bar No. 31206)
    Pan-American Life Center
    601 Poydras Street, 21st Floor
    New Orleans, LA  70130
    Tel:    504.584.9138
    Fax:   504.584.9142
    E-mail:eryan@lemle.com
    E-mail: kjohnson@lemle.com

    *Attorneys for Defendant Ed Price Building Materials*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing **Notice of Appearance of Counsel** has been filed with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification; that notice of the filing of the foregoing pleading has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification on this 12th day of March, 2010.

/s/ *C. Kieffer Johnson*

732424_1.DOC