Case 2:09-md-02047-EEF-MBN   Document 1720-2   Filed 03/12/10   Page 1 of 20



# Expert Report of
# Matthew J. Perricone, Ph.D.
# and
# Richard J. Lee, Ph.D.

In RE: Chinese Manufactured Drywall Products
Liability Litigation
MDL No. 2047
*Hernandez v. Knauf*
*Case No. 09-6050 (E.D. LA)*

Report Date: March 2010

Prepared for:
Baker & McKenzie LLP
One Prudential Plaza
130 East Randolph Drive
Chicago, IL 60601



Prepared by:
RJ LeeGroup, Inc.
350 Hochberg Rd.
Monroeville, PA 15146
www.rjlg.com

EXHIBIT B

*Expert Report of Matthew J. Perricone, Ph.D. and Richard J. Lee, Ph.D.*

## Table of Contents

| | | |
|---|---|---|
| 1.0 | Introduction | 1 |
| 2.0 | Qualifications – Matthew J. Perricone, Ph.D. | 1 |
| 3.0 | Qualifications – Richard J. Lee, Ph.D. | 2 |
| 4.0 | Documents and Materials Reviewed | 4 |
| 5.0 | Summary of Opinions | 9 |
| 6.0 | Attachments | 18 |
| 7.0 | List of Appendices | 18 |

Expert Report of Matthew J. Perricone, Ph.D. and Richard J. Lee, Ph.D.

## 1.0 Introduction

RJ Lee Group, Inc. (RJLG) was retained by Baker McKenzie LLP on behalf of Knauf Plasterboard (Tianjin) Co., Ltd. (KPT) to investigate the condition of the Hernandez residence at 68038 Marion Street, Mandeville, LA which contains Chinese drywall and to assess impacts on materials in the house including, electrical, HVAC, plumbing, and consumer electronics/appliances. RJLG has also conducted investigations of residences in Florida, Louisiana and Virginia that contain Chinese drywall; analyzed building materials removed from these residences, conducted laboratory testing and reviewed pertinent technical literature.

## 2.0 Qualifications – Matthew J. Perricone, Ph.D.

Dr. Matthew J. Perricone obtained a Bachelor of Science degree in materials science and engineering in 2000; a Master of Science degree in materials science and engineering in 2003 and a Ph.D. in materials science and engineering in 2005; all degrees were obtained from Lehigh University.

Dr. Perricone worked as a graduate research assistant and graduate consultant in the Department of Materials Science and Engineering from 2000 to 2005, where his research focused on the control of corrosion resistance for welding surface combatant ship hulls for the U.S. Navy. After receiving his Ph.D., Dr. Perricone worked as a Senior Member of the Technical Staff in the Materials Science and Engineering Center, Joining and Coatings Department, of Sandia National Laboratories in Albuquerque, NM from 2005 to 2007, where his work included support and stewardship of the United States nuclear weapons stockpile.

Dr. Perricone is a senior scientist and project manager at RJLG. Dr. Perricone has spent a significant portion of his career working on corrosion issues in various environments and materials systems. He has worked on corrosion issues associated with the dispersion of material due to the collapse of the World Trade Center and the material effects of a hazardous chemical spill caused by a train derailment in South Carolina. He also spent years both at Lehigh University and Sandia National Laboratory working to address corrosion issues in high alloy stainless steels for military and Department of Energy applications. He is familiar with standards governing corrosion testing and materials characterization which span a broad range of analytical techniques, including chemistry and microscopy.

He has experience as a materials scientist with much of his technical focus on physical metallurgy and joining processes (welding, brazing, soldering). His background in research and project management has involved analyses of complex multi-analytical technique data sets for materials failure and performance reliability projects. He has

*Expert Report of Matthew J. Perricone, Ph.D. and Richard J. Lee, Ph.D.*

applied his broad expertise to a wide range of technical challenges including root-cause failure analyses and support of product development and performance optimization for multiple clients in various industrial sectors. Dr. Perricone has extensive experience in experimental program design, analytical procedure development, and laboratory analysis for diverse clientele.

Dr. Perricone is a member of ASM International and is currently serving as the Chapter Council Secretary and Representative for District X and a member of the Volunteerism Committee. Dr. Perricone is also an active member of the American Welding Society and serves on the Stainless Steel Welding Handbook Committee.

Dr. Perricone has published over thirty articles in the technical literature, including peer-reviewed journals and sections of materials handbooks published by ASM International and the American Welding Society. He has presented at multiple technical conferences related to materials science and engineering.

A copy of Dr. Perricone's curriculum vitae, publications list and record of testimony is Attachment 1. Dr. Perricone's professional time is billed at the rate of $200/hour.

## 3.0  Qualifications – Richard J. Lee, Ph.D.

Dr. Richard J. Lee obtained a Bachelor of Science degree in physics from the University of North Dakota in 1966 and a Ph.D. in theoretical solid state physics from Colorado State University in 1970. He then went to Purdue University as an Assistant Professor in physics where he taught courses on the principles of optical microscopy. He received tenure at Purdue in less than two years.

In 1973 Dr. Lee went to work for United States Steel, first as a research scientist and thereafter as director of their physics and electron microscopy department in the Technical Center. He remained at the United States Steel Research Center until 1985. While at United States Steel, he analyzed a wide range of materials and conducted numerous failure analyses including cables on the Golden Gate Bridge and aircraft wings of the F14 Fighter plane. He was employed by NASA to analyze moon rocks brought back by the Apollo missions.

Since 1985 Dr. Lee has been President and Chief Scientist of RJ Lee Group, Inc. (RJLG), a company of over 250, which has its principal office in Monroeville, Pennsylvania and laboratories in Waynesburg, Pennsylvania and Pasco, Washington. RJLG provides research, analytical and consulting services related to materials characterization which is the science that uses a variety of analytical techniques to determine the identity and amount of each component of a material. He has worked extensively with, and is an expert in, analytical techniques, including light and electron microscopy, surface analysis and methods of evaluation.

*Expert Report of Matthew J. Perricone, Ph.D. and Richard J. Lee, Ph.D.*

Dr. Lee has a long history of scientific consulting and service for government agencies, including the EPA. RJLG's laboratory serves as a quality assurance and referee laboratory on a number of EPA programs. RJLG's laboratory performed the analyses for the EPA's major study on airborne levels of asbestos in public buildings. Dr. Lee has participated in the development by the EPA of analytical methods and procedures for asbestos analyses. The EPA requested that he personally participate in several projects, including the drafting of the portions of the EPA AHERA regulations governing air sample analysis after abatement. Dr. Lee served as a member of the Health Effects Institute international peer review panel to assess the significance of asbestos in public buildings and was one of the authors of the landmark report that resulted from that review.

Dr. Lee and his staff actively consulted with and supported EPA Region 2 in evaluating contamination in NYC buildings impacted by the Events of 9/11. He and his staff designed, implemented, provided oversight and conducted sampling and laboratory analyses for building remediation. His group also planned, organized, developed protocols and conducted health and safety and community air quality monitoring programs in and around the impacted area and during deconstruction / demolition of one of the buildings. Dr. Lee also directed extensive field and laboratory investigations of residential and commercial properties for materials effects including corrosion as a result of a hazardous chemical spill caused by a train derailment in South Carolina.

RJLG also performs analyses for the United States Navy, the United States Army and the United States General Services Administration. Dr. Lee developed a program to determine the cause of failure in components of the guidance system in the Trident missile for the Department of the Navy. He has conducted material analysis of debris in space shuttles, environmental analysis related to Desert Storm and forensic analysis related to the USS Iowa explosion.

Dr. Lee has been involved in managing laboratory operations, as well as the development of laboratory automation and information management systems, for more than 30 years. He has directed groups of software engineers on projects ranging from computer controls for electron microscopes to the deployment of the Enterprise Laboratory Information Management System (eLIMS) and the provision of nationwide data warehousing for engine health maintenance data for the US Air Force. In addition, he formed a separate company to deploy environmental and forensic LIMs systems commercially. Dr. Lee has also been extensively involved in laboratory instrument design and development. In particular, he developed the Personal SEM® system for gun shot residue analysis widely used in criminal forensics nationally and internationally.

Dr. Lee has served on American Society for Testing and Materials (ASTM) committees to define analytical methods. He has been qualified as an expert witness in state and federal courts. Dr. Lee has also published numerous papers in peer reviewed journals.

*Expert Report of Matthew J. Perricone, Ph.D. and Richard J. Lee, Ph.D.*

A copy of Dr. Lee's curriculum vitae, publications list and record of testimony is Attachment 2. Dr. Lee's professional time is billed at the rate of $465/hour.

## 4.0 Documents and Materials Reviewed

In addition to our extensive training and experience in our field, including but not limited to the review of relevant literature, studies, articles, applicable and relevant government regulations, guidelines, and directives, and testing results, we have reviewed the following materials in formulating our opinions:

Expert Reports of Matthew J. Perricone, Ph.D. and all Supporting Appendices, In RE: Chinese Manufactured Drywall Products Liability Litigation, MDL No. 2047, *Germano et al. v. Taishan Gypsum Co., Ltd. et al.*, No. 09-6687, prepared for Baker & McKenzie LLP, December 2009 & January 2010.

Expert Report of Philip Goad, Ph.D., In RE: Chinese Manufactured Drywall Products Liability Litigation, MDL No. 2047, *Hernandez v. Knauf*, Case No. 09-6050 (E.D. LA), prepared for Baker & McKenzie LLP, March 2010.

Expert Reports of Philip Goad, Ph.D., In RE: Chinese Manufactured Drywall Products Liability Litigation, MDL No. 2047, *Germano et al. v. Taishan Gypsum Co., Ltd. et al.*, No. 09-6687, prepared for Baker & McKenzie LLP, December 2009 & January 2010

Expert Report of Robert Sproles, Ph.D., In RE: Chinese Manufactured Drywall Products Liability Litigation, MDL No. 2047, *Hernandez v. Knauf*, Case No. 09-6050 (E.D. LA), prepared for Baker & McKenzie LLP, March 2010.

Expert Report of Craig Beyler, Ph.D., In RE: Chinese Manufactured Drywall Products Liability Litigation, MDL No. 2047, *Hernandez v. Knauf*, Case No. 09-6050 (E.D. LA), prepared for Baker & McKenzie LLP, March 2010.

Expert Report of Roy Carruba, In RE: Chinese Manufactured Drywall Products Liability Litigation, MDL No. 2047, *Hernandez v. Knauf*, Case No. 09-6050 (E.D. LA), prepared for Baker & McKenzie LLP, March 2010.

Expert Reports of: Ronald Bailey, P.E., Jonathan R. Barnett, Ph.D., P.E., Donald Galler, P.E., Bradley D. Krantz and John D. Ely; Dean A. Rutila, P.E. and Peter E. Nelson, P.E.; John R. Scully, Ph.D., Lori Streit, Ph.D., Hernandez Home Drywall Case, prepared for the Plaintiff Steering Committee, February 2010.

Expert Reports of: Ronald Bailey, P.E., Jonathan R. Barnett, Ph.D., P.E., Donald Galler, P.E., Bradley D. Krantz and John D. Ely; Dean A. Rutila, P.E. and Peter E. Nelson, P.E.; John R. Scully, Ph.D., Lori Streit, Ph.D., Virginia Taishan Drywall Cases, prepared for the Plaintiff Steering Committee, December 2009.

U.S. Consumer Product Safety Commission Staff, Division of Health Sciences, "Draft Summary of Contractor's Indoor Air Quality Assessment of Homes Containing Chinese Drywall," November 22, 2009.

*Expert Report of Matthew J. Perricone, Ph.D. and Richard J. Lee, Ph.D.*

U.S. Consumer Product Safety Commission, Division of Electrical Engineering, "Draft Interim Report on the Status of the Analysis of Electrical Components Installed in Homes with Chinese Drywall," November 23, 2009.

U.S. Consumer Product Safety Commission, Fire Protection Engineer, Office of Hazard Identification and Reduction, "Draft Status Report on the Preliminary Analysis of HVAC, Gas Distribution, and Fire Safety Equipment Installed in Homes with Chinese Drywall", November 2009.

Sandia National Laboratories, "Interim Report on the Analysis of Corrosion Products on Harvested Electrical Components", November 2009.

Campbell, W.E. and Thomas, U.B., "Tarnish Studies: The Electrolytic Reduction Method for the Analysis of Films on Metal Surfaces," presented at the 76th General Meeting, held at New York City, September 1939.

Chen, Y.W., Joly, H.A., and Belzile, N., "Determination of Elemental Sulfur in Environmental Samples by Gas Chromatography - Mass Spectroscopy," Chemical Geology Vol. 137, Isseus 3-4, pp. 195-200, 1997.

Cong, H., H.T. Michels, and J.R. Scully, "Passivity and Pit Stability Behavior of Copper as a Function of Selected Drinking Water Chemistry Variables," J. Electrochemical Society Vol. 56(1), pp. C16-C27, 2009.

Deroubaix G., and Marcus P, "X-Ray Photoelectron Spectroscopy Analysis of Copper and Zinc Oxides and Sulphides", John Wiley & Sons, Ltd., pp. 39-46, 1992.

Fiaud, C., Safavi, M., and Vedel, J., "Identification of the Corrosion Products formed on Copper in Sulfur Containing Environments", Werkstoffe und Korrosion 35, pp. 361-366, 1984.

Franey, J., "Degradation of Copper and Copper Alloys by Atmospheric Sulfur", Degradation of Metals in the Atmosphere, ASTM STP 965, S. Dean, T. Lee, ASTM, pp. 306-315, 1988.

Graedel, T.E., Franey, J.P., Kammlott, G.W., and Vandenberg, J.M., "The Atmospheric Sulfidation of Copper Single Crystals", Electrochemical Science and Technology, pp. 1632-1635. July 1987.

Graedel, T.E., Franey, J.P. and Kammlott, G.W., "The Corrosion of Copper by Atmospheric Sulphurous Gases", Corrosion Science, Vol. 23 No. 11. Pergamon Press Ltd., pp. 1141-1152, 1983.

Graedel, T.E., Franey, J.P., Gualtieri, G.J., Kammlott, G.W., Malm, D.L., On the Mechanism of Silver and Copper Sulfidation by Atmospheric H2S and OCS, Corrosion Science, Vol. 25, No. 12, Pergamon Press Ltd., pp. 1163-1180, 1985.

Graedel, T.E., J.P. Franey, W.H. Starnes, Jr., D.C. Hische and P.C. Warren, "The Interaction of Hydrogen Sulfide with Lead - and Barium - Cadmium - Zinc - Stabilized Poly (vinyl Chloride)," Journal of Applied Polymer Science, Vol. 23, 1769-1779, 1979.

Gryglewicz, G., and Gryglewicz, S., "Determination of Elemental Sulfur in Coal by Gas Chromatography - Mass Spectroscopy", Fresenius Journal of Analytical Chemistry Vol. 370, No. 1, pp. 60-63, 2001.

Heilman, W., Tammela, V., Meyer, J.A., Stannett, V. and Szwarc, M., Permeability of Polymer Films to Hydrogen Sulfide Gas; Industrial and Engineering Chemistry, Vol. 48, No. 4, p. 821-24, 1956.

Jackson, H. W., Introduction to Electric Circuits, 4th ed. Rev. Prentice-Hall, Inc., Englewood Cliffs, NJ, p.391-392, 1976.

Jacobs, S., and Edwards, M., "Sulfide Scale Catalysis of Copper Corrosion", Wat. Res, Vol 34, No. 10, pp. 2798-2808, 2000.

Kato, C., H.W. Pickering, and J.E. Castle, "Effect of Sulfide on the Corrosion of Cu-9.4%Ni-1.7%Fe in an Aqueous NaCl Environment," J. Electrochem. Soc., 131(6), pp. 1225-1229, 1984.

Kozinc, J., Treeby, M., and Zupancic-Kralj, L., "Determination of Sulfur Gases from Velenje Coal Stockpile", Acta Chimica Slovencia, 51, pp. 529-536, 2004.

Korzhavyi, P. A., I. A. Abrikosov and B. Johansson, Theoretical Investigation of Sulfur Solubility in Pure Copper and Dilute Copper-based Alloys, Acta mater, Vol. 47, No. 5, pp. 1417-1424, 1999.

Marcus, P., "Sulfur Assisted Corrosion Mechanisms and the Role of Alloyed Elements," In Corrosion Mechanisms in Theory and Practice, Eds, P. Marcus and J. Oudar, Marcel Dekker, NY, (1995); and in ASM Vol. 13 A, 2006.

Perricone, M.J., "Advanced Milling Technology Helps Identify Phase Transformations", Welding Journal, pp. 44-49, October 2005.

Ren, Y.L. and Pfarre, R., "The Need to Use Purified Carbonyl Sulfide (COS) to Prevent Corrosion of Copper", Proceedings of the 2002 Annual International Research Conference on Methyl Bromide Alternatives and Emissions Reductions, Orlando, FL, November 2002.

Reid, M., Punch, J., Ryan, C., Garfias, L.F., Belochapkine, S., Franey, J.P., Derkits, Jr., G.E., and Reents, W.D. Jr., "Microstructural Development of Copper Sulfide on Copper Exposed to Humid $H_2S$", Journal of Electrochemical Society Vol. 154 Issue 4, C209-C214, 2007.

Rice, D.W., Peterson, P., Rigby, E.B., Phipps, P.B.P., Cappell, R.J., and Tremoureux, R., "Atmospheric Corrosion of Copper and Silver", Electrochemical Science and Technology, pp. 275-284, February 1981.

Rice, D.W., R.J. Cappel, W. Kinsolving, and J.J. Laskowski, "Indoor Corrosion of Metals", Journal of Electrochemical Society, Vol. 127, No 4, pp. 891-901, April 1980.

*Expert Report of Matthew J. Perricone, Ph.D. and Richard J. Lee, Ph.D.*

Sharma, S.P., "Reaction of Copper and Copper Oxide with H2S", J. Electrochem. Soc: Electrochemical Society, Vol. 127, No. 1, pp. 21-26, 1980.

Svoronos, Paris D.N., Bruno, Thomas J., "Carbonyl Sulfide: A Review of Its Chemistry and Properties", Industrial Engineering Chemistry Research 41 (22), pp. 5321-5336, 2002.

Strohmeier, B. R., Leyden, D.E., Field, R.S., and Hercules, D.M., "Surface Spectroscopic Characterization of Cu/Al2O3 Catalysts", Journal of Catalysis, Vol. 94, pp. 514-530, 1985.

Taylor, C.H., Kesler, S.E., and Cloke, P.L., "Sulfur Gases Produced by the Decomposition of Sulfide Minerals: Application to Geochemical Exploration", Journal of Geochemical Exploration, 17, pp. 165-185, 1982.

Tran, T.T.M., Fiaud, C., Sutter, E.M.M., and Villanova, A., "The Atmospheric Corrosion of Copper by Hydrogen Sulphide in Underground Conditions", Corrosion Science 45, pp. 2787-2802, 2003.

Tran, T.T.M., Fiaud, C., and Sutter, E.M.M., "Oxide and Sulphide Layers on Copper Exposed to H2S Containing Moist Air", Corrosion Science 47, pp. 1724-1737, 2005.

United States Environmental Protection Agency (EPA), "Drywall Sampling Analysis" Environmental Response Team, May 2009.

Wong, C.M., Crawford, R.W., and Burnham, A.K., "Sources and Kinetics of Sulfur Species in Oil Shale Pyrolysis Gas by Triple Quadruple Mass Spectrometry", Symposium on Characterization and Chemistry of Oil Shales, presented before the Divisions of Fuel Chemistry and Petroleum Chemistry, Inc., American Chemical Society, April 1984.

Material Safety Data Sheet, Copper (I) sulfide (99.5%-Cu), CAS Registry Number 22205-45-4.

ASTM B3-01, Standard Specification for Soft or Annealed Copper Wire.

ASTM B-827-97, Standard Practice for Conducting Mixed Flowing Gas (MFG) Environmental Tests.

ASTM D-1838, Standard Test Method for Copper Strip Corrosion by Liquefied Petroleum (LP) Gases.

ASTM E 995-04, Standard Guide for Background Subtraction Techniques in Auger Electron Spectroscopy and X-ray Photoelectron Spectroscopy.

ASTM E-1388-05, Standard Practice for Sampling of Head Space Vapors from Fire Debris Samples.

ASTM E-1636-04, Standard Practice for Analytically Describing Sputter-Depth-Profile Interface Data by an Extended Logistic Function.

ASM Handbook, Volume 13A, "Corrosion Fundamentals, Testing, and Protection", 2003.

Metals Handbook, Second Edition, edited by J. R. Davis, 1998, p. 516.

*Expert Report of Matthew J. Perricone, Ph.D. and Richard J. Lee, Ph.D.*

SEMI F60-0306, Test Method for ESCA Evaluation of Surface Composition of Wetted Surfaces of Passivated 316L Stainless Steel Components, 2006.

*Expert Report of Matthew J. Perricone, Ph.D. and Richard J. Lee, Ph.D.*

## 5.0 Summary of Opinions

RJLG has conducted investigations of the Hernandez residence in Mandeville, LA and residences in Florida, Louisiana and Virginia that contain Chinese drywall, analyzed building materials removed from these residences, conducted laboratory testing and reviewed pertinent technical literature. Specifically for the Hernandez house, we rely upon the following: visual inspections, wire analysis, plumbing analysis, copper reactivity coupons and assessments of consumer products and small appliances.

Based on our investigations, we will testify to the following opinions to a reasonable degree of scientific certainty.

**The tarnish film found on copper components in the Hernandez residence is predominantly copper (I) sulfide which is consistent with the tarnish films found in other houses containing Chinese drywall.**

The tarnish film observed on copper components in residences containing Chinese drywall has consistently been identified as predominantly copper (I) sulfide using Electron Spectroscopy Chemical Analysis (ESCA). This finding was confirmed by analysis of copper reactivity coupons placed in multiple locations in a number of residences with Chinese drywall (Appendix A-2[1] and Appendix D[2]) including the Hernandez residence. The identity of the species present in the tarnish film limits the potential reactive gases in the residential atmosphere to reduced sulfur gases, namely hydrogen sulfide.

**The claimed rate of HVAC failure in houses with Chinese drywall, including the Hernandez house, is due to the unique aggressive environment in which HVAC coils operate.**

Cyclic condensation and drying that occurs on the copper tubing of HVAC coils during operation creates a unique environment that can cause a transition from superficial copper surface tarnishing to pitting corrosion. (Appendix F[3]) The presence of liquid water at the

---

[1] Appendix A-2, Hernandez House - Plumbing and Copper Reactivity Coupons, Expert Report of Matthew J. Perricone, Ph.D. and Richard J. Lee, Ph.D., In RE: Chinese Manufactured Drywall Products Liability Litigation, MDL No. 2047, *Hernandez v. Knauf*, Case No. 09-6050 (E.D. LA), prepared for Baker & McKenzie LLP, March 2010.

[2] Appendix D, Copper Coupon Assessments of Chinese Drywall, Expert Report of Matthew J. Perricone, Ph.D. and Richard J. Lee, Ph.D., In RE: Chinese Manufactured Drywall Products Liability Litigation, MDL No. 2047, *Hernandez v. Knauf*, Case No. 09-6050 (E.D. LA), prepared for Baker & McKenzie LLP, March 2010.

[3] Appendix F, HVAC Analysis and Copper Condensation Testing, Expert Report of Matthew J. Perricone, Ph.D. and Richard J. Lee, Ph.D., In RE: Chinese Manufactured Drywall Products Liability Litigation, MDL No. 2047, *Hernandez v. Knauf*, Case No. 09-6050 (E.D. LA), prepared for Baker & McKenzie LLP, March 2010.

*Expert Report of Matthew J. Perricone, Ph.D. and Richard J. Lee, Ph.D.*

surface of the copper creates an aqueous environment that provides an avenue for multiple corrosion mechanisms to occur.

High air flow rates within HVAC systems increase the amount of airborne molecules to which the copper coils are exposed thereby increasing the potential for reaction. The low part per billion (ppb) concentrations of molecules like $H_2S$ in the air will therefore have a concentrated impact on the copper in HVAC coils because of the large volume of air delivered to this location.

Copper reactivity coupons placed within the return plenums of residences with Chinese drywall have consistently demonstrated sulfide tarnish layers significantly thicker than those placed in locations immediately adjacent to Chinese drywall for the same period of time. Appendix $D^2$ contains a summary of the copper reactivity coupon thickness measurements.

**The removal of Chinese drywall is an effective repair method that will eliminate the cause of sulfur-related tarnishing, corrosion and odor.**

As with most construction issues where reactive compounds affect the performance of the material, an effective repair method is to remove the source of the reactive species.

Removal of the Chinese drywall will eliminate the source of the sulfur gases and therefore stop the tarnishing and eliminate the source of the odors. The removal can be effectively performed using conventional abatement methodologies. For example, covering floors and non-impacted surfaces with plastic, placing barriers over air ducts, doorways and other paths for dust movement; followed by HEPA vacuuming, damp wiping and visual inspection has been shown to reduce residual dusts mass concentrations to negligible concentrations[4,5,6]. Since the reactive component of the wallboard is generally accepted to be a small fraction of the total, a visually clean standard will eliminate tarnishing and odor generation.

---

[4] OSHA, 29 CFR 1910.1001 and 29 CFR 1926.1101.
[5] EPA, 40 CFR 763.91 and 40 CFR 61.145.
[6] National Institute of Building Sciences, Guidance Manual: Asbestos Operations and Maintenance Work Practices, Second Edition, 1996.

*Expert Report of Matthew J. Perricone, Ph.D. and Richard J. Lee, Ph.D.*

Removal of electrical wiring from the Hernandez house which contains Chinese drywall is not necessary.

The tarnish film on unprotected copper wires will not compromise the structural integrity of these components.

Our evaluations of the wiring in the Hernandez house have confirmed that the tarnish film is superficial. An observation of tarnishing is not an indication of damage. The superficial tarnishing on wire in the Hernandez house is consistent with our investigations in other houses with Chinese drywall. Cross sections of tarnished wires removed from Louisiana, Virginia and Florida houses with Chinese drywall have demonstrated that the dark sulfide layer generally covers the unprotected copper surfaces (Appendix A-1[9]). The CPSC[7] and Sandia[8] found no evidence of wire failure and they did not recommend its removal. Removal of the Chinese drywall will eliminate the airborne $H_2S$ and any further growth of the sulfide tarnish film. This film can easily be removed by using ordinary abrasion with common household cleaning techniques (Appendix A-1[9]).

The current carrying capacity of electrical wiring in the Hernandez house has not been negatively impacted.

Current carrying capacity is determined by the ability of a material to carry current (resistivity) and the amount of material available to do so (cross sectional area)[10]. Cross sectional area is the determining factor when assessing current carrying capacity of copper wires from houses containing Chinese drywall. The presence of a tarnish film at the surface of a copper wire does not change the resistivity of the copper wire. Direct measurement of the copper wire should be used[11] rather than calculations that use tarnish film thickness as their basis.

The most conservative way to assess whether copper wires in houses with Chinese drywall have adequate current-carrying capacity is to compare the wire diameter to manufacturing standards that govern acceptability in new wire. ASTM manufacturing specifications[11,12,13] for copper wiring allow a 1% variation in diameter: for a 12-gauge wire (2.053mm) +/- 20μm and for 14-gauge wire (1.638mm) +/- 16μm. Conformance to

---

[7] U.S. Consumer Product Safety Commission, Division of Electrical Engineering, "Draft Interim Report on the Status of the Analysis of Electrical Components Installed in Homes with Chinese Drywall," November 23, 2009.
[8] Sandia National Laboratories, "Interim Report on the Analysis of Corrosion Products on Harvested Electrical Components", November 2009.
[9] Appendix A-1, Hernandez House Assessment - Wiring, Expert Report of Matthew J. Perricone, Ph.D. and Richard J. Lee, Ph.D., In RE: Chinese Manufactured Drywall Products Liability Litigation, MDL No. 2047, *Hernandez v. Knauf*, Case No. 09-6050 (E.D. LA), prepared for Baker & McKenzie LLP, March 2010.
[10] Callister, William D., Jr., Materials Science and Engineering, An Introduction, Chapter 18, 1985.
[11] ASTM B3-01, Standard Specification for Soft or Annealed Copper Wire.
[12] ASTM B1-01, Standard Specification for Hard-Drawn Copper Wire.
[13] ASTM B2-00, Standard Specification for Medium-Hard-Drawn Copper Wire.

*Expert Report of Matthew J. Perricone, Ph.D. and Richard J. Lee, Ph.D.*

dimensional specifications is determined by caliper measurements, so small local variations in the surface caused by scratches, forming marks, or pits will not impact the results.

Electrical connections with copper wire are routinely made where deformation and distortion are applied to ensure a good connection[14]. Outlets with push-type connectors that cut into the wires to make a connection necessarily reduce the cross sectional area of the copper wire locally (Appendix A-1[9]). This is consistent with Mr. Galler's report[15] where he states, "A reduction in cross sectional area over a short length of exposed conductor may not be a big concern". In fact, the superficial tarnish film that discolors copper wire does not locally reduce the cross sectional area to any extent that would interfere with its operation.

**Physical barriers, such as sheathing on copper wire or metal-to-metal contacts on hard electrical connections, eliminate or diminish exposure to $H_2S$ gas and resultant tarnishing.**

Wire is typically covered with an insulated sheath that provides protection from tarnishing as was confirmed by our inspections in the Hernandez residence (Appendix A-1[9]) and in multiple other houses. Hard electrical connections are protected at the contact points (Appendix A-1[9]). Our visual assessment of wires from houses in Virginia, Florida and Louisiana has demonstrated that sheathed portions of copper wires (hot and neutral) are consistently bright within 1 mm of terminal ends of the sheath that exhibit tarnishing. (Appendix B[16]). These findings are consistent with data presented by Barnett[17], Krantz[18] and Rutila[19] as well as CPSC[7] and Sandia[8].

Observations of 26 Romex® ground wires from Florida houses (Appendix B[16]) with Chinese drywall exhibited limited irregular tarnishing in a stripe along the length of covered portions of ground wire; this pattern of discoloration is consistent with

---

[14] Expert Report of Roy Carruba, In RE: Chinese Manufactured Drywall Products Liability Litigation, MDL No. 2047, *Hernandez v. Knauf*, Case No. 09-6050 (E.D. LA), prepared for Baker & McKenzie LLP, March 2010.

[15] Expert Report of Donald Galler, P.E., Electrical Engineering Solutions, Virginia Taishan Drywall Cases prepared for Plaintiff Steering Committee, December 30, 2009.

[16] Appendix B, Evaluation of Sheathed Wires, Expert Report of Matthew J. Perricone, Ph.D. and Richard J. Lee, Ph.D., In RE: Chinese Manufactured Drywall Products Liability Litigation, MDL No. 2047, *Hernandez v. Knauf*, Case No. 09-6050 (E.D. LA), prepared for Baker & McKenzie LLP, March 2010.

[17] Expert Report of Jonathan R. Barnett, Ph.D., P.E., Virginia Taishan Drywall Cases MDL2047, prepared for Plaintiff Steering Committee, December 30, 2009.

[18] Assessment of Copper Materials from Residences Containing Chinese Drywall Products, prepared by Bradley D. Krantz and John D. Ely, Corrosion Testing Laboratories, Inc., for the Plaintiff Steering Committee, December 29, 2009.

[19] Expert Report of Dean A. Rutila, P.E. and Peter E. Nelson, P.E., Investigation of Alleged Damage Due to Drywall in Williamsburg, VA, prepared for The Plaintiffs' Steering Committee, December 30, 2009.

*Expert Report of Matthew J. Perricone, Ph.D. and Richard J. Lee, Ph.D.*

atmospheric ingress from the open ends of the sheathing. No impact on wire performance can be reasonably expected from this superficial tarnishing.

A lack of tarnishing has also been observed underneath the insulation on the copper tube connecting the HVAC coil and condenser despite being immediately adjacent to Chinese drywall (Appendix F[3]).

**Remaining life assessments of copper wiring and plumbing made on the basis of pit depth measurements are inherently unreliable because tarnishing will not continue once Chinese drywall has been removed.**

Plaintiffs' experts[20] have presented a hypothetical scenario on a system completely unrelated to copper wiring to describe the concept of calculating the remaining life of a component. However, no similar calculations regarding copper wires in houses containing Chinese drywall has been presented. Attempting to perform such an analysis using the initial tarnishing rates calculated from observation of electrical wiring is fundamentally flawed for multiple reasons, the most obvious of which is the assumption that tarnishing will continue after the removal of Chinese drywall. The standard[21] relied on by the Plaintiffs' experts require that an estimation of the anticipated corrosion rate be used based on an inherent assumption of continued service in the same environment. However, such assumptions cannot be made when the Chinese drywall is removed and tarnishing has stopped.

Furthermore, the ASM Handbook[22] describes the potential for pits to grow in copper alloys:

> *"Long-term tests of copper alloys show that the average pit depth does not continually increase with extended times of exposure. Instead, pits tend to reach a certain limit beyond which little apparent increase in depth occurs."*

Nothing in the approach proposed by Plaintiffs' experts considers this material-specific behavior as it pertains to copper wires and plumbing. Instead, the Plaintiffs' use of pit depth to limit the remaining expected life of these components is speculative and scientifically unreliable.

---

[20] Assessment of Copper Materials from Hernandez Residence Containing Chinese Drywall Products, prepared for The Plaintiffs' Steering Committee by Bradley D. Krantz and John D. Ely, February 12, 2010.
[21] The American Society of Mechanical Engineers, Fitness for Service, API 579-1/ASME FFS-1, June 5, 2007, Part 4 and Part 5.
[22] ASM Handbook, Volume 13A, "Corrosion Fundamentals, Testing, and Protection", 2003.

*Expert Report of Matthew J. Perricone, Ph.D. and Richard J. Lee, Ph.D.*

Wires removed from locations where Plaintiffs' experts have speculated that "condensation [is] likely" are indistinguishable from wires removed from other locations from houses containing Chinese drywall.

Even if this speculative condition is assumed to be true, and all of the safety ramifications of condensation on an energized outlet are ignored, the real world impact of this scenario can be ascertained by examining the outlets directly. Cross sections of wires removed from outlets near air conditioning supply vents or diffusers (Appendix A-1[9]; Figures 52, 77, 78, 79) cannot be distinguished from wires that are located away from these vents. Evidence of condensation in these locations has not been presented by the Plaintiffs' experts nor observed during our examination. The inability to distinguish the condition of the wires in these outlets demonstrates that no real world impact is observed in locations near air vents.

The observations by Plaintiffs' experts of tarnished multi-strand wires encased in flexible sheathing are only applicable to similar cords on light fixtures, not the sheathed electrical wiring in the electrical system of the house.

The amount of plasticizers used to manufacture sheathing is variable. Heilman[23] demonstrated that the use of plasticizers significantly increases the permeability of a polymer without plasticizers. As such, one multi-strand wire has limited applicability to the range of electrical systems present in a residence. Our visual assessment of wires from the Hernandez house as well as 216 wires from houses in Virginia, Florida and Louisiana has demonstrated that sheathed portions of copper wires (hot and neutral) from the residential electrical system are consistently protected from tarnishing (Appendix A-1[9] and Appendix B[16]).

The tarnish film on unprotected copper plumbing fixtures is superficial and will not compromise the structural integrity of these components. As such, copper plumbing does not need to be removed from the Hernandez house or other houses containing Chinese drywall.

Sections of copper plumbing have been collected from the Hernandez residence, and houses in Florida and Louisiana. While visual tarnishing was observed on each of these copper components, cross sections of the pipe demonstrated limited ingress (~10μm) into the wall thickness. For pipes with wall thicknesses in excess of 1mm, this impact represents less than 1% of the wall thickness[24], which is insignificant when the manufacturing tolerances of water tubing is +/- 10%. Comparatively, the oxide scale that forms on the interior diameter of the pipe due to water service is significantly thicker than

---

[23] Heilman, W., Tammela, V., Meyer, J.A., Stannett, V. and Szwarc, M., Permeability of Polymer Films to Hydrogen Sulfide Gas; Industrial and Engineering Chemistry, Vol. 48, No. 4, p. 821-24, 1956.
[24] ASTM B88-03, Standard Specification for Seamless Copper Water Tube.

*Expert Report of Matthew J. Perricone, Ph.D. and Richard J. Lee, Ph.D.*

anything observed on the outer surface due to exposure to Chinese drywall. No impact on pipe performance or remaining life is expected (Appendix A-2[1]). Also, no impact on the structural integrity of solder joints of plumbing components was observed.

Plaintiffs' experts have speculated that condensation on cold water pipes might result in failure but they have not provided evidence that this actually occurs. The environment in which cold water pipes operate differs significantly from the environment of HVAC coil in two major respects: (1) air flow around copper plumbing is generally stagnant, which limits the amount of $H_2S$ to which pipes are subjected over time (Appendix D[2]), and (2) the low frequency of condensation and variation in drying cycles.

**Pits observed at the surface of copper wiring and plumbing components are not self-sustaining and will not continue to grow without a continuing source of $H_2S$.**

It is incorrect to claim that the observation of a pit morphology implies an inherent ability for self sustaining growth. The ASM Handbook on Corrosion[22] describes the corrosion behavior of copper as follows:

> *"Because copper alloys do not have a true protective film, pitting is not a prime corrosion mechanism; however, because of metallurgical and environmental factors, the corroded surface does show a tendency towards non-uniformity."*

The growth of the pits observed at the surface of copper wires and plumbing rely on the continued supply of $H_2S$. Even in the presence of water, $Cu_2S$ is an insoluble compound that, by definition, will not contribute sulfur ions that are capable of further chemical reaction. Thus, the ability for a pit to continue growing on copper wires and plumbing relies on an environmental source for $H_2S$ ions to react with copper ions in the presence of water. If either of these factors is missing, further sulfide growth is not possible.

In a house with Chinese drywall removed, the lack of a continuing source of $H_2S$ will stop the growth of the tarnish film. Newly exposed copper surfaces will have a tendency to oxidize and form a passive oxide, $Cu_2O$[22], as would be expected on wires and plumbing in any house.

**The presence of a tarnish film on a copper surface (wire or plumbing) does not cause continued or accelerated corrosion.**

Plaintiffs' experts[25] have argued that tarnish film on the surface of copper will cause further corrosion simply by its presence. However, the asserted basis for that opinion is published literature that focuses on submerged conditions in seawater or other completely aqueous environments. Aqueous corrosion differs significantly from atmospheric

---

[25] Expert Report of John R. Scully, Ph.D., "Preliminary Analysis of Corrosion of Copper HVAC Components Exposed to Chinese Drywall in a Virginia Beach, VA Residence; Preliminary Analysis of Pertinent Literature Regarding CDW, Release of Gases and Corrosion of Copper, prepared for Plaintiff Steering Committee, December 28, 2009.

*Expert Report of Matthew J. Perricone, Ph.D. and Richard J. Lee, Ph.D.*

corrosion because the presence of water can facilitate electrochemical processes that can lead to localized corrosion including pits, some of which may be able to grow on their own (auto-catalysis). Atmospheric corrosion processes do not exhibit the same type of ion transport or dissolution/precipitation behavior that makes aqueous environments aggressive to metals.

Plaintiffs' experts also fail to recognize the fundamental flaw in their reliance on studies by Jacobs[26] and Kato[27] to speculate on continued corrosion in the presence $Cu_2S$. Specifically, the solutions used for those studies contained intentional additions of chloride ions, the presence of which are known to have significant impact on corrosion behavior[22]. Instead, any reaction promoted by the presence of $Cu_2S$ under the Plaintiffs' experts' theory would result in the formation of copper oxide, the passive nature of which would effectively shut down further growth in remediated houses. Even in the occasional presence of condensation, the copper sulfide tarnish film present on copper surfaces is insoluble in water (also demonstrated by Jacobs[26] and Kato[27]) and consequently would be non-reactive. Instead, copper oxide formation would be promoted in areas with newly exposed copper due to cracks or gaps in the sulfide film.

**No evidence exists to connect the failure of the refrigerator circuit board removed from the Hernandez residence to exposure to Chinese drywall.**

Our investigation confirmed that the failure origin is located on the top face of the board and is associated with the input connector where power is supplied. The failure appears to be the result of an overload event that caused melting of the board and metallization in that vicinity. Microscopic examination of the other connections on the board demonstrated that sulfidation was not present (Appendix A-3[28]). While the circuit board has failed, there is no presence of sulfur on exposed metal components and solder joints, indicating that Chinese drywall played no role in the failure.

---

[26] Jacobs, S., and Edwards, M.,"Sulfide Scale Catalysis of Copper Corrosion", Wat. Res, Vol 34, No. 10, pp. 2798-2808, 2000.
[27] Kato, C., H.W. Pickering, and J.E. Castle, "Effect of Sulfide on the Corrosion of Cu-9.4%Ni-1.7%Fe in an Aqueous NaCl Environment," J. Electrochem. Soc., 131(6), pp. 1225-1229, 1984.
[28] Appendix A-3, Hernandez House - Electronics, Expert Report of Matthew J. Perricone, Ph.D. and Richard J. Lee, Ph.D., In RE: Chinese Manufactured Drywall Products Liability Litigation, MDL No. 2047, *Hernandez v. Knauf*, Case No. 09-6050 (E.D. LA), prepared for Baker & McKenzie LLP, March 2010.

*Expert Report of Matthew J. Perricone, Ph.D. and Richard J. Lee, Ph.D.*

We hold the opinions in this report to a reasonable degree of scientific certainty. We reserve the right to supplement our opinions or the basis of the opinions disclosed herein in the event that we receive, after the date of those disclosures, additional documents or tangible items, including information from the Plaintiffs in the above-referenced cases and additional testing or sampling data that is currently pending[29].

*[signature]*

Matthew J. Perricone, Ph.D.
Senior Scientist
RJ Lee Group, Inc.

*[signature]*

Richard J. Lee, Ph.D.
Chief Executive Officer
RJ Lee Group, Inc.

---

[29] Evaluations continue on samples received from SGH on February 25, February 26 and March 1.

*Expert Report of Matthew J. Perricone, Ph.D. and Richard J. Lee, Ph.D.*

## 6.0 Attachments

Curriculum Vitae and Publications List of Matthew J. Perricone, Ph.D.
List of Testimony for Matthew J. Perricone, Ph.D.
Curriculum Vitae and Publications List for Richard J. Lee, Ph.D.
List of Testimony for Richard J. Lee, Ph.D.
Curriculum Vitae and Publications List of Keith E. Wagner

## 7.0 List of Appendices

Appendix A-1 – Hernandez House Assessment - Wires
Appendix A-2 – Hernandez House Assessment - Plumbing & Copper Reactivity Coupons
Appendix A-3 – Hernandez House Assessment - Electronics
Appendix B – Evaluation of Sheathed Wires
Appendix C – Thin Film Resistance Measurements
Appendix D – Copper Coupon Assessments in Houses with Chinese Drywall
Appendix E – Drywall Characterization
Appendix F – HVAC Coils and Copper Condensation Testing