# Analysis of Fire Safety of Electrical Wiring Related to Chinese Drywall at the Hernandez Residence

By

Craig L. Beyler, Ph.D. Technical Director
Hughes Associates, Inc.
3610 Commerce Drive, Suite 817
Baltimore, MD 21227
Ph. (410) 737-8677
Fax (410) 737-8688

Submitted to

Baker & McKenzie LLP
One Prudential Plaza
130 East Randolph Drive
Chicago, IL 60601

2 March 2010



EXHIBIT

C

## Analysis of Fire Safety of Electrical
## Wiring Related to Chinese Drywall
## at the Hernandez Residence

This report evaluates whether the presence of KPT drywall in the Hernandez house presents a fire safety risk with respect to electrical wiring that would remain in the house after the repair protocol proposed by Knauf Plasterboard (Tianjin) Co., Ltd. The author's Curriculum Vitae, List of Publications and Rule 26 disclosure are given as Appendix A. Materials reviewed are listed in Appendix B.

The analysis and opinions expressed in this report are based on the author's knowledge of facts and information to date. If additional information becomes available which has a bearing on these opinions as expressed below, these opinions will be amended or supplemented appropriately.

### INTRODUCTION AND CPSC INVESTIGATION

Some Chinese drywall imported into the US during the building boom of 2005-2006 has been identified as releasing low levels of hydrogen sulfide, measured at 0-2 ppb level (Saltzman 2009). Notably, hydrogen sulfide levels in the ambient environment outside of houses have been measured at comparable levels (Rice *et al* (1981), Rice *et al* (1980), Saltzman (2009)). A primary indicator of hydrogen sulfide exposure due to Chinese drywall in houses is a black tarnish film on ground wires of NM electrical cables widely used in residential construction. The black tarnish film consists primarily of copper sulfide and some copper oxide (Perricone and Lee (2010), Rickett and Payer (1995)).

Copper oxides form naturally on exposed copper surfaces and are to be expected on electrical wiring in houses that do not contain Chinese drywall. Copper oxides and copper sulfides have similar electrical properties and are both semiconductors (Grozdanov and Najdoski (1995), Bourne, Yu, Zettl, and Cohen (1989)). As such, exposure of exposed copper in electrical wiring to hydrogen sulfide does not give rise to a unique condition on wires in houses.

The three mechanisms involve in the fire safety issues are; 1) failure of fire safety equipment (e.g. sprinklers, smoke alarms, carbon monoxide alarms) due to tarnishing, 2) degradation of

1

connections and contacts, and 3) reduction in electrical wire cross-section. There have been no reported cases of fires caused by electrical devices tarnished by Chinese drywall. While there have been anecdotal reports of failure of electronic equipment in houses, no reports of failure of fire safety devices due to tarnishing by Chinese drywall have been identified.

The U.S. Consumer Product Safety Commission reported in 2009 that based on testing completed at the time, no fire safety hazards have been confirmed in houses containing Chinese drywall (Gill and Trotta (2009)). The Gill and Trotta report indicated that a total of 169 electrical components were harvested by CPSC staff from six houses in Florida and Virginia which were being remediated by the house builders due to the believed presence of Chinese drywall. A preliminary, visual inspection by CPSC electrical engineering staff of all of the electrical components harvested revealed tarnishing of exposed copper wiring, and a lesser degree of tarnishing to other parts of the electrical components (e.g., screws, metal alloy conductors, etc.). There were no indications of overheating of conductors or conductive parts due to the tarnishing, which would have been exemplified by discoloration of various insulating materials, or the formation of metallic beads from the melting of copper or other metal alloys. CPSC staff selected 73 components for analysis.

The Gill and Trotta (2009) report listed a number of potential fire safety and electrical shock concerns they were interested in investigating in houses containing Chinese drywall. The physical mechanisms involved in the identified, potential shock hazards directly mirror the physical mechanisms involved in the identified, potential fire safety concerns. While the CPSC identified these issues as potentials and part of its investigation, it has not issued any findings indicating that such issues have occurred in houses containing Chinese drywall or are likely to occur. No contrary report or public statement concerning fire safety risks has been issued by the CPSC since the Gill and Trotta report, issued in November 2009.

The CPSC has observed that receptacles and switch components generally appear much less tarnished than the exposed copper wire (Gill and Trotta (2009)). The Sandia National Laboratories report (Glass, Mowry, and Sorensen (2009)) suggests that metallic devices, the failure of which could lead to risks of electric shock or fire, appeared to be far less sensitive to the effects of

2

corroding gases than copper wires. The overall thickness of the tarnish layer on copper varies from nearly zero to twenty thousandths of a millimeter. This has been confirmed by Perricone and Lee (2010).

The Gill and Trotta (2009) report observes that tarnishing of copper wiring "was most extensive where bare copper was exposed." Intact electrical insulation (e.g., thermoplastic) on copper wiring protects the underlying copper conductor from corrosion. In the examination of one insulated wire, it was noted that on a wire that was originally covered by insulation, in a location immediately adjacent to where insulation had been stripped away, the corrosive gases were able to penetrate between the copper wire and the overlying insulation up to only a distance of 0.2 cm under the insulation, creating slight levels of corrosion on the copper surface. For distances beyond 0.3 cm the copper wire appeared bright and uncorroded. Additionally, where the insulation of the wire had been removed, but the bare copper was shielded or covered in such a way as to prevent the free flow of gases to the exposed areas, the exposed areas typically exhibited minor corrosion." These observations were confirmed by Perricone and Lee (2010) and observations in this laboratory during testing described in Appendix C.

Similarly, the Sandia National Laboratory report (Glass, Mowry, and Sorensen (2009)) observes that "the areas where the wire made contact with its screw or contact plate show less blackening or no blackening compared to other regions of the wire where it was not in contact with another material. The lack of tarnish in these areas is likely due to this region being somewhat shielded from any corrosive gasses that are present." They also measured contact resistances for six receptacles and none of the measurements suggest that the electrical interface was in any way degraded. The observation of lack of tarnishing on areas shielded from corrosive gases was also confirmed by Perricone and Lee (2010) and observations in this laboratory during testing described in Appendix C.

### SUMMARY OF OPINIONS

I assessed several of the issues raised by Gill and Trotta, as well as additional issues that I felt were important to assess based on my understanding of KPT's repair protocol. KPT's repair protocol in the Hernandez house calls for the removal of all Chinese drywall, *i.e.*, the complete

3

removal of the source of reduced sulfur gases that could cause tarnishing to copper wiring and other electrical components.  KPT's contractor and an electrician have also stated that receptacles and switches, as well as safety equipment, such as smoke and carbon monoxide detectors, will be replaced as a matter of course during the repair.  Given the proposed scope of repair, I am offering the following opinions to a reasonable degree of scientific and engineering certainty in my field:

- Cleaned wires can be reconnected to new receptacles and pass the UL temperature test for new receptacles.  Clipping wires and attaching clean, protected copper from under the insulation to new receptacles does not raise any fire or safety concerns.

- There is not a significant reduction of the cross-sectional area of wiring due to tarnishing. Because there is no loss of capacity to carry current, there is no risk of wire overheating and the wiring becoming physically weak and breaking. On ground wires there is no risk of inadequate grounding protection due to diminished cross-sectional area.

- There is no deterioration of connections that would diminish the effectiveness of grounding connections.

**TEMPERATURE TESTING**

Throughout this investigation, it was observed that any time insulation was removed from field wires, the copper beneath the insulation was bright and shiny. As such, it is clear that the wire insulation provides protection against tarnishing of the copper wire.

Contact and connection heating is limited through the receptacle testing requirements by UL listing test standard (UL 498). The "temperature test" passes current through the contacts at the rated amperage of the device. Temperature increases of less than 30 C are allowed during the temperature test of a listed device. These UL standards require the use of corrosion resistant materials in the device construction, but no specific corrosion test is included in the standard. The requirements appear in the specification section.

In this investigation, the temperature test has been used as a screening tool, although the focus has been on the reconnection of receptacles to wires.  If a field sample passes the temperature test, the unit is qualified for listing and is taken as safe for use. Of course, failure to pass the temperature test is not the same as causing a fire. It is of note that in all testing

4

performed in this work; all connections are left in their field condition. The tightness of screw terminal connections and pull strength of push-in connections for field samples are not known. Such determinations would disturb any tarnish layer and would be destructive. Based both on literature research and experience with field samples, the tarnish layer is friable and may be disturbed by minor mechanical forces. As such, the contribution of the installation methods on temperature test results is not known at this time. Similarly, device cases have not been breached so that switch and prong contacts have not been visually or analytically examined or characterized.

In order to evaluate the potential impact of these sulfide films on fire safety, testing of exemplar and field samples have been performed at Hughes Associates, Inc, under my direction. The testing included devices from Florida houses and the Hernandez house. This testing uses the "temperature test" protocol used by UL in the evaluation of receptacles. In tests of new from the factory devices, the rated current of the device is flowed through the device and temperature measurements on contact surfaces are made. Temperature increases at the rated load must be less than 30 C. The test assures that the construction of the device is such that damaging temperatures are not generated in the device. While the failure criterion was not designed for the evaluation of field samples, it is used in this work as a conservative indicator of the safety of the device. If the temperature rise in the field at the rated current is less than required by UL in new test samples, it is deemed that the device continues to perform in accordance with the UL requirement for new devices and the field sample is safe for use.

The temperature test is designed to assure that the resistance in connections in the device is sufficiently low that temperatures are limited. This assures that oxidation of the conducting materials is not subject to runaway oxidation and damage to adjacent insulating materials is prevented.

For reference, NM wire insulation materials are rated for use up to 90 C. Temperatures required to decompose materials to support arc tracking (like PVC and urea-formaldehyde) are in the range of 150-250 C (Okamoto, Watanabe, and Hagimoto 2003). Ignition temperatures are greater than these decomposition temperatures.

Testing was conducted with wire and device/wire assemblies exposed to 10 ppm hydrogen sulfide for up to seven days by RJ Lee. It was found that when corroded wires were appropriately tightened, the temperature rises measured in the "temperature test" were less than 30 C. Upon removal of the wire, it was clear that the act of connecting the wire had cleaned the surface. Similar tests were conducted with exposed ground wires from field samples. Again, for appropriately tightened wires, the temperature rises measured in the "temperature test" were less than 30 C. Cleaning of field corroded wires resulted in measured temperatures in the range of 12 to 24 C. Based upon this work, it is clear that existing ground wires could be connected safely to new receptacles. Appropriately tightening the connection is important, as it is in all installations.

Similarly, while temperature tests were not performed, clipping wires and attaching clean, protected copper from under the insulation to new receptacles would not raise any fire or safety concerns. As long s the wires are appropriately tightened to the connection, it would be the same as a new installation.

## REDUCTIONS IN WIRE CROSS-SECTION

The wire diameter for AWG 12 gauge and AWG 14 gauge are 2.05 mm and 1.63 mm, respectively. The manufacturing tolerance is 1 % (ASTM B3, 2001). A tarnish thickness of 20 microns yields a reduction in diameter comparable to the manufacturing tolerance. Expected field reductions in wire diameter resulting from nicking and elongation of wire due to pulling are greater than the effect of tarnishing. UL 719 allows 8% elongation under a pulling load of 300 pounds, which of course leads to a commensurate reduction in wire cross-sectional area.

Armstrong et al (1999) measured the cable temperature of 14/2 NM wire installed in an insulated wall, using the ground wire as the neutral to maximize the resulting temperature. At the rated ampacity of 15 A, the temperature recorded was only 40 C above ambient. This is far less than the 90 C rated temperature of the insulation in NM cable. Indeed, Armstrong et al (1999) saw no loss of insulation resistance until cable temperatures of 500 F are achieved. Of course, if the ground wire diameter is reduced by tarnishing, this will occur on the exposed section of the ground wire which can lose heat much more readily than within the NM cable assembly. As such, there is no mechanism whereby the ground wire or the adjacent insulation will be heated to above the

6

allowable temperature. Further, the ground wire will not normally carry load at all and when it does it is for short periods of time.

Measurements were made on tarnished field sample ground wires used as the neutral or return wire at the rated current (see Appendix C). Temperatures on the tarnished (uncleaned) ground wire were the same as temperatures measured on new exemplar wire. This finding further supports that tarnished ground wires can be safety used with new receptacles and switches.

**ANALYSIS OF PLAINTIFF'S REPORTS REGARDING WIRING**

Dr. Barnett incorrectly opines that the International Residential Code (IRC) requires the use of NMC cable in the subject homes. His code analysis assumes that the National Electric Code (NEC) in its entirety is adopted by the IRC. This is incorrect as it demonstrated in the Reference Standard section of the IRC.  Dr. Baarnett does correctly state that the applicable code in Louisiana is the CABO Residential Code. This code simply identifies that NM cable should not be used in wet environments. This cannot be rationally extrapolated to apply to the Chinese drywall situation in which wetness is not an issue. Neither the IRC nor the CABO codes reference NMC cable as an allowable wiring method.

More fundamentally, Dr. Barnett assumes without basis that the writers of the residential codes even contemplated the kind of situation we find in Chinese drywall homes. The current situation is unprecedented and the codes are not the only source that can be relied upon to understand the required remediation. The question of whether wiring needs to be replaced must be answered based upon scientific, functional testing. The issue is whether the wiring will function safety and effectively in a repaired house.

None of the plaintiff's experts perform any testing that relates to the question of the safety of the existing wiring in the Hernandez home. As they do with all electrical and safety equipment, they simply identify the presence of tarnish and assume that this will have a function effect. As the work described in this report shows, their assumption of a functional degradation in wiring is inconsistent with the scientific findings.

7

The use of the loose connection issue and the associated photographs of receptacles with loose connection not exposed to Chinese drywall are alarmist and irrelevant. Loose connections are a fire hazard in any home and fires can occur. Chinese drywall does not create loose connections. This results from poor installation practices. One can be assured that remediation and associated electrical work will be done carefully and professionally. Connections will be clean and tight, and as such there will be no loose connection hazards.

The six inch rule (CABO 3906.10.3) applies to new installations and is designed to provide adequate working lengths of wire within the box to allow for proper access to make proper connections. It also provides adequate excess length to allow repairs to be easily made after the initial installation. In an existing installation, the determination of the adequacy of the remaining lengths of cable is made by the electrician who is responsible for the quality of the connections.

## CONCLUSIONS

Based upon the testing and analysis presented in this report, existing NM cable used for branch circuit wiring can safely be used after remediation of the home and will not cause any electrical or fire safety problems or issues. New switches and receptacles can be installed using the existing wire loops after cleaning. Existing ground wires can be used after the remediation of the home and existing ground wire loops can be cleaned and connected to the new switches and receptacles. All new connections should be clean and tight and would be assured by the qualified electrician as expected in the Carubba report (2010).

## REFERENCES

Armstrong, R., Mason, J., Kumar, A., Hall, J. (1999), "Thermally Induced Failure of Low-Voltage Electrical Nonmetallic Sheathed Cable Insulation," *Fire Technology*, **35(3)**, pp 265-274.

ASTM B3 (2001), Standard Specification for Soft or Annealed Copper Wire.

Bourne, L., Yu, P., Zettl, A., Cohen, M. (1989), "High-pressure electrical conductivity measurements in the copper oxides," *Physical Review B*, **40(16)**, pp 10973-10976.

CABO (1995), One and Two Family Dwelling Code.

Gill and Trotta (2009), *Interim Report on the Status of the Analysis of Electrical Components Installed in Homes with Chinese Drywall*, U.S. Consumer Product Safety Commission.

Glass, Mowry, and Sorensen (2009), *Interim Report on the Analysis of Corrosion Products on Harvested Electrical Components*, Sandia National Laboratories Albuquerque, New Mexico 87185 and Livermore, California 94550.

Grozdanov, I., Najdoski, M. (1995), "Optical and Electrical Properties of Copper Sulfide Films of Variable Composition," *Journal of Solid State Chemistry*, **114**, pp 469-475.

ICC (2000, 2003), International Residential Code.

NFPA (1999,2002), National Electrical Code (NFPA 70).

Okamoto, K., Watanabe, N. , and Hagimoto, Y. (2003), Degradation of Organic Insulating Materials at Plug and Receptacle Connection, Fire and Materials 2003, Interscience Communications, London England.

Rice, D., Cappeli, R. , Kinsolving, W., Laskowski, J. (1980), "Indoor Corrosion of Metals," *J. Electrochem. Soc.: Solid State Science and Technology*, **127(4)**, pp 891-901.

Rice, D., Peteerson, P., Rigby, E., Phipps, P., Cappell, R., Tremoureux, R. (1981), "Atmospheric Corrosion of Copper and Silver," *J. Electrochem. Soc.: Solid State Science and Technology*, **128(2)**, pp 275-284.

Rickett, B. and Payer, J. (1995), "Composition of Copper Tarnish Products Formed in Moist Air with Trace Levels of Pollutant Gas: Hydrogen Sulfide and Sulfur Dioxide/Hydrogen Sulfide," *J. Electrochem. Soc.*, **142(11)**, pp 3723-3728.

Saltzman, L. (2009), Summary of Contractor's Indoor Air Quality Assessment of Houses Containing Chinese Drywall, Consumer Product Safety Commission.

UL 498 (2008), Standard for Attachment Plugs and Receptacles, Fourteenth Edition, Underwriters Laboratory, Chicago IL.

UL 719 (2006), *Standard for Safety for Nonmetallic-Sheathed Cables*, Twelfth Edition, Underwriters Laboratory, Chicago IL.

Compensation – Hughes Associates, Inc. charges $320/hour for Dr. Beyler services rendered in this matter plus direct expenses such as travel expenses. Travel is billed on a portal to portal basis.

APPENDIX A

## CRAIG L. BEYLER, Ph.D., Technical Director

### EDUCATION:

Ph.D. in Engineering Science, Harvard University, 1983
M.S. in Mechanical Engineering, Cornell University, 1980
M.Sc. in Fire Safety Engineering, University of Edinburgh, 1978
B.S. in Fire Protection Engineering, University of Maryland, 1976
B.S. in Civil Engineering, Cornell University, 1975

### PROFESSIONAL EXPERIENCE:

Technical Director, Hughes Associates, Inc., 1990–present.  Responsible for technical quality of fire protection design, research, and development projects and professional development of engineering staff.  Project manager for a variety of fire protection R&D/T&E programs.  Development and use of analytical methods in fire dynamics, fire chemistry, fire detection, fire suppression, smoke and heat venting.  Development of mathematical fire models and modeling techniques for specialized applications, including zone and field models.  Risk and hazard analysis for a wide range of specialized applications.

Principal, Fire Science Technologies, 1987–1990.  Development of compartment fire models including computer-based models and simple correlationally-based models for ships and buildings.  Preparation and presentation of a five-day short course for the HAZARD I hazard analysis package.  Litigation support for a range of fire situations.

Assistant Professor of Fire Protection Engineering and Mechanical Engineering, Worcester Polytechnic Institute, 1985–1987.  Taught graduate courses in Combustion, Fire Dynamics, and Fire Chemistry.  Advised MS thesis work for FPE graduate students. Research in fire dynamics including compartment fire growth, smoke movement, pool fire radiation as well as fault tree approaches to link fire growth predictions to performance based fire safety objectives.  Chaired a committee to totally restructure the graduate courses in the FPE degree programs and instituted an ongoing seminar program.

Visiting Scientist, Fire Research Station at Borehamwood, England, 1984–1985.  Conducted experimental and theoretical investigations of piloted ignition of solid fuels.  Prepared a review paper of the state-of-the-art of knowledge of plume and ceiling jet flows.

Postdoctoral Fellow, Harvard University, 1983–1984.  Conducted an extensive experimental program to study the effect of oxygen starvation effects on the generation of projects of combustion, especially carbon monoxide, in a compartment fire environment. Experimental and theoretical studies of hot layer ignition in compartment fires.

Research Associate, Department of Fire Protection Engineering, University of Maryland, 1976–1977.

Engineer (part-time), Center for Fire Research, National Bureau of Standards, 1975–1976.

Security Clearance:   DOD Top Secret
                      DOE "Q" (inactive)

## PROFESSIONAL STANDING:

Committees, Boards, and Panels:
*International Association for Fire Safety Science*
Chairman, International Association for Fire Safety Science, 2005–present
Vice Chair, International Association for Fire Safety Science, 2002–2005
Program Committee Chair, International Association for Fire Safety Science–8th International Symposium, 2003–2005
Program Committee, International Association for Fire Safety Science–7th International Symposium, 2001–2002
Awards Committee, International Association for Fire Safety Science–4th and 5th International Symposia

*Society of Fire Protection Engineers*
Member, SFPE Technical Steering Committee, 1998–present
Chair, SFPE Task Group on Engineering Practices: Radiation from Fires, 1996–present
Chair, SFPE Task Group on Engineering Practices, 1996–1998
Member, Research Committee, Society of Fire Protection Engineers, 1988–1995
Member, Engineering Education Committee, Society of Fire Protection Engineers, 1983–1995

*National Fire Protection Association*
Toxicity Technical Advisory Committee, National Fire Protection Association, 2002–present
Member, Guide for Fire and Explosive Investigations, NFPA 921, 1998–present
Task Group for NFPA 204:  Guide for Smoke and Heat Venting, 1996–present
Alternate Member, Smoke Management Systems, National Fire Protection Association, 1996–present
Task Group for NFPA 92B:  Guide for Smoke Management in Malls, Atria, and Large Spaces, 1992–present
Member, Contents and Furnishings Committee, National Fire Protection Association, 1992–present

Member, Subcommittee on Fire Detection Design Methods, 72 EM, National Fire Protection Association, 1983–1988

*Academic Advisory Boards*
Advisory Board, University of Maryland, Dept. of Fire Protection Engineering, 2003–present

Advisory Board, Worcerster Polytechnic Institute, Center for Firesafety Studies, 2000–2008

Industrial Advisory Board, Oklahoma State University, Fire Protection and Safety Engineering Technology Department, 1998–2006

*Government Evaluation Boards*

Panel Member, Board on Assessment of NIST Programs, National Research Council, 1999 to 2005

National Academy of Science, Committee to Identify Innovative Research Needs to Foster Improved Fire Safety in the US, 2001–2002

Society Memberships:

Member, National Fire Protection Association, 1987–present

Member, International Association for Fire Safety Science, 1985–present

Member, Society of Fire Protection Engineers, 1983–present

Member, Combustion Institute, 1980–present

Member, Salamander Honorary Fire Protection Engineering Society, 1977–present

Technical Journals and Books:

Founding Editor, *Journal of Fire Protection Engineering*, 1988–1992

Associate Editor, *Fire Technology*, 2009–present

Member, Editorial Advisory Board, *Fire Safety Journal*, 2004–present

Member, Editorial Advisory Board, *Journal of Fire Protection Engineering*, Society of Fire Protection Engineers, 1992–present

Member, Editorial Advisory Board, *Fire Technology*, 1984–present

Co-editor, *SFPE Handbook of Fire Protection Engineering*, 1st, 2nd, 3rd, and 4th editions, 1984–present

Reviewer, *Combustion and Flame*, *Fire Safety Journal*, *Journal of Fire Science*, *Fire and Materials*, *IAFSS International Symposia*, *Combustion Institute International Symposia*

Honors:

Rasbash Medal, Institution of Fire Engineers, 2009

Arthur B. Guise Medal, Society of Fire Protection Engineers, 2000

Harold E. Nelson Service Award, Society of Fire Protection Engineers, 2005

Fellow, Society of Fire Protection Engineers, 1999

Hat's Off Award, Society of Fire Protection Engineers, 1995

Jack Bono Engineering Communications Award, with Curt Ewing and Houser Carhart, 1995

Special Commendation Award, Society of Fire Protection Engineers, 1995

Special Commendation Award, Society of Fire Protection Engineers, 1993

President's Award, Society of Fire Protection Engineers, 1990

Director's Award, Society of Fire Protection Engineers, 1989

Patents:

Multi-signature Fire Detection, Roby, R.J., Gottuk, D., Beyler, C., Patent Number 5,691,703, November 25, 1997.

3/09

# SELECTED PUBLICATIONS LIST

## Craig L. Beyler, Ph.D.

Swann, J.H., Hartman, J.R. and Beyler, C.L., "Study of Radiant Smoldering Ignition of Plywood Subjected to Prolonged Heating Using the Cone Calorimeter, TGA, and DSC," *Fire Safety Science -- Proceedings of the 9th International Symposium*, International Association of Fire Safety Science, 2008, pp. 155–166.

Trelles, J., Beyler, C.L., Floyd, J.E., Scheffey, J.L., and Yee, K., "Fire and Smoke Spread Modeling to Support Damage Control Assessment and Decision Making in Shipboard Environments," *Proceedings of the American Safety of Naval Engineers Automation and Control Conference*, Biloxi, MS, December 11, 2007.

Beyler, C.L. and Gottuk, D.T., "Development of a Technical Basis for Carbon Monoxide Detector Siting," The Fire Protection Research Foundation, Quincy, MA, October 2007.

Beyler, C.L. and Gratkowski, M.T., "Low-Voltage (14VAC) Electrical Circuit Fire Initiation," *ISFI 2006 Proceedings*, International Symposium on Fire Investigation Science and Technology, 2006, pp. 15–23.

Beyler, C.L., Gratkowski, M.T., and Sikorski, J., "Radiant Smoldering Ignition of Virgin Plywood and Plywood Subjected to Prolonged Heating," *ISFI 2006 Proceedings*, International Symposium on Fire Investigation Science and Technology, 2006, pp. 3–14.

Beyler, C., "Self-heating properties of styrene-butadiene rubber," *Fire and Materials,* **30** (3), May/June 2006, pp. 215–222.

Beyler, C.L., Fay, T., Gratkowski, M., Campbell, B., and Hartman, J.R., "Ignition studies of cerium nitrate treated towels," *Fire and Materials*, **30** (3), May/June 2006, pp. 223–240.

Gratkowski, M.T., Dembsey N.A., and Beyler, C.L., "Radiant smoldering ignition of plywood*,"* *Fire Safety Journal*, **41**, May 2006, pp 427–443.

Beyler, C., "A brief history of the prediction of flame extinction based upon flame temperature," *Fire and Materials*, **29** (6), September 2005, pp. 425–427.

Beyler, C., "Toxicity Assessment of Products of Combustion of Flexible Polyurethane Foam*,"* *Fire Safety Science – Proceedings of the 8th International Symposium*, Gottuk, D. and Lattimer, B. (eds.), International Association of Fire Safety Science, Beijing, China, September 2005, pp. 1047–1058.

Lattimer, B. and Beyler, C., "Heat Release Rates of Fully-developed Fires in Railcars*," Fire Safety Science – Proceedings of the 8th International Symposium*, Gottuk, D. and Lattimer, B. (eds.), International Association of Fire Safety Science, Beijing, China, September 2005, pp. 1169–1180.

Beyler, C., "Relationship Between Structural Fire Protection Design and Other Elements of Fire Safety Design," *NET-SFPE Workshop for Development of a National R&D Roadmap for Structural Fire Safety Design and Retrofit of Structures: Proceedings*, Almand, K.H. and Phan, L.T. (eds.),
NISTIR 7133, National Institute for Standards and Technology, Gaithersburg MD, 2004, pp. 100–106.

Lattimer, B.Y., Hunt, S.P., Wright, M.T., and Beyler, C., "Corner Fire Growth in a Room with a Combustible Lining," *Fire Safety Science–Proceedings of the Seventh International Symposium – June 16-21, 2002*, Evans, D. (ed.), International Association for Fire Safety Science, 2003, pp. 419–430.

Beyler, C., White, D., Peatross, M., Trellis, J., Li, Sonny, Luers, A., and Hopkins, D., "Assessment of the Fire Exposure in the Airplane Impact Areas of the Two World Trade Center Towers," *Design Structures for Fire – Structural Forensic Conference held September 30 - October 1, 2003 at the Radisson Plaza Lord Baltimore*, Society of Fire Protection Engineers, Bethesda, MD, 2003, pp. 65–74.

Gottuk, D., Peatross, M., Roby, R., and Beyler, C., "Advanced Fire Detection Using Multi-Signature Alarm Algorithms," *Fire Safety Journal,* **37**, 2002, pp. 381–394.

Reneke, P., Peatross, M., Jones, W., Beyler, C., and Richards, R., "A Comparison of CFAST Predictions to USCG Real-Scale Fire Tests," *Journal of Fire Protection Engineering*, **11** (1), 2001, pp. 43–68.

Beyler, C.L., "Fire Safety Challenges in the 21st Century," *Journal of Fire Protection Engineering*, **11** (1), 2001, pp. 4–15.

Beyler, C.L., and Cooper, L.Y., "Interaction of Sprinklers with Smoke and Heat Vents," *Fire Technology*, **37** (1), 2001, pp. 9–35.

Forssell, E.W., Back, G.G., Beyler, C.L., DiNenno, P.J., Hansen, R., and Beene, D., "An Evaluation of the International Maritime Organization's Gaseous Agents Test Protocol," *Fire Technology*, **37** (1), 2001, pp. 37–67.

Back, G.G., Beyler, C.L., and Hansen, R., "The Capabilities and Limitations of Total Flooding Water Mist Fire Suppression Systems in Machinery Space Applications," *Fire Technology*, **36** (1), 2000, pp. 8–23.

White, D.A., Beyler, C.L., Williams, F.W., and Tatem, PA., "Modeling Missile Propellant Fires in Shipboard Compartments," *Fire Safety Journal*, **34**, 2000, pp. 321–341.

Back, G.G., Beyler, C.L., and Hansen, R., "Quasi-Steady-State Model for Predicting Fire Suppression in Spaces Protected by Water Mist Systems," *Fire Safety Journal*, **35** (4), November 2000, pp. 327–362.

White, D., Beyler, C.L., Fulper, C., and Leonard, J., "Flame Spread on Aviation Fuels," *Fire Safety Journal*, **28**, 1997, pp. 1–31.

Beyler, C.L., Hunt, S.P, and Iqbal, N., "A Computer Model of Upward Flame Spread on Vertical Surfaces," *Fire Safety Science–Proceedings of the Fifth International Symposium*, Y. Hasemi (ed.), International Association for Fire Safety Science, London, England, March 1997, pp. 297–308.

Peatross, M.J. and Beyler, C.L., "Ventilation Effects on Compartment Fire Characterization," *Fire Safety Science–Proceedings of the Fifth International Symposium*, Y. Hasemi (ed.), International Association for Fire Safety Science, London, England, March 1997, pp. 403–414.

Beyler, C.L., "Flammability Limits of Premixed and Diffusion Flames," *SFPE Handbook of Fire Protection Engineering*, Second Edition, NFPA, Quincy, MA, Chapter 2-9, 1995, pp. 2-147–2-159, (First Edition, 1988, Chapter 1-17, pp. 1-286–1-297.)

Beyler, C.L. and Hirschler, M.M., "Thermal Decomposition of Polymers," *SFPE Handbook of Fire Protection Engineering*, Second Edition, NFPA, Quincy, MA, Chapter 1-7, 1995, pp. 1-99 - 1-119, (First Edition, Beyler (sole author), Chapter 1-12, 1988, pp. 1-165–1-178.)

Gottuk, D.T., Roby, R.J., and Beyler, C.L., "The Role of Temperature on Carbon Monoxide Production in Compartment Fires," *Fire Safety Journal*, **24**, June 1995, pp. 315–331.

Back, G., Beyler, C., Tatem, P, and DiNenno, P, "Wall Incident Heat Flux Distributions Resulting from an Adjacent Fire," *Fire Safety Science–Proceedings of the Fourth International Symposium*, International Association of Fire Safety Science, Boston, MA, 1994, pp. 241–252.

Ewing, C.T., Beyler, C.L., and Carhart, H.W., "Extinguishment of Class B Flames by Thermal Mechanisms; Principles Underlying a Comprehensive Theory; Prediction of Flame Extinguishing Effectiveness," *Journal of Fire Protection Engineering*, **6** (1), 1994, pp. 23–54.

Peatross, M.J., and Beyler, C.L., "Thermal Environment Prediction in Steel-Bounded Preflashover Compartment Fires," *Fire Safety Science–Proceedings of the Fourth International Symposium*, International Association of Fire Safety Science, Boston, MA, 1994, pp. 205–216.

Gottuk, D.T., Roby, R.J., and Beyler, C.L., "A Study of Carbon Monoxide and Smoke Yields from Compartment Fires," *Twenty-Fourth Symposium (International) on Combustion*, The Combustion Institute, Pittsburgh, PA., 1993.

Beyler, C.L., "A Unified Model of Fire Suppression," *Journal of Fire Protection Engineering*, **4** (1), 1992, pp. 5-16.

DiNenno, P.J. and Beyler, C.L., "Fire Hazard Assessment of Composite Materials: The Use and Limitations of Current Hazard Analysis Methodology," *Fire Hazard and Fire Risk Assessment, ASTM STP 1150*, Marcelo H. Hirschler (ed.), American Society for Testing and Materials, Philadelphia, PA, 1992, pp. 87–99.

Gottuk, D.T., Roby, R.J., Peatross, M.J., and Beyler, C.L., "Carbon Monoxide Production in Compartment Fires," *Journal of Fire Protection Engineering*, **4** (4), 1992.

Beyler, C.L., "Analysis of Compartment Fires with Overhead Forced Ventilation," *Fire Safety Science–Proceedings from the Third International Symposium*, Elsevier Applied Science, NY, 1991, pp. 291–300.

Fitzgerald, R.W., Richards, R.C., and Beyler, C.L., "Firesafety Analysis of Polar Icebreaker Replacement Design," *Journal of Fire Protection Engineering*, **3** (4), 1991, pp. 137–150.

Skelly, M.J., Roby, R.J., and Beyler, C.L., "An Experimental Investigation of Glass Breakage in Compartment Fires," *Journal of Fire Protection Engineering*, **3** (1), 1991, pp. 25–34.

Deal, S. and Beyler, C.L., "Correlating Preflashover Room Fire Temperatures," *Journal of Fire Protection Engineering*, **2** (2), 1990, pp. 33–48.

Shanley, J., and Beyler, C.L., "Horizontal Vent Flow Modeling with Helium and Air," *Second International Symposium on Fire Safety Science*, Hemisphere Publishing Co., 1989, pp. 305–314.

Shokri, M. and Beyler, C.L., "Radiation from Large Pool Fires," *Journal of Fire Protection Engineering*, **1** (4), 1989, pp. 141–149.

Thomson, H.E., Drysdale, D.D., and Beyler, C.L., "An Experimental Evaluation of Critical Surface Temperature as a Criterion for Piloted Ignition of Solid Fuels," *Fire Safety Journal*, **13**, 1988, p. 185.

Beyler, C.L., "Fire Plumes and Ceiling Jets," *Fire Safety Journal*, **11**, 1986, p. 53.

Beyler, C.L., "Major Species Production by Diffusion Flames in a Two Layer Compartment Fire Environment," *Fire Safety Journal*, **10**, 1986, p. 47.

Beyler, C.L., "Major Species Production by Solid Fuels in a Two Layer Compartment Fire Environment," *First International Symposium on Fire Safety Science*, Hemisphere Publishing Co., 1986, p. 431.

Beyler, C.L., "A Design Method for Flaming Fire Detection," *Fire Technology*, **20** (4), 1984, p. 5.

Beyler, C.L., "Ignition and Burning of a Layer of Incomplete Combustion Products," *Combustion Science and Technology*, **39**, 1984, p. 287.

Beyler, C.L. and Gouldin, F.C., "Flame Structure in a Swirl Stabilized Combustor Inferred by Radiant Emission Measurements," *Eighteenth Symposium (International) on Combustion*, The Combustion Institute, Pittsburgh, PA, 1981, p. 1011.

Beyler, C.L., "An Evaluation of Sprinkler Discharge Calculation Methods, *Fire Technology*, **13** (3), 1977, p. 185.

04/09

**Dr. Craig L. Beyler**
**Technical Director**
**Hughes Associates, Inc.**
**3610 Commerce Drive, Suite 817**
**Baltimore, Maryland 21227-1652**
**(410) 737-8677**

**Depositions and Court Appearances as an Expert**
**During the Period 2006–2010**

1.  Case Name:  Eric Van Scoy v. Valero Oil Company et al.
    District:    Superior Court of the State of California, County of Solano
                 No. FCS024322
    Expert for:  Valero Oil Company
    Date:        Deposition in March 2006

2.  Case Name:  American Automobile Insurance v. Leon Meyers et al.
    District:    General Court of Justice Superior Court Division, Durham County, North
                 Carolina No. 05 CVS 2687
    Expert for:  American Automobile Insurance
    Date:        Deposition in March 2006

3.  Case Name:  Carmen Frontanez et al. v. Betsabeth Rivera et al.
    District:    Superior Court of New London
                 Docket No. KNL-CV-04-0568691-S
    Expert for:  Carmen Frontanez
    Date:        Deposition in May 2006, Trial in April 2007

4.  Case Name:  Bennett v. ASCO Services et al.
    District:    Circuit Court of Wood County, West Virginia
                 Case No. 00-C-133
    Expert for:  ASCO
    Date:        Deposition in August 2006

5.  Case Name:  Latex Foam International v. Richard Goldman and Co. et al.
    District:    Superior Court State of Connecticut
                 Docket No. HDD X03-CV-03-4022300-S
    Expert for:  Latex Foam International
    Date:        Deposition in September 2006

6.  Case Name:  Allstate Insurance, Co. v. Gran & Power Landscaping and Kichler
                Lighting
    District:   Circuit Court of Lake County, Illinois
                Docket No. 04 L 0341
    Expert for: Allstate Insurance Co.
    Date:       Deposition in October 2006, Trial in November 2006

7.  Case Name:  Edward Romig. v. Town of Greenwich, CT
    District:   Superior Court
                Docket No. X05-CV-03-0193328-S
    Expert for: Town of Greenwich, CT
    Date:       Deposition in September 2007

8.  Case Name:  Southwest Tire v. Socorro Electric Cooperative, Tri-State Generation
    District:   Seventh Judicial District Court County of Socorro NM
                No. D 0725-CV-2001 67
    Expert for: Tri-State Generation
    Date:       Deposition in October 2007

9.  Case Name:  Gary Gutow v. Andrews Contractor, Century Tile, Dwayne VanTassel
    District:   Chancery Court of Davidson County Tennessee
                No. 05-969-II
    Expert for: Dwayne VanTassel
    Date:       Deposition in August 2008

10. Case Name:  Renee Green v. Blitz USA
    District:   US District Court for the Eastern District of Texas Marshall Division
                Civil Action No. 2:07-CV-372
    Expert for: Blitz USA
    Date:       Trial Appearance in October 2008

11. Case Name:  American Fire and Casualty Co. as subrogee of Atlantic Mills v. Materials
                Handling Supply
    District:   US District Court for the District of New Jersey
                Civil Action No. 06-01545 (JBS)
    Expert for: Atlantic Mills
    Date:       Deposition in December 2008

12. Case Name:  Firetrace USA, LLC v. Hazard Protection Systems, Inc.
    District:   US District Court for the District of Arizona
                Civil Action No. CV 07-2001-PHX-ROS
    Expert for: Firetrace
    Date:       Deposition in June 2009

| 13. | Case Name: | Rev. Dwayne Funches v. City of Chicago |
|---|---|---|
| | District: | Circuit Court of Cook County Illinois, County Dept., Chancery Div. No. 04 CH 16049 |
| | Expert for: | Rev. Funches |
| | Date: | Deposition in September 2009 |

| 14. | Case Name: | Fryer v Blitz |
|---|---|---|
| | District: | United States District Court for the District of South Carolina (Florence Division) |
| | Expert for: | Blitz |
| | Date: | Deposition in December 2009 |

1/2010

## Appendix B

## CASE DOCUMENTS REVIEWED/CONSIDERED

Report of Rutila and Nelson
Report of Galler
Report of Barnett
Report of Acks
Report of Bailey
Report of Krantz
Report of Mallet
Report of Maloney
Report of Rigamer
Report of Skully
Report of Streit
Report of Tuthill
Report of Perricone and Lee
Roy Carruba, Carruba Engineering, Letter Report and Repair Protocol for Hernandez Home, dated March 2, 2010.Report of Canzaneri

# Appendix C
# Temperature Test Experiments

## INTRODUCTION

Wire gauge typically determines the rated circuit current. For copper building wire, 14 AWG wire is typically used for 15 A circuits and 12 AWG wire is used for 20 A circuits. This use is derived from the requirements for overcurrent protection in the National Electric Code.

The corrosion of copper wires typically involves very thin layers on the wire surface. The focus of this study is to determine whether this corrosion could impact the fire safety of installations using copper wires sustaining corrosion from hydrogen sulfide emitted by KPT board.

## TEST PROCEDURE

Underwriters' Laboratories (UL) prescribes a series of tests to certify the operational safety of receptacles (UL 498 (2008)). The described "temperature tests" generally require the devices to operate at the rated current without undergoing a temperature increase greater than 30 degrees Celsius.

Tests have been conducted on field samples collected from houses in the states of Florida and Louisiana. Outlet boxes and face plates were also gathered. Sample collection followed a protocol designed to minimize disturbance of the samples, especially of their electrical terminals. Field samples consisted of receptacles from two different manufacturers: Leviton Manufacturing and Cooper Wiring Devices. Exemplar receptacles from these manufacturers were also tested.

## APPROACH

The approach of this study is measure the performance of electrical installations by measuring temperature increases across the external electrical contacts of receptacles while they are placed under electrical load. For this study, the testing guidelines for the "temperature tests" listed in the UL specifications were generally followed.

Receptacles from two different manufacturers have been studied. The model information, terminal types, and section numbers of the applicable UL temperature tests are given in Table 1. Exemplar samples for all models were procured from various hardware stores.

Table 1: Receptacle information by manufacturer

| Manufacturer | Leviton | Cooper |
|---|---|---|
| Style | Flush duplex receptacle, NEMA 5-15 | |
| Available terminals | Set screw, push-in | |
| Applicable UL "temperature test" | UL 498 §107 (set-screw), §130 (push-in) | |
| Model number | 5320 | 270-9X |

The UL temperature test conditions and requirements were applied to evaluate new connections made to wire-binding screw terminals on receptacles. Field samples were obtained by following a protocol designed to preserve the integrity of the connections during testing and maintain the identities of the samples and their origin locations. Though not required by for the planned series of temperature tests, the outlet boxes and face plates were also gathered for completeness.

## TEST SETUP

Receptacles were wired and tested in general accordance with UL "temperature tests" in standard UL 498 (plugs, receptacles, etc.). The typical arrangement had six receptacles, wired in series with 14 AWG copper building wire, loaded by a loading circuit composed of up to 18 tungsten-filament light bulbs ranging in power from 25 W to 300 W. The hot and neutral sides of receptacles are connected with a NEMA 5-15 attachment plug with a soldered shunt (12 AWG copper) between the two conductor prongs. For exemplar samples, the conductors were attached directly from one sample to the next sample in series. Field samples were attempted to be collected along with a specified length of conductor. The schematics in Figure 1 show the arrangements for receptacle testing.

Fine wire (30 gauge) type K thermocouples were connected to a data acquisition system to monitor the temperatures of wire terminals and electrical outlets when running at rated currents, typically 15 or 20 A. The thermocouples were bonded to and electrically insulated from the measurement points with 2.5 mil high dielectric strength adhesive Kapton tape. Each thermocouple wire was tacked to the body of the receptacle near their measurement points with either hot glue or a high-temperature epoxy. Figure 2 shows pictures of these thermocouples in position on a receptacle.



Figure 1. Schematic of test assembly



**Figure 2.  Thermocouple fittings on receptacle**

Thermocouple channels were monitored and recorded using National Instruments Labview v7.1 software and National Instruments computer interface card (DAQCard-6036E and 16-bit, 200kS/s PCMCIA converter) with a National Instruments SCXI-1000 chassis and SCXI-1102/1303 32-channel thermocouple module/terminal block. Alternately, some temperature profiles were monitored with an Omega HH23 Microprocessor Thermometer and noted in a lab notebook. Voltage drops and resistances were monitored with a Fluke 83 III handheld digital multimeter. Circuit currents were measured with an Amprobe ACDC-600A clamp-on ammeter.

The test circuitry was powered by an in-house, single-phase 120 VAC, 60 Hz line. The test assembly was connected to the house line by splicing the test circuit onto an extension cord plugged into a wall receptacle.

The loading circuit consists of up to 18 tungsten-filament bulbs and four switches control the flow of electricity going to four columns, each with up to 5 light sockets connected in parallel; Figure 3 shows the arrangement of sockets and switches. Three sizes of light bulbs were used: 25 W, 100 W, and 300 W. The most load that any individual switch (column of lights) can carry is 1500 W (300 W X 5), or 12.5 A (1500 W / 120 V), which is below the 15 A rating of the switches. The current is controllable to a precision of 0.2 A by adjusting the number of light bulbs in operation. An ammeter was used to measure the system current on an exposed length of insulated neutral wire carrying the entire current of the system, as shown in Figure 3.



Figure 3.  Loading circuit exterior.

Thermocouple monitoring the set-screw terminal temperatures were placed in the gap between the terminal plate and the set-screw and as close to the screw as possible.  The thermocouple is tacked into place with a bead of either hot glue or high-temperature epoxy, securing the wire to the plastic body of the receptacle.  In conditions where the screw was tightly bound on the wire, the Kapton tape covered thermocouple bead fit snugly into the gap.  When the screw was loosened, the gap became larger and the thermocouple fit somewhat less snugly. A temperature test to evaluate the accuracy of the thermocouple setup for set-screw terminals was conducted.  In addition to the thermocouple, the screw/terminal temperature was also measured with a tripod-mounted infrared thermometer (Omega OS530LE-CF).  As shown in Figure 4, an exemplar toggle switch with a black-painted terminal was used for this test series. The test showed that for tight connections where the temperature above ambient was about 20 °C, thermocouple measurements were in agreement with the infrared thermometer readings. Furthermore, the thermocouple continued to be accurate within the stated accuracy of the infrared thermometer (2 °C) when the terminal screw was loosened by one-half turn and temperatures increases were about 25 °C.  This scenario is expected to be worse than any encountered in the field, so this method of measurement is expected to be sufficiently accurate for this test series. Further exploration showed that when the screw was loosened by a full turn, thermocouple measurements started deviating considerably from the pyrometer measurements.  Under this condition, the deficit of the thermocouple measurements ranged from 2.5 °C at dT = 25 °C up to 15 °C at dT = 85 °C (as measured by pyrometer).



**Figure 4.** Test setup to evaluate accuracy of set-screw thermocouple measurements.

## TEST PROCEDURE

All electrical components are wired together and thermocouples are placed at their measurement locations. When everything is prepared with load switches in the off position, the loading circuit is plugged into the load receptacle. Then the entire test assembly is plugged into an electrical outlet. At this point, the system is electrified.

The data acquisition is activated and 2 minutes of background data are recorded. After this period, the switches on the loading circuit are closed to load the circuit with the desired current, which is confirmed with an ammeter reading. Heat starts to build in the connections and temperature rises are seen in the display of the LabVIEW program in real-time. During the test period, voltage readings may be taken and recorded by the Test Engineer. These measurements may include the total system voltage and the voltage drop across particular components in the test assembly. The test is concluded when temperature measurements reach a steady-state, or when the temperature is stable over 3 measurements taken at 5 minute intervals.

After the test is concluded, the circuit is unloaded by opening the switches of the loading circuit. The entire test assembly is unplugged from the wall, discharging the circuit. The circuit is allowed to cool for at least 10 minutes before additional testing.

C-5

Corroded Wire Testing

This test series studied the susceptibility of electrical assemblies to form glowing connection under an environment presenting with hydrogen sulfide. It was later applied to study the feasibility of making new connections to wire-binding screw terminals with copper wires corroded with copper sulfides.

Several 14 AWG copper THHN-insulated building wires were sent to RJ Lee Group (RJLG) laboratory for exposure to concentrations of hydrogen sulfide for 1, 3 or 7 day periods. The wire segments were cut to lengths in compliance with UL temperature testing requirements. At each end, these wires were stripped of insulation and looped. The loop was shaped before corroding the wires in order to minimize material strain during installation which can damage the copper sulfide layer. Three separate batches of corroded wires were created by exposing each of them to an $H_2S$ environment in a reactor for the following periods and concentrations:

- 1 day exposure – 10.3 ppm
- 3 day exposure – 10.3 ppm
- 7 day exposure – 10.5 ppm (first 90 hours), 10.1 ppm (last 78 hours)

After exposure, the wires were returned to HAI for testing on receptacles using wire-binding screw connections. The varying exposure times affected the physical properties of the resulting corrosion layer. The 1 and 3 day exposure wires had a similar black, semi-lustrous tarnish on the copper that was very thin and soft. By contrast, the 7 day exposure wires had a thicker layer that was peeling away from the copper core; this corrosion was very friable.

Tests were conducted on the 1, 3 and 7 day exposure wires tightened at 9 in-lbs. Exemplar connections with clean 14 AWG wires at 9 in-lbs were also evaluated. The tests were run at 15 A.

The following table of results shows no discernible difference between corroded and clean wires when placed in new connections with proper screw torque.

Table 2:  Corroded wire test results

| Exposure time | Receptacle # | ΔT (°C) |
|---|---|---|
| None (clean) | R9-1 hot | 14.2 |
| None (clean) | R9-1 neutral | 14.6 |
| None (clean) | R9-2 hot | 14.3 |
| None (clean) | R9-2 neutral | 14.2 |
| None (clean) | R9-3 hot | 15.8 |
| None (clean) | R9-3 neutral | 14.2 |
| | **Clean Average** | **14.6** |
| | | |
| 7 day | 71-hot | 12.8 |
| 7 day | 71-neutral | 14.2 |
| | **7 day Average** | **13.5** |
| | | |
| 3 day | 31-hot | 11.2 |
| 3 day | 31-neutral | 12.9 |
| 3 day | 32-hot | 11.9 |
| 3 day | 32-neutral | 12.4 |
| 3 day | 33-hot | 12.9 |
| 3 day | 33-neutral | 10.7 |
| | **3 day Average** | **12.0** |
| | | |
| 1 day | 11-hot | 15.1 |
| 1 day | 11-neutral | 13.7 |
| 1 day | 12-hot | 16.5 |
| 1 day | 12-neutral | 13.4 |
| 1 day | 13-hot | 16.3 |
| 1 day | 13-neutral | 13.5 |
| | **1 day Average** | **14.8** |

C-7

**GROUND WIRE TESTS**

Building wire installations in houses with Chinese drywall are generally NM-B cable, usually carrying two insulated copper conductors and a ground wire. These wires are usually 14 or 12 AWG, with smaller gauge numbers being a larger wire diameter capable of carrying greater currents. When switches, receptacles, or other electrical fixtures are installed, these three wires are typically removed from their jackets and connected to their respective device terminals. For the insulated conductors, a small amount of insulation is stripped off in order to facilitate a copper-on-metal connection. In houses with Chinese drywall, exposed copper wires have undergone some amount of corrosion, creating thin layers of copper sulfides.

To evaluate whether proper screw tightening could eliminate issues related to surface corrosion on conductors, a test series was conducted using wires connected to sample receptacles collected from the Hernandez house and from Florida. The only bare, corroded wires were from the exposed ground wires attached to the receptacles. To avoid removing the wire from the field sample, current was run into the ground terminal with a hot-to-ground shunted plug, as opposed to hot-to-neutral shunted plugs used in normal temperature testing. The ground wire was then connected to a new receptacle screw-binding terminal using 9 or 14 in-lbs screw torque for 14 or 12 AWG wires, respectively. The screw torque on the field sample ground terminal was evaluated qualitatively as either "tight" or "loose", where "loose" means that the wire has freedom of movement respective to the receptacle. Thermocouples were installed at the two terminals of the ground wire: one at the field sample end and one at the new receptacle end. The temperature at the new connection is the value of interest in evaluating the performance of connections to new switches or receptacles. However, due to short bare wire lengths of available from field samples, the connection at the sample end was able to affect the result at the new connection end, so it was also monitored. Although receptacles are typically rated for a plug current of 15 A, the receptacles are able to handle 20 A through currents. Consequently, the test current was chosen based upon the wire gauge connected to the sample. A total of six samples were tested: three with 12 AWG wires and three with 14 AWG wires. After the test of the initial connection was completed, the conductor was removed, cleaned with a Heavy Duty Scotch Brite pad and reconnected to the same terminal with the same torque, and a second test was commenced.

The test results are given in the following table. The table pairs each new receptacle with the field sample receptacle with the originating ground wire. The temperatures recorded on the new receptacles are representative of new installations and are written in bold. The temperatures of the connections on the field sample ends are also included in order to gauge the effect of heat dissipation from the neighboring terminals on the exemplar readings. A following figure illustrates the wire corrosion before connection, after screw tightening, and after cleaning with a dry, abrasive pad.

Table 3: Results from ground wire testing

| Sample ID | Wire | Current | Terminal (torque) | $\Delta T_{max}$ | $\Delta T_{max}$ after cleaning | $\Delta$ |
|---|---|---|---|---|---|---|
| **Outlet 1** | 12 AWG | 20 A | Ground (tight) | 26.0 | 23.9 | 2.1 |
| **New Receptacle** | | | Hot (14 in-lbs) | **24.3** | **21.5** | **2.9** |
| | | | | | | |
| **Outlet 3** | 12 AWG | 20 A | Ground (tight) | 23.3 | 25.3 | -2.0 |
| **New Receptacle** | | | Neutral (14 in-lbs) | **23.2** | **23.9** | **-0.7** |
| | | | | | | |
| **Receptacle E** | 12 AWG | 20 A | Ground (tight) | 29.2 | 28.7 | 0.5 |
| **New Receptacle** | | | Ground (14 in-lbs) | **22.9** | **22.6** | **0.3** |
| | | | | | | |
| **Outlet 43** | 14 AWG | 15 A | Ground (tight) | 12.6 | 12.4 | 0.2 |
| **New Receptacle** | | | Hot (9 in-lbs) | **14.0** | **13.4** | **0.6** |
| | | | | | | |
| **Receptacle A** | 14 AWG | 15 A | Ground (loose) | 31.0 | 67.1 | -36.1 |
| **New Receptacle** | | | Neutral (9 in-lbs) | **17.0** | **16.1** | **1.0** |
| | | | | | | |
| **Outlet 63** | 14 AWG | 15 A | Ground (tight) | 15.2 | 13.0 | 2.2 |
| **New Receptacle** | | | Ground (9 in-lbs) | **14.9** | **11.6** | **3.3** |
| | | | | **New Connections:** | | |
| | | | | Average | | 1.2 |
| | | | | Max | | 3.3 |
| | | | | Min | | -0.7 |

a)                                                              b)



c)

**Figure 5:** Bare ground wire from Outlet 43 (a) before installation, (b) after installation on new receptacle at 9 in-lbs screw torque, and (c) after scouring with abrasive pad

      The results show a very small difference (averaging about 1 °C) between the tests before and after cleaning with a scouring pad.  This result and the image in Figure 5b, which shows the arced area "cleaned" by the abrasion of the screw, shows that tightening the conductor with the wire-binding screw terminals to the UL-specified torques (9 in-lb for 14 AWG and 14 in-lb for 12 AWG) is sufficient to form a good electrical connection on a new installation utilizing a similar terminal connector.

**TEMPERATURE TESTING ON BARE AND INSULATED WIRES AND JACKETED CABLES**

Under current loads, an electrical conductor will dissipate heat due to resistive heating. The temperature on the exterior or interior of a current carrying wire depends on the amount of current carried by the conductor, the material and size of the conductor, the number and proximity of other conductors, and the thickness and thermal characteristics of wire insulation, if present. In order to get a baseline for the expected wire temperatures in normal conditions, a series of tests were conducted to evaluate the temperatures expected in different arrangements of wires under normal loads in naturally cooled environments. These tests were often run concurrently with temperature tests. Bare wires, insulated single conductor wires, and current carrying NM-B cables were tested under expected loads in typical residential installations. Fine-wire (30 gauge), type K, thermocouples were placed on the surfaces of bare and insulated single conductors, and inside the jacket on NM-B cables in between the two conductors. The sample conductors used in this test were taken from switch and receptacle assemblies collected from a Florida house with KPT drywall. Test circuit currents were run at 15 and 20 A, in general accordance with the wire gauges being measured. The results, shown in the following tables, show that there is not a significant difference between the exemplar wires and cables and the sample wires and cables. While there is some variation between the types of samples being measured, the temperatures do not pose any risk of fire or damage to wire insulation, nor does there seem to be any deleterious effect on the corroded wires' ability to carry the electrical currents they would be expected to handle in typical residential applications.

C-11

Table 4:  Results from wire temperature testing on bare wires

| Wire type (AWG) | Sample type | Wire condition | Current | ΔT (°C) |
|---|---|---|---|---|
| 14 AWG bare copper | New | Clean (test 1) | 15 A | 14.0 |
| 14 AWG bare copper | New | Clean (test 2) | 15.0 A | 15.0 |
| 14 AWG bare copper | Sample from Receptacle A | Corroded | 15.0 A | 13.7 |
| 14 AWG bare copper | Sample from Receptacle C | Corroded | 15.0 A | 18.5 |
| 14 AWG bare copper | Sample from Switch E | Corroded | 15.0 A | 15.1 |
| 14 AWG bare copper | Sample from Switch F | Corroded | 15.0 A | 12.6 |
| 14 AWG bare copper | Sample from Receptacle C | Protected by NM-B jacket | 15.0 A | 14.4 |
| 12 AWG bare copper | New | Clean | 20.1 A | 17.6 |
| 12 AWG bare copper | Sample from Receptacle E | Corroded | 20.1 A | 16.6 |
| 12 AWG bare copper | Sample from Receptacle F | Corroded | 20.1 A | 10.1 |
| 12 AWG bare copper | Sample from Receptacle E | Protected by NM-B jacket | 20.1 A | 16.7 |

Table 5:  Results from wire temperature testing on insulated wires

| Wire type (AWG) | Sample type | Wire condition | Current | ΔT (°C) |
|---|---|---|---|---|
| 14 AWG insulated copper | New | Clean, THHN-insulated | 15.0 A | 9.1 |
| 14 AWG insulated copper | New | Clean, from NM-B cable | 15.0 A | 12.3 |
| 14 AWG insulated copper | Sample from Receptacle C | Insulation exposed | 15.0 A | 13.8 |
| 14 AWG insulated copper | Sample from Receptacle C | Insulation protected by NM-B jacket | 15.0 A | 9.9 |
| 12 AWG insulated copper | New | Clean, from NM-B cable | 15.0 A | 6.9 |
| 12 AWG insulated copper | New | Clean, from NM-B cable | 20.1 A | 11.3 |
| 12 AWG insulated copper | Sample from Receptacle E | Insulation exposed | 20.1 A | 12.1 |

| 12 AWG insulated copper | Sample from Receptacle E | Insulation protected by NM-B jacket | 20.1 A | 17.0 |

Table 6:  Results from wire temperature testing on NM cable

| Wire type (AWG) | Sample type | Current flow | Current | ΔT (°C) |
|---|---|---|---|---|
| 14/2 AWG NM-B cable | New | Current hot-to-neutral | 15.0 A | 14.3 |
| 14/2 AWG NM-B cable | New | Current hot-to-ground | 15.0 A | 15.0 |
| 14/2 AWG NM-B cable | Sample from Receptacle C | Current hot-to-neutral | 15.0 A | 15.3 |
| 14/2 AWG NM-B cable | Sample from Receptacle C | Current hot-to-ground | 15.0 A | 16.0 |
| 12/2 AWG NM-B cable | New | Current hot-to-neutral | 20.1 A | 15.3 |
| 12/2 AWG NM-B cable | New | Current hot-to-ground | 20.1 A | 17.1 |
| 12/2 AWG NM-B cable | Sample from Receptacle E | Current hot-to-neutral | 20.1 A | 15.5 |

**REFERENCES**

UL 498 (2008), *Standard for Attachment Plugs and Receptacles*, Fourteenth Edition, Underwriters Laboratory, Chicago IL.