Examples of Hernandez Home Components with Actual Corrosion Thickness Exceeding the Battelle Three Year Threshold Predicting Component Failure

| Description | Actual Corrosion Thickness After 3 Years (μm) | Multiples Over failure Threshold |
|---|---|---|
| TCH-11 ground wire from switch | 37.7 | 125 – 218 |
| TCH-12 ground wire from receptacle | 19.3 | 64 – 111 |
| TCH-13 uninsulated wire | 30.9 | 103 – 178 |
| TCH-24 uninsulated wire | 17.6 | 58 – 101 |
| TCH-36 black conductor wire | 108 | 360 – 624 |
|  | 83.8 | 279 – 484 |
| TCH-41 braided wire from alarm panel in laundry room | 18.9 | 63 – 109 |
| TCH-43 ground wire | 30.2 | 100 – 174 |
| TCH-43 insulated low voltage wire – Under Insulation | 5.9 | 16 – 34 |
| TCH-43 insulated low voltage wire – Bare wire | 14.6 | 48 – 84 |
| MCM-01A ground wire from switch - Control | 0 | 0 |

\* Three year thickness threshold for failure >0.3 μm (linear growth law) when >0.1 μm after first year
Three year thickness threshold for failure >0.173 μm (Parabolic growth law) when >0.1 μm after first year



EXHIBIT 2

Hernandez 591-0001

CDW-0260-0001