**Sanders, Douglas B**

| | |
|---|---|
| **From:** | Penny Herman [pennylh14@yahoo.com] |
| **Sent:** | Saturday, March 13, 2010 3:42 PM |
| **To:** | Sanders, Douglas B |
| **Cc:** | Steve Herman; Michael Ecuyer |
| **Subject:** | CDW - Krantz |
| **Attachments:** | attachments_2010_03_13.zip; 27065_Scotch-brite Cleaning #2.pdf; Thickness-v-criteriaTable.doc; 26584_Visual Aide_Phone Wire.pdf |

   

attachments_2010_03_13.zip (1 ...   27065_Scotch-brite Cleaning #2...   Thickness-v-criteria Table.doc ...   26584_Visual Aide_Phone Wire.p..

Mr. Sanders,

Please find attached, new documents we just received from Krantz. We are producing them without trial exhibits numbers so you can at least begin looking at them and as soon as we have the branded copies we will forward those.

Thanks
Penny
 Penny Herman Grisamore


Paralegal/Administrator
Chinese Drywall MDL Depository
AAJ Chinese Drywall Litigation Group
Propulsid and Vioxx Depository


1008 Napa Way
Niceville, FL 32578
Phone: (850)-897-6024
Cell: (850)-420-5307

1

