**Corrosion Testing Laboratories, Inc.**

# Chinese-Manufactured Drywall Products Liability Litigation
## United States District Court, Eastern District of Louisiana
### MDL Docket: 2047

## Assessment of Copper Materials
## From Hernandez Residence Containing Chinese Drywall Products

#### Prepared For:

### The Plaintiffs' Steering Committee

By:

Bradley D. Krantz
Director of Laboratory Services

John D. Ely
Principal Metallurgist

**12 February 2010**

**This is Privileged and Confidential -- Attorney Work Product**

CTL REF #27065

60 Blue Hen Drive, Newark, DE 19713  USA
(302) 454-8200 • fax (302) 454-8204 • e-mail ctl@corrosionlab.com
*a Subsidiary of* **Corrosion Probe, Inc.**
12 INDUSTRIAL PARK ROAD • P.O. BOX 178 • CENTERBROOK, CT 06409-0178
PHONE: (860) 767-4402 • FAX: (860) 767-4407 www.cpiengineering.com

**EXHIBIT 3**

P4.0003-0001

## TABLE OF CONTENTS

|  | Page |
|---|---|
| Executive Summary | 1 |
| Procedure | 1 |
| Results | 1 |
| Table 1 Summary of Measurements | 2 |
| Opinion | 2 |
| Photo-documentation | 5 |
| List of Documents Cited | 13 |

Appendix A
As-received Samples from Hernandez Home

Appendix B
SEM Micrographs and EDS Spectrum of Samples from Hernandez Home

i

P4.0003-0002

## EXECUTIVE SUMMARY

CTL received seven samples from the Hernandez home, eight cross-sections were prepared to obtain tarnish thickness and pit depth measurements. Tarnish thickness varied from indiscernible to >100 microns thick on the wire samples. Pit depths were measured up to 38 microns deep. Energy Dispersive Spectroscopy, EDS, revealed the tarnishes' elemental composition to be copper, sulfur, and oxygen; evidence of sulfide corroding copper. Results of this investigation agree with the results obtained in the previous investigation of Virginia homes constructed with Chinese manufactured drywall products.[1]

## PROCEDURE

Samples representative of the black tarnish were selected for metallographic analysis to measure the thickness of the tarnish layer and any pits underneath this layer. Each sample was embedded in epoxy using the vacuum impregnation technique to preserve the tarnish. The cured mounts were polished for examination following the guidelines of ASTM E-3, Standard guide for Preparation of Metallographic Specimens. Pit depth measurements were made following the guidelines of ASTM G46, Standard Guide for Examination and Evaluation of Pitting Corrosion, Metallographic Examination.

Each specimen was examined optically via a Zeiss Axiovert 200 MAT inverted microscope with a magnification range of 25X to 800X. Digital images were captured using a Zeiss Axiocam MRCS High Resolution (5 Mpixel) digital camera. Tarnish thickness and pit depth measurements were made within the imaging software package, Axiovision AC Release 4.5. The microscope and associated camera software was last calibrated on September 26, 2007 and is due for recalibration in September 2010. Calibration was last verified on January 9, 2010.

## RESULTS

During removal of the samples for analysis, the thick black tarnish layer on several samples fell off in places due to its inherent friability. This explains why certain samples, where shallow pitting was observed, had no discernable amount of tarnish present in the cross-section

The tarnish film was observed to be non-uniform and porous. Most samples had a thin continuous film that was populated with relatively large outgrowths. Some investigators have described this as a cauliflower structure.

Digital images were captured showing where the tarnish thickness and pit depth measurements were made. These images are presented on pages 6 through 13. A summary of the data is presented in Table 1.

P4.0003-0003

Chinese-Manufactured Drywall Products Liability Litigation MDL Docket: 2047    CTL REF #27065

### TABLE 1
Summary of Tarnish Thickness and Pit Depth Measurements

| CTL Sample # | Description | Tarnish Thickness[1] (μm) | Pit Depth[1] (μm) | Page |
|---|---|---|---|---|
| 27065-1-1 | TCH-11 ground wire from switch | 37.7 | 22.5 | 5 |
| 27065-1-2 | TCH-12 ground wire from receptacle | 19.3 | 22.5 | 6 |
| 27065-1-3 | TCH-13 uninsulated wire | 30.9 | 20.7 | 7 |
| 27065-1-4 | TCH-24 uninsulated wire | 17.6 | 12.7 | 8 |
| 27065-1-5-1 | TCH-36 Black conductor wire | 108 | 18.9 | 9 |
| 27065-1-6 | TCH-41 Braided wire from alarm panel in laundry room | 18.9 | 25.2 | 10 |
| 27065-1-7-5 | TCH-43 ground wire | 30.2 | 38.1 | 11 |
| 27065-1-7-1 | TCH-43 insulated low voltage wire – Under Insulation | 5.9 | 5.1 | 12 |
| | TCH-43 insulated low voltage wire – Bare wire | 14.6 | 13.3 | |

1. Only maximum thickness or depth is reported.

Photo-documentation of the samples CTL received is presented in Appendix A. Appendix B contains scanning electron photomicrographs of tarnish on samples and EDS spectrum for each.

### OPINION

The electrical, communications (phone, alarm, and control systems), plumbing, and HVAC systems are critical to maintaining a safe environment within a home. Each of these systems contains critical components made of copper. Should the copper components fail to perform their function then these systems become unreliable and home safety is compromised.

Sulfide corrosion (sulfidation) of copper that forms under atmospheric conditions will degrade its electrical and mechanical surface properties as well as its appearance[2]. Initially, upon exposure to humid air, a protective copper oxide film forms on the surface of copper. Shortly after exposure to trace amounts of sulfide gas, a copper sulfide film starts to form on top of the copper oxide film. Copper sulfide tarnish initiates at deficiencies in the oxide film. Over time, these individual islands of tarnish grow to form a contiguous film. The growth of this film may occur rapidly depending on the gas concentration, temperature, humidity, and other factors. Once this film has covered the exposed surface, the growth (corrosion) rate slows and becomes diffusion limited. The rate of reaction (corrosion) then becomes dependent on the structure of the formed film as well as the gas concentration, humidity and other factors. The thickness of the sulfide film will continue to grow at a parabolic rate. Copper sulfide films are reported to be porous and unstable. Once the sulfide film reaches a critical thickness, internal stresses will create fissures in the film allowing the humid sulfide gas direct access to the underlying copper thus accelerating the corrosion rate[3,4]. In the presence of continuous exposure to humid sulfide gases, this process is cyclic continuing to consume the copper substrate.

P4.0003-0004

### Corrosion Rates

In determining corrosion rates, the materials engineer has many tools available, from which to obtain data. A very important tool is the examination of items exposed to the agent in question under actual service conditions and actual time durations.

### Using Averages and Minimums in Fitness for Service Calculations

When estimating corrosion rates a common approach is to use corrosion rates obtained from mass loss calculations or some other accepted method. The calculations used for these determinations assume uniform loss of material over the entire exposed surface. When this occurs, estimating remaining life is much less complicated. However, if the test specimens or articles removed from service show non-uniform or localized corrosion then these calculated rates might be misleading and suggest a longer life than actually exists.

Our experience is that when assessing the damage done to a vessel or pipe or other such industrial equipment by corrosion and predicting the equipment's life, the prudent approach is to use minimum measured thickness in calculations. Using minimum measured thickness results in maximum calculated corrosion rate, which when used in remaining life calculations yields a minimum time until next inspection and conservative remaining life. For example, consider the following data set and calculations for a hypothetical vessel:

| Thickness measurement, inches | | | | | | |
| Original Thickness, inches | 1 | 2 | 3 | 4 | 5 | Average Thickness |
|---|---|---|---|---|---|---|
| 0.350 | 0.300 | 0.280 | 0.310 | 0.240 | 0.310 | 0.288 |

| | |
|---|---|
| Vessel's Age, yr | 2 |
| Structural minimum thickness, inch | 0.15 |

| Average | |
|---|---|
| Corrate, inches-per-year | 0.031 |
| Estimated Remaining Life (ERL), yr | 4.5 |
| Half-life inspection, yr | 2.2 |

| Minimum measured thickness | Point 4 |
|---|---|
| Maximum corrosion rate | |
| Corrate, inches-per-year | 0.055 |
| Estimated Remaining Life (ERL), yr | 1.6 |
| Half-life inspection, yr | 0.8 |

The average corrosion rate for this vessel is calculated by subtracting the average wall thickness (0.288) from the original wall thickness (0.350) and dividing by the time of exposure (2 years). A similar calculation is used to determine the corrosion rate at the point of minimum thickness except a measured wall thickness of 0.240 is used.

The remaining wall thickness is the measured thickness minus the structural minimum thickness. Using the average thickness, the remaining wall is 0.288 − 0.150 = 0.138. Using the minimum thickness, the remaining wall is 0.240 − 0.150 = 0.090.

The estimated remaining life is calculated by dividing the remaining wall thickness by the appropriate corrosion rate. If average thickness is used then the calculation yields an estimated remaining life of 4.5 years (0.138/0.031). The vessel, however, won't last 4.5 years because the corrosion rate at point 4 is higher than the average corrosion rate. The vessel will reach structural minimum thickness in 1.6 years based on the minimum measured thickness (0.090/0.055).

P4.0003-0005

The thickness measurements used in the example have a wide variation. If the variation between them is small, then an average thickness is more informative. It has been our experience that small variations over an entire data set are uncommon; there are usually enough points where corrosion is active enough to negate using averages for estimated remaining life (ERL) calculations.

The methodology described above is presented in *API 579-1/ASME FFS-1 June 5, 2007, Part 4 and Part 5.*

### Electrical Wiring

We have observed the formation of black tarnish on the samples of electrical wiring supplied from this home. The corrosion observed on the electrical wiring is non-uniform in nature. There are areas of bare copper that have a relatively thick layer of black tarnish and areas where the tarnish is very thin and discontinuous. Cross-sections were made from areas of the wires where deterioration of the wire would lead to failure or loss of functionality. Wire cross-sections were taken near a connection when a connection point could be discerned. One cross-section was made of an insulated low voltage wire. The cross-sections from this study reveal general and pitting corrosion occurring underneath the tarnish film. They are evidence of the non-uniform nature of attack that is occurring in this home.

The tarnish's structure and elemental composition have the same characteristics as those found in our previous investigation of Virginia homes that had been constructed using Chinese manufactured drywall products.[1] The corrosive damage observed in these studies is consistent with recent reports concerning corrosion of metallic materials in homes with Chinese drywall products[5]. The exposed copper has developed a black tarnish layer consisting of copper oxide (cuprite) and copper sulfide (digenite) consistent with recently released reports from the U.S. Consumer Product Safety Commission (CSPC)[4,6,7].

Pit growth rates are difficult to predict. The environment within a pit becomes more aggressive than the surrounding environment accelerating penetration into the metal faster than a general corrosion rate may indicate. While most of these pits do not indicate that mechanical failure is eminent, they do result in additional corrosion product generation that can influence the electrical properties of the wire and associated connections given enough time.

The cross-sections of the wires revealed a tarnish film structure that had growths rates of some formations as high as tens of microns (>100,000Å). If we assume that the growth rate of these formations occurred at a linear rate rather than a parabolic rate and an exposure time of 3 years then we have a growth rate of >2,500Å per month. If we were to back calculate using a parabolic function we would have a significantly higher initial growth rate. Tarnish films with this growth rate have been classified as resulting from exposure to a harsh or severe environment[8,9].

The evidence observed suggests that the environment within this home places electronic and electrical equipment at risk of premature failure.

We reserve the opportunity to review further evidence provided by any party or other entity to supplement opinions herein.

P4.0003-0006



| Client ID | CTL ID | Description | Tarnish Thickness, μm | Pit Depth, μm |
|-----------|--------|-------------|----------------------|---------------|
| TCH-11-gw | 27065-1-1-1 | Ground wire | - | 22.5 |

| Client ID | CTL ID | Description | Tarnish Thickness, μm | Pit Depth, μm |
|-----------|--------|-------------|----------------------|---------------|
| TCH-11-gw | 27065-1-1-1 | Ground wire | 37.7 | - |

5 of 13

P4.0003-0007



500X

| Client ID | CTL ID | Description | Tarnish Thickness, µm | Pit Depth, µm |
|---|---|---|---|---|
| TCH-12 | 27065-1-2-1 | Ground Wire | - | 22.5 |



500X

| Client ID | CTL ID | Description | Tarnish Thickness, µm | Pit Depth, µm |
|---|---|---|---|---|
| TCH-12 | 27065-1-2-1 | Ground Wire | 19.3 | - |

6 of 13

P4.0003-0008



| Client ID | CTL ID | Description | Tarnish Thickness, µm | Pit Depth, µm |
|-----------|--------|-------------|----------------------|---------------|
| TCH-13 | 27065-1-3 | Uninsulated wire | - | 20.7 |



| Client ID | CTL ID | Description | Tarnish Thickness, µm | Pit Depth, µm |
|-----------|--------|-------------|----------------------|---------------|
| TCH-13 | 27065-1-3 | Uninsulated wire | 30.9 | - |

P4.0003-0009



500X

| Client ID | CTL ID | Description | Tarnish Thickness, μm | Pit Depth, μm |
|-----------|--------|-------------|----------------------|---------------|
| TCH-24 | 27065-1-4 | Uninsulated wire | -- | 12.7 |



500X

| Client ID | CTL ID | Description | Tarnish Thickness, μm | Pit Depth, μm |
|-----------|--------|-------------|----------------------|---------------|
| TCH-24 | 27065-1-4 | Uninsulated wire | 17.6 | -- |

8 of 13



| Client ID | CTL ID | Description | Tarnish Thickness, µm | Pit Depth, µm |
|-----------|--------|-------------|----------------------|---------------|
| TCH-36 | 27065-1-5-1 | Black wire | - | 18.9 |



| Client ID | CTL ID | Description | Tarnish Thickness, µm | Pit Depth, µm |
|-----------|--------|-------------|----------------------|---------------|
| TCH-36 | 27065-1-5-1 | Black wire | 108 | - |

9 of 13

P4.0003-0011

Chinese-Manufactured Drywall Products Liability Litigation MDL Docket: 2047          CTL REF #27065



| Client ID | CTL ID | Description | Tarnish Thickness, µm | Pit Depth, µm |
|-----------|--------|-------------|-----------------------|---------------|
| TCH-41 | 27065-1-6 | Alarm panel wire | 17.5 | 25.2 |



| Client ID | CTL ID | Description | Tarnish Thickness, µm | Pit Depth, µm |
|-----------|--------|-------------|-----------------------|---------------|
| TCH-41 | 27065-1-6 | Alarm panel wire | 18.9 | 13.7 |

10 of 13

P4.0003-0012

Chinese-Manufactured Drywall Products Liability Litigation MDL Docket: 2047     CTL REF #27065



| Client ID | CTL ID | Description | Tarnish Thickness, µm | Pit Depth, µm |
|-----------|--------|-------------|----------------------|---------------|
| TCH-43 | 27065-1-7-5 | Ground wire | 30.2 | 38.1 |

| Client ID | CTL ID | Description | Tarnish Thickness, µm | Pit Depth, µm |
|-----------|--------|-------------|----------------------|---------------|
| TCH-43 | 27065-1-7-5 | Ground wire | 27.2 | 34.2 |

11 of 13

P4.0003-0013



| Client ID | CTL ID | Description | Tarnish Thickness, µm | Pit Depth, µm |
|-----------|--------|-------------|------------------------|----------------|
| TCH-43 | 27065-1-7-1 | Insulated wire – Under Insulation | 5.9 | 5.1 |

| Client ID | CTL ID | Description | Tarnish Thickness, µm | Pit Depth, µm |
|-----------|--------|-------------|------------------------|----------------|
| TCH-43 | 27065-1-7-1 | Insulated wire – Bare Wire | 14.6 | 13.3 |

12 of 13

P4.0003-0014

Chinese-Manufactured Drywall Products Liability Litigation MDL Docket: 2047          CTL REF #27065

List of Documents Cited

[1]   Chinese-Manufactured Drywall Products Liability Litigation, United States District Court, Eastern District of Louisiana, MDL Docket: 2047, Assessment of Copper Materials From Residences Containing Chinese Drywall Products, Expert Report of Krantz and Ely, Including, Supplemental Report S-1

[2] G.W. Kammlott, J.P. Franey, T.E. Graedel, Atmospheric Sulfidation of Copper Alloys, *Journal of The Electrochemical Society.* 133, No. 3:505-515.

[3] M. Reid, J. Punch, C. Ryan, L.F. Garfias, S. Belochapkine, J. P. Franey, G.E. Derkits, W.D. Reents; Microstructural Development of Copper on Copper Exposed to Humid $H_2S$, *Journal of The Electrochemical Society.* 154:209-214.

[4] T.E. Graedel, J. P. Franey, G. W. Kammlott, J. M. Vandenberg, The Atmospheric Sulfidation of Copper Single Crystals, *Journal of The Electrochemical Society.* 134:1632-1635.

[5] G.B. Freeman, T. Authier, R. DeMott, J.L. Hubbard, Chinese Wallboard – The Corrosion Challenge. Presented at

[6] L. Saltzman, Summary of Contractor's Indoor Air Quality Assessment of Homes Containing Chinese Drywall. U.S. Consumer Product Safety Commission, November 23, 2009.

[7] R. Khanna, Status Report on the Preliminary Analysis of HVAC, Gas Distribution, and Fire Safety equipment Installed in Homes with Chinese Drywall. U.S Consumer Product Safety Commission. November 2009.

[8] C. O. Muller, Control of Corrosive Gases to Avoid Electrical Equipment Failure, Purafil, Inc. Technical Literature.

[9] ANSI/ISA S71.04-1985, "Environmental Conditions for Process measurement and Control Systems: Airborne Contaminants," Instrument Society of America, Research Triangle Park, NC, 1985.

P4.0003-0015

# Appendix A
## As-received Samples from Hernandez Home

P4.0003-0016

Sample TCH-11





Ground wire was used for tarnish measurements.

A-2 of 6

Sample TCH-12

 

Ground wire was used for tarnish measurements.

A-3 of 6

Sample TCH-13

 

Sample TCH-24

 

A-4 of 6

Chinese-Manufactured Drywall Products Liability Litigation MDL Docket: 2047        CTL REF #27065

Sample TCH-36




**TCH-36 (CTL #27065-1-5)**
**2x insulated wire**
**1x uninsulated wires**

Uninsulated wire was used for tarnish thickness measurements.

Sample TCH-41




**TCH-41 (CTL #27065-1-6)**
**Braided wire**

A-5 of 6

Sample TCH-43

 

A-6 of 6

# Appendix B
## SEM Micrographs and EDS Spectrum of Samples from Hernandez Home

P4.0003-0022

Chinese-Manufactured Drywall Products Liability Litigation MDL Docket: 2047          CTL REF #27065

## CTL Sample #27065-1-1-1: TCH-11-gw



Black tarnish on wire



B-2 of 11

P4.0003-0023

Chinese-Manufactured Drywall Products Liability Litigation MDL Docket: 2047          CTL REF #27065

CTL Sample #27065-1-1-2-1: TCH-11-Black Wire



Black tarnish on wire at bend.



B-3 of 11

CTL Sample #27065-1-1-2-1: TCH-11-Black Wire, continued

   

Black tarnish on wire at tip



B-4 of 11

Chinese-Manufactured Drywall Products Liability Litigation MDL Docket: 2047          CTL REF #27065

CTL Sample #27065-1-2-1: TCH-12-gw



Black tarnish on wire at bend.  Ca kept showing up, so there must be some drywall dust on the sample.



B-5 of 11

P4.0003-0026

CTL Sample #27065-1-3-2: TCH-13-gw



Black tarnish on wire at tip. This didn't look much like the typical sulfide structure or spectrum. It is likely drywall and paint.



B-6 of 11

P4.0003-0027

### CTL Sample #27065-1-4: TCH-24-gw

 

Black tarnish on cut surface of tip.



B-7 of 11

P4.0003-0028

Chinese-Manufactured Drywall Products Liability Litigation MDL Docket: 2047          CTL REF #27065

CTL Sample #27065-1-5-3: TCH-36-gw



Black tarnish on wire. The chlorine was everywhere.



B-8 of 11

P4.0003-0029

CTL Sample #27065-1-6: TCH-41-braided



Black tarnish on wire, forming at breaks in the tin coating.



B-9 of 11

P4.0003-0030

CTL Sample #27065-1-7-2: TCH-43-Low voltage orange wire



Black tarnish on wire



B-10 of 11

P4.0003-0031

Chinese-Manufactured Drywall Products Liability Litigation MDL Docket: 2047          CTL REF #27065

## CTL Sample #27065-1-7-5-2: TCH-43-gw



Black tarnish on wire.



B-11 of 11



# Corrosion Testing Laboratories, Inc.

**Chinese-Manufactured Drywall Products Liability Litigation**
**United States District Court, Eastern District of Louisiana**
**MDL Docket: 2047**

**Addendum 1 to:**
**Assessment of Copper Materials**
**From Hernandez Residence Containing Chinese Drywall Products**

Prepared For:

## The Plaintiffs' Steering Committee

By:

Bradley D. Krantz
Director of Laboratory Services

John D. Ely
Principal Metallurgist

**12 February 2010**

**This is Privileged and Confidential – Attorney Work Product**

CTL REF #27065-A1

60 Blue Hen Drive, Newark, DE 19713  USA
(302) 454-8200 • fax (302) 454-8204 • e-mail ctl@corrosionlab.com
*a Subsidiary of* **Corrosion Probe, Inc.**
12 INDUSTRIAL PARK ROAD • P.O. BOX 178 • CENTERBROOK, CT 06409-0178
PHONE: (860) 767-4402 • FAX: (860) 767-4407 www.cpiengineering.com

## ANALYSIS OF A CONTROL SAMPLE

This addendum contains the analysis of a ground wire removed from a light switch that had been in service in a control home, a home constructed with 100% domestic drywall. The sample was removed from a home located at 254 Loch Haven Drive, Williamsburg, Virginia.

The ground wire was removed from the light switch and analyzed visually, optically, and by electron beam microscopy as well as chemically by energy dispersive x-ray spectroscopy (EDS) for the presence of sulfide formations. None were found.

The ground wire was cross-sectioned in a similar manner as the wires in the main report. The only exception was that this wire was mounted in a thermosetting plastic since there was not a tarnish film to preserve.  No pits were observed on the wire. Digital images were captured for comparison to the tarnished wires from the Hernandez residence, Page 2.

Photographs of this sample and EDS spectrum are also attached, Pages 3 and 4.

P4.0003-0034

Chinese-Manufactured Drywall Products Liability Litigation MDL Docket: 2047        CTL REF #27065-A1



| Client ID | CTL ID | Description | Tarnish Thickness, µm | Pit Depth, µm |
|-----------|--------|-------------|-----------------------|---------------|
| MCM-01A | 26584-8-2-1 | Ground wire | -- | -- |

| Client ID | CTL ID | Description | Tarnish Thickness, µm | Pit Depth, µm |
|-----------|--------|-------------|-----------------------|---------------|
| MCM-01A | 26584-8-2-1 | Ground wire | -- | -- |

For comparison to tarnished wires from Hernandez residence, Pages 5 through 12 of original report (CTL REF #27065)

Page 2 of 4

P4.0003-0035

Chinese-Manufactured Drywall Products Liability Litigation MDL Docket: 2047          CTL REF #27065-A1

## Sample MCM-01A Switch
(Family Room, First Floor, From Wall Shared With Garage)



Ground wire attached to switch. Note familiar red-brown color of copper wire.

Ground wire used for SEM and EDS analyses followed by metallographic analysis.

For comparison to tarnished wires from Hernandez residence, Appendix A of original report (CTL REF #27065)

Page 3 of 4

Chinese-Manufactured Drywall Products Liability Litigation MDL Docket: 2047      **CTL REF #27065-A1**



26584-8-2-1, whitish coating on intrados of bend, 650x, 25kv

**Elemental composition of whitish coating is consistent with paint.**

26584-8-2-1, adherent black scale, 1100x, 25kv

**Copper Oxide**

26584-8-2-1 suspicious looking particles, 6000x 25kv

**Particle's morphology and the presence of potassium, calcium and sulfur are consistent with what one would expect from drywall dust.**

No scales, corrosion products, or deposits consistent with copper sulfide formation were found on this sample. For comparison to tarnished wires from Hernandez residence, Appendix B of original report (CTL REF #27065)

P4.0003-0037