UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL  　　　MDL No. 2047
　　　　PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　SECTION: L

THIS DOCUMENT RELATES TO:　　　　　　　　　JUDGE FALLON
　　　　　　　　　　　　　　　　　　　　　　　MAG. JUDGE WILKINSON

*Payton, et al. v. Knauf Gips KG, et al.*,
Case No. 2:09-cv-07628 (E.D. La.)
　　　　　　　　　　　　　　　　　　　　　　/

## NOTICE OF APPEARANCE

**NOTICE IS HEREBY GIVEN** that Hilarie Bass, Esq. and Mark A. Salky, Esq. of the law firm of Greenberg Traurig, P.A. hereby enter their appearance on behalf of Defendant, Meritage Homes of Florida, Inc.  All pleadings and other papers in this case should be served upon undersigned counsel.[1]

Dated: March 15, 2010　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　**GREENBERG TRAURIG, P.A.**
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Meritage Homes of Florida, Inc.*
　　　　　　　　　　　　　　　　　　　　　1221 Brickell Avenue
　　　　　　　　　　　　　　　　　　　　　Miami, Florida 33131
　　　　　　　　　　　　　　　　　　　　　Telephone: (305) 579-0500
　　　　　　　　　　　　　　　　　　　　　Facsimile:  (305) 579-0717
　　　　　　　　　　　　　　　　　　　　　E-mail: bassh@gtlaw.com
　　　　　　　　　　　　　　　　　　　　　E-mail: salkym@gtlaw.com

　　　　　　　　　　　　　　　　　　　　　By:　　s/ Mark A. Salky
　　　　　　　　　　　　　　　　　　　　　　　　HILARIE BASS
　　　　　　　　　　　　　　　　　　　　　　 Florida Bar No. 334323
　　　　　　　　　　　　　　　　　　　　　　　　MARK A. SALKY
　　　　　　　　　　　　　　　　　　　　　　 Florida Bar No.  058221

---

[1] This appearance is submitted reserving all defenses, and without waiving any objections to service of process, venue or jurisdiction.

2

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **Notice of Appearance** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 15th day of March, 2010.

                                                      s/ Mark A. Salky
                                                 MARK A. SALKY