UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Vickers, et al. v. Knauf GIPS KG, et. al., Case No. 2:09-cv-04117 (E.D.La.) | |

## PLAINTIFFS' MOTION FOR JUDICIAL ASSISTANCE FOR PURPOSES OF SERVING AMENDED COMPLAINT ON FOREIGN DEFENDANT

Plaintiffs, by and through their counsel, respectfully move this Honorable Court for an Order in the form appended hereto for assistance in serving the Amended Class Action Complaint (the "Complaint") on a foreign defendant. Plaintiffs are seeking judicial assistance since the Complaint erroneously names Knauf Plasterboard (Dongguan) Co., Ltd. as a defendant. When Plaintiffs attempted to serve the Complaint on this defendant, service was refused as the defendant instructed that its registered name is "Guangdong Knauf New Building Materials Products Co., Ltd."

In order to expedite the service of the Complaint on Guangdong Knauf New Building Materials Products Co., Ltd., Plaintiffs respectfully request an order whereby the Complaint is deemed to state "Guangdong Knauf New Building Materials Products Co., Ltd." in all instances where this defendant is identified as "Knauf Plasterboard (Dongguan) Co., Ltd." For the reasons set forth in the memorandum of law filed in conjunction herewith, such an order is justified on the circumstances of this case.

Respectfully submitted,

Dated: March 15, 2010

/s/ Arnold Levin
Arnold Levin, Esquire
Fred S. Longer, Esquire
Daniel Levin, Esquire
Matthew C. Gaughan, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
*Co-counsel for Plaintiffs*

Richard Serpe, Esquire
LAW OFFICES OF RICHARD J. SERPE
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
*Counsel for Plaintiffs*

Michael D. Hausfeld, Esquire
Richard S. Lewis, Esquire
James J. Pizzirusso, Esquire
Faris Ghareeb, Esquire
HAUSFELD LLP
1700 K Street, N.W., Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
*Co-counsel for Plaintiffs*