UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISINA

| | | |
|---|---|---|
| IN RE: CINESE MANUFACTURED DRYWALL PRODUCTS LIBILITY LITIGATION | * * * * | MDL NO. 2:09-md-02047 |
| | | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAGISTRATE WILKINSON |
| SEAN AND BETH PAYTON, et al VS. KNAUF GIPS, et al CASE NO. 2:09-cv-7628 | * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## UNOPPOSED MOTION FOR EXTENTION OF TIME TO COMPLETE BUILDERS PROFILE FORMS

Defendant, RCR HOLDINGS II, LLC ("RCR"), pursuant to Rule 7.9 of the Local Rules of the U.S. District Court of the Eastern District of Louisiana, moves this Honorable Court for an extension of time by which it must serve Plaintiff Liaison Counsel with the Builder Defendant Profile Forms in the above captioned matter, within the MDL No. 2047 and in support thereof, states the following:

1. On or about February 4, 2010, RCR was served with the Complaint, though the proper service of the Complaint is questionable.

2. Pursuant to the Honorable Courts pretrial order 1F, the time for RCR to serve the Builder Defendant Profile Forms will expire on March 16, 2010.

3. Due to the questionable nature the Complaint was served, undersigned was only informed of the service on RCR approximately two weeks ago. Since that time the

undersigned has been diligent working to obtain all the information necessary to complete the Builder Defendant Profile Forms.

4. Defendant, RCR, has in excess of 70 Plaintiff homes listed in the aforementioned complaint. Therefore, Defendant, RCR, is required to complete one form for each of the more than 70 Plaintiffs.

5. Sadly, the mother of the president of RCR passed away on Thursday, March 11, 2010 and he has been out of town making arrangements for and attending the funeral. Given the unforeseen circumstances the undersigned will not be able to complete the Builder Defendant Profile Forms by the time specified by pretrial order 1F.

6. This extension will neither prejudice any of the parties, nor delay this matter. RCR has not previously requested an extension of time and accordingly, good cause exists for granting the Motion.

WHEREFORE, Defendant, RCR HOLDING II, LLC, respectfully request this Court grant it an extension of time of fifteen (15) days, until March 31, 2010, to serve the seventy plus Builder Defendant Profile Forms to Plaintiffs' liaison counsel.

Respectfully Submitted:

**LUKS, SANTANIELLO**
**PEREZ, PETRILLO, GOLD & JONES**

By: ___/s/ *Sherri L. Bauer*
Sherri L. Bauer (#531871)
Stonegate Bank Plaza
301 Yamato Road, Suite 1234
Boca Raton, FL  33431
Telephone:  (561) 893-9088
 Facsimile:  (561) 893-9048

## CERTIFICATE OF SERVICE

I, hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, by e-mail upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this **15**[th] day of March, 2010.

                                                */s/ Sherri L. Bauer*