# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISINA

| | | |
|---|---|---|
| IN RE: CINESE MANUFACTURED | * | MDL NO. 2:09-md-02047 |
| DRYWALL PRODUCTS LIBILITY | * | |
| LITIGATION | * | JUDGE FALLON |
| | * | |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE WILKINSON |
| | * | |
| SEAN AND BETH PAYTON, et al | * | |
| VS. | * | |
| KNAUF GIPS, et al | * | |
| CASE NO. 2:09-cv-7628 | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Unopposed Motion for Extension of Time to serve Builder Defendant Profile Forms filed by RCR Holdings II, LLC

IT IS HEREBY ORDERED that the Unopposed Motion for extension of time be and same is hereby GRANTED; and

IT IS FURTHER ORDERED that RCR Holdings II, LLC, shall be granted an additional fifteen (15) days to serve upon Plaintiffs' Liaison Counsel the required Builder Defendant Profile Forms up through and including until March 31, 2010.

New Orleans, Louisiana, this _____ day of March, 2010.

_____
Honorable Eldon E. Fallon
United States District Judge