UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 02047 |
| THIS DOCUMENT RELATES TO: | |
| TIMOTHY AND ASHLEY FRANCIS | SECTION L |
| VERSUS | JUDGE ELDON E. FALLON |
| COLONY INSURANCE COMPANY, HAL COLLUMS CONSTRUCTION, L.L.C., AND GREAT NORTHERN INSURANCE COMPANY | MAGISTRATE JUDGE WILKINSON<br><br>10-720 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO REMAND DUE TO LACK OF SUBJECT MATTER JURISDICTION AND UNTIMELINESS AND FOR COSTS

Timothy and Ashley Francis (jointly "Plaintiffs"), respectfully move this Court for an order remanding this matter to Orleans Parish Civil District Court because, as more fully set forth in the attached memorandum, 1) Great Northern Insurance Company's ("Chubb") Petition for Removal is **untimely** because it filed its removal on March 1, 2010, more than two months after co-defendant Colony Insurance Company, a Virginia corporation, was served, 2) this Court lacks subject matter jurisdiction because **complete diversity does not exist**, and 3) Chubb's reliance on the "improper joinder" doctrine fails because **Plaintiffs' claims against Chubb are factually and legally connected** to Plaintiffs claims against the co-defendants.

Plaintiffs further move this Court for an order awarding them costs, including attorney fees, associated with filing this Motion as this matter was improperly removed. *See* 28 U.S.C. § 1447(c).

Respectfully submitted,

/s/ Howard T. Boyd, III
HOWARD T. BOYD, III #27186
PAUL R. TRAPANI, III #32735
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Twenty-eighth Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
hboyd@shergarner.com

Thomas M. Flanagan #19569
Flanagan Partners LLP
201 St. Charles Ave., Suite 2405
New Orleans, LA 70170
**COUNSEL FOR TIMOTHY AND ASHLEY FRANCIS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, and Kerry Miller, Defendants' Liaison Counsel, by U.S. Mail and email and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana, on this 16th day of March 2010.

/s/ Howard T. Boyd, III
HOWARD T. BOYD, III
