UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 02047 |
| THIS DOCUMENT RELATES TO: | |
| TIMOTHY AND ASHLEY FRANCIS | SECTION L |
| VERSUS | JUDGE ELDON E. FALLON |
| COLONY INSURANCE COMPANY, HAL COLLUMS CONSTRUCTION, L.L.C., AND GREAT NORTHERN INSURANCE COMPANY | MAGISTRATE JUDGE WILKINSON<br><br>10-720 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Plaintiffs Timothy and Ashley Francis have filed the attached Motion. **PLEASE TAKE FURTHER NOTICE** that the Motion will be brought for hearing on April 7, 2010 at 9:00 AM before the Honorable Eldon E. Fallon.

Respectfully submitted,

/s/ Howard T. Boyd, III
HOWARD T. BOYD, III #27186
PAUL R. TRAPANI, III #32735
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Twenty-eighth Floor
New Orleans, Louisiana 70112

Telephone: (504) 299-2100
Facsimile: (504) 299-2300
hboyd@shergarner.com


Thomas M. Flanagan #19569
Flanagan Partners LLP
201 St. Charles Ave., Suite 2405
New Orleans, LA 70170

**COUNSEL FOR TIMOTHY AND ASHLEY FRANCIS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, and Kerry Miller, Defendants' Liaison Counsel, by U.S. Mail and email and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana, on this 16th day of March 2010.

/s/ Howard T. Boyd, III
HOWARD T. BOYD, III