UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 02047 |
| THIS DOCUMENT RELATES TO: | |
| TIMOTHY AND ASHLEY FRANCIS | SECTION L |
| VERSUS | JUDGE ELDON E. FALLON |
| COLONY INSURANCE COMPANY, HAL COLLUMS CONSTRUCTION, L.L.C., AND GREAT NORTHERN INSURANCE COMPANY | MAGISTRATE JUDGE WILKINSON<br><br>10-720 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### REQUEST FOR ORAL ARGUMENT OF PLAINTIFFS TIMOTHY AND ASHLEY FRANCIS' MOTION TO REMAND DUE TO LACK OF SUBJECT MATTER JURISDICTION AND UNTIMELINESS AND FOR COSTS

NOW INTO COURT, through undersigned counsel, comes Plaintiffs Timothy and Ashley Francis, who, pursuant to Local Rule 78,1E, respectfully requests oral argument on the Motion to Remand Due to Lack of Subject Matter Jurisdiction and Untimeliness and For Costs set for hearing before this Honorable Court on the 7th day of April 2010 at 9:00 a.m., a notice hearing date for Section L, or at a time set by this court to more fully address any questions the court may have concerning Plaintiffs' Motion to Remand.

Respectfully submitted,

/s/ Howard T. Boyd, III
HOWARD T. BOYD, III #27186
PAUL R. TRAPANI, III #32735
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Twenty-eighth Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
hboyd@shergarner.com

Thomas M. Flanagan #19569
Flanagan Partners LLP
201 St. Charles Ave., Suite 2405
New Orleans, LA 70170

**COUNSEL FOR TIMOTHY AND ASHLEY FRANCIS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, and Kerry Miller, Defendants' Liaison Counsel, by U.S. Mail and email and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana, on this 16th day of March 2010.

/s/ Howard T. Boyd, III
HOWARD T. BOYD, III