UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 02047 |
| THIS DOCUMENT RELATES TO: | |
| TIMOTHY AND ASHLEY FRANCIS | SECTION L |
| | JUDGE ELDON E. FALLON |
| VERSUS | |
| COLONY INSURANCE COMPANY, HAL COLLUMS CONSTRUCTION, L.L.C., AND GREAT NORTHERN INSURANCE COMPANY | MAGISTRATE JUDGE WILKINSON 10-720 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Motion for Expedited Hearing on Timothy and Ashley Francis' Motion to Remand Due to Lack of Subject Matter Jurisdiction and Untimeliness and For Costs;

**IT IS HEARBY ORDERED** that the hearing on Timothy and Ashley Francis' Motion to Remand Due to Lack of Subject Matter Jurisdiction and Untimeliness and For Costs will be held on April 7, 2010 at 9:00 a.m. in this Court, 500 Poydras Street, Room C456, New Orleans, Louisiana.

_____
JUDGE ELDON E. FALLON