David Gross, Cheryl Gross, and Louis Velez, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
## APS International, Ltd.
### 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 100345-0045

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Black Bear Gypsum Supply, Inc., c/o Edward J. Briscoe Esquire, Elizabeth J. Ferry Esquire, Fowler White Burnett P.A

Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL.
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

---

State of: **Florida** ) ss.
County of: **Dade**

Name of Server: **CARLOS AGUIRRE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **1st** day of **March**, 20**10**, at **10:45** o'clock **A** M

Place of Service: at Espirito Santo Plaza, 14th Floor
1395 Brickell Avenue , in Miami, FL 33131

Documents Served: the undersigned served the documents described as:
Summons and Amended Class Action Complaint w/Jury Demand

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
Black Bear Gypsum Supply, Inc., c/o Edward J. Briscoe Esquire, Elizabeth J. Ferry Esquire, Fowler White Burnett P.A
By delivering them into the hands of an officer or managing agent whose name and title is: **Elizabeth J. Ferry Attorney**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **White** ; Hair Color **Brown** ; Facial Hair ____
Approx. Age **35** ; Approx. Height **5'6** ; Approx. Weight **200**

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this ___ day of _____, 20__

Notary Public

Notary Public State of Florida
Santa E Rodriguez
My Commission DD845267
Expires 02/23/2015

APS International, Ltd.