property located at 4043 Dunbarton Circle, Williamsburg, Virginia 23188. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

347. Plaintiffs, Jon and Suzanne Lenander are citizens of Virginia and together own real property located at 8108 Helmsdale Court, Williamsburg, Virginia 23188. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

348. Plaintiff, Christopher Levy is a citizen of Virginia and owns real property located at 4644 Lake Drive, Virginia Beach, Virginia 23455. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

349. Plaintiffs, Turner and Juanita Mackall are citizens of Virginia and together own real property located at 1211 Avondale Lane, Newport News, Virginia 23602. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

350. Plaintiffs, Elizabeth and Joseph Matulenas are citizens of Virginia and together own real property located at 163 South Gum Avenue, Virginia Beach, Virginia 23452. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

351. Plaintiffs, Preston and Rachel McKellar are citizens of Virginia and together own real property located at 1008 Hollymeade Circle, Newport News, Virginia 23602. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this amended complaint which are incorporated herein by reference.

352.  Plaintiffs, Fred and Vanessa Michaux are citizens of Virginia and together own real property located at 901 Eastfield Lane, Newport News, Virginia 23602.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

353.  Plaintiffs, William and Deborah Morgan are citizens of Virginia and together own real property located at 8495 Ashington Way, Williamsburg, Virginia 23188.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

354.  Plaintiffs, Colleen and Tuan Nguyen are citizens of Virginia and together own real property located at 1100 Michaelwood Drive, Virginia Beach, Virginia 23452.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

355.  Plaintiff, Gunman Oh is a citizen of Virginia and owns real property located at 961 Hollymeade Circle, Newport News, Virginia 23602.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

356.  Plaintiffs, Robert and Lisa Orlando are citizens of Virginia and together own real property located at 4091 Dunbarton Circle, Williamsburg, Virginia 23188.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

357.  Plaintiffs, Marlon and Latosha Parker are citizens of Virginia and together own real

property located at 954 Hollymeade Circle, Newport News, Virginia 23602.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

358.  Plaintiffs, Jacqueline and Rodney Phillips are citizens of Virginia and together own real property located at 1025 Hollymeade Circle, Newport News, Virginia 23602.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

359.  Plaintiff, Robert Popovitch is a citizen of Virginia and owns real property located at 1217 Avondale Lane, Newport News, Virginia 23602.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

360.  Plaintiffs, Anton and Melissa Riedl are citizens of Virginia and together own real property located at 969 Hollymeade Circle, Newport News, Virginia 23602.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

361.  Plaintiffs, Karen and Vincent Sakony are citizens of Virginia and together own real property located at 4063 Dunbarton Circle, Williamsburg, Virginia 23188.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

362.  Plaintiff, Mark Sakowski is a citizen of Virginia and owns real property located at 120 Chanticleer Court, Williamsburg, Virginia 23185.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

amended complaint which are incorporated herein by reference.

363.  Plaintiff, Karl Sherwood is a citizen of Virginia and owns real property located at 1029 Hollymeade Circle, Newport News, Virginia 23602.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

364.  Plaintiff, Catherin Simpson is a citizen of Virginia and owns real property located at 112 Chanticleer Court, Williamsburg, Virginia 23185.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

365.  Plaintiff, Juanita Smith is a citizen of Virginia and owns real property located at 956 Hollymeade Circle, Newport News, Virginia 23602.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

366.  Plaintiff, Ben Walker is a citizen of Virginia and owns real property located at 1012 Hollymeade Circle, Newport News, Virginia 23602.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

367.  Plaintiff, Lawrence Ward is a citizen of Virginia and owns real property located at 214-B 80th Street, Virginia Beach, Virginia 23451.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

368.  Plaintiffs, Gregory and Flordeliza Woodson are citizens of Virginia and together

own real property located at 3965 Border Way, Virginia Beach, Virginia 23456. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

369. Plaintiffs, Joe and Delma Anello are citizens of Virginia and together own real property located at 3957 Border Way, Virginia Beach, Virginia 23456. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

370. Plaintiff, Victoria Cain is a citizen of Virginia and owns real property located at 1020 Hollymeade Circle, Newport News, Virginia 23602. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

371. Plaintiff, Vida Dillard is a citizen of Virginia and owns real property located at 1219 Avondale Lane, Newport News, Virginia 23602. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

372. Plaintiff, Michael Hollingsworth is a citizen of Virginia and owns real property located at 905 Easfield Lane, Newport News, Virginia 23602. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

373. Plaintiffs, Frank and Yvonne Topf are citizens of Virginia and together own real property located at 2417 Caitlan Loch Lane, Virginia Beach, Virginia 23602. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this amended complaint which are incorporated herein by reference.

374. Plaintiffs, Gerald and Michelle Barnes are citizens of Virginia and together own real property located at 5588 Brixton Road, Williamsburg, Virginia 23185. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

375. Plaintiffs, Papansam, P. Ahalya and Rajiv Hrishikesh are citizens of Virginia and together own real property located at 5599 Brixton Road, Williamsburg, Virginia 23185. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

376. Plaintiff, Zenaida Perez, is a citizen of Virginia and owns real property located at 965 Hollymeade Circle, Newport News, Virginia 23602. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

377. Plaintiff, Edwin Cousins, III is a citizen of Virginia and owns real property located at 952 Hollymeade Street, Newport News, Virginia 23602. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

378. Plaintiffs, Brenda and Charles Whittington are citizens of Virginia and together own real property located at 2105 Governors Pointe Drive, Suffolk, Virginia 23436. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

379. Plaintiff, Roger Atwell is a citizen of Virginia and owns real property located at

72

5516 Brixton Road, Williamsburg, Virginia 23185.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

380.  Plaintiff, Michael Levine is a citizen of Virginia and owns real property located at 5548 Brixton Road, Williamsburg, Virginia 23185.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

381.  Plaintiffs, Matt and Candi Darst are citizens of Virginia and together own real property located at 1014 Hollymeade Circle, Newport News, Virginia 23602.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

382.  Plaintiff, Hoo Suk Lee is a citizen of Virginia and owns real property located at 1018 Hollymeade Circle, Newport News, Virginia 23602.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

383.  Plaintiff, Soon Kim is a citizen of Virginia and owns real property located at 1022 Hollymeade Circle, Newport News, Virginia 23602.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

384.  Plaintiff, Yeong Hee Hong is a citizen of Virginia and owns real property located at 5539 Bixton Road, Williamsburg, Virginia 23185.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

amended complaint which are incorporated herein by reference.

385.  Plaintiff, David Starnes is a citizen of Virginia and owns real property located at 4095 Dunbarton Circle, Williamsburg, Virginia 23188.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

386.  Plaintiff, Asa Holden Knight is a citizen of Virginia and owns real property located at 4319 Eleanors Way, Williamsburg, Virginia 23188.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

387.  Plaintiffs, James and Kristin Griffin are citizens of Virginia and together own real property located at 311 Preservation Reach, Chesapeake, Virginia 23320.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

388.  Plaintiffs, Bryan and Kimberly Wood are citizens of Virginia and together own real property located at 603 Mansion Road, Yorktown, Virginia 23693.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

389.  Plaintiffs, Joshua and Sharntay Harry are citizens of Virginia and together own real property located at 903 Eastfield Lane, Newport News, Virginia 23602.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

390.  Plaintiffs, Nosel Tomas, Lance Coates, Virginia Masana, Flor Villania and Joan

74

Nestib are citizens of Virginia and together own real property located at 3961 Vorder Way, Virginia Beach, Virginia 23456.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

391.  Plaintiffs, Daniel and Lillian Nolan are citizens of Virginia and together own real property located at 216 Wildlife Trace, Chesapeake, Virginia 23320.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

392.  Plaintiffs, Andrew and Linda Smith are citizens of Virginia and together own real property located at 217 Wildlife Trace, Chesapeake, Virginia 23320.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

393.  Plaintiff, Jeffrey Estes is a citizen of Virginia and owns real property located at 308 Preservation Reach, Chesapeake, Virginia 23320.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

394.  Plaintiff, Robert Barrett is a citizen of Virginia and owns real property located at 310 Preservation Reach, Chesapeake, Virginia 23320.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

395.  Plaintiffs, Gregory and Nancy Curtis are citizens of Virginia and together own real property located at 221 Wildlife Trace, Chesapeake, Virginia 23320.  Plaintiffs are participating

as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

396.  Plaintiffs, Kenneth and Jeri Johnson and Johnson Family Living Trust are citizens of Virginia and together own real property located at 609 Mansion Road, Yorktown, Virginia 23693.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

397.  Plaintiff, Brad Bonsoulin is a citizen of Virginia and owns real property located at 4124 Brittany Way, Williamsburg, Virginia 23185.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

398.  Plaintiffs, Hugh and Tracy Vest are citizens of Virginia and together own real property located at 111 Eston's Run, Yorktown, Virginia 23693.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

399.  Plaintiffs, Dwight and Psyche Page are citizens of Virginia and together own real property located at 102 Overlook Point, Yorktown, Virginia 23693.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

400.  Plaintiffs, Keith and Elizabeth Berry are citizens of Virginia and together own real property located at 607 Mansion Road, Yorktown, Virginia 23693.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this

amended complaint which are incorporated herein by reference.

401.  Plaintiffs, Sara and Geoffrey Pagano are citizens of Virginia and together own real property located at 211 Wildlife Trace, Chesapeake, Virginia 23320.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

402.  Plaintiffs, James and Sheri Fields are citizens of Virginia and together own real property located at 1203 Avondale Lane, Newport News, Virginia 23602.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

403.  Plaintiff, Jason Purse is a citizen of Virginia and owns real property located at 4309 Creekside Loop, Williamsburg, Virginia 23188.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

404.  Plaintiffs, Lupe and Joseph Charsagua are citizens of Virginia and together own real property located at 610 Mansion Road, Yorktown, Virginia 23693.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

405.  Plaintiffs, John and Margaret Galanda are citizens of North Carolina and together own real property located at 186 Cedarwood Boulevard, Hertford, North Carolina 27944. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

406.  Plaintiff, Jason McLaain is a citizen of Virginia and owns real property located at

3209 Rannock Moor, Williamsburg, Virginia 23188.  Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this

amended complaint which are incorporated herein by reference.

407.  Plaintiffs, Christopher and Carrie Dolan are citizens of Virginia and together own

real property located at 3302 Rannock Moor, Williamsburg, Virginia 23188.  Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this amended complaint which are incorporated herein by reference.

408.  Plaintiffs, Paul and Janet Jones are citizens of Virginia and together own real

property located at 3303 Rannock Moor, Williamsburg, Virginia 23188.  Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this amended complaint which are incorporated herein by reference.

409.  Plaintiffs, Susan and Jeffrey Tierney are citizens of Virginia and together own real

property located at 3301 Rannock Moor, Williamsburg, Virginia 23188.  Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this amended complaint which are incorporated herein by reference.

410.  Plaintiffs, Jason and Jessica Madzuma are citizens of Virginia and together own real

property located at 5303 Center Street, Williamsburg, Virginia 23188.  Plaintiffs are participating

as class representatives in the class and subclasses as set forth in the schedules accompanying

this amended complaint which are incorporated herein by reference.

411.  Plaintiffs, Scott and Margaret Jarrett are citizens of Virginia and together own real

property located at 3210 Rannock Moor, Williamsburg, Virginia 23188.  Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this amended complaint which are incorporated herein by reference.

412. Plaintiffs, Anthony and Caroline Palamidessi are citizens of Virginia and together own real property located at 3309 Aaron Thistle, Williamsburg, Virginia 23188. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

413. Plaintiff, Frances Myott is a citizen of Virginia and owns real property located at 3208 Rannock Moor, Williamsburg, Virginia 23188. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

414. Plaintiff, Mariana Lee is a citizen of Virginia and owns real property located at 4320 Lydia Drive, Williamsburg, Virginia 23188. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

415. Plaintiff, Alexander Anderson is a citizen of Virginia and owns real property located at 309 Preservation Reach, Chesapeake, Virginia 23320. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

416. Plaintiff, Ronald Campana, Jr., is a citizen of Virginia and owns real property located at 4323 Eleanors Way, Williamsburg, Virginia 23188. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

417. Plaintiffs, Marcus and Debbie Stevenson are citizens of Arizona and together own

real property located at 2506 Swilkens Bridge, Williamsburg, Virginia 23188. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

418. Plaintiffs, Nathan and Elizabeth Kiewiet are citizens of Virginia and together own real property located at 3307 Arran Thistle, Williamsburg, Virginia 23188. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

419. Plaintiff, Bryon Hand is a citizen of Virginia and owns real property located at 3207 Arran Thistle, Williamsburg, Virginia 23188. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

420. Plaintiffs, Calvin and Tammy Loper are citizens of Virginia and together own real property located at 321 Croft Crossing, Chesapeake, Virginia 23320. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

421. Plaintiff, Cassie Evans is a citizen of Virginia and owns real property located at 4321 Eleanors Way, Williamsburg, Virginia 23188. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

422. Plaintiff, Jessica McLenaghan is a citizen of Virginia and owns real property located at 4317 Eleanors Way, Williamsburg, Virginia 23188. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

80

amended complaint which are incorporated herein by reference.

423.  Plaintiffs, Warren and Ann Marie Higgs are citizens of Virginia and together own real property located at 2906 Craig End, Williamsburg, Virginia 23188.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

424.  Plaintiffs, Marilou and Aladin Destacamento are citizens of Florida and together own real property located at 910 Alaska Avenue, Lehigh Acres, Florida 33971.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

425.  Plaintiffs, William and Virginia Meehan are citizens of Connecticut and together own real property located at 2624 NW Embers Terrace, Cape Coral, Florida 33993 and 332 NE 26th Terrace, Cape Coral, Florida 33909.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

426.  Plaintiffs, Matthew and Stephanie Distel are citizens of Florida and together own real property located at 1145 NW 28th Avenue, Cape Coral, Florida 33993.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

427.  Plaintiffs, David and Cassidy Williams are citizens of Florida and together own real property located at 334 NW 17th Terrace, Cape Coral, Florida 33993.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

428.  Plaintiffs, Antonio and Deborah Randazzo are citizens of Florida and together own real property located at 2193 Willoughby Street, Port Charlotte, Florida 33980.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

429.  Plaintiffs, Joyce and James Morris are citizens of Florida and together own real property located at 12626 Astor Place, Fort Myers, Florida 33913.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

430.  Plaintiffs, Luis and Odette Santos are citizens of Florida and together own real property located at 3251 Lee Way Court, N. Fort Myers, Florida 33903.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

431.  Plaintiffs, Ralph and Catherine Sangiovanni are citizens of Florida and together own real property located at 2219 SE 27th Street, Cape Coral, Florida 33904.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

432.  Plaintiff, Cristina Cruz is a citizen of Florida and owns real property located at 812 Adeline Avenue, Lehigh Acres, Florida 33971.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

433.  Plaintiffs, Nelson and Losi Pinney are citizens of Florida and together own real property located at 138 SE 29th Street, Cape Coral, Florida 33904.  Plaintiffs are participating as

class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

434. Plaintiff, Pollux, LLC is a citizen of Florida and owns real property located at 721 Ashley Road, Lehigh Acres, Florida 33974, 1257 Brook Park Avenue, Lehigh Acres, Florida 33913, 1145 Pineda Street East, Lehigh Acres, Florida 33974, 1220 Ederle Street, Lehigh Acres, Florida 33974. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

435. Plaintiffs, Mark Alan and Sandra Foster are citizens of Florida and together own real property located at 2832 Sarletto Street, North Port, Florida 34288. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

436. Plaintiff, Ashley Ball is a citizen of Florida and owns real property located at 19420 La Serena Drive, Fort Myers, Florida 33967. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

437. Plaintiff, Paulett Antinarelli is a citizen of Florida and owns real property located at 914 SW 23rd Street, Cape Coral, Florida 33991. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

438. Plaintiff, Janet Avery is a citizen of Florida and owns real property located at 10671 Camerelle Circle, Fort Myers, Florida 33913. Plaintiff is participating as a class representative in

the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

439.  Plaintiffs, Garry and Lynn Baker are citizens of Ohio and together own real property located at 2817 NW 4th Terrace, Cape Coral, Florida 33993.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

440.  Plaintiff, Casel Bowen is a citizen of Florida and owns real property located at 4834 Tuscan Loon Drive, Tampa, Florida 33619.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

441.  Plaintiffs, Robert Bynoe and Jennifer Little-Bynoe are citizens of Florida and together own real property located at 190 Valdira Street, Punta Gorda, Florida 33983.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

442.  Plaintiff, David Carr is a citizen of Florida and owns real property located at 3602 Oakwood Drive, Wesley Chapel, Florida 33543.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

443.  Plaintiffs, Ariel and Mitchell Chimelis are citizens of Florida and together own real property located at 561 SW Prater Avenue, Port St. Lucie, Florida 34953.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

444.  Plaintiffs, Alfred and Lorraine Cirinelli are citizens of New Jersey and together own real property located at 304 SE 21st Terrace, Cape Coral, Florida 33990.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

445.  Plaintiff, James Clark is a citizen of Florida and owns real property located at 6710 SW Miami Avenue, Arcadia, Florida 34266.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

446.  Plaintiffs, Jimmy and Patricia Clark are citizens of Florida and together own real property located at 3432 SW 15th Terrace, Cape Coral, Florida 33914.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

447.  Plaintiff, Jenine Colello is a citizen of Florida and owns real property located at 2201 NW Embers Terrace, Cape Coral, Florida 33993.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

448.  Plaintiffs, Manfredo and Maria Cotraccia are citizens of New York and together own real property located at 11569 Hammocks Glade Drive, Riverview, Florida 33569.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

449.  Plaintiff, Donnett Daley is a citizen of Florida and owns real property located at 2518 55th Street W., Lehigh Acres, Florida 33971.  Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

450.  Plaintiff, John C. DeYoung is a citizen of Florida and owns real property located at 4147 Courtside Way, Tampa, Florida 33618.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

451.  Plaintiff, Demetrius Dixon is a citizen of Florida and owns real property located at 11421 Mountain Bay Drive, Riverview, Florida 33569.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

452.  Plaintiffs, Timothy and Melissa Dorman are citizens of Florida and together own real property located at 10703 Rockledge View Drive, Riverview, Florida 33579.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

453.  Plaintiff, Richard Edwards is a citizen of Florida and owns real property located at 1629 SW 14th Place, Cape Coral, Florida 33991.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

454.  Plaintiffs, Vincent and Doren Emandez are citizens of Florida and together own real property located at 11310 Bridge Pine Drive, Riverview, Florida 33569.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

455.  Plaintiffs, William and Vicki Foster are citizens of Florida and together own real property located at 10814 Fortina Drive, Fort Myers, Florida 33913.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

456.  Plaintiffs, Gary and Patricia Gallucci are citizens of Florida and together own real property located at 10862 Tiberio Drive, Fort Myers, Florida 33913.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

457.  Plaintiffs, Scott and Amy Garrity are citizens of Florida and together own real property located at 14820 Ninebark Court, Land O'Lakes, Florida 34638.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

458.  Plaintiffs, Anthony and Candace Gody are citizens of Florida and together own real property located at 18042 Tiberio Drive, Fort Myers, Florida 33913.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

459.  Plaintiff, Wesley Harrison is a citizen of Florida and owns real property located at 6661 Woodland Road, Macclenny, Florida 32063.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

460.  Plaintiffs, Kyle and Mamie Himmelberger are citizens of Florida and together own real property located at 900 SW Embers Terrace, Cape Coral, Florida 33991.  Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

461.  Plaintiffs, Edd and Mary Hipps are citizens of Florida and together own real property located at 4506 Highland Creek Drive, Plant City, Florida 33567.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

462.  Plaintiffs, Robert and colleen Jablonski are citizens of Florida and together own real property located at 8000 Allamando Court, Lehigh Acres, Florida 33872.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

463.  Plaintiffs, Jason and Jessica James are citizens of Florida and together own real property located at 3850 NW 32nd Place, Cape Coral, Florida 33993.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

464.  Plaintiffs, Henrik and Jennifer Johansson are citizens of Florida and together own real property located at 27070 Eden Rock Court, Bonita Springs, Florida 34135.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

465.  Plaintiff, Kaufman/Manley, a General Partnership owns real property located at 13966 Clubhouse Drive, Tampa, Florida 33618.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

88

466.  Plaintiffs, Houchang and Hazel Khatamian are citizens of Florida and together own real property located at 2710 SW 10th Avenue, Cape Coral, Florida 33914.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

467.  Plaintiff, Peter Kotajarvi is a citizen of Illinois and owns real property located at 4141 Courtside Way, Tampa, Florida 33618.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

468.  Plaintiffs, Dennis and Karen Lang are citizens of Florida and together own real property located at 1717 NE 4th Place, Cape Coral, Florida 33909.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

469.  Plaintiffs, Giovanni and Christine Latona are citizens of Florida and together own real property located at 2056 NE 20th Terrace, Cape Coral, Florida 33909.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

470.  Plaintiffs, John and Jacine Lester and Larry Schiller are citizens of Florida and together own real property located at 921 NW 8th Place, Cape Coral, Florida 33993 and 1901 NE 4th Place, Cape Coral, Florida 33909.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

471.  Plaintiff, Mauricio Londono is a citizen of Florida and owns real property located at

89

4635 Rolling Green Drive, Wesley Chapel, Florida  33543.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

472.  Plaintiffs, Wsvaldo and Martha Madrigal are citizens of Florida and together own real property located at 2716 16th Street West, Lehigh Acres, Florida 33871.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

473.  Plaintiffs, Joseph and Christina McKinnon are citizens of Florida and together own real property located at 528 Wheaton Trent Place, Tampa, Florida 33619.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

474.  Plaintiffs, Brian and Stephanie McLendon are citizens of Florida and together own real property located at 11317 Bridge Pine Drive, Riverview, Florida 33569.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

475.  Plaintiffs, Michael and Stephanie McNeill are citizens of Florida and together own real property located at 13940 Clubhouse Drive, Tampa, Florida 33618.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

476.  Plaintiff, Nelson Medina is a citizen of Florida and owns real property located at 18472 Sunflower Road, Fort Myers, Florida 33967.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

amended complaint which are incorporated herein by reference.

477.  Plaintiffs, Stuart and Lee Meyers are citizens of Florida and together own real property located at 12491 Verandah Blvd., Fort Myers, Florida 33905.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

478.  Plaintiff, Samuel Mirakian is a citizen of Ohio and owns real property located at 20316 Larino Loop, Estero, Florida 33928 and 20345 Larino Loop, Estero, Florida 33928. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

479.  Plaintiffs, Imtiaz and Sabita Mohammed are citizens of Florida and together own real property located at 324 Laurel Avenue South, Lehigh Acres, Florida 33974.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

480.  Plaintiffs, Tony and Veronica Morton and Mendel and Debbie Tipton are citizens of Kentucky and together own real property located at 703 SW 22nd Terrace, Cape Coral, Florida 33991.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

481.  Plaintiffs, James and Kathleen Nichols are citizens of Florida and together own real property located at 1217 NE 7th Place, Cape Coral, Florida 33909.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

482.  Plaintiffs, Magno and Aracelli Nuqui are citizens of Florida and together own real property located at 10860 Tiberio Drive, Fort Myers, Florida 33913.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

483.  Plaintiff, Joan Patterson is a citizen of Florida and owns real property located at 1934 Rowland Drive, Odessa, Florida 33556.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

484.  Plaintiffs, Anthony and Marcia Perga are citizens of Florida and together own real property located at 13932 Clubhouse Drive, Tampa, Florida 33618.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

485.  Plaintiffs, Steven and Dorothy Raucci are citizens of Florida and together own real property located at 10856 Tiberio Drive, Fort Myers, Florida 33913.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

486.  Plaintiffs, Rigoberto and Maria Rivas, Luis Mitjans and Arturo Loynaz are citizens of Florida and together own real property located at 3506 Tropicana Parkway West, Cape Coral, Florida 33993.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

487.  Plaintiffs, Damian and Sonia Rivera are citizens of Florida and together own real

property located at 3518 20th Street, SW, Lehigh Acres, Florida 33876.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

488.  Plaintiff, Ann Rosko is a citizen of Florida and owns real property located at 705 Bently Street East, Lehigh Acres, Florida 33874.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

489.  Plaintiff, Russell Winsome is a citizen of Florida and owns real property located at 184 Wanatah Avenue, Lehigh Acres, Florida 33874.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

490.  Plaintiffs, Samir and Julia Salman are citizens of Michigan and together own real property located at 3620 SW 3rd Terrace, Cape Coral, Florida 33991.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

491.  Plaintiffs, Francisco and Maricellis Santana are citizens of Florida and together own real property located at 1311 Bridge Pine Drive, Riverview, Florida 33569.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

492.  Plaintiffs, Eric and Andrea Sonnie are citizens of Ohio and together own real property located at 10864 Tiberio Drive, Fort Myers, Florida 33913.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying

this amended complaint which are incorporated herein by reference.

493.  Plaintiffs, Francisco Sulen and Diana King are citizens of Florida and together own

real property located at 8502 Summer Avenue, Fort Myers, Florida 33908.  Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this amended complaint which are incorporated herein by reference.

494.  Plaintiffs, Eddie and Michele Teague are citizens of Florida and together own real

property located at 2807 21st Street West, Lehigh Acres, Florida 33871.  Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this amended complaint which are incorporated herein by reference.

495.  Plaintiff, Stephen Valcq is a citizen of Florida and owns real property located at

11250 NE 220th Street, Fort McCoy, Florida 32134.  Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this

amended complaint which are incorporated herein by reference.

496.  Plaintiff, Gladys Valle is a citizen of Florida and owns real property located at 302

NE 14th Street, Cape Coral, Florida 33909.  Plaintiff is participating as a class representative in

the class and subclasses as set forth in the schedules accompanying this amended complaint

which are incorporated herein by reference.

497.  Plaintiff, Joan Watson Trust owns real property located at 10834 Tiberio Drive, Fort

Myers, Florida 33913.  Plaintiff is participating as a class representative in the class and

subclasses as set forth in the schedules accompanying this amended complaint which are

incorporated herein by reference.

498.  Plaintiffs, Scott and Lucille Whitlock are citizens of Florida and together own real

94

property located at 1124 NE 14th Street, Cape Coral, Florida 33909.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

499.  Plaintiffs, Lee and Kimberly Yost are citizens of Florida and together own real property located at 13954 Clubhouse Drive, Tampa, Florida 33618.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

500.  Plaintiff, Joseph Serio is a citizen of Louisiana and owns real property located at 5 Hunter Place, Metairie, Louisiana 70001.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

501.  Plaintiff, Mindy Sitaras is a citizen of Florida and owns real property located at 15948 Fish Hawk Creek, Lithia, Florida 33547.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

502.  Plaintiff, Mark Hamwee is a citizen of London and owns real property located at 2557 Deerfield Lake Court, Cape Coral, Florida 33909.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

503.  Plaintiff, Marie Desire is a citizen of Florida and owns real property located at 4734 14th Street SW, Lehigh Acres, Florida 33973 and 4736 14th Street, SW, Lehigh Acres, Florida 33973.  Plaintiff is participating as a class representative in the class and subclasses as set forth in

the schedules accompanying this amended complaint which are incorporated herein by reference.

504.  Plaintiff, Tyrone C. Turner is a citizen of Louisiana and owns real property located at 17447 Rosemont Drive, Prairieville, Louisiana 70769.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

## DEFENDANTS

505.  Unless specifically stated to the contrary, all individual defendants are citizens of the state where they do business and all entities are citizens of the state where they are organized. For those entities, where the state of organization is not listed, it is asserted upon information and belief that the entity is incorporated and/or organized in the state of its principal place of business.

### The Manufacturing Defendants

506.  Defendant, Beijing New Building Materials Public Limited Co. is a foreign corporation doing business in several States, including but not limited to, Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina, and Virginia.  Upon information and belief, Defendant, together with its affiliates and/or actual or apparent agents, manufactured, sold, distributed, marketed and placed within the stream of commerce gypsum drywall with the expectation that the drywall would be purchased by thousands of consumers, if not more, within various States, including but not limited to, Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina, and Virginia.  Upon information and belief, Defendant has continuously and systematically distributed and sold drywall to numerous purchasers in the United States and their drywall is installed in numerous structures in the United States. Defendant manufactured and

sold, directly and indirectly, to certain suppliers in the United States.

507. Defendant, Taishan Gypsum Co., Ltd. F/k/a Shandong Taihe Dongxin Co., Ltd. is a foreign corporation doing business in several States, including but not limited to, Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina, and Virginia. Upon information and belief, Defendant, together with its affiliates and/or actual or apparent agents, manufactured, sold, distributed, marketed and placed within the stream of commerce gypsum drywall with the expectation that the drywall would be purchased by thousands of consumers, if not more, within various States, including but not limited to, Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina, and Virginia. Upon information and belief, Defendant has continuously and systematically distributed and sold drywall to numerous purchasers in the United States and their drywall is installed in numerous structures in the United States. Defendant manufactured and sold, directly and indirectly, to certain suppliers in the United States.

508. Defendant, Taian Taishan Plasterboard Co., Ltd. is a foreign corporation doing business in several States, including but not limited to, Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina, and Virginia. Upon information and belief, Defendant, together with its affiliates and/or actual or apparent agents, manufactured, sold, distributed, marketed and placed within the stream of commerce gypsum drywall with the expectation that the drywall would be purchased by thousands of consumers, if not more, within various States, including but not limited to, Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina, and Virginia. Upon information and belief, Defendant has continuously and systematically distributed and sold drywall to numerous purchasers in the United States and their drywall is installed in numerous structures in the United States. Defendant manufactured and sold, directly and indirectly, to

97

certain suppliers in the United States.

509.   Defendant, Taian Taishan Plasterboard Co., Ltd. is a wholly owned subsidiary of Defendant, Taishan Gypsum Co., Ltd. F/k/a Shandong Taihe Dongxin Co., Ltd. ( Taian Taishan Plasterboard Co., Ltd. and Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd. are collectively referred to herein as "Taishan").

510.   Defendant, Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd. is a foreign corporation doing business in several States, including but not limited to, Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina, and Virginia.  Upon information and belief, Defendant, together with its affiliates and/or actual or apparent agents, manufactured, sold, distributed, marketed and placed within the stream of commerce gypsum drywall with the expectation that the drywall would be purchased by thousands of consumers, if not more, within various States, including but not limited to, Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina, and Virginia.  Upon information and belief, Defendant has continuously and systematically distributed and sold drywall to numerous purchasers in the United States and their drywall is installed in numerous structures in the United States. Defendant manufactured and sold, directly and indirectly, to certain suppliers in the United States.

511.   Defendant, Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. is a foreign corporation doing business in several States, including but not limited to, Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina, and Virginia.  Upon information and belief, Defendant, together with its affiliates and/or actual or apparent agents, manufactured, sold, distributed, marketed and placed within the stream of

commerce gypsum drywall with the expectation that the drywall would be purchased by

thousands of consumers, if not more, within various States, including but not limited to,

Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina, and Virginia.  Upon

information and belief, Defendant is the manufacturer, importer, exporter, distributor, supplier

and/or broker of drywall bearing markings that state, "Crescent City Gypsum, Inc."

### The Unascertainable Manufacturer Defendants

512.  Upon information and belief, certain defendants are manufacturers of the defective

Chinese manufactured drywall at issue in this litigation.  Because these defendants have

fraudulently concealed their identities and/or their involvement in the manufacture, distribution,

supply, sale, importing, exporting, and/or brokering of the defective drywall at issue in this

litigation they are considered "unascertainable manufacturer defendants."  Certain of the

defendants below (and the Plaintiffs asserting claims against them) may later need to be included

in the proceedings in *Gross, et al. v. Knauf GIPS KG, et al.*, Case No. 09-6690 (E.D.La.), as

parties to the Plaintiffs' Omnibus Class Action Complaint in Intervention (III).

513.  Defendant, Prowall Drywall, Inc. a.k.a. Prowall; Pro Wall and Pro-Wall (hereafter

"Pro Wall") is a manufacturer, importer, exporter, distributor, supplier, and/or broker of drywall

and related building products that engaged in these practices, which has resulted in harm and

damages to Class and Subclass Members.  Defendant's address and place of incorporation are

unknown and have been fraudulently concealed by this Unascertainable Defendant and others.

514.  Defendant, International Materials Trading a.k.a. IMT Gypsum; International

Materials Trading, Ltd.; IMT; International Materials Trading IMT Chinese Plasterboard; and

International Materials Trading (IMT) Gypsum (hereafter "IMT") is a manufacturer, importer,

exporter, distributor, supplier, and/or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Class and Subclass Members.  Defendant's address and place of incorporation are unknown and have been fraudulently concealed by this Unascertainable Defendant and others.

515.  Defendant, Panel Rey a.k.a. Panel de Yeso Panel (hereafter "Panel Rey") is a manufacturer, importer, exporter, distributor, supplier, and/or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Class and Subclass Members.  Defendant's address and place of incorporation are unknown and have been fraudulently concealed by this Unascertainable Defendant and others.

516.  Defendant, Shamrock Gold is a manufacturer, importer, exporter, distributor, supplier, and/or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Class and Subclass Members.  Defendant's address and place of incorporation are unknown and have been fraudulently concealed by this Unascertainable Defendant and others.

517.  Defendant, Gridmarx a.k.a. GridmarX; Grid Marx and GridMarX (hereafter "Gridmarx") is a manufacturer, importer, exporter, distributor, supplier, and/or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Class and Subclass Members.  Defendant's address and place of incorporation are unknown and have been fraudulently concealed by this Unascertainable Defendant and others.

518.  Defendant, Gypsum Board is a manufacturer, importer, exporter, distributor, supplier, and/or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Class and Subclass Members.  Defendant's address

and place of incorporation are unknown and have been fraudulently concealed by this
Unascertainable Defendant and others.

519.  Defendant, USB is a manufacturer, importer, exporter, distributor, supplier, and/or
broker of drywall and related building products that engaged in these practices, which has
resulted in harm and damages to Class and Subclass Members.  Defendant's address and place of
incorporation are unknown and have been fraudulently concealed by this Unascertainable
Defendant and others.

520.  Defendant, Pabco is a manufacturer, importer, exporter, distributor, supplier, and/or
broker of drywall and related building products that engaged in these practices, which has
resulted in harm and damages to Class and Subclass Members.  Defendant's address and place of
incorporation are unknown and have been fraudulently concealed by this Unascertainable
Defendant and others.

**The Distributor/Supplier/Importer/Exporter/Broker Defendants**

521.  Defendant USG Corporation is a Delaware corporation with a principal place of
business in Chicago, Illinois.  USG, together with its various affiliates, including its subsidiary,
L&W Supply Corporation and Seacoast Supply Company, is the nation's largest distributor of
drywall and related building products.  USG, through its subsidiary L&W Supply Corporation,
sold, distributed, supplied, marketed, inspected, imported, exported, or delivered the drywall at
issue in this litigation.  USG is responsible for the actions of its subsidiary through control person
and other management activities.

522.  Defendant, L&W Supply Corporation d/b/a Seacoast Supply Company is an entity
or individual with a principal place of business at 550 W. Adams Street, Dept. 174, Chicago,

Illinois 60661. Defendant is organized under the laws of Delaware. L&W Supply Corporation is a subsidiary of USG. Defendant is a importer, exporter, distributor or supplier of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

523. Defendant, Ace Hardware Corporation is an entity or individual with a service address at c/o Lexis Documents Services, Inc., Registered Agent, 150 S. Perry Street, Montgomery, Alabama, 36104. Defendant is organized under the laws of Delaware. Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

524. Defendant, Aces Towing Enterprises, L.L.C. is an entity or individual with a principal place of business at 205 St. Bernard Hwy., Chalmette, Louisiana 70043 . Defendant is organized under the laws of Louisiana. Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

525. Defendant, All Florida Drywall Supplies, Inc. is an entity or individual with a principal place of business at 8503 Sunstate St., Tampa, Florida 33634. Defendant is organized under the laws of Florida. Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

526. Defendant, Banner Supply Company Fort Myers, LLC is an entity or individual with a principal place of business at 2910 Cargo Street, Fort Myers, Florida 33916. Defendant is organized under the laws of Florida. Defendant is a importer, exporter, distributor, supplier or

broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

527.  Defendant, Banner Supply company Pompano, LLC is an entity or individual with a principal place of business at 1660 SW 13th Court, Pompano Beach, Florida 33069.  Defendant is organized under the laws of Florida.  Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

528.  Defendant, Banner Supply Co. is an entity or individual with a principal place of business at 7195 NW 30th Street, Miami, Florida 33122.  Defendant is organized under the laws of Florida.  Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

529.  Defendant, Banner Supply International, LLC is an entity or individual with a principal place of business at 7195 NW 30th Street, Miami, Florida 33122.  Defendant is organized under the laws of Florida.  Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

530.  Defendant, BE Wholesale is an entity or individual with a principal place of business at 81 Golden Property Road, Bremen, Georgia 30110.  Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

531.  Defendant, Black Bear Gypsum Supply, Inc. is an entity or individual with a

103

principal place of business at 2050 Tall Pines Drive, Suite B, Largo, Florida 33771.  Defendant is

organized under the laws of Florida.  Defendant is a importer, exporter, distributor, supplier or

broker of drywall and related building products that engaged in these practices, which has

resulted in harm and damages to Subclass Members.

532.  Defendant, Black Bear Gypsum, LLC is an entity or individual with a principal

place of business at 2050 Tall Pines Drive, Suite B, Largo, Florida 33771.  Defendant is

organized under the laws of Florida.  Defendant is a importer, exporter, distributor, supplier or

broker of drywall and related building products that engaged in these practices, which has

resulted in harm and damages to Subclass Members.

533.  Defendant, Cajun Construction & Design, Inc. is an entity or individual with a

service address at Clint Nunez, 2310 Perdido Street, New Orleans, Louisiana 70119.  Defendant

is organized under the laws of Louisiana.  Defendant is a importer, exporter, distributor, supplier

or broker of drywall and related building products that engaged in these practices, which has

resulted in harm and damages to Subclass Members.

534.  Defendant, HLP/GAC International, Inc. is an entity or individual with a service

address at George Thomas Anding, 1718 Trinity Valley Drive, Carrollton, TX 75006.  Defendant

is organized under the laws of Texas.  Defendant is a importer, exporter, distributor, supplier or

broker of drywall and related building products that engaged in these practices, which has

resulted in harm and damages to Subclass Members.

535.  Defendant, City Salvage, Inc. is an entity or individual with a service address at

Larry W. Loftin, 804 Lambert Street, Laurel, MS 39440.  Defendant is organized under the laws

of Mississippi.  Defendant is a importer, exporter, distributor, supplier or broker of drywall and

related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

536.   Defendant, Dalessio Drywall & Painting Corporation is an entity or individual with a principal place of business at 39406 Rock Ford Avenue, Zephyrhills, Forida 33542. Defendant is organized under the laws of Florida.  Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

537.   Defendant, Drive Enterprises, Inc. is an entity or individual with a principal place of business at 2101 Walkers Lane, Meraux, Louisiana 70075.  Defendant is organized under the laws of Louisiana.  Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

538.   Defendant, Gulf Sales & Import Company, Inc. is an entity or individual with a principal place of business at 1600 N. Upland Avenue, Metairie, Louisiana 70003.  Defendant is organized under the laws of Louisiana.  Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

539.   Defendant, Home Depot USA, Inc. is an entity or individual with a service address at Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808.  Defendant is organized under the laws of Delaware.  Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

540.  Defendant, Interior/Exterior Building Supply, LP is an entity or individual with a principal place of business at 727 S. Cortez Street, New Orleans, Louisiana 70119.  Defendant is organized under the laws of Louisiana.  Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

541.  Defendant, Interior/Exterior Enterprises, LLC is an entity or individual with a principal place of business at 727 S. Cortez Street, New Orleans, Louisiana 70119.  Defendant is organized under the laws of Louisiana.  Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

542.  Defendant, Millennium Builders, Inc. is an entity or individual with a service address at Justin Mire, 310 Pinehurst Street, Suite 3, Lafayette, Louisiana 70508.  Defendant is organized under the laws of Louisiana.  Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

543.  Defendant, Osprey-Gulf Shore Building Materials, Inc. is an entity or individual with a principal place of business at 4328 Domestic Avenue, Naples, Florida 34104.  Defendant is organized under the laws of Florida.  Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

544.  Defendant, RJL Drywall, Inc. is an entity or individual with a principal place of business at 8181 Bayshore Road, Fort Myers, Florida 33917.  Defendant is organized under the

106

laws of Florida.  Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

545.  Defendant, Rosen Building Supplies, Inc. is an entity or individual with a principal place of business at 5310 NW 33 Avenue, Suite 100, Ft. Lauderdale, Florida 33309.  Defendant is organized under the laws of Florida.  Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

546.  Defendant, Stock Building Supply, LLC is an entity or individual with a principal place of business at 8020 Arco Corporate Drive, Raleigh, North Carolina 27617.  Defendant is organized under the laws of North Carolina.  Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

547.  Defendant, the Porter-Blaine Corporation is an entity or individual with a principal place of business at 1140 Azalea Garden Road, Norfolk, Virginia 23502.  Defendant is organized under the laws of Virginia.  Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

548.  Defendant, Venture Supply, Inc. is an entity or individual with a principal place of business at 1140 Azalea Garden Road, Norfolk, Virginia 23502.  Defendant is organized under the laws of Virginia.  Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and

damages to Subclass Members.

549.  Defendant, Tobin Trading, Inc. is an entity or individual with a principal place of business at 5008 Gatehouse Way, Virginia Beach, Virginia 23455.  Defendant is organized under the laws of Virginia.  Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

550.  Defendant, Wholesale Direct Lumber, LLC is an entity or individual with a principal place of business at 2728 Conti Street, New Orleans, Louisiana 70119.  Defendant is organized under the laws of Louisiana.  Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

### The Developer/Builder Defendants

551.  Defendant, A & D Homes, Inc. is an entity or individual with a principal place of business at 25 Homestead Road, Suite 5, Lehigh Acres, Florida 33936.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

552.  Defendant, A.R.B.C. Corporation is an entity or individual with a principal place of business at 5645 Strand Boulevard, Naples, Florida 34110.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

553.   Defendant, Ainslie Group, Inc. is an entity or individual with a principal place of business at 389 Edwin Drive, Virginia Beach, Virginia 23462.  Defendant is organized under the laws of Virginia.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

554.   Defendant, Albanese-Popkin The Oaks Development Group, L.P. is an entity or individual with a principal place of business at 1200 S. Rogers Circle, Suite #11, Boca Raton, Florida 33487.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

555.   Defendant, Alvian Homes, Inc. is an entity or individual with a service address at Robert Rimany, Jr., 3812, SW 3rd Terrace, Cape Coral, Florida 33991.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

556.   Defendant, American Eastern, Inc.  is an entity or individual with a principal place of business at 632 Hampton Highway, Yorktown, Virginia 23693.  Defendant is organized under the laws of Virginia.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

557.   Defendant, Wellington, LLC is an entity or individual with a principal place of business at 632 Hampton Highway, Yorktown, Virginia 23693.  Defendant is organized under

109

the laws of Virginia.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

558.  Defendant, American Gallery Development Group, LLC is an entity or individual with a principal place of business in Cape Coral, Florida during all periods relevant to the instant cause of action who no longer does business in Florida and pursuant to F.S. Chapter 48 has authorized service to be made upon the Secretary of State of the State of Florida, P.O. Box 6327, Tallahassee, Florida 32314.  Defendant is organized under the laws of Delaware.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

559.  Defendant, American Homes is an entity or individual with a service address at 25167 North Toledo Blade Boulevard, #2, North Port, Florida 34289.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

560.  Defendant, Antilles Vero Beach, LLC is an entity or individual with a principal place of business at 202 SE 5th Street, Delray Beach, Florida 33483.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

561.  Defendant, Aranda Homes, Inc. is an entity or individual with a principal place of business at 1310 SW4th Terrace, Cape Coral, Florida 33991.  Defendant is organized under the

laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

562.  Defendant, Arizen Homes, Inc. is an entity or individual with a principal place of business at 2700 W. Cypress Creek Road, Suite B-111, Ft. Lauderdale, Florida 33309. Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

563.  Defendant, Atlantic Homes Development Corporation is a service address at Kenneth L. Allen, 109 Nat Turner Boulevard, Newport News, Virginia 23606.  Defendant is organized under the laws of Virginia.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

564.  Defendant, Atlantic Homes, LLC is an entity or individual with a principal place of business at 2 Eaton Street, Suite 1100, Hampton, Virginia 23606.  Defendant is organized under the laws of Virginia.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

565.  Defendant, HHJV, LLC is an entity or individual with a principal place of business at 729 Thimble Shoals Boulevard, Suite 4A, Newport News, Virginia 23606.  Defendant is organized under the laws of Virginia.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm

111

and damages to Subclass members as described herein.

566.  Defendant, AHJV, LLC, is an entity or individual with a principal place of business at 2 Eaton Street, Suite 1100, Hampton, Virginia 23669.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

567.  Defendant, Kensington Woods, LLC, is an entity or individual with a principal place of business at Drawer 18, Parkview Station, Newport News, Virginia 23606.  Defendant is organized under the laws of Virginia.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

568.  Defendant, Atlantic Homes, LLC is an entity or individual with a principal place of business at 1877 Harbor Point Circle, Weston, Florida 33327.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

569.  Defendant, Barony Homes, Inc.  is an entity or individual with a principal place of business at 2508 Del Prado Boulevard South, Cape Coral, Florida 33904.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

570.  Defendant, Bass Homes, Inc. is an entity or individual with a service address at

William L. Bass, P.O. Box 344, Stapleton, Alabama 36578. Defendant is organized under the laws of Alabama. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

571. Defendant, Bay Colony - Gateway, Inc. is an entity or individual with a service address at Vivien Hastings, 24301 Walden Center Drive, Suite 300, Bonita Springs, Florida 34134 . Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

572. Defendant, Baywood Construction, Inc. is an entity or individual with a principal place of business at 3515 Del Prado Boulevard, #107, Cape Coral, Florida 33990. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

573. Defendant, BDG Waterstone, LLC is an entity or individual with a principal place of business at 12098 SW 133 Ct., Miami, Florida 33186. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

574. Defendant, Beazer Homes Corp. is an entity or individual with a principal place of business at 1000 Abernathy Road, Suite 1200, Atlanta, Georgia 30328. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or

through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

575.   Defendant, Breakwater Homes Association is an entity or individual with a principal place of business at 2621 SW21st Street, Ft. Lauderdale, Florida 33316.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

576.   Defendant, Brighton Home Builders, Inc. is an entity or individual with a principal place of business at 3082 SW Savona Boulevard, Port Saint Lucie, Florida 34953.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

577.   Defendant, Bristol Corner, LLC is an entity or individual with a principal place of business at 5115 16th Avenue South, Tampa, Florida 33619.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

578.   Defendant, Brothers Properties LA, LLC, is an entity or individual with a principal place of business at 3440 East St. Bernard Highway, Meraux, Louisiana 70075.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

114

579. Defendant, Calvin P. Williams is an entity or individual with a principal place of business at 1020 Red Barn Road, Breaux Bridge, Louisiana 70517. Defendant is organized under the laws of Louisiana. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

580. Defendant, CB Creek, Inc. is an entity or individual with a service address at Nelson Pinney, 405 SE 31st Street, Cape Coral, Florida 33904. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

581. Defendant, Chase Construction, Inc. is an entity or individual with a principal place of business at 4237 SW 23rd Avenue, Cape Coral, Florida 33914. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

582. Defendant, Core Construction Services Southeast, Inc. is an entity or individual with a principal place of business at 4227 Exchange Avenue, Naples, Florida 34104. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

583. Defendant, Country Walk Sales, LLC is an entity or individual with a principal place of business at 12610 Race Track Rod, Tampa, Florida 33626. Defendant is organized

115

under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or

through agents, installed defective drywall in these homes, which has resulted in harm and

damages to Subclass members as described herein.

584.  Defendant, Crossroad Homes, Inc. is an entity or individual with a principal place of

business at 5946 Northwest Batchelor Terrace, Port St. Lucie, Florida 34986.  Defendant is

organized under the laws of Florida.  Defendant built certain Subclass Members' homes and,

directly or through agents, installed defective drywall in these homes, which has resulted in harm

and damages to Subclass members as described herein.

585.  Defendant, Curb Appeal Home Builders, Inc. is an entity or individual with a

principal place of business at 2425 Casey Court, Virginia Beach, Virginia 23454.  Defendant is

organized under the laws of Virginia.  Defendant built certain Subclass Members' homes and,

directly or through agents, installed defective drywall in these homes, which has resulted in harm

and damages to Subclass members as described herein.

586.  Defendant, D.R. Horton, Inc. is an entity or individual with a principal place of

business at 301 Commerce Street, Suite 500, Fort Worth, Texas 76102.  Defendant is organized

under the laws of Delaware. Defendant built certain Subclass Members' homes and, directly or

through agents, installed defective drywall in these homes, which has resulted in harm and

damages to Subclass members as described herein.

587.  Defendant, Daniel Wayne Homes, Inc. is an entity or individual with a principal

place of business at 12860 Banyan Creek Drive, Fort Myers, Florida 33908.  Defendant is

organized under the laws of Florida.  Defendant built certain Subclass Members' homes and,

directly or through agents, installed defective drywall in these homes, which has resulted in harm

and damages to Subclass members as described herein.

588. Defendant, Deangelis Diamond Homes, Inc. is an entity or individual with a principal place of business at 6635 Willow Park Drive, Naples, Florida 34109. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

589. Defendant, Delta Eden, Inc. is an entity or individual with a principal place of business at 2269 South University Drive, Suite 148, Ft. Lauderdale, Florida 33324. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

590. Defendant, Devonshire Properties, Inc. is an entity or individual with a principal place of business at 3412 Bay to Bay, Tampa, Florida 33629. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

591. Defendant, E.B. Developers, Inc. is an entity or individual with a principal place of business at 7200 W. Camino Real Road, Suite 302, Boca Raton, Florida 33433. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

592. Defendant, Eastmond Enterprises, Inc. is an entity or individual with a principal

117

place of business at 314 Gunnery Road South, Lehigh Acres, Florida 33971. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

593. Defendant, Enchanted Homes, Inc. is an entity or individual with a principal place of business at 260 B Professional Place, North Ft. Myers, Florida 33903. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

594. Defendant, Franciscus Homes, Inc. is an entity or individual with a principal place of business at 616 Village Drive, Suite G, Virginia Beach, Virginia 23454. Defendant is organized under the laws of Virginia. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

595. Defendant, Bush Construction Corp. is an entity or individual with a principal place of business at 4029 Ironbound Road, Suite 200, Williamsburg, Virginia 23185. Defendant is organized under the laws of Virginia. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

596. Defendant, Plantation Group, LLC is an entity or individual with a principal place of business at 4029 Ironbound Road, Suite 200, Williamsburg, Virginia 23185. Defendant is organized under the laws of Virginia. Defendant built certain Subclass Members' homes and,

118

directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

597.  Defendant, Greensprings Plantation, Inc. is an entity or individual with a principal place of business at 4029 Ironbound Road, Suite 200, Williamsburg, Virginia 23185.  Defendant is organized under the laws of Virginia. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

598.  Defendant, Greensprings Condominiums, LLC is an entity or individual with a principal place of business at 4029 Ironbound Road, Suite 200, Williamsburg, Virginia 23185. Defendant is organized under the laws of Virginia. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

599.  Defendant, G.L. Homes of Boynton Beach Associates IX, Ltd. is an entity or individual with a principal place of business at 1600 Sawgrass Corp. Parkway, Suite 400, Sunrise, Florida 33323. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

600.  Defendant, Grand Harbour Homes, Inc. is an entity or individual with a principal place of business at 4722 SW 29th Avenue, Cape Coral. Florida 33914.  Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

601.  Defendant, Groff Construction, Inc. is an entity or individual with a principal place of business at 6728 Willow Lake Circle, Fort Myers, Florida 33912.  Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

602.  Defendant, Gryphon Corporation is an entity or individual with a principal place of business at 3635 Bougainvillea Road, Miami, Florida 33133.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

603.  Defendant, Development Co. of Boca, Inc. d/b/a Boca Developers is an entity or individual with a principal place of business at 321 E. Hillsboro Boulevard, Deerfield Beach, Florida 33441.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

604.  Defendant, Hansen Homes of South Florida, Inc. is an entity or individual with a principal place of business at 1436 SE 16th Place, Cape Coral, Florida 33990.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

605.  Defendant, Harbor Walk Development, LLC is an entity or individual with a principal place of business at 404 Oakmears Crescent, Suite 101, Virginia Beach, Virginia 23462.

Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

606. Defendant, Genesis Group, Inc. is an entity or individual with a service address at Paul Gerhardt, 4801 Courthouse Street, Suite 300, Virginia Beach, Virginia 23188. Defendant is organized under the laws of Virginia. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

607. Defendant, Wermers Development, Inc. is an entity or individual with a principal place of business at 404 Oakmears Crescent, Suite 101, Virginia Beach, Virginia 23462. Defendant is organized under the laws of Virginia. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

608. Defendant, Clark-Whitehill Enterprises, Inc. is an entity or individual with a principal place of business at 4224 Holland Road, Suite 102, Virginia Beach, Virginia 23452. Defendant is organized under the laws of Virginia. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

609. Defendant, Traderscove Corporation d/b/a The Henin Group is an entity or individual with a principal place of business at 228 Annie Street, Orlando, Florida 32806. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has

resulted in harm and damages to Subclass members as described herein.

610. Defendant, Premier International Realty d/b/a Henin Realty is an entity or individual with a service address at Paul Gerhardt, 4801 Courthouse Street, Suite 300, Virginia Beach, Virginia 23188. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

611. Defendant, International Property Investments of Central Florida, Inc. d/b/a Henin International Services is an entity or individual with a service address at Paul Gerhardt, 4801 Courthouse Street, Suite 300, Virginia Beach, Virginia 23188. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

612. Defendant, Jerome Henin is an entity or individual with a principal place of business at 228 Annie Street, Orlando, Florida 32806. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

613. Defendant, David Daniels is an entity or individual with a service address at 15 Landings Lane, Ormond Beach, Florida 32174. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

614.  Defendant, Holiday Builders Construction of Florida, Inc. is an entity or individual with a principal place of business at 1801 Penn Street, Suite 1A, Melbourne, Florida 32901. Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

615.  Defendant, Home DevCo., LLC is an entity or individual with a principal place of business at 5350 West Atlantic Avenue, Suite 101, Delray Beach, Florida 33484.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

616.  Defendant, Inman Construction Services, Inc. is an entity or individual with a service address at Kenneth L. Inman, 618 Central Avenue, Jefferson, Louisiana 70121.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

617.  Defendant, Ironwood Properties, Inc. is an entity or individual with a principal place of business at 202 SE 5th Avenue, Delray Beach, Florida 33483-5207.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

618.  Defendant, J. Galloway Construction, Inc. is an entity or individual with a principal place of business at 1146 Highway 20, Interlachen, Florida 32148.  Defendant is organized under

the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

619. Defendant, Jim Morris & Sons, Inc. is an entity or individual with a principal place of business at 235 West Drive, Melbourne, Florida 32904. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

620. Defendant, Joseph Scott, is an entity or individual with a principal place of business at 4967 Brittany Court, New Orleans, Louisiana 70124. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

621. Defendant, K. Hovnanian First Homes, LLC d/b/a First Home Builders of Florida is an entity or individual with a service address at NRAI Services, Inc., 2731 Executive Park Drive, Suite 4, Weston, Florida 33331. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

622. Defendant, FHBF Partners, LLP f/k/a First Home Builders of Florida is an entity or individual with a service address at Patrick Logue, 6076 Eagle Watch Court, N. Fort Myers, Florida 33917. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these

homes, which has resulted in harm and damages to Subclass members as described herein.

623. Defendant, K&B Homes, Inc. is an entity or individual with a principal place of business at 1121 Lumsden Trace Circle, Valrico, Florida 33594. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

624. Defendant, Kaye Homes of South Florida, Inc. is an entity or individual with a service address at John C. Kaye, 3979 Pine Ridge Road, Naples, Florida 34119. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

625. Defendant, KB Home Florida, LLC is an entity or individual with a principal place of business at 10475 Fortune Parkway, #100, Jacksonville, Florida 32256. Defendant is organized under the laws of Delaware. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

626. Defendant, KB Home Tampa, LLC is an entity or individual with a principal place of business at 3450 Buschwood Park Drive, Suite 250, Tampa, Florida 33618. Defendant is organized under the laws of Delaware. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

627. Defendant, KB Home Orlando, LLC is an entity or individual with a principal place

of business at 9102 South Park Center Loop, Suite 140, Orlando, Florida 32819. Defendant is organized under the laws of Delaware. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

628. Defendant, Lavish Holding Corp. is an entity or individual with a principal place of business at 2070 N. Ocean Boulevard, #3, Boca Raton, Florida 33431. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

629. Defendant, Lee Harbor Homes, Inc. is an entity or individual with a principal place of business at 1708 Lincoln Avenue, Leigh Acres, Florida 33970. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

630. Defendant, Lennar Corporation, is an entity or individual with a principal place of business at 700 NW 107th Avenue, Suite 400, Miami, Florida 33172. Defendant is organized under the laws of Delaware. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

631. Defendant, Lennar Homes, LLC, is an entity or individual with a principal place of business at 700 NW 107th Avenue, Suite 400, Miami, Florida 33172. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or

through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

632.   Defendant, Littles Construction of Central Florida, Inc. is an entity or individual with a principal place of business at 1316 Arrowhead Court, Auburndale, Florida 33823.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

633.   Defendant, LTL Construction, Inc. is an entity or individual with a principal place of business at 2601 East 4th Avenue, Tampa, Florida 33629.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

634.   Defendant, MacGlen Builders, Inc. is an entity or individual with a principal place of business at 5985 South River Circle, Macclenny, Florida 32063.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

635.   Defendant, Majestic Homes of Port St. Lucie, Inc. is an entity or individual with a principal place of business at 4061 Royal Palm Beach Boulevard, Royal Palm Beach, Florida 33411.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

636. Defendant, Mandalay Homes, Inc. is an entity or individual with a principal place of business at 16759 S.R. 54, Lutz, Florida 33558. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

637. Defendant, Mariner Village Townhomes, Inc. is an entity or individual with a principal place of business at 7975 NW 154th Street, Suite 400, Miami Lakes, Florida 33016. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

638. Defendant, United Homes International, Inc. is an entity or individual with a principal place of business at 7975 NW 154th Street, Suite 400, Miami Lakes, Florida 33016. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

639. Defendant, McCar Homes, Inc. is an entity or individual with a principal place of business at 4125 Old Milton Parkway, Alpharetta, Georgia 30005. Defendant is organized under the laws of Georgia. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

640. Defendant, Merit Homes, Inc. is an entity or individual with a principal place of business at 2436 Park Road, Lehigh Acres, Florida 33971. Defendant is organized under the laws

128

of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

641. Defendant, Meritage Homes of Florida, Inc. is an entity or individual with a principal place of business at 17851 N. 85th Street, #300, Scottsdale, Arizona 85255. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

642. Defendant, Midwest Construction & Development, LLC is an entity or individual with a principal place of business at 1016 Clemons Street, Suite 305, Jupiter, Florida 33477. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

643. Defendant, Milenium Homes & Development, Inc. is an entity or individual with a principal place of business at 110 W. Reynolds Street, #104, Plant City, Florida 33563. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

644. Defendant, Monopoly Builders, Inc. is an entity or individual with a principal place of business at 1924 SE 13th Street, Cape Coral, Florida 33990. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to

129

Subclass members as described herein.

645. Defendant, MW Johnson Construction of Florida, Inc. is an entity or individual with a principal place of business at 17645 Juniper Path, Suite 100, Lakeville, Minnesota 55044. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

646. Defendant, Northstar Holdings at B & A, LLC is an entity or individual with a principal place of business at 1732 S. Congress Avenue, Suite 335, Palm Springs, Florida 33461-2140. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

647. Defendant, Oscar Jiles d/b/a JJ Construction is an entity or individual with a principal place of business at 108 Jiles Lane, Braithwaite, Louisiana 70040. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

648. Defendant, Overlook, LLC is an entity or individual with a principal place of business at 9030 Stony Point Parkway, Suite 490, Richmond, Virginia 23235. Defendant is organized under the laws of Virginia. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

649. Defendant, Parellel Design and Development, LLC is an entity or individual with a principal place of business at 2627 Landview Circle, Virginia Beach, Virginia 23454. Defendant

130

is organized under the laws of Virginia.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

650.  Defendant, Overlook Point, LLC is an entity or individual with a principal place of business at 10 San Jose Drive, Suite 4C, Newport News, VA 23606.  Defendant is organized under the laws of Virginia.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

651.  Defendant, Oyster Bay Homes, Inc. is an entity or individual with a principal place of business at 4207 Lee Boulevard, Lehigh Acres, Florida 33971.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

652.  Defendant, Palm Isles Holdings, LLC is an entity or individual with a principal place of business at 888 Kingman Road, Miami, Florida 33035.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

653.  Defendant, South Kendall Construction Corporation, is an entity or individual with a principal place of business at 888 Kingsman Road, Homestead, Florida 33035.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm

131

and damages to Subclass members as described herein.

654. Defendant, Par-Self, Inc. is an entity or individual with a principal place of business at 2525 SE 20th Place, Cape Coral, Florida 33904. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

655. Defendant, Peak Building Corporation, is an entity or individual with a principal place of business at 308 Sturgeon Lane, Virginia Beach, Virginia 23456. Defendant is organized under the laws of Virginia. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

656. Defendant, Stone Development, LLC is an entity or individual with a principal place of business at 112 73rd Street, Virginia Beach, Virginia 23451. Defendant is organized under the laws of Virginia. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

657. Defendant, Portofino Homes, Inc. is an entity or individual with a principal place of business at 611 SE 11th Street, Suite A, Cape Coral, Florida 33990. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

658. Defendant, Pride Homes of Lakes By the Bay - Parcel H, LLC is an entity or

132

individual with a principal place of business at 12248 SW 127th Avenue, Miami, Florida 33186. Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

659.  Defendant, Pukka Development, Inc. is an entity or individual with a principal place of business at 252 Ocean Bay Drive, Jensen Beach, Florida 34957.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

660.  Defendant, R.A. Grant Corporation is an entity or individual with a principal place of business at 860-A S.E. 46th Lane, Cape Coral, Florida 33904.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

661.  Defendant, R. Fry Builders, Inc. is an entity or individual with a principal place of business at 1508 SE 12th Terrace, Cape Coral, Florida 33990.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

662.  Defendant, RCR Holdings, II, LLC is an entity or individual with a principal place of business at 1500 Gateway Boulevard, Suite 200, Boynton Beach, Florida 33426.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and,