*Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*

Exhibit "A"–Additional Plaintiffs Named in
Plaintiffs' Amended Omnibus Class Action Complaint (II)

Adams, John & Andrea
Allen, Philip & Clarine
Almeida, Ximena
Almeida Properties, L.L.C.
Alvarez, Barbara R.
Alveris, Lucille
Amaral, Antonio & Isabel
Anderson, Alexander
Andrade, Sean & Katie
Anello, Joe & Delma
Anise, Maikel & Karen
Ankiel, Richard
Antinarelli, Paulett
Areces, Miguel & Jacqueline
Arguello, John & Laura
Arnold, Gloria
Atkins, Taddarreio & Mattea
Atwell, Roger
Auker, Dan & Frances
Avery, Janet
Avner, Brett & Wendy
Bailey, Eric
Bailey, Delores
Baker, Garry/Lynn
Baker. Keith
Baldwin, Jerry & Inez
Ball, Ashley
Barnes, Gerald & Michelle
Barnes, Arlana
Barrett, Robert
Barriento, Marc
Barry Litwin & Mel Litwin
  (A/K/A Melvin Litwin) as
Trustee of the Mel Litwin
(A/K/A Melvin Litwin)
Declaration of Trust, u/a/d
02/28/06
Bartschat, Eric & Anne Marie
Bast, Peter & Robin
Bdaiwi, Dirar
Bean, Marquesa & Shantez
Belfour, Ed & Ashli
Bell, Peter & Karen
Bennett, Marlene
Berry, Keith & Elizabeth
Bertram, Beresford & Theresa
Bienemy, Eric

Bierria, Cindy & Nathaniel
Bland, Elbert & Gloria
Blount, Demitrous, Rivera, Brian
Blue Water of Cape Coral, Inc.
Blue Water Condominium Association
Boersma, Kenneth & Victoria
Bonsoulin, Brad
Bookman, Sheryl & Jarrod
Bowen, Casel
Braden, Tiffany, as
  Representative of the Estate of
  Jane Bienemey, Deceased
Bragoli, Frank & Carolyn
Brice, Philip
Brik, Beni
Brown, Lacy
Brown, Craig & Angela
Brynn, Gerald & Betty
Burgohy, Demetria
Bynoe, Robert & Little-Bynoe, Jennifer
Cain, Victoria
Campana, Ronald, Jr.
Campola, Patsy & Maureen
Cardenas, Edward
Cardenas, Frank III
Cardenas, Francisco
Cardoza, Robert
Carr, David
Carrol, Cindy
Casalengo, Roger & Betty Ann Kramer
Catalano, Pete & Annett
Catalfamo, Edmondo
Charsagua, Lupe & Joseph
Cheeran, Mary & David
Cherba, Alexander
Chimelis, Ariel/Michelle
Cirinelli, Alfred/Lorraine
Clark, Jimmy/Patricia
Clark, James
Cohen, Lawrence
Cohen, Jay & Shari
Colello, Jenine
Collins, Braxton & Kerrie

Conlin, Patrick
Coombs, Thomas & Sheri
Corea, Edgar, Gilmore, Elsie
Cotraccia, Manfredo/Maria
Cousins, Edwin, III
Crist, Byron & Maria
Cruz, Robert & Sandra
Cruz, Cristina
Cuellar, Javier
Curtis, Gregory & Nancy
D'Agostino, Luis
D'Ambrosio, Angelo & Deborah
Dalal, Arish Peter & Alpa
Daley, Donnett
Darst, Matt & Candi
Dawson, Robert
Day, Dan & Maureen
De Leon, Gordon
Deeg, David & Hooker, Deborah
Defrancesco, Joyce
Delayo, William & Jennifer
Delgado, Pedro & Margarita
DeNavea, Marta
DeNavea, Martha Lisa
Desire, Marie
Destacamento, Marilou & Aladin
DeYoung, John C.
Dickey, Jeremy
Dillard, Vida
Dion, David, Parks, Eunice
Distel, Matthew & Stephanie
Ditianquin, Marlon
Dixon, Demetrius
Dolan, Christopher & Carrie
Dorman, Timothy/Melissa
Dunaway, Lisa & Jason
Dunn, Jeffrey
Dwight, Randy, Hutchinson, Mercedes
Earley, Peter & Amanda
Edmonds, Rick
Edwards, Richard
Elias, Mark
Ellington, Peter & Robyn
Elliott, Roger & Allison
Emandez, Vincent/Doren
Ercolino, Vincent

Estadt, Barry
Estes, Jeffrey
Evans, Cassie
Evans, Jamie Lynn
Fatta, Joseph & Tracy
Fenalson, Jarred & Rochelle
Fields, Jamell & Sheri
Filardo, Thomas & Thomas Jr.
Fisher, Donald & Nadja
Flaherty, Sean
Floyd, Leroy & Bernadette
Fluence, Joseph
Fong, Charmaine
Fontenot, Perry & Cassandra
Forte, Louise M.
Foster, Van
Foster, William/Vicki
Foster, Mark Alan & Sandra
Fowle, Amanda
Frankhouser, Roy & Mary
Frankze, Julianne & Joshua
Frazier, Debra
Freeman, Carol
Galanda, John & Margaret
Galgano, Barbara & Peter
Gall, Earl & Gwynn
Gallacher, Michael & Baker, Randall
Gallardo, Arledys
Gallucci, Gary/Patricia
Gandy, Tappan
Gani, Jacques & Rose
Garcia, Armando
Garrity, Scott/Amy
Gatto, Charles
Gelman, Aleksandra & Roza
Germano, Michelle
Ghafari, David
Gianetti, Dominic & Lauren
Gil, Franklin
Gittens, Dian
Givins, Larry & Rose
Goboy, Arvin & Clarissa
Gody, Anthony/Candace
Gonzalez, Barbara
Gordon, Patricia
Griffin, James & Kristin
Guerriero, Michael & Nancy
Gulledge, Roy & Juanita
Gundorf, Hazel Mae
Guzman, Fernando
Hadley, Stephnea
Hall, Mary & Lorne
Hampton, Vernon
Hamwee, Mark

Hand, Bryon
Hanlon, Patrick & Ann
Harikrishnan, Sundaram & Jeeva
Harrison, Wesley
Harry, Joshua & Sharntay
Harryspersad, Roy
Haseltime, James & Joanne
Havrilla, John
Heinemann, Bernard & Barbara
Heischober, Steve & Liz
Henson, Shawn
Hernandez, Yenny, Perez, Jorge
Herrington, Jason & Cassie
Higgs, Warren & Ann Marie
Himmelberger, Kyle/Mamie
Hinkley, Curtis & Lynn &
Hinkley-Lopez, Stephanie
Hipps, Edd/Mary
Hite, Tonya
Hobbie, Wendy Lee
Hollingsworth, Michael
Holloway, Sylvia & Louis
Holloway, Virgie
Hong, Yeong Hee
Hrishikesh, Papansam & P. Ahalya & Rajiv
Huges, Mathew & Jan
Hughes, Jan & Matthew
Irvin, Timothy & Karen
Jablonski, Robert/Colleen
Jackel, Jon
Jacko, Jan
Jackson, Leonard
Jackson, Dennis & Sharon
James & Barbara Walsh
James, Jason/Jessica
Jamison, Steve & Kim
Jarrett, Scott & Margaret
Jioia, Perry & Alice
Johansson, Henrik/Jennifer
Johnson, Barbara & Herbert
Johnson, Travis C. & Kelly E.
Johnson, Kenneth & Jeri & Johnson Family Living Trust
Johnson, Pryncess
Johnson, Marjorie
Johnson, Audrey Mae
Jones, Daphne
Jones, Paul & Janet
Jones, Richard, Delores & Anderson, Valerie
Jones, Brian, Davis, Kimberly
Joseph, Louise
Junco, Jorge

Karcher, John, Coaker, Deborah
Kaufman/Manley
Keeling, Danny
Kellner, Alan & Ilana
Kennard, Rick
Kessler, Katherine & Andrew
Khatamian, Houchang/Hazel
Kiewiet, Nathan & Elizabeth
Kim, Soon
Kim, Charles
Knight, Christopher & Rosemary
Knight, Asa Holden
Kolich, John & Susanna
Kotajarvi, Peter
Kovens, Arthur & Martha
Krause, Donald & Bobby
Kropf, Leneva Jean
LaGambina, Angelo & Anna
Lalwani, Gul & Deborah
Lamour, Guy
Lang, Dennis/Karen
Latona, Giovanni/Christine
Leach, Joe & Cathy
LeBlanc, Beatrice
Lee, Hoo Suk
Lee, Dorothy
Lee, Marianna
Lefton, David & Garcia, Michelle
Leftwich, Mary, Leftwich, Brian,
Leftwich, Owen, Coleman, Kerry, LeBlanc, Erin
Lemberg, Mark & Diana
Lenander, Jon & Suzanne
Leone, Michael
Lester, John, Jaycine & Schiller, Larry
Levine, Michael
Levy, Christopher
Lewis, Torrey & Vondria
Lindsay, Horace & Donna
Lippold, Patricia, Hibbs, Janet
Lizotte, Ricahrd, Robichaux, Ronald
Londono, Mauricio
Long, Kenneth
Loper, Calvin & Tammy
Louis, Leonard
Lubrano, Raymond & Mary
Ludwig, Donald J., Sr.
Lugo, Marcela & Rafael
Luntz, George & Adrienne
Lynch, Robert & Colette
Machado, William Bicelis & Lopez, Franyelina

Mackall, Turner & Juanita
Madero, Fernando & Bridget
Madrigal, Wsvaldo/Martha
Madzuma, Jason & Jessica
Magdalena Gardens Condo Association
Maness, Danielle Lee
Manzur, Mohammed A. & Kamrun N.
Marchese, Troy & Dina
Marin, Cassandra
Marinell, Derek
Marlinga, Don & Janice
Marston, Claire
Martin Riback, as Trustee of the Martin Riback Revocable Trust Agreement dated April 4, 1997
Marullo, Jude
Marzulff, Paul
Mattesich, Johna nd Maria, Johnson, Rosemary, Morin, Barbara
Mattia, Michael & Mary Ellen
Matulenas, Elizabeth & Joseph
McCallum, Lona
McKellar, Preston & Rachel
McKinnon, Joseph/Christina
McKnight, Ashley & Gloria
McLaain, Jason
McLain, Jon Scott
McLenaghan, Jessica
McLendon, Brian/Stephanie
McMurray, Jason Scott
McNeill, Michael/Stephanie
Medina, Nelson
Meehan, William & Virginia
Mendez, Lincoln & America
Mendez, Claudia
Meyers, Stuart/Lee
Michaux, Fred & Vannessa
Mirakian, Samuel
Miranda, Jose
Mitchell, Paul & Tellina
Mohammed, Imtiaz/Sabita
Molina, Carlos & Margarita
Monge, Giraldo & Kelly
Morakis, Nick & Karen
Morales, Jose & Dawn
Moran, Shawn & Jill
Morgan, Keith & Shirley
Morgan, William & Deborah
Moritz, Christy
Morris, Joyce & James
Morton, Tony/Veronica &

Tipton, Mendel/Debbie
Mosley, Toni
Mundy, Terry
Murphy, William
Murray, Paul & Lois
Myott, Frances
Necastro, Daniel CC & Mary Jo
Nelson, Frances
Nguyen, Colleen & Tuan
Nguyen, Thai & Lieu
Nichols, James/Kathleen
Nolan, Daniel & Lillian
Norris, Melissa
Nudleman, Gene & Levina, Tatyana
Nuqui, Magno/Aracelli
Octobre, Marie
Oh, Guman
Okaily, Rhoda & Aly
Olschewski, Krzysztof & Prandi,    Chad
Orlando, Robert & Lisa
Osicki, Sieward
Pagano, Sara & Geoffrey
Page, Dwight & psyche
Palamidessi, Anthony & Caroline
Parker, Marlon & Latosha
Parra, Judy
Paskow, Ross & Jacyln
Patterson, Joan
Peek, William & Stacy
Peloquin, Michael
Pena, Orlando
Pennington, Dorothy
Pereca, Joel
Perez, Zenaida
Perez, Adela
Perez, Sandra
Perez, Jorge, JP Real Estate Development
Perga, Anthony/Marcia
Perone, Samuel
Peterson, John & Sydna
Phillips, Jacqueline & Rodney
Pigna, Francisco & Ewa
Pinney, Nelson & Losi
Poggio, James & Janice
Pollux, LLC
Popov, Alexander & Susan
Popovitch, Robert
Pratts, Norberto & Belgica
Purse, Jason
Quaranta, Benito
Quartararo, Joseph

Querol, Damien
Quinn, Chris & Kate
Quittner, Lee & Alyssa
Randazzo, Antonio & Deborah
Raphael, Gene & Que
Rappa, Erasmo & Kathleen
Ratliff, Duane & Beth
Raucci, Steven/Dorothy

Raymond, Davidson & Jean Robert
Reckseit, Ronald & Jacqueline
Reeves, Michael & Kathryn
Renzetti, Nicholas & Adrienne
Resnick, Jonathan S. & Diane
Richman, Steven & Marsha
Riedl, Anton & Melissa
Rismiller, Todd
Rivas, Rigoberto/Maria, Mitjans, Luis, Loynaz, Arturo
Rivera, Damian/Sonia
RMM Investments, LLC
Romain, Doug
Rondeno, Colleen
Rosen, Kevin
Rosko, Ann
Roy, Sandy
Rubin, Mitchell
Russo, Charles & Josephine
Sakony, Karen & Vincent
Sakowski, Mark
Saliba, Dawn
Salman, Samir/Julia
Saltzman, Scott, Mondschein, Jordana
Salzer, Doug & Lisa
Sangiovanni, Ralph & Catherine
Santana, Francisco/Maricellis
Santillo, Keith
Santimauro, Robert
Santos, Luis & Odette
Santos, Hector & Fenta, Nigest
Schour, Stephen & Susan Mitchell
Scott, Fay & Benjamin
Scott, Denise
Scott, Cynthia & Jonathan
Serbin, Bruce & Susan
Serio, Joseph
Seymore, Melvin
Sherwood, Karl
Shiyou, Norman
Siegel, Wayne & Mandy
Siegel, Sandra
Sigur, Kenneth M.

Simon, Catherine
Simpson, Catherine
Sitaras, Mindy
Smith, Gary
Smith, Scott & Wendy
Smith, Juanita
Smith, Tarika
Smith, Andrew & Linda
Smith-Jacob, Shakira
Sonnie, Eric/Andrea
Spiga, Saturnino
Sponsel, David & Julia
Spotts, Russ
St. Martin Lions Club, c/o Don Richardson
Stanich, Dorothy
Starnes, David
Steiner, Stephanie
Stevenson, Marcus & Debbie
Stewart, Chester
Suarez, Humberto
Sulen, Francisco, King, Diana
Talavera, LLC
Tataris, Anna, DeJesus, Roy
Taylor, Willie
Teague, Eddie/Michele

Teixeira, Peter & Janet
Thomas, Herman
Tierney, Susan & Jeffrey
Tilmann, Stacey Ann & Kimberly Noah
Tomas, Noel & Coates, Lance & Masana, Virginia & Villania, Flor & Nestib, Joan
Topf, Frank & Yvonne
Torres-Lutz, Marcelo & Cecilia
Tuller Investments, LLC
Turckes, George
Turner, Tyrone C
Utterback, John & Beverly
Valcq, Stephen
Valdes, Michael
Valentine, David & Donna
Valle, Gladys
Vapy, Cathy Parker
Vargas, Odilio
Vasquez, Claudia
Vayda, Richard & Rita
Verderame, Frances
Vest, Hugh & Tracy
Vucinovich, Thomas F.
Walker, Alphonso & Nora

Walker, Andrew & Cathy
Walker, Ben
Ward, Lawrence
Watson, Joan - Trust
Webley McQueen, Symone
Whitlock, Scott/Lucille
Whittington, Brenda & Charles
Wiggins, Greg & Sherry
Wilcox, Eric & Karen
Wiley, John
Willett, Keith
Williams, David & Cassidy
Winsome, Russell
Wood, Bryand Kimberly
Woodson, Gregory & Flordeliza
Wruble, Aaron & Wendy
Yost, Lee/Kimberly
Young, Elizabeth
Zagalsky, Yefim & Yelena Alekseyeva
Zavala, Carlos
Zitner, Sheldon
Zubrowski, Linda