*Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*
**Exhibit "B"–Additional Defendants Named in Plaintiffs' Amended Omnibus Class Action Complaint (II)**

S3 Enterprises, Inc. d/b/a Al Brothers Metal Framing and Drywall
A & D Homes, Inc.
A.R.B.C. Corporation
Ace Hardware Corporation
Aces Towing Enterprises, LLC
AHJV, LLC
AI Brothers Inc.
Ainslie Group, Inc.
Albanese-Popkin the Oaks Development Group, L.P.
All Florida Drywall Supplies, Inc.
Alvian Homes, Inc.
American Building Materials, Inc.
American Eastern, Inc.
American Gallery Development Group, LLC
American Homes
Antilles Vero Beach, LLC
Aranda Homes, Inc.
Arizen Homes, Inc.
Atlantic Homes Development Corporation
Atlantic Homes, LLC
Banner Supply Co.
Banner Supply Company Fort Myers, LLC
Banner Supply Company Pompano, LLC
Banner Supply International, LLC
Barony Homes, Inc.
Bass Homes, Inc.
Bay Colony-Gateway, Inc.
Baywood Construction, Inc.
BDG Waterstone, LLC
BE Wholesale
Beazer Homes Corp.
Beijing New Building Materials Public Limited Co.
Bel-Tex Contracting, Inc.
Beta Drywall, LLC
Better Boxing
Black Bear Gypsum, LLC
Black Bear Gypsum Supply, Inc.
Breakwater Homes Association
Brighton Home Builders, Inc.
Bristol Corner, LLC
Brothers Properties LA, LLC
Bush Construction Corp.
Cajun Construction & Design, Inc.
Calvin P. Williams
CB Creek, Inc.
Chase Construction, Inc.
City Salvage, Inc.
Clark-Whitehill Enterprises, Inc.
Core Construction Services Southeast, Inc.

Country Walk Sales, LLC
Crossroad Homes, Inc.
Curb Appeal Home Builders, Inc.
D.R. Horton, Inc.
D&A Construction Services, Inc.
Dalessio Drywall & Painting Corporation
Daniel Wayne Homes, Inc.
David Daniels, individually
Deangelis Diamond Construction, Inc.
Deangelis Diamond Homes, Inc.
Delgado's Painting
Delta- Eden, Inc.
Development Co. of Boca, Inc. d/b/a Boca Developers
Devonshire Properties, Inc.
Drive Enterprises, Inc.
Drywall Experts, Inc.
E.B. Developers, Inc.
Eastmond Enterprises, Inc.
Enchanted Homes, Inc.
FHBF Partners, LLP, f/k/a First Home Builders of Florida
Five-Star Drywall, Inc.
Franciscus Homes, Inc.
G. Drywalls Corporation
G.L. Homes of Boynton Beach Associates IX, Ltd.
G&B Roofing and Construction, Inc.
Genesis Group, Inc.
Governor's Pointe, LLC
Grand Harbour Homes, Inc.
Greensprings Condominiums, LLC
Greensprings Plantation, Inc.
Gridmarx
Groff Construction, Inc.
Gryphon Corporation (GC)
Gulf Sales & Import Company, Inc.
Gypsum Board
Hansen Homes of South Florida, Inc.
Harbor Walk Development, LLC
Harrell's Drywall, Inc.
HC Seals Drywall Partners
HHJV, LLC
Hinkle Drywall, Inc.
HLP/GAC International, Inc.
Holiday Builders Construction of Florida, Inc.
Holiday Builders, Inc.
Home Depot U.S.A., Inc.
Home DevCo, LLC
IMT
Inman Construction Services
Interior/Exterior Building Supply, LP

Interior/Exterior Enterprises, LLC
International Property Investments of Central Florida, Inc. d/b/a Henin International Services
Ironwood Properties, Inc.
J. Galloway Construction, Inc.
J. Wade Payne, LLC
J.W. Hodges Drywall, Inc.
Jerome Henin, individually
Jim Morris & Sons, Inc.
Jose Lopez
Joseph Jones
Joseph Scott
K. Hovnanian First Homes, LLC d/b/a First Home Builders of Florida
K&B Homes, Inc.
Kaye Homes of South Florida, Inc.
KB Home Florida, LLC
KB Home Orlando, LLC
KB Home Tampa, LLC
Kensington Woods, LLC
Kevin Burton
L&W Supply Corporation d/b/a Seacoast Supply Company
Laporte Family Properties
Lavish Holding Corp.
Lee Harbor Homes, Inc.
Lennar Corporation
Lennar Homes, LLC
Leroy Laporte, Jr.
Littles Construction of Central Florida, Inc.
Lopez Drywall, Inc.
LTL Construction, Inc.
MacGlen Builders, Inc.
Majestic Homes of Port St. Lucie, Inc.
Mandalay Homes, Inc.
Mariner Village Townhomes, Inc.
McCar Homes, Inc.
Merit Homes, Inc.
Meritage Homes of Florida, Inc.
Mesa Construction Group, Inc.
Midwest Construction & Development LLC
Millennium Builders, Inc.
Millennium Homes & Development, Inc.
Monopoly Builders, Inc.
MW Johnson Construction of Florida, Inc.
Northstar Holdings at B & A, LLC
O.C.D. of S. Florida, Inc.
Oscar Jiles d/b/a. JJ Construction
Osprey-Gulf Shore Building Materials, Inc.
Overlook, LLC
Overlook Point, LLC
Oyster Bay Homes, Inc.
P.D.C. Drywall Contractors, Inc.

Pabco
Palm Isles Holdings, LLC
Panel Rey
Parellel Design and Development LLC
Par-Self, Inc.
Peak Building Corporation
Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd.
Plantation Group, LLC
Portofino Homes, Inc.
Preferred Homes, Inc.
Premier International Realty d/b/a Henin Realty
Preserve Development, LLC
Pride Homes of Lakes by the Bay-Parcel H, LLC
Pro Wall
Pukka Development, Inc.
Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd.
R A Grant Corporation
R. Fry Builders, Inc.
Ray Turner Drywall, LLC
RCR Holding II LLC
Renar Development Company
Residential Drywall, Inc.
Rivercrest, LLC/The St. Joe Company
Riverstreet Homes, Inc.
RJL Drywall Inc.
Rosen Building Supplies, Inc.
Rottlund Homes of Florida, Inc.
S. Petersen Homes, Inc.
Safeway Contractors, L.L.C.
Santa Maria Builders, LLC
Schear Corp.
Shamrock Gold
South Florida Custom Trim, Inc.
South Kendall Construction Corporation
Southern Bay Homes, Inc.
Southern Community Homes, Inc.
Southern Homes of Broward XI, Inc.
Southern Star Construction Company, Inc.
Speedy Drywall
Standard Pacific of South Florida GP, Inc.
Stock Building Supply, LLC
Stone Development, LLC
Stuart South Group, L.C.
Suarez Housing Corporation
Sunrise Construction, LLC
Sunrise Construction and Development, LLC
Sunrise Homes
Suntree Homes, Inc.
Taishan
Tapia Brothers Constructions, Inc.
Tapia Construction, Inc.

Taylor Morrison of Florida, Inc.
The Porter-Blaine Corporation
Three J's Remodeling, Incorporated
Timberline Builders, Inc.
Tobin Trading, Inc.
Toll Estero Ltd. Partnership, d/b/a Toll Brothers
Tony Helton Construction, LLC
Touchstone At Rapallo, Inc.
Traderscove Corporation d/b/a the Henin Group
Turn Key Home Builders, Inc.
United Homes, Inc.
United Homes International, Inc.
Upscale Properties, Inc.
USB
USG Corporation
Vasquez Construction Company, LLC
Venture Supply, Inc.
Venus Street, LLC
Vernon Construction Corporation
Vet Construction, Inc.
Vizcaya Custom Homes, Inc.
Walker Homes, Inc.
Wellington LLC
Wermers Development, Inc.
Wholesale Direct Lumber, LLC
Wolf & Bear Distributors
Woodall, LLC
Woodside Homes of Southeast Florida, LLC
Wyndwil, LLC