*Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*
Schedule "1"– List of Manufacturer Classes to
Plaintiffs' Amended Omnibus Class Action Complaint (II)

| | |
|---|---|
| Class #1: | Beijing New Building Materials Public Limited Co. |
| Class #2: | Gridmarx |
| Class #3: | Gypsum Board |
| Class #4: | IMT |
| Class #5: | Pabco |
| Class #6: | Panel Rey |
| Class #7: | Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd. |
| Class #8: | Pro Wall |
| Class #9: | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. |
| Class #10: | Shamrock Gold |
| Class #11: | Taishan |
| Class #12: | USB |

***Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.***
Schedule "1"– List of Manufacturer and Unascertainable Manufacturer Classes to Plaintiffs' Amended Omnibus Class Action Complaint (II)

| Plaintiff | Defendant | Defendants' Class # |
|---|---|---|
| Alvarez, Barbara R. | Beijing New Building Materials Public Limited Co. | 1 |
| Bennett, Marlene | Beijing New Building Materials Public Limited Co. | 1 |
| Cardoza, Robert | Beijing New Building Materials Public Limited Co. | 1 |
| Cardoza, Robert | Beijing New Building Materials Public Limited Co. | 1 |
| Carr, David | Beijing New Building Materials Public Limited Co. | 1 |
| Catalfamo, Edmondo | Beijing New Building Materials Public Limited Co. | 1 |
| Cherba, Alexander | Beijing New Building Materials Public Limited Co. | 1 |
| Coombs, Thomas & Sheri | Beijing New Building Materials Public Limited Co. | 1 |
| Forte, Louise M. | Beijing New Building Materials Public Limited Co. | 1 |
| Gallacher, Michael & Baker, Randall | Beijing New Building Materials Public Limited Co. | 1 |
| Gallardo, Arledys | Beijing New Building Materials Public Limited Co. | 1 |
| Gianetti, Dominic & Lauren | Beijing New Building Materials Public Limited Co. | 1 |
| Guerriero, Michael and Nancy | Beijing New Building Materials Public Limited Co. | 1 |
| Harryspersad, Roy | Beijing New Building Materials Public Limited Co. | 1 |
| Jackson, Leonard | Beijing New Building Materials Public Limited Co. | 1 |
| James and Barbara Walsh | Beijing New Building Materials Public Limited Co. | 1 |

| | | |
|---|---|---|
| ***Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*** <br> **Schedule "1"– List of Manufacturer and Unascertainable Manufacturer Classes to Plaintiffs' Amended Omnibus Class Action Complaint (II)** | | |
| **Plaintiff** | **Defendant** | **Defendants' Class #** |
| Lamour, Guy | Beijing New Building Materials Public Limited Co. | 1 |
| Lefton, David and Garcia, Michelle | Beijing New Building Materials Public Limited Co. | 1 |
| Madero, Fernando and Bridget | Beijing New Building Materials Public Limited Co. | 1 |
| Manzur, Mohammed A. & Kamrun N. | Beijing New Building Materials Public Limited Co. | 1 |
| Marchese, Troy and Dina | Beijing New Building Materials Public Limited Co. | 1 |
| Mitchell, Paul & Tellina | Beijing New Building Materials Public Limited Co. | 1 |
| Morakis, Nick and Karen | Beijing New Building Materials Public Limited Co. | 1 |
| Olschewski, Krzysztof & Prandi, Chad | Beijing New Building Materials Public Limited Co. | 1 |
| Perez, Jorge <br> JP Real Estate Development | Beijing New Building Materials Public Limited Co. | 1 |
| Pigna, Francisco & Ewa | Beijing New Building Materials Public Limited Co. | 1 |
| Popov, Alexander and Susan | Beijing New Building Materials Public Limited Co. | 1 |
| Raymond, Davidson and Jean Robert | Beijing New Building Materials Public Limited Co. | 1 |
| Serbin, Bruce and Susan | Beijing New Building Materials Public Limited Co. | 1 |
| Siegel, Wayne and Mandy | Beijing New Building Materials Public Limited Co. | 1 |
| Steiner, Stephanie | Beijing New Building Materials Public Limited Co. | 1 |
| Talavera, LLC | Beijing New Building Materials Public Limited Co. | 1 |

| Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al. Schedule "1"– List of Manufacturer and Unascertainable Manufacturer Classes to Plaintiffs' Amended Omnibus Class Action Complaint (II) | | |
|---|---|---|
| **Plaintiff** | **Defendant** | **Defendants' Class #** |
| Teixeira, Peter and Janet | Beijing New Building Materials Public Limited Co. | 1 |
| Young, Elizabeth | Beijing New Building Materials Public Limited Co. | 1 |
| Ball, Ashley | Gridmarx | 2 |
| Cruz, Cristina | Gridmarx | 2 |
| Distel, Matthew & Stephanie | Gridmarx | 2 |
| Foster, Mark Alan & Sandra | Gridmarx | 2 |
| McLendon, Brian/Stephanie | Gridmarx | 2 |
| Meehan, William & Virginia | Gridmarx | 2 |
| Mirakian, Samuel | Gridmarx | 2 |
| Pinney, Nelson & Losi | Gridmarx | 2 |
| Pollux, LLC | Gridmarx | 2 |
| Santos, Luis & Odette | Gridmarx | 2 |
| Turner, Tyrone C. | Gridmarx | 2 |
| Nuqui, Magno/Aracelli | Gypsum Board | 3 |
| Sulen, Francisco King, Diana | Gypsum Board | 3 |
| Amaral, Antonio and Isabel | IMT | 4 |
| Ankiel, Richard | IMT | 4 |
| Baker, Garry/Lynn | IMT | 4 |
| Barnes, Arlana | IMT | 4 |
| Bartschat, Eric and Anne Marie | IMT | 4 |
| Bell, Peter and Karen | IMT | 4 |

| **Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.** **Schedule "1"– List of Manufacturer and Unascertainable Manufacturer Classes to Plaintiffs' Amended Omnibus Class Action Complaint (II)** | | |
|---|---|---|
| Plaintiff | Defendant | Defendants' Class # |
| Brik, Beni | IMT | 4 |
| Brik, Beni | IMT | 4 |
| Daley, Donnett | IMT | 4 |
| Earley, Peter and Amanda | IMT | 4 |
| Fatta, Joseph and Tracy | IMT | 4 |
| Gallucci, Gary/Patricia | IMT | 4 |
| Jacko, Jan | IMT | 4 |
| Johansson, Henrik/Jennifer | IMT | 4 |
| Johnson, Marjorie | IMT | 4 |
| Magdalena Gardens Condo Association | IMT | 4 |
| Marin, Cassandra | IMT | 4 |
| McKinnon, Joseph/Christina | IMT | 4 |
| McLendon, Brian/Stephanie | IMT | 4 |
| Miranda, Jose | IMT | 4 |
| Morales, Jose and Dawn | IMT | 4 |
| Morgan, Keith & Shirley | IMT | 4 |
| Mosley, Toni | IMT | 4 |
| Necastro, Daniel CC and Mary Jo | IMT | 4 |
| Poggio, James & Janice | IMT | 4 |
| Reeves, Michael and Kathryn | IMT | 4 |
| Rosko, Ann | IMT | 4 |
| Salman, Samir/Juli | IMT | 4 |

***Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*
Schedule "1"– List of Manufacturer and Unascertainable Manufacturer Classes to Plaintiffs'
Amended Omnibus Class Action Complaint (II)**

| Plaintiff | Defendant | Defendants' Class # |
|---|---|---|
| Saltzman, Scott Mondschein, Jordana | IMT | 4 |
| Scott, Denise | IMT | 4 |
| Sonnie, Eric/Andrea | IMT | 4 |
| Spiga, Saturnino | IMT | 4 |
| Tataris, Anna DeJesus, Roy | IMT | 4 |
| Turckes, George | IMT | 4 |
| Valdes, Michael | IMT | 4 |
| Wruble, Aaron & Wendy | IMT | 4 |
| Valcq, Stephen | Pabco | 5 |
| Desire, Marie | Panel Rey | 6 |
| Maurice, Carmine/Emmanie | Panel Rey | 6 |
| Quartararo, Joseph | Panel Rey | 6 |
| Sitaras, Mindy | Panel Rey | 6 |
| Brynn, Gerald & Betty | Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd. | 7 |
| Cruz, Robert and Sandra | Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd. | 7 |
| D'Agostino, Luis | Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd. | 7 |
| Gall, Earl & Gwynn | Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd. | 7 |

| *Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.* Schedule "1"– List of Manufacturer and Unascertainable Manufacturer Classes to Plaintiffs' Amended Omnibus Class Action Complaint (II) | | |
|---|---|---|
| **Plaintiff** | **Defendant** | **Defendants' Class #** |
| Harikrishnan, Sundaram & Jeeva | Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd. | 7 |
| Lippold, Patricia<br>Hibbs, Janet | Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd. | 7 |
| Lizotte, Ricahrd<br>Robichaux, Ronald | Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd. | 7 |
| Morris, Joyce & James | Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd. | 7 |
| Murphy, William | Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd. | 7 |
| Peek, William and Stacy | Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd. | 7 |
| Perone, Samuel | Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd. | 7 |
| Russo, Charles & Josephine | Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd. | 7 |
| Santos, Hector and Fenta, Nigest | Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd. | 7 |
| Sponsel, David and Julia | Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd. | 7 |
| Stewart, Chester | Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd. | 7 |

| | *Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*<br>**Schedule "1"– List of Manufacturer and Unascertainable Manufacturer Classes to Plaintiffs' Amended Omnibus Class Action Complaint (II)** | |
|---|---|---|
| **Plaintiff** | **Defendant** | **Defendants' Class #** |
| Utterback, John & Beverly | Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd. | 7 |
| Webley McQueen, Symone | Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd. | 7 |
| Willett, Keith | Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd. | 7 |
| Avner, Brett and Wendy | Pro Wall | 8 |
| Baker, Keith | Pro Wall | 8 |
| Cardenas, Frank III | Pro Wall | 8 |
| Cirinelli, Alfred/Lorraine | Pro Wall | 8 |
| Clark, James | Pro Wall | 8 |
| Clark, Jimmy/Patricia | Pro Wall | 8 |
| Delayo, William and Jennifer | Pro Wall | 8 |
| Delgado, Pedro and Margarita | Pro Wall | 8 |
| Destacamento, Marilou & Aladin | Pro Wall | 8 |
| Ghafari, David | Pro Wall | 8 |
| Hamwee, Mark | Pro Wall | 8 |
| Himmelberger, Kyle/Mamie | Pro Wall | 8 |
| Karcher, John<br>Coaker, Deborah | Pro Wall | 8 |
| Khatamian, Houchang/Hazel | Pro Wall | 8 |
| Krause, Donald and Bobby | Pro Wall | 8 |
| Lang, Dennis/Karen | Pro Wall | 8 |

| *Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.* Schedule "1"– List of Manufacturer and Unascertainable Manufacturer Classes to Plaintiffs' Amended Omnibus Class Action Complaint (II) |

| Plaintiff | Defendant | Defendants' Class # |
|---|---|---|
| Marinell, Derek | Pro Wall | 8 |
| Marlinga, Don and Janice | Pro Wall | 8 |
| Mattesich, John and Maria Johnson, Rosemary Morin, Barbara | Pro Wall | 8 |
| Medina, Nelson | Pro Wall | 8 |
| Meyers, Stuart/Lee | Pro Wall | 8 |
| Nichols, James/Kathleen | Pro Wall | 8 |
| Nuqui, Magno/Aracelli | Pro Wall | 8 |
| Pena, Orlando | Pro Wall | 8 |
| Pollux, LLC | Pro Wall | 8 |
| Pollux, LLC | Pro Wall | 8 |
| Randazzo, Antonio & Deborah | Pro Wall | 8 |
| Rappa, Erasmo and Kathleen | Pro Wall | 8 |
| Rismiller, Todd | Pro Wall | 8 |
| Rivera, Damian/Sonia | Pro Wall | 8 |
| Sangiovanni, Ralph & Catherine | Pro Wall | 8 |
| Santimauro, Robert | Pro Wall | 8 |
| St. Martin Lions Club c/o Don Richardson | Pro Wall | 8 |
| Suarez, Humberto | Pro Wall | 8 |
| Williams, David & Cassidy | Pro Wall | 8 |
| Winsome, Russell | Pro Wall | 8 |
| Zavala, Carlos | Pro Wall | 8 |

| \ | \ | \ |
|---|---|---|
| *Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.* Schedule "1"– List of Manufacturer and Unascertainable Manufacturer Classes to Plaintiffs' Amended Omnibus Class Action Complaint (II) | | |
| **Plaintiff** | **Defendant** | **Defendants' Class #** |
| Almeida Properties, L.L.C. | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| Almeida, Ximena | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| Alveris, Lucille | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| Arnold, Gloria | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| Bailey, Delores | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| Bean, Marquesa and Shantez | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| Bienemy, Eric | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| Bierria, Cindy and Nathaniel | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| Bland, Elbert & Gloria | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| Braden, Tiffany, as Representative of the Estate of Jane Bienemey, Deceased | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| Brown, Lacy | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |

| *Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.* Schedule "1"– List of Manufacturer and Unascertainable Manufacturer Classes to Plaintiffs' Amended Omnibus Class Action Complaint (II) | | |
|---|---|---|
| **Plaintiff** | **Defendant** | **Defendants' Class #** |
| De Leon, Gordon | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| Elias, Mark | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| Fisher, Donald & Nadja | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| Fluence, Joseph | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| Frazier, Debra | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| Givins, Larry & Rose | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| Givins, Larry & Rose | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| Gordon, Patricia | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| Gundorf, Hazel Mae | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| Hadley, Stephnea | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| Hall, Mary and Lorne | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |

| \ | \ | \ |
|---|---|---|
| *Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.* Schedule "1"– List of Manufacturer and Unascertainable Manufacturer Classes to Plaintiffs' Amended Omnibus Class Action Complaint (II) | | |
| **Plaintiff** | **Defendant** | **Defendants' Class #** |
| Hampton, Vernon | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| Hite, Tonya | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| Holloway, Virgie | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| Hughes, Mathew and Jan | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| Jackel, Jon | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| Johnson, Audrey Mae | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| Johnson, Barbara and Herbert | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| Jones, Daphne | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| Joseph, Louise | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| LeBlanc, Beatrice | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| Lee, Dorothy | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |

***Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*
Schedule "1"– List of Manufacturer and Unascertainable Manufacturer Classes to Plaintiffs' Amended Omnibus Class Action Complaint (II)**

| Plaintiff | Defendant | Defendants' Class # |
|---|---|---|
| Leftwich, Mary; Leftwich, Brian Leftwich, Owen; Coleman, Kerry; LeBlanc, Erin | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| Lewis, Torrey and Vondria | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| Long, Kenneth | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| Louis, Leonard | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| Lubrano, Raymond & Mary | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| Ludwig, Donald J., Sr. | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| Marullo, Jude | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| McCallum, Lona | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| Moran, Shawn and Jill | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| Moritz, Christy | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| Mundy, Terry | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |

| *Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.* Schedule "1"– List of Manufacturer and Unascertainable Manufacturer Classes to Plaintiffs' Amended Omnibus Class Action Complaint (II) | | |
|---|---|---|
| **Plaintiff** | **Defendant** | **Defendants' Class #** |
| Nelson, Frances | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| Pennington, Dorothy | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| Perez, Sandra | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| Peterson, John and Sydna | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| Rondeno, Colleen | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| Salzer, Doug & Lisa | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| Serio, Joseph | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| Sigur, Kenneth M. | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| Smith, Gary | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| Smith, Tarika | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| Stanich, Dorothy | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |

| | | |
|---|---|---|
| ***Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*** Schedule "1"– List of Manufacturer and Unascertainable Manufacturer Classes to Plaintiffs' Amended Omnibus Class Action Complaint (II) | | |
| **Plaintiff** | **Defendant** | **Defendants' Class #** |
| Taylor, Willie | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| Thomas, Herman | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| Vapy, Cathy Parker | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| Vucinovich, Thomas F. | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| Walker, Alphonso & Nora | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| Wiltz, Kenneth and Barbara | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| Zubrowski, Linda | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| Andrade, Sean & Katie | Shamrock Gold | 10 |
| Bertram, Beresford & Theresa | Shamrock Gold | 10 |
| Adams, John & Andrea | Taishan | 11 |
| Allen, Philip and Clarine | Taishan | 11 |
| Anderson, Alexander | Taishan | 11 |
| Anello, Joe and Delma | Taishan | 11 |
| Anise, Maikel & Karen | Taishan | 11 |
| Anise, Maikel & Karen | Taishan | 11 |
| Antinarelli, Paulett | Taishan | 11 |