| *Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.* Schedule "1"– List of Manufacturer and Unascertainable Manufacturer Classes to Plaintiffs' Amended Omnibus Class Action Complaint (II) | | |
|---|---|---|
| **Plaintiff** | **Defendant** | **Defendants' Class #** |
| Areces, Miguel & Jacqueline | Taishan | 11 |
| Arguello, John and Laura | Taishan | 11 |
| Atkins, Taddarreio and Mattea | Taishan | 11 |
| Atwell, Roger | Taishan | 11 |
| Auker, Dan and Frances | Taishan | 11 |
| Avery, Janet | Taishan | 11 |
| Bailey, Eric | Taishan | 11 |
| Baldwin, Jerry and Inez | Taishan | 11 |
| Barnes, Gerald and Michelle | Taishan | 11 |
| Barrett, Robert | Taishan | 11 |
| Barriento, Marc | Taishan | 11 |
| Barry Litwin and Mel Litwin (A/K/A Melvin Litwin) as Trustee of the Mel Litwin (A/K/A Melvin Litwin) Declaration of Trust, u/a/d 02/28/06 | Taishan | 11 |
| Bast, Peter and Robin | Taishan | 11 |
| Bdaiwi, Dirar | Taishan | 11 |
| Belfour, Ed and Ashli | Taishan | 11 |
| Bennett, Marlene | Taishan | 11 |
| Berry, Keith and Elizabeth | Taishan | 11 |
| Blount, Demitrous Rivera, Brian | Taishan | 11 |
| Blue Water Condominium Association | Taishan | 11 |

| *Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.* Schedule "1"– List of Manufacturer and Unascertainable Manufacturer Classes to Plaintiffs' Amended Omnibus Class Action Complaint (II) | | |
|---|---|---|
| **Plaintiff** | **Defendant** | **Defendants' Class #** |
| Blue Water of Cape Coral, Inc. | Taishan | 11 |
| Boersma, Kenneth & Victoria | Taishan | 11 |
| Bonsoulin, Brad | Taishan | 11 |
| Bookman, Sheryl & Jarrod | Taishan | 11 |
| Bowen, Casel | Taishan | 11 |
| Bragoli, Frank and Carolyn | Taishan | 11 |
| Brice, Philip | Taishan | 11 |
| Brown, Craig and Angela | Taishan | 11 |
| Brynn, Gerald & Betty | Taishan | 11 |
| Burgohy, Demetria | Taishan | 11 |
| Bynoe, Robert and Little-Bynoe, Jennifer | Taishan | 11 |
| Cain, Victoria | Taishan | 11 |
| Campana, Ronald, Jr. | Taishan | 11 |
| Campola, Patsy & Maureen | Taishan | 11 |
| Cardenas, Edward | Taishan | 11 |
| Cardenas, Francisco | Taishan | 11 |
| Carrol, Cindy | Taishan | 11 |
| Casalengo, Roger and Betty Ann Kramer | Taishan | 11 |
| Catalano, Pete & Annett | Taishan | 11 |
| Charsagua, Lupe and Joseph | Taishan | 11 |
| Cheeran, Mary & David | Taishan | 11 |
| Chimelis, Ariel/Michelle | Taishan | 11 |

| *Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.* Schedule "1"– List of Manufacturer and Unascertainable Manufacturer Classes to Plaintiffs' Amended Omnibus Class Action Complaint (II) | | |
|---|---|---|
| **Plaintiff** | **Defendant** | **Defendants' Class #** |
| Cohen, Jay and Shari | Taishan | 11 |
| Cohen, Lawrence | Taishan | 11 |
| Colello, Jenine | Taishan | 11 |
| Collins, Braxton and Kerrie | Taishan | 11 |
| Conlin, Patrick | Taishan | 11 |
| Corea, Edgar Gilmore, Elsie | Taishan | 11 |
| Cotraccia, Manfredo/Maria | Taishan | 11 |
| Cousins, Edwin, III | Taishan | 11 |
| Crist, Byron and Maria | Taishan | 11 |
| Cuellar, Javier | Taishan | 11 |
| Curtis, Gregory and Nancy | Taishan | 11 |
| D'Ambrosio, Angelo and Deborah | Taishan | 11 |
| Dalal, Arish Peter and Alpa | Taishan | 11 |
| Darst, Matt and Candi | Taishan | 11 |
| Dawson, Robert | Taishan | 11 |
| Day, Dan and Maureen | Taishan | 11 |
| Deeg, David and Hooker, Deborah | Taishan | 11 |
| Defrancesco, Joyce | Taishan | 11 |
| DeNavea, Marta | Taishan | 11 |
| DeNavea, Martha Lisa | Taishan | 11 |
| DeYoung, John C. | Taishan | 11 |

| | | |
|---|---|---|
| *Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.* Schedule "1"– List of Manufacturer and Unascertainable Manufacturer Classes to Plaintiffs' Amended Omnibus Class Action Complaint (II) | | |
| **Plaintiff** | **Defendant** | **Defendants' Class #** |
| Dickey, Jeremy | Taishan | 11 |
| Dillard, Vida | Taishan | 11 |
| Dion, David<br>Parks, Eunice | Taishan | 11 |
| Ditianquin, Marlon | Taishan | 11 |
| Dixon, Demetrius | Taishan | 11 |
| Dolan, Christopher and Carrie | Taishan | 11 |
| Dorman, Timothy/Melissa | Taishan | 11 |
| Dunaway, Lisa and Jason | Taishan | 11 |
| Dunn, Jeffrey | Taishan | 11 |
| Dwight, Randy, Hutchinson, Mercedes | Taishan | 11 |
| Edmonds, Rick | Taishan | 11 |
| Edwards, Richard | Taishan | 11 |
| Ellington, Peter & Robyn | Taishan | 11 |
| Elliott, Roger & Allison | Taishan | 11 |
| Emandez, Vincent/Doren | Taishan | 11 |
| Ercolino, Vincent | Taishan | 11 |
| Estadt, Barry | Taishan | 11 |
| Estes, Jeffrey | Taishan | 11 |
| Evans, Cassie | Taishan | 11 |
| Evans, Jamie Lynn | Taishan | 11 |
| Fenalson, Jarred & Rochelle | Taishan | 11 |

| ***Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*** Schedule "1"– List of Manufacturer and Unascertainable Manufacturer Classes to Plaintiffs' Amended Omnibus Class Action Complaint (II) |

| Plaintiff | Defendant | Defendants' Class # |
|---|---|---|
| Fields, Jamell and Sheri | Taishan | 11 |
| Filardo, Thomas and Thomas Jr. | Taishan | 11 |
| Flaherty, Sean | Taishan | 11 |
| Floyd, Leroy & Bernadette | Taishan | 11 |
| Fong, Charmaine | Taishan | 11 |
| Fontenot, Perry and Cassandra | Taishan | 11 |
| Foster, Van | Taishan | 11 |
| Foster, William/Vicki | Taishan | 11 |
| Fowle, Amanda | Taishan | 11 |
| Frankhouser, Roy & Mary | Taishan | 11 |
| Frankze, Julianne & Joshua | Taishan | 11 |
| Freeman, Carol | Taishan | 11 |
| Galanda, John and Margaret | Taishan | 11 |
| Galgano, Barbara and Peter | Taishan | 11 |
| Gandy, Tappan | Taishan | 11 |
| Gani, Jacques and Rose | Taishan | 11 |
| Garcia, Armando | Taishan | 11 |
| Garrity, Scott/Amy | Taishan | 11 |
| Gatto, Charles | Taishan | 11 |
| Gelman, Aleksandra & Roza | Taishan | 11 |
| Germano, Michelle | Taishan | 11 |
| Gil, Franklin | Taishan | 11 |

*Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*
Schedule "1"– List of Manufacturer and Unascertainable Manufacturer Classes to Plaintiffs' Amended Omnibus Class Action Complaint (II)

Page 19 of 29

| Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al. Schedule "1"– List of Manufacturer and Unascertainable Manufacturer Classes to Plaintiffs' Amended Omnibus Class Action Complaint (II) | | |
|---|---|---|
| **Plaintiff** | **Defendant** | **Defendants' Class #** |
| Gittens, Dian | Taishan | 11 |
| Goboy, Arvin and Clarissa | Taishan | 11 |
| Gody, Anthony/Candace | Taishan | 11 |
| Gonzalez, Barbara | Taishan | 11 |
| Griffin, James and Kristin | Taishan | 11 |
| Gulledge, Roy and Juanita | Taishan | 11 |
| Guzman, Fernando | Taishan | 11 |
| Hand, Bryon | Taishan | 11 |
| Hanlon, Patrick and Ann | Taishan | 11 |
| Harrison, Wesley | Taishan | 11 |
| Harry, Joshua and Sharntay | Taishan | 11 |
| Haseltime, James and Joanne | Taishan | 11 |
| Havrilla, John | Taishan | 11 |
| Heinemann, Bernard & Barbara | Taishan | 11 |
| Heischober, Steve and Liz | Taishan | 11 |
| Henson, Shawn | Taishan | 11 |
| Hernandez, Yenny Perez, Jorge | Taishan | 11 |
| Herrington, Jason and Cassie | Taishan | 11 |
| Higgs, Warren and Ann Marie | Taishan | 11 |
| Hinkley, Curtis and Lynn and Hinkley-Lopez, Stephanie | Taishan | 11 |
| Hipps, Edd/Mary | Taishan | 11 |

| Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al. Schedule "1"– List of Manufacturer and Unascertainable Manufacturer Classes to Plaintiffs' Amended Omnibus Class Action Complaint (II) | | |
|---|---|---|
| **Plaintiff** | **Defendant** | **Defendants' Class #** |
| Hobbie, Wendy Lee | Taishan | 11 |
| Hollingsworth, Michael | Taishan | 11 |
| Holloway, Sylvia & Louis | Taishan | 11 |
| Hong, Yeong Hee | Taishan | 11 |
| Hrishikesh, Papansam and P. Ahalya and Rajiv | Taishan | 11 |
| Irvin, Timothy and Karen | Taishan | 11 |
| Jablonski, Robert/Colleen | Taishan | 11 |
| Jackson, Dennis and Sharon | Taishan | 11 |
| James, Jason/Jessica | Taishan | 11 |
| Jamison, Steve & Kim | Taishan | 11 |
| Jarrett, Scott and Margaret | Taishan | 11 |
| Jioia, Perry and Alice | Taishan | 11 |
| Johnson, Kenneth and Jeri and Johnson Family Living Trust | Taishan | 11 |
| Johnson, Pryncess | Taishan | 11 |
| Johnson, Travis C. & Kelly E. | Taishan | 11 |
| Jones, Brian  Davis, Kimberly | Taishan | 11 |
| Jones, Paul and Janet | Taishan | 11 |
| Jones, Richard and Delores and Anderson, Valerie | Taishan | 11 |
| Junco, Jorge | Taishan | 11 |
| Kaufman/Manley, a general partnership | Taishan | 11 |

| *Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.* Schedule "1"– List of Manufacturer and Unascertainable Manufacturer Classes to Plaintiffs' Amended Omnibus Class Action Complaint (II) | | |
|---|---|---|
| **Plaintiff** | **Defendant** | **Defendants' Class #** |
| Keeling, Danny | Taishan | 11 |
| Kellner, Alan and Ilana | Taishan | 11 |
| Kennard, Rick | Taishan | 11 |
| Kessler, Katherine and Andrew | Taishan | 11 |
| Kiewiet, Nathan and Elizabeth | Taishan | 11 |
| Kim, Charles | Taishan | 11 |
| Kim, Soon | Taishan | 11 |
| Knight, Asa Holden | Taishan | 11 |
| Knight, Christopher and Rosemary | Taishan | 11 |
| Kolich, John and Susanna | Taishan | 11 |
| Kotajarvi, Peter | Taishan | 11 |
| Kovens, Arthur and Martha | Taishan | 11 |
| Kropf, Leneva Jean | Taishan | 11 |
| LaGambina, Angelo and Anna | Taishan | 11 |
| Lalwani, Gul & Deborah | Taishan | 11 |
| Latona, Giovanni/Christine | Taishan | 11 |
| Leach, Joe and Cathy | Taishan | 11 |
| Lee, Hoo Suk | Taishan | 11 |
| Lee, Marianna | Taishan | 11 |
| Lemberg, Mark and Diana | Taishan | 11 |
| Lenander, Jon and Suzanne | Taishan | 11 |
| Leone, Michael | Taishan | 11 |

| \[Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al._  Schedule "1"– List of Manufacturer and Unascertainable Manufacturer Classes to Plaintiffs' Amended Omnibus Class Action Complaint (II)_ ||| 
|---|---|---|
| **Plaintiff** | **Defendant** | **Defendants' Class #** |
| Lester, John Jaycine and Schiller, Larry | Taishan | 11 |
| Lester, John/Jacine and Schiller, Larry | Taishan | 11 |
| Levine, Michael | Taishan | 11 |
| Levy, Christopher | Taishan | 11 |
| Lindsay, Horace & Donna | Taishan | 11 |
| Londono, Mauricio | Taishan | 11 |
| Loper, Calvin and Tammy | Taishan | 11 |
| Lugo, Marcela & Rafael | Taishan | 11 |
| Luntz, George and Adrienne | Taishan | 11 |
| Lynch, Robert and Colette | Taishan | 11 |
| Machado, William Bicelis & Lopez, Franyelina | Taishan | 11 |
| Mackall, Turner and Juanita | Taishan | 11 |
| Madrigal, Wsvaldo/Martha | Taishan | 11 |
| Madzuma, Jason and Jessica | Taishan | 11 |
| Magdalena Gardens Condo Association | Taishan | 11 |
| Maness, Danielle Lee | Taishan | 11 |
| Marston, Claire | Taishan | 11 |
| Martin Riback, as Trustee of the Martin Riback Revocable Trust Agreement dated April 4, 1997 | Taishan | 11 |
| Martin Riback, as Trustee of the Martin Riback Revocable Trust Agreement dated April 4, 1997 | Taishan | 11 |

| *Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.* Schedule "1"– List of Manufacturer and Unascertainable Manufacturer Classes to Plaintiffs' Amended Omnibus Class Action Complaint (II) | | |
|---|---|---|
| **Plaintiff** | **Defendant** | **Defendants' Class #** |
| Marzulff, Paul | Taishan | 11 |
| Mattia, Michael and Mary Ellen | Taishan | 11 |
| Matulenas, Elizabeth and Joseph | Taishan | 11 |
| McKellar, Preston and Rachel | Taishan | 11 |
| McKnight, Ashley and Gloria | Taishan | 11 |
| McLaain, Jason | Taishan | 11 |
| McLain, Jon Scott | Taishan | 11 |
| McLenaghan, Jessica | Taishan | 11 |
| McMurray, Jason Scott | Taishan | 11 |
| McNeill, Michael/Stephanie | Taishan | 11 |
| Mendez, Claudia | Taishan | 11 |
| Mendez, Lincoln & America | Taishan | 11 |
| Michaux, Fred and Vannessa | Taishan | 11 |
| Mirakian, Samuel | Taishan | 11 |
| Mohammed, Imtiaz/Sabita | Taishan | 11 |
| Molina, Carlos and Margarita | Taishan | 11 |
| Monge, Giraldo & Kelly | Taishan | 11 |
| Morgan, William and Deborah | Taishan | 11 |
| Morton, Tony/Veronica and tipton, Mendel/Debbie | Taishan | 11 |
| Murray, Paul and Lois | Taishan | 11 |
| Myott, Frances | Taishan | 11 |
| Nguyen, Colleen and Tuan | Taishan | 11 |

*Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*
Schedule "1"– List of Manufacturer and Unascertainable Manufacturer Classes to Plaintiffs'
Amended Omnibus Class Action Complaint (II)

Page 24 of 29

***Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.***
**Schedule "1"– List of Manufacturer and Unascertainable Manufacturer Classes to Plaintiffs' Amended Omnibus Class Action Complaint (II)**

| Plaintiff | Defendant | Defendants' Class # |
|---|---|---|
| Nguyen, Thai and Lieu | Taishan | 11 |
| Nolan, Daniel and Lillian | Taishan | 11 |
| Norris, Melissa | Taishan | 11 |
| Nudleman, Gene & Levina, Tatyana | Taishan | 11 |
| Nuqui, Magno/Aracelli | Taishan | 11 |
| Octobre, Marie | Taishan | 11 |
| Oh, Guman | Taishan | 11 |
| Okaily, Rhoda and Aly | Taishan | 11 |
| Orlando, Robert and Lisa | Taishan | 11 |
| Osicki, Sieward | Taishan | 11 |
| Pagano, Sara and Geoffrey | Taishan | 11 |
| Page, Dwight and psyche | Taishan | 11 |
| Palamidessi, Anthony and Caroline | Taishan | 11 |
| Parker, Marlon and Latosha | Taishan | 11 |
| Parra, Judy | Taishan | 11 |
| Paskow, Ross and Jacyln | Taishan | 11 |
| Patterson, Joan | Taishan | 11 |
| Peloquin, Michael | Taishan | 11 |
| Pereca, Joel | Taishan | 11 |
| Perez, Adela | Taishan | 11 |
| Perez, Zenaida | Taishan | 11 |
| Perga, Anthony/Marcia | Taishan | 11 |

***Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.***
**Schedule "1"– List of Manufacturer and Unascertainable Manufacturer Classes to Plaintiffs' Amended Omnibus Class Action Complaint (II)**

Page 25 of 29

| *Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.* Schedule "1"– List of Manufacturer and Unascertainable Manufacturer Classes to Plaintiffs' Amended Omnibus Class Action Complaint (II) | | |
|---|---|---|
| **Plaintiff** | **Defendant** | **Defendants' Class #** |
| Phillips, Jacqueline and Rodney | Taishan | 11 |
| Popovitch, Robert | Taishan | 11 |
| Pratts, Norberto & Belgica | Taishan | 11 |
| Purse, Jason | Taishan | 11 |
| Quaranta, Benito | Taishan | 11 |
| Querol, Damien | Taishan | 11 |
| Quinn, Chris and Kate | Taishan | 11 |
| Quittner, Lee & Alyssa | Taishan | 11 |
| Raphael, Gene & Que | Taishan | 11 |
| Ratliff, Duane & Beth | Taishan | 11 |
| Raucci, Steven/Dorothy | Taishan | 11 |
| Reckseit, Ronald & Jacqueline | Taishan | 11 |
| Reckseit, Ronald & Jacqueline | Taishan | 11 |
| Renzetti, Nicholas and Adrienne | Taishan | 11 |
| Resnick, Jonathan S. & Diane | Taishan | 11 |
| Richman, Steven and Marsha | Taishan | 11 |
| Riedl, Anton and Melissa | Taishan | 11 |
| Rivas, Rigoberto/Maria Mitjans, Luis Loynaz, Arturo | Taishan | 11 |
| RMM Investments, LLC | Taishan | 11 |
| Romain, Doug | Taishan | 11 |
| Rosen, Kevin | Taishan | 11 |

| *Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.* Schedule "1"– List of Manufacturer and Unascertainable Manufacturer Classes to Plaintiffs' Amended Omnibus Class Action Complaint (II) | | |
|---|---|---|
| **Plaintiff** | **Defendant** | **Defendants' Class #** |
| Roy, Sandy | Taishan | 11 |
| Rubin, Mitchell | Taishan | 11 |
| Sakony, Karen and Vincent | Taishan | 11 |
| Sakowski, Mark | Taishan | 11 |
| Saliba, Dawn | Taishan | 11 |
| Santana, Francisco/Maricellis | Taishan | 11 |
| Santillo, Keith | Taishan | 11 |
| Santos, Hector and Fenta, Nigest | Taishan | 11 |
| Schour, Stephen and Susan Mitchell | Taishan | 11 |
| Scott, Cynthia & Jonathan | Taishan | 11 |
| Scott, Fay and Benjamin | Taishan | 11 |
| Seymore, Melvin | Taishan | 11 |
| Sherwood, Karl | Taishan | 11 |
| Shiyou, Norman | Taishan | 11 |
| Siegel, Sandra | Taishan | 11 |
| Simon, Catherine | Taishan | 11 |
| Simpson, Catherine | Taishan | 11 |
| Smith, Andrew and Linda | Taishan | 11 |
| Smith, Juanita | Taishan | 11 |
| Smith, Scott & Wendy | Taishan | 11 |
| Smith-Jacob, Shakira | Taishan | 11 |
| Spotts, Russ | Taishan | 11 |

| \ | \ | \ |
|---|---|---|
| ***Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*** Schedule "1"– List of Manufacturer and Unascertainable Manufacturer Classes to Plaintiffs' Amended Omnibus Class Action Complaint (II) | | |
| **Plaintiff** | **Defendant** | **Defendants' Class #** |
| Starnes, David | Taishan | 11 |
| Stevenson, Marcus and Debbie | Taishan | 11 |
| Sulen, Francisco / King, Diana | Taishan | 11 |
| Teague, Eddie/Michele | Taishan | 11 |
| Tierney, Susan and Jeffrey | Taishan | 11 |
| Tilmann, Stacey Ann and Kimberly Noah | Taishan | 11 |
| Tomas, Noel and Coates, Lance and Masana, Virginia and Villania, Flor and Nestib, Joan | Taishan | 11 |
| Topf, Frank and Yvonne | Taishan | 11 |
| Torres-Lutz, Marcelo & Cecilia | Taishan | 11 |
| Tuller Investments, LLC | Taishan | 11 |
| Valentine, David & Donna | Taishan | 11 |
| Valle, Gladys | Taishan | 11 |
| Vargas, Odilio | Taishan | 11 |
| Vasquez, Claudia | Taishan | 11 |
| Vayda, Richard and Rita | Taishan | 11 |
| Verderame, Frances | Taishan | 11 |
| Vest, Hugh and Tracy | Taishan | 11 |
| Walker, Andrew & Cathy | Taishan | 11 |
| Walker, Ben | Taishan | 11 |
| Ward, Lawrence | Taishan | 11 |

| Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al. Schedule "1"– List of Manufacturer and Unascertainable Manufacturer Classes to Plaintiffs' Amended Omnibus Class Action Complaint (II) | | |
|---|---|---|
| **Plaintiff** | **Defendant** | **Defendants' Class #** |
| Watson, Joan - Trust | Taishan | 11 |
| Whitlock, Scott/Lucille | Taishan | 11 |
| Whittington, Brenda and Charles | Taishan | 11 |
| Wiggins, Greg and Sherry | Taishan | 11 |
| Wilcox, Eric & Karen | Taishan | 11 |
| Wiley, John | Taishan | 11 |
| Wood, Bryand Kimberly | Taishan | 11 |
| Woodson, Gregory and Flordeliza | Taishan | 11 |
| Yost, Lee/Kimberly | Taishan | 11 |
| Zagalsky, Yefim and Yelena Alekseyeva | Taishan | 11 |
| Zitner, Sheldon | Taishan | 11 |
| Sonnie, Eric/Andrea | USB | 12 |