*Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*
**Schedule "2"–List of Distributor/Supplier/Importer/Exporter/Broker Subclasses to Plaintiffs' Amended Omnibus Class Action Complaint (II)**

Subclass #13:  Ace Hardware Corporation
Subclass #14:  Aces Towing Enterprises, LLC
Subclass #15:  All Florida Drywall Supplies, Inc.
Subclass #16:  Banner Supply Company Fort Myers, LLC
Subclass #17:  Banner Supply Co.
Subclass #18:  Banner Supply Company Pompano, LLC
Subclass #19:  Banner Supply International, LLC
Subclass #20:  BE Wholesale
Subclass #21:  Black Bear Gypsum Supply, Inc.
Subclass #22:  Black Bear Gypsum, LLC
Subclass #23:  Cajun Construction & Design, Inc.
Subclass #24:  City Salvage, Inc.
Subclass #25:  Dalessio Drywall & Painting Corporation
Subclass #26:  Drive Enterprises, Inc.
Subclass #27:  Gulf Sales & Import Company, Inc.
Subclass #28:  HLP/GAC International, Inc.
Subclass #29:  Home Depot U.S.A., Inc.
Subclass #30:  Interior/Exterior Building Supply, LP
Subclass #31:  Interior/Exterior Enterprises, LLC
Subclass #32:  L&W Supply Corporation d/b/a Seacoast Supply Company
Subclass #33:  Millennium Builders, Inc.
Subclass #34:  Osprey-Gulf Shore Building Materials, Inc.
Subclass #35:  RJL Drywall, Inc.
Subclass #36:  Rosen Building Supplies, Inc.
Subclass #37:  Stock Building Supply, LLC
Subclass #38:  The Porter-Blaine Corporation
Subclass #39:  Tobin Trading, Inc.
Subclass #40:  Venture Supply, Inc.
Subclass #41:  Wholesale Direct Lumber, LLC

***Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.***
Schedule "2"– List of Distributor/Supplier/Importer/Exporter/Broker Subclasses to Plaintiffs' Amended Omnibus Class Action Complaint (II)

| Plaintiff | Defendant | Defendants' Subclass # |
|---|---|---|
| Collins, Braxton and Kerrie | Ace Hardware Corporation | 13 |
| Herrington, Jason and Cassie | Ace Hardware Corporation | 13 |
| Sigur, Kenneth M. | Aces Towing Enterprises, LLC | 14 |
| Peek, William and Stacy | All Florida Drywall Supplies, Inc. | 15 |
| Willett, Keith | All Florida Drywall Supplies, Inc. | 15 |
| McLendon, Brian/Stephanie | Banner Supply Company Fort Myers, LLC | 16 |
| Deeg, David and Hooker, Deborah | Banner Supply Co. | 17 |
| Frankhouser, Roy & Mary | Banner Supply Co. | 17 |
| Haseltime, James and Joanne | Banner Supply Co. | 17 |
| Johnson, Travis C. & Kelly E. | Banner Supply Co. | 17 |
| Lugo, Marcela & Rafael | Banner Supply Co. | 17 |
| Coombs, Thomas & Sheri | Banner Supply Company Pompano, LLC | 18 |
| Fong, Charmaine | Banner Supply Company Pompano, LLC | 18 |
| Quittner, Lee & Alyssa | Banner Supply Company Pompano, LLC | 18 |
| Resnick, Jonathan S. & Diane | Banner Supply Company Pompano, LLC | 18 |
| Rosen, Kevin | Banner Supply Company Pompano, LLC | 18 |
| Rubin, Mitchell | Banner Supply Company Pompano, LLC | 18 |
| Talavera, LLC | Banner Supply Company Pompano, LLC | 18 |
| Lindsay, Horace & Donna | Banner Supply International, LLC | 19 |
| Morgan, Keith & Shirley | Banner Supply International, LLC | 19 |

***Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*
Schedule "2"– List of Distributor/Supplier/Importer/Exporter/Broker Subclasses to
Plaintiffs' Amended Omnibus Class Action Complaint (II)**

| Plaintiff | Defendant | Defendants' Subclass # |
|---|---|---|
| Salzer, Doug & Lisa | BE Wholesale | 20 |
| Hanlon, Patrick and Ann | Black Bear Gypsum Supply, Inc. | 21 |
| Patterson, Joan | Black Bear Gypsum, LLC | 22 |
| Serio, Joseph | Cajun Construction & Design, Inc. | 23 |
| Norris, Melissa | City Salvage, Inc. | 24 |
| Carr, David | Dalessio Drywall & Painting Corporation | 25 |
| Smith, Tarika | Drive Enterprises, Inc. | 26 |
| LeBlanc, Beatrice | Gulf Sales & Import Company, Inc. | 27 |
| Serio, Joseph | HLP/GAC International, Inc. | 28 |
| Bailey, Delores | Home Depot U.S.A., Inc. | 29 |
| Carrol, Cindy | Interior/Exterior Building Supply, LP | 30 |
| Evans, Jamie Lynn | Interior/Exterior Building Supply, LP | 30 |
| McLain, Jon Scott | Interior/Exterior Building Supply, LP | 30 |
| Carrol, Cindy | Interior/Exterior Enterprises, LLC | 31 |
| Evans, Jamie Lynn | Interior/Exterior Enterprises, LLC | 31 |
| McLain, Jon Scott | Interior/Exterior Enterprises, LLC | 31 |
| Lefton, David and Garcia, Michelle | L&W Supply Corporation d/b/a Seacoast Supply Company | 32 |
| Almeida, Ximena | Millennium Builders, Inc. | 33 |
| Necastro, Daniel CC and Mary Jo | Osprey-Gulf Shore Building Materials, Inc. | 34 |
| James, Jason/Jessica | RJL Drywall, Inc. | 35 |
| Nichols, James/Kathleen | RJL Drywall, Inc. | 35 |

| \*Kenneth and Barbara Wiltz, et al. v.Beijing New Building Materials Public Limited Co., et al.\*  Schedule "2"– List of Distributor/Supplier/Importer/Exporter/Broker Subclasses to Plaintiffs' Amended Omnibus Class Action Complaint (II) | | |
|---|---|---|
| **Plaintiff** | **Defendant** | **Defendants' Subclass #** |
| Perez, Jorge  JP Real Estate Development | Rosen Building Supplies, Inc. | 36 |
| Avner, Brett and Wendy | Stock Building Supply, LLC | 37 |
| Krause, Donald and Bobby | Stock Building Supply, LLC | 37 |
| Dawson, Robert | The Porter-Blaine Corporation | 38 |
| Allen, Philip and Clarine | Tobin Trading, Inc. | 39 |
| Anderson, Alexander | Tobin Trading, Inc. | 39 |
| Anello, Joe and Delma | Tobin Trading, Inc. | 39 |
| Atkins, Taddarreio and Mattea | Tobin Trading, Inc. | 39 |
| Atwell, Roger | Tobin Trading, Inc. | 39 |
| Bailey, Eric | Tobin Trading, Inc. | 39 |
| Baldwin, Jerry and Inez | Tobin Trading, Inc. | 39 |
| Barnes, Gerald and Michelle | Tobin Trading, Inc. | 39 |
| Barrett, Robert | Tobin Trading, Inc. | 39 |
| Berry, Keith and Elizabeth | Tobin Trading, Inc. | 39 |
| Blount, Demitrous  Rivera, Brian | Tobin Trading, Inc. | 39 |
| Bonsoulin, Brad | Tobin Trading, Inc. | 39 |
| Brown, Craig and Angela | Tobin Trading, Inc. | 39 |
| Burgohy, Demetria | Tobin Trading, Inc. | 39 |
| Cain, Victoria | Tobin Trading, Inc. | 39 |
| Campana, Ronald, Jr. | Tobin Trading, Inc. | 39 |
| Charsagua, Lupe and Joseph | Tobin Trading, Inc. | 39 |

| *Kenneth and Barbara Wiltz, et al. v.Beijing New Building Materials Public Limited Co., et al.* Schedule "2"– List of Distributor/Supplier/Importer/Exporter/Broker Subclasses to Plaintiffs' Amended Omnibus Class Action Complaint (II) |

| Plaintiff | Defendant | Defendants' Subclass # |
|---|---|---|
| Cousins, Edwin, III | Tobin Trading, Inc. | 39 |
| Crist, Byron and Maria | Tobin Trading, Inc. | 39 |
| Curtis, Gregory and Nancy | Tobin Trading, Inc. | 39 |
| Darst, Matt and Candi | Tobin Trading, Inc. | 39 |
| Day, Dan and Maureen | Tobin Trading, Inc. | 39 |
| Dillard, Vida | Tobin Trading, Inc. | 39 |
| Dolan, Christopher and Carrie | Tobin Trading, Inc. | 39 |
| Dunaway, Lisa and Jason | Tobin Trading, Inc. | 39 |
| Dunn, Jeffrey | Tobin Trading, Inc. | 39 |
| Edmonds, Rick | Tobin Trading, Inc. | 39 |
| Estes, Jeffrey | Tobin Trading, Inc. | 39 |
| Evans, Cassie | Tobin Trading, Inc. | 39 |
| Fields, Jamell and Sheri | Tobin Trading, Inc. | 39 |
| Fontenot, Perry and Cassandra | Tobin Trading, Inc. | 39 |
| Fowle, Amanda | Tobin Trading, Inc. | 39 |
| Freeman, Carol | Tobin Trading, Inc. | 39 |
| Galanda, John and Margaret | Tobin Trading, Inc. | 39 |
| Galgano, Barbara and Peter | Tobin Trading, Inc. | 39 |
| Gandy, Tappan | Tobin Trading, Inc. | 39 |
| Germano, Michelle | Tobin Trading, Inc. | 39 |
| Goboy, Arvin and Clarissa | Tobin Trading, Inc. | 39 |
| Griffin, James and Kristin | Tobin Trading, Inc. | 39 |

| Kenneth and Barbara Wiltz, et al. v.Beijing New Building Materials Public Limited Co., et al. Schedule "2"– List of Distributor/Supplier/Importer/Exporter/Broker Subclasses to Plaintiffs' Amended Omnibus Class Action Complaint (II) | | |
|---|---|---|
| **Plaintiff** | **Defendant** | **Defendants' Subclass #** |
| Gulledge, Roy and Juanita | Tobin Trading, Inc. | 39 |
| Hand, Bryon | Tobin Trading, Inc. | 39 |
| Harry, Joshua and Sharntay | Tobin Trading, Inc. | 39 |
| Havrilla, John | Tobin Trading, Inc. | 39 |
| Heischober, Steve and Liz | Tobin Trading, Inc. | 39 |
| Higgs, Warren and Ann Marie | Tobin Trading, Inc. | 39 |
| Hinkley, Curtis and Lynn and Hinkley-Lopez, Stephanie | Tobin Trading, Inc. | 39 |
| Hollingsworth, Michael | Tobin Trading, Inc. | 39 |
| Hong, Yeong Hee | Tobin Trading, Inc. | 39 |
| Hrishikesh, Papansam and P. Ahalya and Rajiv | Tobin Trading, Inc. | 39 |
| Jackson, Dennis and Sharon | Tobin Trading, Inc. | 39 |
| Jarrett, Scott and Margaret | Tobin Trading, Inc. | 39 |
| Johnson, Kenneth and Jeri and Johnson Family Living Trust | Tobin Trading, Inc. | 39 |
| Johnson, Pryncess | Tobin Trading, Inc. | 39 |
| Jones, Paul and Janet | Tobin Trading, Inc. | 39 |
| Jones, Richard and Delores and Anderson, Valerie | Tobin Trading, Inc. | 39 |
| Kiewiet, Nathan and Elizabeth | Tobin Trading, Inc. | 39 |
| Kim, Soon | Tobin Trading, Inc. | 39 |
| Knight, Asa Holden | Tobin Trading, Inc. | 39 |
| Leach, Joe and Cathy | Tobin Trading, Inc. | 39 |
| Lee, Hoo Suk | Tobin Trading, Inc. | 39 |

| *Kenneth and Barbara Wiltz, et al. v.Beijing New Building Materials Public Limited Co., et al.* Schedule "2"– List of Distributor/Supplier/Importer/Exporter/Broker Subclasses to Plaintiffs' Amended Omnibus Class Action Complaint (II) | | |
|---|---|---|
| **Plaintiff** | **Defendant** | **Defendants' Subclass #** |
| Lee, Marianna | Tobin Trading, Inc. | 39 |
| Lenander, Jon and Suzanne | Tobin Trading, Inc. | 39 |
| Levine, Michael | Tobin Trading, Inc. | 39 |
| Levy, Christopher | Tobin Trading, Inc. | 39 |
| Loper, Calvin and Tammy | Tobin Trading, Inc. | 39 |
| Mackall, Turner and Juanita | Tobin Trading, Inc. | 39 |
| Madzuma, Jason and Jessica | Tobin Trading, Inc. | 39 |
| Matulenas, Elizabeth and Joseph | Tobin Trading, Inc. | 39 |
| McKellar, Preston and Rachel | Tobin Trading, Inc. | 39 |
| McLaain, Jason | Tobin Trading, Inc. | 39 |
| McLenaghan, Jessica | Tobin Trading, Inc. | 39 |
| Mendez, Claudia | Tobin Trading, Inc. | 39 |
| Michaux, Fred and Vannessa | Tobin Trading, Inc. | 39 |
| Morgan, William and Deborah | Tobin Trading, Inc. | 39 |
| Myott, Frances | Tobin Trading, Inc. | 39 |
| Nguyen, Colleen and Tuan | Tobin Trading, Inc. | 39 |
| Nolan, Daniel and Lillian | Tobin Trading, Inc. | 39 |
| Nudleman, Gene & Levina, Tatyana | Tobin Trading, Inc. | 39 |
| Oh, Guman | Tobin Trading, Inc. | 39 |
| Orlando, Robert and Lisa | Tobin Trading, Inc. | 39 |
| Pagano, Sara and Geoffrey | Tobin Trading, Inc. | 39 |
| Page, Dwight and Psyche | Tobin Trading, Inc. | 39 |