| *Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.* Schedule "2"– List of Distributor/Supplier/Importer/Exporter/Broker Subclasses to Plaintiffs' Amended Omnibus Class Action Complaint (II) |||
|---|---|---|
| **Plaintiff** | **Defendant** | **Defendants' Subclass #** |
| Palamidessi, Anthony and Caroline | Tobin Trading, Inc. | 39 |
| Parker, Marlon and Latosha | Tobin Trading, Inc. | 39 |
| Perez, Zenaida | Tobin Trading, Inc. | 39 |
| Phillips, Jacqueline and Rodney | Tobin Trading, Inc. | 39 |
| Popovitch, Robert | Tobin Trading, Inc. | 39 |
| Purse, Jason | Tobin Trading, Inc. | 39 |
| Riedl, Anton and Melissa | Tobin Trading, Inc. | 39 |
| Sakony, Karen and Vincent | Tobin Trading, Inc. | 39 |
| Sakowski, Mark | Tobin Trading, Inc. | 39 |
| Scott, Cynthia & Jonathan | Tobin Trading, Inc. | 39 |
| Sherwood, Karl | Tobin Trading, Inc. | 39 |
| Simpson, Catherine | Tobin Trading, Inc. | 39 |
| Smith, Andrew and Linda | Tobin Trading, Inc. | 39 |
| Smith, Juanita | Tobin Trading, Inc. | 39 |
| Starnes, David | Tobin Trading, Inc. | 39 |
| Stevenson, Marcus and Debbie | Tobin Trading, Inc. | 39 |
| Tierney, Susan and Jeffrey | Tobin Trading, Inc. | 39 |
| Tomas, Noel and Coates, Lance andMasana, Virginia and Villania, Flor and Nestib, Joan | Tobin Trading, Inc. | 39 |
| Topf, Frank and Yvonne | Tobin Trading, Inc. | 39 |
| Torres-Lutz, Marcelo & Cecilia | Tobin Trading, Inc. | 39 |
| Vest, Hugh and Tracy | Tobin Trading, Inc. | 39 |

| Plaintiff | Defendant | Defendants' Subclass # |
|---|---|---|
| *Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.* **Schedule "2"– List of Distributor/Supplier/Importer/Exporter/Broker Subclasses to Plaintiffs' Amended Omnibus Class Action Complaint (II)** | | |
| Walker, Ben | Tobin Trading, Inc. | 39 |
| Ward, Lawrence | Tobin Trading, Inc. | 39 |
| Whittington, Brenda and Charles | Tobin Trading, Inc. | 39 |
| Wood, Bryand Kimberly | Tobin Trading, Inc. | 39 |
| Woodson, Gregory and Flordeliza | Tobin Trading, Inc. | 39 |
| Allen, Philip and Clarine | Venture Supply, Inc. | 40 |
| Anderson, Alexander | Venture Supply, Inc. | 40 |
| Anello, Joe and Delma | Venture Supply, Inc. | 40 |
| Atkins, Taddarreio and Mattea | Venture Supply, Inc. | 40 |
| Atwell, Roger | Venture Supply, Inc. | 40 |
| Bailey, Eric | Venture Supply, Inc. | 40 |
| Baldwin, Jerry and Inez | Venture Supply, Inc. | 40 |
| Barnes, Gerald and Michelle | Venture Supply, Inc. | 40 |
| Barrett, Robert | Venture Supply, Inc. | 40 |
| Berry, Keith and Elizabeth | Venture Supply, Inc. | 40 |
| Blount, Demitrous Rivera, Brian | Venture Supply, Inc. | 40 |
| Bonsoulin, Brad | Venture Supply, Inc. | 40 |
| Brown, Craig and Angela | Venture Supply, Inc. | 40 |
| Burgohy, Demetria | Venture Supply, Inc. | 40 |
| Cain, Victoria | Venture Supply, Inc. | 40 |
| Campana, Ronald, Jr. | Venture Supply, Inc. | 40 |
| Charsagua, Lupe and Joseph | Venture Supply, Inc. | 40 |

**Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.**
Schedule "2"– List of Distributor/Supplier/Importer/Exporter/Broker Subclasses to Plaintiffs' Amended Omnibus Class Action Complaint (II)

| Plaintiff | Defendant | Defendants' Subclass # |
|---|---|---|
| Cousins, Edwin, III | Venture Supply, Inc. | 40 |
| Crist, Byron and Maria | Venture Supply, Inc. | 40 |
| Curtis, Gregory and Nancy | Venture Supply, Inc. | 40 |
| Darst, Matt and Candi | Venture Supply, Inc. | 40 |
| Dawson, Robert | Venture Supply, Inc. | 40 |
| Day, Dan and Maureen | Venture Supply, Inc. | 40 |
| Dickey, Jeremy | Venture Supply, Inc. | 40 |
| Dillard, Vida | Venture Supply, Inc. | 40 |
| Dolan, Christopher and Carrie | Venture Supply, Inc. | 40 |
| Dunaway, Lisa and Jason | Venture Supply, Inc. | 40 |
| Dunn, Jeffrey | Venture Supply, Inc. | 40 |
| Edmonds, Rick | Venture Supply, Inc. | 40 |
| Estes, Jeffrey | Venture Supply, Inc. | 40 |
| Evans, Cassie | Venture Supply, Inc. | 40 |
| Fields, Jamell and Sheri | Venture Supply, Inc. | 40 |
| Fontenot, Perry and Cassandra | Venture Supply, Inc. | 40 |
| Fowle, Amanda | Venture Supply, Inc. | 40 |
| Freeman, Carol | Venture Supply, Inc. | 40 |
| Galanda, John and Margaret | Venture Supply, Inc. | 40 |
| Galgano, Barbara and Peter | Venture Supply, Inc. | 40 |
| Gandy, Tappan | Venture Supply, Inc. | 40 |
| Germano, Michelle | Venture Supply, Inc. | 40 |

| *Kenneth and Barbara Wiltz, et al. v.Beijing New Building Materials Public Limited Co., et al.* Schedule "2"– List of Distributor/Supplier/Importer/Exporter/Broker Subclasses to Plaintiffs' Amended Omnibus Class Action Complaint (II) | | |
|---|---|---|
| **Plaintiff** | **Defendant** | **Defendants' Subclass #** |
| Goboy, Arvin and Clarissa | Venture Supply, Inc. | 40 |
| Griffin, James and Kristin | Venture Supply, Inc. | 40 |
| Gulledge, Roy and Juanita | Venture Supply, Inc. | 40 |
| Hand, Bryon | Venture Supply, Inc. | 40 |
| Harry, Joshua and Sharntay | Venture Supply, Inc. | 40 |
| Havrilla, John | Venture Supply, Inc. | 40 |
| Heischober, Steve and Liz | Venture Supply, Inc. | 40 |
| Henson, Shawn | Venture Supply, Inc. | 40 |
| Higgs, Warren and Ann Marie | Venture Supply, Inc. | 40 |
| Hinkley, Curtis and Lynn and Hinkley-Lopez, Stephanie | Venture Supply, Inc. | 40 |
| Hollingsworth, Michael | Venture Supply, Inc. | 40 |
| Hong, Yeong Hee | Venture Supply, Inc. | 40 |
| Hrishikesh, Papansam and P. Ahalya and Rajiv | Venture Supply, Inc. | 40 |
| Jackson, Dennis and Sharon | Venture Supply, Inc. | 40 |
| Jarrett, Scott and Margaret | Venture Supply, Inc. | 40 |
| Johnson, Kenneth and Jeri and Johnson Family Living Trust | Venture Supply, Inc. | 40 |
| Johnson, Pryncess | Venture Supply, Inc. | 40 |
| Jones, Paul and Janet | Venture Supply, Inc. | 40 |
| Jones, Richard and Delores and Anderson, Valerie | Venture Supply, Inc. | 40 |
| Kiewiet, Nathan and Elizabeth | Venture Supply, Inc. | 40 |
| Kim, Soon | Venture Supply, Inc. | 40 |

***Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*
Schedule "2"– List of Distributor/Supplier/Importer/Exporter/Broker Subclasses to
Plaintiffs' Amended Omnibus Class Action Complaint (II)**

| Plaintiff | Defendant | Defendants' Subclass # |
|---|---|---|
| Knight, Asa Holden | Venture Supply, Inc. | 40 |
| Leach, Joe and Cathy | Venture Supply, Inc. | 40 |
| Lee, Hoo Suk | Venture Supply, Inc. | 40 |
| Lee, Marianna | Venture Supply, Inc. | 40 |
| Lenander, Jon and Suzanne | Venture Supply, Inc. | 40 |
| Levine, Michael | Venture Supply, Inc. | 40 |
| Levy, Christopher | Venture Supply, Inc. | 40 |
| Loper, Calvin and Tammy | Venture Supply, Inc. | 40 |
| Mackall, Turner and Juanita | Venture Supply, Inc. | 40 |
| Madzuma, Jason and Jessica | Venture Supply, Inc. | 40 |
| Matulenas, Elizabeth and Joseph | Venture Supply, Inc. | 40 |
| McKellar, Preston and Rachel | Venture Supply, Inc. | 40 |
| McLaain, Jason | Venture Supply, Inc. | 40 |
| McLenaghan, Jessica | Venture Supply, Inc. | 40 |
| Mendez, Claudia | Venture Supply, Inc. | 40 |
| Michaux, Fred and Vannessa | Venture Supply, Inc. | 40 |
| Morgan, William and Deborah | Venture Supply, Inc. | 40 |
| Myott, Frances | Venture Supply, Inc. | 40 |
| Nguyen, Colleen and Tuan | Venture Supply, Inc. | 40 |
| Nolan, Daniel and Lillian | Venture Supply, Inc. | 40 |
| Nudleman, Gene & Levina, Tatyana | Venture Supply, Inc. | 40 |
| Oh, Guman | Venture Supply, Inc. | 40 |

*Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*
Schedule "2"– List of Distributor/Supplier/Importer/Exporter/Broker Subclasses to Plaintiffs' Amended Omnibus Class Action Complaint (II)

| Plaintiff | Defendant | Defendants' Subclass # |
|---|---|---|
| Orlando, Robert and Lisa | Venture Supply, Inc. | 40 |
| Pagano, Sara and Geoffrey | Venture Supply, Inc. | 40 |
| Page, Dwight and Psyche | Venture Supply, Inc. | 40 |
| Palamidessi, Anthony and Caroline | Venture Supply, Inc. | 40 |
| Parker, Marlon and Latosha | Venture Supply, Inc. | 40 |
| Perez, Zenaida | Venture Supply, Inc. | 40 |
| Phillips, Jacqueline and Rodney | Venture Supply, Inc. | 40 |
| Popovitch, Robert | Venture Supply, Inc. | 40 |
| Purse, Jason | Venture Supply, Inc. | 40 |
| Riedl, Anton and Melissa | Venture Supply, Inc. | 40 |
| Sakony, Karen and Vincent | Venture Supply, Inc. | 40 |
| Sakowski, Mark | Venture Supply, Inc. | 40 |
| Scott, Cynthia & Jonathan | Venture Supply, Inc. | 40 |
| Sherwood, Karl | Venture Supply, Inc. | 40 |
| Simpson, Catherine | Venture Supply, Inc. | 40 |
| Smith, Andrew and Linda | Venture Supply, Inc. | 40 |
| Smith, Juanita | Venture Supply, Inc. | 40 |
| Starnes, David | Venture Supply, Inc. | 40 |
| Stevenson, Marcus and Debbie | Venture Supply, Inc. | 40 |
| Tierney, Susan and Jeffrey | Venture Supply, Inc. | 40 |
| Tomas, Noel and Coates, Lance and Masana, Virginia and Villania, Flor and Nestib, Joan | Venture Supply, Inc. | 40 |

| ***Kenneth and Barbara Wiltz, et al. v.Beijing New Building Materials Public Limited Co., et al.***  Schedule "2"– List of Distributor/Supplier/Importer/Exporter/Broker Subclasses to Plaintiffs' Amended Omnibus Class Action Complaint (II) |
|---|---|---|
| **Plaintiff** | **Defendant** | **Defendants' Subclass #** |
| Topf, Frank and Yvonne | Venture Supply, Inc. | 40 |
| Torres-Lutz, Marcelo & Cecilia | Venture Supply, Inc. | 40 |
| Vest, Hugh and Tracy | Venture Supply, Inc. | 40 |
| Walker, Ben | Venture Supply, Inc. | 40 |
| Ward, Lawrence | Venture Supply, Inc. | 40 |
| Whittington, Brenda and Charles | Venture Supply, Inc. | 40 |
| Wood, Bryand Kimberly | Venture Supply, Inc. | 40 |
| Woodson, Gregory and Flordeliza | Venture Supply, Inc. | 40 |
| Bean, Marquesa and Shantez | Wholesale Direct Lumber, LLC | 41 |