*Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*
Schedule "3"–List of Builder/Developer Subclasses to
Plaintiffs' Amended Omnibus Class Action Complaint (II)

| | |
|---|---|
| Subclass #42: | A & D Homes, Inc. |
| Subclass #43: | A.R.B.C. Corporation |
| Subclass #44: | AHJV, LLC |
| Subclass #45: | Ainslie Group, Inc. |
| Subclass #46: | Albanese-Popkin the Oaks Development Group, L.P. |
| Subclass #47: | Alvian Homes, Inc. |
| Subclass #48: | American Eastern, Inc. |
| Subclass #49: | American Gallery Development Group, LLC |
| Subclass #50: | American Homes |
| Subclass #51: | Antilles Vero Beach, LLC |
| Subclass #52: | Aranda Homes, Inc. |
| Subclass #53: | Arizen Homes, Inc. |
| Subclass #54: | Atlantic Homes Development Corporation |
| Subclass #55: | Atlantic Homes, LLC |
| Subclass #56: | Barony Homes, Inc. |
| Subclass #57: | Bass Homes, Inc. |
| Subclass #58: | Bay Colony-Gateway, Inc. |
| Subclass #59: | Baywood Construction, Inc. |
| Subclass #60: | BDG Waterstone, LLC |
| Subclass #61: | Beazer Homes Corp. |
| Subclass #62: | Breakwater Homes Association |
| Subclass #63: | Brighton Home Builders, Inc. |
| Subclass #64: | Bristol Corner, LLC |
| Subclass #65: | Brothers Properties LA, LLC |
| Subclass #66: | Bush Construction Corp. |
| Subclass #67: | Calvin P. Williams |
| Subclass #68: | CB Creek, Inc. |
| Subclass #69: | Chase Construction, Inc. |
| Subclass #70: | Clark-Whitehill Enterprises, Inc. |
| Subclass #71: | Core Construction Services Southeast, Inc. |
| Subclass #72: | Country Walk Sales, LLC |
| Subclass #73: | Crossroad Homes, Inc. |
| Subclass #74: | Curb Appeal Home Builders, Inc. |
| Subclass #75: | D.R. Horton, Inc. |
| Subclass #76: | Daniel Wayne Homes, Inc. |
| Subclass #77: | David Daniels, individually |
| Subclass #78: | Deangelis Diamond Construction, Inc. |
| Subclass #79: | Deangelis Diamond Homes, Inc. |
| Subclass #80: | Delta- Eden, Inc. |
| Subclass #81: | Development Co. of Boca, Inc. d/b/a Boca Developers |
| Subclass #82: | Devonshire Properties, Inc. |
| Subclass #83: | E.B. Developers, Inc. |
| Subclass #84: | Eastmond Enterprises, Inc. |
| Subclass #85: | Enchanted Homes, Inc. |
| Subclass #86: | FHBF Partners, LLP, f/k/a First Home Builders of Florida |

| | |
|---|---|
| Subclass #87: | Franciscus Homes, Inc. |
| Subclass #88: | G.L. Homes of Boynton Beach Associates IX, Ltd. |
| Subclass #89: | Genesis Group, Inc. |
| Subclass #90: | Governor's Pointe, LLC |
| Subclass #91: | Grand Harbour Homes, Inc. |
| Subclass #92: | Greensprings Condominiums, LLC |
| Subclass #93: | Greensprings Plantation, Inc. |
| Subclass #94: | Groff Construction, Inc. |
| Subclass #95: | Gryphon Corporation (GC) |
| Subclass #96: | Hansen Homes of South Florida, Inc. |
| Subclass #97: | Harbor Walk Development, LLC |
| Subclass #98: | HHJV, LLC |
| Subclass #99: | Holiday Builders Construction of Florida, Inc. |
| Subclass #100: | Holiday Builders, Inc. |
| Subclass #101: | Home DevCo, LLC |
| Subclass #102: | Inman Construction Services |
| Subclass #103: | International Property Investments of Central Florida, Inc. d/b/a Henin International Services |
| Subclass #104: | Ironwood Properties, Inc. |
| Subclass #105: | J. Galloway Construction, Inc. |
| Subclass #106: | Jerome Henin, individually |
| Subclass #107: | Jim Morris & Sons, Inc. |
| Subclass #108: | Joseph Scott |
| Subclass #109: | K. Hovnanian First Homes, LLC d/b/a First Home Builders of Florida |
| Subclass #110: | K&B Homes, Inc. |
| Subclass #111: | Kaye Homes of South Florida, Inc. |
| Subclass #112: | KB Home Florida, LLC |
| Subclass #113: | KB Home Orlando, LLC |
| Subclass #114: | KB Home Tampa, LLC |
| Subclass #115: | Kensington Woods, LLC |
| Subclass #116: | Laporte Family Properties |
| Subclass #117: | Lavish Holding Corp. |
| Subclass #118: | Lee Harbor Homes, Inc. |
| Subclass #119: | Lennar Corporation |
| Subclass #120: | Lennar Homes, LLC |
| Subclass #121: | Leroy Laporte, Jr. |
| Subclass #122: | Littles Construction of Central Florida, Inc. |
| Subclass #123: | LTL Construction, Inc. |
| Subclass #124: | MacGlen Builders, Inc. |
| Subclass #125: | Majestic Homes of Port St. Lucie, Inc. |
| Subclass #126: | Mandalay Homes, Inc. |
| Subclass #127: | Mariner Village Townhomes, Inc. |
| Subclass #128: | McCar Homes, Inc. |
| Subclass #129: | Merit Homes, Inc. |
| Subclass #130: | Meritage Homes of Florida, Inc. |
| Subclass #131: | Midwest Construction & Development LLC |
| Subclass #132: | Millennium Homes & Development, Inc. |
| Subclass #133: | Monopoly Builders, Inc. |
| Subclass #134: | MW Johnson Construction of Florida, Inc. |

| | |
|---|---|
| Subclass #135: | Northstar Holdings at B & A, LLC |
| Subclass #136: | Oscar Jiles d/b/a. JJ Construction |
| Subclass #137: | Overlook, LLC |
| Subclass #138: | Overlook Point, LLC |
| Subclass #139: | Oyster Bay Homes, Inc. |
| Subclass #140: | Palm Isles Holdings, LLC |
| Subclass #141: | Parellel Design and Development LLC |
| Subclass #142: | Par-Self, Inc. |
| Subclass #143: | Peak Building Corporation |
| Subclass #144: | Plantation Group, LLC |
| Subclass #145: | Portofino Homes, Inc. |
| Subclass #146: | Premier International Realty d/b/a Henin Realty |
| Subclass #147: | Preserve Development, LLC |
| Subclass #148: | Pride Homes of Lakes by the Bay - Parcel H, LLC |
| Subclass #149: | Pukka Development, Inc. |
| Subclass #150: | R A Grant Corporation |
| Subclass #151: | R. Fry Builders, Inc. |
| Subclass #152: | RCR Holding II LLC |
| Subclass #153: | Renar Development Company |
| Subclass #154: | Rivercrest, LLC/The St. Joe Company |
| Subclass #155: | Riverstreet Homes, Inc. |
| Subclass #156: | Rottlund Homes of Florida, Inc. |
| Subclass #157: | S. Petersen Homes, Inc. |
| Subclass #158: | Safeway Contractors, L.L.C. |
| Subclass #159: | Santa Maria Builders, LLC |
| Subclass #160: | South Kendall Construction Corporation |
| Subclass #161: | Southern Bay Homes, Inc. |
| Subclass #162: | Southern Community Homes, Inc. |
| Subclass #163: | Southern Homes of Broward XI, Inc. |
| Subclass #164: | Southern Star Construction Company, Inc. |
| Subclass #165: | Standard Pacific of South Florida GP, Inc. |
| Subclass #166: | Stone Development, LLC |
| Subclass #167: | Stuart South Group, L.C. |
| Subclass #168: | Suarez Housing Corporation |
| Subclass #169: | Sunrise Construction, LLC |
| Subclass #170: | Sunrise Construction and Development, LLC |
| Subclass #171: | Sunrise Homes |
| Subclass #172: | Suntree Homes, Inc. |
| Subclass #173: | Tapia Brothers Constructions, Inc. |
| Subclass #174: | Tapia Construction, Inc. |
| Subclass #175: | Taylor Morrison of Florida, Inc. |
| Subclass #176: | Three J's Remodeling, Incorporated |
| Subclass #177: | Timberline Builders, Inc. |
| Subclass #178: | Toll Estero Ltd. Partnership, d/b/a Toll Brothers |
| Subclass #179: | Tony Helton Construction, LLC |
| Subclass #180: | Touchstone At Rapallo, Inc. |
| Subclass #181: | Traderscove Corporation d/b/a the Henin Group |
| Subclass #182: | Turn Key Home Builders, Inc. |
| Subclass #183: | United Homes, Inc. |

| | |
|---|---|
| Subclass #184: | United Homes International, Inc. |
| Subclass #185: | Vasquez Construction Company, LLC |
| Subclass #186: | Venus Street, LLC |
| Subclass #187: | Vernon Construction Corporation |
| Subclass #188: | Vet Construction, Inc. |
| Subclass #189: | Vizcaya Custom Homes, Inc. |
| Subclass #190: | Walker Homes, Inc. |
| Subclass #191: | Wellington LLC |
| Subclass #192: | Wermers Development, Inc. |
| Subclass #193: | Woodall, LLC |
| Subclass #194: | Woodside Homes of Southeast Florida, LLC |
| Subclass #195: | Wyndwil, LLC |

***Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.***
Schedule "3"– List of Builder/Developer Subclasses to
**Plaintiffs' Amended Omnibus Class Action Complaint (II)**

| Plaintiff | Defendant | Defendants' Subclass # |
|---|---|---|
| Mohammed, Imtiaz/Sabita | A & D Homes, Inc. | 42 |
| Krause, Donald and Bobby | A.R.B.C. Corporation | 43 |
| Atwell, Roger | AHJV, LLC | 44 |
| Barnes, Gerald and Michelle | AHJV, LLC | 44 |
| Hong, Yeong Hee | AHJV, LLC | 44 |
| Hrishikesh, Papansam and P. Ahalya and Rajiv | AHJV, LLC | 44 |
| Levine, Michael | AHJV, LLC | 44 |
| Loper, Calvin and Tammy | Ainslie Group, Inc. | 45 |
| Anello, Joe and Delma | Ainslie Group, Inc. | 45 |
| Crist, Byron and Maria | Ainslie Group, Inc. | 45 |
| Goboy, Arvin and Clarissa | Ainslie Group, Inc. | 45 |
| Tomas, Noel and Coates, Lance and Masana, Virginia and Villania, Flor and Nestib, Joan | Ainslie Group, Inc. | 45 |
| Topf, Frank and Yvonne | Ainslie Group, Inc. | 45 |
| Woodson, Gregory and Flordeliza | Ainslie Group, Inc. | 45 |
| Resnick, Jonathan S. & Diane | Albanese-Popkin the Oaks Development Group, L.P. | 46 |
| Rosen, Kevin | Albanese-Popkin the Oaks Development Group, L.P. | 46 |
| Sangiovanni, Ralph & Catherine | Alvian Homes, Inc. | 47 |
| Baldwin, Jerry and Inez | American Eastern, Inc. | 48 |
| Galgano, Barbara and Peter | American Eastern, Inc. | 48 |
| Leach, Joe and Cathy | American Eastern, Inc. | 48 |

| \t**Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.** Schedule "3"– List of Builder/Developer Subclasses to Plaintiffs' Amended Omnibus Class Action Complaint (II) | | |
|---|---|---|
| **Plaintiff** | **Defendant** | **Defendants' Subclass #** |
| Lenander, Jon and Suzanne | American Eastern, Inc. | 48 |
| Morgan, William and Deborah | American Eastern, Inc. | 48 |
| Orlando, Robert and Lisa | American Eastern, Inc. | 48 |
| Sakony, Karen and Vincent | American Eastern, Inc. | 48 |
| Sakowski, Mark | American Eastern, Inc. | 48 |
| Simpson, Catherine | American Eastern, Inc. | 48 |
| Starnes, David | American Eastern, Inc. | 48 |
| Pollux, LLC | American Gallery Development Group, LLC | 49 |
| Wiley, John | American Homes | 50 |
| Gelman, Aleksandra & Roza | Antilles Vero Beach, LLC | 51 |
| Defrancesco, Joyce | Aranda Homes, Inc. | 52 |
| Ellington, Peter & Robyn | Aranda Homes, Inc. | 52 |
| Heinemann, Bernard & Barbara | Aranda Homes, Inc. | 52 |
| Johnson, Marjorie | Aranda Homes, Inc. | 52 |
| Nguyen, Thai and Lieu | Aranda Homes, Inc. | 52 |
| Khatamian, Houchang/Hazel | Arizen Homes, Inc. | 53 |
| Morales, Jose and Dawn | Arizen Homes, Inc. | 53 |
| Daley, Donnett | Arizen Homes, Inc. | 53 |
| Dawson, Robert | Atlantic Homes Development Corporation | 54 |
| Allen, Philip and Clarine | Atlantic Homes, LLC | 55 |
| Atkins, Taddarreio and Mattea | Atlantic Homes, LLC | 55 |
| Atwell, Roger | Atlantic Homes, LLC | 55 |
| Bailey, Eric | Atlantic Homes, LLC | 55 |

| *Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.* Schedule "3"– List of Builder/Developer Subclasses to **Plaintiffs' Amended Omnibus Class Action Complaint (II)** |||
|---|---|---|
| **Plaintiff** | **Defendant** | **Defendants' Subclass #** |
| Barnes, Gerald and Michelle | Atlantic Homes, LLC | 55 |
| Berry, Keith and Elizabeth | Atlantic Homes, LLC | 55 |
| Blount, Demitrous<br>Rivera, Brian | Atlantic Homes, LLC | 55 |
| Bonsoulin, Brad | Atlantic Homes, LLC | 55 |
| Brown, Craig and Angela | Atlantic Homes, LLC | 55 |
| Burgohy, Demetria | Atlantic Homes, LLC | 55 |
| Cain, Victoria | Atlantic Homes, LLC | 55 |
| Campana, Ronald, Jr. | Atlantic Homes, LLC | 55 |
| Cousins, Edwin, III | Atlantic Homes, LLC | 55 |
| Darst, Matt and Candi | Atlantic Homes, LLC | 55 |
| Dillard, Vida | Atlantic Homes, LLC | 55 |
| Evans, Cassie | Atlantic Homes, LLC | 55 |
| Fields, Jamell and Sheri | Atlantic Homes, LLC | 55 |
| Fontenot, Perry and Cassandra | Atlantic Homes, LLC | 55 |
| Fowle, Amanda | Atlantic Homes, LLC | 55 |
| Freeman, Carol | Atlantic Homes, LLC | 55 |
| Gandy, Tappan | Atlantic Homes, LLC | 55 |
| Harry, Joshua and Sharntay | Atlantic Homes, LLC | 55 |
| Havrilla, John | Atlantic Homes, LLC | 55 |
| Henson, Shawn | Atlantic Homes, LLC | 55 |
| Hollingsworth, Michael | Atlantic Homes, LLC | 55 |
| Hong, Yeong Hee | Atlantic Homes, LLC | 55 |

***Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.***
Schedule "3"– List of Builder/Developer Subclasses to
Plaintiffs' Amended Omnibus Class Action Complaint (II)

| Plaintiff | Defendant | Defendants' Subclass # |
|---|---|---|
| Hrishikesh, Papansam and P. Ahalya and Rajiv | Atlantic Homes, LLC | 55 |
| Johnson, Kenneth and Jeri and Johnson Family Living Trust | Atlantic Homes, LLC | 55 |
| Johnson, Pryncess | Atlantic Homes, LLC | 55 |
| Jones, Richard and Delores and Anderson, Valerie | Atlantic Homes, LLC | 55 |
| Kim, Soon | Atlantic Homes, LLC | 55 |
| Knight, Asa Holden | Atlantic Homes, LLC | 55 |
| Lee, Hoo Suk | Atlantic Homes, LLC | 55 |
| Lee, Marianna | Atlantic Homes, LLC | 55 |
| Levine, Michael | Atlantic Homes, LLC | 55 |
| Mackall, Turner and Juanita | Atlantic Homes, LLC | 55 |
| Madzuma, Jason and Jessica | Atlantic Homes, LLC | 55 |
| McKellar, Preston and Rachel | Atlantic Homes, LLC | 55 |
| McLenaghan, Jessica | Atlantic Homes, LLC | 55 |
| Michaux, Fred and Vannessa | Atlantic Homes, LLC | 55 |
| Oh, Guman | Atlantic Homes, LLC | 55 |
| Page, Dwight and psyche | Atlantic Homes, LLC | 55 |
| Parker, Marlon and Latosha | Atlantic Homes, LLC | 55 |
| Perez, Zenaida | Atlantic Homes, LLC | 55 |
| Phillips, Jacqueline and Rodney | Atlantic Homes, LLC | 55 |
| Popovitch, Robert | Atlantic Homes, LLC | 55 |
| Purse, Jason | Atlantic Homes, LLC | 55 |

**Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.**
Schedule "3"– List of Builder/Developer Subclasses to
Plaintiffs' Amended Omnibus Class Action Complaint (II)

| Plaintiff | Defendant | Defendants' Subclass # |
|---|---|---|
| Riedl, Anton and Melissa | Atlantic Homes, LLC | 55 |
| Sherwood, Karl | Atlantic Homes, LLC | 55 |
| Smith, Juanita | Atlantic Homes, LLC | 55 |
| Vest, Hugh and Tracy | Atlantic Homes, LLC | 55 |
| Walker, Ben | Atlantic Homes, LLC | 55 |
| Wood, Bryand Kimberly | Atlantic Homes, LLC | 55 |
| Pena, Orlando | Barony Homes, Inc. | 56 |
| Collins, Braxton and Kerrie | Bass Homes, Inc. | 57 |
| Herrington, Jason and Cassie | Bass Homes, Inc. | 57 |
| Wiggins, Greg and Sherry | Bass Homes, Inc. | 57 |
| Morris, Joyce & James | Bay Colony-Gateway, Inc. | 58 |
| Lester, John Jaycine and Schiller, Larry | Baywood Construction, Inc. | 59 |
| Octobre, Marie | Baywood Construction, Inc. | 59 |
| Alvarez, Barbara R. | BDG Waterstone, LLC | 60 |
| Gallardo, Arledys | BDG Waterstone, LLC | 60 |
| Wilcox, Eric & Karen | Beazer Homes Corp. | 61 |
| Santimauro, Robert | Breakwater Homes Association | 62 |
| Chimelis, Ariel/Michelle | Brighton Home Builders, Inc. | 63 |
| Reeves, Michael and Kathryn | Bristol Corner, LLC | 64 |
| Moritz, Christy | Brothers Properties LA, LLC | 65 |
| Dolan, Christopher and Carrie | Bush Construction Corp. | 66 |
| Hand, Bryon | Bush Construction Corp. | 66 |

***Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.***
Schedule "3"– List of Builder/Developer Subclasses to
Plaintiffs' Amended Omnibus Class Action Complaint (II)

| Plaintiff | Defendant | Defendants' Subclass # |
|---|---|---|
| Higgs, Warren and Ann Marie | Bush Construction Corp. | 66 |
| Jarrett, Scott and Margaret | Bush Construction Corp. | 66 |
| Jones, Paul and Janet | Bush Construction Corp. | 66 |
| Kiewiet, Nathan and Elizabeth | Bush Construction Corp. | 66 |
| McLaain, Jason | Bush Construction Corp. | 66 |
| Myott, Frances | Bush Construction Corp. | 66 |
| Palamidessi, Anthony and Caroline | Bush Construction Corp. | 66 |
| Stevenson, Marcus and Debbie | Bush Construction Corp. | 66 |
| Tierney, Susan and Jeffrey | Bush Construction Corp. | 66 |
| Salzer, Doug & Lisa | Calvin P. Williams | 67 |
| Pinney, Nelson & Losi | CB Creek, Inc. | 68 |
| Antinarelli, Paulett | Chase Construction, Inc. | 69 |
| Dunn, Jeffrey | Clark-Whitehill Enterprises, Inc. | 70 |
| Germano, Michelle | Clark-Whitehill Enterprises, Inc. | 70 |
| Bartschat, Eric and Anne Marie | Core Construction Services Southeast, Inc. | 71 |
| Quaranta, Benito | Country Walk Sales, LLC | 72 |
| Londono, Mauricio | Country Walk Sales, LLC | 72 |
| Lefton, David and Garcia, Michelle | Crossroad Homes, Inc. | 73 |
| Nguyen, Colleen and Tuan | Curb Appeal Home Builders, Inc. | 74 |
| Sulen, Francisco King, Diana | D.R. Horton, Inc. | 75 |
| Earley, Peter and Amanda | Daniel Wayne Homes, Inc. | 76 |

***Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.***
Schedule "3"– List of Builder/Developer Subclasses to
**Plaintiffs' Amended Omnibus Class Action Complaint (II)**

| Plaintiff | Defendant | Defendants' Subclass # |
|---|---|---|
| Jackson, Dennis and Sharon | David Daniels, individually | 77 |
| Necastro, Daniel CC and Mary Jo | Deangelis Diamond Construction, Inc. | 78 |
| Spiga, Saturnino | Deangelis Diamond Homes, Inc. | 79 |
| Cardoza, Robert | Delta- Eden, Inc. | 80 |
| Querol, Damien | Development Co. of Boca, Inc. d/b/a Boca Developers | 81 |
| Peek, William and Stacy | Devonshire Properties, Inc. | 82 |
| Willett, Keith | Devonshire Properties, Inc. | 82 |
| Mitchell, Paul & Tellina | E.B. Developers, Inc. | 83 |
| Rosko, Ann | Eastmond Enterprises, Inc. | 84 |
| Cirinelli, Alfred/Lorraine | Enchanted Homes, Inc. | 85 |
| Jacko, Jan | Enchanted Homes, Inc. | 85 |
| Meehan, William & Virginia | FHBF Partners, LLP, f/k/a First Home Builders of Florida | 86 |
| Dolan, Christopher and Carrie | Franciscus Homes, Inc. | 87 |
| Hand, Bryon | Franciscus Homes, Inc. | 87 |
| Higgs, Warren and Ann Marie | Franciscus Homes, Inc. | 87 |
| Jarrett, Scott and Margaret | Franciscus Homes, Inc. | 87 |
| Jones, Paul and Janet | Franciscus Homes, Inc. | 87 |
| Kiewiet, Nathan and Elizabeth | Franciscus Homes, Inc. | 87 |
| McLaain, Jason | Franciscus Homes, Inc. | 87 |
| Myott, Frances | Franciscus Homes, Inc. | 87 |
| Palamidessi, Anthony and Caroline | Franciscus Homes, Inc. | 87 |

| Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al. Schedule "3"– List of Builder/Developer Subclasses to Plaintiffs' Amended Omnibus Class Action Complaint (II) | | |
|---|---|---|
| **Plaintiff** | **Defendant** | **Defendants' Subclass #** |
| Stevenson, Marcus and Debbie | Franciscus Homes, Inc. | 87 |
| Tierney, Susan and Jeffrey | Franciscus Homes, Inc. | 87 |
| Saltzman, Scott Mondschein, Jordana | G.L. Homes of Boynton Beach Associates IX, Ltd. | 88 |
| Dunn, Jeffrey | Genesis Group, Inc. | 89 |
| Germano, Michelle | Genesis Group, Inc. | 89 |
| Whittington, Brenda and Charles | Governor's Pointe, LLC | 90 |
| Lang, Dennis/Karen | Grand Harbour Homes, Inc. | 91 |
| Dolan, Christopher and Carrie | Greensprings Condominiums, LLC | 92 |
| Hand, Bryon | Greensprings Condominiums, LLC | 92 |
| Higgs, Warren and Ann Marie | Greensprings Condominiums, LLC | 92 |
| Jarrett, Scott and Margaret | Greensprings Condominiums, LLC | 92 |
| Jones, Paul and Janet | Greensprings Condominiums, LLC | 92 |
| Kiewiet, Nathan and Elizabeth | Greensprings Condominiums, LLC | 92 |
| McLaain, Jason | Greensprings Condominiums, LLC | 92 |
| Myott, Frances | Greensprings Condominiums, LLC | 92 |
| Palamidessi, Anthony and Caroline | Greensprings Condominiums, LLC | 92 |
| Stevenson, Marcus and Debbie | Greensprings Condominiums, LLC | 92 |
| Tierney, Susan and Jeffrey | Greensprings Condominiums, LLC | 92 |
| Dolan, Christopher and Carrie | Greensprings Plantation, Inc. | 93 |
| Hand, Bryon | Greensprings Plantation, Inc. | 93 |
| Higgs, Warren and Ann Marie | Greensprings Plantation, Inc. | 93 |
| Jarrett, Scott and Margaret | Greensprings Plantation, Inc. | 93 |