***Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.***
Schedule "3"– List of Builder/Developer Subclasses to
Plaintiffs' Amended Omnibus Class Action Complaint (II)

| Plaintiff | Defendant | Defendants' Subclass # |
|---|---|---|
| Jones, Paul and Janet | Greensprings Plantation, Inc. | 93 |
| Kiewiet, Nathan and Elizabeth | Greensprings Plantation, Inc. | 93 |
| McLaain, Jason | Greensprings Plantation, Inc. | 93 |
| Myott, Frances | Greensprings Plantation, Inc. | 93 |
| Palamidessi, Anthony and Caroline | Greensprings Plantation, Inc. | 93 |
| Stevenson, Marcus and Debbie | Greensprings Plantation, Inc. | 93 |
| Tierney, Susan and Jeffrey | Greensprings Plantation, Inc. | 93 |
| Medina, Nelson | Groff Construction, Inc. | 94 |
| Querol, Damien | Gryphon Corporation (GC) | 95 |
| Rismiller, Todd | Hansen Homes of South Florida, Inc. | 96 |
| Baker, Garry/Lynn | Hansen Homes of South Florida, Inc. | 96 |
| Cardenas, Frank III | Hansen Homes of South Florida, Inc. | 96 |
| Distel, Matthew & Stephanie | Hansen Homes of South Florida, Inc. | 96 |
| Frankze, Julianne & Joshua | Hansen Homes of South Florida, Inc. | 96 |
| Latona, Giovanni/Christine | Hansen Homes of South Florida, Inc. | 96 |
| Madrigal, Wsvaldo/Martha | Hansen Homes of South Florida, Inc. | 96 |
| Morton, Tony/Veronica and tipton, Mendel/Debbie | Hansen Homes of South Florida, Inc. | 96 |
| Rivera, Damian/Sonia | Hansen Homes of South Florida, Inc. | 96 |
| Valle, Gladys | Hansen Homes of South Florida, Inc. | 96 |
| Colello, Jenine | Hansen Homes of South Florida, Inc. | 96 |
| Dunn, Jeffrey | Harbor Walk Development, LLC | 97 |
| Germano, Michelle | Harbor Walk Development, LLC | 97 |

***Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.***

| Plaintiff | Defendant | Defendants' Subclass # |
|---|---|---|
| *Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.* Schedule "3"– List of Builder/Developer Subclasses to Plaintiffs' Amended Omnibus Class Action Complaint (II) | | |
| Jackson, Dennis and Sharon | Harbor Walk Development, LLC | 97 |
| Allen, Philip and Clarine | HHJV, LLC | 98 |
| Atkins, Taddarreio and Mattea | HHJV, LLC | 98 |
| Bailey, Eric | HHJV, LLC | 98 |
| Blount, Demitrous Rivera, Brian | HHJV, LLC | 98 |
| Bonsoulin, Brad | HHJV, LLC | 98 |
| Brown, Craig and Angela | HHJV, LLC | 98 |
| Burgohy, Demetria | HHJV, LLC | 98 |
| Cain, Victoria | HHJV, LLC | 98 |
| Campana, Ronald, Jr. | HHJV, LLC | 98 |
| Cousins, Edwin, III | HHJV, LLC | 98 |
| Darst, Matt and Candi | HHJV, LLC | 98 |
| Dillard, Vida | HHJV, LLC | 98 |
| Evans, Cassie | HHJV, LLC | 98 |
| Fields, Jamell and Sheri | HHJV, LLC | 98 |
| Fontenot, Perry and Cassandra | HHJV, LLC | 98 |
| Fowle, Amanda | HHJV, LLC | 98 |
| Freeman, Carol | HHJV, LLC | 98 |
| Gandy, Tappan | HHJV, LLC | 98 |
| Harry, Joshua and Sharntay | HHJV, LLC | 98 |
| Havrilla, John | HHJV, LLC | 98 |
| Hollingsworth, Michael | HHJV, LLC | 98 |

| Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al. Schedule "3"– List of Builder/Developer Subclasses to Plaintiffs' Amended Omnibus Class Action Complaint (II) |||
| --- | --- | --- |
| Plaintiff | Defendant | Defendants' Subclass # |
| Johnson, Pryncess | HHJV, LLC | 98 |
| Jones, Richard and Delores and Anderson, Valerie | HHJV, LLC | 98 |
| Kim, Soon | HHJV, LLC | 98 |
| Knight, Asa Holden | HHJV, LLC | 98 |
| Lee, Hoo Suk | HHJV, LLC | 98 |
| Lee, Marianna | HHJV, LLC | 98 |
| Mackall, Turner and Juanita | HHJV, LLC | 98 |
| Madzuma, Jason and Jessica | HHJV, LLC | 98 |
| McKellar, Preston and Rachel | HHJV, LLC | 98 |
| McLenaghan, Jessica | HHJV, LLC | 98 |
| Michaux, Fred and Vannessa | HHJV, LLC | 98 |
| Oh, Guman | HHJV, LLC | 98 |
| Parker, Marlon and Latosha | HHJV, LLC | 98 |
| Perez, Zenaida | HHJV, LLC | 98 |
| Phillips, Jacqueline and Rodney | HHJV, LLC | 98 |
| Popovitch, Robert | HHJV, LLC | 98 |
| Purse, Jason | HHJV, LLC | 98 |
| Riedl, Anton and Melissa | HHJV, LLC | 98 |
| Sherwood, Karl | HHJV, LLC | 98 |
| Smith, Juanita | HHJV, LLC | 98 |
| Walker, Ben | HHJV, LLC | 98 |
| Wruble, Aaron & Wendy | Holiday Builders Construction of Florida, Inc. | 99 |

*Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*
Schedule "3"– List of Builder/Developer Subclasses to
Plaintiffs' Amended Omnibus Class Action Complaint (II)

| Plaintiff | Defendant | Defendants' Subclass # |
|---|---|---|
| Edwards, Richard | Holiday Builders, Inc. | 100 |
| James and Barbara Walsh | Home DevCo, LLC | 101 |
| Serio, Joseph | Inman Construction Services | 102 |
| Jackson, Dennis and Sharon | International Property Investments of Central Florida, Inc. d/b/a Henin International Services | 103 |
| Lindsay, Horace & Donna | Ironwood Properties, Inc. | 104 |
| Morgan, Keith & Shirley | Ironwood Properties, Inc. | 104 |
| Valcq, Stephen | J. Galloway Construction, Inc. | 105 |
| Jackson, Dennis and Sharon | Jerome Henin, individually | 106 |
| Scott, Cynthia & Jonathan | Jim Morris & Sons, Inc. | 107 |
| Bierria, Cindy and Nathaniel | Joseph Scott | 108 |
| Meehan, William & Virginia | K. Hovnanian First Homes, LLC d/b/a First Home Builders of Florida | 109 |
| Gonzalez, Barbara | K&B Homes, Inc. | 110 |
| Santos, Hector and Fenta, Nigest | K&B Homes, Inc. | 110 |
| Walker, Andrew & Cathy | K&B Homes, Inc. | 110 |
| Cruz, Cristina | Kaye Homes of South Florida, Inc. | 111 |
| Bowen, Casel | KB Home Florida, LLC | 112 |
| Bynoe, Robert and Little-Bynoe, Jennifer | KB Home Florida, LLC | 112 |
| Jablonski, Robert/Colleen | KB Home Florida, LLC | 112 |
| McKinnon, Joseph/Christina | KB Home Florida, LLC | 112 |
| Guzman, Fernando | KB Home Orlando, LLC | 113 |
| Jones, Brian / Davis, Kimberly | KB Home Orlando, LLC | 113 |

**Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.**
Schedule "3"– List of Builder/Developer Subclasses to
Plaintiffs' Amended Omnibus Class Action Complaint (II)

| Plaintiff | Defendant | Defendants' Subclass # |
|---|---|---|
| Mattia, Michael and Mary Ellen | KB Home Orlando LLC | 113 |
| Cardenas, Francisco | KB Home Tampa, LLC | 114 |
| Junco, Jorge | KB Home Tampa, LLC | 114 |
| Keeling, Danny | KB Home Tampa, LLC | 114 |
| Murphy, William | KB Home Tampa, LLC | 114 |
| Tataris, Anna / DeJesus, Roy | KB Home Tampa, LLC | 114 |
| Turckes, George | KB Home Tampa, LLC | 114 |
| Atwell, Roger | Kensington Woods, LLC | 115 |
| Barnes, Gerald and Michelle | Kensington Woods, LLC | 115 |
| Hong, Yeong Hee | Kensington Woods, LLC | 115 |
| Hrishikesh, Papansam and P. Ahalya and Rajiv | Kensington Woods, LLC | 115 |
| Levine, Michael | Kensington Woods, LLC | 115 |
| Carrol, Cindy | Laporte Family Properties | 116 |
| Filardo, Thomas and Thomas Jr. | Lavish Holding Corp. | 117 |
| Monge, Giraldo & Kelly | Lavish Holding Corp. | 117 |
| Hernandez, Yenny / Perez, Jorge | Lee Harbor Homes, Inc. | 118 |
| Cruz, Robert and Sandra | Lennar Corporation | 119 |
| Mirakian, Samuel | Lennar Homes, LLC | 120 |
| Webley McQueen, Symone | Lennar Homes, LLC | 120 |
| Carrol, Cindy | Leroy Laporte, Jr. | 121 |
| Vayda, Richard and Rita | Littles Construction of Central Florida, Inc. | 122 |

***Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.***
Schedule "3"– List of Builder/Developer Subclasses to
**Plaintiffs' Amended Omnibus Class Action Complaint (II)**

| Plaintiff | Defendant | Defendants' Subclass # |
|---|---|---|
| DeYoung, John C. | LTL Construction, Inc. | 123 |
| Kaufman/Manley, a general partnership | LTL Construction, Inc. | 123 |
| Kotajarvi, Peter | LTL Construction, Inc. | 123 |
| McNeill, Michael/Stephanie | LTL Construction, Inc. | 123 |
| Perga, Anthony/Marcia | LTL Construction, Inc. | 123 |
| Yost, Lee/Kimberly | LTL Construction, Inc. | 123 |
| Harrison, Wesley | MacGlen Builders, Inc. | 124 |
| Scott, Fay and Benjamin | Majestic Homes of Port St. Lucie, Inc. | 125 |
| Patterson, Joan | Mandalay Homes, Inc. | 126 |
| Bell, Peter and Karen | Mariner Village Townhomes, Inc. | 127 |
| Sponsel, David and Julia | McCar Homes, Inc. | 128 |
| Barnes, Arlana | Merit Homes, Inc. | 129 |
| Mendez, Claudia | Meritage Homes of Florida, Inc. | 130 |
| Santos, Luis & Odette | Meritage Homes of Florida, Inc. | 130 |
| Barriento, Marc | Midwest Construction & Development LLC | 131 |
| Hipps, Edd/Mary | Millennium Homes & Development, Inc. | 132 |
| Karcher, John<br>Coaker, Deborah | Monopoly Builders, Inc. | 133 |
| Winsome, Russell | MW Johnson Construction of Florida, Inc. | 134 |
| Anise, Maikel & Karen | Northstar Holdings at B & A, LLC | 135 |
| Fong, Charmaine | Northstar Holdings at B & A, LLC | 135 |
| Quittner, Lee & Alyssa | Northstar Holdings at B & A, LLC | 135 |
| Rubin, Mitchell | Northstar Holdings at B & A, LLC | 135 |