***Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.***
Schedule "3"– List of Builder/Developer Subclasses to
Plaintiffs' Amended Omnibus Class Action Complaint (II)

| Plaintiff | Defendant | Defendants' Subclass # |
|---|---|---|
| Lee, Dorothy | Oscar Jiles d/b/a. JJ Construction | 136 |
| Edmonds, Rick | Overlook, LLC | 137 |
| Berry, Keith and Elizabeth | Overlook Point, LLC | 138 |
| Johnson, Kenneth and Jeri and Johnson Family Living Trust | Overlook Point, LLC | 138 |
| Page, Dwight and psyche | Overlook Point, LLC | 138 |
| Vest, Hugh and Tracy | Overlook Point, LLC | 138 |
| Wood, Bryand Kimberly | Overlook Point, LLC | 138 |
| Delgado, Pedro and Margarita | Oyster Bay Homes, Inc. | 139 |
| Destacamento, Marilou & Aladin | Oyster Bay Homes, Inc. | 139 |
| Lugo, Marcela & Rafael | Palm Isles Holdings, LLC | 140 |
| Edmonds, Rick | Parellel Design and Development LLC | 141 |
| Desire, Marie | Par-Self, Inc. | 142 |
| Heischober, Steve and Liz | Peak Building Corporation | 143 |
| Ward, Lawrence | Peak Building Corporation | 143 |
| Dolan, Christopher and Carrie | Plantation Group, LLC | 144 |
| Hand, Bryon | Plantation Group, LLC | 144 |
| Higgs, Warren and Ann Marie | Plantation Group, LLC | 144 |
| Jarrett, Scott and Margaret | Plantation Group, LLC | 144 |
| Jones, Paul and Janet | Plantation Group, LLC | 144 |
| Kiewiet, Nathan and Elizabeth | Plantation Group, LLC | 144 |
| McLaain, Jason | Plantation Group, LLC | 144 |

**Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.**
Schedule "3"– List of Builder/Developer Subclasses to
Plaintiffs' Amended Omnibus Class Action Complaint (II)

| Plaintiff | Defendant | Defendants' Subclass # |
|---|---|---|
| Myott, Frances | Plantation Group, LLC | 144 |
| Palamidessi, Anthony and Caroline | Plantation Group, LLC | 144 |
| Stevenson, Marcus and Debbie | Plantation Group, LLC | 144 |
| Tierney, Susan and Jeffrey | Plantation Group, LLC | 144 |
| Himmelberger, Kyle/Mamie | Portofino Homes, Inc. | 145 |
| Rivas, Rigoberto/Maria Mitjans, Luis Loynaz, Arturo | Portofino Homes, Inc. | 145 |
| Jackson, Dennis and Sharon | Premier International Realty d/b/a Henin Realty | 146 |
| Anderson, Alexander | Preserve Development, LLC | 147 |
| Barrett, Robert | Preserve Development, LLC | 147 |
| Curtis, Gregory and Nancy | Preserve Development, LLC | 147 |
| Estes, Jeffrey | Preserve Development, LLC | 147 |
| Griffin, James and Kristin | Preserve Development, LLC | 147 |
| Griffin, James and Kristin | Preserve Development, LLC | 147 |
| Nolan, Daniel and Lillian | Preserve Development, LLC | 147 |
| Pagano, Sara and Geoffrey | Preserve Development, LLC | 147 |
| Smith, Andrew and Linda | Preserve Development, LLC | 147 |
| Loper, Calvin and Tammy | Preserve Development, LLC | 147 |
| Miranda, Jose | Pride Homes of Lakes by the Bay - Parcel H, LLC | 148 |
| Ankiel, Richard | Pukka Development, Inc. | 149 |
| Clark, Jimmy/Patricia | R A Grant Corporation | 150 |
| James, Jason/Jessica | R. Fry Builders, Inc. | 151 |

| Plaintiff | Defendant | Defendants' Subclass # |
|---|---|---|
| *Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.* Schedule "3"– List of Builder/Developer Subclasses to Plaintiffs' Amended Omnibus Class Action Complaint (II) | | |
| Nichols, James/Kathleen | R. Fry Builders, Inc. | 151 |
| Williams, David & Cassidy | R. Fry Builders, Inc. | 151 |
| Cohen, Lawrence | RCR Holding II LLC | 152 |
| Reckseit, Ronald & Jacqueline | RCR Holding II LLC | 152 |
| Reckseit, Ronald & Jacqueline | RCR Holding II LLC | 152 |
| Saliba, Dawn | Renar Development Company | 153 |
| Cotraccia, Manfredo/Maria | Rivercrest, LLC/The St. Joe Company | 154 |
| Dixon, Demetrius | Rivercrest, LLC/The St. Joe Company | 154 |
| Emandez, Vincent/Doren | Rivercrest, LLC/The St. Joe Company | 154 |
| Kennard, Rick | Rivercrest, LLC/The St. Joe Company | 154 |
| McLendon, Brian/Stephanie | Rivercrest, LLC/The St. Joe Company | 154 |
| Santana, Francisco/Maricellis | Rivercrest, LLC/The St. Joe Company | 154 |
| Quinn, Chris and Kate | Riverstreet Homes, Inc. | 155 |
| Gittens, Dian | Rottlund Homes of Florida, Inc. | 156 |
| Rappa, Erasmo and Kathleen | S. Petersen Homes, Inc. | 157 |
| Hite, Tonya | Safeway Contractors, L.L.C. | 158 |
| Avner, Brett and Wendy | Santa Maria Builders, LLC | 159 |
| Johnson, Travis C. & Kelly E. | South Kendall Construction Corporation | 160 |
| Lugo, Marcela & Rafael | South Kendall Construction Corporation | 160 |
| Meyers, Stuart/Lee | Southern Bay Homes, Inc. | 161 |
| Mosley, Toni | Southern Community Homes, Inc. | 162 |
| Corea, Edgar<br>Gilmore, Elsie | Southern Homes of Broward XI, Inc. | 163 |

**Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.**
Schedule "3"– List of Builder/Developer Subclasses to
Plaintiffs' Amended Omnibus Class Action Complaint (II)

| Plaintiff | Defendant | Defendants' Subclass # |
|---|---|---|
| Dwight, Randy, Hutchinson, Mercedes | Southern Homes of Broward XI, Inc. | 163 |
| Paskow, Ross and Jacyln | Southern Homes of Broward XI, Inc. | 163 |
| Carrol, Cindy | Southern Star Construction Company, Inc. | 164 |
| Sitaras, Mindy | Standard Pacific of South Florida GP, Inc. | 165 |
| Heischober, Steve and Liz | Stone Development, LLC | 166 |
| Ward, Lawrence | Stone Development, LLC | 166 |
| Deeg, David and Hooker, Deborah | Stuart South Group, L.C. | 167 |
| Dorman, Timothy/Melissa | Suarez Housing Corporation | 168 |
| Turner, Tyrone C. | Sunrise Construction | 169 |
| Turner, Tyrone C. | Sunrise Construction and Development, LLC | 170 |
| Turner, Tyrone C. | Sunrise Homes | 171 |
| Madero, Fernando and Bridget | Suntree Homes, Inc. | 172 |
| De Leon, Gordon | Tapia Brothers Constructions, Inc. | 173 |
| Mundy, Terry | Tapia Construction, Inc. | 174 |
| Knight, Christopher and Rosemary | Taylor Morrison of Florida, Inc. | 175 |
| Taylor, Willie | Three J's Remodeling, Incorporated | 176 |
| Salman, Samir/Julia | Timberline Builders, Inc. | 177 |
| Whitlock, Scott/Lucille | Timberline Builders, Inc. | 177 |
| Ball, Ashley | Toll Estero Ltd. Partnership, d/b/a Toll Brothers | 178 |
| Fatta, Joseph and Tracy | Tony Helton Construction, LLC | 179 |
| Necastro, Daniel CC and Mary Jo | Touchstone At Rapallo, Inc. | 180 |
| Jackson, Dennis and Sharon | Traderscove Corporation d/b/a the Henin Group | 181 |

***Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.***
Schedule "3"– List of Builder/Developer Subclasses to
Plaintiffs' Amended Omnibus Class Action Complaint (II)

| Plaintiff | Defendant | Defendants' Subclass # |
|---|---|---|
| Marin, Cassandra | Turn Key Home Builders, Inc. | 182 |
| Lynch, Robert and Colette | United Homes, Inc. | 183 |
| Bell, Peter and Karen | United Homes International, Inc. | 184 |
| Hall, Mary and Lorne | Vasquez Construction Company, LLC | 185 |
| LaGambina, Angelo and Anna | Venus Street, LLC | 186 |
| Haseltime, James and Joanne | Vernon Construction Corporation | 187 |
| Clark, James | Vet Construction, Inc. | 188 |
| Hanlon, Patrick and Ann | Vizcaya Custom Homes, Inc. | 189 |
| Foster, Mark Alan & Sandra | Walker Homes, Inc. | 190 |
| Baldwin, Jerry and Inez | Wellington, LLC | 191 |
| Galgano, Barbara and Peter | Wellington, LLC | 191 |
| Leach, Joe and Cathy | Wellington, LLC | 191 |
| Lenander, Jon and Suzanne | Wellington, LLC | 191 |
| Morgan, William and Deborah | Wellington, LLC | 191 |
| Orlando, Robert and Lisa | Wellington ,LLC | 191 |
| Sakony, Karen and Vincent | Wellington, LLC | 191 |
| Starnes, David | Wellington, LLC | 191 |
| Anderson, Alexander | Wermers Development, Inc. | 192 |
| Barrett, Robert | Wermers Development, Inc. | 192 |
| Curtis, Gregory and Nancy | Wermers Development, Inc. | 192 |
| Dunn, Jeffrey | Wermers Development, Inc. | 192 |
| Estes, Jeffrey | Wermers Development, Inc. | 192 |
| Germano, Michelle | Wermers Development, Inc. | 192 |

***Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.***
Schedule "3"– List of Builder/Developer Subclasses to
Plaintiffs' Amended Omnibus Class Action Complaint (II)

| Plaintiff | Defendant | Defendants' Subclass # |
|---|---|---|
| Loper, Calvin and Tammy | Wermers Development, Inc. | 192 |
| Nolan, Daniel and Lillian | Wermers Development, Inc. | 192 |
| Pagano, Sara and Geoffrey | Wermers Development, Inc. | 192 |
| Smith, Andrew and Linda | Wermers Development, Inc. | 192 |
| Whittington, Brenda and Charles | Wermers Development, Inc. | 192 |
| Gulledge, Roy and Juanita | Woodall, LLC | 193 |
| Lalwani, Gul & Deborah | Woodside Homes of Southeast Florida, LLC | 194 |
| Ratliff, Duane & Beth | Woodside Homes of Southeast Florida, LLC | 194 |
| Sakowski, Mark | Wyndwil, LLC | 195 |
| Simpson, Catherine | Wyndwil, LLC | 195 |