**Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.**
**Schedule "4"– List of Contractor/Installer Subclasses to**
**Plaintiffs' Amended Omnibus Class Action Complaint (II)**

| | |
|---|---|
| Subclass #196: | AI Brothers Inc. |
| Subclass #197: | American Building Materials, Inc. |
| Subclass #198: | Banner Supply Company Fort Myers, Inc. |
| Subclass #199: | Bel-Tex Contracting, Inc. |
| Subclass #200: | Beta Drywall, LLC |
| Subclass #201: | Better Boxing |
| Subclass #202: | D&A Construction Services, Inc. |
| Subclass #203: | Delgado's Painting |
| Subclass #204: | Drywall Experts, Inc. |
| Subclass #205: | Five-Star Drywall, Inc. |
| Subclass #206: | G. Drywalls Corporation |
| Subclass #207: | G&B Roofing and Construction, Inc. |
| Subclass #208: | Harrell's Drywall, Inc. |
| Subclass #209: | HC Seals Drywall Partners |
| Subclass #210: | Hinkle Drywall, Inc. |
| Subclass #211: | J. Wade Payne, LLC |
| Subclass #212: | J.W. Hodges Drywall, Inc. |
| Subclass #213: | Jose Lopez |
| Subclass #214: | Joseph Jones |
| Subclass #215: | Kevin Burton |
| Subclass #216: | Lopez Drywall, Inc. |
| Subclass #217: | Mesa Construction Group, Inc. |
| Subclass #218: | O.C.D. of S. Florida, Inc. |
| Subclass #219: | P.D.C. Drywall Contractors, Inc. |
| Subclass #220: | Preferred Homes, Inc. |
| Subclass #221: | Ray Turner Drywall, LLC |
| Subclass #222: | Residential Drywall, Inc. |
| Subclass #223: | RJL Drywall Inc. |
| Subclass #224: | S3 Enterprises, Inc. d/b/a Al Brothers Metal Framing and Drywall |
| Subclass #225: | Schear Corp. |
| Subclass #226: | South Florida Custom Trim, Inc. |
| Subclass #227: | Speedy Drywall |
| Subclass #228: | Stock Building Supply, LLC |
| Subclass #229: | The Porter-Blaine Corporation |
| Subclass #230: | Upscale Properties, Inc. |
| Subclass #231: | Wolf & Bear Distributors |

*Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*
Schedule "4"– List of Contractor/Installer Subclasses to
Plaintiffs' Amended Omnibus Class Action Complaint (II)

| Plaintiff | Defendant | Defendants' Subclass # |
|-----------|-----------|:---:|
| Destacamento, Marilou & Aladin | AI Brothers Inc. | **196** |
| Salman, Samir/Julia | AI Brothers, Inc. | **196** |
| Carr, David | American Building Materials, Inc. | **197** |
| Pinney, Nelson & Losi | Banner Supply Company Fort Myers, Inc. | **198** |
| Braden, Tiffany, as Representative of the Estate of Jane Bienemey, Deceased | Bel-Tex Contracting, Inc. | **199** |
| McLendon, Brian/Stephanie | Beta Drywall, LLC | **200** |
| Marullo, Jude | Better Boxing | **201** |
| Deeg, David and Hooker, Deborah | D&A Construction Services, Inc. | **202** |
| Walker, Alphonso & Nora | Delgado's Painting | **203** |
| Frankhouser, Roy & Mary | Drywall Experts, Inc. | **204** |
| Earley, Peter and Amanda | Five-Star Drywall, Inc. | **205** |
| Perez, Jorge JP Real Estate Development | G. Drywalls Corporation | **206** |
| Simon, Catherine | G&B Roofing and Construction, Inc. | **207** |
| Peek, William and Stacy | Harrell's Drywall, Inc. | **208** |
| Willett, Keith | Harrell's Drywall, Inc. | **208** |
| Carrol, Cindy | HC Seals Drywall Partners | **209** |
| Hanlon, Patrick and Ann | Hinkle Drywall, Inc. | **210** |
| Bierria, Cindy and Nathaniel | J. Wade Payne, LLC | **211** |
| Coombs, Thomas & Sheri | J.W. Hodges Drywall, Inc. | **212** |
| Talavera, LLC | J.W. Hodges Drywall, Inc. | **212** |

***Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.***
**Schedule "4"– List of Contractor/Installer Subclasses to**
**Plaintiffs' Amended Omnibus Class Action Complaint (II)**

| Plaintiff | Defendant | Defendants' Subclass # |
|---|---|---|
| Taylor, Willie | Jose Lopez | 213 |
| Frazier, Debra | Joseph Jones | 214 |
| Lee, Dorothy | Kevin Burton | 215 |
| Pinney, Nelson & Losi | Lopez Drywall, Inc. | 216 |
| Resnick, Jonathan S. & Diane | Mesa Construction Group, Inc. | 217 |
| Rosen, Kevin | Mesa Construction Group, Inc. | 217 |
| Resnick, Jonathan S. & Diane | O.C.D. of S. Florida, Inc. | 218 |
| Rosen, Kevin | O.C.D. of S. Florida, Inc. | 218 |
| Morgan, Keith & Shirley | P.D.C. Drywall Contractors, Inc. | 219 |
| Lindsay, Horace & Donna | P.D.C. Drywall Contractors, Inc. | 219 |
| LeBlanc, Beatrice | Preferred Homes, Inc. | 220 |
| Patterson, Joan | Ray Turner Drywall, LLC | 221 |
| Perga, Anthony/Marcia | Residential Drywall, Inc. | 222 |
| Pollux, LLC | RJL Drywall Inc. | 223 |
| Delgado, Pedro and Margarita | S3 Enterprises, Inc. d/b/a Al Brothers Metal Framing and Drywall | 224 |
| Bartschat, Eric and Anne Marie | Schear Corp. | 225 |
| Avner, Brett and Wendy | South Florida Custom Trim, Inc. | 226 |
| Krause, Donald and Bobby | South Florida Custom Trim, Inc. | 226 |
| Long, Kenneth | Speedy Drywall | 227 |
| Sangiovanni, Ralph & Catherine | Stock Building Supply, LLC | 228 |
| Allen, Philip and Clarine | The Porter-Blaine Corporation | 229 |
| Anderson, Alexander | The Porter-Blaine Corporation | 229 |

| | | |
|---|---|---|
| **Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.** Schedule "4"– List of Contractor/Installer Subclasses to Plaintiffs' Amended Omnibus Class Action Complaint (II) | | |
| **Plaintiff** | **Defendant** | **Defendants' Subclass #** |
| Anello, Joe and Delma | The Porter-Blaine Corporation | 229 |
| Atkins, Taddarreio and Mattea | The Porter-Blaine Corporation | 229 |
| Atwell, Roger | The Porter-Blaine Corporation | 229 |
| Bailey, Eric | The Porter-Blaine Corporation | 229 |
| Baldwin, Jerry and Inez | The Porter-Blaine Corporation | 229 |
| Barnes, Gerald and Michelle | The Porter-Blaine Corporation | 229 |
| Barrett, Robert | The Porter-Blaine Corporation | 229 |
| Berry, Keith and Elizabeth | The Porter-Blaine Corporation | 229 |
| Blount, Demitrous Rivera, Brian | The Porter-Blaine Corporation | 229 |
| Bonsoulin, Brad | The Porter-Blaine Corporation | 229 |
| Brown, Craig and Angela | The Porter-Blaine Corporation | 229 |
| Burgohy, Demetria | The Porter-Blaine Corporation | 229 |
| Cain, Victoria | The Porter-Blaine Corporation | 229 |
| Campana, Ronald, Jr. | The Porter-Blaine Corporation | 229 |
| Charsagua, Lupe and Joseph | The Porter-Blaine Corporation | 229 |
| Cousins, Edwin, III | The Porter-Blaine Corporation | 229 |
| Crist, Byron and Maria | The Porter-Blaine Corporation | 229 |
| Curtis, Gregory and Nancy | The Porter-Blaine Corporation | 229 |
| Darst, Matt and Candi | The Porter-Blaine Corporation | 229 |
| Day, Dan and Maureen | The Porter-Blaine Corporation | 229 |
| Dillard, Vida | The Porter-Blaine Corporation | 229 |
| Dolan, Christopher and Carrie | The Porter-Blaine Corporation | 229 |