| \ | Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al. Schedule "4"– List of Contractor/Installer Subclasses to Plaintiffs' Amended Omnibus Class Action Complaint (II) | \ |
|---|---|---|
| **Plaintiff** | **Defendant** | **Defendants' Subclass #** |
| Dunaway, Lisa and Jason | The Porter-Blaine Corporation | 229 |
| Dunn, Jeffrey | The Porter-Blaine Corporation | 229 |
| Edmonds, Rick | The Porter-Blaine Corporation | 229 |
| Estes, Jeffrey | The Porter-Blaine Corporation | 229 |
| Evans, Cassie | The Porter-Blaine Corporation | 229 |
| Fields, Jamell and Sheri | The Porter-Blaine Corporation | 229 |
| Fontenot, Perry and Cassandra | The Porter-Blaine Corporation | 229 |
| Fowle, Amanda | The Porter-Blaine Corporation | 229 |
| Freeman, Carol | The Porter-Blaine Corporation | 229 |
| Galanda, John and Margaret | The Porter-Blaine Corporation | 229 |
| Galgano, Barbara and Peter | The Porter-Blaine Corporation | 229 |
| Gandy, Tappan | The Porter-Blaine Corporation | 229 |
| Germano, Michelle | The Porter-Blaine Corporation | 229 |
| Goboy, Arvin and Clarissa | The Porter-Blaine Corporation | 229 |
| Griffin, James and Kristin | The Porter-Blaine Corporation | 229 |
| Gulledge, Roy and Juanita | The Porter-Blaine Corporation | 229 |
| Hand, Bryon | The Porter-Blaine Corporation | 229 |
| Harry, Joshua and Sharntay | The Porter-Blaine Corporation | 229 |
| Havrilla, John | The Porter-Blaine Corporation | 229 |
| Heischober, Steve and Liz | The Porter-Blaine Corporation | 229 |
| Higgs, Warren and Ann Marie | The Porter-Blaine Corporation | 229 |
| Hinkley, Curtis and Lynn and Hinkley-Lopez, Stephanie | The Porter-Blaine Corporation | 229 |

| ***Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*** |
|---|---|---|

**Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.**
Schedule "4"– List of Contractor/Installer Subclasses to
Plaintiffs' Amended Omnibus Class Action Complaint (II)

| Plaintiff | Defendant | Defendants' Subclass # |
|---|---|---|
| Hollingsworth, Michael | The Porter-Blaine Corporation | 229 |
| Hong, Yeong Hee | The Porter-Blaine Corporation | 229 |
| Hrishikesh, Papansam and P. Ahalya and Rajiv | The Porter-Blaine Corporation | 229 |
| Jackson, Dennis and Sharon | The Porter-Blaine Corporation | 229 |
| Jarrett, Scott and Margaret | The Porter-Blaine Corporation | 229 |
| Johnson, Kenneth and Jeri and Johnson Family Living Trust | The Porter-Blaine Corporation | 229 |
| Johnson, Pryncess | The Porter-Blaine Corporation | 229 |
| Jones, Paul and Janet | The Porter-Blaine Corporation | 229 |
| Jones, Richard and Delores and Anderson, Valerie | The Porter-Blaine Corporation | 229 |
| Kiewiet, Nathan and Elizabeth | The Porter-Blaine Corporation | 229 |
| Kim, Soon | The Porter-Blaine Corporation | 229 |
| Knight, Asa Holden | The Porter-Blaine Corporation | 229 |
| Leach, Joe and Cathy | The Porter-Blaine Corporation | 229 |
| Lee, Hoo Suk | The Porter-Blaine Corporation | 229 |
| Lee, Marianna | The Porter-Blaine Corporation | 229 |
| Lenander, Jon and Suzanne | The Porter-Blaine Corporation | 229 |
| Levine, Michael | The Porter-Blaine Corporation | 229 |
| Levy, Christopher | The Porter-Blaine Corporation | 229 |
| Loper, Calvin and Tammy | The Porter-Blaine Corporation | 229 |
| Mackall, Turner and Juanita | The Porter-Blaine Corporation | 229 |
| Madzuma, Jason and Jessica | The Porter-Blaine Corporation | 229 |

***Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.***
Schedule "4"– List of Contractor/Installer Subclasses to
Plaintiffs' Amended Omnibus Class Action Complaint (II)

| Plaintiff | Defendant | Defendants' Subclass # |
|---|---|---|
| Matulenas, Elizabeth and Joseph | The Porter-Blaine Corporation | 229 |
| McKellar, Preston and Rachel | The Porter-Blaine Corporation | 229 |
| McLaain, Jason | The Porter-Blaine Corporation | 229 |
| McLenaghan, Jessica | The Porter-Blaine Corporation | 229 |
| Michaux, Fred and Vannessa | The Porter-Blaine Corporation | 229 |
| Morgan, William and Deborah | The Porter-Blaine Corporation | 229 |
| Myott, Frances | The Porter-Blaine Corporation | 229 |
| Nguyen, Colleen and Tuan | The Porter-Blaine Corporation | 229 |
| Nolan, Daniel and Lillian | The Porter-Blaine Corporation | 229 |
| Oh, Guman | The Porter-Blaine Corporation | 229 |
| Orlando, Robert and Lisa | The Porter-Blaine Corporation | 229 |
| Pagano, Sara and Geoffrey | The Porter-Blaine Corporation | 229 |
| Page, Dwight and psyche | The Porter-Blaine Corporation | 229 |
| Palamidessi, Anthony and Caroline | The Porter-Blaine Corporation | 229 |
| Parker, Marlon and Latosha | The Porter-Blaine Corporation | 229 |
| Perez, Zenaida | The Porter-Blaine Corporation | 229 |
| Phillips, Jacqueline and Rodney | The Porter-Blaine Corporation | 229 |
| Popovitch, Robert | The Porter-Blaine Corporation | 229 |
| Purse, Jason | The Porter-Blaine Corporation | 229 |
| Riedl, Anton and Melissa | The Porter-Blaine Corporation | 229 |
| Sakony, Karen and Vincent | The Porter-Blaine Corporation | 229 |
| Sakowski, Mark | The Porter-Blaine Corporation | 229 |

*Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*
Schedule "4" – List of Contractor/Installer Subclasses to
Plaintiffs' Amended Omnibus Class Action Complaint (II)

| Plaintiff | Defendant | Defendants' Subclass # |
|---|---|---|
| Sherwood, Karl | The Porter-Blaine Corporation | 229 |
| Simpson, Catherine | The Porter-Blaine Corporation | 229 |
| Smith, Andrew and Linda | The Porter-Blaine Corporation | 229 |
| Smith, Juanita | The Porter-Blaine Corporation | 229 |
| Starnes, David | The Porter-Blaine Corporation | 229 |
| Stevenson, Marcus and Debbie | The Porter-Blaine Corporation | 229 |
| Tierney, Susan and Jeffrey | The Porter-Blaine Corporation | 229 |
| Tomas, Noel and Coates, Lance and Masana, Virginia and Villania, Flor and Nestib, Joan | The Porter-Blaine Corporation | 229 |
| Topf, Frank and Yvonne | The Porter-Blaine Corporation | 229 |
| Vest, Hugh and Tracy | The Porter-Blaine Corporation | 229 |
| Walker, Ben | The Porter-Blaine Corporation | 229 |
| Ward, Lawrence | The Porter-Blaine Corporation | 229 |
| Whittington, Brenda and Charles | The Porter-Blaine Corporation | 229 |
| Wood, Bryand Kimberly | The Porter-Blaine Corporation | 229 |
| Woodson, Gregory and Flordeliza | The Porter-Blaine Corporation | 229 |
| Louis, Leonard | Upscale Properties, Inc. | 230 |
| Jones, Daphne | Wolf & Bear Distributors | 231 |