| \WILTZ, ET AL. V. BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO., ET AL.\ OMNI II COMPLAINT – CASE NO. 10-361 (SECT. L. MAG 2) |||
|---|---|---|
| PARTY | ADDITION/REMOVAL | NOTES |
| Plaintiffs - Carmine and Emmanie Maurie | Removed | |
| Plaintiff - Erika Maysonet | Removed | |
| Defendant Manufacturer - Toughrock | Removed | |
| Defendant Builder - Custom Homes by Kaye | Removed | |
| Defendant Builder - McCale Development Corporation | Removed | |
| Defendant Builder - Hansen Homes | Removed | |
| Defendant Manufacturer - Crescent City Gypsum | Name Change to Qinhuangdao Taishan Building Material Co., Ltd. a/k/a Qinhuang Dao Taishan Buildign Material Co., Ltd. | |
| Defendant Manufacturer - Lafarge | Removed | |
| Defendant Manufacturer - ProRoc | Removed | |
| Plaintiffs - Laura Paig and Roger David Hembree | Removed | |
| Plaintiff - Anne Cammarata | Removed | |
| Defendant Builder - Centeral Harbor Homes Corporation | Removed | |
| Plaintiff - Melvyn Covetta | Removed | |
| Defendant Builder - Legend Custom Builders, Inc. | Removed | |
| Plaintiff - Mary Doster | Removed | |
| Defendant Builder - Maronda Homes, Inc. of Florida | Removed | |

| WILTZ, ET AL. V. BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO., ET AL. OMNI II COMPLAINT – CASE NO. 10-361 (SECT. L. MAG 2) |
|---|---|---|
| PARTY | ADDITION/REMOVAL | NOTES |
| Plaintiffs - Carlos and Elizabeth Espada | Removed | |
| Plaintiffs - Mark and Serafina Grayson | Removed | |
| Plaintiff - Abraham Johnson | Removed | |
| Plaintiff - Eddie Licon | Removed | |
| Defendant Contractor - Cemex, Inc. (formerly CSR Rinker) | Removed | |
| Plaintiffs - Jesse and Morgan Matos | Removed | |
| Defendant Builder - Jim Walter Homes, LLC | Removed | |
| Plaintiff - Rose McLaughlin | Removed | |
| Defendant Builder - Centex Homes | Removed | |
| Plaintiffs - Enock and Marie Sanon | Removed | |
| Defendant Builder - WB Construction Company, Inc. | Removed | |
| Defendant Contractor - C.L. Paul Plastering, Inc. | Removed | |
| Plaintiffs - Manuel and Judith Santos | Removed | |
| Defendant Builder - Ryles Homes | Removed | |
| Plaintiffs - Lee and Larua Stewart | Removed | |
| Defendant Contractor - Shamick Drywall, Inc. | Removed | |

| WILTZ, ET AL. V. BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO., ET AL. OMNI II COMPLAINT – CASE NO. 10-361 (SECT. L. MAG 2) |||
|---|---|---|
| **PARTY** | **ADDITION/REMOVAL** | **NOTES** |
| Defendant Distributor - Allied Building Products Corp. f/k/a Dophin Building Materials | Removed | |
| Plaintiffs - Jams and Loretta Stowell | Removed | |
| Defendant Contractor - Acreage Drywall, Inc. | Removed | |
| Defendant Distributor - Allsteel & Pypsum Products, Inc. | Removed | |
| Plaintiff - Linda Weaver | Removed | |
| Defendant Builder - FFH, LLC | Removed | |
| Plaintiffs - John and Dena Wethington | Removed | |
| Plaintiffs - Siegfried and Nancy Pumberger | Removed | |
| Defendant Distributor - Just-Rite Supply, Inc. | Removed | |
| | | |