# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOYCE W. ROGERS, individually, and on behalf of all others similarly situated, [ADDITIONAL PLAINTIFFS LISTED ON SCHEDULE OF PLAINTIFFS, ATTACHED HERETO AS EXHIBIT "A"], | CASE NO.: 10-362<br>SECT L. Mag 2 |
| **Plaintiffs,** | **AMDENDED CLASS ACTION COMPLAINT** |
| v. | |
| KNAUF GIPS KG; KNAUF PLASTERBOARD (TIANJIN) CO., LTD.; KNAUF PLASTERBOARD (WUHU), CO., LTD.; GUANGDONG KNAUF NEW BUILDING MATERIAL PRODUCTS CO., LTD. [ADDITIONAL DEFENDANTS LISTED ON SCHEDULE OF DEFENDANTS, ATTACHED HERETO AS EXHIBIT "B"], | **JURY TRIAL DEMAND** |
| **Defendants.** | |

_____/

## PLAINTIFFS' AMENDED OMNIBUS CLASS ACTION COMPLAINT (IV)

Pursuant to Fed. R. Civ. P. 23, the class representatives in this action bring suit on behalf

of themselves and all other similarly situated owners and residents of real property containing

defective Chinese manufactured drywall that was designed, manufactured, imported, distributed,

delivered, supplied, marketed, inspected, installed, or sold by the Defendants.  In order to

accomplish an effective class structure, each of the class representatives is pursuing a nationwide

class action against the Knauf entities,[1] who are the manufacturers of the drywall located in

---

[1] Knauf consists of Knauf GIPS KG, Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu), Co., Ltd., and Guangdong Knauf New Building Material Products Co., Ltd. (collectively "Knauf").

1



plaintiffs' homes. Subordinate to the national class action, the identified class representatives are participating in subclasses asserting claims against each of their distributors, suppliers, importers, exporters, and brokers (Subclasses 1-11); each of their builders and developers (Subclasses 12 - 124); and each of their contractors and installers (Subclasses 125 - 142) for whom they have standing (class and subclass members shall be collectively referred to herein as "Class Members"). Each of the Defendants in this action are liable for damages incurred by Plaintiffs due to their role in the design, manufacture, importing, distributing, delivery, supply, marketing, inspecting, installing, or sale of the defective drywall at issue in this litigation.

## JURISDICTION, PARTIES, AND VENUE

1.  Original jurisdiction of this Court exists by virtue of 28 U.S.C. §1332(d)(2) and the Class Action Fairness Act ("CAFA"). *See* 28 U.S.C. § 1711, *et. seq.* The Plaintiffs and certain of the Defendants in these actions are citizens of different states and the amounts in controversy in these actions exceed five million dollars ($5,000,000.00), exclusive of interest and costs.

2.  For each subclass, the Court has original jurisdiction under CAFA and/or supplemental jurisdiction under 28 U.S.C. § 1367.

3.  Venue in this district satisfies the requirements of 28 U.S.C. §1391(b)(1)-(2) and (c) because Plaintiffs and a significant number of the absent class members reside in this jurisdiction and a substantial amount of the events and occurrences giving rise to these claims occurred in this District, or a substantial part of the property that is the subject of this action is situated in this district. Venue is otherwise appropriate in this district consistent with 28 U.S.C. § 1407 and the June 15, 2009 Transfer Order of the Judicial Panel on Multidistrict Litigation ("JPML"). *See In re: Chinese-Manufactured Drywall Products Liability Litigation*, 626 F.Supp.2d 1346 (J.P.M.L.

2

Jun. 15, 2009).

## PLAINTIFFS

4. For purposes of clarity, the Plaintiffs are asserting claims on behalf of all owners and residents of the subject properties, including but not limited to, minors and other residents of the properties who do not appear herein as named plaintiffs.

5. To the extent some of the Plaintiffs are already class representatives in *Payton, et al. v. Knauf Gips KG, et al.*, Case No.09-7628 (E.D.La.), they are not participating in the instant amended complaint as class representatives in the class asserted against Knauf. Such Plaintiffs are participating as class representatives in the instant amended complaint for non-manufacturing defendants in the chain of distribution for the defective drywall in their homes or other structures.

6. Unless specifically stated to the contrary, all Plaintiffs are citizens of the state where they reside and all entities are citizens of the state where they are organized. Alternatively, all entities are citizens of the state of their principal place of business and/or of the state where the subject property is located.

7. Plaintiff, Joyce W. Rogers is a citizen of Louisiana and owns real property located at 675 Solomon Drive, Covington, Louisiana 70433. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

8. Plaintiffs, Dr. Thomas and Martha Letard are citizens of Mississippi and together own real property located at 2732 Channel Place, Biloxi, Mississippi 39531. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

9.  Plaintiffs, Harry and Melissa Darby are citizens of Louisiana and together own real property located at 623 Bellingrath Lane, Slidell, Louisiana 70453.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

10.  Plaintiffs, Steve and Shannon Mitchell are citizens of Alabama and together own real property located at 8117 Chatom Bigbee Road, Millry, Alabama 36558.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

11.  Plaintiff, Brenda Cooper is a citizen of Louisiana and owns real property located at 1812-14 Mazant Street, New Orleans, Louisiana 70117.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

12.  Plaintiff, Charlotte Dejan is a citizen of Louisiana and owns real property located at 4635 Evangaline, New Orleans, Louisiana 70127.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

13.  Plaintiffs, Leroy and Ann Dejan are citizens of Louisiana and together own real property located at 4624 Chantilly Drive, New Orleans, Louisiana 70126.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

14.  Plaintiffs, Clyde and Ira McCoy are citizens of Louisiana and together own real property located at 11417 S. St. Andrew Circle, New Orleans, Louisiana 70128.  Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

15. Plaintiffs, Bryan and Kasey Wiggins are citizens of Alabama and together own real property located at 4098 Pine Grove Road, Bay Minette, Alabama 36507. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

16. Plaintiff, Robin Spence is a citizen of Florida and owns real property located at 1625 Martin Bluff Road, Unit 1, Gautier, Mississippi 39553. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

17. Plaintiff, Michael Cabrera is a citizen of California and owns real property located at 1625 Martin Bluff Road, Unit 4, Gautier, Mississippi 39553. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

18. Plaintiff, Samuel Mitchell is a citizen of Mississippi and owns real property located at 1625 Martin Bluff Road, Units 7 and 8, Gautier, Mississippi 39553. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

19. Plaintiff, Ante Bellu is a citizen of Mississippi and owns real property located at 1625 Martin Bluff Road, Unit 29, Gautier, Mississippi 39553. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

20.  Plaintiff, David Pilger is a citizen of Mississippi and owns real property located at 1625 Martin Bluff Road, Unit 42, Gautier, Mississippi 39553.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

21.  Plaintiff, Riverbend Condominiums, Inc. owns real property located at 1625 Martin Bluff Road, Unit 82, Gautier, Mississippi 39553.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

22.  Plaintiffs, Deandra Charles and Adriann Fuller are citizens of Alabama and together own real property located at 625 Ridgefield Way, Odenville, Alabama 35120.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

23.  Plaintiffs, Beck and Julie Taylor are citizens of Alabama and together own real property located at 4327 Boulder Lake Circle, Birmingham, Alabama 35242.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

24.  Plaintiffs, John and Karen Virciglio are citizens of Alabama and together own real property located at 2374 Abbeyglen Circle, Birmingham, Alabama 35242.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

25. Plaintiffs, S. Jason and Rhonda Nabors are citizens of Alabama and together own real property located at 773 Hampden Place Circle, Vestavia Hills, Alabama 35242.  Plaintiffs are

6

participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

26.  Plaintiffs, Manciel and Susan Adair are citizens of Alabama and together own real property located at 597 Ridgefield Way, Odenville, Alabama 35120.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

27.  Plaintiff, Dorothy Burleson is a citizen of Alabama and owns real property located at 5817 Chestnut Trace, Hoover, Alabama 35244.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

28.  Plaintiffs, Louis Stoute, Jr. and Patricia Navilhoo are citizens of Louisiana and together own real property located at 70267 10th Street, Covington, Louisiana 70433.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

29.  Plaintiff, Helen T. Duckworth is a citizen of Mississippi and owns real property located at 123 Teddy Lane, Picayune, Mississippi 39466.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

30.  Plaintiffs, Joan Bruder and Don Bruder are citizens of Mississippi and together own real property located at 121 Teddy Lane, Picayune, Mississippi 39446.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

31.  Plaintiffs, Henry J. and Olga A. Chaisson are citizens of Mississippi and together own real property located at 110 Teddy Lane, Picayune, Mississippi 39446.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

32.  Plaintiffs, Louis C. and Joyce M. Funel are citizens of Mississippi and together own real property located at 115 Teddy Lane, Picayune, Mississippi 39446.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

33.  Plaintiffs, Edmond and Mary Desiree Raffo are citizens of Mississippi and together own real property located at 111 Teddy Lane, Picayune, Mississippi 39446.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

34.  Plaintiffs, Alfonso and Francisco Albacete are citizens of Florida and together own real property located at 240 W. End Drive, Unit 1313, Punta Gorda, Florida 33950.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

35.  Plaintiff, Francisco Albandor is a citizen of Florida and owns real property located at 12979 S.W. 134 Terrace, Miami, Florida 33186.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

36.  Plaintiffs, Rodrigo and Lisa Blanco are citizens of Florida and together own real property located at 14532 S. W. 13 Terrace, Miami, Florida 33184.  Plaintiffs are participating as

8

class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

37. Plaintiff, Rafael Bohorquez is a citizen of Florida and owns real property located at 12928 S.W. 135th Street, Miami, Florida 33186. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

38. Plaintiffs, Crystal Borst and Beverly Morea are citizens of Florida and together own real property located at 7428 Briella Drive, Boynton Beach, Florida 33437. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

39. Plaintiffs, Vernon and Latavia Carey are citizens of Florida and together own real property located at 11435 Canyon Maple Blvd., Davie, Florida 33330. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

40. Plaintiff, Martin Cooper is a citizen of Florida and owns real property located at 399 NW Breezy Point Loop, Port St. Lucie, Florida 34986. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

41. Plaintiffs, Jose and Kiria Cora are citizens of Florida and together own real property located at 17734 S.W. 47 Street, Miramar, Florida 33029. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

42.  Plaintiff, Faith Dickens is a citizen of Florida and owns real property located at 1966 NE 5th Street, Boynton Beach, Florida 33435.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

43.  Plaintiff, Scott Goldberg is a citizen of Florida and owns real property located at 7422 Briella Drive, Boynton Beach, Florida 33438.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

44.  Plaintiffs, German and Marcela Gomez are citizens of Florida and together own real property located at 5084 SW Mariner Garden Circle, Stuart, Florida 34947.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

45.  Plaintiff, Kristin Hagan is a citizen of Florida and owns real property located at 4743 NW 36 Ave., Cape Coral, Florida 33993.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

46.  Plaintiff, Michael Hill is a citizen of Michigan and owns real property located at 22860 Red Laurel Lane, Estero, Florida 33928.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

47.  Plaintiff, Giuseppe Iadisernia is a citizen of Florida and owns real property located at 10092 Cobblestone Creek Drive, Boynton Beach, Florida 33472.  Plaintiff is participating as a

10

class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

48.  Plaintiff, Terriano Keddo is a citizen of Florida and owns real property located at 1984 NE 5th Street, Boynton Beach, Florida 33435.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

49.  Plaintiff, Nury Lafleur is a citizen of Florida and owns real property located at 12979 S.W. 134 Terrace, Miami, Florida 33186.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

50.  Plaintiff, Lauderdale One Condominium Association owns real property located at 2401 Northeast 65 Street, Fort Lauderdale, Florida 33308; and 2402 Northeast 65 Street, Unit 2-605, Fort Lauderdale, Florida 33308.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

51.  Plaintiffs, Jim and Maggie Leung are citizens of Florida and together own real property located at 8042 N.W. 125 Terrace, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

52.  Plaintiff, Una Lewis is a citizen of Florida and owns real property located at 7426 Briella Drive, Boynton Beach, Florida 33437.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint

11

which are incorporated herein by reference.

53.  Plaintiff, Domenico Licata is a citizen of Massachusetts and owns real property located at 1710 NE 6th Street, Boynton Beach, Florida 33435.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

54.  Plaintiff, Andres Lichtenberger is a citizen of Florida and owns real property located at 3182 Lamb Court, Miami, Florida 33133.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

55.  Plaintiff, Benjamin Litwin is a citizen of Florida and owns real property located at 1960 NE 5th Street, Boynton Beach, Florida 33435.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

56.  Plaintiff, Joseph Madonia is a citizen of Florida and owns real property located at 10848 Tiberio Drive, Ft. Myers, Florida 33813.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

57.  Plaintiff, Elsy Maestre is a citizen of Florida and owns real property located at 10024 Cobblestone Creek Drive, Boynton Beach, Florida 33472.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

58.  Plaintiff, Magdalena Gardens Condo Association owns real property located at 240

12

West End Avenue, Units 611, 612, 613, 921, 1021, 1022, 1023, 1111, 1112, 1113, 1221, 1223, 1313, 1322, 1513, 1523, Punta Gorda, Florida 33950. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

59. Plaintiff, Lois Massop is a citizen of Florida and owns real property located at 1064 SW Canary Terrace, Port St. Lucie, Florida 34953. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

60. Plaintiff, Michele Maxellan is a citizen of Florida and owns real property located at 3615 NW 14th Court, Lauderhill, Florida 33311. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

61. Plaintiff, Lyndon Mertz is a citizen of North Dakota and owns real property located at 328 NW 4th Terrace, Cape Coral, Florida 33993. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

62. Plaintiff, Anthony Michalopoulos is a citizen of Florida and owns real property located at 538 S.E. 2nd Street, Cape Coral, Florida 33990. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

63. Plaintiff, Carl Mullen is a citizen of Florida and owns real property located at 9948 Cobblestone Creek Drive, Boynton Beach, Florida 33472. Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

64. Plaintiff, Bryon Parker is a citizen of Florida and owns real property located at 9989 Cobblestone Creek, Boynton Beach, Florida 33472. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

65. Plaintiff, Deborah Pino is a citizen of Florida and owns real property located at 3601 NW 14th Court, Lauderhill, Florida 33311. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

66. Plaintiff, Lakendra Potts is a citizen of Florida and owns real property located at 1702 NE 6th Street, Boynton Beach, Florida 33435. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

67. Plaintiffs, Murji Rabadia and Anjni Vekaria are citizens of Florida and together own real property located at 7424 Briella Drive, Boynton Beach, Florida 33437. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

68. Plaintiffs, Antonio and Eliana Raventos are citizens of Florida and together own real property located at 17743 SW 47th Street, Miramar, Florida 33029. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

14

69.  Plaintiff, Robert Reck is a citizen of Florida and owns real property located at 1818 NE 5th Street, Unit 1406, Boynton Beach, Florida 33435.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

70.  Plaintiffs, Ronald and Jacqueline Reckseit are citizens of Florida and together own real property located at 1690 Renaissance Commons Blvd,. Unit 2125, Boynton Beach, Florida 33426.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

71.  Plaintiff, Redelco, LLC owns real property located at 1131 Mack Bayou Road, Santa Rose Beach, Florida 32459.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

72.  Plaintiff, Courtney Robinson is a citizen of Florida and owns real property located at 1439 NW 36th Way, Lauderhill, Florida 33311.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

73.  Plaintiffs, Eugenio Rojas and Liliana Marulanda are citizens of Florida and together own real property located at 11211 N.W. 84th Street, Doral, Florida 33178.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

74.  Plaintiffs, Ruben and Jennifer Romero are citizens of Florida and together own real

15

property located at 1061 SW Canary Terr., Port St. Lucie, Florida 34953. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

75. Plaintiffs, Omer and Anne Saint-Fleur are citizens of Florida and together own real property located at 17733 SW 47th Street, Miramar, Florida 33029. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

76. Plaintiff, William Shaw is a citizen of Florida and owns real property located at 10069 Cobblestone Creek Drive, Boynton Beach, Florida 33472. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

77. Plaintiff, Garth Sill is a citizen of Florida and owns real property located at 3544 NW 14th Ct., Lauderhill, Florida 33311. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

78. Plaintiff, Stacey Silver is a citizen of Florida and owns real property located at 1978 NE 5th Street, Boynton Beach, Florida 33435. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

79. Plaintiff, Susan Szuflada is a citizen of Florida and owns real property located at 3357 S.W. Mundy Street, Port St. Lucie, Florida 34953. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

amended complaint which are incorporated herein by reference.

80. Plaintiff, Toglia Total Solutions, LLC owns real property located at 433 Hedgewood Street, Lehigh Acres, Florida 33936; and 435 Hedgewood Street, Lehigh Acres, Florida 33936. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

81. Plaintiffs, Paul Varchetti and Lawrence Hixton are citizens of Michigan and together own real property located at 6410 McRea Place, Vero Beach, Florida 32967. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

82. Plaintiff, Judith Williams is a citizen of Florida and owns real property located at 3588 NW 14th Ct., Lauderhill, Florida 33311. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

83. Plaintiff, Steven Wright is a citizen of Florida and owns real property located at 1726 NE 6th Street, Boynton Beach, Florida 33472. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

84. Plaintiffs, Iqbal Peerbhai and Tajwathie Prem are citizens of Florida and together own real property located at 82 SW Palm Cove Drive, Palm City, Florida 34990. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

85. Plaintiffs, Joel and Holly Bonnette are citizens of Louisiana and together own real

property located at 26102 Big Ben, Denham Springs, Louisiana 70126. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

86. Plaintiffs, Gary and Vicki Kelly are citizens of Louisiana and together own real property located at 61286 Gitz Drive, Lacombe, Louisiana 70445. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

87. Plaintiff, Rory Panepinto is a citizen of Louisiana and owns real property located at 1 Forrest Court, Metairie, Louisiana 70001. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

88. Plaintiff, Eric Bienemy is a citizen of Louisiana and owns real property located at 2823 Daniel Drive, Violet, Louisiana 70092. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

89. Plaintiff, Chad Roy is a citizen of Louisiana and owns real property located at 171 Windermere Way, Madison, Louisiana 70447. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

90. Plaintiff, Sherie Linzy is a citizen of Louisiana and owns real property located at 836 Old Metairie Place, Metairie, Louisiana 70001. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint

which are incorporated herein by reference.

91. Plaintiffs, Vernon Leroy and JoAnn Cross Fernandez are citizens of Louisiana and together own real property located at 41555 C.C. Road, Ponchatoula, Louisiana 70454. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

92. Plaintiff, Nancy Hunt is a citizen of Florida and owns real property located at 4064 Cherrybrook Loop, Fort Myers, Florida 33966. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

93. Plaintiff, Clarence Green is a citizen of Mississippi and owns real property located at 7045 Sunflower Street, Bay St. Louis, Mississippi 39520. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

94. Plaintiff, Lowry Development owns real property located at 4640 W. Beach Blvd,. Unit B-6, Gulfport, Mississippi 39501. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

95. Plaintiff, Eric Menhennett is a citizen of Mississippi and owns real property located at 4640 W. Beach Blvd., Unit A-3, Gulfport, Mississippi 39501. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

96. Plaintiffs, David and Sharon Waddell are citizens of Louisiana and together own real

19

property located at 4640 W. Beach Blvd., Unit B-2, Gulfport, Mississippi 39501. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

97. Plaintiff, Glen France is a citizen of New York and owns real property located at 807 St. Joseph Street, Waveland, Mississippi 39576. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

98. Plaintiff, Etta Humphreys is a citizen of Mississippi and owns real property located at 500 Hickory Drive, Long Beach, Mississippi 39560. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

99. Plaintiff, Tammy Ladner is a citizen of Mississippi and owns real property located at 6030 Shiyou Road, Kiln, Mississippi 39556. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

100. Plaintiff, James R. Mitchell is a citizen of Louisiana and owns real property located at 4640 W. Beach Blvd., Unit A-2, Gulfport, Mississippi 39502. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

101. Plaintiff, Michael Vu is a citizen of Louisiana and owns real property located at 33 Dogwood Drive, Kenner, Louisiana 70065. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint

which are incorporated herein by reference.

102. Plaintiff, Matt Hoyle is a citizen of Alabama and owns real property located at 1062 Highland Park Place, Birmingham, Alabama 35243. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

103. Plaintiff, Jack Myers is a citizen of Louisiana and owns real property located at 4501 Hwy 568, Ferriday, Louisiana 71334. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

104. Plaintiffs, Mark and Barbara Darensbourg are citizens of Louisiana and together own real property located at 1924 Bayou Paul Lane, St. Gabriel, Louisiana 70776. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

105. Plaintiff, Kenneth Guice is a citizen of Louisiana and owns real property located at 6331 South Johnson, New Orleans, Louisiana 70118. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

106. Plaintiffs, Robert and Rafaela Alegria are citizens of Florida and together own real property located at 8127 NW 114 Path, Doral, Florida 33178. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

107. Plaintiffs, Peter and Sally Blanchard are citizens of Florida and together own real

property located at 2866 St. Barts Sq., Vero Beach, Florida 32967. Plaintiffs are participating as

class representatives in the class and subclasses as set forth in the schedules accompanying this

amended complaint which are incorporated herein by reference.

108. Plaintiffs, Kevin and Maria Colman are citizens of Illinois and together own real

property located at 2203 NE 19 Terrace, Homestead, Florida 30035. Plaintiffs are participating

as class representatives in the class and subclasses as set forth in the schedules accompanying

this amended complaint which are incorporated herein by reference.

109. Plaintiff, Raymond A. Crane is a citizen of New Jersey and owns real property

located at 4134 NE 9 Place, Cape Coral, Florida 33909. Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this

amended complaint which are incorporated herein by reference.

110. Plaintiffs, Marie E. Fulgueira and Oscar J. Gonzalez are citizens of Florida and

together own real property located at 8711 SW 203 St., Cutler Bay, Florida 33189. Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this amended complaint which are incorporated herein by reference.

111. Plaintiff, David Glenz is a citizen of Florida and owns real property located at 2810

Saint Bart's Square, Vero Beach, Florida 32967. Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this

amended complaint which are incorporated herein by reference.

112. Plaintiffs, Gueorgui Lago and Jomari Torres are citizens of Florida and together

own real property located at 10774 NW 81 Lane, Doral, Florida 33190. Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this amended complaint which are incorporated herein by reference.

113.   Plaintiffs, Enrique Rebolledo and Maritza de Souza are citizens of Florida and together own real property located at 8133 NW 108 Pl., Doral, Florida 33178.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

114.   Plaintiff, Raphael Santamaria is a citizen of Florida and owns real property located at 1972 SE 23 Court, Homestead, Florida 33035.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

115.   Plaintiff, Kelley Spellman is a citizen of Virginia and owns real property located at 10780 NW 81 Lane, Doral, Florida 33178.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

116.   Plaintiffs, Angelo and Elena Vescio are citizens of Florida and together own real property located at 425-21st Court SW, Vero Beach, Florida 32960.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

117.   Plaintiffs, Robert and Denise Martin are citizens of Louisiana and together own real property located at 8906 Fox Gate Drive, Baton Rouge, Louisiana 70809.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

118.   Plaintiff, Jack Benjamin is a citizen of Louisiana and owns real property located at

12 Pelham, Metairie, Louisiana 70005.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

119.  Plaintiffs, Jack and Barbara Lindstrom are citizens of Florida and together own real property located at 1210 Peterborough Circle, Sun City Center, Florida 33573.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

120.  Plaintiffs, Ralph and Nancy Milykovic are citizens of Florida and together own real property located at 338 Cipriani Way, North Venice, Florida 34275.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

121.  Plaintiffs, William and Mary Anderson are citizens of Florida and together own real property located at 1413 Emerald Dunes Drive, Sun City Center, Florida 33573.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

122.  Plaintiffs, Charles and Josephine Russo are citizens of Florida and together own real property located at 2246 Sifield Greens Way, Sun City Center, Florida 33573.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

123.  Plaintiff, Jay Romelus is a citizen of Florida and owns real property located at 9351 Eden Manor, Parkland, Florida 33076.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which

are incorporated herein by reference.

124.  Plaintiffs, Stuart and Diane Duncan are citizens of Florida and together own real property located at 63 SE 3 Avenue, Hallandale, Florida 33009.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

125.  Plaintiff, David Harrison is a citizen of Florida and owns real property located at 1212 Peterborough Cove, Sun City Center, Florida 33573.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

126.  Plaintiff, Diane Maskol is a citizen of Florida and owns real property located at 206 Medici Terrace, North Venice, Florida 34275.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

127.  Plaintiffs, Allen and Anissa Fordham are citizens of Florida and together own real property located at 925 SW 146 Terrace, Pembroke Pines,  Florida 33027.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

128.  Plaintiffs, Douglas and Elizabeth Black are citizens of Florida and together own real property located at 833 King Leon Way, Sun City Center, Florida 33573.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

129.  Plaintiffs, Patrick and Tina Donahoe are citizens of Louisiana and together own real

25

property located at 106 Mary Kate Court, Montz, Louisiana 70068.  Plaintiffs are participating as

class representatives in the class and subclasses as set forth in the schedules accompanying this

amended complaint which are incorporated herein by reference.

130.  Plaintiff, David Orlowski is a citizen of Florida and owns real property located at

2722 SW 10th Avenue, Cape Coral, Florida 33914.  Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this

amended complaint which are incorporated herein by reference.

131.  Plaintiff, Hope Zamora is a citizen of Louisiana and owns real property located at

713 Simpson Way, Covington, Louisiana 70435.  Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this

amended complaint which are incorporated herein by reference.

132.  Plaintiff, Desmond Green is a citizen of Louisiana and owns real property located at

3758 Preston Place, New Orleans, Louisiana 70131.  Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this

amended complaint which are incorporated herein by reference.

133.  Plaintiff, Stella Jenevein is a citizen of Louisiana and owns real property located at

305 Park Lane, Pearl River, Louisiana 70452.  Plaintiff is participating as a class representative

in the class and subclasses as set forth in the schedules accompanying this amended complaint

which are incorporated herein by reference.

134.  Plaintiffs, Jeremy and Heather Armstrong are citizens of Alabama and together own

real property located at 1005 Seminole Place, Calera, Alabama 35040.  Plaintiffs are participating

as class representatives in the class and subclasses as set forth in the schedules accompanying

this amended complaint which are incorporated herein by reference.

135.  Plaintiff, Raymond Bakane is a citizen of Alabama and owns real property located at 1253 Glenstone Place, Moody, Alabama 35004.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

136.  Plaintiff, Charles Baldone is a citizen of Alabama and owns real property located at 813 Boulder Lake Court, Birmingham, Alabama 35242.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

137.  Plaintiff, Steve Bennett is a citizen of Alabama and owns real property located at 812 Boulder Lake Court, Birmingham, Alabama 35242.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

138.  Plaintiff, Jonathan Bolle is a citizen of Alabama and owns real property located at 3014 Washington Circle, Moody, Alabama 35004.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

139.  Plaintiff, Ken Branch is a citizen of Alabama and owns real property located at 112 Wild Timber Parkway, Pelham, Alabama 35124.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

140.  Plaintiff, Glenda Burson is a citizen of Alabama and owns real property located at

2285 Bill View Court, Birmingham, Alabama 35226.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

141.  Plaintiffs, Scott and Mary Campbell are citizens of Alabama and together own real property located at 171 Silo Hill Road, Madison, Alabama 35758.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

142.  Plaintiffs, Kenneth and Juile Kustenmacher are citizens of Louisiana and together own real property located at 28464 Lapont Drive, Lacombe, Louisiana 70445.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

143.  Plaintiffs, Doris and Lindsey Porter are citizens of Louisiana and together own real property located at 23620 Kirtley Drive, Plaquemine, Louisiana 70764.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

144.  Plaintiff, Charles Flores is a citizen of Florida and owns real property located at 703 SW 147 Avenue, Pembroke Pines, Florida 33025.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

145.  Plaintiff, The Parc in Hammond, LLC owns real property located at 42345-A Boardwalk Avenue, Hammond, Louisiana 70403; 42345-B Boardwalk Avenue, Hammond, Louisiana 70403; 42351-B Boardwalk Avenue, Hammond, Louisiana 70403; and 42351-A

Boardwalk Avenue, Hammond, Louisiana 70403. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

146. Plaintiffs, Enrique and Ivy Valdez are citizens of Florida and together own real property located at 2229 SE 19 Avenue, Homestead, Florida 33035. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

147. Plaintiff, M&F Development, LLC owns real property located at 3056 New York Street, Miami, Florida 33133; 3058 New York Street, Miami, Florida 33133; 3060 New York Street, Miami, Florida 33133; and 3062 New York Street, Miami, Florida 33133. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

148. Plaintiff, Elizabeth Lemay is a citizen of Florida and owns real property located at 2421 NE 65 St., Unit 2-615, Fort Lauderdale, Florida 33308. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

149. Plaintiff, Jeffrey Mayfield is a citizen of Louisiana and owns real property located at 309 De Zaire Drive, Madisonville, Louisiana 70447. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

150. Plaintiff, Ronald Pizzolato is a citizen of Louisiana and owns real property located at 27246 Tag-A-Long Drive, Lacombe, Louisiana 70445. Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

151.  Plaintiff, Wilton and Rita Brian is a citizen of Louisiana and owns real property located at 18523 Bellingrath Lakes Greenwell Springs, Louisiana 70739.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

152.     Plaintiff, Bridget Carr is a citizen of Alabama and owns real property located at 106 Windridge Way, Huntsville, Alabama 35824.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

153.  Plaintiff, James Catron is a citizen of Alabama and owns real property located at 9440 Ambrose Lane, Morris, Alabama 35091.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

154. Plaintiffs, Jared and Brittany Chandler are citizens of Alabama and together own real property located at 1259 Washington Drive, Moody, Alabama 35004.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

155.  Plaintiff, Russell Chestang is a citizen of Alabama and owns real property located at 6908A Gulf Shores Surf & Racquet, Gulf Shore, Alabama 36547.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

156.  Plaintiffs, Darren and Melissa Cissell are citizens of Alabama and together own real property located at 392 Woodward Court, Inverness, Alabama 35242.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

157.  Plaintiffs, Joseph and Cathleen Clark are citizens of Alabama and together own real property located at 2376 Bellevue Terrace, Hoover, Alabama 35226.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

158.  Plaintiff, Cynthia Conner is a citizen of Alabama and owns real property located at 2409 Hamilton Place, Birmingham, Alabama 35215.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

159.  Plaintiffs, Jeffrey and Georgann Cox are citizens of Alabama and together own real property located at 2126 Chelsea Ridge Drive, Columbiana, Alabama 35051.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

160.  Plaintiffs, Daniel and Sara Crawford are citizens of Alabama and together own real property located at 603 Ridgefield Way, Odenville, Alabama 35120.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

161.  Plaintiff, John Crutcher is a citizen of Alabama and owns real property located at 816 Boulder Lake Drive, Birmingham, Alabama 35242.  Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

162.  Plaintiff, Joan Cryer is a citizen of Alabama and owns real property located at 5108 Crossings Parkway, Birmingham, Alabama 35242.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

163.  Plaintiffs, Charles and Estoria Duncan are citizens of Louisiana and together own real property located at 32790 Bowie Street, White Castle, Louisiana 70788.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

164.  Plaintiff, Jennifer Durden is a citizen of Alabama and owns real property located at 9647 Ridgeway, Kimberly, Alabama 35091.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

165.  Plaintiff, Gail Easley is a citizen of Alabama and owns real property located at 1012 Washington Court, Moody, Alabama 35004.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

166.  Plaintiff, Craig Egermayer is a citizen of Alabama and owns real property located at 21705 First Street, Silverhill, Alabama 36576.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

167.  Plaintiff, Kevin Elliott is a citizen of Alabama and owns real property located at 5337 Creekside Loop, Hoover, Alabama 35244.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

168.  Plaintiff, Michael Everett is a citizen of Mississippi and owns real property located at 202 Allison Circle, Gulfport, Mississippi 39503.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

169.  Plaintiff, Kimberly Ferguson is a citizen of Alabama and owns real property located at 1450 Brocks Trace, Birmingham, Alabama 35244.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

170.  Plaintiff, Steve Franks is a citizen of Alabama and owns real property located at 2134 Timberline Drive, Calera, Alabama 35040.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

171.  Plaintiffs, Ralph and Donna Grosfeld are citizens of Alabama and together own real property located at 715 Boulder Lake Lane, Birmingham, Alabama 35242.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

172.  Plaintiff, Peter Hardin is a citizen of Alabama and owns real property located at 1431 Scout Trace, Hoover, Alabama 35244.  Plaintiff is participating as a class representative in

33

the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

173.   Plaintiff, Angela Harris is a citizen of Alabama and owns real property located at 2149 Timberline Drive, Calera, Alabama 35040.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

174.   Plaintiffs, Jason and Jay Jay Henderson are citizens of Mississippi and together own real property located at 9840 Cuebas Road, West Point, Mississippi 39773.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

175.   Plaintiffs, Ben and Denise Hendrix are citizens of Alabama and together own real property located at 603 Ridgefield Way, Odenville, Alabama 35120.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

176.   Plaintiff, Ron Hendrix is a citizen of Alabama and owns real property located at 730 Scout Creek Trial, Hoover, Alabama 35244.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

177.   Plaintiffs, Christopher and Laurie Henke are citizens of Alabama and together own real property located at 155 Silo Hill Road, Madison, Alabama 35758.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

34

178. Plaintiffs, James and Ann Howard are citizens of Alabama and together own real property located at 9444 Ambrose Lane, Morris, Alabama 35091. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

179. Plaintiffs, Shane and Elizabeth Hubbard are citizens of Alabama and together own real property located at 1728 Mayfair Drive, Birmingham, Alabama 35209. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

180. Plaintiff, Juanita Ingram is a citizen of Alabama and owns real property located at 9439 Ambrose Lane, Morris, Alabama 35116. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

181. Plaintiffs, Charles and Barbara Jolly are citizens of Florida and together own real property located at 1690 Renaissance Commons Blvd., Unit 1626, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

182. Plaintiff, Starla Jones is a citizen of Alabama and owns real property located at 149 Farmingdale Drive, Harpersville, Alabama 35078. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

183. Plaintiff, Steven Chad Jones is a citizen of Alabama and owns real property located

35

at 1054 Little Sorrel Drive, Calera, Alabama 35040. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

184. Plaintiffs, Jasper and Sheree Juliano are citizens of Alabama and together own real property located at 5816 Waterpoint Lane, Hoover, Alabama 35266. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

185. Plaintiff, Sharon Kelley is a citizen of Alabama and owns real property located at 1412 Sutherland Place, Birmingham, Alabama 35242. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

186. Plaintiff, Keith Ladd is a citizen of Alabama and owns real property located at 705 Small Lake Drive, Odenville, Alabama 35120. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

187. Plaintiff, Tamanika Lee is a citizen of Alabama and owns real property located at 3423 Jeanne Lane, Hueytown, Alabama 35023. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

188. Plaintiff, Edward Marks is a citizen of Florida and owns real property located at 1660 Renaissance Commons Blvd., Unit 2118, Boynton Beach, Florida 33426. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules

36

accompanying this amended complaint which are incorporated herein by reference.

189.  Plaintiffs, William R. and Setsuke McMahon are citizens of Mississippi and together own real property located at 104 Muirfield Court, Ocean Springs, Mississippi 39564. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

190.  Plaintiff, Carrie Merrill is a citizen of Alabama and owns real property located at 931 Timberline Circle, Calera, Alabama 35040.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

191.  Plaintiff, Brance Methany is a citizen of Alabama and owns real property located at 4337 Boulder Lake Circle, Birmingham, Alabama 35242.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

192.  Plaintiff, Claudia Moses is a citizen of Alabama and owns real property located at 101 Spotten Hawn Road, Madison, Alabama 35758.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

193.  Plaintiffs, Kevin and Stacy Neel are citizens of Alabama and together own real property located at 2106 Danny Drive, McCalla, Alabama 35111.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

194.  Plaintiff, Brook Nichols is a citizen of Alabama and owns real property located at

37

814 Jackson Trace Circle, Morris, Alabama 35116. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

195. Plaintiff, Katie Nyugen is a citizen of Alabama and owns real property located at 1136 Dunnavant Place, Birmingham, Alabama 35212. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

196. Plaintiffs, Andrea Nunes and Andre Ferreira are citizens of Alabama and together own real property located at 4347 Boulder Lake Circle, Birmingham, Alabama 35242. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

197. Plaintiffs, James and Leigh Rice are citizens of Alabama and together own real property located at 723 Boulder Lake Lane, Birmingham, Alabama 35242. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

198. Plaintiff, Vanessa Rogers is a citizen of Alabama and owns real property located at 100 Farmingdale Drive, Harpersville, Alabama 35078. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

199. Plaintiff, Bill Sanford is a citizen of Alabama and owns real property located at 5813 Chestnut Trace, Hoover, Alabama 35244. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint

which are incorporated herein by reference.

200.  Plaintiff, Juanita Sharit is a citizen of Alabama and owns real property located at 1262 Washington Drive, Moody, Alabama 35004.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

201.  Plaintiff, Marty Sinclar is a citizen of Alabama and owns real property located at 9719 Highland Lane, Kimberly, Alabama 35091.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

202.  Plaintiff, Brad Stein is a citizen of Alabama and owns real property located at 2309 Bellevue Court, Hoover, Alabama 35226.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

203.  Plaintiff, Phillip Storie is a citizen of Alabama and owns real property located at 201 Courtside Drive, Birmingham, Alabama 35242.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

204.  Plaintiff, Sam Sumner is a citizen of Alabama and owns real property located at 4364 Boulder Lake Circle, Birmingham, Alabama 35242.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

205.  Plaintiffs, Harvey and Lisa Tempel are citizens of California and together own real

39

property located at 1660 Renaissance Commons Blvd., Unit 2312, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

206. Plaintiff, Patrick Tidwell is a citizen of Alabama and owns real property located at 165 Silo Hill Road, Madison, Alabama 35758. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

207. Plaintiff, Chuck Trierwiler is a citizen of Alabama and owns real property located at 808 Boulder Lake Court, Birmingham, Alabama 35242. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

208. Plaintiff, Joan T. Van DeVeer is a citizen of Alabama and owns real property located at 1516 Greystone Parc Circle, Birmingham, Alabama 35242. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

209. Plaintiff, N. Seth Weldon is a citizen of Alabama and owns real property located at 3001 Washington Circle, Moody, Alabama 35004. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

210. Plaintiff, Alicia D. Williams is a citizen of Alabama and owns real property located at 1001 Seminole Place, Birmingham, Alabama 35040. Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

211.  Plaintiff, Chris Williamson is a citizen of Alabama and owns real property located at 712 Boulder Lake Lane, Birmingham, Alabama 35242.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

212.  Plaintiffs, John and Beatrice Wood are citizens of New Hampshire and together own real property located at 1660 Renaissance Commons Blvd., Unit 2214, Boynton Beach, Florida 33426.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

213.  Plaintiff, Sam Woodward is a citizen of Alabama and owns real property located at 4024 Wescott Circle, Moody, Alabama 35004.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

214.  Plaintiff, Paturina Wormly is a citizen of Alabama and owns real property located at 765 Ridgefield Way, Odenville, Alabama 35120.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

215.  Plaintiffs, Patrick and Kim Wylie are citizens of Alabama and together own real property located at 821 Vanessa Drive, Trussville, Alabama 35173.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this

amended complaint which are incorporated herein by reference.

216.   Plaintiffs, Joseph and Barbara Yasinski are citizens of Florida and together own real property located at 1660 Renaissance Commons Blvd., Unit 2302, Boynton Beach, Florida 33426.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

217.   Plaintiff, Tom Moulton is a citizen of Alabama and owns real property located at 605 Forest Drive, Homewood, Alabama 35209.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

218.   Plaintiff, Austin Beasley is a citizen of Alabama and owns real property located at 16081 Grace Lakes Drive, Fairhope, Alabama 36532.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

219.   Plaintiff, James Parker is a citizen of Alabama and owns real property located at 1872 W. Beach Blvd., H205, Gulf Shores, Alabama 36542.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

220.   Plaintiff, Jason Ward is a citizen of Mississippi and owns real property located at 11573 Carlene, Gulfport, Mississippi 39503.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

221.  Plaintiff, Greg Masse is a citizen of Mississippi and owns real property located at 15168 Evans Street, Gulfport, Mississippi 39503.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

222. Plaintiff, Masse Contracting owns real property located at 15168 Evans Street, Gulfport, Mississippi 39503.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

223.  Plaintiffs, Louis and Marsha Fouqet are citizens of Mississippi and together own real property located at 9510 Poni Place, Diamondhead, Mississippi 39525.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

224.  Plaintiff, Michael Glassman is a citizen of Mississippi and owns real property located at 9828 Ala Moana Street, Diamondhead, Mississippi 39525.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

225.  Plaintiff, Bernadette Hasty is a citizen of Mississippi and owns real property located at 4415 North Market Street, Pascagoula, Mississippi 39567.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

226.  Plaintiff, William Strong is a citizen of Mississippi and owns real property located at 4038 Mulatto Drive, Pearlington, Mississippi 39572.  Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

227.  Plaintiff, Bobbie Robicheaux is a citizen of Mississippi and owns real property located at 11594 Bluff Lane, Gulfport, Mississippi 39503.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

228.  Plaintiff, Teresa Aven is a citizen of Mississippi and owns real property located at 654 N. Haven Drive, Biloxi, Mississippi 35932.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

229.  Plaintiff, Ben Ragusa is a citizen of Mississippi and owns real property located at 700 Beach Blvd., Unit 709, Long Beach, Mississippi 39560.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

230.  Plaintiffs, Robert and Dana Whitaker are citizens of Louisiana and together own real property located at 104 Squaw Court, Covington, Louisiana 70435.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

231.  Plaintiffs, Christopher and Kandice Myers are citizens of Florida and together own real property located at 2611 Somerville Loop #208, Cape Coral, Florida 33991.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

44

232.  Plaintiffs, Jose and Sofia Acosta are citizens of Florida and together own real property located at 319 Broward Avenue, Lehigh Acres, Florida 33974.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

233.  Plaintiffs, Raulin Carlo and Karla Arellano are citizens of Florida and together own real property located at 22073 SW 88th Path, Cutler Bay, Florida 33190.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

234.  Plaintiff, Vernon G. Boog is a citizen of Florida and owns real property located at 1844 Atlantic Drive, Ruskin, Florida 33570.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

235.  Plaintiff, Anika Curbelo is a citizen of Florida and owns real property located at 3526 NW 14 Court, Ft. Lauderdale, Florida 33311.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

236.  Plaintiffs, William and Zully De Leon are citizens of Florida and together own real property located at 11291 NW 84th Street, Doral, Florida 33178.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

237.  Plaintiffs, Ronnie and Rodella Ervin are citizens of Florida and together own real property located at 2186 SW Devon Avenue, Port St. Lucie, Florida 34953.  Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

238.   Plaintiff, Zen Fothergill is a citizen of Florida and owns real property located at 3525 NW 14 Court, Lauderhill, Florida 33311.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

239.   Plaintiffs, Alberto Gonzalez and Yarenis Diaz are citizens of Florida and together own real property located at 10101 SW 68 Street, Miami, Florida 33173.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

240.   Plaintiff, Edmund Guilhempe is a citizen of Florida and owns real property located at 335 SW 24th Street, Cape Coral, Florida 33991.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

241.   Plaintiff, Roderick Joseph is a citizen of Florida and owns real property located at 3523 N.W. 14 Court, Lauderhill, Florida 33311.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

242.   Plaintiffs, Anke and Dieter Kondek are citizens of Florida and together own real property located at 3026 Lake Manatee Court, Cape Coral, Florida 33904.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

243.  Plaintiff, Jeff Kroeger is a citizen of Iowa and owns real property located at 11001 Gulf Reflections Drive A 204, Ft. Myers, Florida 33907.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

244.  Plaintiff, Dianne Medlen is a citizen of Florida and owns real property located at 9928 SW 56th Court, Ocala, Florida 34476.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

245.  Plaintiffs, George and Mara Mihelich are citizens of Florida and together own real property located at 14015 SW 32nd Street, Miramar, Florida 33027.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

246.  Plaintiff, Kinh Nguyen is a citizen of Florida and owns real property located at 8557 Pegasus Drive, Lehigh Acres, Florida 33971.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

247.  Plaintiffs, Charles and Sandra Puckett are citizens of Florida and together own real property located at 32051 SW 204th Court, Homestead, Florida 33030.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

248.  Plaintiffs, Stephanie Reinner and Wayne Graham are citizens of Florida and together own real property located at 3602 N.W. 14th Court, Lauderhill, Florida 33311.  Plaintiffs

are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

249.  Plaintiffs, Thomas and Mary Sue Rucki are citizens of Florida and together own real property located at 7584 Caloosa Drive, Bokeelia, Florida 33922.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

250.  Plaintiffs, Robert and Martha Saroza are citizens of Florida and together own real property located at 3034 Lake Manatee Court, Cape Coral, Florida 33909.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

251.  Plaintiffs, Jarl Robert and Janice Tucker are citizens of Maryland and together own real property located at 1632 SW 19th Terrace, Cape Coral, Florida 33991.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

252.  Plaintiffs, Charles and Rosa Taylor are citizens of Florida and together own real property located at 3517 NW 14th Court, Lauderhill, Florida 33311.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

253.  Plaintiff, Frank Webster is a citizen of Florida and owns real property located at 20367 SW 87 Place, Cutler Bay, Florida 33189.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

254.   Plaintiffs, Robert and Robin Pittman are citizens of Alabama and together own real property located at 817 Boulder Lake Court, Vestavia Hills, Alabama 35242.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

255.   Plaintiffs, Miriam and Chris Wood are citizens of Alabama and together own real property located at 816 Boulder Lake Court, Birmingham, Alabama 35242.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

256.   Plaintiffs, Antonio and Gretchen Lanza are citizens of Florida and together own real property located at 9465 SW 149 Street, Miami, Florida 33176.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

257.   Plaintiffs, Ana M. and Gabriel Cabrera are citizens of Florida and together own real property located at 32203 SW 205 Avenue, Homestead, Florida 33030.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

258.   Plaintiffs, Ethel Lewis and Latoya Lewis-Pierre are citizens of Florida and together own real property located at 11321 SW 236 Lane, Homestead, Florida 33032.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

259.   Plaintiff, Andrew Williams is a citizen of Florida and owns real property located at 4531 SW Darwin Blvd., Port St. Lucie, Florida 34953.  Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

260. Plaintiff, Darren Sharper is a citizen of Florida and owns real property located at 1522 Island Blvd., Aventura, Florida 33160. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

261. Plaintiffs, Jarrett and Kit Crum are citizens of Alabama and together own real property located at 8153 Pine Run, Daphne, Alabama 36527. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

262. Plaintiff, Douglas Diez, on behalf of Pelican Point Properties, L.L.C., is a citizen of Louisiana and owns real property located at 5247 Courtyard Drive, Gonzales, Louisiana 70737. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

263. Plaintiffs, Philip and Clarita Agulay are citizens of Florida and together own real property located at 939 South West 147th Terrace, Pembroke Pines, Florida 33027. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

264. Plaintiffs, Anoldo and Clara Alvarez are citizens of New Jersey and together own real property located at 7361 Bristol Circle, Naples, Florida 34120. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

50

265. Plaintiffs, Charles Bercy Jr. and Patricial Tran-Bercy are citizens of Louisiana and together own real property located at 11459 Pleasant Knoll Drive, Denham Springs, Louisiana 70726. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

266. Plaintiffs, Alberto and Sandy Callwood are citizens of Florida and together own real property located at 11522 Hammocks Glade Drive, Riverview, Florida 33569. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

267. Plaintiffs, Arcelia Camacho and Orlando Herrera are citizens of Florida and together own real property located at 6879 Julia Gardens Drive, Coconut Creek, Florida 33073. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

268. Plaintiffs, Gerald and Leigh Ann Hall are citizens of Connecticut and together own real property located at 11848 Bayport Lane, Unit #2003, Fort Myers, Florida 33908. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

269. Plaintiffs, Theodore and Annette Howerzyl are citizens of Michigan and together own real property located at 11848 Bayport Lane, Unit #202, Fort Myers, Florida 33908. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

270. Plaintiffs, Edmund and Diane Jackson are citizens of New Jersey and together own

real property located at 3227 Sulfide Blvd., Cape Coral, Florida 33914. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

271. Plaintiff, Beatrix Lopez is a citizen of California and owns real property located at 6877 Julia Gardens Drive, Coconut Creek, Florida 33073. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

272. Plaintiff, David Lott is a citizen of Florida and owns real property located at 11559 Hammocks Glade Drive, Riverview, Florida 33569. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

273. Plaintiffs, Ross and Lisa Martin are citizens of Florida and together own real property located at 11848 Bayport Lane, Unit 2004, Fort Myers, Florida 33908. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

274. Plaintiff, Koka Milton is a citizen of Florida and owns real property located at 3926 South West 52nd Avenue, Unit 5, Pembroke, Florida 33023. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

275. Plaintiff, Huynh Hiep Nguyen is a citizen of California and owns real property located at 1822 NE 23 Street, Cape Coral, Florida 33909. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

amended complaint which are incorporated herein by reference.

276.   Plaintiff, Doreen Osceola is a citizen of Florida and owns real property located at 8175 SW 187th Street, Cutler Bay, Florida 33157.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

277.   Plaintiffs, William and Rosemary Poschel are citizens of Florida and together own real property located at 275 SW Uneede Place, Port Saint Lucie, Florida 34953.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

278.   Plaintiff, Fred Johansen, on behalf of Premier Loan Services Company, Inc. is a citizen of Florida and owns real property located at 4322 NE 9th Avenue, Cape Coral, Florida 33909; 2023 NE 14th Avenue, Cape Coral, Florida 33909; 124 NW 14th Street, Cape Coral, Florida 33993; 1629 NW 5th Place, Cape Coral, Florida 33993; 2300 NW 25th Street, Cape Coral, Florida 33993; 4162 NW 39th Avenue, Cape Coral, Florida 33993; 2937 NW 25th Terrace, Cape Coral, Florida 33993; 606 NW 21st Street, Cape Coral, Florida 33993; 1819 NE 33rd Street, Cape Coral, Florida 33909; 2119 NE 7th Place, Cape Coral, Florida 33909; 3823 Durden Parkway, Cape Coral, Florida 33993; and 2517 SW 1st Terrace, Cape Coral, Florida 33991.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

279.   Plaintiffs, Dionne Smith and Hazel Pryce are citizens of Florida and together own real property located at 1068 North West Leonard Circle, Port Saint Lucie, Florida 34896.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the

schedules accompanying this amended complaint which are incorporated herein by reference.

280.  Plaintiffs, Bhanmattie and Derse Somnarain are citizens of Florida and together own real property located at 111 SW Lion Lane, Port Saint Lucie, Florida 34986.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

281.  Plaintiffs, Pablo and Maria Torres are citizens of Florida and together own real property located at 11503 Hammocks Glade Drive, Riverview, Florida 33569.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

282.  Plaintiff, Ariel Valdez is a citizen of Florida and owns real property located at 4306 17th Street SW, Lehigh Acres, Florida 33976.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

283.  Plaintiff, Franklin Watson is a citizen of Florida and owns real property located at 828 SW 146th Terrace, Pembroke Pines, Florida 33027.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

284.  Plaintiff, Ariel Gonzalez is a citizen of Florida and owns real property located at 529 West 15th Street, Hialeah, Florida 33010.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

285.  Plaintiffs, Juan and Jillian Arcinega are citizens of Florida and together own real

54

property located at 1009 NW 13th Avenue, Cape Coral, Florida 33993.  Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this amended complaint which are incorporated herein by reference.

286.  Plaintiffs, William Candalaria and Sarah Turpia are citizens of New Mexico and

together own real property located at 309 Mestra Place, N. Venice, Florida 31275.  Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this amended complaint which are incorporated herein by reference.

287.  Plaintiffs, Ajith and Elezabeth Domanic are citizens of Florida and together own

real property located at 7368 Bristol Circle, Naples Florida 34120.  Plaintiffs are participating as

class representatives in the class and subclasses as set forth in the schedules accompanying this

amended complaint which are incorporated herein by reference.

288.  Plaintiffs, Matthew and Sirapi Klujan are citizens of Ilinois and together own real

property located at 20050 Larino Loop, Estero, Florida 33928.  Plaintiffs are participating as

class representatives in the class and subclasses as set forth in the schedules accompanying this

amended complaint which are incorporated herein by reference.

289.  Plaintiffs, Randy and Debra LaValle are citizens of Florida and together own real

property located at 2259 Godfrey Avenue, Spring Hill, Florida 34609.  Plaintiffs are participating

as class representatives in the class and subclasses as set forth in the schedules accompanying

this amended complaint which are incorporated herein by reference.

290.  Plaintiffs, Mario and Ivanilda Martin are citizens of Florida and together own real

property located at 1701 Ashworth Loop, Lakeland, Florida 33810.  Plaintiffs are participating as

class representatives in the class and subclasses as set forth in the schedules accompanying this

amended complaint which are incorporated herein by reference.

291. Plaintiffs, Michael and Stephanie McNeill are citizens of Florida and together own real property located at 13940 Clubhouse Drive, Tampa, Florida 33618. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

292. Plaintiffs, Jorge and Niza Montero are citizens of Florida and together own real property located at 11622 Hammocks Glade Drive, Riverview, Florida 33560. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

293. Plaintiffs, Renato and Yoraima Quaranta are citizens of Florida and together own real property located at 8954 SW 227 Terrace, Miami, Florida 33190. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

294. Plaintiffs, Kevin and Karen Ricupero are citizens of Massachusetts and together own real property located at 3214 SW 11th Place, Cape Coral, Florida 33914. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

295. Plaintiff, David Sims is a citizen of Florida and owns real property located at 4525 30th St. SW, Lehigh Acres, Florida 33973. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

296. Plaintiffs, Richard and Larene Tullo are citizens of New Jersey and together own

real property located at 233 NW 33rd Avenue, Cape Coral, Florida 33993.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

297.  Plaintiff, William Welk is a citizen of South Dakota and owns real property located at 27991 Largay Way #A203, Bonita Springs, Florida 34135 and 27991 Largay Way #A202, Bonita Springs, Florida 34135 .  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

298.    Plaintiff, Carlos Acosta is a citizen of Florida and owns real property located at 923 SW 146 Terrace, Pembroke Pines, Florida 33027.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

299.  Plaintiff, Kevin Adams is a citizen of Florida and owns real property located at 12917 S.W. 135 Terrace, Miami, Florida 33186.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

300.  Plaintiff, Eleanor Aguilar is a citizen of Florida and owns real property located at 35833 NW 14th Court, Lauderhill, Florida 33311.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

301.  Plaintiff, Jeff Almeida is a citizen of Florida and owns real property located at 1867 N. Buttonwood, Port St. Lucie, Florida 34986.  Plaintiff is participating as a class representative

in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

302.  Plaintiff, Donald Ambroise is a citizen of Florida and owns real property located at 1425 NW 36th Way, Lauderhill, Florida 33319;17869 SW 54th Street, Miramar, Florida 33089. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

303.  Plaintiff, Mark Anderson is a citizen of Ohio and owns real property located at 9311 Sarborough Court, Port St. Lucie, Florida 34986.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

304.  Plaintiff, Robert Andreoli is a citizen of New York and owns real property located at 7827 Lake Azure Way, Boca Raton, Florida 33496.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

305.  Plaintiffs, Kevin and Joann Anton are citizens of Florida and together own real property located at 10109 Cobblestone Creek Drive, Boynton Beach, Florida 33472.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

306.  Plaintiff, Marcos Araujo is a citizen of Florida and owns real property located at 11221 N.W. 84th Street, Doral, Florida 33178.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

58

307. Plaintiff, Aria Properties, LLC owns real property located at 516 Hendricks Isles, Units 2-A, 2-B, 2-C, 3-A, 3-B, 4-A, 4-B, 4-C, 5-A, 5-B and 5-C, Ft. Lauderdale, Florida 33307. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

308. Plaintiff, Tatiana Ashley is a citizen of Florida and owns real property located at 3579 NW 14th Court, Lauderhill, Florida 33311. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

309. Plaintiff, Herold Athouriste is a citizen of Florida and owns real property located at 17849 SW 54th Street, Miramar, FL 33069. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

310. Plaintiff, Hector Barrozo is a citizen of Florida and owns real property located at 12973 SW 134th Terrace, Miami, Florida 33186. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

311. Plaintiff, Larry Becker is a citizen of Indiana and owns real property located at 198 Shadroe Cove Circle, Unit 503, Cape Coral, Florida 33991. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

312. Plaintiff, Luz Belalczar is a citizen of Florida and owns real property located at 7592 Bristol Circle, Naples, Florida 34120. Plaintiff is participating as a class representative in

the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

313.   Plaintiff, Susan Bidigare is a citizen of New Jersey and owns real property located at 210 Shadow Cove Circle, #204, Cape Coral, Florida 33991.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

314.  Plaintiff, Blue Water Condo Association owns real property located at 201 Shadroe Cove Circle, Unit 103, 104, 202, 1101, 1301, 1302, Cape Coral, Florida 33991.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

315.   Plaintiff, Wade Bolton is a citizen of Florida and owns real property located at 618 SW 8th Avenue, Ft. Lauderdale, Florida 33315.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

316.   Plaintiffs, Salvatore and Arlene Bongiorno are citizens of Florida and together own real property located at 118 Bayport Lane, Unit 603, Ft. Myers, Florida 33908.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

317.   Plaintiffs, Julie and Stephen Borkowski are citizens of Florida and together own real property located at 13252 Little Gem Circle, Ft. Myers, Florida 33913.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

318.  Plaintiff, Dorene Brown is a citizen of Florida and owns real property located at 17946 Lake Azure Way, Boca Raton, Florida 33496.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

319.  Plaintiffs Jamie and Erick Bruce are citizens of Florida and together own real property located at 3469 Gulfstream Way, Davie, Florida 33328.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

320.  Plaintiffs, Keith Buckingham and Jose Fasenda are citizens of Florida and together own real property located at 1400 N.E. 10th Avenue, Cape Coral, Florida 33909.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

321.  Plaintiff, Roxanne Burey is a citizen of Florida and owns real property located at 1942 NE 5th Street, Boynton Beach, Florida 33435.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

322.  Plaintiffs, Ken Burkman and Rosi Puello are citizens of Florida and together own real property located at 11173 Misty Ridge Way, Boynton Beach, Florida 33473.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

323.  Plaintiff, Jacob Caliguirie is a citizen of Florida and owns real property located at 5859 Wrenwater Drive, Lithiam, Florida 33547.  Plaintiff is participating as a class