representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

324.  Plaintiff, Caliper Capital of Florida, LLC owns real property located at 3614 NW 12th Court, Lauderhill, Florida 33311.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

325.  Plaintiff, Ana Marie Campbell is a citizen of Florida and owns real property located at 3173 SW Letchworth Street, Port St. Lucie, Florida 34593.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

326.  Plaintiffs, Daniel and Joan Campbell are citizens of Florida and together own real property located at 372 NW Stratford Lane, Port St. Lucie, Florida 34983.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

327.  Plaintiffs, Craig Carr and Jill Windsor are citizens of Florida and together own real property located at 2543 S.W. 28th Pl., Cape Coral, Florida 33914.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

328.  Plaintiff, Kathy Carrion is a citizen of Florida and owns real property located at 5514 NW West Lundy Circle, Port St. Lucie, Florida 34986.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

329.  Plaintiff, Jill Carter-Smith is a citizen of Florida and owns real property located at 8309 NW 123rd Way, Parkland, Florida 33076.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

330.  Plaintiff, Ronald Case is a citizen of Florida and owns real property located at 240 West End Avenue, Unit 613, Punta Gorda, Florida 33950.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

331.  Plaintiff, Bruce Casper is a citizen of Florida and owns real property located at 206 Shadroe Cove Circle, #304, Cape Coral, Florida 33991.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

332.  Plaintiff, Juan Carlos Castaneda is a citizen of Florida and owns real property located at 17899 SW 54th Street, Miramar, Florida 33029.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

333.  Plaintiff, Alexis Castillo is a citizen of Florida and owns real property located at 3075 New York Street, Miami, Florida 33133.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

334.  Plaintiffs, Michael and Phyllis Catalogna are citizens of Florida and together own real property located at 9308 Scarborough Ct., Port St. Lucie, Florida 34986.  Plaintiffs are

63

participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

335.  Plaintiff, Carmine Ceglio is a citizen of Florida and owns real property located at 10511 Sarah Way, Port St. Lucie, Florida 34987.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

336.  Plaintiff, Roger Clarke is a citizen of New York and owns real property located at 17979 Lake Azure Way, Boca Raton, Florida 33496.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

337.  Plaintiffs, Jan and Michael Cohen are citizens of New York and own real property located at 391 NW Breezy Point Loop, Port St. Lucie, Florida 34986.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

338.  Plaintiff, Jose Coplin is a citizen of Florida and owns real property located at 9917 Cobblestone Creek Drive, Boynton Beach, Florida 33472.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

339.  Plaintiffs, David and Denise Cramer are citizens of Florida and together own real property located at 2521 SW 52nd Lane, Cape Coral, Florida 33914.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

340.  Plaintiff, Mark Cummings is a citizen of Florida and owns real property located at 210 Medici Terrace, North Venice, Florida 34275.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

341.  Plaintiff, Lewis D'Agresto is a citizen of Florida and owns real property located at 3419 SW 27th Avenue, Cape Coral, Florida 33914.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

342.  Plaintiff, Robbin Dano is a citizen of Florida and owns real property located at 2674 SW Calder Street, Port St. Lucie, Florida 34953.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

343.  Plaintiffs, Matthew and Tricia Davis are citizens of Florida and together own real property located at 7423 Bristol Circle, Naples, Florida 34120.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

344.  Plaintiff, Christopher Davy is a citizen of Florida and owns real property located at 6800 Long Leaf Drive, Parkland, Florida 33076.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

345.  Plaintiff, Leslie DeJesus is a citizen of Florida and owns real property located at 9916 Cobblestone Creek Drive, Boynton Beach, Florida 33472.  Plaintiff is participating as a

class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

346.  Plaintiffs, Gilbert and Zamira Del Torro are citizens of Florida and together own real property located at 7565 Bristol Circle, Naples, Florida 34120.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

347.  Plaintiff, Stephen DePirro is a citizen of Florida and owns real property located at 1621 NW 17 Terrace, Cape Coral, Florida 33993.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

348.  Plaintiffs, Nick and Heather DeSola are citizens of Florida and together own real property located at 8770 Cobblestone Preserve Ct., Boynton Beach, Florida 33472.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

349.  Plaintiffs, James and Heidi Diamond are citizens of Florida and together own real property located at 10005 Cobblestone Creek Drive, Boynton Beach, Florida 33472.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

350.  Plaintiffs, Steven and Kathleen DiFillipo are citizens of Florida and together own real property located at 8738 Caraway Lake Court, Boynton Beach, Florida 33473.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

351. Plaintiff, Gerta Doreus is a citizen of Florida and owns real property located at 17819 SW 54th Street, Miramar, Florida 33029. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

352. Plaintiffs, Tim and Laura Dube are citizens of Florida and together own real property located at 2391 SW Salmon Road, Port St. Lucie, Florida 34953. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

353. Plaintiff, Cahal Dunne is a citizen of Pennsylvania and owns real property located at 2400 West End Drive, Unit 611, Punta Gorda, Florida 33950. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

354. Plaintiff, Michael Edelman is a citizen of New York and owns real property located at 9401 Sarborough Court, Port St. Lucie, Florida 34896. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

355. Plaintiff, Joseph Elkins is a citizen of Florida and owns real property located at 1850 NE 5th Street, Boynton Beach, Florida 33435. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

356. Plaintiff, Edgar Estrada is a citizen of Florida and owns real property located at 12916 SW 135th Street, Miami, Florida 33186. Plaintiff is participating as a class representative

in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

357.  Plaintiff, David Fellows is a citizen of Maryland and owns real property located at 7380 Bristol Circle, Naples, Florida 34120.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

358.  Plaintiff, Peter Christian Ferroni is a citizen of Florida and owns real property located at 188 SE 2nd Street, Deerfield Beach, Florida 33441.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

359.  Plaintiffs, Theodore and Leslie Field are citizens of Florida and together own real property located at 9701 Ginger Court, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

360.  Plaintiff, Terry Lee Firmani is a citizen of Florida and owns real property located at 393 NW Brezzy Point Loop, Port St. Lucie, Florida 34986.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

361.  Plaintiff, Alan Fleming is a citizen of Florida and owns real property located at 93 Queens Road, North Hutchinson Island, Florida.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

362. Plaintiffs, Toussaint and Bernite Fleurantain are citizens of Florida and together own real property located at 9997 Cobblestone Creek Drive, Boynton Beach, Florida 33472. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

363. Plaintiffs, Amy and Angelo Fodor are citizens of Florida and together own real property located at 4570 Kodiak Drive, Vero Beach, Florida 32967. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

364. Plaintiff, Katherine Foster is a citizen of Florida and owns real property located at 8777 Cobblestone Preserve Ct., Boynton Beach, Florida 33472. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

365. Plaintiff, Zen Fothergill is a citizen of Florida and owns real property located at 3525 NW 14th Court, Lauderhill, Florida 33311. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

366. Plaintiffs, Larry and Dorothy Frazier are citizens of Florida and together own real property located at 927 SW 4th Avenue, Cape Coral, Florida 33991. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

367. Plaintiff, Ray Frenz is a citizen of Ohio and owns real property located at 175 Shadroe Cove Circle #1104, Cape Coral, Florida 33991. Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

368.  Plaintiffs, Bonnie and Richard Fulks are citizens of Florida and together own real property located at 4304 N.W. 39th Avenue, Cape Coral, Florida 33993.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

369.  Plaintiffs, Shailesh and Hemangini Gandhi are citizens of Florida and together own real property located at 9980 Cobblestone Creek, Boynton Beach, Florida 33472.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

370.  Plaintiff, Gabriela Garcia is a citizen of Florida and owns real property located at 7358 Bristol Circle, Naples, Florida 34120.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

371.  Plaintiffs, Lorena and Angela Garcia are citizens of Florida and together own real property located at 12964 S.W. 135 Street, Miami, Florida 33186.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

372.  Plaintiffs, Francesca and Brian Gardner are citizens of Florida and together own real property located at 1233 N.E. 14th Avenue, Cape Coral, Florida 33909.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

373.  Plaintiff, Ed Gascon is a citizen of Florida and owns real property located at 9312 Scarborough Court, Port St. Lucie, Florida 34986.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

374.  Plaintiff, Cary Geensburg is a citizen of Florida and owns real property located at 7221 Lemon Grass Drive, Parkland, Florida 33067.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

375.  Plaintiff, Meir Genoune is a citizen of Florida and owns real property located at 9943 Cobblestone Creek Drive, Boynton Beach, Florida 33472.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

376.  Plaintiffs, Michael and Jessica Gesele are citizens of Florida and together own real property located at 12980 SW 134 Terrace, Miami, Florida 33186.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

377.  Plaintiffs, Richard and Linda Giggey are citizens of Florida and together own real property located at 1813 NE 23rd Avenue, Cape Coral, Florida 33908.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

378.  Plaintiff, Adriana Gimenez is a citizen of Florida and owns real property located at 7606 Bristol Circle, Naples, Florida 34120.  Plaintiff is participating as a class representative in

71

the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

379.  Plaintiff, Cindy Goldstein is a citizen of Florida and owns real property located at 8236 NW 125 Lane, Parkland, Florida 33076.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

380.  Plaintiffs, Axel and Nicole Gomez are citizens of Florida and together own real property located at 1885 S.W. Altman Avenue, Port St. Lucie, Florida 34953.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

381.  Plaintiff, Georgina Gomez is a citizen of Florida and owns real property located at 1313 N.E. 4th Avenue, Cape Coral, Florida 33909.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

382.  Plaintiff, Dolores Gonzalez is a citizen of Florida and owns real property located at 12946 SW 135th Street, Miami, Florida 33186.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

383.  Plaintiffs, Olga and Ross Grant are citizens of Florida and own real property located at 11087 Stonewood Forest Trail, Boynton Beach, Florida 33473.  Plaintiff are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

384.  Plaintiffs, Colin and Natasha Green are citizens of Florida and together own real property located at 1779 NW Omega Road, Port St. Lucie, Florida 34983.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

385.  Plaintiff, Mike Greenwald is a citizen of Florida and owns real property located at 210 Shedroe Cove Circle, Unit 203, Cape Coral, Florida 33991.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

386.  Plaintiff, Jeanne Greever is a citizen of Florida and owns real property located at 273 Watercress Street, Sebastian, Florida 32958.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

387.  Plaintiff, Frank Gumina is a citizen of Florida and owns real property located at 503 N.W. Ashton Way, Port St. Lucie, Florida 33493.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

388.  Plaintiff, Deborah Hansen is a citizen of Louisiana and owns real property located at 3537 NW 14th Ct., Lauderhill, FL 33311.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

389.  Plaintiff, Rene Hanson is a citizen of Florida and owns real property located at 7561 Bristol Circle, Naples, Florida 34119.  Plaintiff is participating as a class representative in the

class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

390.  Plaintiffs, Elvis and Coral Haynes are citizens of Florida and together own real property located at 3512 NW 14th Court, Lauderhill, Florida 33311.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

391.  Plaintiff, Ernest Hernandez is a citizen of Florida and owns real property located at 2307 W. 69th Street, B-2, Hialeah, Florida 33016.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

392. Plaintiff, Michelle Hovis is a citizen of Pennsylvania and owns real property located at 7610 Bristol Circle, Naples, Florida 34120 and 7564 Bristol Circle, Naples, Florida 34120. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

393.  Plaintiffs, John and Ruth Insco are citizens of Florida and together own real property located at 17763 S.W. 47th Street, Miramar, Florida 33089.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

394.  Plaintiff, Anthony Jackson is a citizen of Florida and owns real property located at 11030 Misty Ridge Drive, Boynton Beach, Florida 33473.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

395.  Plaintiff, Douglas Jackson is a citizen of Florida and owns real property located at 3714 SW 4th Lane, Cape Coral, Florida 33991.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

396.  Plaintiffs, Leonard and Juliet Jackson are citizens of Florida and together own real property located at 9551 Eden Manor, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

397.  Plaintiffs, John and Imie James are citizens of Florida and own real property located at 5580 NW Ligon Circle, Port St. Lucie, Florida 34983.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

398.  Plaintiff, Camilo Jimenez is a citizen of Florida and owns real property located at 7354 Bristol Circle, Naples, Florida 34120.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

399.  Plaintiff, Paul Johnson is a citizen of New York and owns real property located at 225 Shadore Cove Circle, Unit 1401, Cape Coral, Florida 33991; 225 Shadore Cove Circle, Unit 1402, Cape Coral, Florida 33991; 225 Shadore Cove Circle, Unit 1403, Cape Coral, Florida 33991; and 225 Shadore Cove Circle, Unit 1404, Cape Coral, Florida 33991.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

400.  Plaintiffs, Richard and Patricia Kampf are citizens of Florida and together own real property located at 233 SE 44th Terrace, Cape Coral, Florida 33904.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

401.  Plaintiffs, John and Jacqueline Knouff are citizens of Florida and together own real property located at 9933 Cobblestone Creek Drive, Boynton Beach, Florida 33472.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

402.  Plaintiffs, Jeffrey and Lori Koe are citizens of Florida and together own real property located at 8679 Cobblestone Point Circle, Boynton Beach, Florida 33472.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

403.  Plaintiff, Stuart Kraham is a citizen of Florida and owns real property located at 9757 Cobblestone Creek Drive, Boynton Beach, Florida 33472.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

404.  Plaintiff, Erica Kuhne is a citizen of Florida and owns real property located at 6890 Julia Gardens Drive, Coconut Creek, Florida 33073.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

405.  Plaintiff, Sasha Lagano is a citizen of Florida and owns real property located at 1990 NE 5th Street, Boynton Beach, Florida 33435.  Plaintiff is participating as a class

76

representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

406.  Plaintiffs, William and Jacqueline Lake are citizens of Florida and together own real property located at 2542 SW 24th Place, Cape Coral, Florida 33914.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

407.  Plaintiffs, Dennis and Helen Lemmon are citizens of Pennsylvania and together own real property located at 9409 Scarborough Court, Port St. Lucie, Florida 34986.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

408.  Plaintiff, Jeff Leonard is a citizen of Florida and owns real property located at 240 West End Drive, Unit 1513, Punta Gorda, Florida 33950.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

409.  Plaintiffs, Ronald and Carol Levin are citizens of Florida and together own real property located at 10124 Cobblestone Creek Drive, Boynton Beach, Florida 33472.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

410.  Plaintiff, Juan Carlos Lezama is a citizen of Florida and owns real property located at 12960 SW 133rd Terrace, Miami, Florida 33186.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

411.  Plaintiff, Rocco Libertella is a citizen of Florida and owns real property located at 11224 Brandywine Lake, Boynton Beach, Florida 33473.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

412.  Plaintiffs, Kevin and Nicole Logie are citizens of Florida and together own real property located at 3501 NW 14th Court, Ft. Lauderdale, Florida 33311.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

413.  Plaintiff, Rick Lundberg is a citizen of Florida and owns real property located at 2116 SW 28th Lane, Cape Coral, Florida 33914.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

414.  Plaintiff, Barry Lunsford is a citizen of Florida and owns real property located at 3469 Gulfstream Way, Davie, Florida 33328.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

415.  Plaintiffs, Juan Carlos Macias and Adrianna Hernandez are citizens of Florida and together own real property located at 9964 Cobblestone Creek Drive, Boynton Beach, Florida 33472.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

416.  Plaintiff, Ruben Manriquez is a citizen of Florida and owns real property located at

221 Turnberry Court No., Lake Worth, Florida 33462. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

417. Plaintiff, Aaron Martin is a citizen of Florida and owns real property located at 4305 NE 19th Place, Cape Coral, Florida 33909. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

418. Plaintiffs, Fay and Michael Mason are citizens of Florida and together own real property located at 3583 NW 14th Court, Lauderhill, Florida 33311. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

419. Plaintiff, Philip Mazzaca is a citizen of New Jersey and owns real property located at 10651 Camarelle Circle, Fort Myers, Florida 33913. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

420. Plaintiffs, Dixie and Matthew McAuliffe are citizens of Florida and together own real property located at 508 Akron Ave., Stuart, Florida 34994. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

421. Plaintiffs, Maundy and John Melville are citizens of Florida and together own real property located at 10093 Cobblestone Creek Drive, Boynton Beach, Florida 33472. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this amended complaint which are incorporated herein by reference.

422. Plaintiff, Merclop Holding, LLC owns real property located at 3076 York Street, Miami, Florida 33133. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

423. Plaintiff, David Merryfield is a citizen of Florida and owns real property located at 214 Shadroe Cove Circle, Cape Coral, Florida 33991. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

424. Plaintiff, Mirta Mesa is a citizen of Florida and owns real property located at 12929 S.W. 135 Terrace, Miami, Florida 33186. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

425. Plaintiff, Justin Metzl is a citizen of Florida and owns real property located at 12956 S.W. 134 Terrace, Miami, Florida 33186. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

426. Plaintiffs, Jorge and Cheza Miranda are citizens of Florida and together own real property located at 1415 N.W. 36th Way, Lauderdale, Florida 33311. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

427. Plaintiff, William Moses is a citizen of Florida and owns real property located at

9864 Cobblestone Creek Drive, Boynton Beach, Florida 33472. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

428. Plaintiffs, Paul and Lisa Myers are citizens of Florida and together own real property located at 376 NW Sheffield Circle, Port St. Lucie, Florida 34983. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

429. Plaintiff, Gary Naidus is a citizen of Florida and owns real property located at 857 SW 147th Terrace, Pembroke Pines, Florida 33027. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

430. Plaintiffs, Brian and Victoria Nelson are citizens of Florida and together own real property located at 6835 Long Leaf Drive, Parkland, Florida 33076. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

431. Plaintiffs, James and Adele Nolan are citizens of Florida and together own real property located at 12340 N.W. 81st Street, Parkland, Florida 33076. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

432. Plaintiff, Wendy O'Brien is a citizen of Florida and owns real property located at 841 S.W. 147 Terrace, Pembroke Pines, Florida 33027. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

amended complaint which are incorporated herein by reference.

433.  Plaintiff, Ivie Osaiyuwu is a citizen of Florida and owns real property located at 17753 SW 57th Street, Miramar, Florida 33311.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

434.  Plaintiff, Samuel Oxman is a citizen of Florida and owns real property located at 240 West End Drive, 1221, Punta Gorda, Florida 33950.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

435. Plaintiffs, Joseph and Dorothy Parrillo are citizens of Florida and together own real property located at 5465 NW Ligon Circle, Port St. Lucie, Florida 34983.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

436.  Plaintiff, Peace Harbor Condo Association owns real property located at 900 E. Marion Avenue, Punta Gorda, Florida 33950; and 900 E. Marion Avenue, Clubhouse, Punta Gorda, Florida 33950.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

437.  Plaintiff, Diego Pelaez is a citizen of Florida and owns real property located at 11231 NW 84th Street, Doral, Florida 33178.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

438.  Plaintiff, Fernanda Pereira is a citizen of Canada and owns real property located at 176 NE 12th Street, Ft. Lauderdale, Florida 33304.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

439.  Plaintiff, Paula Wansor Persky is a citizen of Florida and owns real property located at 6955 Spy Glass Avenue, Parkland, Florida 33076.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

440.  Plaintiffs, Tirzah and Ryan Pestenski are citizens of Florida and together own real property located at 578 SW Ryan Avenue, Port St. Lucie, Florida 34953.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

441.  Plaintiffs, Michael and Kathy Petrorairo are citizens of Florida and together own real property located at 308 SW Kestor Drive, Port St. Lucie, Florida 34953.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

442.  Plaintiff, Doug Plas is a citizen of Florida and owns real property located at 395 NW Breezy Point Loop, Port St. Lucie, Florida 34986.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

443.  Plaintiff, Ana Maria Plaza is a citizen of Florida and owns real property located at 11200 N.W. 84th Street, Doral, Florida 33178.  Plaintiff is participating as a class representative

in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

444.  Plaintiff, Phares Poliard is a citizen of Florida and owns real property located at 17804 SW 7th Street, Miramar, Florida 33029.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

445.  Plaintiffs, David and Ashley Porch are citizens of Florida and together own real property located at 616 S.W. 8th Avenue, Fort Lauderdale, Florida 33315.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

446.  Plaintiff, Lino Potes is a citizen of Florida and owns real property located at 7591 Bristol Circle, Naples, Florida 34120.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

447.  Plaintiff, Thomas Pritchard is a citizen of Florida and owns real property located at 10822 Tiberio Drive, Ft. Myers, Florida 33913.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

448.  Plaintiff, Properties in Miami, LLC owns real property located at 19333 Collins Avenue, #2209, Sunny Isles Beach, Florida 33160 and 3586 NW 14th Court, Lauderhill, Florida 33311.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

449.  Plaintiff, Lee Rautenberg is a citizen of Florida and owns real property located at 6899 Julia Gardens Drives, Coconut Creek, Florida 33073.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

450.  Plaintiff, Neil Rehrig is a citizen of Florida and owns real property located at 3512 SE 1st Place, Cape Coral, Florida 33904.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

451.  Plaintiffs, Joege and Jennifer Restrepo are citizens of Florida and together own real property located at 12980 SW 134 Terrace, Miami, Florida 33186.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

452.  Plaintiff, Jorge Reyes is a citizen of Florida and owns real property located at 240 West End Avenue, Unit 921, Punta Gorda, Florida 33950.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

453.  Plaintiff, Dawn Risko is a citizen of Florida and owns real property located at 9956 Cobblestone Creek Drive, Boynton Beach, Florida 33472.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

454.  Plaintiff, William Ritman is a citizen of Florida and owns real property located at 7427 Bristol Circle, Naples, Florida 34120.  Plaintiff is participating as a class representative in

the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

455.  Plaintiff, Rudy Rodriguez is a citizen of Florida and owns real property located at 5565 NW Ligan Cir., Port St. Lucie, Florida 34983.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

456.  Plaintiff, Novelt Rose is a citizen of Florida and owns real property located at 1661 SE Mariner Lane, Port St. Lucie, Florida 94983.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

457.  Plaintiffs, James and Jodi Rothman are citizens of Florida and together own real property located at 8731 Caraway Lake Court, Boynton Beach, Florida 33473.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

458.  Plaintiff, Johnnie Rucker is a citizen of Florida and owns real property located at 3547 N 14th Court, Lauderhill, Florida 33311.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

459.  Plaintiffs, Ducasse and Mereegrace Saintil are citizens of Florida and together own real property located at 8720 Thornbrook Terrace Point, Boynton Beach, Florida 33473. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

86

460. Plaintiff, Diana Salguero is a citizen of Florida and owns real property located at 12950 SW 134th Terrace, Miami, Florida 33186. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

461. Plaintiff, Nalinie D. Samlal is a citizen of Florida and owns real property located at 3430 NW 14 Ct., Lauderhill, Florida 33311. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

462. Plaintiffs, Henry and Pauline Sampson are citizens of Florida and together own real property located at 10630 Camarelle Circle, Ft. Myers, Florida 33913. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

463. Plaintiff, Lisset Sanchez is a citizen of Florida and owns real property located at 6901 Julia Gardens Drive, Coconut Creek, Florida 33073. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

464. Plaintiffs, Leonardo and Jean Schneiderman are citizens of Florida and together own real property located at 8345 Del Prado Drive, Delray Beach, Florida 33446. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

465. Plaintiff, Jay Schumacher is a citizen of Florida and owns real property located at 9981 Cobblestone Creek Drive, Boynton Beach, Florida 33472. Plaintiff is participating as a

class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

466.  Plaintiffs, Lenoy and Valrie Scully are citizens of Florida and together own real property located at 1991 SW 162nd Avenue, Miramar, Florida 33027.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

467.  Plaintiffs, Wendy and Lucianil Senior are citizens of Florida and together own real property located at 12940 SW 135th Street, Miami, Florida 33186.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

468.  Plaintiff, Doris Shea is a citizen of Florida and owns real property located at 7419 Bristol Circle, Naples, Florida 34120.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

469.  Plaintiffs, Ahmed and Shazia Shikley are citizens of Florida and together own real property located at 10108 Cobblestone Creek Drive, Boynton Beach, Florida 33472.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

470.  Plaintiff, Jason Shirley is a citizen of Florida and owns real property located at 3524 NW 14 Ct., Ft. Lauderdale, Florida 33311.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

471. Plaintiffs, Troy and Carrie Simms are citizens of Florida and together own real property located at 3180 Lamb Court, Coconut Grove, Florida 33133. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

472. Plaintiff, Janet Singh is a citizen of Florida and owns real property located at 1403 NW 36 Way, Ft. Lauderdale, Florida 33311. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

473. Plaintiff, Alberto Sisso is a citizen of Florida and owns real property located at 240 West End Drive, Unit 1223, Punta Gorda, Florida 33950. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

474. Plaintiffs, Robert Snyder is a citizen of Florida and own real property located at 5273 N.W. Milner Drive, Port St. Lucie, Florida 34983. Plaintiff is participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

475. Plaintiff, Roland Steiner is a citizen of Florida and owns real property located at 24199 Roger Dodger Street, Bonita Springs, Florida 34135. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

476. Plaintiff, Lori Sutton is a citizen of Florida and owns real property located at 526 SW Whitmore Drive, Port St. Lucie, Florida 34984. Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this
amended complaint which are incorporated herein by reference.

477.  Plaintiffs, Lawrence and Cathleen Talley are citizens of Florida and together own
real property located at 8771 Cobblestone Preserve Court, Boynton Beach, Florida 33472.
Plaintiffs are participating as class representatives in the class and subclasses as set forth in the
schedules accompanying this amended complaint which are incorporated herein by reference.

478.  Plaintiff, Arben Tapia is a citizen of Florida and owns real property located at 7362
Bristol Circle, Naples, Florida 34120.  Plaintiff is participating as a class representative in the
class and subclasses as set forth in the schedules accompanying this amended complaint which
are incorporated herein by reference.

479.  Plaintiff, Brian Taylor is a citizen of Florida and owns real property located at 6985
Long Leaf Drive, Parkland, Florida 33076.  Plaintiff is participating as a class representative in
the class and subclasses as set forth in the schedules accompanying this amended complaint
which are incorporated herein by reference.

480.  Plaintiff, Eric Taylor is a citizen of Florida and owns real property located at 8146
Emerald Avenue, Parkland, Florida 33076.  Plaintiff is participating as a class representative in
the class and subclasses as set forth in the schedules accompanying this amended complaint
which are incorporated herein by reference.

481.  Plaintiffs, John and Karen Terrazas are citizens of Florida and together own real
property located at 8617 Pegasus Drive, Lehigh Acres, Florida 33971.  Plaintiffs are participating
as class representatives in the class and subclasses as set forth in the schedules accompanying
this amended complaint which are incorporated herein by reference.

90

482.   Plaintiff, Thomas Thayer is a citizen of Florida and owns real property located at 9413 Carborouogh Court, Port St. Lucie, Florida 34986.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

483.   Plaintiffs, Eric and Natalie Trees are citizens of Florida and together own real property located at 9809 Cobblestone Lakes Court, Boynton Beach, Florida 33472.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

484.   Plaintiff, Shonae Trotman is a citizen of Florida and owns real property located at 1826 NE 5th Street, Boynton Beach, Florida 33435.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

485.   Plaintiffs, Joseph and Deborah Tucker are citizens of Florida and together own real property located at 2285 Plymouth, Port St. Lucie, Florida 34983.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

486.   Plaintiff, Barbara Turkell is a citizen of Florida and owns real property located at 2207 Renaissance Commons Way, Boynton Beach, Florida 33435.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

487.   Plaintiff, Jose Umana is a citizen of Florida and owns real property located at 1182 SW Kickaboo Road, Port St. Lucie, Florida 34953.  Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

488.  Plaintiff, Neil Unschuld is a citizen of Florida and owns real property located at 6072 N.W. 116 Drive, Coral Springs, Florida 33076.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

489. Plaintiff, Jose Vargas is a citizen of Florida and owns real property located at 8162 N.W. 114 Place, Doral, Florida 33178.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

490.  Plaintiffs, Jean-Enor and Rosita Venius are citizens of Florida and together own real property located at 10061 Cobblestone Creek Drive, Boynton Beach, Florida 33472.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

491.  Plaintiffs, Monica and Didio Victores are citizens of Florida and together own real property located at 12980 SW 134 Terrace, Miami, Florida 33186.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

492.  Plaintiff, David Virden is a citizen of Florida and owns real property located at 1200 N Victoria Park Road, Ft. Lauderdale, Florida 33304.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

493.  Plaintiff, Andrew Walker is a citizen of Florida and owns real property located at 7460 Bridgeview Drive, Wesley Chapel, Florida 33454.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

494.  Plaintiffs, Gladys Walsh and Frank Martin are citizens of Indiana and together own real property located at 10866 Tibero Drive, Ft. Myers, Florida 33913.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

495.  Plaintiffs, Susan and Yacov Wanounou are citizens of Florida and together own real property located at 9909 Cobblestone Creek Drive, Boynton Beach, Florida 33472.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

496.  Plaintiffs, John and Sharon Whaley are citizens of Minnesota and together own real property located at 10824 Tiberio Drive, Ft. Myers, Florida 33913.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

497.  Plaintiff, Demitrius Williams is a citizen of Florida and owns real property located at 3499 NW 14th Court, Lauderhill, Florida 33311.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

498.  Plaintiff, Herbert Williams is a citizen of Florida and owns real property located at 9878 Cobblestone Creek Drive, Boynton Beach, Florida 33472.  Plaintiff is participating as a

class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

499.  Plaintiff, Stephen Yourich is a citizen of Florida and owns real property located at 2446 NE Letiticia Street, Jensen Beach, Florida 34957.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

500.  Plaintiff, Bart Zeigler is a citizen of Florida and owns real property located at 119 Lucant Drive, Hypuluxo, Florida 33462.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

501.  Plaintiffs, Frank Weifang and Ziaojuan Zheng are citizens of Florida and own real property located at 9932 Cobblestone Creek Drive, Boynton Beach, Florida 33472.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

502.  Plaintiffs, Alfonso and Maria Sanchez are citizens of Florida and together own real property located at 3001 East Stonebrook Circle, Davie, Florida 33330.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

503.  Plaintiffs, Debra Todd and Frank Smith are citizens of Florida and together own real property located at 3396 NE 29 Avenue, Lighthouse Point, Florida 33064.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

94

504. Plaintiffs, Lisa and Jordan Tabor are citizens of Louisiana and together own real property located at 16405 N. Antioch Crossing, Baton Rough, Louisiana 70817. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

505. Plaintiffs, Emilio and Martha Alvarez-Farre are citizens of Florida and together own real property located at 12335 Moss Ranch Road, Miami, Florida 33156. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

506. Plaintiff, Robert Beringhaus is a citizen of Florida and owns real property located at 10005 Cobblestone Creek Drive, Boynton Beach, Florida 33496. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

507. Plaintiffs, Andrew and Ina Bloom are citizens of Florida and together own real property located at 17847 Monte Vista Drive, Boca Raton, Florida 33496. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

508. Plaintiff, Gertrude Byrne is a citizen of Florida and owns real property located at 17926 Monte Vista Drive, Boca Raton, Florida 33496. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

509. Plaintiff, Eddie Cuningham is a citizen of Florida and owns real property located at 268 SW Kestor Drive, Port St. Lucie, Florida 34953. Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

510.  Plaintiff, John DeFalco is a citizen of Florida and owns real property located at 318 SE 13th Street, Cape Coral, Florida 33990.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

511.  Plaintiffs, Anna and Mark Eskenazi are citizens of Florida and together own real property located at 17878 Monte Vista Drive, Boca Raton, Florida 33496.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

512.  Plaintiff, Gina Gaita (Promenade) is a citizen of New Jersey and owns real property located at 10480 SW Stephanie Way, Unit #3-202, Port St. Lucie, Florida 34986.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

513.  Plaintiff, Peter Hopmayer is a citizen of Florida and owns real properties located at 863 SW McCall Road, Port St. Lucie, Florida 34953; 2832 St. Barts Square, Vero Beach, Florida 32967; 2426 SE Camarin Street, Port St. Lucie, Florida 34952; 1931 Taurus Lane, Port St. Lucie, Florida 34984 and 4609 SW Tacoma Street, Port St. Lucie, Florida 34953.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

514.  Plaintiff, Debra Hueston (Promenade) is a citizen of Rhode Island and owns real property located at 10320 SW Stephanie Way, Unit 211, Bldg. 7, Port St. Lucie, Florida 34987.

Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

515.  Plaintiff, Ronald Joachim is a citizen of Florida and owns real property located at 155 Belle Grove Lane, Royal Palm Beach, Florida 33411.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

516.  Plaintiff, L&M Estates owns real property located at 12430 SW 20th Street, Davie, Florida 33325.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

517.  Plaintiff, Michael Mikita is a citizen of Florida and owns real property located at 2866 St. Barts Square, Vero Beach, Florida 32967.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

518.  Plaintiff, Robin Novello is a citizen of Florida and owns real property located at 9407 Bridgebrook Drive, Boca Raton, Florida 33496.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

519.  Plaintiff, Oceanique Development Company owns real property located at 4180 N. Highway A1A, Ft. Pierce, FL #801B; 4180 N. Highway A1A, Ft. Pierce, FL #802B, (including common areas of Building B); 4180 N. Highway A1A, Ft. Pierce, FL #803B; 4180 N. Highway A1A, Ft. Pierce, FL #804B; 4180 N. Highway A1A, Ft. Pierce, FL #805B; 4180 N. Highway

A1A, Ft. Pierce, FL #901B; 4180 N. Highway A1A, Ft. Pierce, FL #902B; 4180 N. Highway

A1A, Ft. Pierce, FL #903B; 4180 N. Highway A1A, Ft. Pierce, FL #904B; 4180 N. Highway

A1A, Ft. Pierce, FL #905B; 4180 N. Highway A1A, Ft. Pierce, FL #1001B; 4180 N. Highway

A1A, Ft. Pierce, FL #1002B; 4180 N. Highway A1A, Ft. Pierce, FL #1003B; 4180 N. Highway

A1A, Ft. Pierce, FL #1004B 4180 N. Highway A1A, Ft. Pierce, FL #1005B; 4180 N. Highway

A1A, Ft. Pierce, FL #1101B; 4180 N. Highway A1A, Ft. Pierce, FL #1102B; 4180 N. Highway

A1A, Ft. Pierce, FL #1103B; 4180 N. Highway A1A, Ft. Pierce, FL #1104B; 4180 N. Highway

A1A, Ft. Pierce, FL #1105B; 4180 N. Highway A1A, Ft. Pierce, FL #1201B; 4180 N. Highway

A1A, Ft. Pierce, FL #1202B; 4180 N. Highway A1A, Ft. Pierce, FL #1203B; 4180 N. Highway

A1A, Ft. Pierce, FL #1204B; 4180 N. Highway A1A, Ft. Pierce, FL #1205B; 4180 N. Highway,

Ft. Pierce, FL (Garage Building C); 4160 N. Highway A1A, Ft. Pierce, FL #201A; 4160 N.

Highway A1A, Ft. Pierce, FL #202A; 4160 N. Highway A1A, Ft. Pierce, FL #203A; 4160 N.

Highway A1A, Ft. Pierce, FL #204A; 4160 N. Highway A1A, Ft. Pierce, FL #205A; 4160 N.

Highway A1A, Ft. Pierce, FL #206A; 4160 N. Highway A1A, Ft. Pierce, FL #207A; 4160 N.

Highway A1A, Ft. Pierce, FL #301A; 4160 N. Highway A1A, Ft. Pierce, FL #302A; 4160 N.

Highway A1A, Ft. Pierce, FL #303A; 4160 N. Highway A1A, Ft. Pierce, FL #304A; 4160 N.

Highway A1A, Ft. Pierce, FL #305A; 4160 N. Highway A1A, Ft. Pierce, FL #306A; 4160 N.

Highway A1A, Ft. Pierce, FL #307A. Plaintiff is participating as a class representative in the

class and subclasses as set forth in the schedules accompanying this amended complaint which

are incorporated herein by reference.

520. Plaintiff, Christopher Podlasek is a citizen of Florida and owns real property located

at 4026 SW Darwin, Port St. Lucie, Florida 34953. Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

521.  Plaintiff, Promenade at Tradition Community Association, Inc. owns real property located at 10560 SW Stephanie Way, Units 101, 102, 104, 105, 106, 201, 202, 203, 204, 205, 206, 207, 208, 209, 210, 211 and 212, Port St. Lucie, Florida 34987; 10520 SW Stephanie Way Unit 212, Port St. Lucie, Florida 34987; 10480 SW Stephanie Way, Units 101, 102, 103, 104, 201, 202, 203, 204, 205, 206, 207, 208, Port St. Lucie, Florida 34987; 10440 SW Stephanie Way, Units 101, 102, 103, 104, 105, 106, 201, 202, 203, 204, 205, 206, 207, 208, 209, 210, 211 and 212, Port St. Lucie, Florida 34987; and 10360 SW Stephanie Way, Units 101, 102, 103, 104, 105, 201, 202, 204, 206, 207, 208, 209, 210, 211 and 212, Port St. Lucie, Florida 34987. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

522.  Plaintiff, Fredrick Ramirez is a citizen of Florida and owns real property located at 2913 East Agust Drive, Homestead, Florida 33035.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

523.  Plaintiff, Real Property Resolutions Group owns real property located at 10560 SW Stephanie Way, Unit #s: 1-102; 1-106; 1-201; 1-211; 1-212, Port St. Lucie, FL 34987; 10440 SW Stephanie Way Unit 4-104 and 4-204, Port St. Lucie, Florida 34987; and 10360 SW Stephanie Way, Unit 6-208, Port St. Lucie, Florida 34897.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

524.  Plaintiff, Michael Rosen is a citizen of Florida and owns real property located at 17538 Middlebrook Way, Boca Raton, Florida 33496.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

525.  Plaintiffs, Sheldon Friefield, Inc. and Southern Homes Development, Corp. together own real property located at 7242 Horizon Drive, W. Palm Beach, Florida 33412. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

526.  Plaintiffs, Henry and Joan Wahlgren are citizens of Florida and together own real property located at 4615 SE Pilot Avenue, Stuard, Florida 34997.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

527.  Plaintiff, Ralph Morlas is a citizen of Louisiana and owns real property located at 4091 Brown Thrasher Loop, Madisonville, Louisiana 70447.  Plaintiff is participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

528.  Plaintiff, Yossef Cohen is a citizen of Florida and owns real property located at 23 SE 3 Avenue, Hallandale Beach, Florida 33009.  Plaintiff is participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

## DEFENDANTS

529.  Unless specifically stated to the contrary, all individual defendants are citizens of

100

the state where they do business and all entities are citizens of the state where they are organized. For those entities, where the state of organization is not listed, it is asserted upon information and belief that the entity is incorporated and/or organized in the state of its principal place of business.

### The Manufacturing Defendants

530.  Defendant Knauf Gips is a German corporation doing business in several States, including but not limited to, Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina, and Virginia.  One of Knauf Gips' affiliates, Knauf Verwaltungsgsellschaft KG, owns a substantial stake in USG.  Knauf Gips is a leading manufacturer of building materials and systems.  Knauf Gips, together with its affiliates, including Knauf Tianjin, provides building materials and systems to customers in over 50 countries, including the United States.  Upon information and belief, at all times material hereto, Knauf Gips supervised, operated, trained and otherwise exercised control and/or had the right to control the operations of Knauf Tianjin, and its agents, apparent agents, and employees.

531.  Among other things, in 1995, Knauf Gips introduced its advanced production techniques and technology into China.  From 1997 through 2001, Knauf Gips invested in China and established three plasterboard plants which are located in Wuhu, Tianjin and Dongguan.  The product quality of all Knauf Gips' plants in China, including Knauf Tianjin, are strictly controlled according to the requirements of Knauf Gips' headquarters in Germany.  Moreover, Knauf Gips' sales and technical support teams support Knauf Gips' businesses throughout the world, including Knauf Tianjin in China.  Knauf Tianjin and its employees are the actual and/or apparent agents of Knauf Gips.

532.  Upon information and belief, Knauf Gips, together with its affiliates and/or actual or apparent agents, including Knauf Tianjin, manufactured, sold, distributed, marketed and placed within the stream of commerce gypsum drywall with the expectation that the drywall would be purchased by thousands of consumers, if not more, within various States, including but not limited to, Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina, and Virginia. Upon information and belief, Knauf Gips and/or Knauf Tianjin has continuously and systematically distributed and sold drywall to numerous purchasers in the United States and their drywall is installed in numerous structures in the United States.  Knauf Gips and/or Knauf Tianjin manufactured and sold, directly and indirectly, to certain suppliers in the United States. Knauf Gips directly controlled through its global family of businesses the importation of defective Chinese drywall at all times and provided oversight over internal investigations of sales of defective Chinese drywall.

533.  Defendant Knauf Tianjin is a foreign corporation doing business in several States, including but not limited to, Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina, and Virginia.  Knauf Tianjin is involved in the manufacturing and sale of gypsum drywall. Knauf Tianjin is the actual agent and/or apparent agent of Knauf Gips.  Upon information and belief, Knauf Tianjin, individually and/or together with and at the direction and control of its principal, Knauf Gips, manufactured, sold, distributed, marketed and placed within the stream of commerce gypsum drywall with the exception that the drywall would be purchased by thousands of consumers, if not more, within various States, including but not limited to, Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina, and Virginia.  Knauf Tianjin and/or Knauf Gips has continuously and systematically distributed and sold drywall to numerous purchasers in

102

the United States and their drywall is installed in numerous structures in the United States. Knauf Tianjin and/or Knauf Gips manufactured and sold, directly and indirectly, to certain suppliers in the United States. Representatives of Knauf Tianjin have intentionally directed communications to distributors in the United States, employed American distributors as agents for the company, shipped product intending for it to be distributed in the United States and otherwise engaged in commerce and/or circumstances that the company reasonably expected that it could be hailed into United States Courts.

534. Defendant Knauf Plasterboard (Wuhu) Co. Ltd., is a foreign corporation doing business in several States, including but not limited to, Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina, and Virginia. Knauf Plasterboard (Wuhu) Co., Ltd. is involved in the manufacturing and/or sale of gypsum drywall. Upon information and belief, Knauf Plasterboard (Wuhu) Co., Ltd. manufactured, sold, distributed, marketed or placed within the stream of commerce gypsum drywall with the exception that the drywall would be purchased by thousands of consumers, if not more, within various States, including but not limited to, Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina, and Virginia. Upon information and belief, Knauf Plasterboard Wuhu Co., Ltd. has continuously and systematically distributed and sold drywall to numerous purchasers in the United States and their drywall is installed in numerous structures in the United States. Upon information and belief, Knauf Plasterboard (Wuhu) Co., Ltd. manufactured and/or sold to certain suppliers in the United States.

535. Defendant Guangdong Knauf New Building Material Products Co., Ltd., is a foreign corporation doing business in several States, including but not limited to, Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina, and Virginia. Guangdong Knauf New

103

Building Material Products Co., Ltd. is involved in the manufacturing and/or sale of gypsum drywall. Upon information and belief, Guangdong Knauf New Building Material Products Co., Ltd. manufactured, sold, distributed, marketed and/or placed within the stream of commerce gypsum drywall with the exception that the drywall would be purchased by thousands of consumers, if not more, within various States, including but not limited to, Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina, and Virginia. Guangdong Knauf New Building Material Products Co., Ltd. has continuously and systematically distributed and sold drywall to numerous purchasers in the United States and their drywall is installed in numerous structures in the United States. Upon information and belief, Guangdong Knauf New Building Material Products Co., Ltd. manufactured and/or sold to certain suppliers in the United States. Knauf Gips KG, Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu), Co., Ltd., and Guangdong Knauf New Building Material Products Co., Ltd. shall be collectively referred to herein as "Knauf".

### The Distributor/Supplier/Importer/Exporter/Broker Defendants

536. Defendant USG Corporation is a Delaware corporation with a principal place of business in Chicago, Illinois. USG, together with its various affiliates, including its subsidiary, L&W Supply Corporation and Seacoast Supply, is the nation's largest distributor of drywall and related building products. USG, through its subsidiary L&W Supply Corporation, sold, distributed, supplied, marketed, inspected, imported, exported, or delivered the drywall at issue in this litigation. USG is responsible for the actions of its subsidiary through control person and other management activities.

537. Defendant, L&W Supply Corporation d/b/a Seacoast Supply Company is an entity

or individual with a principal place of business at 550 W. Adams Street, Dept. 174, Chicago, Illinois 60661. Defendant is organized under the laws of Delaware. L&W Supply Corporation is a subsidiary of USG. Defendant is a importer, exporter, distributor or supplier of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

538. Defendant, Andrew's Hardware Company, Inc. d/b/a Andrews Ace Hardware is an entity or individual with a principal place of business at 19750 North 3rd Street, Citronelle, Alabama 36522. Defendant is organized under the laws of Alabama. Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

539. Defendant, Banner Supply Co. is an entity or individual with a principal place of business at 7195 NW 30th Street, Miami, Florida 33122. Defendant is organized under the laws of Florida. Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

540. Defendant, La Suprema Enterprise, Inc. is an entity or individual with a principal place of business at 2221 NE 164th Street, Suite 335, North Miami, Florida 33160. Defendant is organized under the laws of Florida. Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

541. Defendant, La Suprema Trading, Inc. is an entity or individual with a principal place of business at 2221 NE 164th Street, Suite 335, North Miami Beach, Florida 33160. Defendant

is organized under the laws of Florida.  Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

542.  Defendant, Banner Supply Company Fort Myers, LLC is an entity or individual with a principal place of business at 2910 Cargo Street, Fort Myers, Florida 33916.  Defendant is organized under the laws of Florida.  Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

543.  Defendant, Cape Cement & Supply, Inc. is an entity or individual with a principal place of business at 645 Commercial Park Place, Cape Coral, Florida 33991.  Defendant is organized under the laws of Florida.  Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

544.  Defendant, Holmes Building Materials, LLC is an entity or individual with a principal place of business at 6190 Greenwell Springs Road, Baton Rouge, Louisiana  70806. Defendant is organized under the laws of Louisiana.  Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

545.  Defendant, Interior/Exterior Building Supply, LP is an entity or individual with a principal place of business at 727 S. Cortez Street, New Orleans, Louisiana  70119. Defendant is organized under the laws of Louisiana.  Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has

resulted in harm and damages to Subclass Members.

546.  Defendant, Interior/Exterior Enterprises, LLC is an entity or individual with a principal place of business at 727 S. Cortez Street, New Orleans, Louisiana 70119. Defendant is organized under the laws of Louisiana. Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

547.  Defendant, Phillips Abita Lumber Company, Inc. d/b/a Abita Lumber Company, Inc. is an entity or individual with a principal place of business at 21459 Hwy. 36, Abita Springs, Louisiana 70428. Defendant is organized under the laws of Louisiana. Defendant is a importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

### The Developer/Builder Subclasses

548.  Defendant, 3180 Lamb Court Acquisition, LLC is an entity or individual with a principal place of business at 3130 Day Avenue, Miami, Florida 33133. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

549.  Defendant, 616 LLC/Andy Ziffer is an entity or individual with a principal place of business at 508 S.W. 6th Avenue, Fort Lauderdale, Florida 33315. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

550.  Defendant, Aburton Homes, Inc. is an entity or individual with a principal place of business at 590 NW Bayshore Boulevard, Port St. Lucie, Florida 34983.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

551.  Defendant, Adams Homes of Northwest Florida, Inc. is an entity or individual with a principal place of business at 3000 Gulf Breeze Parkway, Gulf Breeze, Florida 32563.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

552.  Defendant, Albanese-Popkin The Oaks Development Group, L.P. is an entity or individual with a principal place of business at 1200 S. Rogers Circle, Suite 11, Boca Raton, Florida 33487.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

553.  Defendant, Angel Developments, LLC is an entity or individual with a principal place of business at 216 SW Maclay Way, Port St. Lucie, Florida 34986.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

554.  Defendant, Antilles Vero Beach, LLC is an entity or individual with a principal place of business at 202 SE 5th Street, Delray Beach, Florida 33483.  Defendant is organized

under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

555. Defendant, Aranda Homes, Inc. Is an entity or individual with a principal place of business at 1310 SW 4th Terrace, Cape Coral, Florida 33991. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

556. Defendant, Arizen Homes is an entity or individual with a principal place of business at 2700 West Cypress Creek Road, Suite B-111, Fort Lauderdale, Florida 33309. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

557. Defendant, Avalon Preserve Developers, LLC is an entity or individual with a principal place of business at 11854 Bayport Lane, #3, Ft. Myers, Florida 33908. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

558. Defendant, B&E Construction Miami Corp. is an entity or individual with a principal place of business at 7944 SW 199 Terrace, Miami, Florida 33189. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm

109

and damages to Subclass members as described herein.

559.  Defendant, Baywood Construction, Inc. is an entity or individual with a principal place of business at 3515 Del Prado Boulevard, #107, Cape Coral, Florida 33904.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

560.  Defendant, Berrywood Estates a Senior Community, LLC is an entity or individual with a service address at Janice Berry Celino, 506 Boley Avenue, Picayune, Mississippi 39466. Defendant is organized under the laws of Mississippi.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

561.  Defendant, Buquoi Construction, LLC is an entity or individual with a service address at Charles Anthony Buquoi, 10569 Buddy Gore Road, Gonzales, Louisiana 70737. Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

562.  Defendant, Burmaster Construction, Inc. is an entity or individual with a principal place of business at 25058 Pin Oak Lane, Folsom, Louisiana 70437.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

563.  Defendant, Cabot Homes is an entity or individual with a principal place of business

110

at 2161 Mcgregor Boulevard, Suite B, Fort Myers, Florida 33901. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

564. Defendant, Cajun Construction & Development, LLC is an entity or individual with a principal place of business at 800 Wiegand Drive, Bridge City, Louisiana 70094. Defendant is organized under the laws of Louisiana. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

565. Defendant, Carribean Custom Builders and Developers is an entity or individual with a service address at James Sharpe, III, 29141 Clover Lane, Big Pine Key, Florida 33043. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

566. Defendant, Carter Custom Homes, Inc. is an entity or individual with a principal place of business at 3090 East Gause, Suite 401, Slidell, Louisiana 70461. Defendant is organized under the laws of Louisiana. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

567. Defendant, Centerline Homes at Port St. Lucie, LLC is an entity or individual with a principal place of business at 825 Coral Ridge Drive, Coral Springs, Florida 33071. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and,

directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

568.  Defendant, Centerline Homes at Georgetown, LLC is an entity or individual with a principal place of business at 825 Coral Ridge Drive, Coral Springs, Florida 33071.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

569.  Defendant, Centerline Homes, Inc. is an entity or individual with a principal place of business at 825 Coral Ridge Drive, Coral Springs, Florida 33071.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

570.  Defendant, CL Architects & Contractors Corp. is an entity or individual with a principal place of business at 9840 SW 148 Terrace, Miami, Florida 33176.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

571.  Defendant, Comfort Home Builders, Inc. is an entity or individual with a principal place of business at 514 NE 26th Place, Unit #4, Cape Coral, Florida 33909.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

572.  Defendant, Completed Communities II, LLC is an entity or individual with a principal place of business at 825 Coral Ridge Drive, Coral Springs, Florida 33071.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

573.  Defendant, Core Construction, LLC is an entity or individual with a principal place of business at 555 NE 15th Street, 30-H, Miami, Florida 33132.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

574.  Defendant, Cornerstone Group is an entity or individual with a principal place of business at 2121 Ponce De Leon Boulevard, Coral Gables, Florida 33134.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

575.  Defendant, Cornerstone Group Development, LLC is an entity or individual with a principal place of business at 2100 Hollywood Boulevard, Hollywood, Florida 33020.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

576.  Defendant, Cretin Homes, Inc. is an entity or individual with a principal place of business at 863 East Airline Highway, LaPlace, Louisiana 70068.  Defendant is organized under

113

the laws of Louisiana. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

577. Defendant, D.R. Horton, Inc. is an entity or individual with a principal place of business at 301 Commerce Street, Suite 500, Fort Worth, Texas 76102. Defendant is organized under the laws of Delaware. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

578. Defendant, D&W Homes, LLC is an entity or individual with a principal place of business at 7262 Ashberry Court, Spanish Fort, Alabama 36527. Defendant is organized under the laws of Alabama. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

579. Defendant, Davis General Contractors is an entity or individual with a principal place of business at 313 5th Street, West Palm Beach, Florida 33401. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

580. Defendant, Delacruz Enterprises, Inc. is an entity or individual with a service address at Guadalupe Delacruz, 12341 Villagio Way, Fort Myers, Florida 33912. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm

and damages to Subclass members as described herein.

581.  Defendant, Diamond Court Construction Co. is an entity or individual with a principal place of business at 2112 SE Bersell Road, Port St., Lucie, Florida 34952.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

582.  Defendant, Edweaard Development Company, LLC is an entity or individual with a principal place of business at 1123 E. Broward Boulevard, Ft. Lauderdale, Florida 33301.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

583.  Defendant, Enchanted Homes, Inc. is an entity or individual with a principal place of business at 260B Professional Place, North Ft. Myers, Florida 33903.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

584.  Defendant, First Home Builders, Inc. is an entity or individual with a principal place of business at 120 Colonial Boulevard, Suite 101, Ft. Myers, Florida 33907.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

585.  Defendant, First Home Builders of Florida I, LLC is an entity or individual with a

115

principal place of business at 12730 New Brittany Boulevard, Suite 407, Ft. Myers, Florida 33907. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

586. Defendant, Freemar Homes, Inc. is an entity or individual with a principal place of business at 3908 Trapnell Ridge Drive, Plant City, Florida 33567. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

587. Defendant, Grand Palazzo Hendricks, LLC is an entity or individual with a principal place of business at 1450 NW 87th Avenue, Suite 210, Doral, Florida 33172. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

588. Defendant, Gregan Construction Corp. is an entity or individual with a principal place of business at 4970 SW 72nd Avenue, Suite 102, Miami, Florida 33155. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

589. Defendant, Gremillion Homes, Inc. is an entity or individual with a principal place of business at 14249 Hwy 1077, Folsom, Louisiana 70437. Defendant is organized under the laws of Louisiana. Defendant built certain Subclass Members' homes and, directly or through

agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

590.  Defendant, Grove Hammocks Investments, LLC is an entity or individual with a principal place of business at 35380 SW 218 Avenue, Homestead, Florida 33030.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

591.  Defendant, Groza Builders, Inc. is an entity or individual with a principal place of business at 511 SW Port St. Lucie Road, Port St. Lucie, Florida 34953.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

592.  Defendant, Hanover Homes is an entity or individual with a principal place of business at 2407 SW Monterrey Lane, Port St. Lucie, Florida 34953.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

593.  Defendant, Hansen Homes of South Florida, Inc. is an entity or individual with a principal place of business at 1436 SE 16th Place, Cape Coral, Florida 33990.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

594. Defendant, Hilliard Butler Construction Company, Inc. is an entity or individual with a principal place of business at 5026 Par Four Drive, New Orleans, Louisiana 70128. Defendant is organized under the laws of Louisiana. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

595. Defendant, Hovnanian Developments of Florida, Inc. is an entity or individual with a principal place of business at 110 West Front St., Red Bank, New Jersey 07701. Defendant is organized under the laws of New Jersey. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

596. Defendant, Hovstone Properties of Florida, LLC is an entity or individual with a principal place of business at 3601 Quantum Boulevard, Suite 100, Boynton Beach, Florida 33426. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

597. Defendant, HPH Properties, LLC is an entity or individual with a service address at Alan Howard, 2236 Cahaba Valley Drive, Suite 100, Birmingham, Alabama 35242. Defendant is organized under the laws of Alabama. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

598. Defendant, Ironwood Properties, Inc. is an entity or individual with a principal place of business at 202 SE 5 Avenue, Delray Beach, Florida 33483. Defendant is organized under the

118

laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

599. Defendant, J. Cherry and Sons, Inc. is an entity or individual with a principal place of business at 901 SW Martin Downs Boulevard, Palm City, Florida 34990. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

600. Defendant, James Stokley d/b/a Choctaw Builders is an entity or individual with a principal place of business at 26543 Hwy 17, Millry, Alabama 36558. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

601. Defendant, Jim Walter Homes, Inc. is an entity or individual with a service address at The Corporation Company, 2000 Interstate Drive, Suite 204, Montgomery, Alabama 36109. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

602. Defendant, Joseph E. Clouse, Inc. is an entity or individual with a principal place of business at 8661 Glenlyon Court, Fort Myers, Florida 33912. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

603.  Defendant, JPG Enterprises, Inc. d/b/a Majestic Homes is an entity or individual with a principal place of business at 4121 Royal Palm Beach Boulevard, Royal Palm Beach, Florida 33411.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

604.  Defendant, Majestic Homes of Vero Beach, Inc. is an entity or individual with a principal place of business at 4061 Royal Palm Beach Boulevard, Royal Palm Beach, Florida 33411.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

605.  Defendant, KB Homes is an entity or individual with a principal place of business at 1121 Lumsden Trace Circle, Valrico, Florida 33594.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

606.  Defendant, LaPorte Builders, Inc. is an entity or individual with a principal place of business at 168 NE Sagamore Terrace, Port St. Lucie, Florida 34983.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

607.  Defendant, Lavish Holding Corp. is an entity or individual with a principal place of business at 2070 N. Ocean Blvd, #3, Boca Raton, Florida 33431.  Defendant is organized under

the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

608.  Defendant, Lennar Homes Corp. is an entity or individual with a principal place of business at 700 NW 107th Avenue, Suite 400, Miami, Florida 33172.  Defendant is organized under the laws of Delaware.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

609.  Defendant, Lennar Homes, LLC is an entity or individual with a principal place of business at 700 NW 107th Avenue, Suite 400, Miami, Florida 33172.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

610.  Defendant, Liberty Home Builders, Inc. is an entity or individual with a principal place of business at 585 SW Biltmore Street, Port St. Lucie, Florida 34983.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

611.  Defendant, LifeScape Buildings, LLC is an entity or individual with a service address at Bruce C. Webster, 530 Beacon Pky West, Suite 900, Birmingham, Alabama 35209.  Defendant is organized under the laws of Alabama.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has

resulted in harm and damages to Subclass members as described herein.

612.  Defendant, Linel Consulting, LLC is an entity or individual with a principal place of business at 9010 SW 117th Street, Miami, Florida 33176.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

613.  Defendant, Lloyd & Sons Construction, Inc. is an entity or individual with a principal place of business at 10430 Trialwood Circle, Jupiter, Florida 33478.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

614.  Defendant, LPR Builders is an entity or individual with a principal place of business at 1150 NW 72nd Avenue, Suite 501, Miami, Florida 33126.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

615.  Defendant, LPR Builders, Inc. is an entity or individual with a principal place of business at 1150 NW 72 Avenue, Suite 501, Miami, Florida 33126.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

616.  Defendant, LTL Construction, Inc. is an entity or individual with a principal place