*Joyce W. Rogers, et al. v. Knauf Gips, K.G., et al.*

**Exhibit "A"–Additional Plaintiffs Named in Plaintiffs' Amended Omnibus Class Action Complaint (IV)**

Acosta, Jose & Sofia
Acosta, Carlos
Adair, Manciel & Susan
Adams, Kevin
Aguilar, Eleanor
Agulay, Philip & Clarita
Albacete, Alfonso & Francisco
Albandor, Francisco
Alegria, Robert & Rafaela
Almeida, Jeff
Alvarez, Anoldo & Clara
Alvarez-Farre, Emilio & Martha
Ambroise, Donald
Anderson, Mark
Anderson, William & Mary
Andreoli, Robert
Ante Bellu, LLC
Anton, Kevin & Joann
Araujo, Marcos
Arcinega, Juan & Jillian
Arellano, Raulin Carlo & Karla
Aria Properties, LLC
Armstrong, Jeremy & Heather
Ashley, Tatiana
Athouriste, Herold
Aven, Teresa
Bakane, Raymond
Baldone, Charles
Barrozo, Hector
Beasley, Austin
Becker, Larry
Belalczar, Luz
Benjamin, Jack
Bennett, Steve
Bercy, Charles Jr. & Patricia Tran-Bercy
Beringhaus, Robert
Bidigare, Susan
Bienemy, Eric
Black, Douglas & Elizabeth
Blanchard, Peter & Sally
Blanco, Rodrigo & Lisa
Bloom, Andrew & Ina
Blue Water Condo Association
Blue Water of Cape Coral
Bohorquez, Rafael
Bolle, Jonathan
Bolton, Wade
Bongiorno, Salvatore & Arlene
Bonnette, Joel & Holly

Boog, Vernon G.
Borkowski, Julie & Stephen
Borst, Crystal & Morea, Beverly
Branch, Ken
Brian, Wilton & Rita
Brown, Dorene
Bruce, Jamie & Erick
Bruder, Joan, Don Bruder
Buckingham, Keith, Fasenda, Jose
Burey, Roxanne
Burkman, Ken, Puello, Rosi
Burleson, Dorothy
Burson, Glenda
Byrne, Gertrude
Cabrera, Ana M. & Gabriel
Caliguirie, Jacob
Caliper Capital of Florida, LLC
Callwood, Alberto & Sandy
Campbell, Daniel & Joan
Campbell, Ana Marie
Campbell, Scott & Mary
Candalaria, William & Turpia, Sarah
Carey, Vernon & Latavia
Carr, Bridget
Carr, Craig, Windsor, Jill
Carrion, Kathy
Carter-Smith, Jill
Case, Ronald
Casper, Bruce
Castaneda, Juan Carlos
Castillo, Alexis
Catalogna, Michael & Phyllis
Catron, James
Ceglio, Carmine
Chaisson, Henry J. & Olga A.
Chandler, Jared & Brittany
Chestang, Russell
Cissell, Darren & Melissa
Clark, Joseph & Cathleen
Clarke, Roger
Cohen, Yossef
Cohen, Jan & Michael
Colman, Kevin & Maria
Conner, Cynthia
Cooper, Brenda
Cooper, Martin
Coplin, Jose
Cora, Jose & Kiria
Cox, Jeffrey & Georgann

Cramer, David & Denise
Crane, Raymond A.
Crawford, Daniel & Sara
Crum, Jarrett & Kit
Crutcher, John
Cryer, Joan
Cummings, Mark
Cuningham, Eddie
Curbelo, Anika
D'Agresto, Lewis
Dano, Robbin
Darby, Harry & Melissa
Darensbourg, Mark & Barbara
David Pilger, Owner
Davis, Matthew & Tricia
Davy, Christopher
De Leon, William & Zully
Defalco, John
Dejan, Charlotte
Dejan, Leroy & Ann
DeJesus, Leslie
Del Torro, Gilbert & Zamira
DePirro, Stephen
DeSola, Nick & Heather
Diamond, James & Heidi
Dickens, Faith
Diez, Douglas on behalf of Pelican Point Properties, L.L.C.
DiFillipo, Steven & Kathleen
Domanic, Ajith & Elezabeth
Donahoe, Patrick & Tina
Doreus, Gerta
Dube, Tim & Laura
Duckworth, Helen T.
Duncan, Charles & Estoria
Duncan, Stuart & Diane
Dunne, Cahal
Durden, Jennifer
Easley, Gail
Edelman, Michael
Egermayer, Craig
Elkins, Joseph
Elliott, Kevin
Ervin, Ronnie & Rodella
Eskenazi, Anna & Mark
Estrada,, Edgar
Everett, Michael
Fellows, David
Ferguson, Kimberly
Fernandez, Vernon Leroy & JoAnn

1

Cross
Ferroni, Peter Christian
Field, Theodore & Leslie
Firmani, Terry Lee
Fleming, Alan
Fleurantain, Toussaint & Bernite
Flores, Charles
Fodor, Amy & Angelo
Fordham, Allen & Anissa Fordham
Foster, Katherine
Fothergill, Zen
Fouqet, Louis & Marsha
France, Glen
Franks, Steve
Frazier, Larry & Dorothy
Frenz, Ray
Fulgueira, Marie E. & Oscar J. Gonzalez
Fulks, Bonnie & Richard
Fuller, Deandra Charles & Adriann
Funel, Louis C. & Joyce M.
Gaita, Gina
Gandhi, Shailesh & Hemangini
Garcia, Lorena & Angela
Garcia, Gabriela
Gardner, Francesca & Brian
Gascon, Ed
Geensburg, Cary
Genoune, Meir
Gesele, Michael & Jessica
Giggey, Richard & Linda
Gimenez, Adriana
Glassman, Michael
Glenz, David
Goldberg, Scott
Goldstein, Cindy
Gomez, German & Marcela
Gomez, Georgina
Gomez, Axel & Nicole
Gonzalez, Alberto, Diaz, Yarenis
Gonzalez, Dolores
Gonzalez, Ariel
Grant, Olga & Ross
Green, Colin & Natasha
Green, Desmond
Green, Clarence
Greenwald, Mike
Grooms, Jody & Michelle
Grosfeld, Ralph & Donna
Guice, Kenneth
Guilhempe, Edmund
Gumina, Frank
Hagan, Kristin
Hall, Gerald & Leigh Ann
Hansen, Deborah
Hanson, Rene
Hardin, Peter
Harris, Angela

Harrison, David
Hasty, Bernadette
Haynes, Elvis & Coral
Henderson, Jason & Jay Jay
Hendrix, Ron
Hendrix, Ben & Denise
Henke, Christopher & Laurie
Hernandez, Ernest
Herrera, Arcelia Camacho & Orlando
Hill, Michael
Hopmayer, Peter
Hovis, Michelle
Howard, James & Ann
Howerzyl, Theodore & Annette
Hoyle, Matt
Hubbard, Shane & Elizabeth
Hueston, Debra
Humphreys, Etta
Hunt, Nancy
Iadisernia, Giuseppe
Ingram, Juanita
Insco, John & Ruth
Jackson, Edmund & Diane
Jackson, Leonard & Juliet
Jackson, Anthony
Jackson, Douglas
James, John
Jenevein, Stella
Jimenez, Camilo
Joachim, Ronald
Johnson, Paul
Jolly, Charles & Barbara
Jones, Starla
Jones, Steven Chad
Joseph, Roderick
Juliano, Jasper & Sheree
Kampf, Richard & Patricia
Keddo, Terriano
Kelley, Sharon
Kelly, Gary & Vicki
Klujan, Matthew & Sirapi
Knouff, Johna nd Jacqueline
Koe, Jeffrey & Lori
Kondek, Anke & Dieter
Kraham, Stuart
Kroeger, Jeff
Kuhne, Erica
Kustenmacher, Kenneth & Juile
L&M Estates
Ladd, Keith
Ladner, Tammy
Lafleur, Nury
Lagano, Sasha
Lago, Gueorgui & Jomari Torres
Lake, William & Jacqueline
Lanza, Antonio & Gretchen
Lauderdale One Condominium

Association
LaValle, Randy & Debra
Lee, Tamanika
Lemay, Elizabeth
Lemmon, Dennis & Helen
Leonard, Jeff
Letard, Dr. Thomas & Martha
Leung, Jim & Maggie
Levin, Ronald & Carol
Lewis, Una
Lewis, Ethel & Lewis-Pierre, Latoya
Lezama, Juan Carlos
Libertella, Rocco
Licata, Domenico
Lichtenberger, Andres
Lindstrom, Jack & Barbara
Linzy, Sherie
Litwin, Benjamin
Logie, Kevin & Nicole
Lopez, Beatrix
Lott, David
Lowry Development
Lundberg, Rick
Lunsford, Barry
M & F Development, LLC
Macias, Juan Carlos, Hernandez, Adrianna
Madonia, Joseph
Maestre, Elsy
Magdalena Gardens Condo Association
Manriquez, Ruben
Marks, Edward
Martin, Ross & Lisa
Martin, Aaron
Martin, Robert & Denise
Martin, Mario & Ivanilda
Maskol, Diane
Mason, Fay & Michael
Masse Contracting, Greg Masse
Massop, Lois
Maxellan, Michele
Mayfield, Jeffrey
Mazzaca, Philip
McAuliffe, Dixie & Matthew
McCoy, Clyde & Ira
McMahon, William R. & Setsuke
McNeill, Michael & Stephanie
Medlen, Dianne
Melville, Maundy & John
Menhennett, Eric
Merclop Holding, LLC
Merrill, Carrie
Merryfield, David
Mertz, Lyndon
Mesa, Mirta
Methany, Brance

Metzl, Justin
Michael Cabrera, Owner
Michalopoulos, Anthony
Mihelich, George & Mara
Mikita, Michael
Milton, Koka
Milykovic, Ralph & Nancy
Miranda, Jorge & Cheza
Mitchell, James R.
Mitchell, Steve & Shannon
Montero, Jorge & Niza
Morlas, Ralph
Moses, William
Moses, Claudia
Moulton, Tom
Mullen, Carl
Myers, Christopher & Kandice
Myers, Jack
Myers, Paul & Lisa
Nabors, S. Jason & Rhonda
Naidus, Gary
Neel, Kevin & Stacy
Nelson, Brian & Victoria
Nguyen, Huynh Hiep
Nguyen, Kinh
Nichols, Brook
Nolan, James & Adele
Novello, Robin
Nunes, Andrea & Ferreira, Andre
Nyugen, Katie
O'Brien, Wendy
Oceanique Development Company
Orlowski, David
Osaiyuwu, Ivie
Osceola, Doreen
Oxman, Samuel
Panepinto, Rory
Parker, Bryon
Parker, James
Parrillo, Joseph & Dorothy
Peace Harbor Clubhouse
Peace Harbor Condo Association
Peerbhai, Iqbal
Prem, Tajwathie
Pelaez, Diego
Pereira, Fernanda
Persky, Paula Wansor
Pestenski, Tirzah & Ryan
Petrorairo, Michael & Kathy
Pino, Deborah
Pittman, Robert & Robin
Pizzolato, Ronald
Plas, Doug
Plaza, Ana Maria
Podlasek, Christopher
Poliard, Phares
Porch, David & Ashley
Porter, Doris & Lindsey
Poschel, William & Rosemary
Potes, Lino
Potts, Lakendra
Premier Loan Services Company, Inc.
Johansen, Fred
Pritchard, Thomas
Promenade at Tradition Community Association, Inc.
Properties In Miami, LLC
Pryce, Dionne Smith & Hazel
Puckett, Charles & Sandra
Quaranta, Renato & Yoraima
Rabadia, Murji & Vekaria, Anjni
Raffo, Edmond & Mary Desiree
Ragusa, Ben
Ramirez, Fredrick
Rautenberg, Lee
Raventos, Antonio & Eliana
Real Property Resolutions Group
Rebolledo, Enrique & Maritza de Souza
Reck, Robert
Reckseit, Ronald & Jacqueline
Redelco, LLC
Rehrig, Neil
Reinner, Stephanie, Graham, Wayne
Restrepo, Joege & Jennnifer
Reyes, Jorge
Rice, James & Leigh
Ricupero, Kevin & Karen
Risko, Dawn
Ritman, William
Riverbend Condominiums, Inc.
Robert, Jarl, Tucker, Janice
Robicheaux, Bobbie
Robin Spence
Robinson, Courtney
Rodriguez, Rudy
Rogers, Vanessa
Rojas, Eugenio & Marulanda, Liliana
Romelus, Jay
Romero, Ruben & Jennifer
Rose, Novelt
Rosen, Michael
Rothman, James & Jodi
Roy, Chad
Rucker, Johnnie
Rucki, Thomas & Mary Sue
Russo, Charles & Josephine
Saint-Fleur, Omer & Anne
Saintil, Ducassea nd Mereegrace
Salguero, Diana
Samlal, Nalinie D.
Sampson, Henry & Pauline
Samuel Mitchell, Owner
Sanchez, Lisset
Sanchez, Alfonso & Maria
Sanford, Bill
Santamaria, Raphael
Saroza, Robert & Martha
Schneiderman, Leonardo & Jean
Schumacher, Jay
Scully, Lenoy & Valrie
Senior, Wendy & Lucianil
Sharit, Juanita
Sharper, Darren
Shaw, William
Shea, Doris
Sheldon Friefield, Inc. & Southern Homes Development Corp.
Shikley, Ahmed & Shazia
Shirley, Jason
Sill, Garth
Silver, Stacey
Simms, Troy & Carrie
Sims, David
Sinclar, Marty
Singh, Janet
Sisso, Alberto
Snyder, Robert
Somnarain, Bhanmattie & Derse
Spellman, Kelley
Stein, Brad
Steiner, Roland
Storie, Phillip
Stoute, Louis Jr. & Patricia
Navilhoo
Strong, William
Sumner, Sam
Sutton Lori
Szuflada, Susan
Tabor, Lisa & Jordan
Talley, Lawrence & Cathleen
Tapia, Arben
Taylor, Charles & Rosa
Taylor, Beck & Julie
Taylor, Eric
Taylor, Brian
Tempel, Harvey & Lisa
Terrazas, John & Karen
Thayer, Thomas
The Parc in Hammond, LLC
Tidwell, Patrick
Todd, Debra, Smith, Frank
Toglia Total Solutions, LLC
Torres, Pablo & Maria
Trees, Eric & Natalie
Trierwiler, Chuck
Trotman, Shonae
Tucker, Joseph & Deborah
Tullo, Richard & Larene
Turkell, Barbara
Umana, Jose

Unschuld, Neil
Valdez, Enrique & Ivy
Valdez, Ariel
Van DeVeer, Joan T.
Varchetti, Paul & Hixon, Lawrence
Vargas, Jose
Venius, Jean-Enor & Rosita
Vescio, Angelo & Elena
Victores, Monica & Didio
Virciglio, John & Karen
Virden, David
Vu, Michael
Waddell, David & Sharon
Wahlgren, Henry & Joan
Walker, Andrew

Walsh, Gladys, Martin, Frank
Wanounou, Susan & Yacov
Ward, Jason
Watson, Franklin
Webster, Frank
Weldon, N. Seth
Welk, William
Whaley, John & Sharon
Whitaker, Robert & Dana
Wiggins, Bryan & Kasey
Williams, Alicia D.
Williams, Demitrius
Williams, Andrew
Williams, Judith

Williams, Herbert
Williamson, Chris
Wood, John & Beatrice
Wood, Miriam & Chris
Woodward, Sam
Wormly, Paturina
Wright, Steven
Wylie, Patrick & Kim
Yasinski, Joseph & Barbara
Yourich, Stephen
Zamora, Hope
Zeigler, Bart
Zheng, Ziaojuan
Weifang, Frank