*Joyce W. Rogers, et al. v. Knauf Gips KG, et al.*
Exhibit "B"–Additional Defendants Named in Plaintiffs' Amended Omnibus Class Action Complaint (IV)

3180 Lamb Court Acquisition, LLC
616 LLC/ Andy Ziffer
Aburton Homes, Inc.
Adams Homes of Northwest Florida, Inc.
AI Brothers, Inc.
Albanese-Popkin the Oaks Development Group, L.P.
Andrews Hardware Company, Inc. d/b/a Andrews Ace Hardware
Angel Developments, LLC
Antilles Vero Beach, LLC
Aranda Homes, Inc.
Arizen Homes
Avalon Preserve Developers, LLC
B & E Construction of Miami Corp.
Banner Supply Co.
Banner Supply Company Fort Myers, LLC
Baystate Drywall, Inc.
Baywood Construction, Inc.
Berrywood Estates a Senior Community, LLC
Buquoi Construction, LLC
Burmaster Construction, Inc.
Cabot Homes
Cajun Construction & Development, LLC
Can-Am Drywall, Inc. (successor to Baystate Drywall, Inc.)
Cape Cement & Supply, Inc.
Carribean Custom Builders and Developers
Carter Custom Homes, Inc.
Centerline Homes at Georgetown, LLC
Centerline Homes at Port St. Lucie, LLC
Centerline Homes, Inc.
Chicas Construction, Inc.
CL Architects & Contractors Corp.
Comfort Home Builders, Inc.
Completed Communities, II, LLC
Construction Building Services, Inc.
Core Construction, LLC
Cornerstone Group
Cornerstone Group Development, LLC
Cretin Homes, Inc.
D & C Construction Group, Inc.
D.R. Horton, Inc.
D&W Homes, LLC

Davis General Contractors
Delacruz Enterprise's, Inc.
Diamond Court Construction Co.
Edweaard Development Company, LLC
Enchanted Homes, Inc.
First Home Builders of Florida I, LLC
First Home Builders, Inc.
Florida Style Services, Inc.
Freemar Homes, Inc.
George Meza
Gomez Interiors, Inc.
Grand Palazzo Hendricks, LLC
Gregan Construction Corp.
Gremillion Homes, Inc.
Grove Hammocks Investments, LLC
Groza Builders, Inc.
Hanover Homes
Hansen Homes of South Florida, Inc.
Hilliard Butler Construction Company, Inc.
Holmes Building Materials LLC
Hovnanian Developments of Florida, Inc.
Hovstone Properties of Florida, LLC
HPH Properties, LLC
Interior/Exterior Building Supply, LP
Interior/Exterior Enterprises, LLC
Ironwood Properties, Inc.
J. Cherry and Sons, Inc.
James Stokley d/b/a Choctaw Builders, Inc.
Jim Walter Homes, Inc.
Joseph E. Clouse, Inc.
JPG Enterprises, Inc. d/b/a Majestic Homes
KB Homes
L.R. Gardere Drywall Construction, Inc.
L&W Supply Corporation d/b/a Seacoast Supply Company
La Suprema Enterprise, Inc.
La Suprema Trading, Inc.
Laporte Builders, Inc.
Lavish Holding Corp.
Lennar Homes, Corp.
Lennar Homes, LLC
Liberty Home Builders, Inc.
Lifescape Buildings, LLC
Linel Consulting, LLC

Lloyd & Sons Construction, Inc.
LPR Builders, Inc.
LTL Construction, Inc.
M J F Construction Corporation
Majestic Homes & Realty SW, LLC
Majestic Homes of Port St. Lucie, Inc.
Majestic Homes of Vero Beach, Inc.
Mandy Drywall, Inc.
Maronda Homes, Inc. of Florida
Marsiglia Construction Company
Mesa Construction Group, Inc.
Moore Unique Interiors, Inc.
Northstar Holdings at B & A, LLC
O' Key Homes, Inc.
P N K Builders, LLC
Palm Isles Holdings, LLC
Paul Homes
Phillips Abita Lumber Company, Inc. d/b/a Abita Lumber Company, Inc.
Pine Ridge Real Estate Enterprises, LLC
Port St. Lucie Builders, Inc.
Pride Homes of Lakes by the Bay-Parcel H, LLC
Princeton Homes, Inc.
RCR Holding II, LLC
RCR Holdings I and II, LL
Richard Hoover
Richard Jones Construction Company, Inc.
Rivercrest, LLC/The St. Joe Company
Robert/Charles Builders, Inc.
Royal Homes, LLC

Santa Barbara Townhomes, Inc.
South Kendall Construction Corp.
Southern Homes, LLC
Sovereign Homes, LLC
Standard Pacific of South Florida, GP, Inc.
Standard Pacific of South Florida
Standard Pacific of Tampa GP, Inc. f/k/a Westfield Homes of Florida, Inc.
Summit Contractors, Inc.
Summit Homes, LLC n/k/a PHL Construction, LLC
Sunrise Construction and Development, LLC
Symphony Builders, Inc.
The Kabar Group, LLC
The Sterling Collection, Inc.
Tillman Construction, Inc.
Timberline Builders Inc.
Treasure Coast
Tuscan-Harvey Estates
United Homes, Inc.
United Homes International, Inc.
USG Corporation
Venus Street, LLC
Villa Development, Inc.
Waterways Joint Venture IV, LLC
Waterways Joint Venture IV
West Construction, Inc.
Westminster Builders, Inc.
Woodside f/k/a GHO Properties
Woodside Homes of Southeast Florida, LLC