*Joyce W. Rogers, et al. v. Knauf Gips, K.G., et al.*

Exhibit "C"–Plaintiffs' Counsel and Pro Se Plaintiffs Contact Information in Plaintiffs' Amended Omnibus Class Action Complaint (IV)

| PLAINTIFF'S COUNSEL |
|---|
| Jeremy Alters<br>Alters Boldt Brown Rash & Culmo<br>4141 Northeast 2nd Avenue<br>Suite 201<br>Miami, FL 33137<br>Phone: (305) 571-8550<br>Fax: (305) 571-8558<br>jeremy@abbrclaw.com |
| Bruce Steckler<br>Herbert Flowers<br>Baron & Budd<br>3102 Oak Lawn Avenue<br>Suite 1100<br>Dallas, TX 75219-4281<br>Phone: (214) 521-3605<br>Fax: (214) 520-1181<br>hflowers@baronbudd.com |
| Dawn M. Barrios<br>Barrios, Kingsdorf & Casteix, LLP<br>701 Poydras Street, Suite 3650<br>New Orleans, LA 70139<br>Phone: (504) 524-3300<br>Fax: (504) 524-3313<br>Barrios@bkc-law.com |

Daniel E. Becnel, Jr.
Matthew B. Moreland
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
mmoreland@becnellaw.com

Bencomo & Associates
639 Loyola Ave.
Suite 2110
New Orleans, LA 70119
Phone: (504) 529-2929
ben_law@bellsouth.net

Joseph M. Bruno
The Law Office of Joseph M. Bruno
855 Baronne Street
New Orleans, LA 70113
Phone: (504) 561-6776
Fax: (504) 561-6775
stephaniep@jbrunolaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Aragon Avenue, 2nd Floor
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

| |
|---|
| John M. Dubreuil<br>Daigle, Fisse & Kessenich<br>227 Hwy 21<br>Madisonville, LA 70447<br>Phone: (985) 871-0800<br>Fax: (985) 871-0899<br>jdubreuil@daiglefisse.com |
| Joshua M. Palmintier<br>deGravelles, Palmintier, Holthaus & Fruge, LLC<br>618 Main Street<br>Baton Rouge, LA 70801<br>Phone: (225) 344-3735<br>Fax: (225) 336-1146 |
| Michael Freedland<br>Freedland Russo, PL<br>2843 Executive Park Drive<br>Weston, FL 33331<br>Phone: (954) 467-6400<br>Fax: (954) 670-2530<br>Debra@westonlawyers.com |
| Gerald E. Meunier<br>Gainsburgh, Benjamin, David, Meunier<br> & Warshauer, LLC<br>2800 Energy Centre, 1100 Poydras Street<br>New Orleans, LA 70163-2800<br>Phone: (504) 522-2304<br>Fax: (504) 528-9973<br>gmeunier@gainsben.com |
| Michael D. Hausfeld<br>Richard S. Lewis<br>James J. Pizzirusso<br>Hausfeld LLP<br>1700 K Street, N.W.<br>Suite 650<br>Washington, DC 20006<br>Phone: (202) 540-7200<br>Fax: (202) 540-7201<br>jpizzirusso@hausfeldllp.com |

| |
|---|
| Edward Gibson<br>Hawkins, Stracener & Gibson, PLLC<br>153 Main Street<br>Bay St. Louis, MS 39520<br>Phone: (228) 469-0785<br>Fax: (228) 466-9233<br>Egibson@hsglawfirm.net |
| Russ M. Herman<br>Leonard A. Davis<br>Stephen J. Herman<br>Herman, Herman, Katz & Cotlar, LLP<br>820 O'Keefe Ave., Suite 100<br>New Orleans, LA 70113<br>Phone: (504) 581-4892<br>Fax. (504) 561-6024<br>rherman@hhkc.com |
| Michael J. Ryan<br>Krupnick Campbell Malone Buser Slama<br>Hancock Liberman & McKee, P.A.<br>700 Southeast Third Avenue<br>Ft. Lauderdale, FL 33316-1186<br>Phone: (954) 763-8181<br>Fax: (954) 763-8292<br>ksolares@krupnicklaw.com |
| Hugh P. Lambert<br>Lambert & Nelson, PLC<br>701 Magazine Street<br>New Orleans, LA 70130<br>Phone: (504) 581-1750<br>Fax: (504) 529-2931<br>gerry@lambertandnelson.com |

| |
|---|
| Richard Serpe<br>Law Offices of Richard J. Serpe<br>Crown Center, Suite 310<br>580 East Main Street<br>Norfolk, VA 23510-2322<br>rserpe@serpefirm.com<br>Phone: (757) 233-0009<br>Fax: (757) 233-0455<br>rserpe@serpefirm.com |
| Russel Lazega<br>David Bierman<br>Law Offices of Russel Lazega, P.A.<br>13499 Biscayne Blvd., Suite 107<br>North Miami, FL 33181<br>Phone: (305) 981-9055<br>Fax: (305) 981-9053<br>Joey@LazegaLaw.com |
| Paul A. Lea, Jr.<br>Paul A. Lea, Jr., APLC<br>527 E. Boston St., Suite 201<br>Covington, LA 70433-2948<br>Phone: (985) 292-2300<br>Fax: (985) 292-3501<br>jean@paullea.com |
| Andrew A. Lemmon<br>Lemmon Law Firm, LLC<br>15058 River Road<br>Hahnville, LA 70057<br>Phone: (985) 783-6789<br>Fax: (985) 783-1333<br>tiffany@lemmonlawfirm.com |

| |
|---|
| Arnold Levin<br>Fred S. Longer<br>Matthew Gaughan<br>Levin, Fishbein, Sedran & Berman<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>Phone: (215) 592-1500<br>Fax: (215) 592-4663<br>alevin@lfsblaw.com |
| Daniel K. Bryson<br>Lewis & Roberts, PLLC<br>3700 Glenwood Avenue<br>Suite 410 (27612)<br>P.O. Box 17529<br>Raleigh, NC 27619<br>Phone (919) 981-0191<br>Fax: (919) 981-0199<br>akf@lewis-roberts.com |
| James Robert Reeves<br>Lumpkin & Reeves<br>160 Main Street<br>Biloxi, MS 39530<br>Phone: (228) 374-5151<br>Fax: (228) 374-6630<br>jrr@lumpkinreeves.com |
| Scott R. Bickford<br>Larry J. Centola<br>Martzell & Bickford<br>338 Lafayette Street<br>New Orleans, LA 70130<br>ljc@mbfirm.com |

| |
|---|
| David P. Matthews<br>Julie L. Rhoades<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>Phone: (713) 535-7179<br>Fax: (713) 535-7184<br>lnielsen@dpmlawfirm.com |
| Chip A. McCallum<br>McCallum, Hoaglund, Cook & Irby, LLP<br>905 Montgomery Highway<br>Suite 201<br>Vestavia Hills, AL 35216<br>Phone: (205) 824-7767<br>Fax: (205) 824-7768<br>lmarler@mhcilaw.com |
| Mark A. Milstein<br>Jason J. Rudolph<br>Milstein, Adelman and Kreger, LLP<br>2800 Donald Douglas Loop North<br>Santa Monica, CA 90405<br>Phone: (310) 396-9600<br>Fax: (310) 396-9635<br>eshipman@maklawyers.com |
| Scott Wm. Weinstein<br>Morgan & Morgan<br>One University Park<br>12800 University Drive, Suite 600<br>Ft. Meyers, FL 33907<br>Phone: (239) 433-6880<br>Fax: (239) 433-6836<br>sweinstein@forthepeople.com |

Jerrold Parker
Jordan L. Chaikin
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road, Suite 101
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jchaikin@yourlawyer.com

H.K. Skip Pita
Pita & Del Prado
9350 South Dixie Hwy, Suite 1200
Miami, FL 33156
Phone: (305) 670-8060
Fax: (305) 670-6666
spita@pdfirm.com

W. Lee Pittman
Booth Samuels
Pittman, Dutton, Kirby & Hellums, P.C.
2001 Park Place North, Ste. 1100
Birmingham, AL 35203
Phone: (205) 322-8880
Fax: (205) 328-2711
booths@pdkhlaw.com

Victor M. Diaz
Podhurst Orseck, PA
25 W. Flagler St., Suite 800
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com
jdonner@podhurst.com

| |
|---|
| Ewell Potts, Jr.<br>Potts & Potts, APLC<br>7216 W. Judge Perez Drive<br>Arabi, LA 70032<br>Phone: (504) 277-1588<br>Fax: (504) 277-1589<br>pottsandpotts@bellsouth.net |
| H. Clay Roberts<br>Roberts & Durkee, PA<br>Alhambra Towers, Penthouse I<br>121 Alhambra Plaza, Suite 1603<br>Coral Gable, FL 33134<br>Phone: (305) 442-1700<br>Fax: (305) 442-2559<br>roberts@rdlawnet.com |
| Michael B. Shapiro<br>Allison Grant<br>Shapiro, Blasi, Wasserman & Gora, PA<br>Corporate Centre at Boca Raton<br>7777 Glades Road, Suite 400<br>Boca Raton, FL 33434<br>Phone: (561) 477-7800<br>Fax: (561) 477-7722<br>agrant@sbwlawfirm.com |
| Michael W. Simon<br>Simon, Sigalos & Spyredes PA<br>3839 NW Boca Raton Blvd.<br>Suite 100<br>Boca Raton, FL 33431<br>Phone: (561) 447-0017<br>Fax: (561) 447-0018<br>msimon@3slaw.com |

| |
|---|
| George R. Irvine, III<br>Stone, Granade & Crosby, P.C.<br>7133 Stone Drive<br>Daphne, Alabama 36526<br>Phone: (251) 626-6696<br>Fax: (251) 626-2617<br>gri@sgclaw.com |
| Richard Taylor<br>Taylor Martino Zarzaur PC<br>51 St. Joseph Street<br>Mobile, AL 36601<br>Phone: (251) 433-3131<br>Fax: (251) 405-5080<br>richartaylor@taylormartino.com |
| Tom W. Thornhill<br>Thornhill Law Firm A PLC<br>1308 Ninth Street<br>Slidell, LA 70458<br>Phone: (985) 641-5010<br>Fax: (985) 641-5011<br>tom@thornhilllawfirm.com |
| Sidney D. Torres, III<br>Roberta L. Burns<br>Law Offices of Sidney D. Torres, III<br>Torres Park Plaza, Suite 303<br>8301 West Judge Perez Dr.<br>Chalmette, LA 70043<br>Phone: (504) 271-8421<br>Fax: (504) 271-1961<br>Pmichon@torres-law.com |
| James M. Scarmozzino, Esquire<br>Webb & Scarmozzino,<br>2121 West First Street, Ste. 200<br>Ft. Myers, FL 33901<br>Phone: (239) 334-1600<br>Fax: (239) 334-7979 |

| |
|---|
| Eric D. Wooten<br>Thomas E. Vaughan<br>Wooten Law Firm, PLLC<br>1617 25th Avenue<br>Gulfport, MS 39501<br>Phone: (228) 214-1281<br>Fax: (228) 864-8962<br>edwvbw@gmail.com |
| R. Tucker Yance<br>Yance Law Firm, LLC<br>169 Dauphin St.<br>Suite 318<br>Mobile, AL 36602<br>Phone: (251) 432-8003<br>Fax: (251) 432-8009<br>rty@yancelaw.com |
| **PRO SE PLAINTIFFS** |
| Cooper, Brenda<br>1812-14 Mazant Street<br>New Orleans, LA 70117 |
| Dejan, Charlotte<br>4635 Evangaline<br>New Orleans, LA 70127 |
| Dejan, Leroy & Ann<br>4624 Chantilly Drive<br>New Orleans, LA 70126 |
| McCoy, Clyde & Ira<br>11417 S. St. Andrew Circle<br>New Orleans, LA 70128 |