*Joyce W. Rogers, et al. v. Knauf Gips KG, et al.*
**Schedule "1"–List of Distributor/Supplier/Importer/Exporter/Broker Subclasses to Plaintiffs' Amended Omnibus Class Action Complaint (IV)**

| | |
|---|---|
| Subclass #1: | Andrews Hardware Company, Inc. d/b/a Andrews Ace Hardware |
| Subclass #2: | Banner Supply Co. |
| Subclass #3: | Banner Supply Company Fort Myers, LLC |
| Subclass #4: | Cape Cement & Supply, Inc. |
| Subclass #5: | Holmes Building Materials, LLC |
| Subclass #6: | Interior/Exterior Building Supply, LP |
| Subclass #7: | Interior/Exterior Enterprises, LLC |
| Subclass #8: | L&W Supply Corporation d/b/a Seacoast Supply Company |
| Subclass #9: | La Suprema Enterprise, Inc. |
| Subclass #10: | La Suprema Trading, Inc. |
| Subclass #11: | Phillips Abita Lumber Company, Inc. d/b/a Abita Lumber Company, Inc. |

| *Joyce W. Rogers, et al. v. Knauf Gips KG, et al.* Schedule "1"– List of Distributor/Supplier/Importer/Exporter/Broker Subclasses to Plaintiffs' Amended Omnibus Class Action Complaint (IV) | | |
|---|---|---|
| **Plaintiff** | **Defendant** | **Defendants' Subclass #** |
| Mitchell, Steve and Shannon | Andrews Hardware Company, Inc. d/b/a Andrews Ace Hardware | 1 |
| Cabrera, Ana M. & Gabriel | Banner Supply Co. | 2 |
| Lanza, Antonio & Gretchen | Banner Supply Co. | 2 |
| Lewis, Ethel & Lewis-Pierre, Latoya | Banner Supply Co. | 2 |
| M & F Development, LLC | Banner Supply Co. | 2 |
| Pryce, Dionne Smith and Hazel | Banner Supply Co. | 2 |
| Sanchez, Alfonso and Maria | Banner Supply Co. | 2 |
| Sheldon Friefield, Inc. and Southern Homes Development Corp. | Banner Supply Co. | 2 |
| Valdez, Enrique & Ivy | Banner Supply Co. | 2 |
| Ricupero, Kevin and Karen | Banner Supply Company Fort Myers, LLC | 3 |
| Tullo, Richard and Larene | Banner Supply Company Fort Myers, LLC | 3 |
| Orlowski, David | Cape Cement & Supply, Inc. | 4 |
| Martin, Robert and Denise | Holmes Building Materials, LLC | 5 |
| Cooper, Brenda | Interior/Exterior Building Supply, LP | 6 |
| Crum, Jarrett & Kit | Interior/Exterior Building Supply, LP | 6 |
| Darby, Harry and Melissa | Interior/Exterior Building Supply, LP | 6 |
| Dejan, Charlotte | Interior/Exterior Building Supply, LP | 6 |
| Dejan, Leroy and Ann | Interior/Exterior Building Supply, LP | 6 |
| Donahoe, Patrick and Tina | Interior/Exterior Building Supply, LP | 6 |
| Fernandez, Vernon Leroy and JoAnn Cross | Interior/Exterior Building Supply, LP | 6 |

| Joyce W. Rogers, et al. v. Knauf Gips KG, et al. Schedule "1"– List of Distributor/Supplier/Importer/Exporter/Broker Subclasses to Plaintiffs' Amended Omnibus Class Action Complaint (IV) | | |
|---|---|---|
| **Plaintiff** | **Defendant** | **Defendants' Subclass #** |
| Guice, Kenneth | Interior/Exterior Building Supply, LP | 6 |
| Kelly, Gary and Vicki | Interior/Exterior Building Supply, LP | 6 |
| Kustenmacher, Kenneth & Juile | Interior/Exterior Building Supply, LP | 6 |
| Masse Contracting Greg Masse | Interior/Exterior Building Supply, LP | 6 |
| McCoy, Clyde and Ira | Interior/Exterior Building Supply, LP | 6 |
| Morlas, Ralph | Interior/Exterior Building Supply, LP | 6 |
| Pelican Point Properties, L.L.C. (A Maryland Limited Liability Company) | Interior/Exterior Building Supply, LP | 6 |
| Rogers, Joyce W. | Interior/Exterior Building Supply, LP | 6 |
| Whitaker, Robert & Dana | Interior/Exterior Building Supply, LP | 6 |
| Cooper, Brenda | Interior/Exterior Enterprises, LLC | 7 |
| Crum, Jarrett & Kit | Interior/Exterior Enterprises, LLC | 7 |
| Darby, Harry and Melissa | Interior/Exterior Enterprises, LLC | 7 |
| Dejan, Charlotte | Interior/Exterior Enterprises, LLC | 7 |
| Dejan, Leroy and Ann | Interior/Exterior Enterprises, LLC | 7 |
| Donahoe, Patrick and Tina | Interior/Exterior Enterprises, LLC | 7 |
| Fernandez, Vernon Leroy and JoAnn Cross | Interior/Exterior Enterprises, LLC | 7 |
| Guice, Kenneth | Interior/Exterior Enterprises, LLC | 7 |
| Kelly, Gary and Vicki | Interior/Exterior Enterprises, LLC | 7 |
| Kustenmacher, Kenneth & Juile | Interior/Exterior Enterprises, LLC | 7 |
| Masse Contracting Greg Masse | Interior/Exterior Enterprises, LLC | 7 |

| Joyce W. Rogers, et al. v. Knauf Gips KG, et al. Schedule "1"– List of Distributor/Supplier/Importer/Exporter/Broker Subclasses to Plaintiffs' Amended Omnibus Class Action Complaint (IV) | | |
|---|---|---|
| **Plaintiff** | **Defendant** | **Defendants' Subclass #** |
| McCoy, Clyde and Ira | Interior/Exterior Enterprises, LLC | 7 |
| Morlas, Ralph | Interior/Exterior Enterprises, LLC | 7 |
| Pelican Point Properties, L.L.C. (A Maryland Limited Liability Company) | Interior/Exterior Enterprises, LLC | 7 |
| Rogers, Joyce W. | Interior/Exterior Enterprises, LLC | 7 |
| Whitaker, Robert & Dana | Interior/Exterior Enterprises, LLC | 7 |
| Welk, William | L&W Supply Corporation d/b/a Seacoast Supply Company | 8 |
| Alegria, Robert & Rafaela | La Suprema Enterprise, Inc. | 9 |
| Beringhaus, Robert | La Suprema Enterprise, Inc. | 9 |
| Blanchard, Peter & Sally | La Suprema Enterprise, Inc. | 9 |
| Colman, Kevin & Maria | La Suprema Enterprise, Inc. | 9 |
| Crane, Raymond A. | La Suprema Enterprise, Inc. | 9 |
| Cuningham, Eddie | La Suprema Enterprise, Inc. | 9 |
| Defalco, John | La Suprema Enterprise, Inc. | 9 |
| Fulgueira, Marie E. & Oscar J. Gonzalez | La Suprema Enterprise, Inc. | 9 |
| Glenz, David | La Suprema Enterprise, Inc. | 9 |
| Hopmayer, Peter | La Suprema Enterprise, Inc. | 9 |
| L&M Estates | La Suprema Enterprise, Inc. | 9 |
| Lago, Gueorgui & Jomari Torres | La Suprema Enterprise, Inc. | 9 |
| Mikita, Michael | La Suprema Enterprise, Inc. | 9 |
| Oceanique Development Company | La Suprema Enterprise, Inc. | 9 |

| *Joyce W. Rogers, et al. v. Knauf Gips KG, et al.* Schedule "1"– List of Distributor/Supplier/Importer/Exporter/Broker Subclasses to Plaintiffs' Amended Omnibus Class Action Complaint (IV) | | |
|---|---|---|
| **Plaintiff** | **Defendant** | **Defendants' Subclass #** |
| Podlasek, Christopher | La Suprema Enterprise, Inc. | 9 |
| Rebolledo, Enrique & Maritza de Souza | La Suprema Enterprise, Inc. | 9 |
| Sanchez, Alfonso and Maria | La Suprema Enterprise, Inc. | 9 |
| Santamaria, Raphael | La Suprema Enterprise, Inc. | 9 |
| Sheldon Friefield, Inc. and Southern Homes Development Corp. | La Suprema Enterprise, Inc. | 9 |
| Spellman, Kelley | La Suprema Enterprise, Inc. | 9 |
| Vescio, Angelo & Elena | La Suprema Enterprise, Inc. | 9 |
| Alegria, Robert & Rafaela | La Suprema Trading, Inc. | 10 |
| Beringhaus, Robert | La Suprema Trading, Inc. | 10 |
| Blanchard, Peter & Sally | La Suprema Trading, Inc. | 10 |
| Colman, Kevin & Maria | La Suprema Trading, Inc. | 10 |
| Crane, Raymond A. | La Suprema Trading, Inc. | 10 |
| Cuningham, Eddie | La Suprema Trading, Inc. | 10 |
| Defalco, John | La Suprema Trading, Inc. | 10 |
| Fulgueira, Marie E. & Oscar J. Gonzalez | La Suprema Trading, Inc. | 10 |
| Glenz, David | La Suprema Trading, Inc. | 10 |
| Hopmayer, Peter | La Suprema Trading, Inc. | 10 |
| L&M Estates | La Suprema Trading, Inc. | 10 |
| Lago, Gueorgui & Jomari Torres | La Suprema Trading, Inc. | 10 |
| Mikita, Michael | La Suprema Trading, Inc. | 10 |

| Plaintiff | Defendant | Defendants' Subclass # |
|---|---|---|
| *Joyce W. Rogers, et al. v. Knauf Gips KG, et al.* Schedule "1"– List of Distributor/Supplier/Importer/Exporter/Broker Subclasses to Plaintiffs' Amended Omnibus Class Action Complaint (IV) | | |
| Oceanique Development Company | La Suprema Trading, Inc. | 10 |
| Podlasek, Christopher | La Suprema Trading, Inc. | 10 |
| Rebolledo, Enrique & Maritza de Souza | La Suprema Trading, Inc. | 10 |
| Sanchez, Alfonso and Maria | La Suprema Trading, Inc. | 10 |
| Santamaria, Raphael | La Suprema Trading, Inc. | 10 |
| Sheldon Friefield, Inc. and Southern Homes Development Corp. | La Suprema Trading, Inc. | 10 |
| Spellman, Kelley | La Suprema Trading, Inc. | 10 |
| Vescio, Angelo & Elena | La Suprema Trading, Inc. | 10 |
| Fernandez, Vernon Leroy and JoAnn Cross | Phillips Abita Lumber Company, Inc. d/b/a Abita Lumber Company, Inc. | 11 |