*Joyce W. Rogers, et al. v. Knauf Gips KG, et al.*
Schedule "2"– List of Builder/Developer Subclasses to
Plaintiffs' Amended Omnibus Class Action Complaint (IV)

| | |
|---|---|
| Subclass #12: | 3180 Lamb Court Acquisition, LLC |
| Subclass #13: | 616 LLC/ Andy Ziffer |
| Subclass #14: | Aburton Homes, Inc. |
| Subclass #15: | Adams Homes of Northwest Florida, Inc. |
| Subclass #16: | Albanese-Popkin the Oaks Development Group, L.P. |
| Subclass #17: | Angel Developments, LLC |
| Subclass #18: | Antilles Vero Beach, LLC |
| Subclass #19: | Aranda Homes, Inc. |
| Subclass #20: | Arizen Homes |
| Subclass #21: | Avalon Preserve Developers, LLC |
| Subclass #22: | B & E Construction Miami Corp. |
| Subclass #23: | Baywood Construction, Inc. |
| Subclass #24: | Berrywood Estates a Senior Community, LLC |
| Subclass #25: | Buquoi Construction, LLC |
| Subclass #26: | Burmaster Construction, Inc. |
| Subclass #27: | Cabot Homes |
| Subclass #28: | Cajun Construction & Development, LLC |
| Subclass #29: | Carribean Custom Builders and Developers |
| Subclass #30: | Carter Custom Homes, Inc. |
| Subclass #31: | Centerline Homes at Port St. Lucie, LLC |
| Subclass #32: | Centerline Homes at Georgetown, LLC |
| Subclass #33: | Centerline Homes, Inc. |
| Subclass #34: | CL Architects & Contractors Corp. |
| Subclass #35: | Comfort Home Builders, Inc. |
| Subclass #36: | Completed Communities, II, LLC |
| Subclass #37: | Core Construction, LLC |
| Subclass #38: | Cornerstone Group |
| Subclass #39: | Cornerstone Group Development, LLC |
| Subclass #40: | Cretin Homes, Inc. |
| Subclass #41: | D.R. Horton, Inc. |
| Subclass #42: | D&W Homes, LLC |
| Subclass #43: | Davis General Contractors |
| Subclass #44: | Delacruz Enterprise's, Inc. |
| Subclass #45: | Diamond Court Construction Co. |
| Subclass #46: | Edweaard Development Company, LLC |
| Subclass #47: | Enchanted Homes, Inc. |
| Subclass #48: | First Home Builders, Inc. |
| Subclass #49: | First Home Builders of Florida I, LLC |
| Subclass #50: | Freemar Homes, Inc. |
| Subclass #51: | Grand Palazzo Hendricks, LLC |
| Subclass #52: | Gregan Construction Corp. |
| Subclass #53: | Gremillion Homes, Inc. |
| Subclass #54: | Grove Hammocks Investments, LLC |
| Subclass #55: | Groza Builders, Inc. |
| Subclass #56: | Hanover Homes |

| | |
|---|---|
| Subclass #57: | Hansen Homes of South Florida, Inc. |
| Subclass #58: | Hilliard Butler Construction Company, Inc. |
| Subclass #59: | Hovnanian Developments of Florida, Inc. |
| Subclass #60: | Hovstone Properties of Florida, LLC |
| Subclass #61: | HPH Properties, LLC |
| Subclass #62: | Ironwood Properties, Inc. |
| Subclass #63: | J. Cherry and Sons, Inc. |
| Subclass #64: | James Stokley d/b/a Choctaw Builders, Inc. |
| Subclass #65: | Jim Walter Homes, Inc. |
| Subclass #66: | Joseph E. Clouse, Inc. |
| Subclass #67: | JPG Enterprises, Inc. d/b/a Majestic Homes |
| Subclass #68: | KB Homes |
| Subclass #69: | Laporte Builders, Inc. |
| Subclass #70: | Lavish Holding Corp. |
| Subclass #71: | Lennar Homes, Corp. |
| Subclass #72: | Lennar Homes, LLC |
| Subclass #73: | Liberty Home Builders, Inc. |
| Subclass #74: | Lifescape Buildings, LLC |
| Subclass #75: | Linel Consulting, LLC |
| Subclass #76: | Lloyd & Sons Construction, Inc. |
| Subclass #77: | LPR Builders, Inc. |
| Subclass #78: | LTL Construction, Inc. |
| Subclass #79: | M J F Construction Corporation |
| Subclass #80: | Majestic Homes & Realty SW, LLC |
| Subclass #81: | Majestic Homes of Port St. Lucie, Inc. |
| Subclass #82: | Majestic Homes of Vero Beach, Inc. |
| Subclass #83: | Maronda Homes, Inc. of Florida |
| Subclass #84: | Northstar Holdings at B & A, LLC |
| Subclass #85: | O' Key Homes, Inc. |
| Subclass #86: | P N K Builders, LLC |
| Subclass #87: | Palm Isles Holdings, LLC |
| Subclass #88: | Paul Homes |
| Subclass #89: | Pine Ridge Real Estate Enterprises, LLC |
| Subclass #90: | Port St. Lucie Builders, Inc. |
| Subclass #91: | Pride Homes of Lakes by the Bay-Parcel H, LLC |
| Subclass #92: | Princeton Homes, Inc. |
| Subclass #93: | RCR Holding II, LLC |
| Subclass #94: | RCR Holdings I and II, LL |
| Subclass #95: | Richard Jones Construction Company, Inc. |
| Subclass #96: | Rivercrest, LLC/The St. Joe Company |
| Subclass #97: | Royal Homes, LLC |
| Subclass #98: | Santa Barbara Townhomes, Inc. |
| Subclass #99: | South Kendall Construction Corp. |
| Subclass #100: | Southern Homes, LLC |
| Subclass #101: | Sovereign Homes, LLC |
| Subclass #102: | Standard Pacific of South Florida |
| Subclass #103: | Standard Pacific of South Florida, GP, Inc. |
| Subclass #104: | Standard Pacific of Tampa GP, Inc. f/k/a Westfield Homes of Florida, Inc. |
| Subclass #105: | Summit Contractors, Inc. |

| | |
|---|---|
| Subclass #106: | Summit Homes, LLC n/k/a Phl Construction, LLC |
| Subclass #107: | Sunrise Construction and Development, LLC |
| Subclass #108: | Symphony Builders, Inc. |
| Subclass #109: | The Kabar Group, LLC |
| Subclass #110: | The Sterling Collection, Inc. |
| Subclass #111: | Tillman Construction, Inc. |
| Subclass #112: | Timberline Builders Inc. |
| Subclass #113: | Treasure Coast |
| Subclass #114: | Tuscan-Harvey Estates |
| Subclass #115: | United Homes, Inc. |
| Subclass #116: | United Homes International, Inc. |
| Subclass #117: | Venus Street, LLC |
| Subclass #118: | Villa Development, Inc. |
| Subclass #119: | Waterways Joint Venture IV |
| Subclass #120: | Waterways Joint Venture IV, LLC |
| Subclass #121: | West Construction, Inc. |
| Subclass #122: | Westminster Builders, Inc. |
| Subclass #123: | Woodside f/k/a GHO Properties |
| Subclass #124: | Woodside Homes of Southeast Florida, LLC |

| *Joyce W. Rogers, et al. v. Knauf Gips KG, et al.*<br>Schedule "2"– List of Builder/Developer Subclasses to<br>Plaintiffs' Amended Omnibus Class Action Complaint (IV) | | |
|---|---|---|
| **Plaintiff/Current Address** | **Defendant** | **Defendants' Subclass #** |
| Lichtenberger, Andres | 3180 Lamb Court Acquisition, LLC | 12 |
| Porch, David and Ashley | 616 LLC/ Andy Ziffer | 13 |
| Bolton, Wade | 616 LLC/ Andy Ziffer | 13 |
| Campbell, Ana Marie | Aburton Homes, Inc. | 14 |
| Dano, Robbin | Aburton Homes, Inc. | 14 |
| Fleming, Alan | Aburton Homes, Inc. | 14 |
| Gomez, Axel and Nicole | Aburton Homes, Inc. | 14 |
| Pestenski, Tirzah and Ryan | Aburton Homes, Inc. | 14 |
| Poschel, William and Rosemary | Aburton Homes, Inc. | 14 |
| Snyder, Robert | Aburton Homes, Inc. | 14 |
| Medlen, Dianne | Adams Homes of Northwest Florida, Inc. | 15 |
| Andreoli, Robert | Albanese-Popkin the Oaks Development Group, L.P. | 16 |
| Brown, Dorene | Albanese-Popkin the Oaks Development Group, L.P. | 16 |
| Clarke, Roger | Albanese-Popkin the Oaks Development Group, L.P. | 16 |
| Szuflada, Susan | Angel Developments, LLC | 17 |
| Blanchard, Peter & Sally | Antilles Vero Beach, LLC | 18 |
| Glenz, David | Antilles Vero Beach, LLC | 18 |
| Mikita, Michael | Antilles Vero Beach, LLC | 18 |
| Cramer, David and Denise | Aranda Homes, Inc. | 19 |
| D'Agresto, Lewis | Aranda Homes, Inc. | 19 |
| Frazier, Larry and Dorothy | Aranda Homes, Inc. | 19 |
| Giggey, Richard and Linda | Aranda Homes, Inc. | 19 |
| Hernandez, Ernest | Aranda Homes, Inc. | 19 |

| *Joyce W. Rogers, et al. v. Knauf Gips KG, et al.*<br>Schedule "2"– List of Builder/Developer Subclasses to<br>Plaintiffs' Amended Omnibus Class Action Complaint (IV) | | |
|---|---|---|
| **Plaintiff/Current Address** | **Defendant** | **Defendants' Subclass #** |
| Jackson, Douglas | Aranda Homes, Inc. | **19** |
| Kampf, Richard and Patricia | Aranda Homes, Inc. | **19** |
| Lake, William and Jacqueline | Aranda Homes, Inc. | **19** |
| Lundberg, Rick | Aranda Homes, Inc. | **19** |
| Rehrig, Neil | Aranda Homes, Inc. | **19** |
| Ricupero, Kevin and Karen | Aranda Homes, Inc. | **19** |
| Robert, Jarl<br>Tucker, Janice | Aranda Homes, Inc. | **19** |
| Rucki, Thomas & Mary Sue | Aranda Homes, Inc. | **19** |
| Steiner, Roland | Arizen Homes | **20** |
| Bongiorno, Salvatore and Arlene | Avalon Preserve Developers, LLC | **21** |
| Hall, Gerald and Leigh Ann | Avalon Preserve Developers, LLC | **21** |
| Howerzyl, Theodore and Annette | Avalon Preserve Developers, LLC | **21** |
| Martin, Ross and Lisa | Avalon Preserve Developers, LLC | **21** |
| M & F Development, LLC | B & E Construction Miami Corp. | **22** |
| Mertz, Lyndon | Baywood Construction, Inc. | **23** |
| Bruder, Joan | Berrywood Estates a Senior Community, LLC | **24** |
| Chaisson, Henry J. and Olga A. | Berrywood Estates a Senior Community, LLC | **24** |
| Duckworth, Helen T. | Berrywood Estates a Senior Community, LLC | **24** |
| Funel, Louis C. and Joyce M. | Berrywood Estates a Senior Community, LLC | **24** |
| Raffo, Edmond and Mary Desiree | Berrywood Estates a Senior Community, LLC | **24** |
| Tabor, Lisa and Jordan | Buquoi Construction, LLC | **25** |
| Mayfield, Jeffrey | Burmaster Construction, Inc. | **26** |

| *Joyce W. Rogers, et al. v. Knauf Gips KG, et al.*<br>Schedule "2"– List of Builder/Developer Subclasses to<br>Plaintiffs' Amended Omnibus Class Action Complaint (IV) | | |
|---|---|---|
| **Plaintiff/Current Address** | **Defendant** | **Defendants' Subclass #** |
| Pereira, Fernanda | Cabot Homes | 27 |
| Kelly, Gary and Vicki | Cajun Construction & Development, LLC | 28 |
| Pizzolato, Ronald | Cajun Construction & Development, LLC | 28 |
| Carr, Craig<br>Windsor, Jill | Carribean Custom Builders and Developers | 29 |
| Jenevein, Stella | Carter Custom Homes, Inc. | 30 |
| Pryce, Dionne Smith and Hazel | Centerline Homes at Port St. Lucie, LLC | 31 |
| Taylor, Charles & Rosa | Centerline Homes at Georgetown, LLC | 32 |
| Curbelo, Anika | Centerline Homes, Inc. | 33 |
| Fothergill, Zen | Centerline Homes, Inc. | 33 |
| Joseph, Roderick | Centerline Homes, Inc. | 33 |
| Lanza, Antonio & Gretchen | CL Architects & Contractors Corp. | 34 |
| Arcinega, Juan and Jillian | Comfort Home Builders, Inc. | 35 |
| Real Property Resolutions Group | Completed Communities, II, LLC | 36 |
| Gaita, Gina (Promenade) | Completed Communities, II, LLC | 36 |
| Hueston, Debra (Promenade) | Completed Communities, II, LLC | 36 |
| Promenade at Tradition Community Association, Inc. | Completed Communities, II, LLC | 36 |
| Peace Harbor Clubhouse | Core Construction, LLC | 37 |
| Peace Harbor Condo Association | Core Construction, LLC | 37 |
| Burey, Roxanne | Cornerstone Group | 38 |
| Elkins, Joseph | Cornerstone Group | 38 |
| Lagano, Sasha | Cornerstone Group | 38 |
| Dickens, Faith | Cornerstone Group Development, LLC | 39 |

| Joyce W. Rogers, et al. v. Knauf Gips KG, et al. Schedule "2"– List of Builder/Developer Subclasses to Plaintiffs' Amended Omnibus Class Action Complaint (IV) | | |
|---|---|---|
| **Plaintiff/Current Address** | **Defendant** | **Defendants' Subclass #** |
| Keddo, Terriano | Cornerstone Group Development, LLC | 39 |
| Licata, Domenico | Cornerstone Group Development, LLC | 39 |
| Litwin, Benjamin | Cornerstone Group Development, LLC | 39 |
| Potts, Lakendra | Cornerstone Group Development, LLC | 39 |
| Reck, Robert | Cornerstone Group Development, LLC | 39 |
| Silver, Stacey | Cornerstone Group Development, LLC | 39 |
| Wright, Steven | Cornerstone Group Development, LLC | 39 |
| Porter, Doris and Lindsey | Cretin Homes, Inc. | 40 |
| Darensbourg, Mark and Barbara | Cretin Homes, Inc. | 40 |
| Bercy, Charles Jr. and Patricia Tran-Bercy | D.R. Horton, Inc. | 41 |
| Bonnette, Joel and Holly | D.R. Horton, Inc. | 41 |
| Crum, Jarrett & Kit | D&W Homes, LLC | 42 |
| Sutton Lori | Davis General Contractors | 43 |
| Gonzalez, Ariel | Delacruz Enterprise's, Inc. | 44 |
| Williams, Andrew | Diamond Court Construction Co. | 45 |
| Virden, David | Edweaard Development Company, LLC | 46 |
| Buckingham, Keith Fasenda, Jose | Enchanted Homes, Inc. | 47 |
| Michalopoulos, Anthony | Enchanted Homes, Inc. | 47 |
| Hagan, Kristin | First Home Builders, Inc. | 48 |
| Martin, Aaron | First Home Builders, Inc. | 48 |
| Premier Loan Services Company, Inc./Johansen, Fred | First Home Builders of Florida I, LLC | 49 |
| Boog, Vernon G. | Freemar Homes, Inc. | 50 |