*Joyce W. Rogers, et al. v. Knauf Gips KG, et al.*
Schedule "2" – List of Builder/Developer Subclasses to
Plaintiffs' Amended Omnibus Class Action Complaint (IV)

| Plaintiff/Current Address | Defendant | Defendants' Subclass # |
|---|---|---|
| Aria Properties, LLC | Grand Palazzo Hendricks, LLC | 51 |
| Milton, Koka | Gregan Construction Corp. | 52 |
| Roy, Chad | Gremillion Homes, Inc. | 53 |
| Cabrera, Ana M. & Gabriel | Grove Hammocks Investments, LLC | 54 |
| Trotman, Shonae | Groza Builders, Inc. | 55 |
| Tucker, Joseph and Deborah | Groza Builders, Inc. | 55 |
| Ceglio, Carmine | Hanover Homes | 56 |
| Acosta, Jose & Sofia | Hansen Homes of South Florida, Inc. | 57 |
| Sims, David | Hansen Homes of South Florida, Inc. | 57 |
| Cooper, Brenda | Hilliard Butler Construction Company, Inc. | 58 |
| Dejan, Charlotte | Hilliard Butler Construction Company, Inc. | 58 |
| Dejan, Leroy and Ann | Hilliard Butler Construction Company, Inc. | 58 |
| McCoy, Clyde and Ira | Hilliard Butler Construction Company, Inc. | 58 |
| Caliguirie, Jacob | Hovnanian Developments of Florida, Inc. | 59 |
| Joachim, Ronald | Hovstone Properties of Florida, LLC | 60 |
| Tidwell, Patrick | HPH Properties, LLC | 61 |
| Hopmayer, Peter | Ironwood Properties, Inc. | 62 |
| Wahlgren, Henry and Joan | J. Cherry and Sons, Inc. | 63 |
| Mitchell, Steve and Shannon | James Stokley d/b/a Choctaw Builders, Inc. | 64 |
| Duncan, Charles and Estoria | Jim Walter Homes, Inc. | 65 |
| Valdez, Ariel | Joseph E. Clouse, Inc. | 66 |
| Vescio, Angelo & Elena | JPG Enterprises, Inc. d/b/a Majestic Homes | 67 |
| Walker, Andrew | KB Homes | 68 |

*Joyce W. Rogers, et al. v. Knauf Gips KG, et al.*
Schedule "2"– List of Builder/Developer Subclasses to
Plaintiffs' Amended Omnibus Class Action Complaint (IV)

| Plaintiff/Current Address | Defendant | Defendants' Subclass # |
|---|---|---|
| Petrorairo, Michael and Kathy | Laporte Builders, Inc. | 69 |
| Ferroni, Peter Christian | Lavish Holding Corp. | 70 |
| Lewis, Ethel & Lewis-Pierre, Latoya | Lennar Homes, Corp. | 71 |
| Adams, Kevin | Lennar Homes, LLC | 72 |
| Albandor, Francisco | Lennar Homes, LLC | 72 |
| Barrozo, Hector | Lennar Homes, LLC | 72 |
| Bohorquez, Rafael | Lennar Homes, LLC | 72 |
| Bohorquez, Rafael | Lennar Homes, LLC | 72 |
| Estrada, Edgar | Lennar Homes, LLC | 72 |
| Garcia, Lorena and Angela | Lennar Homes, LLC | 72 |
| Gesele, Michael & Jessica | Lennar Homes, LLC | 72 |
| Gonzalez, Dolores | Lennar Homes, LLC | 72 |
| Klujan, Matthew and Sirapi | Lennar Homes, LLC | 72 |
| Lafleur, Nury | Lennar Homes, LLC | 72 |
| Lezama, Juan Carlos | Lennar Homes, LLC | 72 |
| Martin, Mario and Ivanilda | Lennar Homes, LLC | 72 |
| Mesa, Mirta | Lennar Homes, LLC | 72 |
| Metzl, Justin | Lennar Homes, LLC | 72 |
| Restrepo, Joege & Jennnifer | Lennar Homes, LLC | 72 |
| Salguero, Diana | Lennar Homes, LLC | 72 |
| Senior, Wendy and Lucianil | Lennar Homes, LLC | 72 |
| Victores, Monica and Didio | Lennar Homes, LLC | 72 |

| \ | \ | \ |
|---|---|---|
| *Joyce W. Rogers, et al. v. Knauf Gips KG, et al.*<br>Schedule "2"– List of Builder/Developer Subclasses to<br>Plaintiffs' Amended Omnibus Class Action Complaint (IV) | | |
| **Plaintiff/Current Address** | **Defendant** | **Defendants' Subclass #** |
| Dube, Tim and Laura | Liberty Home Builders, Inc. | 73 |
| Pittman, Robert and Robin | Lifescape Buildings, LLC | 74 |
| Wood, Miriam and Chris | Lifescape Buildings, LLC | 74 |
| Simms, Troy and Carrie | Linel Consulting, LLC | 75 |
| Cuningham, Eddie | Lloyd & Sons Construction, Inc. | 76 |
| Vargas, Jose | LPR Builders, Inc. | 77 |
| Alegria, Robert & Rafaela | LPR Builders, Inc. | 77 |
| McNeill, Michael and Stephanie | LTL Construction, Inc. | 78 |
| Blanco, Rodrigo & Lisa | M J F Construction Corporation | 79 |
| Ervin, Ronnie & Rodella | Majestic Homes & Realty SW, LLC | 80 |
| Almeida, Jeff | Majestic Homes of Port St. Lucie, Inc. | 81 |
| Carrion, Kathy | Majestic Homes of Port St. Lucie, Inc. | 81 |
| Green, Colin and Natasha | Majestic Homes of Port St. Lucie, Inc. | 81 |
| James, John | Majestic Homes of Port St. Lucie, Inc. | 81 |
| Parrillo, Joseph and Dorothy | Majestic Homes of Port St. Lucie, Inc. | 81 |
| Rodriguez, Rudy | Majestic Homes of Port St. Lucie, Inc. | 81 |
| Rose, Novelt | Majestic Homes of Port St. Lucie, Inc. | 81 |
| Vescio, Angelo & Elena | Majestic Homes of Vero Beach, Inc. | 82 |
| Gardner, Francesca and Brian | Maronda Homes, Inc. of Florida | 83 |
| Beringhaus, Robert | Northstar Holdings at B & A, LLC | 84 |
| DePirro, Stephen | O' Key Homes, Inc. | 85 |
| Donahoe, Patrick and Tina | P N K Builders, LLC | 86 |
| Colman, Kevin & Maria | Palm Isles Holdings, LLC | 87 |

| Joyce W. Rogers, et al. v. Knauf Gips KG, et al.<br>Schedule "2"– List of Builder/Developer Subclasses to<br>Plaintiffs' Amended Omnibus Class Action Complaint (IV) | | |
|---|---|---|
| **Plaintiff/Current Address** | **Defendant** | **Defendants' Subclass #** |
| Santamaria, Raphael | Palm Isles Holdings, LLC | 87 |
| Valdez, Enrique & Ivy | Palm Isles Holdings, LLC | 87 |
| Fulks, Bonnie and Richard | Paul Homes | 88 |
| Kroeger, Jeff | Pine Ridge Real Estate Enterprises, LLC | 89 |
| Yourich, Stephen | Port St. Lucie Builders, Inc. | 90 |
| Quaranta, Renato and Yoraima | Pride Homes of Lakes by the Bay-Parcel H, LLC | 91 |
| Campbell, Daniel and Joan | Princeton Homes, Inc. | 92 |
| Gumina, Frank | Princeton Homes, Inc. | 92 |
| Myers, Paul & Lisa | Princeton Homes, Inc. | 92 |
| Reckseit, Ronald & Jacqueline | RCR Holding II, LLC | 93 |
| Turkell, Barbara | RCR Holdings I and II, LL | 94 |
| Anderson, Mark | Richard Jones Construction Company, Inc. | 95 |
| Catalogna, Michael and Phyllis | Richard Jones Construction Company, Inc. | 95 |
| Edelman, Michael | Richard Jones Construction Company, Inc. | 95 |
| Gascon, Ed | Richard Jones Construction Company, Inc. | 95 |
| Lemmon, Dennis and Helen | Richard Jones Construction Company, Inc. | 95 |
| Thayer, Thomas | Richard Jones Construction Company, Inc. | 95 |
| Callwood, Alberto and Sandy | Rivercrest, LLC/The St. Joe Company | 96 |
| Lott, David | Rivercrest, LLC/The St. Joe Company | 96 |
| Montero, Jorge and Niza | Rivercrest, LLC/The St. Joe Company | 96 |
| Stoute, Louis Jr. and Patricia Navilhoo | Royal Homes, LLC | 97 |
| Fulgueira, Marie E. & Oscar J. Gonzalez | Santa Barbara Townhomes, Inc. | 98 |

| Joyce W. Rogers, et al. v. Knauf Gips KG, et al. Schedule "2"– List of Builder/Developer Subclasses to Plaintiffs' Amended Omnibus Class Action Complaint (IV) | | |
|---|---|---|
| **Plaintiff/Current Address** | **Defendant** | **Defendants' Subclass #** |
| Colman, Kevin & Maria | South Kendall Construction, Corp. | 99 |
| Ramirez, Fredrick | South Kendall Construction, Corp. | 99 |
| Santamaria, Raphael | South Kendall Construction, Corp. | 99 |
| Valdez, Enrique & Ivy | South Kendall Construction, Corp. | 99 |
| Rogers, Joyce W. | Southern Homes, LLC | 100 |
| Hill, Michael | Sovereign Homes, LLC | 101 |
| Acosta, Carlos | Standard Pacific of South Florida | 102 |
| Bruce, Jamie and Erick | Standard Pacific of South Florida | 102 |
| Knouff, John and Jacqueline | Standard Pacific of South Florida | 102 |
| Kuhne, Erica | Standard Pacific of South Florida | 102 |
| Naidus, Gary | Standard Pacific of South Florida | 102 |
| O'Brien, Wendy | Standard Pacific of South Florida | 102 |
| Rautenberg, Lee | Standard Pacific of South Florida | 102 |
| Sanchez, Lisset | Standard Pacific of South Florida | 102 |
| Agulay, Philip and Clarita | Standard Pacific of South Florida, GP, Inc. | 103 |
| Herrera, Arcelia Camacho & Orlando | Standard Pacific of South Florida GP, Inc. | 103 |
| Watson, Franklin | Standard Pacific of South Florida, GP, Inc. | 103 |
| Lopez, Beatrix | Standard Pacific of Tampa GP, Inc. f/k/a Westfield Homes of Florida, Inc. | 104 |
| Darby, Harry and Melissa | Summit Contractors, Inc. | 105 |
| Brian, Wilton & Rita | Summit Homes, LLC n/k/a PHL Construction, LLC | 106 |
| Zamora, Hope | Sunrise Construction and Development, LLC | 107 |

| *Joyce W. Rogers, et al. v. Knauf Gips KG, et al.*<br>Schedule "2"– List of Builder/Developer Subclasses to<br>Plaintiffs' Amended Omnibus Class Action Complaint (IV) | | |
|---|---|---|
| **Plaintiff/Current Address** | **Defendant** | **Defendants' Subclass #** |
| Peerbhai, Iqbal<br>Prem, Tajwathie | Symphony Builders, Inc. | 108 |
| Dunne, Cahal | The Kabar Group, LLC | 109 |
| Orlowski, David | The Sterling Collection, Inc. | 110 |
| McMahon, William R. And Setsuke | Tillman Construction, Inc. | 111 |
| Gomez, Georgina | Timberline Builders Inc. | 112 |
| McAuliffe, Dixie and Matthew | Treasure Coast | 113 |
| Schneiderman, Leonardo and Jean | Tuscan-Harvey Estates | 114 |
| Gomez, German & Marcela | United Homes, Inc. | 115 |
| Webster, Frank | United Homes, Inc. | 115 |
| Fulgueira, Marie E. & Oscar J. Gonzalez | United Homes International, Inc. | 116 |
| Mihelich, George & Mara | United Homes International, Inc. | 116 |
| Umana, Jose | Venus Street, LLC | 117 |
| Jackson, Edmund and Diane | Villa Development, Inc. | 118 |
| Belalczar, Luz | Waterways Joint Venture IV | 119 |
| Davis, Matthew and Tricia | Waterways Joint Venture IV | 119 |
| Del Torro, Gilbert and Zamira | Waterways Joint Venture IV | 119 |
| Fellows, David | Waterways Joint Venture IV | 119 |
| Garcia, Gabriela | Waterways Joint Venture IV | 119 |
| Gimenez, Adriana | Waterways Joint Venture IV | 119 |
| Hanson, Rene | Waterways Joint Venture IV | 119 |
| Hovis, Michelle | Waterways Joint Venture IV | 119 |
| Jimenez, Camilo | Waterways Joint Venture IV | 119 |

| *Joyce W. Rogers, et al. v. Knauf Gips KG, et al.* Schedule "2"– List of Builder/Developer Subclasses to Plaintiffs' Amended Omnibus Class Action Complaint (IV) | | |
|---|---|---|
| **Plaintiff/Current Address** | **Defendant** | **Defendants' Subclass #** |
| Potes, Lino | Waterways Joint Venture IV | 119 |
| Ritman, William | Waterways Joint Venture IV | 119 |
| Shea, Doris | Waterways Joint Venture IV | 119 |
| Tapia, Arben | Waterways Joint Venture IV | 119 |
| Alvarez, Anoldo and Clara | Waterways Joint Venture IV, LLC | 120 |
| Domanic, Ajith and Elezabeth | Waterways Joint Venture IV, LLC | 120 |
| Zeigler, Bart | West Construction, Inc. | 121 |
| Massop, Lois | Westminster Builders, Inc. | 122 |
| Romero, Ruben & Jennifer | Westminster Builders, Inc. | 122 |
| Fodor, Amy and Angelo | Woodside f/k/a GHO Properties | 123 |
| Varchetti, Paul & Hixon, Lawrence | Woodside Homes of Southeast Florida, LLC | 124 |