*Joyce W. Rogers, et al. v. Knauf Gips KG, et al.*
**Schedule "3"– List of Contractor/Installer Subclasses to
Plaintiffs' Amended Omnibus Class Action Complaint (IV)**

| | |
|---|---|
| Subclass #125: | AI Brothers, Inc. |
| Subclass #126: | Baystate Drywall, Inc. |
| Subclass #127: | Can-Am Drywall, Inc. (successor to Baystate Drywall, Inc.) |
| Subclass #128: | Chicas Construction, Inc. |
| Subclass #129: | Construction Building Services, Inc. |
| Subclass #130: | D & C Construction Group, Inc. |
| Subclass #131: | Florida Style Services, Inc. |
| Subclass #132: | George Meza |
| Subclass #133: | Gomez Interiors, Inc. |
| Subclass #134: | Interior Exterior Building Supply, LP |
| Subclass #135: | Interior Exterior Enterprises, LLC |
| Subclass #136: | L.R. Gardere Drywall Construction, Inc. |
| Subclass #137: | Mandy Drywall, Inc. |
| Subclass #138: | Marsiglia Construction Company |
| Subclass #139: | Mesa Construction Group, Inc. |
| Subclass #140: | Moore Unique Interiors, Inc. |
| Subclass #141: | Richard Hoover |
| Subclass #142: | Robert/Charles Builders, Inc. |

**Joyce W. Rogers, et al. v. Knauf Gips KG, et al.**
**Schedule "3"– List of Contractor/Installer List of Subclasses to**
**Plaintiffs' Amended Omnibus Class Action Complaint (IV)**

| Plaintiff/Current Address | Defendant | Defendants' Subclass # |
|---|---|---|
| Tullo, Richard and Larene | Al Brothers, Inc. | 125 |
| Sanchez, Alfonso and Maria | Baystate Drywall, Inc. | 126 |
| Sanchez, Alfonso and Maria | Can-Am Drywall, Inc. (successor to Baystate Drywall, Inc.) | 127 |
| Rosen, Michael | Chicas Construction, Inc. | 128 |
| Mihelich, George & Mara | Construction Building Services, Inc. | 129 |
| Alvarez-Farre, Emilio and Martha | D & C Construction Group, Inc. | 130 |
| Hall, Gerald and Leigh Ann | Florida Style Services, Inc. | 131 |
| Howerzyl, Theodore and Annette | Florida Style Services, Inc. | 131 |
| Martin, Ross and Lisa | Florida Style Services, Inc. | 131 |
| Cooper, Brenda | George Meza | 132 |
| Dejan, Charlotte | George Meza | 132 |
| Dejan, Leroy and Ann | George Meza | 132 |
| McCoy, Clyde and Ira | George Meza | 132 |
| M & F Development, LLC | Gomez Interiors, Inc. | 133 |
| Pittman, Robert and Robin | Interior/Exterior Building Supply, LP | 134 |
| Wood, Miriam and Chris | Interior/Exterior Building Supply, LP | 134 |
| Pittman, Robert and Robin | Interior/Exterior Enterprises, LLC | 135 |
| Wood, Miriam and Chris | Interior/Exterior Enterprises, LLC | 135 |
| Darby, Harry and Melissa | L.R. Gardere Drywall Construction, Inc. | 136 |
| Lanza, Antonio & Gretchen | Mandy Drywall, Inc. | 137 |
| Benjamin, Jack | Marsiglia Construction Company | 138 |
| Bloom, Andrew and Ina | Mesa Construction Group, Inc. | 139 |
| Byrne, Gertrude | Mesa Construction Group, Inc. | 139 |

| | Joyce W. Rogers, et al. v. Knauf Gips KG, et al.<br>Schedule "3"– List of Contractor/Installer List of Subclasses to<br>Plaintiffs' Amended Omnibus Class Action Complaint (IV) | |
|---|---|---|
| **Plaintiff/Current Address** | **Defendant** | **Defendants' Subclass #** |
| Eskenazi, Anna and Mark | Mesa Construction Group, Inc. | 139 |
| Novello, Robin | Mesa Construction Group, Inc. | 139 |
| Sheldon Friefield, Inc. and Southern Homes Development Corp. | Moore Unique Interiors, Inc. | 140 |
| Fernandez, Vernon Leroy and JoAnn Cross | Richard Hoover | 141 |
| Todd, Debra<br>Smith, Frank | Robert/Charles Builders, Inc. | 142 |