| ROGERS, ET AL. V. KNAUF GIPS, KG, ET AL.<br>OMNI IV COMPLAINT – CASE NO. 10-362 (SECT. L. MAG 2)<br>AMENDMENT SUMMARY ||
|---|---|
| **PARTY** | **ADDITION/REMOVAL/NAME CHANGE** |
| Defendant Manufacturer - Knauf Plasterboard Dongguan Co., Ltd. | Now listed as Guangdong Knauf New Building Material Products Co., Ltd. |
| Defendant Builder - Hansen Homes | Removed |
| Plaintiff - Daniel Stephens | Removed |
| Plaintiffs - Whitney and Angela Strickland | Removed |
| Plaintiff - Robert Bussey | Removed |
| Plaintiffs - Frank and Rebecca Larry | Removed |
| Plaintiff - Patricia Alexander | Removed |
| Plaintiff - Vickie Gail Trull | Removed |
| Plaintiffs - Larry and Jenny Sparks | Removed |
| Plaintiffs - Jody and Michelle Grooms | Removed |
| Plaintiff - Greg Gwaltney | Removed |
| Plaintiff - Joe Rogers | Removed |
| Plaintiff - Jason Scholl | Removed |
| Plaintiffs - Daniel and Brenda Foster | Removed |
| Plaintiffs - William and Melesa O'Brien | Removed |
| Plaintiff - Stanley Holder | Removed |
| Plaintiffs - Michael and Beverly Adamson | Removed |
| Defendant Builder - Cretin Homes | Removed (they were only listed on Exhibit "B") |
| Defendant Builder - Choctaw Builders, Inc. | Removed |
| Defendant Builder - Baywood Construction | Now listed as Baywood Construction, Inc. |
| Defendant Builder - Centerline Homes at Port Saint Lucie, LLC | Now listed as Centerline Homes at Port St. Lucie, LLC |

| **ROGERS, ET AL. V. KNAUF GIPS, KG, ET AL.**<br>**OMNI IV COMPLAINT – CASE NO. 10-362 (SECT. L. MAG 2)**<br>**AMENDMENT SUMMARY** ||
|---|---|
| **PARTY** | **ADDITION/REMOVAL/NAME CHANGE** |
| Defendant Distributor - Interior Exterior Building Supply, LP | Now listed as Interior/Exterior Building Supply, LP |
| Defendant Distributor - Interior Exterior Enterprises, LLC | Now listed as Interior/Exterior Enterprises, LLC |
| Defendant Builder - Ironwood Properties | Now listed as Ironwood Properties, Inc. |
| Defendant Builder - James Stokley D/b/a Choctaw Builders | Now listed as James Stokley D/b/a Choctaw Builders, Inc. |
| Defendant Builder - JPG Enterprises, Inc. D/b/a Majestic Homes | Now listed JPG Enterprises, Inc. d/b/a Majestic Homes |
| Defendant Builder - Majestic Homes & Realty Sw, LLC | Now listed as Majestic Homes & Realty SW, LLC |
| Defendant Contractor - Marsiglia Construction Co. | Now listed as Marsiglia Construction Company |
| Defendant Builder - Standard Pacific of Tampa GP, Inc. F/k/a Westfield Homes of Florida, Inc. | Now listed as Standard Pacific of Tampa GP, Inc. f/k/a Westfield Homes of Florida, Inc. |
| Defendant Builder - Summit Homes, LLC N/k/a Phl Construction, LLC | Now listed as Summit Homes, LLC n/k/a Phl Construction, LLC |
| Defendant Builder - Woodside F/k/a GHO Properties | Now listed as Woodside f/k/a GHO Properties |