MINUTE ENTRY
FALLON, J.
MARCH 15, 2010

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED            MDL NO. 2047
     DRYWALL PRODUCTS
       LIABILITY LITIGATION                 SECTION: L

                                                      JUDGE FALLON
                                                      MAGISTRATE WILKINSON

**THIS DOCUMENT RELATES TO**
**09-6050 Tatum Hernandez, et al v. Knauf Plasterboard (Tianjin) Co., Ltd.**

BEFORE JUDGE ELDON E. FALLON        MONDAY, MARCH 15, 2010, 9:00 am
Case Manager: Gaylyn Lambert
Court Reporter: Karen Ibos/Toni Tusa

Appearances: Chris Seeger, Esq., Steve Herman, Esq., Gerald Meunier, Esq.,
            Dan Bryson, Esq. & Jeff Grand, Esq. for plaintiffs
              Don Hayden, Esq., Doug Sanders, Esq., Kerry Miller, Esq. For defendant

NON JURY TRIAL:

In chambers: Motion of defendant, Knauf Plasterboard (Tianjin) Co., Ltd, (Knauf), to Bar Bradley Krantz's Previously Undisclosed Threshold Failure Calculation (1720) - argument - GRANTED. Return to Courtroom:

Case called; all present and ready.
Opening Statements.
Notice for Removal of Exhibits given to all counsel.

Plaintiffs' Witnesses:
Dean Rutila - sworn - accepted as expert.
Ray Phillips - sworn.
Bradley Krantz - sworn - accepted as expert.

Court adjourned at 5:10 pm until Tuesday, March 16, 2010, at 8:30 am.

JS10:     6:35