UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEAN AND BETH PAYTON, individually, and on behalf of all others similarly situated, et al | : | CIVIL ACTION NO. 09-07628 |
| | : | |
| *Plaintiffs* | : | |
| V. | : | JUDGE ELDON E. FALLON |
| | : | |
| KNAUF GIPS KG; KNAUF PLASTERBOARD (TIANJIN) CO., LTD,; KNAUF PLASTERBOARD (WUHU), CO., LTD., KNAUF PLASTERBOARD (DONGGUAN) CO., LTD.; et al | : | SECT. L MAG.2 |
| | : | |
| *Defendants* | : | |


## ANSWER AND CROSS CLAIM

NOW INTO COURT, through undersigned counsel, comes defendant, SORRENTO LUMBER CO., INC., being number 2120 under the Distributor and Supplier defendants and for answer to the Plaintiffs' Complaint, represents:

1.

The allegations of paragraph 1 are admitted.

2.

The allegations of paragraph 2 are admitted.

3.

The allegations of paragraph 3 are admitted.

1

4.

The allegations of paragraphs 4 through 2072 are denied for lack of sufficient information to justify a belief therein.

5.

The allegations of paragraphs 2073 through 2119 are denied for lack of sufficient information to justify a belief therein.

6.

Defendant admits that it is an entity with a principal place of business at Sorrento, Louisiana; is organized under the laws of Louisiana; and is a distributor or supplier of drywall and related building products.  Defendant denies the remaining allegations of paragraph 2120 not specifically admitted.

7.

The allegations of paragraphs 2121 through 2609 are denied for lack of sufficient information to justify a belief therein.

8.

The allegations of paragraphs 2610 through 2613 are denied for lack of sufficient information to justify a belief therein.  Defendant further denies knowledge of the facts set forth in paragraphs 2610 through 2613.

9.

The allegations of paragraphs 2614 through 2620 are denied as they pertain to Defendant. The remaining allegations are denied for lack of sufficient information to justify a belief therein.

10.

The allegations of paragraphs 2621 through 2639 are denied for lack of sufficient information to justify a belief therein.

## COUNT I

11.

The allegations of paragraphs 2640 through 2647 are denied as they pertain to Defendant. The remaining allegations are denied for lack of sufficient information to justify a belief therein.

## COUNT II

12.

The allegations of paragraphs 2648 through 2654 are denied as they pertain to Defendant. The remaining allegations are denied for lack of sufficient information to justify a belief therein.

## COUNT III

13.

The allegations of paragraphs 2655 through 2672 are denied as they pertain to Defendant. The remaining allegations are denied for lack of sufficient information to justify a belief therein.

<u>COUNT IV</u>

14.

The allegations of paragraphs 2673 through 2680 are denied as they pertain to Defendant. The remaining allegations are denied for lack of sufficient information to justify a belief therein.

<u>COUNT V</u>

15.

The allegations of paragraphs 2681 through 2692 are denied for lack of sufficient information to justify a belief therein.

<u>COUNT VI</u>

16.

The allegations of paragraphs 2693 through 2699 are denied for lack of sufficient information to justify a belief therein.

<u>COUNT VII</u>

17.

The allegations of paragraphs 2700 through 2703 are denied for lack of sufficient information to justify a belief therein.

## COUNT VII

18.

The allegations of paragraphs 2704 through 2710 are denied for lack of sufficient information to justify a belief therein.

## COUNT IX

19.

The allegations of paragraphs 2711 through 2720 are denied as they pertain to Defendant. The remaining allegations are denied for lack of sufficient information to justify a belief therein.

## COUNT X

20.

The allegations of paragraphs 2721 through 2734 are denied for a lack of sufficient information to justify a belief therein.

## COUNT XI

21.

The allegations of paragraphs 2735 through 2741 are denied as they pertain to Defendant. The remaining allegations are denied for lack of sufficient information to justify a belief therein.

## COUNT XII

### 22.

The allegations of paragraphs 2742 through 2748 are denied as they pertain to Defendant. The remaining allegations are denied for lack of sufficient information to justify a belief therein.

## COUNT XIII

### 23.

The allegations of paragraphs 2749 through 2752 are denied as they pertain to Defendant. The remaining allegations are denied for lack of sufficient information to justify a belief therein.

## COUNT XIV

### 24.

The allegations of paragraphs 2753 through 2757 are denied as they pertain to Defendant. The remaining allegations are denied for lack of sufficient information to justify a belief therein.

## COUNT XV

### 25.

Defendant denies the relief sought in paragraphs 2758 through 2770.

## CROSS CLAIM

26.

AND NOW, further answering, and assuming the position of Plaintiff-in-Cross- Claim, SORRENTO LUMBER CO., INC., respectfully represents:

27.

Made Defendant-in-Cross-Claim herein is INTERIOR/EXTERIOR BUILDING SUPPLY, LP (being Defendant numbered 2101); KNAUF GIPS KG (being Defendant numbered 2074); KNAUF TIANJIN CO., LTD (being Defendant numbered 2077); KNAUF PLASTERBOARD (WUHU) CO., LTD (being Defendant numbered 2078); KNAUF PLASTERBOARD (DONGGUAN) CO., LTD (being Defendant numbered 2079).

28.

Defendant, SORRENTO LUMBER CO., INC., bought two hundred (200) sheets of drywall from Interior/Exterior Building Supply, LP on March 28, 2006.  Defendant did not have any knowledge of any defect in the drywall purchased.  Defendant asserts that if any liability is found on its part, then cross defendants are liable to defendant for any damages assessed to it.

WHEREFORE, DEFENDANT AND CROSS-CLAIM PLAINTIFF, SORRENTO LUMBER CO., INC.,  PRAYS that this Answer and Cross-Claim be deemed good and sufficient, and that after due delays and proceedings are had, there be judgment herein in favor of SORRENTO LUMBER CO., INC., dismissing plaintiff's main demand as it pertains to SORRENTO LUMBER CO., INC.;

DEFENDANT FURTHER PRAYS THAT IN THE ALTERNATIVE, should there be judgment against SORRENTO LUMBER CO., INC. that there be judgment rendered in like amount against INTERIOR/EXTERIOR BUILDING SUPPLY, LP; KNAUF GIPS KG; KNAUF TIANJIN CO., LTD; KNAUF PLASTERBOARD (WUHU) CO., LTD; KNAUF PLASTERBOARD (DONGGUAN) CO., LTD, as set forth in cross-claim plaintiff's allegations hereinabove;

DEFENDANT FURTHER PRAYS for all general and equitable relief.

RESPECTFULLY SUBMITTED:

DWIGHT D. POIRRIER  (#20570)
ATTORNEY AT LAW
1420 SOUTH BURNSIDE AVE.
POST OFFICE BOX 868
GONZALES, LOUISIANA 70707-0868
TELEPHONE: (225) 621-3200
TELEFAX: (225) 621-3210

ATTORNEY FOR
SORRENTO LUMBER CO., INC.

8

## CERTIFICATE OF SERVICE

I do hereby certify that on this _16_ day of ___march___, 2010, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system. I also certify that a copy of the foregoing will be sent to all non-CM/ECF participants by United States Mail, properly addressed and postage prepaid.

Dwight D. Poirrier