UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEAN AND BETH PAYTON, et al, | : | CASE NO.: 09-7628 |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| KNAUF GIPS KG, et al | : | |
| | : | |
| Defendants. | : | |
| | : | |

**PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION TO AUTHORIZE SERVICE OF PROCESS OF PLAINTIFFS' CLASS ACTION COMPLAINT ON ROTHCHILT INTERNATIONAL LIMITED IN TAIWAN AND KNAUF GIPS, KG IN GERMANY**

It is a fundamental tenet of our constitutional system that duly ratified international treaties such as the Hague Convention constitute "the supreme law of the land" and thereby preempts local rules with respect to service of process. See U.S. Constitution, Art. VI. Service upon foreign defendants is governed by Rule 4(f), which requires that service be made in the manner prescribed by the Hague Convention or by foreign law. Fed. R. Civ. P .4(f). Germany and China are signatories to the Hague Convention. The Supreme Court has held that compliance with the Hague Convention is mandatory when serving a foreign defendant in a signatory country. *Volkswagenwerk Aktiengesellschaft v. Schlunk,* 486 U.S. 694, 699, 108 S.Ct. 2104 (1988)("By virtue of the Supremacy Clause, U.S. Const., Art. VI, the [Hague] Convention pre-empts inconsistent methods of service prescribed by state law in all cases to which it applies.")

Article 2 of the Hague Convention requires all signatory nations to designate a "Central Authority" to accept requests of service from any other signatory nation. 4

Wright & Miller, Federal Practice & Procedure § 1134 at 321 (3d ed. 2002). Article 3 of the Hague Convention requires the documents to be served to be attached to a formal request form, which is then sent to the Central Authority. *Id.* If the documents are free of errors, the Central Authority will serve the defendant named in the documents according to its own local laws or pursuant to the method requested by the serving party, so long as the requested method does not contradict the laws of the state where service is effected. *Id.* Once service has been completed, the Central Authority completes an official form, certifying the time, place, and method of service, as well as indicating who was served. *Id.*

The Hague Convention does not specify a time within which a foreign country's Central Authority must effect service of the summons and the complaint, but Article 15 does provide that alternative methods of service may be used if a Central Authority does not respond within six months to the originator of the request for service. 4 Wright & Miller, Federal Practice & Procedure § 1133 (3d ed.2002).

Under German and Chinese law, a process server must be appointed by the Court to serve process upon entities in those respective countries. *See e.g., In Re: Bulk Graphite Anti-trust Litigation*, 2006 WL 1084093, *2-*3 (D.N.J. 2006). APS International Limited has routinely been appointed as an international server. *Id.* Thus, plaintiffs respectfully request this Court appoint APS International Limited as qualified

servers to serve defendants Rothchilt International Limited in Taiwan and Knauf Gips KG in Germany.

                                                       Respectfully submitted,

Dated: March 15, 2010                    By:    s/j/
                                                  Russ M. Herman, Esquire
                                                  Leonard A. Davis, Esquire
                                                  HERMAN, HERMAN, KATZ &
                                                  COTLAR, LLP
                                                  820 O'Keefe Avenue
                                                  New Orleans, Louisiana 70113
                                                  Phone: (504) 581-4892
                                                  Fax: (504) 561-6024
                                                  *Plaintiffs' Liaison Counsel*
                                                  *MDL 2047*

                                   **PLAINTIFFS' STEERING COMMITTEE**

                                                  Arnold Levin, Esquire
                                                  Daniel C. Levin, Esquire
                                                  Levin, Fishbein, Sedran & Berman
                                                  510 Walnut Street, Suite 500
                                                  Philadelphia, PA 19106
                                                  215-592-1500 (phone)
                                                  215-592-4663 (fax)
                                                  Alevin@lfsblaw.com
                                                  *Plaintiffs' Lead Counsel*
                                                  *MDL 2047*

                                                  Dawn M. Barrios, Esquire
                                                  Barrios, Kingsdorf & Casteix, LLP
                                                  701 Poydras Street, Suite 3650
                                                  New Orleans, LA 70139
                                                  Phone: (504) 524-3300
                                                  Fax: (504) 524-3313
                                                  Barrios@bkc-law.com

Daniel E. Becnel, Jr., Esquire
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Victor Manuel Diaz, Esquire
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com

Ervin A. Gonzalez, Esquire
Colson, Hicks, Eidson, Colson
 Matthews, Martinez, Gonzales,
 Kalbac & Kane
255 Aragon Avenue, 2nd Floor
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr., Esquire
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert, Esquire
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Bruce William Steckler, Esquire
Baron & Budd, P.C.

3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Gerald E. Meunier, Esquire
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seith Parker, Esquire
Parker, Waichman, Alonso LLP
27399 Riverview Center Blvd.
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

James Robert Reeves, Esquire
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger, Esquire
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Scott Wm. Weinstein, Esquire
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

**INDIVIDUAL PLAINTIFFS' COUNSEL**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis, Esquire
HAUSFELD LLP
1700 K Street, N.W.
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Daniel K. Bryson, Esquire
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Jeremy W. Alters, Esquire
Alters, Boldt, Brown, Rash & Culmo, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@abbrclaw.com

Richard Serpe, Esquire
LAW OFFICES OF RICHARD J. SERPE
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009

Fax: (757) 233-0455
rserpe@serpefirm.com

**SPECIAL COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Harry T. Lemmon, Esquire
Attorney at Law
650 Poydras Street, Suite 2335
New Orleans, LA 70130
Phone: (504) 581-5644
Fax: (504) 581-2156
htlemmon@bellsouth.net

Edward F. Sherman
Tulane Law School
6329 Freret Street
New Orleans, LA 70118-5670
Phone: (504) 865-5979
esherman@tulane.edu