# EXHIBIT B





Knauf Charter | Site Map | Contact Us | Chinese

**Hospitals**
We know each sector has its own specific requirements.

We have a wealth of experience and expertise to help your project run smoothly.

Click Here for More

**Knauf Website Service**

Product Index:
--choose product--

Sales Points:
--choose area--

Knauf Global Offices:
- Global Offices -

Home
Company Introduction
Product Catalogue
Company Events
Company Express
Industry News
Technical Support
**Consultation Feedback**
  Technology Solution
  Sample and Information Application
  Knauf Guide
North of China
Middle of China
South of China
Knauf Export

## Knauf Guide

Generally, the orders are dealt with the dealers and not signed with us directly. If you know the contact way of our dealers, please contact with them directly; if you do not know, our order service staff will recommend the nearest dealer for you.
(Export business, please contact:zhang.lilian@mail.knauf.com.cn)

## Knauf Plasterboard (Tianjin ) Co. Ltd.

E-mail:zhang.lilian@mail.knauf.com.cn
Free order service hotline:8008180187
Free order service fax and telephone:8008180582

## Knauf Plasterboard (Wuhu ) Co. Ltd.

E-mail:xuying@mail.knauf.com.cn
Free order service hotline:8008682052¡¢8008682053
Free order service fax and telephone:8008682002

## Knauf Plasterboard (Dongguan ) Co. Ltd.

E-mail:caiyanqing@mail.knauf.com.cn
Free order service hotline:8008303978
Free order service fax and telephone:8008303858

System Details | Knauf Certification | Knauf Employment          knauf©2006