Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0251

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Premier Communities, Inc., LPS Corporate Services

Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _FLORIDA_ ) ss.
County of: _SARASOTA_ )

**Name of Server:** _LYLE M. ROBINSON_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _3_ day of _FEBRUARY_, 20_10_, at _11:40_ o'clock _A_ M

**Place of Service:** at _46 North Washington Blvd. #1_, in Sarasota, FL 34236

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Premier Communities, Inc., LPS Corporate Services**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _SUSAN RICH - AUTHORIZED AGENT_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _F_; Skin Color _W_; Hair Color _BLACK_; Facial Hair _NO_
Approx. Age _50_; Approx. Height _5'8_; Approx. Weight _120_

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this _3rd_ day of _Feb_, 20 _10_

Notary Public   (Commission Expires)

**APS International, Ltd.**

SHELLY HUFFMAN
Commission DD 757278
Expires April 28, 2012
Bonded Thru Troy Fain Insurance 800-385-7019

55214