Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)

Service of Process by



**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0024

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Paul Homes, Inc., a/k/a Management Services of Lee
County, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Florida_ ) ss.
County of: _Lee_ )

**Name of Server:** _Barbara Gray_ , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _5th_ day of _February_ , 20 _12_ , at _10:16_ o'clock _A_ M

**Place of Service:** at _4524 SE 16th Place, #2C_ , in _Cape Coral, FL  33904_

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Paul Homes, Inc., a/k/a Management Services of Lee County, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and
title is: _Gary G. Paul, Registered Agent_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _white_ ; Hair Color _Gray_ ; Facial Hair _____
Approx. Age _60-65_ ; Approx. Height _5'7"_ ; Approx. Weight _175_

☒ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury
that the foregoing is true and correct.

X _Barbara Gray_
Signature of Server

Subscribed and sworn to before me this
_9th_ day of _February_ , 20 _10_

_Elena Alvarado_
Notary Public        (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. 09-7628

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Paul Homes, Inc.
was received by me on *(date)* 2-2-10 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ : or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ . a person of suitable age and discretion who resides there.
on *(date)* _____ , and mailed a copy to the individual's last known address: or

☒ I served the summons on *(name of individual)* Gary G. Paul, Registered Agent , who is
designated by law to accept service of process on behalf of *(name of organization)* Paul Homes, Inc.
AKA Management Services of Lee County Inc on *(date)* 2-5-10 @ 10:16am

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date: 2-8-10

X _Barbara D Gray_
*Server's signature*

Barbara Gray, Certified Process Server 157153
*Printed name and title*

P.O. Box 1300 Fort Myers FL 33902
*Server's address*

Additional information regarding attempted service, etc: