Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0234

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Palm State Construction, Inc
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: FLORIDA ) ss.
County of: VOLUSIA )

Name of Server: BILL PHELPS, undersigned, being duly sworn, deposes and says that at the time of service, X/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 5TH day of FEBRUARY, 20 10, at 5:00 o'clock P M

Place of Service: at 3825 N. State Road., 15A , in Deland, FL 32724

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on:
Person Served, and
Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**Palm State Construction, Inc**
By delivering them into the hands of an officer or managing agent whose name and title is: PATTY DAVIES, VICE PRESIDENT

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color WHITE ; Hair Color WHITE ; Facial Hair —
Approx. Age 62 ; Approx. Height 5'5" ; Approx. Weight 150

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Bill Phelps
Signature of Server

Subscribed and sworn to before me this 10TH day of February , 20 10

Notary Public         (Commission Expires)
4/12/10

**APS International, Ltd.**

Kevin Whitton
Commission # DD540077
Expires April 12, 2010
Bonded Troy Fain - Insurance Inc 800-385-7019