Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0453

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--O'Neal Homes, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **MS** ) ss.
County of: **Jones**

Name of Server: **Quin Broadus**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **5** day of **February**, 20**10**, at **11:58** o'clock **A** M

Place of Service: at **16127 Orange Grove Road**, in **Gulfport, MS  39503**

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**O'Neal Homes, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Laura F. Paulk, Attorney for Client**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **W** ; Hair Color **Dirty Blonde** Facial Hair **N**
Approx. Age **40** ; Approx. Height **5'5** ; Approx. Weight **120**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

**Quin Broadus**
Signature of Server

Subscribed and sworn to before me this **10** day of **Feb**, 20**10**

**Michelle Murray**
Notary Public      (Commission Expires)

1-25-11

APS International, Ltd.