Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)




Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0454

# AFFIDAVIT OF SERVICE -- Corporate

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Service of Process on:
--O'Neal/Holliman Corporation
Court Case No. 09-7628

State of: MS ) ss.
County of: Jones )

**Name of Server:** Clara Broadus, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 5 day of February, 20 10, at 11:58 o'clock A M

**Place of Service:** at 16127 Orange Grove Road, in Gulfport, MS 39503

**Documents Served:** the undersigned served the documents described as:
Summons and Complaint; Exhibits

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
O'Neal/Holliman Corporation

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Laura Pauek, Attorney

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F; Skin Color W; Hair Color Dirty Blonde; Facial Hair N
Approx. Age 40; Approx. Height 5'5; Approx. Weight 120

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Clara Broadus
Signature of Server

Subscribed and sworn to before me this 10 day of Feb, 20 10
Michelle Murray
Notary Public (Commission Expires)
1-23-11

APS International, Ltd.

MICHELLE MURRAY, JONES COUNTY, MS
NOTARY PUBLIC