Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0212

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Nu Way Drywall, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Manatee )

**Name of Server:** Maryellen Janney, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 4 day of Feb, 20 10, at 10:40 o'clock P M

**Place of Service:** at 384 Snapdragon Loop, in Bradenton, FL 34212

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Nu Way Drywall, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Alex (refused to give last name) stated owner of business

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex Male; Skin Color Olive; Hair Color Black; Facial Hair Small Beard
Approx. Age 30's; Approx. Height 5'11; Approx. Weight 190

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.
Black Ford Pick-up  S453XZ

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Maryellen Janney 0099
Signature of Server

Subscribed and sworn to before me this 4 day of Feb, 20 10

Shelly Huffman
Notary Public   (Commission Expires)

**APS International, Ltd.**

SHELLY HUFFMAN
Commission DD 757278
Expires April 28, 2012
Bonded Thru Troy Fain Insurance 800-385-7019

55 215