UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>Vickers, et al. v. Knauf GIPS KG, et. al.,<br>Case No. 2:09-cv-04117 (E.D.La.) | |

## ORDER

AND NOW, upon consideration of the Plaintiffs' motion for judicial assistance for purposes of serving amended complaint on foreign defendant, it is hereby ORDERED that said motion is GRANTED. Plaintiffs' Amended Class Action Complaint (the "Complaint") is deemed to state "Guangdong Knauf New Building Materials Products Co., Ltd." in all instances where the name "Knauf Plasterboard (Dongguan) Co., Ltd." appears. Plaintiffs are further directed to translate and serve a copy of this Order when serving the Complaint on Guangdong Knauf New Building Materials Products Co., Ltd.

New Orleans, Louisiana, this 16th day of March, 2010.

_____
U.S. District Judge