UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES AND<br><br>Gross, et al. v. Knauf Gips KG, et al., Case No. 2:09-cv-6690 (E.D.La.) | |

### ORDER

AND NOW, on this __16th__ Day of __March__, 2010, upon consideration of Plaintiffs' Motion to Intervene, it is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED. The Court shall separately docket the Complaint in Intervention attached to the Motion forthwith.

By the Court,

New Orleans, Louisiana, this 16th day of March, 2010.

_____
HONORABLE ELDON E. FALLON

1