# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARY ANNE BENES, individually, and on behalf of all others similarly situated, [ADDITIONAL PLAINTIFFS LISTED ON SCHEDULE OF PLAINTIFFS, ATTACHED HERETO AS EXHIBIT "A"],** | **CASE NO.: 09-6690** |
| **Plaintiffs,** | **CLASS ACTION COMPLAINT** |
| **v.** | **JURY TRIAL DEMAND** |
| **KNAUF GIPS KG; KNAUF PLASTERBOARD (TIANJIN) CO., LTD.; KNAUF PLASTERBOARD (WUHU), CO., LTD.; KNAUF PLASTERBOARD (DONGGUAN) CO.,LTD. [ADDITIONAL DEFENDANTS LISTED ON SCHEDULE OF DEFENDANTS, ATTACHED HERETO AS EXHIBIT "B"],** | |
| **Defendants.** | |

## PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT IN INTERVENTION (III)

Pursuant to Fed. R. Civ. P. 23, the intervening Plaintiffs in this action bring suit on behalf of themselves and all other similarly situated owners and residents of real properties containing defective Chinese manufactured drywall that was imported, exported, brokered, distributed, delivered, supplied, marketed, inspected, installed, or sold by the Defendants.

Intervening Plaintiffs have intervened in *Gross, et al. v. Knauf GIPS KG, et al.*, Case No. 09-6690 (E.D.La.). Intervening Plaintiffs are absent class members in the *Gross* action. As absent class members, intervening Plaintiffs are similarly situated to the *Gross* plaintiffs and all of the defendants named in the *Gross* complaint are liable to the intervening Plaintiffs. Like the

representative plaintiffs in *Gross*, the intervening Plaintiffs are unable to identify the manufacturer(s) of the drywall in their homes since the Defendants have marketed their products in a manner designed to conceal their identity. Intervening Plaintiffs incorporate and adopt the allegations of the *Gross* complaint herein by reference.

The intervening Plaintiffs, however, have been successful in identifying certain of the defendants in the chain of distribution of the defective drywall in their homes. Accordingly, this complaint asserts class claims against the indeterminate defendants previously identified in *Gross*, as well as those identifiable parties in the chain of distribution of the defective drywall in intervening Plaintiffs' homes. The intervening Plaintiffs seek to be class representatives for the class identified in *Gross* and the new subclasses identified herein in which intervening Plaintiffs will participate against those specific defendants who had a role in the distribution, delivery, supply, sale, marketing, inspection, and/or installation of the defective drywall in their homes.

To accomplish an effective class structure, each of the class representatives is pursuing nationwide class actions asserting claims against each of their distributors, suppliers, importers, exporters, and brokers (Subclasses 1 - 52); each of their builders and developers (Subclasses 53 - 271); and each of their contractors and installers (Subclasses 272 -358) for whom they have standing (class and subclass members shall be collectively referred to herein as "Class Members"). Intervening Plaintiffs are also pursuing a nationwide class action against the defendants named in the *Gross* complaint. Each of the Defendants in this action are liable for damages incurred by intervening Plaintiffs due to their role in the design, manufacture, importing, distributing, delivery, supply, marketing, inspecting, installing, or sale of the defective drywall at issue in this litigation.

2

## JURISDICTION, PARTIES, AND VENUE

1. Original jurisdiction of this Court exists by virtue of 28 U.S.C. §1332(d)(2) and the Class Action Fairness Act ("CAFA"). *See* 28 U.S.C. § 1711, *et. seq.* The Plaintiffs and certain of the Defendants in these actions are citizens of different states and the amounts in controversy in these actions exceed five million dollars ($5,000,000.00), exclusive of interest and costs.

2. For each subclass, the Court has original jurisdiction under CAFA and/or supplemental jurisdiction under 28 U.S.C. § 1367.

3. Venue in this district satisfies the requirements of 28 U.S.C. §1391(b)(1)-(2) and (c) because Plaintiffs and a significant number of the absent class members reside in this jurisdiction and a substantial amount of the events and occurrences giving rise to these claims occurred in this District, or a substantial part of the property that is the subject of this action is situated in this district. Venue is otherwise appropriate in this district consistent with 28 U.S.C. § 1407 and the June 15, 2009 Transfer Order of the Judicial Panel on Multidistrict Litigation ("JPML"). *See In re: Chinese-Manufactured Drywall Products Liability Litigation*, 626 F.Supp.2d 1346 (J.P.M.L. Jun. 15, 2009).

## PLAINTIFFS

4. For purposes of clarity, the intervening Plaintiffs are asserting claims on behalf of all owners and residents of the subject properties, including but not limited to, minors and other residents of the properties who do not appear herein as named plaintiffs.

5. While the Intervening Plaintiffs have been successful in identifying some of the parties responsible for the injuries they have suffered by virtue of the defective Chinese manufactured drywall in their homes, each of the intervening Plaintiffs is unable to identify the manufacturer(s)

3

of such drywall. These manufacturing defendants, who are parties to the *Gross* complaint, have fraudulently concealed their identities from Plaintiffs.

6. Unless specifically stated to the contrary, all Plaintiffs are citizens of the state where they reside and all entities are citizens of the state where they are organized. Alternatively, all entities are citizens of the state of their principal place of business and/or of the state where the subject property is located.

7. Plaintiff - Intervenor, Mary Anne Benes is a citizen of Florida and owns real property located at 174 SE 2nd Street, Deerfield Beach, Florida 33441. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

8. Plaintiffs - Intervenors, Edward and Jacqueline Mayo are citizens of Louisiana and together own real property located at 5803 Winchester Park Drive, New Orleans, Louisiana 70126. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

9. Plaintiffs - Intervenors, William and Betty Branning are citizens of Alabama and together own real property located at 4066 McFarland Road, Mobile, AL 36695. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

10. Plaintiffs - Intervenors, Alan and Linda Lakind are citizens of Florida and together own real property located at 2781 Eagle Road Circle, Unit 307, West Palm Beach, Florida 33411. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

11.  Plaintiffs - Intervenors, J. Wesley Brandon and Jessica Harris are citizens of Alabama and together own real property located at 881 Thomason Road, Albertville, Alabama 35951. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

12.  Plaintiffs - Intervenors, Matthew and Krista Diffley are citizens of Alabama and together own real property located at 7484 Dickey Springs Road, Bessemer, Alabama 35022. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

13.  Plaintiffs - Intervenors, Jason and Tara Austin are citizens of Alabama and together own real property located at 403 Dearmanville Drive, Anniston, Alabama 36207.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

14.  Plaintiffs - Intervenors, Victor and Falana Bryant are citizens of Alabama and together own real property located at 1910 Randall Drive, Demopolis, Alabama 36732.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

15.  Plaintiff - Intervenor, Ivan Antoun is a citizen of Louisiana and owns real property located at 3604-3606 Pakenham Drive, Chalmette, Louisiana 70043.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

16.  Plaintiffs - Intervenors, Shawn and Justine Boudreaux are citizens of Louisiana and together own real property located at 3005 Blanchard Drive, Chalmette, Louisiana 70043.

Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

17.  Plaintiff - Intervenor, Roy Breaux, Jr. is a citizen of Louisiana and owns real property located at 2517 Volpe Drive, Chalmette, Louisiana 70043.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

18.  Plaintiffs - Intervenors, Rose and Tebault Burton are citizens of Louisiana and together own real property located at 3711 Golden Drive, Apartments 1, 2 and 3, Chalmette, Louisiana 70043 and 3713 Golden Drive, Apartments 1, 2 3, and 4 and Chalmette, Louisiana 70043.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

19.  Plaintiffs - Intervenors, Patrick G. and Kasie F. Couture are citizens of Louisiana and together own real property located at 5728 4th Street, Violet, Louisiana 70092.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

20.  Plaintiffs - Intervenors, Jose and Maria Dasilva are citizens of Louisiana and together own real property located at 4465 San Marco Road, New Orleans, Louisiana 70129.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

21.  Plaintiff - Intervenor, Huey P. Gonzales, Jr. is a citizen of Louisiana and owns real property located at 3009 Acorn Drive, Violet, Louisiana 70092.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

22. Plaintiff - Intervenor, Felton Lewis is a citizen of Louisiana and owns real property located at 2808 Oak Drive, Violet, Louisiana 70092. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

23. Plaintiff - Intervenor, Dorothy Hunter is a citizen of Louisiana and owns real property located at 2512 Reunion Drive, Violet, Louisiana 70092. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

24. Plaintiff - Intervenor, Ronald Johnson is a citizen of Louisiana and owns real property located at 4505 Lamarque Drive, Meraux, Louisiana 70075. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

25. Plaintiffs - Intervenors, Barbara W. and Lucien Manuel are citizens of Louisiana and together own real property located at 2016 Allo Mumphrey Drive, Violet, Louisiana 70092. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

26. Plaintiffs - Intervenors, Evelyn B. and Matthew R. Mowers are citizens of Louisiana and together own real property located at 321 Perrin Drive, Arabi, Louisiana 70032. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

27. Plaintiff - Intervenor, Mary Nelton is a citizen of Louisiana and owns real property

located at 2701 Palmetto Street, Chalmette, Louisiana 70043. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

28. Plaintiffs - Intervenors, Martin and Sharon Nicolosa are citizens of Louisiana and together own real property located at 2117 W. Christie Park, St. Bernard, Louisiana 70085. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

29. Plaintiff - Intervenor, Steven O'Sullivan is a citizen of Louisiana and owns real property located at 2612 Creely Drive, Chalmette, Louisiana 70043. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

30. Plaintiffs - Intervenors, Henry and Tina Picado are citizens of Louisiana and together own real property located at 208 Bear Drive, Arabi, Louisiana 70032. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

31. Plaintiff - Intervenor, Karen Reynolds is a citizen of Louisiana and owns real property located at 3509-3511 Sinclar Street, Chalmette, Louisiana 70043. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

32. Plaintiffs - Intervenors, Patricia E. and Ronald Scallan are citizens of Louisiana and together own real property located at 3912 Charles Drive, Chalmette, Louisiana 70043. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

8

accompanying this complaint which are incorporated herein by reference.

33.  Plaintiffs - Intervenors, Robert and Ashley Westerfield are citizens of Louisiana and together own real property located at 3209 Decomine Drive, Chalmette, Louisiana 70043. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

34.  Plaintiffs - Intervenors, Jerry P. and Celeste E. White are citizens of Louisiana and together own real property located at 2604 Creely Drive, Chalmette, Louisiana 70043.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

35.  Plaintiffs - Intervenors, Carl D. and Adele Abbott are citizens of Florida and together own real property located at 10320 SW Stephanie Way, Unit 7-206; Port St. Lucie, Florida 34987.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

36.  Plaintiffs - Intervenors, Robert Adams and Marni Klein-Adams are citizens of Florida and together own real property located at 9861 Lago Drive, Boynton Beach, Florida 33472.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

37.  Plaintiffs - Intervenors, Eduardo and Carmen Amorin are citizens of Florida and together own real property located at 240 West End Drive, #721, Punta Gorda, Florida 33950. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

38.  Plaintiffs - Intervenors, James Anderson and Patricia Stager are citizens of Canada

and together own real property located at 240 West End Drive, #622, Punta Gorda, Florida 33950. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

39. Plaintiff - Intervenor, Samuel Anderson is a citizen of Florida and owns real property located at 240 W. End Drive, #911, Punta Gorda, Florida 33950. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

40. Plaintiff - Intervenor, Kenneth Attard is a citizen of Florida and owns real property located at 194 SE 2nd Avenue, Deerfield Beach, Florida 33441. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

41. Plaintiff - Intervenor, Steve Attard is a citizen of Florida and owns real property located at 13369 Little Gem Circle, Ft. Myers, Florida 33913. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

42. Plaintiff - Intervenor, Oladele Ayanbadejo is a citizen of Florida and owns real property located at 1360 Bayview Drive, Fort Lauderdale, Florida 33304. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

43. Plaintiff - Intervenor, Kevin Batsch is a citizen of Florida and owns real property located at 186 S.E. 2nd Street, Unit 186, Deerfield Beach, Florida 33441. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying

this complaint which are incorporated herein by reference.

44.  Plaintiff - Intervenor, Mario Bautista is a citizen of Florida and owns real property located at 184 SE 2nd Street, Deerfield Beach, Florida 33441.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

45.  Plaintiffs - Intervenors, Richard and Carol Benoit are citizens of Indiana and together own real property located at 262 Broken Oak Trial, Jensen Beach, Florida 34957.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

46.  Plaintiff - Intervenor, Amy Bloom is a citizen of Florida and owns real property located at 9719 Porta Leona Lane, Boynton Beach, Floridea 33437.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

47.  Plaintiff - Intervenor, Blue Water Condominium Association owns real property located at 14360 So. Tamiami Trail, Unit B, Fort Myers, Florida 33912.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

48.  Plaintiff - Intervenor, Blue Water Condominium Association owns real property located at 14360 So. Tamiami Trail, Units 206-1, 202-1, 202-3, 214-2, 198-1, 198-4, 182-4, 178-1, 178-2, 178-3, 174-1, 174-2, 174-4, 202-4, 194-1, 194-2, 194-3, 194-4, 190-1, 190-2 and 190-4, Fort Myers, Florida 33912.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated

herein by reference.

49.  Plaintiff - Intervenor, Blue Water of Cape Coral, Inc. owns real property located at 221 Shadroe Cove Circle, Units 902, 903, 401, 403, 504, 604, 704 and 804, Cape Coral, Florida 33991.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

50.  Plaintiff - Intervenor, Unia Bosch is a citizen of Florida and owns real property located at 8049 West 36 Avenue, #2, Hialeah, Florida 33018.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

51.  Plaintiffs - Intervenors, David and Christina Bosse are citizens of Florida and together own real property located at 1916 Bright Water Drive, Gulf Breeze, Florida 32563. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

52.  Plaintiffs - Intervenors, Clatues and Frances Brewer are citizens of Florida and together own real property located at 13542 Little Gem Circle, Fort Myers, Florida 33913. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

53.  Plaintiffs - Intervenors, Alganan and Regina Brown are citizens of Florida and together own real property located at 4297 S.W. McClellan Street, Port St. Lucie, Florida 34953. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

54.  Plaintiffs - Intervenors, Morton and Ruth Brown are citizens of Florida and together

own real property located at 10360 S.W. Stephanie Way, Unit 6-105, Port St. Lucie, Florida 34953. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

55. Plaintiff - Intervenor, Robert Burns is a citizen of Florida and owns real property located at 3237 NW 21st Terrace, Cape Coral, Florida 33993. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

56. Plaintiffs - Intervenors, Karen and Donald Candiani are citizens of Florida and together own real property located at 240 West End Drive, #313, Punta Gorda, Florida 33950. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

57. Plaintiff - Intervenor, Phyllis Cattano is a citizen of Florida and owns real property located at 2107 N.E. Juniata Place, Cape Coral, Florida 33909. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

58. Plaintiff - Intervenor, Ariel Cohen is a citizen of Florida and owns real property located at 240 West End Drive, #1521, Punta Gorda, Florida 33950. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

59. Plaintiff - Intervenor, Steve Corvaia is a citizen of Florida and owns real property located at 900 E. Marion Avenue, #1401, Punta Gorda, Florida 33950. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying

this complaint which are incorporated herein by reference.

60.  Plaintiffs - Intervenors, Marisela and Adolfo Cotilla are citizens of Florida and together own real property located at 7120 Long Leaf Drive, Parkland, Florida 33076. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

61.  Plaintiffs - Intervenors, Marisela and Adolfo Cotilla are citizens of Florida and together own real property located at 7120 Long Leaf Drive, Parkland, Florida 33076. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

62.  Plaintiffs - Intervenors, Shawn and Lisa Cox are citizens of Michigan and together own real property located at 9404 Scarborough Court, Port St. Lucie, Florida 34986. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

63.  Plaintiff - Intervenor, Elliott Crespo is a citizen of Florida and owns real property located at 8161 NW 122 Lane, Parkland, Florida 33076.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

64.  Plaintiff - Intervenor, Gaetano D'Anna is a citizen of Florida and owns real property located at 466 SW Port St. Lucie Blvd., Port St. Lucie, Florida 34953.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

65.  Plaintiff - Intervenor, John Dearborn is a citizen of Florida and owns real property

14

located at 1703 NW 44th Avenue, Cape Coral, Florida 33993. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

66. Plaintiffs - Intervenors, Ellen DeCarlo and Jerald Nelson are citizens of Florida and together own real property located at 9651 Lago Drive, Boynton Beach, Florida 33472. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

67. Plaintiff - Intervenor, Jenni DeGlopper is a citizen of Florida and owns real property located at 900 E. Marion Avenue, #1302, Punta Gorda, Florida 33950. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

68. Plaintiff - Intervenor, Craig DeMange is a citizen of Florida and owns real property located at 7553 Bristol Circle, Naples, Florida 34120. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

69. Plaintiff - Intervenor, Robert Dineen is a citizen of Florida and owns real property located at 20394 Larino Loop, Estero, Florida 33928. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

70. Plaintiffs - Intervenors, Walter F. and Vickie L. Dinneen are citizens of Florida and together own real property located at 10360 S.W. Stephanie Way, Unit 6-203, Port St. Lucie, Florida 34987. Plaintiffs are participating as class representatives in the class and subclasses as

15

set forth in the schedules accompanying this complaint which are incorporated herein by reference.

71.   Plaintiffs - Intervenors, Michael and Iben Divanno are citizens of Florida and together own real property located at 240 West End Drive, 913, Punta Gorda, Florida 33950. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

72.   Plaintiff - Intervenor, Jared Dow is a citizen of Florida and owns real property located at 172 SE 2nd Street, Deerfield Beach, Florida 33441.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

73.   Plaintiffs - Intervenors, Kenneth and Maria Downing are citizens of Florida and together own real property located at 10540 E. Park Avenue, Port St. Lucie, Florida 34987. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

74.   Plaintiff - Intervenor, Howard Dunn is a citizen of Florida and owns real property located at 13568 Little Gem Circle, Fort Myers, Florida 33913.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

75.   Plaintiff - Intervenor, Howard Ehrsam is a citizen of Florida and owns real property located at 10320 SW Stephanie Way, Unit 209, Port St. Lucie, Florida 34987.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

16

76. Plaintiffs - Intervenors, Paul and Patricia Engasser are citizens of Florida and together own real property located at 1451 NW 39th Avenue, Cape Coral, Florida 33993. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

77. Plaintiffs - Intervenors, Thomas and Karen Englert are citizens of Florida and together own real property located at 1657 SW Mackey Avenue, Port. St. Lucie, Florida 33973. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

78. Plaintiffs - Intervenors, James and Jordany Estimond are citizens of Florida and together own real property located at 4541 SW 27th Street, Lehigh Acres, Florida 33973 and 4543 SW 27th Street, Lehigh Acres, Florida 33973. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

79. Plaintiffs - Intervenors, James and Fran Fermoile are citizens of Florida and together own real property located at 178 Shadroe Cove Circle, 901, Cape Coral, Florida 33991. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

80. Plaintiffs - Intervenors, Peter and Christian Ferroni are citizens of Florida and together own real property located at 188 SE 2nd Street, Deerfield Beach, Florida 33441. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

81. Plaintiffs - Intervenors, Joseph Flint and Danielle Sloan are citizens of Florida and

together own real property located at 1192 SW Kickaboo Road, Port St. Lucie, Florida 34953. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

82.  Plaintiff - Intervenor, Susan Francipane is a citizen of Florida and owns real property located at 4005 SW 23 Avenue, Cape Coral, Florida 33914.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

83.  Plaintiffs - Intervenors, Tom and Jane Francisco are citizens of Indiana and together own real property located at 1728 Bobcat Trial, North Port, Florida 34288.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

84.  Plaintiffs - Intervenors, Timothy and Julie Gaines are citizens of Florida and together own real property located at 5302 SW 27th Place, Cape Coral, Florida 33914.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

85.  Plaintiffs - Intervenors, Luis and Beatriz Galvis are citizens of Florida and together own real property located at 9669 Cobblestone Creek Drive, Boynton Beach, Florida 33472. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

86.  Plaintiffs - Intervenors, Luis and Mercedes Gamboa are citizens of Venezuela and together own real property located at 240 W. End Drive Unit 723, Punta Gorda, Florida 33950. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the

schedules accompanying this complaint which are incorporated herein by reference.

87.  Plaintiffs - Intervenors, Peter and Kelly Gaylord are citizens of Florida and together own real property located at 240 West End Drive, Units 321 and 322, Punta Gorda, Florida 33950. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

88.  Plaintiff - Intervenor, Madhav Ghanta is a citizen of Florida and owns real property located at 11458 Water Oak Place, Davie Florida 33330.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

89.  Plaintiff - Intervenor, Frank Gitto is a citizen of Florida and owns real property located at 10360 S.W. Stephanie Way, Apt. 202, Port St. Lucie, Florida 34987.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

90.  Plaintiff - Intervenor, Ira Goldstein is a citizen of Florida and owns real property located at 15443 Fiorenza Circle, Delray Beach, Florida 33446.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

91.  Plaintiffs - Intervenors, Steven and Karen Golin are citizens of Florida and together own real property located at 240 West End Drive, #513, Punta Gorda, Florida 33950.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

92.  Plaintiffs - Intervenors, Sergei and Natalia Golovkine are citizens of Florida and

19

together own real property located at 17763 Lake Azure Way, Boca Raton, Florida 33496. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

93.  Plaintiff - Intervenor, Peter Gorton is a citizen of Florida and owns real property located at 915 Regal Manor Way, Sun City Center, Florida 33573.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

94.  Plaintiff - Intervenor, Benjamin Greenberg is a citizen of Florida and owns real property located at 9717 Lago Drive, Boynton Beach, Florida 33472.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

95.  Plaintiffs - Intervenors, Maria Guerro and Roberto Blanco are citizens of Florida and together own real property located at 12978 SW 133 Terrace, Miami, Florida 33186.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

96.  Plaintiff - Intervenor, Dennis Helper is a citizen of Florida and owns real property located at 10560 Stephanie Way, #105, Port St. Lucie, Florida 34987.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

97.  Plaintiff - Intervenor, Paul Hendricksen is a citizen of Florida and owns real property located at 10000 Cobblestone Creek Drive, Boynton Beach, Florida 33472.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

98.  Plaintiff - Intervenor, James Herston is a citizen of Florida and owns real property located at 240 West End, #421, Punta Gorda, Florida 33950.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

99.  Plaintiffs - Intervenors, Jerry and Sharon Hill are citizens of Florida and together own real property located at 194 Shadroe Cove Circle, Unit 601, Cape Coral, Florida 33991. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

100.  Plaintiff - Intervenor, Thomas Humphreys is a citizen of Florida and owns real property located at 240 West End, Unit 1321 and Unit 1323, Punta Gorda, Florida 33950 and 241 West End Drive, Unit 1323, Punta Gorda, Florida 33950.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

101.  Plaintiff - Intervenor, Steve Huszar is a citizen of Florida and owns real property located at 10838 S.W. Meeting Street, Port St. Lucie, Florida 34987.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

102.  Plaintiff - Intervenor, Ana Maria Tascon, on behalf of ITSM Corp. is a citizen of Florida and owns real property located at 240 West End, Unit 711, Punta Gorda, Florida 33950. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

103. Plaintiff - Intervenor, Michael Jackson is a citizen of Florida and owns real property located at 707 SE 16th Court, Ft. Lauderdale, Florida 33316. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

104. Plaintiffs - Intervenors, Aisha and Geoffrey Johnson are citizens of Florida and together own real property located at 190 SE 2nd Street, Deerfield Beach, Florida 33441. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

105. Plaintiff - Intervenor, Carlos Jorda is a citizen of Florida and owns real property located at 240 West End Drive, Unit 912, Punta Gorda, Florida 33950. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

106. Plaintiffs - Intervenors, Lillian and Herbert Karp are citizens of Florida and together own real property located at 1600 Renaissance Commons, Unit 2419, Boynton Beach, Florida 33437. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

107. Plaintiffs - Intervenors, John and Carol Katarsky are citizens of Florida and together own real property located at 240 West End Drive, #323, Punta Gorda, Florida 33950. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

108. Plaintiff - Intervenor, Peter Lampheele on behalf of LABO, LLC is a citizen of Florida and owns real property located at 900 E. Marion Avenue, #1303, Punta Gorda, Florida

33950. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

109. Plaintiff - Intervenor, Danielle Marie Lang is a citizen of Florida and owns real property located at 1339 Lyonshire Drive, Wesley Chapel, Florida 33543. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

110. Plaintiff - Intervenor, Lauderdale One Condo Association, Inc. owns real property located at 2401 NE 65th Street, Units 2-604; 2-606; 2-607; 2-608; 2-611; 2-612; 2-614; 2-616 and 2-617, Fort Lauderdale, Florida 33308. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

111. Plaintiffs - Intervenors, Mark and Wendy Lee are citizens of Florida and together own real property located at 240 West End Drive, #512, Punta Gorda, Florida 33950. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

112. Plaintiff - Intervenor, John Legendre is a citizen of Florida and owns real property located at 282 NW Broken Oak Trail, Jensen Beach, Florida 34957. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

113. Plaintiff - Intervenor, Horst Lehmann is a citizen of California and owns real property located at 10512 SW Sarah Way, Port St. Lucie, Florida 34981. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying

this complaint which are incorporated herein by reference.

114. Plaintiff - Intervenor, Aldo Leon is a citizen of Florida and owns real property located at 2655 Juniper Lane, Davie Florida, 33330. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

115. Plaintiffs - Intervenors, Maxwell and Joete Lloyd are citizens of Florida and together own real property located at 8248 N.W. 125 Lane, Parkland, Florida 33076. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

116. Plaintiff - Intervenor, Magdalena Gardens Condo Association owns real property located at 240 West End Avenue, Units 111; 211; 212; 221; 222; 311; 313; 321; 322; 323; 411; 412; 413; 511; 512; 513; 523; 622; 711; 712; 713; 721; 722; 723; 811; 812; 813; 822; 823; 911; 912; 913; 923; 1011; 1012; 1013; 1122; 1123; 1212; 1213; 1311; 1312; 1321; 1323; 1411; 1412; 1421; 1422; 1511; 1512 and 1522, Punta Gorda, Florida 33950. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

117. Plaintiff - Intervenor, Margaret Mariana is a citizen of Florida and owns real property located at 10560 SW Stephanie Way, 210 Port St. Lucie, Florida 34987. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

118. Plaintiffs - Intervenors, Richard and Judith Martin are citizens of Florida and together own real property located at 272 NW Broken Oak Trail, Jensen Beach, Florida 34957.

24

Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

119.  Plaintiffs - Intervenors, Rachel Mas and Fred Bonilla are citizens of Florida and together own real property located at 304 Chaucer Avenue, Lehigh Acres, Florida 33936. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

120.  Plaintiff - Intervenor, Mario Massaro is a citizen of Florida and owns real property located at 240 West End Drive, #823, Punta Gorda, Florida 33950.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

121.  Plaintiff - Intervenor, Argerie Matute is a citizen of Florida and owns real property located at 8884 SW 229 Street, Miami, Florida 33190.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

122.  Plaintiffs - Intervenors, Ali and Ilka McKinney are citizens of Florida and together own real property located at 10806 SW Meeting Street, Port St. Lucie, Florida 34987.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

123.  Plaintiffs - Intervenors, James and Fran McNealy are citizens of Florida and together own real property located at 8882 SW 229 Street, Cutler Bay, Florida 33190.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

25

124.  Plaintiff - Intervenor, Pedro Medina is a citizen of Florida and owns real property located at 10440 SW Stephanie Way, Port St. Lucie, Florida 34987.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

125.  Plaintiffs - Intervenors, George and Amy Metcalfe are citizens of Florida and together own real property located at 106 NW Willow Grove Avenue, Port St. Lucie, Florida 34986.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

126.  Plaintiffs - Intervenors, Jose and Adela Miranda are citizens of Florida and together own real property located at 8890 SW 229 Street, Miami, Florida 33190.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

127.  Plaintiff - Intervenor, Robert Morton is a citizen of Florida and owns real property located at 900 E. Marion Avenue, #1301, Punta Gorda, Florida 33950.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

128.  Plaintiff - Intervenor, Gene Mottolo is a citizen of Florida and owns real property located at 3608 101st Avenue E., Parrish, Florida 34219.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

129.  Plaintiff - Intervenor, Odette Myers is a citizen of Florida and owns real property located at 17829 SW 54th Street, Miramar, Florida 33029.  Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

130.  Plaintiffs - Intervenors, Jan Erik and Anette Nilsson are citizens of Florida and together own real property located at 2806 St. Barts Square, Vero Beach, Florida 32962. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

131.  Plaintiff - Intervenor, John C. Nowicki is a citizen of Florida and owns real property located at 2713 S.W. 18th Avenue, Cape Coral, Florida 33914.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

132.  Plaintiff - Intervenor, Sieward Osicki is a citizen of Florida and owns real property located at 240 West End Drive, 523, Punta Gorda, Florida 33950.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

133.  Plaintiffs - Intervenors, Steve and Angela Oyer are citizens of Florida and together own real property located at 900 E. Marion Avenue, #1402, Punta Gorda, Florida 33950. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

134.  Plaintiff - Intervenor, Michelle Palazzalo is a citizen of Florida and owns real property located at 11528 Water Oak Place, Davie, Florida 33330.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

135. Plaintiffs - Intervenors, Trevor and Karen Patching are citizens of Florida and together own real property located at 8751 Thornbrook Terrace Point, Boynton Beach, Florida 33473. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

136. Plaintiff - Intervenor, Peace Harbor Condo Association owns real property located at 900 E. Marion Avenue, Units 1201; 1203; 1301; 1302; 1303; 1401 and 1402, Punta Gorda, Florida 33950. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

137. Plaintiff - Intervenor, Gustavo Perez is a citizen of Florida and owns real property located at 240 West End Drive, 1421, Punta Gorda, Florida 33950. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

138. Plaintiff - Intervenor, Elaine Petrella is a citizen of Florida and owns real property located at 7534 Bristol Circle, Naples, Florida 34120. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

139. Plaintiffs - Intervenors, Nelly Quezada and Gines Flaque are citizens of Florida and together own real property located at 11404 Laurel Brook Ct., Riverview, Florida 33569. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

140. Plaintiff - Intervenor, Robert Redway is a citizen of Florida and owns real property located at 2521 Whitesand Lane, Clearwater, Florida 33763. Plaintiff is participating as a class

28

representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

141.  Plaintiff - Intervenor, Tamara Reels is a citizen of Florida and owns real property located at 3650 Oak Brook Lane, Eustis, Florida 32763.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

142.  Plaintiffs - Intervenors, Brian and Linda Rezny are citizens of Florida and together own real property located at 214 Shadroe Cove Circle, #102, Cape Coral, Florida 33991. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

143.  Plaintiffs - Intervenors, Kim and Bryson Royal are citizens of Florida and together own real property located at 13312 Little Gem Circle, Fort Myers, Florida 33913.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

144.  Plaintiff - Intervenor, Paul Sanden is a citizen of Florida and owns real property located at 824 Boca Ciega Isle Drive, St. Petersburg Beach, Florida 33706.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

145.  Plaintiff - Intervenor, Joseph Sanders is a citizen of Florida and owns real property located at 174 Shadroe Cove Circle, #1001, Cape Coral, Florida 33991.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

146.  Plaintiffs - Intervenors, Thomas and Anne Santelle are citizens of Florida and together own real property located at 194 Shadroe Cove Circle, Unit 603, Cape Coral, Florida 33991.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

147.  Plaintiffs - Intervenors, Robert and Phyllis Schoenfelder are citizens of Florida and together own real property located at 2228 Sifield Greens Way, Sun City Center, Florida 33573. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

148.  Plaintiffs - Intervenors, James and Karen Scott are citizens of Florida and together own real property located at 525 SW Akron Avenue, Stuart, Florida 34994.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

149.  Plaintiffs - Intervenors, Irene Serrano and Kenneth Pouncey are citizens of Florida and together own real property located at 10360 Stephanie Way, #210, Port St. Lucie, Florida 34987.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

150.  Plaintiffs - Intervenors, Ed St. Fort and Regine Barosy are citizens of Florida and together own real property located at 3006 Juniper Lane, Davie, Florida 33330.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

151.  Plaintiff - Intervenor, Marjorie Tinney is a citizen of Florida and owns real property located at 171 S.E. 2nd Court, Deerfield Beach, Florida 33441.  Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

152. Plaintiff - Intervenor, Raquel Trillo is a citizen of Florida and owns real property located at 12421 SW 50 CT, Unit 303, Miramar, Florida 33027. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

153. Plaintiff - Intervenor, Lissett Trujillo is a citizen of Florida and owns real property located at 8049 W. 36 Avenue, #3, Hialeah, Florida 33018. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

154. Plaintiff - Intervenor, Johana Usaga is a citizen of Florida and owns real property located at 12986 S.W. 135 Street, Miami, Florida 33186. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

155. Plaintiff - Intervenor, Amada Vaca is a citizen of Florida and owns real property located at 1152 SW Kickaboo Road, Port St. Lucie, FL 34953. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

156. Plaintiffs - Intervenors, Connie and Dennis Vanasdale are citizens of Florida and together own real property located at 2373 S.W. Almansa Avenue, Port St. Lucie, Florida 34953. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

157. Plaintiffs - Intervenors, Robert and Karen Vancio are citizens of Florida and together own real property located at 4517 N.W. 34th Street, Cape Coral, Florida 33993. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

158. Plaintiffs - Intervenors, Melissa and William Walker are citizens of Florida and together own real property located at 1536 Abyss Drive, Odessa, Florida 33556. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

159. Plaintiffs - Intervenors, Wanda and Rebecca Wegweiser are citizens of Florida and together own real property located at 1690 Renaissance Commons Apt. 1312, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

160. Plaintiffs - Intervenors, Marshall and Cynthia White are citizens of Indiana and together own real property located at 190 Shadroe Cove, Unit 701, Cape Coral, Florida 33991. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

161. Plaintiff - Intervenor, Richard Whittington is a citizen of Florida and owns real property located at 900 E. Marion Avenue, #1203, Punta Gorda, Florida 33950. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

162. Plaintiffs - Intervenors, Robert H. and Juan Z Wiesman are citizens of Florida and

32

together own real property located at 3508 41st Street SW, Lehigh Acres, Florida 33976.
Plaintiffs are participating as class representatives in the class and subclasses as set forth in the
schedules accompanying this complaint which are incorporated herein by reference.

163.  Plaintiff - Intervenor, Michael Wilson is a citizen of Florida and owns real property
located at 513 SE 17th Place, Cape Coral, Florida 33990.  Plaintiff is participating as a class
representative in the class and subclasses as set forth in the schedules accompanying this
complaint which are incorporated herein by reference.

164.  Plaintiffs - Intervenors, George and Adria Worthington are citizens of Florida and
together own real property located at 169 SE 2nd Court, Deerfield Beach, Florida 33441.
Plaintiffs are participating as class representatives in the class and subclasses as set forth in the
schedules accompanying this complaint which are incorporated herein by reference.

165.  Plaintiffs - Intervenors, Jorge and Cristinia Lozano are citizens of Florida and
together own real property located at 81 N.W. 114 Passage, Doral, Florida 33178.  Plaintiffs are
participating as class representatives in the class and subclasses as set forth in the schedules
accompanying this complaint which are incorporated herein by reference.

166.  Plaintiffs - Intervenors, Michael and Aimee Franklin are citizens of Florida and
together own real property located at 315 Hummingbird Pt., Jupiter, Florida 33458.  Plaintiffs are
participating as class representatives in the class and subclasses as set forth in the schedules
accompanying this complaint which are incorporated herein by reference.

167.  Plaintiffs - Intervenors, James and Debra Greenwald are citizens of Florida and
together own real property located at 7120 Montauk Pt. Crossing, Bradenton, Florida 34212.
Plaintiffs are participating as class representatives in the class and subclasses as set forth in the

schedules accompanying this complaint which are incorporated herein by reference.

168. Plaintiffs - Intervenors, Daniel and Janet Tibbetts are citizens of Florida and together own real property located at 7111 Montauk Pt. Crossing, Bradenton, Florida 34212. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

169. Plaintiff - Intervenor, Patricia Fontana is a citizen of Louisiana and owns real property located at 2509 Mumphrey Road, Chalmette, Louisiana 70043. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

170. Plaintiffs - Intervenors, Donna Malkki and Daniel Clough are citizens of Florida and together own real property located at 10400 SW Stephanie Way, Building 5, Unit 208, Port St. Lucie, Florida 34986. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

171. Plaintiff - Intervenor, Christy Moritz is a citizen of Louisiana and owns real property located at 3704 Gallo Drive, Chalmette, Louisiana 70043. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

172. Plaintiffs - Intervenors, Eddie and Rose Adams are citizens of Louisiana and together own real property located at 900 Union Avenue, Bogalusa, Louisiana 70427. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

173. Plaintiffs - Intervenors, Henry and Penny Alexander are citizens of Louisiana and together own real property located at 4968 Pauline Drive, New Orleans, Louisiana 70126. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

174. Plaintiffs - Intervenors, Terrell and Lionel Arroyo are citizens of Louisiana and together own real property located at 73274 Penn Mill Road, Covington, Louisiana 70435. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

175. Plaintiffs - Intervenors, Frank and Gralina Batiste are citizens of Louisiana and together own real property located at 5632 6th Street, Violet, Louisiana 70092. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

176. Plaintiffs - Intervenors, Scott and Jennifer Belsom are citizens of Louisiana and together own real property located at 2912 Bradbury Drive, Meraux, Louisiana 70075. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

177. Plaintiff - Intervenor, Terrence Ben is a citizen of Louisiana and owns real property located at 5632 6th Street, Violet, Louisiana 70092. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

178. Plaintiff - Intervenor, Junius Bourg is a citizen of Louisiana and owns real property located at 2031 Benjamin Street, Arabi, Louisiana 70032. Plaintiff is participating as a class

35

representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

179.  Plaintiff - Intervenor, Gloria Boutte is a citizen of Louisiana and owns real property located at 3537 Republic Street, New Orleans, Louisiana 70122.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

180.  Plaintiff - Intervenor, Kim Dakin is a citizen of Louisiana and owns real property located at 3521 Lyndell, Chalmette, Louisiana 70043.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

181.  Plaintiff - Intervenor, Vernon Davis is a citizen of Louisiana and owns real property located at 9719 West Rockton Circle, New Orleans, Louisiana 70127.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

182.  Plaintiffs - Intervenors, Kelly and Christopher Deharde are citizens of Louisiana and together own real property located at 64211 Virginia Drive, Pearl River, Louisiana 70452. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

183.  Plaintiff - Intervenor, Brent Desselle is a citizen of Louisiana and owns real property located at 2917 Monica Lane, Marrero, Louisiana 70072.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

184. Plaintiffs - Intervenors, Ronnie and Linda Dillard are citizens of Georgia and together own real property located at 2159 White Road, Canton, Georgia 30114. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

185. Plaintiffs - Intervenors, Craig and Lesa Domingue are citizens of Louisiana and together own real property located at 205 Thistledown Court, Pearl River, Louisiana 70452. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

186. Plaintiffs - Intervenors, Jill Donaldson and Jared Oertling are citizens of Louisiana and together own real property located at 18 Log Cabin Lane, Pearl River, Louisiana 70452. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

187. Plaintiffs - Intervenors, Jay and Vanessa Dunlap are citizens of Louisiana and together own real property located at 12407 Fawnwood, Walker, Louisiana 70785. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

188. Plaintiff - Intervenor, Ronald Evans is a citizen of Louisiana and owns real property located at 9235 Olive Street, New Orleans, Louisiana 70118. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

189. Plaintiffs - Intervenors, Gregg and Beunker Glasper are citizens of Louisiana and together own real property located at 7514 Dominique Place, New Orleans, Louisiana 70129.

37

Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

190.  Plaintiff - Intervenor, Mary Green is a citizen of Louisiana and owns real property located at 1632 Pauline Street, New Orleans, Louisiana 70117.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

191.  Plaintiff - Intervenor, Thomas Griffin is a citizen of Louisiana and owns real property located at 14042 Mark Street, Gonzales, Louisiana 70737.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

192.  Plaintiffs - Intervenors, David and Cheryl Gross are citizens of Louisiana and together own real property located at 400 Hay Place, New Orleans, Louisiana 70124.  Plaintiffs are class representatives in the *Gross* complaint and are intervening by way of this pleading in order to assert claims against the non-manufacturing defendants in the chain of distribution for the defective drywall installed in their home.  Plaintiffs are participating as class representatives in the intervention complaint for the subclasses set forth in the schedules accompanying this complaint which are incorporated herein by reference.

193.  Plaintiff - Intervenor, Mary Haindel is a citizen of Louisiana and owns real property located at 1224 Magnolia Alley, Mandeville, Louisiana 70471.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

194.  Plaintiffs - Intervenors, Nathaniel and Darlene Hall are citizens of Louisiana and

38

together own real property located at 421 Kennedy Street, Ama, Louisiana 70031. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

195. Plaintiff - Intervenor, Rhett Hamilton is a citizen of Louisiana and owns real property located at 6960 Virgilian Street, New Orleans, Louisiana 70126. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

196. Plaintiff - Intervenor, Gloria Hayes is a citizen of Louisiana and owns real property located at 7022 Bundy Road, New Orleans, Louisiana 70127. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

197. Plaintiffs - Intervenors, Raymond and Elizabeth Hickey are citizens of Louisiana and together own real property located at 243 Carriage Pines Lane, Covington, Louisiana 70435. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

198. Plaintiff - Intervenor, Leon Indovina is a citizen of Louisiana and owns real property located at 8721 Livington Avenue, Chalmette, Louisiana 70043. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

199. Plaintiff - Intervenor, Long Mai is a citizen of Louisiana and owns real property located at 4900 Wright Road, New Orleans, Louisiana 70128. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

39

complaint which are incorporated herein by reference.

200.  Plaintiffs - Intervenors, Kim Mai and David Nguyen are citizens of Louisiana and together own real property located at 4921 Friar Tuck Drive, New Orleans, Louisiana 70128. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

201.  Plaintiffs - Intervenors, Bobby and Gina Mays are citizens of Louisiana and together own real property located at 540 South Kennar Avenue, Waggaman, Louisiana 70094. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

202.  Plaintiffs - Intervenors, Kionne and Terral McKinnies are citizens of Louisiana and together own real property located at 2612 Sand Bar lane, Marrero, Louisiana 70072. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

203.  Plaintiff - Intervenor, Jo Ann Miller is a citizen of Louisiana and owns real property located at 1707 New Orleans Street, New Orleans, Louisiana 70116.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

204.  Plaintiffs - Intervenors, James and Kelsey Mitchell are citizens of Louisiana and together own real property located at 1214 Magnolia Alley, Mandeville, Louisiana 70471. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

205.  Plaintiff - Intervenor, Leon Moore is a citizen of Louisiana and owns real property

40

located at 6945 Virgilian Street, New Orleans, Louisiana 70126. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

206. Plaintiff - Intervenor, Rudolph Morel is a citizen of Louisiana and owns real property located at 1236 Alvar Street, New Orleans, Louisiana 70124. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

207. Plaintiff - Intervenor, Gwendolyn Pasos is a citizen of Louisiana and owns real property located at 5 Rutgers Place, Kenner, Louisiana 70065. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

208. Plaintiffs - Intervenors, Brenda and Ignatius Riggio are citizens of Louisiana and together own real property located at 636 Huseman Lane, Covington, Louisiana 70435. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

209. Plaintiffs - Intervenors, Jerome and Ellen Robinson are citizens of Louisiana and together own real property located at 2609 Sand Bar Lane, Marrero, Louisiana 70072. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

210. Plaintiff - Intervenor, Linda Roland is a citizen of Louisiana and owns real property located at 4308 Jeanne Marie Place, New Orleans, Louisiana 70122. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

41

complaint which are incorporated herein by reference.

211.  Plaintiff - Intervenor, Shirley Rushing is a citizen of Louisiana and owns real property located at 4727 Eunice Drive, New Orleans, Louisiana 70127.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

212.  Plaintiffs - Intervenors, Felician and John Saunders are citizens of Louisiana and together own real property located at 4701 Page Drive, Metairie, Louisiana 70003.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

213.  Plaintiffs - Intervenors, Sandra and James Simmons are citizens of Louisiana and together own real property located at 240 Latigue Road, Waggaman, Louisiana 70094.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

214.  Plaintiffs - Intervenors, Melinda and Andre Simmons are citizens of Louisiana and together own real property located at 2700 Holiday Drive, New Orleans, Louisiana 70131.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

215.  Plaintiffs - Intervenors, Dana and Marcus Staub are citizens of Louisiana and together own real property located at 1208 Magnolia Alley, Mandeville, Louisiana 70471.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

216.  Plaintiff - Intervenor, Urseleen Stephens is a citizen of Louisiana and owns real

42

property located at 5161 Salinger Drive, Darrow, Louisiana 70725. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

217.   Plaintiffs - Intervenors, Thomas and Lauren Stone are citizens of Louisiana and together own real property located at 2316 Gallant, Chalmette, Louisiana 70043. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

218.   Plaintiffs - Intervenors, Michael and Kristina Stout are citizens of Louisiana and together own real property located at 2308 Legend Drive, Meraux, Louisiana 70075. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

219.   Plaintiffs - Intervenors, Martin and Doris Tatum are citizens of Louisiana and together own real property located at 3808 Alexander Lane, Marrero, Louisiana 70072. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

220.   Plaintiffs - Intervenors, Jessie Vu and Kristy Mai are citizens of Louisiana and together own real property located at 11342 Pressburg Street, New Orleans, Louisiana 70128. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

221.   Plaintiff - Intervenor, Kate Williams is a citizen of Louisiana and owns real property located at 4548 Ray Avenue, New Orleans, Louisiana 70126. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

222. Plaintiffs - Intervenors, Shelby and Arnelle Williams are citizens of Louisiana and together own real property located at 3844 Alexander Lane, Marrero, Louisiana 70072. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

223. Plaintiff - Intervenor, Robert Wischler is a citizen of Louisiana and owns real property located at 3387 Desaix Boulevard, New Orleans, Louisiana 70119. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

224. Plaintiff - Intervenor, Irvin Young is a citizen of Louisiana and owns real property located at 2224 Delary Street, New Orleans, Louisiana 70117. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

225. Plaintiff - Intervenor, Melissa Young is a citizen of Louisiana and owns real property located at 2909 Monica Lane, Marrero, LA 70072. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

226. Plaintiffs - Intervenors, Anna Bertholette and Leslie Lund are citizens of Louisiana and together own real property located at 4412 Olive Drive, Meraux, Louisiana 70075. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

227. Plaintiffs - Intervenors, Susan and Glenn Triche are citizens of Louisiana and

44

together own real property located at 3605 Decomine Drive, Chalmette, Louisiana 70043.

Plaintiffs are participating as class representatives in the class and subclasses as set forth in the

schedules accompanying this complaint which are incorporated herein by reference.

228.  Plaintiff - Intervenor, Harrison Baptiste is a citizen of Louisiana and owns real

property located at 10831 Harrow Road, New Orleans, Louisiana 70127.  Plaintiff is participating

as a class representative in the class and subclasses as set forth in the schedules accompanying

this complaint which are incorporated herein by reference.

229.  Plaintiff - Intervenor, Alean Lampton is a citizen of Mississippi and owns real

property located at 1518 Martin Luther King Drive, Tylertown, Mississippi 39667.  Plaintiff is

participating as a class representative in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

230.  Plaintiff - Intervenor, Wanda Lewis is a citizen of Louisiana and owns real property

located at 4221 Van Avenue, New Orleans, Louisiana 70122.  Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

231.  Plaintiff - Intervenor, Celeste Thomas is a citizen of Louisiana and owns real

property located at 5018 Frenchman Street, New Orleans, Louisiana 70122.  Plaintiff is

participating as a class representative in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

232.  Plaintiff - Intervenor, Sheila Guidry is a citizen of Louisiana and owns real property

located at 11111 S. Idlewood Ct., New Orleans, Louisiana 70128.  Plaintiff is participating as a

class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

233. Plaintiff - Intervenor, Rosalie Ambrose is a citizen of Louisiana and owns real property located at 7631 Scottwood, New Orleans, Louisiana 70128. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

234. Plaintiff - Intervenor, Peggy Tromatore is a citizen of Louisiana and owns real property located at 1221 Bayou Road, Violet, Louisiana 70092. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

235. Plaintiff - Intervenor, Charlene Marrero is a citizen of Louisiana and owns real property located at 11252 King Richard Drive, New Orleans, Louisiana 70128. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

236. Plaintiffs - Intervenors, Regine and John Barlow are citizens of Louisiana and together own real property located at 2644 Pelican Bay Blvd., Marrero, Louisiana 70072. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

237. Plaintiffs - Intervenors, James and Rosalie Webster, are citizens of Florida and together own real property located at 1100 Driftwood Drive, Vero Beach, Florida 32967. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

238. Plaintiff - Intervenor, Billy Biglane is a citizen of Mississippi and owns real

property located at 151 Aimee Road, Ferriday, Louisiana 71334. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

239. Plaintiff - Intervenor, Brian Bishop is a citizen of Mississippi and owns real property located at 60 Oak Lane, Waynesboro, Mississippi 39367. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

240. Plaintiff - Intervenor, Betty Gregory is a citizen of Mississippi and owns real property located at 269 Kelly Street, Pontotoc, Mississippi 38863. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

241. Plaintiff - Intervenor, Gabriel Hatten is a citizen of Mississippi and owns real property located at 1663 Monroe Road, Hattiesburg, Mississippi 39401. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

242. Plaintiff - Intervenor, Adam Hudson is a citizen of Mississippi and owns real property located at 1818 Perdido Blvd., Gautier, Mississippi 39553. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

243. Plaintiff - Intervenor, Christie Lopez is a citizen of Mississippi and owns real property located at 92 Oak Lane, Waynesboro, Mississippi 39367. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

244.  Plaintiff - Intervenor, Don Noldge is a citizen of Oregon and owns real property located at 2046 Beach Blvd., Biloxi, Mississippi 39531.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

245.  Plaintiff - Intervenor, Virgil Reese is a citizen of Mississippi and owns real property located at 4419 Walter Street, Moss Point, Mississippi 39563.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

246.  Plaintiff - Intervenor, Robert Somerhalder is a citizen of Mississippi and owns real property located at 218 Surf Street, Waveland, Mississippi 39576.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

247.  Plaintiffs - Intervenors, Ron and Hazel Tracy are citizens of Mississippi and together own real property located at 402 Waveland Avenue, Waveland, Mississippi 39576.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

248.  Plaintiffs - Intervenors, Don Boutte and Michael Robinson are citizens of Louisiana and together own real property located at 11051 Shoreline Drive, Baton Rouge, Louisiana 70809.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

249.  Plaintiffs - Intervenors, William and Thadius Billy are citizens of Louisiana and

48

together own real property located at 9900 Grant Street, New Orleans, Louisiana 70127. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

250.  Plaintiff - Intervenor, Mary Ann Catalanotto is a citizen of Louisiana and owns real property located at 743 Louque Street, New Orleans, Louisiana 70124.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

251.  Plaintiffs - Intervenors, Frances, Joseph, and George Barisich and Ann Marie Barisich Sever are citizens of Louisiana and together own real property located at 408 Livingston Avenue, Arabi, Louisiana 70032. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

252.  Plaintiff - Intervenor, Zelda Gillan is a citizen of Louisiana and owns real property located at 528 ½ 9th Street, Gretna Louisiana 70053.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

253.  Plaintiffs - Intervenors, Allie and Jeanie Jones are citizens of Louisiana and together own real property located at 212 16th Street, New Orleans, Louisiana 70124. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

254.  Plaintiffs - Intervenors, Daniel (III) and Elizabeth Lund are citizens of Louisiana and together own real property located at 5829 Silvia Drive, New Orleans, Louisiana 70124.

Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

255. Plaintiff - Intervenor, Kim Martinez is a citizen of Louisiana and owns real property located at 4843 Evangeline Drive, New Orleans, Louisiana 70127. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

256. Plaintiff - Intervenor, Cathy Mai Thi Nguyen is a citizen of Louisiana and owns real property located at 3009 Acorn Drive, Violet, Louisiana 70092. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

257. Plaintiffs - Intervenors, Eric and Tracey Romain are citizens of Louisiana and together own real property located at 2350 Lyndel Drive, Chalmette, Louisiana 70043. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

258. Plaintiff - Intervenor, Debra Peoples is a citizen of Georgia and owns real property located at 1350 Park Brooke Circle, Marietta, Georgia 30008. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

259. Plaintiff - Intervenor, Rickey Ryckman is a citizen of Louisiana and owns real property located at 4820 Janice Avenue, Kenner, Louisiana 70065. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

260. Plaintiff - Intervenor, Louis Valez is a citizen of Louisiana and owns real property located at 5427 Paris Avenue, New Orleans, Louisiana 70122. Plaintiff is a class representatives in the *Gross* complaint and is intervening by way of this pleading in order to assert claims against the non-manufacturing defendants in the chain of distribution for the defective drywall installed in his home. Plaintiff is participating as a class representative in the intervention complaint for the subclasses set forth in the schedules accompanying this complaint which are incorporated herein by reference.

261. Plaintiff - Intervenor, Tydell Nealy Whitfield is a citizen of Louisiana and owns real property located at 5848 Louis Prima Drive, West, New Orleans, Louisiana 70128. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

262. Plaintiff - Intervenor, Michelle Rogers is a citizen of Louisiana and owns real property located at 8313 Creole Drive, Chalmette, Louisiana 70043. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

263. Plaintiff - Intervenor, Carla Pritchett is a citizen of Washington and owns real property located at 5814 Willow Street, New Orleans, Louisiana 70115. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

264. Plaintiffs - Intervenors, Bertoule and Joan Cheramie are citizens of Louisiana and together own real property located at 266 Carriage Pines, Covington, Louisiana 70435. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

51

accompanying this complaint which are incorporated herein by reference.

265. Plaintiffs - Intervenors, Gloria and George Anderton are citizens of Florida and together own real property located at 6227 SW 152 Street, Palmetto Bay, Florida 33157. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

266. Plaintiff - Intervenor, Arlene Brennan is a citizen of Florida and owns real property located at 7 NW 13 Place, Cape Coral, Florida 33993. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

267. Plaintiffs - Intervenors, Clarence and Sheri Busbee, Jr. are citizens of Florida and together own real property located at 3031 Lake Manatee Court, Cape Coral, Florida 33909. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

268. Plaintiff - Intervenor, Megan Connolly is a citizen of Florida and owns real property located at 1976 NW 79 Terrace, Pembroke Pines, Florida 33024. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

269. Plaintiff - Intervenor, Evelyn Dubocq de Vicente is a citizen of Florida and owns real property located at 8049 NW 108 Pl., Doral, Florida 33178. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

270. Plaintiff - Intervenor, Nancy A. Farley is a citizen of Florida and owns real property

52

located at 551 NE 61 Terrace, Ocala, Florida 33470. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

271. Plaintiff - Intervenor, Haydee Ferrer is a citizen of Florida and owns real property located at 10845 NW 79 Street, Miami, Florida 33178. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

272. Plaintiff - Intervenor, Gina Gaita is a citizen of New Jersey and owns real property located at 10480 SW Stephanie Way, Unit #3-202, Port St. Lucie, Florida 34986. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

273. Plaintiffs - Intervenors, Nerio and Hedy M. Garcia and Clara Mazzarri are citizens of Florida and together own real property located at 10591 SW Sara Way, Port St. Lucie, Florida 34987. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

274. Plaintiffs - Intervenors, Nicholas Gimpel and Cathy O'Brien are citizens of Florida and together own real property located at 12561 Oak Bend Drive, Ft. Myers, Florida 33905. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

275. Plaintiffs - Intervenors, Franklin and Veronica Godwin are citizens of Michigan and together own real property located at 10440 Stephanie Way, #205, Port St. Lucie, Florida 34987. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the

schedules accompanying this complaint which are incorporated herein by reference.

276. Plaintiff - Intervenor, Susan Grueninger is a citizen of Florida and owns real property located at 606 San Antonio Avenue, Coral Gables, Florida 33146. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

277. Plaintiff - Intervenor, Howard Monika is a citizen of Georgia and owns real property located at 4109 Brynwood Drive, Naples, Florida 34119. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

278. Plaintiff - Intervenor, Deborah A. Hueston is a citizen of Rhode Island and owns real property located at 10320 SW Stephanie Way, Unit #211, Bldg. 7, Port St. Lucie, Florida 34987. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

279. Plaintiff - Intervenor, Andrea Jensen is a citizen of Florida and owns real property located at 24713 Laurel Ridge Drive, Lutz, Florida 33559. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

280. Plaintiff - Intervenor, Barry Labell is a citizen of Florida and owns real property located at 10560 SW Stephanie Way, Unit 206, Port St. Lucie, Florida 34987. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

281. Plaintiff - Intervenor, Noe A. Machado Bohorques is a citizen of Florida and owns

real property located at 10837 NW 79 Street, Miami, Florida 33185. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

282. Plaintiff - Intervenor, Samuel Montalvo, Jr. is a citizen of Florida and owns real property located at 1133 Nelson Road North, Cape Coral, Florida 33993. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

283. Plaintiff - Intervenor, Alvaro Nunez is a citizen of Florida and owns real property located at 10833 NW 79 St., Doral, Florida 33178. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

284. Plaintiff - Intervenor, Doug Nuss is a citizen of Florida and owns real property located at 20044 Larino Loop, Estero, Florida 33928. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

285. Plaintiff - Intervenor, Anna R. Pelligra is a citizen of Florida and owns real property located at 1922 SW 22 Ct., Homestead, Florida 33035. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

286. Plaintiff - Intervenor, Jose J. Pereira Dos Ramos is a citizen of Florida and owns real property located at 10841 NW 79 Street, Doral, Florida 33178. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

287.  Plaintiff - Intervenor, Mike Perez is a citizen of Florida and owns real property located at 10829 NW 79 Street, Doral, Florida 33178.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

288.  Plaintiff - Intervenor, Promenade at Tradition Community Association, Inc. owns real property located at 10560 SW Stephanie Way, Units 101; 102; 104; 105; 106; 201; 202; 203; 204; 205; 206; 207; 208; 209 210; 211 and 212, Port St. Lucie, Florida 34987; 10520 SW Stephanie Way, Unit 212, Port St. Lucie, Florida 34987; 10480 SW Stephanie Way, Units 101; 102; 103; 104; 201; 202; 203; 204; 205; 206; 207 and 208, Port St. Lucie, Florida 34987; 10440 SW Stephanie Way, Units 101; 102; 103; 104; 105; 106; 201; 202; 203; 204; 205; 206; 207; 208; 209; 210; 211 and 212, Port St. Lucie, Florida 34987 and 10360 SW Stephanie Way, Units 101; 102; 103; 104; 105; 201; 202; 204; 206; 207; 208; 209; 210; 211 and 212, Port St. Lucie, Florida 34987.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

289.  Plaintiff - Intervenor, Peter Rodriguez is a citizen of Florida and owns real property located at 12301 SW 221 St., Homestead, Florida 33170.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

290.  Plaintiff - Intervenor, Real Property Resolutions Group, LLC owns real property located at 10560 SW Stephanie Way, Units, 1-102; 1-106; 1-201; 1-211 and 1-212, Port St. Lucie, Florida 34987; 10440 SW Stephanie Way, Units 4-104 and 4-204, Port St. Lucie, Florida

34987 and 10360 Unit 6-208, Port St. Lucie, Florida 34987. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

291. Plaintiff - Intervenor, The Schaper Family Trust owns real property located at 8314 Sumner Avenue, Fort Myers, Florida 33908. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

292. Plaintiffs - Intervenors, Jore and Juana Valdez are citizens of Florida and together own real property located at 1962 SE 22 Ct. Homestead, Florida 30035. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

293. Plaintiffs - Intervenors, Angel and Maria de Villalobos are citizens of Florida and together own real property located at 10849 NW 79 Street, Doral, Florida 33178. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

294. Plaintiff - Intervenor, Christine Von dem Bach is a citizen of Florida and owns real property located at 6302 Shield Drive, Cresview, Florida 32539. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

295. Plaintiffs - Intervenors, Marc and Jennifer Wites are citizens of Florida and together own real property located at 17625 Middlebrook Way, Boca Raton, Florida 33496. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

296.  Plaintiff - Intervenor, Carroll Lamarque, Jr. is a citizen of Louisiana and owns real property located at 708 Magistrate Street, Chalmette, Louisiana 70043.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

297.  Plaintiff - Intervenor, Lana Alonzo is a citizen of Louisiana and owns real property located at 3205 Maureen Lane, Meraux, Louisiana 70075.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

298.  Plaintiffs - Intervenors, Judy and Barry Desmore are citizens of Louisiana and together own real property located at 115 Celestine, Chalmette, Louisiana 70043.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

299.  Plaintiff - Intervenor, Elliott Everard is a citizen of Louisiana and owns real property located at 3000 N. Palm Drive, Slidell, Louisiana 70458.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

300.  Plaintiff - Intervenor, Lorena Hartenstein is a citizen of Louisiana and owns real property located at 2519 Tournefort Street, Chalmette, Louisiana 70043.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

301.  Plaintiffs - Intervenors, Robert and Denise Martin are citizens of Louisiana and

together own real property located at 8906 Fox Gate Drive, Baton Rouge, Louisiana 70816. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

302.  Plaintiff - Intervenor, Scott Prescott is a citizen of Florida and owns real property located at 7816 104 Court, Vero Beach, Florida 32967.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

303.  Plaintiff - Intervenor, Sudheer Shirali is a citizen of Ohio and owns real property located at 6878 Long Leaf, Parkland, Florida 33076.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

304.  Plaintiff - Intervenor, Dean Barnett on behalf of Wilbar Investments, LLC owns real property located at 9420 Eden Manor, Parkland Florida 33076.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

305.  Plaintiffs - Intervenors, Leonard and Cheryla Caruso are citizens of Florida and together own real property located at 334 Mestre Place, N. Venice, Florida 34275.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

306.  Plaintiffs - Intervenors, Kennety and Lynn Levy are citizens of Florida and together own real property located at 7390 Wisteria Avenue, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

307.  Plaintiffs - Intervenors, Michael and Enny Cannestro are citizens of Florida and together own real property located at 17893 71st Lane North, Loxahatche, Florida 33470. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

308.  Plaintiffs - Intervenors, Roger and Joanne Hogan are citizens of Florida and together own real property located at 2756 E. Marcia Street, Inverness, Florida 34453.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

309.  Plaintiffs - Intervenors, Gerald and Karen Lahn are citizens of Florida and together own real property located at 233 Mestre Place, North Venice, Florida 34275.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

310.  Plaintiff - Intervenor, Adi Maya is a citizen of Florida and owns real property located at 12337 NW 69 Court, Parkland, Florida 33076.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

311.  Plaintiff - Intervenor, Charles Greenblott is a citizen of Florida and owns real property located at 2021 Sifield Greens Way, Sun City Center, Florida 33573.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

312.  Plaintiff - Intervenor, Thomas Gillespie is a citizen of Florida and owns real

property located at 1035 Fish Hook Cove, Bradenton, Florida 34212. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

313. Plaintiff - Intervenor, Lilia Villarama is a citizen of Florida and owns real property located at 202 Medici Terrace, North Venice, Florida 36367. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

314. Plaintiff - Intervenor, Chris Rutherford is a citizen of Florida and owns real property located at 213 Martellago Avenue, North Venice, Florida 36367. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

315. Plaintiff - Intervenor, Susan Auger is a citizen of Florida and owns real property located at 507 Rimini Vista Way, Sun City Center, Florida 33573. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

316. Plaintiff - Intervenor, Alan Miller is a citizen of Florida and owns real property located at 983 Fish Hook Cove, Bradenton, Florida 34212. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

317. Plaintiff - Intervenor, James Norton is a citizen of Florida and owns real property located at 9451 Portside Terrace, Bradenton, Florida 34212. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

318. Plaintiffs - Intervenors, Robert and Suzanne Sisk are citizens of Florida and together own real property located at 521 Rimini Vista Way, Sun City Center, Florida 33573. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

319. Plaintiff - Intervenor, Angelo DePompa is a citizen of Florida and owns real property located at 608 SW 147 Avenue, Pembroke Pines, Florida 33027. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

320. Plaintiff - Intervenor, John King is a citizen of Florida and owns real property located at 14848 97th Road North, West Palm Beach, Florida 33412. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

321. Plaintiffs - Intervenors, Allen and Anissa Fordham are citizens of Florida and together own real property located at 925 SW 146 Terrace, Pembroke Pines, Florida 33025. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

322. Plaintiffs - Intervenors, Martin and Nancy Goodstein are citizens of Florida and together own real property located at 2049 Sifield Greens Way, Sun City Center, Florida 33573. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

323. Plaintiffs - Intervenors, Richard and Marion James are citizens of Florida and

together own real property located at 804 King Leon Way, Sun City, Florida 33573. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

324.  Plaintiff - Intervenor, Amparo Acosta is a citizen of Florida and owns real property located at 9596 Cobblestone Creek Drive, Boynton Beach, Florida 33472.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

325.  Plaintiffs - Intervenors, Lee and Maureen Arnold are citizens of Florida and together own real property located at 1045 Fish Hook Cove, Bradenton, Florida 34212.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

326.  Plaintiffs - Intervenors, Robert and Anne Bailey are citizens of Florida and together own real property located at 1433 Emerald Dunes Drive, Sun City Center, Florida 33573. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

327.  Plaintiff - Intervenor, Hopeton Briscoe is a citizen of Florida and owns real property located at 8186 Emerald Place, Parkland, Florida 33076.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

328.  Plaintiff - Intervenor, Jack Carter, Jr. is a citizen of Florida and owns real property located at 318 Ciprani Way, North Venice, Florida 34275.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

63

complaint which are incorporated herein by reference.

329.   Plaintiffs - Intervenors, Ray Chladny and Debbie Stafford are citizens of Florida and together own real property located at 691 SW Estate Avenue, Port St. Lucie, Florida 34952. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

330.   Plaintiff - Intervenor, Jerry Cianfrini is a citizen of Florida and owns real property located at 9608 Kenley Court, Parkland, Florida 33076.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

331.   Plaintiff - Intervenor, Pamela Delpapa is a citizen of Florida and owns real property located at 98 Stoney Drive, Palm Beach Gardens, Florida 33410.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

332.   Plaintiff - Intervenor, Fifteen B's LC, a Florida Corporation owns real property located at 9584 Ginger Court, Parkland, Florida 33076.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

333.   Plaintiffs - Intervenors, Domenic and Darlene Gesualdo are citizens of Florida and together own real property located at 3232 N.E. 4th Street, Pompano Beach, Florida 33062. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

334.   Plaintiffs - Intervenors, Douglas Gottung and Dolores Florio are citizens of Florida

64

and together own real property located at 10360 SW Stephanie Way, Unit #204, Port St. Lucie, Florida 34987. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

335. Plaintiff - Intervenor, Beatriz Grajales is a citizen of Florida and owns real property located at 17894 Monte Vista Drive, Boca Raton, Florida 33497. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

336. Plaintiffs - Intervenors, Paul and Melody Ksal are citizens of Florida and together own real property located at 828 King Leon Way, Sun City Center, Florida 33573. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

337. Plaintiffs - Intervenors, Terrance and Sandra McCarty are citizens of Florida and together own real property located at 531 Rimini Vista Way, Sun City Center, Florida 33573. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

338. Plaintiff - Intervenor, Dave Neste is a citizen of Florida and owns real property located at 6474 NW Volucia Drive, Port St. Lucie, Florida 34986. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

339. Plaintiff - Intervenor, Paul Onori is a citizen of Florida and owns real property located at 1561 SW Chari Avenue, Port St. Lucie, Florida 34953. Plaintiff is participating as a

class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

340. Plaintiff - Intervenor, Sonia Orjuela is a citizen of Florida and owns real property located at 14726 SW 6 Street Building 41, Unit 4101, Pembroke Pines, Florida 33027. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

341. Plaintiffs - Intervenors, Gary and Nicole Patterson are citizens of Florida and together own real property located at 3096 Juniper Lane, Davie, Florida 33330. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

342. Plaintiffs - Intervenors, Calman and Charleen Pruscha Living Trust are citizens of Florida and together own real property located at 1419 Emerald Dunes Drive, Sun City Center, Florida, 33573. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

343. Plaintiff - Intervenor, Joseph Raio is a citizen of Florida and owns real property located at 3216 NE 4th Street, Pompano Beach, Florida 33062. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

344. Plaintiff - Intervenor, Carlos Ravelo is a citizen of Florida and owns real property located at 705 SW 147 Avenue, Pembroke Pines, Florida 33027. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

345.  Plaintiff - Intervenor, Michael Rose is a citizen of Florida and owns real property located at 185 Medici Terrace, North Venice, Florida 34275.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

346.  Plaintiff - Intervenor, Portsmith Condo Association owns real property located at 2020 Clubhouse Drive, Sun City Center, Florida 33573.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

347.  Plaintiff - Intervenor, Russell Foti, on behalf of Acadia II Condo, owns real property located at 1906 Clubhouse Drive, Sun City Center, Florida 33573.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

348.  Plaintiff - Intervenor, James Enyart, on behalf of Toscana II at Renaissance, Inc. owns real property located at 409 E. College Avenue, Ruskin, Florida 33570.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

349.  Plaintiffs - Intervenors, Edgar and Rita Alford are citizens of Florida and together own real property located at 2104 Sifield Greens Way, Sun City Center, Florida 33573.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

350.  Plaintiff - Intervenor, William Anderson is a citizen of Florida and owns real

property located at 353 Treeline Trace, Port St. Lucie, Florida 34983. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

351. Plaintiff - Intervenor, Leo Battista is a citizen of Florida and owns real property located at 9001 Sunrise Lakes Blvd. 311, Sunrise, Florida 33322. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

352. Plaintiff - Intervenor, Paul Benesch is a citizen of Florida and owns real property located at 1927 Sifield Greens Way, Sun City Center, Florida 33573. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

353. Plaintiffs - Intervenors, Douglas and Elizabeth Black are citizens of Florida and together own real property located at 833 King Leon Way, Sun City Center, Florida 33573. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

354. Plaintiff - Intervenor, Theresa Bo is a citizen of Florida and owns real property located at 1209 Peterborough Circle, Sun City Center, Florida 33573. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

355. Plaintiffs - Intervenors, Praksah R. and Rupa Bontu are citizens of Florida and together own real property located at 809 King Leon Way, Sun City Center, Florida 33573. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the

68

schedules accompanying this complaint which are incorporated herein by reference.

356.  Plaintiffs - Intervenors, James and Janie Burt are citizens of Florida and together own real property located at 2035 Sifield Greens Way, Sun City Center, Florida 33573.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

357.  Plaintiff - Intervenor, Theodore Cintula is a citizen of Florida and owns real property located at 2212 Sifield Greens Way, Sun City Center, Florida 33573.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

358.  Plaintiffs - Intervenors, John and Pamela D'Ambrosio are citizens of Florida and together own real property located at 338 Mestre Place, North Venice, Florida 34275.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

359.  Plaintiff - Intervenor, Shabbir Dharamsey is a citizen of Florida and owns real property located at 6840 Long Leaf Drive, Parkland, Florida 33067 and 6830 Long Leaf Drive, Parkland, Florida 33076.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

360.  Plaintiff - Intervenor, Cecile Edwards is a citizen of Florida and owns real property located at 1006 Bristol Greens Court, Sun City Center, Florida 33573.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

361. Plaintiffs - Intervenors, David and Catherine Frank are citizens of Florida and together own real property located at 826 King Leon Way, Sun City Center, Florida 33573. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

362. Plaintiffs - Intervenors, Peter and Tracy Gaynor are citizens of Florida and together own real property located at 6860 Long Leaf Drive, Parkland, Florida 33076. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

363. Plaintiff - Intervenor, Peter V. Gobos is a citizen of Florida and owns real property located at 9607 Exbury Court, Parkland, Florida 33076. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

364. Plaintiff - Intervenor, Wilbar Investments, LLC, a Florida Corporation owns real property located at 9420 Eden Manor, Parkland, Florida 33076. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

365. Plaintiffs - Intervenors, John Goldblum and Asmita Shirali are citizens of Florida and together own real property located at 9707 Cinnamon Court, Parkland, Florida 33076. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

366. Plaintiffs - Intervenors, James and Barbara Heller are citizens of Florida and together own real property located at 839 King Leon Way, Sun City Center, Florida 33573.

Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

367. Plaintiffs - Intervenors, Ken Herbert and Margo Foglia are citizens of Florida and together own real property located at 822 King Leon Way, Sun City Center, Florida 33573. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

368. Plaintiffs - Intervenors, Ronald and Florence Iannazzi are citizens of Florida and together own real property located at 813 King Leon Way, Sun City Center, Florida 33573. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

369. Plaintiffs - Intervenors, Roosevelt Jones and Barbara Green are citizens of Florida and together own real property located at 1420 Emerald Dunes Drive, Sun City Center, Florida. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

370. Plaintiffs - Intervenors, Julio and Carmen LaSalle are citizens of Florida and together own real property located at 14704 SW 5 Street, Pembroke Pines, Florida 33027. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

371. Plaintiff - Intervenor, Eloise Lewis is a citizen of Florida and owns real property located at 817 King Leon Way, Sun City Center, Florida 33573. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

71

372.  Plaintiff - Intervenor, Mauricio Reyes Henao, on behalf of Lumare Properties, owns real property located at 3301 NE 183rd Street, Unit 2005, Aventura, Florida 33160.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

373.  Plaintiffs - Intervenors, Robert and Lorraine Mancuso are citizens of Florida and together own real property located at 812 King Leon Way, Sun City Center, Florida 33573. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

374.  Plaintiff - Intervenor, Katherine Marcario is a citizen of Florida and owns real property located at 1008 Bristol Greens Court, Sun City Center, Florida 33573.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

375.  Plaintiffs - Intervenors, Balraj and Pushpa Nijhawan c/o Pradeep Nijhawan, POA, are citizens of Florida and together own real property located at 825 King Leon Way, Sun City Center, Florida 33573.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

376.  Plaintiffs - Intervenors, Gerald O'Neil and Jacqueline Brasch are citizens of Florida and together own real property located at 818 King Leon Way, Sun City Center, Florida 33573. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

377.  Plaintiffs - Intervenors, Amelia and Mark Ortiz are citizens of Florida and together

72

own real property located at 9701 Cobblestone Creek Drive, Boynton Beach, Florida 33472.
Plaintiffs are participating as class representatives in the class and subclasses as set forth in the
schedules accompanying this complaint which are incorporated herein by reference.

378.    Plaintiff - Intervenor, Samuel Perone is a citizen of Florida and owns real property
located at 7261 Lemon Grass Drive, Parkland, Florida 33076.  Plaintiff is participating as a class
representative in the class and subclasses as set forth in the schedules accompanying this
complaint which are incorporated herein by reference.

379.    Plaintiffs - Intervenors, Robert and Edith Price are citizens of Florida and together
own real property located at 510 Rimini Vista Way, Sun City Center, Florida 33573.  Plaintiffs
are participating as class representatives in the class and subclasses as set forth in the schedules
accompanying this complaint which are incorporated herein by reference.

380.    Plaintiffs - Intervenors, John and Patricia Richards are citizens of Florida and
together own real property located at 811 King Leon Way, Sun City Center, Florida 33573.
Plaintiffs are participating as class representatives in the class and subclasses as set forth in the
schedules accompanying this complaint which are incorporated herein by reference.

381.    Plaintiffs - Intervenors, Frank and Christina Rizzo are citizens of Florida and
together own real property located at 8020 NW 126 Terrace, Parkland, Florida 33076.  Plaintiffs
are participating as class representatives in the class and subclasses as set forth in the schedules
accompanying this complaint which are incorporated herein by reference.

382.    Plaintiffs - Intervenors, Robert and Natalie Ross are citizens of Florida and together
own real property located at 1418 Emerald Dunes Drive, Sun City Center, Florida 33573.
Plaintiffs are participating as class representatives in the class and subclasses as set forth in the

schedules accompanying this complaint which are incorporated herein by reference.

383.  Plaintiffs - Intervenors, Clyde and Pauline Schafer are citizens of Florida and together own real property located at 814 King Leon Way, Sun City Center, Florida 33573. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

384.  Plaintiffs - Intervenors, Gustavo and Maria Sosa are citizens of Florida and together own real property located at 14728 SW 5th Street, Pembroke Pines, Florida 33027.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

385.  Plaintiffs - Intervenors, Eric Tobin and Beth Sorenson are citizens of Florida and together own real property located at 8102 NW 125 Terrace, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

386.  Plaintiffs - Intervenors, Rodney and Shelia Troutman are citizens of Florida and together own real property located at 336 Siena Vista Place, Sun City Center, Florida 33573. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

387.  Plaintiff - Intervenor, Darryl Weiner is a citizen of Florida and owns real property located at 6890 Long Leaf Drive, Parkland, Florida 33076.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

388.  Plaintiff - Intervenor, Slidell Property Management, LLC owns real property located

at 1013 Clairise Court, Slidell, Louisiana 70461; 1021 Clairise Court, Slidell, Louisiana 70461;

1033 Clairise Court, Slidell, Louisiana 70461; 1080 Clairise Court, Slidell, Louisiana 70461;

1029 Clairise Court, Slidell, Louisiana 70461; 1096 Clairise Court, Slidell, Louisiana 70461;

1036 Clairise Court, Slidell, Louisiana 70461; and 1072 Clairise Court, Slidell, Louisiana 70461.

Plaintiff is participating as a class representative in the class and subclasses as set forth in the

schedules accompanying this complaint which are incorporated herein by reference.

> 389.  Plaintiffs - Intervenors, Charles and Mary Back are citizens of Florida and together

own real property located at 1215 Magnolia Alley, Mandeville, Louisiana 70471.  Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

> 390.  Plaintiffs - Intervenors, John and Rachelle Blue are citizens of Louisiana and

together own real property located at 422 28th Street, New Orleans, Louisiana 70124.  Plaintiffs

are participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

> 391.  Plaintiffs - Intervenors, Barry and Mary Borne are citizens of Louisiana  and

together own real property located at 1217 Magnolia Alley, Mandeville, Louisiana 70471.

Plaintiffs are participating as class representatives in the class and subclasses as set forth in the

schedules accompanying this complaint which are incorporated herein by reference.

> 392.  Plaintiff - Intervenor, Holly Braselman is a citizen of Louisiana and owns real

property located at 1206 Magnolia Alley, Mandeville, Louisiana 70471.  Plaintiff is participating

as a class representative in the class and subclasses as set forth in the schedules accompanying

this complaint which are incorporated herein by reference.

393. Plaintiff - Intervenor, Rosanne Wilfer is a citizen of Louisiana and owns real property located at 1202 Magnolia Alley, Mandeville, Louisiana 70471. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

394. Plaintiffs - Intervenors, Nicola and Connie Fineschi are citizens of Louisiana and together own real property located at 1200 Magnolia Alley, Mandeville, Louisiana 70471. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

395. Plaintiff - Intervenor, Molly Kehoe is a citizen of Louisiana and owns real property located at 1204 Magnolia Alley, Mandeville, Louisiana 70471. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

396. Plaintiffs - Intervenors, Kirk and Lori Meyer are citizens of Louisiana and together own real property located at 101 White Heron Drive, Mandeville, Louisiana 70471. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

397. Plaintiff - Intervenor, Alton Pierce is a citizen of Louisiana and owns real property located at 7452 Briarheath Drive, New Orleans, Louisiana 70128. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

398. Plaintiffs - Intervenors, Marcus and Jevon Grant are citizens of Louisiana and together own real property located at 4559 Knight Drive, New Orleans, Louisiana 70127.

Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

399.  Plaintiff - Intervenor, Tammy Banner is a citizen of Louisiana and owns real property located at 1206 Aycort Street, Arabi, Louisiana 70032.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

400.  Plaintiffs - Intervenors, Ryan and Julie Chalmers are citizens of Louisiana  and together own real property located at 6359 Marshall Foch, New Orleans, Louisiana 70124. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

401.  Plaintiff - Intervenor, Gregory Shuss is a citizen of New Jersey and owns real property located at 10858 Tiberio Drive, Ft. Myers, Florida 33913.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

402.  Plaintiffs - Intervenors, Steven and Dana LeBlanc are citizens of Louisiana  and together own real property located at 572 Huseman Lane, Covington, Louisiana 70435.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

403.  Plaintiff - Intervenor, Patrick Michael Farley is a citizen of Louisiana and owns real property located at 9013 Amour Drive, Chalmette, Louisiana 77043.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

404. Plaintiff - Intervenor, Margaret Scoggins is a citizen of Mississippi and owns real property located at 4317 Orchard Road, Pascagoula, Mississippi 39581. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

405. Plaintiffs - Intervenors, Wilson and Terry Trent are citizens of Texas and together own real property located at 20307 Evening Primrose Lane, Tomball, Texas 77375. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

406. Plaintiffs - Intervenors, Rodney and Geraldine Dinette are citizens of Louisiana and together own real property located at 573 Huseman Lane, Covington, Louisiana 70435. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

407. Plaintiff - Intervenor, Dan Craven is a citizen of Louisiana and owns real property located at 133 38th Street, Lakeview, Louisiana 70214 and 6700 Avenue A, Lakewood, Louisiana 70214. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

408. Plaintiffs - Intervenors, James and Sandra Kelly are citizens of Tennessee and together own real property located at 191 E. Hightower Road, Soddy-Daisy, Tennessee 37379. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

409. Plaintiffs - Intervenors, John and Monica Burk are citizens of Alabama and together own real property located at 31920 Bux Bee Road, Spanish Fort, Alabama 36527. Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

410. Plaintiffs - Intervenors, Eric Galvan and Lavenda Marsh are citizens of Texas and together own real property located at 18434 Inwood Elm Circle, Humble, Texas 77346. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

411. Plaintiff - Intervenor, Bridget Leonard is a citizen of Texas and owns real property located at 12818 Covey Lane, Houston, Texas 77099. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

412. Plaintiff - Intervenor, Frank Molden is a citizen of Mississippi and owns real property located at 4401 Julia Street, Moss Point, Mississippi 39563 and 4407 Julia Street, Moss Point, Mississippi 39563. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

413. Plaintiff - Intervenor, William Nelms, Jr. is a citizen of Florida and owns real property located at 214 Stevensville Street, Port Charlotte, Florida 33954. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

414. Plaintiff - Intervenor, Lynne Lussier is a citizen of Florida and owns real property located at 5914 Bilek Drive, Pensacola, Florida 32526. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

415. Plaintiffs - Intervenors, Mark and Beverly Ann Risko are citizens of Florida and together own real property located at 5910 Bilek Drive, Pensacola, Florida 32526. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

416. Plaintiffs - Intervenors, William and Gena Lundy are citizens of Florida and together own real property located at 8820 Hwy. 89, Milton, Florida 32560. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

417. Plaintiffs - Intervenors, Rosetta and Lucious Jones are citizens of Florida and together own real property located at 494 Genevive Court, Pensacola, Florida 32526. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

418. Plaintiff - Intervenor, James Gillman c/o Carolyn Houck is a citizen of Florida and owns real property located at 6435 Dallas Avenue, Pensacola, Florida 32526. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

419. Plaintiffs - Intervenors, Timothy and Tosha Knowles are citizens of Florida and together own real property located at 7636 Killiam Road, Century, Florida 32535. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

420. Plaintiffs - Intervenors, Todd and Melissa Reber are citizens of Florida and together

80

own real property located at 5385 Schaag Road, Molino, Florida 32577. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

421. Plaintiffs - Intervenors, Ronald and Lisa Miller, Sr. are citizens of Alabama and together own real property located at 9660 Harbour Drive, Alberta, Alabama 36530. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

422. Plaintiff - Intervenor, Jeremy Pate is a citizen of Florida and owns real property located at 6311 Ard Road, Pensacola, Florida 32526. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

423. Plaintiffs - Intervenors, Christiana Swan and Michael Harwick are citizens of Florida and together own real property located at 14125 Stowbridge Avenue, Tampa, Florida 33626. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

424. Plaintiff - Intervenor, Sherrie Kelson is a citizen of Florida and owns real property located at 5951 Annette Street, Pensacola, Florida 32506. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

425. Plaintiffs - Intervenors, Daniel and Danielle Kapalin are citizens of Florida and together own real property located at 14115 Stowbridge Avenue, Tampa, Florida 33626. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the

81

schedules accompanying this complaint which are incorporated herein by reference.

426.  Plaintiffs - Intervenors, Ryan and Danielle Willey are citizens of Florida and together own real property located at 1722 Graduate Way, Pensacola, Florida 32514.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

427.  Plaintiff - Intervenor, Amanda Hughes is a citizen of Florida and owns real property located at 5938 Bilek Drive, Pensacola, Florida 32526.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

428.  Plaintiff - Intervenor, William Parker, Jr. is a citizen of Florida and owns real property located at 2322 Anthens Avenue, Pensacola, Florida 32507.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

429.  Plaintiffs - Intervenors, Kenneth and Cindy Salter are citizens of Florida and together own real property located at 5484 Inwood Drive, Pace, Florida 32571.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

430.  Plaintiffs - Intervenors, Herschel and Karen Holt are citizens of Florida and together own real property located at 200 Camp Harberson Lane, Baker, Florida 32531. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

431.  Plaintiff - Intervenor, Robert Morris is a citizen of Florida and owns real property

82

located at 14123 Stilton Street, Tampa, Florida 33626. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

432. Plaintiffs - Intervenors, Lonnette Bentley and Kenneth Lowery are citizens of Florida and together own real property located at 4458 Preacher Lane, Jay, Florida 32565. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

433. Plaintiffs - Intervenors, I.D. and Sonia Brewton, III are citizens of Florida and together own real property located at 8804 Jernigan Road, Pensacola, Florida 32514. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

434. Plaintiffs - Intervenors, Samantha and John L. Burkhead are citizens of Florida and together own real property located at 4457 Marvin Reaves Road, Jay, Florida 32565. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

435. Plaintiffs - Intervenors, Frederic (Kent) and Amanda Calloway are citizens of Florida and together own real property located at 2333 Hwy. 168, Century, Florida 32535. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

436. Plaintiff - Intervenor, Lula Daniels is a citizen of Florida and owns real property located at 5918 Bilek Drive, Pensacola, Florida 32526. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

437. Plaintiff - Intervenor, Chris Davis is a citizen of Florida and owns real property located at 300 East Bogia Road, McDavid, Florida 32568. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

438. Plaintiffs - Intervenors, Carson and Charlene Fluharty are citizens of Florida and together own real property located at 1706 Graduate Way, Pensacola, Florida 32514. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

439. Plaintiffs - Intervenors, Ronald and Brandy Harvey, Jr. are citizens of Florida and together own real property located at 5919 Bilek Drive, Pensacola, Florida 32526. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

440. Plaintiffs - Intervenors, Michael and Angel Nowling are citizens of Florida and together own real property located at 3323 Farrish Road, Jay, Florida 32565. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

441. Plaintiff - Intervenor, William Parker, Sr. is a citizen of Florida and owns real property located at 2318 Athens Avenue, Pensacola, Florida 32507. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

442. Plaintiff - Intervenor, Susan Posey is a citizen of Florida and owns real property

located at 5934 Bilek Drive, Pensacola, Florida 32526. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

443. Plaintiffs - Intervenors, George and Anna Taylor are citizens of Florida and together own real property located at 9345 Bell Ridge Drive, Pensacola, Florida 32526. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

444. Plaintiffs - Intervenors, William and Charlotte Weekley are citizens of Florida and together own real property located at 6227 Clear Creek Road, Milton, Florida 32570. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

445. Plaintiff - Intervenor, Fred Sims is a citizen of Florida and owns real property located at 1206 North 'V' Street, Pensacola, Florida 32505. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

446. Plaintiff - Intervenor, Willie Sims is a citizen of Florida and owns real property located at 3220 West Moreno Street, Pensacola, Florida 32505. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

447. Plaintiff - Intervenor, Tim Allison is a citizen of Alabama and owns real property located at 704 Cahaba Manor Drive, Birmingham, Alabama 35124. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

448.  Plaintiffs - Intervenors, Mohammed I. Arif and Aamara Shazia are citizens of Alabama and together own real property located at 2352 Arbor Glen, Birmingham, Alabama 35244.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

449.  Plaintiff - Intervenor, Delores Aultman is a citizen of Alabama and owns real property located at 1404 Rabbittown Road, Gadsden, Alabama 35903.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

450.  Plaintiff - Intervenor, Catherine Avant is a citizen of Mississippi and owns real property located at 2902 Blanchard, Pascagoula, Mississippi 39567.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

451.  Plaintiffs - Intervenors, Arthur and Barbara Balassone are citizens of New Jersey and together own real property located at 1660 Renaissance Commons Blvd., Unit 2404, Boynton Beach, Florida 33426.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

452.  Plaintiff - Intervenor, Allen Baron is a citizen of Florida and owns real property located at 1660 Renaissance Commons Blvd., Unit 2407, Boynton Beach, Florida 33426.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

453.  Plaintiff - Intervenor, Robert Belcher is a citizen of Alabama and owns real property located at 4406 Boulder Lake Circle, Vestavia Hills, Alabama 35242.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

454.  Plaintiff - Intervenor, Marvaleen Bell is a citizen of Alabama and owns real property located at 4720 Terrace Street, Birmingham, Alabama 35208.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

455.  Plaintiff - Intervenor, Thomes E. Bell is a citizen of Alabama and owns real property located at 180 Tessa Circle, Albertville, Alabama 35950.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

456.  Plaintiff - Intervenor, Regina Boglin is a citizen of Alabama and owns real property located at 2028 Pratt Highway, Birmingham, Alabama 35214.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

457.  Plaintiff - Intervenor, Jenise Burton is a citizen of Alabama and owns real property located at 4005 Wescott Circle, Moody, Alabama 35004.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

458.  Plaintiff - Intervenor, Bernice Butler is a citizen of Georgia and owns real property located at 2999 Silver Hill Drive, Douglasville, Georgia 30135.  Plaintiff is participating as a

87

class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

459.  Plaintiffs - Intervenors, Louis and Michele Cammarata are citizens of New Jersey and together own real property located at 1660 Renaissance Commons Blvd., Unit 2503, Boynton Beach, Florida 33426.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

460.  Plaintiff - Intervenor, Lewis Harland Caruthers is a citizen of Mississippi and owns real property located at 299 Twin Creek Road, Lucedale, Mississippi 39452.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

461.  Plaintiff - Intervenor, William Cashion is a citizen of Alabama and owns real property located at 12621 Tannehill Parkway, McCalla, Alabama 35111.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

462.  Plaintiffs - Intervenors, Larry and Michelle Chauppetta are citizens of Mississippi and together own real property located at 6 Navajo Drive, Picayune, Mississippi 39466. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

463.  Plaintiff - Intervenor, Misty Coleman is a citizen of Alabama and owns real property located at 13091 Concord Drive W, Lillian Alabama 36549.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

464. Plaintiffs - Intervenors, Victor and Pamela Copello are citizens of New Jersey and together own real property located at 1660 Renaissance Commons Blvd., Unit 2204, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

465. Plaintiff - Intervenor, Jeffrey Cox is a citizen of Alabama and owns real property located at 2126 Chelsea Ridge Drive, Columbiana, Alabama 35051. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

466. Plaintiffs - Intervenors, Angelo and Deborah D'Ambrosio are citizens of New York and together own real property located at 1660 Renaissance Commons Blvd., Unit 2305, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

467. Plaintiff - Intervenor, Smith Delk is a citizen of Mississippi and owns real property located at 2427 35th Avenue, Meridian, Mississippi 39301. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

468. Plaintiffs - Intervenors, Scott D. and Kristin Donmeyer are citizens of Louisiana and together own real property located at 4436 Park Shore Drive, Marrero, Louisiana 70072. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the

schedules accompanying this complaint which are incorporated herein by reference.

469.  Plaintiffs - Intervenors, Gregory and Elizabeth Eleuterius are citizens of Mississippi and together own real property located at 6401 Seawinds Blvd., Biloxi, Mississippi 39532. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

470.  Plaintiffs - Intervenors, Jefferey and Ella Engel are citizens of Mississippi and together own real property located at 1028 Spruce Street, Ocean Springs, Mississippi 39564. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

471.  Plaintiff - Intervenor, Mark Englander is a citizen of New York and owns real property located at 1690 Renaissance Commons Blvd., Unit 1508, Boynton Beach, Florida 33426.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

472.  Plaintiff - Intervenor, Michael Everett is a citizen of Mississippi and owns real property located at 202 Allison Circle, Gulfport, Mississippi 39503.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

473.  Plaintiffs - Intervenors, Jamison and Lauren Fails are citizens of Alabama and together own real property located at 852 Barkley Drive, Alabaster, Alabama 35007.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

474.  Plaintiff - Intervenor, Sean Flaherty is a citizen of New Jersey and owns real

property located at 1660 Renaissance Commons Blvd., Unit 2514, Boynton Beach, Florida

33426. Plaintiff is participating as a class representative in the class and subclasses as set forth in

the schedules accompanying this complaint which are incorporated herein by reference.

475. Plaintiff - Intervenor, Van Foster is a citizen of Alabama and owns real property

located at 1514 11th Street N, Birmingham, Alabama 35204. Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

476. Plaintiff - Intervenor, Allison Franklin is a citizen of Alabama and owns real

property located at 3049 Hall Drive, Southside, Alabama 35907. Plaintiff is participating as a

class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

477. Plaintiffs - Intervenors, Jacques and Rose Gani are citizens of New York and

together own real property located at 1660 Renaissance Commons Blvd., Unit 2525, Boynton

Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and

subclasses as set forth in the schedules accompanying this complaint which are incorporated

herein by reference.

478. Plaintiffs - Intervenors, Thomas and Carly Garvey are citizens of Alabama and

together own real property located at 844 Barkley Drive, Alabaster, Alabama 35007. Plaintiffs

are participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

479. Plaintiffs - Intervenors, Gerald and Terry Graham are citizens of Alabama and

together own real property located at 414 Ruben Avenue, Saraland, Alabama 36571. Plaintiffs

are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

480.  Plaintiff - Intervenor, Mary Nell Green is a citizen of Mississippi and owns real property located at 3806 2nd Street, Moss Point, Mississippi 39563.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

481.  Plaintiff - Intervenor, Letitia Hahn is a citizen of Florida and owns real property located at 1690 Renaissance Commons Blvd., Unit 1221, Boynton Beach, Florida 33426. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

482.  Plaintiff - Intervenor, Lisa Hales is a citizen of Mississippi and owns real property located at 10085 Bayou View Drive W, Bay St. Louis, Mississippi 39520.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

483.  Plaintiff - Intervenor, Allen Hammer is a citizen of Alabama and owns real property located at 3777 Snowshill Drive, Birmingham, Alabama 35242.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

484.  Plaintiffs - Intervenors, Lee and Barbara Hankins are citizens of Mississippi and together own real property located at 14369 Autumn Chase, Gulfport, Mississippi 39503. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

485.  Plaintiff - Intervenor, Alfred Harkley is a citizen of Alabama and owns real property located at 1288 Sierra Court, Gardendale, Alabama 35071.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

486.  Plaintiff - Intervenor, James Harris is a citizen of Alabama and owns real property located at 5401 7ᵗʰ Avenue N, Bessemer, Alabama 35020.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

487.  Plaintiff - Intervenor, Cecil Hatcher is a citizen of Alabama and owns real property located at 3010 Washington Circle, Moody, Alabama 35004.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

488.  Plaintiffs - Intervenors, Joseph and Selena Hayes are citizens of Alabama and together own real property located at 3930 Walter Moore Road, Chunchula, Alabama 36521.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

489.  Plaintiffs - Intervenors, Danny and Cathy Headley are citizens of Alabama and together own real property located at 5313 County Road 24, Verbena, Alabama 36091.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

490.  Plaintiffs - Intervenors, David and Vickie Hickman are citizens of Alabama and together own real property located at 10 Foxchase Drive, Gadsden, Alabama 35903.  Plaintiffs

93

are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

491.  Plaintiffs - Intervenors, Victor and Loumertistene Howell are citizens of Georgia and together own real property located at 5275 Sandbar Cove, Winston, Georgia 30187. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

492.  Plaintiff - Intervenor, Charles Hummer is a citizen of Florida and owns real property located at 2617 Jaylene Road, North Port, Florida 34288.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

493.  Plaintiff - Intervenor, Fred Johnson is a citizen of Alabama and owns real property located at 3200 Heathrow Downs, Birmingham, Alabama 35226.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

494.  Plaintiffs - Intervenors, Juan Carlos and Martha Julia are citizens of Florida and together own real property located at 1690 Renaissance Commons Blvd., Unit 1521, Boynton Beach, Florida 33426.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

495.  Plaintiff - Intervenor, Marita Kallfelz is a citizen of Florida and owns real property located at 1690 Renaissance Commons Blvd., Unit 1315, Boynton Beach, Florida 33426. Plaintiff is participating as a class representative in the class and subclasses as set forth in the

94

schedules accompanying this complaint which are incorporated herein by reference.

496.  Plaintiff - Intervenor, Leslie Kaufman is a citizen of Florida and owns real property located at 1690 Renaissance Commons Blvd., Unit 1307, Boynton Beach, Florida 33426. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

497.  Plaintiff - Intervenor, Stacey R. Keyt is a citizen of Mississippi and owns real property located at 806 Villere Street, Waveland, Mississippi 39576.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

498.  Plaintiffs - Intervenors, Arthur and Martha Kovens are citizens of Maryland and together own real property located at 1660 Renaissance Commons Blvd., Unit 2527, Boynton Beach, Florida 33426.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

499.  Plaintiffs - Intervenors, Ronald and Anita Kramer are citizens of Florida and together own real property located at 1660 Renaissance Commons Blvd., Unit 2310, Boynton Beach, Florida 33426.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

500.  Plaintiff - Intervenor, Howard Krause as Trustee of the Naomi Krause Revocable Trust is a citizen of Florida and owns real property located at 1690 Renaissance Commons Blvd, Unit 1109, Boynton Beach, Florida 33426.  Plaintiff is participating as a class representative in

the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

501. Plaintiff - Intervenor, L&L South Florida Realty, LLC is a citizen of New Jersey and owns real property located at 1660 Renaissance Commons Blvd., Unit 2512, Boynton Beach, Florida 33426. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

502. Plaintiff - Intervenor, Samuel Ledford is a citizen of Alabama and owns real property located at 10308 Renfroe Road, Alpine, Alabama 35014. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

503. Plaintiffs - Intervenors, Richard and Shannon Lescarini are citizens of Alabama and together own real property located at 860 Barkley Drive, Alabaster, Alabama 35007. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

504. Plaintiff - Intervenor, Leonard Lewis is a citizen of Alabama and owns real property located at 6201 Eastern Valley Road, McCalla, Alabama 35111. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

505. Plaintiff - Intervenor, Lesley Lewis is a citizen of Florida and owns real property located at 1690 Renaissance Commons Blvd, Unit 1223, Boynton Beach, Florida 33426. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

96

506. Plaintiffs - Intervenors, George and Adrienne Luntz are citizens of Florida and together own real property located at 1660 Renaissance Commons Blvd., Unit 2501 and Unit 2516, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

507. Plaintiff - Intervenor, Murphy Madigan is a citizen of Florida and owns real property located at 1660 Renaissance Commons Blvd, Unit 2119, Boynton Beach, Florida 33426. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

508. Plaintiff - Intervenor, Shawn Maesel is a citizen of Florida and owns real property located at 1660 Renaissance Commons Blvd, Unit 2417, Boynton Beach, Florida 33426. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

509. Plaintiff - Intervenor, Kimberly Marable is a citizen of Alabama and owns real property located at 2021 Hampton Place, Birmingham, Alabama 35215. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

510. Plaintiff - Intervenor, Teresa Marino is a citizen of Alabama and owns real property located at 113 Emily Circle, Birmingham, Alabama 35242. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

511. Plaintiff - Intervenor, Edward Marks is a citizen of Florida and owns real property

97

located at 1660 Renaissance Commons Blvd, Unit 2118, Boynton Beach, Florida 33426.
Plaintiff is participating as a class representative in the class and subclasses as set forth in the
schedules accompanying this complaint which are incorporated herein by reference.

512.  Plaintiff - Intervenor, Michael McCool is a citizen of Alabama and owns real
property located at 203 Bedford Lane, Calera, Alabama 35040.  Plaintiff is participating as a
class representative in the class and subclasses as set forth in the schedules accompanying this
complaint which are incorporated herein by reference.

513.  Plaintiff - Intervenor, Maria McKee is a citizen of Alabama and owns real property
located at 117 Emily Circle, Birmingham, Alabama 35242.  Plaintiff is participating as a class
representative in the class and subclasses as set forth in the schedules accompanying this
complaint which are incorporated herein by reference.

514.  Plaintiff - Intervenor, Martha McKenzie is a citizen of Mississippi and owns real
property located at 175 Old Mound Bayou Road, Mound Bayou, Mississippi 38763.  Plaintiff is
participating as a class representative in the class and subclasses as set forth in the schedules
accompanying this complaint which are incorporated herein by reference.

515.  Plaintiff - Intervenor, Jacob McKinley is a citizen of Mississippi and owns real
property located at 23 Hammock Road, Carriere, Mississippi 39426.  Plaintiff is participating as
a class representative in the class and subclasses as set forth in the schedules accompanying this
complaint which are incorporated herein by reference.

516.  Plaintiffs - Intervenors, William R. and Setsuke McMahon are citizens of
Mississippi and together own real property located at 104 Muirfield Court, Ocean Springs,
Mississippi 39564.  Plaintiffs are participating as class representatives in the class and subclasses

as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

517. Plaintiff - Intervenor, Nancy Meinholz is a citizen of Florida and owns real property located at 1660 Renaissance Commons Blvd, Unit 2211, Boynton Beach, Florida 33426. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

518. Plaintiffs - Intervenors, Carolyn Melton and Ivory Jackson are citizens of Alabama and together own real property located at 3408 13th Avenue North, Birmingham, Alabama 35234. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

519. Plaintiff - Intervenor, Robert Miller is a citizen of Florida and owns real property located at 1660 Renaissance Commons Blvd, Unit 2205, Boynton Beach, Florida 33426. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

520. Plaintiffs - Intervenors, William and Teresa Miller are citizens of Pennsylvania and together own real property located at 1660 Renaissance Commons Blvd, Unit 2608, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

521. Plaintiff - Intervenor, Brandon Mize is a citizen of Alabama and owns real property located at 2152 Parsons Drive, Moody, Alabama 35004. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

99

complaint which are incorporated herein by reference.

522. Plaintiffs - Intervenors, Daniel and Marva Moon are citizens of Alabama and together own real property located at 2012 Grove Park Way, Birmingham, Alabama 35242. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

523. Plaintiffs - Intervenors, Jerry and Rhonda Moore are citizens of Alabama and together own real property located at 20001 US Hwy 411, Springville, Alabama 35146. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

524. Plaintiff - Intervenor, Roxzana Moore is a citizen of Mississippi and owns real property located at 9008 Yazoo Street, Bay St. Louis, Mississippi 39520. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

525. Plaintiffs - Intervenors, Brenda and Bryant Moses are citizens of Louisiana and together own real property located at 1312-14 Coffin Avenue, New Orleans, Louisiana 70117. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

526. Plaintiff - Intervenor, James Lamar Murphree is a citizen of Alabama and owns real property located at 973 Lake Crest Parkway, Hoover, Alabama 35226. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

527. Plaintiffs - Intervenors, Paul and Lois Murray are citizens of New York and together

own real property located at 1660 Renaissance Commons Blvd, Unit 2415, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

528. Plaintiff - Intervenor, Richmond Pearson is a citizen of Alabama and owns real property located at 3928 Butler Way, Hoover, Alabama 35226. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

529. Plaintiffs - Intervenors, Mike and Phyllis Pesseackey are citizens of Alabama and together own real property located at 3011 Kelly Creek Avenue, Moody, Alabama 35004. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

530. Plaintiff - Intervenor, Sharon Pitman is a citizen of Alabama and owns real property located at 5354 Meadow Brook Road, Birmingham, Alabama 35242. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

531. Plaintiffs - Intervenors, George and Nathalie Polychronopoulos are citizens of Florida and together own real property located at 1660 Renaissance Commons Blvd, Unit 2210, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

532. Plaintiffs - Intervenors, Maurice and Hanna Poplausky are citizens of New York and

together own real property located at 1690 Renaissance Commons Blvd., Unit 1529, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

533. Plaintiffs - Intervenors, Jeffrey and Lana Pray are citizens of Mississippi and together own real property located at 3824 Acadian Village Drive, Ocean Springs, Mississippi 39564. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

534. Plaintiffs - Intervenors, Donald and Sherron Presnall are citizens of Alabama and together own real property located at 7175 Smithtown Road, Eight Mile, Alabama 36613. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

535. Plaintiffs - Intervenors, Mike and Tara Rattler are citizens of Alabama and together own real property located at 1000 Mason Circle, Odenville, Alabama 35120. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

536. Plaintiff - Intervenor, Randy Reed is a citizen of Alabama and owns real property located at 494 Cedar Creek Road, Odenville, Alabama 35120. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

537. Plaintiff - Intervenor, Carrie Reeves is a citizen of Alabama and owns real property located at 4926 Paradise Lake Circle, Birmingham, Alabama 35244. Plaintiff is participating as

a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

538. Plaintiff - Intervenor, Martin Riback, as Trustee of the martin Riback Revocable Trust Agreement is a citizen of Florida and owns real property located at 1690 Renaissance Commons Blvd., Unit 1212, Boynton Beach, Florida 33426. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

539. Plaintiff - Intervenor, Tammy Richardson is a citizen of Alabama and owns real property located at 213 Savannah Lane, Calera, Alabama 35040. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

540. Plaintiff - Intervenor, RMM Investments, LLC owns real property located at 1660 Renaissance Commons Blvd, Unit 2112, Boynton Beach, Florida 33426. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

541. Plaintiffs - Intervenors, Donald and Natalie Robohm are citizens of New York and together own real property located at Unit #46 Gulf Oaks Townhouse, 527 Front Beach, Ocean Springs, Mississippi 39564. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

542. Plaintiff - Intervenor, Doug Seratt is a citizen of Alabama and owns real property located at 213 Shore Front Lane, Wilsonville, Alabama 35186. Plaintiff is participating as a

class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

543. Plaintiff - Intervenor, Austin Sheppard is a citizen of Alabama and owns real property located at 14215 Brook Hollow Road, Summerdale, Alabama 36580. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

544. Plaintiff - Intervenor, Michael Shirley is a citizen of Alabama and owns real property located at 1287 Sierra Court, Gardendale, Alabama 35071. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

545. Plaintiff - Intervenor, Carol Shiyou is a citizen of Mississippi and owns real property located at 19231 Papoose, Saucier, Mississippi 39574. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

546. Plaintiff - Intervenor, Joseph Somma is a citizen of Alabama and owns real property located at 4739 Quarter Staff Road, Birmingham, Alabama 35223. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

547. Plaintiff - Intervenor, Reginald Stamps is a citizen of Alabama and owns real property located at 200 Kymulga Road, Childersburg, Alabama 35044. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

548. Plaintiffs - Intervenors, Glenn and Kristina Stewart are citizens of Mississippi and together own real property located at 1207 ½ 7th Street, Long Beach, Mississippi 39560. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

549. Plaintiffs - Intervenors, Amir and Bella Stock are citizens of New York and together own real property located at 1660 Renaissance Commons Blvd., Unit 2130, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

550. Plaintiff - Intervenor, Cynthia R. Tarver is a citizen of Alabama and together own real property located at 1016 Woodbrook Road, Birmingham, Alabama 35215. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

551. Plaintiffs - Intervenors, Lloyd Taylor and Scott Hoxter are citizens of Florida and together own real property located at 1660 Renaissance Commons Blvd., Unit 2603, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

552. Plaintiffs - Intervenors, Harvey and Lisa Tempel are citizens of California and together own real property located at 1660 Renaissance Commons Blvd., Unit 2312, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated

herein by reference.

553. Plaintiffs - Intervenors, Stanley and April Thornton are citizens of Alabama and together own real property located at 336 County Road 703, Jemison, Alabama 35085. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

554. Plaintiff - Intervenor, Chris Thrower is a citizen of Alabama and owns real property located at 541 Ledbetter Road, Munford, Alabama 35268. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

555. Plaintiffs - Intervenors, Harold and Shavona Tillman are citizens of Mississippi and together own real property located at 5208 Bay Street, Pascagoula, Mississippi 39567. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

556. Plaintiffs - Intervenors, Stacey Ann Tilmann and Kimberly Noah are citizens of Florida and together own real property located at 1660 Renaissance Commons Blvd., Unit 2502, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

557. Plaintiffs - Intervenors, Purvis and Patricia Toles are citizens of Mississippi and together own real property located at 1713-44th Avenue, Gulfport Mississippi 39501. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

558.  Plaintiff - Intervenor, Debbie Tombrello is a citizen of Alabama and owns real property located at 753 Valleyview Road, Pelham, Alabama 35124.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

559.  Plaintiff - Intervenor, Twin Crest Associates, LLC owns real property located at 1660 Renaissance Commons Blvd., Unit 2212, Boynton Beach, Florida 33426.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

560.  Plaintiffs - Intervenors, David and Mary Veal are citizens of Alabama and together own real property located at 2284 Bellevue Court, Hoover, Alabama 35226.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

561.  Plaintiffs - Intervenors, Charles and Diane Vessel are citizens of Mississippi and together own real property located at 344 Funches Road, Vicksburg, Mississippi 39180. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

562.  Plaintiff - Intervenor, Shashanda Waites is a citizen of Alabama and owns real property located at 2208 Rushton Lane, Moody, Alabama 35004.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

563.  Plaintiff - Intervenor, Alonza Wallace is a citizen of Georgia and owns real property located at 108 Old Folkston Road, Kingsland, Georgia 31548.  Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this
complaint which are incorporated herein by reference.

564.  Plaintiff - Intervenor, Thad Wiley is a citizen of California and owns real property
located at 1660 Renaissance Commons Blvd., Unit 2111 and Unit 2218, Boynton Beach, Florida
33426.  Plaintiff is participating as a class representative in the class and subclasses as set forth in
the schedules accompanying this complaint which are incorporated herein by reference.

565.  Plaintiffs - Intervenors, John and Beatrice Wood are citizens of New Hampshire and
together own real property located at 1660 Renaissance Commons Blvd., Unit 2214, Boynton
Beach, Florida 33426.  Plaintiffs are participating as class representatives in the class and
subclasses as set forth in the schedules accompanying this complaint which are incorporated
herein by reference.

566.  Plaintiffs - Intervenors, Joseph and Barbara Yasinski are citizens of Florida and
together own real property located at 1660 Renaissance Commons Blvd., Unit 2302, Boynton
Beach, Florida 33426.  Plaintiffs are participating as class representatives in the class and
subclasses as set forth in the schedules accompanying this complaint which are incorporated
herein by reference.

567.  Plaintiff - Intervenor, Beth Yoder is a citizen of Alabama and owns real property
located at 1221 Greystone Park Drive, Birmingham, Alabama 35242.  Plaintiff is participating as
a class representative in the class and subclasses as set forth in the schedules accompanying this
complaint which are incorporated herein by reference.

568.  Plaintiffs - Intervenors, Zhongmin Zhou and Qinxi Huang are citizens of Florida
and together own real property located at 1660 Renaissance Commons Blvd., Unit 2416,

Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

569. Plaintiff - Intervenor, Aurorina Commander is a citizen of Mississippi and owns real property located at 211 Fernwood Drive, Pass Christian, Mississippi 39571 and 528 E. Royal Oak, Pass Christian, Mississippi 39571. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

570. Plaintiff - Intervenor, Brittany Sinclair is a citizen of Mississippi and owns real property located at 6808 Oak Hurst Drive, Ocean Springs, Mississippi 39564. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

571. Plaintiff - Intervenor, Roberto Garrison is a citizen of Mississippi and owns real property located at 136 Sea Oaks Blvd., Long Beach, Mississippi 39560. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

572. Plaintiffs - Intervenors, Clarence and Constance Anderson are citizens of Louisiana and together own real property located at 7510 Dalewood, New Orleans, Louisiana 70126 and 4113-4115 Willow Street, New Orleans, Louisiana 70115. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

573. Plaintiffs - Intervenors, Ive and Loraine Badon are citizens of Louisiana and

together own real property located at 418 S. Salcedo Street, New Orleans, Louisiana 70119.
Plaintiffs are participating as class representatives in the class and subclasses as set forth in the
schedules accompanying this complaint which are incorporated herein by reference.

574. Plaintiffs - Intervenors, Colin Berthaut and Dayne Gelpi are citizens of Louisiana
and together own real property located at 1218 Magnolia Alley, Lot 42, Mandeville, Louisiana
70471. Plaintiffs are participating as class representatives in the class and subclasses as set forth
in the schedules accompanying this complaint which are incorporated herein by reference.

575. Plaintiffs - Intervenors, Angeles Blalock are citizens of Louisiana and together own
real property located at 3400 Napoleon Avenue, New Orleans, Louisiana 70125. Plaintiffs are
participating as class representatives in the class and subclasses as set forth in the schedules
accompanying this complaint which are incorporated herein by reference.

576. Plaintiffs - Intervenors, Gary and Michelle Callais are citizens of Louisiana and
together own real property located at 14 Callais Lane, St. Bernard, Louisiana 70085. Plaintiffs
are participating as class representatives in the class and subclasses as set forth in the schedules
accompanying this complaint which are incorporated herein by reference.

577. Plaintiffs - Intervenors, James and Louella Cruchfield are citizens of Louisiana and
together own real property located at 5915 N. Claiborne Avenue, New Orleans, Louisiana 70117.
Plaintiffs are participating as class representatives in the class and subclasses as set forth in the
schedules accompanying this complaint which are incorporated herein by reference.

578. Plaintiffs - Intervenors, Ray and Selestin Dillon are citizens of Louisiana and
together own real property located at 30147 Ola Magee Road, Angie, Louisiana 70426. Plaintiffs
are participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

579. Plaintiffs - Intervenors, Matthew and Kristin Harding are citizens of Louisiana and together own real property located at 4444 Park Shore Drive, Marrero, Louisiana 70072. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

580. Plaintiff - Intervenor, Christopher Hotard is a citizen of Louisiana and owns real property located at 2602 Chalona Drive, Chalmette, Louisiana 70043. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

581. Plaintiff - Intervenor, Shawn Macomber is a citizen of Louisiana and owns real property located at 221 West Camellia Drive, Slidell, Louisiana 70458. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

582. Plaintiffs - Intervenors, Peter and Frankie Maggiore are citizens of Louisiana and together own real property located at 3852 Alexander Lane, Marrero, Louisiana 70072. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

583. Plaintiffs - Intervenors, John and Tamara Melton are citizens of Louisiana and together own real property located at 3102 Lookout Place, Slidell, Louisiana 70458. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

584. Plaintiffs - Intervenors, Edwin and Debbie Mullet are citizens of Louisiana and

together own real property located at 2008 Sylvia Blvd., St. Bernard, Louisiana 70085. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

585. Plaintiff - Intervenor, Deneen Samples is a citizen of Louisiana and owns real property located at 2711 Bristol Place, New Orleans, Louisiana 70131. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

586. Plaintiffs - Intervenors, Alex and Beth Schubert are citizens of Louisiana and together own real property located at 2301 Livaccari Drive, Violet, Louisiana 70092. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

587. Plaintiffs - Intervenors, Avery and Tjaynell Theard are citizens of Louisiana and together own real property located at 6271 Eastover Drive, New Orleans, Louisiana 70128. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

588. Plaintiff - Intervenor, Burnistine Knotts is a citizen of Mississippi and owns real property located at 5521 Wellington Drive, Gautier, Mississippi 39553. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

589. Plaintiff - Intervenor, Velma Kimble is a citizen of Mississippi and owns real property located at 5024 Meridian Street, Moss Point, Mississippi 39563. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules

112

accompanying this complaint which are incorporated herein by reference.

590. Plaintiff - Intervenor, Carol Johnson is a citizen of Alabama and owns real property located at 11990 Mose Lane, Grand Bay, Alabama 36541. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

591. Plaintiff - Intervenor, Stephen R. Hoover is a citizen of Alabama and owns real property located at 2615 Pecan Pointe Drive, Semmes, Alabama 36575. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

592. Plaintiff - Intervenor, Dainne Malone is a citizen of Alabama and owns real property located at 2062 Tucker Street, Mobile, Alabama 36617. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

593. Plaintiff - Intervenor, Monica Malone is a citizen of Alabama and owns real property located at 10610 Two Mile Road, Grand Bay, Alabama 36541. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

594. Plaintiff - Intervenor, Regina Marcum is a citizen of Mississippi and owns real property located at 11368 Creel Circle, Gulfport, Mississippi 39530. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

595. Plaintiffs - Intervenors, Flavor and Lucille Loper are citizens of Mississippi and

113

together own real property located at 4719 Gen Ike Street, Moss Point, Mississippi 39563. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

596. Plaintiff - Intervenor, Timothy McMillian is a citizen of Mississippi and owns real property located at 3232 RiverBend Drive, Moss Point, Mississippi 39562. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

597. Plaintiff - Intervenor, Darius Allen is a citizen of Alabama and owns real property located at 10740 Victor Drive, Grand Bay, Alabama 36541. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

598. Plaintiff - Intervenor, Brodrick J. Anderson is a citizen of Alabama and owns real property located at 231 Sinclair Avenue, Prichard, Alabama 36610. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

599. Plaintiff - Intervenor, Shirley Anderson is a citizen of Alabama and owns real property located at 813 Chin Street, Mobile, Alabama 36610. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

600. Plaintiff - Intervenor, Quaintrell, T. Anderson is a citizen of Alabama and owns real property located at 1475 Cedar Crescent, Mobile, Alabama 36605. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

114

complaint which are incorporated herein by reference.

601.  Plaintiff - Intervenor, Rosa Arnold is a citizen of Alabama and owns real property located at 22725 Wedgewood Drive, Foley, Alabama 36535. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

602.  Plaintiff - Intervenor, Juanita V. Aquart is a citizen of Mississippi and owns real property located at 3912 Hearndon Street, Moss Point, Mississippi 39563. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

603.  Plaintiff - Intervenor, Earline H. Barbarin is a citizen of Louisiana and owns real property located at 2430 Clauda Lane, Violet, Louisiana 70092. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

604.  Plaintiff - Intervenor, Rubie Black a citizen of Alabama and owns real property located at 139 Odom Road, Forkland, Alabama 36740. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

605.  Plaintiffs - Intervenors, Ervin Blaise and Elizabeth Felthus are citizens of Louisiana and together own real property located at 1414 Reynes Street, New Orleans, Louisiana 70117. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

606.  Plaintiff - Intervenor, Glenda Boxton is a citizen of Texas and owns real property

located at 2506 Magnolia Street, Texarkana, Texas 75503. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

607. Plaintiff - Intervenor, Erica Bowden is a citizen of Alabama and owns real property located at 1155 Ramsey Blvd., Grand Bay, Alabama 36541. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

608. Plaintiff - Intervenor, Tia Bowen is a citizen of Alabama and owns real property located at 1104 Arlington Street, Mobile, Alabama 36617. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

609. Plaintiff - Intervenor, Orlesa W. Brackett is a citizen of Alabama and owns real property located at 217 E. Petain Street, Prichard, Alabama 36610. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

610. Plaintiff - Intervenor, Mariyn D. Brand is a citizen of Mississippi and owns real property located at 2304 Canty Street, Pascagoula, Mississippi 39567. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

611. Plaintiff - Intervenor, Joan E. Brown is a citizen of Georgia and owns real property located at 192 Rosetta Street, Biloxi, Mississippi 39530. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

612. Plaintiff - Intervenor, Robin Brown is a citizen of Alabama and owns real property located at 10045 Fernland Rd., Grand Bay, Alabama 36541. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

613. Plaintiff - Intervenor, Laddy J. Butler is a citizen of Louisiana and owns real property located at 132 Sorrel Ln. 2, Jeanerette, Louisiana 70544. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

614. Plaintiffs - Intervenors, Mitchell and Patricia Cager are citizens of Louisiana and together own real property located at 2917 Couerra Drive, Violet, Louisiana 70092. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

615. Plaintiff - Intervenor, Alice Carter is a citizen of Alabama and owns real property located at 9915 Fernland Road, Grand Bay, Alabama 36541. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

616. Plaintiff - Intervenor, Antione C. Carter is a citizen of Louisiana and owns real property located at 3290 Effie Street, Slidell, Louisiana 70458. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

617. Plaintiff - Intervenor, Lisa Clark is a citizen of Mississippi and owns real property

located at 2407 West Park Drive, Gautier, Mississippi 39553. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

618. Plaintiff - Intervenor, Eddie C. Cole is a citizen of Alabama and owns real property located at 10026 Waxton Road, Grand Bay, Alabama 36541. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

619. Plaintiff - Intervenor, Ronnie Comick is a citizen of Louisiana and owns real property located at 231 E. Wyandotte Street, Shreveport, Louisiana 71101. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

620. Plaintiff - Intervenor, Mildred Copeland is a citizen of Mississippi and owns real property located at 817 Frasier Drive, Gautier, Mississippi 39553. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

621. Plaintiff - Intervenor, Peggy Cuenea is a citizen of Texas and owns real property located at 12219 Scarlet River Drive, Houston, Texas 77044. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

622. Plaintiff - Intervenor, Pam Damond is a citizen of Louisiana and owns real property located at 2313 Kenneth Drive, Violet, Louisiana 70092. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

623. Plaintiff - Intervenor, Anita Daniels is a citizen of Mississippi and owns real property located at 3612 Marion Pl., Moss Point, Mississippi 39563. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

624. Plaintiff - Intervenor, Veronica Davis is a citizen of Mississippi and owns real property located at 324 Elmer Street, Biloxi, Mississippi 39530. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

625. Plaintiffs - Intervenors, Raymond and Willie M. Eager are citizens of Alabama and together own real property located at 10535 Tom Waller Road, Grand Bay, Alabama 36541. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

626. Plaintiff - Intervenor, Mary Enclarde is a citizen of Louisiana and owns real property located at 2514 Clauda, Violet, Louisiana 70092. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

627. Plaintiff - Intervenor, Frances E. McRae is a citizen of Mississippi and owns real property located at 1018 Oliver Street, Pascagoula, Mississippi 39567. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

628. Plaintiff - Intervenor, Thomas Mack, Jr. is a citizen of Louisiana and owns real

119

property located at 2117 Colonial Blvd., Violet, Louisiana 70092. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

629. Plaintiff - Intervenor, Evelyn Moore is a citizen of Mississippi and owns real property located at 1028 Nancy Place, Gulfport, Mississippi 39507. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

630. Plaintiff - Intervenor, Kareem J. Mulkey is a citizen of Alabama and owns real property located at 2204 Homewood Street, Mobile, Alabama 36606. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

631. Plaintiffs - Intervenors, Michael and Faris Newell are citizens of Mississippi and together own real property located at 211 Williams Street, Crystal Springs, Mississippi 39059. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

632. Plaintiff - Intervenor, Kevin Oliver is a citizen of Mississippi and owns real property located at 3217 Moreland Street, Pascagoula, Mississippi 39567. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

633. Plaintiff - Intervenor, Audrey B. Paul is a citizen of Alabama and owns real property located at 762 Stanton Street, Mobile, Alabama 36617. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

634.   Plaintiffs - Intervenors, Andrew and Rachel Penny are citizens of Florida and together own real property located at 1814 NW 22nd Place, Cape Coral, Florida 33993.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

635.   Plaintiff - Intervenor, Susan Pettway is a citizen of Alabama and owns real property located at 2400 Boone Street, Montgomery, Alabama 36108.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

636.   Plaintiff - Intervenor, Evelyn Peyton is a citizen of Alabama and owns real property located at 10451 Tom Waller Road, Grand Bay, Alabama 36541.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

637.   Plaintiff - Intervenor, Janette Pigott is a citizen of Mississippi and owns real property located at 60 Ten Mile Creek Road, Tylertown, Mississippi 39667.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

638.   Plaintiff - Intervenor, Vanessa Porter is a citizen of Alabama and owns real property located at 10242 Williamson Road, Chunchula, Alabama 36521.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

639.   Plaintiff - Intervenor, Charlotte D. Preyear is a citizen of Mississippi and owns real

property located at 4419 Katie Street, Moss Point, Mississippi 39563. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

640.  Plaintiff - Intervenor, David Richard is a citizen of Louisiana and owns real property located at 2229 Kenneth Drive, Violet, Louisiana 70092. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

641.  Plaintiffs - Intervenors, Terry and Frances O. Richardson are citizens of Mississippi and together own real property located at 4131 Carroll Street, Moss Point, Mississippi 39563. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

642.  Plaintiff - Intervenor, Martha Roberson is a citizen of Alabama and owns real property located at 10535 Tom Waller Road, Grand Bay, Alabama 36541. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

643.  Plaintiff - Intervenor, Nadine Roberson is a citizen of Mississippi and owns real property located at 5774 Eastwood Drive, Moss Point, Mississippi 39563. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

644.  Plaintiff - Intervenor, Ashley J. Rogers is a citizen of Alabama and owns real property located at 10501 Smith Road, Grand Bay, Alabama 36541. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

645. Plaintiff - Intervenor, Brenda Rogers is a citizen of Alabama and owns real property located at 10500 Tom Waller Road, Grand Bay, Alabama 36541. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

646. Plaintiff - Intervenor, Gretta Rogers is a citizen of Alabama and owns real property located at 10471 Tom Waller Road, Grand Bay, Alabama 36541. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

647. Plaintiff - Intervenor, Joyce Rogers is a citizen of Alabama and owns real property located at 9862 Waxton Road, Lot 4, Grand Bay, Alabama 36541. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

648. Plaintiffs - Intervenors, Leslie and Lucille Rogers are citizens of Alabama and together own real property located at 10535-A Tom Waller Road, Grand Bay, Alabama 36541. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

649. Plaintiff - Intervenor, Marcella Rogers is a citizen of Alabama and owns real property located at 9862 A. Waxton Road, Grand Bay, Alabama 36541. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

650. Plaintiff - Intervenor, Susan Shaw is a citizen of Louisiana and owns real property

located at 5916 Quail Ridge Drive, Shreveport, Louisiana 71129. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

651. Plaintiff - Intervenor, Michell Taylor is a citizen of Louisiana and owns real property located at 3000 Guerra Drive, Violet, Louisiana 70092. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

652. Plaintiff - Intervenor, Linda Todd is a citizen of Alabama and owns real property located at 615 East Oak Street, Atmore, Alabama 36502. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

653. Plaintiff - Intervenor, Bui A. Tuyet is a citizen of Louisiana and owns real property located at 5050 Charmes Ct., New Orleans, Louisiana 70129. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

654. Plaintiff - Intervenor, Annie M. Wilkerson is a citizen of Mississippi and owns real property located at 4924 Landwood Drive, Moss Point, Mississippi 39563. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

655. Plaintiff - Intervenor, Deborah M. Williams is a citizen of Louisiana and owns real property located at 2101 Caluda Lane, Violet, Louisiana 70092. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

124

complaint which are incorporated herein by reference.

656. Plaintiff - Intervenor, Houston Williams is a citizen of North Carolina and owns real property located at 2523 Wonderland Trail, Lenoir, North Carolina 28645. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

657. Plaintiffs - Intervenors, Michael and Alice Williams are citizens of Louisiana and together own real property located at 6521 4th Street, Violet, Louisiana 70092. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

658. Plaintiff - Intervenor, Susie Williams is a citizen of Mississippi and owns real property located at 525 King Ranch Road, Canton, Mississippi 39046. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

659. Plaintiff - Intervenor, Mattie L. Woods is a citizen of Mississippi and owns real property located at 4413 Katie Street, Moss Point, Mississippi 39563. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

660. Plaintiff - Intervenor, Margaret Zeleny is a citizen of Louisiana and owns real property located at 36164 Bud Polk, Pearl River, Louisiana 70452. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

661. Plaintiff - Intervenor, Donald E. Tuecke is a citizen of Iowa and owns real property

located at 65 S. Hill Street, Dabuque, Iowa 52003. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

662. Plaintiff - Intervenor, Louis Robinson is a citizen of Florida and owns real property located at 2809 37th St. S.W., Leigh Acres, Florida 33976. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

663. Plaintiff - Intervenor, Penny Simmons is a citizen of Alabama and owns real property located at 1112 State Street, Mobile, Alabama 36603. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

664. Plaintiff - Intervenor, Edward Overton is a citizen of Florida and owns real property located at 1783 Biscayne Bay Circle, Jacksonville, Florida 32218. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

665. Plaintiff - Intervenor, Marshall Parsley is a citizen of Ohio and owns real property located at 16554 Middlefork Road, Laurelville, Ohio 43135. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

666. Plaintiffs - Intervenors, Frank and Eva Ann Montoya are citizens of New Mexico and together own real property located at Private Drive, 1055, #45, Alcalde, Mississippi 87511. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the

schedules accompanying this complaint which are incorporated herein by reference.

667. Plaintiff - Intervenor, Jessie Sylvester is a citizen of Mississippi and owns real property located at 314 Sylvester Road, McLain, Mississippi 39456. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

668. Plaintiff - Intervenor, Arnold Martinez, Sr. is a citizen of Arizona and owns real property located at 43211 W. Palman Drive, Maricopa, Arizona 85238. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

669. Plaintiff - Intervenor, Thomas Nack is a citizen of Wisconson and owns real property located at 1117 N. 49th Street, Sheboygan, Wisconsin 53081. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

670. Plaintiffs - Intervenors, John D. and Becky Grissom are citizens of Louisiana and together own real property located at 118 S. Willow Bend Road, Monroe, Louisiana 71203. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

671. Plaintiffs - Intervenors, Emily and Gregg Harris are citizens of Alabama and together own real property located at 4506 Kingsway Drive, Mobile, Alabama 36608. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

672. Plaintiff - Intervenor, Mattie B. Carroll is a citizen of Alabama and owns real

property located at 1307 W. Gulf Field Drive, Mobile, Alabama 36605. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

673. Plaintiff - Intervenor, David A. Walter is a citizen of Alabama and owns real property located at 7208 Fairmont Drive, Foley, Alabama 36535. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

674. Plaintiff - Intervenor, John Schamber is a citizen of Alabama and owns real property located at 7183 Bridge Mill Drive, Mobile, Alabama 36619. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

675. Plaintiff - Intervenor, Lenox Gambler, Jr. is a citizen of Alabama and owns real property located at 10451 Tom Waller Road, Grand Bay, Alabama 36541. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

676. Plaintiff - Intervenor, Claretha McMillan is a citizen of Mississippi and owns real property located at 3000 Bonita Road, Gautier, Mississippi 39553. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

677. Plaintiff - Intervenor, Shirely Ann McBride is a citizen of Alabama and owns real property located at 221 E. Petain Street, Prichard, Alabama 36610. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

678.   Plaintiffs - Intervenors, Stokes and Angela Ludgood are citizens of Missisippi and together own real property located at 325 Railroad Avenue, Lucedale, Mississippi 39452 Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

679.   Plaintiff - Intervenor, Janretta C. Odoms-Lewis is a citizen of Mississippi and owns real property located at 221 E. Petain Street, Prichard, Alabama 36610.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

680.   Plaintiffs - Intervenors, Gilletto and Donna Leverette are citizens of Mississippi and together own real property located at 4301 Charles Street, Moss Point, Mississippi 39563. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

681.   Plaintiff - Intervenor, Tijuana Leigh Kimble is a citizen of Mississippi and owns real property located at 3408 Chicago Avenue, Pascagoula, Mississippi 39581.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

682.   Plaintiffs - Intervenors, Antonio and Saunja Johnson are citizens of Alabama and together own real property located at 2015 Diggs Avenue, Mobile, Alabama 36617.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

683.   Plaintiffs - Intervenors, Augustus P. and Annice P. Gomez are citizens of Alabama

and together own real property located at 1156 New St. Francis Street, Mobile, Alabama 36604. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

684. Plaintiff - Intervenor, Helen Hampton is a citizen of Louisiana and owns real property located at 2013 Caluda Lane, Violet, Louisiana 70092. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

685. Plaintiff - Intervenor, Evelyn Foster is a citizen of Mississippi and owns real property located at 3512 Campbell Street, Moss Point, Mississippi 39563. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

686. Plaintiff - Intervenor, George Hale is a citizen of Mississippi and owns real property located at 1887 McFarland Road, Raymond, Mississippi 39154. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

687. Plaintiff - Intervenor, Homer Herring is a citizen of Mississippi and owns real property located at 29 Stamp Circle, Prentiss, Mississippi 39414. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

688. Plaintiff - Intervenor, Katheryn Haggerty is a citizen of Texas and owns real property located at 2207 College Drive, Texarkana, Texas 75503. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

689.  Plaintiffs - Intervenors, Anthony and Sherrie Foreston are citizens of Mississippi and together own real property located at 3221 Moreland Street, Pascagoula, Mississippi 39567. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

690.  Plaintiff - Intervenor, Michael Fardella is a citizen of Pennsylvania and owns real property located at 12310 SW Elsinore Drive, Port St. Lucie, Florida 34587.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

691.  Plaintiff - Intervenor, Jeffrey A. Fairley is a citizen of Mississippi and owns real property located at 415 Fairly Oneal Road, McLain, Mississippi 39456.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

692.  Plaintiff - Intervenor, Daphne Leslie is a citizen of Alabama and owns real property located at 7316 Red Arrow Ct., Mobile, Alabama 36695.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

693.  Plaintiffs - Intervenors, Cory and Kristy Mayeux are citizens of Louisiana and together own real property located at 21503 Longleaf Road, Kaplan, Louisiana 70548.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

694.  Plaintiff - Intervenor, Jacqueline Mayes is a citizen of Mississippi and owns real

property located at 406 Ebenezer Road, Richland, Mississippi 39218. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

695. Plaintiff - Intervenor, Dorothy Lee is a citizen of North Carolina and owns real property located at 4828 Ben Dail Road, La Grange, North Carolina 28551. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

696. Plaintiff - Intervenor, Irene Jackson is a citizen of Alabama and owns real property located at 2456 Boyette Street, Mobile, Alabama 36617. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

697. Plaintiffs - Intervenors, Steven and Jennifer LaFontaine are citizens of Mississippi and together own real property located at 801 Sycamore Street, Waveland, Mississippi 39576. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

698. Plaintiff - Intervenor, Emma Hall is a citizen of Alabama and owns real property located at 10500 Tom Waller Road, Grand Bay, Alabama 36541. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

699. Plaintiffs - Intervenors, Royce Coopier and Cynthia Cuff are citizens of Louisiana and together own real property located at 3000 Tara Drive, Violet, Louisiana 70092. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

700. Plaintiffs - Intervenors, Farrel and Kimberly Anderson are citizens of Louisiana and together own real property located at 2116 Highland, Violet, Louisiana 70092. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

701. Plaintiff - Intervenor, Dorothy Mae Banks is a citizen of Louisiana and owns real property located at 2512 Walkers Lane, Meraux, Louisiana 70075. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

702. Plaintiff - Intervenor, Latonya Bell is a citizen of Louisiana and owns real property located at 3400 Lakewood Drive, Violet, Louisiana 70092. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

703. Plaintiff - Intervenor, Candy Brister is a citizen of Mississippi and owns real property located at 210 Turner Street, Bay Saint Louis, Mississippi 39520. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

704. Plaintiff - Intervenor, Joshana Brown is a citizen of Louisiana and owns real property located at 3012 Guerra Drive, Violet, Louisiana 70092. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

705. Plaintiffs - Intervenors, Charles and Susianna Duchane are citizens of Louisiana and

133

together own real property located at 2119 Caluda Lane, Violet, Louisiana 70092. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

706. Plaintiff - Intervenor, Lee Ester Davis is a citizen of Louisiana and owns real property located at 2324 Centanni Drive, Saint Bernard, Louisiana 70085. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

707. Plaintiff - Intervenor, Georgiana Duplesis is a citizen of Louisiana and owns real property located at 2117 Guerra Drive, Violet, Louisiana 70092. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

708. Plaintiffs - Intervenors, Michael and Kim England are citizens of Louisiana and together own real property located at 3009 Guerra Drive, Violet, Louisiana 70092. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

709. Plaintiffs - Intervenors, Samuel and Shavonne Hampton are citizens of Louisiana and together own real property located at 3313 Daniel Street, Violet, Louisiana 70092. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

710. Plaintiff - Intervenor, Geraldin Hill is a citizen of Louisiana and owns real property located at 1913 Blacherd, Violet, Louisiana 70092. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

711.  Plaintiff - Intervenor, Isa Hunter is a citizen of Louisiana and owns real property located at 4651 Cardenas, New Orleans, Louisiana 70127.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

712.  Plaintiff - Intervenor, Regina Johnson is a citizen of Louisiana and owns real property located at 2012 Guerra Drive, Violet, Louisiana 70092.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

713.  Plaintiff - Intervenor, Marlone J. LaFrance is a citizen of Louisiana and owns real property located at 2809 Guerra Drive, Violet, Louisiana 70092.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

714.  Plaintiff - Intervenor, Sylvia Morgan is a citizen of Louisiana and owns real property located at 3008 Shannon, Violet, Louisiana 70092.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

715.  Plaintiff - Intervenor, Caffie Soloman is a citizen of Louisiana and owns real property located at 1917 Beachhead Lane, Violet, Louisiana 70092.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

716.  Plaintiff - Intervenor, Doris Taylor is a citizen of Louisiana and owns real property

located at 2108 Goodvile Drive, Violet, Louisiana 70092. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

717. Plaintiffs - Intervenors, Gordon and Nancy Boucher are citizens of Minnesota and together own real property located at 11001 A-208 Gulf Reflections Drive, Fort Myers, Florida 33908. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

718. Plaintiffs - Intervenors, Carol and Russell R. Brumbaugh, Jr. are citizens of Florida and together own real property located at 232 SE 15th Terrace, Cape Coral, Florida 33990. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

719. Plaintiff - Intervenor, Shannon Cambric is a citizen of Florida and owns real property located at 8585 Athena Court, Lehigh Acres, Florida 33971. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

720. Plaintiffs - Intervenors, Rolland and Charlene Cummins are citizens of Florida and together own real property located at 11001 Gulf Reflections Drive, 108A, Ft. Myers, Florida 33907. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

721. Plaintiffs - Intervenors, David Fores and Monica Vasquez are citizens of Florida and together own real property located at 8936 SW 228th Lane, Miami, Florida 33190. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

722.  Plaintiff - Intervenor, Tamarra Grunsted is a citizen of Florida and owns real property located at 10410 Ruden Road, N., Ft. Myers, Florida 33917.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

723.  Plaintiffs - Intervenors, Eric and Svetlana Grassel are citizens of Florida  and together own real property located at 3033 Lake Manatee Court, Cape Coral, Florida 33909.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

724.  Plaintiff - Intervenor, Gary Hanzel on behalf of Security Source, Inc. is a citizen of Illinois and owns real property located at 16122 Via Solera Circle, Unit 105, Ft. Myers, Florida 33908.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

725.  Plaintiffs - Intervenors, Timothy and Maria Helmick are citizens of Florida  and together own real property located at 8931 SW 228th Lane, Cutler Bay, Florida 33190.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

726.  Plaintiff - Intervenor, Brian Herbert is a citizen of Florida and owns real property located at 11001 Gulf Reflections Drive, 201, Ft. Myers, Florida 33907.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

727.  Plaintiffs - Intervenors, Barry and Rebecca Katz are citizens of Florida  and together

own real property located at 11011 Gulf Reflections Drive, 403A and 406A, Ft. Myers, Florida 33907. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

728. Plaintiff - Intervenor, Robert Kirby is a citizen of Florida and owns real property located at 11001 Gulf Reflections Drive, A407, Ft. Myers, Florida 33907. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

729. Plaintiffs - Intervenors, Helene and Christina Kranz are citizens of New York and together own real property located at 8644 Athena Court, Lehigh Acres, Florida 33971. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

730. Plaintiff - Intervenor, Jo Ellen Mantuo is a citizen of Florida and owns real property located at 11001 Gulf Reflections Drive, A308, Ft. Myers, Florida 33907. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

731. Plaintiff - Intervenor, Ronald Murphy is a citizen of Florida and owns real property located at 11001 Gulf Reflections Drive, A107, Ft. Myers, Florida 33907. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

732. Plaintiffs - Intervenors, Suki and Michael Packard are citizens of Florida and together own real property located at 3028 Lake Manatee Court, Cape Coral, Florida 33909. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the

schedules accompanying this complaint which are incorporated herein by reference.

733. Plaintiffs - Intervenors, Reed and Victoria Reilly are citizens of Illinois and together own real property located at 8648 Athena Court, Lehigh Acres, Florida 33971. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

734. Plaintiffs - Intervenors, Michael and Verena Schneider-Christians are citizens of Florida and together own real property located at 2549 Deerfield Lake Court, Cape Coral, Florida 33909. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

735. Plaintiffs - Intervenors, Mohammad and Ruth Serajuddowla are citizens of Florida and together own real property located at 8710 Pegasus Drive, Lehigh Acres, Florida 33971. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

736. Plaintiffs - Intervenors, Jose and Diana Serrano are citizens of Florida and together own real property located at 2654 Amber Lake Drive, Cape Coral, Florida 33909. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

737. Plaintiffs - Intervenors, Hassan and Frauke Siddiqui are citizens of Florida and together own real property located at 11429 Laurel Brook Court, Riverview, Florida 33569. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

738. Plaintiffs - Intervenors, Santos and Martha Sierra are citizens of Florida and

139

together own real property located at 8719 Pegasus Drive, Lehigh Acres, Florida 33916. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

739. Plaintiffs - Intervenors, Michele and Tom Talerico are citizens of New York and together own real property located at 240 SE 29th Street, Cape Coral, Florida 33904. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

740. Plaintiffs - Intervenors, Larry and Terri Torpy are citizens of Nebraska and together own real property located at 2569 Deerfield Lake, Court, Cape Coral, Florida 33909. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

741. Plaintiffs - Intervenors, Jill and Vincent White are citizens of California and together own real property located at 11001 Gulf Reflections Drive, A304, Ft. Myers, Florida 33907. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

742. Plaintiffs - Intervenors, Laura Ann and Lindeerth Powell are citizens of Florida and together own real property located at 8870 SW 229th Street, Cutler Bay, Florida 33190. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

743. Plaintiffs - Intervenors, Derrick and Robin Peterson are citizens of Florida and together own real property located at 518 SW California Avenue, Stuart, Florida 34994. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the

140

schedules accompanying this complaint which are incorporated herein by reference.

744. Plaintiff - Intervenor, Vinod Batra is a citizen of North Carolina and owns real property located at 2565 Deerfield Lake Court, Cape Coral, Florida 33909. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

745. Plaintiffs - Intervenors, John and Star Cole are citizens of Florida and together own real property located at 2766 Blue Cypress Lake Court, Cape Coral, Florida 33909. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

746. Plaintiff - Intervenor, Faroh Edgar, on behalf of Marazul, LLC is a citizen of Florida and owns real property located at 8155 NW 108 Avenue, Doral, Florida 33178. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

747. Plaintiffs - Intervenors, Paul and Patricia Gauthier are citizens of Florida and together own real property located at 2583 Keystone Lake Drive, Coral Lakes, Florida 33909. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

748. Plaintiffs - Intervenors, Scott and Donna Lee are citizens of Florida and together own real property located at 3036 Lake Butler Court, Cape Coral, Florida 33909. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

749. Plaintiff - Intervenor, Parveem Masih is a citizen of New York and owns real

property located at 2533 Deerfield Lake Court, Cape Coral, Florida 33909. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

750. Plaintiffs - Intervenors, Jetson and Lee Morgan are citizens of Florida and together own real property located at 2561 52nd Avenue, N.E. Naples, Florida 34120. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

751. Plaintiff - Intervenor, Stephen M. Muenchen, Jr. is a citizen of Ohio and owns real property located at 2537 Deerfield Lake Court, Cape Coral, Florida 33909. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

752. Plaintiff - Intervenor, David Parker is a citizen of Florida and owns real property located at 2559 Sawgrass Lake Court, Cape Coral, Florida 33909. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

753. Plaintiff - Intervenor, Anthony J. Patti is a citizen of New Hampshire and owns real property located at 8716 Pegasus Drive, Lehigh Acres, Florida 33971. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

754. Plaintiffs - Intervenors, Jason Jerry and Linda Prokopetz are citizens of Florida and together own real property located at 2548 Deerfield Lake Court, Cape Coral, Florida 33909. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the

schedules accompanying this complaint which are incorporated herein by reference.

755. Plaintiffs - Intervenors, Thomas E. Simonian and Barbara R. Petty are citizens of Virginia and together own real property located at 8582 Athena Court, Bldg. 4, Unit #210, Lehigh Acres, Florida 33971. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

756. Plaintiff - Intervenor, Max Steed is a citizen of Florida and owns real property located at 2580 Keystone Lake Drive, Cape Coral, Florida 33909. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

757. Plaintiff - Intervenor, Humberto Suarez is a citizen of Florida and owns real property located at 208 SE 6th Street, Cape Coral, Florida 33909 Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

758. Plaintiff - Intervenor, Michael Zamora is a citizen of Florida and owns real property located at 3044 Lake Manatee Drive, Cape Coral, Florida 33909. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

759. Plaintiffs - Intervenors, Gary and Jennifer Kallio are citizens of Florida and together own real property located at 360 Cape Harbour Loop, Unit 104, Bradenton, Florida 34212. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

143

760.  Plaintiffs - Intervenors, Berlyn and Elaine Birkholz are citizens of Florida and together own real property located at 12644 28th Street East, Parrish, Florida 34219.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

761.  Plaintiff - Intervenor, Ingrid Veras is a citizen of Florida and owns real property located at 1932 SE 21 Ct., Homestead, Florida 33035.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

762.  Plaintiff - Intervenor, Rebekah Lopez is a citizen of Florida and owns real property located at 1940 SE 23 Avenue, Homestead, Florida 33035.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

763.  Plaintiff - Intervenor, Andrew Williams is a citizen of Florida and owns real property located at 4565 SW Athena Drive, Port St. Lucie, Florida 34953.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

764.  Plaintiff - Intervenor, Stanley Broesder is a citizen of North Carolina and owns real property located at 3012 Charles Drive, Chalmette, Louisiana 70043.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

765.  Plaintiff - Intervenor, Wanda E. Steele is a citizen of Louisiana and owns real property located at 7821 Mullet Street, New Orleans, Louisiana 70126.  Plaintiff is participating

as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

766. Plaintiff - Intervenor, Frances Palmer is a citizen of Louisiana and owns real property located at 4601 Lafon Drive, New Orleans, Louisiana 70126. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

767. Plaintiff - Intervenor, Harry E. Meyer, Jr. is a citizen of Florida and owns real property located at 3014 Spruce Street, Zolfo Springs, Florida 33890. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

768. Plaintiffs - Intervenors, John and Pamela Aubert are citizens of Louisiana and together own real property located at 7400 Mayo Blvd., New Orleans, Louisiana 70126. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

769. Plaintiffs - Intervenors, Eugene and Cynthia Bart are citizens of Louisiana and together own real property located at 5531 Rickert Drive, New Orleans, Louisiana 70126. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

770. Plaintiff - Intervenor, Ora Brock is a citizen of Louisiana and owns real property located at 2026 Clouet Street, New Orleans, Louisiana 70117. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

771.  Plaintiffs - Intervenors, Thomas and Patty Chestnut are citizens of Louisiana and together own real property located at 5700 Lena Drive, Chalmette, Louisiana 70043.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

772.  Plaintiffs - Intervenors, Stephen and Tiffany Galmiche are citizens of Louisiana and together own real property located at 3516 Jacob Drive, Chalmette, Louisiana 70043.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

773.  Plaintiffs - Intervenors, Edward and Pamela Rankins are citizens of Louisiana and together own real property located at 4841 Francisco Vervett Drive, New Orleans, Louisiana 70126.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

774.  Plaintiff - Intervenor, Marcia Haughton is a citizen of Florida and owns real property located at 1212 Santa Catalina Lane, North Lauderdale, Florida 33068.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

775.  Plaintiff - Intervenor, Jason Urtubey is a citizen of Florida and owns real property located at 2617 69th Street W, Lehigh Acres, Florida 33971.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

776.  Plaintiff - Intervenor, Thuong Trinh is a citizen of Mississippi and owns real property located at 1617 Cherokee Street, Pascagoula, Mississippi 39581.  Plaintiff is

146

participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

777.  Plaintiff - Intervenor, Anh Van Lee is a citizen of Mississippi and owns real property located at 3503 Springwood Lane, Ocean Springs, Mississippi 39564.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

778.  Plaintiff - Intervenor, Sheral Ann Laergne is a citizen of Louisiana and owns real property located at 701 Sally May Street, Lake Charles, Louisiana 70601.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

779.  Plaintiff - Intervenor, Angela Crandle is a citizen of Louisiana and owns real property located at 2232/34 Joliet Street, New Orleans, Louisiana 70118.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

780.  Plaintiffs - Intervenors, Garnet and William Carney are citizens of Illinois and together own real property located at 11001 Gulf Reflections Drive, Units 302 and 306, Fort Myers, Florida 33908.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

781.  Plaintiff - Intervenor, Donna Polk is a citizen of Mississippi and owns real property located at 330 Lang Avenue, Pass Christian, Mississippi 39571.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

782. Plaintiff - Intervenor, Shirley Cunningham is a citizen of Alabama and owns real property located at 686 Cook Road, Pine Hill, Alabama 36769. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

783. Plaintiff - Intervenor, Jeremy Macon is a citizen of Alabama and owns real property located at 346 Korreckt Avenue, Lincoln, Alabama, 35096. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

784. Plaintiff - Intervenor, Mary Butler is a citizen of Louisiana and owns real property located at 2100 Constantine Drive, Marrero, Louisiana 70072. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

785. Plaintiffs - Intervenors, Billy C. and Kathryn Gainey are citizens of South Carolina and together own real property located at 1831 Carriage Oak Court, Hartsville, South Carolina 29550. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

786. Plaintiff - Intervenor, Mary M. Niswonger is a citizen of Louisiana and owns real property located at 77451 N. Fitzmorris Road Ext., Covington, Louisiana 70435. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

787. Plaintiffs - Intervenors, Shawnree and John Anderson are citizens of Louisiana and

148

together own real property located at 601 Autumn Wind Lane, Mandeville, Louisiana 70471.
Plaintiffs are participating as class representatives in the class and subclasses as set forth in the
schedules accompanying this complaint which are incorporated herein by reference.

788.  Plaintiff - Intervenor, Cuc Dao is a citizen of Florida and owns real property located
at 857 SW 17th Street, Cape Coral, Florida 33991.  Plaintiff is participating as a class
representative in the class and subclasses as set forth in the schedules accompanying this
complaint which are incorporated herein by reference.

789.  Plaintiffs - Intervenors, Rachael and David Dorsey are citizens of Florida and
together own real property located at 102 NW 24th Avenue, Cape Coral, Florida 33993.  Plaintiffs
are participating as class representatives in the class and subclasses as set forth in the schedules
accompanying this complaint which are incorporated herein by reference.

790.  Plaintiffs - Intervenors, Kevin and Christine Shedd are citizens of Florida and
together own real property located at 229 NW 25th Avenue, Cape Coral, Florida 33993.  Plaintiffs
are participating as class representatives in the class and subclasses as set forth in the schedules
accompanying this complaint which are incorporated herein by reference.

791.  Plaintiff - Intervenor, Michael Bishop is a citizen of Florida and owns real property
located at 2310 SW 19th Street, Cape Coral, Florida 33991.  Plaintiff is participating as a class
representative in the class and subclasses as set forth in the schedules accompanying this
complaint which are incorporated herein by reference.

792.  Plaintiff - Intervenor, Crystal Mullet is a citizen of Louisiana and owns real property
located at 2008 E. Sylvia Blvd., St. Bernard, Louisiana 70085.  Plaintiff is participating as a class
representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

793.   Plaintiff - Intervenor, Brad Chaeffer is a citizen of Louisiana and owns real property located at 204 W. Judge Perez Drive, Chalmette, Louisiana 70043 and 3604 Marietta Street, Chalmette, Louisiana 70043.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

794.   Plaintiffs - Intervenors, Carl and Kimberly Cricco are citizens of Florida and together own real property located at 844 SW 17th Street, Cape Coral, Florida 33991.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

795.   Plaintiffs - Intervenors, Victor and Geraldine Martin are citizens of Florida and together own real property located at 11819 Bayport Lane, Unit 402, Ft. Myers, Florida 33908.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

796.   Plaintiff - Intervenor, Susan M. Davis is a citizen of Florida and owns real property located at 117 Marina Lane, Satsuma, Florida 32189.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

797.   Plaintiffs - Intervenors, Robert and Adele Love are citizens of Massachusetts and together own real property located at 10480 SW Stephanie Way, Unit 208, Port St. Lucie, Florida 34987.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

798.  Plaintiffs - Intervenors, Paul and Danielle Murphy are citizens of Ohio and together own real property located at 21573 Baccarat Lane, Building #16, Unit #202, Estero, Florida 33928.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

799.  Plaintiff - Intervenor, Bart Scocco is a citizen of Florida and owns real property located at 3330 NW 33rd Lane, Cape Coral, Florida 33993.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

800.  Plaintiffs - Intervenors, Stephanie and Harry Azor are citizens of Florida and together own real property located at 12430 SW 50th Street, #105, Miramar, Florida 33027. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

801.  Plaintiff - Intervenor, Liset Gutierezz is a citizen of Florida and owns real property located at 2100 Della Drive, Naples, Florida 34117.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

802.  Plaintiffs - Intervenors, Jose and Sonia Mendez are citizens of New York and together own real property located at 1421 North East 12th Avenue, Cape Coral, Florida 33909. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

803.  Plaintiff - Intervenor, Adolfo Barreto is a citizen of Florida and owns real property located at 8111 West 36th Avenue, Unit 3, Hialeah, Florida 33018.  Plaintiff is participating as a

class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

804. Plaintiffs - Intervenors, Edward and Tonya Demirgian are citizens of Arizona and together own real property located at 24504 Sunrise Drive, Port Charlotte, Florida 33980. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

805. Plaintiffs - Intervenors, Donald and Barbara Evans are citizens of Florida and together own real property located at 13944 Clubhouse Drive, Tampa, Florida 33618. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

806. Plaintiff - Intervenor, Richard Mancini is a citizen of Florida and owns real property located at 11813 Bayport Lane, #304, Fort Myers, Florida 33908. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

807. Plaintiffs - Intervenors, Thomas and Darlene Nuccio are citizens of Florida and together own real property located at 2628 NW 4th Place, Cape Coral, Florida 33993. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

808. Plaintiff - Intervenor, Raymond Reiprecht is a citizen of Florida and owns real property located at 10560 SW Stephanie Way, Unit 202, Port St. Lucie, Florida 34987. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

809. Plaintiffs - Intervenors, David and Diane Meister are citizens of Ohio and together own real property located at 6060 Jonathan's Bay Circle, #302, Ft. Myers, Florida 33908. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

810. Plaintiffs - Intervenors, Robert and Joan Seddon are citizens of New Jersey and together own real property located at 13946 Clubhouse Drive, Tampa, Florida 33618. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

811. Plaintiff - Intervenor, Richard Smith is a citizen of Florida and owns real property located at 8001 Sherwood Circle, LaBelle, Florida 33935. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

812. Plaintiffs - Intervenors, William and Sheila Sullivan are citizens of Florida and together own real property located at 12623 20th Street East, Parrisha, Florida 34219. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

813. Plaintiffs - Intervenors, Mai Kim and Tom Bui are citizens of Florida and together own real property located at 8561 Pegasus Drive, Lehigh Acres, Florida 33971. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

814. Plaintiffs - Intervenors, Antonio and Jenny Aguilar are citizens of Florida and together own real property located at 208 NW 1st Terrace, Cape Coral, Florida 33993. Plaintiffs

are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

815. Plaintiffs - Intervenors, Michael Anderson and Karla Campos are citizens of Florida and together own real property located at 2105 SW 39th Terrace, Cape Coral, Florida 33914. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

816. Plaintiffs - Intervenors, Scott and Terri Astrin are citizens of New Jersey and together own real property located at 8600 Athena Court, Lehigh Acres, Florida 33971. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

817. Plaintiffs - Intervenors, Ramon and Candida Benzo are citizens of Florida and together own real property located at 2576 Sea Wind Way, Clearwater, Florida 33763. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

818. Plaintiffs - Intervenors, Virgilio and Janaina Borges are citizens of Florida and together own real property located at 5660 Kensington Loop, Fort Myers, Florida 33912. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

819. Plaintiff - Intervenor, Nelson Brito is a citizen of New Jersey and owns real property located at 2574 Sea Wind Way, Clearwater, Florida 33763. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

154

820.  Plaintiff - Intervenor, Chris Bradley is a citizen of Canada and owns real property located at 4420 SW 9th Place, Cape Coral, Florida 33914.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

821.  Plaintiffs - Intervenors, Henry and Deborah Braga are citizens of Massachusetts and together own real property located at 1325 North West 1st Avenue, Cape Coral, Florida 33993. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

822.  Plaintiffs - Intervenors, Raymond and Vinita Chinoy are citizens of Florida and together own real property located at 11525 Hammocks Glade Drive, Riverview, Florida 33569. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

823.  Plaintiffs - Intervenors, Frank and Gayle Cardiello are citizens of Florida and together own real property located at 1006 North West 38th Place, Cape Coral, Florida 33993. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

824.  Plaintiffs - Intervenors, Phyllis and Lee Dekeyser are citizens of Wisconsin and together own real property located at 6051 Jonathan's Bay Unit 401, Ft. Myers, Florida 33908. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

825.  Plaintiff - Intervenor, William Dickinson is a citizen of Florida and owns real property located at 11825 Bayport Lane, Ft. Myers, Florida 33908.  Plaintiff is participating as a

class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

826. Plaintiffs - Intervenors, Keith and Krystal Dunn are citizens of Florida and together own real property located at 11547 Hammocks Glade Drive, Riverview, Florida 33569. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

827. Plaintiffs - Intervenors, Thomas and Christina Ewald are citizens of Michigan and together own real property located at 6050 Jonathan's Bay Circle, #401, Ft. Myers, Florida 33908. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

828. Plaintiffs - Intervenors, Stephen and Karen Garvey are citizens of Virginia and together own real property located at 11813 Bayport Lane, Unit 3, Ft. Myers, Florida 33908. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

829. Plaintiffs - Intervenors, Ted and Pamela Gill are citizens of Michigan and together own real property located at 13464 Little Gem Circle, Ft. Myers, Florida 33913. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

830. Plaintiffs - Intervenors, Harry and Olga Harter are citizens of Nevada and together own real property located at 2040 North West 1st Street, Cape Coral, Florida 33993. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

831. Plaintiffs - Intervenors, Hannelore Hoffman and Donna Lengel are citizens of Nevada and together own real property located at 13964 Clubhouse Drive, Tampa, Florida 33618. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

832. Plaintiff - Intervenor, Kim Mastrogiacomo is a citizen of Florida and owns real property located at 6071 Jonathans Bay Circle, Unit 401, Ft. Myers, Florida 33908. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

833. Plaintiff - Intervenor, Madelyn Morillo is a citizen of New York and owns real property located at 11337 Bridge Pine Drive, Riverview, Florida 33569. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

834. Plaintiff - Intervenor, Tamie Pietrantonio is a citizen of Michigan and owns real property located at 6050 Jonathan's Bay Circle, Unit 102, Ft. Myers, Florida 33908. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

835. Plaintiff - Intervenor, Joseph Ondrovic is a citizen of Florida and owns real property located at 14122 Kensington Lane, Ft. Myers, Florida 33912. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

836. Plaintiff - Intervenor, Kellie Patterson is a citizen of Florida and owns real property located at 622 SW 147 Terrace, Pembroke Pines, Florida 33027. Plaintiff is participating as a

class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

837. Plaintiffs - Intervenors, Donna and Ronald Teitelbaum are citizens of New Jersey and together own real property located at 11825 Bayport Lane, #502, Ft. Myers, Florida 33908. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

838. Plaintiff - Intervenor, Stephen Roth is a citizen of Florida and owns real property located at 6050 Jonathan's Bay Circle, Unit 402, Ft. Myers, Florida 33908. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

839. Plaintiffs - Intervenors, Cesar Santiago and Eileen Crespo are citizens of Florida and together own real property located at 12978 Turtle Cove Trail, North Ft. Myers, Florida 33903. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

840. Plaintiffs - Intervenors, Sylvia and Christopher Swartz are citizens of Florida and together own real property located at 4030 South West 9th Place, Cape Coral, Florida 33914. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

841. Plaintiffs - Intervenors, Diane and Richard Wilson are citizens of Ohio and together own real property located at 11812 Bayport Lane, #4, Ft. Myers, Florida 33908. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

842. Plaintiffs - Intervenors, Danny and Patrick Wienstoer are citizens of Florida and together own real property located at 11509 Hammocks Glen Drive, Riverview, Florida 33569. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

843. Plaintiff - Intervenor, Lisa Carciato is a citizen of Florida and owns real property located at 13471 Little Gem Circle, Ft. Myers, Florida 33913. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

844. Plaintiffs - Intervenors, Daniel and My-duyen Carter are citizens of Florida and together own real property located at 522 North West 36th Place, Cape Coral, Florida 33993 and 508 North West 36th Place, Cape Coral, Florida 33993. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

845. Plaintiffs - Intervenors, John and Pamela D'Ambroiso are citizens of Florida and together own real property located at 338 Mestre Place, North Venice, Florida 34275. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

846. Plaintiffs - Intervenors, John and Maryalyn Delisser are citizens of New York and together own real property located at 1120 South West Gardena Avenue, Port St. Lucie, Florida 34953. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

847. Plaintiffs - Intervenors, Albert and Joan Dudreck are citizens of Pennsylvania and

together own real property located at 10622 Camarelle Circle, Ft. Myers, Florida 33913. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

848. Plaintiffs - Intervenors, Lenni and Justin Fugazy are citizens of Florida and together own real property located at 157 South East 16th Terrace, Cape Coral, Florida 33990. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

849. Plaintiffs - Intervenors, Donald and Michelle Gangl are citizens of Minnesota and together own real property located at 11812 Bayport Lane, Unit 3, Ft. Myers, Florida 33908. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

850. Plaintiff - Intervenor, Dominic Giannini is a citizen of Illinois and owns real property located at 622 SW 31st Street, Cape Coral, Florida 33914. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

851. Plaintiff - Intervenor, Nikolaos Giannoussidis is a citizen of Florida and owns real property located at 11819 Bayport Lane, #404, Ft. Myers, Florida 33908. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

852. Plaintiffs - Intervenors, John and Kristin Goede are citizens of Florida and together own real property located at 7527 Bristol Circle, Naples, Florida 34119. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

853.  Plaintiff - Intervenor, Jennifer Hattemer is a citizen of Florida and owns real property located at 2202 SW 13th Avenue, Cape Coral, Florida 33991.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

854.  Plaintiffs - Intervenors, Ronald and Linda Hornbeck are citizens of Illinois and together own real property located at 174 Shadroe Cove Circle, Unit 1003, Cape Coral, Florida 33991.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

855.  Plaintiff - Intervenor, Michelle Hudson is a citizen of Florida and owns real property located at 9794 Casa Mar Circle, Ft. Myers, Florida 33919.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

856.  Plaintiffs - Intervenors, Paul and Renee Lowande are citizens of Florida and together own real property located at 2308 North East Juanita Place, Cape Coral, Florida 33909.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

857.  Plaintiff - Intervenor, Ashok Malhoe is a citizen of Florida and owns real property located at 1617 South East 21st Street, Cape Coral, Florida 33990.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

858.  Plaintiffs - Intervenors, Frank and Grace Maniscalco are citizens of New Jersey and

together own real property located at 11853 Bayport Lane, #4, Ft. Myers, Florida 33908. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

859.   Plaintiff - Intervenor, James Marion is a citizen of Florida and owns real property located at 1172 South West Kickaboo Road, Port St. Lucie, Florida 34953.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

860.   Plaintiffs - Intervenors, Robert and Bonnie Mitchell are citizens of Florida and together own real property located at 1442 El Dorado Parkway West, Cape Coral, Florida 33914. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

861.   Plaintiffs - Intervenors, Robin and Marva Murray are citizens of Florida and together own real property located at 535 Davidson Street, South East, Unit 50, Palm Bay, Florida 32909.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

862.   Plaintiffs - Intervenors, Michael and Rikke Page are citizens of New Jersey and together own real property located at 20092 Larino Loop, Estero, Florida 33928.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

863.   Plaintiffs - Intervenors, Scott and Emilia Owen are citizens of New Jersey and together own real property located at 2032 NW 1st Place, Cape Coral, Florida 33993.  Plaintiffs

are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

864.  Plaintiff - Intervenor, Richard Rand is a citizen of Maine and owns real property located at 8607 Athena Court, Lehigh Acres, Florida 33971. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

865.  Plaintiff - Intervenor, Eugene W. Reaves, IV,  is a citizen of Florida and owns real property located at 202 Shadroe Cove Circle, Unit 402, Cape Coral, Florida 33991. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

866.  Plaintiff - Intervenor, Estela Riley is a citizen of Florida and owns real property located at 419 SW 19th Terrace, Cape Coral, Florida 33914. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

867.  Plaintiffs - Intervenors, Mary Rose and James Donnelly are citizens of Florida and together own real property located at 11837 Bayport Lane, #704, Ft. Myers, Florida 33908. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

868.  Plaintiffs - Intervenors, Alberto and Laura Sakalauskas are citizens of Florida and together own real property located at 3142 SW Main Street, Port St. Lucie, Florida 34988. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

869.  Plaintiffs - Intervenors, Angel and Yvette Santiago are citizens of Florida and together own real property located at 4018 NW 12th Street, Cape Coral, Florida 33993.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

870.  Plaintiff - Intervenor, Michael Sheehan is a citizen of Florida and owns real property located at 3531 SW 15th Place, Cape Coral, Florida 33914.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

871.  Plaintiffs - Intervenors, Gloria and Robert Smith are citizens of Florida and together own real property located at 11837 Bayport Lane, #1, Ft. Myers, Florida 33908.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

872.  Plaintiffs - Intervenors, Calvin and Allison Toler are citizens of Florida and together own real property located at 10440 SW Stephanie Way, Unit 210, Port St. Lucie, Florida 34987.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

873.  Plaintiffs - Intervenors, Darrell and Darlene Wilson are citizens of Florida and together own real property located at 24226 Santa Inez Road, Punta Gorda, Florida 33955.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

874.  Plaintiffs - Intervenors, Leslie Younger and Brian Cummings are citizens of Florida and together own real property located at 221 SE 24th Street, Cape Coral, Florida 33990.

Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

875.    Plaintiff - Intervenor, Janelle Caple is a citizen of Florida and owns real property located at 946 South West 6th Court, Cape Coral, Florida 33991.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

876.    Plaintiff - Intervenor, Daimarys Leon is a citizen of Florida and owns real property located at 8111 West 36 Avenue, Apartment 106, Hialeah, Florida 33018.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

877.    Plaintiff - Intervenor, Roger Bowers is a citizen of Florida and owns real property located at 2805 West Shelton Avenue, Apt. 106, Hialeah, Florida 33018.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

878.    Plaintiffs - Intervenors, James and Jill Browne are citizens of Florida and together own real property located at 2507 Tylers River Run, Lutz, Florida 33559.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

879.    Plaintiff - Intervenor, Larry Heath Duckett is a citizen of Alabama and owns real property located at 322 Granite Circle, Albertville, Alabama 35950.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

880.  Plaintiffs - Intervenors, Barry and Denise Durrance are citizens of Florida and together own real property located at 18030 Driftwood Lane, Lutz, Florida 33558.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

881.  Plaintiff - Intervenor, Kevin Freel is a citizen of Florida and owns real property located at 2236 Soho Bay Ct., Tampa, Florida 33606.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

882.  Plaintiffs - Intervenors, Charles and Janet Hartley are citizens of Florida and together own real property located at 11106 Kiskadee Circle, New Port Richey, Florida 34654.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

883.  Plaintiffs - Intervenors, Craig and Jane Hasselschwert are citizens of Ohio and together own real property located at 8499 Chase Preserve Drive, Naples, Florida 34113.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

884.  Plaintiffs - Intervenors, Michelle and Curtis Hubbard are citizens of Florida and together own real property located at 3617 East Renellie Circle, Tampa, Florida 33629.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

885.  Plaintiffs - Intervenors, Jonathan and April Hurley are citizens of Florida and together own real property located at 3745 Rockwood Drive, Pace, Florida 32571.  Plaintiffs are

166

participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

886.  Plaintiff - Intervenor, Hans Joachim Kehl is a citizen of Germany and owns real property located at 4832 SE 24th Place, Cape Coral, Florida 33914.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

887.  Plaintiffs - Intervenors, Joseph and Charlotte Kostelecky are citizens of Alabama and together own real property located at 19139 Blueberry Lane, Silverhill, Alabama 36579. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

888.  Plaintiff - Intervenor, Jennifer Loader is a citizen of Florida and owns real property located at 3918 West Bay Court Avenue, Tampa, Florida 33611.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

889.  Plaintiff - Intervenor, Valerie Lopez is a citizen of Alabama and owns real property located at 309 Granite Circle, Albertville, Alabama 35950.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

890.  Plaintiff - Intervenor, Nakisha Love is a citizen of Florida and owns real property located at 2540 Middleton Grove Drive, Brandon, Florida 33511.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

891. Plaintiff - Intervenor, Fazeel Murdali is a citizen of Rhode Island and owns real property located at 5030 SW 126th Avenue, #221, Miramar, Florida 33027. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

892. Plaintiff - Intervenor, Maria Organista is a citizen of Florida and owns real property located at 2902 Nadine Lane, Lehigh Acres, Florida 33971. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

893. Plaintiffs - Intervenors, Isaac and Shanon Peltier are citizens of Florida and together own real property located at 2902 Nadine Lane, Lehigh Acres, Florida 33971. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

894. Plaintiff - Intervenor, Marion Pfeiffer is a citizen of Florida and owns real property located at 1117 Cassin Avenue, Lehigh Acres, Florida 33971. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

895. Plaintiff - Intervenor, Kelly Pham is a citizen of Florida and owns real property located at 8696 Pegasus Drive, Lehigh Acres, Florida 33971. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

896. Plaintiff - Intervenor, Amparo Robles is a citizen of Florida and owns real property located at 12430 SW 50th Street, Unit 147, Miramar, Florida 33027. Plaintiff is participating as a

class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

897.  Plaintiff - Intervenor, Joel Santos is a citizen of Florida and owns real property located at 3223 31st St. W., Lehigh Acres, Florida 33971.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

898.  Plaintiff - Intervenor, Terry Sellman is a citizen of Florida and owns real property located at 10710 Miracle Lane, New Port Richey, Florida 34654.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

899.  Plaintiffs - Intervenors, Richard and Linda White are citizens of Georgia and together own real property located at 198 Hidden Meadows Rd., Cleveland, Georgia 30528. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

900.  Plaintiffs - Intervenors, William and Pamela Casey are citizens of Massachusetts and together own real property located at 713 SE 16th Court, Ft. Lauderdale, Florida 33316. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

901.  Plaintiff - Intervenor, Donald Lau is a citizen of Florida and owns real property located at 13936 Clubhouse Drive, Tampa, Florida 33618.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

902. Plaintiffs - Intervenors, Semyon and Darina Lumar are citizens of Florida and together own real property located at 11825 Bayport Lane, Unit #4, Ft. Myers, Florida 33908. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

903. Plaintiffs - Intervenors, Robert and Frances Nemes are citizens of Florida and together own real property located at 6050 Jonathan's Bay Circle, Unit 202, Ft. Myers, Florida 33908. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

904. Plaintiffs - Intervenors, Dane and Patricia Robinson are citizens of Alaska and together own real property located at 630 SW 147 Terrace, Pembroke Pines, Florida 33027. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

905. Plaintiff - Intervenor, Aprile L. Douglas is a citizen of Florida and owns real property located at 5461 River Rock Road, #5, Lakeland, Florida 33809. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

906. Plaintiff - Intervenor, Gregg Foster is a citizen of Florida and owns real property located at 615-617 Memorial Drive, Sebring Florida 33870. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

907. Plaintiffs - Intervenors, Dale and Carolyn Gainey are citizens of Florida and together own real property located at 1640 Golden Gate Blvd., Naples, Florida 34120. Plaintiffs

are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

908.  Plaintiffs - Intervenors, William and Carmen Mercedes are citizens of Florida and together own real property located at 845 SW 17th Street, Cape Coral, Florida 33991.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

909.  Plaintiff - Intervenor, John Nord is a citizen of Florida and owns real property located at 13960 Clubhouse Drive, Tampa, Florida 33618.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

910.  Plaintiffs - Intervenors, Paul and Michele Pelak are citizens of Florida and together own real property located at 4561 1st Avenue SW, Naples, Florida 34119.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

911.  Plaintiffs - Intervenors, Jose and Yasuany Santiago are citizens of Florida and together own real property located at 1424 North East 14th Street, Cape Coral, Florida 33909.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

912.  Plaintiff - Intervenor, Janet Vaiden is a citizen of Florida and owns real property located at 1442 Hillview Lane, Tarpon Springs, Florida 34689.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.