# EXHIBIT A

*Mary Anne Benes, et al. v. Knauf Gips, KG, et al.*

## Exhibit "A"–Additional Plaintiffs Named in
## Plaintiffs Omnibus Class Action Complaint (III)

Abbott, Carl D. & Adele
Abels, Shirley
Acadia II Condo d/o Russell Foti
Acosta, Amparo
Adams, Robert & Klein- Adams,
  Marni
Adams, Eddie & Rose
Adcock, Michael & Bridgitte
Aguilar, Antonio & Jenny
Alexander, Henry & Penny
Alford, Edgar & Rita
Alfred, Janice
Allen, Darius
Allison, Tim
Alonzo, Lana
Ambrose, Rosalie
Amorin, Eduardo & Carmen
Andersen, Michael
Campos, Karla
Anderson, Brodrick J.
Anderson, William
Anderson, James & Stager, Patricia
Anderson, Clarence & Constance
Anderson, Judith
Anderson, Samuel
Anderson, Farrel & Kimberly
Anderson, Quaintrell T.
Anderson, Shirley
Anderson, Shawnree & John
Anderton, Gloria & George
Antoun, Ivan
Appelman, Lou & Sara
Aquart, Juanita V.
Arif, Mohammed I. & Aamara
Shazia
Arnaud, Lester & Catherine
Arnold, Lee & Maureen
Arnold, Rosa
Arroyo, Terrell & Lionel
Astrin, Scott & Terri
Attard, Kenneth
Attard, Steve
Aubert, John & Pamela
Auger, Susan
Aultman, Delores
Aumack, Gary & Nancy
Austin, Jason & Tara
Avant, Catherine
Ayanbadejo, Oladele
Azor, Stephanie & Harry
Back, Charles & Mary
Badon, Ive & Loraine
Bailey, Robert & Anne

Balassone, Arthur & Barbara
Ball, Ashley
Banks, Dorothy Mae
Banner, Tammy
Baptiste, Harrison
Baptiste, Judy
Barbarin, Earline H.
Barisich, Frances & Joseph
Barisich, & George Barisich, &
Ann Marie Barisich Sever
Barlow, Regine & John
Baron, Allen
Barreto, Adolfo
Bart, Eugene & Cynthia
Batiste, Frank & Gralina
Batra, Vinod
Batsch, Kevin
Battista, Leo
Bautista, Mario
Beale, Charles
Beasley, Anika
Belcher, Robert
Bell, Latonya
Bell, Thomas E.
Bell, Marvaleen
Belsom, Scott & Jennifer
Benesch, Paul
Bennett, Larry
Benoit, Richard & Carol
Benson, Steven & Rhonda
Bentley, Lonnette & Lowery,
Kenneth
Benzo, Ramon & Candida
Berthaut, Colin & Dayne Gelpi
Bertholette, Anna nad Leslie Lund
Biglane, Billy
Bilbo, Chester
Billy, William & Thadius
Birkholz, Berlyn & Elaine
Bishop, Michael
Bishop, Brian
Black, Rubie
Black, Douglas & Elizabeth
Blaise, Ervin & Felthus Elizabeth
Blalock, Angeles
Bloom, Amy
Blue Water of Cape Coral, Inc.
Blue, John & Rachelle
Blue Water Condominium
Association
Bo, Theresa
Boglin, Regina
Bontu, Praksah R. & Rupa

Borges, Virgilio & Janaina
Borne, Barry & Mary
Bosch, Unia
Bosse, David & Christina
Boucher, Gordon & Nancy
Boudreaux, Shawn & Justine
Bourg, Junius
Boutte, Gloria
Boutte, Don & Michael Robinson
Bowden, Erica
Bowen, Tia
Bowers, Roger
Boxton, Glenda
Boyce, Gary E. & Chris
Brackett, Orlesa W.
Bradley, Chris
Bradley, Jimmy & Louise
Braga, Henry & Deborah
Brand, Mariyn D.
Branning, William & Betty
Braselman, Holly
Breaux, Roy Jr.
Brennan, Arlene
Brewer, Clatues & Frances
Brewton, III, I.D. & Sonia
Brian, Wilton & Rita
Briscoe, Hopeton
Brister, Candy
Brito, Nelson
Brock, Ora
Broesder, Stanley
Brown, Joan E.
Brown, Alganan & Regina
Brown, Robin
Brown, Morton & Ruth
Brown, Joshana
Browne, James & Jill
Brumbaugh, Russell R. Jr. & Carol
Bryant, Debra
Bryant, Victor & Falana
Burk, Johns & Monica
Burke, Richard & Rebecca
Burkhead, Samantha & John L.
Burns, Robert
Burt, James & Janie
Burton, Jenise
Burton, Rose & Tebault
Busbee, Jr., Clarence & Sheri
Butler, Laddy J.
Butler, Bernice
Butler, Mary
Cager, Mitchell & Patricia
Callais, Gary & Michelle

Callan, Paul & Gloria
Calloway, Frederic (Kent) & Amanda
Cambric, Shannon
Cammarata, Louis & Michele
Campell, Thomas & Kelli
Candiani, Karen & Donald
Cannestro, Michael & Enny
Caple, Janelle
Carciato, Lisa
Cardiello, Frank & Gayle
Carney, Garnet & William
Carroll, Mattie B.
Carter, Alice
Carter, Andrea
Carter, Antione C.
Carter, Daniel & My-duyen
Carter, Jack, Jr.
Caruso, Leonard & Cheryl
Caruthers, Lewis Harland
Casburn, Richard & Judy
Casey, William & Pamela
Cashion, William
Catalanotto, Mary Ann
Cattano, Phyllis
Chaeffer, Brad
Chalmers, Ryan & Julie
Chauppetta, Larry & Michelle
Cheramie, Bertoule & Joan
Chestnut, Thomas & Patty
Chinoy, Raymond & Vinita
Chladny, Ray & Stafford, Debbie
Cianfrini, Jerry
Cintula, Theodore
Clark, Lisa
Clarke, Wayne G.
Cohen, Ariel
Cohen, Yossef
Cole, Eddie C.
Cole, John & Star
Coleman, Charles
Coleman, Misty
Comick, Ronnie
Commander, Aurorina
Conrad, Jesse & Gelone
Coopier, Royce, Cuff, Cynthia
Copeland, Mildred
Copello, Victor & Pamela
Corvaia, Steve
Cotilla, Marisela & Adolfo
Couture, Patrick G. & Kasie F.
Cox, Jeffery
Cox, Shawn & Lisa
Crandle, Angela
Craven, Dan
Crespo, Elliott
Cribb, Rose
Cricco, Carl & Kimberly
Cruchfield, James & Louella
Cuenea, Peggy
Cummins, Rolland & Charlene

Cunningham, Shirley
D'Ambroiso, John & Pamela
D'Ambrosio, Angelo & Deborah
D'Anna, Gaetano
Dakin, Kim
Damond, Pam
Daniels, Lula
Daniels, Anita
Dao, Cuc
Dasilva, Jose & Maria
Davis, Chris
Davis, Lee Ester
Davis, Susan M.
Davis, Veronica
Davis, Vernon
Dearborn, John
DeCarlo, Ellen & Nelson, Jerald
DeGlopper, Jenni
Deharde, Kelly & Christopher
Dekeyser, Phyllis & Lee
Delisser, John & Maryalyn
Delk, Smith
Delpapa, Pamela
DeMange, Craig
Demirgian, Edward & Tonya
DePompa, Angelo
Desmore, Judy & Barry
Desselle, Brent
Dharamsey, Shabbir
Dickinson, William
Diffley, Matthew & Krista
Dillard, Ronnie & Linda
Dillinger, Norbert & Svetty, Rita
Dillon, Ray & Selestin
Dineen, Robert
Dinette, Rodney & Geraldine
Dinneen, Walter F. & Vickie L.
DiSapio, Tonya & Carmine
Distel, Matthew & Stephanie
Divanno, Michael & Iben
Dixon, Perry & Deborah
Domingue, Craig & Lesa
Donaldson, Jill & Oertling, Jared
Donmeyer, Scott D. & Kristin
Donnelly, Mary Rose & James
Dorsey, Rachael & David
Douglas, Aprile L.
Dow, Jared
Dowell, Darren & Kim
Downing, Kenneth & Maria
Dubocq de Vicente, Evelyn
Duchane, Charles & Susianna
Duckett, Larry Heath
Dudreck, Albert & Jaon
Dunlap, Jay & Vanessa
Dunn, Howard
Dunn, Keith & Krystal
Dunn, Diane
Duplesis, Georgiana
Durrance, Barry & Denise
Eager, Raymond & Willie M.

Edgar, Faroh on behalf of Marazul LLC
Edwards, Cecile
Ehrsam, Howard
Eleuterius, Gregory & Elizabeth
Elliott, Mary
Enclarde, Mary
Engasser, Paul & Patricia
Engel, Jefferey & Ella
England, Charles
England, Michael & Kim
Englander, Mark
Englert, Thomas & Karen
Estimond, James & Jordany
Evans, Donald & Barbara
Evans, Leonard
Everard, Elliott
Everett, Michael
Ewald, Thomas & Christina
Fairley, Leo & Jacqueline
Fairley, Jeffery A.
Fajardo, Wilson
Gonzalez, Esther
Falls, Jamison & Lauren
Fardella, Michael
Farley, Patrick Michael
Farley, Nancy A.
Farve, Crystal
Feltner, Donna
Fermoile, James & Fran
Ferrer, Haydee
Ferroni, Peter & Christian
Fifteen B's, LC, a Florida Corporation
Fineschi, Nicola & Connie
Flaherty, Sean
Fletcher, Gregory & Diane
Flint, Joseph & Sloan, Danielle
Fluharty, Carson & Charlene
Fontana, Patricia
Fordham, Allen & Anissa
Fores, David, Vasquez, Monica
Foreston, Anthony & Sherrie
Foster, William & Vicki
Foster, Gregg
Foster, Van
Foster, Evelyn
Foxwell, Craig & Linda
Foxworth, Margie
Francipane, Susan
Francisco, Tom & Jane
Frank, David & Catherine
Franklin, Michael & Aimee
Franklin, Allison
Frazier, Rose & Raymond
Freel, Kevin
Fugazy, Lenni & Justin
Gaines, Timothy & Julie
Gainey, Billy C. & Kathryn
Gainey, Dale & Carolyn
Gaita, Gina

Galle, Joey & Amanda
Galle, Joseph & Debbie
Galloway, Geraldine
Galmiche, Stephen & Tiffany
Galvan, Eric, Marsh, Lavenda
Galvis, Luis & Beatriz
Gambler, Lenox Jr.
Gamboa, Luis & Mercedes
Gangl, Donald & Michelle
Gani, Jacques & Rose
Garcia, Nerio, Hedy M., Mazzarri,
   Clara
Garrison, Roberto
Garvey, Thomas & Carly
Garvey, Stephen & Karen
Gaston, Nora
Gauthier, Paul & Patricia
Gaylord, Peter & Kelly
Gaynor, Peter & Tracy
Gesualdo, Domenic & Darlene
Ghanta, Madhav
Giannini, Dominic
Giannoussidis, Nikolaos
Gill, Ted & Pamela
Gillan, Zelda
Gillespie, Thomas
Gillman, James c/o Houck, Carolyn
Gimpel, Nicholas & Cathy O'Brien
Gitto, Frank
Glasper, Gregg & Beunker
Gobos, Peter V.
Godwin, Franklin & Veronica
Gody, Anthony & Candace
Goede, John & Kristin
Goldblum, John, Shirali, Asmita
Goldstein, Ira
Golin, Steven & Karen
Golovkine, Sergei & Natalia
Gomez, Ricardo & Maria
Gomez, Augustus P.
   & Annice P.
Gonzales, Huey P. Jr.
Goodstein, Martin & Nancy
Gorton, Peter
Gottung, Douglas & Dolores Florio
Graham, Gerald & Terry
Grajales, Beatriz
Grant, Marcus & Jevon
Grassel, Eric & Svetlana
Green, Patricia Stevens
Green, Mary
Green, Mary Nell
Greenberg, Benjamin
Greenblott, Charles
Greenwald, James & Debra
Gregory, Betty
Griffin, Thomas
Grissom, John D. & Becky
Gross, Cheryl & David
Grover, Adam & Keely
Grueninger, Susan

Grunsted, Tamarra
Guerrero, Maria, Blanco, Roberto
Guidry, Sheila
Guillette, Melissa
Gutierezz, Liset
Haggerty, Katheryn
Hahn, Letitia
Haindel, Mary
Hale, George
Hales, Lisa
Hall, Nathaniel & Darlene
Hall, Emma
Hamilton, Rhett
Hammer, Allen
Hampton, Helen
Hampton, Samuel & Shavonne
Hankins, Lee & Barbara
Hanzel, Gary on behalf of Security
   Source, Inc.
Harding, Matthew & Kristin
Harkley, Alfred
Harris, J. Wesley Brandon &
Jessica
Harris, Emily & Gregg
Harris, James
Hartenstein, Lorena
Harter, Harry & Olga
Hartley, Charles & Janet
Harvey, Jr., Ronald & Brnady
Hasselschwert, Craig & Jane
Hatcher, Sherri
Hatcher, Cecil
Hattemer, Jennifer
Hatten, Gabriel
Haughton, Marcia
Hayes, Joseph & Selena
Hayes, Gloria
Headley, Danny & Cathy
Heller, James & Barbara
Helmick, Timothy & Maria
Helper, Dennis
Hendricksen, Paul
Henry, Clifford & Crispina
Herbert, Ken & Margot Foglia
Herbert, Brian
Herring, Homer
Herston, James
Hester, Raymond
Hickey, Raymond & Elizabeth
Hickman, David & Vickie
Hill, Jerry & Sharon
Hill, Geraldin
Hoffman, Hannelore, Lengel,
   Donna
Hogan, Roger & Joanne
Holt, Herschel & Karen
Hoover, Stephen R.
Hornbeck, Ronald & Linda
Hotard, Christopher
Howard, Monika
Howard Krause as Trustee of the

Naomi Krause Revocable Trust
Howell, Patricia
Howell, Victor & Loumertistene
Hubbard, Michelle & Curtis
Hudson, Michelle
Hudson, Adam
Hueston, Deborah A.
Hughes, Amanda
Hummer, Charles
Humphreys, Thomas
Hunter, Isa
Hunter, Dorothy
Hurley, Jonathan & April
Huszar, Steve
Iannazzi, Ronald & Florence
Indovina, Leon
ITSM Corp. c/o Ana Maria Tascon
Jablonski, Robert & Colleen
Jackson, Irene
Jackson, Michael
James, Richard & Marion
Jensen, Andrea
Jerry, Jason, Prokopetz, Linda
Johnson, Antonio & Saunja
Johnson, Regina
Johnson, Fred
Johnson, Aisha & Geoffrey
Johnson, Carol
Johnson, Abraham
Johnson, Ronald
Jones, Allie & Jeanie
Jones, Roosevelt, Green, Barbara
Jones, Rosetta & Lucious
Jorda, Carlos
Julia, Juan Carlos & Martha
Kallfelz, Marita
Kallio, Gary & Jennifer
Kapalin, Daniel & Danielle
Karp, Lillian & Herbert
Katarsky, John & Carol
Katz, Barry & Rebecca
Kaufman, Leslie
Kehl, Hans Joachim
Kehoe, Molly
Kelly, Christopher & Jesica
Kelly, James & Sandra
Kelso, Christopher
Kelson, Sherrie
Kepler, LLC
Keyt, Stacey R.
Kim, Mai, Bui, Tom
Kimble, Velma
Kimble, Tijuana Leigh
King, Jeffrey & Lauren
King, John
Kirby, Robert
Knotts, Burnistine
Knowles, Timothy & Tosha
Kostelecky, Joseph & Charlotte
Kovens, Arthur & Martha
Kramer, Ronald & Anita

Kranz, Helene & Christina
Ksal, Paul & Melody
L&L South Florida Realty, LLC
Labell, Barry
LABO, LLC.
   c/o Peter Lampheele
Laergne, Sheral Ann
LaFontaine, Steven & Jennifer
LaFrance, Marlone J.
Lahn, Gerald & Karen
Lakind, Alan & Linda
Lamarque, Carroll, Jr.
Lambert, Robert & Tasha
Lampton, Alean
Lang, Danielle Marie
LaSalle, Julio & Carmen
Lau, Donald
Lauderdale One Condo Association,
   Inc.
Lauria, Dominick
LeBlanc, Steven & Dana
LeCarpentier, Jacques
Ledford, Samuel
Lee, Mark & Wendy
Lee, Anh Van
Lee, Dorothy
Lee, Scott & Donna
Lee, Kevin
Legendre, Joan
Lehmann, Horst
Leon, Aldo
Leon, Daimarys
Leonard, Bridget
Lescarini, Richard & Shannon
Leslie, Daphne
Lester, John & Jacine, Schiller,
   Larry
Leverette, Gilletto & Donna
Levy, Kenneth & Lynn
Lewis, Felton
Lewis, Lesley
Lewis, Eloise
Lewis, Wanda
Lewis, Leonard
Licon, Eddie
Lloyd, Maxwell & Joete
Loader, Jennifer
Loper, Joseph & Sherry
Loper, Flavor & Lucille
Lopez, Valerie
Lopez, Christie
Lopez, Rebekah
Love, Nakisha
Love, Robert & Adele
Lowande, Paul & Renee
Lozano, Jorge & Cristinia
Ludgood, Stokes & Angela
Lumar, Semyon & Darina
Lumare Properties c/o Mauricio
Reyes Henao
Lund, Daniel (III) & Elizabeth

Lundy, William & Gena
Luntz, George & Adrienne
Lussier, Lynne
Machado Bohorques, Noe A.
Mack, Thomas Jr.
Macomber, Shawn
Macon, Jeremy
Madigan, Murphy
Maesel, Shawn
Magdalena Gardens Condo
   Association
Maggiore, Peter & Frankie
Mai, Long
Mai, Kim & Nguyen, David
Malhoe, Ashok
Malkki, Donna, Clough, Daniel
Malone, Dianne
Malone, Monica
Mancini, Richard
Mancuso, Robert & Lorraine
Maniscalco, Frank & Grace
Mantuo, Jo Ellen
Manuel, Barbara W. & Lucien
Marable, Kimberly
Maranoci, Terri, Lee, Terri
Marcario, Katherine
Marcum, Regina
Mariana, Margaret
Marino, Teresa
Marion, James
Marks, Edward
Marrero, Charlene
Marschhauser, Lou
Marshall, Wilda E.
Marshall, Gregory
Martel, Jean & Carmelle
Martillo, Joseph
Martin, Robert & Denise
Martin, David & Betty
Martin, Richard & Judith
Martin, Victor & Geraldine
Martin Riback, as Trustee of the
Martin Riback Revocable Trust
   Agreement
Martinez, Kim
Martinez, Arnold Sr.
Martinez, Dailyn
Mas, Rachel & Bonilla, Fred
Masih, Parveem
Massaro, Mario
Mastrogiacomo, Kim
Mattox, Dread
Matus, Aldo & Ghady
Matute, Argerie
Maurice, Carmine & Emmanie
Maya, Adi
Mayes, Jacqueline
Mayeus, Cory & Kristy
Mayo, Edward & Jacqueline
Mays, Bobby & Gina
Maysonet, Erika

McBride, Shirley Ann
McCarty, Terrance & Sandra
McCool, Michael
McCrory, Osizy & Margie
McEldowney, Larry
McKee, Brett & Sara
McKee, Maria
McKenzie, Martha
McKinley, Jacob
McKinney, Ali & Ilka
McKinnies, Kionne & Terral
McKinnon, Joseph/Christina
McLendon, Brian & Stephanie
McMahon, William R. & Setsuke
McMillan, Claretha
McMillian, Timothy
McNeal, Shevon
McNealy, James & Fran
McRae, Frances E.
McTigue, Bobby & Celia
Medina, Pedro
Meinholz, Nancy
Meister, David & Diane
Melton, John & Tamara
Melton, Carolyn & Jackson, Ivory
Mendez, Jose & Sonia
Mercedes, William & Carmen
Metcalfe, George & Amy
Meyer, Kirk & Lori
Meyer, Harry E. Jr.
Miller, Sr., Ronald & Lisa
Miller, Jo Ann
Miller, Alan
Miller, Robert
Miller, William & Teresa
Mingto, James & Patricia
Miranda, Jose & Adela
Mitchell, Robert & Bonnie
Mitchell, James & Kelsey
Mitchell, Virgil & Rosetta
Mize, Brandon
Molden, Frank
Montalvo, Samuel, Jr.
Montoya, Frank & Eva Ann
Moon, Daniel & Marva
Moore, Roxzana
Moore, Evelyn
Moore, Leon
Moore, William & Earlene
Moore, Jerry & Rhonda
Morel, Rudolph
Morgan, Linda
Morgan, Jetson & Lee
Morgan, Sylvia
Morillo, Madelyn
Moritz, Christy
Morlas, Ralph
Morris, Robert
Morrison, Robert & Sandra
Morton, Robert
Moses, Brenda & Bryant Moses

Moss, Christopher & Cox, Crystal
Mottolo, Gene
Mowers, Evelyn B. & Matthew R.
Mueller, Lawrence & Jamie
Muenchen, Stephen M. Jr.
Mulkey, Kareem J.
Mullet, Crystal
Mullet, Edwin & Debbie
Murdali, Fazeel
Murphree, James Lamar
Murphy, Paul & Danielle
Murphy, Ronald
Murray, Paul & Lois
Murray, Robin & Marva
Myers, William, Myers, Brigette
Myers, Odette
Nack, Thomas
Nelms, Jr., William
Nelton, Mary
Nemes, Robert & Frances
Neste, Dave
Newell, Michael & Faris
Nguyen, Cathy Mai Thi
Nicolosa, Martin & Sharon
Nijhawan, Balraj & Pushpa
    c/o Pradeep
Nijhawan, POA
Nilsson, Jan Erik & Anette
Niswonger, Mary M.
Noldge, Don
Nord, John
Norton, James
Nowicki, John C.
Nowling, Michael & Angel
Nuccio, Thomas & Darlene
Nunez, Alvaro
Nuss, Doug
Nutting, Julie
O'neil, Gerald & Brasch, Jacqueline
O'Sullivan, Steven
Odoms-Lewis, Janretta C.
Oliver, Kevin
Ondrovic, Joseph
Onori, Paul
Organista, Maria
Orjuela, Sonia
Ortiz, Amelia & Mark
Osicki, Sieward
Overton, Edward
Owen, Scott & Emilia
Owens, Brenda
Oyer, Steve & Angela
Packard, Suki & Michael
Page, Michael & Rikke
Palazzalo, Michelle
Palmer, Frances
Parker, Sr., William
Parker, Jr., William
Parker, David
Parsley, Marshall
Pasos, Gwendolyn

Patching, Trevor & Karen
Pate, Jeremy
Patterson, Gary & Nicole
Patterson, Kellie
Patti, Anthony J.
Paul, Audrey B.
Peace Harbor Condo Association
Pearson, J. Richmond & Julene R.
    Pearson
Pearson, Richmond
Pelak, Paul & Michele
Pelligra, Anna R.
Peltier, Isaac & Shanon
Penny, Andrew & Rachel
Penny, Andrew & Rachel
Peoples, Debra
Pequigney, Sean & Candace
Pereira Dos Ramos, Jose J.
Perez, Mike
Perez, Gustavo
Perone, Samuel
Pesseackey, Mike & Phyllis
Peterson, Derrick & Robin
Petrella, Elaine
Pettway, Susan
Peyton, Evelyn
Pfeiffer, Marion
Pham, Kelly
Picado, Henry & Tina, Jeffrey
    Picado
Troy Picado
Pierce, Alton
Pietrantonio, Tamie
Pigott, Janette
Pitcher, John, Brust, Gina
Pitman, Sharon
Polk, Donna
Pollux, LLC
Polychronpoulos, George &
    Nathalie
Poplausky, Maurice & Hanna
Porter, Vanessa
Portsmith Condo Association
Posey, John
Potter, Harold & Tricia
Powell, Laura Ann & Lindeerth
Pray, Jeffrey & Lana
Prescott, Scott
Presnall, Donald & Sherron
Preyear, Charlotte D.
Price, Robert & Edith
Pritchett, Carla
Promenade at Tradition Community
    Association, Inc.
Pruscha, Calman & Charleen Living
    Trust
Purcell, Veronica
Quezada, Nelly & Flaque, Gines
Raio, Joseph
Rand, Ricahrd
Randle, Thomas C.

Poche, Ann Randle Poche
Rankins, Edward & Pamela
Ratliff, Krondenser Means
Rattler, Mike & Tara
Raucci, Steven & Dorothy
Ravelo, Carlos
Real Property Resolutions Group,
    LLC
Reaves, Eugene W. IV
Reber, Todd & Melissa
Redway, Robert
Reed, Randy
Reels, Tamara
Reese, Virgil
Reeves, Carrie
Reilly, Reed & Victoria
Reinoso, Manuel & Jessica
Reiprecht, Raymond
Rekhels, Alexander & Irina
Reynolds, Karen
Rezny, Brian & Linda
Richard, David
Richards, John & Patricia
Richardson, Terry & Frances O.
Richardson, Tammy
Riggio, Brenda & Ignatius
Riley, Willie James
Riley, Estela
Risko, Mark & Beverly Ann
Rizzo, Frank & Christina
RMM Investments, LLC
Roberson, Martha
Roberson, Nadine
Roberts, Kathryn
Roberts, Robert
Robinson, Louis
Robinson, Jerome & Ellen
Robinson, Dane & Patricia
Robles, Amparo
Robohm, Donald & Natalie
Rodriguez, Peter
Rogers, Michelle
Rogers, Joyce
Rogers, Gretta
Rogers, Brenda
Rogers, Ashley J.
Rogers, Leslie & Lucille
Rogers, Marcella
Roland, Linda
Romain, Eric & Tracey
Rose, Michael
Ross, Robert & Natalie
Roth, Stephen
Royal, Kim & Bryson
Ruse, Lawrence & Rebecca
Rushing, Shirley
Rutherford, Chris
Ryckman, Rickey
Sakalauskas, Alberto & Laura
Salter, Kenneth & Cindy
Samples, Deneen

Sanden, Paul
Sanders, Joseph
Sanon, Enock & Marie
Santacruz, Jose & Yvette
Santelle, Thomas & Anne
Santiago, Cesar, Crespo, Eileen
Santiago, Angel & Yvette
Santiago, Jose & Yasuany
Santiago, Marcos & Carmen
Santos, Manue & /Judith
Santos, Joel
Saunders, Felician & John
Savoury, Hugh & Lorraine
Scallan, Patricia E. & Ronald
Schafer, Clyde & Pauline
Schamber, John
Schneider-Christians, Michael &
  Verena
Schoenfelder, Robert & Phyllis
Schubert, Alex & Beth
Scocco, Bart
Scoggins, Margaret
Scott, Pearl
Scott, James & Karen
Seddon, Robert & Joan
Segnello, Jeffrey & Monica
Sellman, Terry
Serajuddowla, Mohammad & Ruth
Seratt, Doug
Serio, Joseph
Serrano, Irene & Pouncey, Kenneth
Serrano, Jose & Diana
Shaw, Susan
Shedd, Kevin & Christine
Sheehan, Michael
Sheppard, Austin
Sherrod, Valerie
Shirali, Sudheer
Shirley, Michael
Shiyou, Carol
Shuss, Gregory
Siddiqui, Hassan & Frauke
Sierra, Santos & Martha
Simmons, Sandra & James
Simmons, Penny
Simmons, Melinda & Andre
Simonian, Thomas E. & Barbara R.
  Petty
Sims, Willie
Sims, Fred
Sinclair, Brittany
Sisk, Robert & Suzanne
Slidell Property Management
  LLC
Smith, Gloria & Robert
Smith, Richard
Smith, Daniel & Nicole
Soldavini-Clapper, Brigid
Soloman, Caffie
Somerhalder, Robert
Somma, Joseph

Sosa, Gustavo & Maria
Spencer, Edna
St. Fort, Ed & Barosy, Regine
St. John, Kelvin & Laura
Stamps, Reginald
Staub, Dana & Marcus
Steed, Max
Steele, Wanda E.
Stephens, Urseleen
Steubben, John & Grace
Stewart, George & Deborah
Stewart, Glenn & Kristina
Stock, Amir & Bella
Stone, Thomas & Lauren
Stout, Michael & Kristina
Sullivan, William & Sheila
Swan, Christina & Harwick,
  Michael
Swartz, Sylvia & Chrisotpher
Sylvester, Jessie
Talerico, Michele & Tom
Tarver, Cynthia R.
Tatum, Martin & Doris
Taylor, George & Anna
Taylor, Michell
Taylor, Doris
Taylor, Robert & Sandra
Taylor, Lloyd & Hoxter, Scott
Taylor, Travis
Teitelbaum, Donna & Ronald
Tempel, Harvey & Lisa
The Schaper Family Trust
Theard, Avery & Tjaynell
Thiroux, Freddie & Glenda
Thomas, Celeste
Thompson, Edith
Thornton, Stanley & April
Thrower, Chris
Tibbetts, Daniel & Janet
Tillman, Harold & Shavona
Tilmann, Stacey Ann & Kimberly
  Noah
Timothy Hesbeens
Tinney, Marjorie
Tobin, Eric & Beth Sorenson
Todd, Linda
Toler, Calvin & Allison
Toles, Purvis & Patricia
Tombrello, Debbie
Torpy, Larry & Terri
Toscana II at Renaissance, Inc. c/o
  James Enyart, President
Tracy, Ron & Hazel
Trent, Wilson & Terry
Triche, Susan & Glenn
Trillo, Raquel
Trinh, Thuong
Tromatore, Peggy
Troutman, Rodney & Sheila
Trujillo, Lissett
Tuecke, Donald E.

Tuepker, John & Claire
Tuyet, Bui A
Twin Crest Associates, LLC
Urtubey, Jason
Usaga, Johana
Uttaro, Francis & Christine
Vaca, Amada
Vaiden, Janet
Valdez, Jore & Juana
Vanasdale, Connie & Dennis
Vancio, Robert & Karen
Varnado, David
Veal, David & Mary
Velez, Louis
Veras, Ingrid
Vessel, Charles & Diane
Villalobos, Angel & Maria de
Villarama, Lilia
Volland, John
Vollmar, Frank & Elizabeth
Von dem Bach, Christine
Vu, Jessie & Mai, Kristy
Waites, Shashanda
Walker, Melissa & William
Wallace, Alonza
Walley, Curtis & Monsue
Walter, David A.
Ward, Theotis
Washington, Eugene & Yvonne
Webster, James & Rosalie
Webster, Samuel L.
Weekley, William & Charlotte
Wegweiser, Wanda & Rebecca
Weiner, Darryl
Westerfield, Robert & Ashley
Whealan, John & Robin
Wheeler, Don & Agnes
White, Richard & Linda
White, Jill & Vincent
White, Marshall & Cynthia
White, Jerry P. & Celeste E.
Whitfield, Tydell Nealy
Whitlock, Scott & Lucille
Whittington, Richard
Wienstoer, Danny & Patrick
Wiesman, Robert H. & Juan Z.
Wilbar Investments LLC c/o a
  Florida Corporation
Wiley, William & Joan
Wiley, Thad
Wilfer, Rosanne
Wilkerson, Annie M.
Willey, Ryan & Danielle
Williams, Houston
Williams, Deborah M.
Williams, Andrew
Williams, Michael & Alice
Williams, Susie
Williams, Shelby & Arnelle
Williams, Kate
Wilson, Michael

Wilson, Darrell & Darlene
Wilson, Diane & Richard
Wischler, Robert
Wites, Marc & Jennifer
Wood, John & Beatrice
Woods, Mattie L.
Worthington, George & Adria

Yasinski, Joseph & Barbara
Yoder, Beth
Yost, Richard & Judith
Young, Mike
Young, Irvin
Young, Melissa

Younger, Leslie, Cummings, Brian
Zamora, Michael
Zeleny, Margaret
Zhou, Zhongmin & Huang, Qinxi

# EXHIBIT B

*Mary Anne Benes, et al. v. Knauf Gips KG, et al.*
**Exhibit "B"–Additional Defendants Named in Plaintiffs Omnibus Class Action Complaint (III)**

84 Lumber Company, LP
A & C Development, LLC
Aarco, LLC
Aburton Homes, Inc.
Ace Home Center, Inc.
Aced Interior Drywall, Inc.
Adam Homes Realty, Inc.
Adams Homes of Northwest Florida, Inc.
Adams Homes Realty, Inc.
Adrian Kornman
Advantage Builders of America, Inc. a/k/a
Advantage Builders of SWFL, Inc.
Aggies First Call Contractors
Albanese-Popkin The Oaks Development
Group, L.P.
Albert Howard, Jr.
All County Drywall Services, Inc.
American Gallery Development Group, LLC
Amerisouth, Inc.
Andre Rodgers, Carpenter
Angel Developments, LLC
Aranda Homes, Inc.
Atchafalaya Homes
Aubuchon Homes, Inc.
Avalon Building Corporation of Tampa Bay
Avalon Preserve Developers, L.L.C.
B &B Stucco, Inc.
Bailey Lumber & Supply Company of Biloxi
Bailey Lumber & Supply Co.
Banner Homes of Florida, Inc.
Banner Supply Co.
Banner Supply Company Fort Myers, LLC
Banner Supply Company Pompano, LLC
Baron Construction Co.
Bass Homes, Inc.
Bay Colony-Gateway, Inc.
Bayou Building Products, LLC
Baywood Construction, Inc.
BBL - Florida, LLC
Beazer Homes Corp.
Belfor USA Group, Inc.

Bell Construction
Beta Drywall, LLC
Billy Wayne Goekler
BJ&K Construction, Inc.
Black Bear Gypsum Supply, Inc.
Blanchard Homes, Inc.
Boyle Lumber Company
Bradford Lumber & Supply , Inc.
Brandon Gremillion
Brent Garrod Drywall, Inc.
Brian Saltalmachia
Brothers Properties LA, LLC
Building Supply House, LLC
Buras Construction LLC,
Burmon Properties, LLC
By George, Inc.
C & N Construction Co. LLC
C.A. Steelman, Inc.
C.L. Paul Plastering, Inc.
C&L Roofing and Remodeling
Cajun Construction & Design, Inc.
Capital Construction
Capitol Materials, Incorporated
Carter Custom Homes, Inc.
CB Dupree Construction, LLC
Cemex, Inc. (formerly CSR Rinker)
Centerline Homes at Tradition, LLC
Centerline Homes Construction, Inc.
Centerline Homes, Inc.
Centerra Homes, LLC
Chase Construction, Inc.
Chateau Bourbon, LLC
Chateau Development LLC
Chavez
Cloutier Brothers, Inc.
CMH Manufacturing, Inc.
Colvin Homes , Inc.
Comfort Home Builders, Inc.
Completed Communities II, LLC
Conti Construction Company, Inc.
Continental Classic Construction, Inc.

Coral Plastering & Wall Systems, Inc.
Core Construction, LLC
Cornerstone Builders, LLC
Curington Contracting, Inc.
Curtis Lee Wimberly General Contractor
Incorporate
Custom Homes by Kaye, Inc.
Cypress Builders, Inc
D. R. Horton, Inc.
D.R. Horton, Texas, Ltd.
Daniel Dæ Loughy Homes, Inc. d/b/a
Tropical Homes
Dave Walker Construction, Inc.
Dave's Drywall
David W. Stewart, Inc.
DeLaCruz Drywall Plastering & Stucco, Inc.
Deloach Corporation
Delta Lumber Co. Building Supply
Devon International Group, Inc.
Diamond Court Construction Co.
Done-Rite Construction
Drywall Done Right
Dupont Builders, Inc.
Dupree Construction Co. , LLC
Dwayne Williams
Dynamic Contractors
E. Jacob Construction, Inc.
Eagle Builders, Inc.
Ed's Drywall & Construction
Edwards Construction Company
Eric Bolden
Everglades Lumber and Building Supplies,
LLC
Federal Construction Specialist, Inc.
First Choice Drywall Services, Inc.
First Choice Homes of S.W. Florida, Inc.
First Home Builder of Florida I, Inc.
First Home Builders, Inc.
Fleetwood Homes of Florida, Inc.
Fleetwood Homes of GA, Inc.
Florida Style Services, Inc.
G & F Drywall
G. Drywall Corp.

Gabourel's Construction, L.L.C.
Gant & Shivers
Garraway's Stores, Inc.
Gatco Construction, Inc.
Gator Gypsum, Inc.
George Meza
Global Trading of Louisiana, LLC
Grogan Construction and Real Estate, Inc.
Groza Builders, Inc.
Gulf Coast Drywall Building Products, LLC
Gulf Coast Shelter, Inc.
Gulf Coast Supply, Inc.
Gulf South Drywall
Hanover Homes, Inc.
Hansen Homes of South Florida, Inc.
Hartsville Lumber & Barns, Inc.
HC Seals Drywall Partners
Heights Properties, L.L.C.
Hendrickson Contracting
Heritage Homes, Inc.
Hilliard Butler Construction Company, Inc.
HLP/GAC International, Inc.
Holiday Builders, Inc.
Holmes Building Materials LLC
Home Depot USA, Inc.
Homes of Merit, Inc.
Horton Homes, Inc.
Hulsey-Nezlo Construction, LLC
Infinity Homes, Inc
Inman Construction Services, Inc.
Interior Exterior Building Supply, LP
Interior Exterior Enterprises, LLC
Interior-Exterior
Ironwood Properties, Inc.
J & S Drywall
J. B. Homes, Inc.
Jacob Chapman
Jade Organization General Contractor, LLC
James Kayser
James Walker
Jay 37 Construction, LLC
Jeff Laporte
Jim Korn Builders, LLC

Jim Walter Homes, Inc.
Jim Walter Homes, L.L.C.
John Kidd
John P. Gregg
Johnny Weary
Johnson & Johnson Home Repairs, L.L.C.
JP Renovations, Inc.
K. Hovnanian First Homes, LLC
K&B Homes, Inc.
Karr Drywall, Inc.
Kaye Homes, Inc.
KB Home Florida, LLC
KB Home Jacksonville, LLC
KB Home Orlando, LLC
KB Home/Shaw Louisiana, L.L.C.
KB Home Tampa, LLC
KB Homes Fort Myers, LLC
KC2 Investments, LLC
Kelley Drywall, Inc.
Kenneth B. Speights Construction Co.
Kenneth Campo
Kenwood Homes, Inc.
Kimball Hill Homes Florida, Inc.
L.A. Homes, Inc.
L'Oasis Builders Incorporated
L&J Builders, Inc.
L&W Supply Corporation d/b/a Seacoast
Supply Company
La Homes and Properties Inc.
Lakeridge Builders, Inc.
Laporte Family Properties
Laporte Family Properties, LLC
Lavish Holding Corp.
Lawrence McCorvey
Lee Roy Jenkins Builder, Inc.
Legend Custom Builders, Inc.
Lennar Corporation
Lennar Homes, LLC
Leon Ramsey
Leroy Laporte, Jr.
Lowe's Home Centers, Inc.
LPR Builders, Inc.
LTL Construction, Inc.

Lucas Construction Corp.
M & M Construction
M/I Homes, Inc.
MacGlen Builders, Inc.
Magnolia State Construction, Inc.
Magnum Development, LLC
Maguel Torez
Majestic Homes of Port St. Lucie, Inc.
Mario Salvana
Maronda Homes, Inc. of Florida
Martinez Drywall & Painting, LLC
Marvins Building Materials and Home
Centers
Master Builders of South Florida, Inc.
Mat D Construction
MATSA Construction
Mazer's Discount Home Centers, Inc.
McCar Homes-Tampa, LLC
McLean Drywall
Meadows of Estero-Bonita Springs Ltd.
P'ship d/b/a Shelby Homes
Medallion Homes Gulf Coast, Inc.
Medallion Homes, LLC
Meeks Drywall & Stucco, Inc.
Meritage Homes of Florida, Inc.
Mesa Construction Group, Inc.
MGB Construction
Michael Hownrd
Mike Jones Construction, Inc.
Miller Construction Company
Mitchell Homes, Inc.
Modern Construction Group, Inc.
Monzelle Diles
MW Johnson Construction of Florida, Inc.
Negotiable Remodeling
Norman Cedric Howell
Norman Gannon
North Pacific Group
NuWay Drywall, LLC
O.C.D. of S. Florida, Inc.
Oakwood Mobile Homes, Inc.
Ocean Springs Lumber Company, L.L.C.
Oyster Bay Homes, Inc.

P.D.C. Drywall Contractors, Inc.
Palm Isles Holdings, LLC
Paramount Quality Homes Corp.
Parkview Homes Realty, Inc.
Parr-Self, Inc.
Pate Stevedore Company of Pensacola
Patter Construction Services
Paul England Construction
PFS Corporation
Picayune Discount Building Supply
Pine Ridge Development, Inc.
Pine Ridge Real Estate Enterprises, L.L.C.
Pod Homes, LLC
Port of Pensacola Users Association, Inc.
Precision Drywall, Inc.
Premiere Design Homes, Inc.
Pride Homes of Lakes by the Bay - Parcel H, LLC
Princeton Homes, Inc.
Pulte Home Corporation
Pyramid Construction Corporation
R & B Housing, LLC
R & H Masonry Contractors, Inc.
Ray Horvath Drywall, Inc.
Redman Homes, Inc.
Renfrow  Insulation & Supply
Renfrow Insulation I
Residential Drywall, Inc.
Richard Jones Construction Company, Inc.
Rivercrest LLC/St. Joe & Company
RJL Drywall Inc.
RNB Construction
Rocky Ruckman
Roman Gonzalez
Ross Home Builders, Inc.
Russ Mills,
Rylex Homes, Inc.
S. Petersen Homes, Inc.
S&D Specialists, Inc.
Sands Construction Group, LLC
SC Builders, L.L.C.
Seaside Development, LLC
Sedgwick Developers, Inc.

Shelby Homes, Inc.
Shelter Products, Inc.
Shoma Homes Splendido, Inc.
Signature Series Homes, Inc.
Smith Family Homes Corporation
Smoky Mountain Materials, Inc.
Sorrento Lumber Co., Inc.
South Kendall Construction Corp.
Southern Homes, LLC
Southern Homes of Broward XI, Inc.
Southern Star Construction Company, Inc.
Space Coast Truss, LLC
Speedy Drywall
Speights Cash & Carry
Springhill, LLC
Standard Pacific Homes of South Florida, G.P.
Standard Pacific of Southwest Florida GP, Inc.
Statewide Associates, Inc.
Steve Harrington Homes, Inc.
Steve Suchmel
Steven R. Carter, Inc.
Stewart's Remodeling Electrical
Stine Lumber, LLC
Stock Development, LLC
Suarez Housing Corporation
Summit Homes, LLC n/k/a PHL Construction, LLC
Sun Construction, LLC
Sunrise Construction
Sunrise Construction and Development, LLC
Sunrise Homes
Swedberg Enterprises, inc.
Taylor Morrison, Inc.
Taylor Morrison Services, Inc.
The Haskell Company
The Jade Organziation, inc.
The Ryland Group, Inc.
Thomas R. Gould, Inc.
Thompson Wood Products, Inc.
Tillman Construction, Inc.

Timberline Builders, Inc.
Timberline Homes
Titan Demolition and Construction, LLC
Toll Estero Ltd. Partnership, d/b/a Toll Brothers
Total Community Action
Treasure Coast Communities, Inc.
Trust America Homes, Inc.
United Drywall & Stucco, Inc.
United Home Builders Inc.
United Homes, Inc.
USG Corporation
US Home Corporation a Delaware Corporation
Veal Enterprises, Inc.
Venture Homes

Venus Street, LLC
Victor Bustillos
VP Construction Services, Inc.
W.B. Howland Co., L.L.C.
Walter Ferri
Waterways Joint Venture IV
Waterways Joint Venture IV, LLC
WB Construction Company, Inc.
Wellington Shores-Wellington Limited Partnership
Westerheim Properties, Inc.
William Hurst
William P. Joseph Jr. Construction, Inc.
Willie Kelly Construction Co.
Woodland Enterprises, Inc.

# EXHIBIT C

*Mary Anne Benes, et al. v. Knauf Gips, KG, et al.*

**Exhibit "C"–Plaintiffs' Counsel and Pro Se Plaintiffs Contact Information in Plaintiffs Omnibus Class Action Complaint (III)**

| PLAINTIFF'S COUNSEL |
|---|
| Jeremy Alters<br>Alters Boldt Brown Rash & Culmo<br>4141 Northeast 2nd Avenue<br>Suite 201<br>Miami, FL 33137<br>Phone: (305) 571-8550<br>Fax: (305) 571-8558<br>jeremy@abbrclaw.com |
| Spencer Aronfeld<br>Aronfeld Trial Attorneys PA<br>3132 Ponce de Leon Boulevard<br>Coral Gables, FL 33134<br>Phone: (305) 441-0440<br>Fax: (305) 441-0198<br>aronfeld@aronfeld.com |
| Bruce Steckler<br>Herbert Flowers<br>Baron & Budd<br>3102 Oak Lawn Avenue<br>Suite 1100<br>Dallas, TX  75219-4281<br>Phone: (214) 521-3605<br>Fax: (214) 520-1181<br>hflowers@baronbudd.com |
| Don Barrett, P.A.<br>Lovelace Law Firm, P.A.<br>404 Court Square<br>P.O. Box 987<br>Lexington, MS 39095<br>Phone: (662) 834-2376 |

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Matthew B. Moreland
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
mmoreland@becnellaw.com

Bencomo & Associates
639 Loyola Ave.
Suite 2110
New Orleans, LA 70119
Phone: (504) 529-2929
ben_law@bellsouth.net

E. John Litchfield
Matthew P. Chenevert
Berrigan, Litchfield, Schonekas,
 Mann & Traina, LLC
201 St. Charles Avenue, Suite 4204
New Orleans, LA 70170
Phone: (504) 568-0541
Fax: (504) 561-8655
mchenevert@berriganlaw.net

Joseph M. Bruno
The Law Office of Joseph M. Bruno
855 Baronne Street
New Orleans, LA 70113
Phone: (504) 561-6776
Fax: (504) 561-6775
stephaniep@jbrunolaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Aragon Avenue, 2nd Floor
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

C.S. Chiepalich, Esquire
C.S. Chiepalich, P.C.
1860 Government Street
Mobile, AL 36606
Phone: (251) 478-1666
Fax: (251) 478-1683
charris15@birch.net

Charles J. LaDuca
Cuneo, Gilbert & LaDuca, LLP
507 C Street, NE
Washington, DC 20002
Phone: (202) 789-3960
Fax: (202) 789-1813
wanderson@cuneolaw.com

Joshua M. Palmintier
deGravelles, Palmintier, Holthaus & Fruge, LLC
618 Main Street
Baton Rouge, LA 70801
Phone: (225) 344-3735
Fax: (225) 336-1146

Laura L. Catlett
Diliberto & Kirin
3636 S. I-10 Service Road West
Suite 210
Metairie, AL 70001
Phone: (504) 828-1600
Fax: (504) 828-1555
catlett@attorneys-louisiana.com

Elizabeth Borne
Dysart & Tabary, LLP
3 Courthouse Square
Chalmette, LA 70043
Phone: (504) 271-8011
Fax: (504) 648-0255
LisaB@dst-law.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Scott M. Galante
Galante & Bivalacqua, LLC
650 Poydras Street
Suite 2015
New Orleans, LA 70130
Phone: (504) 648-1858
Fax: (504) 561-0559
scott@gb-lawfirm.com

4

| |
|---|
| Edward Sexton, II<br>Gentle, Turner & Sexton<br>2 North 20th Street<br>Suite 1200<br>Birmingham, AL 35203<br>Phone: (205) 716-3000<br>Fax: (205) 716-3010<br>aecker@gtandslaw.com |
| Brian J. Connelly<br>Jason L. Odom<br>Gould Cooksey Fennell P.A.<br>979 Beachland Blvd.<br>Vero Beach, FL 32963<br>Phone: (772) 231-1100<br>Fax: (772) 231-2020<br>nlr@gouldcooksey.com |
| Michael D. Hausfeld<br>Richard S. Lewis<br>James J. Pizzirusso<br>Hausfeld LLP<br>1700 K Street, N.W.<br>Suite 650<br>Washington, DC 20006<br>Phone: (202) 540-7200<br>Fax: (202) 540-7201<br>jpizzirusso@hausfeldllp.com |
| Edward Gibson<br>Hawkins, Stracener & Gibson, PLLC<br>544 Main Street<br>Bay St. Louis, MS 39520<br>Phone: (228) 469-0785<br>Fax: (228) 466-9233<br>Egibson@hsglawfirm.net |

Russ M. Herman
Leonard A. Davis
Stephen J. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113
Phone: (504) 581-4892
Fax. (504) 561-6024
rherman@hhkc.com

Christopher C. Casper
James, Hoyer, Newcomer, Smiljanich
 & Yanchunis, P.A.
4830 West Kennedy Boulevard
Suite 550
Tampa, FL 33609
Phone: (813) 286-4100
Fax: (813) 286-4174
ccasper@jameshoyer.com

Michael J. Ryan
Krupnick Campbell Malone Buser Slama
Hancock Liberman & McKee, P.A.
700 Southeast Third Avenue
Ft. Lauderdale, FL 33316-1186
Phone: (954) 763-8181
Fax: (954) 763-8292
ksolares@krupnicklaw.com

Hugh P. Lambert
Lambert & Nelson, PLC
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
gerry@lambertandnelson.com

Theodore J. Leopold
Leopold-Kuvin, P.A.
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Phone: (561) 515-1400
Fax: (561) 515-1401
lmarks@leopoldkuvin.com

Arnold Levin
Fred S. Longer
Matthew Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com

Ben Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell, Echsner &
Protor, P.A.
316 S. Baylen Street
Pensacola, FL 32501
Phone: (850) 435-7087
Fax: (850) 436-6087
bgordon@levinlaw.com

Daniel K. Bryson
Lewis & Roberts, PLLC
3700 Glenwood Avenue
Suite 410 (27612)
P.O. Box 17529
Raleigh, NC  27619
Phone (919) 981-0191
Fax: (919) 981-0199
akf@lewis-roberts.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Scott R. Bickford
Larry J. Centola
Martzell & Bickford
338 Lafayette Street
New Orleans, LA 70130
ljc@mbfirm.com

David P. Matthews
Julie L. Rhoades
Matthews & Associates
2905 Sackett Street
Houston, TX 77098
Phone: (713) 535-7179
Fax: (713) 535-7184
lnielsen@dpmlawfirm.com

Chip A. McCallum
McCallum, Hoaglund, Cook & Irby, LLP
905 Montgomery Highway
Suite 201
Vestavia Hills, AL 35216
Phone: (205) 824-7767
Fax: (205) 824-7768
lmarler@mhcilaw.com

Mark A. Milstein
Jason J. Rudolph
Milstein, Adelman and Kreger, LLP
2800 Donald Douglas Loop North
Santa Monica, CA 90405
Phone: (310) 396-9600
Fax: (310) 396-9635
eshipman@maklawyers.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

Morris Bart
Morris Bart, LLC
909 Poydras St.
20th Floor
New Orleans, LA 70112
Phone: (504) 599-3224
morrisbart@morrisbart.com

Darren R. Inverso
Norton, Hammersley, Lopez & Skokos, P.A.
1819 Main Street, Suite 610
Sarasota, FL 34236
Phone: (941) 954-4691
Fax: (941) 954-2128
dinverso@nhlslaw.com

Jerrold Parker
Jordan L. Chaikin
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Suite 101
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jchaikin@yourlawyer.com

Victor M. Diaz
Podhurst Orseck, PA
25 W. Flagler St., Suite 800
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com
jdonner@podhurst.com

9

Jordan Torry
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, TX 77027
Phone: (713) 622-7271
Fax: (713) 623-8724
dacevedo@reichandbinstock.com

H. Clay Roberts
Roberts & Durkee, PA
Alhambra Towers, Penthouse I
121 Alhambra Plaza, Suite 1603
Coral Gable, FL 33134
Phone: (305) 442-1700
Fax: (305) 442-2559
roberts@rdlawnet.com

Christopher Seeger
Jeffery Grand
Seeger Weiss, LLP
One William Street
Phone: (212) 584-0700
Fax: (212) 584-0799
egoldberg@seegerweiss.com

Richard Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Michael B. Shapiro
Allison Grant
Shapiro, Blasi, Wasserman & Gora, PA
Corporate Centre at Boca Raton
7777 Glades Road, Suite 400
Boca Raton, FL 33434
Phone: (561) 477-7800
Fax: (561) 477-7722
agrant@sbwlawfirm.com

J.P. Strom
John R. Alphin
Strom Law Firm, L.L.C.
2110 Beltline Boulevard
Suite A
Columbia, SC 29204
Phone: (803) 252-4800
Faxz: (803) 252-4801
jalphin@stromlaw.com

Tom W. Thornhill
Thornhill Law Firm A PLC
1308 Ninth Street
Slidell, LA 70458
Phone: (985) 641-5010
Fax: (985) 641-5011
tom@thornhilllawfirm.com

Sidney D. Torres, III
Roberta L. Burns
Law Offices of Sidney D. Torres, III
Torres Park Plaza, Suite 303
8301 West Judge Perez Dr.
Chalmette, LA 70043
Phone: (504) 271-8421
Fax: (504) 271-1961
Pmichon@torres-law.com

Marcus Viles
Viles and Beckman, LLC
6350 Presidential Court
Fort Myers, FL 33919
Phone: (239) 334-3922
michael@vilesandbeckman.com
marcus@vilesandbeckman.com

James M. Scarmozzino, Esquire
Webb & Scarmozzino,
2121 West First Street, Ste. 200
Ft. Myers, FL 33901
Phone: (239) 334-1600
Fax: (239) 334-7979

William P. Buckley
Willis & Buckley, APC
3723 Canal Street
New Orleans, LA 70119
Phone: (504) 488-6301
Fax: (504) 488-6302
billwblaw@bellsouth.net

**PRO SE PLAINTIFFS**

Edward and Jacqueline Mayo
5803 Winchester Park Drive
New Orleans, Louisiana 70126