UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEAN AND BETH PAYTON, et al, | : | CASE NO.: 09-7628 |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| KNAUF GIPS KG, et al | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

### REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE
### (LETTER ROGATORY)

United States District Court for the Eastern District of Louisiana presents its compliments to the Appropriate Judicial Authority of Taiwan and requests international assistance to effect service of process to be used in a civil proceeding before this Court in the above captioned matter.

**I.     REQUEST**

This Court requests the assistance described herein as necessary in the interests of justice. The assistance requested is that the Appropriate Judicial Authority of Taiwan effect service of process of the Summons in a Civil Action, Plaintiffs Omnibus Class Action Complaint (I), Exhibit A, Exhibit B, Exhibit C, Exhibit D, Schedule 1, Schedule 2, Schedule 3, Schedule 4 and Certified Translations thereof on the below named company.

Rothchilt International Limited
N-510 Chia Hsin Bld.
Annex 96 Chung Shan N. Rd. Sec. 2
Taipei, Taiwan

The Appropriate Judicial Authority of Taiwan is requested to serve the above-

mentioned documents by personal service into the hands of a director, managing agent or other person authorized to accept service, or in a manner of service consistent with the law of Taiwan.

## II.     FACTS OF CASE

Plaintiffs brought actions against manufacturers and suppliers of Chinese drywall. Chinese drywall has been used in homes of plaintiffs around the country. Chinese drywall is inherently defective because it omits various sulfide gasses and other chemicals through "off gassing" that creates noxious, "rotten egg like odors" and causes a corrosion of air conditioner and refrigerator coils, microwaves, faucets, utensils and copper tubing, electrical wiring, computer wiring, personal property, electrical appliances and other metal surfaces in household items.

This defect is latent and existed in defendants' drywall at the time of instillation regardless of the way the product is installed. There is no repair that would correct the corrosion. The defendants in this case include the manufacturers of drywall. The manufacturers of drywall are located in Germany and China and include defendants, Knauf Gips and its subsidiaries Knauf Tiajin, Knauf Wuhu, and Knauf Dongguan. Rothchilt International Limited is a supplier of Chinese drywall.

Defendants and numerous other entities around the country used this Chinese drywall and are similarly liable. The Chinese drywall has been sold in Florida, Arizona, Colorado, Georgia, Louisiana, Maryland, Nevada, New Jersey, New Mexico, North and South Carolina, Virginia and Texas. Shipping records indicate that 550 million pounds of Chinese drywall has been offloaded to US ports since 2006. There is enough drywall to build 60,000 average sized homes. It is believed that thousands of cases will be

brought requiring consolidation pursuant to § 28 U.S.C. § 1407.

As a result of the conduct of defendants, plaintiffs and thousands of others across the United States have suffered economic losses and personal injury by owning homes containing inherently defective drywall.

## III. RECIPROCITY

The United States District Court for the Eastern District of Louisiana is willing to provide similar assistance to the judicial authorities of Taiwan.

## IV. REIMBURSEMENT FOR COSTS

Plaintiffs' counsel will reimburse the judicial authorities of Taiwan for costs incurred in executing the United States District Court, Eastern District of Louisiana's Letter Rogatory. The judicial authorities of Taiwan are requested to contact plaintiff's counsel before exceeding the amount of $500.00. The counsel's information is: Arnold Levin, Esquire at the firm of Levin, Fishbein, Sedran & Berman, 510 Walnut Street, Ste. 500, Philadelphia, PA 19106, (215) 592-1500.

In acknowledgment of the additional time which is needed to prepare and file an Answer to the attached documents, the time period for answering is extended to 45 days after service.

DATE:

March 16, 2010.

The Honorable Eldon E. Fallon
United States District Court for the
Eastern District of Louisiana
500 Poydras Street
Room C456
New Orleans, LA 70130