Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0165

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--M.K. Development, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Collier** )

**Name of Server:** **Nicholas Krancher**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **3rd** day of **February**, 20 **10**, at **2:15** o'clock **P** M

**Place of Service:** at **2375 Tamiami Trail North Suite 310**, in **Naples, FL 34103**

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**M.K. Development, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Jane Cheffy, Registered Agent**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F** ; Skin Color **white** ; Hair Color **Blonde** ; Facial Hair ____
Approx. Age **45** ; Approx. Height **5'4"** ; Approx. Weight **130**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury    Subscribed and sworn to before me this
that the foregoing is true and correct.    **5th** day of **February**, 20 **10**

X _____    _____
Signature of Server    Notary Public    (Commission Expires)

**APS International, Ltd.**



Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No. 09-7628

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* M.K. Development Inc.
was received by me on *(date)* 2-2-10 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jane Cheffy, Registered Agent, who is
designated by law to accept service of process on behalf of *(name of organization)* M.K. Development Inc.
on *(date)* 2-3-10 @ 2:15 pm.

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2/5/10

X _____
Server's signature

Nicholas Krancher, Certified Process Server
Printed name and title
157188

P.O. Box 1300, Fort Myers FL 33902
Server's address

Additional information regarding attempted service, etc: