Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  101729-0478

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

--Millennium Builders Supply
Court Case No. 09-7628

State of: _LOUISIANA_ ) ss.
County of: _LAFAYETTE_ )

**Name of Server:** _STEVE REGAN_ , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _3RD_ day of _JANUARY (12) FEBRUARY_, 20 _10_, at _2:40_ o'clock _P_ M

**Place of Service:** at _310 Pinhurst Street, Suite 3_ , in _Lafayette, LA 70508_

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Millennium Builders Supply**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _JUSTIN MIRE, PRESIDENT_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _W_ ; Hair Color _BLONDE_ ; Facial Hair _N/A_
Approx. Age _47_ ; Approx. Height _5'10"_ ; Approx. Weight _160_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this _3RD_ day of _FEB_ , 20 _10_

_Signature of Server_

**APS International, Ltd.**

Notary Public

OFFICIAL SEAL
PAUL J. GUILLIOT
NOTARY ID #06574
NOTARY PUBLIC
LAFAYETTE PARISH
COMMISSIONED FOR LIFE