Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
# APS International, Ltd.
# 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0273

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--MGB Construction, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **FLORIDA** ) ss.
County of: **INDIAN RIVER** )

**Name of Server:** **William Bressett**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **5** day of **February**, 20 **10**, at **9:30** o'clock **A** M

**Place of Service:** at **3585 Lucia Drive**, in **Vero Beach, FL 32967**

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**MGB Construction, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **WILLIAM BALLOUGH, REGISTERED AGENT**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M** ; Skin Color **W** ; Hair Color **GRAY** ; Facial Hair
Approx. Age **57** ; Approx. Height **6'2"** ; Approx. Weight **200**

[x] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **5th** day of **February**, 20 **10**

Signature of Server

Notary Public    (Commission Expires)

APS International, Ltd.

PAMELA M. TURNER
Notary Public, State of Florida
My Commission Exp. Sept. 10, 2013
Commission No. DD924348

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

SEAN AND BETH PAYTON, et al )
  )
Plaintiff )
 )
v. ) Civil Action No. 09-7628
 )
KNAUF GIPS KG, et al )
 )
Defendant )

Wm Ballough
9:30 a
2/5/10
Bressett
PS 894

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MGB Construction, Inc.
3585 Lucia Drive
Vero Beach, FL 32967

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
CLERK OF COURT

Date: Jan 07 2010

*Signature of Clerk or Deputy Clerk*

# AFFIDAVIT OF SERVICE

State of LOUISIANA        County of EASTERN DISTRICT        United States District Court Court

Case Number: 09 7628

Plaintiff:
SEAN AND BETH PAYTON, ET AL
vs.
Defendant:
KNAUF GIPS KG, ET AL

For:
Russ Herman
HERMAN, HERMAN, KATZ & COTLAR

Received by APS International, LTD on the 4th day of February, 2010 at 10:29 am to be served on MGB CONSTRUCTION, INC, 3585 LUCIA DRIVE, VERO BEACH, FL.

I, William Bressett, being duly sworn, depose and say that on the 5th day of February, 2010 at 9:30 am, I:

served a CORPORATION by delivering a true copy of the Summons and Complaint with the date and hour of service endorsed thereon by me, to: WILLIAM BALLOUGH as REGISTERED AGENT for MGB CONSTRUCTION, INC, at the address of: 3585 LUCIA DRIVE, VERO BEACH, FL, and informed said person of the contents therein, in compliance with state statutes.

Under Penalties of Perjury, I declare I have read the foregoing documents and the facts stated in the true. NO NOTARY REQUIRED PURSUANT OF F.S. 92.525(2)

Subscribed and Sworn to before me on the 5th day of February, 2010 by the affiant who is personally known to me.

NOTARY PUBLIC

PAMELA M. TURNER
Notary Public, State of Florida
My Commission Exp. Sept. 10, 2013
Commission No. DD924348

William Bressett
PS# 89-14

APS International, LTD
7800 Glenroy Road
Minneapolis, MN 55439-3122
(180) 032-8717

Our Job Serial Number: 2010000313

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3t