Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0110

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Meadows of Estero-Bonita Springs Limited, Partnership d/b/a Shelby Homes c/o NRAI Services, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Broward )
Name of Server: Jonathan Levy, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 3 day of February, 20 10, at 7:00 o'clock PM

Place of Service: at 2731 Executive Park Drive, Ste #4, in Weston, FL 33331

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Meadows of Estero-Bonita Springs Limited, Partnership d/b/a Shelby Homes c/o NRAI Services, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: Luicka Brown, Supervisor

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color Black ; Hair Color Black ; Facial Hair
Approx. Age 35 ; Approx. Height 5'4" ; Approx. Weight 140

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 6 day of February, 20 10

Signature of Server
APS International, Ltd.

Notary Public                (Commission Expires)