Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
# APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0335

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Majestic Homes, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Marion** )

Name of Server: **Ernest Martinez**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **5** day of **February**, 20 **10**, at **11:25** o'clock **A** M

Place of Service: at **3741 Southwest 77th Street**, in **Ocala, FL  34474**

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Majestic Homes, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: **Tracy Thompson / Corporate Secretary**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **White** ; Hair Color **Brown** ; Facial Hair **N/A**
Approx. Age **45** ; Approx. Height **5'5** ; Approx. Weight **145**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **6** day of **February**, 20 **10**

Notary Public     **6-15-11** (Commission Expires)

KENNETH W. KELLEY, JR.
Commission DD 656388
Expires June 15, 2011
Bonded Thru Troy Fain Insurance 800-385-7019

**APS International, Ltd.**