## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SEAN AND BETH PAYTON, individually, and on behalf of all others similarly situated,** | **CASE NO.: 2:09cv-07628** |
| **Plaintiffs,** | |
| **v.** | **CLASS ACTION COMPLAINT** |
| **KNAUF GIPS KG; KNAUF PLASTERBOARD (TIANJIN) CO., LTD.; KNAUF PLASTERBOARD (WUHU), CO., LTD.; KNAUF PLASTERBOARD (DONGGUAN) CO., LTD.; et al.** | **JURY TRIAL DEMAND** |
| **Defendants.** | |

_____/

### AFFIDAVIT OF JOSEPH FONTANA

STATE OF FLORIDA

COUNTY OF HILLSBOROUGH

BEFORE ME, the undersigned authority, personally appeared Joseph Fontana, who, being first duly sworn, deposes and states as follows:

1.     I, Joseph Fontana, am over the age of 18, and have personal knowledge of the matters stated herein or am otherwise relying on the business records of The Ryland Group, Inc.

2.     I hold the position of Operational Vice President for the Ryland Group, Inc. In that position, I am the custodian of business records, including the Agreement of Sale, which pertains to the project which is the subject of this action.  As such, I have become familiar with the way The Ryland Group, Inc., stores and retrieves customer files for properties it sold in West Florida.

1



EXHIBIT
A

3. Attached hereto as Exhibit "A" is a copy of the Agreement of Sale between builder defendant, The Ryland Group, Inc. and plaintiff, in this matter, Brad and Kerry Keller and which is identified in the complaint as the property subject to the plaintiff's claim in this action.

4. As record custodian for the aforementioned entity, I acknowledge that it is the customary and regularly-conducted business activity to create and maintain customer files containing, among other things, Agreements of Sale with buyers. These customer files and the contents therein, are made in the ordinary course of the entity's business by persons with knowledge of the information therein at or near the time that such information is ascertained.

5. I verify that the document attached hereto as Exhibit "A" is a true and correct copy of the Agreement of Sale between The Ryland Group, Inc. and plaintiffs, in this matter, Brad and Kerry Keller, the original of which is maintained in the individual customer files.

FURTHER AFFIANT SAYETH NAUGHT.

Joseph Fontana

SWORN TO AND SUBSCRIBED before me this _9th_ day of _March_____, 2010, by Joseph Fontana, who is personally known to me or who produced _____ as identification and who did take an oath.

_____
NOTARY PUBLIC
Print name: _____
My commission expires:

KAREN S. WARGO
Comm# DD0791522
Expires 8/11/2012
Florida Notary Assn., Inc

3



EXHIBIT

A

# RYLAND HOMES

Agreement of Sale

**Brad Keller**
BUYER(S) NAME
**Kerry Keller**
BUYER(S) NAME

ADDITIONAL BUYER(S)
**7792 Woodland Bend Cir**
PRESENT ADDRESS

**Fort Myers**               **FL**        **33912**
CITY                          STATE        ZIP

**THE RYLAND GROUP, INC.**
SELLER

**6831 Palisades Park Court, Suite 6**
ADDRESS

**Fort Myers**               FL           33912
CITY                          STATE        ZIP

Mortgage Application is due **10** days from Agreement of Sale Date.

You must make option selections within **10** days from the Agreement of Sale Date in accordance with the Change Order Policy.

Mortgage Approval is due **45** days from the Mortgage Application.

Estimated Date of Substantial Completion of Home: **JAN 2006**

☐ Subject to Contingency     ☐ Outside Realtor Participation

| 09510010000\ 0021 | FORUM 70's |
|---|---|
| COMMUNITY # / SITE | COMMUNITY NAME |

**9950 VIA SAN MARCO LOOP**
PROPERTY ADDRESS

**Fort Myers**          **Lee**      **FL**    **33905**
CITY                     COUNTY       STATE     ZIP

**PURCHASE PRICE PAYMENTS**

| | |
|---|---|
| Deposit paid upon signing this Agreement: | **$ 5,000.00** |
| Additional Deposit to be paid by You: _____ | **$   0.00** |
| Additional Deposit to be paid by You: **06/06/2005** | **$23,512.00** |
| Cash from You at Settlement (Excluding Your Settlement Costs and applicable financing costs): | **$0.00** |
| Cash from mortgage proceeds at Settlement (the Mortgage Amount): | **$541,718.00** |
| **TOTAL PURCHASE PRICE:** | **$ 570,230.00** |

## DEFINITIONS

AGREEMENT OF SALE DATE: The Date countersigned by the authorized division officer.

DEPOSIT: Any money that You pay Us prior to Settlement. The Deposit will be applied against the Purchase Price at Settlement or retained by Us in accordance with this Agreement of Sale. THE BUYER OF A ONE-FAMILY OR TWO-FAMILY RESIDENTIAL DWELLING UNIT HAS THE RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10 PERCENT OF THE PURCHASE PRICE) DEPOSITED IN AN ESCROW ACCOUNT. THIS RIGHT MAY BE WAIVED IN WRITING BY THE BUYER.

DEPOSIT WAIVER: BY YOUR SIGNATURE BELOW, YOU WAIVE YOUR RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10% OF THE PURCHASE PRICE) DEPOSITED INTO AN ESCROW ACCOUNT.

_____          _____
Buyer's Signature                          Buyer's Signature

HOME: Residential dwelling pursuant to above-referenced Plan Name to be constructed by Us.

HOMEOWNERS' ASSOCIATION: An association, if any, of property owners for the community in which the Property is located.

MORTGAGE: If the Mortgage Amount is filled in above, You will be obtaining a mortgage for part of the Purchase Price. Your financing rider, if applicable, explains Your rights and obligations, including costs, and Our rights and obligations relating to Your mortgage. Your exact mortgage agreement will be determined by the lender.

MORTGAGE APPROVAL: An unconditional written commitment from a recognized lender for a first deed of trust or mortgage loan to be secured by the Property. Ryland Mortgage Company is a recognized lender.

PROPERTY: The Home site and the Home that We will construct.

PROPERTY CHARGES: One time or periodic charges that are levied against the Property, such as real estate and property value taxes; metropolitan or utility district and sanitary commission charges; homeowners' association and other benefit assessments; charges for water, sewer, drainage and other public improvements and private utilities.

SETTLEMENT: The time when You pay the balance of the Purchase Price and Your Settlement Costs, and We deliver to You a deed to the Property.

SETTLEMENT COSTS: All costs of settlement and transferring title, such as loan origination fees and discount points, transfer taxes, documentary stamps, conveyance and recordation costs, survey, title research, mortgage and owner's title insurance premiums, flood insurance, attorneys' fees, mortgage insurance, funding fees, fire and hazard insurance premiums, prepaid items and prorated Property Charges. Without limiting the foregoing, Settlement Costs shall also include a $250.00 document preparation fee.

SUBSTANTIAL COMPLETION: When an occupancy permit is issued by the local building authority, or when the Home is otherwise habitable. We will complete unfinished work as soon as possible after the Settlement. You grant Us a temporary license to enter the Property after Settlement for purposes of completing such work in accordance with this Agreement of Sale or to meet any governmental requirements. It is specifically agreed upon by the parties that any "punchlist" or "touch-up" items to be completed by Us will not constitute grounds for delaying acceptance of possession or for withholding or escrowing any of the funds due to Us hereunder.

WE, US, OURS: Refers to The Ryland Group, Inc. or Ryland Homes.

_____          _____
Buyer's Initials                           Buyer's Initials                    Revised 1/25/05

Keller_4088420_Agreement of Sale (Basic Contract)_6_3_2005 3_58_27 PM.doc

1

Community ID: **09510010000** Homesite: **0021**

<u>YOU, YOUR, YOURS</u>: Refers to the Buyers.

### GENERAL TERMS

1. <u>PURCHASE</u>: You agree to purchase and We agree to sell the Property for the Purchase Price as determined and revised by the Customer Selection Sheet and any Amendments.

2. <u>CONSTRUCTION OF HOME</u>: We will begin construction within a reasonable time after all land development work is complete on the Property and We receive (a) all necessary governmental and private approvals, (b) all payments due to Us prior to start of construction, (c) proof, satisfactory to Us, of Your ability to pay the balance of the Purchase Price at Settlement, and (d) complete color/option selections.

Construction of the Home will be substantially in accordance with the Home blueprints, site grading plan and Customer Selection Sheet, unless otherwise modified (i) by Us in Our commercially reasonable discretion or (ii) requested by You and approved by Us, which approval shall not be unreasonably withheld. We reserve the right to make changes in the Home blueprints as We deem reasonably appropriate, as may be necessitated by (a) material availability or (b) construction requirements in the field or if the modifications or changes are required by any controlling governmental authority. It is important for You to understand details concerning availability and location of options and standard features, the position of the Home on the lot, the proposed final grade, and any easements, rights-of-way or landscaping that may pertain to the Home site. Questions that may arise about the Home or lot before, during or after the construction process will be answered via specific reference to the applicable blueprints and site grading plan.

In accordance with good building practice and the applicable building codes, the following items on the blueprints will be located at Our discretion:

> Heating system, hot water heater, all plumbing lines and laundry trays, wiring and electrical system, gas and electric meters and garage service doors.

We also have the right to:

- determine the ground elevation and location of the Home on the Home site and homes on neighboring home sites;
- reverse or modify the position of the Home on the Home site;
- substitute materials and equipment of equal quality and similar design; and
- remove trees and shrubbery from the Home site. We will not be liable for any damage to trees or shrubbery not removed.

Since there are multiple construction techniques that are common to the homebuilding industry which address construction depending on differing site conditions, we reserve the right to utilize, at Our discretion, specific engineered construction techniques where appropriate.

We make no warranty, express or implied, as to Your Home conforming to any model home, floor plan, rendering or any other example that we may use in our advertising or promotional programs. We make no representation as to the location of cluster mailboxes, utility boxes, street lights, fire hydrants or storm drain inlets or basins. Model home furnishings, decorator wall and floor coverings and window treatments, shrubbery, landscaping, displays, advertising, and promotional materials are for display and marketing purposes only and are not part of this Agreement of Sale.

You also understand that all optional extras selected and shown on Your Customer Selection Sheet supersede the blueprints and will be included in Your new Home. By Your initials below, Your confirm that You have reviewed and accepted the following:

| Blueprints for plan: | **COSTE VERDE** | **1120** | 6/5/05 |
| | **ELEV B** | | 6/5/05 |
| | (Name) | (Number) | (Date) |

3. <u>DELAYS IN CONSTRUCTION</u>: Substantial Completion may occur before or after the Estimated Date of Substantial Completion, but not later than One (1) year from the Agreement of Sale Date, unless delayed by circumstances or conditions beyond Our control. Examples of "circumstances or conditions beyond Our control" include acts of God or any other grounds cognizable in Florida contract law as impossibility or frustration of performance. We will not be liable for these delays in construction. Notwithstanding the foregoing, Substantial Completion will occur, in any case, not later than two (2) years from the date You sign this Agreement of Sale. It is the intention of the parties that this sale qualify for the exemption provided by 15 U.S.C. Section 1702(a)(2), and that nothing contained in this Agreement shall be construed or so operate as to any of Our obligations or Your rights in a manner which would render such exemption inapplicable.

4. <u>SETTLEMENT</u>: Settlement will take place upon Substantial Completion at a date, time and place that We select.

We will give You at least ten (10) days prior notice of the date, time and place for Settlement. If You are unable to close at the date and time set by the Seller, You may be held in default of this Agreement. You may request an extension of Your closing date. Seller is not required to grant this extension; however, if an extension is granted, You agree to pay an extension fee equal to .75% of the total purchase price for each week the closing is delayed. The extension fee must be paid at the time the request is granted. Payment must be made in the form of a federal wire transfer.

If Settlement has not occurred within one (1) year from the Agreement of Sale Date because of Our unexcused delay, You may end this Agreement and Your sole remedy shall be that We return to You all sums that You paid Us.

At Settlement, We will pay the Property Charges apportioned to the Property prior to the Settlement Date. Except if otherwise provided on a Rider, You will pay all other Settlement Costs, which include all Property Charges apportioned to the Property after the Settlement Date.

5. <u>TITLE TO PROPERTY</u>: Neither legal nor equitable title shall pass until delivery of the deed. Our deed will give You good and marketable fee simple title to the Property. At Settlement, title to the Property may be subject to any of the following, some of which may be recorded between the Agreement of Sale Date and the Settlement Date, and to which You hereby consent and subordinate any interest You may have in the Property:

- comprehensive land use plans and matters appearing on the plat;
- restrictions, conditions, covenants, charges, patents, reservations, easements, Homeowners' Association covenants and similar instruments that may be recorded prior to Settlement;
- any observable easements; and
- governmental requirements, such as zoning and building restrictions, and Property Charges not yet due and payable.

6. <u>DEFAULT</u>: You will be in default and will forfeit Your rights under this Agreement of Sale if You fail to:

- make mortgage application and option selections as required;

Buyer's Initials            Buyer's Initials            Revised 1/25/05

Keller_4088420_Agreement of Sale (Basic Contract)_6_3_2005 3_58_27 PM.doc

Community ID: <u>**09510010000**</u> Homesite: <u>**0021**</u>

- comply with all requirements of the lending institution providing Your mortgage loan;
- make any payment due under this Agreement on time;
- settle as scheduled;
- disclose all requested credit information; or
- otherwise comply with this Agreement of Sale.

If You default under this Agreement of Sale, We may elect to terminate this Agreement of Sale. If You default under this Agreement of Sale and We terminate this Agreement of Sale, You shall lose any and all rights under this Agreement of Sale, and all deposits and monies paid by You hereunder may be retained by or for the account of Us as agreed upon liquidated damages, consideration for the execution of this Agreement of Sale and in full settlement of any claims, whereupon the parties shall be relieved of all obligations under this Agreement of Sale. The parties agree that this provision is not intended as a penalty or forfeiture and that Our actual damages in the event of a default by You would be extremely difficult or impossible to determine. Therefore, by signing this Agreement of Sale, the parties acknowledge that the amount(s) paid or agreed to be paid by You as of the date of such default, with interest accrued thereon (if applicable), is agreed upon as the parties' reasonable estimate of Our liquidated damages in the event of a breach of this Agreement of Sale by You.

7. <u>TERMINATION BY US:</u>  This Agreement of Sale is contingent on and We may end this Agreement of Sale at any time if any of the following occur:

- We determine that Your Mortgage Approval (a) does not meet the requirements of this Agreement, (b) was not obtained within the required time, or (c) is conditional or non-binding;
- We determine that for reasons beyond our control, We cannot achieve Substantial Completion within a reasonable time after the Estimated Date of Substantial Completion;
- We are unable to obtain all necessary public and private approvals and permits in a reasonable time; or
- We determine in Our sole and absolute discretion there are irreconcilable disputes between You and Us.

Often We do not own title to the land at the time We enter into an Agreement of Sale for a Home. In such a case, the Agreement of Sale is contingent on Our obtaining title to the land. If We cannot obtain title to the land, We may terminate this Agreement of Sale.

We will notify You if We choose to terminate. If We terminate for any of these reasons, and provided that You are not in default, We will return all sums that You paid to Us.

8. <u>ELECTROMAGNETIC FIELDS:</u>  All power lines and electrical appliances that draw electric current have electromagnetic fields (EMF) around them. We have no expertise or information about EMF or the detection of EMF and do not review or monitor research efforts regarding EMF. As a result, We do not make representations or warranties of any kind, express or implied, or provide information about the presence or effect of EMF on or in proximity to the Property. The local electric utility company servicing the Property or Your state or local environmental, energy or health agencies or the regional office of the EPA may provide such information.

9. <u>RADON GAS:</u> In accordance with the requirements of Florida Statutes Section 404.056(7), the following notice is hereby given:

**RADON GAS: RADON IS A NATURALLY OCCURRING RADIOACTIVE GAS THAT, WHEN IT HAS ACCUMULATED IN A BUILDING IN SUFFICIENT QUANTITIES, MAY PRESENT HEALTH RISKS TO PERSONS WHO ARE EXPOSED TO IT OVER TIME. LEVELS OF RADON THAT EXCEED FEDERAL AND STATE GUIDELINES HAVE BEEN FOUND IN BUILDINGS IN FLORIDA. ADDITIONAL INFORMATION REGARDING RADON AND RADON TESTING MAY BE OBTAINED FROM YOUR COUNTY PUBLIC HEALTH UNIT.**

We have no expertise in the measurement or reduction of radon in homes or regarding acceptable levels or possible health hazards associated with radon. We make no warranty or representation of any kind, express or implied, regarding the presence or absence of radon gas, or regarding the effectiveness of any architectural or engineering activities for reducing the presence of radon.

10. <u>MEGAN'S LAW:</u>  You are advised that We make no representation regarding the presence or absence of any convicted sex offenders in the community in which You are purchasing. You are hereby notified that if such information is material to Your decision to purchase a home, You should exercise whatever due diligence You deem necessary in this regard to obtain information regarding convicted sex offenders from local law enforcement agencies.

11. <u>ARBITRATION:</u>  If You initial below, You agree that any controversy, claim or dispute arising out of or in any way relating to this Agreement, the Property, Your purchase of the Property or Our construction of the Home shall be settled by binding arbitration with the American Arbitration Association or another independent third-party arbitration organization mutually agreed upon by You and Us. The decision of the arbitrator shall be final and binding on You and Us and judgment upon the award may be enforced in any court having jurisdiction. You acknowledge that this section eliminates Your right to a trial. The non-prevailing party in the arbitration shall pay the costs of arbitration including the prevailing party's reasonable attorneys' fees and costs. Your election of this provision is voluntary.

Buyer's Initials          Buyer's Initials

12. <u>ENTRY:</u>  **A CONSTRUCTION SITE IS A DANGEROUS PLACE AND YOU ARE PROHIBITED FROM ENTERING THE PROPERTY BEFORE SETTLEMENT WITHOUT OUR WRITTEN PERMISSION. IF YOU RECEIVE OUR PERMISSION TO ENTER THE PROPERTY, YOU MUST BE ACCOMPANIED BY A RYLAND REPRESENTATIVE AND WEAR A HARD HAT. YOU AGREE THAT YOU WILL BE RESPONSIBLE FOR AND HEREBY RELEASE US FROM ANY CLAIMS FOR ANY INJURY OR DAMAGE TO PERSONS OR PROPERTY CAUSED BY OR RELATED TO ANY ENTRY ON THE PROPERTY BY YOU OR YOUR INVITEES PRIOR TO SETTLEMENT. UNDER NO CIRCUMSTANCES MAY YOU PERFORM ANY WORK ON THE PROPERTY OR BRING ANY CHILDREN UNDER AGE 18 ONTO THE PROPERTY BEFORE SETTLEMENT.**

13. <u>TIME:</u>  Time is of the essence for the Settlement date and for all of Your obligations under this Agreement of Sale. This means that You will be in default if You fail to settle on the date selected or fail to perform on any agreement made by You within the time provided in this Agreement of Sale.

14. <u>POSSESSION:</u>  You have the right to possession of the Property after Settlement. We accept the risk of loss or damage to the Property until the earlier to occur of Settlement or delivery of possession to You.

15. <u>ASSIGNMENT:</u>  You may not assign or record this Agreement of Sale.

16. <u>NOTICES:</u>  All notices must be in writing and delivered to the addresses set forth on page one. All notices of default must be sent by certified or registered mail, return receipt requested. Notices are deemed given two days after mailing.

17. <u>MODIFICATIONS AND WAIVERS:</u>  This Agreement may be changed, modified or amended only by a written instrument, signed by both You and Us. The start of any activity by Us in connection with the Property is not to be deemed a waiver of any of Our rights under this Agreement of Sale. We will not waive any right just because We delayed or failed to enforce that right.

Buyer's Initials          Buyer's Initials          Revised 1/25/05

Keller_4088420_Agreement of Sale (Basic Contract)_6_3_2005 3_58_27 PM.doc

3

18.  <u>DISCLAIMER-CONSUMER PRODUCTS WARRANTIES LIMITED TO MANUFACTURERS</u>:  YOU ACKNOWLEDGE THAT WE HAVE PROVIDED YOU WITH ACCESS TO AND HAVE MADE AVAILABLE TO YOU COPIES OF ALL WRITTEN WARRANTIES ON CONSUMER PRODUCTS WHICH MAY BE INSTALLED IN THE HOME AS THE TERM "CONSUMER PRODUCTS" IS DEFINED IN TITLE 15 U.S.C. SECTION 2301 AND PART 702 OF THE FEDERAL TRADE COMMISSION RULES AND REGULATIONS UNDER THE MAGNUSON MOSS WARRANTY ACT, PRIOR TO THE EXECUTION OF THIS AGREEMENT.  YOU FURTHER ACKNOWLEDGE THAT YOU HAD SUFFICIENT OPPORTUNITY TO REVIEW SUCH WARRANTIES TO THE EXTENT YOU DEEM NECESSARY TO INFORM YOURSELF OF THE CONTENTS OF SUCH WRITTEN WARRANTIES.  WE WILL PASS ALONG TO YOU THE WRITTEN WARRANTIES PROVIDED BY THE MANUFACTURERS OF "CONSUMER PRODUCTS."  WE MAKE NO WARRANTIES, INCLUDING ANY WARRANTIES AS TO MERCHANTABILITY OR FITNESS, EITHER EXPRESS OR IMPLIED, WITH RESPECT TO APPLIANCES OR OTHER CONSUMER PRODUCTS EITHER ATTACHED TO OR INSTALLED IN THE HOME, AND WE ARE NOT RESPONSIBLE FOR ANY PROMISE OR WARRANTY MADE BY THE MANUFACTURERS OF SUCH PRODUCTS.

19.  <u>HOME OWNERS WARRANTY</u>:  We will register Your Home with the Your Ryland Home Warranty at the time of Your Settlement.  At that time We will provide You with a warranty document detailing the coverage under Our warranty program.  You agree to accept the Your Ryland Home Warranty as the only warranty from Us.

20.  <u>HOMEOWNER'S MANUAL</u>:  You acknowledge that You have received the Ryland Homeowner's Manual and have read and reviewed the procedures outlined therein.  The Homeowner's Manual is the book upon which We base Our warranties, and it is important that You be familiar with everything contained in the Manual in order to care for Your new Home.

21.  <u>NO OTHER AGREEMENTS</u>:  We make no express or implied warranties to You except as required by law and as set forth in this Agreement of Sale and on the Riders.  There are no other oral or written agreements or representations, directly or indirectly, connected with this Agreement of Sale.  We make no representation concerning any land adjacent to or near the Property or as to future market conditions and their resulting impact on housing prices.  We will not be bound by any representations or promises made by any salesperson or other person unless they are included in this Agreement of Sale. Furthermore, We reserve the right to change Our pricing and marketing strategies as We deem necessary.  **YOUR RECEIPT OF A CLOSING COST CONTRIBUTION AND/OR PROMOTION REQUIRES YOU TO FINANCE THROUGH RYLAND MORTGAGE OR PAY CASH AND CLOSE WITH RYLAND TITLE.**  By including the following terms, We are making them a part of this Agreement of Sale: <u>**NONE**</u>

**THIS SECTION SHOULD NOT BE LEFT BLANK IF YOU ARE RELYING ON ANY ORAL STATEMENTS OR PROMISES.**

**PLEASE INSERT THE WORD "NONE" IF YOU ARE NOT RELYING ON ANY ORAL STATEMENTS.**

<span style="float:right">_____    _____<br>Buyer's Initials   Buyer's Initials</span>

22.  <u>NOTICES REGARDING SELECTIONS</u>:  All selections that You make are Your sole responsibility.  It is Your responsibility to verify the accuracy of Your selections of colors, location, option numbers and descriptions.

Colors on some products may vary slightly due to different dye lots, production runs or other factors.  We are not responsible for exact color matching.

We will order materials and construct Your Home based on Your selections on this form and all selection order forms signed by You in connection with the purchase of Your Home.  The selections are binding on You and cannot be changed without Our acceptance and Your payment of a change order fee and execution of a written change order.

If You default on Your Agreement of Sale, We may retain any deposits paid, including any options deposits, as liquidated damages.

If material You selected is not available, You agree to make a new selection without delay.  We reserve the right to substitute material of like pattern, quality and design if You fail to do so upon request.

23.  <u>CHANGE ORDER POLICY</u>:  ALL STRUCTURAL OPTIONS AND THESE SELECTIONS WHICH AFFECT THE PERMITTING PROCESS MUST ACCOMPANY THIS AGREEMENT OF SALE.  CHANGES TO THOSE SLECTIONS WILL NOT BE ALLOWED AFTER THE DATE YOU SIGN THIS AGREEMENT OF SALE.

We understand the importance of the decisions surrounding the home buying process, and want to offer flexibility for Our home buyers.  However, in order to build Your home on schedule, **WE REQUIRE DECISIONS ON OPTIONS, NONSTRUCTURAL CHANGES AND COLOR SELECTIONS THAT DO NOT AFFECT PERMITTING TO BE COMPLETED WITHIN 10 DAYS AFTER YOU SIGN YOUR AGREEMENT OF SALE.  CHANGES TO THESE SELECTIONS WILL NOT BE ALLOWED AFTER THE 10-DAY PERIOD.**  If Your selections are not delivered to Us within the 10-day period.  You will be in default and We will be entitled to exercise the remedies set forth in Section 6 of the Agreement of Sale.

24.  <u>CONSTRUCTION INDUSTRIES RECOVERY FUND</u>:  PAYMENT MAY BE AVAILABLE FROM THE CONSTRUCTION INDUSTRIES RECOVERY FUND IF YOU LOSE MONEY ON A PROJECT PERFORMED UNDER A CONTRACT, WHERE THE LOSS RESULTS FROM SPECIFIED VIOLATIONS OF FLORIDA LAW BY A STATE LICENSED CONTRACTOR.  FOR INFORMATION ABOUT THE RECOVERY FUND AND FILING A CLAIM, CONTACT THE FLORIDA CONSTRUCTION INDUSTRY LICENSING BOARD AT THE FOLLOWING TELEPHONE NUMBER AND ADDRESS:  CONSTRUCTION INDUSTRY LICENSING BOARD, ATTN:  CONSTRUCTION INDUSTRIES RECOVERY FUND, 1940 N. MONROE STREET, SUITE 60, TALLAHASSEE, FLORIDA 32399-2202; TELEPHONE (850) 487-1395.

25.  <u>EFFICIENCY RATING DISCLOSURE</u>:  You are hereby notified that You may have the Home's energy efficiency rating determined.  You acknowledge that You have received the energy efficient rating and the information brochures required by Florida Statute 553.996 at or before signing this Agreement.

26.  <u>MANDATORY HOMEOWNERS' ASSOCIATION DISCLOSURE SUMMARY</u>:  YOU SHOULD NOT EXECUTE THIS AGREEMENT UNTIL YOU HAVE RECEIVED AND READ THE DISCLOSURE SUMMARY REQUIRED BY SECTION 720.401, FLORIDA STATUTES.  Pursuant to Section 720.401 (1)(b), Florida Statutes, the following disclosure is hereby provided:

> IF THE DISCLOSURE SUMMARY REQUIRED BY SECTION 720.401, FLORIDA STATUTES, HAS NOT BEEN PROVIDED TO THE PROSPECTIVE PURCHASER BEFORE EXECUTING THIS CONTRACT FOR SALE, THIS CONTRACT IS VOIDABLE BY BUYER BY DELIVERING TO SELLER OR SELLER'S AGENT OR REPRESENTATIVE WRITTEN NOTICE OF THE BUYER'S INTENTION TO CANCEL WITHIN 3 DAYS AFTER RECEIPT OF THE DISCLOSURE SUMMARY OR PRIOR TO CLOSING, WHICHEVER OCCURS FIRST.  ANY PURPORTED WAIVER OF THIS VOIDABILITY RIGHT HAS NO EFFECT.  BUYER'S RIGHT TO VOID THIS CONTRACT SHALL TERMINATE AT CLOSING.

27.  <u>BUILDER'S RIGHT TO INSPECT CONSTRUCTION DEFECT</u>:  CHAPTER 558, FLORIDA STATUTES CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY BRING ANY LEGAL ACTION FOR AN ALLEGED CONSTRUCTION DEFECT IN YOUR HOME.  SIXTY DAYS BEFORE YOU BRING ANY LEGAL ACTION, YOU MUST DELIVER TO THE OTHER PARTY TO THIS CONTRACT A WRITTEN NOTICE

<span style="display:block;text-align:center">_____     _____<br>Buyer's Initials     Buyer's Initials</span> <span style="float:right">Revised 1/25/05</span>

REFERRING TO CHAPTER 558 OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE SUCH PERSON THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND TO CONSIDER MAKING AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS. YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER WHICH MAY BE MADE. THERE ARE STRICT DEADLINES AND PROCEDURES UNDER THIS FLORIDA LAW WHICH MUST BE MET AND FOLLOWED TO PROTECT YOUR INTERESTS.

28. <u>CONSTRUCTION LIEN DISCLOSURE:</u> We are required to provide You with the following disclosure pursuant to Section 713.015, Florida Statutes:

## ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001-713,37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY. THIS CLAIM IS KNOWN AS A CONSTRUCTION LIEN. IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS OR NEGLECTS TO MAKE OTHER LEGALLY REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOUR CONTRACTOR IN FULL. IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOUR PROPERTY. THIS MEANS IF A LIEN IF FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OR OTHER SERVICES THAT YOUR CONTRACTOR OR A SUBCONTRACTOR MAY HAVE FAILED TO PAY. FLORIDA'S CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A SPECIFIC PROBLEM ARISES, YOU CONSULT AN ATTORNEY.

29. <u>IRRECONCILABLE DISPUTES:</u> If any irreconcilable disputes arise between the parties to this Agreement of Sale as to the progress, location, materials, workmanship or other matters relating to the construction of the Home, before there is Substantial Completion, We may elect in Our sole and absolute discretion to terminate this Agreement of Sale by refunding the Deposit (excluding any interest accrued thereon) to You, and simultaneously paying to You an additional $250.00 ("Termination Fee") in full settlement of any claims, whereupon all rights and liabilities of the parties arising under this Agreement of Sale will automatically terminate. At Our option, a dispute will be considered irreconcilable if not resolved within 5 business days of You receiving Our written notification of such unresolved dispute(s), or in the event You raise such continuing or substantial objections or complaints regarding the progress, location, materials, workmanship or other matters relating to the construction of the improvements that We, in Our sole and absolute discretion, determine We cannot, or elect not to, remedy or cure Your objections. Upon Your acceptance of the Deposit and Termination Fee, You fully release, acquit, satisfy and forever discharge Us and Our officers, directors, employees, agents, successors and assigns from any and all claims, causes of action, suits, sums of money, debts, damages, costs, promises, judgments, executions and demands whatsoever, in law or in equity which You ever had, now have or subsequently have arising out of or resulting from Our termination of this Agreement of Sale as contemplated in this Paragraph 27.

30. <u>COUNTERPARTS AND FACSIMILE SIGNATURES:</u> This Agreement shall be validly executed when signed in counterparts. Signatures may be given via facsimile transmission and shall be deemed given as of the date and time of the transmission of this Agreement by facsimile to the other party.

31. <u>QUALIFYING BUILDERS:</u> Our Qualifying Builder Number is QB11846.

32. <u>ENTIRE AGREEMENT:</u> This Agreement will be effective when signed by You and an authorized division officer of The Ryland Group, Inc. This Agreement of Sale includes all DEFINITIONS, GENERAL TERMS, AND THE FOLLOWING CHECKED RIDERS, all of which are attached and incorporated by reference into the Agreement of Sale, and, together with the Homebuyer's Guide, form the complete agreement between You and Us:

Check all riders that are attached to and incorporated in the Agreement of Sale:

| | | | |
|---|---|---|---|
| ☐ | Net Effect | ☐ | Flag Lot Rider |
| ☒ | Customer Selection Sheet | ☐ | Flood Disclosure |
| ☒ | Financing and Approved Settlement Costs Rider | ☒ | Off-Site Land Disclosure |
| ☒ | Insulation Rider | ☒ | Owner Occupancy Rider |
| ☒ | Mandatory Homeowners Association Disclosure | ☒ | Privacy Policy Notice |
| ☐ | Miscellaneous Disclosure Form | ☒ | RMC Notice of Affiliated Business Arrangement |
| ☐ | Real Estate Company Rider | ☒ | RTC Notice of Affiliated Business Arrangement |
| ☒ | Outside Lender Rider | ☒ | RIS Notice of Affiliated Business Arrangement |
| ☐ | House to Sell Contingency | ☒ | Swimming Pool Disclosure |
| ☐ | Existing Contract Rider | ☒ | Welcome Rider |
| ☐ | Model/Inventory Home Rider | ☐ | Other (specify) _____ |

Buyer's Initials                 Buyer's Initials                 Revised 1/25/05

Community ID: **09510010000** Homesite: **0021**

33. <u>APPLICABLE LAW:</u> This Agreement of Sale is governed by the Laws of the State in which the Property is located. If any part of this Agreement of Sale is determined by a court to be unenforceable, the rest of the Agreement of Sale will remain in full force.

34. <u>BUILDER'S RIGHT TO INSPECT CONSTRUCTION DEFECT:</u>    CHAPTER 558, FLORIDA STATUTES CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY BRING ANY LEGAL ACTION FOR AN ALLEGED CONSTRUCTION DEFECT IN YOUR HOME. SIXTY DAYS BEFORE YOU BRING ANY LEGAL ACTION, YOU MUST DELIVER TO THE OTHER PARTY TO THIS CONTRACT A WRITTEN NOTICE REFERRING TO CHAPTER 558 OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE SUCH PERSON THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND TO CONSIDER MAKING AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS. YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER WHICH MAY BE MADE. THERE ARE STRICT DEADLINES AND PROCEDURES UNDER THIS FLORIDA LAW WHICH MUST BE MET AND FOLLOWED TO PROTECT YOUR INTERESTS.

35.  <u>PROPERTY TAX DISCLOSURE SUMMARY:</u>  Pursuant to Section 689.261(1), Florida Statutes, the following disclosure is hereby provided:

> BUYER SHOULD NOT RELY ON THE SELLER'S CURRENT PROPERTY TAXES AS THE AMOUNT OF PROPERTY TAXES THAT THE BUYER MAY BE OBLIGATED TO PAY IN THE YEAR SUBSEQUENT TO PURCHASE. A CHANGE OF OWNERSHIP OR PROPERTY IMPROVEMENTS TRIGGERS REASSESSMENTS OF THE PROPERTY THAT COULD RESULT IN HIGHER PROPERTY TAXES. IF YOU HAVE ANY QUESTIONS CONCERNING VALUATION, CONTACT THE COUNTY PROPERTY APPRAISER'S OFFICE FOR INFORMATION.

THIS IS A LEGALLY BINDING AGREEMENT. PLEASE MAKE SURE THAT YOU READ AND UNDERSTAND ALL PROVISIONS BEFORE SIGNING. IF YOU DO NOT UNDERSTAND ANY PROVISION, YOU SHOULD SEEK LEGAL ADVICE.

| | |
|---|---|
| _____  6/2/05 | _____  6/4/05 |
| WITNESS | BUYER(S) NAME                          DATE |
| | _____  6/4/05 |
| WITNESS | BUYER(S) NAME                          DATE |
| | THE RYLAND GROUP, INC. |
| _____ | By: _____ |
| WITNESS OR ATTEST | AUTHORIZED OFFICER                    DATE |

Please print below your name the way you wish it to appear on your deed.

Mr.  ☒  **Brad**                                                                              **Keller**
Ms.  ☐  First Name                    Middle Name or Initial (optional)      Last Name
Mrs. ☐

Mr.  ☐  **Kerry**                                                                            **Keller**
Ms.  ☐  First Name                    Middle Name or Initial (optional)      Last Name
Mrs. ☒

Revised 1/25/05

# RYLAND

### Rider to Agreement of Sale
between Brad  Keller and Kerry  Keller,  Buyer(s)

**and**
**The Ryland Group, Seller**

| | Selection Sheet | Order By Category |
|---|---|---|

**FORUM 70's - 09510010000**

| | | | |
|---|---|---|---|
| Date Printed: | June 03,2005 | Prepared By: | FTM  NewHomeAdvisor |
| Lot Address: | 9950 VIA SAN MARCO LOOP | | |
| | Fort Myers, FL  33905 | | |
| Lot: | 0021 | Contract Date: | June 02, 2005 |
| Plan/Elev: | COSTE VERDE ELEV B-1120 (20) | Estimated Close: | March |

Swing:       Left

| | | | | |
|---|---|---|---|---|
| | | | Total Options: | $113,240.00 |
| | | | Lot Premium: | $35,000.00 |
| Options Deposit: | $0.00 | Check #:_____ | Base Price: | $421,990.00 |
| | | | Total Sales Price: | $570,230.00 |

Amendment to Agreement of Sale

1. When ratified by Our Authorized Officer, this Selection Sheet shall be an amendment to the Agreement to the extent that (a) any options that You select differ from any previously selected options and/or (b) the total sales price changes.

☐ 2. See Attached.
☐ 3. If this box is checked, the revised Estimate Date of Substantial Completion is _____

Witness:

_____  6/2/05
SALES Representative/HOMESTORE Representative

_____
SALES Representative/HOMESTORE Representative

Buyer _____ 6/5/05   Date

Buyer  K Keller  6/5/05   Date

**The Ryland Group**

By: _____
Authorized DIVISION Officer    Date

By: _____
Broker Approval    Date

# RYLAND

### Rider to Agreement of Sale
between Brad Keller and Kerry Keller, Buyer(s)

### and
### The Ryland Group, Seller

| Selection Sheet | Order By Category |
|---|---|

## FORUM 70's – 09510010000

| | |
|---|---|
| Date Printed: June 03,2005 | Prepared By: FTM NewHomeAdvisor |
| Lot Address: 9950 VIA SAN MARCO LOOP | |
| Fort Myers, FL 33905 | |
| Lot: 0021 | Contract Date: June 02, 2005 |
| Plan/Elev: COSTE VERDE ELEV B-1120 (20) | Estimated Close: March |

Swing: Left

### LAN - Landscaping/Irrigation/Fencing

| Option Number | Color/Location | Quantity | Description | Extended Price |
|---|---|---|---|---|
| A290521 | / | 1 | Pool Package B | $33,500.00 |

### STR - Structural

| Option Number | Color/Location | Quantity | Description | Extended Price |
|---|---|---|---|---|
| A123804 | / | 1 | (2) Double French Doors ilo | SGD at Family Room | $4,300.00 |
| A123808 | / | 1 | Optional Side Lites at Den | $1,000.00 |
| A123960 | / | 1 | Service Door | $1,340.00 |
| A121320 | / | 1 | Tray Ceiling at Bonus | $1,100.00 |
| A122300 | / | 1 | Ledger Stone - Elev B | $6,700.00 |
| A123603 | / | 2 | Double French Doors at | Breakfast or Living | (Price Per Room) | $4,400.00 |
| A121315 | / | 1 | Tray Ceiling at Family Room | $2,600.00 |
| A121317 | / | 1 | Tray Ceiling at Dining Room | $1,100.00 |
| A121319 | / | 1 | Tray Ceiling at Den | $1,100.00 |
| A117850 | / | 1 | Garage 2' Extension | $3,500.00 |
| A119101 | / | 1 | Optional Outdoor Kitchen (1) | at Standard Lanai | $6,400.00 |
| A120303 | / | 1 | Optional Gourmet Kitchen | $3,100.00 |
| A115005 | / | 1 | Optional Bonus Room 2 and | Lanai 2 | $38,000.00 |
| A116855 | / | 1 | Optional Bath #3 at Bedroom #2 | $4,500.00 |
| A116856 | / | 1 | Add (1) Lav to Bath #3 | $600.00 |



Buyer's Initials



Buyer's Initials

Project: **09510010000** Lot: **0021**

Rider to Agreement of Sale

between **Brad Keller Kerry Keller** , Buyer(s)
and
The Ryland Group, Inc., Seller

**FINANCING AND APPROVED
SETTLEMENT COSTS RIDER**

1.   **Financing And Approved Settlements Costs.**

A.  This contract is subject to You obtaining a loan of **95**% of sales price and making a down payment of **5**% of the total sales price.

B.  You must deliver to Us a copy of Your Mortgage Approval within 45 days from the date of Your Mortgage Application as set forth on page one of the Agreement of Sale.  If You are unable to obtain a Mortgage Approval with which You can comply within 45 days, You must notify Us immediately in writing of Your inability to obtain approval.  We will have the right for a period of thirty (30) days after You advise Us that You cannot obtain Mortgage Approval to obtain Mortgage Approval for You at prevailing rates from a licensed lender of Our choice.

C.  If after You have applied and processed in good faith, neither You nor We are able to obtain Mortgage Approval for You, then You may terminate the Agreement of Sale by written notice to Us within the time frame specified in the Agreement of Sale.  If you terminate the Agreement of Sale by written notice to Us within the specified time frame, We will refund all deposit money paid by You to Us except for the amount of any Non-refundable Option Down payments, which we may retain even though You have terminated Your Agreement of Sale under this provision.  If You fail to terminate the Agreement of Sale by written notice to Us within the specified time frame, We will be entitled to retain Your deposit if You fail to settle for any reason, even if Your failure to settle is because You cannot satisfy Your Mortgage Approval contingencies, including, but not limited to, job change or loss, divorce, increase in debt or change in financial circumstances.

D.  You understand and agree that Your loan on the Property shall bear an interest rate as determined between You and Your lender and any agreement to lock in Your interest rate and loan terms must be determined by You and Your lender.

E.  Because of the unpredictability that sometimes exists during the building process, which can result in settlement delays, We will not accept responsibility for any expired lock-in agreements.  If You lock in an interest rate, You do so at Your own risk.

☒ F.  In the event You use Ryland Mortgage Company as Your lender, We agree to pay a total of **$5000.00**, which You may use towards Approved Settlement Costs and Discount Points.

☒ G.  In the event You choose a Lender other than RMC, We will not pay any closing costs.

☒ H.  "Approved Settlement Costs" means: Any Settlement Costs defined on page one of the Agreement of Sale that the lender allows sellers to pay.  Approved Settlement Costs do not include any prepaid items, such as mortgage insurance premiums, real estate taxes, hazard insurance premiums or interest.

I.  In the event that at the time of Settlement, the actual Discount Points and Approved Settlement Costs are less than the agreed upon amount in Paragraph F, if applicable, We will pay only for the actual costs incurred.  The amount that We pay will be shown as a credit to Buyer under Section 200 on the front of the Settlement Statement.  Any unused amount will be forfeited.

☒ J.  You have agreed to pay **ALL COSTS ASSOCIATED WITH SETTLEMENT** including, but not limited to, title insurance and documentary stamps.

☒ 2.   **Conventional Financing.**  If the box is checked, You have indicated Your intention to apply for a conventional mortgage loan.

☐ 3.   **FHA Financing.**  If the box is checked, You have indicated Your intention to apply for a mortgage loan insured by the Federal Housing Administration (FHA) and this paragraph applies to You.  It is expressly agreed that notwithstanding any other provisions of this Agreement, You shall not be obligated to complete the purchase of the Property described herein or incur any penalty by forfeiture of earnest money deposits or otherwise unless You have been given in accordance with HUD/FHA or VA requirements a written statement by the Federal Housing Commissioner, Veterans Administration, or Direct Endorsement lender setting forth the appraised value of the property of not less than $_____ .  You shall have the privilege and option of proceeding with consummation of the Agreement of Sale without regard to the amount of the appraised valuation.  The appraised valuation is arrived at to determine the maximum mortgage the Department of Housing and Urban Development (HUD) will insure.  HUD does not warrant the value nor the condition of the Property.  You should satisfy Yourself that the price and condition of the Property are acceptable.

☐ 4.   **VA Financing.**  If the box is checked, You have indicated Your intention to apply for a mortgage loan guaranteed by the Department of Veteran Affairs ("VA") and this paragraph applies to You.

A.  It is expressly agreed, notwithstanding any other provisions of the Agreement, that You shall not incur any penalty by forfeiture of earnest money or otherwise or be obligated to complete the purchase of the Property described herein, if the Purchase Price of the Property exceeds the reasonable value of the Property established by the VA.  You shall, however, have the privilege and option of proceeding with the consummation of the agreement without regard to the amount of reasonable value established by the VA.

B.  The substitution of materials as provided for in the "Construction of Home" section of the General Terms of the Agreement will be subject to the approval of the VA and You in accordance with VA regulations.  Except for such approved substitutions the Home will be built in accordance with the plans and specifications submitted to the VA.

C.  All earnest money and other deposits made by You shall be deposited in a special trust account as required by 38 USC Section 3706.

☒ 5.   **Cash Sale Addendum.**  The parties agree as follows: No financing is involved in the sale of the Property.  Within 14 days from the date of this Agreement, You shall provide Us with proof of Your financial ability to close this sale, including providing Us with verification of sufficient cash or funds.  If You fail to provide proof of financial ability reasonably satisfactory to Us within 14 days, We may terminate this Agreement of Sale and return to You Your Earnest Money and any payments made for options or upgrade items.  After termination of this Agreement, neither party will have any further rights or obligations          under                     this                     Agreement.

Buyer's Initials         Buyer's Initials              Created 1/12/04

Keller_4088420_Financing & Approved Settlement Costs Rider_6_3_2005 3_55_19 PM.doc

Rider to Agreement of Sale
between **Brad Keller Kerry Keller** , Buyer(s)
and
The Ryland Group, Inc., Seller

**MANDATORY HOMEOWNERS' ASSOCIATION DISCLOSURE**
(FLORIDA)

THIS DISCLOSURE IS INTENDED TO COMPLY WITH FLORIDA STATUTE 720.401. THIS DISCLOSURE IS NOT REQUIRED FOR CONDOMINIUMS, COOPERATIVE APARTMENTS, VACATION AND TIME SHARE PLANS AND MOBILE HOME LOT TENANCIES.

ADDRESS: **9950 VIA SAN MARCO LOOP, Fort Myers, FL   33905**  (the "Parcel")

NAME OF COMMUNITY: **FORUM 70's**

Name of Homeowners' Association: **The Forum** (the "Homeowners' Association")

DISCLOSURE SUMMARY FOR

**(9950 VIA SAN MARCO LOOP, Fort Myers, FL   33905 )**

1. As a purchaser of property in this community, you will ☒, will not ☐ be obligated to be a member of a Homeowners' Association.

2. There have been or will be recorded restrictive covenants governing the use and occupancy of properties in this community.

3. You will ☒, will not ☐ be obligated to pay assessments to the Homeowners' Association. Also, You will ☐, will not ☐ be obligated to pay special assessments to the Homeowners' Association, respective municipality, county, or special district.  All assessments are subject to periodic change.

4. Your failure to pay special assessments or assessments levied by a mandatory Homeowner's Association could result in a lien on Your property.

5. ☐ There is an obligation to pay rent or land use fees for recreational or other commonly used facilities as an obligation of membership in the Homeowners' Association, and the amount of the current obligation is _____.

   ☒ There is not an obligation to pay rent or land use fees for recreational or other commonly used facilities as an obligation of membership in the Homeowners' Association.

6. The Developer may have the right to amend the restrictive covenants without the approval of the Homeowners' Association membership or the approval of the parcel owners.

7. The statements contained in this disclosure form are only summary in nature, and, as a prospective purchaser, You should refer to the covenants and the Homeowners' Association governing documents before purchasing property.

8. These documents are matters of public record and can be obtained from the record office in the county where the property is located or are not recorded and can be obtained from the Developer.

9. **IF THE DISCLOSURE SUMMARY REQUIRED BY SECTION 720.401, FLORIDA STATUTES, HAS NOT BEEN PROVIDED TO THE PROSPECTIVE PURCHASER BEFORE EXECUTING THIS CONTRACT FOR SALE, THIS CONTRACT IS VOIDABLE BY BUYER BY DELIVERING TO SELLER OR SELLER'S AGENT OR REPRESENTATIVE WRITTEN NOTICE OF THE BUYER'S INTENTION TO CANCEL WITHIN 3 DAYS AFTER RECEIPT OF THE DISCLOSURE SUMMARY OR PRIOR TO CLOSING, WHICHEVER OCCURS FIRST.  ANY PURPORTED WAIVER OF THIS VOIDABILITY RIGHT HAS NO EFFECT.  BUYER'S RIGHT TO VOID THIS CONTRACT SHALL TERMINATE AT CLOSING.**

A.      General description of recreational and other common facilities available for use by Homeowners' Association members:

   _____

B.      Amount of annual regular assessments imposed by the Homeowners' Association for current year: **$1200.00** (this amount is subject to change)

C.      Amount of total special assessments imposed by the Homeowners' Association for current year: _____  (this amount is subject to change)

D.      Charges imposed by the Homeowners' Association for use of the facilities described in Paragraph A above which are in addition to regular and special assessments:

   **$350.00** for use of **1 time capital contribution**.
   _____ for use of _____.

E.      You acknowledge that You have received a copy of the restrictive covenants for the community and a copy of the Articles of Incorporation and Bylaws of the Homeowners' Association.

   The undersigned further acknowledge that the foregoing items were supplied prior to the execution of a contract for sale.

_____          ___6/5/05___
Buyer's Signature                                    Date

_____          __6/5/05__
Buyer's Signature                                    Date

Rider to Agreement of Sale

between **Brad Keller and  Kerry Keller** , Buyer(s)

and

**The Ryland Group, Inc., Seller**

<u>**INSULATION RIDER**</u>

1.   <u>**INSULATION.**</u>   (Check box which applies.)

The type, thickness and R-value, according to manufacturer of insulation, used in the Home areas are:

☒   Standard

| AREAS OF HOME | TYPE OF INSULATION | THICKNESS | R-VALUE |
|---|---|---|---|
| Top Floor Ceilings - Flat and/or vaulted/cathedral/sloped 5/12 pitch or less | Celluose | 5-3/16" | 19 |
| Top Floor Ceilings - Other than Flat[1] | Kraft Batt | 6- 1/4" | 19 |
| Exterior         Block  Walls             Stud | Kraft Foil  Kraft Batt | N/A  3-½" | 4.1  11 |
| Floors Over Unconditioned Space | Kraft Batt | 3-½" | 11 |
| Floors Over Outdoor or Open Space[2] | Kraft Batt | 3-½" | 11 |
| Rim or Band Joist Areas | Kraft Batt | 3-½" | 11 |
| Conditioned Crawl Space Walls | Kraft Batt | 3-½" | 11 |

[1]Vaulted/Cathedral/Sloped Over a 5/12 Pitch or Other Non-Flat Areas
[2]Garrison Overhangs or Cantilevered Floors

☐   Upgrade

| AREAS OF HOME | TYPE OF INSULATION | THICKNESS | R-VALUE |
|---|---|---|---|
| Top Floor Ceilings - Flat and/or vaulted/cathedral/sloped 5/12 pitch or less | Celluose | 8-3/8" | 30 |
| Top Floor Ceilings - Other than Flat[1] | Kraft Batt | 9" | 30 |
| Exterior         Block  Walls             Stud | Kraft Foil  Kraft Batt | N/A  3-½" | 4.1  11 |
| Floors Over Unconditioned Space | Kraft Batt | 3-½" | 11 |
| Floors Over Outdoor or Open Space[2] | Kraft Batt | 3-½" | 11 |
| Rim or Band Joist Areas | Kraft Batt | 3-½" | 11 |
| Conditioned Crawl Space Walls | Kraft Batt | 3-½" | 11 |

[1]Vaulted/Cathedral/Sloped Over a 5/12 Pitch or Other Non-Flat Areas
[2]Garrison Overhangs or Cantilevered Floors

We reserve the right to substitute insulation materials similar in quality to those set forth above as long as there is no significant change in the R-value of the insulation.  You will be provided a notice setting forth the new information for the substituted insulation.

Notwithstanding the foregoing, insulation may be of a lesser R-value than indicated above in certain areas where the design of the subject dwelling is limiting.  Examples of locations where R-value may vary include locations where studs are placed in walls, at corners, windows, and where roof trusses attach to outside walls.

The R-value stated above are based on the representations of the manufacturer and/or installer of the insulation, and We do not warrant or represent that these R-values are correct.

Thickness of insulation may vary due to the type of material, age, settlement, and shrinkage.

Locations specified are only those surrounding air-conditioned livable areas of the residence.  They do not include ceilings and walls surrounding garages, patios, or any areas beyond the exterior walls of the house.

_____          _____
Buyer's Initials                          Buyer's Initials

Insulation Rider                                                                                        Revised 10/26/04

Project: <u>09510010000</u> Lot: <u>0021</u>

Rider to Agreement of Sale
between <u>Brad Keller Kerry Keller</u> , Buyer(s)
and
The Ryland Group, Inc., Seller

### MISCELLANEOUS RIDER

1. **Construction Disclosures**. Wherever possible, Ryland allows some creativity on the part of the buyer with regard to the option selections of their new home. Although most of the items typically selected add a great deal of beauty and character to Your home, there are specific items You should be aware of.

   A. Exterior entry doors, when painted with a dark color, often fade after an extended period of exposure to the Florida sun. While We will allow dark colors to be selected for the exterior doors, Your signature below indicates Your acknowledgement that neither We nor Our painters, paint suppliers nor Ryland Homes will warrant or repair any defects associated with this type of discoloration or damage. In the event You experience difficulties with this type of issue it is recommended that You repaint Your entire door to avoid mismatching the original color.

   B. Hardwood flooring is pre-finished at the factory with a baked-on wax or urethane coating. Any color variations in the wood are considered normal. Color fading in areas of direct sunlight is not uncommon. In addition, floors adjacent to exterior doors exposed to the driving rain may encounter permanent stains and/or warping in these areas. Ryland Homes will not warrant or repair wood flooring against discoloration, staining or warping in areas of direct exposure to sunlight or rain.

   C. Ceramic tile flooring installed in Your home will be free from defects and cracks at the time of closing. Ryland Homes makes every effort to minimize shrinkage cracks in Your concrete slab. In addition, Your concrete floor is inspected for cracks prior to the installation of tile. If any cracks are detected at that time, the tile contractor will install a crack suppressant material in that area. Due to the nature of the concrete, We cannot warrant against cracking of either the concrete or the tile at a later date.

   To that end, We will leave any extra tile (if any) in the attic space of Your home for Your future use, if needed. Should You require additional tile, You may want to consider purchasing it directly through the contractor due to dye lot matching and the possibilities of patterns being discontinued. We will supply You the name of the tile supplier at Your request.

☐ 2. **Flood Disclosure**. If the box is checked, We will have disclosed to You and You acknowledge that according to the current Federal Emergency Management Agency (FEMA) map, the Property is located within a flood hazard or flood plain area. To the extent that any insurance policy is in effect or is purchased that insures against loss as a result of flood, We will pay the first year's premium at the time of settlement. Subsequent premium payments for flood insurance shall be Your responsibility for payment.

   You further understand that a revision to the FEMA map is in process and if successful will remove the subject property from the flood plain. You will be notified of the results of this submission. Any refund of insurance of premium paid at settlement, due to the map change, will be paid to Us.

☐ 3. **Flag Lot**. If the box is checked, without limiting any of the provisions of the Agreement of Sale, You agree that the Property is or shall be made subject to the terms of a declaration of easement and maintenance agreement recorded or to be recorded among the Land Records of the county where the Property is located, which will provide for an easement for ingress and egress to and from the Property in common with the owners of certain other lots and for shared maintenance of the easement area among the benefited owners. If such a declaration and agreement has not been so recorded prior to the Agreement of Sale Date hereof, You agree that the same may contain such reasonable provisions as to the location of easements in the Property purchased hereunder and adjoining lots and the sharing of costs of maintenance thereof among You and other owners as We shall determine and that You will execute, acknowledge and deliver such an agreement if requested to do so.

Miscellaneous Rider

Buyer's Initials          Buyer's Initials

Created 1/12/04

Project: <u>09510010000</u> Lot: <u>0021</u>

Rider to Agreement of Sale
Between <u>Brad Keller Kerry Keller</u>, Buyer(s)
and
The Ryland Group, Inc., Seller

### REAL ESTATE COMPANY RIDER

Fill in requested information or attach a business card in order to receive a copy of the Agreement of Sale:

REAL ESTATE COMPANY:

AGENT:

ADDRESS:

PHONE:

FAX:

Company Federal Tax ID # _____.

Agent Social Security # _____.

**\*\* No commission amounts will be disbursed without Tax ID or Social Security Number.**

In connection with this purchase, We will pay to the Real Estate Company listed above a commission in the amount of % of the purchase price to include base price, premium and options selected at time of sale only, payable, if and when this purchase is settled and the proceeds are paid to Us.

In order to induce Us to execute a contract with You for the sale of this Home and to pay a commission to the Real Estate Company, the Real Estate Company and You each represent as follows:

A.      None of Our representatives referred You to the Real Estate Company or any agent of the Real Estate Company, or referred the Real Estate Company or any agent of the Real Estate Company to You.

B.      No part of the commission which We may pay to the Real Estate Company shall be paid, directly or indirectly, to You unless You are a licensed agent of the Real Estate Company.  If You are a licensed broker, We need a letter signed by the agent in charge on Real Estate Company letterhead.

C.      The Agreement of Sale and all Riders attached hereto constitute the entire Agreement between Buyer and Seller and to the best knowledge and belief of the undersigned there are no other agreements entered into among any of the parties that are not attached to the Agreement of Sale.

D.      Ryland Homes Sales Counselors represent the Seller in this transaction.

Signed this _____ day of _____, 200____

Buyer: _____

Buyer: _____

Real Estate Company:

By: _____
        Agent/Broker

**The Ryland Group, Inc.**

By: _____
        Authorized Officer

You acknowledge that You have **not** been represented by any real estate agent / broker in this transaction.

Signed this 4 day of **June**, 200**5**

Buyer: _____

Buyer: _____

Project: <u>09510010000</u> Lot: <u>0021</u>

Rider to Agreement of Sale

between <u>Brad Keller Kerry Keller</u> , Buyer(s)

and

The Ryland Group, Inc., Seller

<u>OUTSIDE LENDER RIDER</u>

DIV/PLAN/LOT: _____ /1120/0021                                    LOAN TYPE: _____

PROPERTY ADDRESS: <u>9950 VIA SAN MARCO LOOP, Fort Myers, FL   33905</u>

NAME OF LENDER: <u>Ryland Mortgage Co</u>

CONTACT PERSON: <u>Nadine White</u>                        PHONE # OF LENDER: _

ADDRESS OF LENDER: <u>14555 N Hayden Rd, Ste 100, Scottsdale, AZ 85260 6985</u>

LENDER FAX:

ADDITIONAL INFORMATION ABOUT LOAN: _____

### NOTICE TO BUYERS AND LOAN OFFICERS

It is important that You notify Your outside lender of the following:

1.  We will not escrow monies for any reason at Settlement other than escrows required by state or Federal law, including VA and FHA.

2.  Ryland Mortgage Company will not release any master appraisal information to an outside lender without an upfront payment of up to ½ point to Ryland Mortgage Company.

3.  We will set the date, time and location of Settlement.

4.  It is imperative that mortgage application be completed within 7 days of signing this Agreement of Sale.  We will not start construction of Your Home until We receive a favorable opinion letter as to Your ability to purchase.

5.  We will not pay for miscellaneous lender fees such as Document review fees, preparation fees or tax service fees, except as provided on the Financing Rider.  Your lender must either absorb or waive these charges or You will pay them to the extent they are not covered by Your Approved Settlement Costs.

6.  We do not accept responsibility for any lock-ins agreed to by Your lender.

_____                    _____
Buyer's Signature                                                        Date

_____                    _____
Buyer's Signature                                                        Date

Project: <u>09510010000</u> Lot: <u>0021</u>

Rider to Agreement of Sale
between **Brad Keller Kerry Keller** , Buyer(s)
and
The Ryland Group, Inc., Seller

### NOTICE OF AFFILIATED BUSINESS ARRANGEMENT
### RYLAND MORTGAGE COMPANY

This is to give You notice that Ryland Mortgage Company has a business relationship with Us. Ryland Mortgage Company is a wholly-owned subsidiary of The Ryland Group, Inc. Because of this relationship, this referral may provide The Ryland Group, Inc. a financial or other benefit. The settlement service charges stated below are estimated charges and/or estimated ranges of charges generally charged by Ryland Mortgage Company. If You apply for a mortgage loan, Ryland Mortgage Company will provide You with a "Good Faith Estimate of Settlement Charges" which will further detail these estimated charges. The type of loan program for which You will apply will determine the actual fees You will be required to pay. The interest rate and any applicable discount points associated with Your loan program are based on general market conditions and will also be disclosed on the "Good Faith Estimate of Settlement Charges."

| Description | Charges |
|---|---|
| Document Prep. Fee | $200.00-$400.00 |
| Origination Fee: | 1% or $500.00, whichever is greater |
| Application Fee: | $350.00 |
| Tax Service: | $72.00-$80.00 |

You are not required to use Ryland Mortgage Company as a condition of Your sales contract or the purchase of a Ryland home.

THERE ARE FREQUENTLY OTHER SETTLEMENT SERVICE PROVIDERS AVAILABLE WITH SIMILAR SERVICES. YOU ARE FREE TO SHOP AROUND TO DETERMINE THAT YOU ARE RECEIVING THE BEST SERVICES AND THE BEST RATE FOR THESE SERVICES.

A lender is allowed to require the use of specific real estate appraisers, credit reporting agencies or an attorney to represent its interests.

Acknowledgment:
You have read this disclosure form and understand that The Ryland Group, Inc. is referring You to purchase the above-described settlement services from Ryland Mortgage Company and may receive a financial or other benefit as a result of this referral.

_____    _____
Buyer's Signature                                               Date

_____    _____
Buyer's Signature                                               Date

### RYLAND TITLE COMPANY

This is to give notice that Ryland Title Company ("Ryland Title") has a business relationship with Us. Ryland Title Company ("Ryland Title") is a subsidiary of Ryland Mortgage Company, which is a subsidiary of Us. Because of this relationship, this referral may provide The Ryland Group, Inc. a financial or other benefit. Set forth below is the estimated charge or range of charges by Ryland Title for the following settlement services:

| Description | Charges |
|---|---|
| Title Insurance: | $5.75 per thousand of Purchase Price up to $100,000.00 |
| | $5.00 per thousand of Purchase Price over $100,000.00 |
| Simultaneous title Insurance | $395.00 |
| Title Search | $50.00 |
| Title Examination | $75.00 |
| Closing | $100.00 |
| Lenders Policy Endorsements | |
| FL 9 : endorsement | 10% of total above Title Charges |
| Navigational Servitude | " |
| P.U.D. (5.0) | $35.00 Each |
| Environment Lien (8.1) | " |
| Adj. Rate | " |
| Balloon, etc.: | " |

If there is financing in connection with Your property, You will be required to procure lender's title insurance. At settlement, You will be entitled to purchase owner's title insurance as well. The rates for title insurance are regulated and approved by the State of Florida. The cost of the insurance varies based upon the purchase price and loan amount. A quotation of the cost of owner's and/or lender's title insurance premium can be obtained by calling Ryland Title Company at (813) 329-7671.

You are not required to use Ryland Title as a condition of Your sales contract or the purchase of a Ryland home.

THERE ARE FREQUENTLY OTHER SETTLEMENT SERVICE PROVIDERS AVAILABLE WITH SIMILAR SERVICES. YOU ARE FREE TO SHOP AROUND TO DETERMINE THAT YOU ARE RECEIVING THE BEST SERVICES AND THE BEST RATE FOR THESE SERVICES.

Acknowledgment:
You have read this disclosure form and understand that The Ryland Group, Inc. is referring You to purchase the above-described settlement services from Ryland Title and may receive a financial or other benefit as a result of this referral.

_____    _____
Buyer's Signature                                               Date

_____    _____
Buyer's Signature                                               Date

Project: <u>09510010000</u> Lot: <u>0021</u>

Rider to Agreement of Sale
between **Brad Keller Kerry Keller** , Buyer(s)
and
The Ryland Group, Inc., Seller

### NOTICE OF AFFILIATED BUSINESS ARRANGEMENT

### RYLAND INSURANCE SERVICES

This is to give notice that Ryland Insurance Services ("Ryland Insurance") has a business relationship with Us.  Ryland Insurance is a subsidiary of Ryland Mortgage Company, which is a subsidiary of Us.  Because of this relationship, this referral may provide The Ryland Group, Inc. a financial or other benefit.

If there is financing in connection with Your property, You may be required to procure homeowners' insurance.  The rates for homeowners' insurance are regulated by the State of Florida and may be subject to approval by state regulatory authorities.  The cost of the insurance varies based upon the purchase price and other factors.  A quotation of the cost of homeowners' insurance premiums can be obtained by calling Ryland Insurance Services at 800-440-7942.

You are not required to use Ryland Insurance as a condition of Your sales contract or the purchase of a Ryland home.

THERE ARE FREQUENTLY OTHER INSURANCE SERVICE PROVIDERS AVAILABLE WITH SIMILAR SERVICES.  YOU ARE FREE TO SHOP AROUND TO DETERMINE THAT YOU ARE RECEIVING THE BEST SERVICES AND THE BEST RATE FOR THESE SERVICES.

<u>Acknowledgment:</u>
You have read this disclosure form and understand that The Ryland Group, Inc. is referring You to purchase the above-described insurance services from Ryland Insurance Services and may receive a financial or other benefit as a result of this referral.

_____      6/5/05
Buyer's Signature                                    Date

_____      6/5/05
Buyer's Signature                                    Date

Rider to Agreement of Sale
between **Brad Keller Kerry Keller** , Buyer(s)
and
The Ryland Group, Inc., Seller

**DEPARTMENT OF HEALTH**
**DROWNING PREVENTION AND POOL OWNERSHIP**
**PUBLIC INFORMATION PUBLICATION**

<u>**SWIMMING POOL DISCLOSURE**</u>

Pursuant to the Preston de Ibern/McKenzie Merriam Residential Swimming Pool Safety Act ("Pool Safety Act" or the "Act"), We, under Section 515.33 F.S., are required to disclose to You, if a residential swimming pool is included in the purchase of the Home under this Agreement of Sale, that residential swimming pools must comply with the provisions of the Act.  The Pool Safety Act requires that a residential swimming pool have one of the pool safety features required by the Act.  You hereby acknowledge the receipt of a copy of the Pool Safety Act codified within Chapter 515, Florida Statutes, and a copy of the Consumer Products Safety Commission Barrier Guidelines for Home Pools Publication #362, which are both attached hereto and made a part hereof.  We are providing this disclosure to You pursuant to the provisions of Chapter 515, Florida Statutes.

Buyer's Initials                    Buyer's Initials

Swimming Pool Disclosure                          Created 8/13/04

Rider to Agreement of Sale
between **Brad Keller and Kerry Keller** , Buyer(s)
and
The Ryland Group, Inc., d/b/a Ryland Homes, Seller

### OWNER OCCUPANCY RIDER

We desire to sell the Property only to a buyer who will occupy the Property as buyer's principal or secondary residence for a minimum of one (1) year.

1.  **Use as Principal or Secondary Residence for One Year.** In consideration of Us entering into the Agreement of Sale and as an inducement to Us to sell the Property to You, You covenant and warrant to Us that the Property is to be used and occupied by You as Your principal or secondary residence for at least one (1) year after the date of Settlement and not as an investment property for resale. The foregoing covenant and warranty is material and is being relied upon by Us (and the truth and accuracy of which shall constitute a condition precedent to Our obligations under the Agreement of Sale). Your covenant and warranty set forth in this paragraph shall survive the date of Settlement for one (1) year and shall not be merged with the deed conveying the Property from Us to You.

2.  **Default.** Notwithstanding anything to the contrary contained in the Agreement of Sale, You acknowledge and agree that We have the right to unilaterally cancel the Agreement of Sale and retain any funds deposited by You with Us if any of the following occur prior to the date of Settlement, subject to Section 3(E) below:

    (A)  You assign Your right, title and interest in and to the Agreement to another person;
    (B)  You advertise, list or otherwise offer the Property for sale to others;
    (C)  You enter into an agreement to sell all or any portion of the Property;
    (D)  You take any other action, which indicates to Us that You do not have a bona-fide intention of residing in the Property as Your principal or secondary residence for one (1) year or more; or
    (E)  We have a good faith reason to believe that the Property will not be used and occupied by You as Your principal or secondary residence for at least one (1) year after the date of Settlement.

3.  **Option to Repurchase or Receive Profit on Resale of Property.**

    (A)  Effective as of the date of Settlement, You grant to Us an option to repurchase the Property ("Option to Repurchase") or receive the profit on resale of the Property ("Profit Payment") exercisable in Our sole and absolute discretion, upon the occurrence of any of the following: (i) You advertise, list or otherwise offer the Property for sale to others within the first year after the date of Settlement, (ii) You enter into an agreement to sell the Property within the first year after the date of Settlement, (iii) You take any other action, which indicates to Us that You do not have a bona-fide intention of residing in the Property as Your principal or secondary residence for one (1) year after the date of Settlement, or (iv) We have a good faith reason to believe that the Property is not being used and occupied by You as Your principal or secondary residence at any time during the first year after the date of Settlement.

    (B)  If We elect to exercise the Option to Repurchase, We shall notify You of such election, and You agree upon the date selected by Us and at escrow company selected by Us, to reconvey title to the Property and all improvements located thereon free and clear of all liens and encumbrances (other than taxes and assessments not yet due and those easements, covenants, conditions, and restrictions properly of record when title to the Property was conveyed to You by Us), for an amount equal to (i) the original purchase price You paid to Us less (ii) any amount We reasonably determine We will need to expend to repair any damage to the Property to make the Property marketable. You agree to permit Us access to the Property prior to Closing to determine if repairs are needed. You agree to execute a Non-Foreign Affidavit or to be subject to the withholding required by law if You do not execute the Non-Foreign Affidavit or if You are a foreign person. You agree to execute any other documents reasonably required. Taxes and assessments not yet due will be prorated and all escrow and title fees will be paid one-half by each party. We may elect to obtain a standard or extended owner's title insurance policy at closing insuring title has been conveyed to Us in accordance with the requirements of this Rider.

    (C)  If We elect to exercise Our right to Profit Payment, We shall notify You of such election and You agree to pay Us an amount equal to fifteen percent (15%) of the purchase price of the Property at the time of Your sale or transfer of the Property.

    (D)  If You do not immediately reconvey title to the Property or remit the Profit Payment to Us as required by the terms and conditions of this Rider, We shall be entitled to exercise any and all rights and seek any and all remedies which We may hold or to which We may be entitled at law or in equity, including the right to seek damages or the right to seek specific performance, as well as a right for reimbursement of Our attorneys' fees in connection with these actions at law or equity or enforcement of Our rights. Without limiting the foregoing, if You do not immediately reconvey title to the Property or remit the Profit Payment to Us as required by the terms and conditions of this Rider, You shall be solely responsible for payment to Us of minimum damages in an amount equal to One Hundred Dollars ($100.00) per day, calculated from the date that You were required to reconvey title to Us until title is reconveyed or the Profit Payment is delivered to Us. You irrevocably appoint Us as Your attorney-in-fact and in Your name, place and stead to execute any and all documents required to transfer title to Us if You fail to do so.

    (E)  The Option to Repurchase and Profit Payment shall not be effective in the event You sell, assign or convey (collectively, "a Transfer") Your right, title and interest in the Property following the date of Settlement as a result of any of the following situations, provided that You provide Us with sufficient documentation evidencing the particular situation and obtain Our waiver of Our Option to Repurchase and Profit Payment in writing, which waiver will not be unreasonably withheld, prior to any such Transfer: (1) a Transfer resulting from Your death (in which case Your surviving spouse, or heirs, attorney or other representative will be responsible for providing Us with the appropriate documentation and obtaining Our waiver), (2) a Transfer by You where Your spouse becomes the only co-owner of the Property with You, (3) a Transfer resulting from a decree of dissolution of marriage or legal separation or from a property settlement agreement incident to such decree, (4) a Transfer by You into a revocable inter vivos trust in which You are a beneficiary, (5) a financing of the Property or re-financing of the Property by You, (6) a Transfer by You where necessary to accommodate a mandatory (required by Your employer, not including You, if You are self-employed) job transfer either to a state other than Florida or to a permanent location that is more than one hundred (100) miles away from your current location, or (7) a Transfer necessitated by a medical or financial emergency.

Buyer's Initials                    Buyer's Initials

Community ID: <u>09510010000</u> Homesite: <u>0021</u>

(F)     On or prior to the date of Settlement, We shall have the right (but not the obligation) to require You to deliver to Us an executed and acknowledged Memorandum of Agreement which describes the Property and sets forth a notice of Our right to have You reconvey the Property or deliver the Profit Payment to Us pursuant to the terms of this Rider.  If We require You to deliver a Memorandum of Agreement to Us, We shall have the right (but not the obligation) to record said Memorandum of Agreement with the County Recorder of the county in which the Property is located on or after the date of Settlement.  You acknowledge and agree that, notwithstanding anything to the contrary contained herein or in the Agreement of Sale, title to the Property will be subject to the Memorandum of Agreement in the event We elect to record the Memorandum of Agreement.  The Option to Repurchase and right to Profit Payment shall automatically terminate and be of no further force and effect on the date which is one (1) year following the date of Settlement.

4.      **No Unreasonable Restraint.**  You acknowledge that the purpose of this Rider is to assure that the Home You are purchasing from Us will be occupied as a principal or secondary residence.  You agree that the provisions and restrictions set forth in this Rider do not constitute an unreasonable restraint upon alienation of the Property.

5.      **Subordination.**  We and You hereby acknowledge and agree that a violation of this Rider by You shall not defeat or render invalid the lien of any first mortgage or deed of trust made in good faith and for value by You, and that the covenants and provisions of this Rider shall be inferior and subordinate to the lien of any such first mortgage or deed of trust recorded concurrently with the deed conveying the Property to You.

6.      **Survival; Severability.**  All of the covenants contained herein shall survive the delivery and recordation of the deed conveying the Property from Us to You for a period of one (1) year.  The provisions of this Rider shall be independent and severable, and a determination of invalidity or partial invalidity or enforceability of any one provision or portion hereof shall not affect the validity or enforceability of any other provision of this Rider or the Agreement.

You acknowledge that You have read the provisions of this Rider and that the provisions are understood as well as reasonable.

**THE RYLAND GROUP, INC.**

By: _____
         AUTHORIZED OFFICER                    DATE

_____   6/4/05
BUYER'S SIGNATURE                              DATE

_____   6/4/05
BUYER'S SIGNATURE                              DATE

Community ID: <u>**09510010000**</u> Homesite: <u>**0021**</u>

Rider to Agreement of Sale
between <u>**Brad Keller Kerry Keller**</u> , Buyer(s)
and
The Ryland Group, Inc., d/b/a Ryland Homes, Seller

## The Ryland Group, Inc. and Affiliated Companies

### Privacy Policy Notice

The purpose of this Notice is to inform you of how The Ryland Group, Inc. and its affiliated companies, including Ryland Mortgage Company, Ryland Title Company, Ryland Escrow Company and Ryland Insurance Services, protect and use your nonpublic personal information during the course of your home buying experience with our family of companies.  Title V of the Gramm-Leach-Bliley Act (GLBA) requires that we provide you with a notice of our privacy policies and practices which informs you of the types of information that we collect from you, and the persons or entities to whom your personal information may be disclosed.

In the course of your home buying experience with The Ryland Group, Inc. and its affiliated companies, you may share nonpublic personal information about yourself with us in a number of ways. You may provide personal information to us on applications or other forms when communicating or transacting with us in writing, electronically, or by phone, and through requests for forms or literature in connection with your purchase of a Ryland home.  On occasion, such information may come from consumer reporting agencies and those companies providing services to us incident to your home purchase, such as property appraisers.

We treat this information as confidential and recognize the importance of protecting access to it. We may share information within The Ryland Group, Inc. family of companies to best meet your needs, but we do not disclose nonpublic personal information about you with third parties unless necessary to complete your purchase of a Ryland home, and any mortgage, title, insurance and escrow transactions incident to your home purchase, or as otherwise permitted by law.

From time to time, The Ryland Group, Inc. may be approached by companies and organizations that have a product or service that we believe may be of interest to you. We may share certain personally-identifiable information such as your name, address, and e-mail address with these companies in an effort to help you find these resources. We will, however, offer you the opportunity to "opt out" of having this personally-identifiable information shared with third parties that are not affiliated with The Ryland Group, Inc.  Should you decide to opt out of having your personally identifiable information shared with non-affiliated third parties, please contact the company at (800) 638-1768 or send us an e-mail at webmaster@ryland.com.

We maintain physical, electronic, and procedural safeguards to protect your personal information.  Within The Ryland Group, Inc. and its affiliates, access to such information is limited to those who need it to perform their jobs, such as completing transactions incident to your home purchase, mortgage, insurance, title and escrow services, or informing you of new products or services.  Finally, our Data Security Policy, which applies to all employees, restricts the use of customer information and requires that it be held in strict confidence.

The policies set forth in this notice are effective at the time of publishing, but are subject to change in order to best meet the needs of our customers and to reflect changes in local, state and federal laws.

_____    _____
Buyer's Initials                    Buyer's Initials

Revised <u>10/5/04</u>

**NOTICE OF CONSUMER RIGHTS UNDER THE CONSTRUCTION INDUSTRIES RECOVERY FUND**

You have certain rights under Florida law if you have suffered damages caused by a state-licensed contractor or a construction company with whom you have signed a contract. State law requires that you be provided with this notice of your rights regarding the Construction Industries Recovery Fund, including how and where you can file a claim against the Fund for reimbursement of any damages you have suffered.

You may be eligible for reimbursement if you have suffered monetary loss due to certain acts (described below) by the contractor, financially responsible officer or business organization licensed under Chapter 489, Part I, Florida Statutes. The Fund is available only in cases where the contract was signed and the violation occurred on or after July 1, 1993.

Who Is Eligible?
In order to seek compensation from the Construction Industries Recovery Fund, you must have:

1. Entered into a written contract with a licensed contractor for work on residential real property;

2. Commenced legal action against the contractor, financially responsible officer or business organization; and

3. Suffered a financial loss due to the contractor:

a) Knowingly violating applicable city, county or state bunding codes or laws;

b) Committing mismanagement or misconduct in the practice of contracting that causes financial harm to a customer;

c) Abandoning a construction project for more than 90 days; or

d) Signing a false statement claiming that the work is bonded, that all payments to subcontractors have been made, or claiming to have provided certain worker's compensation and insurance protection.

Florida laws provide specific definitions for determin-ing whether a contractor's actions may constitute one of these violations. See §489.129(1)(d),(h),(k),(I), Fla. Stat. In addition, you must notify the Construction Industry Licensing Board (CILB) of your claim by certified mail at the time you commence legal action.

Filing a complaint against a contractor is not the same as filing a claim against the Fund. Even if you file a complaint against a contractor with the Department of Business and Professional Regulation (DBPR), you still
have to give the CILB notice of your claim and you will also be required to file a Construction Industries Recovery Fund Claim Form with the CILB.

To request a Construction Industries Recovery Fund Claim Form or to receive more information about the Fund, write to:
Construction Industry Licensing Board
7060 Arlington Expressway
Suite 300
Jacksonville, Florida 32211-7467
Phone (904) 359-6310

If you have questions and–or want to file a complaint with the DBPR against the contractor, the financially responsible officer and/or the business organization, please write to the Complaints Section, DBPR, 1940 North Monroe Street, Tallahassee, Florida 32399-0782.

Conditions For Recovery
In order to recover from the Fund you must be an individual - not a company. The Recovery Fund is a last resort. Before you can receive any money from the Fund, you must have obtained a final judgment from a Florida court or a restitution order from the CILS based on the types of violations of law already mentioned. Both the violation of law and the signing of the construction contract must have occurred on or after July 1, 1993. Before the Fund will pay you any money, you must show that you have made every effort to determine if there are any assets from which you can recover all or part of the money you are owed. If so, you must try to recover before you can collect from the Fund. You have to file a claim for recovery with the Fund within 2 years of the time the violation of law happens or within 2 years of the time you find out or should have found out about the violation of law. No claim can be made more than 4 years after the time the violation of law happened.

Payments From The Fund
The Fund does not pay post-judgment interest, punitive damages, or attorney fees. The Fund only pays what you have not yet collected for actual or compensatory damages. The Fund pays the lesser of up to $25,000 per claim, $25,000 per transaction, or $50,000 per contractor.

**FOR MORE INFORMATION ABOUT THE FUND, SEE §§489.140 T0 489.143 FLA. STAT. AND RULES 61G4-21.001 TO 61G4-21.005, FLA. ADMIN. CODE**

Buyers Signature                              Date

Buyers Signature                              6/5/05
Date

# FLOOR PLAN

## COSTA VERDE

*Garage left*

OPT. BONUS 2/LANAI 2

OPT. FUSED GLASS

OPT. SHOWER

OPT. OUTDOOR KITCHEN 2

OPT. OUTDOOR KITCHEN 1

3-CAR GARAGE

FIRST FLOOR

SECOND FLOOR

OPT. BATH AT BEDROOM 2

6/3/05

6/3/05

Copyright The Ryland Group, Inc. 2002

RYLAND HOMES
America's Home Builder

ryland.com

02/18/05

Plans, prices, specifications subject to change without notice. See Sales Counselor for details.



# FLOOR PLAN

## COSTA VERDE



FIRST FLOOR

SECOND FLOOR

Copyright The Ryland Group, Inc. 2002

**RYLAND HOMES**
America's Home Builder

ryland.com

Plans, prices, specifications subject to change without notice. See Sales Counselor for details.

CGC059780 

# INCLUDED FEATURES

## Promenade at The Forum
### Palazzo Collection



### Exterior Detailing
- Discerning concrete tile roof
- Brushed concrete drive and walkways
- Ornamental exterior garage coach light
- Elegant 8 foot single pane glass front door with handle set and transom window over door
- Hurricane resistant, embossed steel sectional garage door
- *Sherwin Williams Loxon* exterior paint & primer system
- Two convenient exterior hose bibs and weatherproof outdoor electrical outlets
- Bronze screen enclosed covered lanai with screen door and spraycrete finished concrete floor
- Garage floor stained with epoxy finish in gray or tan
- Professionally designed landscape package
- Convenient automatic irrigation system with Floratam sodded yards

### Tastefully Appointed Kitchens
- Stunning *Dupont Corian™* kitchen countertops in choice of *Glacier White or Bisque* with 3 inch tile backsplash
- Deluxe double bowl under mount stainless steel sink with *Moen* "One-Touch" chrome pull out faucet
- Energy-efficient *General Electric appliances, including:*
  - Extra Capacity washer & dryer
  - 22 Cubic foot refrigerator
  - Built-in space maker microwave
  - Self-cleaning electric oven/range
  - 5 cycle, 12 option dishwasher
- Furniture-quality natural oak or white thermafoil raised panel cabinetry with 42" upper cabinets
- Elegant recessed can lights
- Deluxe 1/3 hp *Insinkerator* waste disposer

### Richly Detailed Interiors
- Dramatic 10-foot ceilings on main floor, 9 foot on second floors.
- Hand-set ceramic tile flooring in foyer, kitchen, breakfast nook, laundry and baths, with wall-to-wall crack suppression system
- Classic single light glass door at den entry – single or double door (per plan)
- 3 ¹/₄ Colonial base boards 2 ¹/₄ colonial door casings
- Stain resistant carpet with 7/16" pad
- Classique raised panel interior doors
- Stylish antique-brass door hardware
- *Sherwin Williams* acrylic latex flat interior wall finish and elegant gloss enamel finish on all interior millwork
- *Leviton* white decora rocker switches
- Recessed can lights in foyer, breakfast nook and hallways (per plan)
- *Progress* lighting fixtures (per plan)
- Master closets with ventilated shelving, functional double rod hanging and luggage shelves for additional storage
- Orange peel wall and knockdown ceiling finish
- Laundry sink included in utility room.
- White aluminum windows with Marble sills

### Elegant Baths
- Bright glaze 8' x 10" ceramic tile tub/shower surrounds in white or bone
- Cultured marble vanities with integrated cultured marble sinks over furniture-quality natural oak or white thermafoil raised panel cabinetry. Master baths feature 36" high vanities, secondary baths have convenience of 2 sinks (per plan)
- *Moen* "Monticello" lavatory faucets in polished chrome in master bath, "Chateau" chrome faucets in secondary and powder baths
- Decorative ceramic bath accessories and beveled edge mirrored medicine cabinets
- Anti-scald tub and shower faucets
- Large Roman showers and relaxing soaking tubs in master bath.

### Energy Saving Features
- Insulating vapor barrier applied to all exterior block walls
- R-11 fiberglass insulation between home and garage
- R-19 blown insulation in all ceilings over conditioned space
- 12-SEER heating & cooling with environmentally safe *Puron™* refrigerant and mastic sealed duct system
- Programmable thermostat to automatically regulate interior climate
- Conditioned air supply in walk-in closets
- 50 gallon gas water heater
- Water-conserving shower heads and elongated china water closets
- Ceiling fan pre-wires in 3 locations

### Features For Your Comfort and Safety
- Ground Fault Circuit Interrupter (GFCI) outlets in baths, kitchen, garage and exterior outlets, (per plan)
- Arc fault protection circuits for all bedrooms
- Interconnected smoke detectors with battery backup
- Central Electronics Distribution system with (3) Cat 5 telephone jacks and (3) shielded RG6 TV outlets
- Garage door opener with two remote transmitters
- Deadbolt lock(s) on all exterior swing type entry door(s) and security locks on sliding glass doors

### Ryland Homes New Home Warranty
- 10 full years of transferable warranty coverage on major structural elements
- 24-hour emergency service
- Ryland Homes' exclusive customer-care service process, including pre-construction, pre-drywall, and new home orientation meeting



Ameri'ca's Home Builder

ryland.com



RYLAND
10-YEAR
WARRANTY

In an effort to continuously improve the value of our product offerings, Ryland Homes reserves the right to change floorplan, elevation and feature specifications when necessary. All floorplans, renderings and site plans are artist's conceptions and are not intended to be an exact depiction of either the homes, landscaping, or site plans. All plans, prices, and specifications are proposed only and are subject to change without notice.

Plans, prices, specifications subject to change without notice. See Sales Counselor for details.

4/29/05                                                                 CBCI252815

# NEIGHBORHOOD PLAN

## Promenade at The Forum
### East



RYLAND HOMES
America's Home Builder

ryland.com

03/17/05

Plans, prices, specifications subject to change without notice. See Sales Counselor for details.

CBC1252815

**Ryland Homes**
**Exterior Color Selections**

Customer Name: _Keller_

Community: _Polen_

Job Number: _Lot 2_

All selections must be complete with contract.  Please specify name and color number.

House Body Color: _Tatami Tan (scheme #8)_

Trim Color: _Ivoire_

Door Color: _Caviar_

Shingle Color: (if applicable): _N/A_

Roof Tile (if applicable): _Kahula_

Stone selection (if applicable): _Cascade / Rustic Lodge_

_Brad Keller    Kelly Keller_
Customer Name (print)

_[signature]    K Keller_
Customer Signature

_6/3/05    6/3/05_
Date

Community ID: <u>09510010000</u> Homesite: <u>0021</u>

Rider to Agreement of Sale
Between **Brad Keller Kerry Keller** , Buyer(s)
and
The Ryland Group, Inc., Seller

**DRAFT DOCUMENT RIDER**
(Forum Project)

You acknowledge receipt of the following draft community documents (i) Declaration of Covenants, Conditions and Restrictions, (ii) Homeowners' Association By-Laws, (iii) Homeowners' Association Articles of Incorporation and (iv) Homeowners' Association budget. You should be aware that the aforementioned documents may not be all of the documents affecting the Property (collectively, the "<u>Documents</u>"). Purchaser agrees that any or all of the Documents other than this Agreement may be amended in any manner that Us, or the Declarant under the Documents, in their sole discretion, may deem to be in the best interest of the Project, including, but not limited to, amendments required by any bona fide lending institution or governmental authority; provided, however, that if such changes made by Seller, or the Declarant under the Documents, result in a material detriment to Your rights under this Agreement or materially and adversely affects Your rights under the Documents without Your approval, You shall have the option to terminate this Agreement and receive a return of Your Deposit. In the event that there is a question about whether any change is a material detriment or materially and adversely affects Your rights, Our determination in such regard shall be final. Your option of termination will cease, if applicable, at Settlement, and thereafter You shall have no remedy for, or right to object to, any changes We, or the Declarant under the Documents, may make or has made. You agree to take title to the Home subject to the Documents, to abide by and be bound by all of the terms and conditions of the Documents, and any amendments thereto. You acknowledge and agree that the Documents include, without limitation, obligations on the part of You to pay annual and special assessments to one or more homeowners associations. You understand and agree the provisions set forth herein shall survive the Closing.

Buyer's Initials          Buyer's Initials

Draft Document Rider                                          Created 3/29/05

Rider to Agreement of Sale
Between **Brad Keller Kerry Keller** , Buyer(s)
and
The Ryland Group, Inc., Seller

**OFF-SITE LAND DISCLOSURE**
(The Forum, Parcel 6)

1. You acknowledge and agree that the sole inducement to purchasing the Project is the Home to be constructed by Us.

2. You acknowledge and agree that We make no representation concerning any land adjacent to or near your Ryland Home or as to any historical or future uses of such land. You must conduct Your own independent investigation of the land adjacent to or near your Ryland Home.

3. You acknowledge and agree that We have no knowledge, expertise or ability to answer your questions or discuss your comments concerning the land adjacent to or near your Ryland Home. You cannot rely upon Us (including Our employees, sales personnel, agents or anyone else associated with Us) with respect to the land adjacent to or near your Ryland Home.

4. You acknowledge and agree that notwithstanding the foregoing, We have been informed by third parties and you are on notice of the following:

    a. To the north of the Project is a proposed City of Ft. Myers park, Forum Tract 7, undeveloped land, and a power line corridor.
    b. To the east of the Project is undeveloped land.
    c. To the south of the Project is Forum Tract CA-1, a dirt road, a lake surrounding wetlands, undeveloped and developed land.
    d. To the west of the Project is Forum Boulevard, a proposed Lee County YMCA facility, Cypress Loop Road, water retention lakes and wetlands.

    We make no representation or warranty about the foregoing information.

5. You acknowledge and agree that We make no representation or warranty as to (i) the historical, current or future use or (ii) noise, odor, lighting or nuisance resulting from use of land adjacent to or near your Ryland Home.

6. You acknowledge and agree that We do not represent or warrant the accuracy of this information. You must rely on Your own review and assessment of the information.

7. As part of the consideration for the purchase of your Ryland Home, You release Ryland, its affiliates and subsidiaries, its employees and representatives and hold Ryland, its affiliates and subsidiaries, its employees and representatives harmless from any claim, liability, obligation, expense, cost, responsibility, demand, damage, action or cause of action related to or arising from the information contained herein or the use of the current or future use of the land adjacent to or near your Ryland Home.

_____  6/4/05
BUYER'S SIGNATURE        DATE

_____  6/4/05
BUYER'S SIGNATURE        DATE

Community ID: __09510010000__ Homesite: __0021__

Rider to Agreement of Sale
Between __Brad Keller Kerry Keller__ , Buyer(s)
and
The Ryland Group, Inc., Seller

OFF-SITE LAND DISCLOSURE
(The Forum, Parcel 11)

1.　　　You acknowledge and agree that the sole inducement to purchasing the Project is the Home to be constructed by Us.

2.　　　You acknowledge and agree that We make no representation concerning any land adjacent to or near your Ryland Home or as to any historical or future uses of such land. You must conduct Your own independent investigation of the land adjacent to or near your Ryland Home.

3.　　　You acknowledge and agree that We have no knowledge, expertise or ability to answer your questions or discuss your comments concerning the land adjacent to or near your Ryland Home. You cannot rely upon Us (including Our employees, sales personnel, agents or anyone else associated with Us) with respect to the land adjacent to or near your Ryland Home.

4.　　　You acknowledge and agree that notwithstanding the foregoing, We have been informed by third parties and you are on notice of the following:

　　　a.　To the north of the Project is Forum Tracts 9 and 13, commercial property, State Road 82 (Immokalee Road) Everglades Farm Equipment, a complex of residential camp houses, and agricultural land.
　　　b.　To the east of the Project is Forum Boulevard and undeveloped land.
　　　c.　To the south of the Project is Forum Tract 14, Cypress Loop Road, a water retention area, and undeveloped land.
　　　d.　To the west of the Project is Forum Tract 13, undeveloped land and Interstate 75.

　　　We make no representation or warranty about the foregoing information.

5.　　　You acknowledge and agree that We make no representation or warranty as to (i) the historical, current or future use or (ii) noise, odor, lighting or nuisance resulting from use of land adjacent to or near your Ryland Home.

6.　　　You acknowledge and agree that We do not represent or warrant the accuracy of this information. You must rely on Your own review and assessment of the information.

7.　　　As part of the consideration for the purchase of your Ryland Home, You release Ryland, its affiliates and subsidiaries, its employees and representatives and hold Ryland, its affiliates and subsidiaries, its employees and representatives harmless from any claim, liability, obligation, expense, cost, responsibility, demand, damage, action or cause of action related to or arising from the information contained herein or the use of the current or future use of the land adjacent to or near your Ryland Home.

_____　6/5/05
BUYER'S SIGNATURE　　　　DATE

_____　6/5/08
BUYER'S SIGNATURE　　　　DATE

Off-Site Land Disclosure

Created 3/25/05

Community ID: **09510010000** Homesite: **0021**

Rider to Agreement of Sale
Between **Brad Keller Kerry Keller** , Buyer(s)
and
The Ryland Group, Inc., Seller

**OFF-SITE LAND DISCLOSURE**
(The Forum, Parcel 11)

1.    You acknowledge and agree that the sole inducement to purchasing the Project is the Home to be constructed by Us.

2.    You acknowledge and agree that We make no representation concerning any land adjacent to or near your Ryland Home or as to any historical or future uses of such land.  You must conduct Your own independent investigation of the land adjacent to or near your Ryland Home.

3.    You acknowledge and agree that We have no knowledge, expertise or ability to answer your questions or discuss your comments concerning the land adjacent to or near your Ryland Home.  You cannot rely upon Us (including Our employees, sales personnel, agents or anyone else associated with Us) with respect to the land adjacent to or near your Ryland Home.

4.    You acknowledge and agree that notwithstanding the foregoing, We have been informed by third parties and you are on notice of the following:

      a.    To the north of the Project is Forum Tracts 9 and 13, commercial property, State Road 82 (Immokalee Road) Everglades Farm Equipment, a complex of residential camp houses, and agricultural land.
      b.    To the east of the Project is Forum Boulevard and undeveloped land.
      c.    To the south of the Project is Forum Tract 14, Cypress Loop Road, a water retention area, and undeveloped land.
      d.    To the west of the Project is Forum Tract 13, undeveloped land and Interstate 75.

      We make no representation or warranty about the foregoing information.

5.    You acknowledge and agree that We make no representation or warranty as to (i) the historical, current or future use or (ii) noise, odor, lighting or nuisance resulting from use of land adjacent to or near your Ryland Home.

6.    You acknowledge and agree that We do not represent or warrant the accuracy of this information.  You must rely on Your own review and assessment of the information.

7.    As part of the consideration for the purchase of your Ryland Home, You release Ryland, its affiliates and subsidiaries, its employees and representatives and hold Ryland, its affiliates and subsidiaries, its employees and representatives harmless from any claim, liability, obligation, expense, cost, responsibility, demand, damage, action or cause of action related to or arising from the information contained herein or the use of the current or future use of the land adjacent to or near your Ryland Home.

_____  6/5/05
BUYER'S SIGNATURE          DATE

_____  6/5/05
BUYER'S SIGNATURE          DATE

Created 3/25/05

## ..COME TO RYLAND HOMES FAMILY!

Thank you for becoming a part of the Ryland Homes family! We appreciate the time and effort you spent selecting the right home. Now you are ready to begin the exciting process of building your new home, and we thought it might be helpful to tell you what happens next. In addition, since every homebuyer is different, we would like to identify your needs and expectations. We encourage you to let us know of any specific items or issues that are important to you.

- The permitting and construction start of your new home is subject to many factors, including but not limited to the size of our sales backlog, whether Ryland is pre-selling in a community, governmental processes and product development status. Should you have questions regarding the permitting or start time of your home, please consult your Sales Counselor.
- Deposits are due in accordance with your Agreement for Sale and Purchase.
- Complete Loan Application must be made within ten (10) days of signing the contract. Proof of Loan Approval must be provided within forty-five (45) days.
- In order to ensure smooth and timely processing for your permit, and to minimize construction delays, many items for your home are ordered well in advance of installation. Therefore, all structural items must be selected at the time of contract and no structural changes will be allowed after you sign the contract. Color selections and decisions on non-structural items are to be completed at the Design Center within ten (10) days after you sign the contract. Meetings to select upgrades for your low voltage wiring, and pool must occur prior to your Design Center appointment so that those selections can be incorporated into your other home selections. It is your responsibility to complete all color and option selections for your new home at your Design Center appointment. Please take time prior to your appointment to think through what you would like in your new home. We host an Open House at our Design Center so that you may preview available selections. Please make sure that your Design Consultant documents all of your selection choices on your contract amendment as changes are not allowed after your design appointment sign-off.
- You will have several meetings with your Home Building Supervisor during the construction of your new home. During these meetings any changes to your estimated completion date of your home will be noted. Your New Home Sales Counselor will schedule the first meeting, which will be your Pre-start meeting. At that meeting, your Home Building Supervisor will give you a contact phone number. All construction related questions and concerns are to be directed to your Home Building Supervisor. Your next meeting, the Pre-drywall Meeting, will be scheduled by your Home Building Supervisor following his/her receipt of framing and mechanical inspections. This meeting's purpose is to verify installation of structural, electrical and plumbing options previously selected. Your final meeting will be your Pre-settlement Meeting, which is scheduled by the closing department in our division office. Ryland Homes' goal is to schedule this meeting 3 – 5 working days prior to the date of closing. Your Home Building Supervisor will discuss our service and warranty procedures with you during your Pre-settlement Meeting.
- There will come a point during the construction process when your home will be locked when vendors are not working. Please be advised that we cannot loan out keys for you to view your home. In accordance with the procedure for sight visits explained in the contract (clause 12 page 3), and in the Ryland Manual, site visits must be arranged through a Ryland representative, no one under 18 may be on the property, and hard hats must be worn at all times.
- Your closing date given is an estimate only. Ryland Homes cannot guarantee delivery dates because many factors may affect the time it takes to build your new home. Delays can be caused by subcontractors, materials, suppliers, weather conditions, county officials, mortgage companies, and other unforeseen circumstances. Ryland Homes will not pay any cost incurred for delays. However, be assured we will make every effort to meet our projected dates. Please discuss any specific concerns about your estimated closing date with your Home Building Supervisor.
- Interest rates are constantly changing and the decision to "lock" your loan is your and your alone. The target delivery date for your new home is an estimate only and you should proceed with caution using this estimate to make a decision to "lock" your interest rate. Ryland Homes will not be responsible for interest rate "locks".
- House plans and front elevations may vary due to enhancements and revisions made by Ryland Homes. Features and specifications are subject to change without notice or obligation.
- The amount of money needed for closing is usually available only shortly before closing. Although reasonable estimates are given prior to closing, final numbers are subject to last minute adjustments. Funding at closing must be by wire transfer.
- Ryland Homes is not responsible for lot preparation to accommodate a pool, i.e. grading, tree removal, land-fill, or retaining walls. Consult the pool builder with questions regarding the lot preparation. Additionally, Ryland Homes will not change the installation of irrigation systems or landscaping for a pool you intend to install after closing. Ryland Homes is not responsible for the location of the utility boxes installed by the Utility Companies in your community.

These are only a few highlights from your Ryland Manual-Homebuyer Guide. Please refer to the Manual to more completely answer any questions you may have and for additional information on the home ownership process.
By signing below you are acknowledging that you understand and agree with the terms and procedures noted above. Furthermore, you are acknowledging receipt of the Ryland Manual – Homebuyer Guide, and of the Homeowner's Association documents.

_____    6/3/05    _____    6/3/05
Sales Counselor    Date    Purchaser    Date

Homesite # _____ 1            _____    6/5/05
                              Purchaser    Date

## Customer Important Contact Phone Numbers

| | | |
|---|---|---|
| Ryland Design Center – option selections | | 239-768-8168 |
|     Preview night Wednesday's from 5 – 7pm! | fax | 239-768-5375 |
| | | |
| CompUSA -Sean Dublan | | 239-229-5722 |
|     Low voltage wiring | fax | 239-369-1923 |
|     All communities but Heron Creek 52's and 62's | | |
| | | |
| Holiday Pools –  Mike Arnold – pools | | 941- 927-7403 |
|     Heron Creek Creek's Edge and Suncoast | fax | 941-921-6570 |
| | | |
| Suncoast Pools – Greg Johnson | | 239-633-2374 |
|     Sandoval, The Forum | fax | 239-593-4699 |
| | | |
| Ryland Mortgage Company – Nadine White | | 1-800-846-7896 x 4947 |
|     Mortgage application | fax | 480-315-7799 |

You are welcome to contact these people to schedule your appointments.  We will also be notifying them of your purchase so that they may contact you as well.  These important appointments will assist Ryland in building your new home and are part of the exciting steps in your new home purchase.  Thank you for selecting Ryland Homes as your new home builder!

Your date for design center and wiring option completions is: (10 days)

_____

Your date for pool completion is: (21 days)

_____

Customer Name: _Keller_    Community: _Forum_

Homesite: _Lot 21_    Plan: _Casa Verde B_

Contact Phone Number: _247-0941_ (Bras. cell)   Purchase Agreement date: _6/6/05_

Sales Counselor: _Manley Paine_

_All faxed on 6/6/05 @ 1:04 pm –_



1 inch = 20 ft.

14+00

21.5

21.9

21.9

22

23.1

22.6

9-187 sq.e.

21

23.1

6/3/05

KKeller 6/3/05

22.6

20

23.1

DRAWING CURRENT AS OF: 1/03/05

| TRACT 6 - THE FORUM | LOT 21 | | 950 Encore Way |
|---|---|---|---|
| FORT MYERS, FLORIDA | PLAT BOOK , PAGES | HOLE MONTES ENGINEERS·PLANNERS·SURVEYORS | Naples, FL. 34110 Phone: (941) 254-2000 Florida Certificate of Authorization No.1772 |
| PROJECT NO. 2004021R | REFERENCE NO. 4021R-LOTS | DATE: 1/2005 | SHEET NO. 21 of 104 |

You're already familiar with the miles-per-gallon stickers on new automobiles, and the yellow EnergyGuide labels on home appliances. Shoppers use this information to figure out how much that car or appliance is really going to cost them. This information gives the buyer a good estimate of what it will cost to operate that car or use that appliance, over and above the purchase price. A car or product that is cheaper to buy can often be more expensive to operate, so this information can be very important to assure that you make the best purchase decision.

## Here's how the Florida EnergyGauge program works.

After the rating, you'll get an easy-to-read form like the one on the inside page. The Rating Guide has a scale that allows you to compare the specific home you're looking at with the most efficient and the least-efficient homes of the same size with the same number of bedrooms available in your part of the state today. And in addition to this overall estimate of energy use and comparisons, you get a detailed breakdown on the energy costs of the home's air-conditioning, space heating, water heating, refrigerator, clothes dryer, cooking range, lighting, pool pumping and other miscellaneous equipment.

One of the keys to the success of this program is the uniformity of ratings, made possible by the use of the EnergyGauge® software developed by the Florida Solar Energy Center. It has been specially designed to let Raters input the key data on the home and obtain accurate information for comparison purposes. A unique optimization feature even lets Raters determine what energy-efficiency features can be added to the home to maximize cost-savings and comfort-improvement.

## So how can a home energy rating help you reduce your energy use and save money?

That's easy. While the design and construction of your home and the efficiency of its appliances and equipment involve the most significant portion of its energy use, occupant life-style will still have a big effect on exactly how much energy gets used. Your comfort preferences and personal habits - the level at which you set the thermostat, whether or not you turn off lights and fans when leaving a room, how much natural ventilation you use, and other factors - all will affect your home's actual monthly energy use.

## The Ratings program in Florida closely parallels national activities.

The U.S. Department of Energy has been working to set national standards for Home Energy Rating Systems, and Florida's system surpasses these standards. The Florida Building Energy Rating Guide provides a HERS score for the home. This national score enables homes to qualify for national mortgage financing options requiring a HERS score. This score is computed in accordance with proposed national guidelines, considering the heating, cooling, and hot water energy uses. HERS awards stars to the rating.

## Tell your Realtor or builder that you want to get the home rated before you buy it.

They can give you the names of Raters in your area. Additional information on the Energy Gauge Program is available from the Energy Gauge Program Office at 321-638-1492, or visit our website at www.fsec.ucf.edu.

## Who does Energy Ratings?

It is important to note that only State Certified Raters are allowed to perform ratings These Raters have undergone rigorous training programs and have passed the required challenge exams. They are also required to undergo continuing education classes and further exams to keep their certifications current. An on-going quality control program also watches over their Ratings and their work. All their Ratings are submitted to a central Registry that checks them for accuracy and compiles generic building data.

## Energy Ratings in Florida

The Florida Building Energy-Efficiency Rating Act (Florida Statute 553.990) was passed by the State Legislature in 1993 and amended in 1994. It established a voluntary statewide energy-efficiency rating system for buildings. The Rating System has been adopted by DCA Rule 9B-60.



FSEC-EB-1

F-046



The Florida Energy Gauge Program
*Florida's Building Energy Rating System*

1679 Clearlake Road
Cocoa, Florida 32922-5703
321-638-1010
Fax: 321-638-1492
E-Mail: Endauge@fsec.ucf.edu
Website: www.fsec.ucf.edu

## Thinking About Buying a Home?

## Get An EnergyGauge® Rating!

### Consider the Benefits:

- More Home for Less Money
- Improved Mortgage Options
- Enhanced Indoor Comfort
- Superior Energy-Efficiency
- More Environmental Sustainability
- Tested Quality Construction
- Greater Resale Value



**The Forum - Palazzo Collection**
**Homesite Premiums**
**Release 2**
Subject to change

5/12/2005

| Release 2 | Homesite Number | Premium | Inventory/Plan | Reserved by: |
|-----------|-----------------|---------|----------------|--------------|
| 2 | 20 | $45,000 | Coste Verde | |
| 2 | 21 | $35,000 | | |
| 2 | 22 | $35,000 | | |
| 2 | 74 | $40,000 | | |
| 2 | 75 | $45,000 | Tuscany | |



# PRICE LIST

## Promenade at The Forum
## Palazzo Collection
### Price Sheet  - Release 2

Homesites 74, 75, 20, 21, 22

| Model | Sq. Ft. | Brdm/Bath/Gar | Elev | Sales Price |
|---|---|---|---|---|
| Milano | 2320 | 4/3/3 | A<br>B | $349,990<br>$353,990 |
| Sicily | 2597 | 4/den/3/3 | A<br>B | $366,990<br>$370,990 |
| Palermo | 2813 | 4/den/3/3 | A<br>B | $377,990<br>$381,990 |
| San Marco | 2933 | 4/den/3/3 | A<br>B | $383,990<br>$387,990 |
| Tuscany | 3073 | 4/den/gameroom/2(2)/3 | A<br>B | $409,990<br>$413,990 |
| Coste Verde | 3572 | 5/den/bonus/3/3 | A<br>B | $417,990<br>$421,990 |



**RYLAND HOMES** America's Home Builder

ryland.com

5/12/05
Palazzo Collection

Plans, prices, specifications subject to change without notice. See Sales Counselor for details.

CBC1252815



*YOU HAVE THE OPTION TO REVERSE*
*YOUR HOME ON THE LOT*

*YOU CAN CHOOSE TO HAVE GARAGE*
*LEFT OR GARAGE RIGHT BUT A*
*STRUCTURAL FEE WILL OCCUR IF YOU*
*CHANGE WHAT HAS CURRENTLY BEEN*
*SELECTED PER THE ENGINEERS AND*
*APPROVED IN THE COUNTY*



## Promenade at The Forum – Palazzo Collection
### Structural Options Price Sheet

| Milano | Price |
|---|---|
| Optional Den in lieu of Living Room | $1,250.00 |
| Optional Gourmet Kitchen | $3,100.00 |
| Optional Shower at Bath #3 (add shower in lieu of tub) | $1,350.00 |
| Double French Doors in lieu of slider at Master Suite | $2,200.00 |
| Optional Gas Fireplace at Family Room | $6,700.00 |
| Optional Tray Ceiling at Family Room | $1,100.00 |
| Optional Tray Ceiling at Living Room | $1,100.00 |
| Optional Tray Ceiling at Den | $  800.00 |
| Optional Tray Ceiling at Dining Room | $1,100.00 |
| Optional Columns at Dining Room Archway | $1,500.00 |
| Optional Outdoor Kitchen | $6,600.00 |
| Optional Ledgewood Exterior – Elev A | $7,400.00 |
| Garage Extension 2' | $3,500.00 |
| Garage Extension 4' | $6,700.00 |

| Sicily | |
|---|---|
| Optional Sitting Room at Master Suite | $  750.00 |
| Optional Game Room | $25,000.00 |
| Optional Pass thru at Family Room to Game Room (available w/ game room option only) | $  750.00 |
| Optional Bonus Room | $36,000.00 |
| Optional Bonus Room with Bath #4 | $42,000.00 |
| Optional Bonus Room with Bath #4 and Bedroom #5 | $46,000.00 |
| Optional Desk at Kitchen | $1,200.00 |
| Optional Gourmet Kitchen | $3,100.00 |
| Optional Shower at Bath 3 (add shower in lieu of tub) | $1,100.00 |
| Double French Doors in lieu of slider at Master Suite | $2,100.00 |
| 2 Single French Doors w/ panel in lieu of slider at Family, Living or Game Room (price per room) | $3,200.00 |
| Mitered Glass at Breakfast | $3,500.00 |
| Optional Gas Fireplace at Family Room with built in | $5,700.00 |
| Optional Gas Fireplace at Family Room w/ pass thru to Game Room (available w/ game room option only) | $5,500.00 |
| Optional Tray Ceiling at Family Room | $1,100.00 |
| Optional Tray Ceiling at Living Room | $  800.00 |
| Optional Tray Ceiling at Dining Room | $1,100.00 |
| Optional Tray Ceiling in Den | $1,100.00 |
| Add Closet to Den | $  400.00 |
| Optional Outdoor Kitchen | $7,300.00 |
| Optional Ledgewood Exterior -- Elevation A | $15,000.00 |
| Garage Extension – 2 feet | $3,500.00 |
| Garage Extension – 4 feet | $6,700.00 |

| Palermo | |
|---|---|
| Optional Bonus Room | $44,500.00 |
| Optional Bonus Room with Bath #4 | $49,000.00 |
| Optional Bonus Room with Bath #4 and Bedroom #5 | $55,500.00 |
| Optional Gourmet Kitchen | $3,000.00 |
| Optional Desk at Kitchen | $  750.00 |
| Optional Media Center with Gas Fireplace at Family Room | $7,600.00 |
| Mitered Glass at Breakfast | $3,750.00 |
| Double French Doors at Master, Breakfast or Living (price per room) | $2,150.00 |
| Optional Tray Ceiling at Family Room | $1,100.00 |
| Optional Tray Ceiling at Living Room | $1,100.00 |
| Optional Tray Ceiling at Dining Room | $1,100.00 |
| Optional Tray Ceiling at Den | $  800.00 |
| Optional Columns at Living Room | $1,500.00 |
| Optional Columns at Foyer | $  825.00 |
| Optional Outdoor Kitchen | $11,000.00 |
| Optional Ledgewood Exterior – Elevation A | $8,500.00 |

CBCI252815

## Promenade at The Forum – Palazzo Collection
### Structural Options Price Sheet

**Milano**
| | Price |
|---|---|
| Optional Den in lieu of Living Room | $1,250.00 |
| Optional Gourmet Kitchen | $3,100.00 |
| Optional Shower at Bath #3 (add shower in lieu of tub) | $1,350.00 |
| Double French Doors in lieu of slider at Master Suite | $2,200.00 |
| Optional Gas Fireplace at Family Room | $6,700.00 |
| Optional Tray Ceiling at Family Room | $1,100.00 |
| Optional Tray Ceiling at Living Room | $1,100.00 |
| Optional Tray Ceiling at Den | $  800.00 |
| Optional Tray Ceiling at Dining Room | $1,100.00 |
| Optional Columns at Dining Room Archway | $1,500.00 |
| Optional Outdoor Kitchen | $6,600.00 |
| Optional Ledgewood Exterior – Elev A | $7,400.00 |
| Garage Extension 2' | $3,500.00 |
| Garage Extension 4' | $6,700.00 |

**Sicily**
| | |
|---|---|
| Optional Sitting Room at Master Suite | $  750.00 |
| Optional Game Room | $25,000.00 |
| Optional Pass thru at Family Room to Game Room (available w/ game room option only) | $  750.00 |
| Optional Bonus Room | $36,000.00 |
| Optional Bonus Room with Bath #4 | $42,000.00 |
| Optional Bonus Room with Bath #4 and Bedroom #5 | $46,000.00 |
| Optional Desk at Kitchen | $1,200.00 |
| Optional Gourmet Kitchen | $3,100.00 |
| Optional Shower at Bath 3 (add shower in lieu of tub) | $1,100.00 |
| Double French Doors in lieu of slider at Master Suite | $2,100.00 |
| 2 Single French Doors w/ panel in lieu of slider at Family, Living or Game Room (price per room) | $3,200.00 |
| Mitered Glass at Breakfast | $3,500.00 |
| Optional Gas Fireplace at Family Room with built ins | $5,700.00 |
| Optional Gas Fireplace at Family Room w/ pass thru to Game Room(available w/ game room option only) | $5,500.00 |
| Optional Tray Ceiling at Family Room | $1,100.00 |
| Optional Tray Ceiling at Living Room | $  800.00 |
| Optional Tray Ceiling at Dining Room | $1,100.00 |
| Optional Tray Ceiling in Den | $1,100.00 |
| Add Closet to Den | $  400.00 |
| Optional Outdoor Kitchen | $7,300.00 |
| Optional Ledgewood Exterior – Elevation A | $15,000.00 |
| Garage Extension – 2 feet | $3,500.00 |
| Garage Extension – 4 feet | $6,700.00 |

**Palermo**
| | |
|---|---|
| Optional Bonus Room | $44,500.00 |
| Optional Bonus Room with Bath #4 | $49,000.00 |
| Optional Bonus Room with Bath #4 and Bedroom #5 | $55,500.00 |
| Optional Gourmet Kitchen | $3,000.00 |
| Optional Desk at Kitchen | $  750.00 |
| Optional Media Center with Gas Fireplace at Family Room | $7,600.00 |
| Mitered Glass at Breakfast | $3,750.00 |
| Double French Doors at Master, Breakfast or Living (price per room) | $2,150.00 |
| Optional Tray Ceiling at Family Room | $1,100.00 |
| Optional Tray Ceiling at Living Room | $1,100.00 |
| Optional Tray Ceiling at Dining Room | $1,100.00 |
| Optional Tray Ceiling at Den | $  800.00 |
| Optional Columns at Living Room | $1,500.00 |
| Optional Columns at Foyer | $  825.00 |
| Optional Outdoor Kitchen | $11,000.00 |
| Optional Ledgewood Exterior – Elevation A | $8,500.00 |



"GRECO"   "LARGO"

"NASSAU"   "KEY WEST"

"BAHIA"   "MARATHON"

"ROUND SPA"   "OCTAGON SPA"   "SQUARE SPA"   "CORNER SPA"

NOTE: SHAPES AND STYLES MAY VARY FROM ACTUAL CONSTRUCTION   NO CHANGES WILL BE PERMITTED AFTER ATC SIGNOFF

* Note: these pool designs can be
built in either 12 x 24 or 14 x 28
(as per area)

A = 12 x 24
B = 14 x 28



Pool styles

Subdivision: kokomo

3/05



"GRECO"

"LARGO"

"NASSAU"

"KEY WEST"

"BAHIA"

"MARATHON"

"ROUND SPA"    "OCTAGON SPA"    "SQUARE SPA"    "CORNER SPA"

NOTE: SHAPES AND STYLES MAY VARY FROM ACTUAL CONSTRUCTION   NO CHANGES WILL BE PERMITTED AFTER ATC SIGNOFF

these pool designs can be built
in either 12 x 24 or 14 x 28
configuration (as per area)

