Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0164

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Lucky Strike M.K., Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Collier )

**Name of Server:** Nicholas Krancher, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 3rd day of February, 20 10, at 2:15 o'clock PM

**Place of Service:** at 2375 Tamiami Trail North Suite 310, in Naples, FL 34103

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Lucky Strike M.K., Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Jean Cheffy, Registered Agent

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color white ; Hair Color Blonde ; Facial Hair ____
Approx. Age 45 ; Approx. Height 5'4" ; Approx. Weight 130

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 5th day of February, 20 10.

Signature of Server

Notary Public    (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. 09-7628

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Lucky Strike M.K. Inc.
was received by me on *(date)* 2-2-10 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jean Chaffy Registered Agent , who is
designated by law to accept service of process on behalf of *(name of organization)* Lucky Strike
M.K., Inc. on *(date)* 2-3-10 @ 2:15pm

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2/5/10

X _____
  Server's signature

Nicholas Knanchen, Certified Process Server
Printed name and title                          157188

P.O. Box 1300 Fort Myers FL 33902
Server's address

Additional information regarding attempted service, etc: