Sean and Beth Payton, et al., et. al., Plaintiff(s)
v.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0458

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--John Korn Builders, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: MS ) ss.
County of: Jones )

Name of Server: _Ciau Broadus_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 5 day of February, 20 10, at 1:35 o'clock P M

Place of Service: at 15094 Lorraine Road, in Biloxi, MS 39532

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**John Korn Builders, LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: John Korn, Owner

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Blonde/G ; Facial Hair N
Approx. Age 50 ; Approx. Height 5'9 ; Approx. Weight 175-180
☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.
_Ciau Broadus_
Signature of Server

Subscribed and sworn to before me this 10 day of Feb, 20 10
_Michelle Murray_
Notary Public (Commission Expires)
1-23-11

**APS International, Ltd.**