Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0265

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
 --Kelley Drywall, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Indian River__ )

**Name of Server:** __Karen Simmons__, undersigned, being duly sworn, deposes and says that at the time of service (s)he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __3rd__ day of __February__, 20 __10__, at __6:24__ o'clock __P__ M

**Place of Service:** at __13755 115 Street__, in __Fellsmere, FL  32948__

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Kelley Drywall, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Bill Kelley__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__; Skin Color __White__; Hair Color __Black/Hat__; Facial Hair __No__
Approx. Age __55__; Approx. Height __5'11"__; Approx. Weight __210__

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

__Karen Simmons__
Signature of Server

Subscribed and sworn to before me this ____ day of _____, 20 ____

_____  (Commission Expires)
Notary Public

**APS International, Ltd.**

# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| State of LOUISIANA | County of EASTERN | United States District Court |

Case Number: 09-7628

Plaintiff:
**SEAN BETH PAYTON, ET AL.,**

vs.

Defendant:
**KNAUF GIPS KG, ET AL.,**

For:
Russ Herman

Received by APS INTERNATIONAL, LTD on the 3rd day of February, 2010 at 1:03 pm to be served on **KELLEY DRYWALL, INC, 13755 115 STREET, FELLSMERE, FL 32948**.

I, Karen Simmons, being duly sworn, depose and say that on the **3rd day of February, 2010** at **6:24 pm, I:**

**CORPORATE:** served by delivering a true copy of the **SUMMONS, and COMPLAINT, and ATTACHMENTS** with the date and hour of service endorsed thereon by me, to: **BILL KELLEY** as **OWNER** for **KELLEY DRYWALL, INC**, at the address of: **13755 115 STREET, FELLSMERE, FL 32948**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 4th day of February, 2010 by the affiant who is personally known to me

NOTARY PUBLIC

Jimmy L. Mosley
Commission # DD617190
Expires December 13, 2010
Bonded Troy Fain - Insurance, Inc. 800-385-7019

Karen Simmons
PS 09-02

APS INTERNATIONAL, LTD
7800 Glenroy Road
Mineapolis, MI 55439-3122
(952) 831-7776

Our Job Serial Number: 2010000540

Copyright © 1992-2008 Database Services, Inc. - Process Server's Toolbox V6.3i

APS#:101729-0269