U. S. DISTRICT COURT
Eastern District of Louisiana

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED MAR 16 2010

LORETTA G. WHYTE
Clerk

SEAN AND BETH PAYTON, ET AL

VERSUS

CIVIL ACTION NO. 09-7628

KNAUF GIPS KG, ET AL

REQUEST FOR EXTENSION OF TIME

NOW COMES Ming K. Wong who requests this court for a 50 days extension of time to file an answer to the complaint. The opposing attorney has been contacted and there is no opposition to the filing of this request.

_____
MING K. WONG, IN PROPER PERSON
1355 Francis Harris Drive
Baton Rouge, Louisiana 70815
Telephone: (225) 907-6175

TENDERED FOR FILING

MAR 16 2010

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee_____
___ Process_____
_X_ Dktd_____
_X_ CtRmDep_____
___ Doc. No._____

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Request for Extension of Time has this day been mailed and/or faxed to all counsel of record.

Baton Rouge, Louisiana this 3 day of March, 2010.

_____
MING K. WONG

United States District Court
Eastern District of Louisiana
Pro Se Dept.
500 Poydras St., Rm. D-151
New Orleans, LA 70130