UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

SEAN AND BETH PAYTON, ET AL

VERSUS                                               CIVIL ACTION NO. 09-7628

KNAUF GIPS KG, ET AL

ORDER

Based on the above and foregoing Request for Extension of Time,

IT IS ORDERED that Ming K. Wong is granted a 50 day extension to file an answer to the complaint.

_____, Louisiana this \_\_ day of _____, 2010.

_____
JUDGE, UNITED STATES DISTRICT COURT