Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0103

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--K. Hovanian First Homes, LLC, c/o NRAI Services, Inc.
**Court Case No. 09-7628**

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Broward )

Name of Server: Jonathan Levy, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 3 day of February, 20 10, at 2:00 o'clock P. M

Place of Service: at 2731 Executive Park Dr, Ste 4, in Weston, FL 33331

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**K. Hovanian First Homes, LLC, c/o NRAI Services, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Unicha Brown, Supervisor

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F; Skin Color Black; Hair Color Black; Facial Hair ___
Approx. Age 25; Approx. Height 5'4"; Approx. Weight 140

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this ___ day of February, 20 10

Notary Public   (Commission Expires)