Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0093

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Judson Construction Group, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Lee )

**Name of Server:** Raymond V Laaitso, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 4th day of February, 20 10, at 1:55 o'clock P M

**Place of Service:** at 11000 Metro Parkway Suite 13, in Fort Myers, FL 33966

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Judson Construction Group, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Lori Judson, Registered Agent

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color white ; Hair Color Blond ; Facial Hair ___
Approx. Age 40 ; Approx. Height 5'2" ; Approx. Weight 170 lbs

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury   Subscribed and sworn to before me this
that the foregoing is true and correct.   4th day of February, 20 10

X _Raymond V Laaitso_   _Elena Alvarado_
Signature of Server   Notary Public   (Commission Expires)

**APS International, Ltd.**



Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012

Civil Action No. 09-7628

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Judson Construction Group LLC
was received by me on *(date)* 2-2-10 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ . and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Lori Judson, Registered Agent , who is
designated by law to accept service of process on behalf of *(name of organization)* Judson
Construction Group LLC on *(date)* 2-4-10 @ 1:55 pm ;

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2/9/2010

Raymond V Laakso
*Server's signature*

Raymond V Laakso, Certified Process Server
*Printed name and title* 15 7154

P.O. Box 1300 Fort Myers FL 33902
*Server's address*

Additional information regarding attempted service. etc: