UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE MANUFACTURED DRYWALL          :          MDL NO. 2047
        PRODUCTS LIABILITY LITIGATION          :

                                 :          SECTION:  L
                                 :
                                 :          JUDGE FALLON
                                 :          MAG. JUDGE WILKINSON
                                 :

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO ALL CASES**

<u>**NOTICE OF APPEARANCE**</u>

      PLEASE TAKE NOTICE that John M. Barkett, Esq. and Daniel B. Rogers, Esq. of the

law firm of Shook, Hardy & Bacon L.L.P. hereby enter their appearance as attorneys of record

for Defendant Pride Homes of Lakes by the Bay – Parcel H, LLC in the above-captioned matter

and requests that the Court, through its electronic filing system, and all parties serve all further

pleadings on the undersigned.

      Respectfully submitted this 17th day of March, 2010.


                   By:    /s/ Daniel B. Rogers
                        JOHN M. BARKETT
                        Florida Bar No. 197548
                        Email: jbarkett@shb.com
                        DANIEL B. ROGERS
                        Florida Bar No. 195634
                        Email: drogers@shb.com
                        **SHOOK, HARDY & BACON L.L.P.**
                        Miami Center, Suite 2400
                        201 South Biscayne Boulevard
                        Miami, FL  33131-4332
                        Telephone:  305.358.5171
                        Facsimile:  305.358.7470

                        *Attorneys for Pride Homes of Lakes by*
                          *the Bay – Parcel H, LLC*

LAW OFFICES
SHOOK, HARDY & BACON L.L.P.
MIAMI CENTER, SUITE 2400, 201 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA 33131-4332 •TELEPHONE (305) 358-5171

628058 v1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, Defendants' Liaison Counsel, Kerry Miller, and Homebuilders and Installers Liaison Counsel, Phillip A. Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 17th day of March, 2010.

/s/ Daniel B. Rogers
Daniel B. Rogers

-2-
LAW OFFICES
SHOOK, HARDY & BACON L.L.P
MIAMI CENTER, SUITE 2400, 201 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA 33131-4332 • TELEPHONE (305) 358-5171

628058 v1