MINUTE ENTRY
FALLON, J.
MARCH 16, 2010

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAGISTRATE WILKINSON |

**THIS DOCUMENT RELATES TO**
**09-6050 Tatum Hernandez, et al v. Knauf Plasterboard (Tianjin) Co., Ltd.**

BEFORE JUDGE ELDON E. FALLON         TUESDAY, MARCH 16, 2010, 8:40 am
Case Manager: Gaylyn Lambert                        (Continued from 3-15-10)
Court Reporter: Karen Ibos/Toni Tusa

Appearances: Chris Seeger, Esq., Steve Herman, Esq., Gerald Meunier, Esq.,
         Dan Bryson, Esq. & Jeff Grand, Esq. for plaintiffs
         Don Hayden, Esq., Doug Sanders, Esq., Kerry Miller, Esq. For defendant

NON JURY TRIAL:
Plaintiffs file into the record the deposition of David J. Maloney, Jr., dated March 3, 2010.

Plaintiffs Witnesses:
Bradley Krantz - resumes testimony.
Tatum B. Hernandez - sworn
Donald Galler - sworn - accepted as an expert.
Ronald Ryan Bailey - sworn - accepted as an expert.

Plaintiffs file into the record the deposition of Lori A. Streit, Ph.D. dated February 12, 2010.

Plaintiffs' Witnesses:
Alexis Mallet, Jr. - sworn - accepted as an expert.
Charlene Hernandez - sworn

Court adjourned at 5:40 pm until Wednesday, March 17, 2010, at 8:45 am.

JS10:  7:10