Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0095

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--HWB Construction, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Broward )

Name of Server: **Jonathan Levy**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **3** day of **February**, 20**10**, at **2:00** o'clock **P** M

Place of Service: at **2731 Executive Park Dr, Suite 4**, in **Weston, FL 33331**

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**HWB Construction, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: **Unicka Brown, Supervisor**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **Black**; Hair Color **Black**; Facial Hair ____
Approx. Age **35**; Approx. Height **5'4"**; Approx. Weight **140**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this **6** day of **February**, 20**10**

Notary Public                (Commission Expires)

Lynne Gowani
Commission #DD610005
Expires: OCT. 30, 2010
BONDED THRU ATLANTIC BONDING CO., INC.