U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   3-16-10
LORETTA G. WHYTE
CLERK

**In Re:**

*Chinese Drywall MDL*

MDL 2047

Ref: CA 09-6050-L

Hernandez v. Knauf

---

*David J. Maloney, Jr. (Trial)*

*March 3, 2010*

*Confidential – Subject to Further Confidentiality Review*

---

*GOLKOW TECHNOLOGIES, INC.*

*Excellence In Court Reporting For Over 20 Years*

*877.370.3377*

*deps@golkow.com*

Original File dm030310t.txt

**Min-U-Script® with Word Index**

Maloney durlist

Group:  Multi-clips
ID:             Maloney Edits
Description:

    Group:  Maloney, David (Vol. 01) - 03/03/2010     DM-811
    Description:    Page 8:11-9:14

```
8:11        Q.      Would you state your name and
8:12 professional address for the record, please?
8:13        A.      David J. Maloney, Jr.,
8:14 M-A-L-O-N-E-Y, 1612 Shookstown Road,
8:15 Frederick, Maryland 21702.
8:16        Q.      Mr. Maloney, what is your
8:17 profession?
8:18        A.      I'm a professional personal
8:19 property appraiser.
8:20        Q.      And what is the name of your
8:21 company?
8:22        A.      Frederick Appraisal, Claims &
8:23 Estate Services.  And also, I'm managing
8:24 partner of Appraisal Course Associates.
9: Page 9
9: 1        Q.      How many years have you been a
9: 2 professional appraiser of personal property?
9: 3        A.      Twenty-nine.
9: 4        Q.      I'm going to show you, Mr.
9: 5 Maloney, a copy of your Professional Profile.
9: 6                (Tenders document to witness.)
9: 7                And ask you if this is an
9: 8 accurate copy of the Professional Profile
9: 9 that you had attached to your expert report?
9:10        A.      Yes, it is.
9:11                MS. BARRIOS:  For the record,
9:12        I'd like to identify that document as
9:13        Hernandez 103-0001 and mark it for
9:14        identification and admission.
```

    Group:  Maloney, David (Vol. 01) - 03/03/2010     DM-1016
    Description:    Page 10:16-15:6

```
10:16       Q.      Mr. Maloney, is your practice
10:17 nationwide, regional or local?
10:18       A.      It's primarily restricted to
10:19 the Pennsylvania, Maryland, West Virginia,
10:20 Virginia, DC area, but I do travel.
10:21       Q.      Could you tell the Court, Mr.
10:22 Maloney, of your educational background?
10:23       A.      I have a bachelor's in
10:24 engineering from the Coast Guard Academy.  I
11: Page 11
11: 1 have a master's in management from the Naval
11: 2 Postgraduate School.  And I attended the
11: 3 University of Maryland University
11: 4 College/ISA course in appraisal theory and
11: 5 principles in the early 1980s.  The ISA is
11: 6 the International Society of Appraisers.
11: 7       Q.      Mr. Maloney, is the ISA a
11: 8 professional society that would certify one
11: 9 as a professional appraiser?
11:10       A.      Yes.  The ISA certifies one as
11:11 a professional appraiser, as does the
```

Maloney durlist
11:12 Association of Online Appraisers, of which I
11:13 am currently secretary/treasurer and past
11:14 president.
11:15         Q.       Did the International Society
11:16 of Appraisers certify you as a personal
11:17 property appraiser?
11:18         A.       Yes, they did, in 1995.
11:19         Q.       Did you hold any leadership
11:20 positions with the International Society of
11:21 Appraisers?
11:22         A.       Yes.  I was in a leadership
11:23 capacity with the ISA, including as
11:24 vice-president and on the Board of Directors
12: Page 12
12: 1 from -- for 20 years up until about 19- -- up
12: 2 until about 2001.
12: 3         Q.       Did you do any writings or
12: 4 publications for the ISA?
12: 5         A.       Yes.  I authored their Core
12: 6 Courses in appraisal theory and principles in
12: 7 1994.  Those courses I taught and maintained
12: 8 from 1994 'til 2001.
12: 9                 I also authored the ISA's
12:10 Report Writing Standard.  I also authored the
12:11 ISA's Core Courses in appraisal theory for
12:12 the -- for Canada.  And I also was team
12:13 leader in writing the Distance Education
12:14 Course in appraisal theory and principles for
12:15 the ISA, both for the U.S. and in Canada.
12:16         Q.       In addition to those activities
12:17 for the ISA, did you also teach for them as
12:18 well?
12:19         A.       Yes.  I taught their courses in
12:20 appraisal theory and principles and
12:21 methodology from 1994 through 2001, both in
12:22 the U.S. and in Canada.
12:23         Q.       You had mentioned earlier, Mr.
12:24 Maloney, the Association of Online
13: Page 13
13: 1 Appraisers.  You have been so certified as an
13: 2 online appraiser in personal property by that
13: 3 organization?
13: 4         A.       I have been certified as a
13: 5 personal property appraiser, not as an --
13: 6 there's no certification for an online
13: 7 appraiser.
13: 8         Q.       Oh, excuse me.
13: 9         A.       But as --
13:10         Q.       I stand corrected.
13:11         A.       But I'm certified as a personal
13:12 property appraiser by the Association of
13:13 Online Appraisers, which is -- which is an
13:14 association of appraisers, not just those who
13:15 conduct appraisals over the Internet,
13:16 but by traditional appraisers as well, who
13:17 personally inspect the property.
13:18         Q.       I noticed on your Professional
13:19 Profile there are some initials after your
13:20 name, AOA CM.
13:21                 What do those initials stand
13:22 for?
13:23         A.       It stands for the Association
13:24 of Online Appraisers Certified Member.

Maloney durlist

14: Page 14
14: 1          Q.        Over the past 30 years, did you
14: 2 devote the majority of your professional
14: 3 appraisal practice to personal property or
14: 4 residential contents?
14: 5          A.        Yes, strictly to personal
14: 6 property and residential contents.
14: 7          Q.        Have you ever been recognized
14: 8 as an expert by any court as an expert in
14: 9 personal property appraisal?
14:10          A.        Yes, I have, in northern
14:11 Virginia, in Maryland and in DC.
14:12          Q.        Have you received any honors
14:13 from any professional society regarding your
14:14 work in the personal property appraisal
14:15 field?
14:16          A.        Yes.  From the ISA, I have
14:17 received the Lamp of Knowledge Award, the
14:18 Distinguished Service Award, Member of the
14:19 Year Award, Marketing Award, President's
14:20 Award, and most recently, in 2002, Lifetime
14:21 Achievement Award.
14:22          Q.        Have you played any role in
14:23 developing the qualification criteria for
14:24 those certified as a personal property
15: Page 15
15: 1 appraiser?
15: 2          A.        I  was the ISA's representative
15: 3  to The Appraisal Foundation's
15: 4 TAFAC, which is The Appraisal Foundation's
15: 5 Advisory Council, in 1998 and was chair of
15: 6 their Emerging Issues Committee at the time


Group:  Maloney, David (Vol. 01) - 03/03/2010       DM-1508
Description:     Page 15:8-25:16


15: 8 Appraisal Standard -- or when the appraisal
15: 9 qualifications board developed and
15:10 promulgated The Appraisal Foundation's
15:11 minimum qualification criteria for the
15:12 personal property appraiser in 1998.
15:13          Q.        Mr. Maloney, have you authored
15:14 any publications in your field of personal
15:15 property appraisal?
15:16          A.        Yes, I have off- -- I have
15:17 offer- -- I have authored three editions of
15:18 Appraising Personal Property:  Principles and
15:19 Methodology.
15:20          Q.        Mr. Maloney, I'd like to hand
15:21 you this large book and ask you if that's the
15:22 3rd Edition of your treatise on personal
15:23 property, appraisal principles and
15:24 methodology?
16: Page 16
16: 1          A.        Yes, this is.
16: 2          Q.        What was the reason the 3rd
16: 3 Edition was prepared?
16: 4          A.        The 3rd Edition -- well, first
16: 5 of all, I'm a stickler for maintaining the
16: 6 currency of any books that I publish, and
16: 7 over the course of a year or two, new
16: 8 information is promulgated through various

Maloney durlist

16: 9 sources that I want to incorporate into my
16:10 book.  Primarily -- but the primary reason
16:11 for issuing the 3rd Edition was because of
16:12 the issuance by The Appraisal Foundation of
16:13 their 2010-2011 edition of USPAP, which is an
16:14 acronym for the Uniform Standards of
16:15 Professional Appraisal Practice.
16:16         Q.    Let me just stop you right
16:17 there.
16:18               Would you talk about USPAP with
16:19 the Court and explain what function it has in
16:20 your profession?
16:21         A.    USPAP, which is the Uniform
16:22 Standards of Professional Appraisal Practice,
16:23 is promulgated by The Appraisal Foundation of
16:24 Washington, DC.  USPAP is a multiple --
17: Page 17
17: 1 multi-disciplinary -- or a multa- --
17: 2 multi-discipline standard.  In other words,
17: 3 it covers the appraisers of real property, of
17: 4 personal property and of business enterprises
17: 5 and intangible assets.
17: 6               USPAP establishes not only the
17: 7 ethical standards of appraising, but also the
17: 8 performance standards of appraising.
17: 9 Appraising consists not just of assigning a
17:10 value to something, those are called
17:11 appraisals, but also the process of
17:12 appraisal review; in other words, reviewing
17:13 the work of another appraiser.  And it also
17:14 covers the appraisal service called appraisal
17:15 consulting.
17:16               So USPAP covers the ethics and
17:17 the performance or establishes the ethical
17:18 and the performance requirements for real
17:19 property appraisers, personal property
17:20 appraisers and business appraisers and is
17:21 the only generally accepted standard of
17:22 appraising in the United States.
17:23         Q.    And you updated your 2nd
17:24 Edition by including the newest rules and
18: Page 18
18: 1 promulgations of US- -- USPAP?
18: 2         A.    Yes, this, which is actually
18: 3 the 3rd Edition, incorporates all the
18: 4 changes that were made or that were
18: 5 incorporated into the 2010-2011 edition of
18: 6 USPAP.  Indeed, the entire book has as its
18: 7 core or as its armature USPAP.
18: 8         Q.    Is this book used throughout
18: 9 your profession by other appraisers?
18:10         A.    Yes.  Hundreds and hundreds of
18:11 appraisers have bought this; appraisers in all
18:12 the major associations have purchased the
18:13 book.  It's the only how-to book for the
18:14 personal property appraiser in existence.
18:15         Q.    Besides your Appraising
18:16 Personal Property:  Principles and
18:17 Methodology text, have you written any books
18:18 on USPAP?
18:19         A.    Yes.  I have written two
18:20 editions of my book entitled "The Personal
18:21 Property Appraiser's Guide to USPAP."  The

Maloney durlist

18:22 2nd Edition was published last year.  The 2nd
18:23 Edition, by the way, is about 70 pages long,
18:24 all of which happens to be incorporated in
19: Page 19
19: 1 this 3rd Edition of the book as Lesson No. 7.
19: 2        Q.      Is USPAP a peer-reviewed
19: 3 organization?
19: 4        A.      Very much so.  The
19: 5 Uniform Stand- -- the Uniform Standards
19: 6 Board of The Appraisal Foundation which
19: 7 promulgates USPAP goes through a
19: 8 sophisticated three-level peer review, as
19: 9 well as public comment or that -- in addition
19:10 to peer review, they solicit public comment
19:11 as well, over a very sophisticated process
19:12 which includes public hearings.  And only
19:13 after a two-year process are the final
19:14 changes accepted and incorporated into the
19:15 next edition of USPAP.  So, yes, it is
19:16 peer-reviewed.
19:17        Q.      Could you tell the Court a
19:18 representative list of your institutional
19:19 clients?
19:20        A.      We're limited by
19:21 confidentiality requirements as to --
19:22 as to who we can reveal, but these I have
19:23 received permission to reveal the fact that I
19:24 have worked for Atlas Van Lines, United Van
20: Page 20
20: 1 Lines, USAA Insurance Company, The
20: 2 Williamsburg Corporation, Nationwide Moving &
20: 3 Storage, Historical Society of Frederick
20: 4 County, Washington County Museum of Fine
20: 5 Arts, Federal Savings and Loan Insurance
20: 6 Corporation, Allied Van Lines, Graebel
20: 7 Movers, Meadows Van Lines, Fireman's Fund,
20: 8 and there's several others, including State
20: 9 Farm and the DOD, FBI, and State Department
20:10 Personnel.
20:11        Q.      How large a percentage of your
20:12 practice is litigation?
20:13        A.      Probably about 5 percent of my
20:14 practice involves developing opinions,
20:15 analyses or conclusions that were or may be
20:16 used for litigation purposes.
20:17        Q.      Is the methodology that you
20:18 used in the Hernandez case con- -- considered
20:19 standard methodology in your professional
20:20 field?
20:21        A.      Yes, it is.  It is the
20:22 methodology that is required by the Uniform
20:23 Standards of Professional Appraisal Practice,
20:24 which, as I said, is the only accepted
21: Page 21
21: 1 standard in the country.
21: 2        Q.      And you generated and prepared
21: 3 your report  and opinions in conformity
21: 4 with the USPAP standards, did you
21: 5 not?
21: 6        A.      Yes, I did, as indicated in my
21: 7 USPAP Certification Statement in the report.
21: 8            MS. BARRIOS:  I tender Mr.
21: 9        Maloney as an expert in the appraisal

Page 5

```
                         Maloney durlist
21:10       of residential contents and personal
21:11       property.
21:12 BY MS. BARRIOS:
21:13       Q.     Mr. Maloney, I'd now like to
21:14 turn your attention to what you were asked to
21:15 do in this case, what you did in this case,
21:16 and what opinions you arrived at based upon
21:17 the scope of work requested.  Okay?
21:18       A.     Uh-huh.
21:19       Q.     Let's start with when you were
21:20 first contacted about the Hernandez case.
21:21 When was that?
21:22       A.     I was first contacted by -- by
21:23 you in the first week or two of December of
21:24 2009.  I understand you were representing the
22: Page 22
22: 1 Plaintiffs' Steering Committee.
22: 2       Q.     And what was the assignment
22: 3 that you were given in the Hernandez case?
22: 4       A.     I was requested to personally
22: 5 inspect certain items of property in the
22: 6 Hernandez home, and which I did, in the
22: 7 presence of Mr. and Mrs. Hernandez, as well
22: 8 as yourself.  I was asked to consult
22: 9 with the homeowners to determine which items
22:10 would be listed in my appraisal, and then to
22:11 eventually assign values or, rather, develop
22:12 opinions of values regarding those items.
22:13              Those items were to fall into
22:14 two categories, as they did in the seven
22:15 homes that I appraised in Germano.  And those
22:16 two categories are this:  The first category
22:17 was to be of materials or of -- of property
22:18 which was made of materials or constructed of
22:19 materials which were absorbing in nature,
22:20 such as fabrics; and the second category was
22:21 to appraise items which consisted of
22:22 electrical appliances and electronic
22:23 equipment.
22:24              That list was compiled as I
23: Page 23
23: 1 went through the house by myself and Mr. and
23: 2 Mrs. Hernandez.  Once the list was compiled,
23: 3 the photographs were taken, notations were
23: 4 made, I returned to the office to prepare my
23: 5 appraisal report and do my research.
23: 6       Q.     Okay.  Let's stop there and
23: 7 let's break that down into smaller chunks of
23: 8 information.
23: 9              Were you instructed to use
23:10 replacement value new as the criteria of the
23:11 appraisal of these items?
23:12       A.     Yes, I was.
23:13       Q.     Were you also instructed on
23:14 exactly what items to appraise?
23:15       A.     Yes, I was.
23:16       Q.     Could you define for the Court
23:17 what replacement value new means?
23:18       A.     As indicated in my report, and
23:19 which is required by USPAP, I note that my
23:20 type and -- my type of value used as
23:21 replacement cost and the definition is as
23:22 follows, taken from my 3rd -- the copy --
```

Page 6

Maloney durlist

```
23:23 the 3rd copy of my book Appraising Personal
23:24 Property:  Principles and Methodology.
24: Page 24
24: 1              Replacement cost new is defined
24: 2 as a cost necessary to replace the item being
24: 3 appraised with a brand-new item of like kind,
24: 4 quality and utility, or with a new upgraded
24: 5 item if the original model is out of
24: 6 production.  This definition assumes that a
24: 7 suitable new substitute or the upgraded model
24: 8 can be found for the property being
24: 9 appraised.
24:10              Replacement cost new applies to
24:11 depreciable property for which exact or
24:12 suitably acceptable new substitutes can be
24:13 obtained.  In other words, it is used for
24:14 items that are still being manufactured
24:15 and/or are still available new on the open
24:16 market.  Examples include general household
24:17 contents such as lawn mowers, TVs and
24:18 sterling-silver flatware, china or
24:19 crystalline patterns that are still being
24:20 manufactured.
24:21      Q.     I notice, Mr. Maloney, that
24:22 this definition comes out of the 3rd Edition
24:23 of your book?
24:24      A.     Yes.
25: Page 25
25: 1      Q.     Does any other professional
25: 2 organization subscribe to this definition of
25: 3 replacement value new?
25: 4      A.     Yes.  This definition has been
25: 5 adopted by the International Society of
25: 6 Appraisers, and a very similar definition is
25: 7 in the 1994 appraisal manual as published by
25: 8 the American Society of Appraisers, and it's
25: 9 also in various forms -- in various locations
25:10 on the Internet too.
25:11              One  issue with our
25:12 profession is that there's no consensus
25:13 oftentimes to some of the terms that -- for
25:14 the definition of some of the terms that we
25:15 use, but this definition that I used is as
25:16 close to consensus as there can be.
```

Group: Maloney, David (Vol. 01) - 03/03/2010      DM-2612
Description:      Page 26:12-30:21

```
26:12              Let me ask you this question:
26:13 The definition of replacement cost new that
26:14 you used in your report and from your book,
26:15 is that the most commonly used definition of
26:16 replacement cost new in your profession?
26:17      A.     Yes.
26:18      Q.     In determining the replacement
26:19 cost new of the 40 items that you were asked
26:20 to appraise, did you take into account sales
26:21 tax on those items?
26:22      A.     No.  There are several -- I
26:23 guess one can say that in this figure, my
26:24 assigned values are conservative.  There are
27: Page 27
```

Maloney durlist

27: 1 several expenses that one would probably
27: 2 anticipate having to pay when an item is
27: 3 replaced.  We've -- we've all experienced
27: 4 them.  They include, for instance, the cost
27: 5 of a warranty, the sales tax, a delivery
27: 6 charge or installation charges or even costs
27: 7 associated with removing or disposing of the
27: 8 -- of an old property.  I do not include any
27: 9 of those potential charges in my replacement
27:10 cost new.
27:11          Q.       If you were to include, for
27:12 instance, sales tax in your replacement cost
27:13 new value, would the amount that you opined
27:14 to be the replacement cost new of these 40
27:15 items increase?
27:16          A.       It would increase for those
27:17 items to which a sales tax in the State of
27:18 Louisiana would apply.  For items which are
27:19 purchased locally, there would be a tax.
27:20 When you purchase on the Internet, sometimes
27:21 the state's sales tax is charged, and
27:22 sometimes it isn't.
27:23          Q.       If you purchase on the
27:24 Internet, is there oftentimes a delivery
28: Page 28
28: 1 charge involved with the purchase of an item?
28: 2          A.       Oftentimes there is.  And
28: 3 again, at times, there's free shipping.
28: 4          Q.       But to be clear, none of the
28: 5 replacement value new numbers that you gave
28: 6 in your report include any delivery or any
28: 7 sales tax; is that correct?
28: 8          A.       That's correct.  They don't
28: 9 include any additional costs that might be
28:10 associated should replacement be required.
28:11          Q.       Let's jump to the bottom line,
28:12 Mr. Maloney.  What is the replacement cost
28:13 new value of the 40 items that you appraised
28:14 pursuant to instructions from Counsel?
28:15          A.       The replacement value new of
28:16 all 40 items totaled $11,907.
28:17          Q.       This opinion that these
28:18 replacement cost new of these items is
28:19 $11,907, does this opinion -- do you express
28:20 this opinion within a reasonable degree of
28:21 professional certainty in your profession?
28:22          A.       Yes, I do.
28:23          Q.       And how many items did you
28:24 appraise?
29: Page 29
29: 1          A.       Forty.
29: 2          Q.       If I can refer you, please, Mr.
29: 3 Maloney, to the schedule or chart of items
29: 4 that you did for the 40 items.  And I'm
29: 5 going to identify that for the record as
29: 6 Hernandez 104-0001 through 0006.
29: 7          (Tenders documents to witness.)
29: 8          (Whereupon, Deposition Exhibit
29: 9     Hernandez 104-0001 through Hernandez
29:10     104-0006, David J. Maloney's list of
29:11     40 items, was marked for
29:12     identification.)
29:13 BY MS. BARRIOS:

Page 8

                              Maloney durlist
29:14          Q.      I'd like to refer you now, Mr.
29:15 Maloney, to items Hernandez 33 through
29:16 Hernandez 40.
29:17                  And are these the major kitchen
29:18 and household appliances in the Hernandez
29:19 homes -- home that you were asked to provide
29:20 replacement value new for?
29:21          A.      Yes, they are.
29:22          Q.      And could you give me the
29:23 total, Mr. Maloney, of Hernandez 33 through
29:24 Hernandez 40?
30: Page 30
30: 1          A.      The total of those items alone
30: 2 is $3,871.
30: 3          Q.      And what is your understanding
30: 4 of the value of these items being included in
30: 5 another expert's report?
30: 6          A.      My understanding was that I
30: 7 included this information so that it could be
30: 8 passed on to prospective bidders for
30: 9 remediation jobs so that this cost could be
30:10 incorporated into their bid.
30:11          Q.      And on items Hernandez 1
30:12 through 32, what are the total of those
30:13 items?
30:14          A.      The total of those items came
30:15 to $8,036.
30:16          Q.      And the sum of the $3,871 for
30:17 the major appliances and the $8,036 on the
30:18 balance of the items total the $11,907 that
30:19 you opined is the replacement value new
30:20 figure, correct?
30:21          A.      That's correct.


Group:  Maloney, David (Vol. 01) - 03/03/2010      DM-3717
Description:     Page 37:17-39:9

37:17 about what you did when you went to the
37:18 Hernandez house on January 25th.
37:19                  Could you describe the
37:20 activities that you undertook at the house?
37:21          A.      I was greeted by Mr. and
37:22 Mrs. Hernandez.  I explained to them the
37:23 purpose of my being there, and Mr. Hernandez
37:24 then followed me through the house and
38: Page 38
38: 1 discussing, before we began, the kinds --
38: 2 those two kinds of property that I hoped
38: 3 to or that I was to list in my appraisal
38: 4 report; therefore, that I needed to be shown.
38: 5                  He then took me from room to
38: 6 room.  We listed -- he pointed out each item
38: 7 in each room before we advanced to the next
38: 8 room.  I examined the property; I took
38: 9 photographs of the property; I made
38:10 handwritten notations regarding the property.
38:11 And then I moved on to the next room, and we
38:12 did that until all the items had been listed.
38:13          Q.      And how long did your
38:14 inspection take?
38:15          A.      I was there about four to five
38:16 hours.

                              Page 9

Maloney durlist
38:17        Q.      Mr. Maloney, I'd like you
38:18 to look at your schedule or chart of items
38:19 and refer you specifically to Hernandez 29
38:20 through Hernandez 32 and ask you to describe
38:21 what you saw in those items.
38:22        A.      As I indicated earlier, my goal
38:23 was to list two types of property, which were
38:24 those items made of fabric and, in addition
39: Page 39
39: 1 to that, the second category being electrical
39: 2 equipment -- or electronic equipment and
39: 3 electrical appliances.
39: 4              The items that you point out
39: 5 are neither of those.  So while those were my
39: 6 primary goals or my primary categories, a
39: 7 third category included these items, which
39: 8 you just referenced, 29 through -- through
39: 9 32.


Group: Maloney, David (Vol. 01) - 03/03/2010      DM-4006
Description:     Page 40:6-40:20

40: 6        Q.      Would the same rationale be
40: 7 true, Mr. Maloney, on Hernandez 16, 17 and
40: 8 18, listed as a tray, chip-and-dip bowl and
40: 9 wine rack?
40:10        A.      Yes, but in particular with
40:11 the -- with the wine rack.
40:12        Q.      Could you describe the wine
40:13 rack to the Court?
40:14        A.      Well, the wine rack was of
40:15 steel, but it had been plated with a copper
40:16 coating, electrical plated  with
40:17 copper -- or it appeared to be copper.  It
40:18 was a copper-toned plate.  And it was
40:19 probably 95 -- 85 to 95 percent missing; the
40:20 plate was missing, so steel was exposed.


Group: Maloney, David (Vol. 01) - 03/03/2010      DM-4113
Description:     Page 41:13-44:11

41:13        Q.      Could you describe for the
41:14 Court in a little more detail exactly what
41:15 you observed on the wine rack when you
41:16 inspected it?
41:17        A.      The wine rack, to determine
41:18 what it was made of, I attached a magnet to
41:19 it and the magnet stuck.  So that told me
41:20 that it was steel.  Yet the surface of it had
41:21 a partial copper-toned finish to it, most of
41:22 which was missing.
41:23              So my examination consisted of
41:24 using the magnet to determine that it was
42: Page 42
42: 1 made of steel and then noticing visually that
42: 2 it had a copper tone to it and that the
42: 3 majority of that was missing.  And I
42: 4 thoroughly inspected the bottom and the sides
42: 5 of -- to note the extent of that missing
42: 6 copper-ish finish.
42: 7        Q.      Was it your understanding that

                          Maloney durlist
42: 8 prior to the exposure to the Chinese drywall
42: 9 that the entire wine rack had the copper
42:10 finish on it?
42:11       A.     Yes.  I discussed that
42:12 specifically with the clients who told me
42:13 that at one time that that was a very
42:14 copper-colored wine rack, yes.
42:15       Q.     After your inspection of the
42:16 home and the interview with the client and
42:17 the photograph, you returned back to
42:18 Maryland?
42:19       A.     That's correct.
42:20       Q.     And what did you do in Maryland
42:21 to continue on with your assignment?
42:22       A.     In Maryland, I take the
42:23 photographs and then I take my handwritten
42:24 notations, and I develop an Excel
43: Page 43
43: 1 spreadsheet.  Once the Excel spreadsheet has
43: 2 been completed, then I start my research.
43: 3            In this case, the research was
43: 4 done on the Internet where I research sources
43: 5 on the Internet that I felt were reasonable
43: 6 places to purchase a replacement item.
43: 7 The -- when one replaces an item, there are
43: 8 two factors that one must co- -- that the
43: 9 appraiser must consider as being implied when
43:10 a source is used.  And those implications are
43:11 these:  Number one is that the source is
43:12 where the client would typically shop, and,
43:13 secondly, that it's a place where an item can
43:14 be replaced within a reasonable time.  In
43:15 other words, the insured, or the injured,
43:16 should not have to wait an extraordinary
43:17 amount of time just to find a replacement
43:18 property for a few dollars less; he should be
43:19 able to replace it at this particular
43:20 location within a reasonable time.  So
43:21 using those as guideposts, I used
43:22 websites that I felt that those -- both those
43:23 benchmarks could be -- could be met and --
43:24       Q.     Mr. Maloney, can I just stop --
44: Page 44
44: 1       A.     -- and I searched the Internet.
44: 2       Q.     Okay.  I'm sorry.  I didn't
44: 3 mean to interrupt you, but I wanted to stop
44: 4 and go back to a couple of concepts that you
44: 5 just mentioned.
44: 6            When you talked about the
44: 7 personal inspection and the observations and
44: 8 the interview with the clients at the
44: 9 Hernandez house, is that one of the steps in
44:10 the generally accepted methodology of
44:11 appraising personal property?


Group:  Maloney, David (Vol. 01) - 03/03/2010      DM-4414
Description:      Page 44:14-48:16


   44:14            THE WITNESS:  By all means.
   44:15       The Uniform Standards of Professional
   44:16       Appraisal Practice establishes seven
   44:17       steps from beginning to end of the

Maloney durlist

```
44:18       appraisal process.  The seventh step
44:19       is the preparation of the final
44:20       report, but the first six
44:21       steps have to do with what's called
44:22       the development of the appraisal.  And
44:23       the very first step has several
44:24       elements to it, and that's call- --
45: Page 45
45: 1       and that first step is called problem
45: 2       identification.  And problem
45: 3       identification, this is -- probably the
45: 4       most critical step is -- in problem
45: 5       identification, the appraiser has to
45: 6       identify the client, identify any
45: 7       additional intended users, identify
45: 8       what their needs are, what information
45: 9       must they have in order to make use of
45:10       their report, what is the intended use
45:11       of the report, what is the effective
45:12       date of the report, are there any
45:13       assignment conditions such as limited
45:14       conditions, extraordinary assumptions
45:15       or hypothetical conditions or
45:16       jurisdictional exceptions that might
45:17       be encountered in the report.  Those
45:18       are all elements of information that
45:19       must be gathered through communication
45:20       with the client.
45:21           The final thing in that first
45:22       step is to identify the property and
45:23       its value-relevant characteristics.
45:24       Those are most -- that element of
46: Page 46
46: 1       information is usually gathered by the
46: 2       appraiser's hands-on inspection.
46: 3 BY MS. BARRIOS:
46: 4       Q.    And did you follow each of
46: 5 those steps in the Hernandez inspection?
46: 6       A.    Yes, I did.
46: 7       Q.    The exhibit that I previously
46: 8 marked Hernandez 104-0001 through 6, is this
46: 9 the Excel spreadsheet to which you referred?
46:10       A.    Yes, it is.
46:11       Q.    And are these photographs that
46:12 are on this exhibit, are they accurate
46:13 depictions of the items that you appraised?
46:14       A.    Yes, they are.
46:15       Q.    And did you take those
46:16 photographs?
46:17       A.    Yes, I did.
46:18       Q.    You reference that when you
46:19 returned to Maryland, you began to do your
46:20 research on websites.
46:21       A.    (Witness nods head
46:22 affirmatively.)
46:23       Q.    Is it generally accepted within
46:24 your profession to obtain replacement cost
47: Page 47
47: 1 new values by reference to websites?
47: 2       A.    Yes, it is.
47: 3       Q.    And could you describe to the
47: 4 Court, just generally, the most common
47: 5 websites that you would use in order to
```

Maloney durlist

47: 6 ascertain your replacement cost new?
47: 7       A.      For -- well, for mattresses --
47: 8 I have a specific list of websites.  Do -- do
47: 9 you have that in that Reliance rather than --
47:10       Q.      (Tenders document to witness.)
47:11       A.      Thank you.
47:12               I used several that I -- I
47:13 would personally shop at; for instance,
47:14 Wal-Mart, Lowe's, Target, K-Mart, Home Depot.
47:15 Mattresses, Sleep Happens, Pottery Barn.
47:16 Toshiba for the Laptops, Amazon, Sears.
47:17 Those are pretty common, well-known brick and
47:18 mortar shops, as well as online shops, so the
47:19 individual can locate the item on the web and
47:20 go on sites to pick it up off of.
47:21       Q.      With reference to your schedule
47:22 that I've marked as Hernandez 104 through 0
47:23 -- I'm sorry -- 104-0001 through 6, could you
47:24 describe to the Court the various columns
48: Page 48
48: 1 that you made in that Excel spreadsheet
48: 2 exhibit?
48: 3       A.      The first  column is my
48: 4 file number, which is -- begins with
48: 5 Hernandez, underscore, 01.  The second column
48: 6 is just the noun name.  The third column is a
48: 7 brief description of the item.  The fourth
48: 8 column is the quantity.  The fifth item is
48: 9 the individual replacement value new.  The
48:10 sixth column is the replacement value new
48:11 price extended, and then the last column is
48:12 the digital image.
48:13       Q.      Thank you, Mr. Maloney.
48:14               You previously remarked about
48:15 the smell in the Hernandez home.  Could you
48:16 describe that smell to the Court, please?


Group:  Maloney, David (Vol. 01) - 03/03/2010      DM-4819
Description:      Page 48:19-50:11

48:19               THE WITNESS:  As I noted to you
48:20       the day that we left, that upon my
48:21       first entrance to the house, that it
48:22       was rather stifling.  I found it, as I
48:23       mentioned to you the day of
48:24       inspection, that it was stronger even
49: Page 49
49: 1       than the Heischober home that I
49: 2       inspected in Germano in mid-December,
49: 3       and that I also commented to you on
49: 4       the day at the Hernandez home that
49: 5       after taking a break after about four
49: 6       hours and going outside, that I
49: 7       returned to the house and found that
49: 8       the smell seemed to be even stronger
49: 9       than when I first went in there.  So
49:10       it definitely did exist, and it was
49:11       the identical smell to the homes in
49:12       Germano.
49:13 BY MS. BARRIOS:
49:14       Q.      Mr. Maloney, did you personally
49:15 smell any of the fabric items in the

Page 13

Maloney durlist
49:16 Hernandez home?
49:17       A.     Yes.  I personally smelled the
49:18 sofa and the master-bedroom mattress.
49:19       Q.     What did you smell?
49:20       A.     Well, I smelled a lot of that
49:21 rotten-egg kind of smell, mixed in, I'm sure,
49:22 with whatever it is fibers smell like, but it
49:23 was definitely an eggy smell.
49:24       Q.     Did you in your assignment
50: Page 50
50: 1 include the valuing of any clothes or bath or
50: 2 bed linen?
50: 3       A.     No, I -- I didn't.  I was told
50: 4 to discard items that were of relative
50: 5 insignificant value, so I didn't include
50: 6 clothing.  My understanding, also, was that
50: 7 the items -- attempts would be made to clean
50: 8 those items anyway, so I didn't include
50: 9 insignificant items such as -- value items
50:10 such as clothing, or Game Boys or small
50:11 electronic items weren't included.


Group:  Maloney, David (Vol. 01) - 03/03/2010     DM-5324
Description:    Page 53:24-54:10

53:24       Q.     Did you express all the
54: Page 54
54: 1 opinions that you did today and in your
54: 2 report within a reasonable degree of
54: 3 professional certainty?
54: 4       A.     Yes, I did.
54: 5       Q.     And did your opinions reach a
54: 6 credible result as dictated by the USPAP?
54: 7       A.     Yes.  In my opinion, my
54: 8 assignment results were credible.
54: 9             MS. BARRIOS:  That's all the
54:10       questions I have on direct.


Group:  Maloney, David (Vol. 01) - 03/03/2010     DM-5503
Description:    Page 55:3-61:10

55: 3       Q.     Mr. Maloney, is there a
55: 4 state or any other kind of license for a
55: 5 personal property appraiser?
55: 6       A.     No.  Unlike real property
55: 7 appraisers that are regulated by law and by
55: 8 each of the 50 states, there is no such
55: 9 licensing or regulation of personal property
55:10 appraisers.
55:11       Q.     What percentage of your time is
55:12 spent doing online appraisals as compared to,
55:13 I guess, appraisals that aren't online?
55:14       A.     Oh, I do very few online
55:15 appraisals.  Maybe 2 percent, 4 percent are
55:16 online.
55:17       Q.     You visited and met with the
55:18 Hernandez in January of this year, I
55:19 believe?
55:20       A.     Yes, sir.
55:21       Q.     And that visit and your
55:22 observations and your discussions with them,

Page 14

Maloney durlist
55:23 those are the bases of your opinions in this
55:24 report, correct?
56: Page 56
56: 1        A.      And my Reliance, yes.
56: 2        Q.      I think, as you testified
56: 3 earlier, you were directed to prepare your
56: 4 report by giving the value as replacement
56: 5 cost new?
56: 6        A.      Let me clear that up.
56: 7 Technically, it's replacement value new, and
56: 8 there are different pathways to get to
56: 9 replacement value:  One is replacement cost
56:10 new; one is replacement cost comparable.  I
56:11 note that in my -- on page 1.  But I like to
56:12 use the term replacement value new, yeah.
56:13        Q.      And so you were directed by the
56:14 plaintiffs to -- and by the -- by your client
56:15 to form an opinion on what the replacement
56:16 value new was?
56:17        A.      That's correct.
56:18        Q.      Okay.  And they also determined
56:19 that you would use, let's say, replacement
56:20 cost new as opposed to replacement cost
56:21 comparable?
56:22        A.      No.  While I am
56:23 compelled to communicate with them to
56:24 determine the type and definition of
57: Page 57
57: 1 value, it's up to me to decide how I'm
57: 2 going -- what methodology I'm going to use to
57: 3 come up with that value.  In this case, it's
57: 4 a little bit -- it's a little bit more
57: 5 complicated because of the various types of
57: 6 property.  Is it new or is it -- can it be
57: 7 replaced new or replaced comparable?  It gets
57: 8 a little more complicated.  But once I
57: 9 understand that I need to develop an opinion
57:10 of replacement value, then I take a look at
57:11 what is required to do that:  Am I going to
57:12 use replacement cost new or replacement cost
57:13 comparable?
57:14        Q.      Well, one other replacement
57:15 cost or at least -- or value is
57:16 replacement cost new less depreciation,
57:17 correct?
57:18        A.      There is a term that we use
57:19 that's called actual cash value, and that
57:20 type of value has a definition, and that
57:21 definition is replacement cost new less
57:22 depreciation in probably 95 percent of
57:23 jurisdictions.
57:24               In California, though, the
58: Page 58
58: 1 definition of actual cash value is fair
58: 2 market value.  So I guess what I'm saying is
58: 3 that you posed a definition to me
58: 4 rather than a type of value, but I understand
58: 5 what -- what you're getting at, but we call
58: 6 that actual cash value, which is defined as
58: 7 replacement cost new less depreciation, which
58: 8 is a formula, basically.
58: 9        Q.      An actual cash value or
58:10 replacement cost new less depreciation was

Page 15

Maloney durlist

```
58:11 not something you considered in this
58:12 case?
58:13       A.    That is correct.
58:14       Q.    How would you -- let's
58:15 take, for example, one of the air
58:16 conditioners --
58:17       A.    Okay.
58:18       Q.    -- that was in the house.
58:19             In order to determine
58:20 replacement -- or the cash value of that air
58:21 conditioner --
58:22       A.    The actual cash value?
58:23       Q.    Actual cash value.
58:24       A.    Okay.
59: Page 59
59: 1       Q.    -- what steps would you take to
59: 2 do that?
59: 3       A.    It's an interesting question
59: 4 because the appraisers are often asked,
59: 5 but they're not asked often to do the actual
59: 6 calculation.  And this is what I mean by
59: 7 that:  I might be asked by a moving company,
59: 8 for instance, who  destroyed a window
59: 9 unit they say:  Dave, we have to compensate
59:10 the ins- -- the shipper for the actual cash
59:11 value, but for us to calculate that making
59:12 use of the Joint Military/Industry
59:13 Depreciation Guide, we'd need to know what
59:14 the replacement cost new is of that.  That's
59:15 the very first thing that we need to know in
59:16 order to do our calculation using the
59:17 schedule from the Joint Military/Industry
59:18 guide.  What is the replacement cost new for
59:19 that window air-conditioning unit?
59:20             I would then go out and do --
59:21 like I did with Hernandez, develop an opinion
59:22 of replacement cost new, and that's where my
59:23 assignment typically stops.  Sure they can
59:24 pay me to do a calculation that they could
60: Page 60
60: 1 do, but they seldom do that.
60: 2       Q.    So in this case, we could
60: 3 take the -- if we wanted to get to that
60: 4 value, we could take the numbers that you
60: 5 gave as replacement cost new and apply a
60: 6 depreciation factor to it to come up with
60: 7 the --
60: 8       A.    That's correct.  If -- as a
60: 9 matter of fact, I have published Maloney's
60:10 ACV Calculator, which is an Excel
60:11 spreadsheet.  You put in one column the cost
60:12 to replace it new; the next column the
60:13 quantity; the next column, according to the
60:14 Joint Military/Industry Depreciation Guide,
60:15 what the percentage is for the first year of
60:16 depreciation; the next column what the
60:17 percentage is for subsequent years of
60:18 depreciation; the next column, in case it has
60:19 a flat rate of depreciation; the next column,
60:20 what the maximum amount of depreciation is.
60:21 You push a button and out comes this actual
60:22 cash value.
60:23       Q.    Another value you mentioned
```

Page 16

```
                          Maloney durlist
60:24 was fair market value --
61: Page 61
61: 1         A.      Right.
61: 2         Q.      -- which is the -- I guess in
61: 3 this instance when you were considering a
61: 4 case like this where you've -- you assumed
61: 5 that there's some contamination or
61: 6 insult I think  you've used to the
61: 7 property would be the difference between the
61: 8 fair market value before the insult and the
61: 9 difference between the fair market value
61:10 after the insult, correct?


Group: Maloney, David (Vol. 01) - 03/03/2010      DM-6113
Description:    Page 61:13-62:16

61:13              THE WITNESS:  What I
61:14        specifically said was that in the
61:15        Germano case, I was asked to determine
61:16        fair market value prior to insult and
61:17        fair market value after insult.  I
61:18        also said that it's similar to what
61:19        the IRS requires when one is
61:20        submitting a re- -- a request for
61:21        a deduction based on casualty or theft
61:22        loss.
61:23              Fair market value is not the
61:24        difference between the two; fair
62: Page 62
62: 1        market value can be set on an item
62: 2        prior to insult and then after insult.
62: 3        This watch is a K-Mart Waltham
62: 4        $45 watch.  When it was brand new, I
62: 5        guess I could -- I could argue that
62: 6        the fair market value when I first got
62: 7        it was $45.  If it was crushed, well,
62: 8        what's it fair market value after that
62: 9        insult?  Well, it's zero because it's
62:10        worthless, so the difference there is
62:11        $45.
62:12 BY MR. SANDERS:
62:13        Q.      But you didn't engage in that
62:14 fair market value analysis in the Hernandez
62:15 case here?
62:16        A.      I did not.


Group: Maloney, David (Vol. 01) - 03/03/2010      DM-6819
Description:    Page 68:19-68:23

68:19        Q.      So in a sense, your opinions
68:20 obviously go to the value of replacement, not
68:21 whether the items actually need to be
68:22 replaced?
68:23        A.      That was my task, yes.


Group: Maloney, David (Vol. 01) - 03/03/2010      DM-7006
Description:    Page 70:6-72:23

70: 6        Q.      You discussed how you went
70: 7 about determining the value of the properties
```

Maloney durlist
70: 8 by looking at websites?
70: 9       A.      Yes, sir.
70:10       Q.      Did you consider looking
70:11 locally in Louisiana around the
70:12 Hernandez house at stores or other places
70:13 where they might buy the products?
70:14       A.      When the option was available,
70:15 I used a ZIP code to locate local stores in
70:16 the New Orleans area.  I did not choose to
70:17 physically explore retail outlets simply
70:18 because it's impractical to do an assignment
70:19 like this.  It's impractical in the sense
70:20 that it does not -- it is not a common
70:21 practice amongst my peers, nor in my
70:22 experience or appraising for 30 years
70:23 is it expected of the client, so my scope
70:24 of work is acceptable without having to go on
71: Page 71
71: 1 site to Louisiana to check brick and mortar
71: 2 shops.
71: 3       Q.      And your website search
71: 4 for any one of the items, how many
71: 5 ebsites did you check to determine a
71: 6 price of an item?
71: 7       A.      Oh, sometimes a search might
71: 8 bring up hundred, 200 different sites, and my
71: 9 task was to just pick a few from the
71:10 beginning and then find one that's
71:11 representative and make use of that.
71:12             Sometimes I would find that one
71:13 site right there on Amazon or Lowe's or Home
71:14 Depot that is obviously exactly what I'm
71:15 looking for, and there's no -- there's no- --
71:16 there's nothing to be gained by doing too
71:17 much research, just as there's nothing to be
71:18 gained by doing too little --
71:19       Q.      So if --
71:20       A.      -- research, so that scope of
71:21 work would have been considered acceptable.
71:22       Q.      So if the first site came up
71:23 for Amazon for that product that you were
71:24 looking for, is that where you  would
72: Page 72
72: 1 -- you would have stopped your
72: 2 search, or did you look for a comparable
72: 3 price to make sure that was an appropriate
72: 4 price?
72: 5       A.      I probably -- I probably
72: 6 averaged two sites.  I might have gone as
72: 7 many as five.  Some of these sites --  some
72: 8 of the Reliance, you'll see it lists maybe
72: 9 six or seven places where you could buy a
72:10 particular item from prices ranging from $40
72:11 to $32.  They just take a -- just pick a
72:12 price that's fairly representative.  I
72:13 probably averaged about maybe two sites; some
72:14 one, some four, some eight, mostly two-ish.
72:15       Q.      And obviously the prices on
72:16 those sites could vary day to day?
72:17       A.      They vary day to day.  Some
72:18 prices -- some sites have prices that were
72:19 sale prices, and whenever that was the case,
72:20 I used the sale prices as opposed to the

                                  Maloney durlist
        72:21 manufacturer's suggested retail price.  So
        72:22 for those items, the appraisal is
        72:23 conservative.


     Group:  Maloney, David (Vol. 01) - 03/03/2010      DM-7622
     Description:    Page 76:22-76:23

        76:22       questions I have.  Thank you very
        76:23       much.


Total Length - 00:48:31

Maloney durlist

Group:  Multi-clips
ID:            Maloney Edits
Description:

> Group:  Maloney, David (Vol. 01) - 03/03/2010       DM-811
> Description:     Page 8:11-9:14
>
>     8:11        Q.     Would you state your name and
>     8:12 professional address for the record, please?
>     8:13        A.        David J. Maloney, Jr.,
>     8:14 M-A-L-O-N-E-Y, 1612 Shookstown Road,
>     8:15 Frederick, Maryland 21702.
>     8:16        Q.     Mr. Maloney, what is your
>     8:17 profession?
>     8:18        A.     I'm a professional personal
>     8:19 property appraiser.
>     8:20        Q.     And what is the name of your
>     8:21 company?
>     8:22        A.     Frederick Appraisal, Claims &
>     8:23 Estate Services.  And also, I'm managing
>     8:24 partner of Appraisal Course Associates.
>     9: Page 9
>     9: 1        Q.     How many years have you been a
>     9: 2 professional appraiser of personal property?
>     9: 3        A.     Twenty-nine.
>     9: 4        Q.     I'm going to show you, Mr.
>     9: 5 Maloney, a copy of your Professional Profile.
>     9: 6             (Tenders document to witness.)
>     9: 7             And ask you if this is an
>     9: 8 accurate copy of the Professional Profile
>     9: 9 that you had attached to your expert report?
>     9:10        A.     Yes, it is.
>     9:11             MS. BARRIOS:  For the record,
>     9:12        I'd like to identify that document as
>     9:13        Hernandez 103-0001 and mark it for
>     9:14        identification and admission.
>
>
> Group:  Maloney, David (Vol. 01) - 03/03/2010       DM-1016
> Description:     Page 10:16-15:6
>
>     10:16        Q.     Mr. Maloney, is your practice
>     10:17 nationwide, regional or local?
>     10:18        A.     It's primarily restricted to
>     10:19 the Pennsylvania, Maryland, West Virginia,
>     10:20 Virginia, DC area, but I do travel.
>     10:21        Q.     Could you tell the Court, Mr.
>     10:22 Maloney, of your educational background?
>     10:23        A.     I have a bachelor's in
>     10:24 engineering from the Coast Guard Academy.  I
>     11: Page 11
>     11: 1 have a master's in management from the Naval
>     11: 2 Postgraduate School.  And I attended the
>     11: 3 University of Maryland University
>     11: 4 College/ISA course in appraisal theory and
>     11: 5 principles in the early 1980s.  The ISA is
>     11: 6 the International Society of Appraisers.
>     11: 7        Q.     Mr. Maloney, is the ISA a
>     11: 8 professional society that would certify one
>     11: 9 as a professional appraiser?
>     11:10        A.     Yes.  The ISA certifies one as
>     11:11 a professional appraiser, as does the

Maloney durlist
11:12 Association of Online Appraisers, of which I
11:13 am currently secretary/treasurer and past
11:14 president.
11:15        Q.      Did the International Society
11:16 of Appraisers certify you as a personal
11:17 property appraiser?
11:18        A.      Yes, they did, in 1995.
11:19        Q.      Did you hold any leadership
11:20 positions with the International Society of
11:21 Appraisers?
11:22        A.      Yes.  I was in a leadership
11:23 capacity with the ISA, including as
11:24 vice-president and on the Board of Directors
12: Page 12
12: 1 from -- for 20 years up until about 19- -- up
12: 2 until about 2001.
12: 3        Q.      Did you do any writings or
12: 4 publications for the ISA?
12: 5        A.      Yes.  I authored their Core
12: 6 Courses in appraisal theory and principles in
12: 7 1994.  Those courses I taught and maintained
12: 8 from 1994 'til 2001.
12: 9              I also authored the ISA's
12:10 Report Writing Standard.  I also authored the
12:11 ISA's Core Courses in appraisal theory for
12:12 the -- for Canada.  And I also was team
12:13 leader in writing the Distance Education
12:14 Course in appraisal theory and principles for
12:15 the ISA, both for the U.S. and in Canada.
12:16        Q.      In addition to those activities
12:17 for the ISA, did you also teach for them as
12:18 well?
12:19        A.      Yes.  I taught their courses in
12:20 appraisal theory and principles and
12:21 methodology from 1994 through 2001, both in
12:22 the U.S. and in Canada.
12:23        Q.      You had mentioned earlier, Mr.
12:24 Maloney, the Association of Online
13: Page 13
13: 1 Appraisers.  You have been so certified as an
13: 2 online appraiser in personal property by that
13: 3 organization?
13: 4        A.      I have been certified as a
13: 5 personal property appraiser, not as an --
13: 6 there's no certification for an online
13: 7 appraiser.
13: 8        Q.      Oh, excuse me.
13: 9        A.      But as --
13:10        Q.      I stand corrected.
13:11        A.      But I'm certified as a personal
13:12 property appraiser by the Association of
13:13 Online Appraisers, which is -- which is an
13:14 association of appraisers, not just those who
13:15 conduct appraisals over the Internet,
13:16 but by traditional appraisers as well, who
13:17 personally inspect the property.
13:18        Q.      I noticed on your Professional
13:19 Profile there are some initials after your
13:20 name, AOA CM.
13:21              What do those initials stand
13:22 for?
13:23        A.      It stands for the Association
13:24 of Online Appraisers Certified Member.

Page 2

Maloney durlist

14: Page 14
14: 1        Q.       Over the past 30 years, did you
14: 2 devote the majority of your professional
14: 3 appraisal practice to personal property or
14: 4 residential contents?
14: 5        A.       Yes, strictly to personal
14: 6 property and residential contents.
14: 7        Q.       Have you ever been recognized
14: 8 as an expert by any court as an expert in
14: 9 personal property appraisal?
14:10        A.       Yes, I have, in northern
14:11 Virginia, in Maryland and in DC.
14:12        Q.       Have you received any honors
14:13 from any professional society regarding your
14:14 work in the personal property appraisal
14:15 field?
14:16        A.       Yes.  From the ISA, I have
14:17 received the Lamp of Knowledge Award, the
14:18 Distinguished Service Award, Member of the
14:19 Year Award, Marketing Award, President's
14:20 Award, and most recently, in 2002, Lifetime
14:21 Achievement Award.
14:22        Q.       Have you played any role in
14:23 developing the qualification criteria for
14:24 those certified as a personal property
15: Page 15
15: 1 appraiser?
15: 2        A.       I  was the ISA's representative
15: 3  to The Appraisal Foundation's
15: 4 TAFAC, which is The Appraisal Foundation's
15: 5 Advisory Council, in 1998 and was chair of
15: 6 their Emerging Issues Committee at the time


Group:  Maloney, David (Vol. 01) - 03/03/2010       DM-1508
Description:      Page 15:8-25:16

15: 8 Appraisal Standard -- or when the appraisal
15: 9 qualifications board developed and
15:10 promulgated The Appraisal Foundation's
15:11 minimum qualification criteria for the
15:12 personal property appraiser in 1998.
15:13        Q.       Mr. Maloney, have you authored
15:14 any publications in your field of personal
15:15 property appraisal?
15:16        A.       Yes, I have off- -- I have
15:17 offer- -- I have authored three editions of
15:18 Appraising Personal Property:  Principles and
15:19 Methodology.
15:20        Q.       Mr. Maloney, I'd like to hand
15:21 you this large book and ask you if that's the
15:22 3rd Edition of your treatise on personal
15:23 property, appraisal principles and
15:24 methodology?
16: Page 16
16: 1        A.       Yes, this is.
16: 2        Q.       What was the reason the 3rd
16: 3 Edition was prepared?
16: 4        A.       The 3rd Edition -- well, first
16: 5 of all, I'm a stickler for maintaining the
16: 6 currency of any books that I publish, and
16: 7 over the course of a year or two, new
16: 8 information is promulgated through various

Maloney durlist
16: 9 sources that I want to incorporate into my
16:10 book.  Primarily -- but the primary reason
16:11 for issuing the 3rd Edition was because of
16:12 the issuance by The Appraisal Foundation of
16:13 their 2010-2011 edition of USPAP, which is an
16:14 acronym for the Uniform Standards of
16:15 Professional Appraisal Practice.
16:16        Q.    Let me just stop you right
16:17 there.
16:18              Would you talk about USPAP with
16:19 the Court and explain what function it has in
16:20 your profession?
16:21        A.    USPAP, which is the Uniform
16:22 Standards of Professional Appraisal Practice,
16:23 is promulgated by The Appraisal Foundation of
16:24 Washington, DC.  USPAP is a multiple --
17: Page 17
17: 1 multi-disciplinary -- or a multa-- --
17: 2 multi-discipline standard.  In other words,
17: 3 it covers the appraisers of real property, of
17: 4 personal property and of business enterprises
17: 5 and intangible assets.
17: 6              USPAP establishes not only the
17: 7 ethical standards of appraising, but also the
17: 8 performance standards of appraising.
17: 9 Appraising consists not just of assigning a
17:10 value to something, those are called
17:11 appraisals, but also the process of
17:12 appraisal review; in other words, reviewing
17:13 the work of another appraiser.  And it also
17:14 covers the appraisal service called appraisal
17:15 consulting.
17:16              So USPAP covers the ethics and
17:17 the performance or establishes the ethical
17:18 and the performance requirements for real
17:19 property appraisers, personal property
17:20 appraisers and business appraisers and is
17:21 the only generally accepted standard of
17:22 appraising in the United States.
17:23        Q.    And you updated your 2nd
17:24 Edition by including the newest rules and
18: Page 18
18: 1 promulgations of US- -- USPAP?
18: 2        A.    Yes, this, which is actually
18: 3 the 3rd Edition, incorporates all the
18: 4 changes that were made or that were
18: 5 incorporated into the 2010-2011 edition of
18: 6 USPAP.  Indeed, the entire book has as its
18: 7 core or as its armature USPAP.
18: 8        Q.    Is this book used throughout
18: 9 your profession by other appraisers?
18:10        A.    Yes.  Hundreds and hundreds of
18:11 appraisers have bought this; appraisers in all
18:12 the major associations have purchased the
18:13 book.  It's the only how-to book for the
18:14 personal property appraiser in existence.
18:15        Q.    Besides your Appraising
18:16 Personal Property:  Principles and
18:17 Methodology text, have you written any books
18:18 on USPAP?
18:19        A.    Yes.  I have written two
18:20 editions of my book entitled "The Personal
18:21 Property Appraiser's Guide to USPAP."  The

Page 4

```
                        Maloney durlist
18:22 2nd Edition was published last year.  The 2nd
18:23 Edition, by the way, is about 70 pages long,
18:24 all of which happens to be incorporated in
19: Page 19
19: 1 this 3rd Edition of the book as Lesson No. 7.
19: 2         Q.     Is USPAP a peer-reviewed
19: 3 organization?
19: 4         A.     Very much so.  The
19: 5 Uniform Stand- -- the Appraisal Standards
19: 6 Board of The Appraisal Foundation which
19: 7 promulgates USPAP goes through a
19: 8 sophisticated three-level peer review, as
19: 9 well as public comment or that -- in addition
19:10 to peer review, they solicit public comment
19:11 as well, over a very sophisticated process
19:12 which includes public hearings.  And only
19:13 after a two-year process are the final
19:14 changes accepted and incorporated into the
19:15 next edition of USPAP.  So, yes, it is
19:16 peer-reviewed.
19:17         Q.     Could you tell the Court a
19:18 representative list of your institutional
19:19 clients?
19:20         A.     We're limited by
19:21 confidentiality requirements as to --
19:22 as to who we can reveal, but these I have
19:23 received permission to reveal the fact that I
19:24 have worked for Atlas Van Lines, United Van
20: Page 20
20: 1 Lines, USAA Insurance Company, The
20: 2 Williamsburg Corporation, Nationwide Moving &
20: 3 Storage, Historical Society of Frederick
20: 4 County, Washington County Museum of Fine
20: 5 Arts, Federal Savings and Loan Insurance
20: 6 Corporation, Allied Van Lines, Graebel
20: 7 Movers, Meadows Van Lines, Fireman's Fund,
20: 8 and there's several others, including State
20: 9 Farm and the DOD, FBI, and State Department
20:10 Personnel.
20:11         Q.     How large a percentage of your
20:12 practice is litigation?
20:13         A.     Probably about 5 percent of my
20:14 practice involves developing opinions,
20:15 analyses or conclusions that were or may be
20:16 used for litigation purposes.
20:17         Q.     Is the methodology that you
20:18 used in the Hernandez case con- -- considered
20:19 standard methodology in your professional
20:20 field?
20:21         A.     Yes, it is.  It is the
20:22 methodology that is required by the Uniform
20:23 Standards of Professional Appraisal Practice,
20:24 which, as I said, is the only accepted
21: Page 21
21: 1 standard in the country.
21: 2         Q.     And you generated and prepared
21: 3 your report  and opinions in conformity
21: 4 with the USPAP standards, did you
21: 5 not?
21: 6         A.     Yes, I did, as indicated in my
21: 7 USPAP Certification Statement in the report.
21: 8         MS. BARRIOS:  I tender Mr.
21: 9     Maloney as an expert in the appraisal
```

Page 5

Maloney durlist

21:10        of residential contents and personal
21:11        property.
21:12 BY MS. BARRIOS:
21:13        Q.    Mr. Maloney, I'd now like to
21:14 turn your attention to what you were asked to
21:15 do in this case, what you did in this case,
21:16 and what opinions you arrived at based upon
21:17 the scope of work requested.  Okay?
21:18        A.    Uh-huh.
21:19        Q.    Let's start with when you were
21:20 first contacted about the Hernandez case.
21:21 When was that?
21:22        A.    I was first contacted by -- by
21:23 you in the first week or two of December of
21:24 2009.  I understand you were representing the
22: Page 22
22: 1 Plaintiffs' Steering Committee.
22: 2        Q.    And what was the assignment
22: 3 that you were given in the Hernandez case?
22: 4        A.    I was requested to personally
22: 5 inspect certain items of property in the
22: 6 Hernandez home, and which I did, in the
22: 7 presence of Mr. and Mrs. Hernandez, as well
22: 8 as yourself.  I was asked to consult
22: 9 with the homeowners to determine which items
22:10 would be listed in my appraisal, and then to
22:11 eventually assign values or, rather, develop
22:12 opinions of values regarding those items.
22:13              Those items were to fall into
22:14 two categories, as they did in the seven
22:15 homes that I appraised in Germano.  And those
22:16 two categories are this:  The first category
22:17 was to be of materials or of -- of property
22:18 which was made of materials or constructed of
22:19 materials which were absorbing in nature,
22:20 such as fabrics; and the second category was
22:21 to appraise items which consisted of
22:22 electrical appliances and electronic
22:23 equipment.
22:24              That list was compiled as I
23: Page 23
23: 1 went through the house by myself and Mr. and
23: 2 Mrs. Hernandez.  Once the list was compiled,
23: 3 the photographs were taken, notations were
23: 4 made, I returned to the office to prepare my
23: 5 appraisal report and do my research.
23: 6        Q.    Okay.  Let's stop there and
23: 7 let's break that down into smaller chunks of
23: 8 information.
23: 9              Were you instructed to use
23:10 replacement value new as the criteria of the
23:11 appraisal of these items?
23:12        A.    Yes, I was.
23:13        Q.    Were you also instructed on
23:14 exactly what items to appraise?
23:15        A.    Yes, I was.
23:16        Q.    Could you define for the Court
23:17 what replacement value new means?
23:18        A.    As indicated in my report, and
23:19 which is required by USPAP, I note that my
23:20 type and -- my type of value used as
23:21 replacement cost and the definition is as
23:22 follows, taken from my 3rd -- the copy --

                        Maloney durlist
23:23 the 3rd copy of my book Appraising Personal
23:24 Property:  Principles and Methodology.
24: Page 24
24: 1                    Replacement cost new is defined
24: 2 as a cost necessary to replace the item being
24: 3 appraised with a brand-new item of like kind,
24: 4 quality and utility, or with a new upgraded
24: 5 item if the original model is out of
24: 6 production.  This definition assumes that a
24: 7 suitable new substitute or the upgraded model
24: 8 can be found for the property being
24: 9 appraised.
24:10                    Replacement cost new applies to
24:11 depreciable property for which exact or
24:12 suitably acceptable new substitutes can be
24:13 obtained.  In other words, it is used for
24:14 items that are still being manufactured
24:15 and/or are still available new on the open
24:16 market.  Examples include general household
24:17 contents such as lawn mowers, TVs and
24:18 sterling-silver flatware, china or
24:19 crystalline patterns that are still being
24:20 manufactured.
24:21        Q.      I notice, Mr. Maloney, that
24:22 this definition comes out of the 3rd Edition
24:23 of your book?
24:24        A.      Yes.
25: Page 25
25: 1        Q.      Does any other professional
25: 2 organization subscribe to this definition of
25: 3 replacement value new?
25: 4        A.      Yes.  This definition has been
25: 5 adopted by the International Society of
25: 6 Appraisers, and a very similar definition is
25: 7 in the 1994 appraisal manual as published by
25: 8 the American Society of Appraisers, and it's
25: 9 also in various forms -- in various locations
25:10 on the Internet too.
25:11                One  issue with our
25:12 profession is that there's no consensus
25:13 oftentimes to some of the terms that -- for
25:14 the definition of some of the terms that we
25:15 use, but this definition that I used is as
25:16 close to consensus as there can be.


Group:  Maloney, David (Vol. 01) - 03/03/2010      DM-2612
Description:    Page 26:12-30:21

  26:12                Let me ask you this question:
  26:13 The definition of replacement cost new that
  26:14 you used in your report and from your book,
  26:15 is that the most commonly used definition of
  26:16 replacement cost new in your profession?
  26:17        A.      Yes.
  26:18        Q.      In determining the replacement
  26:19 cost new of the 40 items that you were asked
  26:20 to appraise, did you take into account sales
  26:21 tax on those items?
  26:22        A.      No.  There are several -- I
  26:23 guess one can say that in this figure, my
  26:24 assigned values are conservative.  There are
  27: Page 27

Maloney durlist
27: 1 several expenses that one would probably
27: 2 anticipate having to pay when an item is
27: 3 replaced.  We've -- we've all experienced
27: 4 them.  They include, for instance, the cost
27: 5 of a warranty, the sales tax, a delivery
27: 6 charge or installation charges or even costs
27: 7 associated with removing or disposing of the
27: 8 -- of an old property.  I do not include any
27: 9 of those potential charges in my replacement
27:10 cost new.
27:11        Q.      If you were to include, for
27:12 instance, sales tax in your replacement cost
27:13 new value, would the amount that you opined
27:14 to be the replacement cost new of these 40
27:15 items increase?
27:16        A.      It would increase for those
27:17 items to which a sales tax in the State of
27:18 Louisiana would apply.  For items which are
27:19 purchased locally, there would be a tax.
27:20 When you purchase on the Internet, sometimes
27:21 the state's sales tax is charged, and
27:22 sometimes it isn't.
27:23        Q.      If you purchase on the
27:24 Internet, is there oftentimes a delivery
28: Page 28
28: 1 charge involved with the purchase of an item?
28: 2        A.      Oftentimes there is.  And
28: 3 again, at times, there's free shipping.
28: 4        Q.      But to be clear, none of the
28: 5 replacement value new numbers that you gave
28: 6 in your report include any delivery or any
28: 7 sales tax; is that correct?
28: 8        A.      That's correct.  They don't
28: 9 include any additional costs that might be
28:10 associated should replacement be required.
28:11        Q.      Let's jump to the bottom line,
28:12 Mr. Maloney.  What is the replacement cost
28:13 new value of the 40 items that you appraised
28:14 pursuant to instructions from Counsel?
28:15        A.      The replacement value new of
28:16 all 40 items totaled $11,907.
28:17        Q.      This opinion that these
28:18 replacement cost new of these items is
28:19 $11,907, does this opinion -- do you express
28:20 this opinion within a reasonable degree of
28:21 professional certainty in your profession?
28:22        A.      Yes, I do.
28:23        Q.      And how many items did you
28:24 appraise?
29: Page 29
29: 1        A.      Forty.
29: 2        Q.      If I can refer you, please, Mr.
29: 3 Maloney, to the schedule or chart of items
29: 4 that you did for the 40 items.  And I'm
29: 5 going to identify that for the record as
29: 6 Hernandez 104-0001 through 0006.
29: 7               (Tenders documents to witness.)
29: 8               (whereupon, Deposition Exhibit
29: 9        Hernandez 104-0001 through Hernandez
29:10        104-0006, David J. Maloney's list of
29:11        40 items, was marked for
29:12        identification.)
29:13 BY MS. BARRIOS:

Page 8

                         Maloney durlist
29:14        Q.     I'd like to refer you now, Mr.
29:15 Maloney, to items Hernandez 33 through
29:16 Hernandez 40.
29:17               And are these the major kitchen
29:18 and household appliances in the Hernandez
29:19 homes -- home that you were asked to provide
29:20 replacement value new for?
29:21        A.     Yes, they are.
29:22        Q.     And could you give me the
29:23 total, Mr. Maloney, of Hernandez 33 through
29:24 Hernandez 40?
30: Page 30
30: 1        A.     The total of those items alone
30: 2 is $3,871.
30: 3        Q.     And what is your understanding
30: 4 of the value of these items being included in
30: 5 another expert's report?
30: 6        A.     My understanding was that I
30: 7 included this information so that it could be
30: 8 passed on to prospective bidders for
30: 9 remediation jobs so that this cost could be
30:10 incorporated into their bid.
30:11        Q.     And on items Hernandez 1
30:12 through 32, what are the total of those
30:13 items?
30:14        A.     The total of those items came
30:15 to $8,036.
30:16        Q.     And the sum of the $3,871 for
30:17 the major appliances and the $8,036 on the
30:18 balance of the items total the $11,907 that
30:19 you opined is the replacement value new
30:20 figure, correct?
30:21        A.     That's correct.


Group:  Maloney, David (Vol. 01) - 03/03/2010     DM-3717
Description:     Page 37:17-39:9

37:17 about what you did when you went to the
37:18 Hernandez house on January 25th.
37:19               Could you describe the
37:20 activities that you undertook at the house?
37:21        A.     I was greeted by Mr. and
37:22 Mrs. Hernandez.  I explained to them the
37:23 purpose of my being there, and Mr. Hernandez
37:24 then followed me through the house and
38: Page 38
38: 1 discussing, before we began, the kinds --
38: 2 those two kinds of property that I hoped
38: 3 to or that I was to list in my appraisal
38: 4 report; therefore, that I needed to be shown.
38: 5               He then took me from room to
38: 6 room.  We listed -- he pointed out each item
38: 7 in each room before we advanced to the next
38: 8 room.  I examined the property; I took
38: 9 photographs of the property; I made
38:10 handwritten notations regarding the property.
38:11 And then I moved on to the next room, and we
38:12 did that until all the items had been listed.
38:13        Q.     And how long did your
38:14 inspection take?
38:15        A.     I was there about four to five
38:16 hours.

                         Page 9

                        Maloney durlist
38:17        Q.      Mr. Maloney, I'd like you
38:18 to look at your schedule or chart of items
38:19 and refer you specifically to Hernandez 29
38:20 through Hernandez 32 and ask you to describe
38:21 what you saw in those items.
38:22        A.      As I indicated earlier, my goal
38:23 was to list two types of property, which were
38:24 those items made of fabric and, in addition
39: Page 39
39: 1 to that, the second category being electrical
39: 2 equipment -- or electronic equipment and
39: 3 electrical appliances.
39: 4              The items that you point out
39: 5 are neither of those.  So while those were my
39: 6 primary goals or my primary categories, a
39: 7 third category included these items, which
39: 8 you just referenced, 29 through -- through
39: 9 32.


Group:  Maloney, David (Vol. 01) - 03/03/2010     DM-4006
Description:      Page 40:6-40:20

40: 6        Q.      Would the same rationale be
40: 7 true, Mr. Maloney, on Hernandez 16, 17 and
40: 8 18, listed as a tray, chip-and-dip bowl and
40: 9 wine rack?
40:10        A.      Yes, but in particular with
40:11 the -- with the wine rack.
40:12        Q.      Could you describe the wine
40:13 rack to the Court?
40:14        A.      Well, the wine rack was of
40:15 steel, but it had been plated with a copper
40:16 coating, electrical plated  with
40:17 copper -- or it appeared to be copper.  It
40:18 was a copper-toned plate.  And it was
40:19 probably 95 -- 85 to 95 percent missing; the
40:20 plate was missing, so steel was exposed.


Group:  Maloney, David (Vol. 01) - 03/03/2010     DM-4113
Description:      Page 41:13-44:11

41:13        Q.      Could you describe for the
41:14 Court in a little more detail exactly what
41:15 you observed on the wine rack when you
41:16 inspected it?
41:17        A.      The wine rack, to determine
41:18 what it was made of, I attached a magnet to
41:19 it and the magnet stuck.  So that told me
41:20 that it was steel.  Yet the surface of it had
41:21 a partial copper-toned finish to it, most of
41:22 which was missing.
41:23              So my examination consisted of
41:24 using the magnet to determine that it was
42: Page 42
42: 1 made of steel and then noticing visually that
42: 2 it had a copper tone to it and that the
42: 3 majority of that was missing.  And I
42: 4 thoroughly inspected the bottom and the sides
42: 5 of -- to note the extent of that missing
42: 6 copper-ish finish.
42: 7        Q.      Was it your understanding that

Maloney durlist

42: 8 prior to the exposure to the Chinese drywall
42: 9 that the entire wine rack had the copper
42:10 finish on it?
42:11      A.    Yes.  I discussed that
42:12 specifically with the clients who told me
42:13 that at one time that that was a very
42:14 copper-colored wine rack, yes.
42:15      Q.    After your inspection of the
42:16 home and the interview with the client and
42:17 the photograph, you returned back to
42:18 Maryland?
42:19      A.    That's correct.
42:20      Q.    And what did you do in Maryland
42:21 to continue on with your assignment?
42:22      A.    In Maryland, I take the
42:23 photographs and then I take my handwritten
42:24 notations, and I develop an Excel
43: Page 43
43: 1 spreadsheet.  Once the Excel spreadsheet has
43: 2 been completed, then I start my research.
43: 3           In this case, the research was
43: 4 done on the Internet where I research sources
43: 5 on the Internet that I felt were reasonable
43: 6 places to purchase a replacement item.
43: 7 The -- when one replaces an item, there are
43: 8 two factors that one must co- -- that the
43: 9 appraiser must consider as being implied when
43:10 a source is used.  And those implications are
43:11 these:  Number one is that the source is
43:12 where the client would typically shop, and,
43:13 secondly, that it's a place where an item can
43:14 be replaced within a reasonable time.  In
43:15 other words, the insured, or the injured,
43:16 should not have to wait an extraordinary
43:17 amount of time just to find a replacement
43:18 property for a few dollars less; he should be
43:19 able to replace it at this particular
43:20 location within a reasonable time.  So
43:21 using those as guideposts, I used
43:22 websites that I felt that those -- both those
43:23 benchmarks could be -- could be met and --
43:24      Q.    Mr. Maloney, can I just stop --
44: Page 44
44: 1      A.    -- and I searched the Internet.
44: 2      Q.    Okay.  I'm sorry.  I didn't
44: 3 mean to interrupt you, but I wanted to stop
44: 4 and go back to a couple of concepts that you
44: 5 just mentioned.
44: 6           When you talked about the
44: 7 personal inspection and the observations and
44: 8 the interview with the clients at the
44: 9 Hernandez house, is that one of the steps in
44:10 the generally accepted methodology of
44:11 appraising personal property?

Group:  Maloney, David (Vol. 01) - 03/03/2010    DM-4414
Description:  Page 44:14-48:16

44:14           THE WITNESS:  By all means.
44:15      The Uniform Standards of Professional
44:16      Appraisal Practice establishes seven
44:17      steps from beginning to end of the

Maloney durlist

```
44:18        appraisal process.  The seventh step
44:19        is the preparation of the final
44:20        report, but the first six
44:21        steps have to do with what's called
44:22        the development of the appraisal.  And
44:23        the very first step has several
44:24        elements to it, and that's call- --
45: Page 45
45: 1        and that first step is called problem
45: 2        identification.  And problem
45: 3        identification, this is probably the
45: 4        most critical step is -- in problem
45: 5        identification, the appraiser has to
45: 6        identify the client, identify any
45: 7        additional intended users, identify
45: 8        what their needs are, what information
45: 9        must they have in order to make use of
45:10        their report, what is the intended use
45:11        of the report, what is the effective
45:12        date of the report, are there any
45:13        assignment conditions such as limited
45:14        conditions, extraordinary assumptions
45:15        or hypothetical conditions or
45:16        jurisdictional exceptions that might
45:17        be encountered in the report.  Those
45:18        are all elements of information that
45:19        must be gathered through communication
45:20        with the client.
45:21                The final thing in that first
45:22        step is to identify the property and
45:23        its value-relevant characteristics.
45:24        Those are most -- that element of
46: Page 46
46: 1        information is usually gathered by the
46: 2        appraiser's hands-on inspection.
46: 3 BY MS. BARRIOS:
46: 4        Q.      And did you follow each of
46: 5 those steps in the Hernandez inspection?
46: 6        A.      Yes, I did.
46: 7        Q.      The exhibit that I previously
46: 8 marked Hernandez 104-0001 through 6, is this
46: 9 the Excel spreadsheet to which you referred?
46:10        A.      Yes, it is.
46:11        Q.      And are these photographs that
46:12 are on this exhibit, are they accurate
46:13 depictions of the items that you appraised?
46:14        A.      Yes, they are.
46:15        Q.      And did you take those
46:16 photographs?
46:17        A.      Yes, I did.
46:18        Q.      You reference that when you
46:19 returned to Maryland, you began to do your
46:20 research on websites.
46:21        A.      (Witness nods head
46:22 affirmatively.)
46:23        Q.       Is it generally accepted within
46:24 your profession to obtain replacement cost
47: Page 47
47: 1 new values by reference to websites?
47: 2        A.      Yes, it is.
47: 3        Q.      And could you describe to the
47: 4 Court, just generally, the most common
47: 5 websites that you would use in order to
```

Maloney durlist

47: 6 ascertain your replacement cost new?
47: 7        A.      For -- well, for mattresses --
47: 8 I have a specific list of websites.  Do -- do
47: 9 you have that in that Reliance rather than --
47:10        Q.      (Tenders document to witness.)
47:11        A.      Thank you.
47:12                I used several that I -- I
47:13 would personally shop at; for instance,
47:14 Wal-Mart, Lowe's, Target, K-Mart, Home Depot.
47:15 Mattresses, Sleep Happens, Pottery Barn.
47:16 Toshiba for the Laptops, Amazon, Sears.
47:17 Those are pretty common, well-known brick and
47:18 mortar shops, as well as online shops, so the
47:19 individual can locate the item on the web and
47:20 go on sites to pick it up off of.
47:21        Q.      With reference to your schedule
47:22 that I've marked as Hernandez 104 through 0
47:23 -- I'm sorry -- 104-0001 through 6, could you
47:24 describe to the Court the various columns
48: Page 48
48: 1 that you made in that Excel spreadsheet
48: 2 exhibit?
48: 3        A.      The first  column is my
48: 4 file number, which is -- begins with
48: 5 Hernandez, underscore, 01.  The second column
48: 6 is just the noun name.  The third column is a
48: 7 brief description of the item.  The fourth
48: 8 column is the quantity.  The fifth item is
48: 9 the individual replacement value new.  The
48:10 sixth column is the replacement value new
48:11 price extended, and then the last column is
48:12 the digital image.
48:13        Q.      Thank you, Mr. Maloney.
48:14                You previously remarked about
48:15 the smell in the Hernandez home.  Could you
48:16 describe that smell to the Court, please?


Group:  Maloney, David (Vol. 01) - 03/03/2010    DM-4819
Description:      Page 48:19-50:11

48:19                THE WITNESS:  As I noted to you
48:20        the day that we left, that upon my
48:21        first entrance to the house, that it
48:22        was rather stifling.  I found it, as I
48:23        mentioned to you the day of
48:24        inspection, that it was stronger even
49: Page 49
49: 1        than the Heischober home that I
49: 2        inspected in Germano in mid-December,
49: 3        and that I also commented to you on
49: 4        the day at the Hernandez home that
49: 5        after taking a break after about four
49: 6        hours and going outside, that I
49: 7        returned to the house and found that
49: 8        the smell seemed to be even stronger
49: 9        than when I first went in there.  So
49:10        it definitely did exist, and it was
49:11        the identical smell to the homes in
49:12        Germano.
49:13 BY MS. BARRIOS:
49:14        Q.      Mr. Maloney, did you personally
49:15 smell any of the fabric items in the

Page 13

Maloney durlist

49:16 Hernandez home?
49:17        A.     Yes.  I personally smelled the
49:18 sofa and the master-bedroom mattress.
49:19        Q.     What did you smell?
49:20        A.     Well, I smelled a lot of that
49:21 rotten-egg kind of smell, mixed in, I'm sure,
49:22 with whatever it is fibers smell like, but it
49:23 was definitely an eggy smell.
49:24        Q.     Did you in your assignment
50: Page 50
50: 1 include the valuing of any clothes or bath or
50: 2 bed linen?
50: 3        A.     No, I -- I didn't.  I was told
50: 4 to discard items that were of relative
50: 5 insignificant value, so I didn't include
50: 6 clothing.  My understanding, also, was that
50: 7 the items -- attempts would be made to clean
50: 8 those items anyway, so I didn't include
50: 9 insignificant items such as -- value items
50:10 such as clothing, or Game Boys or small
50:11 electronic items weren't included.


Group: Maloney, David (Vol. 01) - 03/03/2010      DM-5324
Description:    Page 53:24-54:10

53:24        Q.     Did you express all the
54: Page 54
54: 1 opinions that you did today and in your
54: 2 report within a reasonable degree of
54: 3 professional certainty?
54: 4        A.     Yes, I did.
54: 5        Q.     And did your opinions reach a
54: 6 credible result as dictated by the USPAP?
54: 7        A.     Yes.  In my opinion, my
54: 8 assignment results were credible.
54: 9             MS. BARRIOS:  That's all the
54:10        questions I have on direct.


Group: Maloney, David (Vol. 01) - 03/03/2010      DM-5503
Description:    Page 55:3-61:10

55: 3        Q.     Mr. Maloney, is there a
55: 4 state or any other kind of license for a
55: 5 personal property appraiser?
55: 6        A.     No.  Unlike real property
55: 7 appraisers that are regulated by law and by
55: 8 each of the 50 states, there is no such
55: 9 licensing or regulation of personal property
55:10 appraisers.
55:11        Q.     What percentage of your time is
55:12 spent doing online appraisals as compared to,
55:13 I guess, appraisals that aren't online?
55:14        A.     Oh, I do very few online
55:15 appraisals.  Maybe 2 percent, 4 percent are
55:16 online.
55:17        Q.     You visited and met with the
55:18 Hernandez in January of this year, I
55:19 believe?
55:20        A.     Yes, sir.
55:21        Q.     And that visit and your
55:22 observations and your discussions with them,

Maloney durlist
55:23 those are the bases of your opinions in this
55:24 report, correct?
56: Page 56
56: 1        A.    And my Reliance, yes.
56: 2        Q.    I think, as you testified
56: 3 earlier, you were directed to prepare your
56: 4 report by giving the value as replacement
56: 5 cost new?
56: 6        A.    Let me clear that up.
56: 7 Technically, it's replacement value new, and
56: 8 there are different pathways to get to
56: 9 replacement value:  One is replacement cost
56:10 new; one is replacement cost comparable.  I
56:11 note that in my -- on page 1.  But I like to
56:12 use the term replacement value new, yeah.
56:13        Q.    And so you were directed by the
56:14 plaintiffs to -- and by the -- by your client
56:15 to form an opinion on what the replacement
56:16 value new was?
56:17        A.    That's correct.
56:18        Q.    Okay.  And they also determined
56:19 that you would use, let's say, replacement
56:20 cost new as opposed to replacement cost
56:21 comparable?
56:22        A.    No.  While I am
56:23 compelled to communicate with them to
56:24 determine the type and definition of
57: Page 57
57: 1 value, it's up to me to decide how I'm
57: 2 going -- what methodology I'm going to use to
57: 3 come up with that value.  In this case, it's
57: 4 a little bit -- it's a little bit more
57: 5 complicated because of the various types of
57: 6 property.  Is it new or is it -- can it be
57: 7 replaced new or replaced comparable?  It gets
57: 8 a little more complicated.  But once I
57: 9 understand that I need to develop an opinion
57:10 of replacement value, then I take a look at
57:11 what is required to do that:  Am I going to
57:12 use replacement cost new or replacement cost
57:13 comparable?
57:14        Q.    Well, one other replacement
57:15 cost or at least -- or value is
57:16 replacement cost new less depreciation,
57:17 correct?
57:18        A.    There is a term that we use
57:19 that's called actual cash value, and that
57:20 type of value has a definition, and that
57:21 definition is replacement cost new less
57:22 depreciation in probably 95 percent of
57:23 jurisdictions.
57:24            In California, though, the
58: Page 58
58: 1 definition of actual cash value is fair
58: 2 market value.  So I guess what I'm saying is
58: 3 that you posed a definition to me
58: 4 rather than a type of value, but I understand
58: 5 what -- what you're getting at, but we call
58: 6 that actual cash value, which is defined as
58: 7 replacement cost new less depreciation, which
58: 8 is a formula, basically.
58: 9        Q.    An actual cash value or
58:10 replacement cost new less depreciation was

Page 15

Maloney durlist

58:11 not something you considered in this
58:12 case?
58:13        A.      That is correct.
58:14        Q.      How would you -- let's
58:15 take, for example, one of the air
58:16 conditioners --
58:17        A.      Okay.
58:18        Q.      -- that was in the house.
58:19              In order to determine
58:20 replacement -- or the cash value of that air
58:21 conditioner --
58:22        A.      The actual cash value?
58:23        Q.      Actual cash value.
58:24        A.      Okay.
59: Page 59
59: 1        Q.      -- what steps would you take to
59: 2 do that?
59: 3        A.      It's an interesting question
59: 4 because the appraisers are often asked,
59: 5 but they're not asked often to do the actual
59: 6 calculation.  And this is what I mean by
59: 7 that:  I might be asked by a moving company,
59: 8 for instance, who  destroyed a window
59: 9 unit they say:  Dave, we have to compensate
59:10 the ins- -- the shipper for the actual cash
59:11 value, but for us to calculate that making
59:12 use of the Joint Military/Industry
59:13 Depreciation Guide, we'd need to know what
59:14 the replacement cost new is of that.  That's
59:15 the very first thing that we need to know in
59:16 order to do our calculation using the
59:17 schedule from the Joint Military/Industry
59:18 guide.  what is the replacement cost new for
59:19 that window air-conditioning unit?
59:20              I would then go out and do --
59:21 like I did with Hernandez, develop an opinion
59:22 of replacement cost new, and that's where my
59:23 assignment typically stops.  Sure they can
59:24 pay me to do a calculation that they could
60: Page 60
60: 1 do, but they seldom do that.
60: 2        Q.      So in this case, we could
60: 3 take the -- if we wanted to get to that
60: 4 value, we could take the numbers that you
60: 5 gave as replacement cost new and apply a
60: 6 depreciation factor to it to come up with
60: 7 the --
60: 8        A.      That's correct.  If -- as a
60: 9 matter of fact, I have published Maloney's
60:10 ACV Calculator, which is an Excel
60:11 spreadsheet.  You put in one column the cost
60:12 to replace it new; the next column the
60:13 quantity; the next column, according to the
60:14 Joint Military/Industry Depreciation Guide,
60:15 what the percentage is for the first year of
60:16 depreciation; the next column what the
60:17 percentage is for subsequent years of
60:18 depreciation; the next column, in case it has
60:19 a flat rate of depreciation; the next column,
60:20 what the maximum amount of depreciation is.
60:21 You push a button and out comes this actual
60:22 cash value.
60:23        Q.      Another value you mentioned

Page 16

                    Maloney durlist
60:24 was fair market value --
61: Page 61
61: 1        A.      Right.
61: 2        Q.      -- which is the -- I guess in
61: 3 this instance when you were considering a
61: 4 case like this where you've -- you assumed
61: 5 that there's some contamination or
61: 6 insult I think  you've used to the
61: 7 property would be the difference between the
61: 8 fair market value before the insult and the
61: 9 difference between the fair market value
61:10 after the insult, correct?


Group:  Maloney, David (Vol. 01) - 03/03/2010      DM-6113
Description:      Page 61:13-62:16

    61:13              THE WITNESS:  What I
    61:14        specifically said was that in the
    61:15        Germano case, I was asked to determine
    61:16        fair market value prior to insult and
    61:17        fair market value after insult.  I
    61:18        also said that it's similar to what
    61:19        the IRS requires when one is
    61:20        submitting a re- -- a request for
    61:21        a deduction based on casualty or theft
    61:22        loss.
    61:23              Fair market value is not the
    61:24        difference between the two; fair
    62: Page 62
    62: 1        market value can be set on an item
    62: 2        prior to insult and then after insult.
    62: 3        This watch is a K-Mart Waltham
    62: 4        $45 watch.  When it was brand new, I
    62: 5        guess I could -- I could argue that
    62: 6        the fair market value when I first got
    62: 7        it was $45.  If it was crushed, well,
    62: 8        what's it fair market value after that
    62: 9        insult?  Well, it's zero because it's
    62:10        worthless, so the difference there is
    62:11        $45.
    62:12 BY MR. SANDERS:
    62:13        Q.      But you didn't engage in that
    62:14 fair market value analysis in the Hernandez
    62:15 case here?
    62:16        A.      I did not.


Group:  Maloney, David (Vol. 01) - 03/03/2010      DM-6819
Description:      Page 68:19-68:23

    68:19        Q.      So in a sense, your opinions
    68:20 obviously go to the value of replacement, not
    68:21 whether the items actually need to be
    68:22 replaced?
    68:23        A.      That was my task, yes.


Group:  Maloney, David (Vol. 01) - 03/03/2010      DM-7006
Description:      Page 70:6-72:23

    70: 6        Q.      You discussed how you went
    70: 7 about determining the value of the properties
                    Page 17

Maloney durlist

70: 8 by looking at websites?
70: 9          A.      Yes, sir.
70:10          Q.      Did you consider looking
70:11 locally in Louisiana around the
70:12 Hernandez house at stores or other places
70:13 where they might buy the products?
70:14          A.      When the option was available,
70:15 I used a ZIP code to locate local stores in
70:16 the New Orleans area.  I did not choose to
70:17 physically explore retail outlets simply
70:18 because it's impractical to do an assignment
70:19 like this.  It's impractical in the sense
70:20 that it does not -- it is not a common
70:21 practice amongst my peers, nor in my
70:22 experience or appraising for 30 years
70:23 is it expected of the client, so my scope
70:24 of work is acceptable without having to go on
71: Page 71
71: 1 site to Louisiana to check brick and mortar
71: 2 shops.
71: 3          Q.      And your website search
71: 4 for any one of the items, how many
71: 5 ebsites did you check to determine a
71: 6 price of an item?
71: 7          A.      Oh, sometimes a search might
71: 8 bring up hundred, 200 different sites, and my
71: 9 task was to just pick a few from the
71:10 beginning and then find one that's
71:11 representative and make use of that.
71:12          Sometimes I would find that one
71:13 site right there on Amazon or Lowe's or Home
71:14 Depot that is obviously exactly what I'm
71:15 looking for, and there's no -- there's no- --
71:16 there's nothing to be gained by doing too
71:17 much research, just as there's nothing to be
71:18 gained by doing too little --
71:19          Q.      So if --
71:20          A.      -- research, so that scope of
71:21 work would have been considered acceptable.
71:22          Q.      So if the first site came up
71:23 for Amazon for that product that you were
71:24 looking for, is that where you  would
72: Page 72
72: 1 -- you would have stopped your
72: 2 search, or did you look for a comparable
72: 3 price to make sure that was an appropriate
72: 4 price?
72: 5          A.      I probably -- I probably
72: 6 averaged two sites.  I might have gone as
72: 7 many as five.  Some of these sites --  some
72: 8 of the Reliance, you'll see it lists maybe
72: 9 six or seven places where you could buy a
72:10 particular item from prices ranging from $40
72:11 to $32.  They just take a -- just pick a
72:12 price that's fairly representative.  I
72:13 probably averaged about maybe two sites; some
72:14 one, some four, some eight, mostly two-ish.
72:15          Q.      And obviously the prices on
72:16 those sites could vary day to day?
72:17          A.      They vary day to day.  Some
72:18 prices -- some sites have prices that were
72:19 sale prices, and whenever that was the case,
72:20 I used the sale prices as opposed to the

```
                              Maloney durlist
        72:21 manufacturer's suggested retail price.  So
        72:22 for those items, the appraisal is
        72:23 conservative.


     Group:  Maloney, David (Vol. 01) - 03/03/2010     DM-7622
     Description:    Page 76:22-76:23

        76:22       questions I have.  Thank you very
        76:23       much.


Total Length - 00:48:31
```