# PROFESSIONAL PROFILE for
# DAVID J. MALONEY, AOA CM
December 15, 2009

**David J. Maloney, Jr., AOA CM**

David Maloney is a nationally-known personal property appraiser, author, television host, radio-talk show guest, and veteran appraisal course writer and instructor. His reputation is based on 30 years of practical appraisal experience, extensive academic and personal study, writing, teaching and lecturing.

David received his Bachelors degree in engineering from the U.S. Coast Guard Academy and his Masters degree in communications management from the Naval Postgraduate School. After a career in the Coast Guard, he operated an antiques business prior to founding Frederick Appraisal, Claims & Estate Services in 1982. He qualified as a Certified Member of the International Society of Appraisers (ISA) in 1995 and as a Certified Member of the Association of Online Appraisers (AOA) in 2001. David is past-President and currently Secretary/Treasurer of the AOA.

Since 1982 David has been a full-time professional personal property appraiser specializing in the valuation of antiques, collectibles, residential contents, vehicles, and business equipment for insurance, probate, divorce, equitable distribution, legal, and noncash charitable contribution purposes. David provides appraisal consulting services to individuals, bank trust departments, personal representatives, accountants, estate planners, claims adjusters, insurance agents, and the moving industry. He also, provides litigation support for attorneys, and he has qualified as an expert witness in West Virginia, Virginia and Maryland.

In addition to appraisals, David provides damage claims and inspection services for major van lines operating in the Maryland, Washington DC, Virginia, and West Virginia area. He has served as a member of the Board of Directors of the moving industry's Claims Prevention and Procedure Council, and he has written and spoken extensively on the role of an appraiser in the claims process. He is also a contributing author of the *California Household Goods Carriers Claims Training & Reference Manual*.

David served in a leadership capacity with the International Society of Appraisers from 1983 to 2001, both at the Chapter and the National levels. He served as the ISA's Vice President and was twice elected to the ISA's Board of Directors. As ISA's Education Committee Chairman, in 1994 David was charged with completely rewriting the ISA's *Core Course in Appraisal Studies* from scratch—a six-month, full-time volunteer effort. For the next seven years he maintained and taught this course across the country and in Canada. He also wrote ISA's *Chapters Manual* and its *Appraisal Report Writing Standard* booklet. In addition, he wrote and taught the ISA *Requalification Course*, and he was primary writer for the ISA's *Distance Education Course in Appraisal Studies*. He has also written and taught appraisal courses for the Auctioneers Association of Canada.

David served as ISA's representative to The Appraisal Foundation Advisory Council (TAFAC) in Washington, DC where he served as Chair of the TAFAC Emerging Issues Committee, and where he was recognized for his contributions to the development of The Appraisal Foundation's *Personal Property Appraiser Minimum Qualification Criteria*.

For his efforts within the profession, David has earned numerous honors including the Lamp of Knowledge Award, Distinguished Service Award, ISA Member-of-the-Year Award, and the coveted President's Award. The ISA has also honored David with its Lifetime Achievement Award in recognition of his years of dedicated service and contributions to the ISA and to the personal property appraisal profession.

For fourteen years, David authored the biennial *Maloney's Antiques & Collectibles Resource Directory*, a compilation of over 20,000 resources for over 3,000 categories of antiques and collectibles. Called "the bible" of the industry by *U.S. News & World Reports* and hailed as a "Best Reference Book" by *Library Journal*, *Maloney's Antiques & Collectibles Resource Directory* was considered a "must have" on every collector's bookshelf.

David was contributing editor to Jordan Goodman and Sonny Bloch's *Everyone's Money Book* (Dearborn Financial Publishing, 1994) and has been quoted by *Woman's Day, Washington Post, Kipplinger's Personal Finance Magazine, Good Housekeeping, U.S. News & World Report, Redbook, Arthritis Today Magazine, The Baltimore Sun, Seattle Times, Physicians Financial News, Frederick News Post*, and in most major antiques & collectibles trade publications.

David served as host of the Public Television series *Collecting Across America* and as chief appraiser on the PAX TV collectibles show, *Treasures in Your Home: The World of Collecting*. David also served as Chief Appraisal Officer for CollectingChannel.com and its parent company, Paid, Inc. In addition, he was architect and Director of CollectingChannel.com's popular online appraisal service, *Ask the Appraiser*.

In the recent past, Maloney has written the following articles regarding the appraisal of personal property:

- *Appraisals for Transit-Related or Insurance Casualty Loss and Damage*
- *Preparing Your Damage Claims Report*
- *Copies, Fakes, Forgeries, Reproductions, Fantasy Items*
- *Combining Items: Describing Groupings, Collections, and Accumulations*
- *Determining Loss-of-Value*
- *Marketplace anomalies that are independent of the law of supply and demand*
- *Definitions of "Qualified Appraiser" and "Qualified Appraisal" Continue to Evolve*
- *ASB Q&R Regarding ETHICS RULE Changes to 2010-2011 USPAP*
- *Misuse of Terms Threatens Public Trust*
- *Bankruptcy Appraisals: FMV? OLV? FLV?*
- *Bankruptcy Appraisals*
- *Is an Appraiser a Fiduciary?*
- *Appraisal Report Structure*
- *Cover Letter vs. Transmittal Letter vs. Cover Document: What's the Difference?*
- *Appraisal Reports Using Electronic Signatures*
- *2008-2009 USPAP Now in Effect*
- *Inspection vs. Non-Inspection*

Most recently, Maloney authored:

- Appraising Personal Property: Principles and Methodology-3rd Ed. (Appraisers Press, 2009, 550 pages),
- The Personal Property Appraiser's Guide to USPAP-2nd Ed. (Appraisers Press, 2009, 98 pages), and
- *The Complete Online Course in Personal Property Appraising* (ACAcourses.com).

## Academic Background

- Bachelor of Science in Engineering, 1970, U.S. Coast Guard Academy.
- Masters in Management, 1975, U.S. Naval Postgraduate School.
- Graduate of University of Maryland University College/International Society of Appraisers Core Courses in Appraisal Studies:
- Course 101: Ethics, Business Practices, Communications
- Course 102: Identification and Authentication, Research, Terminology, Report Writing
- Course 103: Legal Aspects of Appraising, Case Studies, Expert Witness, IRS Report Writing
- Graduate of Southampton College Appraisal Certificate Program courses:
- Course 101: Procedures & Methodology of Appraising Antiques and Other Decorative Arts
- Course 102: Understanding the Language of Ornament
- Course 103: Evolution of Style in Furniture
- Attends Appraiser's continuing education lecture series including:
- "The Appraiser's Role in the Division of Property in Divorce Cases"
- "Workshop on Writing Appraisals"
- "Appraising Estates: Working with Attorneys and Probate Judges"
- "The Appraiser as an Expert Opinion Witness"
- "Appraisals and the IRS: Knowing Your Art and Proving It"
- "The Appraiser and the Insurance Broker"
- "The Bank Trust Officer and the Appraiser"
- "Appraising Vehicles, Machinery, and Equipment"
- Subscribes to numerous antiques, collectibles, vehicle, furniture and equipment trade publications

## Professional Background

- Dealer in American antiques and collectibles, 1975-1982
- Founded Frederick Appraisal, Claims & Estate Services, April 1982
- Qualified as Certified Member, International Society of Appraisers (ISA) 1995
- Past-Regional Director of the ISA
- Past Member of the Board of Directors of the ISA
- Past Vice-President of the ISA
- Twice past-President, past-Treasurer and Charter Member of the award-winning National Capital Area Chapter of the ISA
- Past-member, ISA Examination Committee for "Certified Appraiser of Personal Property" designator
- Past-chairman, ISA Education Committee
- Past-chairman ISA Chapters Relations Committee
- Past ISA representative to The Appraisal Foundation Advisory Committee, Washington DC
- ISA on-site Appraisal Core Course in Appraisal Studies rewrite project leader 1994; maintained courses from 1994 to 2001
- Team leader to convert on-site ISA course in Appraisal Studies to Distance Education 1998
- Wrote ISA's Chapter's Manual, the ISA Appraisal Report Writing Standard booklet, and ISA's Requalification Course
- Instructor of *ISA Core Courses in Appraisal Studies* and *ISA Requalification Course* from 1994 to 2001
- Instructor, Montgomery County Adult Education program in "Antiques"
- Guest Speaker on "The Tools of the Appraiser and the Use of a Computer" and "Appraisal Practices in Moving Claims" at numerous appraisers' seminars and at the Philadelphia Antiques Show
- Guest Speaker on "The Necessity of Appraisals" at the numerous Claims Prevention and Procedure Council (CPPC) Eastern Regional Seminars and Annual Conventions
- Guest Speaker at the CPPC and National Moving and Storage Association (NMSA) joint Convention

CDW-34-0008

Hernandez 103-0003

Exhibit 1: Professional Profile of David J. Maloney, Jr.                                                                 Page 9 of 15

- Guest Speaker on "Treasurers-not-Trash" at numerous civic and social club gatherings
- Guest speaker to Antiques & Collectibles Dealer Association
- Frequent radio talk show guest appearing on WRC, Washington DC, WFMD, Frederick, MD, KCEO, San Diego, CA and several other radio talk shows
- Host of Public Television series *Collecting Across America*
- Chief Appraisal Officer for and guest appraiser on PAX TV series *Treasures in Your Home: The World of Collecting*
- Information Provider on the CompuServe Information Service, Collectibles Forum
- Author of articles on appraising and claims inspections for ISA's "Appraisers Information Exchange" and for the "CPPC Newsletter"
- Contributing Author to the *California Household Goods Carriers' Claims Training & Reference Manual*
- Contributing Editor to *Everyone's Money Book* (Goodman, Jordan E. and Bloch, H.I. Sonny, Dearborn Financial Publishing, Inc., 1993)
- Recipient of the International Society of Appraisers' "Marketing Award," "Distinguished Service Award," "Lamp of Knowledge Award," "Member-of-the-Year Award," "President's Award," and "**Lifetime Achievement Award**"
- Quoted by *Woman's Day, Washington Post, Kipplinger's Personal Finance Magazine, Good Housekeeping, U.S. News & World Report, Redbook, Arthritis Today Magazine, Baltimore Sun Newspaper, Seattle Times, Physicians Financial News, Frederick News Post*, and in major antiques & collectibles trade publications
- Experienced as an expert witness in Maryland, West Virginia and Virginia
- Maintains major computerized data base of 20,000 resources for over 3200 categories of antiques, collectibles, fine art, and machinery and equipment, and author of *Maloney's Antiques & Collectibles Resource Directory   7th Edition* (F & W Publications)
- Chief Appraisal Officer, ChannelSpace Entertainment Inc. and CollectingChannel.com 1999-2006
- Instructor, Institute of Certified Canadian Auctioneers (ICCA) 2001, 2003, 2005
- Author of the 550+ page *Complete Online Course in Personal Property Appraising* available to members of the Association of Online Appraisers at www.AOAonline.org
- Qualified as Certified Member, Association of Online Appraisers 2001
- Secretary/Treasurer and Past President of the Association of Online Appraisers
- Architect and Director of the online appraisal service, AskTheAppraiser.com 2001 to 2006
- Author *Appraising Personal Property: Principles and Methodology* 2008 (2nd Edition)
- Author *The Personal Property Appraiser's Guide to USPAP* 2009
- Author *The Complete Online Course in Personal Property Appraising (Featuring USPAP)*

### Associations

- Claims Prevention and Procedure Council (Past-Member, Board of Directors)
- Past-member International Society of Appraisers (Past-Vice President, Board of Directors)
- National Capital Area Chapter, ISA (Past-President)
- Certified Member, Association of Online Appraisers (Past-President)

### Selected Clients Include

- Atlas Van Lines
- United Van Lines
- USAA Insurance Co.
- The Williamsburg Corp.
- Nationwide Moving and Storage
- The Historical Society of Frederick County
- Washington County Museum of Fine Arts
- Federal Savings and Loan Insurance Corp.

- Allied Van Lines
- Graebel Movers
- Meadows Van Lines
- Fireman's Fund Ins. Co.
- Home Insurance Co.
- State Farm Insurance Co.
- Marshall and Ilsley Trust Co.
- D.O.D., F.B.I and State Dept. Personnel