| ID | Name | Description | Qty | Replace-ment Value (new) | Replace-ment Value new (extended) | Image |
|---|---|---|---|---|---|---|
| hernandez_01 | Mattress | Twin innerspring mattresses | 2 | $139 | $278 | |
| hernandez_02 | Mattress | Sealy Natural Rest toddler's mattress | 1 | $55 | $55 | |
| hernandez_03 | Rocker | Wooden gliding rocker with attached upholstery; with gliding ottoman; Target | 1 | $250 | $250 | |
| hernandez_04 | Mattress | Sealy Ortho rest child's mattress | 1 | $55 | $55 | |
| hernandez_05 | Dehumidifier | Frigidaire dehumidifier, model FDL50SI by Electrolux Major Appliances | 2 | $326 | $652 | |
| hernandez_06 | Toaster | Oster two-slice toaster, model 6330-000 | 1 | $40 | $40 | |
| hernandez_07 | Television | Sylvania 13" analog CRT television with VCR, model SRC21134 | 1 | $160 | $160 | |

| ID | Name | Description | Qty | Replace-ment Value (new) | Replace-ment Value new (extended) | Image |
|---|---|---|---|---|---|---|
| hernandez_08 | Telephone | V-Tech cordless phone with remote station, model C55121-2 | 1 | $44 | $44 | |
| hernandez_09 | DVD player | Emerson DVD player, model EWD7003 | 1 | $32 | $32 | |
| hernandez_10 | Hair dryer | Vidal Sassoon hair dryer, model 1875 ionic | 1 | $17 | $17 | |
| hernandez_11 | Waste can | Brass tone waste can, pitted, h-10" | 2 | $20 | $40 | |
| hernandez_12 | Air conditioner | GE window air conditioner, model AEW10AJS1, 9900 BTU | 1 | $379 | $379 | |
| hernandez_13 | Air conditioner | Sunbeam window air conditioner, model SCK5200M/KC-15, 5100 BTU | 1 | $119 | $119 | |
| hernandez_14 | Air conditioner | Electrolux window air conditioner, model FAA067P7A6, 6000 BTU | 1 | $349 | $349 | |
| hernandez_15 | Television | Phillips Magnavox 26" analog CRT television | 1 | $280 | $280 | |
| hernandez_16 | Tray | Oval nickel hammered aluminum serving bowl, l-14", made in India | 1 | $80 | $80 | |

Exhibit 2: Valuation Section                                                                                       Page 12 of 15

| ID | Name | Description | Qty | Replace-ment Value (new) | Replace-ment Value new (extended) | Image |
|---|---|---|---|---|---|---|
| hernandez_17 | Chip & dip bowl | Round aluminum chip & dip bowl, dia-12", made in India | 1 | $80 | $80 | |
| hernandez_18 | Wine rack | Steel scrollwork wire wine rack, copper plated, plating worn | 1 | $30 | $30 | |
| hernandez_19 | Rug | Hand tufted wool area rug, Pottery Barn, red with geometric patterns, 5' x 8' | 1 | $429 | $429 | |
| hernandez_20 | Sofa | Green-upholstered sofa (l-94") with loose back and seat cushions, roll arms, exposed wood legs | 1 | $1,000 | $1,000 | |
| hernandez_21 | Loveseat | Green-upholstered love seat (l-70") with loose back and seat cushions, roll arms, exposed wood legs | 1 | $950 | $950 | |
| hernandez_22 | Television | Sanyo 32" analog CRT television | 1 | $350 | $350 | |
| hernandez_23 | DVD player | Magnavox DVD/CD player, model MSD115 | 1 | $32 | $32 | |
| hernandez_24 | Mattress/Box spring | King Coil Queen size pillow-top mattress with box spring | 1 | $1,095 | $1,095 | |
| hernandez_25 | Computer | Toshiba Tecra M2 notebook computer with XP, 512M RAM, 40G HD (upgrade to current model) | 1 | $350 | $350 | |

| ID | Name | Description | Qty | Replace-ment Value (new) | Replacement Value new (extended) | Image |
|---|---|---|---|---|---|---|
| hernandez_26 | Television | RCA 13" analog CRT television | 1 | $160 | $160 | |
| hernandez_27 | VCR | Emerson video cassette recorder, model VCR 4003 | 1 | $70 | $70 | |
| hernandez_28 | Mattress/Box spring | Sealy full size mattress and box spring | 1 | $530 | $530 | |
| hernandez_29 | Frame | Green photo frame with corroded metal plaque | 1 | $15 | $15 | |
| hernandez_30 | Photo album | Photo album with pitted silver-toned metal cover | 1 | $15 | $15 | |
| hernandez_31 | Frame | Triptych corroded silver-tone metal photo frame | 1 | $70 | $70 | |

| ID | Name | Description | Qty | Replace-ment Value (new) | Replace-ment Value new (extended) | Image |
|---|---|---|---|---|---|---|
| hernandez_32 | Soap dispenser | Glass soap dispenser with corroded silver-tone plunger | 2 | $15 | $30 | |
| hernandez_33 | Microwave | Whirlpool stainless steel built-in over-the-range microwave, 2006, model MH1170XSS-0 | 1 | $269 | $269 | |
| hernandez_34 | Range | Whirlpool self-cleaning free standing electric range, black, model RF362LXSS-0 | 1 | $615 | $615 | |
| hernandez_35 | Refrigerator | Kenmore side-by-side refrigerator, stainless steel, 2007, model 106.56923600 | 1 | $1,240 | $1,240 | |
| hernandez_36 | Food Disposal | Waste King Gourmet garbage disposal, model 1001 | 1 | $90 | $90 | |
| hernandez_37 | Dishwasher | Whirlpool dishwasher, model DU915PWS1 | 1 | $449 | $449 | |
| hernandez_38 | Freezer | Kenmore chest freezer, model 253.16502100 | 1 | $264 | $264 | |
| hernandez_39 | Clothes Washer | Kenmore heavy duty clothes washer, model 110.26422500 | 1 | $519 | $519 | |

Exhibit 2: Valuation Section                                                                 Page 15 of 15

| ID | Name | Description | Qty | Replace-ment Value (new) | Replace-ment Value new (extended) | Image |
|---|---|---|---|---|---|---|
| hernandez_40 | Clothes Dryer | Kenmore heavy duty clothes dryer, model 110.66112501 | 1 | $425 | $425 | |
| | | | | **Total:** | **$11,907** | |

CDW-34-0015

**Hernandez 104-0006**