Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0443

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Hc Seals Drywall Partners
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **MS** ) ss.
County of: **Jones** )

Name of Server: **Chuck Broadus**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **4** day of **February**, 20 **10**, at **10:44** o'clock **A** M

Place of Service: at **125 George Mitchell Road**, in **Carriere, MS 39426**

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Hc Seals Drywall Partners**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **HC Seals - Owner**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **W**; Hair Color **Gray**; Facial Hair **None**
Approx. Age **75**; Approx. Height **5'9**; Approx. Weight **150**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Chuck Broadus
Signature of Server

Subscribed and sworn to before me this **8** day of **Feb**, 20 **10**

Michelle Murray
Notary Public     (Commission Expires)
**1-23-10**

**APS International, Ltd.**