UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| This Document Relates To: Jason Kokoszka, et al v. Knauf Gips KG, et al; Docket No. 09-6841 | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

NOTICE OF APPEARANCE OF CO-COUNSEL AND
REQUEST FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS

COME NOW, Dawn M. Barrios and Bruce S. Kingsdorf of the law firm of Barrios, Kingsdorf & Casteix, LLP, who hereby enroll as co-counsel on behalf of Plaintiffs, Jason Kokoszka and Heather Kokoszka, along with their current attorney of record, George R. Irvine, III of the firm of Stone, Granade & Crosby, P.C, and respectfully request that all future pleadings, orders, notices, motions, documents and correspondence be served upon them in connection with this action.

**Dated:** March 17, 2010        Respectfully submitted,

**BARRIOS, KINGSDORF & CASTEIX, LLP**

By: /s/ Dawn M. Barrios
Dawn M. Barrios (LA Bar Roll #2821)
Bruce S. Kingsdorf (LA Bar Roll #7403)
701 Poydras Street, Suite 3650
New Orleans, Louisiana 70139
Tel: (504) 524-3300
Fax: (504) 524-3313
Email: Barrios@bkc-law.com
           Kingsdorf@bkc-law.com

*Attorneys for Plaintiffs*

1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Appearance of Co-Counsel and Request for Service of all Documents and Pleadings has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail <u>and</u> e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No.6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 17th day of March, 2010.

                                                       <u>/s/ Dawn M. Barrios</u>