Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0161

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Gulfstream Homes, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Collier )

Name of Server: Nicholas Vrancher, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 3rd day of February, 20 10, at 3:05 o'clock PM

Place of Service: at 2323 Tarpon Rd., in Naples, FL 34102

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on:
Person Served, and Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**Gulfstream Homes, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: Stephen Peel, Vice President

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color white ; Hair Color Brown ; Facial Hair ___
Approx. Age 48 ; Approx. Height 5'11" ; Approx. Weight 200

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 5th day of February, 20 10

_Signature of Server_    Elena Alvarado
                         Notary Public    (Commission Expires)

**APS International, Ltd.**



Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. 09-7628

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Gulfstream Homes Inc.__
was received by me on *(date)* __2-2-10__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Stephen Peel, Vice President__, who is
designated by law to accept service of process on behalf of *(name of organization)* __Gulfstream Homes Inc.__ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __2/5/10__

X _____
Server's signature

__Nicholas Krancher   Certified Process Server__
Printed name and title
157188

__P.O. Box 1300 Fort Myers FL 33902__
Server's address

Additional information regarding attempted service, etc: