Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0224

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Gryphon Construction, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: DADE )

| | |
|---|---|
| Name of Server: | **CARLOS AGUIRRE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| Date/Time of Service: | that on the 9 day of February, 20 10, at 11:05 o'clock A M |
| Place of Service: | at 540 Biltmore Way , in Coral Gables, FL 33134 |
| Documents Served: | the undersigned served the documents described as: **Summons and Complaint; Exhibits** |
| Service of Process on: | A true and correct copy of the aforesaid document(s) was served on: **Gryphon Construction, LLC** |
| Person Served, and Method of Service: | By delivering them into the hands of an officer or managing agent whose name and title is: Michelle Sanchez Secretary for Thomas O. Wells, ESQ. |
| Description of Person Receiving Documents: | The person receiving documents is described as follows: Sex F ; Skin Color White ; Hair Color Blonde ; Facial Hair Approx. Age 35 ; Approx. Height 5'1 ; Approx. Weight 150 ☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| Signature of Server: | Undersigned declares under penalty of perjury that the foregoing is true and correct. Signature of Server | Subscribed and sworn to before me this 10Th day of Feb , 20 10 Notary Public (Commission Expires) |

**APS International, Ltd.**



ISABELLE C. FERNANDEZ-MIRANDA
Notary Public - State of Florida
My Commission Expires Feb 27, 2010
Commission # DD 522663
Bonded By National Notary Assn.