Confidential – Subject to Further Confidentiality Review

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   3-16-10
LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

——————————————  §  MDL NO. 2047
IN RE:                          §
CHINESE-MANUFACTURED            §  SECTION: L
DRYWALL PRODUCTS                §
LIABILITY LITIGATION            §  JUDGE FALLON
——————————————  §  MAG. JUDGE WILKINSON

Ref 09-6050-

FRIDAY, FEBRUARY 12, 2010

- CONFIDENTIAL -
SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

TRIAL TESTIMONY

—  —  —

Videotaped deposition of LORI A.
STREIT, Ph.D., held at the Windsor Court
Hotel, 300 Gravier Street, New Orleans,
Louisiana, commencing at 2:47 p.m., on the
above date, before Michael E. Miller,
Certified Court Reporter, Registered
Diplomate Reporter, Certified Realtime
Reporter.

—  —  —

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Confidential - Subject to Further Confidentiality Review

Page 2

```
 1          UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF VIRGINIA
 2
      MICHELLE GERMANO; DENNIS     §
 3    JACKSON; SHARON JACKSON;     §
      JASON DUNAWAY; LISA DUNAWAY; §
 4    Individually, and on behalf  §
      of all other similarly       §
 5    situated,                    §
                                   §
 6          Plaintiffs,            §
                                   §
 7    vs.           § 2:09cv202
                                   §
 8    TAISHAN GYPSUM CO. LTD.      §
      f/k/a SHANDONG TAIHE DONGXIN §
 9    CO. LTD.; VENTURE SUPPLY,    §
      INC.; HARBOR WALK            §
10    DEVELOPMENT, LLC; and THE    §
      PORTER-BLAINE CORP.,         §
11                                 §
            Defendants.            §
12
13    _____
14
15
16
17
18
19
20
21
22
23
24
```

Page 4

```
 1    A P P E A R A N C E S:
 2    SINNOTT, NUCKOLS & LOGAN, PC
      BY:  KENNETH F. HARDT, ESQUIRE
 3        khardt@snllaw.com
          (via teleconference)
 4    13811 Village Mill Drive
      Midlothian, Virginia 23114
 5    (804) 378-7600
      Counsel for Venture Supply, Inc. and
 6    Porter-Blaine Corp.
 7
      THOMPSON, COE, COUSINS & IRONS, LLP
 8    BY:  DIANA M. BROWN, ESQUIRE
          dbrown@thompsoncoe.com
 9        (via teleconference)
      One Riverway
10    Houston, Texas 77056
      (713) 403-8210
11    Counsel for North River Insurance
      Company
12
13    VIDEOGRAPHER:
14    MELISSA BARDWELL,
      Golkow Technologies, Inc.
15
16        - - -
17
18
19
20
21
22
23
24
```

Page 3

```
 1    A P P E A R A N C E S:
 2    SEEGER WEISS, LLP
      BY:  CHRISTOPHER A. SEEGER, ESQUIRE
 3        cseeger@seegerweiss.com
          JEFFREY S. GRAND, ESQUIRE
 4        jgrand@seegerweiss.com
          SCOTT ALAN GEORGE, ESQUIRE
 5        sgeorge@seegerweiss.com
      One William Street
 6    New York, New York 10004
      (212) 584-0700
 7    Counsel for Plaintiffs
 8
      LEVIN, PAPANTONIO, THOMAS, MITCHELL,
 9    ECHSNER & PROCTOR, PA
      BY:  BEN W. GORDON, JR., ESQUIRE
10        bgordon@levinlaw.com
          BILL CASH, III, ESQUIRE
11        bcash@levinlaw.com
      316 South Baylen Street
12    Pensacola, Florida 32502-5996
      (850) 435-7000
13    Counsel for Plaintiffs
14
      LAMBERT AND NELSON, PLC
15    BY:  HUGH P. LAMBERT, ESQUIRE
          hlambert@lambertandnelson.com
16    701 Magazine Street
      New Orleans, Louisiana 70130-3629
17    (504) 581-1750
      Counsel for Plaintiffs
18
19    BAKER & McKENZIE, LLP
      BY:  DOUGLAS B. SANDERS, ESQUIRE
20        douglas.b.sanders@bakernet.com
      One Prudential Plaza, Suite 3500
21    Chicago, Illinois 60601
      (312) 861-8000
22    Counsel for Knauf Plasterboard
      Tianjin Co., Ltd.
23
24
```

Page 5

```
 1              I N D E X
            LORI A. STREIT, Ph.D.
 2
            February 16, 2010
 3
 4    APPEARANCES              3
 5    PROCEEDINGS             8
 6
 7    EXAMINATION OF LORI A. STREIT, Ph.D.:
 8       BY MR. SEEGER        10
 9       BY MR. SANDERS       92
10       BY MR. SEEGER        120
11       BY MR. SANDERS       124
12
13    CERTIFICATE            128
14    ACKNOWLEDGMENT OF DEPONENT      129
15    ERRATA          130
16    LAWYER'S NOTES         131
17
18
19
20
21
22
23
24
```

2 (Pages 2 to 5)

Confidential – Subject to Further Confidentiality Review

---

Page 6

1
2  DEPOSITION EXHIBITS
3  LORI A. STREIT, Ph.D.
   February 16, 2010
4  NUMBER     DESCRIPTION     MARKED
5  Streit-1   3/17/09 Report for Florida   25
            Department of Health by
6          Streit
7  Streit-2  Comparison of Methods   31
            Utilized by Commercial
8          Laboratories for Analyses
            of Bulk Drywall Samples,
9          by Krause, et al.,
            P2.0099-0001
10
   Streit-3  "Proposed Mechanism for   35
11          the Release of Reduced
            Sulfur Compounds from
12          Corrosive Imported
            Drywall," by Gauthier,
13          et al.,
            P2.0095-0001 -
14          P2.0095-0027
15  Streit-4  "Corrosive Imported   36
            Wallboard, Investigating
16          Emissions," by DeMott,
            P2.0093-0001 -
17          P2.0093-0024
18  Streit-5  "Chemical Emissions,   36
            Including Sulfur
19          Compounds, from Chinese
            Produced Drywall," by
20          Worthan,
            P2.0091-0001 -
21          P2.0091-0026
22
23
24

---

Page 7

1          DEPOSITION EXHIBITS
2
3  NUMBER     DESCRIPTION     MARKED
4  Streit-6   "Measurement of   37
            Corrosive, Odorous and
5          Potentially Harmful Gases
            from Imported and
6          Domestic Wallboard," by
            Tuday, et al.,
7          P2.0151-0001 -
            P2.0151-0033
8
   Streit-7  "CPSC Summary of   45
9          Contractor's Indoor Air
            Quality Assessment of
10          Homes Containing Chinese
            Drywall," by Saltzman,
11          P1.019-0001 -
            P1.019-0190
12
   Streit-8  12/28/09 Expert Report of   64
13          Lori Streit, Ph.D.,
            P1.2023-0001-
14          P1.2023-0095
15  Streit-9  Draft Interagency Task   50
            Force on Chinese Drywall
16          Executive Summary of
            10/29/09 Release of
17          Initial Chinese Drywall
            Studies,
18          P1.1804-0001 -
            P1.1804-0523
19
   Streit-10 1/16/10 Supplemental   65
20          Expert Report of Lori
            Streit, Ph.D.,
21          P1.2025-0001 -
            P1.2025-0004
22
23
24

---

Page 8

1          DEPOSITION EXHIBITS
2
3  NUMBER     DESCRIPTION     MARKED
4  Streit-11  Reliance Date for   82
            Dr. Lori Streit's
5          Opinions,
            P1.1849-0001 -
6          P1.1849-0009,
            P1.1850-0001 -
7          P1.1850-0015 &
            P1.1851-0001 -
8          P1.1851-0051
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

---

Page 9

1          PROCEEDINGS
2          (February 16, 2010 at
3  2:47 p.m.)
4          THE VIDEOGRAPHER:  We're now
5  going on the record.  The date today
6  is February 16th, 2010.  The time now
7  is approximately 2:47 p.m.  This is
8  the videotaped trial deposition of
9  Dr. Lori Streit taken in reference to
10  the Chinese-Manufactured Drywall
11  Litigation for the U.S. District
12  Court, Eastern District of Louisiana.
13  The deposition is being held in
14  New Orleans, Louisiana today.
15          My name is Melissa Bardwell,
16  videographer representing Golkow
17  Technologies, and the court reporter
18  is Mike Miller.
19          Would counsel present please
20  introduce themselves and state their
21  affiliations for the record.
22          MR. SEEGER:  Chris Seeger on
23  behalf of the Germano plaintiffs.  And
24  I'm here with Scott George and Jeffrey

---

3 (Pages 6 to 9)

Streit durlist

Group:  Multi-clips
ID:            Streit Edits
Description:

    Group:  Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010    LS-1018
    Description:    Page 10:18-10:22

        10:18            Q.      Dr. Streit, this portion of
        10:19        your testimony is going to be used by
        10:20        Judge Fallon in the hearing that we're going
        10:21        to be starting on Friday, just so you know,
        10:22        okay?

    Group:  Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010    LS-1105
    Description:    Page 11:5-12:12

        11: 5        you have.  Talk to us about your educational
        11: 6        background.
        11: 7            A.      I have a Bachelor of Science
        11: 8        degree in chemistry from Trenton State
        11: 9        college, which is now the College of
        11:10        New Jersey; and then I went to Arizona State
        11:11        University in Tempe, Arizona and worked
        11:12        straight through, skipping my master's to get
        11:13        my Ph.D. in four years.
        11:14            Q.      Okay.
        11:15            A.      My Ph.D. is in analytical
        11:16        chemistry, materials analysis.
        11:17            Q.      And when did you get your
        11:18        Ph.D.?
        11:19            A.      1987.
        11:20            Q.      Okay.  In the earlier part of
        11:21        your discovery deposition, I heard you use
        11:22        the term "forensic chemist."  Is that
        11:23        something that you'd go by?
        11:24            A.      People in my field consider
        11:
        12: 1        themselves to be forensic scientists or a
        12: 2        forensic investigator, using the term
        12: 3        "forensic" not in the sense of that you would
        12: 4        see on, you know, the TV shows where you're
        12: 5        looking at blood and hair and fingerprints
        12: 6        and all those nasty things.
        12: 7            Q.      Like on CSI?
        12: 8            A.      Yeah.  We use it as a generic
        12: 9        term which involves doing an investigation,
        12:10        potentially on site and then back in the
        12:11        laboratory, and you're trying to solve a
        12:12        problem, hence the term "forensics."

    Group:  Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010    LS-1306
    Description:    Page 13:6-13:16

        13: 6            Q.      Okay.  And let's talk about
        13: 7        your full-time analytical job.  Who are you
        13: 8        employed by?
        13: 9            A.      Currently, I am employed by
        13:10        Unified Engineering, and that is a scientific
        13:11        and engineering consulting firm located in
        13:12        Aurora, Illinois.

Page 1

```
                          Streit durlist
13:13          Q.      Okay.  Are you a principal of
13:14   that company?
13:15          A.      I am.  I am currently president
13:16   of that company.
```

Group:  Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010     LS-1324
Description:    Page 13:24-14:17

```
13:24   professional time.  Do you do work on behalf
13:
14: 1   of companies?  Do you do investigative work?
14: 2          A.      I do.  I would say probably 50
14: 3   to 60% of what I do is what I would call
14: 4   industrial consulting, meaning that companies
14: 5   come to me, homeowners come to me, government
14: 6   agencies, insurance companies, and they have
14: 7   a specific problem which has some chemistry
14: 8   or materials analysis aspect to it that
14: 9   they're asking me to help them with.
14:10          Q.      Okay.  And what are the names
14:11   of some of the companies you've been retained
14:12   by to give opinions in chemistry?
14:13          A.      You know, I work for a wide
14:14   gamut.  It could be like, for example, I do a
14:15   lot of work for First Alert that makes smoke
14:16   alarms.  Along those lines, I do work for
14:17   Kidde.  I do work for Coleman.
```

Group:  Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010     LS-1505
Description:    Page 15:5-17:2

```
15: 5                  Anyway, companies I've worked
15: 6   for, you know, again, First Alert, Sunbeam,
15: 7   Coleman.  I do a lot of work for automotive
15: 8   manufacturers, people that make automotive
15: 9   contacts and airbags, things of that nature.
15:10                  I mean, it can be small
15:11   companies.  It can be large companies.  It
15:12   can be local companies.  It can be nationally
15:13   known companies.
15:14          Q.      In the course of your
15:15   engagement by some of these companies, have
15:16   you been asked to look at corrosion-type
15:17   issues?
15:18          A.      Very often I look at
15:19   corrosion-type issues, yes.
15:20          Q.      And talk to us about some of
15:21   the engagements you've had with regard to --
15:22   outside of this litigation, by doing forensic
15:23   chemistry with regard to corrosion issues.
15:24          A.      I can think of examples where
15:
16: 1   I'm looking at the smallest of components on
16: 2   a circuit board, could be wires on a circuit
16: 3   board, capacitors, could be contacts, and
16: 4   going through corrosion on metal components
16: 5   as a result of a fire, and then, you know,
16: 6   all the way up to building supports, cranes,
16: 7   pieces of cars, frames, things of that
16: 8   nature.
16: 9          Q.      Would some of your work be --
```

```
                          Streit durlist
16:10    would it be involved in looking at doing like
16:11    a failure analysis?
16:12          A.    I do failure analysis in the
16:13    sense that, yes, I look at the corrosion
16:14    deposits.  I try to identify, sometimes, what
16:15    the corrosion deposits are, as far as what
16:16    the phases are, what's the impurities that
16:17    are in the corrosion.
16:18          I'm often called on to prepare
16:19    metallurgical samples, and so I'll do
16:20    cross-sections through the corrosion to see
16:21    whether the plating is still there to protect
16:22    it, how large the pits are, you know, whether
16:23    the corrosion goes actually all the way
16:24    through the metal, so you have a complete
16:
17: 1    failure penetration.  Could be a weld.  It
17: 2    could be a fracture.
```

Group: Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010     LS-1706
Description:    Page 17:6-17:23

```
17: 6          Q.    And what type of -- in the
17: 7    course of doing that type of work, that
17: 8    forensic chemistry looking at corrosion, what
17: 9    type of tests would you do, would you employ?
17:10          A.    For me, I typically start, and
17:11    most of what I do within my laboratory, would
17:12    be using optical microscopes of different
17:13    types to look at samples at various
17:14    magnifications.
17:15          And then to do elemental
17:16    analysis and higher-magnification work, I
17:17    have a scanning electron microscope, which
17:18    allows me to do a more in-depth study.
17:19          And then I have a network of
17:20    colleagues that I work with and laboratories
17:21    that I work with, and we work back and forth,
17:22    so that none of us has an over -- a financial
17:23    burden due to acquisition of equipment.  So
```

Group: Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010     LS-1803
Description:    Page 18:3-20:12

```
18: 3          So I use a variety of
18: 4    analytical techniques, and it really depends
18: 5    on what you're looking at.  If you're looking
18: 6    at organic materials, you'll choose an
18: 7    infrared technique, FTIR.  If you're looking
18: 8    at inorganics, you'll choose SEM with an EDS
18: 9    detector.
18:10          If you're looking at gases, you
18:11    do gas chromatography.  If you're looking at
18:12    liquids, you do liquid chromatography and so
18:13    on.  pH testing.
18:14          And then there are specialized
18:15    tests that sometimes I'll recommend that I
18:16    don't necessarily do on a daily basis, but
18:17    they're part of my training and education and
18:18    experience, and so I pick those because I
18:19    think they are the best tests used for that
```

                              Streit durlist
18:20      particular purpose.
18:21              Q.      One of the tests that you
18:22      mentioned was SEM.  Just for the judge's
18:23      convenience, what is an SEM?
18:24              A.      An SEM is an abbreviation for a
18:
19: 1      scanning electron microscope, and that is
19: 2      something actually often used in the court
19: 3      system as a way to look at metals and
19: 4      inclusions and particles and to get an
19: 5      elemental analysis of what you're doing.
19: 6              It's essentially a larger piece
19: 7      of equipment where you place the sample in a
19: 8      chamber and you pull down a vacuum on it and
19: 9      then you hit the sample with an electron beam
19:10      and you look at the energy of what's coming
19:11      off the sample.
19:12              So each energy represents a
19:13      specific element, and you'll get a spectrum
19:14      where you can say, "Okay, this sample
19:15      contains sulfur, calcium, oxygen," which
19:16      would be consistent with gypsum, or it has a
19:17      strontium particle or an elemental sulfur
19:18      particle, based on the analysis that you do.
19:19              Q.      Okay.  And is that -- the SEM,
19:20      is that the type of testing that you did in
19:21      this litigation in the course of rendering
19:22      your opinions?
19:23              A.      It was one of the tests that I
19:24      did, yes.
19:
20: 1              Q.      And just talk to us about some
20: 2      of the other tests you did in this
20: 3      litigation.
20: 4              A.      There's a -- the optical
20: 5      microscopy test that I had talked about where
20: 6      you're using a light microscope, different
20: 7      types of light microscopes, depending on what
20: 8      you're doing, to get an assessment of what's
20: 9      in the sample.
20:10              In this case, I was looking for
20:11      elemental sulfur particles, so they have a
20:12      certain characteristic that you look for.

Group:  Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010      LS-2019
Description:    Page 20:19-22:3

20:19              Q.      And is that a method that you
20:20      would employ whether you were hired by an
20:21      insurance company to look at an issue for
20:22      them as -- you know, is it a new type of
20:23      test, or is it something you always do?
20:24              A.      No, who employs me has no
20:
21: 1      impact, as far as I'm concerned, on what
21: 2      tests I choose.  I choose the tests that I
21: 3      think are appropriate to solve the problem.
21: 4              Q.      Have you been -- prior to your
21: 5      work here with regard to Chinese drywall, had
21: 6      you been engaged by any companies to look at
21: 7      any type of drywall issues?
21: 8              A.      Yes, I have in the past.

                              Page 4

Streit durlist

| | | |
|---|---|---|
| 21: 9 | Q. | Can you tell us a little bit |
| 21:10 | about that? | |
| 21:11 | A. | The -- I have done work for |
| 21:12 | drywall companies, but actually, I've done | |
| 21:13 | more work for another engineering firm which | |
| 21:14 | goes by the name of Packer Engineering, which | |
| 21:15 | is a place that I was formerly employed. | |
| 21:16 | And they came to me and said, | |
| 21:17 | "We're having some analytical needs that we | |
| 21:18 | think you have better expertise to take care | |
| 21:19 | of, and so we would like you to help us with | |
| 21:20 | this project," and most of it was on domestic | |
| 21:21 | drywall. | |
| 21:22 | Q. | Okay.  And how long have you |
| 21:23 | been doing this for, you know, acting as a | |
| 21:24 | forensic chemist? | |
| 21: | | |
| 22: 1 | A. | Since 1987. |
| 22: 2 | Q. | Okay. |
| 22: 3 | A. | So 23 years, I guess. |

Group: Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010      LS-2206
Description:      Page 22:6-23:14

| | | |
|---|---|---|
| 22: 6 | | Before you were retained by the |
| 22: 7 | plaintiffs' committee in this litigation, had | |
| 22: 8 | you had any experience with Chinese drywall? | |
| 22: 9 | A. | My experience with Chinese |
| 22:10 | drywall and this particular issue of the | |
| 22:11 | odors and corrosive questions actually | |
| 22:12 | started with a contact from David Krause from | |
| 22:13 | the Florida Department of Health. | |
| 22:14 | David and I have worked | |
| 22:15 | together in the past on, actually, many | |
| 22:16 | analytical projects; and, in fact, I met | |
| 22:17 | David and was working with him while he was | |
| 22:18 | still doing his thesis and was somewhat of a | |
| 22:19 | mentor figure for him, to guide him through | |
| 22:20 | his thesis work.  And then it's just kind of, | |
| 22:21 | you know, progressed from there.  It's a | |
| 22:22 | back-and-forth colleague relationship. | |
| 22:23 | Q. | So David Krause from the |
| 22:24 | Florida Department of Health called you about | |
| 22: | | |
| 23: 1 | Chinese drywall.  Tell us what he called you | |
| 23: 2 | for. | |
| 23: 3 | A. | He called and he said, "Explain |
| 23: 4 | to me" -- the Florida homeowners were | |
| 23: 5 | experiencing odors coming out of their home | |
| 23: 6 | and that they suspected that the drywall was | |
| 23: 7 | potentially a source, and that they were also | |
| 23: 8 | experiencing corrosion issues, and he knows | |
| 23: 9 | that I've done work on corrosion. | |
| 23:10 | And so he said, "Can I send you | |
| 23:11 | some samples?  I'd like you to take a look at | |
| 23:12 | them and see if you can see what you see. | |
| 23:13 | What are the major differences that are | |
| 23:14 | jumping out at you?" | |

Group: Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010      LS-2419
Description:      Page 24:19-25:1

Streit durlist

```
24:19          A.      He sent me four samples.  One
24:20   of them was marked -- although he has his own
24:21   identifications, one of them had a Knauf
24:22   marking; one of them said, "Made in China";
24:23   one of them was unmarked; and then one of
24:24   them, I believe, was Grid Marks, which is a
24:
25: 1   National Gypsum product.
```

Group:  Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010      LS-2519
Sync'd Exhibits - P1.2054
     Description:     Page 25:19-28:7

```
25:19          Q.      All right.  Dr. Streit, what
25:20   I'm going to mark and show you -- for the
25:21   record, what I've just marked as Streit
25:22   Exhibit 1, could you please describe what
25:23   that is?
25:24          A.      This is a -- this is a copy of
25:
26: 1   the report that I issued to Dr. David Krause
26: 2   of the Florida Department of Health, dated
26: 3   March 17th, 2009.
26: 4          Q.      Okay.  And what does -- what do
26: 5   you have in that report?  What does it show?
26: 6   Does it show testing that you did on behalf
26: 7   of the Florida Department of Health?
26: 8          A.      Yes.  This is a report on the
26: 9   initial study of the four samples that David
26:10   sent to me and asked me to characterize.
26:11          Q.      Okay.  And tell us what you
26:12   found.
26:13          A.      Basically, what we were finding
26:14   that stood out in this report -- and I should
26:15   go back.  I'm sorry.
26:16          In addition, he did send me a
26:17   piece of copper tubing that had blackened on
26:18   the surface.
26:19          Q.      Okay.
26:20          A.      So we can start with that.  We
26:21   took a sample of that off with what's called
26:22   a tungsten needle.  It's a very fine point,
26:23   so you can scrape material off.  And we did
26:24   an SEM/EDS of that material and determined
26:
27: 1   that that was rich in sulfur and in copper --
27: 2          Q.      Okay.
27: 3          A.      -- with a just a trace of
27: 4   oxygen.  And so it was pretty clear at that
27: 5   point that because of the lack of oxygen, it
27: 6   would be a sulfide, and it's also black, as
27: 7   opposed to green.
27: 8          But just to confirm, we sent it
27: 9   for XRD, which is an x-ray diffraction
27:10   technique, and that technique is designed to
27:11   give you the actual chemical composition; in
27:12   other words, that it's a sulfide or a sulfate
27:13   or whatever it happens to be, so --
27:14          Q.      And XRD, is that a type of test
27:15   that chemists regularly employ to --
27:16          A.      For that type of purpose, yes.
```

Page 6

Streit durlist

```
27:17          Q.      Okay.
27:18          A.      So it's confirmatory of what we
27:19   actually saw by SEM.
27:20          Q.      Okay.
27:21          A.      Then we went on, and with
27:22   respect to the drywall, we did determine that
27:23   as a result of the testing, we were seeing
27:24   differences in the domestic product, which
27:
28: 1   was the Grid Marks product, versus the
28: 2   Chinese product.
28: 3                  We saw strontium inclusions,
28: 4   which are particles that were in the gypsum
28: 5   of the Chinese products, as opposed to the
28: 6   American products or domestically produced
28: 7   products.
```

Group:       Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010       LS-2814
Description:      Page 28:14-29:17

```
28:14                  But it was clear that there was
28:15   a difference in strontium; and actually
28:16   subsequently to that, we did ICP and
28:17   confirmed that the strontium levels were
28:18   higher in the Chinese-made product as opposed
28:19   to the domestic product.
28:20          Q.      Okay.  Now, you used the term
28:21   "ICP."  Again, just for Judge Fallon's
28:22   benefit, what does that mean?
28:23          A.      "ICP" stands for inductively
28:24   coupled plasma.  And it's just a fancy term
28:
29: 1   for heating the sample up in a plasma
29: 2   environment and then it emits a signal, which
29: 3   you then detect using a mass spectrometer;
29: 4   and each element has a distinct weight, so
29: 5   it's separated by its mass.
29: 6          Q.      And this test, is this a test
29: 7   that's generally accepted by chemists to be
29: 8   used for that type of purpose?
29: 9          A.      Yes, it's used for the purpose
29:10   of looking at trace elements, specifically
29:11   metals --
29:12          Q.      Okay.
29:13          A.      -- and various substrates.
29:14          Q.      Now, Dr. Krause, at some point,
29:15   had published a poster at a conference.  Are
29:16   you aware of that?
29:17          A.      Yes, he did.
```

Group:       Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010       LS-2924
Description:      Page 29:24-30:10

```
29:24          A.      The poster that I believe
29:
30: 1   you're referring to was presented at a
30: 2   technical conference that occurred in
30: 3   November in Tampa, Florida, where scientists
30: 4   were invited to submit an abstract with
30: 5   regard to their work on the Chinese
30: 6   problematic drywall situation; and a panel
```

Page 7

```
                          Streit durlist
     30: 7      from the university of Florida then reviewed
     30: 8      all of the abstracts and selected the ones
     30: 9      that they thought were appropriate to be
     30:10      presented at the conference.
```

```
   Group:  Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010      LS-3014
   Description:   Page 30:14-31:5
```

```
     30:14              So the posters and
     30:15      presentations that were presented at the
     30:16      conference, were they reviewed -- they were
     30:17      independently reviewed, you're saying?
     30:18          A.   They were independently
     30:19      reviewed by the University of Florida,
     30:20      members of the staff, so professors at the
     30:21      University of Florida.
     30:22          Q.   Would people in your field
     30:23      consider that a peer-review process?
     30:24          A.   To some extent, yes.  I mean,
     30:
     31: 1      they are our peers, obviously.  And there was
     31: 2      a review process that went on, and there were
     31: 3      some -- my understanding from talking with
     31: 4      David is some of them were rejected, and then
     31: 5      others were accepted and allowed to present.
```

```
   Group:  Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010      LS-3122
Sync'd Exhibits - P2.0099
   Description:   Page 31:22-32:18
```

```
     31:22          Q.   All right.  Dr. Streit, let me
     31:23      show you what I've marked as Exhibit 2,
     31:24      Streit Exhibit 2.  And for the record, I just
     31:
     32: 1      have to put the exhibit number, the actual
     32: 2      trial exhibit number.  It's P2.0099.
     32: 3              And can you identify for
     32: 4      Judge Fallon what this is that we've just
     32: 5      marked as Exhibit 2?
     32: 6          A.   In my understanding of what
     32: 7      this is, is this is David Krause's
     32: 8      presentation, poster presentation, at that
     32: 9      conference.  And what he had done was he sent
     32:10      samples to three different laboratories, one
     32:11      of which was our laboratory, Unified
     32:12      Engineering, and he asked for a
     32:13      characterization of the drywall.
     32:14              And he was comparing the
     32:15      various methods to see whether everyone that
     32:16      looked at it came up with the identifications
     32:17      that were consistent, whether it was domestic
     32:18      or whether it was a Chinese-made product.
```

```
   Group:  Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010      LS-3320
Sync'd Exhibits - P2.0099.002
   Description:   Page 33:20-33:24
```

```
     33:20          Q.   And, Dr. Streit, do you see the
     33:21      name of your company listed anywhere on this
     33:22      poster?
```

```
                              Streit durlist
        33:23          A.      In "Participating
        33:24     Laboratories," we're listed as Laboratory C.
```

```
        Group:  Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010     LS-3411
        Description:     Page 34:11-35:3
```

```
        34:11          Q.      Okay.  And have you reviewed
        34:12     any of the presentations, other than
        34:13     Dr. Krause's, that were made at the Tampa
        34:14     conference?
        34:15              By the way, just for the
        34:16     record, when was that conference?  I don't
        34:17     know if you said the date.
        34:18          A.      It was in November of last
        34:19     year.
        34:20          Q.      Of 2009?
        34:21          A.      2009.
        34:22          Q.      Okay.  And had you reviewed any
        34:23     of the other presentations that were made at
        34:24     that conference?
        34:
        35: 1          A.      I have.
        35: 2          MR. SEEGER:  Okay.  I'll just
        35: 3     mark a few.
```

```
        Group:  Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010     LS-3512
Sync'd Exhibits - P2.0095
        Description:     Page 35:12-35:20
```

```
        35:12          Q.      All right.  Let me start
        35:13     handing these to you.
        35:14              Dr. Streit, what we've marked
        35:15     as Exhibit 3 is a presentation done by a
        35:16     Thomas Gauthier, Ph.D., and the title is
        35:17     "Proposed Mechanism for the Release of
        35:18     Reduced Sulfur Compounds from Corrosive
        35:19     Imported Drywall."  Also, for the record, its
        35:20     trial exhibit number is P2.0093-0001.
```

```
        Group:  Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010     LS-3613
Sync'd Exhibits - P2.0093
        Description:     Page 36:13-36:18
```

```
        36:13          Q.      And let me also -- what I'm
        36:14     handing to you, which has been marked as
        36:15     Streit Exhibit 4, is a presentation by Robert
        36:16     DeMott, who's a PhD, "Corrosive Imported
        36:17     Wallboard, Investigating Emissions."  I'll
        36:18     hand that to you.
```

```
        Group:  Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010     LS-3702
Sync'd Exhibits - P2.0091
        Description:     Page 37:2-37:6
```

```
        37: 2          Q.      Streit Exhibit 5, and the trial
        37: 3     exhibit number is P2.0091-0001, is a
        37: 4     presentation by Tony Worthan, MPH, "Chemical
        37: 5     Emissions Including Sulfur Compounds from
        37: 6     Chinese Produced Drywall."
```

Streit durlist

Group:  Lori A. Streit, Ph.D.– Trial Deposition – 02/17/2010     LS-3715
Sync'd Exhibits – P2.0151
        Description:   Page 37:15-38:9

    37:15              Q.      And then Exhibit 6, Streit
    37:16      Exhibit 6, which is trial-stamped
    37:17      P2.0151-0001, is Michael Tuday and others
    37:18      from Columbia Analytical Services.  The title
    37:19      is "Measurement of Corrosive, Odorous and
    37:20      Potentially Harmful Gases from Imported and
    37:21      Domestic Wallboard."
    37:22              All right.  Do you have all
    37:23      four of those?
    37:24      A.      I do.
    37:
    38: 1              Q.      Let me just start by asking
    38: 2      you, Dr. Streit:  Have you seen these
    38: 3      presentations?
    38: 4      A.      I have reviewed all of these
    38: 5      presentations.
    38: 6              Q.      And are these materials that
    38: 7      you've relied upon in giving opinions in this
    38: 8      case?
    38: 9      A.      They are.


Group:  Lori A. Streit, Ph.D.– Trial Deposition – 02/17/2010     LS-3813
        Description:   Page 38:13-38:24

    38:13              Let me ask you this with regard
    38:14      to your experience with Chinese drywall:  How
    38:15      many samples of drywall, Chinese drywall and
    38:16      other drywall, in the context of looking at
    38:17      problems of Chinese drywall, have you looked
    38:18      at since you've been introduced to this by
    38:19      Dr. Krause?
    38:20      A.      Probably five to 600 total.
    38:21      Q.      Okay.  And out of the five to
    38:22      600, do you have any idea of how many of
    38:23      those were identified as Chinese drywall
    38:24      versus domestic drywall?


Group:  Lori A. Streit, Ph.D.– Trial Deposition – 02/17/2010     LS-3903
        Description:   Page 39:3-39:20

    39: 3      A.      I'd have to go through the
    39: 4      list, but I did provide a table; and if I
    39: 5      knew what the source was, I listed that in
    39: 6      the table.  So without sitting here and
    39: 7      counting them up, I really am not sure, but
    39: 8      my estimate would be probably 50 to 70 or so.
    39: 9      BY MR. SEEGER:
    39:10      Q.      Okay.  And these samples have
    39:11      been sent to you from various sources; is
    39:12      that fair to say?
    39:13      A.      I have received homeowners --
    39:14      samples from homeowners, samples from other
    39:15      industrial hygienists, samples from
    39:16      remediation companies, samples from various
    39:17      attorneys, from various government agencies.

Page 10

                              Streit durlist
      39:18      Basically, I think I've gotten samples from
      39:19      every aspect of people who would be exposed
      39:20      to this problem.


Group:   Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010      LS-4109
Description:      Page 41:9-41:19

      41: 9            Q.      Now, tell us -- before we move
      41:10      into the specific opinions in this case, tell
      41:11      us what the results of your testing for the
      41:12      Florida Department of Health resulted in.
      41:13      What did it show you?  What did you see?
      41:14            A.      I'm seeing differences that I
      41:15      thought were real and should be explored
      41:16      further.
      41:17            Q.      Differences, you mean, between
      41:18      the Chinese drywall --
      41:19            A.      And the domestic product.


Group:   Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010      LS-4122
Description:      Page 41:22-42:16

      41:22            A.      And so at that point, I wound
      41:23      up getting in a discussion and conversation
      41:24      with the EPA, the CPSC, the Department of
      41:
      42: 1      Florida.  There were representatives from the
      42: 2      drywall manufacturers also on the conference
      42: 3      call, and we had a one-and-a-half-to-two-hour
      42: 4      conference call about the findings.  And
      42: 5      where do you go from there, you know?
      42: 6            Q.      Did you present your findings
      42: 7      on that conference call?
      42: 8            A.      I did talk to them about --
      42: 9      they were all familiar with it because they'd
      42:10      already read the report.  They had specific
      42:11      questions, which I answered for them.
      42:12            And then we started to talk
      42:13      about, you know, what direction should we go
      42:14      in?  They were asking questions about further
      42:15      testing, and so I gave them ideas on, you
      42:16      know, where -- what I thought they should do.


Group:   Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010      LS-4223
Description:      Page 42:23-44:5

      42:23            Q.      Have you been involved in any
      42:24      testing that's been used by the CPSC?
      42:
      43: 1            A.      Yeah, there's -- some of the
      43: 2      testing that I have done, which was actually
      43: 3      done, commissioned by the CPSC, but they
      43: 4      hired a facilitator, if you will; and they
      43: 5      said, "Okay, you know, we want you to
      43: 6      coordinate all the testing from different
      43: 7      laboratories," and so I was sent samples, and
      43: 8      sent results back.
      43: 9            Q.      Dr. Streit, let me ask you
      43:10      this:  So before anybody in this case had
      43:11      sent you any samples related to the Germano

Streit durlist

```
43:12     homes that we're going to be talking about,
43:13     what conclusions had you reached about
43:14     Chinese drywall in connection with the work
43:15     you were doing for the Florida Department of
43:16     Health and the CPSC, in your own testing?
43:17          A.     From my testing, I was seeing
43:18     sulfur gas emissions, meaning that I was
43:19     seeing hydrogen sulfide, I was seeing
43:20     carbonyl sulfide, and I was seeing carbon
43:21     disulfide in the samples that were sent to
43:22     me.  So I think that needed to be explored
43:23     further.
43:24               And then I was also seeing a
43:
44: 1     difference in the strontium, which drew up a
44: 2     flag for me, and I was looking further,
44: 3     really, at that.  Those are the two main
44: 4     tests out of the initial report that I was
44: 5     somewhat focusing on.
```

Group:  Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010     LS-4412
Description:     Page 44:12-45:3

```
44:12          A.     I continued to look at
44:13     corrosion deposits on metals for clients as
44:14     well.
44:15          Q.     And so the client -- were these
44:16     metals being sent to you -- who were they
44:17     being sent to you by?
44:18          A.     Sometimes, the manufacturer of
44:19     the HVAC equipment.  Sometimes, they were
44:20     sent by investigators that would go out in
44:21     the field and cut out a piece of the coil or
44:22     a piece of wiring and send it to me.
44:23          Q.     And did the CPSC ultimately
44:24     make available results of testing that they
44:
45: 1     had done?
45: 2          A.     I think they've done that
45: 3     several times.
```

Group:  Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010     LS-4512
Sync'd Exhibits - P1.019
Description:     Page 45:12-47:18

```
45:12          Q.     All right.  Dr. Streit, let me
45:13     show you what we've just marked as Exhibit 7,
45:14     and it's the trial exhibit number
45:15     P1.019-0001.
45:16               And can you identify what that
45:17     is for Judge Fallon, please?
45:18          A.     Yes.  This is the CPSC's
45:19     report -- or part of the report that was put
45:20     out on November 23rd of last year.  And it
45:21     looks like this is the particular report
45:22     section that deals with the chemical analysis
45:23     portion, and I have to go through and see.
45:24               It doesn't look like the
45:
46: 1     corrosion part is in here, so this is more of
46: 2     the chemical sampling part of the report.
```

Page 12

                          Streit durlist
46: 3              Q.      And have you reviewed this?
46: 4              A.      I have reviewed it, yes.
46: 5              Q.      And are the findings with
46: 6      regard to Chinese drywall that you found and
46: 7      what's in this report consistent, in your
46: 8      opinion?
46: 9              A.      Yeah, they're consistent.  I
46:10      tended to find that these strontium levels
46:11      were a little bit higher than they're saying.
46:12      Their value apparently goes down to 1200 ppm
46:13      strontium, and most of what I'm seeing was
46:14      above 1800 or so, although there are
46:15      outliers.   I do see some that are below 1200.
46:16              But from a consistent point of
46:17      view, I think the important thing is that
46:18      there's a difference in the strontium levels,
46:19      being that it's elevated in the Chinese
46:20      drywall and not elevated in the domestically
46:21      produced product.
46:22              Q.      And that difference, is that
46:23      also -- is your finding of that difference in
46:24      the strontium levels -- is that consistent
46:
47: 1      with what you've seen published by the
47: 2      Florida Department of Health as well?
47: 3              A.      Yes.  They were finding the
47: 4      same thing, as were many people who presented
47: 5      at the conference.
47: 6              Q.      And what about -- now going
47: 7      back to the CPSC report that you have in your
47: 8      hand, marked as Exhibit 7, what about with
47: 9      regard to off-gassing?
47:10              A.      With regard to off-gassing,
47:11      they're saying that they find hydrogen
47:12      sulfide, that they measure in the homes by
47:13      the use of a passive sampler, meaning that
47:14      they're taking an average over a two-week
47:15      span, as to opposed a -- they did do grab
47:16      samples, but apparently they've abandoned
47:17      that.   They don't even really mention it in
47:18      their summary.


Group:  Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010     LS-5019
Description:    Page 50:19-50:21

    50:19              Q.      Okay.  I'm going to hand you
    50:20      what we've just marked as Streit Exhibit 9,
    50:21      which is trial-marked P1.1804-0001.


Group:  Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010     LS-5107
Sync'd Exhibits - P1.1804
Description:    Page 51:7-52:9

    51: 7              Q.      Can you identify for
    51: 8      Judge Fallon what I've just handed you and
    51: 9      marked as Streit Exhibit 9?
    51:10              A.      This is a summary of work that
    51:11      was released by the interagency task force
    51:12      studying the -- the government task force
    51:13      studying the drywall on October 29th of 2009,
    51:14      so it predates the 50-home -- 51-home study.

```
                              Streit durlist
          51:15              This one is indoor air testing
          51:16   of ten homes from the Florida and Louisiana
          51:17   area, and then they actually allude to the
          51:18   fact that they're going to be releasing a
          51:19   more comprehensive 50-home study at that
          51:20   time.
          51:21              Q.    Okay.   And is this something
          51:22   you reviewed?
          51:23              A.    I did review it, yes.
          51:24              Q.    And both with regard to Streit
          51:
          52: 1   Exhibit 8, which is the CPSC study, and
          52: 2   Exhibit 9, which is the Florida Department of
          52: 3   Health study, have you relied upon both of
          52: 4   those in rendering your opinions in this
          52: 5   case?
          52: 6              A.    Again, this is something that
          52: 7   I've looked at, and yes, I have relied upon
          52: 8   it.  It's consistent with what I've seen in
          52: 9   my own testing.
```

Group:  Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010      LS-5301
Description:     Page 53:1-53:5

```
          53: 1              Q.    So you've looked at both of
          53: 2   these, and you've relied on these in
          53: 3   connection with rendering your opinions in
          53: 4   that case; is that fair?
          53: 5              A.    I have.
```

Group:  Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010      LS-5406
Description:     Page 54:6-55:8

```
          54: 6   you this, Dr. Streit:  With regard to the
          54: 7   Germano homes that are the subject of this
          54: 8   hearing that Judge Fallon is presiding over,
          54: 9   what were you asked to do by the plaintiffs'
          54:10   lawyers in this case?
          54:11              A.    I was asked to visit the home,
          54:12   and then I was asked to analyze samples that
          54:13   were harvested from the homes and determine
          54:14   if, in fact -- the testing that I would
          54:15   normally run on these samples at that point,
          54:16   whether I was seeing elevated levels of
          54:17   strontium, whether I was seeing strontium
          54:18   inclusions, whether I could analyze the black
          54:19   deposits and determine whether that was
          54:20   copper sulfide or copper oxide, looking at
          54:21   off-gassing to see whether the samplers were
          54:22   going to admit the hydrogen sulfide, carbonyl
          54:23   sulfide and carbon disulfide that we were
          54:24   essentially seeing; and then to also, in
          54:
          55: 1   conjunction with reviewing other materials,
          55: 2   draw conclusions, based on my work and review
          55: 3   of others.
          55: 4              Q.    Okay.  Let me start with your
          55: 5   conclusions here.  What did you see with
          55: 6   regard to elevated strontium off-gassing and
          55: 7   corrosion in the homes you visited in the
          55: 8   Germano litigation?
```

Streit durlist

Group:        Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010        LS-5510
Description:        Page 55:10-56:5

```
55:10                 A.        With respect to off-gassing,
55:11        when I walked into the three houses that
55:12        contained suspected drywall that was produced
55:13        in China, the homes have a very distinct and
55:14        noticeable odor.
55:15                 It's -- it was something that
55:16        in certain areas the home was stronger than
55:17        in others, and as the day progressed,
55:18        actually somewhat became a little irritating
55:19        to my eyes and was causing me to cough a
55:20        little bit, which subsequently, as I got more
55:21        fresh air, was better.
55:22                 I then went into what was
55:23        considered to be a control home, where there
55:24        was no drywall manufactured from China; and I
55:
56: 1        looked at the copper surfaces in that home,
56: 2        the wiring and the bathroom plumbing and so
56: 3        on, and determined that I didn't see any
56: 4        visible sign of corrosion, nor did I perceive
56: 5        an odor in that home.
```

Group:        Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010        LS-5609
Description:        Page 56:9-57:17

```
56: 9        I mean, did you -- those were sort of your
56:10        visual observations.  What about your testing
56:11        analysis?
56:12                 A.        Those samples were tested in a
56:13        humidified environment, just like many of the
56:14        other samples have done, where you take a
56:15        piece of the drywall, you take off the paper,
56:16        and then you place the sample in a humidified
56:17        environment for a period of time, typically
56:18        48 hours, and then you measure the gases
56:19        which come out of that drywall to determine
56:20        what they are.  Are they hydrogen sulfide?
56:21        Are they carbonyl sulfide?  Are they carbon
56:22        disulfide?  Are they another sulfur gas, or
56:23        are they something else?
56:24                 Q.        And what did you find?
56:
57: 1                 A.        When the samples are
57: 2        humidified, what we tend to see is carbonyl
57: 3        sulfide and carbon disulfide at elevated
57: 4        levels, because the hydrogen sulfide, as it
57: 5        turns out, is absorbed by the moisture as a
57: 6        result of the way the test is run.
57: 7                 And so when we went back and
57: 8        ran those dry, you get a hydrogen sulfide
57: 9        emission, which you miss if you run the
57:10        samples humidified.  So you see all three
57:11        gases that will be given off by the Chinese
57:12        drywall that -- the hydrogen sulfide, we
57:13        don't see coming out of the domestic product
57:14        at all.  There are a couple of instances
57:15        where you may see carbonyl sulfide in
```

                              Streit durlist
        57:16     domestic product, but it's at pretty low
        57:17     levels.


Group:  Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010     LS-5720
Description:     Page 57:20-57:24

        57:20     what type of tests did you do with regard to
        57:21     off-gassing?
        57:22            A.      This is a GC mass spec test.
        57:23     That stands for gas chromatography, and it's
        57:24     a mass spectrometry detector.


Group:  Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010     LS-5806
Description:     Page 58:6-58:12

        58: 6            Q.      All right.  Let me ask you
        58: 7     this:  With regard to the testing for
        58: 8     off-gassing, the method that you used, do you
        58: 9     have an opinion as to whether that is a more
        58:10     reliable method for measuring off-gassing
        58:11     than, let's say, certain indoor air quality
        58:12     tests?


Group:  Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010     LS-5815
Description:     Page 58:15-61:12

        58:15            A.      Well, they're ASTM tests that
        58:16     are designed to measure the off-gassing under
        58:17     a controlled set of conditions, so that you
        58:18     are essentially putting a piece of drywall in
        58:19     a container and you are trapping the gases
        58:20     that come out, so you can actually measure
        58:21     them, as opposed to taking air samples in a
        58:22     house, where, quite frankly, it's really
        58:23     hit-or-miss.
        58:24            You know, if you talk to the
        58:
        59: 1     homeowners, sometimes they smell something,
        59: 2     sometimes they don't, so when do you take
        59: 3     your sample?  Do you wait until the
        59: 4     homeowners smell something, or, you know,
        59: 5     what do you do?
        59: 6            And I think that that was my
        59: 7     initial criticism of air sampling, and the
        59: 8     reason why I had expressed that opinion to
        59: 9     the CPSC and David, that I really didn't
        59:10     think the air sampling was very productive.
        59:11            I really thought it would be
        59:12     better, if you want to find out if the
        59:13     drywall is a problem, you have to control the
        59:14     test better.
        59:15     BY MR. SEEGER:
        59:16            Q.      Now, when you say this is the
        59:17     opinion you gave to David, you're saying this
        59:18     is what you had said to David Krause at the
        59:19     Florida Department of Health, just to be
        59:20     clear?
        59:21            A.      Right.  That is correct.
        59:22            Q.      Let's talk some about what you
        59:23     observed in the Germano homes that have

                              Page 16

```
                                Streit durlist
59:24        Chinese drywall and the control home there
59:
60: 1        with regard to corrosion.
60: 2                 A.      The Germano homes have
60: 3        corrosion that are pretty widespread.  When
60: 4        you go in the home, if you look at the copper
60: 5        tubing in the bathrooms, the water lines,
60: 6        they're black.
60: 7                 If you open up the back of the
60: 8        refrigerator and you look at all of the
60: 9        associated tubing and wiring that's in the
60:10        back of the refrigerator, that was all back.
60:11                 In one case, the lamp wire
60:12        going up all the way to the ceiling, you
60:13        could see that the wires were black
60:14        underneath; and, in fact, we later analyzed
60:15        those samples.
60:16                 You saw it when we looked at
60:17        the alarm systems, and you took the cover off
60:18        the alarm system.  You could see darkening of
60:19        the wires on the alarm systems.
60:20                 Then we went up and looked at
60:21        the air-conditioning coils.  And in the one
60:22        home, I think it was the McKellar home, the
60:23        coil had only been in there for two months,
60:24        and it was black.
60:
61: 1                 Q.      The HVAC coil?
61: 2                 A.      The HVAC coil.
61: 3                 And then, of course, we'd look
61: 4        at the outlet covers and take the outlet
61: 5        covers off and look at the wires, and they
61: 6        were blackened.  There were picture frames
61: 7        which showed some blackening.
61: 8                 If you looked at the
61: 9        chrome-plated fixtures in the bathroom, they
61:10        were all blackened.  The mirror backing was
61:11        affected.  It was actually pretty pervasive
61:12        in the entire house.
```

Group:  Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010      LS-6115
Description:    Page 61:15-63:2

```
61:15        corrosion on metals.  What is the
61:16        significance of you seeing black on the
61:17        metals that you observed in the Germano
61:18        homes?
61:19                 A.      It's different than what you
61:20        would consider normal aging or, you know,
61:21        aging corrosion as a result of being in an
61:22        oxidizing environment, in the air.
61:23                 What we're seeing are deposits
61:24        of black material on the surface, actually,
61:
62: 1        you know, physical deposits on the surface,
62: 2        so -- and that's the formation of the
62: 3        sulfide, which then was corroding the metal
62: 4        underneath.
62: 5                 And visually, it appears
62: 6        different.  It's not a thin discoloration
62: 7        layer.  It's actually a material on the
62: 8        surface that you can scrape and analyze,
```

```
                            Streit durlist
62: 9     whereas oxidation, it's very difficult to do
62:10     that.  You wind up analyzing the entire
62:11     substrate.
62:12          Q.      Well, do you have an opinion as
62:13     to whether this is the kind of corrosion that
62:14     you can just kind of wipe off the wires?
62:15          A.      The corrosion, you can't wipe
62:16     off.  And even the black material, some of it
62:17     you can wipe off -- you know, we're doing
62:18     that to collect samples -- but not all of it.
62:19     And, in fact, some of it is held on quite
62:20     tightly.  Other material, you can poke at it,
62:21     and then it will flake off.
62:22               And then in some places, you
62:23     can't get it off at all because it's held on
62:24     by the corrosion pits, if you will.  So, you
62:
63: 1     know, you're not going to be able to just
63: 2     wipe it off.
```

Group:  Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010     LS-6306
Description:     Page 63:6-64:7

```
63: 6          Q.      Well, do you have experience
63: 7     doing -- you know, looking at corrosive
63: 8     metals, metals that have corrosion on them?
63: 9          A.      Very often I look at problems
63:10     involving corrosion and oxidation of the
63:11     surface, deposits on the surface.  I look at
63:12     the extent of corrosion, pitting, whether
63:13     it's penetrated through the metal, whether
63:14     it's, quote/unquote, "formicary," so it's
63:15     tunneling in.
63:16               It really -- and those samples
63:17     are something that I get quite frequently
63:18     because that's a pretty large problem in the
63:19     world we live in, with exposure to chemicals
63:20     and thing.
63:21          Q.      And is that a large part of
63:22     what you do generally in connection with
63:23     you -- the work you do for industry, is
63:24     looking at corrosion and telling your clients
63:
64: 1     in that case the cause or the extent of the
64: 2     corrosion?
64: 3          A.      Sure.  What's in the corrosion
64: 4     deposit, what I believe is causing it, and
64: 5     then sometimes we talk about how to fix the
64: 6     problem.  But typically, they come to me
64: 7     because they need the analysis done.
```

Group:  Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010     LS-6409
Description:     Page 64:9-64:14

```
64: 9     know, how long have you been working on
64:10     identifying corrosion problems and the extent
64:11     of corrosion for anybody who's ever hired you
64:12     to do it?
64:13          A.      I've been doing that for my
64:14     entire professional career.
```

Streit durlist

Group:  Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010      LS-6423
Sync'd Exhibits - P1.2023
      Description:      Page 64:23-65:9

            64:23      Q.      Dr. Streit, I'd like to mark
            64:24      for you the report that you gave in December
            64:
            65: 1      on behalf of the Germano plaintiffs, and your
            65: 2      supplemental report that you did in January.
            65: 3      For the record, what I'm marking as Streit-8
            65: 4      is Trial Exhibit P1.2023-0001.
            65: 5            And is that a start of your
            65: 6      report that I've marked as Streit-8?
            65: 7      A.      Without counting up all the
            65: 8      pages, it does appear to be a copy of my
            65: 9      report.


Group:  Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010      LS-6516
Sync'd Exhibits - P1.2025
      Description:      Page 65:16-66:6

            65:16      Q.      Okay.  And then I've also
            65:17      marked as Streit-10 -- sorry we went out of
            65:18      order -- your supplemental report.  Would you
            65:19      please take a look and confirm -- ooh, let me
            65:20      just read for the record.  It's Trial
            65:21      Exhibit No. P1.2025-0001?
            65:22            Is that your supplemental
            65:23      report?
            65:24      A.      Yes, it is.
            65:
            66: 1      Q.      Okay.  Now, Dr. Streit, take
            66: 2      your report from December please, and
            66: 3      consistent with what we've been discussing on
            66: 4      corrosion, you've included some photographs;
            66: 5      is that correct?
            66: 6      A.      I have.


Group:  Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010      LS-6612
Sync'd Exhibits - P1.2023,P1.2023-0050
      Description:      Page 66:12-67:5

            66:12            But I want to start with the
            66:13      photos on page -- actually, if you look at
            66:14      the last four numbers, you see where it's got
            66:15      a P number?
            66:16      A.      Yes, sir.
            66:17      Q.      It's dash 0050, if you can go
            66:18      to that page.
            66:19      A.      Okay.
            66:20      Q.      So assuming that we'll have
            66:21      this page up in front of Judge Fallon, could
            66:22      you please tell the judge what is here?
            66:23      A.      This was the air-conditioning
            66:24      coil that was taken out of the McKellar home
            66:
            67: 1      after I had visited that home in November.
            67: 2      Q.      Okay.  All four of these photos
            67: 3      show that?
            67: 4      A.      Yes.  All -- well, no, one,

```
                             Streit durlist
      67: 5       two, three.


      Group:  Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010    LS-6710
Sync'd Exhibits - P1.2023-0050.001,P1.2023-0050.002,P1.2023-0050.003
      Description:     Page 67:10-69:3

            67:10            Q.      Okay.  Let's start with the
            67:11    upper left-hand corner, and please tell
            67:12    Judge Fallon what that shows.
            67:13            A.      This is a picture of the end of
            67:14    the A/C coil where the installation date was
            67:15    noted as September 6th of '09.
            67:16            Q.      Okay.
            67:17            A.      And what it's showing is the
            67:18    ends of the copper coils which would normally
            67:19    be a copper color, may not necessarily be
            67:20    shiny, but they're a copper color.  And as
            67:21    you can see, they've been blackened, and they
            67:22    have deposits on them; as well as the upper
            67:23    right-hand one, which is the extension of the
            67:24    copper tube from the end of the
            67:
            68: 1    air-conditioning coil.
            68: 2            Q.      Now, is the upper right-hand
            68: 3    photo a good example of the blackening that
            68: 4    you saw?
            68: 5            A.      It shows up much better in that
            68: 6    photograph than it does in the prior
            68: 7    photograph.
            68: 8            Q.      Okay.  And then if you could
            68: 9    tell us what the lower left-hand photo
            68:10    demonstrates.
            68:11            A.      That's a documentation of the
            68:12    area where I scraped off the black material
            68:13    and then did an SEM/EDS analysis to confirm
            68:14    that, in fact -- or identify that it was
            68:15    copper and sulfur.
            68:16            Q.      Okay.  And what is the
            68:17    significance of finding copper and sulfur on
            68:18    that HVAC coil right there?
            68:19            A.      That it's a copper sulfide, and
            68:20    sulfides form from exposure to sulfide gases.
            68:21            Q.      Okay.  And the sulfide gases
            68:22    that you've identified in your testing are
            68:23    hydrogen sulfide?
            68:24            A.      Not only myself, but the CPSC
            68:
            69: 1    and many others have identified hydrogen
            69: 2    sulfide, carbonyl sulfide and carbon
            69: 3    disulfide.


      Group:  Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010    LS-7003
      Description:     Page 70:3-70:5

            70: 3            Now, what are the significance
            70: 4    of these three compounds in your opinion with
            70: 5    regard to corrosion in the home?


      Group:  Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010    LS-7008
Sync'd Exhibits - P1.2023-0063
```

```
                              Streit durlist
Description:      Page 70:8-70:18

        70: 8              A.      They are reduced sulfur gases,
        70: 9     meaning that they will corrode metal and they
        70:10     will leave an odor and they will leave --
        70:11     react with the metal in order to form the
        70:12     metal sulfide.
        70:13     BY MR. SEEGER:
        70:14              Q.      Is this new chemistry you've
        70:15     invented, or has this been around?
        70:16              A.      It's been around forever.
        70:17              Q.      Okay.  Now, take a look at the
        70:18     photos on page 0036 of your report.  All


    Group:  Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010       LS-7022
Sync'd Exhibits - P1.2023-0063.001,P1.2023-0063.002,P1.2023-0063.003
    Description:      Page 70:22-71:18

        70:22     starting from the upper left, could you tell
        70:23     us what these show?
        70:24              A.      This is an outlet that was
        70:
        71: 1     taken from the Heischober house.
        71: 2              Q.      Okay.
        71: 3              A.      Hence the initials "SLH."
        71: 4              Q.      Okay.
        71: 5              A.      And the close-up that you see
        71: 6     on the upper right is a digital camera
        71: 7     photograph of the blackened surface of the
        71: 8     ground wire that is attached to the outlet.
        71: 9              Q.      Okay.
        71:10              A.      And then the lower right-hand
        71:11     corner is a 40x microscopic image of the
        71:12     blackened surface of the copper wire.
        71:13              Q.      Let me just correct one thing.
        71:14     You said -- that's the lower left-hand
        71:15     corner.
        71:16              A.      Did I say "right"?
        71:17              Q.      Yeah.
        71:18              A.      I'm sorry, the lower left.


    Group:  Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010       LS-7203
    Description:      Page 72:3-72:19

        72: 3              A.      And that is basically just a
        72: 4     close-up of the wire, the ground wire that's
        72: 5     shown in the upper photographs.  So we're
        72: 6     going progressively from an overall shot so
        72: 7     you can see where it came from, to a closer
        72: 8     macro shot of just the wire, to the actual
        72: 9     blackened surface to show you what it looks
        72:10     like.
        72:11              Q.      Okay.  Again, just looking at
        72:12     the surface, tell us the significance of this
        72:13     photograph.  What does it show?
        72:14              A.      It shows black deposits on the
        72:15     surface of the wire, and when you remove
        72:16     them, they are confirmed to be copper
        72:17     sulfide.
        72:18              Q.      Okay.  Is copper sulfide
        72:19     corrosive?
```

Streit durlist

Group:  Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010      LS-7222
Sync'd Exhibits - P1.2023-0077,P1.2023-0077.001,P1.2023-0077.002,P1.2023-0083
Description:    Page 72:22-75:10

```
72:22            A.    It is the -- I'm sorry.  It is
72:23    the corrosion by-product of the reaction with
72:24    a sulfur-reducing gas.
72:
73: 1            Q.    Okay.  That's what gets left
73: 2    behind?
73: 3            A.    Yes.  It's the reaction of the
73: 4    corrosion product -- of the corrosion with
73: 5    the metal, and it forms the corrosion
73: 6    product, which is what you see on the
73: 7    surface.
73: 8            Q.    Can you go to page 0077.  Now,
73: 9    one of the things you had mentioned earlier
73:10    when I asked you about your visual
73:11    observations is I think you talked about a
73:12    lamp cord?
73:13            A.    Yes.  This is a piece of a wire
73:14    that was going up from the lamp to the
73:15    ceiling.
73:16            Q.    Okay.  So tell us again on
73:17    this, going from, you know, left to right,
73:18    down, left to right, what you have here.
73:19            A.    The left is just the
73:20    documentation of the sample.  It's from the
73:21    Morgan residence --
73:22            Q.    Okay.
73:23            A.    -- Sample 5.  This is the
73:24    section that I received of the wire.
73:
74: 1            Q.    To the right of that, on top?
74: 2            A.    To the right of that on the
74: 3    top.
74: 4            The lower left, what I did was
74: 5    I took a razor blade, and I sectioned across
74: 6    the sample, so you're looking at a
74: 7    cross-section.  And you can see where some of
74: 8    the strands of the wire in the lower right
74: 9    portion are actually still in, stuck to the
74:10    polymer.  They didn't come out with the rest
74:11    of the wire.  And then on the inside surface
74:12    of the wire that was bound so tightly that
74:13    you actually got the wire impressions, you
74:14    see black material.
74:15            And those black deposits were
74:16    later identified as copper sulfide, and then
74:17    the corresponding wires that came out of that
74:18    wire are shown on the lower right, where you
74:19    can see some of the black material continues
74:20    to stick to the surface of the copper.
74:21            Q.    Now, the ground wire photo we
74:22    looked at, the ground wire was exposed.  It
74:23    didn't have any plastic on it or anything,
74:24    right?
74:
75: 1            A.    That is correct.
75: 2            Q.    Okay.  What is the significance
75: 3    of this -- of these photos?
```

**Page 22**

Streit durlist

75: 4          A.     This is significant because the
75: 5     corrosive gases have actually penetrated
75: 6     through the plastic.
75: 7          Q.     Okay.  And then if you could
75: 8     also go to page 0083, Dr. Streit, and could
75: 9     you please explain to us the significance of
75:10     these four photos?

Group:  Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010     LS-7522
Description:     Page 75:22-76:7

75:22          It is labeled "Receptacle End"
75:23     because this portion of the wire was related
75:24     to a receptacle which was further over on the
75:
76: 1     wall, so that was the only way they could
76: 2     describe it.
76: 3          Q.     Just for the record, you didn't
76: 4     harvest these yourself?
76: 5          A.     I did not harvest them.  My
76: 6     understanding was that this was taken from
76: 7     inside the wall but not at the receptacle.

Group:  Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010     LS-7707
Sync'd Exhibits -
P1.2023-0082,P1.2023-0082.001,P1.2023-0082.002,P1.2023-0083,P1.2023-0083.001,P1.2023
-0083.002
Description:     Page 77:7-80:5

77: 7          Q.     Okay.  Just, again, assuming
77: 8     that Judge Fallon is trying to follow along,
77: 9     tell us what photo you're looking at.
77:10          A.     I'm sorry.  I'm looking at the
77:11     upper right-hand photo, which is photo 13.
77:12          Q.     What does that show?
77:13          A.     That's the actual piece of the
77:14     Romex that came out.
77:15          And then if you look at
77:16     photo 16, which is in the lower left, those
77:17     are the three components that are within the
77:18     Romex.  So if you remove the outer jacket of
77:19     the Romex, you get a white wire, a black
77:20     wire, and the ground wire.
77:21          Q.     Okay.
77:22          A.     I then stripped out the end of
77:23     the insulation, so I could look at the metal
77:24     underneath, and obviously the ground wire was
77:
78: 1     covered with paper, which is shown in
78: 2     photo 15.  They've got backwards on this
78: 3     scheme of things.
78: 4          Q.     Okay.
78: 5          A.     And then I looked at the
78: 6     surfaces under examination, and --
78: 7          Q.     So now we're back to page 0083?
78: 8          A.     Right.  And the actual wire
78: 9     that -- the only one that actually showed
78:10     blackening is the ground wire, so you see the
78:11     wire in photograph 1352, and then you see it
78:12     up close in photograph 1353.
78:13          Q.     So 1352 is the upper left, and

Page 23

```
                                    Streit_durlist
78:14          then the upper right?
78:15               A.     And then closer up, it's at 40x
78:16          magnification, you can see the black deposits
78:17          on the surface which were later confirmed by
78:18          SEM/EDS to be copper sulfide.
78:19               Q.     Okay.  Now, did you do any
78:20          testing of the wire coatings in both the lamp
78:21          cord and the Romex cord?
78:22               A.     The testing that I did was to
78:23          see whether the polymers themselves
78:24          incorporated sulfur in their structure.  So
78:
79: 1          if there was bulk sulfur in the polymer, I
79: 2          was looking for that.
79: 3               Q.     Okay.  And what did you find?
79: 4               A.     I didn't see any sulfur
79: 5          incorporated within the plastic itself to
79: 6          indicate to me that it was a sulfonated
79: 7          polymer, so my conclusion from that is that
79: 8          the sulfur had to come from outside in.
79: 9               Q.     Okay.  So was it your
79:10          conclusion that it actually permeated through
79:11          the outer coating?
79:12               A.     It permeates through and
79:13          attacks the copper metal underneath.
79:14               Q.     Okay.  Now, did you do any of
79:15          this type of testing -- well, let me ask it
79:16          to you this way.
79:17               What did you do in the control
79:18          homes with regard to corrosion?  Did you
79:19          observe any?
79:20               A.     In the control home, there were
79:21          samples of wiring harvested.  I recall a
79:22          switch specifically and the ground wire; and
79:23          I did examine that, and I didn't find any
79:24          black deposits on the surface.
79:
80: 1               Q.     Dr. Streit, do you have an
80: 2          opinion as to whether the homes, the Germano
80: 3          homes, that you visited and did testing in
80: 4          with Chinese drywall are a corrosive
80: 5          environment for wires and HVAC coils?
```

Group: Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010       LS-8008
Description:      Page 80:8-81:13

```
80: 8               A.     I think that it's been clearly
80: 9          shown that sulfur gases come out of the
80:10          drywall that's incorporated in the Germano
80:11          homes.  There's sulfide gases.  The deposits
80:12          on the surface are copper sulfide, which
80:13          would be the result of interaction with
80:14          sulfide-containing gases, and, you know,
80:15          those are clearly corrosion deposits which
80:16          have been observed on wires and appliances
80:17          and the A/C, HVAC coils in those homes.
80:18          BY MR. SEEGER:
80:19               Q.     Okay.  Is that -- your
80:20          conclusion there, is that consistent with
80:21          what you've seen published by the CPSC and
80:22          the Florida Department of Health?
80:23               A.     I think, yes, the CPSC, the
```

```
                              Streit durlist
80:24        Florida Department of Health and other
80:
81: 1        investigators for various agencies or
81: 2        various -- hired by various people, whether
81: 3        it be other environmental firms or, you know,
81: 4        whomever.
81: 5                    The data is very consistent,
81: 6        that sulfur gases are being emitted by the
81: 7        Chinese drywall, and the corrosion that's on
81: 8        the surface of the metals is copper sulfide
81: 9        which results from the interaction with those
81:10        sulfur gases.
81:11             Q.      And is that finding consistent
81:12        with the presentation made by Robert DeMott
81:13        from Environ at the Tampa conference?
```

Group: Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010       LS-8116
Description:    Page 81:16-82:20

```
81:16             A.      I believe it is.  As I'm going
81:17        through it, he talks about the differences
81:18        between reduced sulfur gases and other types
81:19        of oxide which we don't see on these samples.
81:20        These are caused by reduced sulfur gases as
81:21        evidenced by my report, the CPSC, you know,
81:22        his findings and many others.
81:23             Q.      Is it possible for you to say,
81:24        sitting here now, which of these sulfur gases
81:
82: 1        is causing the corrosion or if it's a
82: 2        combination of the sulfur gases?
82: 3             A.      I really don't think that
82: 4        anyone knows exactly which one specifically
82: 5        is responsible for the corrosion or whether
82: 6        it's a mixture of all three.
82: 7                    I think that at this point
82: 8        everyone is convinced that those are -- the
82: 9        three gases that I've already mentioned are
82:10        the main players.  But, you know, this is
82:11        ongoing, and it's still being investigated,
82:12        and I haven't seen anyone who's come out and
82:13        given a definitive yes, it's this.  And I'm
82:14        in that ballpark as well.  We're still
82:15        looking at the problem to try to isolate, if
82:16        we can isolate, which one it is, or if it
82:17        isn't, maybe it is a combination.
82:18             MR. SEEGER:  You know, let me
82:19        mark another exhibit just for the next
82:20        couple of questions we have, the data.
```

Group: Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010       LS-8305
Description:    Page 83:5-83:18

```
83: 5             Q.      Okay.  Dr. Streit, we've just
83: 6        marked for the record as Streit-11.  It has
83: 7        the trial stamp P1.1849-0001.  And not -- you
83: 8        don't have to go into specifics, but can you
83: 9        generally describe what we've just marked as
83:10        Streit-11?
83:11             A.      These are samples that were
83:12        received on January 20th.  They are samples
```

```
                         Streit durlist
83:13         from the Orlando home of pieces of drywall
83:14         that were subsequently analyzed.
83:15              Q.     Right.  And I need to make one
83:16         correction.  For the record, Streit-11
83:17         consists of several trial exhibits.  The
83:18         first one is P1.1849-0001 and P1.1850-0001 --
```

Group:  Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010      LS-8320
Description:    Page 83:20-83:20

```
83:20         system -- and P1.1851-0001.
```

Group:  Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010      LS-8404
Description:    Page 84:4-84:16

```
84: 4         have in front of you, is what did you
84: 5         discover in the Germano homes in regard to
84: 6         the strontium levels?
84: 7              A.     Well, the strontium levels in
84: 8         the Germano homes as evidenced by not only
84: 9         the Exhibit 1849, but also incorporated in
84:10         other data, show that the Germano samples
84:11         tend to be pretty high in the strontium.
84:12         They're in either the upper 2,000s or in the
84:13         3,000s part per million, milligrams per
84:14         kilogram of strontium.  So they're on the
84:15         higher side of what is generally accepted as
84:16         being the levels in Chinese-produced board.
```

Group:  Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010      LS-8420
Description:    Page 84:20-87:13

```
84:20                   Do you have an opinion as to
84:21         whether the off-gassing accelerates with the
84:22         increase in heat and humidity?
84:23              A.     I think that it's been shown
84:24         that it accelerates and different gases tend
84:
85: 1         to come out when it's humidified, whereas in
85: 2         a less humidified situation you tend to get
85: 3         more of the hydrogen sulfide.  In the
85: 4         humidity studies, at least in the controlled
85: 5         environments, you tend to get more of the
85: 6         other two because the hydrogen sulfide is
85: 7         readily absorbed by water.
85: 8                   So what will happen is the
85: 9         hydrogen sulfide will absorb in the water and
85:10         form an acidic environment, and that's
85:11         ultimately what's causing much of the
85:12         corrosion or related to the corrosion,
85:13         specifically on the HVAC coils which are
85:14         moist all the time.  That's why you're
85:15         getting six failures in three years.  It's
85:16         because of the accumulation of the sulfide
85:17         gases dissolved in the water.
85:18              Q.     Now, let's just pause on that
85:19         with regard to HVAC coils.
85:20                   Have you seen coil failures in
85:21         shortened periods of time because of
85:22         corrosion?
```

```
                              Streit durlist
85:23               A.      I have, yes.
85:24               Q.      And what is a normal life of,
85:
86: 1    let's say, an HVAC coil?
86: 2               A.      According to the manufacturers,
86: 3    which many of which are my clients and I've
86: 4    looked at their failed coils as well, we've
86: 5    had that discussion, because I thought it was
86: 6    odd that you'd get that many failures.  I've
86: 7    never seen that kind of failure rate.
86: 8               And what their technical people
86: 9    have reported to me is that the typical life
86:10    would be anywhere from 10 to 20 years, you
86:11    know, 20 being on the extreme side if you
86:12    were wonderful homeowner and you did all of
86:13    your maintenance on a regular schedule, which
86:14    in reality probably doesn't happen very much,
86:15    and ten years on the other side, where you
86:16    may have some other factors that are
86:17    potentially causing a problem like exposure
86:18    to chemicals, you know, seawaters,
86:19    fertilizers and things like that --
86:20               Q.      And what --
86:21               A.      -- but typically ten years is
86:22    the shortest.
86:23               Q.      What have you seen in homes
86:24    with Chinese drywall?
86:
87: 1               A.      You know, many of these homes
87: 2    have multiple failures.  The McKellar home
87: 3    that you were looking at, that
87: 4    air-conditioning coil had only been in for
87: 5    two months, and it was already black.
87: 6               And I think there was one
87: 7    home -- and, excuse me, I don't remember the
87: 8    homeowner's name -- but six coils in three
87: 9    years.  That's outrageous.  That's an
87:10    unbelievably fast failure rate.
87:11               Q.      Had you ever seen anything like
87:12    that?
87:13               A.      No, I have not.
```

Group:       Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010      LS-9023
Description:     Page 90:23-91:7

```
90:23               Q.      Now, do you have an opinion to
90:24    a reasonable degree of scientific certainty
90:
91: 1    as to whether that off-gassing causing the
91: 2    corrosion is coming from Chinese drywall?
91: 3               A.      Well, I don't think there's any
91: 4    doubt that the drywall is releasing corrosive
91: 5    gases and those gases are attacking the metal
91: 6    and forming corrosion products.  That's very
91: 7    clear.
```

Group:       Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010      LS-9111
Description:     Page 91:11-91:18

```
91:11               Q.      Dr. Streit, the opinions that
91:12    you've expressed here in this examination, do
```

```
                              Streit durlist
       91:13      you hold them to a reasonable degree of
       91:14      scientific certainty?
       91:15              A.     I do.
       91:16              Q.     All of the opinions you've
       91:17      expressed in this case?
       91:18              A.     Yes, sir.


       Group:  Lori A. Streit, Ph.D.- Trial Deposition - 02/17/2010      A
Streit12321
       Description:      Page 123:21-124:11

       123:21             Q.     Mr. Sanders asked you questions
       123:22      about other causes of corroding HVAC coils.
       123:23      Do you recall that?
       123:24             A.     I remember his line of
       123:
       124: 1      questioning, yes.
       124: 2             Q.     Other causes, you know, being
       124: 3      close to the sea, chlorine, things like that.
       124: 4      Did you take that all into account when you
       124: 5      were looking at HVAC coils that were
       124: 6      purportedly damaged by off-gassing from
       124: 7      Chinese drywall?
       124: 8             A.     Yes.  They have very different
       124: 9      characteristics.  I mean, they have different
       124:10      chemical agents that are involved, or they
       124:11      exhibit different corrosion mechanisms.
```

Total Length - 00:55:10