

**FLORIDA DEPARTMENT OF**
# HEALTH

Charlie Crist
Governor

Ana M. Viamonte Ros, M.D., M.P.H.
State Surgeon General

Friday, March 20, 2009

To Whom It May Concern:

Attached you will find a scanned and redacted copy of an analysis performed by Unified Engineering, Inc. on samples of America, Chinese and unidentified drywall and corroded copper tubing. The samples were collected by DOH headquarters staff during their investigation of the copper corrosion associated with the presence of imported Chinese drywall phenomenon. The purpose of the redaction was to replace the sample IDs which contained personal identifiers with generalized sample IDs. This action was taken pursuant to Chapter 119.0712, Florida Statutes.

This laboratory report contains the analysis of five samples from four locations. The five samples consist of four samples of drywall and one sample of corroded copper tubing from an air conditioner evaporator coil. Since one of the drywall samples and the copper tubing came from one location (location 4), they were given a similar id numbers in the analysis.

The department is currently reviewing this document and is not prepared to comment on it at this time. Should you have questions concerning this document direct them to the Florida Department of Health Communications Office at 850-245-4111.

Sincerely

Clark Eldredge, Environmental Administrator
Bureau of Community Environmental Health
Florida Department of Health

STREIT-1
DATE: 2/16/10
Michael E. Miller, RDR, CRR, CLR

KPT-STREIT-2
DATE: 2/16/10
Michael E. Miller, RDR, CRR, CLR



**Unified Engineering Inc.**

3056 Weber Drive
Aurora, Illinois 60502

Phone: 630/851-4214
Fax: 630/851-5957

www.unified-eng.com

Writer's direct dial: 630/851-5363
e-mail: streit@unified-eng.com

RECEIVED

MAR 1 9 2009

BUREAU OF COMMUNITY
ENVIRONMENTAL HEALTH

March 17, 2009

Dr. David Krause
Florida Dept. of Health
Division of Environmental Health
4052 Bald Cypress Way, Bin A08
Tallahassee, FL  32399-1712

Re:    First Report on Florida Drywall Samples
       Unified Engineering File No. 4050

Dear Dr. Krause:

This report summarizes the analytical efforts to date on samples of drywall we received from your office on February 6, 2009. You requested analytical testing to determine differences between the drywall samples and to determine if any volatiles could be detected that originated from the drywall.

<u>Samples</u>
Four samples of drywall and a piece of copper tubing were received at Unified Engineering, Inc. The drywall was individually wrapped in aluminum foil. The copper tube section was in a zip-loc bag. They were described as follows:

1. Sample LOC1, Gridmarx, approximately 18cm x 31cm.
2. Sample LOC2, Unmarked, approximately 15cm x 25cm.
3. Sample LOC3, Knauf, approximately 15cm x 30cm (irregular shape).
4. Sample LOC4, Made in China, approximately 17cm x 34cm.
5. Sample LOC4 air conditioner copper tubing section with a black surface discoloration, approximately 1" long with no fins.

A transfer letter and chain of custody form are attached in Appendix I.

<u>Procedures</u>
**To determine the gypsum crystal structure** - Using a stainless steel blade, approximately 20mg of each sample was scraped from the gypsum portion of the drywall. Each sample was ground to slurry in a mortar with alcohol. The resulting slurry was dried on a glass slide. X-ray diffraction (XRD) patterns were obtained using a Philips wide-angle diffractometer with Cu radiation. The data was compared to a standard gypsum pattern (PDF 21-816).

1

**To determine the elemental composition of black deposits on copper tubing** - Black deposits on the outer surface of the LOC4 copper tube were removed using a tungsten needle under microscopic observation. The black material was mounted on a beryllium plate and analyzed to determine the elemental content using scanning electron microscopy with energy dispersive spectrometry detection (SEM/EDS).

**To analyze the physical structure and elemental composition of the drywall gypsum -** A Tracor Northern S3000N coupled with an Edax Phoenix EDS system (SEM/EDS) was used to analyze the gypsum component of each drywall sample. Using a stainless steel blade, a portion of each drywall sample was scraped to create a powder sample. The powder was pressed onto carbon tape. A SEM image was taken of each gypsum powder at 800X magnification. EDS spectra were obtained for the overall powder and then for crystalline inclusions that were observed using backscattered imaging techniques.

**To determine the organic content of the drywall gypsum** – A portion of gypsum from each drywall sample removed. The samples were photographed, placed in aluminum weigh pans and dried in a laboratory oven at 240°F for 20 hours while monitoring the weight until there was no further weight loss due to moisture or hydration.

The samples were crushed in a mortar. A portion of each was removed, weighed, ashed until glowing red, cooled and then reweighed. The results of the organic weight loss were tabulated.

**Volatile content of the gypsum after moisture exposure** -  In order to test for the presence of volatile compounds that may be released from the drywall after exposure to moisture, pieces of each drywall sample, approximately ¾" x 2 ¾" were removed from bulk drywall samples LOC3 (Knauf) and LOC1 (Gridmarx). The outside paper of each was peeled off and became samples LOC3-1 and LOC1-1 respectively. The cleaned gypsum (backing paper removed) became samples LOC3-2 and LOC1-2. All four of the samples were weighed and then exposed to 95% humidity in a sealed chamber. After 24 hours, the samples were reweighed and then sealed under nitrogen in septum vials for headspace analysis using gas chromatography. An Aligient gas chromatograph with an atomic emission detector (GC-AED) was used to identify and quantify the volatiles that had accumulated in the head space of the septum vial after ~24 hours as per ASTM method D6228.

**pH of volatiles with moisture exposure** – Pieces of each drywall sample, ~1/2" x 1 ¾", were removed and placed on top of an aluminum spacer in a vial. An empty control sample was also prepared. About 3ml of water was placed in the bottom of each vial. Moistened graduated pH paper was suspended above the water and away from contact with the drywall sample. The vials were sealed, warmed to 80°F and allowed to sit for 8 hours at room temperature. The pH paper was then examined and photographed.

Results
**X-ray diffraction (XRD)** - XRD results showed that all four samples had very similar patterns with respect to peak positions and intensities when compared to the standard gypsum pattern. There were two additional phases of note that showed minor variations. They were identified as quartz and anhydrite. Both were higher in the Gridmarx sample than in the other three. There were very weak peaks that were similar for all the samples but they could not be positively identified. The XRD report is attached as Appendix II.

**SEM/EDS of copper tubing** - Black deposits on the copper tube were mostly copper (Cu), sulfur (S), and oxygen (O) with smaller amounts of carbon (C), aluminum (Al) and phosphorus (P). Based on the elemental data and color, the material was determined to be a mixture of copper oxide and copper sulfide. Figures 1-4 were EDS spectra of four different deposits. They are attached to the report in Appendix III.

**SEM/EDS of drywall gypsum** – The SEM Images for each drywall gypsum sample are attached in Appendix IV. Overall, the samples were similar. The "Made in China" sample LOC4 appeared to have the finest calcium sulfate crystals. The EDS overall spectra were similar but sample LOC4 did appear to have less oxygen relative to sulfur that would suggest different phases within the gypsum (figure 5-8 in Appendix IV).

Inclusions observed using backscattered electron imaging to highlight particles with a higher atomic number were analyzed. In all cases, the inclusions were present in trace amounts. The spectra are attached in Appendix V.

Sample LOC1 contained three types of inclusions. They were calcium oxide particles approximately 5-10μm in size that was associated with traces of mineral (Al, Si) as shown in figure 9. The second particle type was ~2μm size titanium oxide (Ti and O) shown in figure 10. One iron rich particle was found that was ~1μm in size (figure 11).

Sample LOC2 contained three types of inclusions in roughly equal proportions although all were trace. The first were strontium sulfide particles ~2μm in size (figure 12). The second were iron sulfide (pyrite) particles ~1 μm in size shown in figure 13. The third were calcium oxide particles (figure 14).

Sample LOC3 contained inclusions that were similar to sample LOC2. They were iron sulfide (Fe and S) shown in figure 15, strontium sulfide (Sr and S) shown in figure 16, and calcium oxide (Ca and O) with some magnesium as well (shown in figure 17).

Sample LOC4 contained strontium sulfide particles (figure 18), iron and magnesium rich inclusions (figure 19), and calcium oxide particles (figure 20). Different from the other samples, under microscopic examination, this sample was found to also contain yellow inclusion. Those inclusions were isolated using a tungsten needle and put on beryllium for analysis. One was calcium rich with some oxygen and sulfur (figure 21). Another was also calcium rich with oxygen, carbon, magnesium silicon and sulfur (figure 22).

**Ash test to determine the organic content** -- The results of the moisture loss and organic content for each sample was tabulated in Appendix VI. The Knauf sample had the highest moisture content and the highest organic content. The Gridmarx sample contained trace organic material but the Chinese drywall samples all had over 5% organic material incorporated in the drywall.

**Sample preparation In a humidity chamber for headspace gas chromatography** – The four samples that were exposed to 95% humidity for 24 hours were documented as shown

3

in photographs included in Appendix VII. The samples gained the following weight due to moisture absorption before analysis by GC-AED.

Sample LOC3-1 – outer paper from the drywall – initial weight was 0.5914 grams with a 10.8% weight gain.
Sample LOC3-2 – gypsum from the drywall – initial weight was 10.3550 grams with a 0.94% weight gain.
Sample LOC1-1 – outer paper from the drywall – initial weight was 0.7662 grams with a 10.5% weight gain.
Sample LOC1-2 – gypsum from the drywall – initial weight was 8.8023 grams with a 1.1% weight gain.

**GC-AED Analysis of volatiles** – The GC-AED report is attached in Appendix VIII. The only volatile compounds detected were sulfur containing compounds. Hydrogen sulfide, carbonyl sulfide and carbon disulfide were all detected at trace levels. Both the paper and gypsum release volatiles. Both the Gridmarx and Knauf samples contained all three sulfur compounds.

The pH test results are included in Appendix IX. There was little, if any, change in the pH of this short duration test. There may have been a slight change toward lower pH (more acidic) in Unmarked sample LOC2.

Discussion and Conclusions
Given the limited samples to date, the following conclusions can be drawn based on the analysis performed to date as described above:

1. The gypsum sample manufactured in the United States (Gridmarx LOC1) contained no strontium rich inclusions detectable by SEM/EDS or XRD. The other three drywall samples that originated from China contained strontium sulfide inclusions at trace levels. According to the Merck Index, strontium sulfide has the odor of hydrogen sulfide ($H_2S$) in moist air.

2. The Gridmarx sample contained only trace levels of organic materials while the Chinese drywall samples all contained over 5% organic material. FTIR would be required to confirm the identity of the organic material. There was a distinct sulfur odor from all three Chinese drywall samples when heated during the test while none was detected from the Gridmarx sample.

3. The Gridmarx sample contained higher levels (although small) of quartz and anhydride. Neither material would be expected to contribute to an odor.

4. GC-AED analysis confirmed that there were three volatile sulfur compounds that could potentially contribute to a detectable odor. Hydrogen sulfide, carbonyl sulfide and carbon disulfide were all detected at levels between 100 ppb to 1 ppm from drywall that had been exposed to moisture conditions that could be expected in a Florida environment that was not air conditioned. The Gridmarx sample was actually slightly higher than the Knauf Chinese sample. However, the samples were not sealed during transport to prevent vapor cross contamination and they were sent in the same package. In addition, in a residence, the Gridmarx and Chinese drywall samples are often present in the same wall cavity so that cross contamination could have occurred while the drywall was still in the residence. It is

4

recommended that this test be run with samples that had been better isolated when taken before transport to a lab (sealed in a metal can, glass jar or Tedlar bag). Plastic bags should not be used as they may absorb vapors.

5. Both the drywall outer paper and the gypsum core released sulfur compounds during the volatiles test. Therefore, the source of the sulfur has not yet been isolated. The following possibilities require further analytical efforts to come to a scientifically reliable conclusion:

   a. Treatment of the drywall (outer paper) with an insecticide/fungicide upon entry into the United States.
   b. Sulfur chemicals used in preparation of the paper coating.
   c. Contaminates in the drywall gypsum.
   d. Adhesive used to bond the paper to the drywall.
   e. Others.

6. The pH of volatiles emitted during a short duration test did not show an extreme pH change. It is recommended that this test be run for a longer period of time to allow for more vapor release and absorption of moisture by the drywall.

7. A copper metal tube taken from a condensation coil of an air conditioner was corroded. The black corrosion was a copper oxide/copper sulfide deposited that had formed on the outer tube surface that was exposed to moisture from condensate water. Vapors in the residential atmosphere that contained sulfur created a corrosive environment in the presence of moisture.

In summary, the odor that has been described by investigators and homeowners in Florida residences originated from the emission of volatile sulfur compounds. There is a distinct difference in drywall that was manufactured in the United States and those that were manufactured in China. The Chinese samples contained traces of strontium sulfide inclusions and more organic material that the Gridmarx sample (United States). However, it is not yet known if either contributed to the odor. The Chinese samples give off a sulfur odor when exposed to extreme heat and moisture. It is clear that exposure to moisture accelerates the release of volatiles from the drywall. Both the outer paper and the gypsum from the drywall had noticeable odors after moisture exposure and were found to release sulfur compounds.

I reserve the right to amend this report when new information becomes available.

Regards,

Lori A. Streit, Ph.D.
Principal
Chemical and Environmental Science

Enc. 9 Appendices

Appendix I

Project initiation letter and sample chain of custody



Unified
Engineering
Inc.

3056 Weber Drive
Aurora, Illinois 60502

Phone: 630/851-4214
Fax: 630/851-5957

www.unified-eng.com

# Chain of Custody Form

Project Name: FL DEH (odor complaint)
Project Number: 4050
Date: 2/11/09

Description of each sample:
XRD of each looking for sulfer or sulfide

① Drywall LOC 1          Gridmarx      U8
② Drywall LOC 2          Unmarked
③ Drywall LOC 3 .....    Knauf
④ Drywall LOC 4          Made in China

Released by:

Company    UNIFIED ENGINEERING, INC.
Address    3056 WEBER DRIVE
           AURORA, IL 60504  2

Phone    630 851 5363
Name     LORi STREiT

Signature
Form of shipment    Fed Ex    8638 3739 1010
Date    2/11/09

Received by:

Company
Address

Phone
Name

Signature
Date

Lori Streit Ph.D.
Unified Engineering
3056 Weber Rd.
Aurora, IL  60504


Subject:  Sample Submission


Sample ID          Size
LOC 1              18x31 cm
LOC 2              15x25 cm
LOC 3              15x30 cm (irregular)
LOC 4              17x34 cm

LOC 4     (Copper)     3/8" diameter x 1" length

Submitted by:  _____ _Signature_____          _2/4/09_
                              Signature                          Date


David Krause, Ph.D., MSPH, CIH
State Toxicologist
Bureau of Environmental Public Health Medicine
Division of Environmental Health
Florida Department of Health
4052 Bald Cypress Way Bin A08
Tallahassee, FL 32399-1712
Tel: (850) 245-4115, sc 205-4115
Fax: (850) 922-8473, sc 292-8473
Cell: (850) 491-8397


Rec 2/6/09  Fed ex

Appendix II

XRD report on four gypsum samples

**X-ray diffraction results for four drywall samples:**

LOC1
LOC3
LOC4
LOC2

Samples were received on 2/12/09.   X-ray mounts were prepared by grinding each sample to a powder in a mortar with a small amount of alcohol.  A small amount of the resulting slurry was spread on a glass slide and dried at room temperature.  X-ray spectra for each were obtained using a Philips wide-angle diffractometer with Cu radiation. Other parameters were:

40kV
20mA
Scan range 5 to 65 degrees, 2-theta
Step size 0.05 degrees
Count time/step 5 seconds
Graphite monochrometer in receiving position.

Resulting digital spectra were stored and plotted and are reproduced on the following pages.  For detail, the 2-theta range from 5 to 45 degrees was expanded in the vertical direction and included on a second diagram.

**Results:**
      The diffraction spectra all four samples show very similar patterns with respect to peak positions and intensities.  The major peaks all match with those expected based on the standard gypsum pattern (PDF 21-816).  Close examination of expanded patterns show two additional phases:  1)  anhydrite based on peaks at 25.44, 38.64 and 41.30 degrees 2-theta; 2) quartz based on the single peak at 26.75 degrees.  Among the four samples, the amounts of these two phases are minor but vary among the four samples. Quantitative amounts were not determined but relative amounts are illustrated in the table below:

Approximate net counts for quartz and anhydrite:

|  | Quartz (26.75) | Anhydrite (25.44) |
|---|---|---|
| LOC1 | 1500 | 1100 |
| LOC3 | 500 | 200 |
| LOC4 | 100 | 300 |
| LOC2 | 100 | 600 |

      Five additional very weak to weak peaks were recognized in all four samples with near-equal intensities among the four samples:  2-theta values are: 5.80, 14.80, 32.90, 35.50 and 39.57 degrees.  These peaks were compared to other phases which might be expected to occur with natural gypsum (from Deere, Howie and Zussman – Rock forming

minerals): halite, celestite, calcite, aragonite, dolomite, pyrite, and sulfur.  None of these five peaks match with these phases. The phase(s) responsible for these five peaks could not be identified.  In addition, these peaks are too weak and too few to provide a basis for systematic identification.

The diffraction patterns for other polymorphs of sulfur besides natural sulfur did not form a match to these peaks.  Amorphous sulfur or a sulfur phase below the detection levels of these experiments remain a possibility, but there is no evidence found here.

Ian Steele  2/16/09



LOC1



LDC1



LOC4











Appendix III

EDS spectra of black on copper tubing



D:\EDAX32\EDS\Lori\4050 fl deh\4050 FL DEH sample 1.spc

Label:4050 FL DEH sample *LOC4,* black from copper tube outside surface 1

kV:20.0 Tilt:0.0 Take-off:35.0   Det Type:SUTW+ Res:132 Tc:50

FS : 1005  Lsec : 105                              11-Feb-2009 13:26:00

*Figure 1*



Figure 2



Figure 3.



D:\EDAX32\EDS\Lori\4050_fl_deh\4050 FL DEH sample 4.spc

Label:4050 FL DEH sample lot 4 , black from copper tube outside surface 4

kV:20.0 Tilt:0.0 Take-off:35.0  Det Type:SUTW+ Res:132 Tc:50

FS : 1003  Lsec : 163                          11-Feb-2009 13:34:39

Figure 4

Appendix IV

SEM images and EDS spectra of drywall gypsum





Figure 5



Figure 6



Figure 7



D:\EDAX32\EDS\Lori\4050 fl deh\4050 Loc 4 drywall.spc
Label:4050 FL DEH sample Loc4 , gypsum
kV:20.0 Tilt:0.0 Take-off:35.0   Det Type:SUTW+ Res:132 Tc:50
FS : 1006   Lsec : 158                    18-Feb-2009 12:14:01

Figure 8

Appendix V

EDS spectra of inclusions in the drywall gypsum



Figure 9



Figure 10



Figure 11



figure 12.



Figure 13



D:\EDAX32\EDS\Lori\4050 fl deh\4050 Loc2 drywall inclusion 3.spc

Label:4050 FL DEH sample Loc2 inclusion 3

kV:20.0 Tilt:0.0 Take-off:35.0   Det Type:SUTW+ Res:132 Tc:50

FS : 496  Lsec : 73                    20-Feb-2009 12:27:03

Figure 14



figure 15



Figure 16



Figure 17



Figure 18



Figure 19

Appendix VI

Moisture content and organic content of the gypsum

FL DEH Drywall Organic Ash Test

March 2, 2009



IMG_0002.JPG





IMG_0001.JPG

405D



FL DEH Drywall Organic Ash Test

March 2, 2009

IMG_0006.JPG

IMG_0005.JPG

4050



FL DEH Drywall Organic Ash Test

March 2, 2009

IMG_0010.JPG

IMG_0009.JPG

405O

FL DEH Drywall Organic Ash Test

March 2, 2009



IMG_0014.JPG



IMG_0013.JPG



4050



Moisture Content of FL Drywall Gypsum Samples
Unified Engineering File No. 4055

Samples (weight in grams)

|  | Loc 1 | Loc 2 | Loc 3 | Loc 4 |
|---|---|---|---|---|
| Pan | 2.6403 | 2.6431 | 2.6365 | 2.663 |
| Pan + Drywall | 5.1827 | 7.6073 | 6.0895 | 6.1225 |
| Initial Drywall | 2.5424 | 4.9642 | 3.453 | 3.4595 |
| Pan + Drywall (1 hour) | 48.539 | 7.0738 | 5.7274 | 5.7271 |
| Pan + Drywall (2 hours) | 4.7702 | 6.9045 | 5.5858 | 5.5959 |
| Pan + Drywall (18 hours) | 4.7455 | 6.828 | 5.5516 | 5.5433 |
| Pan +Drywall (20 hours) | 4.7453 | 6.8279 | 5.5515 | 5.5431 |
| Drywall after drying | 2.105 | 4.1848 | 2.915 | 2.8801 |
| Moisture content | 0.4374 (17.2%) | 0.7794 (15.7%) | 0.8442 (24.5%) | 0.5794 (16.7%) |

Organic Content of FL Drywall Gypsum Samples

|  | Loc 1 | Loc 2 | Loc 3 | Loc 4 |
|---|---|---|---|---|
| Weight before ashing | 0.1518 | 0.1749 | 0.1613 | 0.145 |
| Weight after ashing | 0.1514 | 0.1634 | 0.1369 | 0.1369 |
| Organic content | 0.0004 (0.26%) | 0.0115 (6.5%) | 0.0244 (15.1%) | 0.0081 (5.6%) |
| Note | no odor detected | sulfur odor | sulfur odor | sulfur odor |

Appendix VII

Test for volatile content of samples after exposure to 95% humidity

FL DEH Drywall Moisture Absorption/Humidity Test

March 2, 2009



IMG_0002.JPG





IMG_0001.JPG



4050

FL DEH Drywall Moisture Absorption/Humidity Test

March 2, 2009





IMG_0006.JPG





IMG_0005.JPG



4050

4050

FL DEH Drywall Moisture Absorption/Humidity Test



IMG_0009.JPG



IMG_0010.JPG



March 2, 2008



FL DEH Drywall Moisture Absorption/Humidity Test

Appendix VIII

GC/AED volatiles test results

# *ANALYTICAL SOLUTION, INC.* (AnSol)

| 3/14/09 | **Analytical Report** | Sample log # : J0304BGC.doc |
|---|---|---|

| Purchase Order #: | *File No. 4050* | Customer Project: | |
|---|---|---|---|
| Company : | *Unified Enigineering, Inc.* | Requester : | *Lori Streit, Ph.D.* |
| Address : | *3056 Weber Drive* | Phone: | *(630) 851-4217* |
| | *Aurora, IL 60502* | Fax: | *(630) 851-5957* |
| | | E-mail : | *streit@unified-eng.com* |
| Sample Description : | *Headspace of materials* | Received Date : | *3/4/09* |
| Number of Samples : | *4* | Total Report Page: | *5* |

*Note: This report is submitted to the requester through E-mail only. Please let us know if your need this document security signed, or a hard copy report by mail or fax.*

**Report Summary:**

Chromatograms are shown in following pages. The first analysis was done on March 4th (file ssj304a). The second analysis was done on March 13th (file ssj313a).

| Submitted by: | Sherman S. Chao, Ph.D. |
|---|---|
| | Tel: (630) 230-9378,  Fax: (630) 230-9376 |

*Disclaimer:*
*Neither AnSol nor any person acting on behalf of AnSol assumes any liability with respect to the use of, or for damages resulting from the use of, any information presented in this report.*

Analytical Solution, Inc., 7320 S. Madison, Unit 500, Willowbrook, Illinois 60527

*ANALYTICAL SOLUTION, INC.*  (AnSol)

3/11/09                              **Analytical Report**                    Sample log # :  J0304B.doc

### Compound Speciation – Sulfur Components in Head Space (ASTM D-6968)

| Sulfur Compounds, ppmv as S | J0304b01 | J0304b02 | J0304b03 | J0304b04 |
|---|---|---|---|---|
| | 4050, Gridmarx-1, Loc. 1 outer paper | 4050, Gridmarx-2, Loc. 1 gypsum | 4050, Knauf-1, Loc 3 outer paper | 4050, Knauf-2, Loc 3 gypsum |
| Hydrogen sulfide | 0.60 | 0.20 | 0.23 | 0.08 |
| Carbonyl sulfide | 0.87 | 0.45 | 0.54 | 0.32 |
| Methyl mercaptan | <0.01 | <0.01 | <0.01 | <0.01 |
| Ethyl mercaptan | <0.01 | <0.01 | <0.01 | <0.01 |
| Dimethyl sulfide | <0.01 | <0.01 | <0.01 | <0.01 |
| Carbon disulfide * | 0.07 | 0.02 | 0.07 | 0.18 |
| i-Propyl mercaptan | <0.01 | <0.01 | <0.01 | <0.01 |
| t-Butyl mercaptan | <0.01 | <0.01 | <0.01 | <0.01 |
| n-Propyl mercaptan | <0.01 | <0.01 | <0.01 | <0.01 |
| Ethylmethyl sulfide | <0.01 | <0.01 | <0.01 | <0.01 |
| Thiophene | <0.01 | 0.01 | <0.01 | <0.01 |
| Diethyl sulfide | <0.01 | <0.01 | <0.01 | <0.01 |
| Dimethyl disulfide * | <0.01 | <0.01 | <0.01 | <0.01 |
| Ethyl methyl disulfide * | <0.01 | <0.01 | <0.01 | <0.01 |
| Diethyl disulfide * | <0.01 | <0.01 | <0.01 | <0.01 |
| Others (as S) | 0.07 | 0.03 | 0.01 | 0.02 |
| Total S: | 1.61 | 0.71 | 0.86 | 0.60 |

Note:  Some results were reported with additional significance for reference.  The normal detection limit of each sulfur compound is 0.1 ppmv.

\* 1.0 ppmv as sulfur = 0.50 ppmv sulfur compound

*ANALYTICAL SOLUTION, INC.* (AnSol)

3/14/09          **Analytical Report**       Sample log # : J0304BGC.doc



Analytical Solution, Inc., 7320 S. Madison, Unit 500, Willowbrook, Illinois 60527

Page 2 of 6

*ANALYTICAL SOLUTION, INC.* (AnSol)

3/14/09                    **Analytical Report**                    Sample log # : J0304BGC.do
                                                                          c





Analytical Solution, Inc., 7320 S. Madison, Unit 500, Willowbrook, Illinois 60527

# ANALYTICAL SOLUTION, INC. (AnSol)

3/14/09        **Analytical Report**        Sample log # rJ0304BGC.do
                                                           >



*ANALYTICAL SOLUTION, INC.* **(AnSol)**

**Analytical Report**                    Sample log # :J0304BGC.doc





Analytical Solution, Inc., 7320 S. Madison, Unit 500, Willowbrook, Illinois 60527

## Trace Sulfur Determination by ASTM D6228-98

**Report Date:** 22-Sep-08
**Client Name:** [NAME]
**GTI Sample Number:** [#]
**Sample Description:** [DESCRIPTION]
**Date Analyzed:** [DATE]
**Analyst:** KKF

| Component Name | PPMV | Component Name | PPMV |
|---|---|---|---|
| Hydrogen Sulfide | | Thiophene | |
| Sulfur Dioxide | | C1-Thiophenes | |
| Carbonyl Sulfide | | C2-Thiophenes | |
| Carbon Disulfide | | C3-Thiophenes | |
| | | | |
| Methyl Mercaptan | | Benzothiophene | |
| Ethyl Mercaptan | | C1-Benzothiophenes | |
| i-Propyl Mercaptan | | C2-Benzothiophenes | |
| n-Propyl Mercaptan | | | |
| t-Butyl Mercaptan | | Thiophane | |
| | | Thiophenol | |
| Dimethyl Sulfide | | | |
| Methyl Ethyl Sulfide | | Individual Unidentified | |
| Diethyl Sulfide | | Sulfur Compounds | |
| Di-t-Butyl Sulfide | | (all as monosulfides) | |
| | | | |
| Dimethyl Disulfide | | | |
| Methyl Ethyl Disulfide | | | |
| Methyl i-Propyl Disulfide | | | |
| Diethyl Disulfide | | | |
| Methyl n-Propyl Disulfide | | | |
| Methyl t-Butyl Disulfide | | | |
| Ethyl i-Propyl Disulfide | | | |
| Ethyl n-Propyl Disulfide | | | |
| Ethyl t-Butyl Disulfide | | | |
| Di-i-Propyl Disulfide | | Total Unidentified: | 0.00 |
| i-Propyl n-Propyl Disulfide | | Total Identified: | 0.00 |
| Di-n-Propyl Disulfide | | | |
| i-Propyl t-Butyl Disulfide | | **Total Sulfur Content** | |
| n-Propyl t-Butyl Disulfide | | As molar PPM | 0.00 |
| Di-t-Butyl Disulfide | | As Grains/100 SCF @ STP | 0.000 |
| Dimethyl Trisulfide | | As Grains/100 SCF @ 14.73 | 0.000 |
| Diethyl Trisulfide | | psia, 60°F | |
| Di-t-Butyl Trisulfide | | | |

**Notes:**   Component Detection Limit:
0.05 ppmv of sulfur
All blank values are below detection limit.
STP= 14.696psia, 0°C

Appendix IX

Vapor pH test

FL DEH Vapor pH Test

March 16, 2009













4050

FL DEH Vapor pH Test

March 16, 2009





IMG_0007.JPG







IMG_0006.JPG



4050

March 16, 2009

# FL DEH Vapor pH Test



IMG_0010.JPG

4050