

# U.S. CONSUMER PRODUCT SAFETY COMMISSION
## 4330 EAST WEST HIGHWAY
## BETHESDA, MD 20814

U.S. Consumer Product Safety Commission Staff
Summary of Contractor's Indoor Air Quality Assessment of
Homes Containing Chinese Drywall[1]
Lori E. Saltzman, M.S, Director, Division of Health Sciences
November 23, 2009

## BACKGROUND

As part of its forensic investigation of health effects and corrosion issues reported by consumers as being associated with the presence of Chinese made drywall in residences, the U.S. Consumer Product Safety Commission (CPSC) staff contracted with Environmental Health & Engineering, Inc. (EH&E) to characterize the indoor environment in representative homes reportedly constructed with imported Chinese drywall, compared to homes that reportedly did not contain Chinese drywall. CPSC staff wanted to assess the environmental conditions that exist in representative complaint homes constructed with Chinese drywall and determine if those conditions could contribute to the health symptoms and metal corrosion being reported by residents. In addition, CPSC staff wanted to know if any measurement could serve as an "indicator" for the presence of Chinese made drywall in homes. The primary effect variable that was utilized throughout the study was that of corrosion of metal surfaces.

A total of 51 homes were selected for the study. All homes were located in the five states that had the highest number of complaints received by CPSC: Florida, Louisiana, Virginia, Mississippi, and Alabama. Forty-one of the homes ("test homes") were selected by CPSC staff from drywall-related consumer incident reports received by CPSC between December 23, 2008, and June 5, 2009. To guide the selection of test homes, CPSC staff developed a ranking system that considered factors such as location, date of construction or restoration, and severity and extent of reported health effects and corrosion. Homes were assigned a score from zero to seven based on the number of factors noted in the incident report. Twenty-seven of the 41 homes tested had rankings between five and seven. Ten noncomplaint homes ("control homes") were selected from the same neighborhoods as the test homes.

---

[1] The EH&E report uses the terms "Chinese drywall" and "imported drywall" interchangeably but CPSC staff cautions that until completion of its investigation it is premature to consider that all Chinese or imported drywall exhibits the reported health or corrosive characteristics; nor is it correct to assume that all domestic brands are entirely void of any reported health or corrosive characteristics. In this CPSC staff summary of the EH&E study, staff will also use the terms interchangeably for ease of reading, but the same caveats apply.

Due to the interrelated nature of these investigations, these technical reports are being released in draft until the final results from further studies are available for interpretation. This document was prepared by CPSC staff and has not been reviewed or approved by, and may not necessarily reflect the views of the Commission.

*1*

STREIT-7

DATE: 2/16/10

Michael E. Miller, RDR, CRR, CLR

P1.019-0001

Page 2

Between July 27 and September 30, 2009, BH&E measured various chemicals in air samples collected from the indoor and outdoor air of the 51 homes selected for the study; analyzed strips of copper and silver metal, called coupons, placed in the homes to measure the rate of metal corrosion; conducted a detailed survey of the characteristics of the homes including measurements of surface area of Chinese drywall, air exchange rate, temperature, indoor relative humidity, and dew point; and identified possible markers of imported drywall. Relationships among drywall properties, constituents of indoor air, rates of corrosion, and building characteristics were evaluated. The full report can be found on www.drywallresponse.gov. Key results are described below.

## MEASURES OF IDENTIFICATION

- **X-ray fluorescence (XRF) and Fourier transform infrared (FTIR) spectroscopy** may be used to characterize and discriminate drywall samples based on a combination of measurements of strontium and carbonate absorbance respectively. Readings of samples of drywall collected from homes were compared to readings of known imported and domestic drywall samples (catalogue library). Samples with greater than 1,200 parts per million (ppm) strontium AND carbonate absorbance values greater than 5 can tentatively be classified as imported drywall (noted as Chinese drywall in this report). Samples with strontium levels less than 1,200 ppm AND carbonate absorbance values less than 5 can be tentatively classified as domestic drywall. A third classification category was also identified with lower strontium levels AND elevated carbonate and may be related to blends of drywall (for example, synthetic and mined materials). It should be noted that these markers were developed based on a limited sample (catalogue library) and may not necessarily correlate to a wider range of imported and domestic drywall. No relationship is known or hypothesized between corrosion and the strontium marker or the carbonate marker.

- Three of the 41 homes self-identified as complaint homes did not classify as having imported drywall based on the XRF/FTIR measures described above. Because strontium levels and carbonate levels could come from many different sources including mine variations and synthetic gypsum production variations, as well as any other mixed inputs, the possibility of falsely identifying and classifying drywall samples exists. Further investigation is needed to clarify the rate of false positive and false negative identifications if this method were to be used alone as an objective marker for identification and classification of drywall. However, XRF/FTIR could be used to discriminate between homes with and without imported drywall, as part of a tiered identification approach.

- House status as complaint or noncomplaint based on homeowner's self reporting strongly agreed with the results of house status as determined by XRF/FTIR (i.e., contains imported drywall or not).

- Metal coupons (one copper strip and one silver strip) can be used as an objective measure of corrosion. The levels of corrosion observed represent the combined effect of all variables in the home, including measured and unmeasured characteristics, such as air

Page 3

contaminants, or air exchange rate or other building characteristics. Coupons were left in the 51 homes at various locations inside the home and outdoors for a two-week period and then collected for analysis. On average, complaint homes had significantly greater rates of corrosion on both the copper and silver coupons compared to noncomplaint homes. The range of corrosion rates was similar in rooms and significantly higher on the strips located near the air handling unit registers, possibly due to an increased volume of air moving past them on a regular basis. Outdoor levels of corrosion were generally low.

- The dominant species of corrosion were copper sulfide and silver sulfide as determined by laboratory tests. According to BH&E, there was generally good agreement between the degree and rate of copper and silver corrosion in the same home, thus corrosive agents that act on silver and copper at different rates are not likely to be the primary cause of the effect in the study homes.

- Significantly elevated rates of both silver and copper corrosion were found in homes identified by XRF/FTIR as having imported drywall and homes classified as complaint homes using the CPSC self-reported home status. Using the XRF/FTIR marker to classify homes explained more of the variability in corrosion rates when compared to CPSC's homeowners' self-reported home status.

- Visual inspection and rating of ground wire corrosion by BH&E field technicians revealed statistically significant greater mean ground wire corrosion in complaint homes compared to noncomplaint homes.

## AIR CONTAMINANTS AND POSSIBLE HEALTH EFFECTS

- Hydrogen sulfide gas was measured in the majority of complaint homes by the use of passive samplers deployed in the homes for a two-week period. Passive samplers were used because they have a lower detection limit and a longer sampling collection time period. In addition they were exposed to indoor air for the same two-week period as the metal coupons. The concentrations of low-level hydrogen sulfide gas were statistically higher in homes identified as containing imported drywall compared to homes identified as containing domestic drywall.

- Levels of carbon disulfide, another sulfur gas of reported interest, varied between complaint and noncomplaint homes, but the differences were not statistically significant.

- Levels of formaldehyde and other aldehydes were comparable in complaint and noncomplaint homes, and were consistent with levels that are expected in newly constructed homes. This finding was also consistent with the previously reported finding of increased formaldehyde in test and control homes in the interagency 10 home air study released October 29, 2009.

- Organic acids were detected in both complaint and noncomplaint homes, but there was no statistical difference in concentrations between the homes.

P1.019-0003

Page 4

- Upper airway, skin, and eye irritation were common complaints from some occupants. Both hydrogen sulfide and formaldehyde are known irritants at certain benchmark levels. However, the concentrations found for each of these individually in this study were below these levels. While the concentrations of individual chemicals found in the homes may fall below levels for irritation, there could possibly be additive or synergistic effects that might alter individual sensitivities when consumers are exposed to a combination of these and other chemicals found in the home.

- Hydrogen sulfide has a low odor threshold and could be responsible for contributing to the odors identified in the complaint homes.

## BUILDING CHARACTERISTICS

- Average air exchange rates (the rates at which outdoor air replaces indoor air) were similar for both complaint and noncomplaint homes and were low in each home. This indicates that the homes sampled are tightly sealed. Tightly sealed homes with little air flow or ventilation may play a role in the effect of gases and indoor environmental conditions on corrosion and possible exposure to indoor contaminants and reported health symptoms. Low air exchange rates were also found in test and control homes sampled in the 10 home air study released October 29, 2009.

- Hydrogen sulfide concentrations in the air were associated with higher dew points for complaint homes.[2] In homes with improperly sized air conditioning systems, the system, while cooling the air effectively, may not adequately dehumidify it thereby contributing to conditions conducive to off-gassing of chemicals from drywall.

## STATISTICAL (MULTIVARIATE) ANALYSIS

- Multivariate analysis indicates that hydrogen sulfide was positively and significantly associated with silver and copper corrosion rates in complaint homes. Scientific literature indicates that hydrogen sulfide is highly corrosive to copper and silver. This field data supports the literature and suggests that hydrogen sulfide may be a primary corrosive agent in these homes.

- For silver corrosion there was a potential interactive effect between hydrogen sulfide and formaldehyde in that the effect of formaldehyde on corrosion rates was dependent on the presence of hydrogen sulfide. It is unknown if the effect is related to formaldehyde or if formaldehyde is a marker of some other factor associated with corrosion (for example, formic acid).

---

[2] The dew point is the temperature at which air must be cooled, at constant barometric pressure, for water vapor to condense into water. The condensed water is called dew. At a given temperature, but independent of barometric pressure, the dew point indicates the absolute humidity of air.

Page 5

CONCLUSIONS

The indoor environment of homes is complex and dynamic. The investigation of complaint homes is especially challenging due to the low concentrations of contaminants present and the highly reactive nature of many of the chemicals of interest. It is probable that there are important interactions between emissions from the drywall and emissions from other sources in the home, as well as specific building characteristics, which could cause or contribute to the reported complaints.

Nonetheless, the findings of the study conducted by BH&E provide scientifically valid and accurate data that can be used by scientists and policy makers to begin to develop a well-defined objective method for identifying homes that contain drywall that may cause corrosion of metal components and reported health effects, as well as a protocol for determining the effectiveness of remediation methods. While further investigation is needed, the findings of the study suggest that a tiered approach using a combination of self-reporting of specific home and symptom characteristics, and potentially some of the following methods would be reasonable and appropriate: a visual inspection of ground wiring, use of XRF/FTIR, deployment of metal coupons to measure corrosion, and passive monitors to measure specific gases.

P1.019-0005

# DRAFT FINAL REPORT ON AN INDOOR ENVIRONMENTAL QUALITY ASSESSMENT OF RESIDENCES CONTAINING CHINESE DRYWALL

Prepared For:

Lori Saltzman, M.S.
Director, Division of Health Sciences
U. S. Consumer Product Safety Commission
4330 East West Highway
Bethesda, MD 20814

Prepared By:

Environmental Health & Engineering, Inc.
117 Fourth Avenue
Needham, MA 02494-2725

EH&E Report 16512
November 18, 2009

P:\16512\Report\Draft Final Report.doc

©2009 by Environmental Health & Engineering, Inc.
All rights reserved

DRAFT
DO NOT QUOTE OR CITE

Acknowledgments

The results of this study were presented to members of the Interagency Task Force on November 9, 2009. Comments on the *Draft Final Report on an Indoor Environmental Quality Assessment of Residences Containing Chinese Drywall*, dated November 6, 2009, were received from representatives of the following agencies:

U.S. Consumer Product Safety Commission
Centers for Disease Control and Prevention/Agency for Toxic Substances and Disease Registry
U.S. Environmental Protection Agency
U.S. Department of Housing and Urban Development
National Institute of Standards and Testing
Florida Department of Health
Louisiana Department of Health and Hospitals

We appreciate the reviewers' insightful comments and constructive recommendations.

P1.019-0007

DRAFT

DO NOT QUOTE OR CITE

# TABLE OF CONTENTS

1.0 EXECUTIVE SUMMARY ............................................................. 1
   1.1 SYNOPSIS ......................................................................... 1
   1.2 INTRODUCTION AND OBJECTIVES .................................. 2
   1.3 METHODS ......................................................................... 4
   1.4 RESULTS ........................................................................... 5
   1.5 LIMITATIONS .................................................................... 7
2.0 INTRODUCTION ....................................................................... 9
   2.1 OVERVIEW AND OBJECTIVES ......................................... 9
   2.2 BACKGROUND ................................................................. 10
   2.3 ORGANIZATION OF THE REPORT ................................... 11
3.0 STUDY DESIGN ........................................................................ 13
   3.1 OVERVIEW ........................................................................ 13
   3.2 STUDY POPULATION ....................................................... 14
   3.3 FIELD ACTIVITIES ............................................................ 17
   3.4 SAMPLING SCHEDULE ..................................................... 19
4.0 SAMPLING AND ANALYTICAL METHODS .............................. 23
   4.1 INTRODUCTION ................................................................ 23
   4.2 SOURCE DRYWALL MEASUREMENTS ............................ 23
   4.3 AIR SAMPLING METHODS ................................................ 24
   4.4 AIR EXCHANGE RATE ...................................................... 36
   4.5 CORROSION ASSESSMENT .............................................. 37
   4.6 PROCEDURES FOR STATISTICAL ANALYSIS OF DATA .. 40
   4.7 QUALITY ASSURANCE AND QUALITY CONTROL PROCEDURES ... 41
5.0 RESULTS .................................................................................. 61
   5.1 SOURCE IDENTIFICATION ............................................... 61
   5.2 INTEGRATED MEASURE OF EFFECT ............................... 65
   5.3 AIR SAMPLING RESULTS ................................................. 75
6.0 DISCUSSION ............................................................................ 100
   6.1 SUMMARY ......................................................................... 100
   6.2 SOURCE MARKERS ......................................................... 103
   6.3 INDOOR AIR QUALITY ...................................................... 108
   6.4 CORROSION ...................................................................... 112
   6.5 HEALTH CONSIDERATIONS .............................................. 115
   6.6 COMPARISON TO CHAMBER STUDIES ........................... 119
   6.7 LIMITATIONS .................................................................... 121
7.0 CONCLUSIONS ........................................................................ 123
8.0 REFERENCES .......................................................................... 125

DRAFT

DO NOT QUOTE OR CITE

## TABLE OF CONTENTS (Continued)

### LIST OF APPENDICES

Appendix A    Summary Data Tables
Appendix B    Quality Assurance Project Plan

### LIST OF TABLES

Table 3.1    Distribution of Ranking Classification of Complaint Homes
Table 3.2    Summary of Basic Attributes for Case and Reference Homes by State
Table 3.3    CPSC Study Core Assessment and Environmental Monitoring Parameters
Table 3.4    General Schedule of Field Sampling and Inspection Activities Implemented as Part of the CPSC Study
Table 4.1    Summary of Air Sampling Methods
Table 4.2    Targeted Reduced Sulfur Gases and Laboratory Reporting Limits
Table 4.3    Targeted Volatile Organic Compounds (VOCs) and Laboratory Reporting Limits
Table 4.4    Targeted Aldehydes and Laboratory Reporting Limits
Table 4.5    Summary of Target Parameters, Passive Air Sampling
Table 4.6    Sampling Rates for Targeted Analytes for Passive Sampling
Table 4.7    Passive Sampling, Targeted Analytes and Laboratory Reporting Limits
Table 4.8    Targeted Organic and Inorganic Acids and Laboratory Reporting Limits
Table 4.9    Quality Assurance and Quality Control Samples Collected During the Project
Table 4.10    Calibration Procedures
Table 4.11    Summary of Data Capture Efficiency for Air Samples
Table 4.12    Summary of Detection Frequency for Air Sample Field and Shipping Blanks
Table 4.13    Primary Estimate of Measurement Precision for Groups of Analytes in Indoor Air by Sampling Method
Table 4.14    Primary Estimate of Measurement Precision for Specific Analytes in Indoor Air
Table 4.15    Primary Estimate of Measurement Precision for XRF and FTIR Measurements
Table 4.16    Coefficient of Variation, Inter-home Temperatures, Relative Humidity and Dew Point Temperature Measurements
Table 5.1    2x2 Table Comparing CPSC Home Status and Objectively Measured Status Using FTIR/XRF
Table 5.2    Major, Minor, and Trace Elemental Composition of Corrosion Coupons Analyzed by Energy Dispersive Spectroscopy
Table 5.3    Corrosion Correlation Matrix
Table 5.4    House Average Aldehyde (Active Sampler) Concentrations ($\mu g/m^3$) in Indoor Air by House Status
Table 5.5    House Average Aldehyde (Passive Sampler) Concentrations ($\mu g/m^3$) in Indoor Air by House Status
Table 5.6    House Average Concentrations (ppb) of Analytes Collected Using Passive Samplers
Table 5.7    House Average VOC Concentrations ($\mu g/m^3$) in Indoor Air by House Status

DRAFT

DO NOT QUOTE OR CITE

## TABLE OF CONTENTS (Continued)

### LIST OF TABLES (Continued)

Table 5.8    House Average Organic Acid Concentrations (ppb) in Indoor Air by House Status

Table 5.9    Regression Model Results Showing Predictors of House Average Hydrogen Sulfide Concentrations (Natural log-transformed) in Indoor Air

Table 5.10   Regression Model Results Showing Predictors of House Average Carbon Disulfide Concentrations (Natural log-transformed) in Indoor Air

Table 5.11   Regression Model Results Showing Predictors of Silver Corrosion Rates at the AHU Air Register (Natural log-transformed) in Indoor Air

Table 5.12   Regression Model Results Showing Predictors of Copper Corrosion Rates at the AHU Air Register (Natural log-transformed) in Indoor Air

Table 5.13   Regression Model Results Showing Predictors of Silver Corrosion Rates at the AHU Air Register (Natural log-transformed) in Indoor Air

Table 5.14   Regression Model Results Showing Predictors of Copper Corrosion Rates at the AHU Air Register (Natural log-transformed) in Indoor Air

Table 5.15   Linear Mixed Effects Model Fixed Effects Results for Predictors of Room-Specific Silver Corrosion Rates (Natural log-transformed)

Table 5.16   Interaction Mode—Linear Mixed Effects Model Fixed Effects Results for Predictors of Room-Specific Silver Corrosion Rates (Natural log-transformed)

Table 5.17   Linear Mixed Effects Model Fixed Effects Results for Predictors of Room-Specific Copper Corrosion Rates (Natural log-transformed)

Table 5.18   Regression Model Results Showing Predictors of House Average Formaldehyde levels (Natural log-transformed) in Indoor Air

Table 6.1    Material Sensitivities to Atmospheric Corrodants


### LIST OF FIGURES

Figure 2.1   Number and Percentage of Drywall Complaints Received as of September 2009

Figure 3.1   Locations of Participating Homes

Figure 4.1   Example of Visual Corrosion Ratings, Electrical Ground Wire

Figure 4.2   Comparison of Paired Sample and Duplicate Air Sample Measurements by Group

Figure 4.3   Comparison of Paired Duplicate Air Sample Measurements for Selected Compounds

Figure 4.4   Comparison of Paired Duplicate XRF Field and Laboratory Strontium Measurements

Figure 4.5   Comparison of Paired Duplicate FTIR Laboratory Carbonate Measurements

Figure 4.6   Comparison of Paired Duplicate Corrosion Rate Measurements for Copper and Silver Coupons

Figure 5.1   Comparison of Cored Drywall Samples of Known Origin and Analyzed in a Laboratory Setting for Strontium Concentrations (ppm) Measured by XRF and Carbonate (Absorbance) Measured Using FTIR. See Figure for Legend of Sample Type

P1.019-0010

DRAFT

DO NOT QUOTE OR CITE

## TABLE OF CONTENTS (Continued)

LIST OF FIGURES (Continued)

Figure 5.2    Comparison of Cored Drywall Samples Obtained in the Field and Analyzed in a Laboratory Setting for Strontium Concentrations (ppm) Measured by XRF and Carbonate (Absorbance) Measured Using FTIR, White Circles Denote Points with Elevated Carbonate and Quartz and Identified as Containing Plaster (See Text for Explanation)

Figure 5.3    Carbonate Levels Measured Using FTIR in Matched Samples of Plaster and Drywall and Core Material Alone in Drywall

Figure 5.4    Photographs of Corrosion Coupons after Retrieval from One Non-complaint Home (A) and Three Complaint Homes (B – D)

Figure 5.5    Corrosion Rates at AHU Air Register for All 51 Homes, by Corrosion Species

Figure 5.6    Corrosion Rates by Location within the Home and Outdoors

Figure 5.7    Comparison of Corrosion Film Thickness by CPSC House Status

Figure 5.8    Comparison of Corrosion Film Thickness by FTIR/XRF Marker

Figure 5.9    Comparison of Mean Groundwire Corrosion Rating by CPSC Home Status

Figure 5.10   Comparison of Corrosion Film Thickness Across Study Regions

Figure 5.11   Maximum Outdoor Temperature During the Sampling Period for Each Region

Figure 5.12   Comparison of Corrosion Film Thickness by Formaldehyde Concentration

Figure 5.13   Comparison of Corrosion Rates at the AHU Air Register by House Average Formaldehyde Concentration Measured Using 2-week Passive Monitors

Figure 5.14a  Comparison of Corrosion Rates at the AHU Air Register by House Average Hydrogen Sulfide Concentration Measured Using 2-week Passive Monitors

Figure 5.14b  Comparison of Corrosion Rates at the AHU Air Register by House Average Nitrogen Dioxide Concentration Measured Using 2-week Passive Monitors

Figure 5.15   Boxplots of House Average Carbon Disulfide Concentrations by CPSC Home Status

Figure 5.16   Comparison of Corrosion Film Thickness at the AHU Air Register by House Average Carbon Disulfide Concentration

Figure 5.17   Comparison of Short-term, House Average Air Exchange Rates by CPSC House Status and FTIR/XRF Status

Figure 5.18   Comparison of Corrosion Film Thickness at the AHU Air Register by Air Exchange Rate

Figure 5.19   Boxplots of Indoor Temperature by CPSC Home Status

Figure 5.20   Comparison of Dry Bulb Temperature and Dewpoint to Silver and Copper Corrosion Rates

Figure 5.21   House Average Hydrogen Sulfide Concentration (ppb) by a) CPSC House Status, and b) FTIR/XRF Marker

Figure 5.22   Scatterplot Comparing House Average Hydrogen Sulfide Concentration (ppb) by Dew Point, Stratified by Drywall Type as Determined by FTIR/XRF Marker

DRAFT

DO NOT QUOTE OR CITE

## TABLE OF CONTENTS (Continued)

LIST OF FIGURES (Continued)

Figure 5.23    Boxplots of House Average Carbon Disulfide Concentrations by CPSC Home Status

Figure 5.24    Comparison of Corrosion Film Thickness by FTIR/XRF Marker

Figure 5.25    Scatterplot of House Average Silver Corrosion Rate by Indoor Formaldehyde Concentration, Stratified by the Presence or Absence of Hydrogen Sulfide

Figure 5.26    Scatterplot Comparing House Average Formaldehyde Concentrations ($\mu g/m^3$) Across Temperature Ranges (°F)

Figure 6.1    Comparison of Cored Drywall Samples of Known Origin and Analyzed in a Laboratory Setting for Strontium Concentrations (ppm) Measured by XRF and Carbonate (Absorbance) Measured Using FTIR

Figure 6.2    Picture of One Wall from a Complaint Home (A) and Same Wall With Strontium Concentrations Measured Using XRF Through Paint (B) Demonstrating Two Different Drywall Boards in an Otherwise Uniformly Painted Wall

Figure 6.3    Comparison of Strontium Concentrations of Co-located Samples Measured in the Field through Paint and/or Plaster, and samples measured of the Drywall Core in a Controlled Laboratory Setting

Figure 6.4    Comparison of the Percent of Situ Samples >600 ppm Strontium and Home Status Determined Using the FTIR/XRF Marker

Figure 6.5    Sulfur Dioxide ($SO_2$) Concentrations Inside Small-volume Chamber Studies Comparing Two Imported and One Domestic Drywall Sample under Varying Environmental Conditions

DRAFT

DO NOT QUOTE OR CITE

## TABLE OF CONTENTS (Continued)

### LIST OF ABBREVIATIONS AND ACRONYMS

| | |
|---|---|
| ACH | air changes per hour |
| $Ag_2S$ | silver sulfide |
| AgCl | silver cloride |
| AHU | air handling unit |
| ASTM | American Society for Testing and Materials |
| ASHRAE | American Society of Heating, Refrigerating and Air Conditioning Engineers, Inc. |
| ATSDR | Agency for Toxic Substances and Disease Registry |
| CDC | Centers for Disease Control and Prevention |
| $CO_2$ | carbon dioxide |
| CPSC | U. S. Consumer Product Safety Commission |
| CS2 | carbon disulfide |
| CuO | copper oxide |
| $Cu_2S$ | copper sulfide |
| CV | coefficient of variation |
| DNPH | 2,4-dinitrophenyl hydrazine |
| DRIFTS | diffuse reflectance infrared Fourier transform spectroscopy |
| EDD | electronic data delivery |
| EDS | energy dispersive spectroscopy |
| EH&E | Environmental Health & Engineering, Inc. |
| EPA | U.S. Environmental Protection Agency |
| FOSC | Field Operations Support Center |
| FTIR | Fourier transform infrared |
| GC/MS | gas chromatography/mass spectrometry |
| GC/SCD | gas chromatography method utilizing a sulfur chemiluminescence detector |
| $H_2S$ | hydrogen sulfide |
| HF | hydrogen fluoride |
| HPLCUV | high performance liquid chromatography coupled with an ultraviolet detector |
| HVAC | heating, ventilating, and air-conditioning |
| IC | ion chromatography |
| LOD | limit of detection |
| ml/min | milliliters per minute |
| MRL | minimum reporting limit |
| NDIR | non-dispersive infrared |
| NIOSH | National Institute for Occupational Safety and Health |
| $NO_2$ | nitrogen dioxide |
| $O_3$ | ozone |
| OSHA | U.S. Occupational Safety and Health Administration |
| ppb | parts per billion |
| ppm | parts per million |
| QA/QC | quality assurance, quality control |
| QAPP | quality assurance project plan |
| ref | referent group |
| RfC | reference concentration |
| SEM | scanning electron microscopy |
| $SO_2$ | sulfur dioxide |
| VOC | volatile organic compound |
| XPS | x-ray photoelectron spectroscopy |

DRAFT

DO NOT QUOTE OR CITE

## TABLE OF CONTENTS (Continued)

**LIST OF ABBREVIATIONS AND ACRONYMS (Continued)**

| | |
|---|---|
| XRF | x-ray fluorescence |
| $\mu g/m^3$ | micrograms per cubic meter |
| °C | degrees Celsius |
| °F | degrees Fahrenheit |

P1.019-0014

DRAFT

DO NOT QUOTE OR CITE

# 1.0   EXECUTIVE SUMMARY

## 1.1   SYNOPSIS

In late December 2008, the U.S. Consumer Product Safety Commission (CPSC) began to receive drywall related complaints from consumers with media reports identifying the potentially problematic drywall as "Chinese drywall." The complaints were reported to include odors emanating from the drywall, corrosion of metal items inside the homes, and short-term health effects that were generally upper respiratory in nature. CPSC wanted to assess the environmental conditions that exist in representative complaint homes constructed with "Chinese drywall" and determine if those conditions could contribute to the health symptoms and material degradation being reported by some residents.

Fifty-one homes in the Southeast U.S. were investigated in 2009 (41 complaint homes; 10 non-complaint homes). Each home investigation included: 1) objective source characterization using Fourier transform infrared spectroscopy (FTIR) and x-ray fluorescence (XRF); 2) characterization of the indoor and outdoor environment including measurements of airborne compounds in multiple rooms using both short-term active sampling and two-week passive sampling (volatile organic compounds [VOCs], aldehydes, reduced sulfur gases, acids) as well as indicators of building performance (air exchange rate, temperature, dew point); and 3) assessment of corrosion potential in each home as determined by visual inspection and analysis of corrosion coupons consisting of silver and metal strips deployed during the two-week sampling period. Statistical analyses were performed to examine the relationship from source, to environment, to effect using the measured parameters.

Results from this study indicate that the concentrations of strontium measured with XRF and carbonate ion (carbonate) using FTIR, determined that drywall can be used in combination to reliably identify suspect drywall. Complaint homes were found to have significantly greater rates of copper and silver corrosion than non-complaint homes. Indoor air of complaint homes was more likely to contain low-level hydrogen sulfide compared to non-complaint homes. Moreover, hydrogen sulfide concentrations were positively associated with dew point, suggesting a possible interaction of the two that

Draft Final Report CPSC Drywall and Indoor Environmental Quality Assessment
Environmental Health & Engineering, Inc.16512

November 18, 2009
Page 1 of 128

P1.019-0015

DRAFT

DO NOT QUOTE OR CITE

may be important for release or effects of the gas. Hydrogen sulfide was also associated with both copper and silver corrosion. Formaldehyde concentrations were consistent between complaint and non-complaint homes, indicating they were related to sources inside the home and not the suspect drywall, and were also associated with corrosion in some rooms. There was suggestive evidence that the rate of silver corrosion associated with formaldehyde was dependent upon the presences of hydrogen sulfide, suggesting a potential synergistic effect with formaldehyde; it is unknown if the effect is due to formaldehyde itself or if formaldehyde is a surrogate for some other main effect (e.g., formic acid). All of the homes in the study had air exchange rates that are consistent with "tight" homes and that may influence the relationships among hydrogen sulfide, formaldehyde, and other materials in the complaint homes.

## 1.2 INTRODUCTION AND OBJECTIVES

This document, entitled "Draft Final Report on an Indoor Air Quality Assessment of Residences Containing Chinese Drywall," was prepared on behalf of the CPSC by Environmental Health & Engineering, Inc. (EH&E). This draft final report contains information and data that has been compiled by EH&E on 51 homes (41 complaint homes and 10 non-complaint homes) evaluated as part of the overall study. All field work was completed between July 27 and September 30, 2009.

This investigation was designed to identify critical parameters related to the potential for suspect imported Chinese drywall to adversely affect health and property by carefully examining the relationship between possible sources, environmental modifiers, and effects in homes. Although a variety of health concerns have been reported, this study was not intended to address this issue directly. The primary effect variable that has been utilized throughout this study is that of corrosion of metal surfaces. Corrosion of new metal surfaces is a direct and objective measure of a significant environmental outcome and serves as an integrated measurement that will directly account for the wide variety of corrosive gases that could be present in indoor environments.

The specific aims of this study were to:

P1.019-0016

**DRAFT**

**DO NOT QUOTE OR CITE**

- Identify sensitive and specific markers of suspect imported Chinese drywall that can be used to positively identify potentially impacted homes.

- Characterize the indoor and outdoor concentrations of various airborne compounds. These include reduced sulfur gases, sulfur dioxide, aldehydes, VOCs, inorganic acids, and organic acids of representative complaint and non-complaint homes.

- Identify various building characteristics of subject homes, including: surface area of Chinese drywall, air exchange rates, temperature, indoor relative humidity, and dew point.

- Evaluate the use of the rate of corrosion of metal objects in both complaint and non-complaint homes as an integrated measure of effects consistent with the environmental parameters measured in the homes.

- Examine relationships among drywall properties, building characteristics, constituents of indoor air, and rates of corrosion.

- Evaluate measures that could potentially serve as indicators of respiratory and mucosal irritation.

- Develop a meaningful and sensitive sampling protocol that could readily be deployed in the field for future studies.

Although multiple studies have been performed by various federal and state agencies and several private entities, no consensus regarding the cause or resolution of the adverse environmental conditions found in homes containing Chinese drywall has been developed at this time. This is primarily due to the fact that emissions from Chinese drywall represent a complex, dynamic, unstable mixture of low-level contaminants. They are likely highly reactive and therefore may be rapidly scavenged from the air through the corrosion on metal surfaces, reactions with other compounds, or adsorption on various surfaces and therefore may not be present in ambient air for a long enough period of time to permit accurate characterization. Many exploratory studies have utilized short-term sampling and measurement techniques that may provide an accurate

P1.019-0017

DRAFT

DO NOT QUOTE OR CITE

"snapshot" in time but, unless they are repeated over multiple sampling periods, may not fully evaluate the dynamic nature of the home environment with respect to the impact of various environmental factors and the evolution of gaseous contaminants. Single, short-term measurements may also not be relevant to the prime outcome variable of corrosion and adverse health impacts that may occur from the persistent, low-level exposures to a variety of contaminants.

## 1.3   METHODS

This study was designed to be a detailed characterization of the indoor environment found in representative complaint homes that were selected by the CPSC from their existing incident reporting database. This study also includes results from non-complaint residences that were recruited by the CPSC to participate in this study based on their age of construction, proximity to complaint homes, and an understanding they were constructed without the use of Chinese drywall.

The methods used to achieve the specific aims of this study are described in detail in the body of the report. The following section provides a brief overview, in order to provide guidance to interpreting the results.

- **Markers of Chinese Drywall.** Real-time measurements for strontium concentrations were made in the field using XRF to identify markers of imported Chinese drywall. Core sampling of drywall was also performed in each room of the subject homes and the samples returned to the laboratory for additional XRF analysis, as well as characterization using FTIR spectroscopy.

- **Characterization of Indoor and Outdoor Airborne Compounds.** Active, short duration samples were collected for a number of indoor contaminants. These included reduced sulfur gases, aldehydes, VOCs, inorganic and organic acids. Additionally, in order to improve the limit of detection for many of the compounds of interest, as well as to utilize longer integration periods that are consistent with the period of exposure of the metal coupons, passive samplers were utilized to collect hydrogen sulfide, aldehydes, ozone, sulfur dioxide, nitrogen dioxide, and hydrofluoric acid over a two-week period.

P1.019-0018

DRAFT
DO NOT QUOTE OR CITE

- **Building Characteristics.** Detailed mapping of the elemental composition of the drywall was performed using XRF throughout each study home. Air exchange rate measurements were collected using a standard tracer gas dilution procedure using carbon dioxide as the tracer gas. Temperature and indoor relative humidity were tracked over a two-week period utilizing continuous data logging sensors.

- **Characterization of Metal Corrosion.** Pre-cleaned copper and silver coupons were placed in multiple locations in each home and were employed to determine the rate of corrosion at the subject homes over a two-week sampling period. Inspections of a variety of metal surfaces within each home were performed, and numerical rating criteria were implemented to characterize the amount of corrosion in each residence.

- **Examination of Relationships among Drywall Properties and Building Characteristics.** Detailed statistical analysis was performed using correlation and regression analyses to identify factors and potential effect modifiers that could explain the corrosion effects found in the homes containing Chinese drywall compared to non-complaint homes. Statistical analysis included compiling descriptive statistics, scatter plots, and box plots. Bivariate statistical relationships were assessed using Spearman rank correlation and Wilcoxon rank sum tests. Generalized linear models were used for analysis of variance and multivariate regression, with linear mixed effects models used to account for within-home correlation in analyses that included multiple measures in a home (e.g., air samples taken at the same time in two rooms).

## 1.4    RESULTS

The results are described in detail in the body of this report. Key points are as follows.

- The study found that the concentrations of strontium and carbonate ion (carbonate) determined in drywall can be used in combination to reliably characterize suspect imported drywall. Portable XRF and FTIR instruments were used to measure strontium and carbonate respectively in both known samples, to effectively calibrate their response, and in the field to characterize unknown samples.

P1.019-0019

DRAFT

DO NOT QUOTE OR CITE

- Corrosion on metal surfaces was found to be significantly greater in the complaint houses than in the non-complaint houses. The corrosion effect was significant both when quantitative measures utilizing the corrosion coupons were used to quantify the rate of corrosion, as well as when corrosion on ground wires found in the home was observed and rated by trained technicians.

- The average air exchange rates measured in each home were similar for both the complaint and non-complaint homes. The air exchange rate study also showed that the houses in the sample were tightly sealed with short-term average air exchange rates ranging from 0.05 to 0.8 air changes per hour (ACH) with a median of 0.19 ACH. This value is contrasted with the value of 0.4 ACH, which has been reported by many investigators (ASHRAE 2005) as the median of the current U.S. housing stock. These low air exchange rates may play an important role in the effect of gases and indoor environmental conditions on corrosion and possible exposures to indoor contaminants.

- Hydrogen sulfide gas was found in the majority of complaint and in two non-complaint homes as well as in some outdoor samples. The concentrations of hydrogen sulfide were significantly higher in complaint homes compared to non-complaint homes

- Hydrogen sulfide concentrations in air were associated with higher dew points for complaint homes. A positive association was observed between elevated dew points and hydrogen sulfide concentrations for homes with imported drywall with hydrogen sulfide present, where the dew point reaches typical room temperatures and condensation of water vapor would be expected.

- Carbon disulfide concentrations varied between complaint and non-complaint homes, with median concentrations of 2.4 and 0.74 micrograms per cubic meter ($\mu g/m^3$) respectively. Statistical tests, while showing no difference, were limited by a reduced sample size for the carbon disulfide measurements.

- Organic acids were detected in both complaint and non-complaint homes with no statistical difference observed between the two classifications of homes.

Draft Final Report CPSC Drywall and Indoor Environmental Quality Assessment          November 18, 2009
Environmental Health & Engineering, Inc.16512                                                    Page 6 of 128

P1.019-0020

DRAFT
DO NOT QUOTE OR CITE

- Hydrogen sulfide and formaldehyde concentrations in indoor air were associated with corrosion rates in the study homes. For silver, a potential interactive effect was seen with formaldehyde; the effect of formaldehyde on corrosion rates was dependent upon the presence of hydrogen sulfide. Formaldehyde may be a marker of some other factor associated with corrosion (e.g., formic acid).

- Concentrations of aldehydes in the indoor air of both complaint and non-complaint homes did not differ significantly, but were generally greater than levels reported in the scientific literature for residences in various areas of the United States. These results may not be directly comparable for a number of reasons, chiefly related to the age of the homes from the various studies. However, when the data from this study's houses are compared to data from recently constructed homes, the levels of formaldehyde and other aldehydes are comparable. This shows the importance of understanding the age of the home and other building characteristics when assessing the significance of some of these other compounds.

## 1.5    LIMITATIONS

This study was designed to characterize the air quality in homes that had health and/or corrosion complaints suspected to be associated with certain types of drywall. This "suspect" drywall is believed to originate and be imported from the People's Republic of China. However, at this time there is insufficient evidence to support or refute the assertion that all Chinese-origin or imported drywall exhibits the health or corrosive characteristics reported in complaint homes.

The intent of this sampling and analysis program was to elucidate the relationships between suspect drywall and environmental conditions existing in the home that could be characterized by use of objective measurements such as the rate of corrosion on metal surfaces. This study was designed as an in situ investigation in which the house was characterized in the "lived in" condition. (Certain exceptions to this "lived in" characterization, where the houses were unoccupied during the testing, were found to have a negligible impact on the primary findings.) So as to not possibly miss an important interaction effect, no attempt was made to restrict occupant activities,

P1.019-0021

DRAFT

DO NOT QUOTE OR CITE

manipulate the mechanical systems or remove materials from the residence prior to, or during, sampling.

The indoor environment of the complaint homes is complex, dynamic and in many ways challenging to characterize due to the low concentrations of the contaminants present and the highly reactive nature of many of the species of interest. It is also probable that there are important interactions between the materials emitted from the suspect drywall and airborne compounds present in the indoor environment that may be associated with other sources, as well as specific home characteristics, that could cause, or be a significant contributor to, the complaints reported.

P1.019-0022

DRAFT

DO NOT QUOTE OR CITE

## 2.0   INTRODUCTION

### 2.1   OVERVIEW AND OBJECTIVES

This report was prepared on behalf of CPSC by EH&E and describes an investigation of the relationship between indoor environmental quality and imported drywall in residential buildings. This study is one component of a multifaceted investigation being led by the CPSC to evaluate the emissions from imported Chinese drywall. CPSC wanted to assess the environmental conditions that exist in representative homes constructed with this drywall and determine if those conditions could contribute to the health symptoms and material degradation being reported by some residents (CPSC 2009a).

The objective of the in-home investigation was to characterize the indoor environment in representative complaint homes in detail, obtain air samples and other objective measurements that could be used for future risk assessments and examine homes for evidence of health stressors that could plausibly be related to drywall based on complaints and scientific information compiled by CPSC and EH&E. This was an exploratory study in which indoor environmental conditions for a sample of complaint homes were compared to conditions in a sample of non-complaint homes, and considered the context of normative values and relevant health benchmarks. The study design was not intended to compare homes individually but rather to compare two groups of homes (complaint versus non-complaint) under exposure conditions that would be considered typical under normal occupancy. Activities in this scope of work included the following elements:

- Identify objective markers of imported drywall.

- Measure reduced sulfur gases, sulfur dioxide, aldehydes, volatile organic compounds (VOCs), inorganic acids, and organic acids in indoor and outdoor air of representative complaint and non-complaint homes.

- Ascertain building characteristics of test homes including surface area, air exchange rate, indoor temperature, and indoor relative humidity.
- Determine the rate of corrosion for copper and silver objects in homes.

P1.019-0023

DRAFT

DO NOT QUOTE OR CITE

- Examine relationships among drywall properties, building characteristics, constituents of indoor air, and rates of corrosion.

- Evaluate measures that could potentially serve as indicators of respiratory and mucosal irritation.

## 2.2   BACKGROUND

In late December 2008, CPSC began to receive drywall related complaints from consumers (CPSC 2009c). The complaints are reported to include odors emanating from the drywall, corrosion of metal items inside the homes, and short-term health effects that were generally upper respiratory in nature.

CPSC staff investigated four complaint homes in March 2009 and reported a noxious odor inside the homes, varying levels of corrosion in electrical outlets, circuit breakers, plumbing fixtures, and air-conditioning coils, and personally experienced respiratory irritation, headache, and eye irritation while inside the homes (CPSC 2009c). CPSC staff reported that the health symptoms dissipated after leaving the homes.

Following the preliminary site visits, the CPSC in conjunction with the U.S. Environmental Protection Agency (EPA), the Centers for Disease Control and Prevention (CDC), and the Agency for Toxic Substances and Disease Registry (ATSDR) initiated a multi-agency approach to investigate the drywall-related complaints. Information on the overall investigation and inter-agency coordination is available elsewhere (CPSC 2009a).

As of September 2009, CPSC had received about 1,601 incident reports from 24 states and the District of Columbia (CPSC 2009b). The majority of reports are from Florida, followed by Louisiana, Virginia, and other states (Figure 2.1).

P1.019-0024

DRAFT
DO NOT QUOTE OR CITE



(Reproduced from CPSC 2009c)

Figure 2.1  Number and Percentage of Drywall Complaints Received as of September 2009

A number of reports related to imported drywall were completed by other groups prior to initiation of the CPSC in-home study. Results of an early in-home study in south Florida conducted on behalf of a supplier of building materials were released in 2006 (CTEH 2007). In 2008, a study conducted on behalf of a homebuilder was released that examined levels of sulfide gases inside of homes reported to contain imported drywall (ENVIRON 2008). Also in 2008, investigators from a research center in Germany described their measurements of odorous emissions from drywall under laboratory conditions in a paper presented at a scientific conference (Burdack-Freitag et al. 2008). The State of Florida Department of Health and the EPA released results of preliminary sampling of drywall and copper materials in March and May 2009, respectively (EPA 2009a; Unified Engineering Inc. 2009). Findings contained in these reports were considered in the design of the present study in addition to other information gathered by the CPSC and various agencies.

## 2.3    ORGANIZATION OF THE REPORT

Following this introduction, the design of the in-home investigation is presented in Section 3. That section includes the specific aims of the study, basic information on the homes enrolled, schedule, and sampling plan. Section 4 contains details of the methods used to collect and analyze samples from the test homes as well as the quality assurance and quality control procedures implemented. Results of the field sampling

P1.019-0025

**DRAFT**

**DO NOT QUOTE OR CITE**

and laboratory analyses are summarized in Section 5 in the form of summary statistics for individual analytes in the test homes. Associations between constituents of indoor air and measures of corrosion as well as multivariate relationships among constituents of imported drywall, indoor air, and corrosion and other characteristics of the primary measurements are also provided in Section 5. A discussion of the study findings is presented in Section 6 including comparisons of results for complaint homes to corresponding levels observed in non-complaint homes. Finally, conclusions drawn from the in-home study are presented in Section 7.

P1.019-0026

DRAFT
DO NOT QUOTE OR CITE

## 3.0   STUDY DESIGN

### 3.1   OVERVIEW

As noted in Section 2, the objective of this investigation was to assess levels of a variety of environmental conditions in homes believed to be constructed with imported drywall based on criteria established by the CPSC, henceforth referred to as complaint homes. The same methods were used to assess environmental conditions in a sample of non-complaint homes also identified by CPSC. EH&E assessed environmental conditions of 51 homes between July 27 and September 30, 2009, consisting of 41 complaint and 10 non-complaint homes located in five states.

Both integrated and discrete observations of environmental conditions were obtained from complaint and non-complaint homes, details of which are provided below. Integrated observations included two measures of corrosion: (i) rates of corrosion determined from copper and silver coupons exposed to indoor air in each home for two weeks and (ii) inspection and semi-quantitative rating of copper ground wires in accessible electrical outlets. Discrete measurements included short-term (grab sample to 4 hour average) and long-term (2 week) average concentrations of numerous organic and inorganic gases in indoor and outdoor air of participating homes. The elemental and mineral composition of drywall in homes was assessed in the field using non-destructive methods. Multiple bulk samples of drywall (including 400 square centimeters [cm$^2$] and 1 cm$^2$ samples) were obtained from each home and returned to the laboratory for further analysis and archiving. To account for factors that could modify source-pathway-effect relationships, baseline physical and indoor air quality parameters were also determined for complaint and non-complaint homes including geographic coordinates, orientation, area, ventilation characteristics, air exchange rate, indoor temperature, and indoor relative humidity. All homes were evaluated under indoor environmental exposure conditions that were typical of those experienced by occupants. Potential indoor sources such as cleaning supplies, air fresheners, etc. were not removed from the home, although homeowners were requested to not use these products throughout the sampling period.

P1.019-0027

DRAFT

DO NOT QUOTE OR CITE

Summary statistics generated from the field data and observations obtained from complaint homes were compared to corresponding measures obtained from a sample of non-complaint homes selected by the CPSC. Relationships between rates of corrosion and discrete measures of organic and inorganic gases were explored using correlation analysis and other descriptive methods. Multivariate models were used to examine multi-factorial relationships among the corrosion, indoor air quality, drywall composition, and housing characteristics information gathered from participating homes.

## 3.2   STUDY POPULATION

The study population was comprised of 51 residential buildings, primarily detached single-family residences in five states including 41 homes that submitted drywall related incident reports to CPSC between December 23, 2008, and June 5, 2009, (complaint) and 10 non-complaint homes selected from the same neighborhoods as complaint homes. The CPSC recruited all homes into the study.

### 3.2.1   Eligibility Criteria

Potential target homes for the study were selected by CPSC based on specific criteria that considered geography and reports of health effects and corrosion. In terms of geography, homes were selected from communities in coastal Florida (Gulf and Atlantic coast) and coastal areas of Louisiana, Mississippi, Alabama, and Virginia as these states ranked high in complaint frequency in reports received by CPSC (CPSC 2009b).

To select the complaint homes, the CPSC used information gathered from incident reports to develop an ordinal scale for severity of a complaint. For this ranking system, homes were assigned a score from 0 to 7 based on the number of factors noted in the incident report. These factors included; 1) heating, ventilating, and air-conditioning (HVAC) corrosion, 2) plumbing corrosion, 3) wiring corrosion, 4) appliance failures/corrosion, 5) the presence of odor, 6) health issues, and 7) period of construction (between 2006 and 2007). For example, an incident report that identified only the presence of odor would be assigned a ranking of 1, while a report that identified HVAC corrosion, plumbing corrosion, wiring corrosion, health effects, odor, and constructed between 2006 and 2007 would be assigned a ranking of 6. The distribution

P1.019-0028

DRAFT

DO NOT QUOTE OR CITE

of ranking score for the 41 complaint homes based on the CPSC criteria is provided in Table 3.1.

| Table 3.1    Distribution of Ranking Classification of Complaint Homes | | | | | | |
|---|---|---|---|---|---|---|
| | **Ranking Classification** | | | | | |
| | 2 | 3 | 4 | 5 | 6 | 7 |
| Number of Homes | 1 | 7 | 6 | 8 | 11 | 8 |

Ranking classification represents combination of the following number of factors
- HVAC corrosion
- plumbing corrosion
- wiring corrosion
- appliance failures/corrosion
- presence of odor
- health issues
- period of construction between 2006 and 2007

Non-complaint homes were located geographically proximate to complaint homes such that they would have similar ambient conditions to that of the complaint homes. These homes had no observed or reported corrosion and residents had not reported recent onset of health effects. The non-complaint homes had similar attributes to the complaint homes including the period of construction, style of home, and floor area.

### 3.2.2   Home Locations

As described in Section 3.2, the study evaluated 51 homes in five states including Florida, Louisiana, Mississippi, Alabama, and Virginia. Figure 3.1 provides a graphical representation of the locations of the study homes.

P1.019-0029

DRAFT
DO NOT QUOTE OR CITE



Figure 3.1  Locations of Participating Homes

### 3.2.3   Home Characteristics

Selected descriptive characteristics of the participating homes are summarized by state and status in Table 3.2. Complaint and non-complaint homes were approximately 3,000 square feet in size on average. Forty-six of the homes were single-family residences. The homes evaluated consisted of typical residential style construction including wood and or metal framing and concrete, brick, or wood exterior.

P1.019-0030

DRAFT
DO NOT QUOTE OR CITE

Table 3.2   Summary of Basic Attributes for Case and Reference Homes by State

| Region | State | Status | Number of Homes | Average Home Floor Area (ft²) | Single Family | Multi Family |
|--------|-------|--------|-----------------|-------------------------------|---------------|--------------|
| Florida East | Florida | Non-complaint | 2 | 3,350 | 1 | 1 |
|  |  | Complaint | 13 | 3,307 | 11 | 2 |
| Florida West | Florida | Non-complaint | 3 | 2,183 | 3 | 0 |
|  |  | Complaint | 10 | 2,439 | 10 | 0 |
| Gulf Coast | Louisiana | Non-complaint | 2 | 7,268 | 2 | 0 |
|  |  | Complaint | 8 | 3,141 | 8 | 0 |
| Gulf Coast | Alabama | Non-complaint | 1 | 2,500 | 1 | 0 |
|  |  | Complaint | 2 | 2,840 | 2 | 0 |
| Gulf Coast | Mississippi | Non-complaint | 0 | — | — | — |
|  |  | Complaint | 2 | 2,750 | 2 | 0 |
| Virginia | Virginia | Non-complaint | 2 | 4,350 | 2 | 0 |
|  |  | Complaint | 6 | 3,050 | 4 | 2 |

ft²   square feet

## 3.3   FIELD ACTIVITIES

### 3.3.1   Integrated Measures—Corrosion

Objective measures of corrosion rates were obtained from copper and silver coupons placed at four locations within each home—a forced air supply diffuser, the central living area, the master bedroom and a second bedroom—as well as at an outdoor location. The coupons were exposed to indoor air for two weeks and rates of corrosion were quantified from the thickness of the resulting corrosion layer. To complement the rates of corrosion determined from the coupons, evidence of existing corrosion in each home was obtained from an inspection of copper ground wires in accessible electrical outlets and other accessible metal objects such as air handlers and water pipes. The metal objects in these locations were inspected and the extent of corrosion was recorded on a 3 point ordinal scale.

### 3.3.2   Discrete Measures—Gases in Indoor Air

Discrete observations of organic and inorganic gases were obtained through active and passive sampling of indoor and outdoor air of complaint and non-complaint homes. Active air sampling involved collection of grab samples of whole air for subsequent

P1.019-0031

DRAFT

DO NOT QUOTE OR CITE

analysis of reduced sulfur gases and 2 to 4 hour time-integrated samples for aldehydes, inorganic acids, organic acids, and VOCs. Passive samplers for sulfur dioxide, aldehydes, hydrogen sulfide, ozone, nitrogen dioxide, and hydrofluoric acid were deployed for two weeks in each home.

Contemporaneous samples for each active (including time-integrated and grab samples) and passive sampling system were obtained at three indoor locations in each home. These locations included the central living area, the master bedroom, and a second bedroom on the opposite side of the residence. An outdoor sampling location, free from interferences, i.e., away from roadways, exhausts, etc. was also selected for placement of samplers.

A summary of the types of indoor air samples obtained from complaint and non-complaint homes and the corresponding sampling durations is provided in Table 3.3.

Table 3.3   CPSC Study Core Assessment and Environmental Monitoring Parameters

| Monitoring Parameter | Sampling Duration |
|---|---|
| Volatile organic compounds (active)* | 120 minutes |
| Aldehydes (active) | 200 minutes |
| Inorganic acids (active) | 200 minutes |
| Organic acids (active) | 200 minutes |
| Reduced sulfur gases | Grab sample |
| Sulfur dioxide (passive) | 2 weeks |
| Aldehydes (passive) | 2 weeks |
| Hydrogen sulfide (passive) | 2 weeks |
| Ozone (passive) | 2 weeks |
| Hydroflouric acid (passive) | 2 weeks |
| Nitrogen dioxide (passive) | 2 weeks |

CPSC  U. S. Consumer Product Safety Commission

* Volatile organic compound (VOC) sampling was not selected as a core measurement parameter and was conducted in a subset of the participating homes. VOC samples were collected in 31 of the 51 homes studied.

3.3.3   Characterization of Drywall

Another specific aim of this investigation was to evaluate various objective indicators of imported drywall that would be useful in characterizing homes. To identify objective

Draft Final Report CPSC Drywall and Indoor Environmental Quality Assessment   November 18, 2009
Environmental Health & Engineering, Inc.16512   Page 18 of 128

P1.019-0032

DRAFT
DO NOT QUOTE OR CITE

indicators, EH&E conducted a preliminary laboratory study in which selected elemental and mineral characteristics of imported drywall samples obtained from the CPSC were contrasted with those of domestic drywall samples. Sensitive and specific methods of identifying imported drywall based upon elemental composition determined by x-ray fluorescence (XRF) and mineral composition determined by Fourier transform infrared spectroscopy (FTIR) spectroscopy were identified during this study. These methods were employed in the field to characterize the amount of imported and domestic drywall in complaint and non-complaint homes. At least one field measurement of elemental and mineral composition was obtained from each interior wall of complaint and non-complaint homes. In addition to measurements made in the field, multiple bulk samples were obtained from each study home and returned to the EH&E facility in Needham, Massachusetts, for further characterization and archiving.

### 3.3.4   Residential Characteristics

To account for other factors that could influence source-pathway-effect relationships, physical attributes and indoor air quality parameters of the study homes were also obtained by field personnel. These factors included square footage, ventilation design, air exchange rate, temperature, and relative humidity.

Temperature and relative humidity monitors were placed at two or three of the sampling locations (depending on the characteristics of the home) and were set to continuously log conditions over the course of the two week sampling period.

Field personnel also conducted a visual inspection of the home and completed a baseline questionnaire, including an inspection to document general home construction related characteristics and the visual assessment of corrosion noted in Section 3.3.1.

### 3.4   SAMPLING SCHEDULE

The field activities in each home were completed during two site visits to the home. During the first site visit, field activities were implemented by a three person team (accompanied by a CPSC investigator) and were completed over the course of a nine to ten hour visit (8:00 a.m. to 5:00 p.m.) The second site visit occurred approximately two weeks after the

P1.019-0033

DRAFT

DO NOT QUOTE OR CITE

first, and field activities during the second visit were completed by a single field
investigator. The sequence of activities completed in each home are described below and
summarized in the daily activity schedule provided as Table 3.4.

| Table 3.4 | General Schedule of Field Sampling and Inspection Activities Implemented as Part of the CPSC Study |
|---|---|
| **Day 1** | |
| 8:00 – 8:30 a.m. | • Arrive at test home to unpack, setup and calibrate equipment. |
| 8:30 – 9:00 a.m. | • Select three indoor and one outdoor air sampling locations<br>• Set up and start continuous temperature and relative humidity monitors<br>• Set up active air monitoring equipment for volatile organic compounds, aldehydes, organic and inorganic acids |
| 9:00 – 11:00 a.m. | • Start active air sampling<br>• Begin home inspection and questionnaire<br>• Begin XRF wall survey |
| 11:00 a.m. – 12:00 p.m. | • End active air sampling<br>• Begin bulk sampling of drywall from areas behind electrical outlet and switch plates<br>• Set up and start continuous carbon dioxide monitors<br>• Begin carbon dioxide release throughout the home (air exchange rate assessment) |
| 1:00 – 3:00 p.m. | • Continue and complete home inspection activities and questionnaire<br>• Continue and complete XRF wall survey<br>• Continue and complete drywall bulk sampling of areas behind electrical outlet and switch plates |
| 3:00 – 4:00 p.m. | • Set up and start passive air sampling equipment for sulfur dioxide, nitrogen dioxide, hydrogen fluoride, hydrogen sulfide, aldehydes, and ozone<br>• Set up and expose silver and copper coupons |
| 4:00 – 6:00 p.m. | • Collect reduced sulfur samples |
| 5:00 p.m. | • Depart the test home |
| **Day 12 to 15** | |
| Time varies | • Collect passive air samplers<br>• Collect temperature and relative humidity monitors<br>• Collect silver and copper coupons |
| XRF | x-ray fluorescence |

Field personnel arrived at each subject home at approximately 8:00 a.m. and began the
unpacking, set-up, and calibration of equipment. Once inside the home, the field
personnel selected the indoor and outdoor locations where all active and passive
environmental sampling and monitoring were to be conducted. Following the selection of
the indoor sites, temperature and relative humidity monitors were placed at two or three

P1.019-0034

DRAFT
DO NOT QUOTE OR CITE

of the locations (depending on the characteristics of the home) and were set to continuously log conditions over the course of the two week monitoring period.

At 9:00 a.m. active air sampling equipment was set up at the indoor locations and at the outdoor location to measure VOCs (implemented in a subset of homes), aldehydes, inorganic acids, and organic acids. VOC samplers were set up in two or three indoor locations with one duplicate, and at one outdoor location. One field blank was included for every ten samples. Similarly, aldehydes, inorganic acids, and organic acids were collected at three indoor locations with one duplicate and one field blank or shipping blank. The active air sampling systems were started at approximately 9:00 a.m. and sampled for approximately 200 minutes. While active air samples were being collected, field personnel began a survey of all walls in the home using a handheld XRF analyzer. During this time, field personnel also initiated the visual home inspection to document general home construction related characteristics and visual assessment for corrosion and completing the questionnaire.

Once the active air sampling was completed, field personnel collected small bulk samples of drywall from behind the cover plates of light switches and electrical boxes. The number of bulk samples collected varied based on the size of the home. Generally twenty to twenty-five samples were collected in each home. In addition, at each of the light switch and electrical boxes where bulk samples were collected, field personnel documented the condition of the copper electrical ground in terms of the level of corrosion identified. The drywall at each of these light switches and electrical boxes was also scanned utilizing a handheld XRF analyzer. Following the completion of active air sampling, the home air exchange rate was evaluated by releasing carbon dioxide ($CO_2$) throughout the home and monitoring the decay in $CO_2$ concentration over time. $CO_2$ monitors were placed at the three indoor sampling locations and continuously recorded the concentration of the gas over the test period.

During the afternoon hours, field personnel continued with the XRF wall survey, the home inspection/questionnaire, and the bulk sampling. Once $CO_2$ monitoring was completed, passive air sampling equipment for sulfur dioxide ($SO_2$), nitrogen dioxide ($NO_2$), hydrogen fluoride (HF), hydrogen sulfide ($H_2S$), aldehydes, and ozone ($O_3$) were set up and the passive air sampling program was started. Passive air samplers were

P1.019-0035

DRAFT

DO NOT QUOTE OR CITE

placed at the three indoor locations and one outdoor location. One duplicate and one field blank or shipping blank was obtained from each home. The passive air samplers were deployed for approximately two weeks.

To measure the integrated rate of corrosion, copper/silver coupons were placed at the three indoor sampling locations, at one outdoor location, and at the outlet of a supply air diffuser for the air conditioning unit serving the home. Finally, grab samples of whole air for analysis of reduced sulfur gases was initiated late in the day in order to ensure that samples were received by the laboratory within 24 hours of the sample collection time. Samples for reduced sulfur gas analysis were obtained from the three indoor locations, with one duplicate, and from one outdoor location.

A single field investigator returned to the home approximately two weeks following the date of the initial survey to collect the passive air samplers, temperature and relative humidity monitors, and copper/silver coupons.

Draft Final Report CPSC Drywall and Indoor Environmental Quality Assessment
Environmental Health & Engineering, Inc. 16512

November 18, 2009
Page 22 of 128

P1.019-0036

DRAFT

DO NOT QUOTE OR CITE

## 4.0    SAMPLING AND ANALYTICAL METHODS

### 4.1    INTRODUCTION

EH&E conducted a series of measurements in each complaint and non-complaint home to assess multiple environmental parameters. The following sections describe the sampling and analytical procedures used to collect data in each home included in the study, the procedures used to analyze and process the data, and a general outline of the quality assurance, quality control (QA/QC) procedures implemented by EH&E.

### 4.2    SOURCE DRYWALL MEASUREMENTS

Material characteristics of representative sections of drywall from each complaint and non-complaint home were determined using x-ray fluorescence (XRF) and Fourier transform infrared (FTIR) spectrometry. As described below, the elemental composition analysis was conducted using XRF in the field at each home. More detailed analyses, using a combination of XRF and FTIR were subsequently obtained in the laboratory from the bulk samples of drywall collected and archived from each home.

#### 4.2.1    X-Ray Fluorescence (XRF) Analysis

An XRF Spectrometer (Innov-X ALPHA™ Handheld XRF, Innov-X Systems, Inc., Woburn, Massachusetts) provided on-site and laboratory metals analysis in this study. This device is a handheld portable XRF analyzer and was used to identify and quantify the elements in representative wall surfaces in each home as well as in the bulk samples collected from each home.

At least one XRF measurement was obtained from each wall and ceiling surface in all of the homes included in the study. In-home measurements were taken through any wall coatings such as paint or plaster. The elemental scanning profile for each location was stored on the internal flash memory card of the XRF. The location of each measurement was marked on a floor plan and recorded in the master field log binder. Data files were downloaded daily and saved on a central file server. In addition, drywall bulk samples collected from each of the homes were scanned, analyzed and downloaded with the XRF software package in EH&E's main facility. Between 10 and 49 (average 23) bulk

P1.019-0037

DRAFT

DO NOT QUOTE OR CITE

samples of drywall, depending on the size of the home, were collected from each test house and analyzed using XRF at EH&E's facility. Analysis of the drywall samples removed from the home was conducted on the bulk material and not through paint or paper layers.

### 4.2.2   Fourier Transform Infrared (FTIR) Analysis

Bulk samples of drywall collected from the study homes were tested using FTIR at EH&E's main facility. FTIR measurements were obtained using the A2 Technologies Exoscan instrument, a full scanning Fourier transform mid-infrared spectrometer, equipped with a Michelson interferometer and non-hydroscopic optics. The diffuse reflectance Exoscan was configured for porous and rough surfaced materials. It has an optical design that focuses an infrared light beam perpendicular to the sample surface resulting in diffusely scattered infrared light. This scattered infrared light interacts with the sample and is subsequently reflected back to the detector in the Exoscan. This diffuse reflectance configuration provides spectra for drywall analysis. The diffuse reflectance infrared Fourier transform spectroscopy (DRIFTS) technique has been widely accepted as a highly sensitive means of measuring inorganic compounds. DRIFT spectra of pure non-diluted minerals are different in appearance from more traditional FTIR spectra due to several very intense absorbance bands that appear as negative peaks (specular) and multiple weaker absorbance bands which are observed as positive peaks (diffuse). DRIFT technology was used in this study to obtain FTIR measurements.

The representative drywall bulk samples collected from each of the homes, between 10 and 49 (average 23) bulk drywall samples depending on the size of the home, were collected from each house and analyzed using FTIR. Each sample was scanned, analyzed, and the results downloaded with the A2 Technologies Microlab PC software package.

### 4.3    AIR SAMPLING METHODS

Air samples were collected in representative areas of each home and analyzed using standard reference methods. Table 4.1 summarizes the air sampling methods used, the

P1.019-0038

DRAFT

DO NOT QUOTE OR CITE

analytes or groups of analytes, and the analytical methods used throughout this study. A complete list of the specific analytes is described in Sections 4.3.1 through 4.3.6.

Table 4.1   Summary of Air Sampling Methods

| Analyte(s) | Sampling Method | Analytical Method | Reference Method | Report Section |
|---|---|---|---|---|
| Reduced Sulfur Gases | Whole air, grab, Tedlar bags | GC/SCD | ASTM D5504 | 4.3.1 |
| VOCs | Whole air, SUMMA canister | GC/MS | EPA TO-15 | 4.3.2 |
| Aldehydes (active) | Sorbent tube | HPLC | EPA TO-11A | 4.3.3 |
| Passive Diffusion<br>• Aldehydes<br>• Hydrogen sulfide<br>• Ozone<br>• Sulfur dioxide*<br>• Nitrogen dioxide*<br>• Hydrofluoric acid* | Radiello Diffusive Sampling System | Various, see section 4.3.4 | Various, see section 4.3.4 | 4.3.4 |
| Inorganic acids | Sorbent tube | Ion chromatography | NIOSH 7903 | 4.3.5 |
| Organic acids | Sorbent tube | Ion chromatography | NIOSH 2011 | 4.3.5 |
| Temperature and relative humidity | Real-time monitor | Thermistor, thin-film capacitive sensor | Manufacturer | 4.3.6 |

GC/SCD   gas chromatography method utilizing a sulfur chemiluminescence detector
ASTM     American Society for Testing and Materials
VOC      volatile organic compound
GC/MS    gas chromatography/mass spectrometry
EPA      U.S. Environmental Protection Agency
HPLC     high performance liquid chromatography
NIOSH    National Institute for Occupational Safety and Health

*   Sulfur dioxide, nitrogen dioxide, and hydrofluoric acid collection and analysis performed using the same cartridge.

## 4.3.1   Reduced Sulfur Gases

Grab air samples were collected and analyzed for a suite of twenty reduced sulfur gases during the study. Whole air samples were collected into Tedlar Bags (Zefon International) using the SKC Vac-U-Chamber™. The Vac-U-Chamber is a rigid box that allows air sampling bags to be filled directly (without sample air passing through a pump) from ambient atmospheres through use of negative pressure differentials; all surfaces that came in contact with sample air were constructed of stainless steel or Teflon tubing (SKC Cat. No. 231-940). The sampling pumps used to fill/evacuate the chambers were adjusted to a nominal flow rate of 1.0 liter per minute and each grab sample was

P1.019-0039

DRAFT

DO NOT QUOTE OR CITE

collected for approximately 30 – 45 seconds for a total volume of approximately 0.5 to 0.75 liters for each sample.

Air samples were collected at three indoor locations and one outdoor location per test house. In addition, one duplicate sample was collected per sample set at each home (the analytical laboratory was blinded to all sample designations including duplicate samples). Due to the reactive nature of many reduced sulfur gases, the reference method (American Society for Testing and Materials [ASTM] Method D5504) recommends that sample analysis occur within 24-hours of collection. To satisfy this requirement, the reduced sulfur samples were collected at each test home and shipped to the analytical laboratory via first priority overnight delivery.

The reduced sulfur compound analysis was performed according to ASTM Method D5504 *Standard Test Method for Determination of Sulfur Compounds in Natural Gas and Gaseous Fuels by Gas Chromatography and Chemiluminescence.* ASTM D5504 is a gas chromatography method with a sulfur chemiluminescence detector (GC/SCD). The chemical analyses were conducted by Columbia Analytical Services, Inc., Simi Valley, California. Table 4.2 shows the reduced sulfur compound analytes and the laboratory reporting limits for each analyte. Statistical analysis of duplicate samples is further discussed in Section 4.7.9.

Table 4.2  Targeted Reduced Sulfur Gases and Laboratory Reporting Limits

| Compound | CAS # | Laboratory Reporting Limit ($\mu g/m^3$) |
|---|---|---|
| 2,5-Dimethylthiophene | 638-02-8 | 23 |
| 2-Ethylthiophene | 872-55-9 | 23 |
| 3-Methylthiophene | 616-44-4 | 20 |
| n-Butyl Mercaptan | 109-79-5 | 18 |
| Carbon Disulfide | 75-15-0 | 7.8 |
| Carbonyl Sulfide | 463-58-1 | 12 |
| Diethyl Disulfide | 110-81-6 | 12 |
| Diethyl Sulfide | 352-93-2 | 18 |
| Dimethyl Disulfide | 624-92-0 | 9.6 |
| Dimethyl Sulfide | 75-18-3 | 13 |
| Ethyl Mercaptan | 75-08-1 | 13 |
| Ethyl Methyl Sulfide | 624-89-5 | 16 |
| Hydrogen Sulfide | 7783-06-4 | 7 |
| Isobutyl Mercaptan | 513-44-0 | 18 |
| Isopropyl Mercaptan | 75-33-2 | 16 |

P1.019-0040

DRAFT
DO NOT QUOTE OR CITE

Table 4.2  Continued

| Compound | CAS # | Laboratory Reporting Limit (µg/m³) |
|---|---|---|
| Methyl Mercaptan | 74-93-1 | 9.8 |
| n-Propyl Mercaptan | 107-03-9 | 16 |
| Tetrahydrothiophene | 110-01-0 | 18 |
| Thiophene | 110-02-1 | 17 |
| tert-Butyl Mercaptan | 75-66-1 | 18 |

CAS#    Chemical Abstract Service number
µg/m³   micrograms per cubic meter

### 4.3.2  Volatile Organic Compounds

Whole air samples for VOCs were collected with individually cleaned and certified SUMMA canisters obtained from Columbia Analytical Services, Inc. located in Simi Valley, California. Each flow controller used to fill the SUMMA canisters during sampling was also calibrated and conditioned by Columbia Analytical Services, Inc. prior to each use. Flow controllers were calibrated for two-hour sample durations. Canisters were protected from radiant heat as well as moisture prior to, during, and after sampling.

In the homes selected for VOC sampling, SUMMA canister samples were collected at two to three indoor locations and at one outdoor location. A duplicate sample was collected for every 10 primary samples collected and sent to the analytical laboratory as a blinded sample. A minimum of one field blank sample was sent to the laboratory for analysis for every ten primary samples collected. These procedures were used to assess potential canister contamination during shipping, preparation or analysis of the samples. Statistical analysis of blank and duplicate samples is further discussed in Section 4.7.9.

VOC samples were analyzed using gas chromatography/mass spectrometry (GC/MS). The analyses were performed according to EPA Method TO-15 from EPA's Second Edition Compendium of Methods for the Determination of Toxic Organic Compounds in Ambient Air. Table 4.3 shows the specific VOCs and the laboratory reporting limits.

Draft Final Report CPSC Drywall and Indoor Environmental Quality Assessment    November 18, 2009
Environmental Health & Engineering, Inc.16512    Page 27 of 128

P1.019-0041

DRAFT
DO NOT QUOTE OR CITE

| Table 4.3 Targeted Volatile Organic Compounds (VOCs) and Laboratory Reporting Limits | | |
|---|---|---|
| Compound | CAS # | Laboratory Reporting Limits (µg/m³) |
| 1,1,1-Trichloroethane | 71-55-6 | 0.12 – 0.62 |
| 1,1,2,2-Tetrachloroethane | 79-34-5 | 0.12 – 0.62 |
| 1,1,2-Trichloroethane | 79-00-5 | 0.12 – 0.62 |
| 1,1,2-Trichlorotrifluoroethane | 76-13-1 | 0.12 – 0.62 |
| 1,1-Dichloroethane | 75-34-3 | 0.12 – 0.62 |
| 1,1-Dichloroethene | 75-35-4 | 0.12 – 0.62 |
| 1,2,4-Trichlorobenzene | 120-82-1 | 0.12 – 3.1 |
| 1,2,4-Trimethylbenzene | 95-63-6 | 0.61 – 3.1 |
| 1,2-Dibromo-3-chloropropane | 96-12-8 | 0.61 – 3.1 |
| 1,2-Dibromoethane | 106-93-4 | 0.12 – 0.62 |
| 1,2-Dichloro-1,1,2,2-tetrafluo | 76-14-2 | 0.61 – 3.1 |
| 1,2-Dichlorobenzene | 95-50-1 | 0.12 – 0.62 |
| 1,2-Dichloroethane | 107-06-2 | 0.12 – 0.62 |
| 1,2-Dichloropropane | 78-87-5 | 0.12 – 0.62 |
| 1,3,5-Trimethylbenzene | 108-67-8 | 0.61 – 3.1 |
| 1,3-Butadiene | 106-99-0 | 0.12 – 0.62 |
| 1,3-Dichlorobenzene | 541-73-1 | 0.12 – 0.62 |
| 1,4-Dichlorobenzene | 106-46-7 | 0.12 – 0.62 |
| 1,4-Dioxane | 123-91-1 | 0.61 – 3.1 |
| 2-Butanone (MEK) | 78-93-3 | 0.61 – 3.1 |
| 2-Hexanone | 591-78-6 | 0.61 – 3.1 |
| 2-Propanol (isopropyl alcohol) | 67-63-0 | 0.61 – 3.1 |
| 3-Chloro-1-propene (allyl chloride) | 107-05-1 | 0.12 – 0.62 |
| 4-Ethyltoluene | 622-96-8 | 0.61 – 3.1 |
| 4-Methyl-2-pentanone | 108-10-1 | 0.61 – 3.1 |
| Acetone | 67-64-1 | 6.1 – 31 |
| Acetonitrile | 75-05-8 | 0.61 – 1.4 |
| Acrolein | 107-02-8 | 0.61 – 3.1 |
| Acrylonitrile | 107-13-1 | 0.61 – 3.1 |
| Benzene | 71-43-2 | 0.12 – 0.62 |
| Benzyl chloride | 100-44-7 | 0.12 – 0.62 |
| Bromodichloromethane | 75-27-4 | 0.12 – 0.62 |
| Bromoform | 75-25-2 | 0.61 – 3.1 |
| Bromomethane | 74-83-9 | 0.12 – 0.62 |
| Carbon disulfide | 75-15-0 | 0.61 – 3.1 |
| Carbon tetrachloride | 56-23-5 | 0.12 – 0.62 |
| Chlorobenzene | 108-90-7 | 0.12 – 0.62 |
| Chloroethane | 75-00-3 | 0.12 – 0.62 |
| Chloroform | 67-66-3 | 0.12 – 0.62 |
| Chloromethane | 74-87-3 | 0.12 – 0.62 |
| Cumene | 98-82-8 | 0.61 – 3.1 |
| Cyclohexane | 110-82-7 | 0.61 – 3.1 |
| Dibromochloromethane | 124-48-1 | 0.12 – 0.62 |
| Dichlorodifluoromethane (CFC 1) | 75-71-8 | 0.61 – 3.1 |
| Ethanol | 64-17-5 | 6.1 – 31 |
| Ethyl acetate | 141-78-6 | 0.61 – 6.2 |
| Ethylbenzene | 100-41-4 | 0.61 – 3.1 |

P1.019-0042

DRAFT

DO NOT QUOTE OR CITE

**Table 4.3   Continued**

| Compound | CAS # | Laboratory Reporting Limits (µg/m³) |
|----------|-------|-------------------------------------|
| Hexachlorobutadiene | 87-68-3 | 0.12 – 3.1 |
| Methyl Methacrylate | 80-62-6 | 0.61 – 6.2 |
| Methyl tert-Butyl Ether | 1634-04-4 | 0.12 – 0.62 |
| Methylene Chloride | 75-09-2 | 0.61 – 3.1 |
| Naphthalene | 91-20-3 | 0.24 – 3.1 |
| Propene | 115-07-1 | 0.61 – 3.1 |
| Styrene | 100-42-5 | 0.61 – 3.1 |
| Tetrachloroethene | 127-18-4 | 0.12 – 0.62 |
| Tetrahydrofuran (THF) | 109-99-9 | 0.61 – 3.1 |
| Toluene | 108-88-3 | 0.61 – 3.1 |
| Trichloroethene | 79-01-6 | 0.12 – 0.62 |
| Trichlorofluoromethane | 75-69-4 | 0.12 – 0.62 |
| Vinyl acetate | 108-05-4 | 6.1 – 31 |
| Vinyl chloride | 75-01-4 | 0.12 – 0.62 |
| alpha-Pinene | 80-56-8 | 0.61 – 3.1 |
| cis-1,2-Dichloroethene | 156-59-2 | 0.12 – 0.62 |
| cis-1,3-Dichloropropene | 10061-01-5 | 0.61 – 3.1 |
| d-Limonene | 5989-27-5 | 0.61 – 3.1 |
| m,p-Xylenes | 179601-23- | 0.61 – 3.1 |
| n-Butyl acetate | 123-86-4 | 0.61 – 3.1 |
| n-Heptane | 142-82-5 | 0.61 – 3.1 |
| n-Hexane | 110-54-3 | 0.61 – 3.1 |
| n-Nonane | 111-84-2 | 0.61 – 3.1 |
| n-Octane | 111-65-9 | 0.61 – 3.1 |
| n-Propylbenzene | 103-65-1 | 0.61 – 3.1 |
| o-Xylene | 95-47-6 | 0.61 – 3.1 |
| trans-1,2-Dichloroethene | 156-60-5 | 0.12 – 0.62 |
| trans-1,3-Dichloropropene | 10061-02-6 | 0.61 – 3.1 |

CAS#      Chemical Abstract Service number
µg/m³     micrograms per cubic meter

Acetonitrile was not determined during analysis for several VOC samples.

### 4.3.3   Aldehydes (Active Air Sampling)

Active air samples were collected and analyzed according to EPA Method TO-11A for
aldehydes, including formaldehyde, using 2,4-dinitrophenylhydrazine (DNPH) coated
sorbent tubes with a built-in ozone scrubber (SKC Cat. No. 226-120). Each tube was
connected to a personal sampling pump adjusted to a nominal flow rate of 500 milliliters
per minute (ml/min) that ran for approximately 200 minutes. Pump filters were inspected
and batteries conditioned (i.e., charged) before each sampling period in order to reduce
the possibility of faults during sampling. Pump flows were verified by a calibrated flow

P1.019-0043

DRAFT

DO NOT QUOTE OR CITE

meter (Bios Drycal, Drycal) at the start and end of the sampling period. The flow rates measured at the start and end of sampling were averaged in order to calculate the total volume of air sampled. Start and end flows used to calculate the sample volumes were within 2.6% on average.

Active aldehyde samples were collected at three indoor locations and one outdoor location per study house. At one indoor station per house, duplicate samples for aldehyde analysis were collected. A minimum of one field and one shipping blank were collected and analyzed for every 10 primary samples collected. All aldehyde samplers were refrigerated before and after sample collection. Duplicate and blank samples were sent to the analytical laboratory in a blinded fashion. Statistical analysis of blank and duplicate samples is further discussed in Section 4.7.9.

In the EPA Method TO-11A, aldehydes in the sample air react with DNPH to form stable hydrazones, which are extracted from the silica gel and analyzed by high performance liquid chromatography coupled with an ultraviolet detector (HPLCUV). The aldehyde analyses were conducted by Columbia Analytical Services, Inc., Simi Valley, California. Table 4.4 lists twelve aldehyde compounds assessed during the study and the associated laboratory reporting limits for each aldehyde.

Table 4.4   Targeted Aldehydes and Laboratory Reporting Limits

| Compound | CAS # | Laboratory Reporting Limits ($\mu g/m^3$)[a] |
|---|---|---|
| 2,5-Dimethylbenzaldehyde | 5779-94-2 | 8.9 – 22 |
| Acetaldehyde | 75-07-0 | 8.9 – 14 |
| Benzaldehyde | 100-52-7 | 8.9 – 14 |
| Butyraldehyde | 123-72-8 | 8.9 – 14 |
| Crotonaldehyde, total | 4170-30-3 | 8.9 – 24 |
| Formaldehyde | 50-00-0 | 8.9 – 14 |
| n-Hexaldehyde | 66-25-1 | 8.9 – 14 |
| Isovaleraldehyde | 590-86-3 | 8.9 – 14 |
| Propionaldehyde | 123-38-6 | 8.9 – 14 |
| m,p-Tolualdehyde | 104-07-0 | 18 – 29 |
| o-Tolualdehyde | 529-20-4 | 8.9 – 14 |
| Valeraldehyde | 110-62-3 | 8.9 – 14 |

CAS#    Chemical Abstract Service number
$\mu g/m^3$    micrograms per cubic meter

[a]    Calculated based on the reporting limit in $\mu g$/sample using the nominal air sampling volume of 0.1 $m^3$.

P1.019-0044

DRAFT

DO NOT QUOTE OR CITE

### 4.3.4   Passive Diffusive Sampling

Passive air samples have been demonstrated as a valid tool in residential exposure
assessment (Pellizzari et al. 2001; WHO 2000). Passive monitors were utilized to collect
two-week integrated samples for sulfur dioxide, nitrogen dioxide, hydrofluoric acid,
hydrogen sulfide, aldehydes, and ozone using Radiello Diffusive Sampling Systems
(Buzica et al. 2008; Cocheo et al. 1996; Sigma-Aldrich 2006; Swaans et al. 2007). For
each analyte there is a specific chemiadsorbing cartridge and sampling protocol. The
diffusive sampler is composed of two surfaces, a diffusive surface and an adsorbing
surface. The sampling process is driven by the concentration gradient as the gaseous
molecules cross the diffusive surface towards the adsorbing surface. The molecules are
trapped by the selected adsorbing material in each type of passive diffusion sampler
(Sigma-Aldrich 2006). The specific passive sampling system and the analytical
technique used for each class of analyte is shown in Table 4.5

Table 4.5   Summary of Target Parameters, Passive Air Sampling

| Analyte | Radiello Badge Type | Analytical Method[a] |
|---|---|---|
| Aldehydes | 165 | Aldehydes by Radiello 165, HPLC-UV |
| Hydrogen sulfide | 170 | Hydrogen sulfide by Radiello 170 Spectrophotometer at 665 nm |
| Ozone | 172 | Ozone by Radiello 172 Spectrophotometer at 430 nm |
| Sulfur dioxide[b] | 166 | Sulfur dioxide by Radiello 166 Ion Chromatography |
| Nitrogen dioxide[b] | 166 | Nitrogen dioxide by Radiello 166 Spectrophotometer at 537 nm |
| Hydrofluoric acid (as F)[b] | 166 | Hydrofluoric acid by Radiello 166 Ion Chromatography |

HPLC   high performance liquid chromatography
UV   ultra violet
nm   nanometer

[a]   Analytical methods provided by Fondazione Salvatore Laboratory, Radiello Manual, Supelco Edition.
[b]   Sulfur dioxide, nitrogen dioxide, and hydrofluoric acid analysis conducted using one cartridge.

Three indoor locations and one outdoor sampling location were selected in each home.
At one indoor station per house, a duplicate sampling device for each analyte was used
to assess repeatability of these methods. To begin sampling, the adsorbent cartridge
was transferred from the sealed storage tube into the diffusive body and was screwed
onto the supporting plate. Field personnel recorded the start time and date on the field

Draft Final Report CPSC Drywall and Indoor Environmental Quality Assessment       November 18, 2009
Environmental Health & Engineering, Inc. 16512       Page 31 of 128

P1.019-0045

DRAFT

DO NOT QUOTE OR CITE

log sheet, and the assembled device was attached to the sampling tripod at a sampling height of approximately 4 feet. To achieve the desired limit of detection, the sampling devices were deployed for 13 to 15 days in each of the test homes. Upon completion of the sampling period a field investigator retrieved the sampling device, sealed the chemiadsorbing cartridge into the storage tube and shipped the sample to the analytical laboratory. All samples were temperature controlled before and after the sampling period and QA/QC samples were sent to the analytical laboratory in a blinded manner. Statistical analysis of blank and duplicate samples is further discussed in Section 4.7.9.

The concentrations of $H_2S$, $SO_2$, $NO_2$, HF, $O_3$, and several aldehydes measured in each study home were calculated using Equation 4.1:

$$C = \frac{m}{Q_k * t} * 1,000,000 \qquad\qquad \text{(Equation 4.1)}$$

Where:
- C = concentration in $\mu g/m^3$
- m = mass in $\mu g$
- $Q_k$ = analyte specific sampling rate, adjusted for temperature at the sampling site, in ml/min
- t = sample duration in minutes
- 1,000,000 = conversion factor, $ml/m^3$

Where appropriate, sampling rates for indoor samples were adjusted to account for different temperatures and their potential effect on the sampling rate, by using the mean indoor temperature measured in each home. For outdoor samples, the sampling rates were adjusted using the mean outside temperature over the sampling period.[1] The reported passive sampling results were adjusted for temperature in accordance with Equation 4.2, which is provided by the manufacturer of the passive diffusion samplers (Sigma-Aldrich 2008).

---

[1] Outside temperatures were obtained from the nearest National Weather Service weather station.

P1.019-0046

DRAFT

DO NOT QUOTE OR CITE

$$Q_k = Q_{298} * \left( \frac{K}{298} \right)^{exp}$$

(Equation 4.2)

Where:

$Q_k$  = analyte specific sampling rate, adjusted for temperature at the sampling site, in ml/min

$Q_{298}$ = analyte specific sampling rate at 298 K (25 °C) in ml/min

K   = temperature at the sampling site, in degrees kelvin

exp = diffusion sampler-specific factor (provided by manufacturer)

Analyte specific sampling rates at 298 K ($Q_k$) and the sampler-specific factor (exp) are listed in Table 4.6, and are all provided by the manufacturer, based on a standard temperature of 298 K (Sigma-Aldrich 2006). No temperature adjustments are recommended for $SO_2$ or HF because the sampling rate for $SO_2$ has been shown to be constant over temperatures of -10 through 40 °C and the temperature influence on sampling rates for HF is currently being studied (Sigma-Aldrich 2006). No sampling rate adjustments for relative humidity or wind speeds are recommended because rates have been shown to be constant over wide ranges of relative humidity and wind speed conditions (Sigma-Aldrich 2006).

Table 4.6   Sampling Rates for Targeted Analytes for Passive Sampling

| Compound | CAS # | Sampling Rate in ml/min at 298 K ($Q_{298}$) | exp |
|---|---|---|---|
| Acetaldehyde | 75-07-0 | 84 | 0.35 |
| Acrolein | 107-02-8 | 33 | 0.35 |
| Benzaldehyde | 100-52-7 | 92 | 0.35 |
| Formaldehyde | 50-00-0 | 99 | 0.35 |
| Hexanal | 66-25-1 | 18 | 0.35 |
| Isopentanal | 590-86-3 | 61 | 0.35 |
| Butanal* | 123-72-8 | 11 | 0.35 |
| Pentanal | 110-62-3 | 27 | 0.35 |
| Propanal | 123-38-6 | 39 | 0.35 |
| Hydrogen sulfide | 7783-06-4 | 69 | 3.8 |
| Nitrogen dioxide | 10102-44-0 | 78 | 7.0 |
| Sulfur dioxide | 7446-09-5 | 119 | 7.0 |
| Ozone | 10028-15-6 | 25 | 1.5 |
| Hydrofluoric acid | 7664-39-3 | 187 | 7.0 |

CAS#   Chemical Abstract Service number
ml/min   milliliters per minute
K   degrees kelvin
exp   sampler-specific factor provided by manufacturer

*   Butanal coelutes with isobutanal and methyl ethyl ketone. The corresponding peak was reported by the laboratory as butanal.

P1.019-0047

DRAFT

DO NOT QUOTE OR CITE

All analysis of the diffusive sampling media was conducted by Air Toxics Ltd. located in Folsom, California. The various analytes collected by each type of passive system are summarized in Table 4.7, which also lists the laboratory reporting limits achieved for the analysis.

Table 4.7   Passive Sampling, Targeted Analytes and Laboratory Reporting Limits

| Compound | CAS # | Laboratory Reporting Limits (µg/m³)[a] |
|---|---|---|
| Aldehydes | | |
| Acetaldehyde | 75-07-0 | 0.5 – 5 |
| Acrolein | 107-02-8 | 0.3 – 2.5 |
| Benzaldehyde | 100-52-7 | 0.3 – 2.5 |
| Formaldehyde | 50-00-0 | 0.3 – 2.5 |
| Hexanal | 66-25-1 | 1 – 10 |
| Isopentanal | 590-86-3 | 0.3 – 2.5 |
| Butanal | 123-72-8 | 0.3 – 2.5 |
| Pentanal | 110-62-3 | 0.3 – 2.5 |
| Propanal | 123-38-6 | 0.3 – 2.5 |
| Other | | |
| Hydrogen sulfide | 7783-06-4 | 0.5 – 0.7 |
| Hydrofluoric acid as fluoride | 7664-39-3 | 5.3 |
| Nitrogen dioxide | 10102-44-0 | 0.2 – 0.3 |
| Ozone | 10028-15-6 | 0.6 – 1.3 |
| Sulfur dioxide | 7446-09-5 | 17 |

CAS#     Chemical Abstract Service number
µg/m³    micrograms per cubic meter

[a]   Reporting limits provided by the laboratory in µg/m³, based on the analyte specific sampling rate and a nominal sampling time for each sample batch.

### 4.3.6   Inorganic and Organic Acids

Active air samples for analysis of inorganic and organic acids were collected using silica gel tubes (SKC Cat. No. 226-10-03) and personal sampling pumps set to draw at 600 ml/min over a sampling period of approximately 200 minutes. Samples for inorganic and organic acids were collected and analyzed in accordance with National Institute for Occupational Safety and Health (NIOSH) Methods 7903 and 2011, respectively. Pump filters were inspected and batteries conditioned (i.e., charged) before each sampling period in order to reduce the possibility of faults during sampling. Pump flows were verified using a calibrated flow meter (Bios International, Drycal) at the start and end of the sampling period. The flow rates measured at the start and end of sampling were

P1.019-0048

DRAFT

DO NOT QUOTE OR CITE

averaged to obtain an average flow rate. Start and end flows used to calculate the sample volumes were within 7.3%.

For each test home, three indoor locations and one outdoor sampling location were selected to collect samples for analysis of inorganic and organic acids. At one indoor station per house, a duplicate sample was collected for inorganic and organic acids to assess repeatability of these methods. All samples were refrigerated before and after the sampling day and were sent to the analytical laboratory blinded. A minimum of one field blank and one shipping blank was collected and analyzed for every 10 primary samples collected. Statistical analysis of blank and duplicate samples is further discussed in Section 4.7.9.

Analysis for inorganic and organic acids was conducted using ion chromatography (IC) according to NIOSH Methods 7903 and 2011, respectively, by Liberty Mutual Industrial Hygiene Laboratory in Hopkinton, Massachusetts. Table 4.8 lists the analytes for the acid samples and the laboratory reporting limits achieved for the analysis during the study.

Table 4.8  Targeted Organic and Inorganic Acids and Laboratory Reporting Limits

| Compound | CAS # | Laboratory Reporting Limits ($\mu g/m^3$)[a] |
|---|---|---|
| Organic Acids | | |
| Acetic acid | 64-19-7 | 23 |
| Butyric acid | 107-92-6 | 23 |
| Formic acid | 64-18-6 | 15 |
| Propionic acid | 79-09-4 | 23 |
| Inorganic Acids | | |
| Hydrochloric acid | 7647-01-0 | 46 |
| Hydrobromic acid | 10035-10-6 | 23 |
| Hydrofluoric acid as fluoride | 7664-39-3 | 30 |
| Nitric acid | 7697-37-2 | 15 |
| Phosphoric acid | 7664-38-2 | 15 |
| Sulfuric acid | 7664-93-9 | 23 |

CAS#    Chemical Abstract Service number
$\mu g/m^3$    micrograms per cubic meter

[a]    Calculated based on the reporting limit in $\mu g$/sample using the nominal air sampling volume of 0.1 $m^3$.

P1.019-0049

DRAFT

DO NOT QUOTE OR CITE

### 4.3.6   Relative Humidity/Temperature

Real-time temperature and relative humidity measurements were collected in each home using U10-003 HOBO® Temperature Relative Humidity Data Loggers manufactured by Onset Computer Corporation, Bourne, Massachusetts. The temperature sensor is a thermistor and relative humidity is measured by a thin-film capacitive sensor. The temperature sensor has a range of -20 degrees Celsius (°C) to 70 °C (-4 to 158 degrees Fahrenheit [°F]) with accuracy of ± 0.4 °C at 25 °C (± 0.7 °F at 77 °F). The sensor is factory rated to achieve a resolution of 0.1 °C at 25 °C (0.2 °F at 77 °F). The relative humidity sensor has a range of 25% to 95% with accuracy of ± 3.5% from 25% to 85%. The sensor is factory rated to achieve a resolution of 0.07%. As recommended by the manufacturer, the accuracy of the temperature and relative humidity sensors is verified annually, and the instrument is repaired or replaced, if necessary. The data loggers were programmed to record 5 minute average measurements with a sampling rate of 5 seconds. A minimum of two temperature and humidity monitoring locations were selected in each of the homes: one typically in the central room of the house and the second typically in the master bedroom. If the home had two stories, one monitor was placed on each floor. Temperature and relative humidity measurements were collected for approximately 13 – 15 days in each home.

### 4.4   AIR EXCHANGE RATE

The air exchange rates in each test home were assessed using the method outlined in ASTM Standard E741-00, *Standard Test Method for Determining Air Change Rate in a Single Zone by Means of a Tracer Gas Dilution*. Air exchange rate determinations utilized $CO_2$ as a tracer given that this gas is readably available in the field and can be measured using portable real-time instruments. The tests were conducted by introducing approximately five pounds of $CO_2$ throughout the home, allowing the gas to mix, and recording the decaying part of the tracer curve over time.

$CO_2$ concentrations were measured continuously at multiple locations inside the home using a Q-Trak Model 8551 Indoor Air Quality Monitor, manufactured by TSI, Inc. (St. Paul, Minnesota). The $CO_2$ sensor utilized by this monitor is non-dispersive infrared (NDIR) and is accurate within 3% (or 50 parts per million [ppm] at 25 °C (78 °F) of the

P1.019-0050

DRAFT

DO NOT QUOTE OR CITE

reading. Prior to each air exchange rate test, the sensors were calibrated at zero using hydrocarbon free air and spanned to approximately 1,000 ppm of $CO_2$. Air exchange rates were calculated from the $CO_2$ decay results using the regression method after correcting for estimated outdoor air $CO_2$ concentrations. For the purpose of this analysis, outdoor air $CO_2$ concentrations were assumed to be 400 ppm.

## 4.6   CORROSION ASSESSMENT

In order to evaluate corrosion of metal building components, EH&E conducted a detailed inspection of each home to qualitatively determine the extent of corrosion found on specific surfaces as well as to deploy devices to quantitatively measure the corrosion rate in each home over time.

### 4.6.1   Visual Inspection

Detailed visual inspections were performed on the electrical grounding wires, air handling units (AHUs), plumbing components, and appliances. Notes were also made regarding other home contents that could show visible evidence of corrosion.

Grounding wires were evaluated on a three point scale. A score of one indicated no visible corrosion, two indicated moderate visible corrosion and three indicated significant visible corrosion. Field team members performed cross reference evaluations during training to ensure consistency between teams in the field. Visual corrosion ratings were recorded in the master field log binder. Examples of grounding wires and the associated evaluation are provided in Figure 4.1.

P1.019-0051

DRAFT
DO NOT QUOTE OR CITE



Figure 4.1  Example of Visual Corrosion Ratings, Electrical Ground Wire
(3—Significant Visible Corrosion, 2—Moderate Visible Corrosion, 1—No Visible Corrosion)

AHU inspection focused on the cooling coils and associated copper refrigerant lines. Surfaces were photographed and all locations were logged into the master field log binder. Appliances and fixtures including accessible refrigerator components, hot water heaters, faucets, plumbing lines, and other items indicating patterns of corrosion were logged and photographed.

### 4.5.2   Corrosion Classification Coupons

Corrosion classification coupons were used to determine the integrated corrosion rate present in the study homes. The corrosion coupons used in this study contained copper and silver metal and were supplied by Purafil, Inc., research and development laboratory in Doraville, Georgia. Copper and silver corrosion coupons were placed at four indoor locations and one outdoor location for an approximately two week period (range of 12 to 15 days). Due to the limited availability of obtaining sufficient copper/silver coupon kits as the study progressed, duplicate samples were collected early in the study and represented approximately five percent of the total coupon samples collected. At the end of the sampling period, the corrosion coupons were collected, placed in sealed containers and returned to Purafil for analysis. The laboratory measured the thickness of

P1.019-0052

DRAFT

DO NOT QUOTE OR CITE

several copper and silver compounds including silver sulfide ($Ag_2S$), silver chloride (AgCl), Ag unknown, copper sulfide ($Cu_2S$), copper oxide (CuO), and Cu unknown present in the sample corrosion coupons. The laboratory normalized the data using the actual period of exposure and reported the result in units of "angstroms per 30 days of exposure." The laboratory reporting limit for the analysis was 32 angstroms per 14 days of exposure. Corrosion rates were compared with reference values contained in the Instrumentation, Systems, and Automation Society (ISA) standard ISA-71.04-1985, *Environmental Conditions for Process Measurement and Control Systems: Airborne Contaminants.*

According to ISA, the use of corrosion coupons and measurement of corrosion accumulation is referred to as "reactivity monitoring" and the method provides a quantitative measure of the overall corrosion potential of an environment. Copper has been selected by ISA as a primary standard because extensive data exist that correlate copper film formation with reactive (corrosive) environments. Four levels of corrosion severity have been established for this standard.

G1 Mild—Defined as an environment sufficiently well-controlled such that corrosion is not a factor in determining equipment reliability. Less than 300 angstroms corrosion buildup per 30 days of exposure.

G2 Moderate—Defined as an environment in which the effects of corrosion are measurable and may be a factor for determining equipment reliability. Less than 1,000 and greater than 300 angstroms corrosion buildup per 30 days of exposure.

G3 Harsh—Defined as an environment in which there is a high probability that a corrosive attack will occur on metallic equipment surfaces. These harsh levels should prompt further evaluation resulting in environmental controls or specially designed and packaged equipment. Less than 2,000 and greater than 1,000 angstroms corrosion buildup per 30 days of exposure.

GX Severe—Defined as an environment in which only specially designed and packaged equipment would be expected to survive. Specifications for equipment in this class are a

Draft Final Report CPSC Drywall and Indoor Environmental Quality Assessment
Environmental Health & Engineering, Inc. 16512

November 18, 2009
Page 39 of 128

P1.019-0053

DRAFT

DO NOT QUOTE OR CITE

matter of negotiation between user and supplier. Greater than or equal to 2,000 angstroms corrosion buildup per 30 days of exposure.

### 4.5.3   Elemental Composition Analysis

A subset of the corrosion coupons exposed to the atmospheres within complaint homes underwent further analytical/spectroscopic testing to characterize the corrosion films present utilizing optical and electron beam analytical methods. This additional analysis was completed on six copper and silver coupon sets that were selected from complaint homes where high visual corrosion rankings were observed from copper ground wire inspections as described in Section 4.5.1. Four of the coupon sets selected were those that had been placed at the AHU supply air diffuser, and two of the coupon sets were selected from other indoor locations within the home.

Coupon sets were sent under chain of custody to Corrosion Testing Laboratories, Inc., Newark, Delaware for analysis by visual, light microscopy, scanning electron microscopy (SEM) utilizing energy dispersive spectroscopy (EDS) and x-ray photoelectron spectroscopy (XPS). SEM/EDS were performed to identify the primary elemental composition of the corrosion layer on the coupons. Because the SEM/EDS method tends to provide results at greater surface depths, XPS analysis was utilized to identify elemental composition at the surface layer of the samples.

### 4.6   PROCEDURES FOR STATISTICAL ANALYSIS OF DATA

All statistical analyses of the study data were performed using SAS statistical software, version 9.1 (Cary, North Carolina). Field blank samples (discussed in Section 4.7) were analyzed to determine if field samples should be blank corrected. Based on statistical analysis of the field and shipping blank data (refer to Section 4.7.9) samples were not blank corrected. Values below the laboratory reporting limit, generally defined as 3x the method detection limit, were substituted using one-half of the reporting limit in statistical analyses. As described in Section 4.7.9, good agreement was observed between paired primary samples and duplicates; samples and duplicates were averaged for all statistical analyses.

P1.019-0054

DRAFT

DO NOT QUOTE OR CITE

Statistical analysis included compiling descriptive statistics, scatter plots and box plots. Box plots depict the mean, median, 10th, 25th, 75th, and 90th percentiles, as well as individual points beyond the 10th and 90th percentiles. Bivariate statistical relationships were assessed using Spearman correlation and linear regression. Generalized linear models were used for analysis of variance and multivariate regression. Outcome variables were natural log-transformed to satisfy normality assumptions. The multivariate linear models for predictors of corrosion followed the general form:

$$ln(corrosion) = \beta_0 + \beta_1{}^*analyte + \beta_2{}^*modifying\ variable + \beta_3{}^*modifying\ variable + \varepsilon$$

where *ln(corrosion)* is the natural log-transformed silver or copper corrosion level, *analyte* is the concentration of the target analyte in indoor air, *modifying_variables* are potential modifiers of the relationship (e.g., air exchange rate, temperature), and $\varepsilon$ is model error.

Linear mixed effects models were used to account for within-home correlation in analyses that included multiple measures in a home (e.g., air samples taken at the same time in two rooms). Fixed effects were modeled with a random effect for each home and fit using restricted maximum likelihood. Random effects models assumed a compound symmetry covariance matrix. The compound symmetry covariance structure was determined to be valid based on additional modeling using a repeated measures design and comparing covariance matrices using Akaike's Information Criteria (AIC) and likelihood ratio tests.

Covariate selection for multivariate models was determined based on bivariate relationships at the $\alpha=0.10$ level. Statistical significance for all statistical analyses was defined at the $\alpha=0.05$ level.

## 4.7   QUALITY ASSURANCE AND QUALITY CONTROL PROCEDURES

This section describes the overall project QA/QC measures used to design, implement, and report the results of the study and analysis described in this Report. Every effort was made in each phase of the project to ensure completeness and accuracy of data

P1.019-0055

DRAFT

DO NOT QUOTE OR CITE

collection, analytical methods, data entry, calculation procedures, and reporting of results.

As described in this report, EH&E conducted a series of inspections and environmental measurements in the complaint and non-complaint homes selected for inclusion in this study by the CPSC. All sampling and analytical procedures for the project utilized appropriate and valid monitoring procedures approved and recommended in relevant published sources, either from regulatory agencies, such as the EPA, U.S. Occupational Safety and Health Administration (OSHA), other cognizant governmental organizations such as NIOSH, consensus standard organizations such as ASTM, or the peer-reviewed scientific literature. The following sections describe specific measures and procedures implemented to assure quality of the data collected and reported.

### 4.7.1   Quality Assurance Project Plan

A quality assurance project plan (QAPP) was developed as a critical component of the study. The QAPP documented the standardized quality assurance protocols that were established for the study, including protocols for data collection, data entry, laboratory analysis, data management, and data analysis. This included:

- Criteria for determining acceptable data quality, including information on target precision, accuracy, and data capture for all study variables
- Sample handling and custody procedures
- Calibration and performance evaluation procedures
- Data reduction and reporting procedures

The QAPP is included as Appendix B to this document.

### 4.7.2   Project Organization(s) and Responsibilities

EH&E's project manager was responsible for overall implementation, documentation, and delivery of the project and had the responsibility of ensuring the accuracy, precision, and completeness of all data presented. The Project Executive was responsible for technical oversight of the overall project and for ensuring that high data quality objectives were met by the Project Manager and the project team. Prior to release, all

P1.019-0056

DRAFT

DO NOT QUOTE OR CITE

deliverables at EH&E are reviewed and approved by qualified Senior Level staff, with relevant qualifications and expertise, whose responsibilities include ensuring the accuracy and appropriateness of technical information presented. All members of the project team were trained in, and responsible for, data validation and quality control checks during each of their tasks.

### 4.7.3   Quality Assurance and Quality Control Samples

As detailed above, in addition to the primary samples collected during the study, a number of quality control samples were collected and analyzed in each sample set to evaluate the quality and reasonableness of the data collected during the study. The types and frequency of QA/QC samples collected during the study are outlined in Table 4.9.

| Table 4.9   Quality Assurance and Quality Control Samples Collected During the Project | | |
|---|---|---|
| Sample Type | Frequency | Definition |
| Duplicate sample | Minimum of one per sample set and one per every 10 primary samples | A sample collected concurrently with a primary field sample to assess repeatability of methods. |
| Field blank | Minimum of one per sample set and one per every 10 primary samples | A sample prepared by the field team that represents the procedure for preparing for integrated sampling, and is handled as such, but is not actually used for sampling. This is sent in a blinded fashion to the laboratory. The results of the field blanks can be used to determine whether there was any contamination in the preparation, handling or shipping process in the field, or during the analysis of the samples by the laboratory. |
| Shipping Blank | Minimum of one per sample set and one per every 10 primary samples | An unused sample that is not handled in the field other than to have it incorporated into a regular sample shipment and sent in a blind fashion to the laboratory. The results of shipping blanks can be used to determine whether there was any contamination during the shipping process. |

In addition to the use of different QA/QC samples in the field, QA/QC of integrated air samples included verification of pump flows by use of calibrated flowmeters at the start and end of each sampling period. The start and stop flow rates were then averaged to obtain an average flow rate. Sample duration was also calculated from the start and stop

P1.019-0057

DRAFT

DO NOT QUOTE OR CITE

times recorded on the field data sheets. Total sample volumes were then calculated using the average flow rate and the duration of sampling as follows:

Total Sample Volume (L) = Average Flow Rate (L/min) x Total Sample Time (minutes)

### 4.7.4   Sample Handling

EH&E followed the requirements for holding times and sample perseveration outlined in the respective reference sampling methods used. After each day of sampling, samples were shipped to the laboratory via overnight express delivery within the holding time specified by the analytical method. The reduced sulfur air samples were shipped immediately after sampling via first priority overnight express delivery.

### 4.7.5   Sample Custody

All project samples were handled in accordance with appropriate chain of custody procedures. Compliance was overseen by the field team leader. The field team leader was also responsible for ensuring that all unused sample media as well as collected samples were properly cared for before, during, and after sampling. At the time of use, each sample was assigned a unique sample identification label. Each sample label was recorded on the field sample log sheets prior to sample collection. All log sheets were stored in a master field binder during the study.

### 4.7.6   Calibration Procedures

All measuring, monitoring, and sampling instrument calibrations, except those requiring factory calibrations, were performed in EH&E's Field Operations Support Center (FOSC) prior to shipment of instruments to the field. All instruments that are factory calibrated are checked periodically in the FOSC by comparing them against other, recently calibrated instruments. Prior to use in the field, each instrument was zeroed and span-checked with appropriate gases, or flow checked with rotameters to insure that they were operating within specification (and adjusted as necessary). Table 4.10 summarizes the calibration procedures for instruments used in the study.

P1.019-0058

DRAFT
DO NOT QUOTE OR CITE

| Table 4.10  Calibration Procedures | | | | |
|---|---|---|---|---|
| Parameter | Instrument Type | Instrument | Calibration Method | Frequency |
| Air temperature | Thermistor, data logger | HOBO® U10-003 (Onset Computer Corp) | Calibrations performed by the manufacturer | Annual |
| Relative humidity | Thin-film capacitive sensor, data logger | HOBO® U10-003 (Onset Computer Corp) | Calibrations performed by the manufacturer | Annual |
| Carbon dioxide | Non-dispersive infrared sensor | Q-Trak Model 8551 Indoor Air Quality Monitor | Multipoint with standard gas mixtures ranging from 0 to 2000 ppm along linear response curve. | Pre and post field measurements |
| Active air sampling | Air-sampling pump | Gilair-3/5 (Sensodine, Inc.) SKC Inc. | Compared against calibrated flow meter. | Pre and post measurements |
| Active air sampling | Flow meter | Dry-Cal DC-Lite, Bios International Corp. | Annual factory calibration | Pre and post measurements |
| Volatile organic compounds | SUMMA canister flow controller | 6 Liter SUMMA canister | Provided pre-calibrated by laboratory | Each canister |

## 4.7.7  Recordkeeping

### 4.7.7.1  Written Documentation

All data and documentation generated during the study, except that generated in electronic formats (raw data files, digital photographs), was transcribed into the appropriate collection forms which are subsequently stored in a single data collection binder. Hardcopies of final analytical laboratory reports (and the completed chains of custody) were also received and retained in EH&E's central filing system. Any changes in data entries are done in a manner that does not obscure the original entry. The reason for the revision is indicated, dated, and signed at the time of change. All original hardcopy records for the project are retained (together) in a central file system at EH&E's main office.

### 4.7.7.2  Electronic Documentation

Electronic documentation generated in the field during the study included digital photographs, XRF data files, carbon dioxide measurements and temperature and relative humidity data files. All files generated during the field phases of the study were downloaded and stored temporarily on a field computer under the control of the field

P1.019-0059

DRAFT

DO NOT QUOTE OR CITE

team leader. Electronic files were then transferred from the field computer onto EH&E's central server routinely (typically at the end of each day). In order to track the various electronic data files, a standardized filing and naming system was used to clearly differentiate between files by type and the home in which they were collected. Also, field personnel documented the location of digital photographs, XRF measurements, and real-time data monitor deployments on the appropriate field forms.

### 4.7.8   Data Reduction, Validation, and Reporting

A systematic, standardized approach was implemented by EH&E to analyze, validate, and report the data collected during the study, including incorporating the following steps:

- Senior level staff at EH&E reviewed and verified the overall study approach, data collection strategy, methodology, appropriateness of all calculations and statistical analysis, and deliverables.

- EH&E developed a database (Microsoft Access), where all field data and laboratory results were stored.

- All (100%) field log entries and calculations were reviewed by independent staff members prior to entry into the study database.

- All (100%) of the data entry into the study database was reviewed and verified by independent, qualified personnel.

- To minimize database entry errors, EH&E requested that, when possible, all laboratory reports be provided in electronic data delivery (EDD) formats, such as Microsoft Excel so that the data could be directly imported into the central study database.

- After the database was populated, the number and sample identification labels in the database were compared with those on the field log sheets and the analytical laboratory reports (using a program coded in SAS 9.1).

- As discussed above, data summary and analysis was completed using SAS 9.1. All programming codes developed and executed for processing the data were independently reviewed by qualified personnel.

P1.019-0060

DRAFT

DO NOT QUOTE OR CITE

- In the limited instances where data entry or recording errors were identified during the QA/QC review processes described above, the entry was corrected in all relevant locations (back to the original entry). Corrections were noted on all original documentation.

- All of the final results underwent QA/QC review, including completeness and reasonableness checks.

### 4.7.9   Evaluation of Data Quality

As described above, a number of measures were implemented to ensure the collection of reproducible and accurate data during the study. This section describes the measures used to evaluate the completeness, precision, and accuracy of the data collected during the study. The completeness of the data set was evaluated by analyzing the capture efficiency for each environmental parameter targeted in the study. Accuracy was evaluated by reviewing results of blank samples. Precision was evaluated by examining the strength of the association between paired primary and duplicate samples. Paired duplicates were averaged and no blank correction was done for purposes of analysis.

### 4.7.9.1   Completeness

The completeness of air sampling data from the study was evaluated by examining the overall data capture efficiency for each sample group and sample type collected in the field (primary samples, duplicate samples, and field blanks and shipping blanks). Table 4.11 summarizes the data capture efficiency during the study.

P1.019-0061

DRAFT

DO NOT QUOTE OR CITE

**Table 4.11 Summary of Data Capture Efficiency for Air Samples**

| Sample Type | Number of Valid Samples* | | | | Number of Void Samples | | | | Capture Efficiency (%) | |
|---|---|---|---|---|---|---|---|---|---|---|
| | S | D | FB | SB | S | D | FB | SB | S/D | All |
| Acids (inorganic) | 193 | 49 | 30 | 21 | 39 | 12 | 0 | 1 | 82.6 | 84.9 |
| Acids (organic) | 194 | 49 | 30 | 22 | 15 | 4 | 1 | 0 | 92.7 | 93.7 |
| Active aldehydes | 194 | 48 | 32 | 22 | 6 | 1 | 0 | 0 | 97.2 | 97.7 |
| Reduced sulfur | 203 | 51 | NA | NA | 0 | 0 | 0 | 0 | 100 | 100 |
| $H_2S$ passive | 201 | 51 | 38 | 17 | 7 | 1 | 0 | 1 | 96.9 | 97.2 |
| HF passive | 198 | 51 | 37 | 16 | 10 | 1 | 0 | 1 | 95.8 | 96.2 |
| $NO_2$ passive | 198 | 51 | 37 | 16 | 10 | 1 | 0 | 1 | 95.8 | 96.2 |
| $O_3$ passive | 198 | 50 | 38 | 17 | 10 | 2 | 0 | 1 | 95.4 | 95.9 |
| $SO_2$ passive | 198 | 51 | 37 | 16 | 10 | 0 | 0 | 1 | 96.1 | 96.5 |
| Passive aldehydes | 201 | 51 | 37 | 17 | 7 | 1 | 1 | 1 | 96.9 | 96.8 |
| VOCs** | 111 | 30 | 12 | 5 | 0 | 0 | 0 | 0 | 100 | 100 |
| Overall data capture efficiency | | | | | | | | | 95.0 | 95.5 |

S primary samples
D duplicates
FB field blanks
SB shipping blanks
NA not applicable
S/D samples/duplicates
$H_2S$ hydrogen sulfide
HF hydrogen fluoride
$NO_2$ nitrogen dioxide
$O_3$ ozone
$SO_2$ sulfur dioxide
VOC volatile organic compound

* Data points considered in the analysis.
** Acetonitrile readings were excluded in all test homes (64% of samples) where potential contamination was a concern.

Overall, data capture efficiency was greater than 95%, and greater than approximately 85% for all individual sample types. A limited number of samples collected using sorbent media (active aldehydes, passives, and acids) were voided, primarily due to field conditions, such as pump failure, sample breakage in the field or during shipping, or when samples were adversely impacted by moisture. Data capture efficiency was 100% for whole air samples (VOCs and reduced sulfur). As discussed below, acetonitrile measurements from several homes were excluded. Although not listed in Table 4.11, no data from real-time monitoring results collected in the field (temperature, humidity, $CO_2$) were excluded from the analysis.

During the initial phases of data review, EH&E noted several elevated acetonitrile concentrations in both indoor and outdoor samples collected at some homes. Based on consultation with the laboratory, it was determined that these elevated measurements may be due to contamination, since acetonitrile may be liberated from DNPH during

P1.019-0062

DRAFT

DO NOT QUOTE OR CITE

active aldehyde air sampling. DNPH is the sorbent media used for collection of the active aldehyde samples and these samples were typically deployed in close proximity to the SUMMA Canisters. Based on these findings, for the remainder of the study, an adsorbent charcoal tube was placed into the sampling train (downstream of the DNPH tube) for the active aldehyde samples. EH&E excluded all acetonitrile measurements from VOC sample sets that were collected in test homes where charcoal tubes were not in place on the aldehyde samples. All other VOC analytes were included in the data analysis.

*4.7.9.2   Accuracy*

Field and shipping blanks analysis were used to assess the accuracy of air sample measurements. For purposes of comparison of the air sample data analyzed in this report, the nominal laboratory reporting limit, expressed as quantity per sample and as quantity per unit volume of air sampled, was used as the metric of comparison to determine when results were below detection. The reporting limits presented are as reported by the respective analytical laboratory. EH&E did not review the methods used by the laboratories to derive these values. For passive, active aldehyde, and acid samples reporting limits per cubic meter of air sampled assumes that the nominal sample volume specified in the study protocol was collected.

Table 4.12 summarizes the number and percent of field and shipping blank results that were above detection (the reporting limit), and the limited number of individual compounds detected.

P1.019-0063

DRAFT
DO NOT QUOTE OR CITE

Table 4.12   Summary of Detection Frequency for Air Sample Field and Shipping Blanks

| Sample Group | Compound | Field Blanks | | | Shipping Blanks | | | All Blanks | Max Detected (µg/m³) | Max RL (µg/m³) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | N Total | N Detect | % Non-detect | N Total | N Detect | % Non-detect | % Non-detect | | |
| Active aldehydes | All compounds (12) | 384 | 0 | 100 | 264 | 0 | 100.0 | 100.0 | -- | -- |
| Inorganic acids | Nitric acid | 30 | 1 | 96.8 | 21 | 0 | 100.0 | 98.1 | 15 | 15 |
| | Sulfuric acid | 30 | 19 | 61.2 | 27 | 13 | 61.8 | 61.4 | 27 | 23 |
| | Other compounds (5) | 150 | 0 | 100 | 105 | 0 | 100.0 | 100.0 | -- | -- |
| Organic acids | All compounds (4) | 120 | 0 | 100 | 88 | 0 | 100.0 | 100.0 | -- | -- |
| Passive aldehyde | Acetaldehyde | 37 | 1 | 97.4 | 17 | 0 | 100.0 | 98.2 | 0.33 | 5 |
| | Other compounds (8) | 296 | 0 | 100 | 136 | 0 | 100.0 | 100.0 | -- | -- |
| Passive other | Hydrogen sulfide (H2S) | 38 | 0 | 100 | 17 | 0 | 100.0 | 100.0 | -- | -- |
| | Hydrogen fluoride (HF) | 37 | 0 | 100 | 15 | 0 | 100.0 | 100.0 | -- | -- |
| | Nitrogen dioxide (NO2) | 37 | 5 | 88.1 | 13 | 4 | 80.0 | 85.5 | 0.23 | 0.33 |
| | Ozone (O3) | 38 | 1 | 97.4 | 17 | 0 | 100.0 | 98.2 | 1.7 | 1.3 |
| | Sulfur dioxide (SO2) | 37 | 0 | 100 | 13 | 0 | 100.0 | 100.0 | -- | -- |
| VOC | 2-Butanone (MEK) | 12 | 3 | 80.0 | 5 | 1 | 83.3 | 81.0 | 2.9 | 3.1 |
| | 2-Hexanone | 12 | 0 | 100 | 5 | 1 | 83.3 | 94.4 | 0.72 | 3.1 |
| | Acetone | 12 | 2 | 85.7 | 5 | 1 | 83.3 | 85.0 | 16 | 31 |
| | Acrolein | 12 | 1 | 92.3 | 5 | 1 | 83.3 | 89.5 | 0.24 | 3.1 |
| | cis-1,2-Dichloroethene | 12 | 0 | 100 | 5 | 1 | 83.3 | 94.4 | 0.24 | 0.62 |
| | Propene | 12 | 0 | 100 | 5 | 1 | 83.3 | 94.4 | 0.63 | 3.1 |
| | Other compounds (69) | 818 | 0 | 100 | 324 | 0 | 100.0 | 100.0 | -- | -- |
| Overall blank detection frequencies | | | | 98.5 | | | 98.0 | 98.3 | -- | -- |

N        number of data points
Max      maximum
RL       reporting limit
µg/m³    micrograms per cubic meter

Draft Final Report CPSC Drywall and Indoor Environmental Quality Assessment;
Environmental Health & Engineering, Inc. 16512

November 18, 2009
Page 50 of 128

P1.019-0064

DRAFT

DO NOT QUOTE OR CITE

Overall, 98.3% of the blank measurements were below detection and less than 10% (11 of 112) of the individual analytes targeted during the study were detected in one or more blank sample. Also, with the exception of sulfuric acid, all compounds were detected in blanks infrequently (all less than 20% and most less than 10% detection frequency). Also, for all detected analytes, the maximum (nominal) concentration detected in blank samples was below the maximum reporting limit for the overall sample set, with the exception of ozone and sulfuric acid. Ozone was only detected in 1 of 55 blanks. Sulfuric acid was below detection in all of the test homes, both case and control. No blank correction was done in EH&E's analysis of the study data, except blank corrections performed by the laboratory as part of their standard reporting procedures.

EH&E also reviewed the quality assurance procedures implemented by the analytical laboratories to evaluate the accuracy of the air sample measurements (this analysis is summarized in Table A.8 in Appendix A). In accordance with the standard or published methodologies employed for the air sampling and analysis, laboratory quality control measures included blanks, duplicates, standards, and continuing calibration verification. These quality control metrics demonstrated excellent compliance with the accuracy requirements specified in the respective reference methods. Analytical quality assurance exceptions were noted in less than 0.2% of the air sample measurements (48 out of 28,661 measurements). The exceptions included laboratory duplicate and control standard recoveries slightly outside of the limits outlined in the reference methods and occasional exceedances of sample storage times or temperatures. EH&E also evaluated the laboratory results to determine if there was potential breakthrough and sample media saturation; no breakthrough or saturation occurred during the study.

No laboratory quality assurance flags were noted for laboratory blank samples, although analytes were detected in some laboratory blanks that were analyzed in conjunction with the active aldehyde samples. In all cases, results reported by the laboratories were blank corrected in accordance with the appropriate standard laboratory protocols.

The accuracy of the XRF instruments was evaluated using several measures. The first was to evaluate the agreement between the three XRF instruments used during the field study and in subsequent analysis at EH&E's laboratory. All analyzers were found to be in excellent agreement for strontium concentrations (Spearman r=0.98, p<0.0001).

P1.019-0065

DRAFT

DO NOT QUOTE OR CITE

Secondly, EH&E evaluated the strontium concentrations measured independently by EH&E and the EPA from the same bulk samples of drywall. These independent readings also demonstrated a high level of 1:1 agreement (Spearman r=0.99, p<0.0001). In addition, internal instrument background checks were run on each instrument before use. Also, in accordance with manufacturer's recommendations internal calibration programs were run for the FTIR instrument monthly.

The accuracy of real-time temperature, relative humidity, and dew point monitors was ensured in accordance with manufacturer's recommendations (annual calibration against a primary standard). Accuracy of the $CO_2$ monitors was maintained using a primary calibration procedure, with NIST-traceable zero and span gases, prior to field deployment, where the instrument response was set or calibrated to a primary standard device, zero or span gas, or mercury thermometers and hygrometers. Each day during the field study, the performance of each sensor was measured or verified against these primary standards. This method allows both the repeatability (precision) and the instrument accuracy to be recorded.

### 4.7.9.3   Precision

Measurement precision for targeted analytes was characterized by analysis of the duplicate samples collected during the field study. Numerous methods have been developed to characterize the precision of environmental measurement systems from duplicate measurements. Estimates of precision attained from the various methods are reported to be a function of the magnitude that the differences between duplicate samples deviate from normality (Hyslop and White 2009). Therefore, both a primary and secondary method was used to estimate the precision of the measurements in this study in order to ensure that a robust determination of precision was obtained. The precision estimates discussed below included all duplicate pairs where both measurements were above the laboratory reporting limit.

The primary method for estimating precision was based upon guidance from the EPA (EPA 2008). In this method, precision is calculated as the root mean square of the scaled relative differences between pairs of duplicate samples (Equation 4.3). The $1\sigma$

P1.019-0066

DRAFT

DO NOT QUOTE OR CITE

estimate of precision derived from this method provides a concentration range within which the actual concentration is expected to occur 68% of the time.

$$Root\ mean\ square = \sqrt{\frac{1}{n}\sum_{i=1}^{n}D_i^2}\times 100\%,$$ (Equation 4.3)

where $$D_i = \frac{(C_{i1} - C_{i2})/\sqrt{2}}{(C_{i1} + C_{i2})/2}$$

The secondary method used to estimate precision of the study data was the coefficient of variation (CV) computed from an ordinary least squares regression of the paired duplicate samples. In this case, the CV is calculated as the root mean square error of the regression model divided by the mean of the dependent variable (the second sample of each duplicate pair).

Precision estimates for each parameter targeted during the study are listed in Table A.9 of Appendix A. Estimates of precision for the following major sample groups and for selected specific chemicals in indoor air are tabulated below.

- Air: inorganic acids, organic acids, aldehydes sampled both actively and passively, reduced sulfur gases, and volatile organic compounds.
- Specific Chemicals: acetic acid, carbon disulfide, formaldehyde, formic acid, hydrogen sulfide, nitrogen dioxide, and ozone
- Drywall: strontium by XRF and carbonate by FTIR.
- Corrosion: rates of copper and silver sulfide corrosion

The primary estimates of precision for the major groups of chemicals measured in air are provided in Table 4.13. Precision ranged from 4.4% for inorganic acids to 21% for VOCs.

P1.019-0067

DRAFT
DO NOT QUOTE OR CITE

| Table 4.13 | Primary Estimate of Measurement Precision for Groups of Analytes in Indoor Air by Sampling Method | |
|---|---|---|
| Group of Analytes | Number of Pairs | Precision (%) |
| Acids, inorganic | 5 | 4.4 |
| Acids, organic | 70 | 6.9 |
| Aldehydes, active samples | 364 | 10.5 |
| Aldehydes, passive samples | 375 | 6.0 |
| Reduced sulfur gases | 3 | 8.8 |
| Volatile organic compounds | 1,005 | 21.0 |

The high precision shown in Table 4.13 is illustrated in the scatter plots presented in Figure 4.2. The secondary estimates of precision inset in the figure agree well with the corresponding primary estimates with one exception. The agreement for duplicate pairs of VOC samples (Figure 4.2 f) is somewhat lower than the agreement for other groups according to the secondary method for estimating precision. However, examination of sample and duplicate measurements for individual compounds indicates that this high variability is accounted for by a limited number of individual compounds. These compounds include several that were typically detected at low levels in some homes (1,1,2-trichlorotrifluoroethane, trichlorofluoromethane, and naphthalene) and two common indoor VOCs (acetone and ethanol) that are not relevant to the findings or conclusions of this study. Excluding these compounds from the regression analysis results in improved agreement between the sample and duplicate pairs for the VOC sample group (coefficient of variation = 27.4, RMSE = 7.0).

Draft Final Report CPSC Drywall and Indoor Environmental Quality Assessment
Environmental Health & Engineering, Inc.16512

November 18, 2009
Page 64 of 128

P1.019-0068

DRAFT
DO NOT QUOTE OR CITE



Figure 4.2   Comparison of Paired Duplicate Air Sample Measurements by Group

Draft Final Report CPSC Drywall and Indoor Environmental Quality Assessment
Environmental Health & Engineering, Inc.18512

November 18, 2009
Page 65 of 128

P1.019-0069

DRAFT

DO NOT QUOTE OR CITE

Table 4.14 contains the primary estimates of precision determined for a selection of specific analytes that includes many of the reactive species that were sampled in complaint and non-complaint homes. Precision was less than 15% for all of the species except nitrogen dioxide. As detailed in Section 5, $NO_2$ was found to be present at normal indoor concentrations for the complaint and non-complaint homes in this study.

Table 4.14   Primary Estimate of Measurement Precision for Specific Analytes in Indoor Air

| Analyte | Number of Pairs | Precision (%) |
|---|---|---|
| Acetic acid | 47 | 5.9 |
| Carbon disulfide (reduced sulfur) | 3 | 8.8 |
| Carbon disulfide (SUMMA canister) | 14 | 6.1 |
| Formaldehyde (active) | 48 | 10.0 |
| Formaldehyde (passive) | 51 | 3.9 |
| Formic acid | 23 | 8.5 |
| Hydrogen sulfide (passive) | 28 | 12.6 |
| Nitrogen dioxide | 48 | 18.6 |
| Ozone | 1 | 6.7 |

Scatter plots and secondary estimates of precision are shown in Figure 4.3 for acetic acid, formic acid, carbon disulfide (SUMMA), formaldehyde (active and passive), and hydrogen sulfide (passive). There was good agreement between the primary and secondary estimates of precision for these analytes.

P1.019-0070

DRAFT

DO NOT QUOTE OR CITE



Figure 4.3  Comparison of Paired Duplicate Air Sample Measurements for Selected Compounds

Draft Final Report CPSC Drywall and Indoor Environmental Quality Assessment
Environmental Health & Engineering, Inc. 16512

November 18, 2009
Page 57 of 128

P1.019-0071

DRAFT

DO NOT QUOTE OR CITE

The primary estimates of precision for the strontium (by XRF) and carbonate (by FTIR) measurements are shown in Table 4.15. Precision ranged from 3.4% for the carbonate measurements to 13.8% for the strontium field measurements.

Table 4.15   Primary Estimate of Measurement Precision for XRF and FTIR Measurements

| Parameter | Number of Pairs | Precision (%) |
|---|---|---|
| Strontium (XRF Field measurements) | 98 | 13.8 |
| Strontium (XRF laboratory measurements) | 810 | 12.3 |
| Carbonate (FTIR laboratory measurements) | 111 | 3.4 |

XRF   x-ray fluorescence
FTIR   Fourier transform infrared spectroscopy

Figures 4.4 and 4.5 summarize the regression analysis for strontium field measurements, strontium laboratory measurements, and carbonate laboratory measurements, all of which demonstrate a high level of precision.



Figure 4.4  Comparison of Paired Duplicate XRF Field and Laboratory Strontium Measurements

Draft Final Report CPSC Drywall and Indoor Environmental Quality Assessment
Environmental Health & Engineering, Inc. 16512

November 18, 2009
Page 58 of 128

P1.019-0072

**DRAFT**

**DO NOT QUOTE OR CITE**



Figure 4.5  Comparison of Paired Duplicate FTIR Laboratory Carbonate Measurements

The precision of the FTIR instrument used in testing at EH&E's laboratory was also examined by evaluating the agreement between measurements repeated daily from the same sample of drywall. The CV from the repeat reference readings for carbonate indicated strong agreement as well (N=12, CV = 3.3%).

The primary estimate of precision for the coupon corrosion measurements was an evaluation of the agreement between paired duplicate measurements of $Cu_2S$ and $Ag_2S$. The precision estimates for the corrosion measurements are shown in Table 4.16.



Figure 4.6  Comparison of Paired Duplicate Corrosion Rate Measurements for Copper and Silver Coupons

P1.019-0073

DRAFT

DO NOT QUOTE OR CITE

In addition to the calibration procedures implemented prior to, and in the field (described above), the precision and reasonableness of real-time monitoring data (temperature, relative humidity, dew point temperature, and $CO_2$) was evaluated utilizing several measures. For the temperature, relative humidity, and dew point temperature measurements the CV between the average values at each measurement location within a test home was used as an indicator of agreement (CV=[standard deviation/mean]*100). Table 4.16 summarizes the mean CVs for the temperature and humidity monitoring data, all of which were less than 10%.

Table 4.16   Coefficient of Variation, Inter-home Temperatures, Relative Humidity and Dew Point Temperature Measurements

| Parameter | N | Mean CV (%) |
|---|---|---|
| Temperature | 120 | 1.4 |
| Relative humidity | 120 | 4.4 |
| Dew point temperature | 120 | 2.1 |

The precision of air exchange rate measurements was evaluated using linear regression analysis between each of the coincident air exchange rate estimates within each home (between one and three locations were monitored in each home), which were based on $CO_2$ readings. The CVs for the air exchange rate estimates averaged 29% (range 0 – 104%). Although some houses exhibited relatively high variability in air exchange rate estimates, the error for these measurements average 7% and ranged from 2 – 30% (based on an overall RMSE of 0.016).

P1.019-0074

DRAFT

DO NOT QUOTE OR CITE

# 5.0   RESULTS

## 5.1   SOURCE IDENTIFICATION

### 5.1.1   Known Origin Sample Analysis

A preliminary laboratory study, at the EH&E facility, analyzed 34 drywall samples of known origin (also referred to as "catalog" samples) using both XRF and FTIR techniques. This analysis focused on the core of the drywall samples and excluded paint and paper associated with the drywall.

The results of the analysis of 34 samples are presented in Figure 5.1. Drywall samples imported from China are depicted in red triangles and all demonstrate elevated levels of strontium as measured by XRF and carbonate as measured by FTIR. Of note, one imported drywall sample with elevated carbonate but muted strontium concentration was determined to be a mix of synthetic and mined gypsum. All of the domestic drywall samples had low carbonate levels and the majority also had low strontium concentrations.



Figure 5.1   Comparison of Cored Drywall Samples of Known Origin and Analyzed in a Laboratory Setting for Strontium Concentrations (ppm) Measured by XRF and Carbonate (Absorbance) Measured Using FTIR. See Figure for Legend of Sample Type

P1.019-0075

DRAFT

DO NOT QUOTE OR CITE

This separation observed in the catalog data permitted the tentative discrimination of various categories of drywall based on the following criteria:

- Samples with greater than 1,200 ppm of strontium AND carbonate absorbance values greater than 5 (imported from China)
- Samples with less than 1,200 ppm of strontium and carbonate less than 5 (not imported from China)

Of note, one sample imported from China that was a blend of synthetic and mined material had high carbonate but a strontium concentration close to but below the 1,200 ppm cutoff.

### 5.1.2   FTIR and XRF Laboratory-Based Analysis of Core Samples Collected in the 51-home Field Study

The drywall core samples obtained from multiple locations within each home (at least one per wall) in the 51-home study were analyzed using XRF and FTIR under the same sampling protocol as the preliminary "catalog" samples described above. Results for the core samples taken from the 51 homes in the field study and analyzed in the laboratory are presented in Figure 5.2. In general, the two main groups described above, and a third group, are apparent in the data collected from the field:

- Group 1—Samples with greater than 1,200 ppm of strontium AND carbonate values greater than 5
- Group 2—Samples with less than 1,200 ppm of strontium and carbonate less than 5
- Group 3—Samples with less than 1,200 ppm of strontium and carbonate greater than 5.

Draft Final Report CPSC Drywall and Indoor Environmental Quality Assessment
Environmental Health & Engineering, Inc. 18512

November 18, 2009
Page 62 of 128

P1.019-0076

DRAFT
DO NOT QUOTE OR CITE
FTIR/XRF Marker



Figure 5.2  Comparison of Cored Drywall Samples Obtained in the Field and Analyzed in a Laboratory Setting for Strontium Concentrations (ppm) Measured by XRF and Carbonate (Absorbance) Measured Using FTIR. White Circles Denote Points with Elevated Carbonate and Quartz and Identified as Containing Plaster (See Text for Explanation)

Groups 1 and 2 are shown in Figure 5.2 and correspond to the cutoff points found in the "catalog" samples presented in Figure 5.1 and appear to be useful indicators of imported and domestic drywall, respectively. An important difference between the analysis of the "catalog" samples and those collected from the 51 homes is that several samples had elevated carbonate levels (Group 3). For analyses in this report, drywall samples falling in Group 1 were defined as "FTIR/XRF Marker Present" and all others defined as "FTIR/XRF Marker Not Present."

The field samples with elevated carbonate and lower strontium (Group 3) may be due to imported samples comprised of blended material (see Figure 5.1) or domestic samples impacted by wall coverings such as plaster. The samples with elevated carbonate were examined further and determined to also have elevated quartz (samples denoted by

P1.019-0077

DRAFT

DO NOT QUOTE OR CITE

white circles have elevated quartz). Additional analysis was conducted on the drywall samples with the elevated quartz. It was determined that the elevated carbonate readings were due to finish plaster on the drywall being mixed with the drywall sample during the coring procedure used for sample collection (Figure 5.3). Plaster is often used on drywall to provide a smooth painting surface and commonly contains up to 50% carbonate and 1-2% of quartz.



Figure 5.3  Carbonate Levels Measured Using FTIR In Matched Samples of Plaster and Drywall and Core Material Alone in Drywall

The information provided in Figure 5.3 indicates that the presence of plaster in a sample can significantly influence the results and provide a significant positive bias for the carbonate reading. This bias could result in overstating drywall carbonate results by a factor of approximately 5 to 50. In reviewing the data there are very few individual data points in which applying the correction would modify the original quadrant in which the sample would fall. The possible bias is nearly eliminated when all the samples from a home are aggregated and analyzed. The original data was used for plotting Figure 5.2 and no correction has been applied in this analysis.

P1.019-0078

DRAFT .

DO NOT QUOTE OR CITE

### 5.1.3 Comparison of CPSC House Status and Status as Determined Using FTIR/XRF

Using the results of the FTIR and XRF analysis of the core samples, any sample falling in Group 1 was labeled as having the FTIR/XRF marker present. All other samples were labeled as 'Not Present'. To compare the objective determinant of house status (i.e., contains imported drywall or not) against CPSC's home status (i.e., complaint or non-complaint home), homes that contained greater than one sample in Group 1 were labeled as having the FTIR/XRF marker present.

A comparison of the FTIR/XRF marker against CPSC home status is presented in Table 5.1. The two methods showed strong agreement across the 51 homes. Small differences between the two metrics were expected; three of the 41 homes self-identified to CPSC as being complaint homes were not found to have imported drywall based on the FTIR/XRF marker. The self reported CPSC ranks for these three homes are 3, 4, and 4 (Scale 0 – 7).

Table 5.1   2x2 Table Comparing CPSC Home Status and Objectively Measured Status Using FTIR/XRF

| | | CPSC Status | | Total |
| --- | --- | --- | --- | --- |
| | | Complaint | Non-complaint | |
| FTIR – XRF Marker | Present | 38 | 0 | 38 |
| | Not Present | 3 | 10 | 13 |
| | Total | 41 | 10 | 51 |

## 5.2   INTEGRATED MEASURE OF EFFECT

### 5.2.1   Corrosion Classification Coupons

Corrosion classification coupons containing one strip of copper and one strip of silver represent an objective integrated measure of effect. Corrosion coupons obtained from one non-complaint home (A) and three complaint homes (B-D) are depicted in Figure 5.4 and represent typical results for the non-complaint and complaint homes. Visible levels of corrosion were commonly observed on the metal coupons collected from complaint

P1.019-0079

DRAFT

DO NOT QUOTE OR CITE

homes, while the metal coupons from non-complaint homes showed less evidence of corrosion.



Figure 5.4  Photographs of Corrosion Coupons after Retrieval from One Non-complaint Home (A) and Three Complaint Homes (B – D)

5.2.2   Characterization of Corrosion

Corrosion rates from the silver coupons are reported as silver sulfide ($Ag_2S$), silver chloride (AgCl), or unknown. For copper, the rates are reported as copper sulfide ($Cu_2S$), copper oxide ($Cu_2O$), or unknown. The dominant species found in this study for most homes were silver and copper sulfides. For the silver coupons, only one sample at the air supply diffuser showed silver chloride based corrosion products on the test strip. Similar results were found for the coupons in the rooms. For the copper coupons, the samples were dominated by $Cu_2S$ but there was also a consistent, low-level rate of $Cu_2O$ corrosion (Figure 5.5).

Draft Final Report CPSC Drywall and Indoor Environmental Quality Assessment
Environmental Health & Engineering, Inc.16512

November 18, 2009
Page 66 of 128

P1.019-0080

**DRAFT**
**DO NOT QUOTE OR CITE**



Figure 6.5  Corrosion Rates at AHU Air Register for All 51 Homes, by Corrosion Species

Corrosion species observed on the coupons were further validated using a subset of samples of co-located copper and silver coupons (n=6), which were also characterized using a scanning electron microscope (SEM) fitted with an energy dispersive spectroscopy (EDS) microprobe, and by x-ray photoelectron spectroscopy (XPS). The 6 samples (12 total coupons) were selected based on the observation of tarnish with a visual inspection. EDS analysis established that corrosion was heterogeneous on all coupons, with very similar elemental composition consisting of carbon, oxygen, sulfur, and silicone. XPS analysis confirmed the EDS findings with additional characterizations of the relative contributions which varied from coupon to coupon (Table 6.2).

Draft Final Report CPSC Drywall and Indoor Environmental Quality Assessment
Environmental Health & Engineering, Inc. 16512

November 18, 2009
Page 67 of 128

P1.019-0081

DRAFT

DO NOT QUOTE OR CITE

| Table 5.2 | Major, Minor, and Trace Elemental Composition of Corrosion Coupons Analyzed by Energy Dispersive Spectroscopy | | |
|---|---|---|---|
| Metal | Major Elements | Minor Elements | Trace Elements |
| Copper | C, O, Cu | S, Si, O, Ag | S, Ag, Cl, N |
| Silver | C, Ag | S, O, Si, Cu | Cl, N |

C    carbon
O    oxygen
Cu   copper
S    sulfur
Si   silicone
Ag   silver
N    nitrogen

Note:  Variation was observed across samples. For example, sulfur was reported as a minor element in one copper sample and a trace element in another.

As a result of these findings, the analysis focuses on the sulfide based corrosion throughout the results section.

**5.2.3   Comparison of Corrosion Across Rooms**

Corrosion test strips were deployed at up to four unique indoor locations as well as one outdoor location. A correlation matrix comparing results from each sampling location is presented in Table 5.3. Corrosion rates on co-located copper and silver coupons were moderately to strongly correlated in indoor locations ($r = 0.57 - 0.74$; $p<05$). Similar correlations were observed for the same type of metal strip across rooms in the same home ($r = 0.51 - 0.78$; $p<0.01$). Outdoor corrosion was not correlated with indoor corrosion ($p>0.05$) except for a weak correlation for copper ($r=0.29-0.31$; $p=0.03-0.06$).

P1.019-0082

DRAFT
DO NOT QUOTE OR CITE

Table 6.3   Corrosion Correlation Matrix

| | | Living Room | | Master Bedroom | | Bedroom | | AHU Air Register | | Outdoors | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $Cu_2S$ | $Ag_2S$ | $Cu_2S$ | $Ag_2S$ | $Cu_2S$ | $Ag_2S$ | $Cu_2S$ | $Ag_2S$ | $Cu_2S$ | $Ag_2S$ |
| Living Room | $Cu_2S$ | 1 | | | | | | | | | |
| | | | | | | | | | | | |
| | | 50 | | | | | | | | | |
| | $Ag_2S$ | 0.92 | 1 | | | | | | | | |
| | | <0.001 | | | | | | | | | |
| | | 50 | 50 | | | | | | | | |
| Master Bedroom | $Cu_2S$ | 0.61 | 0.53 | 1 | | | | | | | |
| | | <0.001 | <0.001 | | | | | | | | |
| | | 50 | 50 | 51 | | | | | | | |
| | $Ag_2S$ | 0.61 | 0.66 | 0.71 | 1 | | | | | | |
| | | <0.001 | <0.001 | <0.001 | | | | | | | |
| | | 50 | 50 | 51 | 51 | | | | | | |
| Bedroom | $Cu_2S$ | 0.61 | 0.40 | 0.66 | 0.53 | 1 | | | | | |
| | | <0.001 | 0.01 | <0.001 | <0.001 | | | | | | |
| | | 40 | 40 | 41 | 41 | 41 | | | | | |
| | $Ag_2S$ | 0.48 | 0.63 | 0.73 | 0.78 | 0.67 | 1 | | | | |
| | | 0.002 | <0.001 | <0.001 | <0.001 | <0.001 | | | | | |
| | | 40 | 40 | 41 | 41 | 41 | 41 | | | | |
| AHU Air Register | $Cu_2S$ | 0.44 | 0.48 | 0.61 | 0.45 | 0.30 | 0.60 | 1 | | | |
| | | 0.002 | <0.001 | <0.001 | 0.001 | 0.05 | <0.001 | | | | |
| | | 48 | 48 | 49 | 49 | 41 | 41 | 49 | | | |
| | $Ag_2S$ | 0.48 | 0.66 | 0.61 | 0.46 | 0.82 | 0.74 | | 1 | | |
| | | <0.001 | <0.001 | <0.001 | <0.001 | 0.002 | <0.001 | <0.001 | | | |
| | | 48 | 48 | 49 | 49 | 41 | 41 | 49 | 49 | | |
| Outdoors | $Cu_2S$ | 0.18 | -0.05 | 0.29 | 0.04 | 0.30 | 0.10 | 0.31 | 0.20 | 1 | |
| | | 0.21 | 0.72 | 0.04 | 0.76 | 0.08 | 0.52 | 0.03 | 0.18 | | |
| | | 49 | 49 | 50 | 50 | 41 | 41 | 48 | 48 | 50 | |
| | $Ag_2S$ | 0.1 | 0.17 | 0.01 | -0.05 | -0.04 | 0.01 | 0.08 | 0.01 | 0.04 | 1 |
| | | 0.51 | 0.23 | 0.95 | 0.76 | 0.79 | 0.93 | 0.60 | 0.03 | 0.76 | |
| | | 49 | 49 | 50 | 50 | 41 | 41 | 48 | 48 | 50 | 50 |

$Cu_2S$   copper sulfide
$Ag_2S$   silver sulfide
AHU   air handling unit

KEY
correlation coefficient (Spearman r)
p-value
n (sample size)

Note: bolded correlation coefficients are significant at p<0.05

The range of corrosion rates were similar in rooms and significantly higher on the corrosion strips located near the AHU air register (Figure 5.6). This may be due to a greater volume and higher velocity of air moving past them on a regular basis or variations in temperature and relative humidity during AHU cycling. This issue is discussed further in Section 6.4.2. Outdoor corrosion rates were low on the silver and

P1.019-0083

DRAFT
DO NOT QUOTE OR CITE

copper coupons, in general. The copper coupons located outdoors also exhibited significantly more variability than the outdoor silver coupons.



Figure 5.6  Corrosion Rates by Location within the Home and Outdoors

### 5.2.4   Comparison of Corrosion by House Status

Corrosion rates were compared based on CPSC complaint or non-complaint house status (Figure 5.7). Complaint homes had significantly greater rates of corrosion on both the silver and copper coupons compared to non-complaint homes, on average (p<0.01). Multivariate regression modeling showed this finding remained after controlling for outdoor corrosion, indoor temperature and study region (p<0.01; model $R^2$ = 0.46 and 0.43). These findings also remained when room-specific corrosion rate results (e.g., master bedroom, living room) were used in the regression models in place of corrosion rates at the AHU air register (p<0.05; model $R^2$ = 0.33 - 0.63).

P1.019-0084

DRAFT
DO NOT QUOTE OR CITE



Figure 5.7  Comparison of Corrosion Film Thickness by CPSC House Status

The house status determined using the FTIR/XRF marker to assess the presence or absence of imported drywall was compared against corrosion rates in the home, similar to Figure 5.8 which used CPSC's home status by complaint. Similar to the CPSC status, homes with the FTIR/XRF marker were found to have significantly elevated rates of both silver and copper corrosion, an effect that remained after controlling for outdoor corrosion, indoor temperature and study region in multivariate models ($p<0.001$) (see Tables 5.11 and 5.12). Using the FTIR/XRF marker to classify home status explained approximately 10% more of the variability in corrosion rates compared to CPSC's homeowner's self reported home status (model $R^2 = 0.67$ for silver and 0.62 for copper). Models using room-specific corrosion rate results (e.g., master bedroom, living room) produced similar results ($p<0.05$; model $R^2 = 0.40 - 0.63$).

P1.019-0085

DRAFT
DO NOT QUOTE OR CITE



Figure 5.8  Comparison of Corrosion Film Thickness by FTIR/XRF Marker

### 5.2.6  Corrosion Determined by Visual Inspection

EH&E field technicians conducted inspections throughout the home and classified corrosion rates on various surfaces based on a three point scale: 1 = no visible corrosion; 2 = some visible corrosion; 3 = severe corrosion. Complete details of the corrosion scale with example photographs can be found in the Methods Section (Section 4).

Mean groundwire corrosion ratings for each home were compared based on CPSC home status (e.g., complaint or non-complaint) and FTIR/XRF marker. Complaint homes had a statistically significant greater mean groundwire corrosion rating than non-complaint homes (Figure 5.9).

P1.019-0086

DRAFT

DO NOT QUOTE OR CITE



Figure 6.9   Comparison of Mean Groundwire Corrosion Rating by CPSC Home Status

### 6.2.6   Comparison of Corrosion by Study Region

Corrosion rates at the AHU air register were compared across the four major regions in the field study—Florida east coast, Florida west coast, Gulf Coast, Virginia (Figure 5.10). Only for corrosion measured at the AHU air register, both silver and copper corrosion were found to be significantly higher in the Florida East region compared to Virginia (p<0.01), with the model accounting for a relatively small amount of variability in corrosion overall (R² = 0.16;0.20).



Figure 5.10   Comparison of Corrosion Film Thickness Across Study Regions

P1.019-0087

DRAFT

DO NOT QUOTE OR CITE

We examined potential explanatory variables to investigate the basis for the differences in corrosion rates observed across regions for the AHU air register. Contrary to the findings observed for corrosion at the AHU air register (Figure 6.10), there were no differences in room-level corrosion (e.g., bedroom, office) across the study regions. Additionally, there were no differences in the visual inspection of groundwire corrosion by region. The groundwire corrosion rating is a useful marker of long-term corrosion, although it will not be able to provide information on corrosion rate such as can be gathered through use of long-term coupons in the homes. The difference observed between coupons placed at the AHU air register and lack of a difference between 1) regions for room-level corrosion measured by corrosion coupons and 2) longer-term corrosion ascertained by visual inspection of groundwires suggest that the AHU supply air register corrosion differences by region are due to short-term environmental differences at the various AHU air registers that may not be reflective of the environment in the whole house. One plausible explanation is related to the ambient temperature during the sampling period by region; the maximum outdoor temperature during the sampling period in the Florida regions ranged from 91 – 97 (mean = 94), while the maximum outdoor temperature in Virginia ranged from 83 – 90 (mean = 84), with all homes in Virginia visited during the same 2-week period (Figure 6.11). The higher ambient air temperatures in the Florida regions would be associated with greater AHU-load, resulting in a consistently lower temperature and greater air flow at the AHU air register ($V_{dep}$) where greater corrosion rates were observed (see Section 6.4.2 for discussion of $V_{dep}$).

Draft Final Report CPSC Drywall and Indoor Environmental Quality Assessment
Environmental Health & Engineering, Inc.16512

November 18, 2009
Page 74 of 128

P1.019-0088



Figure 5.11  Maximum Outdoor Temperature During the Sampling Period for Each Region

## 5.3    AIR SAMPLING RESULTS

Air sampling results are divided by target analyte group in the following sections. For each analyte group, summary statistics for each home are presented in the Appendix tables and a comparison of house average results is made by CPSC home status. Results for select analytes are then compared against corrosion rates.

### 5.3.1    Aldehydes Via Active Sampling

Summary statistics for aldehyde concentrations by home are presented in Appendix A (Table A.1). Indoor concentrations of aldehydes generally exceeded outdoor concentrations by an order of magnitude.

Draft Final Report CPSC Drywall and Indoor Environmental Quality Assessment
Environmental Health & Engineering, Inc.16512

November 18, 2009
Page 75 of 128

P1.019-0089

**DRAFT**

**DO NOT QUOTE OR CITE**

#### *5.3.1.1 Aldehyde Concentrations by House Status*

Aldehyde concentrations (μg/m³) in indoor air stratified by CPSC home status are presented in Table 5.4. The mean, median and 75th percentile values show the complaint and non-complaint homes are comparable.

**Table 5.4** House Average Aldehyde (Active Sampler) Concentrations (μg/m³) in Indoor Air by House Status

| Component | Status | Pct Detect | Mean | Min | p25 | Median | p75 | Max |
|---|---|---|---|---|---|---|---|---|
| Acetaldehyde | Complaint | 91.3 | 36.9 | 7 | 24.9 | 32.7 | 48.4 | 138.3 |
| | Non-complaint | 97.4 | 30.7 | 8.4 | 17.3 | 28.9 | 43.3 | 62.5 |
| Benzaldehyde | Complaint | 78.3 | 8 | 2.7 | 5.2 | 7.4 | 9.8 | 21.7 |
| | Non-complaint | 78.9 | 7.1 | 3.3 | 4.3 | 6.5 | 9.3 | 14.3 |
| Butyraldehyde | Complaint | 76.2 | 4.8 | 0.7 | 2.9 | 4 | 5.9 | 18.5 |
| | Non-complaint | 78.9 | 4.7 | 1.2 | 2.4 | 4 | 6.2 | 11.7 |
| Crotonaldehyde | Complaint | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 2.2 |
| | Non-complaint | 0 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 |
| Dimethylbenzaldehyde | Complaint | 6.8 | 0.7 | 0.6 | 0.6 | 0.6 | 0.6 | 5.7 |
| | Non-complaint | 10.5 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 1.3 |
| Formaldehyde | Complaint | 96.3 | 83.5 | 21.7 | 48.7 | 69.4 | 97.3 | 361.7 |
| | Non-complaint | 97.4 | 62.4 | 27.7 | 40.7 | 60.9 | 74.7 | 128.4 |
| Isovaleraldehyde | Complaint | 65.3 | 1.6 | 0.6 | 0.9 | 1.4 | 2.2 | 4 |
| | Non-complaint | 44.7 | 1.3 | 0.6 | 0.6 | 0.9 | 2.1 | 2.5 |
| Propionaldehyde | Complaint | 76.4 | 4.6 | 1 | 2.6 | 3.8 | 5.4 | 12.2 |
| | Non-complaint | 73.7 | 4.2 | 0.8 | 2.2 | 3.3 | 4.6 | 14 |
| Valeraldehyde | Complaint | 76.4 | 11.4 | 2 | 5.6 | 9.2 | 14.6 | 46 |
| | Non-complaint | 78.9 | 9.6 | 2.6 | 6.5 | 8.8 | 12 | 18.7 |
| m,p-Tolualdehyde | Complaint | 0 | 1 | 0.9 | 1 | 1 | 1 | 1.1 |
| | Non-complaint | 0 | 1 | 0.9 | 1 | 1 | 1 | 1 |
| n-Hexaldehyde | Complaint | 77 | 46.8 | 6.4 | 21.1 | 34.7 | 59 | 173.3 |
| | Non-complaint | 78.9 | 39.4 | 7.7 | 24.2 | 38.4 | 42.3 | 96.5 |
| o-Tolualdehyde | Complaint | 0 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 |
| | Non-complaint | 0 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 |

μg/m³ micrograms per cubic meter
pct percent
min minimum
p percentile
max maximum

Note: sample size is 41 for complaint; 10 for non-complaint

DRAFT
DO NOT QUOTE OR CITE

#### *5.3.1.2 Aldehyde Concentrations and Corrosion*

Formaldehyde concentrations from the active sampling program were compared against silver and corrosion rates (Figure 5.12).

Figure 5.12 Comparison of Corrosion Film Thickness by Formaldehyde Concentration

### 5.3.2 Aldehydes Via Passive Sampling

Aldehyde concentrations were measured in a second set of samples using passive sampling techniques. The passive samplers were used because they provide lower detection limits due to a longer sampling period and the fact that they would be measuring the concentrations of aldehydes in the air that the passive samplers were exposed to over the two-week integration period which was also coincident with the corrosion coupon deployment. Results of the aldehyde concentrations collected on passive monitors for each home are reported in Appendix A (Table A.2).

#### *5.3.2.1 Aldehyde Concentrations by House Status*

Aldehyde concentrations measured using the passive monitors are presented by CPSC house status in Table 5.5.

DRAFT
DO NOT QUOTE OR CITE

| Component | Status | Pct Detect | Mean | Min | p25 | Median | p75 | Max |
|---|---|---|---|---|---|---|---|---|
| Acetaldehyde | Complaint | 93 | 9.6 | 0.7 | 5.5 | 9.9 | 12.5 | 21.8 |
| | Non-complaint | 100 | 11.5 | 6.4 | 8.1 | 12.3 | 14 | 19.1 |
| Acrolein | Complaint | 47 | 3 | 0.8 | 1 | 2.9 | 4.1 | 8 |
| | Non-complaint | 80 | 3.2 | 0.8 | 2.3 | 3.1 | 4.6 | 5.4 |
| Benzaldehyde | Complaint | 76 | 2.6 | 1.3 | 1.9 | 2.7 | 3.3 | 4.2 |
| | Non-complaint | 75 | 2.3 | 1.3 | 2.1 | 2.4 | 2.8 | 3.4 |
| Butanal | Complaint | 94 | 24.5 | 2.7 | 16.3 | 22.1 | 28.2 | 98.2 |
| | Non-complaint | 100 | 20.1 | 9.5 | 20.9 | 31.4 | 33.5 | 66.8 |
| Formaldehyde | Complaint | 100 | 54.2 | 22.6 | 47.4 | 62.6 | 62.6 | 85.8 |
| | Non-complaint | 100 | 44 | 27.6 | 32.6 | 41.7 | 54.6 | 64.7 |
| Isovaleraldehyde | Complaint | 12 | 0.7 | 0.4 | 0.5 | 0.5 | 1 | 1.8 |
| | Non-complaint | 15 | 0.7 | 0.6 | 0.6 | 0.6 | 0.7 | 1.3 |
| Propionaldehyde | Complaint | 68 | 3 | 0.7 | 1.5 | 3.2 | 4 | 7.8 |
| | Non-complaint | 95 | 4.1 | 2.2 | 2.8 | 3.6 | 5.6 | 6.7 |
| Valeraldehyde | Complaint | 94 | 26.8 | 4.7 | 16.6 | 26 | 34 | 46.4 |
| | Non-complaint | 95 | 26.8 | 6.4 | 13.4 | 26 | 40.5 | 50 |
| nHexaldehyde | Complaint | 100 | 134.1 | 24.3 | 81.3 | 118.7 | 178.9 | 316.9 |
| | Non-complaint | 100 | 138.1 | 27.6 | 81.6 | 135.7 | 176.8 | 340.1 |

Table 5.5  House Average Aldehyde (Passive Sampler) Concentrations ($\mu g/m^3$) in Indoor Air by House Status

μg/m³  micrograms per cubic meter
pct    percent
min    minimum
p      percentile
max    maximum

Note:  sample size is 41 for complaint; 10 for non-complaint

5.3.2.2  *Aldehyde Concentrations and Corrosion*

Aldehydes concentrations measured using passive monitors were compared to silver and copper corrosion. Results for formaldehyde are presented in Figure 5.13.

Draft Final Report CPSC Drywall and Indoor Environmental Quality Assessment
Environmental Health & Engineering, Inc.16512

November 18, 2009
Page 78 of 128

P1.019-0092

DRAFT
DO NOT QUOTE OR CITE



Figure 5.13   Comparison of Corrosion Rates at the AHU Air Register by House Average
Formaldehyde Concentration Measured Using 2-week Passive Monitors

### 5.3.3   Reduced Sulfur Gases via Grab Sampling

The majority of samples collected in the homes using grab sample methods had reduced sulfur concentrations less than the reporting limit for the analytical method (see Section 4 for reporting limits). Only 9 samples were above the reporting limit for carbon disulfide (max concentration = 12 $\mu g/m^3$; reporting limit = 7.8 $\mu g/m^3$). The 9 detected samples came from 4 homes, 3 of which were located within the same neighborhood. Carbonyl sulfide was also detected in one reduced sulfur sample (concentration = 13 $\mu g/m^3$; reporting limit = 12 $\mu g/m^3$).

### 5.3.4   Hydrogen Sulfide, Ozone, Nitrogen Dioxide, Sulfur Dioxide, Hydrofluoric Acid (Passive Sampling)

Concentrations for analytes collected using passive monitors with low limits of detection and two-week integration periods are reported for each home (Appendix A, Table A.3).

#### 5.3.4.1   $H_2S$, $O_3$, $NO_2$, $SO_2$, HF by House Status

House average concentrations (parts per billion [ppb]) of analytes collected over a two-week integration period are presented by CPSC home status in Table 5.6.

Draft Final Report CPSC Drywall and Indoor Environmental Quality Assessment
Environmental Health & Engineering, Inc.18512

November 16, 2009
Page 79 of 128

P1.019-0093

DRAFT
DO NOT QUOTE OR CITE

| Table 5.6   House Average Concentrations (ppb) of Analytes Collected Using Passive Samplers | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Analyte | Status | Pct Detect | Mean | Min | p25 | p50 | p75 | Max |
| Hydrogen sulfide | Complaint | 85.8 | 0.66 | 0.19 | 0.29 | 0.69 | 0.88 | 2.23 |
| | Non-complaint | 37.5 | 0.45 | 0.2 | 0.22 | 0.23 | 0.28 | 2.23 |
| Ozone | Complaint | 25.9 | 0.36 | 0.3 | 0.33 | 0.34 | 0.36 | 0.92 |
| | Non-complaint | 25 | 0.34 | 0.31 | 0.33 | 0.34 | 0.36 | 0.36 |
| Nitrogen dioxide | Complaint | 97.6 | 2.6 | 0.06 | 0.7 | 1.09 | 3.67 | 12.40 |
| | Non-complaint | 100 | 4.42 | 0.09 | 1.77 | 2.15 | 5.03 | 18.67 |
| Sulfur dioxide | Complaint | 0 | NA | NA | NA | NA | NA | NA |
| | Non-complaint | 2.5 | 1.41 | 1.34 | 1.36 | 1.41 | 1.46 | 1.73 |
| Hydrogen fluoride | Complaint | 0 | NA | NA | NA | NA | NA | NA |
| | Non-complaint | 0 | NA | NA | NA | NA | NA | NA |

ppb  parts per billion
pct  percent
min  minimum
p  percentile
max  maximum
NA  not applicable

Note:  sample size is 41 for complaint; 10 for non-complaint

### 5.3.4.2   $H_2S$, $O_3$, $NO_2$, $SO_2$, HF and Corrosion

Hydrogen sulfide and nitrogen dioxide concentrations were compared to rates of silver and copper corrosion (Figure 5.14).



Figure 5.14a  Comparison of Corrosion Rates at the AHU Air Register by House Average Hydrogen Sulfide Concentration Measured Using 2-week Passive Monitors

Draft Final Report CPSC Drywall and Indoor Environmental Quality Assessment
Environmental Health & Engineering, Inc.16512

November 16, 2009
Page 80 of 128

P1.019-0094

DRAFT
DO NOT QUOTE OR CITE



Figure 5.14b Comparison of Corrosion Rates at the AHU Air Register by House Average
Nitrogen Dioxide Concentration Measured Using 2-week Passive Monitors

### 5.3.5   Volatile Organic Compounds

Summary statistics of VOC concentrations ($\mu g/m^3$) in indoor and outdoor air are
presented in Appendix A, Table A.4.

### 5.3.5.1   *VOCs by House Status*

House average concentrations for select VOCs in indoor air stratified by CPSC house
status are presented in Table 5.7. Several VOCs show elevated concentrations in
complaint homes (n=26) compared to non-complaint homes (n=5). Statistical
comparisons are currently limited due to the small sample size of non-complaint homes
with VOC samples.

P1.019-0095

**DRAFT**

**DO NOT QUOTE OR CITE**

Table 6.7   House Average VOC Concentrations (µg/m³) in Indoor Air by House Status

| Component | Status | Pct Detect | Mean | Min | p25 | Median | p75 | Max |
|---|---|---|---|---|---|---|---|---|
| 1,1,2-Trichlorotrifluoroethane | Complaint | 98 | 0.57 | 0.08 | 0.51 | 0.57 | 0.64 | 0.74 |
| | Non-complaint | 86 | 0.56 | 0.14 | 0.40 | 0.57 | 0.73 | 0.76 |
| 1,2,4-Trimethylbenzene | Complaint | 70 | 6.07 | 0.31 | 2.68 | 5.01 | 9.46 | 28.83 |
| | Non-complaint | 65 | 6.44 | 0.62 | 0.93 | 5.05 | 8.42 | 14.17 |
| 2-Butanone (MEK) | Complaint | 96 | 7.86 | 0.31 | 4.61 | 5.73 | 10.5 | 29.5 |
| | Non-complaint | 95 | 14.52 | 3.22 | 3.67 | 7.48 | 8.35 | 38 |
| 2-Propanol (Isopropyl Alcohol) | Complaint | 87 | 66.38 | 0.31 | 7.02 | 13.85 | 92.76 | 355 |
| | Non-complaint | 76 | 11.42 | 0.45 | 6.26 | 6.03 | 11.47 | 24 |
| Acetone | Complaint | 95 | 112.17 | 3.05 | 64.75 | 115 | 155 | 220 |
| | Non-complaint | 95 | 74.76 | 4.16 | 55.9 | 85.87 | 85 | 110.67 |
| Acetonitrile | Complaint | 82 | 134.03 | 0.38 | 56.25 | 107.54 | 233.33 | 205 |
| | Non-complaint | 89 | 141.56 | 58 | 58 | 76.67 | 200 | 290 |
| Acrolein | Complaint | 91 | 6.88 | 0.31 | 4.08 | 6.61 | 6.98 | 14.67 |
| | Non-complaint | 95 | 4.38 | 1.62 | 2.77 | 5.5 | 5.87 | 6.13 |
| Benzene | Complaint | 95 | 5.88 | 0.06 | 1.38 | 2.92 | 7.85 | 30.83 |
| | Non-complaint | 85 | 4.27 | 0.27 | 0.4 | 2.07 | 4.45 | 14.17 |
| Carbon Disulfide | Complaint | 66 | 1.76 | 0.31 | 0.52 | 1.31 | 2.3 | 9.1 |
| | Non-complaint | 26 | 0.57 | 0.31 | 0.31 | 0.39 | 0.89 | 1.15 |
| Carbon Tetrachloride | Complaint | 95 | 0.61 | 0.08 | 0.48 | 0.67 | 0.67 | 1.23 |
| | Non-complaint | 85 | 0.48 | 0.13 | 0.46 | 0.59 | 0.62 | 0.62 |
| Chloroform | Complaint | 80 | 1.9 | 0.08 | 0.32 | 1.01 | 2.55 | 9.23 |
| | Non-complaint | 70 | 1.08 | 0.3 | 0.43 | 1.08 | 1.66 | 1.97 |
| Chloromethane | Complaint | 93 | 1.19 | 0.06 | 0.72 | 0.87 | 1.1 | 9.67 |
| | Non-complaint | 70 | 0.47 | 0.06 | 0.19 | 0.63 | 0.88 | 0.86 |
| Ethanol | Complaint | 90 | 1106.18 | 3.05 | 131.67 | 389.17 | 1450 | 6060.67 |
| | Non-complaint | 80 | 302.61 | 100.5 | 235.9 | 328.33 | 421.67 | 728.67 |
| Ethyl Acetate | Complaint | 71 | 10.22 | 0.31 | 1.86 | 4.88 | 9.82 | 68 |
| | Non-complaint | 75 | 7.61 | 2.09 | 3.37 | 6.23 | 8.35 | 19.5 |
| Ethylbenzene | Complaint | 98 | 8.4 | 0.31 | 1.88 | 5.04 | 7.8 | 24.67 |
| | Non-complaint | 60 | 4.97 | 0.59 | 1.09 | 4.47 | 8.27 | 8.95 |
| Styrene | Complaint | 71 | 3.63 | 0.31 | 1.81 | 2.98 | 4.28 | 10 |
| | Non-complaint | 65 | 1.85 | 0.62 | 1.26 | 1.47 | 1.68 | 4.28 |
| Toluene | Complaint | 91 | 32.77 | 0.31 | 14.17 | 21.03 | 42 | 124.67 |
| | Non-complaint | 70 | 20.91 | 1.02 | 5.45 | 21.07 | 28 | 47.93 |
| Trichlorofluoromethane | Complaint | 97 | 1.4 | 0.06 | 1.26 | 1.42 | 1.55 | 2.2 |
| | Non-complaint | 85 | 1.14 | 0.26 | 1.16 | 1.3 | 1.4 | 1.55 |
| α-Pinene | Complaint | 87 | 88.47 | 0.31 | 36.25 | 77.88 | 110.67 | 235 |
| | Non-complaint | 80 | 63.06 | 7.92 | 30.67 | 62.33 | 83.83 | 90.67 |
| d-Limonene | Complaint | 79 | 25.86 | 0.31 | 15 | 24.63 | 39.5 | 67 |
| | Non-complaint | 65 | 12.09 | 6.09 | 7.2 | 14.83 | 16.17 | 18.17 |
| m,p-Xylenes | Complaint | 81 | 20.5 | 0.31 | 6.93 | 14.46 | 24.17 | 82.5 |
| | Non-complaint | 85 | 14.46 | 1.02 | 2.92 | 14.03 | 19.5 | 33.33 |
| n-Butyl Acetate | Complaint | 73 | 4.87 | 0.31 | 1.66 | 3.22 | 5.07 | 28.33 |
| | Non-complaint | 65 | 2.7 | 0.64 | 1.81 | 3.05 | 3.17 | 4.05 |
| n-Heptane | Complaint | 87 | 4.68 | 0.31 | 1.55 | 3.03 | 5.9 | 25.67 |
| | Non-complaint | 50 | 3.05 | 0.31 | 0.61 | 1.08 | 3.38 | 9.85 |

P1.019-0096

DRAFT
DO NOT QUOTE OR CITE

| Table 5.7    Continued | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Component | Status | Pct Detect | Mean | Min | p25 | Median | p75 | Max |
| n-Hexane | Complaint | 73 | 10.28 | 0.31 | 1.05 | 6.08 | 12.65 | 71.33 |
| | Non-complaint | 60 | 6.14 | 0.31 | 0.47 | 1.62 | 9.15 | 19.17 |
| n-Octane | Complaint | 71 | 2.26 | 0.31 | 1.25 | 1.6 | 2.23 | 12.67 |
| | Non-complaint | 70 | 1.91 | 0.42 | 0.77 | 1.05 | 2.05 | 6.27 |
| o-Xylene | Complaint | 67 | 7.34 | 0.31 | 1.43 | 5.23 | 9.09 | 27.63 |
| | Non-complaint | 65 | 4.69 | 0.83 | 1.07 | 4.93 | 6.07 | 11.63 |

μg/m³  micrograms per cubic meter
pct    percent
min    minimum
p      percentile
max    maximum

Note:  sample size is 26 for complaint; 5 for non-complaint

The results presented in Table 5.7 suggest that one reduced sulfur compound, carbon disulfide, may be slightly elevated in complaint homes compared to non-complaint homes. Boxplots comparing summary statistics for carbon disulfide by CPSC home status and FTIR/XRF marker is presented in Figure 5.15. In statistical models (n=29), a significant difference in house average carbon disulfide concentrations was not observed by CPSC status (p=0.26) or by FTIR/XRF marker (p=0.26) after controlling for outdoor carbon disulfide concentrations and study region (see Table 5.10). Statistical inference is limited due to the small sample size.




Figure 5.15    Boxplots of House Average Carbon Disulfide Concentrations by CPSC Home Status

P1.019-0097