

**Unified Engineering Inc.**

3056 Weber Drive
Aurora, Illinois 60502

Phone: 630/851-4214
Fax: 630/851-5957

www.unified-eng.com

Writer's direct dial: 630/851-5363
e-mail: streit@unified-eng.com

Taishan Drywall Investigation
Virginia

For

Plaintiff Steering Committee
MDL 2047

Unified Engineering File No. 4123 (with subfiles)

Report Prepared by: Dr. Lori Streit, Ph.D.

Report Prepared on December 28, 2009



STREIT-8

DATE: 2/16/10

Michael E. Miller, RDR, CRR, CLR

1

P1.2023-0001

# Table of Contents

1. Educational Background and Qualifications ................................................................. 3

2. Experience Related to Drywall Investigations ............................................................. 4

3. Retention of Services ................................................................................................... 4

4. Executive Summary ...................................................................................................... 5

5. Description of Test Methodologies .............................................................................. 5

      5a. Samples ............................................................................................................ 5

      5b. Test Methods on Drywall Samples ................................................................... 6

      5c. Test Methods on HVAC Coil Samples .............................................................. 7

      5d. Test Methods on Wire/Insulation Samples ...................................................... 7

6. Bases for Conclusions .................................................................................................. 8

      6a. Material Reviewed ............................................................................................ 8

      6b. Personal Observations in Residences .............................................................. 8

      6c. Results of Drywall Testing ................................................................................. 8

      6d. Results of Visual Inspection of Metals in Virginia Residences ......................... 9

      6e. Results of HVAC Coil Testing ........................................................................... 10

      6f. Results of Testing on Wires/Insulation ............................................................. 10

7. Conclusions/Opinions .................................................................................................. 11

8. Further Opinions .......................................................................................................... 12

9. References cited ........................................................................................................... 13

10. Appendices

P1.2023-0002

# 1. Educational Background and Qualifications

I, Dr. Lori A. Streit, am a principal at Unified Engineering, Inc., a scientific and engineering consulting firm located in Aurora, IL. I hold a B.S. degree in Chemistry from Trenton State College, Trenton, NJ (Spring 1983) and a Ph.D. in Chemistry from Arizona State University, Tempe, AZ (Spring, 1987). My specialization in graduate school was in analytical chemistry, surface analysis and materials analysis.

After graduation from Arizona State University, I was employed as a chemist/material analyst at McCrone Associates, Inc. in Westmont, IL. As a research scientist, I was charged with the task of using my analytical chemistry background with specialization in microscopy techniques to work on projects for entities including industry, government, attorneys, insurance companies and private citizens.

In 1990, I became the Manager of the Chemical and Environmental Science department within the Chemical, Fire and Explosion division of Packer Engineering, Naperville, IL. The forensic analytical chemistry skills required were similar to those at McCrone. My duties were expanded to include a more diverse array of forensic analysis projects as well as field investigations. In 1995, along with three partners, I founded Unified Engineering, Inc. located in Aurora, IL. At Unified, I continue to perform analytical chemical investigations on products and chemical contamination issues.

Over the course of the last 22 years as a professional chemist, my work has focused on using analytical chemistry techniques to solve problems related to a wide variety of materials and products.  As part of my experience, I have been contracted as a consultant by numerous companies in the heating and air conditioning industry to assist in investigations of alleged HVAC equipment failures. Those assignments included not only examination and testing of the HVAC equipment both in the field and in the laboratory but also included the investigation and analysis of alleged odors and exposure to chemicals and surface residues from HVAC units.  As an example, I am often sent failed HVAC coils or sections thereof to determine the cause of failure. Failures have included fin coating issues, chemical contamination causing corrosion (formicary corrosion induced by exposure to organic acid vapor), odor complaints, and corrosion of metals due to indoor environmental exposure.

I have used numerous standard scientific techniques to analyze products during my professional career including the techniques used during the course of this drywall investigation. In the past, I have used gas chromatography techniques (GC) to identify volatile gases that were released from products or causing an unpleasant odor in a residence. I have analyzed mineral and drywall samples using scanning electron microscopy (SEM/EDS), optical microscopy, inductively coupled plasma (ICP) and x-ray diffraction (XRD) to investigate such issues as inclusion identification, determine of fillers, elemental composition, and particle size among others.

My curriculum vitae, publications list, and testimony list for the last four years are included in Appendix I. Unified Engineering, Inc. charges $240 an hour for my professional services.

3

P1.2023-0003

## 2. Experience Related to Drywall Investigations

The analysis of HVAC failures has been a large focus on my analytical experience over the past twenty-two years. The work entails an insight and understanding of the origin of vapors (odors) and how they interact with surfaces to form corrosion products. For investigation of the odors and deposits that have been my focal point in the current drywall investigations, I drew upon many years of analytical experience investigating real-world problems to select the appropriate techniques to obtain the necessary chemical data that will aid me in my assessment of the problem at hand.

My education, background and experience analyzing, testing, and performing failure analysis on consumer products and building materials provide the expertise required for me to analyze and form opinions on the gypsum materials and surface deposits at issue in this matter. I performed the initial published study for the Florida Department of Health earlier this year and have since been involved in research and analysis of Chinese and other drywall products. In addition, I have performed analyses on Chinese manufactured drywall for several government consultants and have consulted directly with the EPA and CPSC on the matter. I was an invited speaker at a conference to present my work on the analysis of Chinese manufactured drywall. I have performed hundreds of tests on numerous samples of Chinese-manufactured drywall obtained from homes in Virginia, Louisiana, Mississippi, Alabama, North Carolina, South Carolina, Georgia, New Jersey, Tennessee, Florida and California. Among the tests were ICP for trace metals and specifically for strontium, GC techniques to determine volatile compounds released by the drywall (most specifically sulfur gases), and SEM/EDS for elemental analysis of gypsum and inclusions in the gypsum among others. In addition, I have analyzed pieces of HVAC coils from Florida, Louisiana and Texas using SEM/EDS, XRD and optical microscopy to analyze discolored metal surfaces and deposits taken from the wiring and AC coils in the homes that contained Chinese manufactured drywall. I have also analyzed data generated by other laboratories and investigators to aid in my investigation in this matter.

## 3. Retention of Services

I have been retained by the Plaintiffs' Steering Committee (PSC) in MDL 2047 to provide expert opinions regarding the chemical analysis of both Chinese manufactured drywall and surface deposits taken from homes — specifically, but not limited to, those in Virginia -— and to compare and contrast these findings with similar analyses of samples of domestic drywall. I have also been asked to offer opinions on the chemical composition of metal and HVAC equipment corrosion and associated corrosion deposits. In addition, I may render opinions about the dispersion of the sulfide gases at issue in this litigation, and the manner in which such gases deposit on and corrode metals.

4

## 4.  Executive Summary

Based on the body of work I have performed specifically on Chinese manufactured drywall, as well as the review of work performed by other investigators (see Appendix II), my own education, experience, training and knowledge as a chemist/materials analyst and inspection of residences in Virginia known to contain Chinese manufactured drywall, I have reached conclusions related to the drywall at issue in this case to a reasonable degree of scientific certainty. Drywall installed in Virginia residences manufactured by Taishan releases sulfur gases into the living space that are unpleasant and irritating. Elevated temperature and humidity appear to enhance the release of the gases from the drywall. The sulfur gases react with metal surfaces in the residences to form corrosion products. Corrosion occurs on exposed copper wire. Sulfur gases also penetrate through the outer polymer wire coating to corrode underlying wire surfaces. The sulfur gas attack has also resulted in copper sulfide and copper oxide corrosion of air conditioning coils leading to failure of the air conditioning equipment. Analytical techniques can be used to help identify Chinese drywall and to determine if the drywall will release corrosive sulfide gases.

## 5.  Description of Test Methodologies

Samples:

I have received samples of drywall from suspect Virginia homes where the homeowners have reported sulfur odors and visible corrosion has been observed by myself and other investigators. I have also received drywall samples from two homes in Virginia where the occupants have not reported sulfur odors and that have not exhibited metal corrosion. They are currently being used as controls. In addition to the drywall samples from suspect Virginia houses, I have received and analyzed metal samples including but not limited to receptacles (outlets), switches, pieces of Romex-type wiring, pieces of lamp wire, pieces of ground wire and scrapings from copper surfaces of air conditioning coils.

I have analyzed numerous suspect drywall samples taken from homes mostly in the southeastern United States that exhibited odors and have caused corrosion in homes. Drywall samples analyzed that had visible identification markings included Venture (Taishan), Knauf (with no Chinese markings), Knauf – Tianjin, Made in China, Beijing, Shenyang, Donssuan, Palatka, Mexico and BNBM DRAG.

In addition, I have received and analyzed Domtar Inc. Research Center reference gypsum samples and domestically manufactured drywall samples marked US Gypsum (USG), National Gypsum (Gridmarx), Georgia Pacific (GP), Taylor, Temple Inland and LaFarge.

For cross reference, a list detailing selected samples from Virginia residences including sample number, identification and description is included as Appendix III.

5

Test Methods on Drywall Samples:

The following is a summary of the test methods used to analyze various gypsum and/or drywall samples that I have either personally conducted or that were performed at an accredited independent laboratory at my direction. These tests have been performed using generally accepted scientific methods that are commonly used in my field of expertise. Where applicable, the specific analysis method is cited as well as modifications to the method. In all cases, the samples were stored under customary laboratory conditions and handled using latex gloves. All laboratory equipment that came in contact with the samples was properly cleaned prior to sample manipulation. Unless otherwise noted, both sides of the outer paper attached to the drywall were removed using a stainless steel blade so that only the gypsum was analyzed.

Inductively coupled plasma with mass spectrometry detection (ICP/MS) was used to obtain trace element surveys of gypsum. Approximately 3 grams of gypsum was crushed into a fine powder using a mortar and pestle. At that time, a notation was made as to the detection of a sulfur odor released when the gypsum was crushed. The powder was placed in a 6 ml glass vial capped with a Teflon lined lid. The samples were digested in accordance with the Environmental Protection Agency (EPA) method 3050B using 10 ml of nitric acid instead of 5 ml to help dissolve the gypsum. The analysis was performed on a Perkin-Elmer ELAN 9000 ICP-MS using EPA method 6020A. For strontium, tin and titanium, a Thermo Jarrell Ash ICAP 61E Trace Analyzer (ICP with atomic emission spectrometry detection, AES) was used employing EPA method 6010B.

The presence of elemental sulfur in the drywall gypsum was determined using an Agilent 5973/Agilent 6890/MS14 gas chromatograph following a modified version of EPA method 8270C (Columbia Analytical Laboratory Standard Operating Procedure (SOP) SVM-S8) that utilized a toluene extraction instead of methylene chloride since orthorhombic cyclooctasulfur (the stable form of sulfur) is soluble in toluene. Approximately 3 grams of crushed gypsum was placed in a 6 ml glass vial capped with a Teflon lid. The sample was extracted in toluene and the resulting extract analyzed using gas chromatography with mass spectrometry detection (GC/MS).

Samples of gypsum were powdered in a mortar and pestle. The fines were mounted in 1.66 refractive index oil under a coverslip and subjected to generally accepted microscopy analytical techniques (McCrone ref) using a Nikon stereo microscope, Nikon Labophot polarizing light microscope with a rotating stage and an Olympus metallurgical microscope with darkfield illumination. Digital images of elemental sulfur particles were recorded using a Nikon Coolpix digital camera at 200X magnification. A yellow particle in a ground sample of BDM34 was isolated using a tungsten needle and mounted carbon tape. That crystal was analyzed to determine the elemental composition using a Hitachi S3000N scanning electron microscope with an Edax Phoenix energy dispersive detection system (SEM/EDS).

To determine if water soluble acetate and/or formate ions were present in the drywall samples, approximately 3 grams of gypsum was crushed using a mortar and pestle into a fine powder. The powder was placed in a 6 ml glass vial with a Teflon lined lid. Each sample was extracted with deionized water. The analyses were performed using a Metrohm Model

6

761 ion chromatograph in accordance with ASTM C-871 using a limited extraction quantity due to sample size and extraction at room temperature using vortex mixing and ultrasonic agitation.

Test Methods on HVAC Coil Samples:

During inspection of homes in Virginia, air conditioning coils (AC coils) installed at the McKellar and Heischober residences were visually examined and photographed using a Canon EOS digital camera. During that inspection, it was noted that black deposits on the coil copper surfaces could be removed using a Kimwipe lab tissue.

Subsequently, the McKellar AC coil (sample PRM28) was received in my laboratory. It was photographed and visually examined. Using a stainless steel blade, black deposits were removed from copper metal surfaces of PRM28. With the aid of stereo microscopy, the black deposits were transferred onto a beryllium sample mount using a tungsten needle. Scrapings of black material from AC coil SLH23 were also mounted in the same manner. Each sample was analyzed to determine the elemental content using a Hitachi S3000N scanning electron microscope with an Edax Phoenix energy dispersive detection system (SEM/EDS) in accordance with generally accepted SEM/EDS analytical practices as outlined in many textbooks including Postek[18].

Black deposits taken from the Morgan AC coil (sample BDM45) were analyzed by Corrosion Testing Lab to determine the crystal structure using X-ray diffraction (XRD). A Shamadzu LabX Model XRD-6000 was used to collect an XRD spectrum. The data were compared to a standard library of XRD reference material.

Test Methods on Wire/Insulation Samples:

The surface of bare copper ground wire sections and exposed copper wire attached to outlets and switches were visually examined and photographed using a Canon EOS digital camera. Black deposits on each copper wire surface were microscopically photographed using a Nikon stereomicroscope equipped with a Nikon Coolpix camera at magnifications between 8X and 40X. Also examined and photographed were the surfaces of copper wire and the adjoining interior insulation surface after the insulation had been cut away with a steel blade.

Using a stereo-optical microscope, black deposits were removed from various wire surfaces with a Tungsten needle and placed on a beryllium sample mount. The black deposits were analyzed using a Hitachi S3000N scanning electron microscope with an Edax Phoenix energy dispersive detection system (SEM/EDS). An SEM image and EDS elemental spectrum was obtained for each particle analyzed.

Insulation on sections of Romex-type (BDM27C) and lamp wire (BDM05) were cross sectioned using a steel blade to expose the metal within the insulation. Black deposits on the ground wire from the Romex-type samples and from the stranded wire contained in the lamp insulation were photographed, removed to a beryllium plate, and analyzed using

P1.2023-0007

SEM/EDS. In addition, pieces of the insulation were also analyzed to determine the elemental content using SEM/EDS.

# 6. Bases for Conclusions:

## Materials Reviewed:

In formation of my opinions in this matter, I intend to draw upon my background, experience, personal communication with colleagues, information provided regarding the subject and control homes, and general knowledge of chemistry and chemical analytical methods from the chemical literature, textbooks, chemical references etc. In addition, I have reviewed and relied upon the specific materials listed in Appendix II. That list includes available test data, scientific reports and presentations, published scientific papers, and governmental reports.

## Personal Observations in Residences:

On November 13, 2009, I inspected the homes at the following locations where I spoke with the homeowners and personally detected sulfur odors in each residence. I observed and photographed black discoloration and/or deposits on metal surfaces. The residences I inspected included the following:

Michaux residence located at 901 Eastfield Lane, Newport News, VA.
McKellar residence located at 1008 Hollymead Circle, Newport News, VA.
Heischober residence located at 214A 80th Street, Virginia Beach, VA.

I also inspected a residence where no odor was detected or visible damage to metal surfaces was apparent (home being used as a control):

Sullivan residence located at 1015 Hollymeade Circle, Newport News, VA.

## Results of Drywall Testing:

ICP results indicated gypsum taken from Taishan drywall in suspect Virginia houses contains high levels of strontium and magnesium consistent with mined gypsum (see Appendix IV). When the samples were crushed for ICP analysis, a distinct sulfur odor was detected from the Taishan products and not from domestic drywall or gypsum standards. The presence of elevated strontium and magnesium coupled with the detection of a sulfur odor supports the use of these markers as a potential initial screening technique for Taishan drywall. Other investigators who have observed elevated strontium and magnesium levels in Chinese manufactured drywall include Gauthier[1], Krause[2], ALS[3], Hejzlar[4], Singhvi[5], and the CPSC[6].

Using optical microscopy, elemental sulfur particles were observed in known Chinese drywall (including Taishan) and in drywall from suspect Virginia residences. The overall gypsum preparation and specific elemental sulfur particles were photographed at 200X

8

P1.2023-0008

magnification (see Appendix V). Sulfur particles were notably absent in U.S.-manufactured drywall products. The yellow-orange particle isolated from sample BDM34 was confirmed to be a sulfur particle by analysis using SEM/EDS. EDS spectra attached as Appendix VI show the sulfur particle (yellow particle 4) as compared to a gypsum particle. Quantitative analysis of elemental sulfur was also performed using a toluene extraction followed by GC/MS. GC/MS data confirmed the optical microscopy and SEM/EDS results (see Appendix VII). The exact role played by elemental sulfur in creation of sulfur gases from the Chinese drywall remains the subject of ongoing research. However, within a reasonable degree of scientific certainty, elemental sulfur contributes to the production of these gases and is, therefore, used as a marker for identification of Chinese drywall (Gauthier[1], ALS[3], Singhvi[5], CPSC[6], Tuday[7], and DeMott[8]). The Florida Department of Health (FDOH) uses elemental sulfur as confirmatory evidence of drywall associated corrosion (FDOH[20]).

Results of a limited IC sampling for the presence of formate and acetate in the drywall showed that gypsum from known Taishan drywall contained roughly 5X the amount of those organic acid derivatives than both mined and FGD reference drywall gypsum (see Appendix VIII). It is well known in the HVAC industry that formate and acetate (in the form of formic and acetic acids) attack air conditioning coils resulting in failure of coils due to "formicary corrosion" (Corbett[19]). Singhvi[5], Tuday[7], Worthan[11] and Mason[17] have also reported elevated levels of organic acids in Chinese manufactured drywall.

I have reviewed data for headspace GC testing reported by Gauthier[1], Krause[2], Tuday[7], Rigler[9], DeMott[10], Worthan[11], DeMott[12], CTEH[13], Finkel[15], CPSC[16], and Mason[17]. Based on that data, it is clear that Chinese-manufactured drywall emits sulfide-containing gases including hydrogen sulfide, carbonyl sulfide, and carbon disulfide. It is also apparent that elevated temperature and humidity accelerate the off-gassing of sulfur-containing compounds.

Results of Visual Inspection of Metals in Virginia Residences:

During my inspection of the Virginia homes, I noted and photographed discoloration and black deposits on numerous metal surfaces including copper plumbing, electrical wires, AC coils, fixtures, metal fittings, decorations, alarm systems, appliances, etc. Photographs illustrating blackened metal surfaces in the McKellar residence included but were not limited to the AC coil, copper water lines, metal in the refrigerator, switches and outlet wires as shown in the following appendices:

  Appendix IX. McKellar residence.
  Appendix X. Heischober residence.
  Appendix XI. Michaux residence.

By contrast, photographs of metal surfaces in a control residence showed no black deposits on the copper surfaces. These photographs are attached in Appendix XII.

P1.2023-0009

Results of HVAC Coil Testing:

Photographs of failed AC coil PRM28, black deposits from PRM28 copper (labeled PRM28A) and SLH23 black scrapings are shown in Appendix XIII. The black deposits were loosely adhered to the metal and somewhat powdery in nature. They were easily removed with a steel blade, unlike thin layers of black copper oxide sometimes observed on AC coils by this investigator. Black deposits on metals in the Virginia residences are unique in both visual and physical characteristics as compared to what is routinely observed as environmental corrosion on AC coils in the field. The mostly uniform coverage of black deposits on metal surfaces indicates a gaseous attack on the metal surface.

SEM images and EDS spectra of black from PRM28A and SLH23 are included in Appendix XIV. EDS analyses showed the elemental composition of the black deposits was mostly copper (Cu) and sulfur (S) with smaller amounts of oxygen (O) and some carbon (C). Based on these data, it was surmised that the black deposits were a mixture of copper sulfide and copper oxide. XRD diffraction data on black deposits removed from coil sample BDM45 confirmed that the Cu, S and O found in the black metal deposits from the Virginia AC coils was mostly copper sulfide ($Cu_9S_5$, digenite) along with some copper oxide ($Cu_2O$, cuprite). The XRD spectrum is included in Appendix XV. A number of other investigators have confirmed the presence of copper sulfide on blackened metals exposed to Chinese drywall (CPSC Reports[16], Hejzlar[4], and Freeman[14]).

Results of Testing on Wires/Insulation:
Black deposits removed from the exposed black wire, white wires and ground wires of outlets and switches taken from the Virginia residences contained mostly copper (Cu), sulfur (S), with only a trace of oxygen (O). Appendix XVI contains optical images, SEM images and EDS data for each sample analyzed. The current findings from the SEM/EDS analysis of black deposits found on exposed wires after exposure to sulfur-containing gases emitted from Chinese manufactured drywall were consistent with results of analyses performed by other investigators (Hejzlar[4], Freeman[14], and CPSC Reports[16]).

Lamp wire sample BDM05 consisted of stranded copper wire covered by a yellow translucent insulation. The blackened copper wire was observed through the yellow insulation. A cross section showed that black deposits were not only on the wire but also on the interior of the insulation. Appendix XVII contained optical photographs, SEM photographs and EDS data that clearly showed the black was mostly copper and sulfur with a small amount of chlorine, carbon and oxygen. These results indicated that sulfur gases from the Chinese manufactured drywall had penetrated through the insulation and corroded the stranded wire.

Both the fixture end and receptacle (outlet) end of Romex-type BDM27C were cut open to expose the white, black and ground wires. It was visually observed that the ground wire had black deposits on the copper surface that had formed by gas penetration through the outer jacket and paper wrap. Black deposits removed from the ground wire were mostly copper and sulfur with a trace of oxygen and carbon. The black and white wires were stripped back and the exposed copper was examined. No black was observed on those wires. This confirms that sulfur gases from Chinese manufactured drywall had penetrated through the

P1.2023-0010

lamp wire and Romex-type cable and corroded the copper wire. Optical photographs and SEM/EDS data are included in Appendix XVIII.

To rule out sulfur coming from the wire insulation, the insulation surfaces from black and white wire coating of BDM09, white and paper from Romex-type BDM27C and yellow insulation from lamp wire BDM05 were analyzed using SEM/EDS (Appendix XIX.) None of the insulation pieces contained sulfur. The insulation was ruled out as contributory to deposition of sulfur on the wires.

## 7. Conclusions/Opinions

Based on my education, experience, review of the information referenced in this report, discussions with colleagues, inspection Virginia homes and examination and testing of numerous drywall samples, my opinions in this matter, expressed within a reasonable degree of scientific certainty, are as follows:

1. Gases released by the Chinese-manufactured drywall (specifically Taishan) have a distinct sulfur odor that is unpleasant and irritating to the occupant of the homes and visitors to the residences.

2. Elemental analysis confirmed Taishan drywall, which has characteristics that distinguish it from North American drywall, was present in all the suspect Virginia homes.

3. Elemental sulfur was found at elevated levels in Chinese-manufactured drywall (including Taishan) but not in reference gypsum samples or US manufactured drywall.

4. GC/MS testing showed that Chinese-manufactured drywall, in general, when exposed to warm and moist air, release corrosive sulfur gases that most notably include carbon disulfide ($CS_2$), and carbonyl sulfide (COS), and hydrogen sulfide ($H_2S$).

5. Gases released from Taishan drywall (either of themselves or when further reacted with moisture in air) cause aggressive corrosive attack on metal surfaces resulting in discoloration and formation of metal sulfides and oxides. This results in black corrosion deposits on exposed and unexposed electrical wiring and air conditioning coils that are ultimately leading to failure of the equipment.

6. The pattern of corrosion on Virginia HVAC coils in homes with Taishan drywall is different from corrosion typically observed in homes not known to contain Chinese-manufactured drywall. The rate and frequency of HVAC coil failure in Virginia homes that contain Taishan drywall is atypical and exceeds that seen in homes not containing Chinese-manufactured drywall. In the case of air conditioning coils, many homes are experiencing multiple failures in the course of a 3-year period. The normal expected life of a residential air conditioning coil is 10-20 years.

7. Sulfur gases penetrate wire insulation and form copper sulfide and copper oxide corrosion deposits on the wire surface.

11

8.  Elevated acetate levels have been found in Taishan drywall gypsum as compared to reference drywall gypsum samples. Failure of air conditioning coils due to formicary corrosion as a result of exposure to acetate (in the form of acetic acid) is well known.

## 8.  Further Opinions

My opinions are held to a reasonable degree of scientific certainty. My work is ongoing as I am currently continuing to analyze a number of samples from Virginia and other homes and may supplement this report. I reserve the right to supplement my opinions should new information become available such as the results from on-going testing and my review of witness statements, depositions, expert reports, results published by other scientists or other relevant information.


Respectfully submitted,


Lori A. Streit, Ph.D.
Principal
Chemical and Environmental Science

12

P1.2023-0012

# References cited

1.      T. Gauthier et. al., "Proposed Mechanism for the Release of Reduced Sulfur Compounds from Corrosive Imported Drywall", presented at the Technical Symposium on Corrosive Imported Drywall, Tampa, Nov. 2009.

2.      D. Krause et. al., "Comparison of Methods Utilized in Commercial Laboratories for Analyses of Bulk Drywall Samples", presented at the Technical Symposium on Corrosive Imported Drywall, Tampa, Nov. 2009.

3.      ALS laboratory report to M. Kaltofen, Boston Chemical Group, Dec. 10, 2009.

4.      Z. Hejzlar, ESI Inc., "Problematic Drywall Impacts in US Residential Construction: Investigating Problematic Drywall Issues", dated July 31, 2009.

5.      USEPA Drywall Sampling Analysis letter from R. Singhvi to L. Wilder (ATSDR) dated May 7, 2009.

6.      CPSC Imported Drywall Released Statement, December, 2009.

7.      M. Tuday et. al., "Measurement of Corrosive, Odorous and Potentially Harmful Gases from Imported and Domestic Wallboard", presented at the Technical Symposium on Corrosive Imported Drywall, Tampa, Nov. 2009.

8.      R. DeMott et. al., "Elemental Sulfur & Trace Metal Content in Chinese & Domestic Brands of Gypsum Wallboard", presented at the Technical Symposium on Corrosive Imported Drywall, Tampa, Nov. 2009.

9.      M. Rigler and W. Longo, "Quantitative Sulfur Gas Emission As A Specific Marker For Problematic Reactive Drywall", presented at the Technical Symposium on Corrosive Imported Drywall, Tampa, Nov. 2009.

10.     R. DeMott et. al., "Corrosive Imported Wallboard: Investigating Emissions", presented at Tampa, Nov. 2009, presented at the Technical Symposium on Corrosive Imported Drywall, Tampa, Nov. 2009.

11.     T. Worthan, "Chemical Emissions, Including Sulfur Compounds, from Chinese Produced Drywall", presented at the Technical Symposium on Corrosive Imported Drywall, Tampa, Nov. 2009.

12.     Memo from R. DeMott and J. Poole to T. Larkin et. al. dated Oct. 31, 2008.

13.     CTEH Summary of Air Sampling results to Knauf, Nov. 29, 2006.

14.     Freeman, G; Interim Report on the Status of the Analysis of Electrical Components Installed in Homes with Chinese Drywall," M. Gill and A. Trotta, p 10-11.

15.     S. Finkel et al., "Quantifying Corrosion Potential From Gypsum Drywall Products – Use of SPME & Amended ASTM Standard Test Method 130", presented at the Technical Symposium on Corrosive Imported Drywall, Tampa, Nov. 2009.

16.     CPSC Executive Summary of November 23, 2009 and Reports.

17.     S. Mason et. al., "Environmental Chamber Test Protocol For Measuring Chemical Emissions, Including Sulfur Compounds, from Drywall With Preliminary Results", presented at the Technical Symposium on Corrosive Imported Drywall, Tampa, Nov. 2009.

18.     M. Postek Jr. Scanning Electron Microscopy, A Student's Handbook,1980.

19.     R. Corbett and P. Elliott, "Ant-Nest Corrosion – Digging The Tunnels", Corrosion Paper 00646, industry paper published in 2000.

20.     Florida Division of Health Case Definition for Drywall Associated Corrosion in Residences, release December 18, 2009.

P1.2023-0013

Appendix I

CV, Publications and Testimony List for

Lori A. Streit, Ph.D.

As of December 18, 2009

P1.2023-0014



**Unified Engineering Inc.**

3056 Weber Drive
Aurora, Illinois 60502

Phone: 630/851-4214
Fax: 630/851-5957

www.unified-eng.com

Writer's direct dial: 630/851-5363
e-mail: streit@unified-eng.com

## Lori A. Streit, Ph.D.
### Chemical and Environmental Science

Dr. Streit is a scientist with education and experience in the areas of surface analysis, microanalysis, materials characterization, chemistry, chemical analysis, materials analysis, material flammability, environmental science, and chemical safety and health. She has experience in the analysis and characterization of many substances, some of which are chemicals, metals, alloys, semiconductors, plastic, rubber, glass, ceramics, polymers, paper, textiles, minerals, composites, soot, soil, water, and air.

### Employment

| | |
|---|---|
| 1995-Present | Principal, Unified Engineering, Inc., Lombard, IL |
| 1990-1995 | Manager, Chemical and Environmental Science, Packer Engineering, Inc., Naperville, IL |
| 1990-1995 | Safety Director, Packer Engineering, Inc. Naperville, IL |
| 1987-1990 | Research Scientist, McCrone Associates, Inc., Westmont, IL |
| 1988 | Adjunct Professor of Chemistry, Elmhurst College, Elmhurst, IL |
| 1985-1987 | Research Assistant, Arizona State University, Tempe, AZ |
| 1983-1985 | Teaching Assistant, Arizona State University, Tempe, AZ |
| 1982-1983 | Research Technician, FMC Corp., Princeton, NJ |
| 1982 | Research Technician, Mobil Oil Corp., Trenton, NJ |

### Education

| | |
|---|---|
| 1987 | Ph.D. in Analytical Chemistry/Surface Analysis, Arizona State University, Tempe, AZ |
| 1983 | B.S. in Chemistry, Trenton State College, Trenton, NJ |

### Continuing Education

| | |
|---|---|
| 2001 | Indoor Air Quality, Identification of Fungal Spores, McCrone Research Institute |
| 1996 | OSHA 10-hour Occupational Safety & Health Course |
| 1993 | ASM Material Testing Methods |
| 1990, 1991 | Asbestos Worker Certification |
| 1990 | Fire Investigation Techniques, SIAAI |
| 1987 | Polarized Light Microscopy, McCrone Research Institute |

P1.2023-0015

## Professional Societies

American Chemical Society: Analytical Chemistry Division, Chemical Safety
    Division
American Society of Materials International (ASM)
Microbeam Analysis Society (MAS)
National Environmental Health Association (NEHA)
National Fire Protection Association (NFPA)

## Associations

| | |
|---|---|
| 1993-1997 | Arizona State University Alumni Association Board of Directors |
| 1992-1999 | Illinois School District 203, Business/Education Advisory Board |
| 1991-1998 | Congressman Fawell's Education Advisory Committee |
| 1994-1995 | Packer Engineering, Inc. Board of Directors |
| 1991-1993 | American Vacuum Society, Illinois Chapter, Board of Directors |

## Awards

| | |
|---|---|
| 2001 | William M. Carey Award, Best Paper, NFPA Fire Protection Research Foundation Meeting, Orlando, 2001. |
| 1987 | J. Kocoyanakis Analytical Chemistry Award, ASU |
| 1987 | AVS Arizona Chapter Student Poster Award |
| 1986 | AVS National Student Award |
| 1986 | MAS Distinguished Scholar Award |
| 1986 | ASU Superior Teaching Assistant Award |
| 1985 | Arizona Board of Regents Graduate Academic Scholarship |

P1.2023-0016

## Publications

"Quantitative analysis using sputtered neutrals in a secondary ion microanalyzer", P. Williams and L.A. Streit, Nucl. Instrum. Methods. B15 (1986) 159-164.

"Effect of microstructure on the arsenic profile in implanted silicon", W.A. Coughlan, M.H. Rhee, J.M. Williams, L.A. Streit, and P. Williams, Nucl. Instrum. Methods. B16 (1986) 171-176.

"Quantitative SIMS microanalysis of trace elements in geological samples using *in situ* ion-implanted standards", L.A. Streit, R.L. Hervig, and P. Williams, M.A.S. 22nd National Meeting, Albuquerque, 1986; M.A.S. Conf. Proc. (1986) 91-94.

"Quantitative analysis of chemical vapor deposited refractory metal silicides", L.A. Streit and P. Williams, A.V.S. 33rd National Meeting, Baltimore, 1986; J. Vac. Sci. Technol. A5(4) (1987) 1979-1983.

"Limits of sensitivity in secondary ion mass spectrometry", P. Williams, L.A. Streit, and R.T. Lareau, J. Mass Spec. and Ion Proc. (1987).

"A hollow cathode ion source for SIMS / *in situ* ion implantation of metals", L.A. Streit and P. Williams, SIMS VI International Conference, Paris, 1987; Secondary Ion Mass Spectrometry, SIMS VI (1988) 201-204.

"Development of quantitative analytical methods for secondary ion mass spectrometry", L.A. Streit, thesis, 1987.

"SIMS / *in situ* ion implantation of metals and semiconductors generated by a hollow cathode ion source", L.A. Streit and P. Williams, Anal. Chem. 1988.

"XPS / AES study of contact surface contamination", L.A. Streit and S.L. Maher, Applied Surface Science Meeting, Denver, 1988.

"Factors affecting trace determination of hydrogen by secondary ion mass spectrometry", L.A. Streit and C. Bowers, SIMS VII, Montery, 1989.

"SIMS image analysis of light element distributions in carbon composite material", L.A. Streit, SIMS VII, Montery, 1989.

"Investigations of a Black Soot Phenomenon in Florida Residential Structures Associated with New Installation of Central Heating and Air Conditioning Systems", J.D. Krause, K.K. Al-Ahmady, and L.A. Streit, Proceedings of the Engineering Conference on Air and Waste Management, North Carolina, July, 1997.

"Enhanced Deposition, Acoustic Agglomeration, and Chladni Figures in Smoke Detectors", C. Worrell, G. Gaines, R. Roby, L. Streit, and J.L. Torero, Fire Technology, 37, 343-362, 2001.

"Effect of Smoke Source and Horn Configuration on Enhanced Deposition, Acoustic Agglomeration, and Chladni Figures in Smoke Detectors", C.L. Worrell, J.A. Lynch, G. Jomaas, R.J. Roby, L. Streit and J.L. Torero, Fire Technology, 39, 309-346, 2003.

"The Role of Smoke Detectors in Forensic Fire Investigation and Reconstruction", Olenick, S.M, Roby, R.J., Klassen, M.S., Zhang, W., Sutula, J.A., Worrell, C., Wu, D., D'Souza, V., Ashley, A., Dubois, J., Torero, J.L., and Streit, L., presented at a published in International Symposium on Fire Investigation Science and Technology (ISFI), June 26-28, 2006.

P1.2023-0018

Lori A. Streit

Testimony List

Keen vs. Recycling Resources, Inc. et. al.
12/2005
Circuit Court of Williamson County, IL
No. 01-L-01

Bachman vs. Haymarket Center
1/2006
Cook County, IL
02 L 005562 (A)

Yessenow vs. Klawinski, Inc.
1/2006
Lake County Superior Court, IN
Cause no. 45D05-1100-CT-444

Gauman (dba Pizza Time Restaurant) vs. AEIC Insurance
11/2006
US District Court, District of Arizona
CV 04 2082 PCT EHC

Holland vs. Maplechase Corp. et. al.
4/2007
US District Court, Northern District of Alabama, Southern Division
CV No. 2:05-cv-00325-TMP

Price vs. Safeco
9/2006
Superior Court of the State of Arizona
County of Maricopa
CV No. 2004-006947

Hurst et. al. vs. International Coal Group, Inc. et. al.
12/2007
Circuit Court of Upshur County, West Virginia
Civil Action No. 06-C-91

Holloway et. al. vs. Newberry Plaza Condominium et. al.
12/2007
Circuit Court of Cook County, Illinois

P1.2023-0019

No. 05 L 9701

Hurst et. al. vs. International Coal Group, Inc. et. al.
Trial  1/2008
Circuit Court of Upshur County, West Virginia
Civil Action No. 06-C-91
No. 05 L 9701

Coal River Mountain Watch et. al. vs. Massey Energy Company et. al.
Circuit Court of Lincoln County, WV
2/2008

Chemcentral vs. Mattson Associates
Circuit Court of Cook County, Illinois
No. 00 L 13340
6/2008

Chemcentral vs. Mattson Associates
Trial
Circuit Court of Cook County, Illinois
No. 00 L 13340
9/2008

Dennis vs. Coleman et al.
Superior Court of the State of California
Orange County
Case no. 30-2007 00100173
10/2008

Adell et al. vs. Nason et. al.
Superior Court of the State of Maine, Androscoggin, SS
Civil Action no. CV-07-173
10/2008

Caldwell vs. Avon et. al.
US District Court of SC
Case No. 08-cv-2287-CMC
8/2009

Mwesigwa v. DAP, Inc.
US District Court, Eastern District of Missouri
Case No. 08-cv-00605-FRB
10/2009

P1.2023-0020

Appendix II

Materials Reviewed

# Materials Reviewed

CRC Handbook of Chemistry and Physics, R. Weast, ed., 60th ed., 1974.

The Merck Index, M. O'Neil ed. 14th ed., 2006.

Lange's Handbook of Chemistry, J. Dean ed. 14th ed., 1992.

Metal Handbook Desk Edition, H. Boyer ed., ASM 1985.

EPA Method 8260B, "Volatile Organic Compounds by Gas Chromatography/Mass Spectrometry (GC/MS).

EPA Method 3050B, "Metals Prep, Acid Digestion".

EPA Method 6010B, "Inductively Coupled Plasma – Atomic Emission Spectroscopy".

EPA Method 6020A, "ICP/MS for Metals".

EPA Method 8270C, "Semivolatile Organic Compounds by Gas Chromatography/Mass Spectrometry (GC/MS)".

Columbia Analytical Laboratory SOP SVM-S8.

M. Postek Jr. Scanning Electron Microscopy, A Student's Handbook, 1980.

CTEH Summary of Air Sampling results to Knauf, Nov. 29, 2006.

Memo from R. DeMott and J. Poole to T. Larkin et. al. dated Oct. 31, 2008.

Interagency Task Force on Chinese Drywall Executive Summary of Oct. 28, 2009.

MAS Drywall Analysis Report M49323 dated July 6, 2009.

A. B-Freitag,"Identification of Odor-Active Organic Sulfur Compounds in Gypsum Products, Clean 2009, 37(6), p. 459-465.

Memo from R. DeMott and J. Poole to C. Eldredge et. al. dated Dec. 22, 2008.

CPSC Executive Summary of October 29, 2009, Release of Initial Chinese Drywall Studies.

CPSC Executive Summary of November 23, 2009 Release.

CPSC Interim Report on the Status of the Analysis of Electrical Components Installed in Homes with Chinese Drywall, November 23, 2009.

CPSC Status Report on the Preliminary Analysis of HVAC, Gas Distribution, and Fire Safety Equipment installed in Homes with Chinese Drywall, November 23, 2009.

S. Glass et. al., "Interim Report on the Analysis of Corrosion Products on Harvested Electrical Components", Sandia National Laboratory, November, 2009.

CPSC Imported Drywall Released Statement, December, 2009.

USEPA Drywall Sampling Analysis letter from R. Singhvi to L. Wilder (ATSDR) dated May 7, 2009.

Z. Hejzlar, ESI Inc., "Problematic Drywall Impacts in US Residential Construction: Investigating Problematic Drywall Issues", dated July 31, 2009.

US CPSC Press Statement on Corrosion in Homes and Connections to Chinese Drywall and associated status reports dated November 23, 2009.

M. Rigler and W. Longo, "Quantitative Sulfur Gas Emission As A Specific Marker For Problematic Reactive Drywall", presented at the Technical Symposium on Corrosive Imported Drywall, Tampa, Nov. 2009.

R. DeMott et. al., "Elemental Sulfur & Trace Metal Content in Chinese & Domestic Brands of Gypsum Wallboard", presented at the Technical Symposium on Corrosive Imported Drywall, Tampa, Nov. 2009.

R. DeMott et. al., "Human Responses to Sulfide Gases & Irritants: Easy Concepts, Complex Details", presented at the Technical Symposium on Corrosive Imported Drywall, Tampa, Nov. 2009.

R. DeMott et. al., "Corrosive Imported Wallboard: Investigating Emissions", presented at Tampa, Nov. 2009, presented at the Technical Symposium on Corrosive Imported Drywall, Tampa, Nov. 2009.

T. Worthan, "Chemical Emissions, Including Sulfur Compounds, from Chinese Produced Drywall", presented at the Technical Symposium on Corrosive Imported Drywall, Tampa, Nov. 2009.

T. Gauthier et. al., "Proposed Mechanism for the Release of Reduced Sulfur Compounds from Corrosive Imported Drywall", presented at the Technical Symposium on Corrosive Imported Drywall, Tampa, Nov. 2009.

D. Krause et. al., "Comparison of Methods Utilized in Commercial Laboratories for Analyses of Bulk Drywall Samples", presented at the Technical Symposium on Corrosive Imported Drywall, Tampa, Nov. 2009.

G. Freeman et. al., "Chinese Wallboard -- The Corrosion Challenges", presented at the Technical Symposium on Corrosive Imported Drywall, Tampa, Nov. 2009.

M. Tuday et. al., "Measurement of Corrosive, Odorous and Potentially Harmful Gases from Imported and Domestic Wallboard", presented at the Technical Symposium on Corrosive Imported Drywall, Tampa, Nov. 2009.

S. Finkel et al., "Quantifying Corrosion Potential From Gypsum Drywall Products -- Use of SPME & Amended ASTM Standard Test Method 130", presented at the Technical Symposium on Corrosive Imported Drywall, Tampa, Nov. 2009.

S. Lowry and M.Dowd, "Using FTIR To Characterize Gypsum Drywall", presented at the Technical Symposium on Corrosive Imported Drywall, Tampa, Nov. 2009.

S. Mason et. al., "Environmental Chamber Test Protocol For Measuring Chemical Emissions, Including Sulfur Compounds, from Drywall With Preliminary Results", presented at the Technical Symposium on Corrosive Imported Drywall, Tampa, Nov. 2009.

R. Pellegrino, "Chinese Drywall: Air and Headspace Analysis: The Importance of Sampling Media and Environmental Conditions During Sampling and Analysis", presented at the Technical Symposium on Corrosive Imported Drywall, Tampa, Nov. 2009.

R. Corbett and P. Elliott, "Ant-Nest Corrosion -- Digging The Tunnels", Corrosion Paper 00646, industry paper published in 2000.

Indoor Coil Corrosion, Industry Research Paper.

McCrone Optical Microscopy Course Handbook, McCrone Research Institute.

W. McCrone, ed. The Particle Atlas published 1973-1979 by the McCrone Research Institute, Chicago, IL.

ALS laboratory report to M. Kaltofen Boston Chemical Group, dated Dec. 10, 2009.

Corrosion Laboratories testing analysis of sample from Virginia homes.

ESI analytical testing results from Virginia homes.

Florida Division of Health Case Definition for Drywall Associated Corrosion in Residences, released December 18, 2009.

# Appendix III

## Samples Selected From Virginia Residences

P1.2023-0025

Specific Virginia Samples Referenced in the Attached Report

| Sample No. | Type | Origin | Location |
|---|---|---|---|
| ABS-01 | Drywall | Sullivan Residence | 1st floor, closet |
| MCM-01 | Drywall | Control | 1st floor, closet |
| PRM-2 | Drywall | McKellar Residence | 1st floor, closet |
| PRM-8 | Switch | McKellar Residence | 2nd floor, bedroom 1 |
| PRM-17 | Drywall | McKellar Residence | 2nd floor, bedroom 1 |
| PRM-22 | Drywall | McKellar Residence | 3rd floor, loft |
| PRM-28 | AC coil | McKellar Residence | Attic |
| PRM-33 | Drywall | McKellar Residence | 1st floor, laundry room |
| SLH-3 | Drywall | Heischober Residence | 3rd floor |
| SLH-4 | Receptable | Heischober Residence | 3rd floor |
| SLH-5 | Drywall | Heischober Residence | 2nd floor, family room |
| SLH-9 | Drywall | Heischober Residence | 2nd floor, W/D room |
| SLH-14 | Drywall | Heischober Residence | 3rd floor, master bedroom |
| SLH-16 | Switch | Heischober Residence | 1st floor, bedroom 1 |
| SLH-19 | Drywall | Heischober Residence | 1st floor, bedroom 2 |
| SLH-20 | Drywall | Heischober Residence | 1st floor, bedroom 1 |
| SLH-23 | AC coil scrapings | Heischober Residence | 3rd floor |
| SLH-26 | Drywall | Heischober Residence | 1st floor, garage |
| JCL-2 | Drywall | Leach Residence | Wine cellar |
| BLO-3 | Drywall | Orlando Residence | 1st floor, foyer |
| BLO-8 | Drywall | Orlando Residence | 2nd floor, bedroom 2 |
| BLO-13 | Drywall | Orlando Residence | 2nd floor, bathroom 2 |
| FVM-1 | Drywall | Michaux Residence | 2nd floor, closet |
| FVM-6 | Drywall | Michaux Residence | 2nd floor, great room |
| FVM-8 | Drywall | Michaux Residence | 2nd floor, dining room |
| FVM-12 | Drywall | Michaux Residence | 3rd floor, bedroom 2 |
| JIB-01 | Receptable | Baldwin Residence | 1st floor, office/bedroom 3 |
| JIB-8 | Drywall | Baldwin Residence | 1st floor, closet |
| JIB-9 | Drywall | Baldwin Residence | 1st floor, under stairs |
| JIB-15 | Drywall | Baldwin Residence | 2nd floor |
| BDM-02 | Switch | Morgan Residence | 1st floor, great room |
| BDM-05 | Light fixture wire | Morgan Residence | 1st floor, kitchen |
| BDM-09 | Receptable | Morgan Residence | 2nd floor, master bedroom |
| BDM-26A | Drywall | Morgan Residence | 1st floor, great room |
| BDM-27A | Drywall | Morgan Residence | 2nd floor |
| BDM-27C | Romex fixture end | Morgan Residence | 2nd floor wall |
| BDM-27C | Romex receptable end | Morgan Residence | 2nd floor wall |
| BDM-28A | Drywall | Morgan Residence | 2nd floor, W/D room |
| BDM-32A | Drywall | Morgan Residence | 2nd floor, bedroom 3 |
| BDM-33A | Drywall | Morgan Residence | 2nd floor, master bathroom |
| BDM-34 | Drywall | Morgan Residence | 2nd floor, attic access panel |
| BDM-37 | Drywall | Morgan Residence | Attic cover door |
| BDM-45 | AC coil | Morgan Residence | Garage |
| JCL-01A | Drywall | Leach Residence | Wine cellar |
| JCL-02A | Drywall | Leach Residence | Wine cellar |

P1.2023-0026

Appendix IV

Elemental Data Using ICP

P1.2023-0027



P1.2023-0028

Appendix V

Optical Photographs of Overall Virginia Drywall Gypsum and
Yellow-Orange Sulfur Particles in the Drywall Samples

P1.2023-0029

P1.2023-0030



Optical Microscopy of Drywall Gypsum

December 14, 2009

BDM34 sulfur panele 1364 .JPG

BDM34 known Taishan 1363 .JPG

BLO13 sulfur panele 1374 .JPG

BLO13 known Taishan 1373 .JPG

4123

P1.2023-0031



Optical Microscopy of Drywall Gypsum

December 14, 2009

JCL02A sulfur particle 1380.JPG

JE15 crown Naborral Gypsum 1372.JPG

GP mixed gypsum 1362.JPG

JCL02A suspected Taishan 1379.JPG



Optical Microscopy of Drywall Gypsum

December 14, 2009

4123

PRN/33 sulfur particles 1366.JPG

National Gypsum FGD 1361.JPG

SLH-5 sulfur particle 1368.JPG

PRN/33 known Taishan 1365.JPG



Optical Microscopy of Drywall Gypsum

December 14, 2009

P1.2023-0033

Appendix VI

SEM/EDS of Yellow-Orange Sulfur Particles in Taishan
Drywall (Sample BDM34)

P1.2023-0034

D:\EDAX32\EDS\Lori\4123 drywall consulting\bdm34 particles after water
wash\4123 BDM34 yellow particle 4.spc
Label:4123 BDM34 yellow particle 4

kV:20.0 Tilt:0.0 Take-off:35.0   Det Type:SUTW+ Res:132 Tc:50

FS : 1008   Lsec : 52                                    14-Dec-2009 13:06:36



D:\EDAX32\EDS\Lori\4123 drywall consulting\bdm34 particles after water wash\4123 BDM34 gypsum.spc

Label:4123 BDM34 gypsum particle

kV:20.0 Tilt:0.0 Take-off:35.0   Det Type:SUTW+ Res:132 Tc:50

FS : 1015   Lsec : 64                          14-Dec-2009 12:57:46

P1.2023-0036

Appendix VII

Elemental Sulfur Data for Virginia Drywall Samples

P1.2023-0037

GC/MS for Elemental Sulfur in Gypsum Samples
Virginia Gypsum Samples

| Sample | ID | Results mg/Kg |
|---|---|---|
| ABS-01 | VA control residence | ND |
| JCL-02 | Unknown | 770 |
| FVM-01 | Unknown | ND |
| BDM34 | Taishan Drywall | 650 |
| BDM37 | Taishan Drywall | 570 |
| 20091023R | National Gypsum Drywall | ND |
| | Positive Lab Control | 1,700 |
| | Negative Lab Control | ND |

ND = non detect

P1.2023-0038

Appendix VIII

IC Data for Formate and Acetate on Virginia and Reference
Drywall Samples

P1.2023-0039

IC for Formate and Acetate in
Virginia and Reference Gypsum Samples

| Sample | ID | Results in ppm | |
|---|---|---|---|
| | | Acetate | Formate |
| BDM37 | Taishan Drywall | 102 | 156 |
| 20091023R | National Gypsum Drywall (FGD) | 19 | 33 |
| 20091202R | GP Drywall (mined) | 21 | 25 |

P1.2023-0040

Appendix IX

Photographs of Blackened Metal in the McKellar Residence

Taken During Home Inspection on November 13, 2009

PI.2023-0042

# Blackened Metal in the McKellar Residence, VA

November 13, 2009



PRM/04 outlet ground wire 0018.JPG





PRM28 AC Coil 0001.JPG



PRM sink water line 0015.JPG



PRM26 refrigerator 0059.JPG

4123

Appendix X

Photographs of Blackened Metal in the Heischober
Residence

Taken During Home Inspection on November 13, 2009

P1.2023-0043

P1.2023-0044



Heischober Residence, VA Blackened Metal

November 13  2009

SLH-04 outlet 0063 .JPG

SLH23 AC col 0092.JPG

SLH-01 switch ground wire 0067 .JPG

SLH-04 outlet ground wire 0093 .JPG

4123

Appendix XI

Photographs of Blackened Metal in the Michaux Residence

Taken During Home Inspection on November 13, 2009

P1.2023-0045

P1.2023-0046

## Michaux Residence, VA Blackened Metal



November 13, 2005



FVM05 outlet ground wire 0095.JPG



FVM07 outlet wires 0074.JPG

FVM05 outlet 0005.JPG

FVM07 outlet 0073.JPG



4123

Appendix XII

Photographs of Clean Metal in the Sullivan Residence

Taken During Home Inspection on November 13, 2009

P1.2023-0047

P1.2023-0048



November 13 2005

ABS02

ABS02 switch 0080 JPG

Sullivan Residence, VA Control Metal

ABS coax hinge 0078 JPG

ABS02 switch wires 0082 JPG

Appendix XIII

Photographs of Black Deposits on AC Coil Copper Surfaces

P1.2023-0049

P1.2023-0050

# Black from AC Coils PRM28 & SLH23 for SEM/EDS

December 14, 2006



PRM28 blackened copper 0318..PG



SLH23 coil scrapings.JPG



PRM28 ac coil 0009.JPG



PRM28 sampled area.JPG

4123

Appendix XIV

SEM/EDS of Black Deposits from Virginia AC Coils

P1.2023-0051

P1.2023-0052

SEM Images Of Black From VA Coils PRM28 and SLH23





D:\EDAX32\EDS\Lori\4123 drywall consulting\20091213 black from metal
va houses\4123 PRM28A ac_coil black residue.spc

Label:4123 Black residue from AC Coil PRM28A

kV:20.0 Tilt:0.0 Take-off:35.0   Det Type:SUTW+ Res:132 Tc:50

FS : 1009  Lsec : 65                        14-Dec-2009 14:56:06



```
D:\EDAX32\EDS\Lori\4123 drywall consulting\20091213 black from metal
va houses\4123 SLH23 ac coil black residue.spc
Label:4123 Black residue from AC Coil SLH23
kV:20.0 Tilt:0.0 Take-off:35.0   Det Type:SUTW+ Res:132 Tc:50
FS : 1048  Lsec : 56                          14-Dec-2009 14:59:01
```

Appendix XV

XRD Of Black Deposits From BDM45 AC Coil

P1.2023-0055

P1.2023-0056



Appendix XVI

Optical Microscopy Images And SEM/EDS Data On Black
Deposits from Wires Taken From Virginia Residences

P1.2023-0057

P1.2023-0058



Black on Virginia House Wires

December 14, 2009

BDM02 black wire 0004.JPG

BDM02 ground wire 0005.JPG

BDM02 0003.JPG

BDM02 black wire micro 40X 0006.JPG

P1.2023-0059



Black on Virginia House Wires

December 14, 2009

BDM09 outlet 0006.JPG

BDM05 outlet black wire micro 40X 1340.JPG

BDMC2 ground wire micro 40X 1337.JPG

BDM06 outlet black wire 0007.JPG

4-23

P1.2023-0060



Black on Virginia House Wires

December 14, 2009

BDX/09 outlet ground micro 40X 1343 .JPG

BDX/09 outlet ground 0009 .JPG

BDM/09 outlet white wire micro 40X 1342 .JPG

BDM/09 outlet white wire 2008 .JPG

4123

P1.2023-0061



Black on Virginia House Wires

P1.2023-0062

**Black on Virginia House Wires**

December 14 2005



PRM08 switch ground wire 0013.JPG



SLH04 0003.JPG



PRM08 switch 0012.JPG

4123



PRM08 switch micro 40X 1364.JPG

PI.2023-0063



Black on Virginia House Wires

December 14, 2009

SLH-04 outlet ground wire IMG_0005.JPG

SLH16 0006.JPG

SLH-04 outlet 0004.JPG

SLH-04 outlet micro 40X 1381.JPG

4:23

P1.2023-0064



SEM Images Of Black From VA Wires

P1.2023-0065



SEM Images Of Black From VA Wires

December 14, 2009

FVM08 ground wire Image2842.TIF

SLH04 ground wire Image2839.TIF

DBM09 white wire Image2827.TIF

JRB01 wire Image2841.TIF

4120

P1.2023-0066

December 14, 2009

## SEM Images Of Black From VA Wires



SL-1-16 ground wire image2540.TIF

4123

D:\EDAX32\EDS\Lori\4123 drywall consulting\20091213 black from metal
va houses\4123 BDM02 black coated outlet wire.spc
Label:4123 BDM02, black removed from outlet black wire metal surface
kV:20.0 Tilt:0.0 Take-off:35.0   Det Type:SUTW+ Res:132 Tc:50
FS : 1003   Lsec : 58                          13-Dec-2009 08:13:57

D:\EDAX32\EDS\Lori\4123 drywall consulting\20091213 black from metal
va houses\4123 BDM02 ground wire.spc

Label:4123 BDM02, black removed from ground wire metal surface

kV:20.0 Tilt:0.0 Take-off:35.0   Det Type:SUTW+ Res:132 Tc:50

FS : 1141   Lsec : 70                                13-Dec-2009 08:17:10

Cu



S

Cu



O
C         Si              Ca              Fe

  1.00    2.00    3.00    4.00    5.00    6.00    7.00    8.00    9.00

P1.2023-0068



D:\EDAX32\EDS\Lori\4123 drywall consulting\20091213 black from metal
va houses\4123 BDM09 black coated outlet wire.spc

Label:4123 BDM09, black removed from black coated wire metal surface

kV:20.0 Tilt:0.0 Take-off:35.0   Det Type:SUTW+ Res:132 Tc:50

FS : 1013   Lsec : 31                          13-Dec-2009 08:51:18

P1.2023-0069

D:\BDAX32\EDS\Lori\4123 drywall consulting\20091213 black from metal
va houses\4123 BDM09 white coated outlet wire.spc

Label:4123 BDM09, **black** removed from white coated wire metal surface

kV:20.0 Tilt:0.0 Take-off:35.0   Det Type:SUTW+ Res:132 Tc:50

FS : 1026   Lsec : 32                                13-Dec-2009 09:02:14

D:\EDAX32\EDS\Lori\4123 drywall consulting\20091213 black from metal
va houses\4123 BDM09 ground wire.spc

Label:4123 BDM09, black removed from ground wire metal surface

kV:20.0 Tilt:0.0 Take-off:35.0   Det Type:SUTW+ Res:132 Tc:50

FS : 1023   Lsec : 36                               13-Dec-2009 09:07:35

```
D:\EDAX32\EDS\Lori\4123 drywall consulting\20091213 black from metal
va houses\4123 FVM08 black from ground wire.spc
Label:4123 FVM08 black removed from ground wire
kV:20.0 Tilt:0.0 Take-off:35.0   Det Type:SUTW+ Res:132 Tc:50
FS : 1018   Lsec : 23                        14-Dec-2009 17:55:40
```

Cu

S

Cu

O

```
     1.00   2.00   3.00   4.00   5.00   6.00   7.00   8.00   9.00
```

P1.2023-0072

```
D:\EDAX32\EDS\Lori\4123 drywall consulting\20091213 black from metal
va houses\4123 JIB01 black from ground wire.spc

Label:4123 JIB01 black removed from ground wire

kV:20.0 Tilt:0.0 Take-off:35.0   Det Type:SUTW+ Res:132 Tc:50

FS : 1154   Lsec : 23                              14-Dec-2009 17:52:22
```

D:\EDAX32\EDS\Lori\4123 drywall consulting\20091213 black from metal
va houses\4123 SLH04 black from ground wire.spc

Label:4123 SLH04 black removed from ground wire

kV:20.0 Tilt:0.0 Take-off:35.0   Det Type:SUTW+ Res:132 Tc:50

FS : 1019  Lsec : 20                          14-Dec-2009 17:45:07

Cu

S

Cu

O

    1.00    2.00    3.00    4.00    5.00    6.00    7.00    8.00    9.00

P1.2023-0074

```
D:\EDAX32\EDS\Lori\4123 drywall consulting\20091213 black from metal
va houses\4123 SLH16 black from ground wire.spc
Label:4123 SLH16 black removed from ground wire
kV:20.0 Tilt:0.0 Take-off:35.0   Det Type:SUTW+ Res:132 Tc:50
FS : 1018  Lsec : 20                        14-Dec-2009 17:48:41
```

Cu

S

Cu

O

1.00   2.00   3.00   4.00   5.00   6.00   7.00   8.00   9.00

P1.2023-0075

Appendix XVII

Optical Microscopy Images And SEM/EDS Data On Black
Deposits from BDM05 After Cross Sectioning

P1.2023-0076

P1.2023-0077



December 14, 2009

BDM05 lamp wire b 0011.JPG

BDM05 wire cross section micro 40X 1347.JPG

BDM05 Wire Cross Section

BDM05 lamp wire a 0010.JPG

BDM05 wire cross section -345.JPG

4:23

P1.2023-0078



BDM05 Wire Cross Section

December 14, 2009

image2629 T F

BDM05 wire cross section 8X 1346.JPG

4123



D:\EDAX32\EDN\Lori\4123 drywall consulting\20091214 black from metal va houses\4123 BDM05 black on inside insulation.spc

Label:4123 BDM05, black on yellow wire insulation inside surface

kV:20.0 Tilt:0.0 Take-off:35.0   Det Type:SUTW+ Res:132 Tc:50

FS : 1014   Lsec : 63                        13-Dec-2009 09:49:47



D:\EDAX32\EDS\Lori\4123 drywall consulting\20091213 black from metal
vs houses\4123 BDM05 black from inside insulation.spc

Label:4123 BDM05, black from yellow wire insulation inside surface

kV:20.0 Tilt:0.0 Take-off:35.0   Det Type:SUTW+ Res:132 Tc:56

FS : 1066   Lsec : 63                          13-Dec-2009 10:13:10

P1.2023-0080

Appendix XVIII

Optical Microscopy Images And SEM/EDS Data On Black
Deposits from BDM27C Ground Wire After Cross Sectioning
Through The Romex Outer Jacket

P1.2023-0082

# BDM27C Optical and SEM Photographs

December 13, 2009



BDM27C romex fixture b 0013.JPG



BDM27C romex fixture c 0012.JPG



BDM27C romex fixture c 0015..PG



BDM27C romex fixture c 0216.JPG

4123

P1.2023-0083

## BDM27C Optical and SEM Photographs

December 13, 2009



BDM27C romex fixture ground 40X 1355 JPG



BDM27C romex fixture ground 10X 1352 JPG



BDM27C romex receptacle b 0018 JPG



BDM27C romex receptacle a 0017 JPG

4123

P1.2023-0084



## BDM27C Optical and SEM Photographs

December 13, 2009

BDM27C romex receptacle ground 40X 1359.JPG

SEM BDM27C ground wire receptacle end d2531.TIF

BDM27C romex receptacle ground 10X 1358.JPG

SEM BDM27C ground wire fixture end 2630.TIF

D:\EDAX32\EDS\Lori\4123 drywall consulting\20091213 black from metal
va houses\4123 BDM27C black from ground wire fixture.spc

Label:4123 BDM27C black from ground wire on fixture end

kV:20.0 Tilt:0.0 Take-off:35.0   Det Type:SUTW+ Res:132 Tc:50

FS : 1013  Lsec : 47                    13-Dec-2009 10:19:07

D:\EDAX32\EDS\Lori\4123 drywall consulting\20091213 black from metal
va houses\4123 BDM27C black from ground wire recp end.spc

Label:4123 BDM27C black from ground wire on receptacle end

kV:20.0 Tilt:0.0 Take-off:35.0   Det Type:SUTW+ Res:132 Tc:50

FS : 1085   Lsec : 43                          13-Dec-2009 10:24:30

Cu

S

Cu

O
C

1.00    2.00    3.00    4.00    5.00    6.00    7.00    8.00    9.00

P1.2023-0086

Appendix XIX

Optical Microscopy Images And SEM/EDS Data On BDM05
and BDM27C Insulation

P1.2023-0087

D:\EDAX32\EDS\Lori\4123 drywall consulting\20091213 black from metal
va houses\4123 BDM05 yellow outside insulation.spc

Label:4123 BDM05, yellow wire insulation outside surface

kV:20.0 Tilt:0.0 Take-off:35.0   Det Type:SUTW+ Res:132 Tc:50

FS : 1113   Lsec : 40                              13-Dec-2009 09:48:27

Cl

C

O

```
    1.00   2.00   3.00   4.00   5.00   6.00   7.00   8.00   9.00
```

P1.2023-0088



D:\EDAX32\EDS\Lori\4123 drywall consulting\20091213 black from metal
va houses\4123 BDM09 black insul out.spc

Label:4123 BDM09, black wire insulation outside surface

kV:20.0 Tilt:0.0 Take-off:35.0   Det Type:SUTW+ Res:132 Tc:50

FS : 1009   Lsec : 85                          13-Dec-2009 09:39:44

Cl

C

Si
O   Al

Ca

1.00   2.00   3.00   4.00   5.00   6.00   7.00   8.00   9.00

```
D:\EDAX32\EDS\Lori\4123 drywall consulting\20091213 black from metal
va houses\4123 BDM09 black insul inside.spc
Label:4123 BDM09, black wire insulation inside surface
kV:20.0 Tilt:0.0 Take-off:35.0   Det Type:SUTW+ Res:132 Tc:50
FS : 1009  Lsec : 79                          13-Dec-2009 09:41:53
```



P1.2023-0090

D:\EDAX32\EDS\Lori\4123 drywall consulting\20091213 black from metal
va houses\4123 BDM09 white insul out.spc

Label:4123 BDM09, white wire insulation outside surface

kV:20.0 Tilt:0.0 Take-off:35.0   Det Type:SUTW+ Res:132 Tc:50

FS : 1052  Lsec : 34                         13-Dec-2009 09:43:59



P1.2023-0091

D:\EDAX32\EDS\Lori\4123 drywall consulting\20091213 black from metal
va houses\4123 BDM09 white insul inside.spc
Label:4123 BDM09, white wire insulation inside surface

kV:20.0 Tilt:0.0 Take-off:35.0   Det Type:SUTW+ Res:132 Tc:50

FS : 1029   Lsec : 107                    13-Dec-2009 09:45:43

```
D:\EDAX32\EDS\Lori\4123 drywall consulting\20091213 black from metal
va houses\4123 BDM27C white rec outer ins.spc
Label:4123 BDM27C white outer jacket insulation, outside surface
kV:20.0 Tilt:0.0 Take-off:35.0  Det Type:SUTW+ Res:132 Tc:50
FS : 1007  Lsec : 87                         13-Dec-2009 10:35:05
```



```
        Cl


  C


  O                Ca


   0.90  1.80  2.70  3.60  4.50  5.40  6.30  7.20  8.10  9.00
```

P1.2023-0093

D:\EDAX32\EDS\Lori\4123 drywall consulting\20091213 black from metal
va houses\4123 BDM27C white rec inside ins.spc

Label:4123 BDM27C white outer jacket insulation, inside surface

kV:20.0 Tilt:0.0 Take-off:35.0   Det Type:SUTW+ Res:132 Tc:50

FS : 2338  Lsec : 178                          13-Dec-2009 10:37:31

C

Cl

O

Ca

0.90    1.80    2.70    3.60    4.50    5.40    6.30    7.20    8.10    9.00

P1.2023-0094

D:\EDAX32\EDS\Lori\4123 drywall consulting\20091213 black from metal
va houses\4123 BDM27C white outer jacket paper recp.spc

Label:4123 BDM27C white outer jacket insulation, paper

kV:20.0 Tilt:0.0 Take-off:35.0   Det Type:SUTW+ Res:132 Tc:50

FS : 1016  Lsec : 75                         13-Dec-2009 10:47:16

C

O

0.90  1.80  2.70  3.60  4.50  5.40  6.30  7.20  8.10  9.00

P1.2023-0095