DRAFT*

## Interagency Task Force on Chinese Drywall

## Executive Summary of October 29, 2009 Release of Initial Chinese Drywall Studies

### Overview

The interagency task force on Chinese drywall is releasing today the initial results of several studies that begin to assemble pieces in the overall Chinese drywall puzzle. The investigation continues and additional reports will be released in November.

In sum, the three studies released today are:

(1) *Elemental and Chemical Testing*: The study of the elemental and chemical composition of 17 drywall samples shows higher concentrations of elemental sulfur and strontium in Chinese drywall than non-Chinese drywall.

(2) *Chamber Studies*: Preliminary results of ongoing testing to detect gases emitted from drywall in laboratory chambers show higher emissions of total volatile sulfur gases from Chinese than from non-Chinese drywall.

(3) *Indoor Air Studies*: Indoor air testing of 10 homes in Florida and Louisiana was conducted to identify and measure contaminants and to inform a drywall home indoor air testing protocol. This data from a small sample of homes, allows preliminary observations of certain chemicals in the indoor air. The tests did not detect the presence or found only very limited or occasional indications of sulfur compounds of particular interest – hydrogen sulfide, carbon disulfide, and carbonyl sulfide. Concentrations of two known irritant compounds, acetaldehyde and formaldehyde, were detected in both homes with and without Chinese drywall, and at concentrations that could exacerbate conditions such as asthma in sensitive populations. The levels of formaldehyde were not unusual for new homes, however, and were higher when the homes were not air conditioned.

The findings of each report released today must be considered within the limitations of each study and viewed in the context of the overall drywall investigation, which is ongoing. While the studies have discovered certain differences between Chinese and non-Chinese drywall, further studies must be completed to determine the nexus between the drywall and the reported health and corrosion issues. The conclusions of each study are preliminary and may be subject to change with the results of later studies.

Next month the results of a 50-home indoor air testing study will be released as well as a preliminary engineering analysis of electrical and fire safety associated with corrosion. The federal agencies involved in this effort are also working to finalize a recommended protocol for in-home testing which will be guided by the methods used to test the various homes to date. A study of long-term corrosion issues, that seeks to simulate decades of exposure and corrosion, will not be completed until June of 2010.

\* \* \*

*Due to the interrelated nature of these investigations, these technical reports are being released in draft until the final results from further studies are available for interpretation. These studies are staff level documents and have not yet been reviewed or approved by the agencies participating in this investigatory effort.

STREIT-9

DATE: 2/16/10

Michael E. Miller, RDR, CRR, CLR

P1.1804-0001

## Introduction

An interagency task force, including both state and federal agencies, has been working in close coordination over the past several months to investigate reported corrosion and health issues related to Chinese drywall. The U.S. Consumer Product Safety Commission has served as the lead agency within the task force that has also included the U.S. Environmental Protection Agency, the Centers for Disease Control and Prevention/Agency for Toxic Substances and Disease Registry, and the U.S. Department of Housing and Urban Development as well as the Florida Department of Health, the Louisiana Department of Health and Hospitals and the Virginia Department of Health, among others.

To date, nearly 1900 consumers have contacted the CPSC to report problems in their homes. The primary issues reported are: 1) corrosion, or blackening, of indoor metals, such as electrical components and central air conditioning system evaporator coils; and 2) various health symptoms, including persistent cough, bloody and runny noses, headaches, difficulty in breathing and irritated and itchy eyes and skin.

## Scientific Investigation

The scientific investigation has been a coordinated and multi-pronged effort to determine if there is a relationship between the Chinese drywall and the reported corrosion and health issues. The interagency task force on Chinese drywall is releasing today the initial results of several studies that begin to assemble pieces in this overall Chinese drywall puzzle. While the task force is releasing some results today, the scientific investigation continues.

The findings of each report released today must be considered within the limitations of each study and viewed in the context of the overall drywall investigation, which is ongoing. While the studies have discovered certain differences between Chinese and non-Chinese drywall, further studies must be completed to determine the nexus between the drywall and the reported health and corrosion issues. The conclusions of each study are preliminary and may be subject to change with the results of later studies.

Results of the following studies are being released today: 1) elemental and chemical testing; 2) chamber studies; and 3) indoor air studies.

### *Elemental and Chemical Testing*

The elemental and chemical testing of Chinese and non-Chinese drywall samples was undertaken to characterize the specific chemical composition of Chinese and non-Chinese drywall. The results were expected to identify differences between the two sets of drywall that might account for the reported corrosion and health issues. While the studies have discovered certain differences between Chinese and non-Chinese drywall, further studies must be completed to determine the nexus between the drywall and the reported health and corrosion issues.

Among the results found from the elemental and chemical analyses were the findings that among the samples tested, Chinese drywall contained higher concentrations of strontium and elemental sulfur than non-Chinese drywall. The analysis was conducted on 17 samples of drywall (Chinese and non-Chinese) collected from warehouses, suppliers and manufacturers. These samples were unpainted and uninstalled. The data and a statistical analysis are provided in Tab A.

*Chamber Studies*

The chamber studies conducted by Lawrence Berkeley National Laboratory were intended to isolate the chemicals emitted from drywall. The studies are ongoing, but the preliminary findings are being reported. The studies were conducted on 17 uninstalled drywall samples (Chinese and non-Chinese) collected from storage warehouses, suppliers and manufacturers. These samples were unpainted and uninstalled. From these chamber studies, it was possible to isolate the drywall emissions from the interferences of other materials or furnishings in a house that might emit or absorb such emissions.

The preliminary results show that total volatile sulfur gases are emitted from Chinese drywall at a higher rate than non-Chinese drywall. The data and analysis presented here are preliminary results from an ongoing study of drywall emissions. As specific chemical characterization data become available from the chamber testing, a comprehensive exposure and risk assessment will be carried out. A full report on the chamber studies is provided in Tab B.

*Indoor Air Studies*

Indoor air studies were conducted of a total of 10 homes to identify and measure contaminants and to inform the development of an indoor air testing protocol. The results of the air testing in this very small sample of homes is being reported today to offer a very preliminary indication of what compounds may be present in the indoor environments of homes in Florida and Louisiana with and without Chinese drywall. The 50-home indoor air study scheduled for release next month will provide a more comprehensive picture.

The indoor air studies did not detect the presence or found only very limited or occasional indications of sulfur compounds of particular interest – hydrogen sulfide, carbon disulfide, and carbonyl sulfide. In certain tests that measured additional compounds, concentrations of two known irritants, acetaldehyde and formaldehyde, were detected in both homes with and without Chinese drywall, and at concentrations that could exacerbate conditions such as asthma in sensitive populations. The levels of formaldehyde were not unusual for new homes, however, and were higher when the homes were not air conditioned. A full report on the indoor air studies is provided in Tab C.

**Next Steps in the Scientific Investigation**

Next month the results of a 50-home indoor air testing study will be released as well as preliminary engineering analyses of electrical and fire safety associated with corrosion. A study of long-term corrosion issues, that seeks to simulate decades of exposure and corrosion, will not be completed until June of 2010.

The three studies released today, and the two additional reports scheduled for next month, once completed, will collectively help to develop a standard federal protocol for testing homes and to identify any possible connection between the presence of this drywall and the reported health and corrosion issues.

\* \* \*

Tab A

P1.1804-0004

DRAFT*

# Statistical Analysis of the Chemical Screening of a Small Sample of Unused Chinese and non-Chinese Drywall

Sarah E. Garland, Ph. D.
Michael A. Greene, Ph. D.

Division of Hazard Analysis
U.S. Consumer Product Safety Commission

10/28/09

*Due to the interrelated nature of these investigations, these technical reports are being released in draft until the final results from further studies are available for interpretation. These studies are staff level documents and have not yet been reviewed or approved by the agencies participating in this investigatory effort.

P1.1804-0005

## Executive Summary

This document provides a statistical analysis of the chemical screening conducted to ascertain if differences exist between chemicals found in samples of Chinese and non-Chinese drywall. The chemical analyses of seven Chinese drywall samples and ten non-Chinese samples were conducted by the U.S. Environmental Protection Agency (EPA). The results were provided to the U.S. Consumer Product Safety Commission (CPSC) staff by EPA. All samples were unpainted and uninstalled.

Among the statistical comparisons explored in this document, the average concentration of strontium in gypsum was statistically significantly higher in Chinese drywall samples than in non-Chinese drywall samples. There were significantly more Chinese drywall samples with detectable levels of elemental sulfur than non-Chinese drywall. For the remaining chemicals analyzed in Chinese and non-Chinese drywall samples, the average concentrations of calcium, iron, water soluble fluoride, and water soluble chloride were not significantly different between Chinese and non-Chinese samples. Also for disulfide isomers and disulfide didodecyl, there were no statistically significant differences in the percentages of samples with detectable levels of these chemicals between the two types of drywall. On average, both Chinese and non-Chinese drywall samples were slightly alkaline (i.e., had pH values slightly over 7), but the difference in alkalinity was not statistically significant and several samples of each type of drywall were slightly acidic.

These statistical findings are consistent with previous EPA studies of different drywall samples that showed elevated levels of elemental sulfur and strontium in Chinese drywall.

This statistical analysis is limited by the small number of samples tested. Also, in order to avoid the problem of false discoveries that can occur when many statistical tests are conducted on a small number of samples, the statistical analysis is limited to 13 chemicals and pH. These were identified by CPSC staff as chemicals that might be associated with corrosion or health effects, might be markers for Chinese drywall, or had appeared in previous studies of drywall samples. Statistical methods in this document were selected for the small sample sizes and to control the false discovery rate.

## Introduction

The purpose of this statistical analysis – which consists of tests of differences, graphical presentation of the chemical results, and assessments of the robustness of the statistical tests to several assumptions – is to determine if there are practically meaningful differences between the amounts and types of chemicals found in Chinese drywall samples and non-Chinese drywall samples. CPSC staff focused on chemicals that have been thought to be related to the adverse health effects or corrosion that consumers have associated with Chinese drywall in homes. A second reason for examining the chemistry

-1-

P1.1804-0006

of drywall samples is to find substances that might have different levels in Chinese drywall than non-Chinese drywall. Such differences in chemical concentrations might be markers for Chinese drywall.

The chemical analyses were conducted by Lockheed Martin Inc. under Response Engineering and Analytical Contract (REAC) for the U.S. Environmental Protection Agency (EPA) on seven samples of Chinese drywall and ten samples of non-Chinese drywall. Fifteen samples (five Chinese and ten non-Chinese drywall samples) were collected by CPSC staff between April 7, 2009 and July 11, 2009. The five Chinese drywall samples were imported into the U.S. during 2006. An additional two Chinese drywall samples were collected from warehouses by the EPA in May 2009. The ten non-Chinese samples were manufactured in the U.S., Canada, or Mexico between April and May of 2009. All samples were collected from warehouses, except for two non-Chinese samples; one was obtained from the manufacturer and the second purchased from a retail store. Descriptions of the samples are in Appendix 1. Results from the EPA chemical analyses are in Appendix 2 and Appendix 3.

The statistical analysis described in this document builds on two earlier EPA studies that analyzed the chemical composition of Chinese and non-Chinese drywall samples. In the first study, two samples of Chinese drywall were provided by the Florida Department of Health from homes where they had been installed and four comparison samples of U.S. drywall were purchased from stores in New Jersey.[1] In a second EPA study, chemical analyses were conducted on five Chinese drywall samples, of which three were obtained from homes and two were obtained from warehouses.[2] In summary, the findings of those two studies were:

- All but one of the Chinese drywall samples had detectible levels of elemental sulfur. No U.S. drywall samples had detectible levels of elemental sulfur.
- Chinese drywall samples had higher levels of strontium on average than U.S. drywall.
- No acid soluble sulfides were detected in samples of either type of drywall.
- The average iron and calcium in Chinese and non-Chinese drywall samples were at similar concentrations.

Chemical analytical data reported in the second EPA study for the two Chinese drywall samples that were obtained from warehouses (Appendix 3) are included in the statistical analysis reported in this document. Thus all the drywall samples in this study are from warehouses and have never been painted or installed in buildings. Previous studies include drywall samples obtained from warehouses or removed from homes. The reason for limiting the present study to uninstalled drywall is to restrict the chemical analyses to the drywall itself instead of including substances that may have originated in the home environment or paint applied to the drywall surface.

---

[1] Letter from Raj Singhvi, EPA to Lynn Wilder, ATSDR, May 7, 2009.
[2] Memorandum from Raj Singhvi, EPA to Arnold E. Layne, EPA, August 27, 2009. See Appendix 3.

P1.1804-0007

The analysis of the chemical composition of Chinese drywall is limited by the small number of samples and may not have captured all the variability in the different types of Chinese drywall.

This document continues with a description of chemical analytical methods, followed by a statistical analysis of a subset of the chemicals found in the drywall samples. This is then followed by a discussion section. Three appendices follow.


## Methods

Chemical methods are described first, then statistical methods.

### Chemical Methods

Drywall sample preparation included mechanically separating the top and bottom layers of paper from the gypsum. The paper components of the drywall samples were analyzed for strontium, elemental sulfur, and semivolatile organic compounds.[3] The gypsum components of the drywall samples were analyzed for metals, semivolatile organic compounds, volatile organic compounds, elemental sulfur, total acid soluble sulfides, total organic carbon, sulfate, water soluble chlorides and fluorides, pH, and loss on ignition. Full details of the chemical analyses are found in the appendices and in a report from Lockheed Martin.[4]

The results of the chemical analyses of the composition of the drywall samples including a listing of metals and organic compounds are in Table 1 of Appendices 2 and 3, X-Ray Fluorescence (XRF) X-Ray Diffraction (XRD) results are in Table 2, Tentatively Identified Semivolatile Organic Compounds appear in Table 3, and Tentatively Identified Volatile Organic Compounds are in Table 4. The XRF and XRD analyses show the presence or absence of a substance with reasonable accuracy, but are not as accurate as other chemical analytical methods for obtaining concentration measurements of the chemical tested. The statistical analyses did not include XRF or XRD results.

Results of the chemical analyses in the appendices are reported as the number recorded (typically in units of mg/kg or µg/kg), or with the following notation:

- A number followed by "J" indicating that the reported value is estimated (e.g., 4.43J). There were two reasons for this. Either the value was between the

---

[3] Analytical methods included REAC SOP 1811, 1832, and others. See Appendix 2 and Appendix 3. The chemical analyses of the paper component of the two drywall samples described in the appendices were much more extensive, but were not used in this statistical analysis because there are only two Chinese drywall samples and no comparison non-Chinese drywall samples.

[4] Lockheed Martin, Inc. (2009), "Analytical Report: Drywall Investigation." Submitted to R. Singhvi EPA-ERT by V. Kansal. This report is available from CPSC or EPA.

P1.1804-0008

limit of detection (LOD) and the reporting limit (RL), or the value exceeded the reporting limit but the chemical analysis did not pass certain quality control requirements. In either case values with Js following the number are understood to be approximate. In this document, we use these values as reported in computing statistics, which is consistent with standard EPA policy.

- A number prefixed with "<" indicates that the chemical was considered to be not detected and the number following the < is the reporting limit. For example, <25.9 means that the chemical was not detected and the reporting limit was 25.9. In this statistical analysis, values are replaced with half the reporting limit. There are other alternatives, which are considered in a sensitivity analysis found in the discussion section.

Examples of this notation can be found in the tables in Appendix 2 and Appendix 3.

The method used to test for statistical difference (described below), depends on the number of detects and non-detects for that chemical in the drywall samples. When a majority of the samples for a given type of drywall are non-detects, the statistical method tests for the difference of the proportion of detects in Chinese and non-Chinese drywall. For these tests of differences, the values substituted for non-detected measurements are not an issue. When a statistical test of difference about the mean concentrations of a chemical in Chinese and non-Chinese drywall is performed, the value that is substituted does matter, but the influence of the value chosen is limited because there is at most one non-detect sample in each of these analyses.

We present findings from the statistical analysis of 13 chemical substances and pH (acidity-alkalinity) in this document. The reasons for limiting the number of statistical tests of difference are associated with the statistical problems resulting from multiple comparisons. That topic is described in the statistical method section below.

*Statistical Methods*

Statistical methods described in this report include the following:

- Graphical and tabular presentation of the chemical results of each sample to help visualize the distribution of the data.
- Non-parametric (bootstrap) statistical methods for the quantitative analysis of means, and exact methods (Fisher exact test) for the qualitative analysis of detects.
- Sensitivity analyses on the assumptions about the reporting limits and on the distribution of the data, and using medians in place of means.
- Limiting the number of statistical tests of differences to a small number of chemicals specified before beginning the statistical testing in order to minimize the effect of multiple comparisons. The statistical analysis also employs corrections for multiple comparisons.

-4-

As mentioned above, two types of statistical tests of differences were used. One focused on the difference between the mean level of the chemical in Chinese and non-Chinese drywall, and the second on the difference in the proportion of detects of the chemical in Chinese and non-Chinese drywall. The test of difference of means was chosen when there was no more than one non-detect sample in the chemical results. Otherwise, the test of differences was on the proportion of samples where the chemical was detected.

When the estimated means are statistically tested for differences, the results section begins with a tabular and graphical presentation of the data. In the tables, samples are numbered from 1 to 17, where samples 1-7 are Chinese drywall and 8-17 are non-Chinese drywall. The tables include values with the < and J symbols as described in the previous section. The graphical presentation uses the symbol C (Chinese) for the first seven samples and the symbol N (Non-chinese) for the last 10 samples. When values were below the reporting limits, the graphs show reporting limits with bars under the appropriate symbol (e.g., as $\underline{C}$, $\underline{N}$). Estimates (Js) are shown with bars over the symbol (e.g., $\overline{C}$, $\overline{N}$).

This is then followed by a table summarizing the statistical analysis. Values denoted as J are included in the statistical at reported values, while measurements below the reporting limit are valued at half the reporting limit. Statistical analysis tables include tests on the differences of means. The estimated means, medians, and standard deviations are also shown in the table. To overcome the small sample sizes (17 total samples) and the typical absence of the normal distribution required by the classical $t$-test for the difference of means, a bootstrap version of the $t$-test is used.[5] The bootstrap tests are two tailed, requiring either substantially higher mean concentrations or substantially lower mean concentrations of the substance in the Chinese drywall as evidence for rejecting the null hypothesis of equal Chinese and non-Chinese drywall means. Graphs and the bootstrap were programmed in $R$, a software environment for statistics, computing, and graphics.[6]

The second type of statistical test of difference focuses on detects and non-detects. The presentation differs for these chemicals, only listing the detected values and the sample numbers where these were found. These data are then analyzed using the Fisher exact test, a test that does not rely on a large sample size. This statistic tests if there is an association between the type of drywall and the frequency of measuring a chemical above the reporting limit.[7] This type of test is used for the sulfide compounds

---

[5] The percentile $t$ bootstrap is used. See Efron, Bradley and Tibshirani, Robert J. (1993), *An Introduction to the Bootstrap*. Chapman and Hall, NY, page 170-175. The $t$ value is the observed difference between means divided by its standard deviation. The procedure involves repeated resampling of the $t$ values from the pooled Chinese and non-Chinese drywall samples in order to generate the distribution of the $t$ statistic under the null hypothesis. This is followed by computing the *p-value* as the quantile from the generated bootstrap distribution under the null hypothesis associated with the observed $t$ value in the data. The unequal variance version of the $t$-test is used.

[6] See http://www.r-project.org/.

[7] These calculations were made in SAS version 9.1.3 using Proc Freq. SAS Institute Inc. (2004), SAS/STAT 9.1 Users, Cary, NC, SAS Institute Inc.

P1.1804-0010

and other compounds in Table 3 of the appendices, and for elemental sulfur from Table 1. Even though elemental sulfur was reported quantitatively for the Chinese drywall, all the values for the non-Chinese drywall samples were non-detects.

*P-values* shown in the results section are for the particular test and are not corrected for multiple comparisons. These are *raw p-values* and are smaller than the multiple comparison *p-values*. Multiple comparison *p-values* are shown in a table in the discussion section of the report that follows the results section. These were computed with Proc Multtest in SAS using the stepdown Bonferroni method.[8] Statistical significance should be judged only using the corrected *p-values* in the discussion section.

Before beginning the statistical analysis, the statisticians asked various CPSC technical experts for a list of chemicals that are hypothesized to be associated with health or corrosion effects or might be markers for Chinese drywall. Staff specified four elements (calcium, elemental sulfur, iron, and strontium), two ions (water soluble fluoride, and water soluble chloride), several sulfur or sulfide compounds and pH. When chemical analyses were provided for gypsum and paper, the statistical analysis was conducted separately on each component. Only the results of the statistical analyses for these chemicals and pH are reported in this document.

Elemental sulfur and sulfur compounds were chosen because they were thought to be associated with copper corrosion, possibly from the formation of copper sulfide. Water soluble fluoride and water soluble chloride and pH were also selected due to general relationships with corrosivity that acids, fluorides, and chlorides can have in some cases. Iron, strontium, and calcium were chosen as possible markers for Chinese drywall, and for comparisons with the previous EPA studies.

The reason for conducting the statistical analysis on the specified chemicals despite the large number of chemical analytical results recorded in Tables 1 and 3 of Appendix 2 and 3 is to control the risk of false discoveries in the statistical tests. Conducting a large number of statistical tests, especially with a small number of samples, increases the risk of a statistically significant result that is due to chance alone (i.e., a false discovery). Controlling false discoveries can be done by raising the threshold for what constitutes a discovery (declaring that a difference exists) either by lowering the value of $\alpha$, from the classical value of 0.05 denoting statistical significance, or adjusting upward the individual comparison test *p-values* while keeping $\alpha$ at 0.05.[9] While such procedures do a good job of lowering the risk of a false discovery, they also raise the bar

---

[8] Tests for multiple comparisons used SAS version 9.1.3 with Proc Multtest. SAS Institute Inc. (2004), SAS/STAT 9.1 Users, Cary, NC, SAS Institute Inc. For information on the stepdown Bonferroni method see Hsu, Jason (1996), *Multiple Comparisons*. Chapman and Hall, Boca Raton, FL, pages 18-21.
[9] The *p-value* is the smallest value of $\alpha$ for a computed test statistic in a particular dataset that would lead to rejection of the null hypothesis. The quantity $\alpha$, is an arbitrary threshold for statistical significance, that has traditionally been set at 0.05. See Casella, George and Berger, Roger L. (1990), *Statistical Inference*. Wadsworth & Brooks/Cole, Pacific Grove, California, page 364.

-6-

P1.1804-0011

for true discoveries, thus increasing the risk of ignoring a true discovery. There is a sizable statistical literature on this problem.[10]

The best way to reduce the risk of a false discovery, while keeping open the chances of finding a true discovery, is to limit the number of statistical tests of differences to those chemicals where differences between Chinese and non-Chinese drywall were thought to contribute to the understanding of the health or corrosion effects or might serve as markers for Chinese drywall. If future findings suggest that other chemicals are of interest, similar analyses can be done then.

## Results

Results from statistical tests of differences of chemical means begin the section, followed by the statistical tests of differences of the proportion of detects. The analysis of elemental sulfur, which is on the proportion of detects, is in the first section because there is data on the concentration of this substance in the Chinese drywall. *P-values* given in this section are preliminary (denoted as *"raw p-values"* in the discussion section) and do not control for multiple comparisons. Multiple comparison *p-values* and sensitivity analyses are found in the discussion section.

---

[10] For example see Hsu, Jason (1996), *op cit.* Statistical analyses comparing quantities, e.g., begin with a *null* hypothesis of no difference. The next step is defining of a test statistic, which has a known distribution (over repeated testing), when the null hypothesis is true. The null hypothesis is said to be rejected (alternatively, the results are said to be statistically significant) if the computed test statistic is very large or very small; i.e., values that are unlikely to occur if the null hypothesis is true. All of this applies to testing a single null hypothesis. If two independent null hypotheses with $\alpha=0.05$ are tested, then there is probability $1-(1-.05)^2 = 0.0975$ that at least one of the null hypotheses will be rejected by chance alone, when both are true. This is greater than .05, and is not acceptable. With 14 null hypotheses, tested the risk of erroneous rejection of the null hypothesis goes to $1-(1-.05)^{14} = 0.51$, which is approximately 10 times the desired classical probability of rejection of the null hypothesis ($\alpha=0.05$). To put this in another way, if the threshold of .05 is used for rejection of the null hypothesis and if 14 statistical analyses are run where the null hypothesis is true in every one, there is about one chance in two that at least one null hypothesis will be rejected by chance alone, i.e., at least one result will be considered statistically significant by chance alone. This is why the *p-values* need to be corrected for multiple comparisons.

-7-

P1.1804-0012

*pH*

Table 1 shows the data for pH.  Measurements were made on the gypsum only.

Table 1
pH Measurements in Drywall

| Sample Number | pH |
|---------------|------|
| 1 | 6.71 |
| 2 | 6.71 |
| 3 | 7.84 |
| 4 | 7.32 |
| 5 | 8.11 |
| 6 | 8.20 |
| 7 | 8.31 |
| 8 | 8.59 |
| 9 | 7.78 |
| 10 | 7.75 |
| 11 | 7.03 |
| 12 | 6.88 |
| 13 | 7.92 |
| 14 | 8.24 |
| 15 | 7.24 |
| 16 | 8.23 |
| 17 | 6.86 |

Notes:  Samples 1-7 are Chinese Drywall, 8-17 are of U.S., Canadian, or Mexican origin.  See Appendix 1 for a description of the samples.

Values for pH are shown graphically in Figure 1.

P1.1804-0013



Figure 1. pH Content of Chinese and Non-Chinese Drywall. C denotes Chinese drywall,
N is for non-Chinese drywall. Sample numbers (the marking along the horizontal axis)
correspond to the first column of Table 1.

Figure 1 shows that pH in the gypsum samples ranged from 6.7 to 8.6. Sample 8
(non-Chinese drywall) has the highest value, and samples 1 and 2 (both Chinese drywall)
have the lowest values. The mean pH in Chinese drywall samples was 7.6, as compared
with 7.7 in non-Chinese drywall samples. The difference between means, as shown in
Table 2 below, was not statistically significant.[11]

---

[11] The *p-values* in this section are not corrected for multiple comparisons. Correcting for multiple
comparisons increases *p-values*, that is, if the uncorrected *p-value* does not indicate statistical significance,
the corrected *p-value* will not indicate significance. On the other hand, if the uncorrected *p-value* suggests
statistical significance, the corrected *p-value* may or may not indicate statistical significance.

P1.1804-0014

Table 2
Statistical Analysis of pH in Gypsum

| Drywall Type | Mean | Median | Standard Deviation |
|---|---|---|---|
| | | | |
| Chinese | 7.6 | 7.8 | 0.7 |
| Non-Chinese | 7.7 | 7.8 | 0.6 |
| | | | |

Notes:   As in Table 1, there were 7 samples of Chinese drywall and 10 samples of non-Chinese drywall.  Bootstrap *t-test* for difference of means, $t=-0.1598, p=0.8698$.

*Elemental Sulfur*

Table 3 shows the results of the chemical analyses for elemental sulfur in gypsum and paper.  Note that all the sulfur measured in non-Chinese drywall samples were non-detects, while in contrast, only one measurement in the Chinese drywall gypsum samples and one in the Chinese drywall paper samples was a non-detect.[12]

───────────────

[12]Note that the reporting limit (RL) in Table 3 is shown to vary for the paper components.  According to an e-mail from R. Singhvi, EPA to J. Recht , CPSC on 9/30/09 "... the reporting limit may vary based on the sample weight or the percent solids used to convert the sample result and its corresponding RL to a dry weight basis..."

-10-

P1.1804-0015

Table 3
Elemental Sulfur Content in Drywall and Paper

| Sample Number | Elemental Sulfur in Gypsum (mg/kg) | Elemental Sulfur in Paper (mg/kg) |
|---|---|---|
| 1 | 36 | 83 |
| 2 | <7.56 | <40 |
| 3 | 182J | 207 |
| 4 | 379 | 454 |
| 5 | 213 | 130 |
| 6 | 175 | 60J |
| 7 | 15 | 9.84J |
| 8 | <7.78 | <40 |
| 9 | <7.78 | <40 |
| 10 | <7.78 | <40 |
| 11 | <7.78 | <40 |
| 12 | <7.78 | <40 |
| 13 | <7.78 | <80 |
| 14 | <7.78 | <80 |
| 15 | <7.78 | <80 |
| 16 | <7.78 | <80 |
| 17 | <7.78 | <80 |

Notes: Numbers preceded by < were not detected. The reporting limit for that sample is provided after the "<". Other measurements to be interpreted as follows: sample 7 (paper), the value of 9.84J was between the LOD and RL (40 mg/kg); sample 3 (gypsum) and sample 6 (paper), the values are approximate because certain quality control criteria for the chemical analysis were not met.

The data in Table 3 are also shown in Figure 2. The figure shows four Chinese drywall gypsum samples with concentrations of elemental sulfur over 100 mg/kg and three samples of Chinese drywall in the paper component with concentrations over 100 mg/kg. All of the non-Chinese drywall samples are below the reporting limits, with the graphs displaying the reporting limits with underbars.

P1.1804-0016



Figure 2. Elemental Sulfur Content in Gypsum and Paper. Values below the reporting limit are underlined. Values denoted with J in the table are shown with overbars. See notes for Figure 1.

Table 4 reports the means, medians, and standard deviations for the Chinese and non-Chinese drywall samples from the paper and gypsum components of drywall.

Table 4
Statistical Analysis for Elemental Sulfur

| Drywall Type | Drywall Measurement | Mean | Median | Standard Deviation |
|---|---|---|---|---|
|  |  |  |  |  |
| Chinese | Gypsum | 143 | 175 | 136 |
| Non-Chinese | Gypsum | 4 | 4 | 0 |
| Chinese | Paper | 138 | 83 | 155 |
| Non-Chinese | Paper | 30 | 30 | 11 |
|  |  |  |  |  |

Notes: Only one of the Chinese drywall samples was below the reporting limit for paper or gypsum, while all the non-Chinese drywall samples were below the reporting limits. The *p-values* were 0.0006 for both paper and gypsum. The data were analyzed using the Fisher exact test.

Note that all the measurements of elemental sulfur in non-Chinese drywall samples were non-detects. The reporting limits in the paper layer of the drywall varied, providing an artifactual variance (and standard deviation), rather than a statistic based on

-12-

P1.1804-0017

actual measurements. In this case it seemed better to conduct a statistical test of difference using the Fisher exact test on the percentage of detected samples instead of the $t$ test for difference of means. With six detects in the Chinese drywall samples in either case and none in the non-Chinese drywall samples, the associated *p-values* are 0.0006 for each component and may be statistically significant after correction for multiple comparisons. See the discussion section.

Table 4 suggests that the amount of elemental sulfur in Chinese drywall is more likely to exceed the reporting limit than elemental sulfur in non-Chinese drywall.

*Calcium*

Table 5 shows the data for calcium. Measurements were made only in the gypsum part of the drywall.

Table 5
Calcium Measurements in Drywall

| Sample Number | Calcium in Gypsum (mg/kg) |
|---|---|
| 1 | 246,000 |
| 2 | 228,000 |
| 3 | 252,000 |
| 4 | 247,000 |
| 5 | 252,000 |
| 6 | 257,000 |
| 7 | 257,000 |
| 8 | 242,000 |
| 9 | 257,000 |
| 10 | 255,000 |
| 11 | 264,000 |
| 12 | 245,000 |
| 13 | 264,000 |
| 14 | 262,000 |
| 15 | 221,000 |
| 16 | 216,000 |
| 17 | 257,000 |

Notes: See notes for Table 1.

Figure 3 shows the distribution of calcium measurements in gypsum.

P1.1804-0018



Figure 3. Calcium Content in Gypsum. See notes for Figure 1.

As shown in Figure 3, there are some non-Chinese drywall samples that have more calcium than Chinese drywall samples and some that have less calcium. On average, there is slightly more calcium in Chinese drywall samples, but the statistics in Table 6 indicate that the difference between Chinese drywall samples and non-Chinese drywall samples calcium means are not statistically significant.

Table 6
Statistical Analysis for Calcium

| Drywall Type | Mean | Median | Standard Deviation |
|---|---|---|---|
| | | | |
| Chinese | 248,429 | 252,000 | 9,981 |
| Non-Chinese | 248,300 | 256,000 | 17,372 |
| | | | |

Notes: Bootstrap *t-test* for difference of means, $t=0.01929$, $p=0.9855$. See notes for Table 2.

*Iron*

-14-

P1.1804-0019

Table 7 shows the iron content measured in the gypsum layer of the drywall. There were no non-detects and no estimated values.

Table 7
Iron Measurements in Drywall

| Sample Number | Iron in Gypsum (mg/kg) |
|---|---|
| 1 | 1,860 |
| 2 | 1,650 |
| 3 | 2,310 |
| 4 | 1,990 |
| 5 | 1,620 |
| 6 | 1,350 |
| 7 | 1,820 |
| 8 | 683 |
| 9 | 626 |
| 10 | 3,270 |
| 11 | 808 |
| 12 | 757 |
| 13 | 533 |
| 14 | 344 |
| 15 | 2,700 |
| 16 | 1,020 |
| 17 | 1,520 |

Notes: See notes for Table 1.

Figure 4 shows the distribution of the iron content in the gypsum component of the drywall samples.

-15-

P1.1804-0020



Figure 4.  Iron Content in Gypsum.  See notes for Figure 1.


Table 7 and Figure 4 indicate that seven of the ten non-Chinese drywall samples have less iron than Chinese drywall, one sample (sample 17) has about the same amount, and two non-Chinese samples (10 and 15) have more iron than the Chinese drywall samples.


Table 8
Statistical Analysis for Iron

| Drywall Type | Mean | Median | Standard Deviation |
|---|---|---|---|
| Chinese | 1,800 | 1,820 | 305 |
| Non-Chinese | 1,226 | 783 | 988 |
| | | | |

Notes:  Bootstrap *t-test* for difference of means, $t$=1.7232, $p$=0.1065.


The relatively large standard deviation of the non-Chinese drywall in Table 8 reflects the large spread of the data.  This can be seen in Figure 4, where the quantity of

-16-

P1.1804-0021

iron in non-Chinese drywall samples is both above and below that of the Chinese drywall samples. The difference of means is not statistically significant.

*Strontium*

Table 9 gives the measurements of strontium found in each drywall sample.

Table 9
Strontium Measurements in Drywall

| Sample Number | Strontium in Gypsum (mg/kg) | Strontium in Paper (mg/kg) |
|---|---|---|
| 1 | 1,530 | 182.0 |
| 2 | 401 | 24.2 |
| 3 | 3,680 | 553.0 |
| 4 | 4,110 | 95.0 |
| 5 | 4,310 | 153.0 |
| 6 | 2,860 | 270.0 |
| 7 | 4,220 | 110.0 |
| 8 | 776 | 20.1 |
| 9 | 680 | 20.3 |
| 10 | 633 | 18.5 |
| 11 | 175 | 27.9 |
| 12 | 185 | 17.9 |
| 13 | 140 | 21.2 |
| 14 | 926 | 38.5 |
| 15 | 662 | 49.0 |
| 16 | 2,890 | 83.4 |
| 17 | 303 | 31.2 |

Notes: See notes for Table 1.

Values for strontium are shown graphically in Figure 5.

P1.1804-0022



Figure 5. Strontium Content in Gypsum and Paper. See notes on Figure 1.

The strontium levels in all 17 samples range from 140 to 4310 mg/kg in the gypsum and 17.9 to 553.0 mg/kg in the paper. With the exception of sample 2 at 401 mg/kg and sample 16 at 2,890 mg/kg, all strontium levels in gypsum are higher in Chinese drywall samples than the non-Chinese drywall samples.

The summary statistics (mean, median, and standard deviation) of strontium levels are reported in Table 10 for both gypsum and paper, and Chinese and non-Chinese drywall types. The mean of the strontium level in the gypsum for Chinese drywall samples is higher than the mean of the gypsum strontium level for non-Chinese drywall samples; the same holds for paper measurements. The difference may be statistically significant after correcting for multiple comparisons.

-18-

Table 10
Statistical Analysis for Strontium

| Drywall Type | Drywall Measurement | Mean | Median | Standard Deviation |
|---|---|---|---|---|
| | | | | |
| Chinese | Gypsum | 3,016 | 3,680 | 1,518 |
| Non-Chinese | Gypsum | 737 | 648 | 807 |
| Chinese | Paper | 198 | 153 | 174 |
| Non-Chinese | Paper | 33 | 25 | 20 |
| | | | | |

Notes: Bootstrap *t-test* for difference of means for gypsum, $t=3.6285$, $p=0.0036$; for paper, $t=2.4998$, $p=0.0134$.

*Water Soluble Fluoride*

   Table 11 shows the measurements of water soluble fluoride in the gypsum component of the drywall samples. Notice that all values are estimates except for sample 8, which was a non-detect. Data from samples 2 and 4 are not included in the analysis because there were no measurements for water soluble fluoride or water soluble chloride in the drywall samples in Appendix 3.

-19-

P1.1804-0024

Table 11
Water Soluble Fluoride in Drywall

| Sample Number | Water Soluble Fluoride in Gypsum (mg/kg) |
|---|---|
| 1 | 192.0J |
| 2 | NA |
| 3 | 30.1J |
| 4 | NA |
| 5 | 18.4J |
| 6 | 43.2J |
| 7 | 12.2J |
| 8 | < 1.15J |
| 9 | 54.2J |
| 10 | 54.6J |
| 11 | 52.8J |
| 12 | 52.4J |
| 13 | 270.0J |
| 14 | 103.0J |
| 15 | 3.3J |
| 16 | 10.4J |
| 17 | 48.8J |

Note: All measurements except for samples 2, 4, and 8 are estimates; sample 8 is below the reporting limit (i.e., a non-detect). Samples 2 and 4 (shown as NA) are from Appendix 3, where there were no measurements made for fluoride and chloride.

Figure 6 shows the distribution of the water soluble fluoride data.

-20-

P1.1804-0025



Figure 7.  Water Soluble Fluoride in Gypsum.  Overbars are estimates (Ĵs), underbars are non-detects.  Data from samples 2 and 4 are not included in the analysis.

Table 12
Statistical Analysis for Water Soluble Fluoride

| Drywall Type | Mean | Median | Standard Deviation |
|---|---|---|---|
| | | | |
| Chinese | 59.2 | 30.1 | 75.2 |
| Non-Chinese | 65.0 | 52.6 | 78.3 |
| | | | |

Notes:  Bootstrap *t-test* for difference of means $t=-0.1395$, $p=0.8994$.  Data for samples 2 and 4 are not included in the analysis.

Table 12 shows that on average Chinese drywall samples contained slightly less water soluble fluoride than the non-Chinese drywall samples, but the difference is not statistically significant.

P1.1804-0026

*Water Soluble Chloride*

Table 13 shows the measurements of water soluble chloride.

Table 13
Water Soluble Chloride in Gypsum

| Sample Number | Water Soluble Chloride in Gypsum (mg/kg) |
|---|---|
| 1 | 110J |
| 2 | NA |
| 3 | 72J |
| 4 | NA |
| 5 | 72J |
| 6 | 44J |
| 7 | 27J |
| 8 | 21J |
| 9 | 13J |
| 10 | <10J |
| 11 | 22J |
| 12 | 16J |
| 13 | 32J |
| 14 | 22J |
| 15 | 28J |
| 16 | 92J |
| 17 | 20J |
|  |  |

Note: All measurements except for samples 2, 4, and 10 are estimates; sample 10 is below the reporting limit.  Samples 2 and 4 (shown as NA) are from Appendix 3, where there were no measurements made for fluoride and chloride.

Figure 8 contains the graph of water soluble chloride in gypsum.

P1.1804-0027



Figure 8.  Water Soluble Chloride in Gypsum.  See notes on Figure 7.

Table 13
Statistical Analysis for Water Soluble Chloride

| Source | Mean | Median | Standard Deviation |
|---|---|---|---|
|  |  |  |  |
| Chinese | 65 | 72 | 32 |
| Non-Chinese | 27 | 22 | 24 |
|  |  |  |  |

Notes: See notes for Table 12.  Bootstrap *t-test* for difference of means $t=2.3594$, $p=0.0386$.

Table 13 shows that the Chinese drywall samples have on average more than twice the concentration of water soluble chloride than the non-Chinese drywall samples. The difference is on the borderline of being statistically significant ($p=0.0386$), but may not be significant after correcting for multiple comparisons.

The remainder of the results section contains statistical tests of differences on some semivolatile organic chemical compounds from Table 3 of Appendix 2 and Appendix 3. As mentioned in the methods section of this document, these chemical analyses are labeled as "tentatively identified compounds," and are characterized more by the number of detects and non-detects than the concentrations of the chemicals in the

-23-

P1.1804-0028

tables.[13]  This changes both the way the data are presented and the method used to test for statistical differences.  With only a few measurements of the chemical concentration for each chemical, there is little need for any other information than the number of detects and non-detects.  The statistical test compares the proportion of detected samples for the two types of drywall using the Fisher exact test.  This test involves rejecting the null hypothesis (of an equal number of detects) only when there are significantly more detects among the Chinese drywall.  This test was used previously in this document for the statistical analysis of elemental sulfur.

Similar to previous statistical tests of differences, the tests of differences of proportions on these compounds are not corrected for multiple comparisons.

*Disulfide Isomer*

There were two samples of Chinese drywall with values of disulfide isomer above the reporting limit.  Both were in the gypsum measurements only, one in sample 3 (427 µg/kg) and the other in sample 5 (1268 µg/kg).  The Fisher exact test comparing two (out of seven) detects in the Chinese drywall with no detects (out of ten) in the non-Chinese drywall had a *p-value* of 0.1544.  The results are not statistically significant.

*Disulfide Compound*

There were also two detects in the gypsum layer of the Chinese drywall samples for disulfide compound, in sample 3 at 9,208 µg/kg, and sample 5 at 11,900 µg/kg.  The test statistics had a *p*-value of 0.1544, which is not statistically significant.

*Unknown Sulfide Compound/Unknown*

There was only one detect for this compound, in the gypsum layer of sample 1, at 428 µg/kg (Chinese drywall).  The test had a *p-value* of 0.4118, a value that is not statistically significant.

*Disulfide didodecyl*

For disulfide didodecyl, there was one detect in the drywall paper layer for sample 3 of the Chinese drywall at 3,750 µg/kg.  All ten non-Chinese drywall samples were non-detects.  The associated *p-value* is 0.4118, which is not statistically significant.

---

[13] Tentatively identified means that the chemicals were identified based on the interpretation of a mass spectrum for the chemical that eluted at a given time from the gas chromatography-mass spectrometry (GC-MS) device without having the specific chemical available to confirm (as was done in Table 1 of Appendix 2).  In some cases, a specific chemical could not be identified and only a class of chemicals was given such as "disulfide isomer."

P1.1804-0029

There was a second measurement for this chemical in the gypsum layer of the drywall samples. This included three detects in gypsum, with sample 2 at 637 µg/kg, sample 3 at 1170 µg/kg and sample 5 at 966 µg/kg. There were no non-detects in the non-Chinese drywall. The statistical results were $p = 0.0515$, not statistically significant.

## Discussion

The statistical analysis in this document is based on results from seven samples of Chinese drywall and ten samples of non-Chinese drywall used in 14 statistical tests of differences. The critical issue for the analysis was to determine if there were differences in chemicals found in the two types of drywall (Chinese and non-Chinese) that might be associated with corrosion or health effects similar to what has been reported in homes with Chinese drywall. A secondary objective was to examine differences in other chemicals that might ultimately be used as markers for Chinese drywall.

In all cases, the chemicals chosen for the statistical analysis were specified in advance by CPSC staff as chemicals that might be associated with corrosion or health effects, might be markers for Chinese drywall, or had appeared in previous studies of drywall samples. Limiting the number of chemicals that were statistically tested for differences was done to avoid the problem of false discoveries that can occur when a large number of tests are conducted on a small number of samples. Statistical methods in this document were selected for the small sample sizes and to control the false discovery rate.

The analysis considered 13 chemicals and pH, using tests for difference of mean concentrations, or in situations with few results above the reporting limit, differences in the proportions of drywall samples with detectable levels of chemical.

Table 14 summarizes the analysis from the results section and adds *p-values* that are corrected for multiple comparisons. These *p-values* provide the best guidance for determining which results are statistically significant, while at the same time lowering the risk of a false discovery, a risk that often accompanies multiple statistical comparisons.

P1.1804-0030

Table 14
Raw *p-values* and Multiplicity Corrected *p-values* for the Statistical Tests

| Quantity Tested | Type of Test | *p-value* | |
| --- | --- | --- | --- |
| | | Raw | Corrected for Multiplicity |
| pH (gypsum) | Means | 0.8698 | 1.0000 |
| Elemental Sulfur (paper) | Detects | 0.0006 | 0.0084* |
| Elemental Sulfur (gypsum) | Detects | 0.0006 | 0.0084* |
| Calcium (gypsum) | Means | 0.9855 | 1.0000 |
| Iron (gypsum) | Means | 0.1065 | 0.8520 |
| Strontium (gypsum) | Means | 0.0036 | 0.0432* |
| Strontium (paper) | Means | 0.0134 | 0.1474 |
| Fluoride (gypsum) | Means | 0.8994 | 1.0000 |
| Chloride (gypsum) | Means | 0.0386 | 0.3860 |
| Disulfide isomer (gypsum) | Detects | 0.1544 | 1.0000 |
| Disulfide compound (gypsum) | Detects | 0.1544 | 1.0000 |
| Unknown sulfide (gypsum) | Detects | 0.4118 | 1.0000 |
| Disulfide didodecyl (paper) | Detects | 0.4118 | 1.0000 |
| Disulfide didodecyl (gypsum) | Detects | 0.0515 | 0.4635 |

Notes: Multiplicity corrected *p-values* computed use the stepdown Bonferroni method. Raw *p-values* appeared previously in the results section. An asterisk (*) indicates a statistically significant difference at $\alpha = 0.05$.

From Table 14, it appears that there are statistically significant differences in mean strontium concentrations in the gypsum layer of Chinese drywall samples as compared with non-Chinese drywall samples. Thus strontium may be useful as a marker for Chinese drywall. There was also a significantly higher chance of detecting elemental sulfur in the gypsum and paper layers of Chinese drywall.

Table 14 also indicates that there is no statistical evidence to suggest that sulfides are more likely to be detected or to have higher concentrations in Chinese drywall than in non-Chinese drywall.

A sensitivity analysis of the assumptions used in this in the statistical tests reported in this document was conducted. The analysis of water soluble fluoride and water soluble chloride in gypsum (see Tables 11 and 12), was repeated, using the reporting limited divided by $\sqrt{2}$, instead of half the reporting limit. This was done only for water soluble chloride and water soluble fluoride, the only two analytes where the value of the reporting limit could have made a difference. The raw bootstrap *p-value* for the difference of means test for fluoride was 0.8979, and for chloride was 0.0392 at the higher value for reporting limit. Neither value was statistically significant after correcting for multiple comparisons.

-26-

P1.1804-0031

A second sensitivity analysis was conducted by transforming the reported data to natural logarithms and testing the difference of transformed means. This type of analysis would be appropriate if the data followed a lognormal distribution, sometimes occurring with measurement data. pH was not transformed because that data is recorded on a log scale. Raw *p-values* were as follows:  calcium 0.9446, iron 0.0414, strontium (gypsum) 0.0040, strontium (paper) 0.0012, fluoride 0.4468, and chloride 0.1662. When employing the multiplicity corrections, only the differences of mean levels of strontium in paper and in gypsum between Chinese and non-Chinese drywall samples were statistically significant. This is essentially the same result as in Table 14.

In a final sensitivity analysis, the tests of differences used medians instead of means. Percentile bootstrap tests were used for the difference of medians. Raw *p-values* were as follows:  pH 0.8942, calcium 0.5691, iron, 0.0571, strontium (gypsum) 0.0267, strontium (paper) 0.0263, fluoride 0.3442, and chloride 0.0351. After correcting for multiple comparisons, none of the differences of medians, including the strontium results, were statistically significant. This may result from the small sample distribution of medians that tend to clustered around a few values. It might also be because the sample is not large enough to discover differences in medians when they actually exist.

The analysis is limited by the small sample size, and there is a possibility that such a small sample may not have captured the variability in the different types of Chinese and non-Chinese drywall. Moreover, failure to find higher concentrations or to find more detects of a particular chemical in Chinese drywall does not mean that there are no chemicals in Chinese drywall that are associated with health or corrosion effects. These effects might be caused by combinations of chemicals, different forms of the chemicals present in the drywall, or something else not considered in the elemental analysis.

Like other studies with small sample sizes, it might be useful to replicate this study with new drywall samples, in order to provide more assurance that the strontium and sulfur quantities truly characterize the difference between Chinese and non-Chinese drywall.

P1.1804-0032

## Appendix 1

### Drywall Sample Identification and Source

| CPSC Sample Number | Appendix | REAC Sample Number | Origin | Source |
|---|---|---|---|---|
| | | | | |
| 1 | 2 | 1 | China | Warehouse in Louisiana |
| 2 | 3 | -- | China | Warehouse in Louisiana |
| 3 | 2 | 2 | China | Warehouse in Virginia |
| 4 | 3 | -- | China | Warehouse in Virginia |
| 5 | 2 | 3 | China | Warehouse in Florida |
| 6 | 2 | 4 | China | Manufacturer |
| 7 | 2 | 5 | China | Warehouse in Florida |
| 8 | 2 | 6 | Mexico | Warehouse in Texas |
| 9 | 2 | 7 | US | Warehouse in Kentucky |
| 10 | 2 | 8 | US | Warehouse in Kentucky |
| 11 | 2 | 9 | US | Warehouse in North Carolina |
| 12 | 2 | 10 | US | Warehouse in Indiana |
| 13 | 2 | 11 | US | Warehouse in Indiana |
| 14 | 2 | 12 | US | Warehouse in Texas |
| 15 | 2 | 13 | US | Warehouse in Maryland |
| 16 | 2 | 14 | US | Warehouse in California |
| 17 | 2 | 15 | Canada | Retail store in Nova Scotia |
| | | | | |

All samples except 2 and 4 were collected by CPSC staff between April 7, 2009 and July 11, 2009. Samples 2 and 4 were received by EPA between May 20 and May 27, 2009. The reason for interspersing the CPSC samples and the EPA samples is that sample 1 and sample 2 were known to be manufactured by the same company, but it is not known if they were manufactured at the same time or if the gypsum came from the same mine. Samples 3 and 4 were also manufactured by the same company (which was different from the company that manufactured 1 and 2).

The Chinese drywall samples gathered were manufactured by the three largest firms which exported to the U.S. All Chinese drywall samples were imported into the U.S. during 2006. The date of manufacture of these samples is not known. All domestic drywall samples were manufactured in April and May of 2009.

The chemical analysis of all samples except samples 2 and 4 is shown in Appendix 2. These can be identified with the tables in this report by matching the CPSC sample numbers with the REAC sample numbers in that appendix. The analysis of samples 2 and 4 is in Appendix 3. Sample 2 is denoted as Warehouse LA and Sample 4 is denoted as Warehouse VA in that appendix.

P1.1804-0033

**Appendix 2 and Appendix 3**

**Appendix 2**

Memorandum

From: Raj Singhvi, Drywall Investigation Technical Manager, Environmental Response Team, U.S. Environmental Protection Agency

To: Arnold E. Layne, Director, Drywall Investigation Program Manager, Technology Innovation and Field Services Division, Office of Superfund Remediation and Technology Innovation

Subject: Drywall Investigations: Fifteen CPSC Drywall Sample Analysis Summary Results.

Date: September 16, 2009.

This appendix contains data on samples 1, 3, 5-17.

**Appendix 3**

Memorandum

From: Raj Singhvi, Drywall Investigation Technical Manager, Environmental Response Team, U.S. Environmental Protection Agency

To: Arnold E. Layne, Director, Drywall Investigation Program Manager, Technology Innovation and Field Services Division, Office of Superfund Remediation and Technology Innovation

Subject: Additional Five Drywall Sample Analysis Summary Results

Date: August 27, 2009.

This appendix contains the data on samples 2 and 4.

This appendix also contains data on three Chinese drywall samples that were taken from homes. They are not used in the analysis because the chemistry of the drywalls may have been affected by the home environment or the paint that was applied to the drywall surface.

-29-

P1.1804-0034



# UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
ENVIRONMENTAL RESPONSE TEAM
Edison, NJ – Cincinnati, OH – Las Vegas, NV – Research Triangle Park, NC

September 16, 2009

## MEMORANDUM

SUBJECT:   Drywall Investigations- Fifteen CPSC Drywall Sample Analysis Summary Results

FROM:   Raj Singhvi, Chemist
Drywall Investigation Technical Manager
Environmental Response Team

TO:   Arnold E. Layne, Director
Drywall Investigation Program Manager
Technology Innovation and Field Services Division
Office of Superfund Remediation and Technology Innovation

A total of 15 drywall samples were received (complete package July 16, 2009) by the U.S. Environmental Protection Agency Environmental Response Team (EPA/ERT) for various analyses from the Consumer Product Safety Commission (CPSC). The requested analyses were performed by the on-site contractor for USEPA/ERT under the Response Engineering and Analytical Contract (REAC). The Total Organic Compound (TOC) analysis on gypsum core samples was performed by U.S.EPA Region II laboratory at the request of USEPA/ERT. As per a conversation with Joanna Matheson of CPSC, ERT did not perform formaldehyde analysis on the 15 drywall samples due to technical difficulties; instead, EPA requested that this analysis be performed under the CPSC chamber study.

Fifteen drywall samples were prepared for analysis as follows: For all 15 unpainted drywall samples, the top and bottom layers of paper were separated from the solid material (gypsum) and placed into separate glass jars. Although the separation was performed as effectively as possible, a small amount of residual gypsum material remained on the paper portion. The paper portion of the drywall samples was analyzed for strontium, elemental sulfur and semi volatile organic (SVOCs). The gypsum portion of drywall samples was analyzed for metals, SVOCs, elemental sulfur volatile organic compounds (VOCs), total acid soluble sulfides, total organic carbon (TOC), sulfate, water soluble chlorides, water soluble fluorides, pH, and loss on ignition (LOI). In addition to these requested analyses, the gypsum core samples were also qualitatively analyzed for metals (calcium, strontium, and iron) using X-Ray Fluorescence (XRF), and mineralogy by X-Ray Diffraction (XRD).

A summary of the analytical results for the 15 drywall samples (gypsum, and paper) is presented in Table 1. The qualitative XRD and XRF results for the gypsum portion of the drywall samples are presented in Table 2. Tentatively identified compounds detected by a GC/MS library search for the SVOC and VOC fractions are presented, with estimated concentrations, in Tables 3 and 4 for the drywall (gypsum and paper) samples. The EPA/ERT/REAC analytical methods were modified to meet the objectives of these analyses.

P1.1804-0035

If there are any questions, please call me at 732-321-6761.

Attachments
    Table 1.  Target Compounds Analysis Results
    Table 2.  XRD & XRF Analysis Results
    Table 3.  SVOC's Tentatively Identified Compounds Analysis Results (µg/kg)
    Table 4.  VOC's Tentatively Identified Compounds Analysis Results (µg/kg)
    Chain of custody

cc:    Barnes Johnson, OSRTI
        Jeff Heimerman, OSRTI/TIFSD
        Dave Wright, ERT
        Harry Compton, ERT

P1.1804-0036

Table 1 Target Compounds Analysis Results

| REAC Sample Number | | 1 | | 2 | | 3 | | 4 | | 5 | | | | 7 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| % Cl2 wt.% (Gypsum) | | 20 | | 25 | | 26 | | 72 | | 23 | | | | 21 | |
| %(SΛ wt.) (Gypsum) | | 6.11 | | 7.04 | | 8.11 | | 8.2 | | 9.11 | | | | 9.39 | |
| Sample | Method | Gypsum | Paper | Gypsum | Paper | Gypsum | Paper | Gypsum | Paper | Gypsum | Paper | Gypsum | Paper | Gypsum | Paper |
| Target Analytes (Units) | | mg/kg | mg/kg | mg/kg | mg/kg | mg/kg | mg/kg | mg/kg | mg/kg | mg/kg | mg/kg | mg/kg | mg/kg | mg/kg | mg/kg |

NA - Not Analyzed or Not reported due to sample size
J - Value estimated
H - Values estimated high
ND - not detected

P1.1804-0037

Table 1 Target Components Analysis Results

Table 2 XRD & XRF Analysis Results

| REAC Sample Number | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| | | | | XRD Analysis (%wt) | | | | |
| $Ca(SO_4)(H_2O_2)$ (Gypsum) | 90.8(5) | 74.7(6) | 76.9(4) | 82.6(4) | 78.7(4) | 90.0(4) | 94.3(4) | 96.1(5) |
| $CaCO_3$ (Calcite) | | 6.0(1) | 3.9(1) | 5.4(1) | 10.3(1) | 4.5(1) | 0.9(1) | 0.3(1) |
| $CaMg(CO_3)_2$ (Dolomite) | | 12.2(2) | 12.8(1) | 5.2(1) | 5.0(2) | | 0.8(1) | 0.3(1) |
| $SiO_2$ (Quartz) | 2.4(1) | 1.3(1) | 0.8(1) | 0.5(1) | 1.0(1) | 0.5(1) | 0.9(1) | 0.9(1) |
| $CaSO_4$ (Anhydrite) | 2.6(1) | 0.9(1) | 1.0(1) | 0.6(1) | 0.6(1) | 0.5(1) | 0.2(1) | 0.4(1) |
| $Ca(SO_4)(H_2O)_{0.5}$ (Bassanite) | 4.2(1) | 4.5(1) | 2.8(1) | 4.0(1) | 2.2(1) | 4.4(1) | 2.9(1) | 2.3(1) |
| $K(Al,Fe)(Al,Si_3O_{10})(OH)_2$ (Muscovite) | | 0.5(1) | 1.7(1) | 1.8(1) | 2.2(1) | | | |

Note: The number in parentheses is the estimated standard deviation. For example, 74.7(6) represents 74.7 ± 0.5%

| REAC Sample Number | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| | | | | XRF Analysis (mg/kg) | | | | |
| Strontium (Sr) | 1200 | 3100 | 3700 | 2300 | 3700 | 670 | 550 | 510 |
| Calcium (Ca) | 230000 | 240000 | 240000 | 240000 | 240000 | 230000 | 230000 | 220000 |
| Iron (Fe) | 1200 | 1600 | 1300 | 1100 | 1600 | 360 | 510 | 1700 |

P1.1804-0039

Table 2 XRD & XRF Analysis Results

| REAC Sample Number | XRD Analysis (%wt) | | | | | | |
|---|---|---|---|---|---|---|---|
| | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| $Ca(SO_4)(H_2O)_2$ (Gypsum) | 87.2(4) | 93.5(4) | 96.6(4) | 91.7(6) | 85.6(6) | 91.1(6) | 92.9(5) |
| $CaCO_3$ (Calcite) | | 2.0(1) | | 1.3(1) | 0.3(1) | | |
| $CaMg(CO_3)_2$ (Dolomite) | 0.7(1) | | | | | | |
| $SiO_{2(Quartz)}$ | | 0.3(1) | | 0.2(1) | 5.3(1) | 2.1(1) | 2.5(1) |
| $CaSO_4$ (Anhydrite) | 1.8(1) | 0.3(1) | 0.3(1) | 1.0(1) | 2.7(1) | 2.2(1) | 0.4(1) |
| $Ca(SO_4)(H_2O)_{0.5}$ (Bassanite) | 10.3(1) | 4.0(1) | 3.0(1) | 4.2(1) | 6.1(1) | 4.6(1) | 3.4(1) |
| $K(Al,Fe)(Al,Si_3O_{10})(OH)_2$(Muscovite) | | | | 1.5(1) | | | 0.9(1) |

Note: The number in parentheses is the e    Note: The number in parentheses is the estimated standard deviation. For example, 87.2(4) represents 87.2 ± 0.4%

| REAC Sample Number | XRF Analysis (mg/kg) | | | | | | |
|---|---|---|---|---|---|---|---|
| | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| Strontium (Sr) | 140 | 150 | 110 | 790 | 600 | 2500 | 250 |
| Calcium ( Ca) | 500 | 240000 | 230000 | 230000 | 200000 | 210000 | 210000 |
| Iron (Fe) | 230000 | 570 | 380 | 200 | 2100 | 850 | 1400 |

P1.1804-0040

Table 3 SVOC Tentatively Identified Compounds Analysis Results

| Tentatively Identified Compounds | Retention Time | Opium µg/L | Peer µg/L | Opium µg/L | Peer µg/L | Opium µg/L | Peer µg/L | Opium µg/L | Peer µg/L | Opium µg/L | Peer µg/L | Opium µg/L | Peer µg/L | Opium µg/L | Peer µg/L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-Hexene | 4.634 - 4.639 | | | | | | | | | | | | | | |
| Decane isomer | 5.011 - 12.995 | | | | 1289 | | | | 1170 | | | | | | |
| 2-Methoxy acid | 6.294 | | | 427 | | | | | | | | | 96 | | |
| 1-Heptene | 7.253 - 7.339 | | | | | | | | | | | | | | |
| 1-Hexene | 7.438 | | | | | | | | | | | | | | |
| 2-Furanmethanol, acid | 8.425 | 204 | | | | | | | | | | | | | |
| Acetophenone | 8.469 - 8.539 | | | | | | | | | | | | | | |
| 1-Octadecene | 6.568 - 8.646 | | | | | | | | | | | | | | |
| 1-Octadecene ? Acid isomeric | 8.621 | | | | | | | | | | | | | | |
| ... | 10.573 | | | 1639 | | | | | | | | | | | |
| 2-Cyclopenten-1(2)-2-of acid | 10.686 | 270 | | | | | | | | | | | | | |
| 2-Furanbutanaldehyde, 5-(hydroxymethyl)- | 10.976 | | | | | | | | | | | | | | |
| Octanol | 10.998 | | | | | | | | | | | | | | |
| Cyclononane | 11.031 | | | | | | | | | | | | | | |
| Cyclooctane | 11.077 | | | | | | | | | | | | | | |
| Decane, 1-chloro- | 11.087 | | | | | | | | | | | | | | |
| 1-Decene | 11.113 - 11.395 | | | | | | | | | | | | | | |
| 1-Nonene | 11.302 | | | | | | | | | | | | | | |
| 1-Decene | 11.353 | | | | | | | | | | | | | | |
| 2-Propanol, 1-(methoxy-oxy)- | 11.455 | | | | | | | | 608 | | | | | | |
| Unknown | 11.608-02.191 | 208 | 127.90 | 5438 | 19400 | 8261 | 4726 | 126.70 | 11520 | 1104 | 6096 | 1252 | 14330 | 1395 | 2671 |
| Ethylhexylalcohol ? | 12.145 | | | | | | | 1270 | | | | | | | |
| Vanillin | 11.816-02.777 | | -2589 | -2342 | 5152 | 2940 | 622 | -3913 | 3500 | 533 | 2250 | 624 | 4260 | | 2960 |
| 1-Octanol | 13.234 - 13.243 | 1270 | -3210 | -1690 | | 3320 | | -1245 | | -1245 | | | | | |
| 1-Octadecene | 14.111-14.176 | 623 | | | 2620 | | | | | | | | | | |
| Hexadecane | 15.300 | | | | | | 747 | | | | | | | | |
| 1-Tetradecanamine, N,N-dimethyl | 15.545 | | | | | | 3079 | | | | | | | | |
| Morpholin, 4-octyl | 15.562 - 16.494 | 1804 | | 9270 | 17070 | | | | | | | | | | |
| Nonyl phenol isomer | 15.855 | | | | | | | | | | | | | | |
| Tetradecane | 16.114 | | | 1140 | 8970 | | | | | | | | 249 | | |
| 2-Propanal, 3-(4-hydroxy-3-methoxyphenyl)- | 16.139 | | | | | | | | | | | | | | |
| Unknown | 16.172-16.172 | | 910 | 941 | | 364 | | | 787 | | | | | | 641 |
| Molecular Sulfur Unknown | 16.544 | | 447 | | | | | | | | | | | | |
| Decane glycol monoacetyl ether | 16.551 | | | | | | 820 | | | | | | | | 2.495 |
| Unknown alkane | 16.623-30.7148 | 1725 | | 895 | 33770 | 16260 | 7002 | 5071 | 17726 | 2654 | 5999 | 2749 | 16500 | 1308 | 6630 |
| Unknown isomer | 17.201-27.31 | | | 900 | | 335 | | | 743 | | | | | | 727 |
| Unknown phthalate | 16.742 | | | | | 1140 | | | | | | | | | |
| Diptane compound | 16.850 | | | | | | | | | | | | | | |
| Unknown ester | 17.230-17.905 | | 9260 | 5090 | 11000 | | | | 4820 | | 5900 | | 3680 | | 2310 |
| 1-Cyclohexen-1-carboxylic acid 4,4,5,6-dimethyl | 17.414 | 1730 | | | | | | | | | | | | | |
| Hexadecane acid, methyl ester | 17.645 | | | | | | | | | | | | | | |
| Hexadecanoic acid C18:0 | 16.960 - 20.034 | | | | | | 990 | | | | 1620 | | 2950 | 322 | 5900 |
| Hexadecanoic Acid | 19.013 | | | | | | | | | | | 375 | | | |
| n-Octadecane C21H44 | 19.223-19.375 | 340 | 3180 | 672 | 3410 | 543 | | 6950 | 5010 | 651 | 3670 | 648 | 5310 | 479 | |
| n-Octadecane C25H48 | 20.320-20.599 | | | | | | 209 | | | 1010 | | 887 | | | 727 |
| 2(4H)-Furanone, dihydro-5-tetradecyl | 20.622 | | | | | | | | | | | | 1230 | | 894 |
| 2-Furanone, dihydro-5-tetradecyl | 20.733-20.782 | 716 | 5930 | 1090 | 11000 | 965 | 1040 | 5820 | 6660 | 1396 | 5740 | 1070 | 9990 | 746 | 8840 |
| n-Pentadecane C29H60 | 21.639 | 830 | 5620 | 1110 | 5990 | 1340 | 2409 | 12100 | 6950 | 2052 | 2336 | 2090 | 17700 | 302 | 52600 |
| n-Heptadecane C26H54 | 21.735-21.999 | | | | | | 265 | | | | | | 1700 | | |
| Diethylene glycol dibenzoate | 21.739-21.87 | | | | | | | | | | | | | | |
| Unknown acid | 21.852-21.554 | 269 | 5930 | | 6550 | | 255 | 7950 | 10200 | 408 | 10200 | 217 | 11500 | | 11900 |
| n-Tridecane C31H64 | 22.383-22.555 | 865 | 6520 | 1040 | 9510 | 1210 | 2219 | 13400 | 13400 | 2460 | 12200 | 2450 | 19500 | 1601 | 11300 |
| Unknown dehydroabietic acid, methyl ester | 22.776-22.782 | | | | | | | | | 412 | | | | | |

P1.1804-0041

Table 3 SVOC Tentatively Identified Compounds Analysis Results

| SVOC Compounds | | 1 | | 2 | | 3 | | 4 | | 5 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Tentatively Identified Compound | RT min | Gypsum µg/L | Paper µg/L | Gypsum µg/L | Paper µg/L | Gypsum µg/L | Paper µg/L | Gypsum µg/L | Paper µg/L | Gypsum µg/L | Paper µg/L |
| PAH Isomer C19H12 | 22.886-23.07 | 1050 | 7870 | 1200 | 8970 | 10900 | 14000 | 2400 | 6300 | 1440 | 13700 |
| n-Heptadecane C27H56 | 23.077-23.17 | | | | | | | | | 20200 | |
| Benzenethiazene, dimethyl isomer | 23.427 | | | | | | | 485 | | 312 | |
| Stanae (Chlorohexyl isomer) | 23.258 | | | | | | | | 6150 | | |
| Unknown Silane Compound | 23.436-23.748 | 2060 | 4650 | | *100 | | | 292 | | | |
| Unknown siloxane (C9H24O4x) | 23.566 | | | | | | | | | | |
| n-Octadecane C24H45 | 23.595-23.767 | 1010 | 6270 | 1100 | 6650 | 6380 | 5720 | 1720 | 4760 | 1050 | 6370 |
| Organic Acid (Unknown) | 23.81 | 206 | | | | | | | | 746 | |
| PAH Isomer C23H16 | 23.852-23.894 | | | | | | | | | 769 | |
| Cyclohexasiloxane | 23.863 | | | | | | | | | | |
| Unknown silane PAH isomer | 24.119 | 696 | 5730 | 886 | 5705 | 5690 | 5550 | 1230 | 4700 | 991 | 6740 |
| n-Nonadecane C25H42 | 24.190-24.385 | | | 298 | | | | 1100 | | 1300 | |
| Unknown sulfur compound Petroleum | 24.556 | 310 | | | | | | | | | |
| Unknown paraffin alkane | 24.654 | | | | | | | | | | |
| Squalene (Isomer) | 24.745 | | | | 3750 | | | | | 618 | |
| PAH Isomer C29H12 Unknown alkane | 24.798 | | | 1170 | | 160 | | | | 757 | |
| Dioxane (Isomer) | 24.789-24.79 | | | | | 2660 | 5470 | | 5690 | | 4800 |
| n-Heneicosane C21H44 | 25.049-25.704 | | | 4250 | | | | | | 1130 | |
| Hopane isomer | 25.39-25.115 | 774 | | 943 | | 493 | | 534 | | 422 | |
| Eicosane Sulfate isomer | 30.182-27.61 | | | | 4570 | 25200 | 4880 | 1088 | 6110 | 900 | 3350 |
| n-Pentacosane C25H58 | 26.376-26.634 | | | | | | | 777 | | 620 | 720 |
| Tetrapropasilacrane | 27.274-27.489 | | | | | | | | 5500 | | |
| n-Tetracontane C30H44 | 27.343-27.557 | | | | | | | | | | |
| Alkane Unknown | 30.202-30.202 | | 2530 | | | | | | | | 4880 |
| Squalene | 30.558 | | | | | | | | | | |
| Unknown Organic Acid Alkane | 32.144 | | | | | | | | | | 2450 |
| Unknown Natural Petroleum silane | 32.120 | | | | | | | | | 2320 | |

Table 3 SVOC Tentatively Identified Compound Analysis Results

| SOC Compound Tentatively Identified Compound | Retention Time | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Cygnum ug/L | Zhen ug/L | Cygnum ug/L | Paer ug/L | Cygnum ug/L | Paer ug/L | Cygnum ug/L | Paer ug/L | Cygnum ug/L | Cygnum ug/L | Cygnum ug/L | Paer ug/L | Cygnum ug/L | Paer ug/L |
| 1-Hexanol | 4.639 - 4.638 | | | | | | | | | | | | | | | |
| Decamethyl... | 5.075 - 7.226 | | | | | | | | | | | | | | | |
| 2-Pentanol acid | 6.375 | | | | | | | | | | | | | | | |
| Aniline | 7.313 - 7.339 | 2810 | | | | | | | | 1270 | | 2040 | | | 722 | |
| 1-Hexane | 7.438 | | | | | | | | | | | | | | | |
| 2-Furancarboxaldehyde | 8.445 | | | | | | | | | | | | | | | |
| 2-Cyclopentanone | 8.462 - 8.697 | | 604 | | | | 1160 | | | | | | | | | 1760 |
| 1-Hexanol | 8.556 - 8.696 | | | | | 94 | | | | 242 | | | | | | |
| 1-Octamethylcyclotetrasiloxane | 8.607 | | 169 | | | | | | | | | | | | | |
| 3-Furancarboxaldehyde, 5-methyl | 10.673 | | | | | | | | | | | | | | | |
| 2-Furancarboxaldehyde, 5-(hydroxymethyl)- | 10.745 | | | | | | | | | 145 | | | | | | 1690 |
| Quinoline | 10.888 | | | | | | | | | | | | | | | |
| Benzothiazole | 10.955 | | | | | | | 129 | | | | | | | 746 | |
| Cyclohexane | 10.977 | | | | | | | 96 | | | | | | | | |
| Decane, 1-chloro- | 11.087 | | | | | | | | | | | | | | | |
| Unknown | 11.145 - 11.396 | | | | | | | | | 1240 | | | 450 | | | |
| Tridecane | 11.302 | | | | | | | 376 | | 437893 | | 44250 | 1075 | 20650 | | |
| Decane, 1-(ethenyloxy)- | 11.492 | | | | | 650 | 27810 | | 1740 | | | | | | | |
| Unknown | 11.606-12.191 | 2208 | 1291 | | 9775 | | | | 40270 | | 4900 | 916 | 6170 | | |
| 4-Ethylbenzaldehyde | | | | | 2700 | 4020 | | 5150 | | | | | | | | 2840 |
| Vanillin | 12.522-12.77 | 4440 | | | | | | | | | | | | | | |
| 1-Dodecanol | 13.358-13.43 | | | | | | | | | | | | | | | |
| 1-Dodecanethiol | 14.111-14.776 | | | | | | | | | | | | | | | |
| Phenanthrene | 15.802 | | | | | | | | | | 4040 | | | 4270 | | |
| 1-Tetradecanol, 1-(1-chloroethyl) | 15.825 | 262 | 631 | 7690 | 5670 | | 7090 | 290 | 6790 | 292 | | 95 | | | 5300 | |
| n-Hexadecanoic acid | 15.82-18.494 | 1.543 | | | | | | | | | | | | | | |
| Nonylphenol isomer | 15.896 | | | | | | | | | | | | | | | |
| Tetradecane | 16.114 | | | | | | | | | | | | | | | |
| 2-Propenal, 3-(4-hydroxy-3-methoxyphenyl)- | 16.133 | | | | | | | | | | | | | | | |
| Unknown alcohol | 17.26-17.177 | | | | | 197 | | | | 246 | | | | | | |
| Hexadecane C16H34 | 16.54 | | | | | | | | | | | | | | | |
| Diethylene glycol monododecyl ether | 16.654 | 330 | | | | | | | 248 | | | | | | | |
| 3-Hexadecen-1-ol acetate | 16.654-17.16 | 2245 | 662 | 9600 | 16960 | | | 774 | 8900 | 411 | 11960 | 916 | 16790 | | |
| Octadecane | 17.185-22.231 | 929 | | | | 112 | | | | | | | | | | |
| Unknown, propose... | 17.299 | | | | | | | | | | | 316 | | | | |
| 1-Hexadecanamine, N,N-dimethyl- | 17.33-17.466 | | | | | | | | | | | | | | | |
| n-Tridecane C13H28 | 17.414 | | | | | | | | | | | | | | | |
| Hexadecanoic acid, methyl ester | 17.635 | | | | | | | | | | | | | | | |
| Octadecane C19H40 | 17.769-17.959 | | | | | | | | | | | | | | | |
| n-Hexadecanoic acid | 18.252-18.242 | | | | | | | | | | | | | | | |
| n-Tridecane C21H30 | 18.259 | | | | | | | | | | | | | | | |
| Oxirane compound | 18.342-18.847 | | | 2330 | | | | | | | | | | | | |
| 1-Heptadecane | 18.557 | | | | | | | | | | | | | | | |
| Unknown ester | 18.598 | | | | | | | | 1240 | | | | | | 85 | |
| 1-Cyclohexene-1-carboxylic acid, 4-(1,5-dimethyl) | 18.642-19.094 | | 163 | | | | | | 279 | | | | | 609 | | 6945 |
| n-Heptadecane C23H44 | 18.647 | | | | | | | | | | | | | | | |
| 5,11,12-Hexadecatrienoic acid, methyl ester | 19.075 | | | | | 4750 | | 4450 | | 4950 | | | | | | |
| Unknown | 19.075-19.275 | | 384 | 3130 | 2600 | 67 | 9800 | 428 | 5240 | 184 | 5810 | 135 | 22200 | | |
| Pentadecanoic acid, methyl ester | 19.173-21.695 | 316 | 692 | 4590 | 7250 | 243 | 3150 | 789 | 2920 | 593 | 7860 | 908 | | | 2400 |
| Octadecane C18H38 | 19.259 | 779 | | | | | | 4070 | | | | | | 5450 | | |
| Oxirane | 19.343 | 305 | | | | | | | | | | | | | | |
| 9-Octadecenoic acid (Z) | 19.384 | | | | | | | | | | | | | | | |
| 9-Octadecenoic acid (Z)- | 19.374-19.39 | | 492 | 1230 | 13300 | 515 | 9800 | 1440 | 5240 | 1193 | 40100 | 609 | | | 9370 |
| Octadecane | 19.772-19.842 | | | | | | | | | | | | | | | |
| Unknown Acid | 19.615 | | | | | | | | | | | | | | | |
| Docosanoic acid, C20 ester | 19.847-19.94 | 1230 | 1550 | 5140 | 27100 | 869 | 12500 | 1320 | 5260 | 5730 | 17800 | | 22200 | | |
| n-Docosane C22H46 | 20.735-20.975 | 1650 | | | 16400 | | 16000 | | 13600 | | | 139 | 29500 | | |
| n-Hexadecane C23H48 | 20.740-20.938 | 8640 | 3840 | 11200 | | 293 | | 763 | | 245 | 57400 | 170 | | | |
| 22b-H-Hopane, ethyl 9,5-tetrahydro | 20.746-20.904 | 8600 | 692 | | | | | | | | | | | | |
| Glycerin | 20.732-20.972 | | | | | | | 4070 | | | | | | | | |
| n-Tetradecane C24H50 | 21.066-21.295 | 3940 | 1930 | 5140 | 13500 | 905 | 9800 | | | | | | | | |
| 9-Octadecenoic acid (Z)- | 21.570 | | | | | | | | | | | | | | | |
| Dimethyl(3-phenyl-2-propenyl)oxime | 21.736-71.906 | | | | | | | | | | | | | | | |
| n-Pentadecane C25H52 | 21.792-21.899 | | 295 | 16000 | | | 16000 | 787 | 15300 | 245 | | | 29500 | | |
| Diethylene glycol dibenzoate dibenzene | 21.974-21.974 | 11100 | 1480 | 16500 | 34000 | 1790 | | 1600 | 4920 | 4610 | 13500 | 945 | 20650 | | |
| n-Hexadecane C26H54 | 22.363-22.551 | 1760 | | | | | | 300 | | | | | | | | |
| Hexamethyl hydrosulfite acid, methyl ester | 22.776-22.792 | | | | | | | | | | | | | | | |

Table 3 SVOC Tentatively Identified Compound Analysis Results

| Relative Retention Compounds | Retention Time | Ocean ug/L | Pier ug/L | Ocean ug/L | Pier ug/L | Ocean ug/L | Pier ug/L | Ocean ug/L | Pier ug/L | Ocean ug/L | Pier ug/L | Ocean ug/L | Pier ug/L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PAH isomer C10H14 | 22.996-23.07 | 1910 | 15200 | 1250 | 20200 | 1590 | 47500 | 18000 | 1430 | 16200 | 1330 | 21400 | 795 | 34900 |
| n-Heptadecane C17H36 | 23.007-23.17 | | | | | | | | | | | | | |
| benzopropane Propane-dimethyl isomer | 23.627 | | | | | | | | | | | | | |
| Pentane isomer | 23.658 | | | | | | | | | | | | | |
| Styrene (Octadecane) isomer | 23.405-23.144 | | | 169 | | 206 | | | 200 | | | | | |
| Unknown isomer (C7H6O4) | 23.590 | | | | | | | | | | | | | |
| n-Octadecane C18H38 | 23.426-23.767 | 961 | 6500 | 655 | 6590 | 673 | 13500 | 9770 | 1060 | 9750 | 871 | 10760 | 632 | 13000 |
| Organo Acid Unknown | 23.81 | | | | | | | | | | | | | |
| PAH isomer C20H16 | 23.852-23.94 | | | | | | | 1250 | | | | | | |
| C4-C6 Alkene | 23.867 | | | | | | | | | | | | | |
| | 24.119 | | | | | | | | | | | | | |
| Unknown silane-PAH isomer | 24.192-24.365 | 935 | 6010 | 535 | 6960 | 595 | 13500 | 10000 | 791 | 12500 | 518 | 11600 | 399 | 2500 |
| Unknown sulfide compound-PAH Unknown | 24.408 | | | | | | | | | | | | | |
| | 24.554 | | | | | | | | | | | | | |
| Decane (dodecyl) | 24.742 | | | | | | | | | | | | | |
| | 24.096 | | | | | | | | | | | | | |
| PAH isomer C20H12/Naticus alkane | 24.863-24.08 | | | | | | | | | | | | | |
| Thiophene orthoalkyl | 25.064-25.764 | | | | | | | | | | | | | |
| n-Heneicosane C21H44 | 25.89-26.119 | | 5630 | | 5630 | | 10600 | 6240 | | 3400 | | 10100 | | 9360 |
| Pentanic isomer | 26.184-27.61 | | | 3030 | | 257 | | | 852 | | 676 | | 1250 | |
| n-Octanoctane C37H76 | 26.676-26.609 | | 4360 | | 4490 | | 8490 | 7910 | | 8190 | | 7240 | | 8940 |
| N-Tetracosan-propanone | 27.274-27.485 | | | | 592 | | 1600 | 1240 | | 1800 | | 1700 | | |
| n-Tricosane C23H48 | 27.349-27.557 | | | | | | | | | 3600 | | | | |
| | 27.597 | | | | 145 | | | | | | | | | |
| Branching Sulfate isomer/propyl/merosan | 30.042-30.092 | | 5600 | | | | | | | | | | | |
| Alkyphen | 30.326 | | | | | | | | | | | | | |
| Sigmacid isomer | 32.144 | | | | | | | | | | | | | |
| Sigmacid 4-en-3-one | 32.144 | | | | | | | | | | | | | |
| Unknown Organic Acid Alkene | | | | | | | | | | | | | | |
| Unknown aromatic branch-unknown alkane | | | | | | | | | | | | | | |

P1.1804-0044

TABLE 4 VOCs Tentatively Identify Compound Analysis Results



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
ENVIRONMENTAL RESPONSE TEAM
Edison, NJ   Cincinnati, OH – Las Vegas, NV – Research Triangle Park, NC

August 27, 2009

**MEMORANDUM**

SUBJECT:   Drywall Investigations: Additional Five Drywall Sample Analysis Summary Results

FROM:   Raj Singhvi, Chemist
Drywall Investigation Technical Manager
Environmental Response Team

TO:   Arnold E. Layne, Director
Drywall Investigation Program Manager
Technology Innovation and Field Services Division
Office of Superfund Remediation and Technology Innovation

## 1.0   INTRODUCTION

A total of five drywall samples from Florida, Louisiana, and Virginia were analyzed for various parameters. The purpose of this study was to obtain additional information on the composition of the drywall and confirm the presence or absence of two organic compounds detected in the previous drywall gypsum sample study (May 7, 2009). Parameters were chosen based on: (1) residential odor complaints from the homeowners to the States; (2) available methods to obtain information about the chemical composition and the structure of the material; and (3) available field methods that may be useful in identifying whether imported drywall was used during the construction of homes.

EPA/ERT extracted three painted drywall samples from two homes in Florida and one in Louisiana during the preliminary visit to those States in preparation for conducting air testing efforts. The three drywall samples were imported from China. Samples of the paint used on the drywall were also collected from the same two homes in Florida and the home in Louisiana. In addition one imported drywall sample was collected by EPA/ERT from a warehouse in New Orleans and one drywall sample was received from a warehouse in Virginia. The results from the analysis of these drywall samples will assist EPA in preparing drywall investigation protocols for the U.S. Consumer Product Safety Commission (CPSC) and various States.

## 2.0   SAMPLE PREPARATION

Three painted imported drywall samples were prepared for analysis as follows: First, the thin layer of paint was scraped off of the three imported drywall samples for metals and semivolatile organic compound (SVOC) analyses. For all five drywall samples (three painted and two unpainted), the top and bottom layers of paper were then separated from the solid material (gypsum) and placed into separate glass jars. The paper portion of the drywall samples was analyzed for metals and SVOCs. The gypsum portion of drywall samples was analyzed for metals, SVOCs, volatile organic compounds (VOCs), total acid soluble sulfides, total organic carbon (TOC), sulfate, elemental sulfur, pH, and loss on ignition (LOI). The liquid paint samples were analyzed for strontium and SVOCs, including the

tentatively identified compounds of interest (i.e., propanoic acid, 2-methyl-, 2, 2-dimethyl-1-(2-hydroxy-1-methylethyl) propyl ester, and propanoic acid, 2-methyl-, 3-hydroxy-2,4,4-trimethylpentyl ester.

## 3.0   ANALYTICAL RESULTS

### 3.1   Strontium and Elemental Sulfur

The analysis shows the presence of elemental sulfur and strontium in four out of five imported drywall samples (gypsum portions) ranging from 71.4 parts per million (ppm) to 419 ppm, and from 3,030 ppm to 4,110 ppm, respectively. No elemental sulfur was detected in the gypsum sample from the New Orleans warehouse, but strontium was detected at a concentration of 401 ppm, approximately 10 times less than that found in the other gypsum samples. Elemental sulfur was also detected in the paper portion of the four imported drywall samples ranging from 41.7 ppm to 454 ppm. The presence of elemental sulfur in the paper could be attributed to the sulfur leaching out of the gypsum, or it may have been added in some form of sulfur compound during the manufacturing process.

### 3.2   Organic Compounds of Primary Interest

Analytical results show the presence of two organic compounds in the three paint samples collected from the two homes in Florida and the home in Louisiana, and from the painted gypsum portion of the drywall samples. The two compounds tentatively identified by the mass spectrometry library search were propanoic acid, 2-methyl-, 2,2-dimethyl-1-(2-hydroxy-1-methylethyl) propyl ester (CAS # 74367-33-2) at estimated concentrations ranging from 1.78 to 10.6 ppm, and propanoic acid, 2-methyl-, 3-hydroxy-2,4,4-trimethylpentyl ester (CAS # 74367-34-3) at estimated concentrations ranging from 2.04 to 10.7 ppm in the gypsum samples. These compounds were also detected in the paper portion of the drywall sample collected from the Louisiana home. These two compounds were detected in the liquid paint samples collected from the two homes in Florida and the home in Louisiana at a much higher concentration than that found in the gypsum portion of the drywall (see Table 1). The results of the investigation show that these two compounds are components of the paint and not necessarily from the gypsum portion of the drywall sample. The presence of these two compounds in the gypsum portion is attributed to diffusion from the paint to the gypsum core.

### 3.3   Reduced Sulfur Off-Gases from Gypsum-Headspace Analysis

The five gypsum core (without paper or paint) samples were qualitatively analyzed for sulfur compounds using a recently acquired gas chromatograph equipped with a sulfur chemiluminescence detector (GC/SCD) using a headspace technique. The experiments were performed to determine the presence of sulfur containing compounds in the drywall gypsum samples under dry and wet conditions. Due to the limited amount of sample, available paper and paint from the drywall were not included in these experiments. Five grams of each gypsum sample were sealed in 40-milliliter (mL) VOA vials for two days to simulate dry conditions; the headspace in each 40-mL vial was analyzed for sulfur gases using GC/SCD. Hydrogen sulfide, carbonyl sulfide and carbon disulfide were detected in the headspace in four drywall samples collected from the Florida and Louisiana homes, and a Virginia warehouse. Low levels of carbonyl sulfide and carbon disulfide were detected for a drywall sample collected from a warehouse in New Orleans. Next, 15-20 mL of water was added to each of the 40-mL vials to submerge each sample. These samples were placed in a room for two days to simulate wet conditions. After two days, the headspaces in these vials were analyzed. An increase in the carbonyl sulfide and carbon disulfide concentrations was noted, whereas hydrogen sulfide concentrations decreased upon the addition of water to the drywall gypsum samples. Hydrogen sulfide has a greater solubility in water than carbonyl sulfide and carbon disulfide; water solutions of hydrogen sulfide are

2

not stable, adsorbed oxygen causes the formation of elemental sulfur. Additional work is necessary to better characterize and understand the relationship of the headspace vapor concentrations of hydrogen sulfide, carbonyl sulfide, and carbon disulfide under dry and wet conditions.

### 3.4    Analytical Results Summary

The results of these experiments showed that elemental sulfur and strontium were found in the gypsum core of many of the drywall samples. Two organic compounds were attributable to the paint on the drywall. Hydrogen sulfide, carbonyl sulfide and carbon disulfide were produced from the gypsum core under dry conditions; the carbonyl sulfide and carbon disulfide concentrations increased dramatically when the gypsum core was submerged in water. Conversely, hydrogen sulfide was detected at higher concentration from dry samples of the gypsum core.

A summary of the analytical results for the five drywall samples (gypsum, paper and paint chip portions) and the liquid paint samples is presented in Table 1. The qualitative XRD and XRF results for the gypsum portion of the drywall samples are presented in Table 2. Tentatively identified compounds detected by a GC/MS library search for the SVOC and VOC fractions are presented with estimated concentrations in Tables 3 and 4 for the drywall (gypsum, paper and paint chips) samples, and the liquid paint samples. A summary of qualitative headspace reduced sulfur compound off-gases results is presented in Table 5.

### 4.0    RELATED WORK IN PROGRESS

ERT is now analyzing 15 drywall samples (imported and domestic) received from the U.S. CPSC on July 8 and 20, 2009. A recommended procedure for identifying imported drywall in the field will be developed based on all the drywall composition analyses that ERT has performed.

If there are any questions, please call me at 732-321-6761.

Attachments
Table 1.  Target Compound Analysis Results of Imported Drywall
Table 2.  XRD & XRF Analysis Results of Imported Drywall
Table 3.  SVOC Tentatively Identified Compounds (mg/kg)
Table 4.  VOC Tentatively Identified Compounds (mg/kg)
Table 5.  Headspace Screening Results for Reduced Sulfur Compounds in Gypsum by GC/SCD (ppbv)


cc:    Barnes Johnson, OSRTI
Jeff Heimerman, OSRTI/TIFSD
Dave Wright, ERT
Harry Compton, ERT

3

P1.1804-0048

Table 1 Target Compounds Analysis Results of Imported Drywall

| Table 2. XRD & XRF Analysis Results of Imported Drywall (Gypsum) | | | | | |
|---|---|---|---|---|---|
| XRD Quantitative Phase Analysis (Wt %) | | | | | |
| Sample Location | 193 FL | 233 FL | 701 LA | Warehouse, VA | Warehouse, LA |
| Ca(SO$_4$)(H2O)$_2$ (Gypsum) | 77.5 (6) | 80.7(6) | 81.6(6) | 77.2(7) | 89.4(6) |
| CaCO3 (Calcite) | 5.2(1) | 6.2(1) | 7.4(1) | 4.7(1) | 0.2(1) |
| CaMg(CO$_3$)$_2$ (Dolomite) | 12.5(2) | 6.1(1) | 3.7(2) | 11.9(2) | 0.6(1) |
| SiO$_2$ (Quartz) | 1.1(1) | 0.9(1) | 1.2(1) | 0.7(1) | 2.9(1) |
| CaSO$_4$ (Anhydrite) | 0.3(1) | 2.0(1) | 1.5(1) | 1.6(1) | 2.2(1) |
| Ca(SO$_4$)(H2O)$_{0.5}$ (Bassanite) | 2.5(1) | 2.9(1) | 2.9(1) | 2.0(1) | 3.0(1) |
| K(Al,Fe)(Al,Si)$_3$O$_{10}$)(OH)$_2$ (Muscovite) | 0.9(1) | 1.2(2) | 1.7(1) | 1.9(1) | 1.7(1) |

Note: The number in parentheses is the estimated standard deviation. For example, 77.5(6) represents 77.5 ± 0.6%

Note: Samples were analyzed by sub-contract laboratory

| XRF Analysis ( mg/kg) | | | | | |
|---|---|---|---|---|---|
| Sample Location | 193 FL | 233 FL | 701 LA | Warehouse, VA | Warehouse, LA |
| Strontium (Sr) | 3200 | 2500 | 2750 | 3600 | 340 |
| Calcium ( Ca) | 240000 | 240000 | 245000 | 240000 | 220000 |
| Iron (Fe) | 1400 | 1200 | 785 | 1500 | 935 |

# Table 3. SVOC Tentatively Identified Compounds (mg/kg)

| RT | Tentatively Identified Compounds | 189 FL Gypsum | 189 FL Paper | 189 FL Paint Chips | 189 FL Paint | 233 FL Gypsum | 233 FL Paper | 233 FL Paint Chips | 233 FL Paint | 701 LA Gypsum | 701 LA Paper | 701 LA Paint Chips | 701 LA Paint | Warehouse VA Gypsum | Warehouse VA Paper | Warehouse LA Gypsum | Warehouse LA Paper |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.2 | Propane (Gas) | | | | 6.92 | | | | 2.62 | | | | 1.00 | | | | |
| 3.4 | Unknown | | | | | | | | | | | | | | | | |
| 3.5 | C5 Organic Acid | 3.72 | | | | | | | | | | | | | | | |
| 3.5 | Ethylene Glycol | 0.497 | | | 9680 | | | 0.420 | 1.39 | | | | | | | | |
| 3.5 | 2-Methylpropanoic Acid | | | | 144 | | | | | | | | | | | | |
| 4.6 | Unknown | | | | 140 | | | | 1.42 | | | | | | | | |
| 5.1 | C6 Organic Acid/ester | | | | | | | | | | | | | | | | |
| 5.2 | Unknown disulfide compound | 0.503 | 2.51 | 0.620 | | | | | | | 0.509 | | | | | | |
| 5.2 | Unknown | | | | | | | | | | | | | | | 0.0496 | |
| 5.3 | 2-Furancarboxaldehyde | | | | | | | | | | 0.409 | | | | | | |
| 5.5 | Unknown | | | | | | | | | | | | | | | | |
| 5.8 | Diethylene glycol | | | | | | | | | | 5.740 | | | | | | |
| 6.2 | Styrene | | | 2.02 | | | | | | | | | | 0.600 | | | |
| 6.8 | Unknown di-sulfur compounds | 0.617 | | | | | | | | | | | | | | | |
| 6.8 | Dimethyl Sulfide | 0.377 | | | 5.97 | 313 | | | | | 7.54 | | | | | | |
| 7.2 | Diethylene Glycol | | 4.03 | | 5.97 | 2.12 | | | | 1.18 | | | | | | | |
| 7.2 | C6 Alcohol | | | 0.561 | | 0.555 | | | | 0.638 | | | | | | | |
| 7.3 | C7 Aldehyde/Unknown | | | | | | | | | | | | | | | | |
| 7.4 | C6 Organic Acid/Unknown | 0.607 | | | | | | | | | 1.67 | | | | | 0.660 | 0.763 |
| 7.4 | C6 Organic Acid | | | | | 0.648 | | | | | | | | | 2.59 | | 1.12 |
| 7.6 | Alanine | | | | | | | | | | | | | | | | |
| 7.7 | Aldo-benzoic isomer C8H12 | | | | | | | | | | | | 5.407 | | | | |
| 7.7 | Ethanol, 2-(2-ethoxyethoxy)- | | | | | | | | | 0.999 | 1.49 | | | | | 2.550 | 3.05 |
| 8.1 | Terpinol, 2,4,4-trimethyl- | | | | | | | 1.16 | 1.95 | | | | 2.567 | | | | 1.15 |
| 9.1 | Ethyl hexadecanoate | 0.27 | | 0.813 | | | | | | | | | | | | | |
| 8.2 | Unknown di-sulfur compound | | | | | | | | | 0.638 | | | .85 | | | | |
| 9.4 | Tripropylene glycol monomethyl ether (C10H22O4 isomer) | | | | | 0.420 | | | | | | | | | | | |
| 8.2 | Unknown | | | | | | | | | 0.325 | | | | 0.326 | | 0.0850 | |
| 8.2 | C9 Organic Acid | 0.292 | | 0.919 | | | | 0.670 | | | | | | | | | |
| 8.4 | 2-Furancarboxylic acid | | | | | 0.496 | | | | | | | | 0.674 | | | |
| 8.4 | 1-Propanol, 2,2-oxybis- | | 1.27 | | | | | | | | | | | | | | |
| 8.7 | C8 Alkene | | 1.64 | | | | | | | | | | | | | | |
| 8.7 | C7 Organic Acid | | | 1.15 | | | | | 5.41 | | | | 0.349 | | | 0.0476 | |
| 8.7 | Unknown | | | | | 0.261 | | | | | | | | | | | |
| 9.8 | Acetophenone | | | 0.541 | | 0.549 0.509 | | 1.13 | | | | | | | | | |
| 8.8 | Acetophenone/Unknown | | 2.00 | | | | | | | | | | | | | | |
| 8.9 | o-Toluene | 0.195 | | | | | | | | | | | | | | | |
| 8.9 | 2,5-Furandicarbonylic acid | | | | | 1.33 1.90 | | | | | | | | | | | |
| 9.0 | Unknown | | | | | | | | | | | | | | | | |
| 9.6 | Unknown di-sulfur compound | | | | 1343 | 2.15 | | | | | | 4.19 | | | | 0.0267 | |
| 9.6 | C8 Organic Acid/ketone | | 1.87 | | | | | | | | 7.43 | | 1.46 | | | | |
| 9.6 | Unknown | 2.35 | 7.02 | | | 0.377 | | | | 0.505 | | | | | | | |
| 9.8 | Dimethyl trisulfide | | | | 1170 | | | 0.241 | | | | | | | 0.215 | | 2.22 |
| 10.0 | C9 Organic Acid/ester | 0.185 | | | | | | | | | | | | | | | |
| 10.0 | 2-Propene-1-Y-ol, 2,4,7-trimethyl | | | | | 0.459 | | | | | | | | | | | |
| 10.0 | Phthalic anhydride/Unknown | | | | | 1.83 | | | | | | | | | | | |
| 10.3 | 2-Cyclohexen-12 | | | | | 1.92 | | | | | | | | | | | |
| 10.3 | Unknown, C 2-Cyclohexenone (?) | | | | | 0.377 | | | | | | | | | | | |
| 9.6 | C9 Organic Acid/ketone | | 5.81 | | | | | | | | | | | | | | |
| 10.7 | Indole, Methyl Ester, Carboxaldehyde | | | | | 0.624 | | | | 2.04 | 2.98 | | | | | | |
| 10.5 | Unknown | 0.246 | | | | | | | | | | | | | | | |
| 11.0 | Benzofuranol/Unknown | | | | | | | | | | | | | | | | |
| 11.0 | 2,2-methylenebis(6-(2-propenoxy) isomer) | 0.767 | | | 62.8 | 0.589 | | | | | | | | | | 0.900 | |

## Table 3. SVOC Tentatively Identified Compounds (mg/kg)

| Sample Location | | 193 FL | | | | 233 FL | | | | 701 LA | | | | Warehouse, VA | | Warehouse, LA | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RT | Matrix / Tentatively Identified Compounds | Gypsum | Paper | Paint | Paint Chips | Gypsum | Paper | Paint | Paint Chips | Gypsum | Paper | Paint Chips | Paint | Gypsum | Paper | Gypsum | Paper |
| 12.1 | 1-Eicosanol | 0.103 | | | | | | | | | | | | 0.217 | | | |
| 12.4 | 4-Hydroxy-2-propenoic | | | | | | 0.386 | | | | | | | | 0.782 | | |
| 12.5 | Propanoic acid, 2-methyl-, 2,2-dimethyl-1-(2-hydroxy-1-methylethyl)propyl ester | 1.74 | | 1969 | 3.86 | | 0.962 | 3000 | | 16.6 | 4.77 | | 9600 | | | | 3.49 |
| 12.8 | Propanoic acid, 2-methyl-, 3-hydroxy-2,4,4-trimethylpentyl ester | 2.04 | | 2500 | 4.24 | | | 4160 | | 10.7 | 9.93 | | 9600 | 0.446 | | | |
| 12.8 | Unknown | | | | | | | | 0.380 | | | | | | | | |
| 13.0 | Phenol | 0.265 | 2.78 | | 0.549 | | 0.835 | | 0.653 | 10.44 | 2.37 | | | | 6.54 | 0.117 | |
| 13.0 | Unknown | | | | | | | | | | | | | | 0.047 | | |
| 13.3 | 1,4-Methanoazulene, decahydro-4,8,8-trimethyl-9-methylene- | | | | | | | | | | 2.64 | | | 7.32 | 4.51 | | 7.97 |
| 19.6 | Unknown | | | 42.0 | | | | | | | | | | | | | |
| 13.6 | Dodecanol | | | | | | | | | | | | | | | | |
| 13.7 | C12 Alcohol | | | | | | | | | | | 5.20 | | | | 0.304 | |
| 13.8 | C12 Chlorination Alkane | 2.61 | 9.86 | | | | | | 50.6 | 0.240 | | | | | | | 2.74 |
| 14.6 | 2,6-Di-tert-butyl-4-hydroxy-4-methyl-2,5-cyclohexadien-1-one | 0.696 | 1.37 | 91.4 | | | | | 0.252 | | | 0.962 | | 2.42 | 4.16 | | |
| 14.8 | 1-Dodecanethiol | | | | | | | 57.2 | | | | | | | | | |
| 14.9 | Unknown | | | | | | | | | | | | | | | | |
| 14.9 | Unknown Organic Acid | | | 37.6 | 0.748 | | | | 0.780 | | | | | 0.740 | | | |
| 15.0 | C12 Organic Acid | | | | | | | | | | | | | | | | |
| 15.0 | Hydroxy methoxy phenyl ketone | | | | | | | | | 0.713 | | | | | | | |
| 15.1 | Unknown | | | | 1.16 | | | | | | 7.02 | | | | | | |
| 15.1 | Phenol, 4-octyl- | | | | | | | 0.425 | | | 2.94 | | | | 0.841 | | |
| 15.4 | Ceranic Acid | | | | 0.709 | | | | | | | 1.31 | | | | | |
| 15.4 | Unknown | | | | | | | 0.571 | | 1.93 | 3.44 | | | | | | |
| 16.4 | Unknown | 0.304 | | | | | | | | | | | | | | | 0.795 |
| 16.4 | 2-Tetradecene Cyclotetradecane | | | | 0.729 | | | 0.423 | | 0.796 | | | | | | | |
| 16.4 | C14 Organic Acid / oleic acid / propyl ester isomer | | 1.75 | | | | | | | | | | | 1.04 | 2.81 | | |
| 16.4 | C14 Di Unknown | | | | | | | | | | | | | | | 0.546 | |
| 16.4 | Tetradecanethiol | | | | | | | | | | | | | | | | |
| 16.8 | Alkane Unknown | | | | | | | | | | | | | | | | |
| 16.7 | Bis Ethenyl Ether | | | | | | | 0.300 | | 0.940 | | | | 0.166 | | | |
| 16.8 | Nonylphenol amide, N-t-dg. | | | | | | | 0.692 | | | | | | | | | |
| 16.0 | C20 Alkane | | | | | | | | | | | | | | | | |
| 16.7 | Benzyl benzoate | | | | 0.617 | | | 0.330 | | 1.62 | | | | | | | |
| 16.9 | Tyre PCP | | | | 1.96 | | | 0.980 | | | | | | | | | |
| 17.1 | Unknown | | | | 2.22 | | | | | | | | | | | | |
| 17.1 | Unknown | | | | | | | 0.590 | | | | | | | | | |
| 17.1 | Unknown | 0.196 | | | 1.60 | | | 2.23 | | 0.574 | | | | | | | |
| 17.4 | C16 Organic Acid / palmitic acid / butyl decyl ether | 0.738 | 14.6 | | 0.865 | | 0.459 | 0.450 | | 1.36 | 12.6 | | | 0.720 | 13.6 | 0.0036 | 1.96 |
| 17.6 | 1,2-Benzenedicarboxylic acid, butyl decyl ether | | | | | | 3.90 | 0.500 | | | | | | | 1.31 | 1.95 | 16.0 |
| 17.8 | Unknown | | | | 2.40 | | | 0.850 | | | | 0.931 | | | | | |
| 19.2 | C18 Organic Acid | | | 190 | | | | 1.95 | | 1.29 | 0.67 | 7.10 | | 0.361 | | | |
| 18.6 | Unknown | | 1.74 | | | | 0.601 | | | | | | | | 1.75 | 0.0545 | 9.06 |
| 16.9 | Octadecanoic Acid | | | | 0.937 | | 4.36 | 0.980 | | | | 16.2 | | | | 0.249 | |
| 19.1 | Unknown | | | | 5.17 | | | | | | | | | | | | 9.93 |
| 19.4 | Unknown | | | | | | | | | | | | | | | | |
| 19.3 | Unknown Alkane | | 6.72 | | | | | 0.449 | | 1.14 | 2.14 | | | 9.10 | 9.10 | 0.199 | |
| 19.6 | Alkyl package | | | | 0.767 | | | | | | | | | | | | |
| 19.7 | Phenol, 4-(octadecyl)- | | | | 1.21 | | | | | | | | | | | | |
| 19.8 | Bis (2-ethylhexyl) maleate | | | | | | | | | | | | | | | | |
| 19.9 | Unknown | | | | 0.657 | | | 0.980 | 328 | | | | | | | | |
| 20.1 | Unknown | | | | | | | | | | | | | | | | |
| 20.1 | Unknown | | | | | | | | | | | | | | | 0.0979 | |
| 20.0 | Unknown Alkane | | | | | | | | | | | | | | | | |

**Table 3. SVOC Tentatively Identified Compounds (mg/kg)**

| RT | Tentatively Identified Compounds | 163 FL Gypsum | 163 FL Paper | 163 FL Paint Chips | 163 FL Paint | 235 FL Gypsum | 235 FL Paper | 235 FL Paint Chips | 235 FL Paint | 701 LA Gypsum | 701 LA Paper | 701 LA Paint Chips | 701 LA Paint | Warehouse VA Gypsum | Warehouse VA Paper | Winehouse LA Gypsum | Winehouse LA Paper |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20.1 | C22 Alkane | | | | | 0.319 | 1.97 | | | | 2.78 | | | | 2.934 | | 0.640 |
| 20.8 | Unknown Alkane | | | | | | | | | | | | | | | 0.233 | 2.16 |
| 20.7 | C23 Alkane | | | | | | | | | | | | | | | | |
| 20.8 | C22 Alkane | 0.315 | | | | | | | | | | | | | | | |
| 20.8 | Unknown | | | | | | | | | | | | | | | | |
| 20.5 | Unknown | | | | | | | | 1.60 | | | | | | | | |
| 20.6 | Fumaric Acid, iso-Butyl hexyl ester | | | | | | | 1.63 | | | | | | | | | |
| 20.6 | Unknown Alkane | | 2.13 | | | 0.247 | 2.71 | | 1.47 | | 5.31 | | | 0.534 | 2.45 | | |
| 20.6 | Unknown Alkane | | | | | 0.935 | | | | | | | | | 0.795 | | |
| 21.0 | Unknown Alkane | | | | | | | | | | | | | | | | |
| 21.0 | Unknown Alkane | | | | | 0.242 | | | | | | | | | | | |
| 21.3 | Unknown | | | | | | | 0.410 | | | | | 2.27 | | | | |
| 21.3 | Butyl octyl phthalate | 0.333 | 3.99 | 0.673 | | 1.49 | 4.23 | 1.11 | 2.53 | 3.36 | | | | 0.859 | 5.26 | 5.16 | 5.16 |
| 21.5 | Unknown Alkane | | | 1.14 | | | | | | 3.62 | | | | | | | |
| 21.8 | Phosphonic acid, (2-ethylhexoxy)propenoxy) ester | | | | | | | 0.450 | | | | | | | | | 7.0 |
| 21.8 | C24 Alkane | | | | | | | | | | | | | | | | |
| 21.9 | Unknown | 0.575 | | | | 0.252 | | | | | | | 1.05 | | 0.260 | | |
| 22.1 | Unknown Alkane | | | | | 1.98 | | | | | | | | | | | |
| 22.2 | 4-Phenyl Tridecane | | | | | | 9.18 | 1.75 | 17.4 | 59.0 | | | | | 8.15 | | |
| 22.2 | 4-Phenyl Undecane | | 6.80 | | | 0.967 | | | 16.8 | 59.7 | | | | | | 0.173 | |
| 22.2 | Unknown | | | | | | | 29.4 | | | | | | | | | |
| 22.3 | Unknown Alkane | | 5.45 | | | 0.290 | 19.9 | 63.2 | 2.94 | 5.71 | | | 7.70 | | | | 4.55 |
| 22.4 | Unknown Alkane | | | | | | | | | | | | | | | | |
| 22.3 | Diethylene glycol dibenzoate | | | | | 1.74 | 6.51 | | 2.88 | | | 121 | | 0.871 | 6.61 | 0.603 | 5.02 |
| 22.4 | Unknown | 0.455 | 4.69 | 1.66 | | 0.367 | | | | 15.8 | | | | | | | |
| 22.8 | Unknown Alkane | | | | | | | | | | | | | 19 | 7.88 | 0.578 | 7.0 |
| 23.2 | Unknown Alkane | | | | | 1.30 | 8.41 | | 3.12 | 2.8 | | | | 0.206 | | 0.663 | |
| 23.3 | Unknown | 0.636 | 6.52 | 2.36 | | | | | | | | | | 0.566 | 3.81 | 0.451 | 4.41 |
| 23.4 | Unknown Alkane | 0.367 | 7.09 | | | 1.09 | 4.06 | | 1.98 | 5.43 | | | | 0.678 | 3.01 | 3.259 | 2.44 |
| 23.6 | Unknown Alkane | 0.640 | 4.63 | | | 1.08 | 4.48 | | 1.15 | 6.18 | | | | 0.082 | | | |
| 24.0 | Unknown Alkane | | | | | | | | | | | | | | | | |
| 24.7 | Unknown | 0.250 | | | | | | 2.64 | | | | | | | | | |
| 25.2 | Unknown Alkane | 0.408 | 5.65 | | | 0.592 | 5.09 | | 0.456 | 6.40 | | | 5.73 | 0.853 | 5.70 | 0.747 | 4.23 |
| 25.2 | Unknown Alkane | | | | | | | | | 5.05 | | | | 0.409 | | | |
| 24.2 | Unknown Alkane | | | | | | | | | | | | | | | | |
| 25.8 | C28 Alkane | | | | | | | | | | | | 4.16 | 0.0655 | | | |
| 25.8 | Unknown | 0.367 | 4.26 | | | 0.221 | 4.74 | | 0.208 | | | | 0.273 | | | 0.225 | 3.73 |
| 25.8 | Unknown Alkane | | | | | | | | | | | | | | | | |
| 27.2 | Resorcin Bis(o-fenic sulfan) | | | | | | | | | | | | | 0.211 | | | |
| 24.0 | Unknown Alkane | | | | | | | | | | | | | | | | |
| 28.0 | Unknown | 0.169 | | | | | | | | | | | | | | | |
| 25.1 | Benzophenone | | 4.20 | | | | 4.23 | | | 4.06 | | | 3.74 | | 1.06 | | |
| 26.1 | Unknown Alkane | | 3.26 | | | | 3.20 | | | 3.01 | | | 2.06 | | 3.36 | | |
| 29.4 | Unknown Alkane | | | | | | | | | | | | | | | 2.70 | |
| 29.9 | Unknown Alkane | | 1.02 | | | | 1.70 | | | 1.80 | | | | | | | |
| 32.8 | Unknown Organic Acid ester | | | | | | | | | | | | | | | | |
| 30.3 | Unknown Alkane | | | | | | | | | | | | | | | 2.43 | |
| 30.1 | C31 Alkane | | 1.93 | | | | | | | | | | | | | | |
| 33.5 | Unknown | | 3.53 | | | | | | | | | | | | | | |
| | Total TIC Concentration mg/kg | 18.0 | 128 | 49.8 | 12700 | 32.8 | 127 | 304 | 86.4 | 225 | | 1620 | 15.1 | 122 | 7.28 | 1.19 | |
| | Total SVOC mg/kg | 1.84 | 5.92 | 8.44 | NA | 1.43 | 6.51 | 157 | 2.50 | 2.80 | NA | 16.6 | 0.453 | 4.40 | 0.344 | 3.69 | |
| | Total mg/kg | 22 | 134 | 58 | 12700 | 34 | 133 | 317 | 89 | 6910 | 1660 | 20 | 126 | 8 | 122 | |

P1.1804-0053

Table 4. VOC Tentatively Identified Compounds (mg/kg)

| RT | Tentatively Identified Compounds | 183-FL Gypsum | 183-FL Paint | 255-FL Gypsum | 255-FL Paint | Jeil LA Gypsum | Jeil LA Paint | Warehouse, VA Gypsum | Warehouse, LA Gypsum |
|---|---|---|---|---|---|---|---|---|---|
| | Matrix | | | | | | | | |
| 4.8 | Propanoic acid | | | | | | 4.04 | | |
| 5.7 | 2-Propanol, 2-methyl- | | | | 1.43 | | 4.67 | | |
| 7.7 | Propanal, 2-methyl- | | 1.07 | | | | | | |
| 10.4 | Pentanal TIC | | 0.0488 | | | | | | |
| 10.4 | 2-Pentanone 4,4-dimethyl | | 0.0083 | | 0.0507 | 0.00357 | | | |
| 12.8 | 2-Pentanone 4,4-dimethyl | | 0.0628 | | | | 0.0266 | | |
| 12.8 | 2H-Pyran-2(3H)-dimethyl,tetrahydro- | | | | | | | | |
| 13.7 | Hexanal | | | 0.0664 | 0.0664 | 0.00464 | 0.0266 | 0.00215 | 0.00396 |
| 13.3 | Acetic acid, butyl ester | | | | | | 0.0247 | | |
| 14 | (2) Ketone (4-octanone) | | 0.0285 | | | | 0.0344 | | |
| 14.3 | Pentane, 2-propyl-4-trimethylsilyl | | 0.0314 | | | | | | |
| 14.6 | ethylhexenol | | | | 0.25 | | 0.062 | | |
| 14.8 | Butoxyethanol | | 0.25 | | 0.0104 | | 0.0211 | | |
| 15.5 | Propanoic acid, butyl ester | | 0.0378/15 | | | | 0.246 | | |
| 16 | Undecane | 0.0437 | | | | | | 0.0159 | |
| 17.1 | Ethyl Methyl benzene isomer | | | 0.00519 | | 0.00919 | | | |
| 17.2 | Butanoic acid butyl ester isomer | | | 0.00524 | | 0.00619 | 0.1319 | 0.00205 | |
| 17.6 | Ethyl Methyl benzene isomer | | | 0.00044 | | 0.00704 | 0.0159 | | |
| 17.7 | Benzaldehyde | | | | | | | | |
| 17.7 | Unknown | | 0.00284 | | | | | 0.00909 | 0.00174 |
| 17.6 | Ethyl Methyl benzene isomer | | | | | | | | |
| 17.8 | Octanal | | | | | 0.00425 | | | |
| 17.7 | Butanoic acid butyl ester isomer | | | 0.00242 | | | 0.0367 | | |
| 19.1 | Unknown alkene | | | 0.00025 | | 0.00245 | | | |
| 16.1 | 1-Hexanol, 2-ethyl- | | 0.129 | | 1.14 | | | 0.00498 | |
| 18.2 | C10 Methylcycloalkane | | | | | 0.00595 | | | |
| 18.4 | Unknown | | | | | | | 0.00291 | |
| 16.6 | Butanoic acid, butyl ester | | | 0.00647 | | 0.00647 | 0.0284 | | |
| 19 | C6 alcohol | | | | | | | | 0.0043 |
| 20.1 | Unknown | | | | | | | 0.0065 | 0.00349 |
| 22.3 | Unknown aldehyde | | | | | | | 0.00278 | |
| 23.3 | Unknown | | | | | | | 0.00219 | 0.00101 |
| 23.4 | Unknown | | | | | | | | |
| 24.5 | Unknown | | | 0.00134 | | 0.00134 | | 0.00221 | |
| 25.5 | Propanoic acid, 2-methyl-, 2-... | | 0.0069 | | 0.2916 | | 0.6697 | | 0.00253 |
| 29.1 | Propanoic acid, 2-methyl-, 3-hydroxy-2,4,4-trimethylpentyl ester | | 0.0092 | | 0.126 | | 0.0284 | | 0.0 |
| 26.9 | Unknown | | | | | | | | |
| | Total VOC Concentration (mg/kg) | 21.9 | 21.6 | 0.242 | 4.56 | 0.242 | 45.7 | 0.185 | 0.0286 |
| | Total VOC TIC Concentration (mg/kg) | 0.0437 | 1.54 | 0.0688 | 3.21 | 0.0688 | 9.87 | 0.0435 | 0.0286 |
| | Total mg/kg | 21.9 | 23.3 | 0.311 | 7.77 | 0.311 | 55.5 | 0.228 | 0.0286 |

| Table 5. Headspace Screening Results for Reduced Sulfur Compounds in Gypsum by GC/SCD (PPBV) | | | | | | | | | | | | |
| Sample Location | Method Blank | | 193 FL | | 233 FL | | 701 LA | | Warehouse, VA | | Warehouse, LA | |
| Target Analytes | Dry | Wet | Dry | Wet | Dry | Wet | Dry | Wet | Dry | Wet | Dry | Wet |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hydrogen Sulfide | <2.0 | <2.0 | 130 | 76 | 72 | 4.3 | 45 | 6.9 | 130 | 35 | <2.0 | 2.8 |
| Carbonyl Sulfide | <2.0 | <2.0 | 270 | 640E | 130 | 700E | 160 | 1100E | 270 | 2100 E | 9.5 | 29 |
| Methyl Mercaptan | <2.0 | <2.0 | <2.0 | <2.0 | <2.0 | <2.0 | <2.0 | <2.0 | <2.0 | <2.0 | <2.0 | <2.0 |
| Ethyl Mercaptan | <2.0 | <2.0 | <2.0 | 7.0 | <2.0 | 3.8 | <2.0 | <2.0 | 7.1 | 7.1 | <2.0 | <2.0 |
| Dimethyl Sulfide | <2.0 | <2.0 | <2.0 | <2.0 | <2.0 | 3.6 | <2.0 | <2.0 | <2.0 | <2.0 | <2.0 | <2.0 |
| Carbon Disulfide | <2.0 | <2.0 | 72 | 400E | 50 | 420E | 63 | 570E | 81 | 1100E | 8.2 | 24 |
| Isopropyl Mercaptan | <2.0 | <2.0 | 8.9 | 44 | 7.8 | 15 | <2.0 | 18 | 7.7 | 36 | <2.0 | 3.1 |
| t-Butyl Mercaptan | <2.0 | <2.0 | <2.0 | 4.3 | <2.0 | <2.0 | <2.0 | <2.0 | <2.0 | 6.7 | <2.0 | <2.0 |
| n-Propyl Mercaptan | <2.0 | <2.0 | <2.0 | 3.7 | <2.0 | <2.0 | <2.0 | <2.0 | <2.0 | <2.0 | <2.0 | <2.0 |
| Ethyl Methyl Sulfide | <2.0 | <2.0 | <2.0 | <2.0 | <2.0 | <2.0 | <2.0 | <2.0 | <2.0 | <2.0 | <2.0 | <2.0 |
| Thiophene/2-Methyl-Propanethiol | <4.0 | <4.0 | <4.0 | 25 | <4.0 | 7.4 | <4.0 | 7.2 | 11 | 17 | <4.0 | <4.0 |
| Methyl Isopropyl Sulfide | <2.0 | <2.0 | <2.0 | <2.0 | <2.0 | <2.0 | <2.0 | <2.0 | <2.0 | <2.0 | <2.0 | <2.0 |
| 1-Methyl-Propanethiol | <2.0 | <2.0 | <2.0 | <2.0 | <2.0 | <2.0 | <2.0 | <2.0 | <2.0 | <2.0 | <2.0 | <2.0 |
| n-Butyl Mercaptan | <2.0 | <2.0 | <2.0 | <2.0 | <2.0 | <2.0 | <2.0 | <2.0 | <2.0 | <2.0 | <2.0 | <2.0 |

E: estimated, above calibration range

Tab B

P1.1804-0056

DRAFT*

# CPSC Staff Preliminary Evaluation
# of Drywall Chamber Test Results

**Michael Babich, Ph.D., Mary Ann Danello, Ph.D.,**

**Kristina Hatlelid, Ph.D., M.P.H. Sandra Inkster, Ph.D.,**

**Joanna Matheson, Ph.D., Lori Saltzman, M.S., and Treye Thomas, Ph.D.**

October 2009

*Due to the interrelated nature of these investigations, these technical reports are being released in draft until the final results from further studies are available for interpretation. These studies are staff level documents and have not yet been reviewed or approved by the agencies participating in this investigatory effort.

P1.1804-0057

## Executive Summary

CPSC staff contracted with Lawrence Berkeley National Laboratory (LBL) for measurement of chemical emissions from samples of drywall products obtained as part of the investigation of imported (Chinese) drywall.

The purpose of this preliminary evaluation was to evaluate chemical emissions from Chinese drywall and from drywall from others sources (in this report, non-Chinese drywall is referred to as North American or NA), the possible differences in chemical emissions between the two sources of drywall products, and the possible chemical exposures in homes that contain either of these two sources of drywall.

The Lawrence Berkeley National Laboratory (LBL) data contained measures for a number of compounds presented in four chemical/chemical subgroups, including: total volatile organic compounds (TVOCs), total volatile sulfur compounds (TVSCs), formaldehyde, and acetaldehyde.

No discernible differences in chemical emissions were noted between drywall products from China and from other sources, except for total volatile sulfur compounds (TVSCs). Mean TVSC emission rates were 12.1 $\mu g/m^2/hr$ and 0.5 $\mu g/m^2/hr$ for Chinese and NA drywall, respectively. Emissions of total volatile organic compounds (TVOCs)—ranging from about 6.1 $\mu g/m^2/hr$ to 119.6 $\mu g/m^2/hr$—and for formaldehyde—ranging from 4.6 $\mu g/m^2/hr$ to 15.88 $\mu g/m^2/hr$—were not dissimilar from other studies of chemical emissions from drywall. Mean emission rates for TVOCs were 29.5 $\mu g/m^2/hr$ (Chinese) and 36.6 $\mu g/m^2/hr$ (NA), and 6.1 $\mu g/m^2/hr$ (Chinese) and 8.3 $\mu g/m^2/hr$ (NA) for formaldehyde. The results reported by LBL are consistent with TVOC and formaldehyde emission rates for drywall observed in the other studies.

The staff used the reported emission factors in a computer model to estimate the concentrations of the chemicals in the indoor air of a home that might result from the presence of the product. Because of the preliminary status of the data, a simple one-zone model was used. The model accounted for factors, such as air exchange rate and room volume, that impact the concentrations of chemicals in the indoor air. The model did not include sink effects; *i.e.*, the effects of various conditions and contents of a room through which chemicals may be removed from the air due to adsorption or absorption onto articles in the room, such as furniture and carpeting. The lack of sink effects in the model likely results in estimates that are conservative and higher than what would be encountered in an actual occupied home environment that would typically include sinks.

The mean concentrations in indoor air for the four chemical classes were calculated for NA and Chinese drywall. The largest apparent difference between the two sources of drywall product is seen in the emission factors and estimated residential indoor air concentration for TVSCs. The estimated concentrations of these compounds for the Chinese drywall (mean 96.7 $\mu g/m^3$; standard deviation 135.1 $\mu g/m^3$) were considerably higher than the concentrations of TVSCs estimated for the NA drywall (mean 4.3 $\mu g/m^3$; standard deviation 3.3 $\mu g/m^3$). Of note is that the first five Chinese drywall samples examined in the LBL chamber study were found, in a separate laboratory study, to have high levels of elemental sulfur, relative to North American drywall samples (see statistical analysis of elemental analysis report by Garland and Greene, 2009).

Furthermore, the samples with the highest levels of elemental sulfur in that study correspond to the samples designated as C1, C3, and C4 in the current preliminary drywall emissions evaluation.

On the other hand, the mean estimated air concentrations of acetaldehyde and formaldehyde (6.7 $\mu g/m^3$ and 66.5 $\mu g/m^3$, respectively) were somewhat higher for the NA drywall samples than the estimates for Chinese drywall (4.0 $\mu g/m^3$ and 49 $\mu g/m^3$). Similarly, the concentrations of TVOCs were higher for the NA drywall (mean 292 $\mu g/m^3$) compared to the Chinese samples (mean 236 $\mu g/m^3$).

This preliminary evaluation does not take into account all the expected complexity of an exposure assessment. For example, certain factors that might be expected to significantly influence the assessment, such as modeling sink effects, were not included. Further, this work has not quantified all possible chemicals of interest, and staff has not taken into account other factors that could result in higher or lower estimates of indoor air concentrations. As with any model-based exposure assessment, there are numerous assumptions, limitations, and sources of uncertainty that should be explored further. Thus, this evaluation will be followed by a more comprehensive exposure study once additional data become available.

While, the data provided by LBL to date are limited, and the sample size is small, these data provide important information about chemicals that may be emitted from Chinese drywall products that are not also released from NA drywall. Based on these preliminary results, the most salient difference between Chinese and NA drywall is in the number and amount of volatile sulfur compounds emitted.

The data and analysis presented here are preliminary results from an ongoing study of drywall emissions. It was not possible to do an exposure and risk assessment on discreet chemical compounds. As specific chemical characterization data become available from the chamber testing, a more comprehensive assessment will be carried out.

2

P1.1804-0059

## I. Background

CPSC has received nearly 1900 consumer complaints reporting corrosion/accelerated aging of metal components in both new and recently renovated homes. A spectrum of health effects have been reported by residents including recurrent headaches, irritated and itchy eyes and skin, difficulty in breathing, persistent cough, runny noses, sinus infections and congestion, sore throats, frequent nosebleeds, and asthma attacks. Frequently, complaints note that affected homes have an offensive or unpleasant odor. Drywall imported from China has been implicated as the probable underlying cause of reported problems, but it should be noted that other home materials and furnishings have not been ruled out as primary or contributing causes.

In an effort to address increasing consumer concerns about imported drywall, CPSC staff has undertaken a multi-track test program to evaluate the possible relationship between drywall and the health symptoms reported by affected homeowners. The specific elements of this test program include laboratory elemental characterization, chamber studies of domestic and imported drywall emissions, and in-home air sampling.

This report is a preliminary evaluation of data from the drywall chamber testing. CPSC staff contracted with Lawrence Berkley National Laboratory (LBL) to conduct chamber testing of drywall samples. The purpose of the laboratory chamber tests is to separate and isolate the drywall's chemical emissions from those of other products that can be found in the home (e.g., wood products, carpets, cleaners, paint, adhesives, and beauty products) so that a determination may be made as to what gases are emitted from each drywall sample. It is important to be able to understand whether reported health-related symptoms might be related to the drywall, to other environmental factors or contaminants in the home, and/or other home materials and furnishings, or to combinations or interactions between any of these factors.

## II. Methodology

The objective of the LBL small chamber emission testing is to measure chemical-specific emissions from drywall in a controlled, laboratory system in order to develop quantitative data that will enable CPSC technical staff to model the exposure and perform a health evaluation. The measured emission factors are presented in a way that is sufficient for estimating exposure concentrations related to the amount of a drywall in the dwelling.

### A. Drywall Samples

CPSC staff provided thirty samples of drywall to LBL for testing—17 from Chinese sources and 13 from other sources[1]. The drywall samples were collected by CPSC staff directly from warehouses, suppliers, and manufacturers. The samples were not obtained from individual homes, and were not painted, coated, or otherwise modified.

---

[1] In this report, non-Chinese drywall is referred to as North American or NA.

3

B. Chamber methods

This preliminary evaluation is based on 17 samples (5 Chinese, 12 North American). The chamber testing is being conducted in two phases. This report is solely on preliminary Phase I results.

The Phase I studies (see Appendix A for details) are comprised of chamber setup (including construction of 6-liter stainless steel pre-conditioning chambers and design of internal components of the 10.5-liter stainless steel emission chamber to allow for free suspension of the drywall samples), and quick throughput running of the supplied drywall samples. The Phase I studies were designed to:

- screen drywall samples in controlled chambers to identify the chemicals (primarily reactive sulfur gases and volatile sulfur chemicals [VSCs] but also the major volatile organic compounds [VOCs] and other irritant gases) that may be emitted from drywall; and
- quantify emission factors relative to the surface area of the material for the chemicals identified in the emission stream.

The results of the studies will be used to calculate and report steady-state indoor concentrations for the identified chemicals based on typical home ventilation and the amount of drywall in a home.

LBL measured emissions from 6-inch square samples of drywall prepared from samples provided by CPSC. Emissions were measured in 10.5 L chambers with a ventilation rate of 0.5 to 1.0 L/minute. Drywall samples were exposed on both sides. Emission testing was performed at relatively high humidity (up to 80% relative humidity) and temperature (about 100 °F). These conditions enhance emissions and improve sensitivity in the preliminary stages of the study.

Emission rates are presented as micrograms emitted per total sample area per hour ($\mu g/m^2/h$). LBL reported emission rates of total volatile organic compounds (TVOCs) (as toluene equivalents[2]), total volatile sulfur compounds (TVSCs) (as sulfur equivalents[3]), formaldehyde, and acetaldehyde. TVSCs include organic sulfur compounds. Data on TVOCs and TVSCs were available on the five Chinese samples and five of the 12 North American samples. Emissions were measured chromatographically by parallel mass spectrometry and dual plasma sulfur chemiluminescence; carbonyls were analyzed by high performance liquid chromatography. Future work will include low molecular weight sulfur compounds such as sulfur dioxide, hydrogen sulfide, and carbonyl sulfide.

---

[2] VOCs were quantified as toluene equivalent mass; *i.e.*, a single calibration curve was prepared using toluene to relate the mass spectrometer response (peak area) for a given chemical in the chromatogram to the mass of the chemical injected in the analysis.
[3] VSCs were quantified using the response from the sulfur chemiluminescence detector. The detector responds only to the mass of sulfur, not the mass of individual chemicals. Therefore, the calibration response factor is prepared using an arbitrary sulfur containing chemical, and the single response factor is generally relevant to all other sulfur containing chemicals. The calibration response factor is reported as mass of sulfur per instrument response (peak area).

4

P1.1804-0061

## C. Indoor Air Modeling

Indoor concentrations of pollutants were estimated with a single-zone mass-balance model:

$$C = (E/a)*(S/V) \qquad (1)$$

where: C, concentration, $\mu g/m^3$; E, emission rate, $\mu g/m^2/h$; a, air exchange rate, air changes per hour, or $h^{-1}$; S/V, surface-to-volume ratio, $m^2/m^3$.

Emission rates were measured in a small chamber by LBL. The air exchange rate[4], or air changes per hour (ACH), is a key determinant of indoor air concentrations of pollutants. Preliminary information shows that the average air exchange rate for affected homes is about $0.15\ h^{-1}$; that is, 15% of the indoor air is effectively replaced every hour by natural ventilation. This low air exchange rate is consistent with new construction and the use of air conditioning, given that most of the reportedly affected homes are in a warm, humid climate (Koontz and Rector, 1993; Murray and Burmaster, 1995). S/V is the ratio of the drywall surface area to the house volume. S/V was estimated from a national survey of the U.S. housing stock (Persily et al., 2006). S/V was calculated from floor plans for selected small (DH-A(2)), medium (DH-B(2)), and large (DH-C(1)) homes (Table 1). Drywall was assumed to cover all internal walls and ceilings. Openings for doors and windows were ignored. S/V was approximately $1.6\ m^2/m^3$ for the small home and $1.2\ m^2/m^3$ for medium and large homes. Based on preliminary information, the average floor area of the affected homes is about 3,000 $ft^2$. Therefore, S/V was assumed to be $1.2\ m^2/m^3$, based on DH-C(1).

**Table 1.** Surface-to-Volume Ratios of Selected Homes

| Home [a] | Floor Area (ft²) | Floor Area (m²) | Volume (m³) | Drywall Area [b] (m²) | S/V (m²/m³) |
|---|---|---|---|---|---|
| DH-A(2) | 1152 | 107 | 261 | 410 | 1.6 |
| DH-B(2) | 1942 | 180 | 440 | 545 | 1.2 |
| DH-C(1) | 2966 | 276 | 672 | 832 | 1.2 |

[a] Persily et al., 2006.
[b] Assumes all interior walls and ceilings are covered with drywall.

## D. Summaries of Toxicity Information on Chemicals of Interest

CPSC staff developed summaries of readily available toxicity information on the chemical compounds of potential health concern found in this early Phase I testing. The toxicity summaries emphasize intermediate and chronic inhalation toxicity which is most relevant to the likely exposure scenarios for affected residents. Due to significant time constraints, staff did not review primary scientific studies cited by authoritative sources as the basis of specific regulated or recommended guideline exposure levels of concern.

---

[4] The air exchange rate is the rate at which outside air replaces indoor air in a given space.

5

P1.1804-0062

Most information reported in the results section below has been extracted from authoritative sources including the various datasets that comprise the National Library of Medicine's TOXNET dataset, such as the Hazardous Substances Data Bank (HSDB). Attention is focused primarily on regulatory and guideline levels relevant to low to moderate exposure levels over longer time frames.

## III. Results

### A. Phase I Chamber Data (for 17 Samples)

Emission rates measured by LBL are summarized in Appendix C, Table C-1. Emission rates for individual volatile organic compounds (VOCs), except for formaldehyde and acetaldehyde, are not yet available. However, as many as 60 individual compounds were present. Preliminary identification of major VOCs present in drywall emissions includes alkanes, aldehydes, siloxanes, and phenols. Terpenes, enols, chloroalkanes, perfluoroalkanes, and disulfides were occasionally seen. The volatile sulfur compounds included in the reported TVSC emission rate include organic sulfur compounds; individual volatile sulfur compounds have not yet been identified. The emission rates for acetaldehyde were adjusted by subtracting the values for sample blanks, because the blank values were relatively high in comparison to the experimental levels for this compound. Other emission rates are as reported by LBL; the blanks (not shown) were either low or zero.

In general, the emission rates from Chinese and North American drywall samples for TVOCs, formaldehyde, and acetaldehyde appear to be roughly similar (Figure C-1, panels A-F). The most notable difference is in the emission of TVSCs. Both the number of compounds detected and the emission rates are generally greater in the Chinese samples (Figure C-1, panels C and D). Samples C3 and C4 had the greatest TVSC emission rates. In a separate study of some of the same samples described here (Garland and Greene, 2009), nearly all of the Chinese drywall samples tested had elevated levels of elemental sulfur, as compared to North American samples. Samples C1, C3, and C4 had the highest levels of elemental sulfur.[5] However, the preliminary nature of the data and the limited sample size preclude statistical analysis or drawing of firm conclusions at this time.

Drywall samples of total area 0.046 m$^2$ (6-inch square; both sides exposed) were tested in a 10.5 L chamber with typical ventilation rates of 0.5 L/min (0.03 m$^3$/h) to 1.0 L/min (0.06 m$^3$/h). Dividing the sample area by the ventilation rate gives an effective loading rate of 1.5 m$^2$h/m$^3$. For comparison, dividing the surface-to-volume ratio of a typical home (1.2 m$^2$/m$^3$) by a typical air exchange rate of 0.5 h$^{-1}$ gives an effective loading rate of 2.4 m$^2$h/m$^3$. Thus, the effective loading rate in the chamber is slightly lower than that in a typical residence. This gives us confidence that the concentrations in the chamber are not sufficient to suppress the emission rate relative to a residence and, therefore, that the chamber data are suitable for exposure modeling.

---

[5] The present report and the report from Garland and Greene (2009), used different sample numbering schemes. See Appendix B for a conversion key.

P1.1804-0063

B. Estimated Indoor Air Concentrations

Estimated indoor air concentrations of pollutants are summarized in Appendix C, Table C-1. The utility of these results is limited, because individual TVOCs and TVSCs have not been quantified. The maximum formaldehyde concentration of 127 µg/m$^3$ is equivalent to about 100 ppb.[6]

Indoor concentrations were estimated with a simple one-zone mass-balance model. A single-zone model is justified in this case, in part, because the homes of interest generally have central air conditioning, which leads to rapid mixing of the air between rooms. In the absence of rapid mixing, pollutant levels are expected to be slightly greater in smaller rooms. A single-zone model is also justified because drywall is typically present in every room. Steady-state conditions were assumed, because drywall is an integral part of the residence.

Reversible sinks and reactive decay were not considered in this preliminary modeling exercise. In reality, furnishings and surfaces in a home may reversibly adsorb VOCs and other compounds and then release them as the indoor air concentration declines with time. In fact, drywall is a significant sink for many compounds. Some compounds, such as aldehydes and sulfur oxides, may react irreversibly with other compounds in air or with surfaces in the home. Reversible sinks and reactive decay processes tend to reduce indoor levels of pollutants.

While the emission testing was performed under conditions of high humidity and temperature to enhance emissions and improve sensitivity, preliminary results suggest that affected homes may have relatively high humidity (approximately 80% relative humidity) and high temperatures (approximately 80 ºF) indoors. Thus, the testing conditions may be considered as a reflection of the actual situation of some homes.

As discussed above, the air exchange rate (ACH) is an important determinant of indoor air concentrations of pollutants. A lower ACH leads to higher concentrations for indoor sources, and may be associated with indoor air quality problems. Figure C-2 (Appendix C) shows the effect of varying the ACH on the estimated indoor levels of formaldehyde and TVSCs. Average ACH in U.S. homes is about 0.35 to 0.5 h$^{-1}$, depending on the season (Koontz and Rector, 1993; Murray and Burmaster, 1995). In this case, preliminary investigation of affected homes indicates somewhat lower ACH (approximately 0.15 h$^{-1}$).

C. Chemicals

This section provides summaries of readily available toxicity information on the chemical compounds of potential health concern found in the limited Phase I testing of 17 of 30 drywall samples. The staff cautions that inclusion of a substance in this discussion does not necessarily imply that adverse health effects are expected to be associated with drywall products, because exposure and risk depend on a number of factors, including the amount of a substance to which a person might be exposed, which cannot be determined for most chemicals at this time. The toxicity summaries emphasize

---

[6] For formaldehyde, 1 µg/m$^3$ is equivalent to about 0.806 ppb.

7

P1.1804-0064

intermediate and chronic inhalation toxicity which is most relevant to the likely exposure scenarios for drywall.[7]

Most information reported below has been extracted from authoritative sources including the various datasets that comprise the National Library of Medicine's TOXNET dataset, such as the Hazardous Substances Data Bank (HSDB), as well as the U.S. Environmental Protection Agency's Integrated Risk Information System (IRIS) reviews and assessments. Attention is focused primarily on regulatory and guideline levels relevant to low to moderate exposure levels over longer time frames. These guidelines included EPA's Reference Concentrations (RfCs), the Agency for Toxic Substances and Disease Registry (ATSDR) Minimum Risk Levels (MRLs), the American Industrial Hygiene Association's (AIHA) Emergency Response Preparedness Guidelines (ERPGs), and California's Office of Environmental Health Hazard Assessment (OEHHA) Reference Exposure Limits (RELs).

A reference exposure level (REL) is an airborne level of a chemical that is not anticipated to present a significant risk of an adverse non-cancer health effect. EPA RfCs are estimates of a continuous inhalation exposure of the human population, including populations with pre-existing conditions or sensitivities, which is likely to be without appreciable risk of deleterious non-cancer effects during a lifetime (EPA 1994). An ATSDR MRL is an estimate of the daily human exposure to a hazardous substance that is likely to be without appreciable risk of adverse non-cancer health effects over a specified duration of exposure (http://www.atsdr.cdc.gov/mrls). MRLs are set below levels that, based on current information, might cause adverse health effects in the people most sensitive to such substance-induced effects. MRLs are derived for acute (1-14 days), intermediate (>14-364 days), and chronic (365 days and longer) exposure durations. Because of built-in uncertainty factors, exposure to a concentration above an RfC or MRL is not necessarily expected to cause symptoms or illness. RfCs and MRLs are not intended to define clean up or action levels, or to delineate a level that is likely to cause adverse health effects.

Health-based guidelines for community exposures are not available for many chemicals; therefore, the CPSC staff also looked at existing occupational exposure guidelines from the National Institute for Occupational Safety and Health (NIOSH), the American Conference of Governmental Industrial Hygienists (ACGIH), the Occupational Safety and Health Administration, and AIHA. However, occupational levels are not usually appropriate for application to community settings for a variety of reasons. For example, the population in residential settings is more diverse (*e.g.*, children, elderly) and may have greater susceptibility as a result of pre-existing health conditions. Furthermore, exposure times in homes can vary substantially from those in occupational settings (*e.g.*, longer than an 8 hour workday), as can the circumstances of exposure.

## 1. Sulfur and Sulfur-Containing Chemicals

Individual chemicals in the TVSCs have not yet been identified by LBL, therefore, the selection of sulfur-containing chemicals included in this preliminary toxicity report was

---

[7] It should be clearly understood that there are difficulties with detection methods for some of the sulfur containing chemicals addressed below. Readers are cautioned that these individual chemicals have not necessarily been identified at levels of concern, if at all, in LBL's drywall emission studies.

8

based on staff's expert judgment and is focused on some key chemicals of potential concern; it should not be considered a final list. Various factors were considered during the selection process including known chemical constituents of drywall, characteristics of health symptoms, odors and accelerated metal aging reported in consumer complaints, available scientific reports from federal and state authorities and independent contractors concerning Chinese and domestic drywall components and emissions, and environmental conditions in homes that might influence the chemistry/stability of sulfur-based drywall constituents.

Elemental Sulfur (S)

Elemental sulfur is a ubiquitous component of the natural environment where it exists as a relatively soft yellow crystalline mineral that, unlike its reduced gas products, is virtually odorless. It is used industrially in many ways, particularly during vulcanization of rubber and as the raw material needed for production of many sulfur chemicals. It has also long been used as a pesticide and fungicide and is currently registered by EPA for this use, and is used as a fertilizer.

According to available information from EPA (EPA, 1991), sulfur has low toxicity and poses very little if any risk to human health. Chronic low level exposure to elemental sulfur is generally considered safe. It is not a skin sensitizer but apparently can cause some ocular, dermal and inhalation irritation. Occupational studies of miners with lifetime exposures to sulfur dust (and sulfur dioxide gas) report adverse health effects, including ocular and respiratory disturbance and chronic bronchitis and sinus problems. Field workers spreading sulfur dust containing products have also reported eye and skin irritation, therefore, EPA requires outdoor sulfur products to have labeling advising users of a 24-hour reentry interval and the need for protective clothing.

Exposure to elemental sulfur is not known to be associated with carcinogenic, teratogenic, or reproductive risk. Neither EPA, ATSDR nor OEHHA have made any recommendations regarding health-based inhalation guidelines for elemental sulfur (RfC, MRLs, RELs) (nor regarding oral toxicity and carcinogenicity potential guidelines).

Sulfur Compounds

Several sulfur containing compounds are characterized by pungent offensive odors that are described as smelling like rotten eggs, burnt matches, fireworks, etc. The odors are typically noticed at low levels that are generally sub-threshold for initiation of health effects. The following section addresses the known information on toxicity of various malodorous sulfur compounds of possible relevance to drywall complaints.

*Hydrogen Sulfide ($H_2S$)*

Hydrogen sulfide is a colorless gas that has a characteristic rotten egg odor. It is environmentally ubiquitous being produced naturally in gases emitted by volcanoes, sulfur springs, and natural gas and oil fields, biochemically by sulfur-reducing bacterial activity (including bacteria found in human intestines and oral cavity), and by various industrial processes including oil refining, paper production, sewage treatment, iron smelting and viscose rayon production.

9

P1.1804-0066

Reported ambient air concentrations of $H_2S$ are about 0.11 – 0.33 parts per billion (ppb) from natural sources, almost 1 ppb in urban areas and much higher levels (>90 ppb) in areas near natural or known industrial sources. A study of residential $H_2S$ concentrations in five homes, in Dakota City/South Sioux City, Nebraska, reports that peak levels in one home routinely exceeded 90 ppb, (from 20 minutes to 3 hours on 10 of 30 monitoring days) which is not considered typical. The maximum levels measured exceeded the upper detection limit of the measuring device (ATSDR, 1997).

The odor threshold for $H_2S$ in air is reported to be approximately 1-13 ppb. At high levels, the ability to detect the noxious odor can become compromised, meaning exposed individuals can lose their ability to recognize harmful environments.

The primary route of exposure to $H_2S$ is via inhalation and diffusion occurs readily across the lung bed into the bloodstream. It is then rapidly oxidized to sulfate (primarily by the liver and excreted in urine. At extremely high concentrations, death is possible (>500 ppm). At much lower exposures, $H_2S$ can be an ocular and respiratory irritant (nose, throat, and lungs) and can also affect the nervous system.

The ATSDR acute inhalation MRL for $H_2S$ is 70 ppb for exposures up to 14 days. This MRL is based on a human study where 2/10 subjects experienced >30% alteration in airway resistance and conductance, indicative of bronchial obstruction, consequent to a 30 minute exposure to 2000 ppb; also, 3/10 subjects reported headaches (Jappinen et al., 1990). This MRL has an uncertainty factor of 27 (3 for use of lowest observed adverse effect level (LOAEL); 3 for human variability; 3 for database deficiencies).

The ATSDR intermediate inhalation MRL for $H_2S$ is 20 ppb, for exposures ranging from 15 to 356 days. This MRL is based on an animal study in which male Sprague-Dawley rats were exposed to 0, 10, 30, or 80 ppm $H_2S$ for 6 hours/day, 7 days/week for a total of 10 week (12 rats per group). It is based on the 10 ppm no observed adverse effect level (NOAEL) and the 30 ppm LOAEL for loss of olfactory neurons and basal cell hyperplasia in nasal lining (Brenneman, James et al., 2000). This MRL has an uncertainty factor of 30 (3 for animal to human extrapolation; 10 to account for human variability).

The current IRIS RfC of 0.002 mg/m$^3$ (1.4 ppb) is also based on the olfactory nasal mucosa lesions reported by Brenneman *et al.* (2000). The point of departure, adjusted for the human equivalent concentration(NOAEL$_{(HEC)}$), was 0.64 mg/m$^3$ and was divided by an uncertainty factor of 300 (3 for interspecies extrapolation; 10 for sensitive populations; 10 for subchronic exposure). There is medium to high confidence in this RfC.

California OEHHA's non-cancer chronic inhalation CREL for $H_2S$ 's 10 µg/m$^3$.

*Carbon Disulfide (CS$_2$)*

Carbon disulfide is a volatile clear colorless or faintly yellow liquid that can evaporate at room temperature (boiling point 46.5°F at 760 torr). Pure $CS_2$ has an almost sweet chloroform-like smell, but impure $CS_2$ has an unpleasant rotting cabbage/radish odor. Small amounts are generated naturally in volcanic and marshy environments but most $CS_2$ is produced by industry. Primary use is also in industrial settings for manufacture of

10

P1.1804-0067

rayon, cellophane and carbon tetrachloride; demand for these products has dropped. It is also used in production of pesticides and rubber.

Several odor thresholds for $CS_2$ in air have been reported between the low and high thresholds of 8 ppb and 7390 ppb, reported by Ruth (1986). Subject odor detection response rates of 50% at 100 ppb and 100% at 200 ppb are reported by MCA (1968).

Exposure to $CS_2$ is most likely to occur from industrial release to the air; some contamination of drinking water has also been reported (ATSDR, 1996). Minimal inhalation exposure is normally expected in home settings.

The ATSDR chronic inhalation MRL of 0.3 ppm assuming human exposure for 8 hours/day, 5 days/week is based on an occupational study of male workers in a rayon manufacturing plant who exhibited a LOAEL of 7.6 ppm determined for reductions in certain maximum conduction velocities of motor (ulnar and peroneal) and sensory nerves (sural) (Johnson et al., 1983). This MRL has an uncertainty factor of 30 (3 for use of LOAEL; 10 for human variability).

The current EPA IRIS $CS_2$ inhalation reference concentration (RfC) of 0.7 mg/m$^3$ (225 ppb) is based on a benchmark concentration (human-equivalent) of 19.7 mg/m$^3$ (6.3 ppm) divided by an uncertainty factor of 30 (Johnson et al., 1983).

EPA also has derived an oral reference dose (RfD) of 0.1 mg/kg/day based on a NOAEL of 11 mg/kg/day carbon disulfide for fetal toxicity in rabbits following inhalation exposure (Hardin et al., 1981).

California OEHHA's non-cancer chronic inhalation CREL for $CS_2$ is 800 µg/m$^3$.

*Carbonyl Sulfide (COS)*

Carbonyl sulfide is an odorous sulfur gas that is produced naturally by volcanoes, salt marshes and, according to an ATSDR Exposure Investigation (EI) report (2007), is the most abundant atmospheric sulfur compound, averaging 1 ppb. It is also produced industrially in paper and pulp mills, and in rayon manufacturing and is known to be a breakdown product of carbon disulfide ($CS_2$).

Despite being listed by EPA as a "Hazardous Air Pollutant" (HAP) and reported as having narcotic effects at high levels and irritant ocular and dermal effects at lower levels, surprisingly little information on COS levels of health concern was located in TOXNET databases. In particular, neither EPA, ATSDR nor OEHHA have made any recommendations regarding health-based inhalation guidelines (RfC, MRLs, RELs) (nor oral toxicity and carcinogenicity potential guidelines).

The aforementioned ATSDR EI report (2007) notes that COS is an odorous respiratory irritant that is immediately metabolized to $H_2S$ in humans. Although low-level COS exposure studies are unavailable, it is expected to have qualitatively similar health effects on the respiratory system as $H_2S$, but it is also expected to be somewhat less potent because it is comparatively less soluble, less acidic, and thus expected to be less reactive than $H_2S$, with a higher odor detection threshold.

11

P1.1804-0068

*Sulfur Dioxide (SO₂)*

Sulfur dioxide is a non-flammable, odorous gas that is ubiquitous in the environment. It is generated primarily by industrial activities involving combustion of fossil fuels in power plants and smelting plants. A significant amount of $SO_2$ is also generated by consumer use of fossil fuels to power vehicles, lawnmowers, generators and other engine-driven tools, and to generate heat for cooking/heating purposes. Such activities can have significant influence on an individual's microenvironment and their personal exposure to $SO_2$. As with other sulfur compounds, volcanic activity results in natural production of $SO_2$.

After being released into the air, $SO_2$ can be dispersed far from its point of origin to negatively impact distant communities. $SO_2$ can be converted into other sulfur compounds such as sulfur trioxide, sulfuric acid, and sulfates. It can also dissolve readily in water to form sulfurous acid. Acidic sulfur compounds can contribute to formation of acid rain which can then damage trees, plants, open bodies of water, and buildings, monuments, etc. More importantly, as outlined below, it can cause significant adverse health effects in exposed individuals, particularly in the sensitive population of asthmatics, and also in children and the elderly. $SO_2$ is regarded worldwide as a dangerous air pollutant.

Exposure to $SO_2$ occurs primarily by inhalation and also by direct contact with skin, eyes and mucous membranes of the respiratory tract. Irritant effects on mucous membranes are seen at $SO_2$ levels of about 10-20 ppm, and it is known that $SO_2$ can interact with the moisture in membranes to form sulfurous acid ($H_2SO_3$), which is a severe irritant and inhibitor of mucociliary transport. In healthy adults, worsening effects of local airway irritation advance progressively from increased airway resistance at 5 ppm, to sneezing and coughing at 10 ppm, and bronchospasm at 20 ppm. It is possible for healthy individuals to tolerate exposures between 50 and 100 ppm for short durations (up to 1 hour) but death can occur with longer exposure durations or with higher levels. Asthmatics are much more sensitive to $SO_2$, with increased airway resistance seen at just 0.1 ppm with mild exercise. Note: this level is below the range of 1 to 3 ppm at which most people can detect the pungent odor of $SO_2$. Children may be more vulnerable to corrosive agents due to smaller airway diameters and higher ventilation rates. In rare cases, $SO_2$ can trigger new onset reactive airways dysfunction syndrome (RADS) in individuals with no history of prior bronchospasm. Chronic exposure can alter olfaction, interfering with the ability to detect low levels of $SO_2$ and resulting in prolonged avoidable exposure (ATSDR- MMGI).

The ATSDR acute inhalation MRL for $SO_2$ is 10 ppb for exposures up to 14 days. This MRL is based on a human study of mild asthmatics (Shepherd *et al.*, 1981). After inhaling 100 ppb through a mouthpiece for 10 minutes, 2 subjects exhibited slight bronchoconstriction while performing moderate exercise; at >250 ppb, all 7 subjects exhibited increased airway resistance during moderate exercise. This MRL has an uncertainty factor of 9 (3 for use of a minimal LOAEL; 3 for human variability).

ATSDR considers the available data is insufficient to allow derivation of an intermediate (14-364 days) or long term (>364 day) inhalation MRL.

12

P1.1804-0069

In the US, $SO_2$ is one of only six criteria air pollutants for which primary and secondary limits are set by EPA's National Ambient Air Quality Standards (NAAQS). The primary standard limits are intended to protect public health including sensitive populations such as asthmatics, children and the elderly. The secondary standard limits are intended to protect public welfare, including protection against decreased visibility, damage to animals, crops vegetation and buildings. Furthermore, the provisions of the Clean Air Act require EPA to conduct periodic review of the adequacy of NAAQS. and update them as found necessary *(EPA is currently in the process of reviewing the NAAQS for $SO_2$).*

EPA's primary NAAQS for $SO_2$ are meant to protect against health effects resulting from acute and long term exposure to environmental chemicals. Currently, the primary NAAQS for $SO_2$ recommend that the long-term. 1-year average concentrations of $SO_2$ should not exceed 0.03 ppm (chronic exposure) and the short-term, 24-hour average concentration should not exceed 0.14 ppm more than once a year. *(The secondary NAAQS for $SO_2$ is 500 ppb as a 3 h TWA that should not be exceeded more than once a year.)* There is no EPA IRIS RfC for $SO_2$.

California OEHHA has not identified a non-cancer inhalation CREL for $SO_2$ but does define an acute inhalation REL for $SO_2$ as 660 $\mu g/m^3$.

## 2. Volatile Organic Compounds and Certain Carbonyl Species

Discussed here are certain chemicals identified in the emission testing, including volatile organic compounds (VOCs) and the smaller carbonyl species, formaldehyde and acetaldehyde. In addition to the quantified emission factors for total VOCs, the results of analysis by mass spectroscopy were reported, which identified some of the emitted substances for some of the samples.

For the VOCs analysis, dozens of chemicals were identified or tentatively identified as emitting from the drywall samples under the conditions of the study. The emission results were reported as total VOCs. Although emission factors for individual chemicals were not available for quantitative analysis, the staff inspected the data to identify the chemicals that were found at relatively high levels, those chemicals that were common to at least several of the samples, and those that may be significant toxicologically. See Appendix D for a table of selected volatile organic compounds and carbonyls.

Two types of compounds were detected in most samples: siloxanes, including dodecamethylcyclohexasiloxane and decamethylcyclopentasiloxane, and aldehydes, including formaldehyde and acetaldehyde, as well as benzaldehyde, hexanal, heptanal, octanal, nonanal, and decanal.

Also detected in many, but not all, samples were certain hydrocarbons and halogenated hydrocarbons, including 1-chlorooctane, 1-chlorononane, 1-chlorodecane, 1-chloro-undecane, 1-chlorododecane, 3-methyl-tridecane, tetradecane, hexadecane, and nonadecane.

Other substances detected in only a few samples included fluorinated hydrocarbons, such as perfluoro(methylcyclohexane) and 1,1,1,2,2,3,3,4,4,5,5,6,6-tridecafluoro-hexane; furans, such as tetrahydrofuran, tetrahydro-2,2,4,4-tetramethyl-furan, and

13

P1.1804-0070

2-pentyl-furan; and other chemicals such as 2,2,4-trimethyl-1,3-pentanediol, acetone, methylene chloride, phenol, and limonene.

Some of these chemicals have been associated with building materials or consumer products. It is not possible to identify the precise source of each of the chemicals associated with the drywall samples. However, many of the substances are known to be used in coatings, inks, and other materials.

Total VOCs

In general, exposures to volatile organic compounds (VOCs) may be associated with perception of odors, and irritation of eyes, nasal membranes, throat, and respiratory tract, although specific substances may cause other adverse health effects, as discussed for some substances referenced below. The effect levels for the many different VOCs may vary by orders of magnitude between the least toxic substances and the most toxic.

Because the potential sources of VOCs in the indoor environment are many, including building materials, furniture, and numerous household products such as paints, paint strippers, other solvents, aerosol sprays, cleaning supplies and disinfectants, air fresheners, glues and adhesives, and many others, measured levels in homes and other places vary widely. Thus, there is not a typical level of VOCs in indoor air. For example, a recent study of 79 homes in Germany found total VOC concentrations ranging from 33 $\mu g/m^3$ to 1600 $\mu g/m^3$, with a median level of 289 $\mu g/m^3$ (Hippelein, 2004).

Similarly, because the specific VOCs making up the total of the VOCs that are present in a particular residence or location also vary widely, there is no particular level of total VOCs that is associated with specific health effects.

In addition, there are no regulatory limits in the U.S. for VOCs as a group. However, because of the concern about VOC levels in indoor air, and because certain building materials are known sources of VOCs, some standards and guidelines provide specifications for maximum indoor air concentrations, or emission rates from products. For example, the State of Washington (Washington State, 1989) established specifications for new state office buildings based on emissions from each product or building material. The limit of 500 $\mu g/m^3$ for total VOCs was based on specified chamber testing methods and air concentration modeling.

Likewise, the Carpet and Rug Institute (CRI, 2009) established a program for testing, certification, and labeling of carpet, cushions and adhesives for VOC emissions. Under the terms of the "Green Label" program and the specified test, the limit for total VOC emissions for carpet cushions is 1000 $\mu g/m^2/hr$. For carpets and adhesives, the "Green Label Plus" program did not establish a limit for emissions of total VOCs. Instead, this program provides emission limits for specific chemicals, ranging from 8.2 $\mu g/m^2/hr$ for naphthalene to 410 $\mu g/m^2/hr$ for styrene.

Aldehydes

Many aldehydes are common industrial chemicals; some are naturally-occurring constituents of fruits and other flora. The main health effects associated with exposure

14

to aldehydes in humans are irritation of eyes, nasal membranes, throat, and respiratory tract.

*Formaldehyde*

Formaldehyde is a well-studied aldehyde that has wide use in industrial processes and products. Formaldehyde is ubiquitous in the environment from both natural and industrial sources. Outdoor air concentrations tend to range from 5 to 30 parts per billion (ppb), although levels are occasionally measured at several times these values. Concentrations in indoor air also vary widely, and often exceed outdoor levels (HSDB, Formaldehyde).

Health effects of formaldehyde include the irritation and upper respiratory system effects common to other aldehydes. Symptoms are generally noted with exposures at several hundred parts per billion, although some studies indicate measureable effects from long-term exposures to levels below 100 ppb ($123 \mu g/m^3$), especially for sensitive individuals (HSDB, Formaldehyde). In general, the reported estimated thresholds are in the range of $625–1250 \mu g/m^3$ (Salonen *et al.* 2009; Lang *et al.*, 2008).

The indoor guideline values for formaldehyde, recommended with the intention of preventing acute sensory irritation, vary. In order to prevent significant sensory irritation in the general population, the WHO has recommended a guideline value of $100 \mu g/m^3$ as a 30-minute average (WHO, 2001). The Agency for Toxic Substances and Disease Registry has established the minimal risk level (MRL) for chronic exposure to formaldehyde at $8 \mu g/m^3$, based on symptoms of mild irritation of the eyes and upper respiratory tract, and mild damage to the nasal epithelium observed in workers. This MRL includes an uncertainty factor of 30 (3 for the use of the LOAEL, and 10 to account for human variability). The California OEHHA's chronic REL for formaldehyde is $9 \mu g/m^3$. The broad range of these guideline values results from including various safety factors and whether the health guideline value is addressing shorter or longer exposure (*e.g.*, acute, intermediate or life-time).

Formaldehyde is the subject of a U.S. Environmental Protection Agency (EPA) Integrated Risk Information System (IRIS) review and assessment. As indicated in the IRIS record, formaldehyde is a probable human carcinogen. EPA has calculated the inhalation unit risk for formaldehyde. Based on the endpoint of squamous cell carcinoma in laboratory animals, the unit risk is $1.3 \times 10^{-5}$ per $\mu g/m^3$.

Similar to the VOCs, concern about formaldehyde levels in indoor air has resulted in standards and guidelines for formaldehyde air concentrations or emission rates from products. The State of Washington (Washington State, 1989) established specifications for new state office buildings based on emissions from each product or building material. The limit of 50 ppb ($61.5 \mu g/m^3$) for formaldehyde was based on specified chamber testing methods and air concentration modeling.

Again, as with VOCs, the Carpet and Rug Institute's voluntary certification also includes formaldehyde emissions. Under the terms of the "Green Label" program and the specified test, the limit for formaldehyde emissions for carpet cushions is $50 \mu g/m^2/hr$, while under the "Green Label Plus" program, the limit for carpets and adhesives is $30 \mu g/m^2/hr$.

15

P1.1804-0072

*Acetaldehyde*

Acetaldehyde is environmentally ubiquitous, generally found at low ppb levels in both indoor and outdoor air, although measured concentrations vary widely. Health effects include the irritation and upper respiratory system effects common to other aldehydes (HSDB, Acetaldehyde).

As indicated in the IRIS record, EPA has produced a reference concentration (RfC) for acetaldehyde. Based on the endpoint of degeneration of the olfactory epithelium in laboratory animals, the RfC is $9x10^{-3}$ mg/m$^3$. The RfC includes an uncertainty factor of 1000 (a factor of 10 to account for sensitive human populations; a factor of 10 for the interspecies extrapolation and database inadequacies; and a factor of 10 for subchronic to chronic extrapolation). As indicated in the IRIS record, acetaldehyde is a probable human carcinogen. EPA has calculated the inhalation unit risk for acetaldehyde. Based on the endpoint of laryngeal tumors in laboratory animals, the unit risk is $2.2x10^{-6}$ per μg/m$^3$. The chronic reference exposure level (CREL) for acetaldehyde is 140 μg/m$^3$.

*Benzaldehyde*

Benzaldehyde appears to be commonly measured in the environment, generally at low or sub-ppb levels in both indoor and outdoor air, although measured concentrations have varied by orders of magnitude (HSDB, Benzaldehyde).

In addition to causing sensory irritation, benzaldehyde exposure in humans is associated with central nervous system (CNS) depression at higher exposure levels. CNS impairment and other effects were also reported in laboratory animals exposed to relatively high levels (500-1000 parts per million) for 6 hours per day for 14 days (HSDB, Benzaldehyde).

The American Industrial Hygiene Association's Workplace Environmental Exposure Level (WEEL) for benzaldehyde is 2000 ppb TWA.

*Hexanal*

Hexanal appears to be environmentally ubiquitous, generally found at low ppb levels in both indoor and outdoor air, although measured concentrations have varied by orders of magnitude (HSDB, Hexaldehyde).

Few studies have directly assessed the toxicity of hexanal in humans. Authors of a recent study, in which health volunteers were exposed to 0, 2, and 10 parts per million (ppm) n-hexanal for 2 hours, concluded that two hours of exposure to n-hexanal results in mild irritation at 10 ppm, but no adverse effects were noted for exposure at 2 ppm (Ernstgård *et al.*, 2006).

*Heptanal, Octanal, Nonanal, Decanal*

Like hexanal and other aldehydes, heptanal, octanal, nonanal, and decanal appear to be environmentally ubiquitous, generally found at somewhat lower concentrations than hexanal; *i.e.*, sub-ppb levels in both indoor and outdoor air, with a wide range of measured levels (HSDB, n-Heptanal, Octylaldehyde, Decaldehyde).

16

P1.1804-0073

Siloxanes

The siloxanes have a number of uses in consumer products and other industrial processes. They have been measured in both outdoor and indoor air at levels generally below 1 ppb.

CPSC staff located no reports of health effects in humans.

Burns-Naas *et al.* (1998a) evaluated the toxicology of decamethylcyclopentasiloxane in laboratory animals exposed, whole body, 6 hours per day, 7 days per week, for 28 days at air concentrations up to 160 ppm. Under these experimental conditions, the authors concluded that exposure to decamethylcyclopentasiloxane by inhalation did not effect humoral immunity, but caused minor changes in hematological, serum chemistry, and organ weight values. These changes appeared transient, as the effects were not evident in animals examined 14 days after exposure ceased. Histopathological changes were noted in the respiratory tract and also appeared to be reversible after exposure ended. The authors concluded that the no observed effect level for systemic toxicity, based on the liver weight changes, was 75 ppm. However, the authors noted an increase in the incidence of goblet cell proliferation of the nasal cavity and the incidence and severity of submucosal inflammation at 75 ppm. Further, the submucosal inflammation appeared to be reversible following cessation of exposure, while the goblet cell proliferation was still evident 14 days after cessation of exposure. No effects were noted at 25 ppm.

Burns-Naas *et al.* (1998b) also evaluated decamethylcyclopentasiloxane in laboratory animals exposed, nose-only, 6 hours per day, 5 days per week for 3 months at air concentrations up to 224 ppm. Dose-related liver effects were noted, as well as respiratory system effects including an increase in focal macrophage accumulation and interstitial inflammation in the lungs of animals exposed at 224 ppm. Given the lack of histopathological effects in the liver, the authors concluded that the liver is not a target organ.

The manufacturer of decamethylcyclopentasiloxane recommends an exposure guideline of 10 ppm TWA (time-weighted average).

Hydrocarbons

Little information was located for the reported aliphatic hydrocarbons, particularly the chloroalkanes.

One of the reported substances, tetradecane, appears to be nearly ubiquitous in the environment, generally found at low parts per billion levels in both indoor and outdoor air, although measured concentrations have varied by orders of magnitude (HSDB, n-Tetradecane).

In general, acute inhalation exposure to aliphatic hydrocarbons, such as tetradecane and other related substances, may be associated with cardiac arrhythmias and CNS depression, depending on the level of exposure. Smaller hydrocarbons can cause asphyxiation in conditions of poor ventilation. Intentional high exposures such as associated with sniffing abuse can result in sudden death, encephalopathy, neurological impairment, kidney and liver toxicity, and other effects. Longer term exposures to certain hydrocarbons, particularly in intentional abuse, can result in hematologic effects,

17

liver and kidney effects, and neurological and neuropsychiatric effects (HSDB, n-Tetradecane).

Other hydrocarbons, while not specifically identified in the drywall sampling, are better characterized for human health effects and for dose-response. For example, n-hexane is well-studied, and one reference indicates that n-hexane may be the most toxic alkane (Cavender, 1994). The main effects of inhalation exposure to n-hexane in humans are peripheral neuropathy and other neurological effects. As indicated in the IRIS record, EPA has produced a reference concentration for n-hexane. Based on the endpoint of peripheral neuropathy in laboratory animals, the RfC is 0.7 mg/m$^3$. The RfC includes an uncertainty factor of 300 (10 for sensitive human populations; 3 for interspecies extrapolation, 3 for database inadequacies, and 3 to extrapolate to chronic exposure from data in a less-than lifetime study).

The chronic MRL for n-hexane is 0.6 ppm (2.1 mg/m$^3$), based on neurological effects in workers. The MRL includes an uncertainty factor of 100 (10 for the use of the LOAEL, and 10 to account for human variability). The chronic reference exposure level (CREL) is 7000 µg/m$^3$ (7 mg/m$^3$).

Limited toxicity information was located for the chlorinated species; 1-chlorooctane inhalation exposure is associated with central nervous effects such as dizziness, weakness, and peripheral pain or numbness (HSDB, 1 Chlorooctane).

Other Chemicals

*Tetrahydrofuran*

Tetrahydrofuran is an industrial solvent and intermediate. Vapor is irritating to the skin, eyes, and upper respiratory system. It has been detected in both outdoor and indoor air.

*2,2,4-Trimethyl-1,3-pentanediol*

This substance is an industrial intermediate and solvent used in production of resins, inks, and other materials. Little data was located for this chemical. It may be an irritant and it has been measured in air at low part per billion levels (HSDB, 2,2,4-Trimethyl-1,3-pentanediol).

*Acetone*

Acetone is a common industrial chemical that is also a metabolic product in plants and animals. It is found in both indoor and outdoor air generally at low ppb concentrations. It has a relatively low order of toxicity, with irritation being the primary effect at lower concentrations. Exposure to high levels (*i.e.*, several thousand ppm) can lead to serious CNS and respiratory effects (HSDB, Acetone). The chronic MRL for acetone is 13 ppm (31 mg/m$^3$), based on neurological effects in humans. The MRL includes an uncertainty factor of 100 (10 for the use of the LOAEL, and 10 to account for human variability).

18

P1.1804-0075

*Methylene chloride*

Methylene chloride is typically encountered from use of certain paint removers, degreasers, and solvents. Air concentrations of methylene chloride are generally at sub-ppb levels outdoors; indoor air concentrations may be somewhat higher, *i.e.*, low ppb. Because exposures under conditions of use can be high, available information about health effects largely concerns exposures of several hundred ppm (HSDB, Dichloromethane). One study of a group of workers exposed at air concentrations of 75-100 ppm indicated no long-term effects that could be attributable to methylene chloride (Cherry *et al.*, 1981).

The chronic MRL for methylene chloride is 0.3 ppm (1 mg/m$^3$), based on liver effects in laboratory animals. The MRL includes an uncertainty factor of 30 (3 for extrapolation from animals to humans, and 10 to account for human variability). As indicated in the EPA IRIS record, methylene chloride is a probable human carcinogen. EPA has calculated the inhalation unit risk for methylene chloride. Based on the endpoint of combined adenomas and carcinomas in laboratory animals, the unit risk is 4.7x10$^{-7}$ per µg/m$^3$.

*Phenol*

Given the relatively low volatility of phenol, exposures have generally been direct contact with the skin or ingestion. However, exposure to vapors has been documented. Phenol is primarily an irritant, but high exposures, including intentional ingestion are associated with severe health effects. Staff found little information concerning inhalation exposures and air levels. One study in a workplace indicated no discernible health effects in workers exposed up to 12.5 mg/m$^3$ (HSDB, Phenol). The chronic reference exposure (CREL) for phenol is 200 µg/m$^3$.

*Limonene*

Limonene, and its isomers, is a naturally occurring substance found in fruits, trees, and other plants. It is used in a variety of products, including foods as a flavoring, and in other common products. Limonene is generally found in both outdoor and indoor air at concentrations up to about 80 µg/m$^3$. Limonene is a skin irritant and is associated with skin sensitization. The Workplace Environmental Exposure Level (WEEL) is 30 ppm TWA (170 mg/m$^3$).

## IV. Discussion

The purpose of this preliminary evaluation was to evaluate chemical emissions from NA and Chinese drywall, the possible differences in chemical emissions between the two sources of drywall products, and the possible chemical exposures in homes that contain either of these two sources of drywall.[8]

---

[8] There are variety of federal and state regulatory authorities and health guidelines that pertain to chemicals found in homes and in the environment. For the purposes of this evaluation, the CPSC staff utilized an approach which is consistent with CPSC authorities under the Federal Hazardous Substances Act (FHSA). The FHSA defines a *hazardous substance* as any substance or mixture of substances which

19

The LBL data contained measures for a number of compounds presented in four chemical/chemical subgroups, including: total volatile organic compounds (TVOC), total volatile sulfur compounds (TVSC), formaldehyde, and acetaldehyde. The calculated emission factors for these groups of compounds are listed in Appendix C, Table C-1.

No discernible differences in chemical emissions were noted between drywall products from China and NA drywall, except for total volatile sulfur compounds (TVSCs). Mean emission rates were 12.1 $\mu g/m^2/hr$ and 0.5 $\mu g/m^2/hr$ for Chinese and NA drywall respectively. Emissions of total volatile organic compounds (TVOCs)—ranging from about 6.1 $\mu g/m^2/hr$ to 119.6 $\mu g/m^2/hr$—and for formaldehyde—ranging from 4.6 $\mu g/m^2/hr$ to 15.88 $\mu g/m^2/hr$—were not dissimilar from other studies of chemical emissions from drywall (see below). Mean emission rates for TVOCs were 29.5 $\mu g/m^2/hr$ (Chinese) and 36.6 $\mu g/m^2/hr$ (NA), and 6.1 $\mu g/m^2/hr$ (Chinese) and 8.3 $\mu g/m^2/hr$ (NA) for formaldehyde.

CPSC staff located at least two emission studies of building materials that included gypsum wallboard. One report, by the State of California (Alevantis, 2003), reported formaldehyde emissions of two U.S. drywall samples, under the specific conditions of the study, of 15 and 19 $\mu g/m^2/hr$. Another report, by the Environment Institute of the Joint Research Centre of the Commission of the European Communities (Colombo et al., 1990), reported a mean emission rate for two samples of 8.8 $\mu g/m^2/hr$.

Both of these reports, while limited in scope and based on methodology that is not identical to the methods used in the current CPSC activity, present data that indicate that the results reported by LBL are consistent with the formaldehyde emission rates for drywall observed in the other studies. The California and European reports also indicated that formaldehyde emissions from drywall was comparable to formaldehyde emissions from other building materials, or in some cases, significantly less than other materials such as particle board.

While both the California and European reports also assessed volatile organic compounds (VOCs), the Colombo et al. (1990) study reported results for several individual chemicals, not total VOCs. The California study reported a wide range of total VOC emissions from drywall, from non-detect in a 96-hour test to 61 $\mu g/m^2/hr$. Thus, the results reported by LBL are consistent with the total VOC emission rates for drywall observed in at least one other study.

CPSC staff used the reported emission factors in a one-zone mass-balance model to estimate the concentrations of the chemicals in the indoor air of a home that might result from the presence of the drywall. The model accounted for factors, such as air exchange rate and room volume, that impact the concentrations of chemicals in the indoor air. The model did not include sink effects; i.e., the effects of various conditions and contents of a room through which chemicals may be removed from the air due to adsorption onto or absorption into articles in the room, such as furniture and carpeting. The lack of sink effects in the model likely results in estimates that are conservative and

---

is toxic, corrosive, an irritant, a strong sensitizer, flammable or combustible, or generates pressure through decomposition, heat or other means, if such substance or mixture of substances may cause substantial personal injury or substantial illness during or as a proximate result of any customary or reasonably foreseeable handling or use, including reasonable foreseeable ingestion by children. Each of the listed hazards has a specific definition in the FHSA (www.cpsc.gov).

P1.1804-0077

higher than what would be encountered in an actual occupied home environment that would typically include sinks.

The mean concentrations in indoor air for the four chemical classes were calculated for North American and Chinese drywall. The largest apparent difference between the two sources of drywall product is seen in the emission factors and estimated residential indoor air concentration for TVSC. The estimated air concentrations of these compounds for the Chinese drywall (mean 96.7 $\mu g/m^3$; standard deviation 135.1 $\mu g/m^3$) were considerably higher than the concentrations of TVSC estimated for the North American drywall (mean 4.3 $\mu g/m^3$; standard deviation 3.3 $\mu g/m^3$). On the other hand, the mean estimated air concentrations of acetaldehyde and formaldehyde (6.7 $\mu g/m^3$ and 66.5 $\mu g/m^3$, respectively) for the NA drywall were somewhat higher than the estimates for Chinese drywall (4.0 $\mu g/m^3$ and 49 $\mu g/m^3$) (Appendix C, Table C-1). Similarly, the concentrations of TVOCs were higher for the North American drywall (mean 292 $\mu g/m^3$) compared to the Chinese samples (mean 236 $\mu g/m^3$).

There are no regulatory limits in the U.S. for total VOCs in indoor air in homes. However, at least one U.S. state specifies that TVOC emissions from each building material used in the construction of state buildings should not result in air concentrations exceeding 500 $\mu g/m^3$ (State of Washington, 1989). For most of the products tested, the model results show that total VOCs in air within a home due to drywall does not exceed this limit.

For formaldehyde, there are a number of health-based inhalation guidelines. For example, the Agency for Toxic Substances and Disease Registry Minimal Risk Level (MRL) for chronic exposure to formaldehyde is 8 $\mu g/m^3$; the State of Washington building materials specification is 50 ppb (61.5 $\mu g/m^3$). The model results for the drywall samples indicate that these inhalation guidelines could be exceeded. However, certain limitations and uncertainties must be recognized. For example, the modeling was done assuming reasonable worst-case conditions, and did not take into account certain factors, such as the reactive nature of formaldehyde, which could affect the air concentration estimates. An evaluation conducted under more complex and perhaps more realistic conditions could provide more refined estimates that might be lower than the estimates presented here. Further, over time, the emission rates for both VOCs and formaldehyde from building materials, such as drywall, might be expected to drop, which would eventually result in lower indoor air concentrations.

The information provided to date for emissions of sulfur-containing compounds are only for the total emissions of certain volatile sulfur compounds. Because of specific testing conditions required for chemicals such as hydrogen sulfide, data on possible emissions of hydrogen sulfide and other compounds are not yet available. The emissions data in the limited sampling conducted so far showed that emission rates for volatile sulfur-containing compounds were considerably higher from Chinese drywall (mean 12.1 $\mu g/m^2/hr$) compared to the emission rates from NA drywall (mean 0.5 $\mu g/m^2/hr$). As presented above, the modeled indoor air concentration estimates using these data were also considerably higher for the Chinese samples than for the NA samples. Because CPSC staff has not located information, such as health-based inhalation screening guidelines, for total volatile sulfur compounds, and because emission data for

21

individual sulfur-containing compounds are not available, the staff is unable to characterize the possible implications of the data at this time.

As indicated above, this preliminary evaluation does not take into account all the expected complexity of an exposure assessment. For example, certain factors that might be expected to significantly influence the evaluation, such as modeling sink effects, were not included. Formaldehyde, especially, is a reactive chemical, and neglecting the effect of sinks and other reactions involving this chemical might be expected to have a significant impact on the model outputs. Furthermore, the work completed to date has not identified or quantified all possible chemicals of interest, and staff has not taken into account other factors, such as possible interactions with other chemicals in a home, that could result in higher or lower estimates of indoor air concentrations. As with any model-based exposure assessment, there are numerous assumptions, limitations, and sources of uncertainty that should be explored further. Thus, this evaluation will be followed by a more comprehensive exposure study once additional data become available.

While the data provided by LBL to date are limited, and the sample size is small, these data provide important information about chemicals that may be emitted from Chinese drywall products that are not also released from NA drywall. Based on these preliminary results, the most salient difference between Chinese and North American drywall is in the number and amount of volatile sulfur compounds emitted. Individual volatile sulfur compounds were not identified. These are likely to consist of organic sulfur compounds and do not include low molecular weight inorganic sulfur compounds such as sulfur oxides and hydrogen sulfide. Emissions of low molecular weight sulfur compounds will be examined in the future.

The data and analysis presented here are preliminary results from an ongoing study of drywall emissions. It was not possible to do an exposure and risk assessment on discreet chemical compounds. As specific chemical characterization data become available from the chamber testing, a more comprehensive assessment will be carried out. Estimates of indoor air concentrations did not adjust for reversible sinks or reactive decay. These factors are expected to reduce indoor air concentrations in actual homes. Thus, the estimates of indoor air concentrations presented here are likely to overestimate actual exposures. In addition, this is one part of a larger effort that includes investigatory studies of drywall composition, affected homes, and corrosion.

22

## APPENDIX A

*Sample handling and analysis:* This preliminary evaluation is on the first 17 of 30 drywall samples. Briefly, the samples were collected by CPSC staff, individually sealed in low sorption material (Tedlar® bags), shipped to LBL and stored at room temperature until initiation of testing. Six-inch square sections, both sides exposed, were loaded into separate stainless steel pre-conditioning chambers (6 liter) that were set at a specified humidity and ventilated using activated carbon filtered air. The samples were allowed to equilibrate with the elevated humidity prior to testing. Small (10.5 liter) stainless steel chambers housed in a temperature controlled environmental system were used for this preliminary evaluation. All internal surfaces in the emission chambers and sampling lines were either treated for low sorption coating (Sulfinert®) or constructed from low sorption materials (Teflon®).

In order to enhance the magnitude of emissions from drywall in the preliminary evaluation, the samples were tested in the emission chamber at elevated temperature and relative humidity (up to 38°C and 80% relative humidity). The chambers were ventilated with carbon filtered air to prevent the introduction of chemicals from other sources. The ventilation rate was maintained at a flow rate that was at least 20% greater than the air sampling rate with typical flows of 0.5 to 1 liter per minute.

In order to minimize sample loss and maximize sample throughput, the analytical instrumentation was interfaced directly to the emission chambers. The integrated air samples were cryogenically collected on sorbent materials then thermodesorbed and chromatographically separated prior to the simultaneous analysis on two separate chemical detectors.

- For VOCs and VSCs, 3 liter integrated emission samples, collected at 100 cc/min, were sorbed onto Tenax/carbosieve cartridges, thermodesorbed. and separated by gas chromatography. Parallel mass spectrometry and dual plasma sulfur chemiluminescence detection were performed. Identification of analytes was carried out by comparisons between mass spectra (NIST08 database), retention time and/or pure standards.
- For low molecular weight carbonyls, a 60 liter integrated sample was collected at 1 liter/min directly onto dinitrophenylhydrazine (DNPH) coated silica gel cartridges and eluted with 2 ml acetonitrile. Analytes were analyzed by high performance liquid chromatography (HPLC) and quantified using pure standards.
- For reactive sulfur gases, 1 to 3 liter integrated samples were analyzed by cryogenic pre-concentration-thermal desorption. Samples collected at 100 cc/min, were cryogenically pre-concentrated (-50°C) on Tenax/carbosieve cartridges followed by cold-trapping on glass beads held at -150°C then thermodesorbed onto the gas chromatograph column (-50°C initial temp). Analytes were detected with dual plasma sulfur chemoluminesence detection. Initial identification using a pre-mixed calibration gas was carried out to identify mass spectra and retention times.

23

The results are expressed as material-specific emission rate normalized to the surface area of material ($\mu g/m^2/hr$).  Since specific characterization of sulfur compounds has not been completed, sulfur gas data is presented as total volatile sulfur compounds (TVSCs).

24

P1.1804-0081

# APPENDIX B

## Sample Identification Key

This table compares the sample identification numbers used in the report on chemical analysis of wallboard samples (Garland and Greene, 2009) and the emission data from LBL.

| Elemental Analysis | Emission Studies |
|---|---|
| 1 | C5 |
| 2 | |
| 3 | C3 |
| 4 | |
| 5 | C4 |
| 6 | C1 |
| 7 | C2 |
| 8 | NA1 |
| 9 | NA6 |
| 10 | NA7 |
| 11 | NA3 |
| 12 | NA2 |
| 13 | NA5 |
| 14 | NA10 |
| 15 | NA4 |
| 16 | NA8 |
| 17 | |
| | NA9 |
| | NA11 |
| | NA12 |

| Emission Studies | Elemental Analysis |
|---|---|
| C1 | 6 |
| C2 | 7 |
| C3 | 3 |
| C4 | 5 |
| C5 | 1 |
| NA1 | 8 |
| NA2 | 12 |
| NA3 | 11 |
| NA4 | 15 |
| NA5 | 13 |
| NA6 | 9 |
| NA7 | 10 |
| NA8 | 16 |
| NA9 | |
| NA10 | 14 |
| NA11 | |
| NA12 | |
| | 17 |

25

P1.1804-0082

## APPENDIX C

## Emission Data

Table C-1.  Estimated Indoor Concentrations of Chemicals Emitted by Drywall [a]

| Sample ID | TVOC [b,c] | | | TVSC [d] | | | Formaldehyde | | Acetaldehyde | |
|---|---|---|---|---|---|---|---|---|---|---|
| | E $\mu g/m^2/h$ | N | Con. $\mu g/m^3$ | E $\mu g/m^2/h$ | N | Con. $\mu g/m^3$ | E $\mu g/m^2/h$ | Con. $\mu g/m^3$ | E [e] $\mu g/m^2/h$ | Con. $\mu g/m^3$ |
| **China** | | | | | | | | | | |
| C1 | 17.8 | 50 | 142 | 1.41 | 21 | 11 | 4.9 | 39 | 0.28 | 2.3 |
| C2 | 14.3 | 28 | 115 | 1.82 | 22 | 15 | 6.3 | 50 | 0.89 | 7.1 |
| C3 | 52.9 | 68 | 423 | 39.79 | 46 | 318 | 6.9 | 56 | 0.27 | 2.2 |
| C4 | 30.9 | 57 | 248 | 16.82 | 38 | 135 | 7.7 | 62 | 0.00 | 0.0 |
| C5 | 31.4 | 58 | 251 | 0.59 | 11 | 5 | 4.6 | 37 | 1.05 | 8 4 |
| **Mean** | 29.5 | 54 | 236 | 12.1 | 28 | 96.7 | 6.1 | 49 | 0.50 | 4.0 |
| **SD** | 15.2 | 16 | 121 | 16.9 | 14 | 135.1 | 1.3 | 11 | 0.45 | 3.6 |
| **Median** | 30.9 | 58 | 248 | 1.8 | 22 | 15 | 6.3 | 50 | 0.28 | 2.3 |
| **North America** [f] | | | | | | | | | | |
| NA1 | | | | | | | 8.19 | 66 | 1.04 | 8.3 |
| NA2 | 19.2 | 34 | 154 | 0.22 | 4 | 2 | 6.83 | 55 | 0.00 | 0.0 |
| NA3 | | | | 1.24 | 18 | 10 | 8.1 | 65 | 1.24 | 9.9 |
| NA4 | | | | | | | 7.73 | 62 | 0.89 | 7.1 |
| NA5 | 6.1 | 21 | 49 | 0.30 | 3 | 2 | 15.88 | 127 | 1.33 | 10.7 |
| NA6 | | | | | | | 8.15 | 65 | 0.96 | 7.7 |
| NA7 | | | | | | | 5.8 | 46 | 0.25 | 2.0 |
| NA8 | | | | | | | 11.41 | 91 | 0.88 | 7.1 |
| NA9 | 10.5 | 25 | 84 | 0.12 | 2 | 1 | 5.09 | 41 | 0.84 | 6.7 |
| NA10 | 119.6 | 60 | 957 | 0.63 | 5 | 5 | 7.69 | 62 | 0.10 | 0.8 |
| NA11 | 27.4 | 34 | 219 | 0.74 | 5 | 6 | 6.79 | 54 | 1.70 | 13.6 |
| NA12 | | | | | | | 8.13 | 65 | 0.71 | 5.7 |
| **Mean** | 36.6 | 34.7 | 292 | 0.5 | 6.0 | 4.3 | 8 3 | 66.5 | 0.8 | 6.7 |
| **SD** | 47.1 | 15.2 | 377 | 0.4 | 6.0 | 3.3 | 2 8 | 22.7 | 0.5 | 4.1 |
| **Median** | 19.2 | 33.5 | 154 | 0.5 | 4.0 | 3.7 | 7.9 | 63.3 | 0.9 | 7.1 |

[a] Emission rates measured by Lawrence Berkeley National Laboratory.
[b] TVOC, total volatile organic compounds; TVSC, total volatile sulfur compounds; E, emission rate, $\mu g/m^2/h$; N, number of compounds detected; Con., estimated concentration in indoor air, $\mu g/m^3$.
[c] Measured as toluene, *i.e.*, using toluene for the standard response curve.
[d] Measured as sulfur equivalents.
[e] Adjusted by subtracting the mean blank value of 1.8 $\mu g/m^2/h$.
[f] Includes one Mexican sample.  The others are domestic.

P1.1804-0083

## APPENDIX C



**Figure C-1.** Chemical emissions from drywall samples. Emission rates ($\mu g/m^2/h$) were measured by LBL in a 10.5 L chamber. Number of TVOC's/TVSC's is the number of peaks identified by GC-MS. Solid bars, North America; open bars, China.

P1.1804-0084

## APPENDIX C



**Figure C-2.** Dependence of the Modeled Indoor Concentration on Air Exchange Rate.
(A) Formaldehyde.  For all tested samples: broken line, lowest emission rate; solid line, median emission rate; dotted line, greatest emission rate.  The vertical dotted line indicates 0.15 air changes per hour.  (B) Total volatile sulfur compounds: solid black line, sample NA6; broken gray lines, left to right, samples C3, C4, and C5.  The vertical dotted line indicates 0.15 air changes per hour.

28

P1.1804-0085

## Appendix D

<table>
<tr><th colspan="5">INFORMATION ON SELECTED VOLATILE ORGANIC COMPOUNDS AND CARBONYLS</th></tr>
<tr>
<th>Chemical/CAS#</th>
<th>Uses/Sources</th>
<th>Health Effects</th>
<th>Health-based Inhalation Screening Guidelines*</th>
<th>Odor/threshold</th>
</tr>
<tr>
<td>Formaldehyde/ 50-00-0</td>
<td>Wood products, disinfectant, textiles, paints</td>
<td>Irritation; carcinogen</td>
<td>MRL:<br>Acute: 40 µg/m$^3$<br>Interm.: 30 µg/m$^3$<br>Chronic: 8 µg/m$^3$<br>EPA Unit risk: 1.3x10$^{-5}$ per µg/m$^3$<br>CREL: 9 µg/m$^3$</td>
<td>Pungent/ 1 mg/m$^3$</td>
</tr>
<tr>
<td>Acetaldehyde/ 75-07-0</td>
<td>Wood products, tobacco, vehicle exhaust</td>
<td>Irritation</td>
<td>RfC:<br>9 µg/m$^3$<br>Unit risk: 2.2x10$^{-6}$ per µg/m$^3$<br>CREL: 140 µg/m$^3$</td>
<td>Pungent, fruity/ 336 µg/m$^3$</td>
</tr>
<tr>
<td>Benzaldehyde/ 100-52-7</td>
<td>Foods, fragrance, detergents, industrial processes, solvents, combustion</td>
<td>Irritation, CNS</td>
<td>WEEL: 8700 µg/m$^3$ TWA</td>
<td></td>
</tr>
<tr>
<td>Hexanal/ 66-25-1</td>
<td>Flavoring; perfumes; industrial processes for plasticizers, rubber chemicals, dyes, synthetic resins, insecticides; plant sources</td>
<td>Irritation</td>
<td></td>
<td>Grass, fruity/ 57 µg/m$^3$</td>
</tr>
<tr>
<td>Heptanal/ 111-71-7</td>
<td>Flavoring, perfumes, pharmaceuticals, industrial processes; plant and animal sources</td>
<td>Irritation</td>
<td></td>
<td>Fatty pungent odor, fruity</td>
</tr>
<tr>
<td>Octanal/ 124-13-0</td>
<td>Perfume, flavoring, industrial processes; plant sources</td>
<td>Irritation</td>
<td></td>
<td>Fruity/ 7.3 µg/m$^3$</td>
</tr>
<tr>
<td>Nonanal/ 124-19-6</td>
<td>Cosmetics, flavoring; plant sources</td>
<td>Irritation</td>
<td></td>
<td>Rose-orange/ 13 µg/m$^3$</td>
</tr>
<tr>
<td>Decanal/ 112-31-2</td>
<td>Flavoring; essential oils</td>
<td>Irritation</td>
<td></td>
<td></td>
</tr>
<tr>
<td>Dodecamethyl-cyclohexasiloxane/ 540-97-6</td>
<td>Cosmetics, paints, varnishes, surface treatments, cookware, health-related products, electronics</td>
<td>No human reports</td>
<td></td>
<td>Odorless</td>
</tr>
<tr>
<td>Decamethyl-cyclopentasiloxane/ 541-02-5</td>
<td>Hair preparations, antiperspirants, cosmetics, industrial processes; waste incineration, other industrial sources</td>
<td>No human reports</td>
<td>10 ppm TWA (151 mg/m$^3$)</td>
<td></td>
</tr>
</table>

29

P1.1804-0086

## INFORMATION ON SELECTED VOLATILE ORGANIC COMPOUNDS AND CARBONYLS

| Chemical/CAS# | Uses/Sources | Health Effects | Health-based Inhalation Screening Guidelines* | Odor/threshold |
|---|---|---|---|---|
| 1-chlorooctane/ 111-85-3 | Industrial processes | CNS effects | | |
| Tetradecane/ 629-59-4 | Solvent, industrial processes, vehicle exhaust, landfills; natural sources | CNS depression; cardiac arrhythmias | | Odorless |
| n-Hexane/ 110-54-3 | Solvent, industrial processes, oil, natural gas | CNS effects | RfC: 0.7 mg/m$^3$ Chronic MRL: 0.6 ppm (2.1 mg/m$^3$) CREL: 7000 µg/m$^3$ | Gasoline-like/ 460 mg/m$^3$ |
| Tetrahydrofuran/ 109-99-9 | Solvent; industrial processes | Irritation | PEL: 590 mg/m$^3$ REL: 590 mg/m$^3$ TLV: 150 mg/m$^3$ | Faint fruity/ 60-150 mg/m$^3$ |
| 2,2,4-trimethyl-1,3-pentanediol/ 144-19-4 | Industrial processes, inks, surface coatings, resins, lubricants | Irritant | | |
| Acetone/ 67-64-1 | Solvent, industrial processes, paints, adhesives, cosmetics | Irritation; upper respiratory effects | MRL: Acute: 26 ppm Interm.: 13 ppm Chronic: 13 ppm (31 mg/m$^3$) | Fruity/ 50 mg/m$^3$ |
| Methylene chloride/ 75-09-2 | Solvent, industrial processes, paint remover, degreaser | Irritation; CNS effects | MRL: Acute: 0.6 ppm Interm.: 0.3 ppm Chronic: 0.3 ppm (1 mg/ m$^3$) CREL: 400 µg/m$^3$ Unit risk: 4.7x10$^{-7}$ per µg/m$^3$ | Sweet, chloroform- like/ 500-800 mg/m$^3$ |
| Phenol/ 108-95-2 | Disinfectant; antiseptic, anesthetic; industrial processes | Irritation; upper respiratory effects; CNS effects | CREL: 200 µg/m$^3$ | Acrid/ 180 µg/m$^3$ |
| D-Limonene/ 5989-27-5 Limonene/ 138-86-3 | Flavorings, fragrances, cosmetics, solvent, insecticide, insect repellant; fruits, trees, and other plants | Irritation; skin sensitization | WEEL: 30 ppm TWA (170 mg/m$^3$) | Lemon, citrus/ 2447 µg/m$^3$ |

*PEL: Occupational Safety and Health Administration Permissible Exposure Limit
REL: National Institute for Occupational Safety and Health Recommended Exposure Limit
TLV: American Conference of Governmental Industrial Hygienists Threshold Limit Value
CREL: California Office of Environmental Health Hazard Assessment Chronic Reference Exposure Levels
WEEL: American Industrial Hygiene Association Workplace Environmental Exposure Level
RfC: Environmental Protection Agency Reference Concentration
MRL: Agency for Toxic Substances and Disease Registry Minimal Risk Level

30

# References

Alevantis L (2003) Building Material Emissions Study. Indoor Air Quality Section, Environmental Health Laboratory Branch, Division of Environmental and Occupational Disease Control, California Department of Health Services. Report dated November 2003.

ATSDR (Agency for Toxic Substances and Disease Registry) (2007) Health Consultation Exposure Investigation Report, Weyerhaeuser Pulp and Paper Mill, NC (3/22/07) http://www.atsdr.cdc.gov/HAC/pha/WeyerhaeuserPulpPaper/WeyerhaeuserPulp+PaperMillHC032207.pdf

ATSDR (Agency for Toxic Substances and Disease Registry). Minimal Risk Levels. Available at http://www.atsdr.cdc.gov/mrls/.

ATSDR (Agency for Toxic Substances and Disease Registry). Toxicity profiles (Hydrogen Sulfide - July 2006; Carbon disulfide – August 1996, Sulfur Dioxide – August 1996) Available at:  http://www.atsdr.cdc.gov

ATSDR- MMG. Agency for Toxic Substances and Disease Registry Medical Management Guidelines for $SO_2$ (undated) http://www.atsdr.cdc.gov/MHMI/mmg116.pdf

Brenneman KA, James RA et al. (2000) Olfactory neuron loss in adult male CD rats following subchronic inhalation exposure to hydrogen sulfide. Toxicol Pathol 28: 326-333

Burns-Naas L, Mast RW, Klykken PC, McCay JA, White, Jr. KL, Mann PC, Naas DJ (1998a) Toxicology and Humoral Immunity Assessment of Decamethylcyclopentasiloxane (D5) Following a 1-Month Whole Body Inhalation Exposure in Fischer 344 Rats. Toxicol Sci 43: 28-38.

Burns-Naas L, Mast RW, Meeks RG, Mann PC, Thevenaz P (1998b) Inhalation Toxicology of Decamethylcyclopentasiloxane (D5) Following a 3-Month Nose-Only Exposure in Fischer 344 Rats. Toxicol Sci 43: 230-240.

Cavender F (1994) Aliphatic Hydrocarbons. In Patty's Industrial Hygiene and Toxicology. Fourth Edition, Vol 2, Part B. GD Clayton and FE Clayton, Eds. John Wiley & Sons, Inc., New York. pp: 1221-1266.

Cherry N, Venables H, Waldron HA, Wells GG (1981) Some observations on workers exposed to methylene chloride. Br J Ind Med 38(4): 351-5.

Colombo A, De Bortoli M, Pecchio E, Schauenburg H, Schlitt H, Vissers H (1990) Chamber Testing Of Organic Emission From Building And Furnishing Materials. Sci Total Environ 91: 237-249.

CRI (Carpet and Rug Institute) (2009) http://www.carpet-rug.org/commercial-customers/green-building-and-the-environment/index.cfm. Accessed October 2009.

31

P1.1804-0088

Ernstgård L, Iregren A, Sjögren B, Svedberg U, Johanson G (2006) Acute effects of exposure to hexanal vapors in humans. J Occup Environ Med 48(6): 573-80.

Environmental Protection Agency. Integrated Risk Information System. Available at http://www.epa.gov/iris/.

EPA RED Facts, Sulfur Pub. No 738-F-91-110, May 1991 http://www.epa.gov/oppsrrd1/REDs/factsheets/0031fact.pdf

EPA (1994) Methods for Derivation of Inhalation Reference Concentrations and Application of Inhalation Dosimetry. Office of Research and Development, EPA/600/8–90/066F, Washington, DC.

Garland SE and Greene MA (2009) CPSC Staff Report: Statistical Analysis of the Chemical Screening of a Small Sample of Unused Chinese and non-Chinese Drywall. October 2009.

Hardin BD, GP Bond, et al. (1981) Testing of selected work place chemicals for teratogenic potential. Scand J Work Environ Health 7(Suppl. 4): 66-75.

Hippelein M (2004) Background concentrations of individual and total volatile organic compounds in residential indoor air of Schleswig-Holstein, Germany. J Environ Monit 6(9): 745-52.

HSDB (Hazardous Substances Data Bank), a database of the National Library of Medicine's TOXNET system. Available at http://toxnet.nlm.nih.gov.

Jappinen P, Vikka V, et al. (1990) Exposure to hydrogen sulfide and respiratory function.  Br J Intern Med 47:824-828

Johnson BL, Boyd J et al. (1983) Effects on the peripheral nervous system or workers exposure to carbon disulfide.  Neurotoxicology 41: 53-66

Koontz MD and Rector HE (1993) Estimation of distributions for residential air exchange rates.  GEOMET Technologies, Inc., Germantown, MD 20874.  October 29, 1993.  GEOMET Report Number IE-2603.

Lang I, Bruckner T, Triebig G (2008) Formaldehyde and chemosensory irritation in humans: a controlled human exposure study. Regul Toxicol Pharmacol 50: 23-36.

Matsuda Y, Yasoshima M, et al. (1986) Early selective and reversible suppression of cytochrome P-450 dependent monooxygenase of liver microsomes following the administration of low doses of carbon disulfide in mice.  Biochemical Pharmacology 35: 3941-3948

MCA - Manufacturing Chemists Association. 1968. Research on chemical odors: Part 1. Odor threshold for 53 commercial chemicals. Washington, DC.

Murray DM, Burmaster DE (1995) Residential air exchange rates in the United States: empirical and estimated parametric distributions by season and climatic region. Risk Analysis 15: 459 465.

Persily A, Musser A, Leber D (2006) A Collection of Homes to Represent the U.S. Housing Stock.  National Institute for Standards and Technology, Gaithersburg, MD. August 2006.  NISTIR 7330.

32

Ruth JA (1986) Odor thresholds and irritation levels of several chemical substances: a review. Am Ind Hyg Assoc J 47: 142-151.

Salonen H, Pasanen AL. Lappalainen S. Riuttala H, Tuomi T, Pasanen P, Back B, Reijula K (2009) Volatile organic compounds and formaldehyde as explaining factors for sensory irritation in office environments. *J Occup Environ Hyg* 6: 239-247.

Sheppard D, Saisho A, Nadel JA, *et al.* (1981) Exercise increases sulfur dioxide-induced bronchoconstriction in asthmatic subjects. Am Rev Respir Dis 123:486-491.

Washington State Department of General Administration (1989) Indoor Air Quality Specifications for Washington State Natural Resources Building and Labor and Industries Building. Olympia, Washington, December 1989.

WHO (World Health Organization) (2001) Air Quality Guidelines – Second Edition: Chapter 5.8 Formaldehyde. World Health Organization, Geneva.

P1.1804-0090

Tab C

P1.1804-0091

Draft

# I. Executive Summary

Occupants of some homes built with imported (Chinese) drywall have reported adverse
health symptoms and corrosion of indoor metals.  It has been hypothesized that the
drywall emits sulfur-containing gases which are associated with the odor, health, and
corrosion complaints, and that elevated levels of humidity and temperature increase the
emission.  To better assess these issues, the United States (US) Environmental Protection
Agency Environmental Response Team (EPA/ERT) and the Florida Department of
Health (FDOH) conducted indoor air testing on ten homes in Florida and Louisiana.[1]

This report reviews the air sampling results from a total of 6 Test homes and 4 Control
homes[2] in Florida and Louisiana.  The data obtained from these tests were evaluated to
preliminarily identify if any chemicals are different in Test versus Control homes.  It also
evaluates whether some of these chemicals might be present at levels that potentially
could be of health concern.  This evaluation does not address individual health problems,
if any, of occupants living or formerly living in the homes tested.

The EPA/ERT and FDOH samplings were also conducted to evaluate potential methods
for collecting and identifying a variety of chemical compounds that might be present in
the indoor and outdoor air of homes with Chinese drywall (Test homes) different from
those found in Control homes.  Information from this investigation will be considered to
refine the sampling and testing procedures for homes with problems associated with
Chinese drywall and may used for future studies.  Although not a part of the Technical
Team evaluation, Appendix K contains the EPA proposed sampling approach for drywall
investigations.  It should be noted that the preliminary sampling approach does not reflect
upcoming results from other studies by the interagency task force, which may suggest
changes in approach once those studies are complete.

While the results of this investigation provide some preliminary information on
chemicals that might be linked with the health effects identified by occupants of affected
homes, these results should be viewed as suggestive rather than conclusive until more
comprehensive testing can be completed.  The results presented in this report also should
not be used to draw conclusions or make inferences regarding the condition of a specific
residence or the impact of measured levels on materials or people within the homes tested
or to the universe of homes known to contain Chinese drywall.[3]

A review of the data the technical team resulted in the following conclusions:

---

[1] This report is a collaborative effort of staff (the Technical Team) from the federal and state agencies listed
above as well as from the U.S. Department of Housing and Urban Development and the Virginia state
Department of Health.  The Technical Evaluation Team members are listed in Appendix M.  Due to the
interrelated nature of these investigations, these technical reports are being released in draft until the final
results from further studies are available for interpretation.  These studies are staff level documents and
have not yet been reviewed or approved by the agencies participating in this investigatory effort.
[2] Control homes were selected on the basis that they did not meet the state of Florida's "case definition" of
homes described below in the section on investigative design and methodologies.
[3] This technical report does not address nor differentiate between homes with corrosive Chinese drywall and
homes containing Chinese drywall but lacking signs of corrosion.

- Based on these limited air sampling results no *obvious* differences between the types and amounts of compounds were found in the indoor air of Test versus Control homes.
- The majority of compounds found in the Test and Control homes are commonly found in U.S. homes. Indoor air monitoring in homes and chamber testing of emissions from building materials and furnishings (EPA 1997, Alevantis 2003, Colombo 1990, Hodgson 2000) have found similar levels of compounds.

- According to the growing number of reports to federal and state agencies as well as private consulting companies and laboratories, it was hypothesized that Chinese drywall emits reduced sulfur compounds, which are suspected to be the cause of metal corrosion, and possibly occupant reported symptoms. The three reduced sulfur compounds of greatest interest, hydrogen sulfide, carbon disulfide and carbonyl sulfide were rarely detected above method detection limits in this limited sampling of 10 homes. The peak hydrogen sulfide level was detected outdoors when a lawn sprinkler system was running outside a Florida home. The use of "reclaimed water" for sprinklers is associated with these hydrogen sulfide levels. The Technical Team recognizes this is a possible contribution to indoor air quality. Ongoing investigations and sampling in a larger number of homes should help to clarify the role that these compounds may play in reported symptoms and corrosion to metal components in homes.

- With few exceptions, the levels of formaldehyde and acetaldehyde were consistent with those found in newly manufactured homes in the U.S. and elsewhere. Formaldehyde levels found in Test and Control homes were not different. The small number of homes tested for formaldehyde limits the ability to generalize the results from these investigations. Levels of formaldehyde were generally below concentrations that typically cause acute respiratory irritation in most people. When the air conditioning systems were not used in hot weather, formaldehyde concentrations rose above levels that have been associated with symptoms of respiratory irritation in sensitive individuals. Formaldehyde and acetaldehyde were found at levels that exceed chronic exposure limits that have been calculated to be protective. However, the lack of clear and relevant public health guidance for residential exposures to formaldehyde prevents the Technical Team from adequately evaluating the health implications of the levels found in this study.

- Although not observed for all compounds detected, operating the air conditioning system was correlated with notable reductions in formaldehyde levels. However, because of the AC coil failures indicative of this problem, it should not be assumed that a home has an operating AC system.

- Indications of the presence of sulfur dioxide were found inside three Test homes and not inside either Control home with one air monitoring instrument. However, another instrument with a lower detection limit did not confirm these results. Great care should be taken not to over interpret these results, especially for health

2

- Sulfuric acid was not detected using real-time monitoring instruments. Time weighted sampling showed results inside and outside Test and Control homes at levels very near the method detection limit. Because exposure to low levels of sulfuric acid is a health concern and the possibility of its presence as part of a contaminated drywall reaction, the Technical Team recommends sampling for this compound in chamber testing.

- Compounds were detected above odor thresholds. These may result in temporary sensory irritation, discomfort, nuisance, and reduced quality of life for some individuals which resolve when the exposure ends.

- The additive irritant effects of contaminants found may cause mucous membrane irritation (eyes, nose and throat) or trigeminal nerve irritation, resulting in a reduced quality of life for some individuals. Upper airway irritation may also exacerbate pre-existing respiratory health conditions, most notably asthma.

- Characteristics (e.g., air exchange rate, construction) of Test and Control homes were similar, suggesting that these variables were not a major factor for drywall emissions or copper corrosion.

Primary Recommendations are as follows:

- People who feel ill, especially those with persistent symptoms, should see their doctors—regardless if they believe their symptoms are associated with drywall or other indoor air problems. They should tell their doctors about any concerns they might have about environmental exposures.

- Operate air conditioning systems and increase air exchange rates in a way that keeps temperature and humidity low to reduce indoor air contaminant levels.

- Test for sulfur dioxide, sulfuric acid and other acid vapors in chamber studies to determine if these compounds should be further investigated.

Secondary recommendations are as follows:

- Consider exploring the effects of chemical mixtures on occupant symptoms and copper corrosion. Recognizing the significant limitations in evaluating low level chemical mixtures, and the absence of standard or consensus methods of evaluating health effects from chemical mixtures, the Technical Team briefly examined the possible role of chemical mixtures found in Test and Control homes. Further examination of the data is necessary to ascertain if any of the compounds detected in the Test homes were a result of chemical reactions

3

between corrosive drywall emissions and other building materials, coatings, adhesives, or chemicals in the indoor environment.

- Re-evaluate and revise the FDOH Case Definition for homes meeting the Chinese drywall criteria as new data becomes available.

## II. Background:

Drywall from China was imported into the United States to address the shortage of essential construction materials created following record-breaking 2004 and 2005 hurricane seasons and a national demand for new home construction. In 2008 homeowners began reporting upper respiratory irritation and copper corrosion in their recently built homes (2001-2007). In late February 2009, the Louisiana Department of Health and Hospitals (LADHH) became aware of similar concerns from homeowners in that state.

In January 2009, the Florida Department of Health (FDOH) initiated a preliminary investigation into the use of Chinese drywall in newly constructed homes.

Residents reported premature failures of central air conditioning system evaporator coils located indoors in the air handling unit and intermittent failure of appliances and/or electronic devices. Consumer Product Safety Commission (CSPC) staff inspections have noted corrosion of bare copper electrical wiring and the presence of sooty material on electrical wires (CPSC, 2009). Tarnishing and pitting of other metallic surfaces have also been observed in the affected homes in Florida and Louisiana by state and federal investigators.

Consumers in affected homes have reported various health-related symptoms including persistent coughs, bloody and runny noses, headaches, difficulty in breathing and irritated itchy eyes and skin. The most common symptoms reported among children (< 18 years of age) were respiratory infection, headache, dry cough, nosebleeds and eye irritation/redness. For both adults and children the most common "other" symptom reported was allergies/sinus/congestion. Many of these residents reported that the symptoms lessen or go away entirely when they leave their homes and return when they re-enter their homes (CPSC, 2009). In an informal survey of more than 400 callers to LADHH, the most common complaint reported was the presence of sulfur-like or other unusual odors.

Several federal agencies, the EPA, the Centers for Disease Control and Prevention/Agency for Toxic Substances and Disease Registry (ATSDR), and CPSC, joined discussions with Florida, Louisiana, and Virginia state officials in early 2009 as the number of homeowner complaints began to increase. A collaborative effort among state and federal officials was formed to begin assessing the nature and scope of the problem.

According to the growing number of reports from federal and state agencies as well as

4

private consulting companies and laboratories, it was hypothesized that Chinese drywall emits reduced sulfur compounds, which are suspected to be the basis for the complaints.

Despite previous materials analysis data and test results received from private consultants on drywall, a number of data gaps prevented the FDOH from conducting an assessment of potential health hazards for occupants of affected homes. To begin to address these data gaps, the FDOH and EPA's Environmental Response Team (EPA/ERT) initiated an investigation to measure chemical concentrations present in the indoor and outdoor air of six test homes in Florida and Louisiana that met the FDOH case definition (Appendix A) and four control homes in those same states (3 in FL, 1 in LA). It was hoped that the results from this testing would provide the scientific basis for developing a standardized testing protocol for homes reported as adversely impacted by imported drywall (preliminary approaches are given in Appendices D and K) and would begin to provide a scientific basis for assessing the possible corrosive drywall-related health hazards for those living in these homes.

The FDOH and EPA/ERT investigation was not designed to determine the <u>cause</u> of metal corrosion or determine the <u>source</u> of the chemicals measured in the indoor air of these ten homes. However, the investigation was developed to help determine whether an association might exist between homes with imported drywall and the chemicals detected in the indoor air of affected homes. If data clearly demonstrated that outdoor sources were responsible for indoor concentrations of chemicals, this would also be reported.

The focus of the EPA/ERT and FDOH investigation[4] was limited to the following objectives:

1.  Determine if building characteristics for affected homes differed from unaffected homes.
2.  Measure the in-home concentrations of potentially corrosive gases, irritants and other volatile organic compounds.
3.  Determine if the contaminants in the air of homes with Chinese drywall are different than homes with no apparent problems.
4.  Evaluate the influence that chemicals in the outside air and environmental conditions had on the indoor air chemical concentrations.

## III. Investigation Design and Methodologies:

As the FDOH began to investigate homeowner complaints of sulfur-type odors, corrosion of copper in homes and health-related concerns, they developed criteria for selecting homes to be included in this investigation (Appendix A). The FDOH "case definition" for homes that exhibit the key signs of corrosion associated with imported drywall was used as the initial screening for home selection in this investigation.

---

[4] An additional objective for the FDOH study was to evaluate the reliability and repeatability of available sample collection and analysis methods.

5

**A. Home selection:** In May 2009, preliminary site visits of 7 possible test homes in Florida and 5 in Louisiana were conducted to familiarize technical experts from EPA and ATSDR with the conditions present in homes experiencing premature copper corrosion believed to be associated with the presence of imported Chinese drywall  The test homes were selected by each state based on homeowner reports to them and from health department personnel visiting the homes to confirm that they met Florida's case definition (Appendix A).  Homes selected for testing had extensive copper corrosion, severe odors, and a history of repeated AC coil failures.  Control homes were selected based on the absence of signs indicating drywall associated corrosion, proximity to Test homes and comparability to Test home construction dates.

The following criteria were used to select homes for testing:

Test Homes

1. Met FDOH  Case Definition (Appendix A)
2. Had severe odor, copper corrosion, frequency of A/C coil replacement, and occupant symptoms
3. No cigarette or other tobacco smoking in the home prior to testing
4. Occupants agreed to vacate the premises for several days during testing
5. Investigators had access to the home around the clock during the testing period

Control Homes:

1. Met Test Home criteria 3,4 and 5
2. Located near one of the Test homes and constructed or renovated close to the time of the Test home construction
3. No apparent drywall-related problems

EPA/ERT staff, in consultation with FDOH, LADHH and EPA Headquarters, selected six homes in Louisiana and the west coast of Florida for monitoring /sampling. The EPA/ERT sampled two Test homes and one Control home in each state.  Additionally, the FDOH conducted air sampling in four homes, two on the east coast (one Test and one Control), and two on the west coast of Florida (one Test and one Control) (see Table 1 below).

6

P1.1804-0097

**Table1.  Summary Information on Test and Control Homes**

| Home Identifier # | Resident State | Tested by | Test or Control |
|---|---|---|---|
| 80 | Florida | FDOH | Test |
| 81 | Florida | FDOH | Control |
| 90 | Florida | FDOH | Test |
| 91 | Florida | FDOH | Control |
| 100 | Florida | EPA/ERT | Test |
| 101 | Florida | EPA/ERT | Control |
| 102 | Florida | EPA/ERT | Test |
| 200 | Louisiana | EPA/ERT | Test |
| 201 | Louisiana | EPA/ERT | Control |
| 202 | Louisiana | EPA/ERT | Test |

## B. Home Characterization and Air Change Rates:

All Test and Control homes were constructed or renovated in 2006-2007.  The year each
home was constructed was determined from interviews with homeowners and verified by
examining local tax assessor records and/or  by the date of the Certificate of Occupancy
as described by builder.  The construction style (i.e. construction techniques) was
determined by walk-through inspection and interviews with either the homeowner or
builder.

To evaluate how the air leakage rate of selected homes possibly influenced the resulting
concentrations of chemicals in the indoor air, the air change rate (ACR) was measured in
each home by the FDOH and LADHH.  The test method was adapted from the *Manual
for Ventilation Assessment in Mechanically Ventilated Commercial Buildings*, NISTIR
5329, National Institute of Standards and Technology, Jan 1994.  For a complete
description, see Appendix B.

## C. Air Sampling Approach and Methods

Table 2 summarizes the approaches used by EPA/ERT and FDOH to sample the indoor
and outdoor air in the Test and Control homes. The air was tested for a number of
chemical compounds of interest, including sulfur-containing compounds, volatile organic
compounds (VOCs), acids, and aldehydes (e.g. formaldehyde).  EPA/ERT tested six
homes in June-July, 2009.  The FDOH tested four homes at two different times (#80 and
#81, in May, 2009, and #90 and #91 in June, 2009).  Detailed information about the test
protocols and analytical methods is provided in Appendices B and C, for FDOH and
EPA/ERT respectively.

7

P1.1804-0098

**Table 2.  EPA/ERT and FDOH Air Sampling and Monitoring Approach**

| | | EPA/ERT | | FDOH |
|---|---|---|---|---|
| | | FL homes | LA homes | FL homes |
| # test/control homes | | 2/1 | 2/1 | 2/2 |
| # indoor sample locations per home | | 3-4 | 3-4 | 2 |
| # outdoor sample locations per home | | 1 | 1 | 1 |
| # Sampling days/home | | 2(48-hr) | 2(48-hr) | 1 (24-hr) |
| # Sampling events/home | | 4[*] | 4[*] | 80 and 81: 2 |
| | | | | 90 and 91: 12(reduced sulfur) |
| | | | | 6 (VOCs) |
| Sampling time of day | | 2 day, 2 night | 24 hours | |
| Real-time Air monitoring: | Hydrogen sulfide | continuous | continuous | every 2 hours |
| | Sulfur dioxide | continuous | continuous | N/A |
| | Sulfuric acid | continuous | continuous | N/A |
| | VOCs | continuous | continuous | N/A |
| | Particulate matter | N/A | continuous | N/A |
| Time-weighted Air Sampling: | Sulfur compounds | grab | grab | grab |
| | VOCs | 8-hr/sample | 8-hr/sample | 4 hr/sample |
| | Aliphatic amines | 8-hr/sample | 8-hr/sample | N/A |
| | Aromatic amines | 8-hr/sample | 8-hr/sample | N/A |
| | Formaldehyde | 8-hr/sample | 8-hr/sample | N/A |
| | Inorganic acids | 8-hr/sample | 8-hr/sample | N/A |
| | Acetic, formic acid | N/A | 8-hr/sample | N/A |
| | Pesticides/PCBs | N/A | 48-hr/sample | N/A |
| | PAHs | 10 hr/sample | 10 hr/sample | N/A |

[*] Except for home 102 in FL and 202 in LA, 1 day and 1 night sampling event was conducted with the air conditioning system running at each home; the other day and night event was conducted with no HVAC system running.  The HVAC system in FL home 102 was not functioning, so all 4 sampling events occurred with no air conditioning. The LA 202 home was also sampled with no air conditioning in order to compare to FL home 102. Particulate matter was only measured in home 202. Real-time air monitoring is a continuous instrument measurement for the duration of sampling; it is not analyzed by a laboratory. A grab sample is a one-time measurement, a snapshot in a given place and time.  N/A – not measured. Time-weighted sampling refers to a sample collected over time and analyzed by a laboratory.  Its results reflect the average concentration of the contaminant detected over the sampling period.

## D. FDOH Air Sampling and Monitoring (Appendix B)

FDOH tested four homes, two on Florida's east coast and two on its west coast  In May 2009, FDOH tested homes #80 (Test) and #81 (Control)[5].  Two VOC and two reduced sulfur compound indoor and outdoor sampling events occurred over one 24 hour period at these homes, with 5 simultaneous samples collected during each sampling event for each test method.  In June 2009, FDOH tested home #90 (Test home) and #91 (Control home).  Six VOC and 12 reduced sulfur compound indoor and outdoor sampling events occurred over one 24 hour period at these homes.  Grab samples for reduced sulfur compounds were collected every 2 hours.  VOC samples were collected every 4 hours.  For both sets of homes, continuous measurements of indoor and outdoor environmental parameters were made using direct reading instruments.  Measurement of temperature, relative humidity, and carbon dioxide provides useful information on how environmental

[5] Phase I, homes 80 and 81, was a scoping investigation to generate data on the variability and reliability of available test methods to measure concentrations of sulfur-containing gasses and volatile organic compounds (VOCs).  As a secondary objective, this phase of testing was anticipated to generate data on the types of chemical compounds found in affected and unaffected homes and their respective concentrations.  Two sampling events were conducted to evaluate possible diurnal effects on indoor air concentrations.  The investigation protocol for Phase II activities (Units 90 and 91) were evaluated and refined based on observations and experiences in Phase I.

8

conditions may impact indoor air concentrations of chemicals. Simultaneous measurement of indoor and outdoor conditions also makes it possible to evaluate the building's communication with the outside and its ability to control indoor humidity. Indoor and outdoor continuous real-time monitoring was collected for pressure differentials, CO, $CO_2$, temperature, and relative humidity. Outdoor air quality and weather conditions were continuously recorded.

Equipment, methodology specification and sensitivities, materials, supplies, software, and laboratories used to measure or sample the environment are described in the Appendix B.

### E. EPA/ERT Air Sampling and Monitoring (Appendix C)

EPA/ERT performed a total of six air sampling events at each house (two events per day over the course of three days). Except for two of the homes where testing was done without operating air conditioning systems (homes 102 and 202), half of the air sampling events occurred with the air conditioning [AC] off and the other half with the AC on. Ambient (outdoor) air samples were collected concurrent with each indoor air testing event. Real-time continuous monitoring was performed at two locations in the home (living room and bedroom) and one outside of the home, for total volatile organic compounds (VOCs), hydrogen sulfide ($H_2S$), sulfur dioxide ($SO_2$), carbon monoxide (CO), carbon dioxide ($CO_2$), temperature and relative humidity. Air grab samples utilizing Tedlar bags (Zefon International) were collected from the living room, bedroom, a wall cavity, and outdoor air for reduced sulfur gases. SUMMA[®] canisters were utilized to collect grab samples in each home. Time weighted air sampling was conducted for VOCs, aliphatic and aromatic amines, formaldehyde, inorganic acids, and poly-cyclic aromatic hydrocarbons (PAHs). Real-time monitoring for particulate matter was added to the Louisiana (LA) sampling scheme (for Test home 202). Time-weighted air sampling for acetic and formic acids, and pesticides/polychlorinated biphenyl (PCBs) were also added for LA sites only. Details for the instruments and methods EPA/ERT used for real-time air monitoring and time-weighted air samplings are found in Appendix C.

### F. Quality Assurance/Quality Control (Appendices B, D, E)

For detailed information regarding EPA/ERT QA/QC handling of sampling and data refer to the EPA/ERT Quality Assurance Project Plans (QAPP) located in Appendices D and E. EPA/ERT aldehyde samples results from LA homes (home 202) exhibited contaminant breakthrough. Therefore, these results should be treated as conservative estimated values and may underestimate the actual concentrations. Evaluation of FDOH data focused on addressing the three primary objectives set forth at the beginning of this report. All measurement results were subjected to a data evaluation process to ensure they accurately reflected the measurement that was collected. Data collected was verified for completeness and correctness, to the extent possible, by Salazar Consulting Group, a contractor for the FDOH. Quality assurance measures included confirming the data type, significant digits, units, and ranges using methods selected specifically for each data set.

9

P1.1804-0100

For detailed information regarding FDOH QA/QC handling of sampling and data refer to Appendix B. Some reduced grab samples exceeded method holding times prior to analysis. Therefore, results may be underestimates of the actual concentrations.

## G. Evaluation Process for Selecting Chemicals of Interest from the Data

The Technical Team used the following criteria to select chemicals found in the air sampling tests for further evaluation:

- Chemicals found to be emitted from suspected drywall in laboratory tests (some details provided in Appendix L).
- Chemicals only found in Test Home(s) at either
    - A mean concentration above the quantifiable limit, or
    - At a frequency $\geq 50\%$
- Chemicals found in both Test Homes and Control Homes, but at a higher mean concentration in at least one of the Test Homes (this only applies to measured concentrations above the quantifiable limit of the method).[6]
- Chemicals found in both Test Homes and Control Homes, at a frequency $\geq 50\%$ in at least one of the Test Homes and at a greater frequency than in the Control Home.

Utilizing this process enabled the Technical Team to remove from consideration all but 112 airborne compounds identified in either or both of the Test homes tested by the FDOH and to 109 chemicals in homes tested by EPA/ERT. Appendix F displays the chemicals that met one or more of the criteria. The table includes chemicals from EPA/ERT and FDOH sampling results, which are not mutually exclusive. Indoor chemicals not included in the evaluation, which were at values below method reporting limits, are found in Appendix G. These additional compounds were reviewed to ensure there were no obvious trends or warranted health evaluation.

# IV. Results:

## A. Building Characteristics of Test versus Control Homes

The size of Test homes was more consistent than among Control homes. Test homes averaged 2,480 ft$^2$, ranging from 1,100 to 3,810 ft$^2$. Control homes averaged 2,510 ft$^2$, but ranged from 287 (a small guest house) to 5,704 ft$^2$. All Test homes were constructed in 2006, with the exception of #202, which was originally constructed approximately 30 years ago, but renovated in 2007. Control homes were constructed or renovated between 2006 and 2007. Test and Control homes in Florida had lower air change rates than homes in Louisiana, averaging 0.19 air change rate per hour (ACH) in Florida and 0.52 ACH in Louisiana homes.

---

[6] Appendix F data from EPA/ERT sampling are mean values which were significantly different between the Test home(s) and the Control home.

P1.1804-0101

Table 3 below compares the air change rates between Test and Control homes evaluated by FDOH and EPA/ERT.

**Table 3:  Louisiana and Florida Home Characteristics**

| Air Change Rates (Test) | | Air Change Rates (Controls) | |
|---|---|---|---|
| Average | 0.27 | Average | 0.31 |
| Median | 0.25 | Median | 0.20 |
| Minimum | 0.12 | Minimum | 0.16 |
| Maximum | 0.47 | Maximum | 0.68 |

Using ASHRAE 62.2P guidance to estimate the minimum whole-house total ventilation for each home, Table 4 demonstrates the comparison of measured air change rate to the recommended minimum for each home.

**Table 4:  Calculated Minimum Air Change Rates (ACR) for Test and Control Homes**

| Home ID | Yr | ft² | Measured ACR* | Recommended Minimum ACR* | Meas./Min. Ratio |
|---|---|---|---|---|---|
| 80 (FL) | 2006 | 3,240 | 0.22 | 0.20 | 1.1 |
| 81 (FL) | 2007 | 287§ | 0.17 | 0.49 | 0.35 |
| 90 (FL) | 2006 | 3,810 | 0.12 | 0.18 | 0.67 |
| 91 (FL) | 2007 | 5,704 | 0.16 | 0.15 | 1.07 |
| 100(FL) | 2006 | 2,460 | 0.28 | 0.21 | 1.33 |
| 101 (FL) | 2006 | 1,735 | 0.24 | 0.31 | 0.77 |
| **102 (FL)** | **2006** | **1,977** | **0.13** | **0.30** | **0.43** |
| 200 (LA) | 2006 | 2,300 | 0.47 | 0.24 | 1.96 |
| 201 (LA) | 2007 | 2,313 | 0.68 | 0.27 | 2.52 |
| **202 (LA)** | **2007** | **1,100** | **0.42** | **0.36** | **1.17** |

*Reported in Air Changes per Hour (ACH)
§A small guest house
**Bold** = No AC system running

Table 5 below, orders the rank of ventilation ratios; the ratio of the measured air change rate to that of the recommended minimum air change rate, ranking them from highest to lowest.  A ratio with a value greater than 1.0 means that home exceeds the recommended minimum ACR as per ASHRAE 62.2P.  A ratio less than 1.0 means a home does not meet the minimum ACR as per ASHRAE 62.2P.

11

P1.1804-0102

**Table 5:  Ranking of Air Change Rate Ventilation Ratios**

| Home ID | Ratio | Home Description |
|---------|-------|------------------|
| 201 | 2.52 | Control |
| 200 | 1.96 | Test |
| 100 | 1.33 | Test |
| **202** | **1.17** | **Test** |
| 80 | 1.1 | Test |
| 91 | 1.07 | Control |
| 101 | 0.77 | Control |
| 90 | 0.67 | Test |
| **102** | **0.43** | **Test** |
| 81 | 0.35 | Control |

**Bold = No AC system running**

## B. Summary of Results from FDOH Air Sampling and Testing (Appendix B)

Overall, FDOH air sampling results showed the following:

- Reduced sulfur gases were not detected in Test home 80 or Control homes 81 and 91.  A single measurement of Hydrogen Sulfide in Unit 90 (Test Home) was quantified at 5.72 ppbv (8 $\mu g/m^3$).  This was the only sample above the 5 ppbv (7 $\mu g/m^3$) method reporting limit out of the twelve samples collected in Unit 90.  Similarly a single sample was reported to contain 4.14 ppbv (5.6 $\mu g/m^3$) of Carbonyl Sulfide (an estimate with some uncertainty because it was below the laboratory's method reporting limit/quantitation limit, see Appendix B).

- Assessment of diurnal trends was not possible due to the small number of positive detects for reduced sulfur compounds.  Examination of VOC data did not reveal any trends in indoor air concentrations that would suggest diurnal variations  All homes effectively controlled temperature and relative humidity, suggesting that uncontrolled environmental conditions within Test homes were not contributing factors to drywall emissions or copper corrosion.

- Low levels of individual volatile organic compounds (VOCs) were detected in Test and Control homes.  Outdoor ambient sources of certain VOCs were periodically observed to cause transient elevations indoors.  However, the predominant source of most indoor VOCs was attributable to indoor sources.

## C. Summary of Results from EPA/ERT Air Sampling and Testing (Appendix H)

Results of the EPA/ERT testing in homes (four Test, two Control) in Florida and Louisiana is summarized in Appendix H.

Overall, EPA/ERT air sampling analytical results demonstrated the following:

12

P1.1804-0103

- There were no obvious differences in indoor air results between homes meeting the FL case definition versus those that did not.

- Reduced sulfur gases in homes 100, 101, 102, 200, 201, and 202, were below the limit of detection (BLD) with the exception of carbonyl sulfide (BLD-21.6 $\mu$g/m$^3$) and carbon disulfide (BLD-19.6 $\mu$g/m$^3$), also in outdoor air carbonyl sulfide (BLD-16.5 $\mu$g/m$^3$) and carbon disulfide (BLD-9.9 $\mu$g/m$^3$) which were detected during the second night sampling event in Test home 102.

- Real-time monitoring detected low levels (BLD to 8.0 $\mu$g/m$^3$) of hydrogen sulfide in homes 100, 101, 102, 200, 201 and 202. Hydrogen sulfide was also detected in the outdoor air (BLD to 25.8 $\mu$g/m$^3$) of all sampled homes. The maximum hydrogen sulfide level occurred concurrently with peak outdoor levels.

- Low levels of target volatile organic compounds were detected in all houses in FL and LA. The target organic compounds that were detected are typically found in indoor air.

- Several non target volatile organic compounds were detected in indoor air (e.g., pinene, nonanal)

- Low levels of acetic acid and formic acid were detected in both Test and Control homes in LA. Sampling for these compounds was not conducted in FL homes.

- Formaldehyde was detected in all homes at or above ~100 ppb (122.7 $\mu$g/m$^3$) under AC "OFF" conditions. In Test home 202 formaldehyde was measured at concentrations up to 400ppb (490.8 $\mu$g/m$^3$).

- The use of air conditioning systems appeared to result in lower levels of formaldehyde in homes 100, 101, 200, and 201.

## D. Chemicals of Interest (Appendix F, G, J)

From all the chemicals detected during testing, a subset was selected using the criteria described in the Investigation Design and Methodologies section for a preliminary assessment of possible chemicals that might be associated with the corrosion and health complaints. This information can also be used to focus the scope of future drywall studies on selected chemicals.

For each chemical compound identified as a candidate "Chemical of Interest" (Appendix F tables), available health-based exposure guidelines (see Appendix I for expanded discussion) were compared with maximum and mean concentrations found in the

13

P1.1804-0104

homes[7].  When available in the literature, the odor threshold of each chemical of interest was compared to concentrations found in the affected home and a determination was made about whether the chemical was a known irritating substance.  Maximum and mean concentrations of these chemicals found during EPA/ERT and FDOH sampling and associated health-based screening guidelines, odor characteristics, odor threshold and common sources are listed in Appendix F.  The table in Appendix F provides values with and without the air conditioning system running, which affected the levels of many of the chemicals detected.  Classes of chemicals found in this table are sulfur-containing compounds, VOCs, acids, and aldehydes (including formaldehyde).

The following tables, 6 and 7, sum up the mean levels measured for some of the major chemical families.  The summation is a basic screening tool to evaluate whether a trend exists between the Test and Control homes in total chemical compounds measured in the home.  The total for terpenes is dominated by pinene levels, and for esters it is propanoic acid and its esters.  Note, Tables 6 and 7 are preliminary.  It is recommended to only draw comparisons for trends within the investigator's table itself (e.g., solely contrasting the EPA/ERT sampled homes).

**Table 6:  Sum Total of the means of Compounds of Interest in EPA/ERT Sampled Homes (ug/m$^3$)**

| Compound Class | Sampled Home | | | | | |
|---|---|---|---|---|---|---|
| | 100 | 101 | 102 | 200 | 201 | 202 |
| Total Aldehydes | 227 | 213 | 389 | 203 | 143 | 434 |
| Total Alcohols | 106 | 19 | 18 | 67 | BLD | 43 |
| Total Carboxylic Acids | BLD | 0.4 | 8 | BLD | BLD | BLD |
| Total Esters | 18 | 58 | 241 | 201 | 67 | 149 |
| Total Ketones | 60 | 52 | 208 | 4 | BLD | 5 |
| Total Hydrocarbons | 24 | 9 | 39 | 169 | 9 | 15 |
| Total Aromatic HC | 5 | 6 | 9 | 57 | 16 | 15 |
| Total PAHs | 4 | 3 | BLD | BLD | BLD | BLD |
| Total Terpenes/Terpencids | 60 | 27 | 636 | 1138 | 587 | 889 |
| Total Other | 68 | 2 | 5 | 3 | 2 | 3 |
| Total Acid Compounds | 1? | 1? | 1? | 860 | 3069 | 3645 |
| Total Sulfur Compounds* | BLD | BLD | BLD | BLD | BLD | BLD |

Test Homes: 100,102,200,202
Control Homes: 101, 201
*Reduced sulfur compounds

---

[7]Appendix F data from EPA/ERT sampling are mean values which were significantly different between the Test home(s) and the Control home.

14

**Table 7: Sum Total of Compounds of Interest in FDOH Sampled Homes (ug/m³)**

| Compound Class | Sampled Home | | | |
|---|---|---|---|---|
| | **80** | **81** | **90** | **91** |
| Total Aldehydes | 37 | 22 | 22 | 17 |
| Total Alcohols | 24 | 10 | 33 | 13 |
| Total Carboxylic Acids | 5 | 3 | 5 | 0.5 |
| Total Esters | 17 | 11 | 1 | BLD |
| Total Ketones | 17 | 10 | 9 | 2 |
| Total Hydrocarbons | 149 | 18 | 24 | 9 |
| Total Aromatic HC | 39 | 8 | 13 | 5 |
| Total PAHs | 3 | 1 | 4 | 2 |
| Total Terpenes/Terpenoids | 200 | 108 | 136 | 132 |
| Total Other | 3 | 1 | 4 | BLD |
| Total Reduced Sulfur Compounds | 4 | 3 | 5 | 2 |

Test Homes: 80, 90
Control Homes: 81, 91

## E. Sulfur-containing Compounds

1. Hydrogen sulfide and other reduced sulfur compounds

*H₂S Real-time air monitoring:* Readers should interpret real-time monitoring results with a note of caution because concentrations near 2 ppb (2.8 µg/m³) are very close to the lower detection limit of the instrument. EPA/ERT continuous real-time monitoring found hydrogen sulfide ($H_2S$) present at very low levels in the indoor and outdoor air of all EPA/ERT Test and Control homes. The maximum indoor and outdoor concentrations were 5.72 ppb[8] (8 µg/m³, FL home 102) and 18.5 ppb (25.8 µg/m³, FL home 102), respectively. The two highest outdoor levels were found on the FL control home (101) and Test home (102) properties. This neighborhood used reclaimed water for lawn irrigation. The distinctive odor of hydrogen sulfide was observed by sampling personnel as soon as the irrigation system was turned on.

$H_2S$ was detected at each sampling location (including outdoor air), during each of the 4 test periods in Test home 102, for a total time of 32 hours during the 3-day monitoring period. In Louisiana, $H_2S$ was detected in at least one sample location in each home (for a total of 3.25 hours in Test home 200, 18 hours in Test home 202, and 0.25 hours in Control home 201). It was also detected in each homes' outdoor sample location.

In general, levels inside and outside LA homes were lower than results in and around FL homes. No trend is apparent between maximum concentrations in Test homes versus Control homes. A slight trend is noted with mean values (the mean hydrogen sulfide

---

[8]This maximum concentration was measured in the wall cavity, not in the living space

15

P1.1804-0106

concentration over the entire monitoring event). Three of the four Test homes had values slightly above the instrument's lower detection limit. Two of these homes also had mean hydrogen sulfide values near the detection limit. No Control homes had mean hydrogen sulfide concentrations above the detection limit. In general, when higher hydrogen sulfide levels were detected outdoors, the longer it was found indoors for both Test and Control homes. This suggests that the outdoor source may be contributing to hydrogen sulfide levels indoors.

*Reduced sulfur compounds—grab sampling:* The only reduced sulfur compound detected by EPA/ERT was carbon disulfide at Test home 102 at a concentration of 2.62 ppb (8.2 $\mu g/m^3$). It was found in 91% of the 16 indoor samples from this home when the air conditioning system was off. The maximum level detected, 2.64 ppb (8.2 $\mu g/m^3$) is lower than the specified method reporting limit of 5.00 ppb (15.6 $\mu g/m^3$). These results should be treated as estimated values. Reduced sulfur compounds were not found in outdoor samples. Reduced sulfur compounds were not detected in any of the Louisiana homes.

With few exceptions, FDOH collected samples were below the reporting limit of the method (15.6 $\mu g/m^3$). Only one FLDOH sample out of the twelve samples collected throughout the 24 hour testing period at Test home 90, measured above the reporting limit for $H_2S$ at a concentration of 17.9 $\mu g/m^3$. In the early morning hours on June 9, 2009, $H_2S$ was detected in two outdoor samples. A single sample contained carbonyl sulfide at a concentration of 10.2 $\mu g/m^3$, an estimate with some uncertainty because it was below the laboratory's method reporting limit/quantitation limit (see Appendix B).

2. Sulfur Dioxide
One real-time instrument found sulfur dioxide ($SO_2$) inside three Test homes and none of the Control homes. An instrument with a lower limit of detection (used in LA), did not confirm this finding. Other than recommending additional investigation, care should be used in drawing general conclusions.

3. Sulfuric acid
EPA/ERT conducted real-time monitoring for sulfuric acid inside and outside of LA homes. It was not detected above one instrument's lower detection limit of 26 ppb. Time-weighted air samples detected low levels up to 0.051 $mg/m^3$ in outside air of FL home 101, and up to 0.047 $mg/m^3$ in the outside air of LA homes 200 and 201. Sulfuric acid was detected up to 0.05 $mg/m^3$ in Control and Test homes (101, 102, 200, and 201). There was no significant difference in outdoor air and indoor air results. The majority of the time, sulfuric acid was not detected in the collected samples. The method detection limit is approximately 0.046 $mg/m^3$. Therefore, other than recommending additional investigation, care should be used in drawing general conclusions.

**F. Other Acids**

Formic and Acetic acids
Time-weighted samples detected levels of formic acid (up to 1.1 ppm) inside LA homes 200, 201 and 202, though most levels were non-detectable. Formic acid was detected

16

outside homes 201 and 202 up to 0.73 ppm. The maximum levels detected inside and outside the home are not significantly different and are close to the method detection limit of 0.55 ppm and therefore should be interpreted with caution. Formic acid was not sampled for in FL homes. Time-weighted samples detected low levels of acetic acid, up to 590 ppb (1450 $\mu g/m^3$) inside LA homes 200, 201 and 202. The method detection limit was 49 ppb (121 $\mu g/m^3$). There was no statistical difference between Test homes and Control homes suggesting that the source of acetic acid was not imported corrosive drywall. No acetic acid was detected outside the homes.

### G. Aldehydes - Formaldehyde

All the homes tested by EPA/ERT were found to contain formaldehyde[9]. No statistical difference was found between formaldehyde levels measured in the Florida and Louisiana Test and Control homes. No correlation appears to exist between the air exchange rate and measured formaldehyde levels for each home. The highest value measured, with a mean concentration of 398 $\mu g/m^3$, occurred in Louisiana Test home 202 where "AC on" data was not collected.[10] The mean concentration for the remaining Test and Control homes was 131 $\mu g/m^3$ (with a range of 109-151 $\mu g/m^3$). Although the measurements taken with the air conditioning on demonstrate a significant decrease in detected levels and are in the range of what has been reported in published studies, these lower values remain above some of the minimal risk levels found in Appendix I (mean home levels ranged from 52-85 $\mu g/m^3$). Outdoor levels ranged from 2.0-6.5 $\mu g/m^3$.

## V. Discussion:

To evaluate the FDOH and EPA sampling data, the federal/state Technical Team formulated the following questions:

- Are chemicals found in the indoor air of homes with signs of imported drywall that meet the case definition different than similar homes that do not meet the Florida case definition and are believed to not have imported drywall?
- Were any of the chemicals found indoors attributable to chemicals present in the outdoor air, and therefore not from the imported drywall?
- Are there contaminants present at health relevant levels in the air inside the homes, regardless of their source?

In order to address the above questions, this evaluation includes:

- Examining of Quality Assurance/Quality Control of data
- Comparing building characteristics of Test versus Control homes
- Comparing the chemicals found in Test but not Control homes
- Comparing the chemicals found both in indoor and outdoor air

[9]The FDOH did not originally test for formaldehyde, however when early reports identified formaldehyde at levels above the odor threshold, measurements were taken in October 2009 on homes 80, 81, 90 and 91. Since different test methods were used and the data received late, a consensus decision was made to not include that data into this technical report.
[10]The air conditioning unit was functioning in LA home 202, however to maintain consistency in the sampling with the FL Test home 102, the air conditioning remained off.

17

P1.1804-0108

- Examining differences in chemical concentrations with the air conditioner on or off
- Developing a Chemicals of Interest list that narrows the field of compounds for assessment as possible health hazards for occupants
- Comparing the chemicals found in the 10 homes with those described in published literature as being generally found in indoor air of homes
- Conducting a preliminary health evaluation for certain chemicals of interest

## A. Building Characteristics of Test versus Control Homes

In this 10-home investigation, 60% of the homes exceeded the minimum ventilation rates recommended in ASHRAE 62.2P. Two of the four Control homes and four of the six Test homes exceeded their recommended minimum ventilation rates. No apparent trends were observed in homes that met or failed to meet minimum recommended ventilation rates. Therefore within the population of homes studies, the likelihood of experiencing corrosion associated with imported drywall did not appear to depend upon whether or not the homes provided adequate ventilation to control typical indoor air pollutant concentrations.

Care must be taken to not over interpret these findings. Homes were not chosen based upon their ventilation rates, but rather upon them exhibiting signs of premature copper corrosion associated with the use of imported drywall in recent construction. The measurement of air change rates was intended to ascertain if the homes were similar to other contemporary homes. What can be gained from these observations is that neither excessive nor restrictive air change rates were consistently found in either Test or Control homes. The homes selected for Test and Control homes were found to span the wide range of homes constructed using new materials and techniques.

## B. Results of Chemical Sampling and Testing

*What can be said about the chemicals found overall in the test versus control homes?*

Of the chemicals that were sampled and tested for in this ten home investigation, twelve compounds were detected in homes sampled by both the EPA/ERT and FDOH, using two different sampling/analysis methods. Those 12 chemical compounds are 1-butanol, acetic acid, acetic acid (phenyl methyl ester), acetone, benzaldehyde, formic acid, 2-heptanone, hexanal, naphthalene, octanal, pentanal and propanoic acid. Propanoic acid and its other forms (e.g., esters, anhydride) are considered as one compound for this discussion. It is not unexpected to observe a low frequency of common chemicals among these 10 homes due to the low number of homes sampled. Variability of compounds within a respective home should be large based upon the construction materials used in that particular home and contributions from other items in the home including, but not limited to, the vast selection and diversity of cleaning agents, furnishings and personal care products. Many of the chemicals of interest listed in Appendix F are considered typical indoor air constituents and are associated with daily activities, home construction, and furnishing materials (EPA 1997, Colombo 1990, Alevantis 2003, Hodgson 2000).

18

P1.1804-0109

Appendix J provides available information on typical indoor levels for compounds of interest

*What can be said about chemicals found indoors versus outdoors?*

An influence from chemicals in the outside air and/or environmental conditions was demonstrated on some indoor air chemical concentrations. The peak hydrogen sulfide levels detected in homes only occurred when the lawn sprinkler systems were activated. The levels became non-detectable in outdoor air after the sprinklers were shut off for five minutes.

*What can be said about the differences seen with AC on/off?*

EPA/ERT conducted sampling with air conditioning (AC) off in all Test and Control homes and sampled with the AC on in Test Homes 100 and 200 as well as Control Homes 101 and 201.[11]  For many of the compounds the maximum level listed occurred in the second Test home (102 and 202) and therefore "AC on" data was not available for comparison.  Approximately 50% of the homes for which "AC on" data was available, had notable reductions in the measured concentrations, the most noteworthy were the chemical class aldehydes.  Changes in chemical concentrations may have been the result of increased air change rates due to supply and return duct leakage, removal of chemicals by contact with the wet coils, reduction in temperature and humidity, or a combination of the these mechanisms.


## C. Potential Health Impacts in Test Homes

Health Evaluation

From the list of the chemicals of interest found in Appendix F, the Technical Team evaluated the following chemicals or chemical classes to develop a preliminary health evaluation for residents.  Additional details about the health guidelines used by the technical team for this assessment are in Appendix I.

- Reduced sulfur compounds, sulfur dioxide, inorganic gases – Generally concentrations of these chemicals found in the home sampling data were below levels set by EPA, ATSDR and others as health guidelines, with some exceptions. Some measurements $SO_2$ appeared higher than EPA ambient limits and the ATSDR MRL of 10ppb.  However due to discrepancies from the methodologies and lower limits of detection used, further examination of $SO_2$ is necessary in order to ascertain its presence/absence.  Some of the hydrogen sulfide measurements exceeded EPA's RfC of 1.4ppb.  Many of these compounds were detected close to method and instrument levels of detection and therefore stated levels must be considered estimated values.  No non-occupational health guideline is available for sulfuric acid.

---

[11] The HVAC fan was off when the AC was off.

19

P1.1804-0110

- Acetic acid and formic acid – Acetic acid is an organic acid, with a distinctive pungent vinegar odor, and is used as a solvent, preservative and in the manufacture of rubber, plastics, acetate fibers, pharmaceuticals, and photographic chemicals. It is emitted from building materials such as plywood. Both EPA/ERT and FDOH testing revealed acetic acid in samples from Test and Control homes. The mean levels of acetic acid detected in the homes tested are almost 20-fold lower than regulatory health guidance values (see Appendix I), but above the published odor threshold. The levels of formic acid measured in the Louisiana homes fell 5-fold below regulatory exposure limits (OSHA and NIOSH); formic acid was not tested for in Florida homes by EPA/ERT. Formic acid levels in the LA homes fell below the published odor threshold. Caution needs to be used in applying the referenced occupational health guidelines since these guidelines typically utilize shorter total time exposures than what may occur in a residence, where time spent in the home can be 24 hours a day, 7 days a week.

- Aldehydes – including formaldehyde – Of all the chemicals identified in this investigation, the maximum concentrations of only three chemical compounds exceeded health-based guideline values described above. Two of these compounds, acetaldehyde and formaldehyde, are known irritants. The third compound, naphthalene, had an estimated maximum concentration and a mean concentration which just exceed the RfC guideline value. However, these are estimated concentrations due to the high method detection limit for naphthalene and therefore must be confirmed by additional studies.

Formaldehyde can serve as the typical example for the aldehyde chemical class. A number of building products used in the home can be sources of formaldehyde (e.g. pressed wood products, paper products, personal care products and insulation, see CPSC preliminary chamber report 2009). A previous study of new homes found a mean formaldehyde level of 44.2 $\mu g/m^3$ in Eastern and Southeastern U.S. site-built homes (Hodgson 2000) and a mean of 94.9 $\mu g/m^3$ in new Florida homes (Hodgson 2002). The mean value for FL and LA Test homes was 206 $\mu g/m^3$ and for Control homes 113 $\mu g/m^3$ when the air conditioning system was not operating. When the air condition system was on, the mean level for Test homes was 69.5 $\mu g/m^3$ and for Control homes 61.9 $\mu g/m^3$.

No statistical difference was found between formaldehyde levels measured in the Florida and Louisiana Test and Control homes. No correlation appears to exist between the air exchange rate and measured formaldehyde levels for each home. The highest value measured, with a mean concentration of 398 $\mu g/m^3$, occurred in the second Louisiana Test home where "AC on" data was not collected.[12] The mean concentration for the remaining Test and Control homes was 131 $\mu g/m^3$ (with a range of 109-151 $\mu g/m^3$). Although the measurements taken with the air conditioning on demonstrate a significant decrease in detected levels and are in

---

[12] The air conditioning unit was functioning in LA home 202, however to maintain consistency in the sampling with the 2nd FL test home, the air conditioning remained off.

P1.1804-0111

the range of what has been reported in published studies, these lower values remain above some of the minimal risk levels found in Appendix I (mean home levels ranged from 52-85 $\mu g/m^3$). Outdoor levels ranged from 2.0-6.5 $\mu g/m^3$. The threshold for development of acute symptoms due to inhaled formaldehyde that is typically reported in the literature is 983 $\mu g/m^3$; however, sensitive individuals have reported symptoms at concentrations $\geq$ 123 $\mu g/m^3$ (HSDB). The indoor guideline values for formaldehyde, recommended with the intention of preventing acute sensory irritation, vary. In general, the reported estimated thresholds are in the range of 625–1250 $\mu g/m^3$ (Salonen 2009, Lang 2008). In order to prevent significant sensory irritation in the general population, the WHO has recommended a guideline value of 100 $\mu g/m^3$ as a 30-minute average (WHO 2001). The broad range of these guideline values results from including various safety factors and whether the health guideline value is addressing shorter or longer exposure (e.g., acute, intermediate or life-time). Although the levels for reported symptoms are generally at formaldehyde concentrations greater than 614 $\mu g/m^3$, it has been reported that long-term exposure to a formaldehyde concentration of 20 $\mu g/m^3$ may be associated with asthma-related and allergy-related health effects; concentrations above 60 $\mu g/m^3$ have been associated with exacerbation of existing asthma or development of asthma (Salonen 2009, NTP 2009, Tang 2009, WHO 2001). Tang 2009 reported that the likelihood of developing allergic asthma increases proportionately with indoor concentrations, especially at concentrations greater than 120 $\mu g/m^3$ (NTP 2009). The lack of clear and relevant public health guidance on residential formaldehyde exposure prevents the Technical Team from adequately evaluating the health implications of the levels found in this investigation. The broader issue of health risks due to formaldehyde exposure in homes is beyond the scope and capacity of this Technical Team and should be considered separately from issues surrounding corrosive drywall.

- Pinene and its isomers – Though pinene was detected in all EPA/ERT sampled homes, the maximum concentration measured for pinene falls just below its odor threshold.

Odors and Sensory Irritation

Upper airway irritation and skin irritation were common complaints from some occupants of affected homes. Many of the chemicals found in Test and Control homes are known respiratory irritants and/or malodorants (having an objectionable odor) when present above certain threshold levels. It is important to note that these compounds were not found at levels high enough to produce irritation normally. While the concentrations of individual chemicals found in the homes may fall below known levels for odor or irritation, it is not clear if there are additive effects that might alter individual sensitivities when occupants are exposed to a combination of chemicals.

Of the chemicals that were selected as chemicals of interest (Appendix F), information on odor characteristics was available for 56 compounds. Maximum concentration values measured during the EPA/ERT and FDOH sampling are also indicated. Odor threshold

21

values were also available for 82 of the compounds listed in Appendix F. Of these, fifteen chemical compounds exceeded their odor threshold. These chemical compounds are: acetic acid, butanoic acid, formaldehyde, formic acid, furfural, heptanol, hydrogen sulfide, nonanal, octanal, pentanal, 2-methyl propanal, 2-methyl propanoic (aka isobutyric acid), propanoic acid, 2-methyl-propanoic acid anhydride, thiophenes, and TXIB (2,2,4-Trimethyl-1,3-pentanediol diisobutyrate).

The Technical Team found that Test homes had more sulfur-containing and other malodorants at or near their odor thresholds than Control homes. Levels of formaldehyde were found at concentrations above its odor thresholds, but generally below reported limits of respiratory irritation in Test and Control homes, although some homes did have levels above reported levels of respiratory irritation. Formaldehyde has been documented to cause symptoms of respiratory irritation above 100 ppb (123 $\mu g/m^3$), particularly in sensitive individuals. A confounder for the Technical Team when evaluating the possible health hazards present in affected homes was that similar levels of formaldehyde and acetaldehyde were also found in unaffected Control homes in this investigation.

Symptoms resulting from a toxic response to a chemical may be differentiated from temporary sensory irritation by the underlying mechanism causing the response. A toxic response often results in cellular, tissue, or organ damage that persists after exposure to the causative agent ends and requires healing for the person to return to normal. On the other hand temporary sensory irritation is often characterized by upper airway or eye symptoms caused by irritating nerve endings in the nose. Typically these symptoms resolve without treatment after exposure ends. Because the trigeminal nerve, the fifth cranial nerve with exposed nerve endings in the nose, can be aggravated by many different chemical and physical agents, it is possible that a combination of factors can result in symptoms of irritation.

The trigeminal nerve is responsible for sensing the irritation or pungency of a chemical (Shusterman 1992). The trigeminal nerve works together with the olfactory nerve to distinguish and characterize chemicals present in the air we breathe. This combination of sensory nerves forms the common chemical sense known as chemesthesis. The ability of certain chemicals to activate this early warning system depends on their potency, concentration, and duration of exposure. The potency of certain chemicals is based on their water solubility, composition, and functional groups. Many sulfur-containing compounds are potent sensory irritants, reflected by their relatively low odor thresholds. It has been observed that low level volatile organic compounds (VOCs) can be additive and produce sensory irritation at concentrations lower than individual threshold limits (Sullivan 2001). However which chemical combinations and the levels at which they can produce sensory irritation has not been determined.

Nasal exposure to sensory irritants at sufficient concentrations can promote symptoms that include a burning and painful sensation in the nasal passages, head, and cornea by stimulation of the trigeminal nerve endings. This stimulation of the trigeminal nerve can induce a neurogenic inflammatory response. The signs and symptoms of neurogenic inflammation include sneezing, nasal stuffiness, rhinorrhea, eye irritation, headache,

22

sinus congestion, cough, throat irritation, and wheezing. Vasodilation and increased vascular permeability in the nose can also result from prolonged irritation of the trigeminal nerve (Sullivan 2001). It has been shown that the presence of objectionable odors increases the sensitivity of trigeminal nerve endings (DeSesa 2008, Schiffman 2000).

The lack of findings that demonstrate indoor chemical concentrations likely to produce a toxic response suggests that alternative explanations of reported symptoms should be examined. Many of the symptoms described by occupants of affected homes coincide with those of trigeminal nerve sensory irritation. Far from conclusive evidence of a cause, this coincidence of symptoms may suggest a possible mechanism that might be further examined as more data becomes available.

## D. Data Limitations

- The data evaluated for this report reflect only a 1 to 3 day sampling period at several locations inside and one location outside for a very limited number of homes. While the homes selected for testing were considered "severely affected" they may not represent the entire body of affected homes. The results should not be used to determine "worst case" exposures, the frequency of worst-case exposures, or representative or "typical" contaminant concentrations. Likewise, the contaminants and their concentrations found in the 10 homes are not necessarily reflective of what is present in other homes.

- Some reduced sulfur compound samples (this applies only to homes 80 and 81; all of the sulfur compound samples from homes 80 and 81 were below reporting and detection limits) were not analyzed within the required 24-hour period, and therefore, the reported values may be an under-estimation of the actual collected levels.

- Reduce sulfur compounds were detected in some FDOH blank samples; this was not considered a problem since the same compounds were not detected in any of the indoor or outdoor air samples.

- EPA/ERT formaldehyde and aldehyde sample results from LA homes (Test home 202) exhibited contaminant breakthrough[13]. Therefore, these results should be treated as conservative estimated values and may underestimate the actual concentrations.

- The inclusion criteria used for the list of compounds of interest could be viewed as either conservative or not conservative. A cut-off demarcation was used by the Technical team to include those compounds which had at least 50% detects in at least one Test home. The purpose of these inclusion criteria was to screen out

---

[13]For future sampling events an ozone scrubber in-line with the cartridge along with lowering sample volume may reduce collection column breakthrough.

23

P1.1804-0114

chemicals that were not likely to be relevant in this assessment or were found at levels below reliable reporting limits. Contaminants not included in the evaluation were at values near or below method detection or reporting limits. However, they were reviewed to ensure they did not show obvious trends or warranted health evaluation.

- Many of the compounds in the list of chemicals of interest are tentatively identified compounds (TICs). Investigators identified these compounds by comparing spectra to established chemical libraries and not from internal references. TICs are the best estimate based on what these compounds may be and should be treated as such. If any of these TIC compounds are considered of health concern, the identification should be confirmed by additional testing and analysis with appropriate standards.

## VI. Conclusions:

- Based on this limited sampling and analysis, air sampling results revealed no *obvious* differences between types and amounts of compounds found in indoor air in Test versus Control homes.

- The majority of chemical compounds detected are considered common constituents of U.S. homes. Indoor air monitoring in homes and chamber testing of emissions from building materials and furnishings (EPA 1997, Alevantis 2003, Hodgson 2000, Colombo 1990) have found similar levels of compounds such as toluene, benzene, acetone, acetic acid, ethylbenzene, xylene, alkanes (e.g. hexane, pentane), methylene chloride, naphthalene, limonene, tetrachloroethene, trichloroethane, octanal, propanal, pinene, pentanal, formaldehyde and acetaldehyde.

- The formaldehyde levels found in air conditioned homes were consistent with new construction (the primary sources of formaldehyde in homes are believed to be pressed wood products and laminates). Formaldehyde levels appeared to be reduced when air conditioning was operating in the homes. The maximum concentrations of acetaldehyde and formaldehyde were at levels that could exacerbate conditions such as asthma in sensitive populations (Salonen 2009, NTP 2009, Tang 2009, WHO 2001), especially in homes where air conditioning was not operating. The lack of clear and relevant public health guidance on residential formaldehyde exposure prevents the Technical Team from adequately evaluating the health implications of the levels found in this investigation. The broader issue of health risks due to formaldehyde exposure in homes is beyond the scope and capacity of this Technical Team and should be considered separately from issues surrounding corrosive drywall.

- The three reduced sulfur compounds of greatest interest, hydrogen sulfide, carbon disulfide and carbonyl sulfide were rarely detected in this limited sampling of 10 homes. The peak hydrogen sulfide level was detected outdoors when a lawn

24

P1.1804-0115

sprinkler system was running outside a Florida home. The use of "reclaimed water" for sprinklers is associated with these hydrogen sulfide levels. The Technical Team recognizes this is a possible contribution to indoor air quality. However, the possible role that these compounds play in reported symptoms and corrosion to metal components in affected homes should not be discounted.

- Multiple compounds were detected above odor thresholds. Test homes had more sulfur-containing and other malodorants at or near their odor thresholds than Control homes. These may result in temporary sensory irritation of the nose, discomfort, nuisance, and reduced quality of life for some individuals.

- Sulfuric acid and sulfur dioxide were found at levels very close to the monitoring or sampling detection limits. Further testing will allow evaluation of possible health implications.

- With the exception of imported drywall in Test homes, construction styles, materials, and the ages of Test and Control homes were typical of modern homes and comparable with each other. Four Test homes exceeded the American Society of Heating, Refrigerating and Air-Conditioning Engineers' (ASHRAE) minimum air change rate while two were less; two Control homes exceeded the recommended amounts, and two were less. All homes effectively controlled temperature and relative humidity, suggesting that uncontrolled environmental conditions within Test homes were not a major factor to drywall emissions or copper corrosion.

## Recommendations:

- People who feel ill, especially those with persistent symptoms, should see their doctors—regardless if they believe their symptoms are associated with drywall or other indoor air problems. They should tell their doctors about any concerns they might have about environmental exposures.

- Operate air conditioning systems and increase air exchange rates in a way that keeps temperature and humidity low to reduce indoor air contaminant levels.

- Test for sulfur dioxide, sulfuric acid and other acid gases in chamber studies to determine if these compounds should be further investigated.

- Consider exploring the effects of chemical mixtures. Recognizing the significant limitations in evaluating low level chemical mixtures, and the absence of standard or consensus methods of evaluating health effects from chemical mixtures, the Technical Evaluation Team briefly examined the possible role of chemical mixtures found in Test and Control homes. Further examination of the data is necessary to ascertain if any of the compounds detected in the Test homes were a result of chemical reactions between corrosive drywall emissions and other building materials, coatings, adhesives, or chemicals in the indoor environment.

25

- Re-evaluate and revise the FDOH Case Definition for homes meeting the Chinese drywall criteria as new data becomes available.

P1.1804-0117

# References

ATSDR (Agency for Toxic Substances and Disease Registry) 1999. Toxicological Profile for Formaldehyde. Atlanta, GA. U.S. Department of Health and Human Services, Centers for Disease Control and Prevention, Agency for Toxic Substances and Disease Registry.

ATSDR (Agency for Toxic Substances and Disease Registry) 2006. Toxicological Profile for hydrogen sulfide. Atlanta. U.S. Department of Health and Human Services, U.S. Public Health Service.

Agency for Toxic Substances and Disease Registry 1998a. Toxicological Profile for Sulfur Dioxide. Atlanta: US Department of Health and Human Services, Public Health Service.

Agency for Toxic Substances and Disease Registry 1998b. Toxicological Profile for Sulfur Trioxide and Sulfuric Acid. Atlanta: US Department of Health and Human Services, Public Health Service.

Ahlborg G 1951. Hydrogen sulfide poisoning in shale oil industry. *Arch Ind Hyg Occup Med* 3: 247-266.

Alevantis L 2003. Building Material Emissions Study. Indoor Air Quality Section, Environmental Health Laboratory Branch, Division of Environmental and Occupational Disease Control, California Department of Health Services. Report dated November 2003.

Amdur M, Melvin W, Drinker P 1953. Effects of inhalation of sulphur dioxide by man. *The Lancet* 2: 758-759.

American Industrial Hygiene Association 1989. Odor Thresholds for Chemicals with Established Occupational Standards. Fairfax, VA.

ACGIH (American Conference of Industrial Hygienists) 2009. TLVs and BEIs. Based on the Documentation of the Threshold Limit Values for Chemical Substances and Physical Agents & Biological Exposure Indices, ACGIH, Cincinnati, OH.

ACGIH (American Conference of Industrial Hygienists) 2001. TLVs and BEIs. Based on the Documentation of the Threshold Limit Values for Chemical Substances and Physical Agents & Biological Exposure Indices, ACGIH, Cincinnati, OH.

ACGIH (American Conference of Industrial Hygienists) 2009. Guide to Occupational Exposure Values, ACGIH, Cincinnati, OH.

27

ASTM (American Society for Testing and Materials), Stahl WH, editor 1973. Compilation of Odor and Taste Threshold Values. McCormick and Co, Inc., Baltimore, MD.

Arnold IMF, Dufresne RM, Alleyne BC, et al. 1985. Health implication of occupational exposures to hydrogen sulfide. *J Occup Med* 27(5): 373-376.

Azuma M, Niiya M, Yagi F, Moriya Y, Hikita Y 2002. Long term field measurement survey on formaldehyde and volatile organic compounds in residences. *Trans Architect Inst Japan* 552: 29-35 (as cited in NTP 2009, Park 2006).

Balmes J, Fine J, Sheppard D 1987. Symptomatic bronchoconstriction after short-term inhalation of sulfur dioxide. *American Review Respiratory Disease* 136: 1117-1121.

Bethel R, Shepard D, Eptsein J, et al. 1984. Interaction of sulfur dioxide and dry cold air in causing bronchoconstriction in asthmatic subjects. *J. Appl. Physiol.* 57: 419-423.

Bhambhani Y, Singh M 2001. Physiological effects of hydrogen sulfide inhalation during exercise in healthy men. *Journal of Applied Physiology* 71(5): 1872-1877.

Bhambhani Y, Burnham R, Snydmiller G, et al. 1994. Comparative physiological responses of exercising men and women to 5 ppm hydrogen sulfide exposure. *American Industrial Hygiene Association Journal* 55: 1030-1035.

Bhambhani Y, Burnham R, Snydmiller G, et al. 1996a. Effects of 10 ppm hydrogen sulfide inhalation on pulmonary function in healthy men and women. *Journal of Occupational and Environmental Medicine* 38: 1012-1017.

Bhambhani Y, Burnham R, Snydmiller G, et al. 1996b. Effects of 5 ppm hydrogen sulfide inhalation on biochemical properties of skeletal muscle in exercising men and women. *American Industrial Hygiene Association Journal* 57: 464-468.

Bingham, E, Cohrssen, B, Powell, CH. Patty's Toxicology Fifth Edition, Volume 5. John Wiley & Sons, Inc. Pg 979-989.

Brenneman KA, James RA, Gross EA, et al. 2000. Olfactory neuron loss in adult male CD rats following acute inhalation exposure to hydrogen sulfide: Reversibility and the possible role of regional metabolism. *Toxicol Pathol* 30(2): 200-208

Campagna D, Kathman S, Pierson R., et al. 2001. Impact of ambient hydrogen sulfide and total reduced sulfur levels on hospital visits for respiratory diseases among children and adults in Dakota City and South Sioux City, Nebraska. American Thoracic Society, 97th International Conference, San Francisco, California, USA.

[CIIT] Chemical Industry Institute of Technology 1983a. 90-Day vapor inhalation toxicity study of hydrogen sulfide in B6C3F1 mice. Research Triangle Park, NC: Chemical Industry Institute of Toxicology. CIIT docket #42063.

28

[CIIT] Chemical Industry Institute of Technology 1983b. 90-Day vapor inhalation toxicity study of hydrogen sulfide in Fischer 344 rats. Research Triangle Park, NC: Chemical Industry Institute of Toxicology. CIIT docket #22063.

[CIIT] Chemical Industry Institute of Technology 1983c. 90-Day vapor inhalation toxicity study of hydrogen sulfide in Sprague-Dawley rats. Research Triangle Park, NC: Chemical Industry Institute of Toxicology. CIIT docket #32063.

Colombo A, De Bortoli M, Pecchio E, Schauenburg H, Schlitt H, Vissers H 1990. Chamber Testing Of Organic Emission From Building And Furnishing Materials. *Sci Total Environ* 91: 237-249.

Cometto-Muñiz JE, Cain WS, Hudnell HK 1997. Agonistic sensory effects of airborne chemicals in mixtures: odor, nasal pungency, and eye irritation. *Percept Psychophys* 59: 665-674.

Cometto-Muñiz JE, Cain WS, Abraham MH, Gola JMR 1999. Chemosensory detectability of 1-butanol and 2-heptanone singly and in binary mixtures. *Physiol Behav* 67: 269-276.

CPSC (2009), www.cpsc.gov

DHHS (Department of Health and Human Services) 2008. Formaldehyde exposure in homes: a reference for state officials to use in decision-making. March 2008. http://www.cdc.gov/nceh/ehhe/trailerstudy/pdfs/08_118152_Compendium%20for%20States.pdf

DeSesa CR, Vaughan RP, Lanosa MJ, Fontaine KG, Morris JB 2008. Sulfur-containing malodorant vapors enhance responsiveness to the sensory irritant capsaicin. *Tox Sci* 104(1): 198-209.

Devos M, Patte F, Rouault J, et al. 1990. Standardized Human Olfactory Thresholds, New York, Oxford University Press, pg 28-141.

Dumont R, Piersol P, Gerbasi D, Hill DH 1999. Evaluation of pollutant emissions in new housing. *Proc Indoor Air* 4: 113-117.

EPA (U.S. Environmental Protection Agency) 1997. Summary Report: Indoor Air Monitoring at Federal Creosote Site, U.S Environmental Protection Agency, Environmental Response Team, September 1997.

Gordon SM, Callahan PJ, Nishioka MG, Brinkman MC et al 1999. Residential environmental measurements in the national human exposure assessment survey (NHEXAS) pilot study in Arizona: preliminary results for pesticides and VOCs. *J Expos Analysis Environ Epi* 9(5): 456-470.

29

P1.1804-0120

Haider SS, Hasan M, Islam F 1980. Effect of air pollutant hydrogen sulfide on the levels of total lipids, phospholipids & cholesterol in different regions of the guinea pig brain. *Indian J Exp Biol* 18: 418-420.

Hanley Q, Koenig J, Larson T, et al. 1992. Response of young asthmatics to inhaled sulfuric acid. *American Review Respiratory Disease* 145: 326-331.

Hodgson A, Rudd A, Beal D, Chandra S 2000. Volatile organic concentrations and emission rates in new manufactured and site-built houses. *Indoor Air* 10:178-192.

Hodgson A, Beal D, McIlvaine J 2002. Sources of formaldehyde, other aldehydes, and terpenes in a new manufactured house. *Indoor Air* 12: 235-242.

HSDB (Hazardous Substances Data Bank), a database of the National Library of Medicine's TOXNET system. Available at http://toxnet.nlm.nih.gov.

Islam M, Neuhann H, Grzegowski E., et al. 1992. Bronchomoteric effect of low concentration of sulfur dioxide in young healthy volunteers. *Fresenius Envir. Bull.* 1:541-546.

Jappinen P, Vilkka V, Marttila O, Haahtela T 1990. Exposure to hydrogen sulfide and respiratory function. *British Journal of Industrial Medicine* 47(824-828).

Kilburn KH 1997. Exposure to reduced sulfur gases impairs neurobehavioral function. *South Med J* 90: 997-1006.

Kilburn KH, Warshaw RH 1995. Hydrogen sulfide and reduced-sulfur gases adversely affect neurophysiological functions. *Toxicol Ind Health* 11: 185-197.

Lang I, Bruckner T, Triebig G 2008. Formaldehyde and chemosensory irritation in humans: a controlled human exposure study. *Regul Toxicol Pharmacol* 50: 23-36.

Lawther P, Macfarlane A, Waller R, et al. 1975. Pulmonary function and sulfur dioxide, some preliminary findings. *Environmental Research* 10: 355-376.

Linn W, Shamoo D, Anderson K, et al. 1985. Effects of heat and humidity on the responses of exercising asthmatics to sulfur dioxide exposure. *Am Rev Resp Dis* 131: 221-225.

Lopez A, Prior M, Yong S, et al. 1988. Nasal lesions in rats exposed to hydrogen sulfide for four hours. *Am J Vet Res* 49: 1107-1111.

Luck J, Kaye SB 1989. An unrecognized form of hydrogen sulphide keratoconjunctivitis. *Br J Ind Med* 46: 748-749.

Malkin-Weber M, Coulter J, Dixon T, Hannas B, Hassel S, Kingston J 2009. Measured Formaldehyde in High Performance Homes with Outdoor Air Intakes. Presented at the Indoor Air Quality Association, 12th Annual Meeting, February 2009.

30

NYDOH (New York Department of Health) 2006. Volatile organic chemicals in air –
summary of background databases, October 2006.
http://health.state.ny.us/environmental/investigations/soil_gas/svi_guidance/docs/svi_app
endc.pdf.

NTP (National Toxicology Program) 2009. Draft Report on Carcinogens Background
Document for Formaldehyde, U.S. Department of Health and Human Services, Research
Triangle Park, NC. September 3, 2009.

O'Neil MJ ed, 2001. The Merck Index, 14th Edition. Merck and Co., Inc., Whitehouse
Station, NJ. Pg1283.

Park J, Ikeda K, 2006. Variations of formaldehyde and VOC levels during 3 years in new
and older homes. *Indoor Air* 16: 129-135.

Reiffenstein RJ, Hulbert WC, Roth SH 1992. Toxicology of hydrogen sulfide. *Annu Rev
Pharmacol Toxicol* 32: 109-134.

Saijo Y, Kishi R, Sata F, et al. 2004. Symptoms in relation to chemicals and dampness in
newly built dwellings. *Int Arch Occup Environ Health* 77: 461-470.

Salonen H, Pasanen AL, Lappalainen S, Riuttala H, Tuomi T, Pasanen P, Back B, Reijula
K 2009. Volatile organic compounds and formaldehyde as explaining factors for sensory
irritation in office environments. *J Occup Environ Hyg* 6: 239-247.

Schiffman SS, Walker JM, Dalton P, Lorig TS, Raymer JH, Shusterman D, Williams CM
2000. 'Potential Health Effects of Odor from Animal Operations, Wastewater Treatment,
and Recycling of Byproducts', *Journal of Agromedicine*,7: 1,7-81

Sheppard D, Saisho A, Nadel J, et al. 1981. Exercise increases sulfur dioxide-induced
bronchoconstriction in asthmatic subjects. *Am Rev Resp Dis* 123: 486-491.

Shusterman, DJ 2002. Review of the upper airway, including olfaction, as mediator of
symptoms. *Environ. Health Perspect* 110(Suppl. 4): 649–653.

Shusterman D 1998. Acute health symptoms attributed to odorant exposures. In:
Schiffman SS, Walker JM, Small R, Millner P (Organizing Committee). Participant
Reviews and Opinions: Workshop on Health Effects of Odors, Duke University.

Spolyar LW 1951. Three men overcome by hydrogen sulfide in starch plant. *Industrial
Health Monthly* 11: 116-117.

Stock TH, Mendez SR 1985. A survey of typical exposures to formaldehyde in Houston
area residences. *AIHA J* 46(6): 313-317.

Sullivan JB, Krieger GR 2001. Clinical Environmental Health and Toxic Exposures,
Second Edition. Lippincott Williams & Wilkins. Philadelphia.

31

Tang X, Bai Y, Duong A, Smith MT, Li L, Zhang L 2009. Formaldehyde in China: Production, consumption, exposure levels, and health effects. *Environ Int* 35(8): 1210-1224 (and as cited in NTP 2009).

Weisel CP 2006. Investigation of Indoor Air Sources of VOC Contamination. Final Report submitted to New Jersey Department of Environmental Protection. October 2006.

Weisel CP, Zhang J, Turpin BJ, Morandi MT et al 2005. Relationships of indoor, outdoor, and personal air (RIOPA). Part I. Collection methods and descriptive analyses. Research Report (Health Effects Institute). 130(Pt 1): 1-107, 109-127.

Weisel CP 2002. Assessing exposure to air toxics relative to asthma. *Environ Health Perspect* 110(suppl 4): 527-537.

WHO (World Health Organization) 2001. Air Quality Guidelines – Second Edition: Chapter 5.8 Formaldehyde. World Health Organization, Geneva.

WHO (World Health Organization) 1979. Environmental Health Criteria 8: Sulfur oxides and suspended particulate matter. World Health Organization, Geneva.

Yu CWF, Crump DR, Squire RW 1999. The effect of introducing new materials on the indoor concentrations of VOCs and formaldehyde in an unoccupied test house. *Proc Indoor Air* 1: 420-425.

Yu CWF, Crump DR, Squire RW 1997. Sources and concentrations of formaldehyde and other VOCsw in the indoor air of four newly built unoccupied test houses. *Indoor Built Environ* 6: 45-55.

32

## Appendix A

### Florida Department of Health Case Definition

During the development for the indoor air testing investigation, homes were selected for a preliminary site visit by FDOH staff in late January 2009. In total twelve (12) homes in six (6) south Florida counties were visited to observe the reported effects of copper corrosion and to collect a limited number of bulk material samples believed to represent the conditions found in affected homes.

One outcome of these initial efforts was the development of a "case definition" for homes experiencing premature copper corrosion, possibly associated with the presence of imported drywall from China. The case definition served several purposes, the most important of which was to define the sentinel indicators of homes experiencing the same or similar problems. Using a series of five (5) observations, a homeowner or technical inspector could determine if the home met the case definition. To aid the public, a list of these observations was described using words and images on the FDOH website. For homes constructed after January 1, 2004 two or more positive responses met the case definition. Homes constructed prior to January 1, 2004 required three or more positive responses to meet the case definition. A summary of the case definition is given below.

1) Does the home contain sulfur-like or other unusual odors? Rule out sulfur-like odors emanating from seldom-used hot water heaters, well water, or sewer lines.
2) Repeated failures of A/C evaporator coils. Freon leaking from black corrosion on copper coil components is the most distinctive feature of this item.
3) Exposed copper lines and pipes exhibit a black or charcoal corrosion. Other chrome plated or silver surfaces in the home may exhibit excessive corrosion, pitting or tarnishing.
4) Observed printed labels on the back side of drywall in the home indicating it was manufactured in China. This typically requires cutting holes in finished walls and it may be difficult to find printed labels.
5) Using a professional inspector to confirm the presence of black corrosion on electrical wiring or on A/C coils.