

**Unified Engineering Inc.**

3056 Weber Drive
Aurora, Illinois 60502

Phone: 630/851-4214
Fax: 630/851-5957

www.unified-eng.com

Writer's direct dial: 630-851-5363
e-mail: streit@unified-eng.com

# Taishan Drywall Investigation
## Virginia

### For

### Plaintiffs' Steering Committee
### MDL 2047

Unified Engineering File No. 4123 (with subfiles)

Report Prepared by: Dr. Lori Streit, Ph.D.

Report Prepared on December 28, 2009

Supplemental Report on January 16, 2010

STREIT -10
DATE: 2/16/10
Michael E. Miller, RDR, CRR, CLR

P1.2025-0001

Attached is additional data on drywall samples taken from Virginia homes and reference drywall (both flue gas derived (FGD) and mined product) produced from various plants in the United States.

The first table summarizes data for the determination of volatile sulfur compounds including hydrogen sulfide, carbonyl sulfide and carbon disulfide released from drywall under ambient and humidified conditions in a laboratory. Headspace gas chromatography with was used to analyze the samples in accordance with ASTM 5504.

The second table includes additional data for the determination of elemental sulfur in domestic mined gypsum samples. The data was added to the original elemental sulfur data provided in the initial report. It is additional support for my opinion that elemental sulfur is observed in Chinese manufactured and does not appear in domestically produced drywall product.

Respectfully submitted,

*[signature]*

Lori A. Streit, Ph.D.
Principal
Chemical and Environmental Science

Volatile Sulfur Compounds Released From Chinese Drywall
Analysis by GC/SCD

| Sample Number | Identification | Date Analyzed | Sample Preparation | Sulfur Gas Detected (ppb) | | |
|---|---|---|---|---|---|---|
| | | | | H2S | CS2 | COS |
| MCM01 | Control House | 31-Dec-09 | 37C, 6 days | nd | nd | nd |
| | | | 37C, 90% RH, 48 hours | nd | nd | 0.96 |
| ABS01 | Control House | 31-Dec-09 | 37C, 6 days | nd | nd | nd |
| | | | 37C, 90% RH, 48 hours | nd | nd | 0.93 |
| PRM33 | Taishan | 31-Dec-09 | 37C, 6 days | 7.6 | 0.77 | 2.3 |
| | | | 37C, 90% RH, 48 hours | nd | 10 | 0.82 |
| BLO13 | Taishan | 31-Dec-09 | 37C, 6 days | 6.5 | 0.82 | 8.2 |
| | | | 37C, 90% RH, 48 hours | nd | 25 | 1.2 |
| BDM34 | Taishan | 31-Dec-09 | 37C, 6 days | 6.9 | 0.85 | 3.6 |
| | | | 37C, 90% RH, 48 hours | nd | 13 | nd |
| 20091023R | National Gypsum | 31-Dec-09 | 37C, 6 days | nd | nd | 1.2 |
| | FGD | | 37C, 90% RH, 48 hours | nd | nd | nd |
| 20091202R | GP | 5-Jan-10 | 37C, 6 days | nd | nd | 0.75 |
| | Mined from Wyoming | | 37C, 90% RH, 48 hours | nd | nd | nd |
| 20091229R | Inland Temple | 8-Jan-10 | 37C, 6 days | nd | nd | nd |
| | Mined from Texas | | 37C, 90% RH, 48 hours | nd | nd | nd |
| 20100104R | National Gypsum | 8-Jan-10 | 37C, 6 days | nd | nd | 2 |
| | Mined from Kansas | | 37C, 90% RH, 48 hours | nd | nd | nd |
| 20100108R | National Gypsum | 8-Jan-10 | 37C, 6 days | nd | 1.2 | 1.2 |
| | Mined from Georgia | | 37C, 90% RH, 48 hours | 3.6 | 2.3 | 0.64 |
| Positive Control | Venture (Taishan) | 5-Jan-10 | 37C, 6 days | nd | 19 | 4.4 |
| | | 31-Dec-09 | 37C, 90% RH, 48 hours | 1 | 0.59 | nd |
| | | 8-Jan-10 | 37C, 6 days | nd | 31 | 8.6 |
| | | 8-Jan-10 | 37C, 90% RH, 48 hours | nd | nd | nd |
| Negative Control | USG Sheetrock | 5-Jan-10 | 37C, 6 days | nd | nd | 0.85 |
| | | 31-Dec-09 | 37C, 90% RH, 48 hours | nd | 0.76 | nd |
| | | 8-Jan-10 | 37C, 6 days | nd | nd | nd |
| | | 8-Jan-10 | 37C, 90% RH, 48 hours | nd | nd | nd |

nd = non detect

GC/MS for Elemental Sulfur in Gypsum Samples
Virginia Gypsum Samples

| Sample | ID | Results mg/Kg |
|---|---|---|
| ABS-01 | VA control residence | ND |
| JCL-02 | Unknown | 770 |
| FVM-01 | Unknown | ND |
| BDM34 | Taishan Drywall | 650 |
| BDM37 | Taishan Drywall | 570 |
| 20091023R | National Gypsum Drywall (FGD) | ND |
| 20091202R | GP Gypsum (Wyoming mined) | ND |
| 20091229R | Temple Inland (Texas mined) | ND |
| 20100104R | National Gypsum Drywall (Kansas mined) | ND |
| 20100108R | National Gypsum Drywall (Georgia mined) | ND |
|  | Positive Lab Control | 1,700 |
|  | Negative Lab Control | ND |

ND = non detect