Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0079

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Groff Construction, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Lee )

**Name of Server:** Raymond V. Laakso, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 4th day of February, 20 10, at 10:40 o'clock A M

**Place of Service:** at 2400 First St., Ste. 303, in Ft. Myers, FL 33901

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Groff Construction, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Michael Kayusa, Registered Agent

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color white ; Hair Color Gray ; Facial Hair ___
Approx. Age 55 ; Approx. Height 6'0" ; Approx. Weight 190

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 5th day of February, 20 10

Notary Public        (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. 09-7628

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Groff Construction Inc.**
was received by me on *(date)* **2-2-10**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Michael Kaypusa, Registered Agent**, who is
designated by law to accept service of process on behalf of *(name of organization)* **Groff Construction Inc.** on *(date)* **2-4-10 @ 10:40 am**.

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **2/5/2010**

_____
Server's signature

**Raymond V. Laakso Certified Process Server 157154**
Printed name and title

**P.O. Box 1300 Fort Myers FL 33902**
Server's address

Additional information regarding attempted service, etc: