Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0455

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Great Southern Homes, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _____ ) ss.
County of: _____

**Name of Server:** _Quin Broadus_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 5 day of February, 20 10, at 2:40 o'clock P M

**Place of Service:** at 17071 W. Wortham Road, in Gulfport, MS 37505

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Great Southern Homes, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Jerry M. Loveless, Owner_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color Gray ; Facial Hair N
Approx. Age 65-70 ; Approx. Height 5'6 ; Approx. Weight 175

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Quin Broadus_
Signature of Server

Subscribed and sworn to before me this 9 day of Feb, 20 10

_Michelle Murray_
Notary Public    (Commission Expires)
6-23-11

**APS International, Ltd.**