OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2010 MAR 17 PM 1:27

LORETTA G. WHYTE
CLERK

Date: March 16, 2010

Kenneth and Barbara Wiltz, et al

vs.

Beijing New Building Materials Public Limited Co., et al

Case No. 10-361  Section L

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Qinhuangdao Taishan Building Material Co. Ltd
   (address) Gangcheng Street East No. 69 Haigang District
2. (name) Qinhuangdao 066000
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for _____

Address _____

___ Fee
✓ Process
X Dkt
___ CtRmDep
___ Doc. No.