# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| _____ ) | | |
| **IN RE: CHINESE-MANUFACTURED** ) | **MDL 2047** | |
| **DRYWALL PRODUCTS LIABIITY** ) | | |
| **LITIGATION** ) | **SECTION L** | |
| ) | | |
| ) | **JUDGE FALLON** | |
| **THIS DOCUMENT RELATES TO:** ) | | |
| ) | **MAGISTRATE JUDGE WILKINSON** | |
| **CIVIL ACTION NO. 09-7628** ) | | |
| _____ ) | | |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Gregory Webb as attorney of record for Triumph Construction in the above referenced action. Service of all papers by U.S. Mail should be addressed as follows:

Gregory Webb
Attorney at Law
17487 Old Jefferson Hwy., Suite C
Prairieville, Louisiana 70769
Tel: (225) 744-0089
Fax: (225) 313-6190
Email: gregwebblaw@eatel.net

Respectfully Submitted:

s/ Gregory Webb
Gregory Webb, Bar Roll #32004

Gregory Webb
Attorney at Law
17487 Old Jefferson Hwy, Suite C
Prairieville, Louisiana 70769
Tel: (225) 744-0089
Fax: (225) 313-6190

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing NOTICE OF APPEARANCE has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 17th day of March, 2010.

<u>s/Gregory Webb</u>