Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0188

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--GL Building Corporation
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Broward** )

Name of Server: **Jonathan Levy**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **3** day of **February**, 20**10**, at **2:55** o'clock **P** M

Place of Service: at **1600 Sawgrass Corporation Parkway Suite 400**, in **Sunrise, FL 33323**

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**GL Building Corporation**
By delivering them into the hands of an officer or managing agent whose name and title is: **Heather Keith, Corporate Attorney**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Blonde**; Facial Hair ___
Approx. Age **45**; Approx. Height **5'6"**; Approx. Weight **140**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this **6** day of **February**, 20**10**

Notary Public        (Commission Expires)