Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0179

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--GHO Development Corporation
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Palm Beach__ )

Name of Server: __James Brogan__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __8__ day of __February__, 20__10__, at __8:05__ o'clock __a__ M

Place of Service: at __3200 Burgundy Dr. North__, in __Palm Beach Gardens, FL  33410__

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**GHO Development Corporation**
By delivering them into the hands of an officer or managing agent whose name and title is: __Darrel Handler, C.E.O.__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __M__; Skin Color __White__; Hair Color __Gray__; Facial Hair _____
Approx. Age __70__; Approx. Height __6'1"__; Approx. Weight __200__

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this __8__ day of __February__, 20__10__

Notary Public                    (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Jonathan Levy
Commission #DD759719
Expires: MAR. 13, 2012
BONDED THRU ATLANTIC BONDING CO., INC.