Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 101729-0457

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--David Ray Gavins
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **MS** ) ss.
County of: **Jones** )

Name of Server: **Chuck Broadus**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **5** day of **February**, 20 **10**, at **12:55** o'clock **P** M

Place of Service: at Gavins Construction Company, in Biloxi, MS 39532
960 Riverview Drive

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**David Ray Gavins**

Person Served, and Method of Service:
[X] By personally delivering them into the hands of the person to be served.
[ ] By delivering them into the hands of _____, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **David Ray Gavins** at the place of service, and whose relationship to the person is: _____

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **W**; Hair Color **G**; Facial Hair **N**
Approx. Age **75**; Approx. Height **5'2**; Approx. Weight **140**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

**Chuck Broadus**
Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this **10** day of **Feb**, 20 **10**

**Michelle Murray**
Notary Public     (Commission Expires)
**1-23-11**