Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0459

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Gavins Construction Company
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: MS ) ss.
County of: Jones )

Name of Server: *Jana Boudeus*, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 5 day of February, 20 10, at 12:55 o'clock P M

Place of Service: at 960 Riverview Drive, in Biloxi, MS 39532

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Gavins Construction Company**
By delivering them into the hands of an officer or managing agent whose name and title is: *M B. Gavins, Owner* (David Ray)

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color Gray ; Facial Hair N
Approx. Age 75 ; Approx. Height 5'2 ; Approx. Weight 140

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Jana Boudeus*
Signature of Server

Subscribed and sworn to before me this 10 day of Feb., 20 10

*Michelle Murray*
Notary Public    (Commission Expires)
1-23-10

**APS International, Ltd.**