Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)

**Service of Process by**
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0441

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Drywall Service
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _MS_ ) ss.
County of: _Jones_ )
Name of Server: _Chris Boudus_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _5_ day of _February_, 20_10_ at _3:11_ o'clock _PM_

Place of Service: at _20257 Dan Walker Road_, in _Saucier, MS 39574_

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Drywall Service**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Mary Breland, Owner_

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _Gray_ ; Facial Hair _N_  Glasses
Approx. Age _50/55_ ; Approx. Height _4'11"_ ; Approx. Weight _150_
[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Chris Boudus_
Signature of Server

Subscribed and sworn to before me this
_10_ day of _Feb_, 20_10_
_Michelle Murray_
Notary Public        (Commission Expires)
                     1-25-11

**APS International, Ltd.**

