Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0471

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Craftsmen Builders, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: BROWARD )

Name of Server: Kenneth Wolff, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 10th day of February, 20 10, at 2:25 o'clock P M

Place of Service: at 737 E. Atlantic Blvd., in Pompano Beach, FL 33060

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on:
Person Served, and Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**Craftsmen Builders, Inc.**

By delivering them into the hands of an officer or managing agent whose name and title is: Stephen Zimmerman Registered Agent

Description of Person Receiving Documents:

The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Brown ; Facial Hair NO
Approx. Age 40 ; Approx. Height 5'9 ; Approx. Weight 185

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 10 day of Feb, 2010

Notary Public         (Commission Expires)

**APS International, Ltd.**



ISABELLE C. FERNANDEZ-MIRANDA
Notary Public - State of Florida
My Commission Expires Feb 27, 2010
Commission # DD 522663
Bonded By National Notary Assn.