UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2:09-md-02047 |
| | | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAGISTRATE JUDGE WILKINSON |
| SEAN AND BETH PAYTON, et al VS. KNAUF GIPS, et al Case No. 2:09-cv-7628 | * * * * | |

## ATTORNEY APPEARANCE FORM

Pittman Law Firm and the undersigned attorney hereby make their appearance, on behalf of D & B Framing, Inc., named defendant in *Sean and Beth Payton, et al v. Knauf Gips, KG, et al.*, United States District Court for the Eastern District of Louisiana, Case No. 09-cd-07628, and further requesting that all future papers filed in this case be served on said undersigned attorney. The filing of this Attorney Appearance Form is done in compliance with MDL 2047 Pretrial Orders 11 and 12, and defendant, D & B Framing, Inc. reserves all rights and defenses, including to object to the jurisdiction or venue of this Honorable Court. Defendant, D & B Framing, Inc. further avers that this Notice does not constitute as a waiver of service.

Respectfully Submitted:

PITTMAN LAW FIRM

By: _____
John F. Crawford II (#31409)
Eric L. Pittman (#10648)
1930 Florida Ave. S.W.
Denham Springs, LA 70726
Phone: (225) 664-9500
Fax: (225) 664-2117
*Counsel for D & B Framing, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U. S. Mail and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court, of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 17th day of March, 2010.

_____
John H. Crawford II