UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 2:09-md-02047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | JUDGE FALLON |
| | * | |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE WILKINSON |
| | * | |
| SEAN AND BETH PAYTON, et al | * | |
| VS. | * | |
| KNAUF GIPS, et al | * | |
| CASE NO. 2:09-cv-7628 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ATTORNEY APPEARANCE FORM

An appearance is hereby filed by John S. Lawrence, Jr. and David P. Curlin of Lawrence & Associates, as attorney for Defendant, McMath Construction, Inc. The filing of this Attorney Appearance Form is done in compliance with MDL 2047 Pretrial Orders 11 and 12, and Defendant, McMath Construction, Inc. reserves all rights and defenses, including to object to the jurisdiction or venue of this Honorable Court. Defendant, McMath Construction, Inc. further avers that this Notice does not constitute a waiver of service.

Respectfully Submitted:

**LAWRENCE & ASSOCIATES**

By: ___*/John S. Lawrence, Jr.*___
John S. Lawrence Jr., a P.L.C. (#19678)
David P. Curlin  (#20771)
225 St. Ann Drive
Mandeville, Louisiana 70471
Telephone: (985) 674-4446
Facsimile:  (985) 674-4450
*Counsel for Defendant, McMath Construction, Inc.*

**AND**

**LOEB & LOEB, LLC**

By: ___*/J. Scott Loeb*___
J. Scott Loeb (#25771)
Jonas P. Baker (#25563)
225 St. Ann Drive
Mandeville, Louisiana 70471
Telephone: (985) 674-4446
Facsimile:  (985) 674-4450
*Co-Counsel for Defendant, McMath Construction, Inc.*

**CERTIFICATE OF SERVICE**

I, hereby certify that the above and foregoing has been served on Plaintiffs'

Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S.

Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically

uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No.

6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18th day of March 2010.

                                               _*/John S. Lawrence, Jr.*_
                                               John S. Lawrence, Jr.