UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION:  L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: | | |
| Michelle Germano, et al. v. Taishan Gypsum Co. Ltd., et al.<br>Case No. 2:2009-cv-06687 (E.D. La.) | : : : | |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

### THE PORTER-BLAINE CORPORATION AND VENTURE SUPPLY, INC.'S MOTION TO DISMISS PLAINTIFFS' SECOND COMPLAINT PURSUANT TO RULE 12(B)1

COME NOW the defendants The Porter-Blaine Corporation ("Porter-Blaine") and Venture Supply, Inc. ("Venture"), by counsel, and, for their Motion to Dismiss Plaintiffs' Second Amended Complaint Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, state as follows[1]:

1. For the reasons stated more fully in their supporting memorandum filed herewith, this Court lacks subject matter jurisdiction over this action.

WHEREFORE**,** Venture and Porter-Blaine requests that their Motion to Dismiss be granted and that the Plaintiffs' Second Amended Complaint be dismissed with prejudice.

---

[1] Porter-Blaine and Venture previously filed this motion which was not marked as deficient by the Clerk's office. However, the Clerk's office has suggested that this motion be re-filed separated from the Answer and Cross-Claim.

This the 18th day of March, 2010.

Respectfully submitted,

By: _____/s/_____
Kenneth F. Hardt, Esquire (VSB # 23966)
Mark C. Nanavati, Esquire (VSB #38709)
Sinnott, Nuckols & Logan, P.C.
13811 Village Mill Drive
Midlothian, Virginia 23114
(804) 378-7600 ext. 3311 or 3316
(804) 378-2610 (fax)
khardt@snllaw.com
mnanavati@snllaw.com
*Attorneys for Defendants Venture Supply Inc.*
*and The Porter-Blaine Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18th day of March, 2010.



_____/s/_____
Kenneth F. Hardt