UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047  SECTION: L |
| THIS DOCUMENT RELATES TO: | : : | JUDGE FALLON  MAG. JUDGE WILKINSON |
| Michelle Germano, et al. v. Taishan Gypsum Co. Ltd., et al.  Case No. 2:2009-cv-06687 (E.D. La.) | : : : | |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**THE PORTER-BLAINE CORPORATION AND VENTURE SUPPLY, INC.'S MEMORANDUM IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFFS' SECOND COMPLAINT PURSUANT TO RULE 12(B)(1)**

COME NOW the defendants The Porter-Blaine Corporation ("Porter-Blaine") and Venture Supply, Inc. ("Venture"), by counsel, and, for their Memorandum in Support of their Motion to Dismiss Plaintiffs' Second Amended Complaint Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, state as follows:

The Plaintiffs have filed this action in this Court under the Class Action Fairness Act of 2005. (Second Amended Complaint, ¶ 1) Under the Class Action Fairness Act of 2005, 28 U.S.C. § 1332(d), the only potential jurisdiction of this Court is the presence of the Chinese manufacturer – Taishan Gypsum Co., Ltd f/k/a Shandong Tiahe Dongxin, Co., Ltd ("Taishan"). All of the other parties, including all the Plaintiffs and the remaining defendants, are residents of the Commonwealth of Virginia.

Under the facts known to them at this time, Venture and PB have serious doubts that this Court has personal jurisdiction over Taishan. Accordingly, its presence may, in effect, be an attempt to secure a class-action lawsuit under the Class Action Fairness Act of 2005 where no

other class action would be permitted under Virginia law. To the extent there is no jurisdiction over Taishan, this Court would lack subject matter jurisdiction over this action, which is, in reality, an action under Virginia law between Virginia homeowners and Virginia suppliers and Virginia contractors.

Venture and Porter-Blaine incorporate herein their memorandum in support of this motion and rebuttal memorandum filed with respect to the First Amended Complaint. See Exhibit A and B.

WHEREFORE, Venture and Porter-Blaine requests that their Motion to Dismiss be granted and that the Plaintiffs' Second Amended Complaint be dismissed with prejudice.

This the 18th day of March, 2010.

Respectfully submitted,

By: _____/s/_____
Kenneth F. Hardt, Esquire (VSB # 23966)
Mark C. Nanavati, Esquire (VSB #38709)
Sinnott, Nuckols & Logan, P.C.
13811 Village Mill Drive
Midlothian, Virginia 23114
(804) 378-7600 ext. 3311 or 3316
(804) 378-2610 (fax)
khardt@snllaw.com
mnanavati@snllaw.com
*Attorneys for Defendants Venture Supply Inc.
and The Porter-Blaine Corporation*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Memorandum has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18th day of March, 2010.



                                                /s/  
                                           Kenneth F. Hardt