UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2047 SECTION: L |
| | : : | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | : : | MAG. JUDGE WILKINSON |
| Michelle Germano, et al. v. Taishan Gypsum Co. Ltd., et al. Case No. 2:2009-cv-06687 (E.D. La.) | : : : | |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**THE PORTER-BLAINE CORPORATION AND VENTURE SUPPLY, INC.'S MOTION TO DISMISS PLAINTIFFS' SECOND COMPLAINT PURSUANT TO RULE 12(B)(6)**

COME NOW the defendants The Porter-Blaine Corporation ("Porter-Blaine") and Venture Supply, Inc. ("Venture"), by counsel, and, for their Motion to Dismiss Plaintiffs' Second Amended Complaint Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, state as follows[1]:

1. For the reasons stated more fully in their supporting memorandum filed herewith, Count I (Negligence) of the Plaintiffs' Second Amended Complaint fails to state a claim against Defendants Venture and Porter-Blaine, and fails to state sufficient facts upon which relief can be granted.

2. For the reasons stated more fully in their supporting memorandum filed herewith, Count II (Negligence *Per Se*) of the Plaintiffs' Second Amended Complaint fails to state a claim against Defendants Venture and Porter-Blaine, and fails to state sufficient facts upon which relief can be granted.

---

[1] Porter-Blaine and Venture previously filed this motion which was not marked as deficient by the Clerk's office. However, the Clerk's office has suggested that this motion be re-filed separated from the Answer and Cross-Claim.

3. For the reasons stated more fully in their supporting memorandum filed herewith, Count III (Breach of Implied Warranties) of the Plaintiffs' Second Amended Complaint fails to state a claim against Defendants Venture and Porter-Blaine, and fails to state sufficient facts upon which relief can be granted.

4. For the reasons stated more fully in their supporting memorandum filed herewith, Count V (Private Nuisance) of the Plaintiffs' Second Amended Complaint fails to state a claim against Defendants Venture and Porter-Blaine, and fails to state sufficient facts upon which relief can be granted.

5. For the reasons stated more fully in their supporting memorandum filed herewith, Count VI (Unjust Enrichment) of the Plaintiffs' Second Amended Complaint fails to state a claim against Defendants Venture and Porter-Blaine, and fails to state sufficient facts upon which relief can be granted.

6. For the reasons stated more fully in their supporting memorandum filed herewith, Count VII (Consumer Protection Act) of the Plaintiffs' Second Amended Complaint fails to state a claim against Defendants Venture and Porter-Blaine, and fails to state sufficient facts upon which relief can be granted.

7. For the reasons stated more fully in their supporting memorandum filed herewith, Count VIII (Equitable Relief) of the Plaintiffs' Second Amended Complaint fails to state a claim against Defendants Venture and Porter-Blaine, and fails to state sufficient facts upon which relief can be granted.

**WHEREFORE,** Venture and Porter-Blaine requests that their Motion to Dismiss be granted and that the above referenced Counts be dismissed with prejudice.

This the 18th day of March, 2010.

Respectfully submitted,

By: _____/s/_____
Kenneth F. Hardt, Esquire (VSB # 23966)
Mark C. Nanavati, Esquire (VSB #38709)
Sinnott, Nuckols & Logan, P.C.
13811 Village Mill Drive
Midlothian, Virginia 23114
(804) 378-7600 ext. 3311 or 3316
(804) 378-2610 (fax)
khardt@snllaw.com
mnanavati@snllaw.com
*Attorneys for Defendants Venture Supply Inc.
and The Porter-Blaine Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18th day of March, 2010.

_____/s/_____
Kenneth F. Hardt

