UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: Michelle Germano, et al. v. Taishan Gypsum Co. Ltd., et al. Case No. 2:2009-cv-06687 (E.D. La.) | | |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**ORDER**

Before the Court is Venture Supply, Inc. and The Porter-Blaine Corporation's Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Therefore it is ORDERED, AJUDGED, and DECREED, that this Motion is GRANTED.

New Orleans, Louisiana, This the _____ day of _____, 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE