UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | : | MAG. JUDGE WILKINSON |
| Michelle Germano, et al. v. Taishan Gypsum Co. Ltd., et al. | : | |
| Case No. 2:2009-cv-06687 (E.D. La.) | : | |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that the Defendants Venture Supply, Inc. and The Porter-Blaine Corporation will bring their Rule 12(b)(1) and 12(b)(6) Motions to Dismiss Plaintiffs' Second Amended Class Action Complaint for hearing before the Honorable Eldon E. Fallon, Judge, United States District Court for the Eastern District of Louisiana on the 8th of April at 9:00 a.m. or as soon thereafter as counsel may be heard.

This the 18th day of March, 2010.

Respectfully submitted,

By: _____/s/_____
Kenneth F. Hardt, Esquire (VSB # 23966)
Mark C. Nanavati, Esquire (VSB #38709)
Sinnott, Nuckols & Logan, P.C.
13811 Village Mill Drive
Midlothian, Virginia 23114
(804) 378-7600 ext. 3311 or 3316
(804) 378-2610 (fax)
khardt@snllaw.com
mnanavati@snllaw.com
*Attorneys for Defendants Venture Supply Inc.*
*and The Porter-Blaine Corporation*

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Notice of Hearing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18th day of March, 2010.

                                                                                                               _____/s/_____
                                                                                                                            Kenneth F. Hardt