MINUTE ENTRY
FALLON, J.
MARCH 17, 2010

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED | MDL NO. 2047 |
|     DRYWALL PRODUCTS | |
|     LIABILITY LITIGATION | SECTION: L |
| | JUDGE FALLON |
| | MAGISTRATE WILKINSON |

**THIS DOCUMENT RELATES TO**
**09-6050 Tatum Hernandez, et al v. Knauf Plasterboard (Tianjin) Co., Ltd.**

BEFORE JUDGE ELDON E. FALLON    WEDNESDAY, MARCH 17, 2010, 8:45 am
Case Manager: Gaylyn Lambert    (Continued from 3-16-10)
Court Reporter: Karen Ibos/Toni Tusa

Appearances: Chris Seeger, Esq., Steve Herman, Esq., Gerald Meunier, Esq.,
    Dan Bryson, Esq. & Jeff Grand, Esq. for plaintiffs
    Don Hayden, Esq., Doug Sanders, Esq., Kerry Miller, Esq. For defendant

NON JURY TRIAL:

Plaintiffs rest (subject to attorneys fees and costs).
Defendant's Motion for Judgment as a Matter of Law is assumed to have been made and is DENIED.

Oral Daubert motion of Plaintiffs to Exclude Exhibit #2 and testimony associated with Exhibit #2 to Craig Beyler's trial preservation video - argument - DENIED.  Ruling is reserved on the exhibit, the Court will allow the testimony.  (Exhibit later admitted as DX 009c)

Defendant's Witnesses:
Richard J. Lee - sworn - accepted as an expert.
Craig Beyler - by video deposition.  Transcript filed into the record.
Raymond Canzoneri - sworn - accepted as an expert.
Mark Hartenstein - sworn - accepted as an expert.
Bruce Fuselier - sworn - accepted as an expert.

Court adjourned at 5:40 pm until Thursday, March 18, 2010, at 9:00 am.

JS10:      6:52