UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2:09-md-02047 |
| | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | MAGISTRATE WILKINSON |
| Sean and Beth Payton, et al. v. Knauf Gips, et al.<br>    Case No.: 2:09-cv-7628 | |
| Gross, et al. v. Knauf Gips, et al.<br>    Case No.: 09-cv-6690 | |
| Joyce W. Rogers, et al. v. Knauf Gips, K.G., et al.<br>    Case No.: 10-cv-362 | |

## NOTICE OF APPEARANCE

Plaintiffs' counsel Eric D. Hoaglund hereby enters his appearance in these actions. Mr. Hoaglund is familiar with the Local Rules of this Court as well as all pretrial Orde3rs entered in MDL 2047.

**Dated:** March 18, 2010

Respectfully submitted,

**McCallum, Hoaglund, Cook & Irby, LLP**

By: /s/ Eric D. Hoaglund
Eric D. Hoaglund
905 Montgomery Highway
Suite 201
Vestavia Hills, Alabama 35216
Telephone: (205)824-7767
Facsimile: (205)824-7768
Email: ehoaglund@mhcilaw.com

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail or e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18th day of March, 2010.

              /s/ Eric D. Hoaglund
              COUNSEL