# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| THIS DOCUMENTS RELATES TO: | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |
| *Sean and Beth Payton, et al. v. Knauf Gips KG, et al.* Case No. 2:09-cv-7628 (E.D.La.) | |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that LPR Builders, Inc. ("LPR"), hereby appears herein through **TEW CARDENAS, L.L.P. and JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE L.L.P.**, its undersigned attorneys, and demands service of all notice and papers herein upon:

> Regen J. Shanzer, Esq.
> TEW CARDENAS, L.L.P.
> Four Seasons Tower, 15th Floor
> 1441 Brickell Avenue
> Miami, Florida 33131
> Telephone: (305) 536-1112
> Facsimile: (305) 536-1116
> Email: rjs@tewlaw.com
>   *Lead Counsel*
>         -and-
> William L. Schutte, Esq.
> JONES WALKER, et al.
> Four United Plaza
> 8555 United Plaza Boulevard
> Baton Rouge, LA 70809
> Telephone: (225) 248-2056
> Facsimile: (225) 248-3056
> Email: bschutte@joneswalker.com
>   *Local Counsel*

PHTRANS\373696\1

540128.2

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes all pleadings of any kind, including, without limitation, all notices, motions, complaints, and orders, whether written or oral, formal or informal, however transmitted, related in any way to the debtor, its property, or its estate.  The undersigned requests that the above attorneys be added to the mailing matrix.

Dated this __18____<sup>th</sup> day of March 2010

>TEW CARDENAS, L.L.P.
>Four Seasons Tower, 15th Floor
>1441 Brickell Avenue
>Miami, Florida 33131
>Telephone: (305) 536-1112
>Facsimile: (305) 536-1116
>rjs@tewlaw.com
>
>/s/ Regen J. Shanzer_____
>Regen J. Shanzer, Esq.
>Florida Bar No.: 0051558