UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

Sean and Beth Payton, et al. v. Knauff Gips, KG, et al.
Case No. 2:09-cv-07628-EEF-JCW
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

MDL NO. 2047

SECTION: L

JUDGE FALLON

MAG. JUDGE WILKINSON

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO
COMPLETE BUILDER PROFILE FORMS**

Defendants Standard Pacific of South Florida, G.P., Inc., HWB Construction, Inc., and Standard Pacific of Colorado, Inc., fully reserving any and all defenses, move this Honorable Court for an extension of time by which they must serve Plaintiffs' Liaison Counsel with the Builder Defendant Profile Forms in the above-captioned matter, and in support thereof state as follows:

1. On or about February 3, 2010, Standard Pacific of South Florida, G.P., Inc. and HWB Construction, Inc., were served with the Omnibus Class Action Complaint. Standard Pacific of Colorado, Inc., was served the next day, on February 4, 2010.

2. The Court entered Pretrial Order 1F on March 9, 2010, providing that Defendant Profile Forms are to be filed forty-days from service of process.

3. The undersigned has been diligently working to obtain all the information necessary to complete the Builder Defendant Profile Forms. Additional time is needed, however, to ascertain the information required and to confirm its accuracy.

4. Defendants therefore request that the deadline for their Defendant Profile Forms be extended until April 1, 2010, resulting in the same deadline for all three Defendants named

herein. The deadline requested results in an eighteen-day extension for Defendants Standard Pacific of South Florida, G.P., Inc. and HWB Construction, Inc., and a seventeen-day extension for Defendant Standard Pacific of Colorado.

5. Liaison Counsel for Plaintiffs has indicated that Plaintiffs do not oppose the granting of the requested relief. This extension will neither prejudice any of the parties, nor delay this matter.

6. Pursuant to Rule 6, Fed. R. Civ. P., this Court has the authority to grant the relief requested herein.

WHEREFORE, Defendants Standard Pacific of South Florida, G.P., Inc., HWB Construction, Inc., and Standard Pacific of Colorado, Inc., respectfully request this Court grant them a brief extension of time, until April 1, 2010, to serve Plaintiffs' Liaison Counsel with the Builder Defendant Profile Forms.

s/ Lara J. Tibbals
Lara J. Tibbals , Florida Bar No. 129054
J. Rocco Cafaro, Florida Bar No. 507121
Brian L. Josias, Florida Bar No. 893811
HILL, WARD & HENDERSON, PA
101 East Kennedy Boulevard, Suite 3700
Tampa, Florida  33602-2231
Tel: (813) 221-3900
Fax: (813) 221-2900

*Counsel for Standard Pacific of South Florida, G.P., Inc., Standard Pacific of South Florida, a Florida General Partnership, HWB Construction, Inc. and Standard Pacific of Colorado, Inc.*

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18th day of March, 2010.

              s/ Lara J. Tibbals
              Attorney