UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

Sean and Beth Payton, et al. v. Knauff Gips, KG, et al.
Case No. 2:09-cv-07628-EEF-JCW
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

MDL NO. 2047

SECTION:  L

JUDGE FALLON

MAG. JUDGE WILKINSON

## **ORDER**

Upon consideration of the Unopposed Motion for Extension of Time to serve Builder Defendant Profile Forms filed by Defendants Standard Pacific of South Florida, G.P., Inc., HWB Construction, Inc., and Standard Pacific of Colorado, Inc.,

IT IS HEREBY ORDERED that the Unopposed Motion for Extension of Time be and same is hereby GRANTED; and

IT IS FURTHER ORDERED that Defendants Standard Pacific of South Florida, G.P., Inc., HWB Construction, Inc., and Standard Pacific of Colorado, Inc. shall be granted an extension of time until April 1, 2010 to serve upon Plaintiff Liaison Counsel the required Builder Defendant Profile Forms.

New Orleans, Louisiana, this \_\_\_\_ day of _____, 2010.

_____
Honorable Eldon E. Fallon
United States District Judge

1539376v1