# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL No. 2047 SECTION: L |
| THIS DOCUMENTS RELATES TO: ) ) | JUDGE FALLON MAG. JUDGE WILKINSON |
| *Sean and Beth Payton, et al. v. Knauf Gips KG, et al.* Case No. 2:09-cv-7628 (E.D.La.) ) ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that the **Notice of Appearance on behalf of Defendant LPR Builders, Inc. (D.E. # 1847)** has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendant's Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, on this 18th day of March, 2010.

(*intentionally left blank*)

540266_1

Dated: March 18, 2010            Respectfully submitted,

/s/ Regen J. Shanzer
Regen J. Shanzer, Esq.
TEW CARDENAS, L.L.P.
Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 536-1112
Facsimile: (305) 536-1116
Email: rjs@tewlaw.com
  *Lead Counsel*

      -and-

William L. Schutte, Esq.
JONES WALKER, et al.
Four United Plaza
8555 United Plaza Boulevard
Baton Rouge, LA 70809
Telephone: (225) 248-2056
Facsimile: (225) 248-3056
Email: bschutte@joneswalker.com
  *Local Counsel*