# In re: Chinese-Manufactured Drywall Products Litigation, MDL No. 2047

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  3-17-10
LORETTA G. WHYTE
CLERK

# RELATES TO: *Hernandez v. Knauf, Case No. 2:09-cv-6050 (E.D.La.)*

# Select Portions of Deposition of Dr. Craig Beyler Taken March 12, 2010 Transcript Excerpts Shown at Trial

Case Clip(s) Detailed Report
Tuesday, March 16, 2010, 11:24:11 AM



**Chinese Drywall**

 **Beyler, Craig L. (Vol. 01) - 03/12/2010**                                    **1 CLIP  (RUNNING 01:08:50.791)**

 BY MR. SANDERS: ...



**BEYLER-D**                    **14 SEGMENTS  (RUNNING 01:08:50.791)**

**1. PAGE 6:06 TO 10:10  (RUNNING 00:04:34.863)**

```
        06   BY MR. SANDERS:
        07       Q    Good afternoon, Dr. Beyler.  We
        08   explained this as your trial deposition for
        09   purposes of this case, and it's going to be
        10   played or submitted for the benefit of Judge
        11   Fallon in deciding this matter.
        12            If you could please introduce yourself
        13   to the Court.
        14       A    Yes.  My name is Craig Beyler.  I'm
        15   the technical director of Hughes Associates, a
        16   fire protection engineering and consulting firm.
        17       Q    And what is your position as technical
        18   director; what do you do?
        19       A    Basically it's my job to provide
        20   technical leadership for the staff of Hughes
        21   Associates.
        22       Q    How many people do you have on your
        23   staff?
        24       A    175.
00007:01       Q    And what is the focus of your staff
        02   and your group?
        03       A    Our primary focus is in fire
        04   protection engineering, fire science.  We have a
        05   small group that does environmental work, but
        06   we're principally -- if it has to do with fire,
        07   we probably do it.
        08       Q    And you personally, what's your --
        09   what's your active job, other than being the
        10   director, as far as investigations or working on
        11   projects?
        12       A    My specialty discipline is fire
        13   science, fire dynamics, fire chemistry; that
        14   leads me into fire investigation work, into
        15   research, into hazards analysis in existing or
        16   new facilities.
        17       Q    Can you explain what it means to be
        18   working in fire science and fire dynamics?
        19       A    Fire dynamics and fire science, in
        20   general, has to do with how fires develop,
        21   ignition process, and then how they grow within
        22   a building or elsewhere; how they spread, how
        23   smoke moves from them, what damage occurs from
        24   them, how that can be mitigated.
00008:01       Q    And as part of that, looking at and
        02   investigating the cause of fires?
        03       A    Yes.  Of the portion of my work that
        04   is fire investigation, about half those cases
        05   end up being about cause and origin, and the
        06   other end up being about some aspect of why or
        07   how did the fire develop in the way that it did,
        08   so that it's more growth oriented rather than
        09   cause and origin related.
        10       Q    And have those investigations involved
        11   residential properties, residential homes?
        12       A    Yes, they have.
```

CONFIDENTIAL

Case Clip(s) Detailed Report
Tuesday, March 16, 2010, 11:24:11 AM

## Chinese Drywall

```
         13      Q    Have you been involved and do you have
         14 any experience in corrosion with respect to fire
         15 investigation?
         16      A    With regard to fire investigation, per
         17 se, obviously there is corrosion in fire and so
         18 you run into it in terms of fire investigation.
         19      My involvement in corrosion more
         20 broadly involves looking at the corrosive
         21 effects of fire products, as well as the
         22 corrosive effects of fire extinguishing agents,
         23 you know, on electrical and electronic
         24 equipment.
00009:01      Q    So as part of that, then, do you have
         02 some familiarity with the effects of corrosive
         03 elements and metals and electronics?
         04      A    Right.  I mean, routinely when we're
         05 doing tests in this area, we're using coupon
         06 tests with electronic circuit exemplars to
         07 evaluate the extent of damage to coupons and
         08 circuits and what have you.
         09      Q    And what's your -- if you could
         10 describe for the Court what your education is,
         11 Doctor.
         12      A    My basic discipline is fire protection
         13 engineering.  I have a Bachelor's Degree.  My
         14 first degree is in Civil Engineering from
         15 Cornell. I then did a Bachelor's Degree in Fire
         16 Protection Engineering at the University of
         17 Maryland, and then went on to do a Master's
         18 Degree in Fire Safety Engineering at University
         19 of Edinburgh in Scotland.  Then I did a second
         20 Master's at Cornell in combustion with the whole
         21 eye of bringing those -- that discipline to
         22 study of fire.  And finally I have a Ph.D. from
         23 Harvard, where I was engaged in doing research
         24 into fire there.
00010:01      Q    And when you said "bringing"
         02 combustion in that education to fire, what do
         03 you mean by that; how did you do that?
         04      A    Well, there's a whole set of
         05 experimental techniques and analytical
         06 techniques that are used in studying intentional
         07 fires, as it were; how engines work, how
         08 combustors work.  And my goal was to become
         09 trained in those and then bring those tools to
         10 the study of fire.
```

**2. PAGE 10:14 TO 17:01  (RUNNING 00:07:24.923)**

```
         14 BY MR. SANDERS:
         15      Q    What are -- are you on any committees
         16 or are you on the positions of any organizations
         17 relating to fire safety and fire engineering?
         18      A    More than I'll remember in some sense.
         19 My primary volunteer job these days is that I'm
         20 the Chair of the International Association for
         21 Fire Safety Science; that's an international
         22 organization of fire scientists that are
         23 studying all aspects of fire from ignition to
         24 growth; how structures respond, how people
00011:01 respond.  All aspects of fire science.  So I'm
         02 chairman of that currently.
         03      I've -- I'm a member of a national
         04 fire protection association, fire investigation
         05 committee.  That committee writes the standard
         06 of care document, if you will, for fire
         07 investigation, and I've been participating in
```

```
08    that for, you know, I don't know, 6 years,
09    8 years, whatever.  Hughes Associates has always
10    had someone on that committee, and I've been on
11    recently.
12          I serve in probably a half a dozen
13    other NFPA committees.  I serve on committees
14    for the Society of Fire Protection Engineers in
15    various areas.  I review papers for half a dozen
16    journals in the field.
17       Q    What particular journals do you review
18    papers for?
19       A    Fire safety journal, fire materials,
20    fire technology, Journal of Fire Science, and
21    then, of course, the symposia of the -- not of
22    course, but the symposia of the International
23    Association for Fire Safety Science has their
24    own symposium, and I participate in that review
00012:01   process as well.
02       Q    Have you received any awards in the
03    fire protection or fire safety area?
04       A    Yes.  I've been fortunate enough to
05    win a number of awards; the two most important,
06    as it were, are the Guise medal, which is the
07    highest technical award that the Society of Fire
08    Protection Engineer awards; and the Rasbash
09    medal, which is a similar type of honor in the
10    international -- Institution for Fire Engineers,
11    which is basically an international organization
12    as opposed to SFPE, which is U.S. based.
13       MR. SANDERS:
14          At this time I would like to tender
15    Dr. Beyler as an expert in fire safety and
16    fire engineering.
17          And I would also like, if you could,
18    to look at what I've marked as Beyler Trial
19    Exhibit Number #1.
20          (Document marked as BEYLER TRIAL #1
21    for identification.)
22    BY MR. SANDERS:
23       Q    If you could tell me what that is.
24       A    That's a copy of my resume and
00013:01   publications list.
02       Q    And that's a true and correct copy of
03    that list?
04       A    Yes.  And it includes the Rule 26
05    disclosure information as well.
06       Q    It also includes some of the positions
07    and experience that we've been talking about
08    earlier?
09       A    Yes.  Yes.
10    MR. SANDERS:
11          I also move Beyler Number #1 into
12    evidence.
13    BY MR. SANDERS:
14       Q    Are you familiar with the -- broadly
15    with the scope of repair that KPT is proposing
16    with respect to the Hernandez house?
17       A    Yes.  My understanding is that all
18    the -- the KPT drywall is to be removed and that
19    receptacle switches, smoke detectors and the
20    like are to be removed.
21       Q    And in the scope of that repair, what
22    has your focus been on; what have you been asked
23    to investigate?
24       A    The scope that I've been asked to look
00014:01   at is basically whether the wiring in the walls,
```

## Chinese Drywall

```
02  called NM wiring and NM cable needs to be
03  removed in the course of a remediation or if it
04  can safely and effectively continue to serve its
05  function into the future, through the life of
06  the building.
07       Q    And what's your familiarity with some
08  of the issues that are associated with Chinese
09  drywall, generally?
10       A    Could you repeat the question?
11       Q    Yeah.  What's your familiarity with
12  some of the issues that are associated with
13  Chinese drywall?
14       MR. BRYSON:
15            Objection to form.
16       THE WITNESS:
17       A    I understand that the Chinese drywall
18  can give off hydrogen sulfide, reduced sulfur
19  gas, as it's sometimes called, and that has
20  potential for tarnishing or corroding copper and
21  silver, in particular, and --
22       Q    And what's your basis for that; how
23  did you come about that knowledge?
24       A    Well, from work done by others
00015:01  retained by KPT, as well as Consumer Product
02  Safety Commission and, you know, all the things
03  that I've read on the subject.
04       Q    What specific, if anything, have you
05  looked at or do you rely upon from the Consumer
06  Product Safety Commission?
07       A    Well, there isn't anything that I
08  explicitly rely upon in the sense of -- sort of
09  an independent thing.
10            I have noted in my report that I
11  recounted their observations of the condition of
12  switches and wire and things of that sort.  And
13  they conform with the observations that I've
14  made of these devices as well, so they're of a
15  confirmatory nature.
16       Q    Are you aware of the CPSC or another
17  organization under CPSC doing any testing on
18  electrical devices?
19       A    Certainly the Consumer Product Safety
20  Commission has an ongoing effort to look at this
21  issue, and I'm aware that they have assigned
22  Sandia to, its national laboratory, to look at
23  some corrosion issues and for the National
24  Institute of Standard Technology to look at the
00016:01  impact on, quote, safety devices, and there are
02  others who work for them.
03       Q    What, if anything, are you aware that
04  Sandia has done with respect to any actual
05  testing or evaluation of devices?
06       A    Beyond the visual examination, which
07  is complementary and similar to others, they
08  have done resistance measurements on some
09  devices, particularly focusing on the connection
10  between the wire and the terminal, and found in
11  that sample that the resistances involved were
12  normal.
13       Q    Do you remember how many samples they
14  tested?
15       A    It was a handful, maybe six, you know,
16  five, something like that.
17       Q    Have you done anything -- well, first
18  of all, have you been in a house with -- or
19  houses with Chinese drywall?
```

Case Clip(s) Detailed Report
Tuesday, March 16, 2010, 11:24:11 AM

## Chinese Drywall

```
          20      A    Yes, I have.
          21      Q    And how many houses have you been in?
          22      A    If I recall correctly, there were
          23   three in Virginia, maybe four; and then the
          24   Hernandez house and then a couple other homes in
00017:01   Mandeville.
```

**3. PAGE 17:03 TO 18:08 (RUNNING 00:01:24.777)**

```
          03   with the -- well, could you describe your
          04   inspections of those houses and what you were
          05   looking for and noticing?
          06      A    In looking at those houses, I was
          07   largely focusing on the wiring and the
          08   electrical devices in those homes.  Obviously I
          09   was also taking in the other apparent things
          10   that might be going on in the home, a silver
          11   picture frame or something of the sort.  But
          12   primarily on the wire and the electrical devices
          13   and also, to some extent, looking at smoke
          14   alarms.
          15      Q    And what about the wire, I guess; what
          16   about the wire from your knowledge is an issue
          17   here?  What are we looking at, really?
          18      A    Well, we have in these homes that --
          19   to varying extents, and that's varying from home
          20   to home and also varying within the home from,
          21   you know, outlet box to outlet box, and also
          22   varying within each, you know, outlet box
          23   environment, varying degrees of blackening of
          24   exposed copper wire.
00018:01      Q    And what's your understanding of what
          02   that blackening is?
          03      A    That it's primarily copper sulfide.
          04      Q    And how do you know that?
          05      A    From work, largely, that work that
          06   R. J. Lee Group has done, as well as -- I think
          07   there are others that have come to the same
          08   conclusion.
```

**4. PAGE 18:11 TO 18:17 (RUNNING 00:00:15.762)**

```
          11           The corrosion film on the wires is
          12   copper sulfide?
          13      A    Yes.  There's some oxide in it as one
          14   might expect, because copper oxide is a natural
          15   thing that forms on wires.  So what you find in
          16   the film is a mixture, but usually dominated by
          17   the sulfide.
```

**5. PAGE 18:19 TO 23:20 (RUNNING 00:06:26.101)**

```
          19   sulfide or -- between copper oxide -- I think in
          20   your report you discuss copper oxide and copper
          21   sulfide and that copper sulfide isn't
          22   necessarily unique; what did you mean by that?
          23      A    Well, its electrical properties,
          24   resistivity and such, both copper oxide and
00019:01   copper sulfide are semi-conductors, they have
          02   similar resistivities.  So from an electrical
          03   point of view, they are similar in materials.
          04           And that's important, because it's
          05   these -- the resistivity, you know, that governs
          06   how much heat might be produced, you know, in a
          07   connection or a device.
          08           And that is the principal concern with
          09   these, that the quality of connections might be
          10   degraded giving rise to overheating, which could
```

Case Clip(s) Detailed Report
Tuesday, March 16, 2010, 11:24:11 AM

## Chinese Drywall

```
11   potentially at some point give rise to damage to
12   the outlet, damage to the wire insulation,
13   perhaps start a fire.
14        Q    And how does that process work?  Could
15   you describe that for the judge?
16        A    Sure.
17             The primary mechanism for that
18   occurring is called the glowing connection, and
19   it principally -- and it basically is a
20   phenomenon associated with loose connections.
21   Good hard connections where it's torqued down
22   well don't really suffer from this, but loose
23   connections do.  And that is that because
24   they're loose, they don't have very good contact
00020:01  area between the two mating conductors, the
02   switch terminal and the copper wire, and because
03   it's not a very good connection, not a large
04   surface area, it can give rise to heat.
05             That warms, which gives rise to
06   additional oxidation in one case or generally
07   corrosion in the broadest sense.  And there's --
08   you know, that can then feed on itself to make
09   more resistance, which gives rise to more
10   temperature, and you get to a place where the
11   terminal connection itself could be glowing red.
12        Q    And is that a phenomenon that happens
13   in cases that don't involve copper sulfide?
14        A    Yes.  I mean, it is a known and -- you
15   know, phenomenon in ordinary homes.  That's why
16   there are standards on how hard terminals are
17   tightened down.  It's important that they be
18   turning -- tightened down so they operate
19   safely, and that's across the board.
20        Q    In your investigations in this case
21   and your opinions, is that a primary concern
22   that you have or that you were looking at?
23        A    Yes.  I mean, it's this generation of
24   heat that can give rise to damage, and
00021:01  potentially a fire is the issue.
02        Q    And is the only place that heat can be
03   generated is in wires at the connection point or
04   are there others as well?
05        A    No.  I mean, heat is generated
06   throughout an electrical system; wires have
07   small but finite resistance, and so when you run
08   current through them, heat is being dissipated
09   and they will be above ambient temperature; that
10   is, they will be in a room that is 20 degrees C
11   and they may go up to 25 degrees C, or whatever.
12             And so that happens throughout the
13   electrical system if it's a flowing current, and
14   the goal is simply to manage those temperatures
15   so that they are temperatures where they're not
16   destructive or will not lead to glowing
17   connections which could start a fire.
18        Q    And with respect to the connections on
19   receptacles or switches, what standard or
20   standards are there that you're aware of that --
21   are there for measuring the heat or the
22   resistivity?
23        A    Well, the ability of a device and the
24   associated wire to make good connections is
00022:01  controlled through listing of these electrical
02   devices by Underwriters Laboratory.  And one of
03   their tests that goes specifically to this
04   point, they have many tests that deal with lots
```

Case Clip(s) Detailed Report
Tuesday, March 16, 2010, 11:24:11 AM

### Chinese Drywall

```
05   of aspects of safety, but the one that deals
06   with this one in particular is called the
07   temperature test.  And it's a protocol by which
08   the device is operated at its rated current, so
09   most often 15 or 20 amps; that would be akin to
10   running a space heater off your outlet.
11         And then measuring the temperatures on
12   the terminals, on the prongs, and what have you,
13   to assure that the temperature rise on those
14   conducting surfaces are below a 30-degree
15   centigrade temperature rise above ambient.  And
16   if new devices, that is ones that would like to
17   be listed, i.e, sold for use in the U.S., six of
18   these devices will be tested by UL in its test
19   protocol and all six must pass with temperature
20   rises on each of the surfaces measured, and they
21   designate what; it must be below 30.
22         And so that's four new devices, but
23   we've used it to evaluate field samples as well.
24      Q    What standard is that?
00023:01    A    498, I can't quote the title.  It's on
02   receptacles.
03      Q    Are there also standards, or at least
04   some standard you can use to assess whether or
05   not wires are overheated?
06      A    Well, there are -- there are tests --
07   there are requirements on wire insulation.  It's
08   not a test of the cable or wire, but it's a test
09   of the material.  And those insulating materials
10   are subjected to elevated temperatures and must
11   continue to serve as an insulating material and
12   not degrade.  Those rated temperatures for the
13   insulating materials and NM cable are 90 degrees
14   centigrade.
15      Q    And how does that -- how does that
16   measure, can you explain?  How is the
17   measurement and the temperature measurement for
18   the insulation relevant to resistivity in the
19   wire?  What might be happening in the wire?
20      A    Right.  Well, because you have --
```

**6. PAGE 23:24 TO 27:08  (RUNNING 00:04:05.509)**

```
24      A    -- some resistance in the wire when
00024:01   you are flowing the current, you will get
02   temperature rises in the insulation, and it must
03   be an insulation that is chemically and
04   physically able to function over the lifetime of
05   a building under those temperature conditions.
06   BY MR. SANDERS:
07      Q    And with respect to both of these sort
08   of ideas on the switches and the wiring, how did
09   they relate to corrosion and the tarnishing of
10   the wires from copper sulfide?
11      A    There is the potential.  We understand
12   that there is tarnishing that goes on.  And the
13   question is, in the remediation environment, can
14   a connection be made with a previously corroded
15   wire that will be safe and effective; that is,
16   will it allow the connection to the receptacle
17   to not heat up in a way that would mean that its
18   lifetime would be degraded or it would be unsafe
19   in the sense that it might someday lead to a
20   glowing and, hence, perhaps later fire.
21      Q    And if you chose, or you used 498 --
22   UL listing 498 as the measure for this potential
23   temperature rise or connection?
```

Case Clip(s) Detailed Report
Tuesday, March 16, 2010, 11:24:11 AM

## Chinese Drywall

```
        24      A    Yes.  Within that -- within the
00025:01  standard 498 there is a temperature test, and it
    02  includes the temperature criterion for the
    03  devices, the receptacles and all the
    04  measurements there, which is 30 degree
    05  temperature rise, centigrade, above ambient.
    06      Q    Why did you pick a temperature test
    07  designed for new equipment as opposed to maybe
    08  wires or something that's out there in the
    09  field, if there is such a thing?
    10      A    Well, basically because there isn't a
    11  field test.  There isn't a test that's -- you
    12  know, no one is required to go out and test
    13  their home to see that they are continuing to
    14  function appropriately in this way.  They are,
    15  you know, generally reliable enough that that's
    16  deemed not to be necessary.
    17          So the only time in the lifetime of a
    18  receptacle that testing will be done is during
    19  the listing process.  And so there they will run
    20  tests on six devices, and, of course, they will
    21  sell millions of them after that.  But they're
    22  proving the design and construction of the
    23  device.
    24      Q    What kind of -- if we could talk a
00026:01  little more specifically about the testing that
    02  you did in this case, and if you could describe
    03  generally what tests you ran in this case.
    04      A    We ran three series of tests, two
    05  types of tests; one that is concerned with this
    06  issue that we've just been talking about of can
    07  connections be made that will have low
    08  temperatures such that they don't pose a hazard.
    09  And we've taken the point of view that if the
    10  temperatures don't exceed the 30 degrees C, that
    11  you all would require of a brand-new out of the
    12  box device with brand-new out of the box wire,
    13  you know, if that was good enough when it was
    14  new, it's good enough now.  I think that's
    15  conservative and prudent.
    16          And so we've chosen that strategy to
    17  assess the viability of the connections.
    18          We've also concerned ourselves with
    19  the wires themselves.  There has been concern
    20  that the layer of tarnish on the wire would in
    21  some fashion reduce its current carrying
    22  capability, and that that might pose a hazard at
    23  some point.  And, again, that relates to its
    24  resistance under -- you know, under use, under
00027:01  current flow, and so we also looked at the
    02  temperatures of those ground wires when they're
    03  flowing rated currents, that is, the 15 or
    04  20 amps that are allowed, based on the circuit
    05  breaker, of course, and looked at that effect as
    06  well.
    07      Q    And where did you get your samples
    08  from to run some of these tests?
```

**7. PAGE 27:12 TO 28:17  (RUNNING 00:01:25.778)**

```
    12      A    With regard to the connection type
    13  question, we have two sources of samples.  The
    14  first set that we dealt with were laboratory
    15  corroded samples; that is, we made up wires with
    16  the existing loop on them, sent them to
    17  R. J. Lee, who exposed them to hydrogen sulfide
    18  gas, at far higher levels than would exist in a
```

CONFIDENTIAL                                                                                       page 8

## Chinese Drywall

```
        19    house, but also for shorter durations, so the
        20    idea is that they would be comparable in dose;
        21    that is, the concentration time product.
        22            And so we looked at those.  Those were
        23    blackened wires that we looked at:  If we
        24    tightened these down onto the terminal or
00028:01    receptacle, will they operate safely and
        02    effectively.
        03    BY MR. SANDERS:
        04        Q    And you didn't -- I don't know; did
        05    you measure the thickness of the tarnish on
        06    those wires?
        07        A    No, we didn't measure those.
        08    R. J. Lee has the capability of measuring those
        09    tarnish thicknesses, and we did not.  They have
        10    done such measurements on coupons, and there's
        11    no reason to think that copper wires and copper
        12    coupons would be different in that regard; it's
        13    still a copper surface.
        14        Q    And from your perspective, how did you
        15    make yourself comfortable that the tarnishing on
        16    those wires prepared by R. J. Lee was consistent
        17    with what you saw in the field?
```

**8. PAGE 28:21 TO 46:12  (RUNNING 00:19:55.548)**

```
        21        A    Visually it was quite clear that the
        22    laboratory samples -- we did them -- R. J. Lee
        23    did them for 1 day, 3 day, 7 days, and the 7 day
        24    wires were quite black.  They were blacker than
00029:01    what you see in the field, an indication, of
        02    course, that there's a large -- a greater
        03    sulfide layer there than exists in these field
        04    samples.
        05            So using the 1, 3 and 7 we thought
        06    were representative of modest tarnish to severe
        07    tarnish, based on -- based on the visual
        08    appearances and based on other measurements that
        09    R. J. Lee had made previously.
        10    BY MR. SANDERS:
        11        Q    And you also indicated that you think
        12    there was other samples or other places you
        13    received samples from?
        14        A    Right.
        15        Q    Could you tell me where?
        16        A    Right.  We did testing, also, with
        17    what I call field samples.  These are wires and
        18    receptacles that were collected from homes that
        19    had Chinese drywall in them; there were samples
        20    from Florida, samples from the Hernandez house
        21    that we looked at.
        22    MR. SANDERS:
        23            I would like to show you what's been
        24    marked as Beyler Trial Number #2.
00030:01            (Document marked as BEYLER TRIAL #2
        02    for identification.)
        03    BY MR. SANDERS:
        04        Q    Could you tell me what Exhibit #2 is?
        05        A    It's Appendix C to my report entitled
        06    Temperature Test Experiments, and it's basically
        07    a -- in its own way, a free-standing paper that
        08    describes the experimental methods that we used
        09    and the results of the tests.  So it's a report
        10    of tests, effectively.
        11        Q    So this is the outline of your tests
        12    and where you report the results and explain the
        13    methods?
```

## Chinese Drywall

```
14      A    That's correct.
15      Q    Is this a true and accurate copy of
16 your temperature test report?
17      A    It is.
18 MR. SANDERS:
19           I move that Beyler #2 be entered into
20      evidence.
21 BY MR. SANDERS:
22      Q    Using this as an outline, it will be
23 easier to maybe walk through the different tests
24 you did.
00031:01           You discussed previously the UL method
02 and the UL standard.  Can you explain for the
03 Court how you actually implemented that and what
04 you did to conduct the testing?
05      A    The key to the test is that you have
06 to operate the device; that is, flow current
07 through the wires in the device at the rated
08 current.  So we set up an array of, in fact,
09 light bulbs to create a current demand of 15 or
10 20 amps.  And then we provide that current
11 through these devices so that the current is
12 flowing through the device, hence the resistance
13 is causing some increase in temperature.
14           So we wanted -- the UL test calls for
15 doing it at its rated capacity, and that's 15 or
16 20 amps, depending on the device, and that's
17 sort of the operation.  You turn on the power,
18 and then you let it run until the temperatures
19 stop changing.  And you have thermocouples,
20 which is a 2-wire device, where they're
21 dissimilar metals that where they touch, they
22 generate a small voltage, based on the
23 composition of each.  They're calibrated wires,
24 they're made to very exacting specifications, so
00032:01 that you can interpret the voltage that's
02 created by this wire junction as a temperature.
03 So a thermocouple is a temperature measurement
04 device by two dissimilar metals creating a
05 voltage.
06           Those connections are placed onto the
07 receptacle, in particular the terminal, adjacent
08 to the terminals to measure the temperature rise
09 associated with the connection.  Those are done.
10 The UL standard would call for copper
11 constantan.  We used a slightly different type;
12 it was called Type K.
13           We had some need -- you know, we
14 thought those were better for our purposes and
15 still consistent with accuracy that's required
16 in the UL test.  Same size, same principle.
17      Q    If you turn to page C3 of Exhibit #2,
18 there's a picture of Figure 2.  Is that -- is
19 that a close-up of how these thermocouples are
20 hooked up on the receptacles?
21      A    Yes.  That gives an indication of two
22 thermocouple installations on the terminals of a
23 receptacle.
24      Q    And there's a -- there's a mark there
00033:01 that says hot glue.  What's that?
02      A    A hot glue is an anchoring means, so
03 you can see that the wire comes -- let's look at
04 the one on the top.  It goes off the page to the
05 right.  That's going to where the data is being
06 collected by our data acquisition system in the
07 laboratory.  And then it comes to the measuring
```

Case Clip(s) Detailed Report
Tuesday, March 16, 2010, 11:24:11 AM

## Chinese Drywall

08  location on the metal at the terminal.  We used
09  a -- either epoxy or hot glue to anchor the wire
10  so that if someone moved the wire, it wouldn't
11  rip the thermocouple off the place that it was
12  supposed to be measuring.
13       Q    And where is the place that the
14  thermocouple is actually attached to to measure?
15       A    It's on the metallic portion of the
16  receptacle, directly adjacent to the screw
17  terminal.
18       Q    So that's measuring the temperature at
19  what point?
20       A    Well, wherever the metal junction is,
21  and we placed them so they would be directly
22  adjacent to the wire and the terminal connection
23  so that we would be measuring the temperature of
24  the connection.  That's -- that's how UL does
00034:01  it, that's how we did it.
02       Q    If you turn to page C6 of Exhibit #2,
03  I believe this is where you start describing the
04  first test that you did.
05       A    Yes.
06       Q    And you call it Corroded Wire Testing.
07  Was this the testing where you got the samples
08  from R. J. Lee?
09       A    Yes.  These are the laboratory
10  corroded wires.
11       Q    Okay.  And what did you do with them?
12       A    We basically took those wires, which
13  had preexisting layers of copper sulfide on
14  them, from the exposure that R. J. Lee gave them
15  and connected them to the terminals of a
16  receptacle, and we torqued it down to the
17  required torque for a 14-gauge wire that's
18  9 inch-pounds.
19       We used a torque wrench, of course,
20  and then put it into this test setup that I
21  already described, where we were running current
22  through the device and proceeded to record the
23  temperatures that are generated at the
24  connection until the temperatures became steady.
00035:01  We usually let them run for 20 minutes or so;
02  and we get them steady, we measure the
03  temperatures.  That is what's recorded.
04       Q    What does UL require; does UL require
05  a certain time period or is it just a steady
06  temperature?
07       A    Just a steady.
08       Q    Would you turn to page C7 in Table 2,
09  are those the results of the tests that you ran?
10       A    Right.  That's a table that gives the
11  type of exposure that the subject wire was
12  exposed to, the receptacle, and where on the
13  receptacle it was tightened down.  And then the
14  right column is the temperature rise that
15  occurred during the temperature test that we
16  were conducting.
17       Q    And so what types of exposure, what
18  different ranges of exposure did you use, again?
19       A    We did, quote, clean wires, brand-new
20  wires right out of the box, as it were, shiny
21  copper; we did tests with that.  We did some
22  that were exposed by R. J. Lee for 7 days that
23  are, you know, quite severely corroded, some
24  were 3 days and some that were 1 day.
00036:01       Q    And the corrosion, again, it was

CONFIDENTIAL                                              page 11

Case Clip(s) Detailed Report
Tuesday, March 16, 2010, 11:24:11 AM

## Chinese Drywall

```
02   how -- excuse me -- what was the exposure and
03   what were the wires exposed to at R. J. Lee?
04        A    At R. J. Lee they were exposed to 10
05   parts per million, which is like 10,000 times
06   larger than is typical in one of these homes.
07   And then -- and that's basically because you
08   can't create certifiable gas mixtures at parts
09   per billion; 10 parts per million is about as
10   low as any laboratory would certify.  But then
11   the exposure is commensurately less, 7 days
12   rather than years.
13        Q    And what were the results of your
14   corroded wire test?
15        A    The results of the tests that were --
16   were that when we measured the temperatures of
17   the clean and these previously tarnished wires,
18   that we had no temperature difference beyond the
19   usual statistical, you know, plus or minus on
20   any test.  The clean and the corroded or
21   tarnished ones gave the same temperature rises.
22        Q    And what were the approximate range in
23   temperature rise?
24        A    We saw numbers anywhere from about 11
00037:01   to 15 in this particular size.  These were all
02   with 14-gauge wires at 15 amps, and they were
03   all in the -- just call it 15 degrees, a little
04   less.  So it was well within the UL requirement.
05        Q    Which was what?
06        A    30.
07        Q    And what was the purpose of doing
08   these tests with -- these particular tests with
09   the connection?
10        A    Well, we wanted to look at what does
11   this tarnish layer do to the ability to make a
12   good connection.  And what turned out to be the
13   case was merely the act of tightening down the
14   terminal, cleaned the tarnish off the wire.
15        When you then after the test looked at
16   it, you could see -- you know, pulled it off,
17   you could see clean copper; and it was the
18   action of tightening down the terminal that
19   created, quote, clean connections by abrading
20   the surface.
21        Q    And --
22        A    These tarnishes are very -- you know,
23   it's friable; they're easily removed, they're
24   not -- in some sense they don't have good
00038:01   sticking power.  You know, they come off -- it
02   comes off quite easily.
03        Q    For these connections that you use,
04   would these be the same connections from a -- in
05   a switch, from wire to switch as a wire to
06   receptacle?
07        A    Right.  I mean, the switches,
08   receptacles, you know, and the ground wire
09   connections, they're all using the same type of
10   terminal and they're subjected to the same test.
11        Q    And ground wires on switches and
12   wires, are those all screws as opposed to
13   push-in connections?
14        A    Right.  On the hot and neutral, in
15   most of these devices, you can use the push-ins
16   on the back or you can use the screw-down.  The
17   ground wires are screw-down.
18        Q    As you understand it, I believe the
19   protocol that KPT is using, why wouldn't it be
```

CONFIDENTIAL

## Chinese Drywall

```
       20   necessary to test the neutral and the hot
       21   connections?
       22        A    Well, based on my understanding of the
       23   protocol, the intention was to cut back the wire
       24   to the insulation, strip new insulation, and
00039:01   then make a new connection and -- so, because
       02   the insulation material itself protects the
       03   copper, that is, whenever you take insulation
       04   off of the copper wire that's been in the field
       05   in one of these homes, you find clean copper
       06   underneath.
       07        We found that when we were preparing
       08   our samples, R. J. Lee found that, CPSC found
       09   that.  I think everyone has seen that the
       10   insulation does protect the underlying copper
       11   from tarnishing.
       12        Q    In the hot and neutral wires?
       13        A    Yes.  Because the ground wire doesn't
       14   possess any insulated sheath.
       15        Q    And what was the second test that you
       16   did as outlined in your report?
       17        A    Well, the second test was a similar
       18   type of test to the ones we just described, but
       19   they're done with field samples and, in
       20   particular, they're done with field samples
       21   where we are running current through the ground
       22   wire.  UL doesn't do that; they never run
       23   current through the ground wire in doing their
       24   temperature tests.  I guess they assume that if
00040:01   the other terminals work, the ground wire one
       02   will work, too.  I can't speak for them, but
       03   that's not that sensible.
       04        But we specifically wired them up so
       05   that instead of having a neutral coming back as
       06   a receptacle usually does, we actually used the
       07   ground wire as the return so that we
       08   systematically are flowing the full current, the
       09   157 amps through that ground wire; and then we
       10   were looking at the temperature that would exist
       11   on a new connection.  These wires were connected
       12   to old receptacles, but what we were actually
       13   testing was, we would take the free end of the
       14   ground wire, form it into a loop, as was
       15   required to make a terminal connection, and then
       16   screw it onto a new receptacle.
       17        And this, of course, is the condition
       18   that we're talking about in the remediation,
       19   where a new receptacle is to be used with the
       20   existing ground wire; and we would make the
       21   connection and then instrument that connection
       22   with thermocouples, and we instrumented the old
       23   connection as well, one to the existing one just
       24   to be sure, and then measured the temperature at
00041:01   the new connection to see if it would be within
       02   the UL requirements for a new device.
       03        Q    And where did you get the samples that
       04   you were using in this test for it?
       05        A    The samples that were used in -- some
       06   were from a Florida home and some were from the
       07   Hernandez home.
       08        Q    And were those homes with Chinese
       09   drywall in them?
       10        A    Yes.  Yes.
       11        Q    I would like to show you Beyler
       12   Exhibit Number #3.
       13             (Document marked as BEYLER TRIAL #3
```

Case Clip(s) Detailed Report
Tuesday, March 16, 2010, 11:24:11 AM

## Chinese Drywall

```
        14        for identification.)
        15   BY MR. SANDERS:
        16        Q    Can you tell the Court what Beyler
        17   Number #3 is?
        18        A    This was an outlet that was collected
        19   from the field, from Mandeville.  And you can
        20   see in this one that the neutral and hot wires
        21   were wired up using the push-ins at the back of
        22   the unit; that is, the screw terminals weren't
        23   used in this particular installation.  But as
        24   always the case, the ground wire on the right is
00042:01   done with the screw terminal.
        02        Q    And can you tell me the address on
        03   this, 68304 Marion Street, is that, do you
        04   understand, to be the Hernandez house?
        05        A    Yes, it is.
        06        Q    What outlet number is this?
        07        A    It's number 43.
        08        MR. SANDERS:
        09             I move that Exhibit Number #3 be
        10        entered into evidence.
        11   BY MR. SANDERS:
        12        Q    Is this one of the samples that you
        13   actually tested?
        14        A    Yes, it is.
        15        Q    I'll hand you Beyler Trial Exhibit
        16   Number #4.
        17             (Document marked as BEYLER TRIAL #4
        18        for identification.)
        19   BY MR. SANDERS:
        20        Q    If you could, also describe to the
        21   Court what this is a picture of.
        22        A    Sure.  This is another outlet
        23   collected from the Hernandez home.  And as we
        24   had for the other one, the push-in wires are
00043:01   used for the neutral and the hot.  The back of
        02   the unit and the screw terminal is used for the
        03   ground as usual.
        04        Q    And what's on the -- what looks to be
        05   on the wires, the ground wires; do you know?
        06        A    They're in -- there's paint residues
        07   on the wire, the insulation; and on the ground
        08   wire is the white material, I think you're
        09   referring to.
        10        Q    Is that fairly common when you look at
        11   receptacles and switches?
        12        A    Yes, it is.  I mean, in this world, at
        13   least the primer coats on all walls are sprayed
        14   on and, inevitably, there's overspray that ends
        15   up on wires.
        16             (Document marked as BEYLER TRIAL #5
        17        for identification.)
        18   BY MR. SANDERS:
        19        Q    If you will, I would also like to show
        20   you Beyler Trial Exhibit Number #5.  And if you
        21   could, tell me what that is.
        22        A    That is the real device that is
        23   pictured in Exhibit Number #3.
        24        MR. SANDERS:
00044:01             Okay.  And I didn't do it, but I would
        02        also like to move Beyler Number #4 into
        03        evidence.
        04   BY MR. SANDERS:
        05        Q    If you could, carefully, reach into
        06   the bag and look at it and confirm that that is
        07   the device that's pictured in Number #3.
```

CONFIDENTIAL

Case Clip(s) Detailed Report
Tuesday, March 16, 2010, 11:24:11 AM

### Chinese Drywall

```
08        A    Well, it's in a slightly different
09   condition than it was in that picture, because
10   the picture was taken before we did the testing
11   and, of course, this is the device after we did
12   our test.  But otherwise it is us.
13        MR. SANDERS:
14             I would also like to move Beyler
15        Exhibit Number #5 into evidence.
16   BY MR. SANDERS:
17        Q    If you could, you know, using the
18   device, if you could describe, which I think you
19   are doing, how you did the testing.
20        A    Sure.  So we have here the terminal
21   for the ground wire.  That's the existing one.
22   We didn't do anything to that connection.  We
23   left it in whatever condition it was.  As we'll
24   see in most of these cases, they appeared tight.
00045:01  In one case, they did not -- it did not.
02             So then we have this length of ground
03   wire and it's corroded over its full length.  We
04   turned this loop on the end, so it could be
05   connected to another receptacle, and it was onto
06   another receptacle.  And current was flowed
07   through the ground wire, basically using it in
08   lieu of the return.  And then we measured the
09   temperature on the receptacle where this loop
10   was connected and we measured the temperature at
11   the existing connection.
12        Q    Why'd you measure both temperatures?
13        A    Well, in UL's world, they would like
14   these to be 12 inches long.  In the harvesting
15   devices from the field world, they never are,
16   because they don't want to take so much out of
17   the wall.  So there was a concern that this is
18   shorter than UL would do.  We want to know the
19   temperature of this connection due to itself,
20   not due to effects from this other connection.
21   And, of course, heat can conduct along the wire
22   and, you know, have an impact on the
23   measurement.
24             So we monitored both and so that, at
00046:01  least, if we knew this was creating a high
02   temperature, we would know to look more closely.
03   If this was giving temperatures that are the
04   same as this one, then obviously they're not
05   transferring heat from one to the other, because
06   if they're at the same temperature, they can't.
07   So that was just to, you know, make sure that we
08   had a good measurement.
09        Q    It looks like the end where you --
10   where you did the rehook, it looks actually sort
11   of shiny.  Was it like that when you first
12   hooked it up to the new receptacle?
```

**9. PAGE 46:16 TO 53:08 (RUNNING 00:07:31.931)**

```
16        A    When we hooked it up to the
17   receptacle, it was -- you know, it was a
18   tarnished wire.  It was not shiny in any sense.
19   And so we tightened it down, made the connection
20   and did the measurement.  And then we took it
21   off and cleaned it with a Scotch Brite pad and
22   redid the test.  And what you see here is post
23   Scotch Brite cleaning.
24
00047:01  BY MR. SANDERS:
02        Q    So for each one of those receptacles,
```

### Chinese Drywall

```
03  how many measurements did you take?
04      A    Well, we're really -- I mean, we're
05  testing the wire -- the wire connection to the
06  receptacle, and so we made two temperature
07  measurements, one over here and one over here.
08  This to the one we want to know, this is the one
09  we're doing just to make sure.
10      Q    And I guess from saying the one before
11  cleaning and the one after cleaning?
12      A    Right.  Same procedures as before,
13  just do the test over again with, you know, this
14  connection being different, because it's now
15  being done with a cleaned wire rather than a
16  tarnished wire.
17      Q    Okay.  I can take the sample back.
18      A    Sure.
19      Q    And where do you -- you report your
20  results on Table 3 of C9, page C9.
21      A    Yes.  That's right.  The T max column
22  is the temperature rise, the maximum temperature
23  rise that was realized.  So basically you run
24  the test, the temperatures go up, they plateau;
00048:01  it's that final maximum temperature that we
02  record.  And as I said, we recorded it on both
03  the old connection, which, you know, is not the
04  data, and the newly made connection.
05      Q    So when I'm looking at this table on
06  C3, the first, it looks like, they're sort of
07  paired up.  How many samples did you use?
08      A    We did six different tests.
09      Q    And why did you do six tests?
10      A    Well, we default to six, because UL
11  requires six when they're new; so if it's good
12  enough for them, it's good enough for us.
13      Q    And what are the two lines for each
14  one of the samples; what do they represent?
15      A    The top line is the existing
16  connection, the non-test connection; and the one
17  in bold, they are to draw attention to it
18  because it's the actual piece of data, is the
19  newly made connection.  In one case, you know, T
20  max with it dirty, and then a change in that T
21  max in the second test.
22      Q    And the switch -- the outlet you were
23  just looking at was Outlet 43?
24      A    Right.
00049:01      Q    Why don't we look at those results
02  and, if you could, tell me what you got from
03  those.
04      A    Sure.  The existing connection there
05  had a temperature rise of 12.6 degrees C, and
06  the newly made connection had a temperature rise
07  of 14 degrees C.
08      Q    So --
09      A    And that's obviously much less than
10  30; and that means to us that it's a good
11  connection, it's not interfering with the
12  ability of the receptacle to do its job safely.
13      Q    And looking at all the -- all the
14  outlets that you did, the six that you did, what
15  conclusions did you draw from this sampling?
16      A    That all of the test connections, that
17  is, the newly made ones, were less than 30
18  degrees and so these were -- these were well
19  functioning connections.
20      Q    And did you see any distinction in the
```

## Chinese Drywall

```
21   initial connection of the corroded wire with the
22   connection after you cleaned it?
23       A    Surprisingly little.  We -- typically
24   the temperature rise was only one degree -- you
00050:01   know, it was one degree less after cleaning than
02   it was before cleaning; and this results from
03   the fact that screwing down the terminal was
04   doing cleaning already and the -- us doing an
05   independent cleaning really only had a marginal
06   effect at all.
07       Q    And I notice there's one receptacle or
08   at least a report here that seems to be higher
09   than 30.  Why is that?
10       A    Well, you'll also notice there that
11   the existing ground wire was loose; it was loose
12   in the sense that it would move.  And so -- I
13   mean, a normal connection is 9 inch-pounds,
14   that's what's required.
15           You have to go down below -- below a
16   half of an inch-pound to have something that
17   will move; half an inch-pound will secure it in
18   place.  So this is a very loose connection.  And
19   it's what we normally mean by loose connections;
20   it will move.  You know, so we recognized that
21   it was loose; we did the test anyway.
22       Q    And those are the results that you --
23       A    And the result was that on the loose
24   connection, the temperature rise is higher, it's
00051:01   31 degrees.  And, you know, it was known long
02   before we came along that loose connections are
03   a problem and they can give rise to excess
04   temperature rises and potentially fires.
05           And so this is doing what you would --
06   you know, you would essentially expect of a
07   loose connection.
08           And, in fact, in the course of
09   cleaning that wire, because we're cleaning the
10   other end, we are necessarily disrupting the
11   other connection because it's loose, when we
12   retested it, the temperature rise was even
13   higher.  Again, that's typical of what happens
14   with a loose connection.
15       Q    And so these first two tests that you
16   just went through, what are your conclusions
17   that you drew from those two tests?
18       A    Well, that connections using existing
19   wire, that is, existing wire in homes that had
20   Chinese drywall, can be used to make good
21   connections to receptacles that will work
22   effectively and safely.
23       Q    And is that your conclusion with a
24   reasonable degree of scientific or engineering
00052:01   certainty?
02       A    It is.
03       Q    If we can move to page C11 of your
04   test report, I believe this is the third set of
05   tests that you did.  What were these tests?
06       A    These were tests, rather than looking
07   at connections, we're looking at the wire
08   itself.  There have been concerns that the
09   presence of the tarnish on the wire was reducing
10   the diameter of the wire in such a way that it
11   might not allow the wire to perform its function
12   safely and effectively.  So what we wanted to do
13   here was -- and that, of course, comes from
14   reduction in a cross-sectional area, you know,
```

CONFIDENTIAL

**Chinese Drywall**

```
15   and potential for insulation.  And so the goal
16   here was to test both new wire, shiny right out
17   of the box wire, and to test field samples, the
18   ground wires.
19        Q    What -- I'm sorry.  What method did
20   you use to set up this test and use this test?
21        A    The test is basically the same as the
22   temperature test that's called for in UL-498.
23   The thing that's different was, they don't
24   measure wire temperatures, they're measuring
00053:01   connection temperatures.  But we use the same
02   protocol, the same measurement methods; you
03   know, everything the same, as best we could, to
04   the UL method.
05             But in this case, we're doing a
06   temperature measurement on the wire itself using
07   the same thermocouples we were using before,
08   using the same attachment method.
```

**10.  PAGE 53:14 TO 58:08  (RUNNING 00:05:06.258)**

```
14   BY MR. SANDERS:
15        Q    What was the basis for you -- I don't
16   know if I want to call it a modification, but
17   you can tell us -- of using the 498 standard --
18   is it 498 --
19        A    Yes.
20        Q    -- for testing the wires?
21        A    Well, there is no test that UL does on
22   wires.  They test wire insulation, but they
23   don't test the wires; copper wires.  So there
24   isn't any sort of pedigree to adopt.
00054:01             But, you know, instead of measuring --
02   attaching to the metallic surfaces on the
03   receptacle, we're attaching it to a wire; same
04   types of materials, same methods.  So --
05             And frankly, even if UL didn't say
06   this was a suitable way to measure temperatures
07   on a wire, it is.  I mean, thermocouples are
08   widely used to measure surface temperatures, and
09   the way we used them are consistent with general
10   practice on thermocouples.
11        Q    And what was your goal?  To measure
12   the temperature increase of the wire?
13        A    That's right.
14        Q    And you mentioned the 30 degrees and
15   the UL standard.  What were you trying to
16   compare the temperatures to in this case?
17        A    Well, with regard to wires, the limits
18   are on insulation, whereas the receptacle --
19   we're worried about the receptacle itself and
20   the nonconducting parts of that, perhaps, in the
21   wire of the insulation is the thing that can be
22   damaged if it gets too hot; and the wire in an
23   NM cable is required to be able to serve up to
24   90 degrees C.
00055:01             So our concern would be, you know,
02   whether our wires can generate temperatures that
03   might approach or exceed those kinds of numbers.
04        Q    And so if you could, if you could
05   describe, roughly, how you set up the test and
06   how you ran the test for the wire.
07        A    Sure.
08             Very much the same as the other test
09   we were talking about.  We had the wire
10   connected to terminals on either end, just like
11   we did in the other tests, and there's current
```

## Chinese Drywall

```
12    flowing through the wire, in these cases 15 or
13    20 amps.  And we are measuring the temperature
14    on the wire and we measure it halfway between
15    the two connections, because we don't want to
16    measure what's going on with the connection.  We
17    want to measure what's going on with the wire.
18          The most remote place on the wire from
19    any connection is in the middle, so that's where
20    we measured it and the results of that are
21    tabulated here.
22          Again, you run the test until the
23    temperatures reach their maximum steady value
24    and that's what's recorded.
00056:01    Q    And I noticed, and you may have said
02    this, but in some cases you have a 15-amp and in
03    some cases it's 20?
04          A    Yes.
05          Q    Why are they different?
06          A    Well, in this particular case, we did
07    some tests with 14-gauge wire, which is only
08    used up to 15 amps, and 12-gauge wire, which is
09    used to 20 amps.
10          Q    And that was also, I believe -- was
11    that reflected in your other test, too, where
12    you had receptacles with different wire gauges
13    on them?
14          A    Yes.
15          Q    And if you could, turn to table 4 on
16    page C12 and let's walk through what the results
17    were.  Table 4 says it's results from wire
18    temperature testing on bare wires?
19          A    That's right.  So the test as I was
20    describing it was done with bare wire; no
21    insulation on the wire, temperature measurement
22    on the metal itself.
23          Q    Would that be, like, a ground wire,
24    for example?
00057:01    A    It would be like a ground wire.  The
02    field samples are in fact -- they are ground
03    wires, the field samples.  And, of course, the
04    new ones can be anything; they're just copper.
05          Q    And where did you get your samples
06    from in Table 4?
07          A    The field samples came from, you know,
08    receptacles that we had collected from the
09    field.
10          Q    Okay.
11          And were the field samples -- do they
12    have visible signs of blackening?
13          A    Yes.  All of them are blackened.
14          Q    And were these samples that you used
15    here, were they -- were they similar or could
16    you compare them to the Hernandez house samples
17    you looked at?
18          A    Yes, they're comparable.
19          Q    And what were the results?
20          A    We had temperature rises that range
21    basically from 10 to 18 degrees; again, numbers
22    that are expected, fine, well below any limit
23    that would be of a concern.
24          So these wires are carrying the
00058:01    current they were designed to do without
02    producing excessive heat, which means that the
03    current carrying capability had not been
04    degraded.
05          Q    Was there any significant difference
```

Case Clip(s) Detailed Report
Tuesday, March 16, 2010, 11:24:11 AM

### Chinese Drywall

```
06   between the field samples and the new wires?
07        A    No.  They're comparable.
08        Q    Okay.
```

**11.  PAGE 58:13 TO 63:18  (RUNNING 00:06:11.210)**

```
13   BY MR. SANDERS:
14        Q    Did you note anything with respect to
15   the new wires versus the field samples?
16        A    Well, the temperature ranges that we
17   measured for the various clean samples, you
18   know, things like 14, 15, 18; they were
19   basically the same kind of numbers that we were
20   seeing on the corroded samples.
21        Q    What was Table 5?  What were you
22   measuring in Table 5?
23        A    Table 5 was the same type of
24   experiment except that the wire in question was
00059:01   now -- had the -- it was wire with insulation on
02   it, rather than being, like, a ground wire that
03   doesn't have it.  And, again, we used new wire
04   and we used wire from field samples.
05        Q    And so which wires would these be in
06   the connections that we've seen in the Hernandez
07   house?
08        A    Well, these would be the hot wire or
09   the neutral away from the receptacle.
10        Q    And what were the results from these
11   tests?
12        A    These give temperatures between 9 and
13   14 degrees.
14        Q    And, again, did you notice anything
15   with respect to the --
16        A    No.  The two -- the new versus old --
17   you know, the new versus old as it were the same
18   numbers.
19        Q    And what was Table 6, the last samples
20   you did?
21        A    The last one is actually measuring
22   temperatures on a full NM cable so it's -- you
23   know, an NM cable, you have two conductors that
24   have insulation on them and a ground wire which
00060:01   is just wrapped in paper inside the overall
02   jacket and we put thermocouples from the end of
03   the wire up into the -- inside the jacketing a
04   couple of inches, that's as far as you can
05   basically get it, and measured the temperatures
06   inside the assembly while flowing the rated
07   current.
08        And, again, those temperatures are
09   comparable in the area of 15 degrees, no matter
10   what kind of wire it was.
11        Q    And when you say what kind of wire,
12   you mean new wires; and then where were the
13   other wires from?
14        A    Right.  They were either new wires or
15   the ones from the field sample.
16        Q    And these particular field samples,
17   what's your understanding of where these field
18   samples were from?
19        A    These field samples are Florida
20   because in the Hernandez samples and some other
21   samples, actually taking the full NM wire was
22   not done.
23        Q    Okay.
24        And what opinions do you draw or
00061:01   conclusions from the sampling that you did in
```

Case Clip(s) Detailed Report
Tuesday, March 16, 2010, 11:24:11 AM

## Chinese Drywall

```
02  this third test -- set of tests?
03      A    That the presence of the tarnish on
04  the wires had no measurable effect on the
05  temperatures that occurred and, hence, the
06  current carrying capabilities of the wire.
07      Q    And if you -- would that be your
08  opinion with a reasonable degree of engineering
09  and scientific certainty?
10      A    It would.
11      Q    And have you relied on any other
12  literature or standards or anything to support
13  that opinion?
14      A    Well, I think the other thinking that
15  you can point to is this isn't a surprising
16  result.  We have wires that are, you know, 1.6
17  to 2 millimeters in diameter and we're talking
18  about corrosion thicknesses that are 20 microns.
19  So it's on the order -- basically 1 percent of
20  the diameter of the wire is the corrosion layer
21  thickness and, of course, the corrosion layer
22  thickness is less than the copper thickness from
23  which it came.  So we're talking about effects
24  on the existing wire that are, like, a percent.
00062:01         Well, the manufacturing tolerance on
02  the wire is 1 percent and there are things in
03  the field that happen to wires that have larger
04  effects.  There's nicking, and more -- I think
05  even more significant is elongation; that wires
06  when they're installed are pulled through the
07  walls and, you know, as matter of course,
08  electricians are pulling on them with all their
09  weight and then wires are allowed to elongate
10  8 percent.  Of course, if you elongate it by 8
11  percent, you have to reduce the cross section by
12  that much as well.  So that's a larger effect,
13  certainly, than a 20-micron corrosion thickness.
14      Q    So with respect to the remedy that's
15  proposed by KPT, in sort of summarizing your
16  opinions, what's your opinion about KPT's
17  proposal to use existing ground wires to make
18  new connections to receptacles and switches?
19      A    I think that's a perfectly reasonable
20  strategy; it will give rise to safe and
21  effective connections that will last the life of
22  the building.
23      Q    Is that your opinion with a reasonable
24  degree of scientific and engineering certainty?
00063:01         A    It is.
02      Q    Similarly, what's your opinion about
03  leaving ground -- leaving wiring in the walls,
04  even in the case where there may be some
05  tarnishing of the ground wires in the Romex
06  cables?
07      A    What we've seen is that the tarnishing
08  at the ground wire at the end hasn't had any
09  effect; that's what we've been talking about
10  before, and we know that the insulation material
11  on the wiring through the rest of its length is
12  protecting the copper such that it isn't --
13  hasn't corroded and as such it's safe and
14  effective for use.
15      Q    And where you've tested wires that
16  have shown some corrosion, is there any -- have
17  you seen any impacts at all to the
18  functionality?
```

## Chinese Drywall

**12. PAGE 63:22 TO 64:05 (RUNNING 00:00:23.202)**

```
          22        A    In my inspection of receptacles and
          23   switches, I've seen no indication of overheating
          24   or anything -- any damage that you would see
00064:01   that indicated that the connections weren't
          02   working well.
          03        And that was true of CPSC, as well;
          04   they looked at 170 of them and did not see any
          05   such damage.
```

**13. PAGE 109:23 TO 112:24 (RUNNING 00:03:10.799)**

```
          23   BY MR. SANDERS:
          24        Q    Dr. Beyler, I would like to turn to
00110:01   what's marked as Beyler Exhibit #2.  It's your
          02   temperature test experiment.
          03        A    Okay.
          04        Q    You were going over them with
          05   Mr. Bryson; in particular Table 3, which is the
          06   results from the ground wire testing.
          07        A    Yes.
          08        Q    He thankfully clarified something I
          09   think that I didn't do, which is that the line
          10   on top where it says T max and T max after
          11   cleaning.  In fact, there's no cleaning that's
          12   done to the actual connection that was taken
          13   from the house; correct?
          14        A    The existing connection from the house
          15   was not the test connection and it was not
          16   cleaned.
          17        Q    If you look at Outlet 1, Outlet 3,
          18   Outlet 43 and Outlet 63, those were all taken
          19   from the Hernandez house?
          20        A    Yes.
          21        Q    And essentially what that means is you
          22   have two samples -- two tests from each sample
          23   that measures the temperature at that
          24   connection; correct?
00111:01        A    Correct.
          02        Q    And so those samples as is, what's
          03   your opinion about whether or not those samples
          04   can -- those connections still work according to
          05   UL testing?
          06        A    Yes.  Based on performance criteria
          07   that y'all put forward for new equipment, these
          08   are suitable temperatures and I think they work
          09   well.
          10        Q    He also pulled, I think, Exhibit #10,
          11   which he cited you to in a paragraph about
          12   tinned wires.  If you take a look at page 19
          13   where he referenced in that Exhibit #10 --
          14        A    (Reviewing document.)
          15        Q    -- and if you'll take a look at the
          16   paragraph, please, right below the one he was
          17   reading, could you read the first three
          18   sentences?
          19        A    During the 1950s the wire industry
          20   began transitioning residential wire insulation
          21   from rubber to the newly developed
          22   thermoplastic, such as PVC.  PVC has the
          23   advantage that it did not suffer from
          24   brittleness and cracking with age that was
00112:01   typical of the older rubber insulation.
          02        It also did not have sulfur additives
          03   that could damage the conductor, so the copper
          04   did not have to be tin coated.
```

CONFIDENTIAL

Case Clip(s) Detailed Report
Tuesday, March 16, 2010, 11:24:11 AM

## Chinese Drywall

```
05       Q    Is that the type of insulation that
06   you understand is currently used?
07       A    Yes.  PVC is currently used.
08       Q    With respect to the UL testing, the
09   temperature testing, UL-498 standard in general,
10   did you perform all of the tests in the UL
11   standard?
12       A    No.  Certainly not.  I did the
13   temperature test because it tested the part we
14   were concerned with, the quality of the
15   connection, and did not do the myriad of tests
16   that UL does on a receptacle.
17       Q    And that includes the test that
18   Mr. Bryson referred to just moments ago?
19       A    Yes.
20       Q    And, in your opinion, does not
21   performing those tests or having performed those
22   tests impact, at all, your conclusions with
23   respect to the temperature?
24       A    No.
```

**14. PAGE 113:04 TO 113:23 (RUNNING 00:00:54.130)**

```
04       Q    Do you have an opinion about whether
05   those or have you considered whether those other
06   tests or not performing those test impacts your
07   results?
08       A    Yes.  We did look at what UL does, and
09   the order in which they did it and made the
10   determination that it was not necessary to do
11   the other tests and this was the test to do.
12   After all, you know, we are adopting a new
13   device standard to field use.
14            It's already quite a conservative
15   thing to do and we didn't see any means by which
16   the not doing the overcurrent would have a
17   negative impact and, frankly, were concerned
18   that, you know, there might be negative aspects
19   to doing it.
20            So without any benefit and not knowing
21   what might happen to the results of our tests as
22   a result of doing something we didn't need to
23   do, it was not indicated.
```

> **TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 01:08:50.791)**

durlist.txt

Group:     Multi-clips
ID:                    Beyler Edits
Description:

Group:     Craig Beyler, PhD, Trial Deposition - 03/13/2010     DB-6421
Description:             Page 64:21-68:23
Synch'd Exhibits:

64:21          Good afternoon, Dr. Beyler.
64:22     A    Good afternoon.
64:23     Q    As you learned this morning from your
64:24    discovery deposition, my name is Dan Bryson and
64:
65: 1    I have a few questions for you in follow-up to
65: 2    Mr. Sanders' direct examination.
65: 3          Dr. Beyler, you don't believe there is
65: 4    .a fire safety issue at the Hernandez house, do
65: 5    you?
65: 6     A    I've only looked at the wiring.
65: 7     Q    You don't believe that there's any
65: 8    problems with the wire at the Hernandez house;
65: 9    do you?
65:10     A    I think the wire can be safely used as
65:11    part of the remediation.
65:12     Q    Without cleaning, do you think that
65:13    there's any problem with the wire at the
65:14    Hernandez house?
65:15     A    I haven't been able to identify a
65:16    problem, but I think it's prudent to clean it in
65:17    terms of the connection.
65:18     Q    Okay.
65:19          And when we're talking about wires,
65:20    let's be clear, we're talking about the NM
65:21    cabling, Romex wire, that goes into switches and
65:22    receptacles and not any low voltage wiring;
65:23    correct?
65:24     A    Yes.  All of my work has been NM.
65:
66: 1     Q    And the scope of your work was to look
66: 2    at wires; correct?
66: 3     A    Wire cable, yeah.
66: 4     Q    And that scope was defined by KPT?
66: 5     A    It was.
66: 6     Q    And you issued a report that we looked
66: 7    at this morning in your discovery deposition;
66: 8    didn't you?
66: 9     A    Yes.
66:10     Q    It was marked as Exhibit #1 of your
66:11    discovery deposition.  And in your report you
66:12    said some Chinese drywall imported into the US
66:13    during the building boom of 2005 to 2006 has
66:14    been identified as releasing low levels of
66:15    hydrogen sulfide measured at 0 to 2 parts per
66:16    billion level; notably, hydrogen sulfide levels
66:17    and the ambient environment outside of homes

durlist.txt

66:18   have been measured at comparable levels.
66:19        Did you indicate that in your report?
66:20     A    Yes.  I believe that's in the
66:21   beginning.
66:22     Q    And do you also indicate in your
66:23   report that exposure of exposed copper in
66:24   electrical wiring to hydrogen sulfide does not
66:
67: 1   give rise to a unique condition on wires in
67: 2   houses?
67: 3        Was that an opinion in your report?
67: 4     A    Right.  With regard to the physics of
67: 5   the processes, it's not unique.
67: 6     Q    And then you indicate that there's
67: 7   been no reports of failure of fire safety
67: 8   devices due to tarnishing by Chinese drywall
67: 9   that's been identified; correct?
67:10     A    Yes.
67:11     Q    But we established, didn't we, that on
67:12   the fire instance reports that fire departments
67:13   typically fill out, there is no place on that
67:14   form to indicate that the fire would have been
67:15   caused by Chinese drywall, is there?
67:16     A    They'd have to write in the narrative
67:17   field as we talked about this morning.
67:18     Q    And that's not any sort of search that
67:19   you performed in any way, is it?
67:20     A    That's correct.
67:21     Q    You also reference in your report to
67:22   the Gill and Trotta CPSC report that came out in
67:23   November of 2009; correct?
67:24     A    Yes.
67:
68: 1     Q    And in that report -- you summarize in
68: 2   your report the Gill and Trotta 2009 report
68: 3   listed a number of potential fire, safety and
68: 4   electrical shock concerns.
68: 5        They were interested in investigating
68: 6   in houses containing Chinese drywall:  The
68: 7   physical mechanisms involved in the identified
68: 8   potential shock hazards directly mirror the
68: 9   physical mechanisms involved in the identified
68:10   potential fire safety concerns.
68:11        While the CPSC identified these issues
68:12   as potentials in part of its investigation, it
68:13   has not issued any findings indicating that such
68:14   issues have occurred in houses containing
68:15   Chinese drywall or are likely to occur.  No
68:16   contrary report of public statement concerning
68:17   fire safety regs has been issued by the CPSC
68:18   since the Gill and Trotta report issued in
68:19   November 2009.
68:20        Is that from your report?
68:21     A    Yeah, to the best of my knowledge.
68:22     Q    And that accurately reflects your
68:23   opinion in that regard?

Page 2

durlist.txt

Group:     Craig Beyler, PhD, Trial Deposition - 03/13/2010     DB-6903  Sync'd Exhibits -
369,060-019,Beyler 7-129.002
Description:          Page 69:3-75:11
Synch'd Exhibits:       Sync'd Exhibits - 369,060-019,Beyler 7-129.002

69: 3     A   Yes.  I believe that to be the case.
69: 4   BY MR. BRYSON:
69: 5     Q   You know, would you agree, Dr. Beyler,
69: 6   that with regard to the CPSC's investigation of
69: 7   fire safety devices, that the results are
69: 8   preliminary and that no conclusions can yet be
69: 9   drawn with respect to risk of fire posed by
69:10   corrosive effects that have been associated with
69:11   imported drywall?
69:12     A   They're ongoing.  They are continuing
69:13   their work.
69:14     Q   That's preliminary; no conclusions
69:15   have been drawn yet.
69:16     A   Well, yeah.  No conclusions will be
69:17   drawn until it's no longer preliminary.  It will
69:18   be -- you know, they're not going to give
69:19   conclusions until the work has been completed.
69:20     Q   And wouldn't you agree that the nature
69:21   and extent of corrosion present in the samples
69:22   they've looked at, including the fire safety
69:23   items, is consistent with a general attack form
69:24   of corrosion that will progress in a uniform
69:
70: 1   manner?
70: 2          Would you agree with that?
70: 3     A   I don't know.
70: 4     Q   Would you agree that the unpredictable
70: 5   nature of corrosion attack on metals exposed to
70: 6   reduced sulfur compounds in the exposure
70: 7   duration necessary for initiation of these forms
70: 8   of attack require examination of additional
70: 9   components to draw a conclusion on the
70:10   probability of this type of corrosion to result
70:11   in imminent failures that can impact life
70:12   safety?
70:13          Would you agree with that?
70:14     A   I don't know what you just said.
70:15     Q   Well, I'll read it to you again from
70:16   the CPSC report in just a second.
70:17     A   Sure.  Okay.
70:18     Q   Gas distribution components that
70:19   involve copper piping have -- are those the life
70:20   safety devices?
70:21     A   Not normally so classified.  They have
70:22   safety implications but they're not safety
70:23   devices.
70:24     Q   Isn't the concern with gas
70:
71: 1   distribution components including copper

Page 3

durlist.txt

71: 2    piping -- isn't the concern that potential gas
71: 3    leakage due to pitting could present a fire or
71: 4    explosion hazard?
71: 5         Would you agree with that?
71: 6      A    Yeah.
71: 7      Q    And isn't pitting a form of extremely
71: 8    localized corrosion that leads to the creation
71: 9    of small holes in the metal?
71:10     A    I don't have any opinion of pitting.
71:11     Q    Don't know anything about pitting?
71:12     A    I don't put myself -- as we talked
71:13    about this morning, I do not put myself forward
71:14    as an expert on copper piping and structural
71:15    effects.  I have not looked at the copper
71:16    piping.
71:17     Q    With regard to smoke alarms, isn't the
71:18    concern that it includes damage to the
71:19    electronic circuitry and degradation of the
71:20    sensor?
71:21     A    That has been stated as a concern,
71:22    yes.
71:23     Q    And that either condition could result
71:24    in an inoperable smoke alarm?
71:
72: 1     A    That is the concern.
72: 2     Q    And that failure of those devices can
72: 3    put consumers at risk?
72: 4     A    That is a concern.
72: 5     Q    And to your understanding, KPT as --
72: 6    part of their protocol is to replace smoke
72: 7    alarms and other, what, life safety devices?
72: 8     A    Right.
72: 9     Q    But not the wires?
72:10     A    The protocol does not include
72:11    replacing the wires, as I understand it.
72:12     Q    In all those statements that I just
72:13    read to you, have you ever seen a copy of the
72:14    CPSC report from Rohit Khanna that was also from
72:15    November 2009?
72:16     A    This is it?
72:17     Q    Yeah.
72:18         We'll mark that, I guess, as Beyler
72:19    Trial Exhibit #6.
72:20         (Discussion off the record.)
72:21         (Document marked as BEYLER TRIAL #6
72:22      for identification.)
72:23    BY MR. BRYSON:
72:24     Q    Have you ever seen this report before?
72:
73: 1     A    I have.
73: 2     Q    That wasn't cited in your report that
73: 3    we looked at this morning, was it?
73: 4     A    No.  There's nothing about wire in
73: 5    here, that I recall.
73: 6     Q    But you're here as the fire safety
73: 7    expert and here's a report dealing with fire

Page 4

durlist.txt

73: 8   safety equipment installed in homes with Chinese
73: 9   drywall and you have not cited this in your
73:10   report?
73:11      A   No.  I've read it, as you've
73:12   indicated.  I'm interested in it but it's
73:13   outside the scope of what I'm actually doing,
73:14   and we'll look at it perhaps more, but I don't
73:15   recall there being anything in it that speaks to
73:16   the issues that I was asked to look at.
73:17      Q   You also looked at the CPSC Sandia
73:18   report that was also from November of 2009 --
73:19      A   I did.
73:20      Q   -- correct?
73:21         And isn't it true that because
73:22   corrosion product layers typically have a much
73:23   higher electrical resistivity than metals, their
73:24   presence can dramatically degrade the quality of
73:
74: 1   the electrical contact between the two surfaces?
74: 2         Would you agree with that?
74: 3      A   It is the case that corrosion products
74: 4   have a higher resistance than the base metal.
74: 5   I'm sorry, what was the rest of it?
74: 6      Q   And that their presence can
74: 7   dramatically degrade the quality of the
74: 8   electrical contact between two surfaces?
74: 9      A   They potentially could.
74:10      Q   And isn't it true that an increase in
74:11   the resistance is often a sign that conductive
74:12   surface-to-surface contact is being lost or
74:13   degraded?
74:14      A   Yes.  Resistance measurement is an
74:15   alternate to the temperature tests that I've
74:16   used based on UL, and Sandia's results indicated
74:17   resistances in the six samples they looked at
74:18   were normal.
74:19      Q   But Sandia has said and the CPSC has
74:20   said their results are preliminary and still
74:21   ongoing; correct?
74:22      A   Right.
74:23      Q   And that no conclusions could be drawn
74:24   yet; correct?
74:
75: 1      A   They have not drawn conclusions.
75: 2      Q   But you have drawn some conclusions?
75: 3      A   I have drawn some conclusions.
75: 4      Q   And with regard to resistivity -- and
75: 5   you are looking at this increase in heat that
75: 6   would be greater than 30 degrees Celsius or
75: 7   centigrade; correct?
75: 8      A   Yes.
75: 9      Q   And if it's greater than 30, it's a
75:10   problem; and if it's less than 30, that's not a
75:11   problem?

durlist.txt
Group:     Craig Beyler, PhD, Trial Deposition - 03/13/2010     DB-7515  Sync'd Exhibits - Beyler
7-129.003,Beyler 7-130.001,Beyler 7-131.001,Beyler 7-001
Description:          Page 75:15-79:4
Synch'd Exhibits:       Sync'd Exhibits - Beyler 7-129.003,Beyler 7-130.001,Beyler 7-131.001,Beyler
7-001

```
75:15      Q   Is that correct?
75:16      A   That's one way of talking about it.
75:17   Obviously, the 30 degrees is what's expected by
75:18   UL in new devices.  I can't say that if it was
75:19   32 in a field unit, that that's a problem.  No
75:20   one has ever done the study to determine that,
75:21   but I've been satisfied to use the criteria
75:22   associated with new devices for these field
75:23   devices.
75:24      Q   But with regard to the UL standard
75:
76: 1   that you used, anything greater than 30 degrees
76: 2   centigrade in your test results would indicate a
76: 3   violation of that standard; is that correct?
76: 4      A   Under the conditions of the test, yes.
76: 5      Q   Now, this UL Standard 498 in these
76: 6   temperature tests, you've never done them
76: 7   before; have you?
76: 8      A   Before?
76: 9      Q   Before this case?
76:10      A   No, I hadn't done them before.
76:11      Q   And I take it you've never harvested
76:12   receptacles out of a house and done this type of
76:13   testing to them?
76:14      A   No.  There's not been a need to do
76:15   that.
76:16      Q   Okay.
76:17          And with regard to this UL Standard
76:18   498 I believe we looked at in your discovery
76:19   section this morning, that that was being done
76:20   pursuant to Section 112 called Temperature
76:21   Tests, which is on page 129 of the UL; is that
76:22   correct?
76:23      A   Yes.  It begins there, yes.
76:24      Q   And that sets forth the various steps
76:
77: 1   of the standard; doesn't it?
77: 2      A   Of the test method?
77: 3      Q   Of the test method; that's correct.
77: 4      A   (Nods head up and down.)
77: 5      Q   And I believe we pointed out this
77: 6   morning, didn't we, that within that temperature
77: 7   test in Section 112.1.3 it says that the
77: 8   temperature test is to be made following the
77: 9   overload test on the device.
77:10          And you did not perform the overload
77:11   test, did you?
77:12      A   That's correct.  There's a specific
77:13   order of tests that UL requires, and in their
77:14   listing process, that is the order that it is
```

durlist.txt

77:15   done in their protocol.
77:16       Q   Right.
77:17           And you didn't follow that?
77:18       A   No.  I didn't do a lot of tests that
77:19   are in UL's protocol because we're looking at
77:20   one particular issue.
77:21       Q   Well, no, I'm looking at just the
77:22   section that's called temperature tests; and
77:23   this section on the overload test is directly
77:24   within the temperature test, correct?
77:
78: 1       A   Right.  It's not the protocol.  It
78: 2   just says when the protocol should be applied in
78: 3   the listing process.
78: 4       Q   And then it also says that temperature
78: 5   readings are to be obtained by means of
78: 6   thermocouples and the type of thermocouple you
78: 7   used is not the type of thermocouple that's
78: 8   expressed in the standard, is it?
78: 9       A   It's the same gauge but a different
78:10   metal.
78:11       Q   Right.
78:12           And there's also a standard or there's
78:13   also a temperature test for a push-in connector;
78:14   correct?
78:15       A   Yes.
78:16       Q   And you didn't do that?
78:17       A   No, because ground wires won't be
78:18   connected with push-ins because that's not how
78:19   they're done.
78:20       Q   I understand.  But you didn't do any
78:21   testing of push-in connectors?
78:22       A   No.
78:23   MR. BRYSON:
78:24           I would like to mark the UL Standard.
78:
79: 1       I believe we marked it this morning at the
79: 2       discovery deposition; and if we could mark
79: 3       that as the next Trial Exhibit Number,
79: 4       which I think would be Number #7.


Group:     Craig Beyler, PhD, Trial Deposition - 03/13/2010     DB-7909  Sync'd Exhibits -
D009-030.001,D009-032.001
    Description:         Page 79:9-87:11
    Synch'd Exhibits:      Sync'd Exhibits - D009-030.001,D009-032.001


79: 9       Q   That was the standard we were just
79:10   talking about; correct?
79:11       A   Yes.
79:12       Q   Let's go and look at your Table 2 from
79:13   your report.  I believe that was marked as an
79:14   exhibit by Mr. Sanders, your test results.  And
79:15   let's look at Table 2.  And this is the one
79:16   where you looked at corroded wire that has been
79:17   exposed to 1, 7 and 3 days; is that correct?

durlist.txt

79:18        A    It is corroded wire that was generated
79:19    in that fashion.
79:20        Q    That's right.
79:21            The corrosion came from R. J. Lee; is
79:22    that correct, the corroded wires?
79:23        A    We provided them the wires and they
79:24    exposed it to the hydrogen sulfide and returned
79:
80: 1    them to us.
80: 2        Q    And they determined the duration of
80: 3    the exposure; is that correct?
80: 4        A    We did it jointly and we talked about
80: 5    it and, you know, and based on their prior
80: 6    experience, they had recommended 1, 3 and 7, and
80: 7    I concurred with that.
80: 8        Q    Are you aware of any standard which
80: 9    indicates in any way what the length of the
80:10    exposure should be?
80:11        A    No.
80:12        Q    And then the amount of gas
80:13    concentration is 10.3 parts per million; is that
80:14    correct?
80:15        A    It was around 10 parts per million,
80:16    yes.
80:17        Q    And I believe you testified this
80:18    morning that this was the lowest concentration
80:19    of gas that the gas supplier would provide?
80:20        A    Certify.
80:21        Q    Or certify?
80:22        A    Certify.
80:23        Q    Are you aware of any standard which
80:24    indicates what gas level you should use when
80:
81: 1    you're going to expose copper wires to a gas
81: 2    concentration?
81: 3        A    Well, to a copper wire in particular.
81: 4        Q    That would indicate these amounts,
81: 5    10.3 parts per million?
81: 6        A    Not off the top of my head, no.
81: 7        Q    So with regard to the duration of the
81: 8    exposure of the copper wire or the gas
81: 9    concentration, you're not aware of any written
81:10    standard which discusses how to do that, are
81:11    you?
81:12        A    I'm sure there are standards for how
81:13    you do that but --
81:14        Q    As to the duration?
81:15        A    -- as to the duration and
81:16    concentration, no.
81:17        Q    And within your Table 2 on corroded
81:18    test wire results, the top of the table, you
81:19    took a clean wire, you hooked it up to a
81:20    brand-new receptacle and you got a clean average
81:21    of 14.6; is that correct?
81:22        A    Yes.  Six samples.
81:23        Q    And to make sure Judge Fallon

Page 8

durlist.txt

81:24   understands that, that means that when you put
81:
82: 1   your thermocouple on that contact point where
82: 2   that wire connects to the receptacle, it
82: 3   increases by 14.6 degrees centigrade when you
82: 4   put the juice to it?
82: 5       A   Right.  After a period of time.  It's
82: 6   room temperature, you turn on the current and it
82: 7   rises to a maximum value; and once you've
82: 8   reached that maximum steady value, that's the
82: 9   result.
82:10       Q   I believe we established this morning,
82:11   didn't we, that this isn't any type of
82:12   statistical analysis that you've done here, is
82:13   it?
82:14       A   Well, as we talked about this morning,
82:15   there are means there; the standard deviation
82:16   are not presented and a statistical analysis
82:17   would not undertaken in the formal sense.
82:18       Q   Okay.
82:19           Then you did a -- you did a ground
82:20   wire test and the ground wire test, as
82:21   Mr. Sanders pointed out, is in Table 3; right?
82:22   Called results of ground wire testing?
82:23       A   That's correct.
82:24       Q   And here you took some actual devices
82:
83: 1   or receptacles from the field --
83: 2       A   Right.
83: 3       Q   -- and you took those ground wires and
83: 4   you hooked them into a new receptacle and you
83: 5   measured -- you measured the resistance or you
83: 6   measured the temperature differential; correct?
83: 7       A   The temperature rise per the UL
83: 8   procedure running it, you know, 15 or 20 amps;
83: 9   right.
83:10       Q   And we learned this morning that on
83:11   this table, Outlet 1, Outlet 3 and Outlet 43
83:12   would be from the Hernandez house; correct?
83:13       A   Yeah.  I think that's correct.
83:14       Q   And receptacle E, receptacle A would
83:15   be from a house in Florida; correct?
83:16       A   Correct.
83:17       Q   Actually, Outlet 63 would be from the
83:18   Hernandez house as well; correct?
83:19       A   Yes.  I'm sorry.
83:20       Q   And on this particular table going to
83:21   the temperature differential, you took the --
83:22   for Outlet 1, the reading you got was 26;
83:23   correct?
83:24       A   Well, the reading is 24.3.  That's the
83:
84: 1   data.
84: 2       Q   But the 26 was the reading when you
84: 3   added the current to it for the actual corroded
84: 4   ground wire at that point?

Page 9

durlist.txt

84: 5      A   For the existing connection.
84: 6      Q   Right.
84: 7      A   Right, as opposed to the test
84: 8   connection, which is the one in bold.
84: 9      Q   And then the next column over is the
84:10   temperature distance differential after
84:11   cleaning, and that one is 23.9; correct?
84:12      A   Yeah.  That connection wasn't cleaned.
84:13      Q   And I believe you testified this
84:14   morning that even though the chart says that's
84:15   the temperature differential after cleaning, it
84:16   wasn't actually cleaned?
84:17      A   Well, what was cleaned is the test
84:18   connection, not the non-test connection.
84:19      Q   So on all of these figures where it's
84:20   the first line where it says ground tight 26 and
84:21   then 23.9 and then the next one down 25.3, 28.7
84:22   and so forth -- it's your testimony that those
84:23   were not cleaned before the reading was taken?
84:24      A   That particular connection was not
84:
85: 1   subject to cleaning.  The test connection was
85: 2   subject to cleaning.
85: 3      Q   Now, all of these wires that are being
85: 4   tested here, these are corroded wires, correct,
85: 5   because they were from the field?
85: 6      A   They're field samples, yeah.
85: 7      Q   And the numbers -- the temperature
85: 8   differentials that you're reflecting here,
85: 9   they're almost double the results you were
85:10   getting from Table 2 for the clean wire and
85:11   clean receptacle of 14.6; aren't they?
85:12      A   Well, those -- no.  That's not the
85:13   case.  I mean, the ones on Table 2 are 14-gauge
85:14   results and if you look at the 14-gauge results
85:15   here, they're quite comparable.
85:16         This particular test series has some
85:17   12-gauge 20-amp and those are different.  The
85:18   differences are the gauge of the wire that's
85:19   being tested.  There's not a systematic
85:20   difference between Table 2 and Table 3 in the
85:21   samples that are comparable.
85:22      Q   Okay.
85:23         But under these particular 12-gauge
85:24   results where it says -- where you have 26 and
85:
86: 1   23.3 and 29-point -- 29.2, the 30 degree
86: 2   temperature variance would still apply, wouldn't
86: 3   it, insofar as what the UL standard requires?
86: 4      A   As I indicated this morning, on those
86: 5   existing connections we didn't touch them.  We
86: 6   don't know that they are, in fact, tightened
86: 7   town to the UL specification.
86: 8         The ones that we made, which are the
86: 9   ones in bold which are the test results, we used
86:10   the torque wrench to give them the appropriate

Page 10

durlist.txt

86:11   tightening.  So we do know on those, but we
86:12   don't really know on the other ones, as you --
86:13      Q    Well, you indicated that the ground
86:14   was tight on the top one and that the reading
86:15   was 26 and it should have been -- it should be
86:16   less than 30 to be within the UL standard;
86:17   correct?
86:18      A    If it's a 14 inch-pound torque, yeah.
86:19      Q    On receptacle E as it's received,
86:20   you've got a reading of 29.2, which is just .8
86:21   under the 30 degree standard; correct?
86:22      A    Correct.
86:23      Q    And without -- and without doing
86:24   anything to that, do you have any opinion if the
86:
87: 1   corrosion were to continue what the temperature
87: 2   differential might be, say, a year from now or
87: 3   5 years from now if the drywall was not removed?
87: 4      A    Well, I haven't run those tests; I
87: 5   mean, they're not going to go down.
87: 6      Q    Now, with regard to receptacle A, this
87: 7   was a loose ground wire as received; correct?
87: 8      A    Yes.  It was physically loose.
87: 9      Q    And when you tested that connection
87:10   point where that corroded ground wire went into
87:11   that connection screw, you got 31; correct?


Group:     Craig Beyler, PhD, Trial Deposition - 03/13/2010   DB-8715
Description:          Page 87:15-89:8
Synch'd Exhibits:

87:15      A    Yes.  It was 31 degrees.
87:16   BY MR. BRYSON:
87:17      Q    And the 31 degrees is greater than the
87:18   UL standard; correct?
87:19      A    Right.  But, of course, a loose
87:20   connection isn't the UL standard either but,
87:21   yes, point taken.
87:22      Q    And then over on the column that says
87:23   temperature max after cleaning, you've got a
87:24   reading of 67.1; correct?
87:
88: 1      A    That's right.  After the wire that's
88: 2   connected on both ends was disconnected on the
88: 3   test end and cleaned, that further aggravated
88: 4   the looseness of the connection and we got a
88: 5   further temperature rise.
88: 6      Q    Which is now almost twice in excess of
88: 7   what the UL standard is; right?
88: 8      A    Right.  That's the way loose
88: 9   connections work.
88:10      Q    Right.
88:11         And as the -- as the CPSC has
88:12   indicated, an increase -- because corrosion
88:13   products layers typically have a much higher

Page 11

durlist.txt

88:14    electrical resistivity than metals, their
88:15    presence can dramatically degrade the quality of
88:16    the electrical contact between two surfaces;
88:17    isn't that what we're seeing here?
88:18        A   No.  It's a loose connection.
88:19        Q   That has a corrosion layer on it?
88:20        A   Yes.  All loose connections have
88:21    corrosion because even a loose clean connection
88:22    will oxidize.  But your point is taken that this
88:23    is a field sample that had high temperature rise
88:24    because of the loose connection.
88:
89: 1        Q   And of the six samples you took -- and
89: 2    these samples were taken randomly from your
89: 3    group of samples; correct?
89: 4        A   Yeah.  Except as I told you, we had to
89: 5    exclude any sample that had a really short lead,
89: 6    but beyond that...
89: 7        Q   One out of six ended up with a loose
89: 8    connection?

Group:       Craig Beyler, PhD, Trial Deposition - 03/13/2010    DB-8912
Description:        Page 89:12-89:18
Synch'd Exhibits:

89:12        A   That's what we have here, yeah.
89:13    BY MR. BRYSON:
89:14        Q   And I believe you testified this
89:15    morning that you don't know or you've not done
89:16    any testing to know to what effect copper
89:17    sulfide corrosion would have on the resistance
89:18    at that particular contact point; do you?

Group:       Craig Beyler, PhD, Trial Deposition - 03/13/2010    DB-8922  Sync'd Exhibits -
D009-035.001,650,650-002.001
    Description:        Page 89:22-96:11
    Synch'd Exhibits:       Sync'd Exhibits - D009-035.001,650,650-002.001

89:22        A   That the particular -- oh --
89:23    BY MR. BRYSON:
89:24        Q   With the loose connection.
89:
90: 1        A   I have -- other than doing this test,
90: 2    which, you know, the purpose of this test was
90: 3    not to study loose connections, but it was
90: 4    there, I haven't studied loose connections in
90: 5    this work.
90: 6        Q   And the effects of copper sulfide
90: 7    corrosion on them?
90: 8        A   Right.  Loose connections are
90: 9    dangerous; that's the long and the short of
90:10    that.
90:11        Q   Now, with regard to the next chart
90:12    that you did, Tables 4, 5 and 6, if I understand

Page 12

durlist.txt

90:13    your testimony to Mr. Sanders, you had a length
90:14    of wire and you connected it on two ends of a
90:15    receptacle but you tested the temperature in the
90:16    middle of the wire?
90:17        A    The middle with regard to length, yes.
90:18        Q    And you hooked the thermocouple up to
90:19    the middle of the wire and you tested what the
90:20    temperature was at that point, right, above
90:21    ambient?
90:22        A    Right.
90:23        Q    Again, it's your testimony you wanted
90:24    to see if it was below 30 or not?
90:
91: 1        A    I don't think that was my testimony.
91: 2    On the wire, you know -- the biggest concern on
91: 3    the wire is its effect on the insulation.
91: 4    Insulation serves temperatures of 90C.
91: 5    Certainly, I was expecting much less than 90C,
91: 6    but --
91: 7        Q    But on these Tables 4, 5 and 6 where
91: 8    you're testing the temperature in the middle of
91: 9    the wire --
91:10        A    Yes.
91:11        Q    -- is there any written protocol or
91:12    standard that you followed with regard to those
91:13    tests?
91:14        A    Well, the operation of the test is,
91:15    you know, basically the UL test with the
91:16    exception of UL doesn't call for measuring a
91:17    wire temperature, they call for -- excuse me --
91:18    they call for measuring connection temperatures.
91:19            So I used the same measurement
91:20    technique on the wire that UL does on the
91:21    connection, albeit -- so it's an adaptation of
91:22    the UL procedure; it's not the UL procedure.
91:23        Q    The UL procedure deals with
91:24    receptacles; correct?  That's the name of the
91:
92: 1    standard, isn't it?
92: 2        A    Well, the standard is on receptacles
92: 3    and the test is on connections.
92: 4        Q    That's right.
92: 5            And the test you did here on Tables 4,
92: 6    5 and 6 is not on the receptacle or on the
92: 7    connection.  It's on the middle of the wire,
92: 8    right?
92: 9        A    It's on the middle of the wire.
92:10        Q    At a length that you determined,
92:11    correct?
92:12        A    I'm sorry?
92:13        Q    You determined the length of the wire?
92:14        A    Well, however it was able to be
92:15    harvested determined the length of the wire.
92:16        Q    Does that make a difference on the
92:17    length as to what this temperature would be?
92:18    Didn't you testify this morning it would?

Page 13

durlist.txt

92:19      A   I'm sorry?
92:20      Q   Didn't you testify this morning the
92:21   length of the wire makes a difference whether
92:22   it's 12 inches or 5 inches?
92:23      A   No.  I think I testified that in UL
92:24   tests they ask for 12 inches so that they know
92:
93: 1   it's not a problem, and we had samples that were
93: 2   less than that.  That doesn't mean it is a
93: 3   problem and in the test environment you always
93: 4   do things conservatively and simply.
93: 5      We didn't have that luxury, and given
93: 6   that the connection temperatures that we were
93: 7   seeing are not very different from the
93: 8   temperatures we see in these tables, it's highly
93: 9   unlikely that the connections had any effect on
93:10   them.
93:11      Q   Are you aware as to whether or not
93:12   there's any corrosion located underneath the
93:13   sheathing on any of the Romex wiring or cabling?
93:14      A   And sheathing, you mean the outer
93:15   jacket?
93:16      Q   The outer jacket, yes.
93:17      A   For some length from the end,
93:18   observations have been that there is corrosion
93:19   over a distance of a couple of feet.
93:20      Q   That go a couple of feet in and you're
93:21   still seeing corrosion?
93:22      A   Right.  Because the end is open and
93:23   you have access from the end and you can get
93:24   modest corrosion inside there at the end on the
93:
94: 1   ground wire; not on the other wires but on the
94: 2   ground wire.
94: 3      Q   Okay.
94: 4      Now, with regard to the Romex cabling,
94: 5   this morning -- you're following a UL Standard
94: 6   498, and I believe you defined -- what is UL?
94: 7      A   Underwriters Laboratory.
94: 8      Q   And do they develop standards and
94: 9   tests in the industry?
94:10      A   Yes.  Their goal in life is to create
94:11   tests to assure safety of things brought into
94:12   commerce.
94:13      Q   And this morning I showed you, did I
94:14   not, a UL document which I'll mark as Exhibit
94:15   #8?
94:16      A   Yes, you did.
94:17      (Document marked as BEYLER TRIAL #8
94:18   for identification.)
94:19   MR. BRYSON:
94:20      And, for the record, I would move each
94:21   of these exhibits so far into evidence.
94:22   BY MR. BRYSON:
94:23      Q   With regard to Exhibit #8, would you
94:24   agree we looked at a section with regard to

durlist.txt

94:
95: 1   Romex wiring that got wet for any length of
95: 2   time, it was Underwriters Laboratories'
95: 3   suggestion that all of that Romex cabling be
95: 4   replaced; is that correct?
95: 5       A   Well, it was immersed in water.
95: 6       Q   And for any length of time, they
95: 7   recommend replacement; correct?
95: 8       A   Yeah, and for -- that's in the context
95: 9   of a flood.  I mean, I'm sure they wouldn't say
95:10   that if you went like this and took it out you
95:11   should replace it, because they do that in their
95:12   testing all the time.  On the time scales of a
95:13   flood, they were indifferent to how long.
95:14       Q   Any length of time is what it says,
95:15   right?
95:16       A   Yeah.  That's what it says.
95:17       Q   And would you not agree that the
95:18   corrosive environment that's being experienced
95:19   with Chinese drywall, that it would be -- in a
95:20   similar fashion, the safer thing to do would be
95:21   to replace all of that Romex cabling?
95:22       A   That's -- my findings do not indicate
95:23   that.
95:24       Q   So with regard to -- hypothetically,
95:
96: 1   if you were looking at Romex cabling that's been
96: 2   exposed to water in a flood, would you think it
96: 3   should be replaced or would you need to do
96: 4   testing?
96: 5       A   I think the prudent thing is to test.
96: 6       Q   Now, you mentioned -- you also have an
96: 7   opinion from your report that there's not been a
96: 8   significant reduction of cross-sectional area of
96: 9   the wiring due to the tarnishing, and you gave
96:10   Mr. Sanders some testimony about that; is that
96:11   correct?

Group:    Craig Beyler, PhD, Trial Deposition - 03/13/2010    DB-9615  Sync'd Exhibits -
112,112.001,112-002.001
          Description:           Page 96:15-99:24
          Synch'd Exhibits:       Sync'd Exhibits - 112,112.001,112-002.001

96:15       A   Yes.
96:16   BY MR. BRYSON:
96:17       Q   And you're making reference when you
96:18   do that to ASTM B-3 which is the Standard
96:19   Specification for Soft or Annealed Copper Wire;
96:20   correct?
96:21       A   We did talk about that.
96:22       Q   That's what you reference in your
96:23   report, isn't it?
96:24       A   Yes.  I'm sorry.  I thought you were
96:
97: 1   talking about what we had talked about this
                        Page 15

durlist.txt

97: 2    morning.  We had.
97: 3        Q    Yeah.
97: 4            And within ASTM B-3 --
97: 5    MR. BRYSON:
97: 6            And I'll mark it as Beyler trial
97: 7    Exhibit #9.
97: 8            (Document marked as BEYLER TRIAL #9
97: 9    for identification.)
97:10    BY MR. BRYSON:
97:11        Q    -- I believe you testified that --
97:12    that the tarnish thicknesses of 20 microns yield
97:13    a diameter that is comparable to the
97:14    manufacturing tolerance; is that correct?
97:15        A    The thickness of the corrosion layer
97:16    is comparable to the manufacturing tolerance,
97:17    yes.
97:18        Q    So that with 12-gauge wire, you would
97:19    have -- I believe it has a diameter of 2.05
97:20    millimeters; correct --
97:21        A    Yes.
97:22        Q    -- from your report?
97:23            14-gauge wire has a diameter of
97:24    1.63 millimeters; correct?
97:
98: 1        A    Yes.
98: 2        Q    On the 12-gauge wire we established
98: 3    this morning that a 20-micron thick corrosion
98: 4    film would end up being .976 percent, which is
98: 5    less than 1 percent; right?
98: 6        A    Just.
98: 7        Q    And on the 14-gauge wire, if you do
98: 8    the math with a diameter of 1.63 with a
98: 9    20-micron film thickness, you're actually at
98:10    1.23; correct?
98:11        A    Correct.
98:12        Q    Above the manufacturing tolerance?
98:13        A    Right.
98:14        Q    And if you have micro thicknesses that
98:15    are greater than 20 microns, you would then
98:16    trend even more out of tolerance; correct?
98:17        A    They would be more than 1 percent,
98:18    than 1 percent manufacturing tolerance.
98:19        Q    And 1 percent is what you referenced
98:20    in your report; correct?
98:21        A    As the manufacturing tolerance, yes.
98:22        Q    And it's what is referenced in
98:23    ASTM B-3; correct?
98:24        A    That is exactly how I referenced it,
98:
99: 1    yes.
99: 2        Q    You mentioned that, you know, that
99: 3    wire in the field is elongated, that it's pulled
99: 4    and stretched and you can have up to 8 percent
99: 5    elongation; correct?
99: 6        A    That's right.
99: 7        Q    And that reduces the cross section of

Page 16

durlist.txt

99: 8   the wire?
99: 9      A   It does.
99:10      Q   So that if you have a 20 micron thick
99:11   film thickness on a wire that's being reduced by
99:12   8 percent, that's going to make it even more
99:13   past the 1 percent tolerance; isn't it?
99:14      A   In the hypothetical situation where
99:15   both existed together but, of course, the
99:16   corrosion only happens at the wire ends, not at
99:17   the -- not in the middle where the elongation
99:18   occurs, but hypothetically --
99:19      Q   It would?
99:20      A   Hypothetically, it would.
99:21      Q   Now, the cleaning that's been
99:22   proposed, I believe you said that's cleaning
99:23   that would be done with a Scotch Brite Pad; is
99:24   that correct?


Group:      Craig Beyler, PhD, Trial Deposition - 03/13/2010      DB-10004
Description:               Page 100:4-101:17
Synch'd Exhibits:

100: 4      A   That's my understanding, yes.
100: 5   BY MR. BRYSON:
100: 6      Q   And that's not a cleaning device or
100: 7   protocol that you came up with; is that true?
100: 8      A   That's true.
100: 9      Q   And do you have any knowledge as to
100:10   whether or not the cleaning would sufficiently
100:11   remove all of the corrosion product from the
100:12   wire?
100:13      A   I found that our cleaned connections
100:14   worked well.  They had low temperature rises.
100:15      Q   Did you examine any of your clean
100:16   connections under a microscope to see if there
100:17   was still corrosion product on them or in the
100:18   pits?
100:19      A   I did not.
100:20      Q   And if there was -- after cleaning, if
100:21   there was still corrosion products on the wire
100:22   within the pits, would that be of concern to
100:23   you?
100:24      A   It would not.
100:
101: 1      Q   Why not?
101: 2      A   Because the quality of the connection
101: 3   wouldn't be determined by that, and my
101: 4   understanding is that we're talking about
101: 5   post-remediation.
101: 6      Q   Yeah.  I'm saying post-remediation, if
101: 7   there's still corrosion product on the wire
101: 8   underneath the connection after cleaning,
101: 9   hypothetically would that be of concern to you?
101:10      A   It wouldn't, because it's not part of
101:11   the mating surface.

Page 17

durlist.txt

101:12      Q    It's not -- but isn't an increase --
101:13    doesn't the corrosion product layers typically
101:14    have a much higher electrical resistivity than
101:15    metals and their presence can dramatically
101:16    degrade the quality of the electrical contact
101:17    between two surfaces?

Group:     Craig Beyler, PhD, Trial Deposition - 03/13/2010    DB-10121
Description:           Page 101:21-102:15
Synch'd Exhibits:

101:21      A    Not in that form, they can't.  No.
101:22    BY MR. BRYSON:
101:23      Q    How do you know?
101:24      A    Because they are inherently localized,
101:
102: 1    and the statement you made was about a film.
102: 2      Q    Okay.
102: 3         Now, with regard -- you make some
102: 4    comments in your report this morning about the
102: 5    building code and that -- and you cite CABO
102: 6    Section 3906.10.3; correct?
102: 7      A    That appears in my report.
102: 8      Q    And that's the 6-inch rule that
102: 9    applies to new installations and is designed to
102:10    provide working lengths of wire?  Is that what
102:11    you say in your report?
102:12      A    A synopsis, yes.
102:13      Q    And I believe you testified and agreed
102:14    with me, didn't you, that the building code is
102:15    not discretionary, it's mandatory; correct?

Group:     Craig Beyler, PhD, Trial Deposition - 03/13/2010    DB-10219
Description:           Page 102:19-103:20
Synch'd Exhibits:

102:19      A    Yes.  It's not optional.
102:20    BY MR. BRYSON:
102:21      Q    You indicated this morning you're an
102:22    expert in building codes, right?
102:23      A    Yes.
102:24      Q    And that if one wanted to alter a
102:
103: 1    provision of the building code, as you testified
103: 2    this morning, one would need to proceed through
103: 3    the alternate materials section of the building
103: 4    code; correct?
103: 5      A    I didn't quite understand the
103: 6    question.  If I wanted to --
103: 7      Q    If you wanted to do something
103: 8    different than what's set forth in the building
103: 9    code, you would need to go to the alternate
103:10    materials section of the code to seek approval
103:11    to use an alternate material or method; correct?

Page 18

durlist.txt

103:12      A   If you want to achieve what you
103:13   believe to be the same end by a different means,
103:14   then that needs to be approved.
103:15      Q   To your knowledge, was that ever done
103:16   with regard to this house or any of the houses
103:17   with regard to whether or not the remediation
103:18   that has been proposed by KPT is acceptable
103:19   insofar as the length of the ground wire in the
103:20   box?

Group:      Craig Beyler, PhD, Trial Deposition - 03/13/2010      DB-10324
Description:          Page 103:24-104:8
Synch'd Exhibits:

103:24      A   Has the code official been consulted
103:
104: 1   with this question?
104: 2   BY MR. BRYSON:
104: 3      Q   No.  My question is:  To your
104: 4   knowledge, has there been any attempt to obtain
104: 5   approval through the alternate material and
104: 6   method section of the building code to have a
104: 7   connection link that's less than 6 inches on the
104: 8   ground wire?

Group:      Craig Beyler, PhD, Trial Deposition - 03/13/2010      DB-10412
Description:          Page 104:12-104:22
Synch'd Exhibits:

104:12      A   That would be the local code official.
104:13   He's the person that has that discretion.
104:14   BY MR. BRYSON:
104:15      Q   To your knowledge, has someone sought
104:16   approval for that through the alternate means
104:17   and method section?
104:18      A   Not to my knowledge.
104:19      Q   They'd need to do that, wouldn't they?
104:20      A   I'm sorry?
104:21      Q   Wouldn't they need to do that, in your
104:22   opinion?

Group:      Craig Beyler, PhD, Trial Deposition - 03/13/2010      DB-10502
Description:          Page 105:2-105:9
Synch'd Exhibits:

105: 2      Q   If they're going to have a length
105: 3   that's less than 6 inches?
105: 4      A   I don't think that.  I think they're
105: 5   less than 6 inches every day.
105: 6      Q   But the building code provision as
105: 7   cited by you says they're supposed to be
105: 8   6 inches; correct?
105: 9      A   I understand.  I understand.

Page 19

durlist.txt

Group:     Craig Beyler, PhD, Trial Deposition - 03/13/2010   DB-10702
Description:           Page 107:2-109:21
Synch'd Exhibits:

107: 2      Q   And is there an NMC type of Romex
107: 3  cabling?
107: 4      A   There is a designation NMC.
107: 5      Q   Is the C for corrosion resistant?
107: 6      A   You asserted that.  I questioned that.
107: 7  I didn't know because no corrosion test is done
107: 8  on the resulting cable so it seemed curious to
107: 9  me to call it C corrosion if you don't actually
107:10  test it.
107:11      Q   And is there -- was NMC cabling
107:12  installed in this house?
107:13      A   I didn't see any.
107:14      Q   It was NM cabling; correct?
107:15      A   It was.
107:16      Q   Was this house -- has this house been
107:17  in a corrosive environment since construction?
107:18      A   There has been corrosion on copper
107:19  wiring.
107:20      Q   It's your opinion that despite what UL
107:21  has done with regard to NM cabling exposed to
107:22  water, and despite the fact that this cabling
107:23  has been exposed to a corrosive environment,
107:24  it's your opinion that it can and should be left
107:
108: 1  within the walls?
108: 2      A   Assuming that the environments -- that
108: 3  the remediation goes forward, that if the
108: 4  remediation goes forward, it can safely remain.
108: 5      Q   And that the receptacles and wires are
108: 6  replaced?
108: 7      A   Yes, that's what I meant by the
108: 8  remediation.
108: 9      Q   I think that the receptacles and
108:10  outlets are replaced.  I said receptacles and
108:11  wires, and you said "yes."  But in all fairness,
108:12  receptacles and outlets are replaced; correct?
108:13      A   Yes, I appreciate that.
108:14      Q   And that the hot and neutral wires are
108:15  clipped?
108:16      A   That is the protocol, yes.
108:17      Q   And the ground wire is cleaned?
108:18      A   Correct.
108:19      Q   If all of these things are done, the
108:20  remaining wiring would be suitable for continued
108:21  use, in your opinion?
108:22      A   It is.
108:23      Q   And you never went into any of the
108:24  walls, though, and checked any of the Romex
108:
109: 1  cabling that's located within the walls or

Page 20

durlist.txt

109: 2  tested it in any way, did you?
109: 3      A   Other than examination?  I mean, I
109: 4  didn't pull samples from them in the wall.
109: 5      Q   Right.
109: 6          So you don't know what the condition
109: 7  of the Romex cabling within the wall is; do you?
109: 8      A   Well, I have samples of Romex cabling
109: 9  that was in the wall.  When you take samples, I
109:10  mean, as we noted, some of these tests were done
109:11  on sampled from Florida that included the length
109:12  of the full NM sheathing.
109:13      Q   From the Hernandez house?
109:14      A   No.  In the Hernandez house, the
109:15  harvesting had very short leads, you know, based
109:16  on urgings of one of your colleagues.
109:17      MR. BRYSON:
109:18          Thank you, Dr. Beyler.  No further
109:19      questions.  And I move all of my exhibits
109:20      into evidence that I introduced.  I have no
109:21      further questions.


Total Length - 00:39:14