MINUTE ENTRY
FALLON, J.
MARCH 18, 2010

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAGISTRATE WILKINSON |

**THIS DOCUMENT RELATES TO**
**09-6050 Tatum Hernandez, et al v. Knauf Plasterboard (Tianjin) Co., Ltd.**

BEFORE JUDGE ELDON E. FALLON          THURSDAY, MARCH 18, 2010, 8:45 am
Case Manager: Gaylyn Lambert                     (Continued from 3-17-10)
Court Reporter: Karen Ibos

Appearances: Chris Seeger, Esq., Steve Herman, Esq., Gerald Meunier, Esq.,
             Dan Bryson, Esq. & Jeff Grand, Esq. for plaintiffs
             Don Hayden, Esq., Doug Sanders, Esq., Kerry Miller, Esq. For defendant

<u>NON JURY TRIAL:</u>

<u>Defendant's Witness:</u>

Roy Carubba - sworn - accepted as an expert.

Court adjourned at 11:15 am until Friday, March 19, 2010, at 9:30 am.


JS10:    2:00