UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURES DRYWALL PRODCUTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO: Case No. 2:09cv07628-EEF-JCW

**DEFENDANT, GRYPHON CONSTRUCTION, LLC'S
NOTICE OF APPEARANCE**

Please take Notice of the Appearance of the undersigned attorneys as counsel of record for the Defendant, GRYPHON CONSTRUCTION, LLC.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liasion Counsel, Kerry Miller, by US MAIL and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States district Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of March, 2010.

**THE BARTHET FIRM**
Attorneys for Gryphon Construction, LLC
200 South Biscayne Blvd., Suite 1800
Miami, Florida 33131
(305) 347-5290 phone
alex@barthet.com

[Original signed document on file with the Court]
/s/ Alexander E. Barthet

_____
ALEXANDER E. BARTHET
Florida Bar No. 173126