**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**

Hinkley, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:09-cv-06686 (E.D.La.)

**O R D E R**

Considering the Plaintiffs' Motion for Leave to File Reply Brief in Support of Plaintiffs' Motion to Amend the First Amended Class Action Complaint by Interlineation;

IT IS ORDERED BY THE COURT that the Plaintiffs' Motion is DENIED as MOOT, as the Court has already ruled on this Motion.

New Orleans, Louisiana this 18th day of _____March_____, 2010.

_____
Honorable Eldon E. Fallon
U.S. District Judge