# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | SECTION "L" |
| THIS DOCUMENT RELATES TO: | * | |
| | * | JUDGE FALLON |
| SEAN and BETH PAYTON, et al. | * | |
| vs. | * | MAG. JUDGE WILKINSON |
| KNAUF GIPS KG, et al. | * | |
| CASE NO. 2:09-CV-7628 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**CONSIDERING** the Ex Parte Consent Motion for Extension of Time of Stock Building

Supply, LLC,

**IT IS HEREBY ORDERED** that the motion is GRANTED and that the deadline for

Stock Building Supply, LLC to file a responsive pleading in this case is extended until

50 days from receipt of service of the Complaint, pursuant to Pretrial Order No. 1F.

New Orleans, Louisiana, this 18th day of March, 2010.

_____
U.S. District Court Judge

Fee _____
Process _____
x Dktd _____
√ CtRmDep _____
Doc. No. _____