UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL       MDL NO. 2047
PRODUCTS LIABILITY LITIGATION              SECTION: L

THIS DOCUMENT RELATES TO:
                                           JUDGE FALLON
SEAN AND BETH PAYTON, et al.

v. KNAUFF GIPS, DG, et al.
Case No. 2:09-cv-07628-EEF-JCW             MAG. JUDGE WILKINSON
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

## ORDER

**CONSIDERING** the Consent Motion for Extension of Time filed by Defendant, Standard Pacific of South Florida, a Florida General Partnership.

**IT IS HEREBY ORDERED** that the motion is GRANTED and that the deadline for Standard Pacific of South Florida, a Florida General Partnership to file a response to the Payton Complaint in this case is extended through 50 days from receipt of service of the Complaint pursuant to Pretrial Order No. 1F.

New Orleans, Louisiana, this 18th day of  March , 2010.

*/s/ Eldon E. Fallon*
U.S. District Judge

1522479v1