UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| State of Louisiana, *ex rel.* James D. ("Buddy") Caldwell, the Attorney General of Louisiana | MAG. WILKINSON<br><br>(#10-0340) |
| VERSUS       #10-0340 | |
| Knauf Gips KG, et al. | |

### THE STATE OF LOUISIANA'S EMERGENCY MOTION THAT ITS MOTION TO REMAND BE EXCEPTED FROM PRETRIAL ORDER NO. 1C

The State of Louisiana, through the Honorable James D. "Buddy" Caldwell, Attorney General of Louisiana, respectfully moves this Court to except the State of Louisiana's Motion to Remand (Doc. 1636), filed on March 8, 2010, from the continuance set forth in Pretrial Order No. 1C. The State further requests that the State's Motion to Remand be set for hearing before this Court at the earliest convenient date. In support of this Motion, the State respectfully submits its Memorandum attached hereto.

Respectfully submitted,

**JAMES D. "BUDDY" CALDWELL**
**LOUISIANA ATTORNEY GENERAL**

72080-0001/LEGAL17879023.1

Bryan K. McMinn (Bar Roll # 20520)
James Trey Phillips (Bar Roll # 19978)
Sanettria Glasper Pleasant (Bar Roll#25396)
Assistant Attorneys General
**LOUISIANA DEPARTMENT OF JUSTICE**
1885 North Third Street
Post Office Box 94005
Baton Rouge, Louisiana 70804-9005
Telephone: (225) 326-6000
Facsimile: (225) 326-6499

**Usry, Weeks & Matthews, APLC**
T. Allen Usry, La. Bar #12988
Trial Attorney

_s/John F. Weeks, II_
John F. Weeks, II, La. Bar #13309
1615 Poydras St., Ste. 1250
New Orleans, LA 70112
(504) 592-4600

**Shows, Cali, Berthelot & Walsh, LLP**
E. Wade Shows, La. Bar #7637
Trial Attorney
John C. Walsh, La. Bar #24903
628 St. Louis St.
P. O. Drawer 4425
Baton Rouge, LA 70821
(225) 346-1461

**Perkins Coie, LLP**
David L. Black
1899 Wynkoop St., #700
Denver, CO 80202
(303) 291-2306

Counsel for the State of Louisiana

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing State of Louisiana's Emergency Motion that Its Motion to Remand Be Excepted From Pretrial Order No. 1C has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of March, 2010.

                                                                                     s/John F. Weeks, II  
                                                                              (Signature of Filing Attorney)