UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| State of Louisiana, *ex rel.* James D. ("Buddy") Caldwell, the Attorney General of Louisiana | MAG. WILKINSON<br><br>(#10-0340) |
| VERSUS        #10-0340 | |
| Knauf Gips KG, et al. | |

### (PROPOSED) ORDER

Considering the State of Louisiana's Emergency Motion that Its Motion to Remand Be Excepted From Pretrial Order No. 1C ("Motion"),

IT IS ORDERED that the Motion is GRANTED. The State of Louisiana's Motion to Remand (Doc. 1636) is hereby excepted from the continuance set forth in Pretrial Order No. 1C. It is further ordered that the State of Louisiana's Motion to Remand is hereby set for hearing before this Court at _____ on _____, 2010, and that any memoranda in opposition thereto be filed on or before _____, 2010.

New Orleans, Louisiana, this ____ day of _____, 2010

_____
Eldon E. Fallon
United States District Court Judge