IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL Docket No. 2047 SECTION L JUDGE FALLON |
| THIS APPLIES TO: *Hernandez (09-6050)* | * * * * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * *

## ORDER

Considering the Motion for Expedited Hearing on Knauf Plasterboard Tianjin Co., Ltd.'s Motion For Summary Judgment Relating to Nonpecuniary Damages;

IT IS HEREBY ORDERED that the hearing on Defendants' Knauf Plasterboard Tianjin Co., Ltd.'s Motion For Summary Judgment Relating to Nonpecuniary Damages is DENIED AS MOOT.

_____
JUDGE ELDON E. FALLON