## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL | * | **MDL NO. 2047** |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | **JUDGE FALLON** |
| THIS DOCUMENT RELATES TO: | * | |
| | * | |
| State of Louisiana, *ex rel.* James D. | * | **MAG. WILKINSON** |
| ("Buddy") Caldwell, the Attorney | * | |
| General of Louisiana | * | **(#10-0340)** |
| | * | |
| **VERSUS**      #10-0340 | * | |
| | * | |
| Knauf Gips KG, et al | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### REQUEST FOR ORAL ARGUMENT ON THE STATE OF LOUISIANA'S EMERGENCY MOTION THAT ITS MOTION TO REMAND BE EXCEPTED FROM PRETRIAL ORDER NO. 1

Pursuant to Local Rule 78.1, the State of Louisiana respectfully requests that oral argument be held with respect to the hearing of the State's Emergency Motion That Its Motion to Remand Be Excepted from Pre-Trial Order No. 1C, which is presently scheduled for April 7, 2010 at 9:00 a.m.

Respectfully submitted,

**JAMES D. "BUDDY" CALDWELL**
**LOUISIANA ATTORNEY GENERAL**

Bryan K. McMinn (Bar Roll # 20520)
James Trey Phillips (Bar Roll # 19978)
Sanettria Glasper Pleasant (Bar Roll#25396)
Assistant Attorneys General

**LOUISIANA DEPARTMENT OF JUSTICE**
1885 North Third Street
Post Office Box 94005
Baton Rouge, Louisiana 70804-9005
Telephone: (225) 326-6000
Facsimile: (225) 326-6499

**Usry, Weeks & Matthews, APLC**
T. Allen Usry, La. Bar #12988
Trial Attorney

___s/John F. Weeks, II___
John F. Weeks, II, La. Bar #13309
1615 Poydras St., Ste. 1250
New Orleans, LA 70112
(504) 592-4600

**Shows, Cali, Berthelot & Walsh, LLP**
E. Wade Shows, La. Bar #7637
Trial Attorney
John C. Walsh, La. Bar #24903
628 St. Louis St.
P. O. Drawer 4425
Baton Rouge, LA 70821
(225) 346-1461

**Perkins Coie, LLP**
David L. Black
1899 Wynkoop St., #700
Denver, CO 80202
(303) 291-2306
*Pro Hac Vice*

COUNSEL FOR THE STATE OF LOUISIANA

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing State of Louisiana's Request for Oral Argument has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liason Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with

Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of March, 2010.

___s/John F. Weeks, II_____<br>
(Signature of Filing Attorney)