UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

SEAN AND BETH PAYTON, ET AL

VERSUS                                    CIVIL ACTION NO. 09-7628

KNAUF GIPS KG, ET AL

ORDER

Based on the above and foregoing Request for Extension of Time,

IT IS ORDERED that Ming K. Wong is granted 50 days from receipt of service of the Complaint to file an answer pursuant to Pretrial Order No. 1F.

New Orleans, Louisiana this 18th day of March, 2010.

_____
JUDGE, UNITED STATES DISTRICT COURT