UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE MANUFACTURED DRYWALL        MDL NO. 2047
PRODUCTS LIABILITY LITIGATION

                                                          SECTION L
THIS DOCUMENT RELATES TO:

                                                          JUDGE FALLON
Sean and Beth Payton, et al., v. Knauf Gips, KG, et al.
Case No. 2:09-cv-07628-EEF-JCW                MAG. JUDGE WILKINSON
-----------------------------------------------------------------

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO**
**COMPLETE BUILDER PROFILE FORM**
**AND INCORPORATED MEMORANDUM OF LAW**

Defendant, Alpha Homes, Inc., f/k/a Suarez Housing Corporation, fully reserving any and
all defenses, moves this Honorable Court for an extension of time by which it must serve
Plaintiffs' Liaison Counsel with the Builder Defendant Profile Form in the above-captioned
matter, and in support thereof states as follows:

1.  On or about February 4, 2010, Alpha Homes, Inc., f/k/a Suarez Housing Corporation was
served with the Omnibus Class Action Complaint.

2.  The Court entered Pretrial Order 1F on March 9, 2010, providing that Defendant Profile
Forms are to be filed forty-days from service of process.

3.  The undersigned is working to obtain all information necessary to complete the Builder
Defendant Profile Form.  However, additional time is needed to ascertain the information
required and to confirm its accuracy.

4.  The firm of Shumaker, Loop & Kendrick, LLP is substituting Adams and Reese, LLP as
counsel for Alpha Homes, Inc., f/k/a Suarez Housing Corporation and will be filing an Exparte
Motion to Substitute and Enroll Counsel of Record and Order thereon forthwith.  There has been

some delay with the transition of Adams and Reese LLP substituting as counsel for Alpha Homes.

5.   Although the Court's Pre-Trial Order No. 1F of March 9, 2010 was received by Shumaker, Loop & Kendrick, LLP and the response date to the Complaint was properly calendared, there was inadvertence in calendaring the response date of March 16, 2010 for filing the Builder Defendant Profile Form and therefore, additional time is required to properly gather all information and complete the Builder Defendant Profile Form.

6.   Defendant, therefore, requests that the deadline for its  Builder Defendant Profile Form be extended until April 16, 2010.  The deadline request results in a thirty day extension.

7.   Counsel for Alpha Homes, Inc., f/k/a Suarez Housing Corporation has contacted Liaison Counsel for Plaintiffs  who advises that he takes no position on the matter and neither objects nor consents to the relief requested by counsel herein. This extension will neither prejudice any of the parties, nor delay this matter.

8.   This motion is being made in good faith and not for the purpose of delay.

9.   Pursuant to Rule 6, Fed. R. Civ. P., this court has the authority to grant the relief requested herein.

WHEREFORE,  Defendant Alpha Homes, Inc., f/k/a Suarez Housing Corporation, respectfully requests this Court grant them a brief extension of time, until April 16, 2010, to serve Plaintiffs' Liaison Counsel with the Builder Defendant Profile Form.

## **MEMORANDUM OF LAW**

Rule 6(b)(1), Federal Rules of Civil Procedure, provides, in relevant part:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires;

or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Fed.R.Civ.P. 6(b)(1).

Thus, the Court in its discretion may order the period discussed in the foregoing Motion enlarged.

<div style="margin-left:auto">

Respectfully submitted,

Shumaker, Loop & Kendrick LLP

BY:   /s/C. Philip Campbell, Jr.
C. Philip Campbell, Jr., Esquire
FBN # 0160973
Michele Leo Hintson, Esquire
FBN #0604941
Bank of America Plaza
101 East Kennedy Boulevard, Ste. 2800
Tampa, FL  33602
813.229.7600
813.227.2338 direct
813.229.1660 fax
*Counsel for Alpha Homes, Inc., f/k/a*
*Suarez Housing Corporation*

</div>

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of March, 2010.

<div style="margin-left:auto">

/s/C. Philip Campbell, Jr.
Attorney

</div>