UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | SECTION L |
| | JUDGE FALLON |
| Sean and Beth Payton, et al., v. Knauf Gips, KG, et al. Case No. 2:09-cv-07628-EEF-JCW | MAG. JUDGE WILKINSON |

-------------------------------------------------------------------

## ORDER

Upon Motion of Defendant, Alpha Homes, Inc., f/k/a Suarez Housing Corporation, for Extension of Time to Complete Builder Profile Form, and after due consideration, it is ORDERED as follows:

1. Said Motion is hereby GRANTED;

2. Defendant, Alpha Homes, Inc., f/k/a Suarez Housing Corporation, shall have until April 16, 2010, within which to complete and file its Builder Profile Form.

NEW ORLEANS, LOUISIANA, this _____ day of March, 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE