UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES AND<br><br>Gross, et al. v. Knauf Gips KG, et al., Case No. 2:09-cv-6690 (E.D.La.) | |

## ORDER

AND NOW, this _____ day of _____, 2010, upon consideration of Plaintiffs' Motion to Substitute Complaint in Intervention, it is hereby ORDERED, ADJUDGED and DECREED that said motion is GRANTED. The Substituted and Amended Omnibus Class Action Complaint in Intervention, attached to the motion as Exhibit A, shall be deemed the pleading to Plaintiffs' Motion to Intervene [Doc. No. 1712]. To facilitate the speedy prosecution of this pleading, the Clerk is directed to deem the Substituted and Amended Omnibus Class Action Complaint in Intervention filed on the docket. Upon docketing of the pleading by the Clerk, it shall be appropriate for plaintiffs' counsel to proceed with proper service thereof.

By the Court:

_____
J.

___Fee
___Process
X  Dktd
1/ CtRmDep
___Doc. No.