UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**NORTHSTAR HOLDINGS, INC.,**         CASE NO.: 10-384 "L" (2)
**NORTHSTAR HOMES, INC. AND**
**NORTHSTAR HOLDINGS AT B & A, LLC,**

      **Plaintiffs,**

v.

**GENERAL FIDELITY INSURANCE**
**COMPANY, QUANTA INDEMNITY**
**COMPANY, MID-CONTINENT CASUALTY**
**COMPANY, AND ESSEX INSURANCE**
**COMPANY**

      **Defendants.**
_____/

## ORDER

THIS CAUSE having come before the Court on Plaintiffs, Northstar Holdings, Inc., Northstar Homes, Inc. and Northstar Holdings at B & A, LLC (collectively "the Northstar entities"), Motion to Dismiss Defendant, AXIS SURPLUS INSURANCE COMPANY it is hereby

ORDERED AND ADJUDGED that Plaintiffs' Motion is hereby granted and that Defendant, AXIS SURPLUS INSURANCE COMPANY, is hereby dismissed from the above-entitled action.

New Orleans, Louisiana, this 18th day of March, 2010

_____
The Honorable Eldon E. Fallon
U.S. DISTRICT JUDGE