UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEAN AND BETH PAYTON, et al, | : | CASE NO.: 09-7628 |
| Plaintiffs, | : | |
| v. | : | |
| KNAUF GIPS KG, et al | : | |
| Defendants. | : | |

**ORDER TO APPOINT SPECIAL PROCESS SERVICE**

      IT IS HEREBY ORDERED, that APS International, Ltd., including its designated agents, is appropriate and authorized to effect service of process on the defendants, Rothchilt International Limited in Taiwan and Knauf Gips, KG in Germany.  Service shall be effected according to any internationally agreed means, the laws of the foreign country or as directed by the foreign authority or the originating court if not otherwise prohibited by international agreement or the laws of the foreign country, and in a manner reasonably calculated to give notice.

Dated:
March 18, 2010, New Orleans, Louisiana.

_____
U.S. District Judge