UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL         MDL NO. 2047
PRODUCTS LIABILITY LITIGATION               SECTION: L

THIS DOCUMENT RELATES TO:
                                            JUDGE FALLON
Sean and Beth Payton, et al. v. Knauff Gips, KG, et al.
Case No. 2:09-cv-07628-EEF-JCW              MAG. JUDGE WILKINSON
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

## ORDER

Upon consideration of the Unopposed Motion for Extension of Time to serve Builder Defendant Profile Forms filed by Defendants Standard Pacific of South Florida, G.P., Inc., HWB Construction, Inc., and Standard Pacific of Colorado, Inc.,

IT IS HEREBY ORDERED that the Unopposed Motion for Extension of Time be and same is hereby GRANTED; and

IT IS FURTHER ORDERED that Defendants Standard Pacific of South Florida, G.P., Inc., HWB Construction, Inc., and Standard Pacific of Colorado, Inc. shall be granted 40 days from receipt of service of the Complaint to respond to the appropriate profile form pursuant to Pretrial Order No. 1F.

New Orleans, Louisiana, this 19th day of March, 2010.

_____
Honorable Eldon E. Fallon
United States District Judge

1539376v1