Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)




Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0174

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Cox Lumber Co., dba HD Supply Lumber & Building Materials Corporate Creations Network Inc.
Court Case No. 09-7628

State of: Florida ) ss.
County of: Palm Beach )

**Name of Server:** Jonathan Levy, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 4 day of February, 20 10, at 9:32 o'clock a M

**Place of Service:** at 11380 Prosperity Farms Rd. #221E, in Palm Beach Gardens, FL 33410

**Documents Served:** the undersigned served the documents described as:
Summons and Complaint; Exhibits

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Cox Lumber Co., dba HD Supply Lumber & Building Materials Corporate Creations Network Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Lisa Hughes, Supervisor

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F; Skin Color White; Hair Color Blonde; Facial Hair ____
Approx. Age 30; Approx. Height 5'4"; Approx. Weight 120

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this 8 day of February, 20 10

Notary Public (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Lynne Gewant
Commission #DD[illegible]
Expires: OCT. [illegible]
BONDED THRU ATLANTIC BONDING CO., INC.