Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0178

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Steven R. Carter, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

2X

State of: **FLORIDA** ) ss.
County of: **Hillsborough** )

**Name of Server:** **SEAN SEGEL**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **4** day of **February**, 20 **10**, at **4:13** o'clock **P** M

**Place of Service:** at ~~401 E. Kennedy Blvd.~~ **movers 3825 Henderson Blvd. #604**, in ~~Tampa, FL 33602~~ **Tampa, FL 33629**

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Steven R. Carter, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Thomas P Fox, Registered Agent**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M**; Skin Color **Cauc**; Hair Color **Gray**; Facial Hair _____
Approx. Age **60 Opns**; Approx. Height **5'11"**; Approx. Weight **200 lbs**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Sean Segel_
Signature of Server

Subscribed and sworn to before me, this **5** day of **February**, 20 **10**

_Elaine F. Jones_
Notary Public    (Commission Expires)

**APS International, Ltd.**

ELAINE F. JONES
MY COMMISSION # DD 857268
EXPIRES: March 2, 2013
Bonded Thru Notary Public Underwriters