Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0440

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Building Materials Wholesale (B.M.W.)
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL.
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Bay )

Name of Server: Elaine J Thelen, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 8th day of February, 20 10, at 1:50 o'clock P M

Place of Service: at 17740 Ashley Drive, in Panama City, FL 32413

Documents Served: the undersigned served the documents described as:
Summons and Complaint; Exhibits

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Building Materials Wholesale (B.M.W.)**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Eric Mercer, Manager

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M : Skin Color W : Hair Color Blond : Facial Hair Blond
Approx. Age 40's : Approx. Height 6' : Approx. Weight 230

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Elaine J Thelen #8
Signature of Server

Subscribed and sworn to before me this 9th day of February, 2010

Notary Public (Commission Expires)

APS International, Ltd.

BARRY L. ROBERTS
Notary Public • State of Florida
My Commission Expires June 10, 2012
Commission No. DD 796671