Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0173

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Brightwater Community 1 LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Hillsborough__ )

**Name of Server:** __Sean Segel__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __3__ day of __February__, 20 __10__, at __2:34__ o'clock __P__ M

**Place of Service:** at __325 South Blvd.__, in __Tampa, FL 33606__

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Brightwater Community 1 LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Daniel L. Molloy Registered Agent__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__; Skin Color __Cauc.__; Hair Color __Gray__; ~~Facial Hair~~ __glasses__
Approx. Age __50 yrs__; Approx. Height __5'11"__; Approx. Weight __225 lbs__

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Sean Segel_
Signature of Server

Subscribed and sworn to before me this __5__ day of __February__, 20 __10__

_Elaine Jones_
Notary Public     (Commission Expires)

**APS International, Ltd.**

ELAINE F. JONES
MY COMMISSION # DD 857268
EXPIRES: March 2, 2013
Bonded Thru Notary Public Underwriters