Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  101729-0473

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Bove Company
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: FLORIDA ) ss.
County of: ST. JOHNS )

Name of Server: CINDY BROWN-REXRODE, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 5 day of FEB, 20 10, at 10:35 o'clock A M

Place of Service: at 115 Professional Drive, Suite 101, in Ponte Vedra Beach, FL 32092

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Bove Company**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: TIMOTHY SHIPPEE - ATTORNEY R.A.

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M; Skin Color W; Hair Color BROWN; Facial Hair —
Approx. Age 40; Approx. Height 5'9"; Approx. Weight 200

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 5 day of FEB, 20 10

Notary Public     (Commission Expires)

**APS International, Ltd.**



Notary Public State of Florida
Michele M Burnett
My Commission DD838318
Expires 11/13/2012