Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0333

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Blue Oaks/Gulfstream Development, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Florida_ ) ss.
County of: _Marion_ )

Name of Server: _Ernest Martinez_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _5_ day of _February_, 20 _10_, at _11:55_ o'clock _A_ M

Place of Service: at _21 N.E. First Avenue_, in _Ocala, FL 34470_

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on:
Person Served, and
Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**Blue Oaks/Gulfstream Development, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: _Mary Ponder_

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _Brown_ ; Facial Hair _N/A_
Approx. Age _35_ ; Approx. Height _5'6_ ; Approx. Weight _125_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_[signature]_
Signature of Server

Subscribed and sworn to before me this _6_ day of _February_, 20 _10_

_[signature]_  _6-15-11_
Notary Public   (Commission Expires)

**APS International, Ltd.**



KENNETH W. KELLEY, JR.
Commission DD 656388
Expires June 15, 2011
Bonded Thru Troy Fain Insurance 800-385-7019

2985
E