Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0215

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Belmont Lakes Investments, LLC, AFTAB A Cumber
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Broward )

Name of Server: Jonathan Levy, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 3 day of February, 2010, at 5:03 o'clock P M

Place of Service: at 10100 West Sample Road, Suite 205, in Coral Springs, FL 33065

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Belmont Lakes Investments, LLC, AFTAB A Cumber**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Lori Camen Zuli, General Manager

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Blonde ; Facial Hair ___
Approx. Age 50 ; Approx. Height 5'5" ; Approx. Weight 140

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 4 day of February, 2010

Signature of Server

APS International, Ltd.

Notary Public       (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Lynne Gewant
#DD610026
es: OCT. 30, 2010
BONDED