Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0449

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Bailey Lumber & Supply Company
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _MS_ ) ss.
County of: _Jones_ )
Name of Server: _Jimmy K Taylor_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _04_ day of _Feb_, 20 _10_, at _3:35_ o'clock _P_ M

Place of Service: at _2950 Layfair Drive, Suite 101_, in _Flowood, MS 39232_

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Bailey Lumber & Suply Company**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _John Shows / Attorney 0 Agent_

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex _M_ ; Skin Color _W_ ; Hair Color _Gray_ ; Facial Hair _NO_
Approx. Age _65_ ; Approx. Height _6'0_ ; Approx. Weight _170_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
_8_ day of _Feb_, 20 _10_
_Michelle Murray_
Notary Public          (Commission Expires)
_1-23-11_