Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0049

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--America's First Home, Inc., c/o Michael B. Hill Sheppard,
Brett, Stewart, Hersch & Kinsey
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

**Name of Server:** **Raymond V. Laakso**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **8th** day of **February**, 20 **10**, at **11:20** o'clock **A** M

**Place of Service:** at **9100 College Pointe Court**, in **Fort Myers, FL 33919**

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**America's First Home, Inc., c/o Michael B. Hill Sheppard, Brett, Stewart, Hersch & Kinsey**
By delivering them into the hands of an officer or managing agent whose name and title is: **Michael Hill, Registered Agent**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M**; Skin Color **white**; Hair Color **Brown**; Facial Hair ____
Approx. Age **40**; Approx. Height **5'10"**; Approx. Weight **170**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

X *Raymond V Laakso*
Signature of Server

Subscribed and sworn to before me this **11th** day of **February**, 20 **10**

*[Notary signature]*
Notary Public     (Commission Expires)

**APS International, Ltd.**

