Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  101729-0047

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Advantage Builders of America, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Lee__ )

**Name of Server:** __Raymond V. Laakso__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __4th__ day of __February__, 20 __10__, at __2:15__ o'clock __P__ M

**Place of Service:** at __11796-C Metro Pkwy.__, in __Ft. Myers, FL  33966__

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Advantage Builders of America, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Steven Magner, Registered Agent__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__ ; Skin Color __white__ ; Hair Color __Brown__ ; Facial Hair ____
Approx. Age __40__ ; Approx. Height __5'10"__ ; Approx. Weight __200__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this __9th__ day of __February__, 20 __10__

Notary Public    (Commission Expires)

**APS International, Ltd.**



Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012