Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)

Service of Process by



**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  101729-0068

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Abington Woods, LLC, c/o NRAI Services, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500

Philadelphia, PA  19106-3697

State of: _Florida_ ) ss.
County of: _Broward_ )

Name of Server: _Jonathan Levy_ , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _2_ day of _February_ , 20 _10_ , at _2:00_ o'clock _P_ M

Place of Service: at _2731 Executive Park Dr. Ste 4_ , in _Weston, FL 33331_

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Abington Woods, LLC, c/o NRAI Services, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and
title is: _Unicka Brown, Supervisor_

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex _F_ ; Skin Color _Black_ ; Hair Color _Black_ ; Facial Hair
Approx. Age _35_ ; Approx. Height _5'4"_ ; Approx. Weight _140_

☐ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury
that the foregoing is true and correct.

Subscribed and sworn to before me this
_6_ day of _February_ , 20 _10_

Signature of Server

**APS International, Ltd.**

Notary Public          (Commission Expires)