# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURING DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKENSON |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| Ledford, et al. v. Knauf GIPS KB, et al., | : | |
| No. 2:09-cv-04292 | : | |
| _____ | : | |

## PLAINTIFF, SAMUEL LEDFORD'S, MOTION FOR STAY

COMES NOW Plaintiff, Samuel Ledford, though counsel, and respectfully moves the Court for a Protective Order staying discovery in *Ledford, et al. v. Knauf GIPS KB*, et al., No. 2:09-cv-04292 (E.D. La.), pending the resolution of *Payton, et. al v. Knauf Gips, KG, et al,* Case 2:09-cv-07628 (E.D. La.).  Plaintiff has filed herewith a memorandum in support of the motion and a proposed order.

RESPECTFULLY SUBMITTED this, the 19th day of March, 2010

            BY:  /s/ Stephen W. Mullins
                 STEPHEN W. MULLINS (LA Bar No. 22124)
                 LUCKEY & MULLINS, PLLC
                 2016 Bienville Blvd., Suite 102 (39564)
                 Post Office Box 990
                 Ocean Springs, MS  39566
                 (228) 875-3175
                 (228) 872-4719 (fax)
                 smullins@luckeyandmullins.com

ATTORNEYS FOR PLAINTIFF:

Daniel A. Bryson
North Carolina State Bar No. 15781
LEWIS & ROBERTS, PLLC
3700 Glenwood Avenue, Suite 410
Raleigh, North Carolina 27612
Telephone: (919) 981-0191
Facsimile: (919) 981-0431
Email: dkb@lewis-robcrts.com

Gary E. Mason
The District of Columbia Bar No. 418073
MASON LLP
1625 Massachusetts Avenue, Suite 605
Washington, DC 20036
Telephone: (202) 429-2290
Facsimile: (202) 429-2294
Email: gmason@masonlawdc.com

Joel R. Rhine
North Carolina State Bar No. 16028
LEA, RHINE, & ROSBRUGH, PLLC
314 Walnut Street
Wilmington, NC 28401
Fax: (910) 772-9062
Email: jrr@lrlawfirm.com

Christopher L. Coffin
PENDLEY BAUDIN & COFFIN, LLP
24110 Eden Street
Plaquemine, LA  70765
(252) 687-6396
Fax: (225) 687-6398
Email:  ccoffin@pbclawfirm.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Motion has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by email delivery and email upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2047 on this 19th day of March, 2010.

                                          /s/ Steve W. Mullins