IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURING DRYWALL : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION : | SECTION: L |
| : | |
| : | JUDGE FALLON |
| : | MAG. JUDGE WILKENSON |
| : | |
| THIS DOCUMENT RELATES TO: : | |
| : | |
| Ledford, et al. v. Knauf GIPS KB, et al., : | |
| No. 2:09-cv-04292 : | |
| _____: | |

## [PROPOSED] ORDER

WHEREAS, the Court having considered Plaintiff Samuel Ledford's Motion for Protective Order, and any opposition thereto, it is hereby ORDERED as follows:

1. Plaintiff's motion for stay is GRANTED; and

2. Discovery in *Ledford, et al. v. Knauf GIPS KB*, et al., No. 2:09-cv-04292 (E.D. La.), shall be stayed pending the resolution of *Payton, et. al v. Knauf Gips, KG, et al*, Case 2:09-cv-07628 (E.D. La.). Defendant Mazer may seek discovery from Plaintiff Ledford in the *Payton* class action, subject to all applicable orders.

SO ORDERED this \_\_\_\_ day of _____, 2010.

_____
Honorable Eldon E. Fallon

Submitted By:

STEPHEN W. MULLINS (LA Bar No. 22124)
LUCKEY & MULLINS, PLLC
2016 Bienville Blvd., Suite 102  (39564)
Post Office Box 990
Ocean Springs, MS  39566
(228) 875-3175
(228) 872-4719 (fax)