## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURING DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKENSON |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| Ledford, et al. v. Knauf GIPS KB, et al., | : | |
| No. 2:09-cv-04292 | : | |
| _____ | : | |

### PLAINTIFF SAMUEL LEDFORD'S MEMORANDUM
### IN SUPPORTOF MOTION FOR STAY

Plaintiff, Samuel Ledford, through counsel, respectfully submits this memorandum in support of his Motion for Stay and in support states as follows:

### FACTS

1.      Plaintiff, Samuel Ledford ("Ledford"), is a resident of Alabama and owns real property located at 10308 Renfroe Road, Alpine, Alabama 35014.

2.      On March 18, 2009, Ledford filed a Class Action Complaint in the United States District Court for the Northern District of Alabama alleging that his home was constructed with Chinese manufactured drywall and claiming damages for various injuries caused thereby.  Knauf GIPS KG, and Knauf Plasterboard Co., LTD. were named as defendants. *Ledford, et al. v. Knauf GIPS KB, et al*., No. 2:09-cv-00538 (N.D. Ala.) (Docket No. 1).

3.      On March 27, 2009, Ledford filed a First Amended Class Action Complaint in the United States District Court for the Northern District of Alabama (Docket No. 3).  The First Amended Complaint, among other things, added as a Defendant Mazer Discount Super Store

("Mazer"), an Alabama corporation with an address of 816 Green Springs Hwy., Homewood, Alabama, 35209.

4.      On July 9, 2009, by Order dated June 18, 2009, the United States Judicial Panel on Multidistrict Litigation transferred the *Ledford* action to the Eastern District of Louisiana and assigned the case to the Honorable Eldon E. Fallon, and assigned it Case No. 09-04292 (Docket No. 11).

5.      On or about November 12, 2009, Defendant Mazer served upon Ledford a First Set of Interrogatories and Requests for Production of Documents.

6.      On December 9, 2009, various Plaintiffs, through the Plaintiffs' Steering Committee, filed in the Eastern District of Louisiana, Plaintiffs Omnibus Class Action Complaint (I).  *See* Omnibus Complaint, *Payton, et. al v. Knauf Gips, KG, et al,* Case 2:09-cv-07628 (E.D. La.) (Dec. 12, 2009) (Docket No. 1).  The Omnibus Complaint, among other things, names Ledford as a class representative of a subclass (Subclass # 31) of persons whose Chinese manufactured drywall was supplied by Mazer's Discount Home Center, Inc.

7.       On or about December 11, 2009, Ledford, though counsel, filed his Plaintiff Profile Form *In re Chinese Manufactured Drywall Products Liability Litigation*, MDL No. 2047 as required by Pretrial Order No. 11, August 17, 2009 (Docket No. 168).

8.       Plaintiff Ledford served Answers and Responses on February 16, 2010.  On or about March 2, 2010, counsel for Mazer sent a letter to Ledford's counsel requesting that Ledford supplement his responses.

## ARGUMENT

9.      As noted,  Plaintiff Ledford is a named plaintiff and a member of the putative class set forth in the *Payton* action.  There are numerous other plaintiffs with claims against

2

Mazer who are similarly situated to Plaintiff Ledford.  Accordingly, discovery of Plaintiff Ledford should proceed in a coordinated manner in *Payton* and should not proceed separately in *Ledford*.

10.    The Court should not allow further discovery to proceed at this time in *Ledford*. Samuel Ledford is a named plaintiff in *Payton* and a member of a putative subclass listed in the *Payton* class action.  Discovery of Ledford in the *Ledford* class action would be duplicative and inefficient and, ultimately, hinder the Court's ability to effectively and efficiently manage *Payton*, in specific, and this complex litigation, in general.  District courts have the discretion to stay related actions as a means of controlling its docket and managing the actions before it.  *See Landis v. N. Am. Co.*, 299 U.S. 248, 249 (1936); *Trujillo v. Conover & Co. Communs., Inc.*, 221 F.3d 1262, 1264 (11th Cir. 2000).

## CONCLUSION

WHEREFORE, Ledford respectfully requests the Court to enter an Order staying discovery in the *Ledford* class action during the pendency of the *Payton* class action.  A proposed order is attached hereto.

RESPECTFULLY SUBMITTED this, the 19th day of March, 2010.

BY:  /s/ Stephen W. Mullins
STEPHEN W. MULLINS (LA Bar No. 22124)
LUCKEY & MULLINS, PLLC
2016 Bienville Blvd., Suite 102 (39564)
Post Office Box 990
Ocean Springs, MS  39566
(228) 875-3175
(228) 872-4719 (fax)
smullins@luckeyandmullins.com

ATTORNEYS FOR PLAINTIFF:


Daniel A. Bryson
North Carolina State Bar No. 15781
LEWIS & ROBERTS, PLLC
3700 Glenwood Avenue, Suite 410
Raleigh, North Carolina 27612
Telephone: (919) 981-0191
Facsimile: (919) 981-0431
Email: dkb@lewis-robcrts.com

Gary E. Mason
The District of Columbia Bar No. 418073
MASON LLP
1625 Massachusetts Avenue, Suite 605
Washington, DC 20036
Telephone: (202) 429-2290
Facsimile: (202) 429-2294
Email: gmason@masonlawdc.com

Joel R. Rhine
North Carolina State Bar No. 16028
LEA, RHINE, & ROSBRUGH, PLLC
314 Walnut Street
Wilmington, NC 28401
Fax: (910) 772-9062
Email: jrr@lrlawfirm.com

Christopher L. Coffin
PENDLEY BAUDIN & COFFIN, LLP
24110 Eden Street
Plaquemine, LA  70765
(252) 687-6396
Fax: (225) 687-6398
Email:  ccoffin@pbclawfirm.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Memorandum has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by email delivery and email upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2047 on this 19th day of March, 2010 .

/s/ Stephen W. Mullins
STEPHEN W. MULLINS