Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0259

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--St. Joe Home Building, L.P.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: FLORIDA ) ss.
County of: DUVAL )

Name of Server: RODNEY J. DENSON, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 8 day of FEB., 20 10, at 2:30 o'clock P. M

Place of Service: at 245 Riverside Avenue, Ste 500, in Jacksonville, FL 32202

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**St. Joe Home Building, L.P.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: LYNN LEWIS - PARALEGAL

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color BROWN ; Facial Hair —
Approx. Age 50 ; Approx. Height 5'4" ; Approx. Weight 145

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*(signature)* Rodney J. Denson
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this 10 day of FEB, 2010
*(signature)* Notary Public   (Commission Expires)

Notary Public State of Florida
Michele M Burnett
My Commission DD838318
Expires 11/13/2012