Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0297

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Sea Coast Construction, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _LOUISIANA_ ) ss.
Parish of: _LIVINGSTON_

| | |
|---|---|
| Name of Server: | _Tom Cassisa_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| Date/Time of Service: | that on the _2nd_ day of _February_, 20 _10_, at _2:31_ o'clock _P_ M |
| Place of Service: | at 8017 Jefferson Hwy, in Baton Rouge, LA 70809<br>Wolfe's Creek, Ste. B3 |
| Documents Served: | the undersigned served the documents described as:<br>**Summons and Complaint; Exhibits** |
| Service of Process on:<br>Person Served, and<br>Method of Service: | A true and correct copy of the aforesaid document(s) was served on:<br>**Sea Coast Construction, LLC**<br>By delivering them into the hands of an officer or managing agent whose name and title is: _Ms. Donna Bajon, Creed Law Firm_ |
| Description of<br>Person Receiving<br>Documents: | The person receiving documents is described as follows:<br>Sex _F_; Skin Color _White_; Hair Color _Brown_; Facial Hair _N/A_<br>Approx. Age _36 yo_; Approx. Height _5'5"_; Approx. Weight _115 lbs_<br>[✓] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| Signature of Server: | Undersigned declares under penalty of perjury that the foregoing is true and correct.<br>_Tom Cassisa_<br>Signature of Server | Subscribed and sworn to before me this _2nd_ day of _February_, 20 _10_<br>_James Ballard_  4/29/13<br>Notary Public   (Commission Expires) |

**APS International, Ltd.**