Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG. et al., et. al., Defendant(s)

Service of Process by
APS International, Ltd.
1-800-328-7171



## AFFIDAVIT OF SERVICE ON A CORPORATION
--Santa Barbara Estates, Inc.
Court Case No. 09-7628

Law Firm Requesting Service:
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697
Customer File:

State of: Florida ) ss.
County of: Palm Beach )

**Name of Server:** Kenneth Wolf, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service:** that on 16-Feb-2010 11:00 am

**Place of Service:** at 900 North Federal Highway, Suite 300, city of Boca Raton, state of FL

**Documents Served:** the undersigned served the documents described as:
Summons and Complaint; Exhibits

**Service of Process on, Person Served, and Method of Service:** A true and correct copy of the aforesaid document(s) was served on:
Santa Barbara Estates, Inc.
By delivering them into the hands of an officer or managing agent whose name and title is
Connie Scarlott, Assistant to the Executive Vice President Don Putnam

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color white ; Hair Color blonde ; Facial Hair N/A
Approx. Age 40 ; Approx. Height 5'03" ; Approx. Weight 140

✓ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

Subscribed and sworn to before me this 17 day of FEB 20 10

Notary Public   (Commission Expires)

APS File: 101729-472

ISABELLE C. FERNANDEZ-MIRANDA
Notary Public - State of Florida
My Commission Expires Feb 27, 2010
Commission # DD 522663
Bonded By National Notary Assn.