Sean and Beth Payton, et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0510

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--RJL Drywall, Inc., c/o All Florida Firm, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: FLORIDA ) ss.
County of: VOLUSIA )

**Name of Server:** BILL PHELPS, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 16TH day of FEBRUARY 16, 20 10, at 1:20 o'clock P M

**Place of Service:** at 813 Deltona Blvd. Suite A, in Deltona, FL 32725

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**RJL Drywall, Inc., c/o All Florida Firm, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: JENNIFER CLARK, RECEPTIONIST

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color WHITE ; Hair Color RED ; Facial Hair —
Approx. Age 35 ; Approx. Height 5'9" ; Approx. Weight 140

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Bill Phelps
Signature of Server

Subscribed and sworn to before me this 18th day of February, 20 10

Notary Public    (Commission Expires)

**APS International, Ltd.**

4/12/2010

Kevin Whitton
Commission # DD540077
Expires April 12, 2010
Bonded Troy Fain · Insurance, Inc 800-385-7019