Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0257

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
 --Rivercrest, LLC, The St. Joe Company
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **FLORIDA** ) ss.
County of: **DUVAL** )

Name of Server: **RODNEY J. DENSON**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **8** day of **FEB**, 20 **10**, at **2:30** o'clock **P** .M

Place of Service: at  245 Riverside Avenue, Ste 500 , in  Jacksonville, FL 32202

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on:  A true and correct copy of the aforesaid document(s) was served on:
**Rivercrest, LLC, The St. Joe Company**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **LYNN LEWIS - PARALEGAL**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **W** ; Hair Color **BROWN**; Facial Hair **—**
Approx. Age **50** ; Approx. Height **5'4"** ; Approx. Weight **145**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*/s/ Rodney J. Denson*
Signature of Server

Subscribed and sworn to before me this **10** day of **FEB**, 20 **10**

*/s/ Michele M. Burnett*
Notary Public     (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Michele M Burnett
My Commission DD838318
Expires 11/13/2012