Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
## APS International, Ltd.
### 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0294

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Penn Construction Co., LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __LOUISIANA__ ) ss.
Parish of: __LIVINGSTON__ )

**Name of Server:** __TOM CASSISA__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __8th__ day of __FEBRUARY__, 20 __10__, at __6:20__ o'clock __P__ M

**Place of Service:** at __6434 Highland Road__ ~~12222 Lake Estates Aver~~, in Baton Rouge, LA ~~70810~~ __70808__

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Penn Construction Co., LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Robert M. Clegg__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__; Skin Color __White__; Hair Color __Brown__; Facial Hair __None__
Approx. Age __40 yrs__; Approx. Height __5'11"__; Approx. Weight __195 lbs__

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Tom Cassisa_
Signature of Server

Subscribed and sworn to before me this __8TH__ day of __February__, 20 __10__
_James Dolladu_  4/29/13
Notary Public       (Commission Expires)

**APS International, Ltd.**