MINUTE ENTRY
FALLON, J.
MARCH 19, 2010

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br><br>JUDGE FALLON<br>MAGISTRATE WILKINSON |

**THIS DOCUMENT RELATES TO**
**09-6050 Tatum Hernandez, et al v. Knauf Plasterboard (Tianjin) Co., Ltd.**

BEFORE JUDGE ELDON E. FALLON       FRIDAY, MARCH 19, 2010, 9:30 am
Case Manager: Gaylyn Lambert              (Continued from 3-18-10)
Court Reporter: Toni Tusa


Appearances: Chris Seeger, Esq., Steve Herman, Esq., Gerald Meunier, Esq.,
　　　　　　　Dan Bryson, Esq. & Jeff Grand, Esq. for plaintiffs
　　　　　　　Don Hayden, Esq., Doug Sanders, Esq., Kerry Miller, Esq. For defendant

NON JURY TRIAL:

Plaintiffs' oral motion for Exclusion of witness, Matthew Perricone - Denied.

Defendant's Witness:

Matthew J. Perricone - sworn - accepted as an expert.

Closing Arguments.
Ruling remains RESERVED on Hernandez exhibits, 48, 448, 399 through 407 and will be dealt with in the Court's opinion.
The issue of attorneys fees is hereby SEVERED and will be handled after issuance of the Court's opinion.
Proposed Findings of Fact and Conclusions of Law shall be filed simultaneously not later than March 29, 2010, at which time this matter shall be TAKEN UNDER SUBMISSION.

JS10:　　4:06

```
___ Fee _____
___ Process _____
 X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____
```