UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED:     MDL NO. 2047
DRYWALL PRODUCTS
LIABILITY LITIGATION     SECTION L

    JUDGE FALLON
    MAG. JUDGE WILKINSON

This Document Relates to:

*Hernandez v. Knauf Plasterboard (Tianjin) Co., Ltd.*, Case No. 09-cv-6050 (E.D. La.)

Knauf Plasterboard (Tianjin) Co., Ltd.,'s Trial Exhibit List

| DX# | Description | Admitted Y/N |
|---|---|---|
| DX0001 | Expert Report of Matthew J. Perricone, Ph.D. and Richard J. Lee, Ph.D. | |
| | Attachment A to Expert Report of Matthew J. Perricone, Ph.D. and Richard J. Lee, Ph.D., C.V. and Publications List of Matthew J. Perricone, Ph.D. | |
| | Attachment B to Expert Report of Matthew J. Perricone, Ph.D. and Richard J. Lee, Ph.D., List of Testimony for Matthew J. Perricone, Ph.D. | |
| | Attachment C to Expert Report of Matthew J. Perricone, Ph.D. and Richard J. Lee, Ph.D., C.V. and Publications List of Richard J. Lee, Ph.D. | |
| | Attachment D to Expert Report of Matthew J. Perricone, Ph.D. and Richard J. Lee, Ph.D., List of Testimony for Richard J. Lee, Ph.D. | |
| | Attachment E to Expert Report of Matthew J. Perricone, Ph.D. and Richard J. Lee, Ph.D., C.V. and Publications List of Keith E. Wagner | |
| | Appendix A-1- Hernandez House Assessment- Wires | 3-19-10 |
| | Appendix A-2- Hernandez House Assessment- Plumbing & Copper Reactivity Coupons | 3-19-10 |

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

*Hernandez v. Knauf Plasterboard (Tianjin) Co., Ltd.*, Case No. 09-cv-6050 (E.D. La.)

Defendants Exhibit List

| DX# | Description | Admitted Y/N |
|---|---|---|
|  | Appendix A-3- Hernandez House Assessment- Electronics |  |
|  | Appendix B- Evaluation of Sheathed Wires |  |
|  | Appendix C- Thin Film Resistance Measurements |  |
|  | Appendix D- Copper Coupon Assessments in Houses with Chinese Drywall |  |
|  | Appendix E- Drywall Characterization |  |
|  | Appendix F- HVAC Coils and Copper Condensation Testing |  |
| DX0002 | RJL Reliance material, Appendix A-1 Hernandez Home | 3-19-10 |
| DX0003 | RJL Reliance material, Appendix A-2 Hernandez Home | 3-19-10 |
| DX0004 | RJL Reliance material, Appendix D Hernandez Copper Coupon Assessment | 3-19-10 |
| DX0005 | RJL Reliance material, Appendix E Drywall Characteristics | 3-19-10 |
| DX0006 | RJL Reliance material, Appendix F HVAC Coils and Condensation |  |
| DX0007 | RJL Reliance material, 68034 Marion Street site photographs |  |
| DX0008 | RJL Reliance material, floor plan with coupon deployment |  |
| DX0009 | Expert Report of Craig Beyler, Ph.D., Hughes Associates, Inc., Analysis of Fire Safety of Electrical Wiring Related to Chinese Drywall at the Hernandez Residence |  |
|  | Appendix A to Expert Report of Craig Beyler, Ph.D |  |
|  | Appendix B to Expert Report of Craig Beyler, Ph.D |  |
|  | Appendix C to Expert Report of Craig Beyler, Ph.D |  |
| DX0010 | Armstrong, R., Mason, J., Kumar, A., Hall, J. (1999), Thermally Induced Failure of Low-Voltage Electrical Nonmetallic Sheathed Cable Insulation," *Fire Technology*, 35(3), pp. 265-274 | obj – 3-17-10 |
| DX0011 | ASTM B3 (2001), Standard Specification for Soft or Annealed Copper Wire |  |
| DX0012 | Bourne, L., Yu, P., Zettl, A., Cohen, M. (1989) "High-pressure electrical conductivity measurements in the copper oxides," *Physical Review B*, 40(16), pp 10973-10976 |  |
| DX0013 | CABO (1995), One and Two Family Dwelling Code |  |
| DX0014 | Gill and Trotta (2009), "Interim Report on the Status of the Analysis of Electrical Components Installed in Homes with Chinese Drywall," U.S. Consumer Product Safety Commission, including Tab A, S. Glass, C. Mowry, and R. Sorensen, Sandia |  |

-2-

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION
*Hernandez v. Knauf Plasterboard (Tianjin) Co., Ltd.*, Case No. 09-cv-6050 (E.D. La.)
Defendants Exhibit List

| DX# | Description | Admitted Y/N |
|---|---|---|
| DX0015 | National Laboratories, "Interim Report on the Analysis of Corrosion Products on Harvested Electrical Components," (November 2009)[1] | |
| | Grozdanov, I., Najdoski, M. (1995), "Optical and Electrical Properties of Copper Sulfide Films of Variable Composition," *Journal of Solid State Chemistry*, 114, pp. 469-475 | |
| DX0016 | International Residential Code for One and Two Family Dwellings (2000) | |
| DX0017 | NFPA (1999, 2002), National Electrical Code (NFPA 70) | |
| DX0018 | Okamoto, K., Wantanabe, N., and Hagimoto, Y. (2003), "Degradation of Organic Insulating Materials at Plug and Receptacle Connection, Fire and Materials 2003," *Interscience Communications*, London, England. | |
| DX0019 | Rice, D., Cappeli, R., Kinsolving, W. and Laskowski, (1980) "Indoor Corrosion of Metals," *J. Electrochem. Soc. Solid State Science and Technology*, 127(4), pp. 891-901 | 3-19-10 W/Drawn |
| DX0020 | Rice, D., Peterson, P., Rigby, E. Phipps, P. Cappell, R., Tremoureux, R. (1981), "Atmospheric Corrosion of Copper and Silver," *J. Electrochem. Soc. Solid State Science and Technology*, 128(2), pp 275-284 | |
| DX0021 | Rickett, B. and Payer, J., (1005), "Composition of Copper Tarnish Products Formed in Moist Air with Trace Levels of Pollutant Gas: Hydrogen Sulfide and Sulfur Dioxide/Hydrogen Sulfide," *J. Electrochem. Soc.*, 142(11), pp. 3723-3728 | |
| DX0022 | L. Salzman, U.S. Consumer Product Safety Commission, Division of Health Sciences, "Summary of Contractor's Indoor Air Quality Assessment of Homes Containing Chinese Drywall" (November 23, 2009), including Environmental Health & Engineering, Inc., "Draft Final Report on an Indoor Environmental Quality Assessment of Residences Containing Chinese Drywall" (November 18, 2009) | |
| DX0023 | UL 498 (2008), Standard for Attachment Plugs and Receptacles, Fourteenth Edition, | |

---

[1] KPT has objected to the use of the draft summaries and studies conducted or commissioned by the Consumer Product Safety Commission because they contain hearsay, and are unauthenticated. None of the exceptions to the hearsay rule or the rules for self-authentication apply to these draft summaries and studies. KPT has not had the opportunity to cross-examine or otherwise investigate the underlying facts upon which the opinions or statements are made in these draft summaries and studies. KPT acknowledges that all experts rely on these materials in formulating their opinions, and KPT does not object to their use for this purpose under FRE 703. However, KPT does object to their admission as evidence in this case and asserts that under FRE 403, they are more prejudicial than probative. KPT has included these reports on its exhibit list solely to preserve its right to use the exhibits in the event this Court overrules KPT's objections.

IN RE: CHINESE-MANUFACTURED:DRYWALL PRODUCTS LIABILITY LITIGATION
*Hernandez v. Knauf Plasterboard (Tianjin) Co., Ltd.*, Case No. 09-cv-6050 (E.D. La.)
Defendants Exhibit List

| DX# | Description | Admitted Y/N |
|---|---|---|
| DX0024 | Underwriters Laboratory, Chicago, IL UL 719 (2006), Standard for Safety for Nonmetallic-Sheathed Cables, Twelfth Edition, Underwriters Laboratory, Chicago, IL | |
| DX0025 | | Obj - 3-17-10 |
| DX0026 | Expert Report of Phillip T. Goad, Ph.D. | |
| | Appendix A to Expert Report of Phillip T. Goad, Ph.D. CV and Testimony from Previous 4 Years | |
| | Appendix B to Expert Report of Phillip T. Goad, Ph.D, Evaluation of Potential Worker Exposures During Drywall Removal | |
| | Appendix 1- Graphic presentation of levels of elements in different types of drywall as measured by the RJ Lee Group | |
| | Appendix 2- Worker Exposure Assessment During Drywall Removal | |
| | Appendix A Photographic Log | |
| | Appendix B- CV for Benjamin Chandler | |
| | Appendix C Integrated Air Sampling Methods | |
| | Appendix D- Laboratory Reports | |
| | Appendix E- Hydrogen Sulfide Graphs | |
| | Appendix F Particulate Graphs | |
| DX0027 | | |
| DX0028 | | |
| DX0029 | | |
| DX0030 | | |
| DX0031 | | |
| DX0032 | | |

-4-

# IN RE: CHINESE-MANUFACTURED:DRYWALL PRODUCTS LIABILITY LITIGATION

*Hernandez v. Knauf Plasterboard (Tianjin) Co., Ltd.*, Case No. 09-cv-6050 (E.D. La.)

Defendants Exhibit List

| DX# | Description | Admitted Y/N |
|---|---|---|
| DX0033 | Expert Report of Roy M. Carubba, P.E., Carubba Engineering | |
| DX0034 | Exhibit A to Expert Report of Roy M. Carubba, P.E., Repair Protocol for Hernandez Home | |
| DX0035 | Exhibit B to Expert Report of Roy M. Carubba, P.E., Benchmark Custom Builders II, Inc., Hernandez Home Remediation | |
| | Exhibit C to Expert Report of Roy M. Carubba, P.E., Estimate from Bruce's Plumbing, Inc. dated February 26, 2010 | |
| | Exhibit D to Expert Report of Roy M. Carubba, P.E., February 26, 2010 Inspection Report from GraciHart Electric | |
| | Exhibit E to Expert Report of Roy M. Carubba, P.E., Photographs | |
| | Exhibit F to Expert Report of Roy M. Carubba, P.E., Experience Profile of Roy M. Carubba, P.E., | |
| | Exhibit G to Expert Report of Roy M. Carubba, P.E., Deposition and Trial List | |
| DX0036 | Means Residential Square Foot Costs (2009 and 2010) | |
| DX0037 | Expert Report of Raymond Canzoneri, Canzoneri & Associates, LLC, Consulting Electrical Engineers | 3-17-10 |
| | Exhibit A to Expert Report of Raymond Canzoneri | |
| | Exhibit B to Expert Report of Raymond Canzoneri | |
| | Exhibit C to Expert Report of Raymond Canzoneri | |
| | Exhibit D to Expert Report of Raymond Canzoneri | |
| | Exhibit E to Expert Report of Raymond Canzoneri | |
| DX0038 | Exhibit F to Expert Report of Raymond Canzoneri | |
| DX0039 | | |
| DX0040 | | |
| DX0041 | CABO One and Two Family Dwelling Code, 1995 Edition, NFPA 70, NEC | |
| DX0042 | Other application building and electrical codes | |
| DX0043 | Electrical wire and component physical samples | |

-5-

# IN RE: CHINESE-MANUFACTURED:DRYWALL PRODUCTS LIABILITY LITIGATION

*Hernandez v. Knauf Plasterboard (Tianjin) Co., Ltd.*, Case No. 09-cv-6050 (E.D. La.)

## Defendants Exhibit List

| DX# | Description | Admitted Y/N |
|---|---|---|
| DX0046 | Addendum K to Expert Report of Richard J. Roddewig, MAI, CRE, Clarion Associates, Inc. Real Property Appraisal Report, 68034 Marion Street, Mandeville Louisiana | |
| | Addendum L to Expert Report of Richard J. Roddewig, MAI, CRE, Clarion Associates, Inc., Real Property Appraisal Report, 68034 Marion Street, Mandeville Louisiana | |
| | Addendum M to Expert Report of Richard J. Roddewig, MAI, CRE, Clarion Associates, Inc., Real Property Appraisal Report, 68034 Marion Street, Mandeville Louisiana | |
| | Richard J. Roddewig, MAI, CRE, Clarion Associates, Inc. Appraisal Review Report of Expert Report of Kenneth M. Acks, MBA, 68034 Marion Street, Mandeville, Louisiana | |
| DX0047 | Cost data for 13263 Little Gem Circle, Ft. Myers, FL | 3-15-10 |
| DX0048 | Cost data for 13270 Little Gem Circle, Ft. Myers, FL | 3-15-10 |
| DX0049 | Cost data for 13252 Little Gem Circle, Ft. Myers, FL | 3-15-10 |
| DX0050 | Cost data for 13269 Little Gem Circle, Ft. Myers, FL | 3-15-10 |
| DX0051 | FRE 1006 Summary of cost data for Beazer Repaired Properties | |
| DX0052 | Average Cost Per Square Foot | |
| DX0053 | Environ Repair Protocol For Addressing Damages from Defective Gypsum | |
| DX0054 | Beazer Work Authorization Agreement and Limited Release | |
| DX0055 | Additional Beazer Homes repair cost documents  55-0001 | 3-15-10 |
| DX0056 | | |
| DX0057 | | |
| DX0058 | | |
| DX0059 | | |
| DX0060 | | |
| DX0061 | ASTM B3-01 Standard Specification for Soft or Annealed Copper Wire | |
| DX0062 | ASTM B42-02 Standard Specification of Seamless Copper Pipe, Standard Sizes | |
| DX0063 | ASTM B88-03 Standard Specification of Seamless Copper Water Tubes | 3-19-10 |
| DX0064 | "Environmental Conditions for Process Measurement & Control Systems: Airborne | |

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION
*Hernandez v. Knauf Plasterboard (Tianjin) Co., Ltd.*, Case No. 09-cv-6050 (E.D. La.)
Defendants Exhibit List

| DX# | Description | Admitted Y/N |
|---|---|---|
| DX0065 | "Contaminants", ANSI/ISA 71.04-1985, published by ISA, 1986 | |
| DX0066 | "Corrosion of Metals and Alloys- Classification of low corrosivity of indoor atmospheres", ISO 11844-2 | 3-19-10 |
| DX0067 | | |
| DX0068 | R. Khanna, U.S. Consumer Product Safety Commission, Fire Protection Engineer, "Draft Status Report on the Preliminary Analysis of HVAC, Gas Distribution, and Fire Safety Equipment Installed in Homes with Chinese Drywall" (November 2009) | |
| DX0069 | U.S. Consumer Product Safety Commission and Department of Housing and Urban Development "Interim Guidance- Identification of Homes with Corrosion from Problem Drywall" (January 28, 2010) | |
| DX0070 | U.S. Department of Housing and Urban Development 1997 Revision "Guidelines for the Evaluation and Control of Lead-Based Paint Hazards in Housing" | |
| DX0071 | D. Krause, et al., Florida Department of Health (FDOH) Report on October 15, 2009 entitled "Results of Indoor Air Testing In Two Homes Experiencing Copper Corrosion Associated with Corrosive Imported Drywall" (2009) | |
| DX0072 | Florida Department of Health December 18, 2009 "Case Definition for Drywall Associated Corrosion in Residences" | |
| DX0073 | D.W. Rice, R.J. Chappell, P.B.P. Phipps and P. Peterson, "Indoor atmospheric corrosion of copper, nickel, cobalt and iron," *Atmospheric Corrosion*, pages 651-666, edited by W.H. Ailor, published by Wiley-Interscience, (1982) | |
| DX0074 | W.E. Campbell and U.B. Thomas, "Tarnish Studies", Bell Telephone Technical Publications, Monograph 13, 1170 (1939) | |
| DX0075 | J.P. Franey, T.E. Graedel and G.W. Kammlott, "The sulfiding of copper by trace amounts of hydrogen sulfide", *Atmospheric Corrosion*, pages 383-392, edited by W.H. Ailor, published by Wiley-Interscience, (1982) | |
| DX0076 | | |
| DX0077 | | |
| DX0078 | | |
| DX0079 | | |

IN RE: CHINESE-MANUFACTURED:DRYWALL PRODUCTS LIABILITY LITIGATION
*Hernandez v. Knauf Plasterboard (Tianjin) Co., Ltd.*, Case No. 09-cv-6050 (E.D. La.)
Defendants Exhibit List

| DX# | Description | Admitted Y/N |
|---|---|---|
| DX0107 | | |
| DX0108 | | |
| DX0109 | | |
| DX0110 | | |
| DX0111 | | |
| DX0112 | | |
| DX0113 | | |
| DX0114 | | |
| DX0115 | | |
| DX0116 | | |
| DX0117 | | |
| DX0118 | | |
| DX0119 | | |
| DX0120 | | |
| DX0121 | U.S. Consumer Product Safety Commission, "Executive Summary of October 29, 2009 Release of Initial Chinese Drywall Summaries." | |
| DX0121-A | Tab A: "Statistical Analysis of the Chemical Screening of a Small Sample of Unused Chinese and Non-Chinese Drywall," (October 2009) | |
| DX0121-B | Tab B: "CPSC Staff Preliminary Evaluation of Drywall Chamber Test Results," (October 2009) | |
| DX0121-C | Tab C: "Report on the 10-Home Air Monitoring Study," (October 2009) | |
| DX0122 | Excerpts from Part I of the Uniform Statewide Building Code, Virginia Construction Code, (2003 Ed.) | |
| DX0123 | API 579-1/ASME FFS-2007 Fit-For-Service, Parts 4, 5 and 6 | |
| DX0124 | | |
| DX0125-A | Physical sample of pipe from 115 River Enclave Court, Bradenton, FL (kitchen) | 3-19-10 |
| DX0125-B | Physical sample of pipe from 115 River Enclave Court, Bradenton FL (garage) | 3-19-10 |

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

*Hernandez v. Knauf Plasterboard (Tianjin) Co., Ltd.*, Case No. 09-cv-6050 (E.D. La.)

Defendants Exhibit List

| DX# | Description | Admitted Y/N |
|---|---|---|
| DX0126 | Physical sample (new) of ¾ inch Type L pipe | |
| DX0127 | Physical sample (new) of Type K copper pipe | |
| DX0128 | Physical sample (new) Green 12 gauge wire | |
| DX0129 | Physical sample (new) White 14 gauge wire | |
| DX0130 | Physical sample of receptacle from 1008 Hollymeade Circle, Newport News | |
| DX0131 | Physical sample of receptacle from 1008 Hollymeade Circle, Newport News | |
| DX0132 | Physical sample of outlet from 209 Rue Esplanade, Mandeville, LA | |
| DX0133 | Physical sample of outlet from 209 Rue Esplanade, Mandeville, LA | |
| DX0134 | Outlet & Wires from Outlet 2 at 68034 Marion St., Mandeville (Sample 5283512) | |
| DX0135 | Wires from Outlet 2 at 68034 Marion St., Mandeville (Sample 5283512) | 3-19-10 |
| DX0136 | Cross Section Ground Wire B, Outlet #2 from 68034 Marion St., Mandeville (Sample 5283512) | 3-19-10 |
| DX0137 | Cross Section Ground Wire B, Outlet #2 from 68034 Marion St., Mandeville (Sample 5283512) and "New" Wire | 3-17-10 |
| DX0138 | Cross Section Ground Wire B, Outlet #2 from 68034 Marion St., Mandeville (Sample 5283512) and "New" Wire | 3-19-10 |
| DX0139 | Wires from Outlet #44 from 68034 Marion St., Mandeville (Sample 5283525) | |
| DX0140 | Outlet and Wires from Outlet #44 from 68034 Marion St., Mandeville (Sample 5283525) | |
| DX0141 | Cross Section Ground Wire A, Outlet #44 from 68034 Marion St., Mandeville and "New" Wire (Sample 5283525) | |
| DX0142 | Cross Section Ground Wire A, Outlet #44 from 68034 Marion St., Mandeville and "New" Wire (Sample 5283525) | 3-19-10 |
| DX0143 | 14 Gauge Wire from 8945 Ashington Way, Williamsburg, VA | 3-19-10 |
| DX0144 | Cross Section 14-Gauge Wire from 1008 Hollymeade Circle, "New" Wire (Sample 3068189) | 3-19-10 |
| DX0145 | Cross Section 12-Gauge Wire from 8945 Ashington Way, Williamsburg, "New" Wire | |
| DX0146 | Cross Section Wire from 8945 Ashington Way, Williamsburg, VA (Sample 3068196) | |
| DX0147 | Cross Section Wire from 8945 Ashington Way, Williamsburg, VA (Sample 3068198) | |
| DX0148 | | |

9

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

*Hernandez v. Knauf Plasterboard (Tianjin) Co., Ltd.*, Case No. 09-cv-6050 (E.D. La.)

Defendants Exhibit List

| DX# | Description | Admitted Y/N |
|---|---|---|
| DX0149 | Cross Section 14-Gauge Wire from 1008 Hollymeade Circle and "New" Wire | 3-19-10 |
| DX0150 | Wires from 8945 Ashington Way, Williamsburg, VA | |
| DX0151 | Wires from 1008 Hollymeade Circle, Newport News, VA | |
| DX0152 | Photo of Outlet 67 - Hot wire side - sheathing pulled back from 1219 Rue Degas, Mandeville (Sample 5283501) | 3-19-10 |
| DX0153 | Photo of Outlet 67 - Neutral wire side - sheathing pulled back from 1219 Rue Degas, Mandeville (Sample 5283501) | 3-19-10 |
| DX0154 | Photo of Switch E - Rocker Switch - Wire connection side - sheathing pulled back (Sample 3068396) | |
| DX0155 | Photo of Switch E - Rocker Switch, Ground wire connection side - sheathing pulled back (Sample 3068396) | |
| DX0156 | Image from Krantz Supplemental Report, Page 16 of 29, Top image | 3-19-10 |
| DX0157 | Cold Water Supply - copper pipe from 68034 Marion St., Mandeville (Sample 5283509) | 3-19-10 |
| DX0158 | Cold Water Supply SEM Images, copper pipe from 68034 Marion St., Mandeville (Sample 5283509) | 3-17-10 |
| DX0159 | Cold Water Supply, Copper Pipe (OD), SEM Image and X-ray Maps, from 68034 Marion St., Mandeville (Sample 5283509) | 3-19-10 |
| DX0160 | Cold Water Supply, Copper Pipe (ID), SEM Image and X-ray Maps from 68034 Marion St., Mandeville (Sample 5283509) | 3-19-10 |
| DX0161 | Cold Water Supply, Brazing (cross sectioned) from 68034 Marion St., Mandeville (Sample 5283509) | 3-19-10 |
| DX0162 | Copper Pipe and Brazing (cross sectioned) from 68034 Marion St., Mandeville (Sample 3068815) | |
| DX0163 | Copper Pipe and Brazing (cross sectioned), SEM Image and X-ray Maps from 68034 Marion St., Mandeville (Sample 3068815) | |
| DX0164 | Plumbing Type L from 115 Enclave Ct., Bradenton | 3-19-10 |
| DX0165 | Plumbing Type L from 115 Enclave Ct., Bradenton (Sample 5281142) | 3-19-10 |
| DX0166 | Cross Section - Plumbing Type L from 115 Enclave Ct., Bradenton (Sample 5281142) | 3-19-10 |
| DX0167 | Cross Section - Plumbing Type L from 115 Enclave Ct., Bradenton (Sample 5281142) | |

IN RE: CHINESE-MANUFACTURED:DRYWALL PRODUCTS LIABILITY LITIGATION
*Hernandez v. Knauf Plasterboard (Tianjin) Co., Ltd.*, Case No. 09-cv-6050 (E.D. La.)
Defendants Exhibit List

| DX# | Description | Admitted Y/N |
|---|---|---|
| DX0168 | Type K Plumbing from 115 Enclave Ct., Bradenton | |
| DX0169 | Type K Plumbing from 115 Enclave Ct., Bradenton (Sample 5281141) | 3-19-10 |
| DX0170 | Cross Section - Type K Plumbing from 115 Enclave Ct., Bradenton (Sample 5281141) | 3-19-10 |
| DX0171 | Cross Section - Type K Plumbing from 115 Enclave Ct., Bradenton (Sample 5281141) | 3-19-10 |
| DX0172 | SEM Image and X-ray Map of Brazing (cross sectioned) from 209 Rue Esplanade, Mandeville, LA (Sample 3068816) | |
| DX0173 | SEM Image and X-ray Map of Brazing (cross sectioned) from 209 Rue Esplanade, Mandeville, LA (Sample 3068817) | |
| DX0174 | Cross Section - "New" Plumbing Type K (Sample 3068744) | 3-19-10 |
| DX0175 | Cross Section - "New" Plumbing Type K (Sample 3068744) | 3-19-10 |
| DX0176 | Cross Section - "New" Plumbing Type L (Sample 3068743) | |
| DX0177 | Cross Section - "New" Plumbing Type L (Sample 3068743) | |
| DX0178 | Copper Reactivity Coupon Assessment, Port St. Lucie, FL (14 Day Coupons Collected 6/23/09; 30 Day coupons Collected 7/9/09) | 3-19-10 |
| DX0179 | Copper Reactivity Coupon Assessment, Port S. Lucie, Fl (14 Day Coupons Collected 7/23/09; 30 Day coupons Collected 8/9/09) | |
| DX0180 | Copper Coupon Prior to Exposure to H2S for 7 days - Daily condensation on the Surface of the Coupon | |
| DX0181 | Copper Coupon Exposed to 7- Day H2S Condensation Cycle | |
| DX0182 | Copper Coupon Exposed to 7-Day H2S condensation Cycle - SEM Image and X-ray maps of Surface Features | |
| DX0183 | XPS/ESCA Instructional Diagram | |
| DX0184 | Refrigerator Control Board from 68034 Marion St., Mandeville (Sample 3068824) | 3-19-10 |
| DX0185 | Contact on Refrigerator Control Board - BSE Image and EDS Spectrum (Sample 3068824) | |
| DX0186 | Burnout Site on Refrigerator Control Board - BSE Image and EDS Spectrum (Sample 3068824) | |
| DX0187 | Burnout Site on Refrigerator Control Board - BSE Image and EDS Spectrum (Sample 3068824) | 3-19-10 |
| DX0188 | LED Surface on Refrigerator Control Board- BSE Image and EDS Spectrum (Sample | |

IN RE: CHINESE-MANUFACTURED:DRYWALL PRODUCTS LIABILITY LITIGATION
*Hernandez v. Knauf Plasterboard (Tianjin) Co., Ltd.*, Case No. 09-cv-6050 (E.D. La.)
Defendants Exhibit List

| DX# | Description | Admitted Y/N |
|---|---|---|
| DX0189 | 3068824) | |
| DX0190 | Video of repair work at 209 Rue Esplanade in Mandeville, LA taken on February 25-26, 2010 | |
| DX0191 | | |
| DX0192 | Average Monthly Humidity and Temperature for New Orleans, LA | |
| DX0193 | "Agreement to purchase or sell, Anthony Marino," dated March 29, 2005 | 3-16-10 |
| DX0194 | "Agreement to purchase or sell, Anthony Marino," dated November 29, 2005 | 3-16-10 |
| DX0195 | Photographs from Hernandez house | |
| DX0196 | Invoice from Bronz-Glow Technologies, Inc, dated July 29, 2009 | 3-16-10 |
| DX0197 | Driskill Environmental Consultants, LLC, Preliminary Inspection Report, dated August 29, 2009 | |
| DX0198 | Series of e-mails and attachments from Tatum Hernandez | |
| DX0199 | Series of e-mails and letters between Tatum Hernandez and politicians and federal and state agencies | |
| DX0200 | Atmosphere Movers, Inc., estimate dated January 26, 2010 | |
| DX0201 | E-mail from Debbie Dreyer to Tatum Hernandez dated February 12, 2010 | |
| DX0202 | Appraisal of Real Property dated July 21, 2006 for the Marion Street Property | |
| DX0203 | Uniform Residential Appraisal Report dated February 19, 2009 | |
| DX0204 | Bankers Insurance Group Declarations Page, dated July 6, 2009 | |
| DX0205 | E-mail from Shana Toole at CPSC to Tatum Hernandez dated July 16, 2010 | |
| DX0206 | Perricone CV | 3-19-10 |
| DX0207 | Lee CV | |
| DX0208 | Byler CV | 3-17-10 |
| DX0209 | Carruba CV | |
| DX0210 | Roddewig CV | 3-16-10 |
| DX0211 | Goad CV | |
| DX0212 | Repair Protocol for Hernandez House | 3-18-10 |
| DX0213 | Renovation Cost Estimate for Hernandez House | 3-17-10 |
| DX0214 | Bruce's Plumbing, Inc. Scope of Work in Repair Protocol for Hernandez House | 3-18-10 |
| | Benchmark Custom Builders II, Inc. Remediation Cost Estimate for Hernandez House | 3-17-10 |



IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION
*Hernandez v. Knauf Plasterboard (Tianjin) Co., Ltd.*, Case No. 09-cv-6050 (E.D. La.)
Defendants Exhibit List

| DX# | Description | Admitted Y/N |
|---|---|---|
| DX0215 | GraciHart Electric Inspection Report of Hernandez House | 3-17-10 |
| DX0216 | Photograph of corroded wire temperature testing | |
| DX0217 | Photograph of harvested outlet from 68034 Marion Street used in ground wire temperature testing | 3-17-10 |
| DX0218 | Photograph of harvested outlet from 68034 Marion Street used in ground wire temperature testing | 3-17-10 |
| DX0219 | Photograph of corroded wire temperature testing | |
| DX0220 | Photograph of corroded wire testing | |
| DX0221 | Declaration of Dr. Richard J. Roddewig | |
| DX0222 | ASTM B-837-97, Standard Practice for Conducting Mixed Flowing Gas (MPG) Environmental Tests | 3-16-10 |
| DX0223 | ASTM D257-99, Standard Test Methods For DC Resistance or Conductance of Insulating Materials | 3-19-10 |
| DX0224 | ASTM D-1828 Standard Method for Copper Strip Corrosion by Liquefied Petroleum (LP) Gases | 3-19-10 |
| DX0225 | ASTM E- 995-04, Standard Guide for Background Subtraction Techniques in Auger Electron Spectroscopy and X-ray Photoelectron Spetoroscopy | 3-19-10 |
| DX0226 | ASTM E-1388-05, Standard Practice for Sampling of Head Space Vapors from Fire Debris Samples | 3-19-10 |
| DX0227 | ASTM E-1636-04, Standard Practice for Analytically Describing Sputter-Depth-Profile Interface Data by an Extended Logistic Function | 3-19-10 |
| DX0228 | ASM Handbook, Volume 13A, Corrosion Fundamentals, Testing, and Protection, 2003 | |
| DX0229 | Metals Handbook, Second Edition, edited by J.R. Davis, 1998, p. 516 | |
| DX0230 | SEMI F60-0306, Test Method for ESCA Evaluation of Surface Composition of Wetted Surfaces of Passivated 316L Stainless Steel Components, 2006 | 3-19-10 |
| DX0231 | SEM and EDS images of circuit breaker from Hernandez house | |
| DX0232 | Rutila photograph of set line DAR_2010_02_23_IMG0387 | 3-15-10 |
| DX0233 | An Appraisal In Summary Format Of A Single Family Dwelling Located At 68034 Marion Street, Mandeville, Louisiana 70471, By P.M. McEnery, MAI | |
| DX0234 | Rutila photograph of circuit breaker IMG 0461 | 3-15-10 |

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

*Hernandez v. Knauf Plasterboard (Tianjin) Co., Ltd.*, Case No. 09-cv-6050 (E.D. La.)

Defendants Exhibit List

| DX# | Description | Admitted Y/N |
|---|---|---|
| DX0235 | Rutila photograph of water heater IMG 0377 | 3-15-10 |
| DX0236 | Physical sample of Outlet 43 introduced at Beyler trial deposition to be brought to Court | 3-17-10 |
| | Additional reliance material or exhibits that may be identified during depositions of experts that have not yet occurred as of the date of this exhibit list | |
| | All of Plaintiffs' Expert Reports | |
| | All trial exhibits identified by Plaintiffs including any listed in Plaintiffs' expert reports | |
| | All documents used for impeachment purposes | |
| | All discovery responses by Plaintiffs and any other party to the Multi-District Litigation | |
| | KPT reserves the right to add or amend exhibits to this list based upon new documents, information or data not previously produced by any other party in discovery or as a result of any pre-trial order issued by this Court | |
| DX-237 | Cavalier Renovation Cost Estimate | 3-18-10 |
| DX-239 | 2006 International Residential Code for One + Two Family Dwellings | 3-17-10 |
| DX-240 | 2008 National Electrical Code | 3-17-10 |