UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL            MDL NO. 09-2047
PRODUCTS LIABILITY LITIGATION

                   SECTION L
                   JUDGE FALLON
                   MG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

*Sean and Beth Payton, et al v. Knauf Gips KG, et al.,*
Case No. 09-7628
_____/

## NOTICE OF LIMITED APPEARANCE

  PLEASE TAKE NOTICE that the law firm of Sachs Sax Caplan hereby enters its limited appearance as counsel of record for the Defendant, STONEBROOK ESTATES, INC.  This Limited Notice of Appearance is being made, and is expressly subject to and without waiver of, any and all objections to venue, service of process and/or jurisdiction. However, please direct all future pleadings and correspondence to the undersigned.

## CERTIFICATE OF SERVICE

  **I HEREBY CERTIFY** that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 22nd day of March, 2010.

            SACHS SAX CAPLAN
            Attorneys for Defendant, Stonebrook Estates, Inc.
            6111 Broken Sound Parkway NW, Suite 200
            Boca Raton, Florida 33487
            Tele: (561) 994-4499
            Fax: (561) 994-4985

            By: /s/ Brett A. Duker
              Lysa M. Friedlieb
              Florida Bar No. 898538
              lfriedlieb@ssclawfirm.com
              Brett A. Duker
              Florida Bar No. 0021609
              bduker@ssclawfirm.com