Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  101729-0078

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Oakbrook Building and Design, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

---

**State of:** _Florida_ ) ss.
**County of:** _Palm Beach_

**Name of Server:** _Jonathan Levy_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _3_ day of _February_, 20 _09_, at _10:00_ o'clock _a_ M

**Place of Service:** at _6751 North Federal Highway, Ste. 301_, in _Boca Raton, FL  33496_

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Oakbrook Building and Design, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Jane Doe" accepted service for Jeff Levine_ _Registered Agent_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _Brown_ ; Facial Hair _____
Approx. Age _35_ ; Approx. Height _5'6"_ ; Approx. Weight _140_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this _6_ day of _February_, 20_10_

_____
Signature of Server

**APS International, Ltd.**

_____
Notary Public         (Commission Expires)