Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0281

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Nathanial Crump
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _LOUISIANA_ ) ss.
Parish of: _LIVINGSTON_ )

**Name of Server:** _CAROL CASSISA_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _6th_ day of _FEBRUARY_, 20_10_, at _2:10_ o'clock _P_ M

**Place of Service:** at _2927 Plank Road_, in _Baton Rouge, LA  70805_

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Nathanial Crump**
By delivering them into the hands of an officer or managing agent whose name and title is: _Ms. Wanda Crump, Owner_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _Black_ ; Hair Color _Black_ ; Facial Hair _N/A_
Approx. Age _42yr_ ; Approx. Height _5'4"_ ; Approx. Weight _140 lbs_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Carol Cassisa_
Signature of Server

Subscribed and sworn to before me this _6TH_ day of _February_, 20_10_

_James Galladon_  4/29/13
Notary Public    (Commission Expires)

**APS International, Ltd.**