UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEAN AND BETH PAYTON, individually, and on behalf of all others similarly situated, | CASE NO.: 2:09cv-07628 |
| Plaintiffs, | |
| v. | CLASS ACTION COMPLAINT |
| KNAUF GIPS KG; KNAUF PLASTERBOARD (TIANJIN) CO., LTD.; KNAUF PLASTERBOARD (WUHU), CO., LTD.; KNAUF PLASTERBOARD (DONGGUAN) CO., LTD.; et al. | JURY TRIAL DEMAND |
| Defendants. _____/ | |

## AFFIDAVIT OF JEFFREY M. COOPER

STATE OF FLORIDA

COUNTY OF SARASOTA

BEFORE ME, the undersigned authority, personally appeared Jeffrey M. Cooper, who, being first duly sworn, deposes and states as follows:

1. I, Jeffrey M. Cooper, am over the age of 18, and have personal knowledge of the matters stated herein or am otherwise relying on the business records of Taylor Morrison of Florida, Inc., Morrison Homes, Inc., n/k/a Taylor Morrison Services, Inc., and Taylor Woodrow Communities at Vasari, L.L.C.

2. I hold the position of Vice President for Taylor Morrison of Florida, Inc., Morrison Homes, Inc., n/k/a Taylor Morrison Services, Inc., and Taylor Woodrow Communities at Vasari, L.L.C. In that position, I am the custodian of business records, including the purchase contracts pertaining to the projects which are the subject of this

1

Exhibit "A"

action. As such, I have become familiar with the way each of the above listed entities stores and retrieves customer files for properties it sold in its West Florida Division.

3. Attached hereto as Exhibit "A" is a copy of the purchase contract between builder defendant, Morrison Homes, Inc., n/k/a Taylor Morrison Services, Inc., and plaintiffs in this matter, Grant and Kathryn Reid; Jason Herbert and Shanique Young; and Maria Hay and is which is identified in the complaint as the property subject to the plaintiffs' claims in this action.

4. Attached hereto as Exhibit "B" is a copy of the purchase contract between builder defendant, Morrison Homes, Inc., n/k/a Taylor Morrison Services, Inc., and Kimberly Ham for the property, commonly known as 3632 101st Avenue E., Parish, Florida 34219, and which plaintiffs, Dale and Beverly Dodge attest is now owned by them and which is identified in the complaint as the property subject to the plaintiffs' claims in this action.

5. Plaintiffs, Dale and Beverly Dodge, incorrectly list the builder defendant as Taylor Morrison of Florida, Inc., on Schedule "3" attached to the Complaint in this matter.

6. Attached hereto as Exhibit "C" is a copy of the purchase contract between builder defendant, Taylor Woodrow Communities at Vasari, L.L.C., and plaintiffs in this matter, Larry and Lourene Galvin; Robert Akers and Christina Carpenter; Allan W. and Christine A. Newmann; Patrick DiNitto and Hevanilson Magalhaes and which is identified in the complaint as the property subject to the plaintiffs' claims in this action

7. Plaintiffs, Patrick DiNitto and Hevanilson Magalhaes, incorrectly list the builder defendant as Taylor Morrison of Florida, Inc., on Schedule "3" attached to the

Complaint in this matter.

8. As record custodian for the aforementioned entities, I acknowledge that it is the customary and regularly-conducted business activity of each to create and maintain customer files containing, among other things, purchase contracts with buyers. These customer files and the contents therein, are made in the ordinary course of the entities business by persons with knowledge of the information therein at or near the time that such information is ascertained.

9. I verify that the documents attached hereto as Exhibit "A" are a true and correct copy of the purchase contracts between Morrison Homes, Inc., n/k/a Taylor Morrison Services, Inc., and plaintiffs in this matter, Grant and Kathryn Reid; Jason Herbert and Shanique Young; and Maria Hay, originals of which are maintained in the individual customer files.

10. I verify that the document attached hereto as Exhibit "B" is a true and correct copy of the purchase contract between Morrison Homes, Inc., n/k/a Taylor Morrison Services, Inc., and the original purchaser of the property commonly known as 3632 101st Avenue E., Parish, Florida 34219, and which plaintiffs, Dale and Beverly Dodge attest is now owned by them and identified in the complaint as the property subject to the plaintiffs' claims in this action.

11. I verify that the documents attached hereto as Exhibit "C" are a true and correct copy of the purchase contracts between Taylor Woodrow Communities at Vasari, L.L.C., and plaintiffs in this matter, Larry and Lourene Galvin; Robert Akers and Christina Carpenter; Allan W. and Christine A. Newmann; Patrick DiNitto and Hevanilson Magalhaes, originals of which are maintained in the individual customer

files.

      FURTHER AFFIANT SAYETH NAUGHT.

*[signature]*
Jeffrey M. Cooper

      SWORN TO AND SUBSCRIBED before me this 26th day of February, 2010, by Jeffrey M. Cooper, who is personally known to me or who produced Florida driver's license as identification and who did take an oath.

*[signature]* Patricia S. Brooks
NOTARY PUBLIC
Print name: Patricia S. Brooks
My commission expires: 8/26/2011

PATRICIA S. BROOKS
MY COMMISSION # DD 671552
EXPIRES: August 26, 2011
Bonded Thru Notary Public Underwriters

4