# EXHIBIT "A"

*Morrison Homes*

## TAMPA DIVISION

PURCHASER: <u>Grant Reid</u>          Home Phone <u>239-649-6396</u>     Work Phone

PURCHASER: <u>Kathryn  Reid</u>          Home Phone          Work Phone

MAILING ADDRESS: <u>554 Windsor Square #101, Naples, FL, 34104, US</u>

SELLER:     MORRISON HOMES, INC., d/b/a MORRISON HOMES
            12802 Tampa Oaks Boulevard, Suite 100, Temple Terrace, Florida 33637
            Sales Office Phone #   Sales Associate  <u>Vickie Houston</u>

PROPERTY: Lot  _/ 3 5_  Block   in section  phase
of (Platted Subdivision name)   which subdivision is also known as  <u>Crystal Lakes 45</u>
according to subdivision plat recorded in Plat Book, <u>4 / 7</u>   <u>) — | 4</u>
Page <u>5</u> of the public records of  <u>Manu.Cr.</u>
County, Florida, commonly known as  <u>TBD, Palmetto, FL,34221.</u>

| MODEL NAME: <u>Rothbury @ Crystal Lake</u> | | | BASE PRICE: | $ | 307,990.00 |
| MODEL NUMBER: <u>1383ROTHBU</u> | | | SITE PREMIUM: | $ | 6,000.00 |
| GARAGE SWING: Right (Left) | | | TOTAL BASE PRICE: | $ | 313,990.00 |
| (including site premium) | | | | | |
| EARNEST MONEY | $ | 20,000.00 | LENDER: | | |
| RECEIVED WITH CONTRACT | $ | 20,000.00 | LOAN APPROVAL : YES: ____ NO: <u>L</u> | | |
| REMAINING BALANCE | $ | 0.00 | | | |
| DUE DATE | | | | | |

### AGREEMENT

Upon execution by Seller of this Agreement, Seller agrees to sell to Purchaser and Purchaser agrees to buy from Seller the property described above on the terms and conditions stated in this Agreement.  The above purchase price is subject to changes via Addenda and/or Change Orders that are signed by both Purchaser(s) and Seller subsequent to execution of this Agreement and are made a part of this Agreement.

**1.   EARNEST MONEY**

At the time of signing this Agreement, Purchaser is placing on deposit Earnest Money in the amount indicated above which will be retained by the Seller until closing. The Remaining Balance, if any, shall be delivered to Seller no later than the date indicated above. The Earnest Money deposit will be applied against the Purchase Price or Closing Costs at the time of closing. If this transaction does not close, the Earnest Money deposit will be retained by the Seller or delivered to the Purchaser as provided in paragraph 19. THE PURCHASER OF A ONE-FAMILY OR TWO-FAMILY RESIDENTIAL DWELLING UNIT HAS THE RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10 PERCENT OF THE PURCHASE PRICE) DEPOSITED IN AN INTEREST BEARING ESCROW ACCOUNT. THIS RIGHT MAY BE WAIVED, IN WRITING, BY THE PURCHASER.  BY EXECUTION OF THIS AGREEMENT, PURCHASER (PURCHASER) WAIVES THIS RIGHT. Seller's minimum Earnest Money requirement is irrespective of Purchaser's obligation under their selected mortgage financing and Seller may credit to Purchaser any excess deposits, as permitted by the Purchaser's Lender, at closing.

**In the event the Purchaser is unwilling or unable to obtain a mortgage loan commitment from Morrison Financial Services of Florida, LLC or is paying cash, an additional five percent (5%) Earnest Money Deposit will be required (total of ten percent (10%) or if greater one-third (33%) of the collective total of all options selected in the Agreement. Such Earnest Money Deposit is to be paid to Seller not later than 5 days after demand, or 45 days from the Effective Date, whichever occurs first. In the case that the Home is substantially complete at the time of this Agreement, any additional required Earnest Money Deposit is to be paid by Purchaser not later than 5 business days from the Effective Date. In the event the Purchaser does not provide additional Earnest Money Deposit, as described hereinabove, such failure(s) shall constitute a default of the Agreement with no grace period or cure period for such default. In such event, Seller may terminate this Agreement without notice and be entitled to retain all deposits and sums paid by the Purchaser as liquidated damages and both parties shall be relieved of any further obligation and liability.**

**2.     Purchaser acknowledges Broker named below is the only broker to provide services in this transaction**
Real Estate Agent: <u>Pamela Wall</u> Real Estate Co: <u>Michael Saunders</u>

**3.   COMPLETION**

The home is estimated to be substantially completed within 180 days of the issuance of all permits required to construct the home and receipt of all approvals including those required by the community Homeowners Association and committees, except as otherwise amended in separate Addenda. Any projected completion dates estimated by the Seller are based upon local conditions and capabilities of the Seller and the date of any estimates is subject to change. Completion may be delayed by adverse weather, shortages of materials or labor, acts of God or other events beyond the control of the Seller. If closing is delayed more than ninety (90) days beyond the planned closing date set forth by Seller in writing to the Purchaser prior to closing. Purchaser shall have ten (10) days from the ninetieth (90) day to rescind this Agreement in writing and receive back the Earnest Money. If Purchaser does not rescind the Agreement within such ten-day period, the Agreement will remain in effect.  Seller shall not be responsible for any damage or loss suffered by Purchaser as a result of any delay in the closing of the house or change in the closing date.  In any event, and in accordance with the

_initials_

Sarasota
Date:   10/29/05
Time:   14:26:09
S#:   20012294
C#:   1121280

Interstate Land Sales Act, Seller shall complete the house within two (2) years of the date of this Agreement.

Prior to closing, on the date and time scheduled by the Seller, Seller will demonstrate the home to the Purchaser, at which time Purchaser will sign a statement listing any workmanship, material or installation items, which the Purchaser considers defective. If any item listed is actually defective based upon the construction standards set forthby the Seller and generally adhered to in the locality for similar property, Seller will correct those items. Seller shall use it'ssole discretion in the determination of an item as defective and the appearance of an item on the list does not constitute agreementby the Seller to correct the item. It is the intent of the Seller to correct items prior to closing. Purchaser agrees that the existence of any uncorrected items does not constitute grounds for deferring or imposing any conditions, including the escrow or holdback of any closing funds, upon closing. Only the Seller, at its sole discretion, may delay closing to complete items and in that event Purchaser shall continue to be responsible for personal living accommodations including moving and storage costs.

### 4.   FINANCING

This Agreement is contingent upon Purchaser obtaining a mortgage loan commitment ("Loan") from Morrison Financial Services of Florida, LLC., which is a separate entity from Morrison Homes, Inc., but is a partly owned by Morrison Homes, Inc. This is the only contingency of this Agreement, unless modified by separate addendum.  Purchaser may exercise this contingency by providing written notice of termination of this Agreement to Seller within 45 days of the date of this Agreement, after meeting the conditions specified below.  In order to exercise the contingency, Purchaser must demonstrate that Purchaser 1) applied for and paid all fees required for the application of the Loan within five (5) business days of the date of this Agreement, 2) diligently pursued approval of the Loan qualified for regardless of terms or conditions, 3) delivered any information requested by the lender within ten (10) days of request, and 4) was unable to obtain a loan commitment due to no fault of Purchaser.  If Purchaser satisfies the above conditions and exercises this contingency to terminate the Agreement, Seller shall return any deposit monies paid to the Seller less 1) the price of any contract options, professional services, real estate commissions or consulting fees, 2) governmental agency or proration fees for the request, submittal or receipt of applicable permits,and 3) a $250 contract processing fee, and both parties shall be relieved of further obligation or liability to the other  If the above conditions are not satisfied and the contingency exercised by Purchaser within 45 days, the contingency shall expire and be of no further effect.

Regardless of the above contingency, Purchaser may make financing application to any person or entity of Purchaser's choice.  However, approval of such application shall not be a contingency of this Aggreement, and such application shall have no effect on the sole contingency specified above.

### 5.   DEED

A General Warranty Deed will be provided to Purchaser conveying marketable title free and clear of encumbrances and exceptions other than exceptions as to 1) future taxes, 2) municipal services unit assessments, 3) covenants, restrictions, easements and utility agreements, of record or shown on the plat, 4) zoning and development order conditions, and 5) impact fee, water and wastewater assessments.  The lot will be assessed by the appropriate municipality for non-ad valorem water and wastewater capacity assessment unit.

### 6.   WARRANTY

Seller agrees to provide Purchaser with Morrison Homes Two-Year Blanket Warranty and a Ten Year Structural Warranty.  Purchaser acknowledges receipt of specimen copies of such warranties and a copy of The Little Purple Book, which outlines the material and workmanship standards applicable to the Morrison Homes Two-Year Blanket Warranty.  THE MORRISON HOMES TWO-YEAR BLANKET WARRANTY AND TEN-YEAR STRUCTURAL WARRANTY ARE ACCEPTED BY PURCHASER IN PLACE OF ALL OTHER WARRANTIES, EXPRESSED OR IMPLIED, WHETHER ARISING UNDER STATE LAW OR THE MAGNUSON-MOSS WARRANTY ACT, INCLUDING, BUT NOT LIMITED TO ALL IMPLIED WARRANTIES OF FITNESS, MERCHANTABILITY, OR HABITABILITY and Purchaser hereby waives all such implied or statutory warranties.

Purchaser agrees that Sellers sole responsibility after closing is to cover items under warranty as represented. Purchaser agrees that Seller shall not be responsible to compensate Purchaser in any manner unless otherwise contained herein and that in order for the Seller to maintain responsibility for the home warranty the Purchaser may experience some inconvenience and potential loss of income.  Purchaser agrees that irregularities in the fit and finish of materials used in the construction of the property are inherent and Seller is not bound to correct these conditions. The Purchaser agrees and acknowledges that sod, landscaping, bushes, shrubbery and trees are warranted for 45 days from the date of closing and replacement thereafter is the Purchasers sole responsibility.  Purchaser agrees that Sellers warranty on and the condition at installation for sod, landscaping, bushes, shrubberyand trees is predicated upon environmental conditions and restrictions imposed by controlling agencies, which often change from time to time, and that Seller, at its sole discretion may exclude or limit warranty on these items without notice to the Purchaser, anytime prior to closing. The Seller offers no warranties or representations regarding existing trees and natural foliage left on the lot and shall not be responsible at any time to care for, remove, prune, underbrush or otherwise address other than as required under Sellers ownership by governing law, code, ordinance or covenant.  Purchaser and Seller mutually agree these conditions to the warranty survive the closing.

FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSRUCTION AGAINST A CONTRACTOR, SUBCONTRACTOR, SUPPLIER OR DESIGN PROFESSIONAL FOR AN ALLEGED CONSTRUCTION DEFECT IN YOUR HOME, SIXTY DAYS BEFORE YOU FILE YOUR LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONAL A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR AND ANY SUBCONTRACTORS, SUPPLIERS, OR DESIGN PROFESSIONALS THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS.  YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR ANY SUBCONTRACTORS, SUPPLIERS, OR DESIGN PROFESSIONALS.  THERE ARE STRICT DEADLINES AND PROCEDURES UNDER FLORIDA LAW.

### 7.   STANDARD RADON GAS DISCLOSURE

Radon is a naturally occurring radioactive gas that, when it has accumulated in a building in sufficient quantities, may present health risks to persons who are exposed to it over time. Levels of radon that exceed federal and state guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from the county health unit.

initials

Purchaser, at Purchaser's expense, may arrange for a test for radon at the residence indicated above. Of necessity, the test will be conducted upon completion of the construction, and will delay the closing date while the test is being conducted and the results are being compiled. Seller agrees to make the residence available for such test, and will communicate to Purchaser the earliest possible date the residence can be available for the test. Seller agrees that if the results of said test indicate that levels of radon exist in the residence measuring 4.0 picocuries/liter or greater, Seller will perform the required construction techniques to mitigate the effect of said radon, and the cost of retest, at a total cost to Seller not to exceed $2,000.00.

**8.   INSULATION NOTICE**

In order to comply with the Federal Trade Commissions Regulation 10CFR 460, dealing with labeling and advertising of home insulation, Seller shall disclose to Purchasers in writing prior to closing the type, thickness and R-value of insulation installed inthe dwelling.

1. Purchaser has the right to a disclosure of the subject propertys energy efficiency rating (energy performance index).

2. Insulation will be or has been installed in the subject property as follows:
   a. All masonry exterior walls in the living area are insulated with Al Foil insulation, with a thickness of 1/2 inch. The thickness, according to the manufacturer, will yield an R-Value of 4.2.
   b. Exterior walls in the other rooms not on ground floor will be insulated with batted insulation with a thickness of 3 1/2 inches. The thickness, according to the manufacture will yieldan R-Value of 11.
   c. Flat ceilings in all areas will be insulated with blown insulation with a thickness of 10 inches. The thickness according to the manufacturer, will yield an R-Value of 30.
   d. Sloped ceilings will be insulated with batted insulation with a thickness of 12 inches. The thickness, according to the manufacturer, will yield and R-Value of 30.

3. Purchaser has not relied upon Sellers estimate of square foot of living space.

**9.   RECOVERY FUND**

You have certain rights under Florida law if you have suffered damages caused by a state-licensed contractor or a construction company with whom you have signed a contract. PAYMENT MAY BE AVAILABLE FROM THE CONSTRUCTION INDUSTRIES RECOVERY FUND IF YOU LOSE MONEY ON A PROJECT PERFORMED UNDER CONTRACT, WHERE THE LOSS RESULTS FROM SPECIFIED VIOLATIONS OF FLORIDA LAW BY A STATE-LICENSED CONTRACTOR, FOR INFORMATION ABOUT THE RECOVERY FUND AND FILING A CLAIM, CONTACT THE FLORIDA CONSTRUCTION INDUSTRY LICENSING BOARD AT THE FOLLOWING TELEPHONE NUMBER AND ADDRESS: 7980 Arlington Expressway, Suite 300, Jacksonville, FL. 32211-7457, Phone# (904) 359-6310.

**10.  SIGNATURE SELECTION**

Purchaser shall select interior decorating colors and other items from among the options offered by the Seller within fourteen (14) days from Purchaser's execution of this Agreement or the earliest date thereafter made available for an appointment by the Sellers Signature Selection Center. If Purchaser fails to comply with this condition then Seller, may at Sellers sole option make such selections or proceed with selection previously made by the Seller and adjust the closing date accordingly.

**11.  CHANGE ORDERS**

Seller retains the right, at is sole discretion, to reject any request for changes (**Change Order**) such as selections, options, upgrades, changes, and any additional items requested by the Purchaser subsequent to acceptance of the Agreement. Purchaser agrees that the Seller is not bound by any Change Order unless Seller executes the Change Order form and Purchaser verifies Sellers acceptance by receipt of a fully executed copy. Upon executing any change order increasing the purchase price of the home, the Purchaser agrees to increase the **Earnest Money Deposit** to the minimum **Earnest Money Deposit** set forth by the Seller or at least five (**5%**) percent of the contract price or one-third (**33%**) of the collective total of all options selected in the Agreement, exclusive of lot premiums, standard bonus room options, standard interior room configuration options and standard front elevation options, whichever is greater

Following the date of the Purchase and Sale Agreement, Purchaser may not make major structural changes. which include but are not limited to: a) changes affecting the foundation, roof trusses or load bearing walls, b) moving, changing, adding/deleting windows or exterior doors, c) plumbing i.e. hose bibs, bidets, laundry tubs, etc, d) changes to lot layout, location of the home on the lot or reverse power location, e) architectural changes relocating interior walls, adding fireplaces, etc., f) electrical changes that must be shown on the plans, g) HVAC changes that effect energy calculations i.e. zoning, upgraded seer ratings. Major structural changes should be considered before signing this Agreement. After the Owner Orientation Meeting, or issuance of a Building Permit, whichever occurs last, all other approved changes requested will require a $250 processing fee. Any approved changes after the application for building permit, and any other changes after the Owner Orientation Meeting could delay the completion date and additional fees in accordance with Paragraph 16. CLOSING.

**12.  JOB SITE ACCESS**

Prior to closing, Purchaser may not enter the Property without Sellers consent. Any entry on the Property by Purchaser shall be at Purchaser's own risk. Purchaser waives any and all claims against the Seller for any injury or loss resulting from such entry by Purchaser or any other person accompanying Purchaser, Purchaser hereby indemnifies Seller from and against any claims arising out of or in connection with any such entry. Purchaser may not store any goods or possessions on the Property prior to closing. Purchaser agrees not to perform or cause any work to be performed on the Property prior to closing without the written approval of Seller. Purchaser agrees that the selection, supervision and scheduling of work forces is the sole responsibly of Seller. Purchaser agrees to not interfere with or attempt to direct the activities of such work forces.

**13.  MODELS AND PLANS**

Sellers model homes are designed to show the quality and craftsmanship which will be utilized in the construction of the home. The home will be similar to but may not be exactly the same as the model and or drawings, renderings or plans viewed as examples by Purchaser. Seller reserves the right to make slight modifications to the size and design of the floor plans of the home and to substitute materials, fixtures, equipment and appliance of

 initials

Sarasota
Date.   10/29/05
Time:   14:26:09
S#:   20012294
C#:   1121280

substantially equal quality and value as those utilized in the model homes or those specified in the plans and specifications. All model, plans, and design for the home shall be subject to state laws, local ordinances and binding provisions of the subdivision deed restrictions and architectural review provisions. Due to the interactions of these legal requirements, Seller may not be permitted to build the exact model, plan or features initially selected by Purchaser. If the initial selections by Purchaser can not be constructed for these reasons, Seller shall consult with Purchaser for the selection of equivalent options, which can be permitted and built. Purchaser and Seller agree that the Purchase Price shall be adjusted for any increase or decrease resulting from the new model, plan or options selection. However, if the nearest equivalent option cannot be constructed without an increase of five percent or more of the purchase price, elimination of an interior room, or a decrease of five percent or more in square footage, Purchaser may elect to terminate this Agreement, have the return of its Deposit, and neither party shall have further liability to the other.

**14.  LOTS**

Each lot is unique in its size, shape and drainage characteristics. Purchaser understands and agrees that the size of the lot, the exact location of sidewalks and driveways (if any), and the drainage patterns of their lot will differ from the model home plans, drawings or renderings they have examined. Seller, at its sole discretion will determine placement of the home on the lot including positioning, preservation, removal and pruning of trees and natural landscape. It is difficult for the Seller to accurately determine in advance whether all plans and, or options fit each unique lot. Therefore, Seller may notify Purchaser anytime subsequent to acceptance of this agreement after the Surveyor has accurately determined dimensions, that the home and, or options selected may not suitably fit on the lot. In that event, Purchaser may select another plan, lot, or delete options by Change Order and the contract amount will be adjusted according to the Sellers then current price. If the Purchaser is unable to make other suitable selections, Purchaser may request a termination and refund of the Earnest Money.

**15.  REAL ESTATE TAXES / HOMEOWNERS ASSOCIATION DUES / ASSESSMENTS**

Real Estate Taxes and similar governmental assessments, including, if applicable, community development district assessments, and homeowners association dues (if any) for the year of closing will be prorated through the date of closing based on the latest available assessment information. See the Community Development District Addendum, if applicable.

**PROPERTY TAX DISCLOSURE SUMMARY**

BUYER SHOULD NOT RELY ON THE SELLER'S CURRENT PROPERTY TAXES AS THE AMOUNT OF PROPERTY TAXES THAT THE BUYER MAY BE OBLIGATED TO PAY IN THE YEAR SUBSEQUENT TO PURCHASE. A CHANGE OF OWNERSHIP OR PROPERTY IMPROVEMENTS TRIGGERS REASSESSMENTS OF THE PROPERTY THAT COULD RESULT IN HIGHER PROPERTY TAXES. IF YOU HAVE ANY QUESTIONS CONCERNING VALUATION, CONTACT THE COUNTY PROPERTY APPRAISER'S OFFICE FOR INFORMATION.

**16.  CLOSING**

Purchaser agrees that the closing of this sale will be held at the office of the selected title company on the date and time set by the Seller.  Purchaser agrees to close accordingly, and under no circumstance will this be later than seven (7) days after the issuance of a certificate of occupancy unless so determined by the Seller. At closing, Purchaser shall (a) pay any funds due Seller at closing by cashiers check: (b) make, execute and deliver all documents, mortgages, notes, or other instruments required to close this transaction: (c) satisfy all requirements of any mortgage lender, if applicable; (d) pay necessary closing costs and prepaid expenses as detailed in the Morrison Homes Finance Addendum and, or Cash Addendum. If Purchasers are not ready, willing and able to close the purchase of the Property on the date set by Seller following substantial completion, as defined by the issuance of a certificate of occupancy and after satisfaction of Paragraph 4. Financing contained herein, the Seller may terminate this Agreement without notice and be entitled to retain all deposits and sums paid by the Purchaser as liquidated damages and both parties shall be relieved of any further obligation and liability.

The Purchaser agrees to pay the Seller, without further modification or addenda, the sum of $250 per day for any delays to closing for which the Purchaser is responsible, including but not limited to delays for Change Orders. Except as may be required by the FHA or VA, no portion of the Purchase Price may be withheld from Seller or deposited in escrow, on account of incomplete work upon the property at the time of closing Purchaser agrees that Seller may cause sufficient funds be placed in escrow for the cost to complete a pool and accessories, if applicable, and the Purchaser will execute the necessary instruments to close the sale as contained herein in this event. Seller agrees to complete all such work as soon after closing as is reasonably possible.

Contract Administration Fee. In addition to any other amounts due pursuant to this Agreement, Seller may charge Purchaser a Contract Administration Fee of Four Hundred Fifty Dollars ($450). The Contract Administration Fee shall be due to Seller only at Closing, but is related solely to Seller's contract administration prior to closing, and is not a closing-related expense or title-related expense.

**17.  EVIDENCE OF TITLE**

At closing, the Seller shall provide Purchaser with a Title Insurance Commitment issued by a Florida licensed title insurer agreeing to issue to Purchaser, upon recording of the deed to Purchaser, an owners policy of title insurance in the amount of the purchase price, insuring Purchasers title to the real property, subject only to the items listed in paragraph 5 and those which shall be discharged by Morrison at or before closing.

**18.  MERGER**

Purchaser acknowledges that Seller may have provided Purchaser with information made available to Seller regarding the community and subdivision in which the Property is located, including but not limited to nearby amenities, educational facilities, natural areas, views, adjacent homes and development, and recreational facilities. Purchaser acknowledges that the planning, completion and availability of such items is completely beyond the control of Seller. The plans of developers, governments, and adjacent property owners may, and often do, change. Purchaser does not rely, in the entry into this Agreement, on the maintenance, construction or completion of any area other than the lot, which comprises the Property under this Agreement. This agreement contains the entire and only agreement between Seller and Purchaser with respect to the purchase of the property. There are no collateral or oral agreements or understandings. Seller shall not be bound by any statement, promise, condition or stipulation not specifically set forth in this Agreement. Purchaser agrees that no salesperson has any authority to make, and Purchaser has not relied on, any statement, agreements or

initials

Sarasota
Date:  10/29/05
Time:  14:26:09
S#:   20012294
C#:   1121280

representations that modify, add to or change the terms and conditions of this Agreement.

### 19. REMEDIES

If Purchaser fails to comply with the terms of this Agreement, Seller shall be entitled to terminate this Agreement, and receive all deposits as liquidated damages, as its sole remedy. Purchaser and Seller acknowledge and agree that the Deposit, any Additional Deposit and payment of options is a fair and reasonable estimate of the damages that Seller may incur due to Purchasers default and each party acknowledges that such damages would be impractical if not impossible to calculate and determine. Other than the recovery of the Deposit, Additional Deposit and payment options, Seller hereby waives all remedies with respect to a default related to Purchasers wrongful refusal to purchase the Property, including without limitation the right to enforce specific performance of this Contract or collect damages, whether direct, actual, special or consequential or otherwise. In the event that Seller shall fail to fully and timely perform any of its obligations hereunder, and such failure shall continue for ten (10) days following notice thereof from Purchaser, then Purchaser may, at its option, enforce specific performance of this contract, as its sole remedy, with the following exceptions. Should Seller fail to provide any item of construction required to be provided, Purchasers sole remedy against Seller will be to collect liquidated damages in an amount equal to Sellers cost for the item and for its installation had it been installed at the appropriate time during construction or in the case of options, non standard changes and upgrades, the price to Purchaser of the item. If Seller fails to deliver the house within two years from the date of this Agreement, Purchaser shall have all remedies at law and equity. Purchaser hereby waives all other remedies, with respect to a Sellers default, including without limitation, the right to collect special, incidental or consequential damages.

### 20. AGENCY DISCLOSURES

The Sales Associate representing Morrison Homes in this transaction is known as a Sellers Agent who is engaged by the acts as the agent for the Seller.

### 21. USE RESTRICTIONS

The Purchaser acknowledges that the Property is subject to the Declarations of Covenants, Conditions, and Restrictions and other recorded instruments of the community that result in certain restrictions and guidelines. By execution of this Agreement Purchaser acknowledges receipt of copies of the Declaration of Restrictions, Article of Incorporation of the Homeowners Association and By-Laws of the Homeowners Association for Crystal Lakes 45 (Community). Purchaser has been afforded the opportunity to read and understand these documents. Purchaser acknowledges that Purchase shall be subject to the terms and provisions of these documents, including but not limited to membership in the applicable Homeowner Association. As required by Section 720.601, Florida Statutes, the following disclosure summary is made:

DISCLOSURE SUMMARY FOR Crystal Lakes 45

The Purchaser acknowledges:

1. AS A PURCHASER OF PROPERTY IN THIS COMMUNITY, YOU WILL BE OBLIGATED TO BE A MEMBER OF A HOMEOWNERS' ASSOCIATION.

2. THERE HAVE BEEN OR WILL BE RECORDED RESTRICTIVE COVENANTS GOVERNING THE USE AND OCCUPANCY OF PROPERTIES IN THIS COMMINITY.

3. YOU WILL BE OBLIGATED TO PAY ASSESSMENTS TO THE ASSOCIATION. ASSESSMENTS MAY BE SUBJECT TO PERIODIC CHANGE. IF APPLICABLE, THE CURRENT AMOUNT IS $ TBD PER YEAR. YOU WILL ALSO BE OBLIGATED TO PAY ANY SPECIAL ASSESSMENTS IMPOSED BY THE ASSOCIATION. SUCH SPECIAL ASSESSMENTS MAY BE SUBJECT TO CHANGE. IF APPLICABLE, THE CURRENT AMOUNT IS $ TBD PER INITIAL CLOSING.

4. YOU MAY BE OBLIGATED TO PAY SPECIAL ASSESSMENTS TO THE RESPECTIVE MUNICIPALITY, COUNTY, OR SPECIAL DISTRICT. ALL ASSESSMENTS ARE SUBJECT TO PERIODIC CHANGE.

5. YOUR FAILURE TO PAY SPECIAL ASSESSMENTS OR ASSESSMENTS LEVIED BY A MANDATORY HOMEOWNERS' ASSOCIATION COULD RESULT IN A LIEN ON YOUR PROPERTY.

6. THERE MAY BE AN OBLIGATION TO PAY RENT OR LAND USE FEE FOR RECREATIONAL OR OTHER COMMONLY USED FACILITIES AS AN OBLIGATION OF MEMBERSHIP IN THE HOMEOWNERS' ASSOCIATION. IF APPLICABLE, THE CURRENT AMOUNT IS $ TBD PER TBD.

7. THE DEVELOPER MAY HAVE THE RIGHT TO AMEND THE RESTRICTIVE COVENANTS WITHOUT THE APPROVAL OF THE ASSOCIATION MEMBERSHIP OR THE APPROVAL OF THE PARCEL OWNERS.

8. THE STATEMENTS CONTAINED IN THIS DISCLOSURE FORM ARE ONLY SUMMARY IN NATURE, AND, AS A PROSPECTIVE PURCHASER, YOU SHOULD REFER TO THE COVENANTS AND THE ASSOCIATION GOVERNING DOCUMENTS BEBORE PURCHASING PROPERTY.

9. THESE DOCUMENTS ARE EITHER MATTERS OF PUBLIC RECORD AND CAN BE OBTAINED FROM THE RECORD OFFICE IN THE COUNTY WHERE THE PROPERTY IS LOCATED, OR ARE NOT RECORDED AND CAN BE OBTAINED FROM THE DEVELOPER.

IF THE DISCLOSURE SUMMARY REQUIRED BY SECTION 720.601, FLORIDA STATUTES, HAS NOT BEEN PROVIDED TO THE PROSPECTIVE PURCHASER BEFORE EXECUTING THIS CONTRACT FOR SALE, THIS CONTRACT IS VOIDABLE BY PURCHASER BY DELIVERING TO SELLER OR SELLER'S AGENT OR REPRESENTATIVE WRITTEN NOTICE OF THE PURCHASER'S INTENTION TO CANCEL WITHIN 3 DAYS AFTER RECEIPT OF THE DISCLOSURE SUMMARY OR PRIOR TO CLOSING, WHICHEVER OCCURS FIRST. ANY PURPORTED WAIVER OF THIS VOIDABILITY RIGHT HAS NO EFFECT. PURCHASER'S RIGHT TO VOID THIS CONTRACT SHALL TERMINATE AT CLOSING.

 initials

Sarasota
Date:   10/29/05
Time:   14:26:09
S#:     20012294
C#:     1121280

**Water/Wastewater Capacity Assessment::**   The property _____ HAS ___✓___ HAS NOT   been placed in a Water and/or Wastewater Capacity Assessment Unit by 4 ) \a ι, a  Ccc  County. This is a municipal services benefit unit assessment, which will appear on the homeowners yearly property tax bill from the  4 \a ι ս ι Ι ι ( County Tax Collector.

Purchaser should not execute the contract or agreement until they have read and understand the Disclosure Summary required by law.

22.   **REPRESENTATIONS OF PURCHASERS**

Purchasers represent and warrant that they have the financial ability to purchase the Property, with mortgage financing if a financing contingency is selected. This representation is a material inducement for Seller to enter into this Purchase and Sale Agreement and cease offering the Property to others. At any time during the term of this Agreement, Purchaser shall demonstrate to Seller one of the following items in writing, upon three business days demand by Seller: 1) possession and control of the amount of the Purchase Price in cash or liquid asset, or 2) a valid mortgage loan application which was received by a licensed mortgage broker within 5 days of the execution of this agreement, or 3) within 45 days of the date of execution of the Agreement, possession and control of the amount of a down payment and a pending application with licensed mortgage broker for the balance of the Purchase Price, or 4) after 45 days from the date of execution of the Agreement, a valid mortgage commitment from a licensed mortgage broker for the purchase  of the Property. If Purchaser fails to demonstrate one of the preceding items, Purchaser shall fail to be in compliance with this Agreement and Seller will retain the Earnest Money as liquidated damages.

23. **TERMINATION**

**At any time during the pendency of this Contract and prior to Closing, and for any reason whatsoever or no reason, Seller may elect to terminate this Contract by providing written notice of such termination to Purchaser together with a full refund of Purchaser's Earnest Money Deposit and the payment of the sum of Five Hundred Dollars ($500) as a termination fee and/or liquidated damages, and both parties shall be relieved of any further obligation and liability. This clause shall not be deemed mutual and by signing the Contract, the Purchaser hereby acknowledges, agrees, understands the right of the Seller granted by this provision, and agrees that this liquidated damage amount is reasonable and that the ascertainment of any actual damage would be, difficult or impossible.**

24.   **MISCELLANEOUS**

a.   This agreement may not be assigned.

b.   Whenever the context shall so require, the singular shall include the plural, the masculine gender shall include the feminine and neuter, and vice versa.

c.   This Agreement may not be amended or modified except in writing executed by both parties.

d.   If two or more persons are identified as Purchasers in this Agreement, any one of them shall have the right and authority to bind the other(s) in all matters relating to this Agreement.

e.   This Agreement is binding upon the Seller only when executed by a duly authorized agent of the Seller.  The authorized agents are the Division President, Vice President of Operations, Vice President of Finance, and Vice President of Construction.

f.   Neither this Agreement nor any memorandum thereof shall be recorded in the public records of the County or State in which property is located.  Any attempt to record this Agreement or any momorandum thereof shall be a material breach of this Agreement.

g.   Time is of the essence, in terms, conditions and provisions of this Agreement relating to time.

h.   If this Agreement is a rewrite, as noted on page 1, this Agreement supercedes all previous Agreements written between the parties.

i.   **If Morrison is acquiring the title to this lot for home construction under a lot sales agreement with a developer, then Purchase and Sale Agreement is contingent upon the actual completion of all subdivision improvements by the developer and conveyance of the lot by the developer to Morrison as agreed.  If completion and conveyance to Morrison does not occur, Morrison shall notify Purchasers who shall have the option of canceling this agreement or entering into a new  agreement for a  different available lot.**

j.   Without limiting the nature of any provision of the Agreement, the Purchaser specifically notes they have reviewed Paragraph (3) Completion, Paragraph (4) Financing, Paragraph (10) Signature Selections, Paragraph (11) Change Orders, Paragraph (13) Models and Plans, Paragraph, (16) Closing and Paragraph, (18) Merger, (22) Representations of Purchasers, and (23) Miscellaneous.

Purchaser acknowledges and represents that Purchaser has read this agreement and all addenda and exhibits attached to it.  Purchaser agrees to be bound by all its terms and conditions.  Purchaser acknowledges that Purchaser is not relying on any statement, promise or commitment not expressly set forth in this Agreement.  Oral representations shall not be relied upon, and are not a part of this agreement.

| | | |
|---|---|---|
| Vickie Houston   10/29/05 | Grant Reid   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 | 10-29-05 |
| Vickie Houston     Date | Grant Reid   SSN | Date |
| Authorized Agent   11/2/05 | Kathryn Reid   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 | 10-29-05 |
| Authorized Agent     Date | Kathryn Reid   SSN | Date |

*Morrison Homes*

**Tampa Division**
**Finance Addendum**

This Addendum is made this 29th day of OCT, 20___, to the Purchase and Sale Agreement between Morrison Homes, Inc. d/b/a Morr Homes (Seller) and _____ Katharyn _____ (Purchaser) dated _____

REAL ESTATE CERTIFICATION: The Seller, Borrower, Real Estate Broker or Agent involved in this transaction are certifying that the term the Purchase and Sale Agreement are true to the best of their knowledge and belief. Any other Agreement entered into by any of the follow parties must be fully disclosed and attached to the Purchase and Sale Agreement. The Seller, Borrower, Real Estate Broker or Agent fi understands that it is a federal crime punishable by fine or imprisonment or both to knowingly make any false statement concerning any of the abi facts as applicable under the provisions of Title 18, United States Code, Sections 1012 and 1014.

(Yes / No   Cash Transaction: Within five (5) business days from the date of this Agreement, Purchaser(s) shall provide Seller with proof of
(circle one) Purchasers' financial ability to close this sale, including providing Seller with verification of sufficient cash or funds. If Purchaser fa to so provide proof of financial responsibility satisfactory to Seller, Seller may terminate this Agreement and retain the Earnest Mon and any payments made for extras or upgrade items, as liquidated damages. After termination of this Agreement under this paragrap Seller and Purchaser will n ot h ave any further rights or obligations under this Agreement. Purchaser(s) have received a discount $ _____ instead of a closing cost contribution. Therefore, the Purchaser(s) are responsible for any and all closing costs includi but not limited to customary seller costs, stamps on the Deed, Owner's Title Insurance Policy, document preparation fees, and recordi: fees. This paragraph supercedes paragraph 4 of the Purchase and Sale Agreement.

Yes / No   Financed Transaction: This Agreement has a 45 day contingency for financing per paragraph 4 of the Purchase and Sale
(circle one) Agreement. When Purchaser(s) close with a loan issued through Morrison Financial Services, Seller shall, at Seller's expense and wit a Title Insurer of Seller's choice, 1) provide Purchaser with an Owner's Title Insurance Policy after closing and recording of the deed, 2 pay Owners and Mortgagee Title Policy fees and related title fees (collectively the "Total Title Costs"), and 3) if the Total Title Cost are less than $ _____, pay any and all additional closing costs of Purchaser up to a maximum of the difference between the Tota Title Costs and $ _____, with any additional closing costs in excess of this amount to be paid by Purchaser. When Purchaser(s close with a loan issued through a lender other than Morrison Financial Services, Seller will contribute a maximum of $ _____ toward closing costs, and Purchaser(s) shall pay all closing costs including but not limited to title insurance and related title services fees. Closing costs include but are not limited to customary seller fees, lender inspection fees, underwriting fees, recording fees, state taxes, stamps on the mortgage and deed, loan origination fees and discount points, MIP/PMI, VA funding fee, appraisal fees, credit reports fees, application fees, survey, termite inspections, Lender Title Insurance Policy and Owner's Title Insurance Policy. A ll prepaid expenses including escrows for real estate taxes, homeowner's insurance, interim interest on Purchaser's purchase money mortgage and Homeowners Association fees and capital contributions, if any, must be paid by Purchaser(s). The closing will occur with the Title Company o f S eller's c hoice at the l ocation o f t he Seller's choice. Purchaser(s) understands that any agreement to lock-in Purchaser(s) interest rate and loan terms must be determined between Purchaser and Purchaser's lender. Because of the unpredictability that sometimes exists during the building process which may result in delays of closing, Purchaser(s) shall not hold Seller responsible for any expired lock-in agreements. If Purchaser(s) locks-in an interest rate, Purchaser(s) does so at his/her own risk. Purchaser will furnish to any proposed lender(s) any credit information required in connection with the loan. If any lender to whom Purchaser submits a loan application refuses to make such loan, Purchaser agrees to submit an application to at least one other lender or lenders who may show an interest in making the loan. Purchaser further agrees to take all action necessary to comply with the requirements of the lender and to execute all instruments as may be necessary to close the loan.

Purchaser(s) hereby authorize Morrison Homes to investigate Purchasers' credit history and financial status and hereby authorize and instruct all banks, savings and loan associations, mutual funds and other financial institutions with which Purchasers have accounts to disclose to Morrison Homes the balances in such accounts and Purchasers further authorize and instruct all creditors to who Purchasers are indebted to d isclose t o M orrison H omes a ll i nformation r equested by M orrison H omes. A dditionally, P urchasers a uthorize any mortgage lender, banker, or broker with which Purchasers make application for a purchase money mortgage to disclose to Morrison Homes any information contained in Purchaser's loan application and any information concerning the status of the loan, processing, loan approval, or requirements Purchasers must satisfy for obtaining loan approval.

Yes / No   VA Financing: If Purchaser obtains VA Financing, then: It is expressly agreed that notwithstanding any other provisions of this
(circle one) contract, the Purchaser shall not incur any penalty by forfeiture of earnest money or otherwise be obligated to complete the purchase of the Property described herein, if the contract purchase price or cost exceeds the reasonable value of the Property established by the Veterans Administration. The Purchaser shall, however, have the privilege and option of proceeding with the consummation of this contract without regard to the amount of the reasonable value established by the Veterans Administration. If Purchaser elects to complete the purchase at a price in excess of the reasonable value established by VA, Purchaser shall pay such excess amount in cash from a source which Purchaser agrees to disclose to the VA and which Purchaser represents will not be from borrowed funds except as approved by VA. If VA reasonable value of the Property is less than the Sales Price, Seller may 1) reduce the Sales Price to an amount equal to the VA reasonable value and the parties to the sale shall close at such lower Sales Price with appropriate adjustments to the Purchase and Sales Agreement or 2) terminate the Agreement and return Purchasers earnest money deposit. Purchaser agrees to pay the VA funding fee, which may be financed by adding to the loan amount.

Yes / No   FHA Financing: If Purchaser is obtaining FHA financing: It is expressly agreed that notwithstanding any other provisions of
(circle one) this contract, the Purchaser shall not be obligated to complete the purchase of the Property described herein or to incur any penalty by forfeiture of earnest money deposits or otherwise unless the Lender has delivered to the Purchaser a written statement issued by the Federal Housing Commissioners or a Direct Endorsement lender setting forth the appraised value of the Property (excluding closing costs) of not less than $ _____ which statement the Lender hereby agrees to deliver to the Purchaser promptly after such appraised value statement is made available to the Lender. The Purchaser shall, however, have the privilege and option of proceeding with consummation of the contract without regard to the amount of the appraised valuation. THE APPRAISED VALUATION IS ARRIVED AT TO DETERMINE THE MAXIMUM MORTGAGE THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT WILL INSURE. HUD DOES NOT WARRANT THE VALUE OR THE CONDITION OF THE PROPERTY. THE PURCHASER SHALL SATISFY HIMSELF/HERSELF THAT THE PRICE AND CONDITION OF THE PROPERTY ARE ACCEPTABLE.

Paragraphs adjacent to "Yes   No" must be circled "Yes" to apply. This Addendum is not binding on Purchaser or Seller until executed by an Authorized Agent of Morrison Homes, Inc.

| | | | |
|---|---|---|---|
| _Katharyn S. Reid_ | 10·29·05 | _(signature)_ | 10.29.05 |
| Purchaser | Date | Purchaser | Date |
| _(signature)_ | 11/2/05 | | |
| Authorized Agent, Morrison Homes, Inc. | Date | | Revised 5/17/05  CBC028287 |

Shared Drive O ffice and Marketing\Sales Contract\Finance Addendum - Title Company of Choice

*Morrison Homes*

Sarasota
Date:   10/29/2005
Time:   14:26:09
S#:     20012294
C#:     1121280

**Tampa Division**

## Broker Addendum

This Addendum is made this 29th day of October, 2005  to the Purchase and
Sales Agreement between Morrison Homes, Inc.,d/b/a  Morrison Homes (Seller) and
Grant Reid & Kathryn Reid (Purchaser) dated 10/29/2005.
The parties agree as follows:

The Seller agrees to pay the broker shown below a commission of          3.000  percent.

The commission will be payable on the base home price plus elevation charge, excluding lot premium
and any options at the time that title to the home passes to the Purchaser and Seller receives payment
in full for the home. Broker will be entitled to the commission when the Purchase and Sale Agreement
described above actually closes by transfer of title.  If, for any reason, this sale is not closed and funded,
no commission will be due or payable.

This Addendum is not binding on Purchaser or Seller until executed by an Authorized Agent of Morrison
Homes, Inc.

Vickie Houston                                      Pamela Wall

**Morrison Homes Sales Associate**                 **Real Estate Agent**

Michael Saunders                                    1383-0153

**Brokerage Firm Name****                          **Job Number**

5100 Ocean Blvd
Siesta Key FL 34242

                                                    941-349-3444

**Brokerage Address (Optional)**                    **Brokerage Telephone (Optional)**

Authorized Agent                                    11/2/05
**Morrison Homes,  Inc.**                           **Date**

Pamela Wall
REALTOR

MICHAEL SAUNDERS & COMPANY

Licensed Real Estate Broker

5100 Ocean Blvd., Siesta Key, Sarasota, Florida 34242
941.349.3444 • FAX 941.349.4333 • 941.504.5019
E-Mail: PamelaWall@michaelsaunders.com
www.michaelsaunders.com

(Please do not staple)

### Addendum to Contract and Restrictive Covenant

As a material inducement for Seller to enter into this contract, Buyer hereby affirmatively warrants and covenants that (s)he intends to occupy the home residence to be constructed pursuant to this contract or reservation as her(his) primary or secondary (vacation) residence, plans to reside therein, and does not plan to lease or sublet such residence to any other person. This warranty and covenant is effective at the time of execution of the reservation and sales agreement and at the time of the closing of any transaction thereunder, and for a period of two years after closing. This warranty is made by Buyer to induce Seller to enter into the reservation or sales contract and is agreed by Buyer and Seller to be material to this reservation or sales contract and subsequent closing thereunder.

Any breach of this warranty is a material breach by Buyer of such reservation or sales agreement, and any such breach made by Buyer prior to Closing will entitle Seller to terminate this reservation or sales agreement and retain any deposit made by Buyer as liquidated damages, subject to the following exceptions that shall be deemed to constitute hardship situations under which Buyer may sell, lease, or otherwise transfer (collectively "Transfer") its right, title, and interest in the Property prior to two years after Closing: a Transfer resulting from the death of Buyer; a Transfer resulting from a decree of dissolution of marriage or legal separation or from a property settlement agreement incident to such decree; a Transfer by Buyer (where Buyer is not self-employed) necessary to accommodate a mandatory job transfer required by Buyer's employer; a Transfer by Buyer after the death of Buyer's spouse; or a Transfer which, in the sole judgment of Seller, constitutes a hardship situation consistent with the intentions of this Addendum. A Transfer by Buyer's spouse as a co-owner with Buyer to the Buyer, a Transfer by Buyer into a revocable inter vivo trust in which Buyer is beneficiary, or a Transfer, conveyance, pledge, assignment, or other hypothecation of the Property to secure the performance of an obligation, which transfer, conveyance, pledge, assignment or hypothecation will be released or re-conveyed upon the completion of such performance shall also be deemed an exception constituting a hardship situation under which Buyer may Transfer its right, title, and interest in the Property prior to two years after Closing, and the provisions of this Addendum shall continue in full force and effect after such transfer. Buyer agrees to provide further assurances and reasonable documentation of the truthfulness of this warranty at any time during the pendency of this reservation or sales agreement, until the transaction is terminated or closed.

Additionally, Buyer shall not assign this agreement, nor any rights herein, nor advertise, market, list for sale, sell, transfer, assign, gift or otherwise convey the Property, or any interest therein, for a period of two years after the date of closing. If Buyer shall breach this provision, or shall breach the warranty provided above during the first calendar year after closing, Buyer shall pay to Seller the greater of 1) any profit realized on the sale or transfer, or 2) Ten Thousand Dollars ($10,000), as liquidated damages; If Buyer shall breach this provision, or shall breach the warranty provided above during the second calendar year after closing, Buyer shall pay to Seller the greater of 1) 50% of any

profit realized on the sale or transfer, or 2) Twenty Thousand Dollars ($20,000), as liquidated damages

Buyer and Seller agree that the ascertainment of actual damages for such material breach either before or after closing, would be difficult or impossible, and agree to the amounts specified above as liquidated damages as reasonable and not a penalty.

The agreements made herein shall survive the closing of the purchase and sale transaction, and at the option of Seller, may be recorded in the public records of the county where the Property is located.

This warranty and covenant is intended to encumber, and Buyer and Seller do hereby encumber the real property described as Lot ____155____, Block _____ of Crystal Lake as shown on the map or plat thereof recorded at Plat Book ___47___, Page ___1-14___ of the public records of ___Manatee___ County, Florida. This warranty and covenant shall run with the land for its full term, and shall bind the heirs, successors and assigns of the parties hereto.


_Kathryn RS. Reid_                        __10-29-05__
Purchaser                                   Date


_____                __10.29.05__
Purchaser                                   Date


_Vickie Hawstin_                          __10/29/05__
Sales Associate                            Date
Morrison Homes


_____                __11/2/05__
Authorized Agent                           Date
Morrison Homes

*Morrison Homes*

Sarasota
Date: 10/29/05
Time: 14:25:09
S#: 20012294
C#: 1121280

## Limited Structural Change Disclosure Addendum

This Addendum is made this day 29th of October, 2005 , to the Purchase and Sale Agreement between Morrison Homes, Inc., (Seller) and Grant Reid & Kathryn Reid (Purchaser) dated 10/29/05.

The parties agree as follows:

As of this agreement date, the following changes cannot be made regardless of verbal or written representation, unless otherwise expressed clearly on the Job Initiation Order Addendum of your Purchase and Sale Agreement. These items directly impact the permitting process of your home and must be finalized now. They will not be approved at a later date.

- o  Total or living square footage

- o  Trusses or elevation

- o  Window or door location or size

- o  Plumbing location

- o  Load bearing walls

- o  Addition of Fireplaces

- o  Gas and/or Heating Ventilation and Air Conditioning

- o  Non load bearing walls or interior doors (Sarasota County Only)

- o  Garage Swing

A Signature Selection Meeting, for color selections, is required within 14 days of this agreement.

The undersigned Purchaser(s) hereby acknowledge that they are in receipt of a list of the standard options available on the Rothbury @ Crystal Lake plan, and agree to finalize all options, including colors, within 30 days of this agreement. We reserve the right to select colors in order to progress with contruction if these time frames are not met. *Low voltage, security, integrated wiring , and pools (if offered in specific neighborhood) need to be selected within 30 days.*

PURCHASER WILL NEED TO CONTACT: (Circle one)
AVC Home Theatre 727-443-5816          Ranger American 813-886-0211          Cable Link 813-874-1500

Some changes may not be allowable if the home has already started in the construction process. An Owners Orientation meeting will be scheduled by your Sales Associate and will include a review of all your requested changes and a review of the electrical layout of your home. Minor electrical additions ONLY will be allowed through a Change Order at that time. If this meeting is after the 30 day timeframe, a Late Change Order Fee of $250.00 will apply if any of the changes are approved.

An Owners Orientation meeting is scheduled for Dec 2 , 20 05 . This meeting will include a review of all your documented changes and a review of the electrical layout of your home. 3:00

Kathryn S. Reid

Purchaser

Purchaser

A Sur

Authorized Agent
Morrison Homes, Inc.
CBC028287

11/2/05

Date



# Morrison Homes®

## TWO YEAR BLANKET WARRANTY

Morrison Homes warrants your home to be free from defects in materials and workmanship for a period of two years from date of closing. If a defect occurs in any item covered by the Morrison Homes Two-Year Blanket Warranty, Morrison Homes will repair or replace the item to meet or exceed the Materials and Workmanship Standards found in *the little purple book*.

The Morrison Homes Two-Year Blanket Warranty is in addition to any warranty provided to you by a manufacturer of a product installed in your home. Morrison Homes will provide you with copies of all written warranties for consumer products installed in your home. Some of your manufacturers' warranties state that they are for one year. Morrison Homes, however, has secured agreements from most of our suppliers to extend their warranties to at least two years. If a manufacturer does not honor this commitment, Morrison Homes will. The Morrison Homes warranty is fully transferrable.

### Limitations and Exclusions

1. The Morrison Homes Two-Year Warranty will be interpreted in accordance with Morrison's Materials and Workmanship Standards, as set forth in *the little purple book*.

2. The Morrison Homes Blanket Warranty shall not apply to any defect, loss or damage caused or contributed to by:

   * The negligence of anyone besides Morrison Homes and its employees or subcontractors.
   * Changes or alterations to your home by anyone other than Morrison Homes and its employees or subcontractors.
   * Changes or alterations in grading and drainage around your home by anyone other than Morrison Homes and its employees or subcontractors.
   * Lack of proper maintenance and normal wear and tear.
   * Acts of God and extreme weather, including lightning, hurricanes, tornadoes, windstorms, hail, floods, mud slides, earthquakes, and wind-driven rain (unless Morrison Homes has failed to comply with applicable building codes, in which event the Morrison Homes Two-Year Blanket Warranty shall apply).

3. The Morrison Homes Two-Year Blanket Warranty applies only to your home. It does not extend to claims for consequential damages or bodily injury or to damage to personal property.

4. Except as set forth above and in connection with the Morrison Homes Ten-Year Limited Structural Warranty, Morrison Homes makes no other warranties, express or implied.

Stewart M. Cline, President

EXCLUSIVE WARRANTY

1283-153
Reid



*Morrison Homes*

## TEN-YEAR LIMITED STRUCTURAL WARRANTY

Morrison Homes warrants your home against a Major Structural Defect for a period of ten years from date of closing. A Major Structural Defect is a defect which causes actual physical damage to the load-bearing elements of your home, which damage is caused by the failure of such load-bearing elements and is sufficiently severe to make your home unsafe or uninhabitable.

**Limitations and Exclusions**

1. The Ten-Year Limited Structural Warranty shall not apply to any defect, loss or damage caused or contributed to by:

   - The negligence of anyone besides Morrison Homes and its employees or subcontractors.
   - Changes or alterations to your home by anyone other than Morrison Homes and its employees or subcontractors.
   - Changes or alterations in grading and drainage around your home by anyone other than Morrison Homes and its employees or subcontractors.
   - Lack of proper maintenance and normal wear and tear.
   - Acts of God and extreme weather, including lightning, hurricanes, tornadoes, windstorms, hail, floods, mud slides, earthquakes, and wind-driven rain (unless Morrison Homes has failed to comply with applicable building codes, in which event the Ten-Year Limited Structural Warranty shall apply).

2. The Ten-Year Limited Structural Warranty applies only to your home. It does not extend to claims for consequential damages or bodily injury or to damage to personal property.

3. The Ten-Year Limited Structural Warranty covers only the load-bearing elements of your home as defined in *the little purple book*. The Structural Warranty does not cover non-load-bearing walls, drywall, flooring or roofing, nor does it cover plumbing, electrical or mechanical systems. The Structural Warranty does not apply to outbuildings or structures such as swimming pools, driveways, walkways, patios, decks, walls, fences, or landscaping.

4. The obligations of Morrison Homes under the Ten-Year Limited Structural Warranty are limited to the final sales price of your home. The repair of a Major Structural Defect is limited to repair of damage to the load-bearing portions of your home which is necessary to restore load-bearing function. Morrison Homes is entitled to repair such damage or pay you the fair value of repair costs.

5. Except as set forth above and in connection with the Morrison Homes Two-Year Blanket Warranty, Morrison Homes makes no other warranty, express or implied.

**Complete Warranty in *the little purple book***

This Certificate is NOT a warranty, but merely evidences your warranty coverage as fully described in *the little purple book*. Please consult *the little purple book* for complete details and warranty claims procedures. The Morrison Homes warranty is fully transferrable.

Stewart M. Cline, President

2/98 BK

1283-1153
Reid

*Morrison Homes*

Sarasota
Date:   10/29/2005
Time:   14:26:09
S#:   20012294
C#:   1121280

## AFFILIATED BUSINESS ARRANGEMENT
## DISCLOSURE STATEMENT
## NOTICE

To:  Purchasers  
    Grant Reid  
    Kathryn Reid

Property Address:  
    TBD, Palmetto, FL 34221

From:  Morrison Homes, Inc.          Date: 10/29/2005

Re:  Morrison Financial Services of Florida, LLC

    This is to give you notice that Morrison Homes, Inc., has a business relationship with Morrison Financial Services of Florida, LLC ("Morrison Financial Services").  Morrison Homes Inc., holds an ownership interest in Morrison Financial Services of Florida, LLC.  Because of this relationship, this referral may provide Morrison Homes a financial or other benefit.

    Set forth is the estimated charge or range of charges by Morrison Financial Services.  You are not required to use Morrison Financial Services as a condition for purchase or settlement of the subject property.  THERE ARE FREQUENTLY OTHER SETTLEMENT SERVICE PROVIDERS AVAILABLE WITH SIMILAR SERVICES.  YOU ARE FREE TO SHOP AROUND TO DETERMINE THAT YOU ARE RECEIVING THE BEST SERVICES AND THE BEST RATE FOR THESE

| SERVICES: | CONVENTIONAL LOANS | FHA/VA LOANS |
|---|---|---|
| Application Fee | $370.00 | $0 |
| Appraisal Fee | $0 | $300 - $325 |
| Credit Report(each) | $0 | $50.00 |
| Tax Service Fee | $72.00 | $72.00 |
| Processing Fee | $275.00 | $275.00 |
| Administration Fee | $250.00 | $250.00 |
| Flood Certification | $14.00 | $14.00 |
| *Origination Fee | 0-1% of Loan Amt. | 0-1% of Loan Amt. |

*Borrower may choose rate with 0 origination or rates with origination and discount points.  
Morrison Financial Services may require the use of an attorney, credit reporting agency or real estate appraiser chosen to represent its interest.

ACKNOWLEDGEMENT:  
I/we have read this disclosure form, and understand that Morrison Homes is referring me/us to purchase the above  
Described settlement services from Morrison Financial Services  
Of Florida, LLC. And may receive a financial or other benefits as the result of this referral.

Acknowledged and executed this 29th day of October, 2005.

_____  
Purchaser

_____  
Purchaser

*Morrison Homes*

Sarasota
Date:   10/29/05
Time:   14:26:09
S#:     20012294
C#:     1121280

**Tampa Division**
**Lender Disclosure**

**Purchaser's Acknowledgement**

This Addendum is made this day 29th of October, 2005 to the Purchase and Sale Agreement between Morrison Homes, Inc., (Seller) and Grant Reid & Kathryn Reid (Purchaser) dated 10/29/05.

Purchaser agrees to have the following information provided to Morrison Homes, Inc. if Purchasers elect to obtain financing from a lender other than Morrison Financial Services, LLC.

Purchaser understands that failure to apply for a mortgage within five (5) business days from the date of the execution of the Purchase and Sale Agreement to Morison Financial Services, L.P. waives your right to a financing contingency per the Purchase and Sale Agreement. Purchaser further understands that obtaining financing with a lender other than Morrison Financial Services, L.P. may affect the closing cost contribution incentives per the separate Finance Addendum. In the event the Purchaser obtains a Government Loan, Morrison Homes may not contribute to Borrowers "non-allowable" fees.

Please note that per the Purchase and Sale Agreement, specifically paragraph 4, Purchaser is required to provide Morrison Homes with a commitment letter and a good faith estimate. This allows Morrison Homes the opportunity to review and insure that the lender fully understands the financial requirements per the Purchase and Sales Agreement.

In the event Purchaser elects not to obtain a loan through Morrison Financial Services, Inc. then Purchaser agrees to have the following information completed and returned to Morrison Homes, Inc. no later than 45 days prior to the estimated closing date. If the failure to return the below information is the cause of a delayed closing, the Purchaser will accept any and all penalties applicable per the Purchase and Sale Agreement..

_Kathryn RS. Read_                                    _10-29-05_
Purchaser                                              Date

                                                       _10.29.05_
Purchaser                                              Date

**Lender Acknowledgement**

Please be prepared to close upon the Seller's date, time and location. Failure to be prepared to close per the terms of the Purchase and Sale Agreement will result in financial loss to the Purchaser.

Lenders often have unique closing requirements. Failure to disclose your requirements to the seller does not relieve the Purchaser from liability associated with a delayed closing. Please note below any and all special requirements needed.

_____   Does the certificate of occupancy need to be delivered prior to closing, and if
         so, how many days?
_____   How many days notice do you need to close?
_____   Can appliances be purchased and installed after
         Closing? If so, which appliances? _____
_____   Will an Offsite Improvement Letter be required?
_____   Do you require a final survey prior to closing,
         and if so, how many days?
_____   We require the closing package to be delivered no
         later than two business days in advance of the
         closing date to insure timely disclosure to the
         Purchaser of the cash to close requirements. Is
         there any reason why you cannot fulfill this
         requirement?
         _____

_____   Other: _____
         _____
         _____

These items may be forwarded via fax to 813 910-3354 for contracts in the Tampa area or 941 371-7998 for contracts in the Sarasota/Manatee area.

We appreciate your efforts and look forward to a smooth closing and transition into your new Morrison Home!

CBC028287

*Morrison Homes*

## PRE-DEVELOPMENT DISCLOSURE

### Crystal Lakes

 1. Purchaser agrees and accepts that the Sellers' and Purchasers' obligations are contingent upon receiving and reviewing a recorded copy of the Restrictive Covenants governing the use and occupancy of properties in this community. These documents are currently being amended and restated.

 2. Purchaser understands that as a Purchaser in this community, you will be obligated to be a member of a Homeowners' Association. The amount of the obligation has not been determined at this time.

 3. Purchaser agrees and accepts Seller is not able to define right or left hand garage orientation for homesite selected until the electric company has completed installation of power on the homesite, however, the Purchaser will select the desired orientation at time of contract. If the actual power supply is opposite of the desired, **the Purchaser understands that a Change Order will be required to add the "Reverse Electrical Service" option to their sales order and that a fee of $750.00 will be assessed.**

4. Purchaser agrees and accepts Seller cannot provide an estimated time of construction completion for the home based on the current development stage of the property.

Kathryn S. Reid   10·29·05          10-29·05
Purchaser        Date         Purchaser        Date

Vickie Hardin   10/29/05.
Morrison Homes   Date
Sales Associate

CBC028287



Morrison Homes
Date: 02/07/06
Time: 13:43:41
Page: 1 / 1
S# 20012294
C#: 1121280

## CHANGE ORDER/ SPECIAL STIPULATIONS ADDENDUM

C.O # _____

ACCEPTED

APR 2 8 2006

**BUYER:** **Grant Reid**

**BUYER:** **Kathryn Reid**

**COMMUNITY:** **Crystal Lakes 45's**                                     **LOT:** 153

**HOUSE PLAN:** Rothbury @ Crystal Lake            **ELEVATION: ELEV-A**

**ADDRESS:**   7208 53rd Place East, Palmetto Fl. 34221

| Date | Add/ Del | Selection | Selection Description | Price Qty | Total |
|------|----------|-----------|----------------------|-----------|-------|
| | | | Carry Forward Total | | 324,849.00\ |
| | | | Change Order Fee | | 0.00 |
| | | **FLOORING** | | | |
| 02/07/06 | Add | Flooring for Zn 38 Lw Str Lndg | Level Ii Carpet | | Incl. |
| 02/07/06 | Del | Flooring for Zn 38 Lw Str Lndg | Level VI Carpet | -153.00  1 | -153.00 |
| 02/07/06 | Add | Flooring for Zone 38 Style | Weston Place | | |
| 02/07/06 | Del | Flooring for Zone 38 Style | | | |
| 02/07/06 | Add | Flooring for Zone 38 Color | Desert Shadow 741 | | |
| 02/07/06 | Del | Flooring for Zone 38 Color | | | |
| | | | Change Order Total | | -153.00\ |
| | | | Other | | |
| | | | New Contract Total | | 324,696.00\ |

Morrison Homes Sales Associate
(Signature shall not bind Morrison Homes until such time as the
Division President or other authorized divisional Manager signs.)

Morrison Homes Builder

Authorized Agent
Date: 5/4/06

Grant Reid                          2.23.06   Date

Kathryn Reid                       2-21-06   Date

Distribution Date _____
FILE_____ PRODUCTION_____ ATTORNEY_____
LENDER_____ SALES ✓ CO-OP_____ BUYER ✓

REC'D MAR 2 2 2006

*Morrison Homes*

**CHANGE ORDER/ SPECIAL STIPULATIONS**
**ADDENDUM**

Morrison Homes
Date: 03/22/06
Time: 16:50:27
Page: 1 / 1
S#  20012294
C#  1121280

C.O.# _____

**ACCEPTED**

APR 2 8 2006

**BUYER:** Grant Reid

**BUYER:** Kathryn Reid

**COMMUNITY:** Crystal Lakes 45's

**HOUSE PLAN:** Rothbury @ Crystal Lake

LOT: 153

ELEVATION: ELEV-A

**ADDRESS:** 7208 53rd Place East, Palmetto FL 34221

| Date | Add/ Del | Selection | Selection Description | Price Qty | Total |
|------|----------|-----------|----------------------|-----------|-------|
| | | | Carry Forward Total | | 324,696.00 |
| | | | Change Order Fee | | 0.00 |
| | | **FLOORING** | | | |
| 01/26/06 | Add | Flooring for Zn 38 Lw Str Lndg | Level VI Carpet | 153.00  1 | 153.00 |
| 01/26/06 | Del | Flooring for Zn 38 Lw Str Lndg | Level II Carpet | | Incl. |
| 01/26/06 | Add | Flooring for Zone 38 Style | | | |
| 01/26/06 | Del | Flooring for Zone 38 Style | Weston Place | | |
| 01/26/06 | Add | Flooring for Zone 38 Color | | | |
| 01/26/06 | Del | Flooring for Zone 38 Color | Desert Shadow 741 | | |
| | | | Change Order Total | | 153.00 |
| | | | Other | | |
| | | | New Contract Total | | 324,849.00 |

_____
Morrison Homes Sales Associate
(Signature shall not bind Morrison Homes until such time as the
Division President or other authorized divisional Manager signs.)

Morrison Homes Builder
Authorized Agent
Date: 5/4/06

Grant Reid                    3/31/06
                                Date
Kathryn Reid                  3-31-06
                                Date

Distribution Date _____
FILE_____ PRODUCTION_____ ATTORNEY_____
LENDER_____ SALES_____ CO-OP_____ BUYER_____

RECD APR 1 8 2006

*Morrison Homes*

## CHANGE ORDER/ SPECIAL STIPULATIONS
### ADDENDUM

Morrison Homes
Date: 12/13/05
Time: 11:32:11
Page: 1 / 1
S#: 20012294
C#: 1121280

**BUYER:**     **Grant Reid**          RECD DEC 2 7 2005          C.O.# _____

**BUYER:**     **Kathryn Reid**

**COMMUNITY:** **Crystal Lakes 45's**          **LOT:**

**HOUSE PLAN:** **Rothbury @ Crystal Lake**          **ELEVATION: ELEV-A**

**ADDRESS:**   **7208 53rd Place East, Palmetto FL 34221**

| Date | Add/ Del | Selection | Selection Description | Price | Qty | Total |
|------|----------|-----------|----------------------|-------|-----|-------|
| | | | Carry Forward Total | | | 323,526 00 |
| | | | Change Order Fee | | | 0.00 |
| | | **FLOORING** | | | | |
| 12/13/05 | Add | Carpet Pad | 1/2" 8LB Rebond Pad | 840.00 | 1 | 840.00 |
| 12/13/05 | Del | Carpet Pad | 7/16" 6LB Rebond Pad | | | Incl. |
| 12/13/05 | Add | Flooring for Zone 8 | Level III Tile - Diagonal | 647.00 | 1 | 647.00 |
| 12/13/05 | Del | Flooring for Zone 8 | Level III Tile - Straight | -317.00 | 1 | -317.00 |
| | | | Change Order Total | | | 1,170.00 |
| | | | Other | | | |
| | | | New Contract Total | | | 324,696.00 |

Morrison Homes Sales Associate
(Signature shall not bind Morrison Homes until such time as the
Division President or other authorized divisional Manager signs.)

Morrison Homes Builder

Authorized Agent
Date: 3/17/06

Grant Reid                     12-19-05   Date
Kathryn Reid                   12-19-05   Date

Distribution Date _____
FILE_____ PRODUCTION_____ ATTORNEY_____
LENDER_____ SALES ✓ CO-OP_____ BUYER_____



*Morrison Homes*

**CHANGE ORDER/ SPECIAL STIPULATIONS
ADDENDUM**

Morrison Homes
Date: 11/28/05
Time: 14:37:35
Page: 5 / 5
S#: 20012294
C#: 1121280

C.O.# _1_

| Date | Add/ Del | Selection | Selection Description | Price Qty | | Total |
|------|------|-----------|----------------------|-----------|---|-------|
| 11/28/05 | Add | Flooring for Zone 34 Style | Carapelli | | | |
| 11/28/05 | Add | Flooring for Zone 34 Color | Aged Pine 751 | | | |
| 11/28/05 | Add | Flooring for Zone 37 Stairs | Level VI Carpet | 308.00 | 1 | 308.00 |
| 11/28/05 | Del | Flooring for Zone 37 Stairs | Level II Carpet | | | Incl. |
| 11/28/05 | Add | Flooring for Zone 37 Style | Carapelli | | | |
| 11/28/05 | Add | Flooring for Zone 37 Color | Aged Pine 751 | | | |
| 11/28/05 | Add | Flooring for Zone 38 Style | Weston Place | | | |
| 11/28/05 | Add | Flooring for Zone 38 Color | Desert Shadow 741 | | | |
| 11/28/05 | Add | Flooring for Zn 39 Upr Str Lnd | Level VI Carpet | 322.00 | 1 | 322.00 |
| 11/28/05 | Del | Flooring for Zn 39 Upr Str Lnd | Level II Carpet | | | Incl. |
| 11/28/05 | Add | Flooring for Zone 39 Style | Carapelli | | | |
| 11/28/05 | Add | Flooring for Zone 39 Color | Aged Pine 751 | | | |

### LIGHTS

| Date | Add/ Del | Selection | Selection Description | Price Qty | | Total |
|------|------|-----------|----------------------|-----------|---|-------|
| 11/28/05 | Add | Dining Room Light Group | Group Two | | | |
| 11/28/05 | Del | Dining Room Light Group | Group One | | | Incl. |
| 11/28/05 | Add | Dining Room Light Fixture | KP-1-5001-5-69 Pewter | 37.00 | 1 | 37.00 |
| 11/28/05 | Del | Dining Room Light Fixture | KP-1-5005-5-69 Pewter | | | Incl. |
| 11/28/05 | Add | Foyer Lighting Group | Group Two | | | |
| 11/28/05 | Del | Foyer Lighting Group | Group One | | | Incl. |
| 11/28/05 | Add | Foyer Light Fixture Color | KP-6-508-3-69 Pewter | 20.00 | 1 | 20.00 |
| 11/28/05 | Del | Foyer Light Fixture Color | KP-6-507-2-69 Pewter | | | Incl. |
| 11/28/05 | Add | Bath Lighting Group Zone 2 | Group Two | | | |
| 11/28/05 | Del | Bath Lighting Group Zone 2 | Group One | | | Incl. |
| 11/28/05 | Add | Bath Light Fixture Zone 2 | KP-8-511-#-69 Pewter | 48.00 | 1 | 48 00 |
| 11/28/05 | Del | Bath Light Fixture Zone 2 | KP-8-512-#-69 Pewter | | | Incl. |
| 11/28/05 | Add | Bath Lighting Group Zone 6 | Group Two | | | |
| 11/28/05 | Del | Bath Lighting Group Zone 6 | Group One | | | Incl. |
| 11/28/05 | Add | Bath Light Fixture Zone 6 | KP-8-511-#-69 Pewter | 20.00 | 1 | 20.00 |
| 11/28/05 | Del | Bath Light Fixture Zone 6 | KP-8-512-#-69 Pewter | | | Incl. |

| | |
|---|---|
| Change Order Total | 7,407.00 |
| Other | |
| New Contract Total | 323,526.00 |

_____
Morrison Homes Sales Associate
(Signature shall not bind Morrison Homes until such time as the
Division President or other authorized divisional Manager signs.)

_____
Morrison Homes Builder

Authorized Agent
Date: _____

Grant Reid                    Date   11.28.05

Kathryn Reid                  Date   11-28-05

Distribution Date _____
FILE_____ PRODUCTION_____ ATTORNEY_____
LENDER_____ SALES____ CO-OP____ BUYER____

*Morrison Homes*

Morrison Homes
Date: 11/28/05
Time: 14:37.35
Page: 4 / 5
S#: 20012294
C#: 1121280

**CHANGE ORDER/ SPECIAL STIPULATIONS
ADDENDUM**

C.O.# _____

| Date | Add/ Del | Selection | Selection Description | Price | Qty | Total |
|------|----------|-----------|----------------------|-------|-----|-------|
| 11/28/05 | Del | Flooring for Zne 6 Powder Bath | Level I Tile - Straight | | | Incl. |
| 11/28/05 | Add | Flooring for Zone 6 Style | Barbados 18" x 18" | | | |
| 11/28/05 | Add | Flooring for Zone 6 Color | Noce W1343A | | | |
| 11/28/05 | Add | Floor Grout Color Zone 6 | Mushroom 135 | | | |
| 11/28/05 | Add | Flooring for Zone 7 Utility Rm | Level III Tile - Straight | 48.00 | 1 | 48.00 |
| 11/28/05 | Del | Flooring for Zone 7 Utility Rm | Level I Tile - Straight | | | Incl. |
| 11/28/05 | Add | Flooring for Zone 7 Style | Barbados 18" x 18" | | | |
| 11/28/05 | Add | Flooring for Zone 7 Color | Noce W1343A | | | |
| 11/28/05 | Add | Floor Grout Color Zone 7 | Mushroom 135 | | | |
| 11/28/05 | Add | Flooring for Zone 8 | Level III Tile - Straight | 317.00 | 1 | 317.00 |
| 11/28/05 | Del | Flooring for Zone 8 | Level I Tile - Straight | | | Incl. |
| 11/28/05 | Add | Flooring for Zone 8 Style | Barbados 18" x 18" | | | |
| 11/28/05 | Add | Flooring for Zone 8 Color | Noce W1343A | | | |
| 11/28/05 | Add | Floor Grout Color Zone 8 | Mushroom 135 | | | |
| 11/28/05 | Add | Flooring for Zone 9 Style | Weston Place | | | |
| 11/28/05 | Add | Flooring for Zone 9 Color | Desert Shadow 741 | | | |
| 11/28/05 | Add | Flooring for Zone 10 Style | Weston Place | | | |
| 11/28/05 | Add | Flooring for Zone 10 Color | Desert Shadow 741 | | | |
| 11/28/05 | Add | Flooring for Zone 11 Style | Weston Place | | | |
| 11/28/05 | Add | Flooring for Zone 11 Color | Desert Shadow 741 | | | |
| 11/28/05 | Add | Flooring for Zone 19 Hall | Level VI Carpet | 165.00 | 1 | 165.00 |
| 11/28/05 | Del | Flooring for Zone 19 Hall | Level II Carpet | | | Incl. |
| 11/28/05 | Add | Flooring for Zone 19 Style | Carapelli | | | |
| 11/28/05 | Add | Flooring for Zone 19 Color | Aged Pine 751 | | | |
| 11/28/05 | Add | Flooring for Zone 30 | Level VI Carpet | 469.00 | 1 | 469.00 |
| 11/28/05 | Del | Flooring for Zone 30 | Level II Carpet | | | Incl. |
| 11/28/05 | Add | Flooring for Zone 30 Style | Carapelli | | | |
| 11/28/05 | Add | Flooring for Zone 30 Color | Aged Pine 751 | | | |
| 11/28/05 | Add | Flooring Zone 31 M Bed Closet | Level VI Carpet | 165.00 | 1 | 165.00 |
| 11/28/05 | Del | Flooring Zone 31 M Bed Closet | Level II Carpet | | | Incl. |
| 11/28/05 | Add | Flooring for Zone 31 Style | Carapelli | | | |
| 11/28/05 | Add | Flooring for Zone 31 Color | Aged Pine 751 | | | |
| 11/28/05 | Add | Flooring for Zone 32 Bedroom 2 | Level VI Carpet | 305.00 | 1 | 305.00 |
| 11/28/05 | Del | Flooring for Zone 32 Bedroom 2 | Level II Carpet | | | Incl |
| 11/28/05 | Add | Flooring for Zone 32 Style | Carapelli | | | |
| 11/28/05 | Add | Flooring for Zone 32 Color | Aged Pine 751 | | | |
| 11/28/05 | Add | Flooring for Zone 33 Bedroom 3 | Level VI Carpet | 305.00 | 1 | 305.00 |
| 11/28/05 | Del | Flooring for Zone 33 Bedroom 3 | Level II Carpet | | | Incl. |
| 11/28/05 | Add | Flooring for Zone 33 Style | Carapelli | | | |
| 11/28/05 | Add | Flooring for Zone 33 Color | Aged Pine 751 | | | |
| 11/28/05 | Add | Flooring for Zone 34 Bedroom 4 | Level VI Carpet | 305.00 | 1 | 305.00 |
| 11/28/05 | Del | Flooring for Zone 34 Bedroom 4 | Level II Carpet | | | Incl. |

_____
Morrison Homes Sales Associate
(Signature shall not bind Morrison Homes until such time as the
Division President or other authorized divisional Manager signs.)

_____
Morrison Homes Builder

Authorized Agent
Date: _____

_____  11/28.05
Grant Reid                    Date

_____  11/28 05
Kathryn Reid                  Date

Distribution Date _____
FILE_____ PRODUCTION_____ ATTORNEY_____
LENDER_____ SALES_____ CO-OP_____ BUYER_____

*Morrison Homes*

## CHANGE ORDER/ SPECIAL STIPULATIONS
## ADDENDUM

Morrison Homes
Date: 11/28/05
Time: 14.37.35
Page: 3 / 5
S#: 20012294
C#: 1121280

C.O.# _____

| Date | Add/ Del | Selection | Selection Description | Price | Qty | Total |
|------|----------|-----------|----------------------|-------|-----|-------|
| 11/28/05 | Add | Number of Listello Types Zn 2 | 1 | | | |
| 11/28/05 | Add | Wall Listello Zone 2 Set 1 | LEVEL II PER LINEAR FOOT | 15.00 | 9 | 135.00 |
| 11/28/05 | Add | Wall Listello Zone 2 Sty Set 1 | BELLINI 3"X 8" | | | |
| 11/28/05 | Add | Wall Listello Zone 2 Clr Set 1 | Beige W4790 | | | |
| 11/28/05 | Add | Wall Listello Zone 2 Design | MASTER SHOWER | | | |
| 11/28/05 | Add | Zone 3 Cabinet Style | Fairfield Oak | | | |
| 11/28/05 | Add | Zone 3 Cab Mfr/Sz/Grd/Sty | ST TL I SFAIRO | | | |
| 11/28/05 | Add | Zone 3 Cabinet Color | Honey | | | |
| 11/28/05 | Add | Zone 3 Countertop Color | Almond Leather 2932-60 | | | |
| 11/28/05 | Add | Zone 3 Countertop Color | | | | |
| 11/28/05 | Del | Zone 3 Countertop Color | | | | |
| 11/28/05 | Add | Tub Wall Tile Style Zone 3 | Mercury 6x6 | | | |
| 11/28/05 | Add | Tub Wall Tile Color Zone 3 | White W6202 Matte | | | |
| 11/28/05 | Add | Zone 6 Cabinet Grade | Level II | | | |
| 11/28/05 | Del | Zone 6 Cabinet Grade | Level I | | | Incl. |
| 11/28/05 | Add | Zone 6 Cabinet Price | Stnd Timbrlk Level II | 59.00 | 1 | 59.00 |
| 11/28/05 | Del | Zone 6 Cabinet Price | Stnd Timbrlk Level I | | | |
| 11/28/05 | Add | Zone 6 Cabinet Style | Cascade Maple | | | |
| 11/28/05 | Add | Zone 6 Cab Mfr/Sz/Grd/Sty | ST TL II SCASCM | | | |
| 11/28/05 | Add | Zone 6 Cabinet Color | Spice | | | |
| 11/28/05 | Add | Zone 6 Countertop Color | Almond Leather 2932-60 | | | |
| 11/28/05 | Add | Zone 6 Sink | Sterling 19" 75020140 Biscuit | 25.00 | 1 | 25.00 |
| 11/28/05 | Del | Zone 6 Sink | Sterling 19" 75020140 White | | | Incl. |
| 11/28/05 | Add | Zone 6 Commode | Sterling Windham 402215 Bis | 25.00 | 1 | 25.00 |
| 11/28/05 | Del | Zone 6 Commode | Sterling Windham 402215 Wht | | | Incl. |

### FLOORING

| Date | Add/ Del | Selection | Selection Description | Price | Qty | Total |
|------|----------|-----------|----------------------|-------|-----|-------|
| 11/28/05 | Add | Flooring for Zone 1 Foyer | Level III Tile - Straight | 54.00 | 1 | 54.00 |
| 11/28/05 | Del | Flooring for Zone 1 Foyer | Level I Tile - Straight | | | Incl. |
| 11/28/05 | Add | Flooring for Zone 1 Style | Barbados 18" x 18" | | | |
| 11/28/05 | Add | Flooring for Zone 1 Color | Noce W1343A | | | |
| 11/28/05 | Add | Floor Grout Color Zone 1 | Mushroom 135 | | | |
| 11/28/05 | Add | Flooring for Zone 2 | Level II Tile - Straight | 52.00 | 1 | 52.00 |
| 11/28/05 | Del | Flooring for Zone 2 | Level I Tile - Straight | | | Incl. |
| 11/28/05 | Add | Flooring for Zone 2 Style | Bellini 16" x 16" | | | |
| 11/28/05 | Add | Flooring for Zone 2 Color | Beige W3076 | | | |
| 11/28/05 | Add | Floor Grout Color Zone 2 | Canvas 365 | | | |
| 11/28/05 | Add | Flooring for Zone 3 Style | Boveglio 12" x 12" | | | |
| 11/28/05 | Add | Flooring for Zone 3 Color | Taupe W1729 | | | |
| 11/28/05 | Add | Floor Grout Color Zone 3 | Haystack 380 | | | |
| 11/28/05 | Add | Flooring for Zne 6 Powder Bath | Level III Tile - Straight | 32.00 | 1 | 32.00 |

_____
Morrison Homes Sales Associate
(Signature shall not bind Morrison Homes until such time as the
Division President or other authorized divisional Manager signs.)

_____
Morrison Homes Builder

_____
Authorized Agent
Date: _____

_____   11.28.05
Grant Reid                Date
_____   11-28-05
Kathryn Reid              Date

Distribution Date _____
FILE_____ PRODUCTION_____ ATTORNEY_____
LENDER_____ SALES_____ CO-OP_____ BUYER_____

*Morrison Homes*

Morrison Homes
Date: 11/28/05
Time: 14:37:35
Page: 2 / 5
S#: 20012294
C#: 1121280

## CHANGE ORDER/ SPECIAL STIPULATIONS
## ADDENDUM

C.O.# _____

| Date | Add/ Del | Selection | Selection Description | Price | Qty | Total |
|------|------|-----------|----------------------|-------|-----|-------|
| 11/28/05 | Add | Kitchen Countertop Color | Sandstone | | | |
| 11/28/05 | Add | Kitchen Countertop Edge | Standard | | | |
| 11/28/05 | Add | Kitchen Countertop Edge Sty | S-1 Roundover | | | |
| 11/28/05 | Add | Kitchen Sink Clr | Stainless Steel | | | |
| 11/28/05 | Add | Dishwasher | Whirlpool GU2400XTKS | 300.00 | 1 | 300.00 |
| 11/28/05 | Del | Dishwasher | Whirlpool DU810SW | | | Incl. |
| 11/28/05 | Add | Dishwasher Color | Stainless Steel | | | |
| 11/28/05 | Add | Range | Whirlpool GR478LXS Elec | 212.00 | 1 | 212.00 |
| 11/28/05 | Del | Range | Whirlpool RF378LX Elec | | | Incl. |
| 11/28/05 | Add | Range Color | Stainless Steel | | | |
| 11/28/05 | Add | Over the Range Microwave | Whirlpool GH4155XS | 230.00 | 1 | 230.00 |
| 11/28/05 | Del | Over the Range Microwave | Whirlpool MH2155X | | | Incl. |
| 11/28/05 | Add | Over the Range Microwave Color | Stainless Steel | | | |

### BATHROOMS

| Date | Add/ Del | Selection | Selection Description | Price | Qty | Total |
|------|------|-----------|----------------------|-------|-----|-------|
| 11/28/05 | Add | Zone 2  Cabinet Grade | Level II | | | |
| 11/28/05 | Del | Zone 2  Cabinet Grade | Level I | | | Incl. |
| 11/28/05 | Add | Zone 2  Cabinet Price | Stnd Timbrlk Level II | 91.00 | 1 | 91.00 |
| 11/28/05 | Del | Zone 2  Cabinet Price | Stnd Timbrlk Level I | | | |
| 11/28/05 | Add | Zone 2  Cabinet Style | Cascade Maple 36" Height | | | |
| 11/28/05 | Add | Zone 2  Cab Mfr/Sz/Grd/Sty | ST TL II SCASCM | | | |
| 11/28/05 | Add | Zone 2  Cabinet Color | Spice | | | |
| 11/28/05 | Add | Zone 2 Countertop Color | Natural Tigris 4669-60 | | | |
| 11/28/05 | Add | Zone 2 Sink | Sterling 19" 75020140 Biscuit | 25.00 | 1 | 25.00 |
| 11/28/05 | Del | Zone 2 Sink | Sterling 19" 75020140 White | | | Incl. |
| 11/28/05 | Add | Addl Zone 2 Sink Price | Sterling 19" 75020140 Biscuit | | | |
| 11/28/05 | Del | Addl Zone 2 Sink Price | Sterling 19" 75020140 White | | | |
| 11/28/05 | Add | Addl Bth Plum Fixture Zn 2 Prc | Addl Chateau P.Chrome | | | |
| 11/28/05 | Del | Addl Bth Plum Fixture Zn 2 Prc | Addl Monticello Plshd Chrome | -169.00 | 1 | -169.00 |
| 11/28/05 | Add | Bath Plumbing Fixtures Zn 2Alt | Chateau Polished Chrome | | | |
| 11/28/05 | Del | Bath Plumbing Fixtures Zn 2Alt | Monticello Polished Chrome | | | Incl. |
| 11/28/05 | Add | Zone 2 Commode | Sterling Windham 402215 Bis | 25.00 | 1 | 25.00 |
| 11/28/05 | Del | Zone 2 Commode | Sterling Windham 402215 Wht | | | Incl. |
| 11/28/05 | Add | Zone 2 Tub | ICS 211 Bone | | | |
| 11/28/05 | Add | Shower Glass Style  Zone 2 | Clear | | | |
| 11/28/05 | Add | Bth Window Glass Style  Zone 2 | Clear | | | |
| 11/28/05 | Add | Wall Tile Level Zone 2 Alt | Level II Wall Tile | 85.00 | 1 | 85.00 |
| 11/28/05 | Del | Wall Tile Level Zone 2 Alt | Level I Wall Tile | | | Incl. |
| 11/28/05 | Add | Wall Tile Style Zone 2 Alt | Bellini 8x10 | | | |
| 11/28/05 | Add | Wall Tile Color Zone 2 Alt | Beige W4788 | | | |
| 11/28/05 | Add | Shower Floor Color  Zone 2 | Bone Matte W8001 | | | |

_____
Morrison Homes Sales Associate
(Signature shall not bind Morrison Homes until such time as the
Division President or other authorized divisional Manager signs.)

_____
Grant Reid                    11/28/05
                              Date
Kathryn Reid                  11/28/05
                              Date

_____
Morrison Homes Builder

_____
Authorized Agent
Date: _____

Distribution Date _____
FILE_____ PRODUCTION_____ ATTORNEY_____
LENDER____ SALES_____ CO-OP____ BUYER_____



Morrison Homes

**CHANGE ORDER/ SPECIAL STIPULATIONS
ADDENDUM**

Morrison Homes
Date: 11/28/05
Time: 14:37:35
Page: 1 / 5
S#: 20012294
C#: 1121280

C.O.# _____

| **BUYER:** | **Grant Reid** | | |
|---|---|---|---|
| **BUYER:** | **Kathryn Reid** | REC'D NOV 2 8 2005 | |
| **COMMUNITY:** | **Crystal Lakes 45's** | **LOT:** | |
| **HOUSE PLAN:** | **Rothbury @ Crystal Lake** | **ELEVATION: ELEV-A** | |
| **ADDRESS:** | **7208 53rd Place East, Palmetto FL 34221** | | |

| Date | Add/ Del | Selection | Selection Description | Price | Qty | Total |
|---|---|---|---|---|---|---|
| | | | Carry Forward Total | | | 316,119.00 |
| | | | Change Order Fee | | | 0.00 |

### EXTERIORS

| Date | Add/ Del | Selection | Selection Description | Price | Qty | Total |
|---|---|---|---|---|---|---|
| 11/28/05 | Add | Entry Color | Shell | | | |
| 11/28/05 | Add | Lanai Color | Shell | | | |
| 11/28/05 | Add | Covered Lanai Screen Enclosure | Screen Enclosure w/Kickplate | 1,155.00 | 1 | 1,155.00 |
| 11/28/05 | Add | Roof Shingle Color | GAF Charcoal Blend | | | |
| 11/28/05 | Add | 16' Garage Door Inserts | Designer Glass Inserts | 220.00 | 1 | 220.00 |
| 11/28/05 | Add | Garage Door Designer Glass Sty | Colonial 509/Stockton 397 | | | |
| 11/28/05 | Add | Acrylic Seal Garage Floor | 2 Car Garage | | | |
| 11/28/05 | Add | Sarasota Scheme | Tampa Ext Scheme 4 | | | |
| 11/28/05 | Add | Front Entry Door Color | Black | | | |
| 11/28/05 | Add | Sarasota Trim Color | Pongee Tint 8720 | | | |
| 11/28/05 | Add | Front Door Hardware | Chelsea Stn Nckl/Lido Stn Nckl | 74.00 | 1 | 74.00 |
| 11/28/05 | Del | Front Door Hardware | Chelsea Ant Brs/Polo Br Brass | | | Incl. |
| 11/28/05 | Add | Ext/Int Door Hardware Combo | Lido/Stn Nickl/Lido Stn Nickel | 250.00 | 1 | 250.00 |
| 11/28/05 | Del | Ext/Int Door Hardware Combo | Polo Ant Brass/Polo Br Brass | | | Incl. |
| 11/28/05 | Add | Master Bed/Bath Dr Hdwr Price | Satin Nickel | 5.00 | 1 | 5.00 |
| 11/28/05 | Del | Master Bed/Bath Dr Hdwr Price | Bright Brass | | | Incl. |
| 11/28/05 | Add | Sarasota Body Color | Meadowlark 8724 | | | |

### KITCHEN

| Date | Add/ Del | Selection | Selection Description | Price | Qty | Total |
|---|---|---|---|---|---|---|
| 11/28/05 | Add | Kitchen Cabinet Grade | Level II | | | |
| 11/28/05 | Del | Kitchen Cabinet Grade | Level I | | | Incl. |
| 11/28/05 | Add | Kitchen Cabinet Price | 42" Timbrlk Level II | 488.00 | 1 | 488.00 |
| 11/28/05 | Del | Kitchen Cabinet Price | 42" Timbrlk Level I | | | |
| 11/28/05 | Add | Kitchen Cabinet Style | Cascade Maple | | | |
| 11/28/05 | Add | Kitchen Cab Mfr/Sz/Grd/Sty | 42" TL II SCASCM | | | |
| 11/28/05 | Add | Kitchen Cabinet Color | Spice | | | |
| 11/28/05 | Add | Kitchen Cabinet Crown Molding | Traditional Crown Molding CM8 | 230.00 | 1 | 230.00 |
| 11/28/05 | Add | Kitchen Countertop | Corian - Level II | 970.00 | 1 | 970.00 |
| 11/28/05 | Del | Kitchen Countertop | Corian - Level I | | | Incl. |

_____

Morrison Homes Sales Associate
(Signature shall not bind Morrison Homes until such time as the
Division President or other authorized divisional Manager signs.)


_____

Morrison Homes Builder


Authorized Agent
Date: _____

_____
Grant Reid                                    11.28.05
                                                Date

_____
Kathryn Reid                                  11.28.05
                                                Date

Distribution Date _____
FILE_____ PRODUCTION _____ ATTORNEY_____
LENDER_____ SALES_____ CO-OP_____ BUYER____



CUSTOMER NAME: _Reid_

JOB NUMBER: _2001 2294_



← listello



FIELD TILE: _Bellini   Beige_

LISTELLO: _____

DECO: _____

X

11.28.05

Kathryn R. Reid

*Morrison Homes*

Sarasota
Date: 10/29/05
Time: 14:26:09
Page: 3 / 3
S#: 20012294
C#: 1121280

## JOB INITIATION ORDER

| Date | Selection | Selection Description | Price Qty | Total |
|------|-----------|----------------------|-----------|-------|
| 10/29/05 | Flooring for Zone 9 Living Rm | Level II Carpet | | Incl. |
| 10/29/05 | Flooring for Zone 10 Dining Rm | Level II Carpet | | Incl. |
| 10/29/05 | Flooring for Zone 11 Family Rm | Level II Carpet | | Incl. |
| 10/29/05 | Flooring for Zone 19 Hall | Level II Carpet | | Incl. |
| 10/29/05 | Flooring for Zone 30 | Level II Carpet | | Incl. |
| 10/29/05 | Flooring Zone 31 M Bed Closet | Level II Carpet | | Incl. |
| 10/29/05 | Flooring for Zone 32 Bedroom 2 | Level II Carpet | | Incl. |
| 10/29/05 | Flooring for Zone 33 Bedroom 3 | Level II Carpet | | Incl. |
| 10/29/05 | Flooring for Zone 34 Bedroom 4 | Level II Carpet | | Incl. |
| 10/29/05 | Flooring for Zone 37 Stairs | Level II Carpet | | Incl. |
| 10/29/05 | Flooring for Zn 38 Lw Str Lndg | Level II Carpet | | Incl. |
| 10/29/05 | Flooring for Zn 39 Upr Str Lnd | Level II Carpet | | Incl. |
| | **LIGHTS** | | | |
| 10/29/05 | Dining Room Light Group | Group One | | Incl. |
| 10/29/05 | Dining Room Light Fixture | KP-1-5005-5-69 Pewter | | Incl. |
| 10/29/05 | Breakfast Nook Light Group | Group One | | Incl. |
| 10/29/05 | Breakfast Nook Light Fixture | KP-7-504-2-69 Pewter | | Incl. |
| 10/29/05 | Foyer Lighting Group | Group One | | Incl. |
| 10/29/05 | Foyer Light Fixture Color | KP-6-507-2-69 Pewter | | Incl. |
| 10/29/05 | Bath Lighting Group Zone 2 | Group One | | Incl. |
| 10/29/05 | Bath Light Fixture Zone 2 | KP-8-512-#-69 Pewter | | Incl. |
| 10/29/05 | Bath Lighting Group Zone 3 | Group One | | Incl. |
| 10/29/05 | Bath Light Fixture Zone 3 | KP-8-512-#-69 Pewter | | Incl. |
| 10/29/05 | Bath Lighting Group Zone 6 | Group One | | Incl. |
| 10/29/05 | Bath Light Fixture Zone 6 | KP-8-512-#-69 Pewter | | Incl. |
| 10/29/05 | Coach Light | Group One | | Incl. |
| 10/29/05 | Coach Light Color | 5-2090-72 Rustic Bronze | | Incl. |

| | | |
|---|---|---|
| OPTION TOTAL | | 1,960.00 |
| CREDIT | | 0.00 |
| JOB INITIATION TOTAL | | 315,950.00 |

_____
Morrison Homes Sales Associate
(Signature shall not bind Morrison Homes until such time as the
Division President or other authorized divisional Manager signs.)

Morrison Homes Builder

_____
Authorized Agent
Date:  1 | 2 | 05

Grant Reid                               10-29-05
                                          **Date**

Kathryn R.S. Reid                        10-29-05
Kathryn Reid                              **Date**

Distribution Date _____
FILE ____ PRODUCTION ____ ATTORNEY ____
LENDER ____ SALES ____ CO-OP ____ BUYER ✓

*Morrison Homes*

**JOB INITIATION ORDER**

Sarasota
Date: 10/29/05
Time: 14:26:09
Page: 2 / 3
S#: 20012294
C#: 1121280

| Date | Selection | Selection Description | Price Qty | Total |
|------|-----------|---------------------|-----------|-------|
| 10/29/05 | Dishwasher | Whirlpool DU810SW | | Incl. |
| 10/29/05 | Range | Whirlpool RF378LX Elec | | Incl. |
| | | **BATHROOMS** | | |
| 10/29/05 | Zone 2  Cabinet Mfr | Timberlake | | Incl. |
| 10/29/05 | Zone 2  Cabinet Size | Standard Height Vanity | | Incl. |
| 10/29/05 | Zone 2  Cabinet Size/Mfr | ST Timberlake | | |
| 10/29/05 | Zone 2  Cabinet Grade | Level I | | Incl. |
| 10/29/05 | Zone 2  Cabinet Price | Stnd Timbrlk Level I | | |
| 10/29/05 | Zone 2  Countertop | Laminate Level I | | Incl. |
| 10/29/05 | Zone 2  Countertop Edge Style | Square | | Incl. |
| 10/29/05 | Zone 2  Countertop Edg | Standard | | Incl. |
| 10/29/05 | Zone 2 Sink | Sterling 19" 75020140 White | | Incl. |
| 10/29/05 | Addl Zone 2 Sink Price | Sterling 19" 75020140 White | | |
| 10/29/05 | Zone 2 Commode | Sterling Windham 402215 Wht | | Incl. |
| 10/29/05 | Wall Tile Level Zone 2 Alt | Level I Wall Tile | | Incl. |
| 10/29/05 | Wall Grout Color Zone 2 | Bright White 381 | | Incl. |
| 10/29/05 | Zone 3  Cabinet Mfr | Timberlake | | Incl. |
| 10/29/05 | Zone 3  Cabinet Size | Standard Height Vanity | | Incl. |
| 10/29/05 | Zone 3  Cabinet Size/Mfr | ST Timberlake | | |
| 10/29/05 | Zone 3  Cabinet Grade | Level I | | Incl. |
| 10/29/05 | Zone 3  Cabinet Price | Stnd Timbrlk Level I | | |
| 10/29/05 | Zone 3 Countertop | Laminate Level I | | Incl. |
| 10/29/05 | Zone 3 Countertop Edg | Standard | | Incl. |
| 10/29/05 | Zone 3 Countertop Edge Style | Square | | Incl. |
| 10/29/05 | Zone 3 Sink | Sterling 19" 75020140 White | | Incl. |
| 10/29/05 | Bath Plumbing Fixtures Zone 3 | Chateau Polished Chrome #4621 | | Incl. |
| 10/29/05 | Zone 3 Commode | Sterling Windham 402215 Wht | | Incl. |
| 10/29/05 | Zone 3 Tub | Sterling Performa 7104 White | | Incl. |
| 10/29/05 | Tub Wall Tile Level Zone 3 | Level I Wall Tile | | Incl. |
| 10/29/05 | Wall Grout Color Zone 3 | Bright White 381 | | Incl. |
| 10/29/05 | Zone 6  Cabinet Mfr | Timberlake | | Incl. |
| 10/29/05 | Zone 6  Cabinet Size | Standard Height Vanity | | Incl. |
| 10/29/05 | Zone 6  Cabinet Size/Mfr | ST Timberlake | | |
| 10/29/05 | Zone 6  Cabinet Grade | Level I | | Incl. |
| 10/29/05 | Zone 6  Cabinet Price | Stnd Timbrlk Level I | | |
| 10/29/05 | Zone 6 Countertop | Laminate Level I | | Incl. |
| 10/29/05 | Zone 6 Countertop Edg | Standard | | Incl. |
| 10/29/05 | Zone 6 Countertop Edge Style | Square | | Incl. |
| 10/29/05 | Zone 6 Sink | Sterling 19" 75020140 White | | Incl. |
| 10/29/05 | Bath Plumbing Fixtures Zone 6 | Chateau Polished Chrome #4621 | | Incl. |
| 10/29/05 | Zone 6 Commode | Sterling Windham 402215 Wht | | Incl. |
| | | **FLOORING** | | |
| 10/29/05 | Carpet Pad | 7/16" 6LB Rebond Pad | | Incl. |
| 10/29/05 | Flooring for Zone 1 Foyer | Level I Tile - Straight | | Incl. |
| 10/29/05 | Flooring for Zone 2 | Level I Tile - Straight | | Incl. |
| 10/29/05 | Flooring for Zone 3 Hall Bath | Level I Tile - Straight | | Incl. |
| 10/29/05 | Flooring for Zne 6 Powder Bath | Level I Tile - Straight | | Incl. |
| 10/29/05 | Flooring for Zone 7 Utility Rm | Level I Tile - Straight | | Incl. |
| 10/29/05 | Flooring for Zone 8 | Level I Tile - Straight | | Incl. |

_____
Morrison Homes Sales Associate
(Signature shall not bind Morrison Homes until such time as the
Division President or other authorized divisional Manager signs.)

_____
Morrison Homes Builder

_____
Authorized Agent
Date:

Grant Reid          Date    10-L9.0E

Kathryn Reid          Date    10-29-05

Distribution Date _____
FILE ___✓___ PRODUCTION _____ ATTORNEY _____
LENDER _____ SALES ___✓___ CO-OP _____ BUYER ___✓___

*Morrison Homes*

**JOB INITIATION ORDER**

Sarasota
Date: 10/29/05
Time: 14:26:09
Page: 1 / 3
S#: 20012294
C#: 1121280

**BUYER:**  Grant Reid

**BUYER:**  Kathryn Reid

**COMMUNITY:**  Crystal Lakes 45s        **LOT:** 153

**HOUSE PLAN:**  Rothbury @ Crystal Lake   **ELEVATION: ELEV-A**

**ADDRESS:**  TBD, Palmetto FL 34221

| Date | Selection | Selection Description | Price Qty | Total |
|------|-----------|----------------------|-----------|-------|
| | | House Base Price | | 307,990.00 |
| | | Lot Premium | | 6,000.00 |
| | | **MISCELLANEOUS** | | |
| 10/29/05 | Fascia Material Elev A | 2X4 Alum Fascia | | Incl. |
| | | **STRUCTURAL** | | |
| 10/29/05 | Foundation Type | Mono Slab | | |
| 10/29/05 | Home Elevation | A | | |
| 10/29/05 | House Swing | Left | | |
| 10/29/05 | Garage Options | 2 Car Garage | | |
| 10/29/05 | Covered Lanai | Covered Lanai | | Incl. |
| 10/29/05 | Additional Sink Zone 2 | Option Selected | | |
| 10/29/05 | Hot Water Heater | 40 Gallon Electric | | Incl. |
| 10/29/05 | Master Bath Alternate | Master Bath Alternate | 1,960.00  1 | 1,960.00 |
| | | **EXTERIORS** | | |
| 10/29/05 | Front Entry Options | Acrylic Decking on Entry | | Incl. |
| 10/29/05 | Lanai Options | Acrylic Decking on Lanai | | Incl. |
| 10/29/05 | 6'8" Front Door Options | 3068 S210 6 Panel Door | | Incl. |
| 10/29/05 | Roof Shingles | 30-Year Dimensional Shingles | | Incl. |
| 10/29/05 | Garage Door Opener w/2 Remotes | 1/3 HP Opener | | Incl. |
| 10/29/05 | Exterior Paint Collections | Sarasota Classic Collection | | Incl. |
| 10/29/05 | Front Door Hardware | Chelsea Ant Brs/Polo Br Brass | | Incl. |
| 10/29/05 | Ext/Int Door Hardware Combo | Polo Ant Brass/Polo Br Brass | | Incl. |
| 10/29/05 | Master Bed/Bath Dr Hdwr Price | Bright Brass | | |
| | | **INTERIORS** | | |
| 10/29/05 | Drywall Styles | Round Cornerbead/Formal Areas | | Incl. |
| 10/29/05 | Interior Door Style Selection | Classique | | Incl. |
| 10/29/05 | Int Dr Select@ Master Bed/Bath | 2'6"x6'8" Pocket Door | | Incl. |
| 10/29/05 | Interior Paint | Morrison Shell White | | Incl. |
| | | **KITCHEN** | | |
| 10/29/05 | Kitchen Cabinet Mfr | Timberlake | | Incl. |
| 10/29/05 | Kitchen Cabinet Size | 42" | | Incl. |
| 10/29/05 | Kitchen Cabinet Size/Mfr | 42" Timberlake | | |
| 10/29/05 | Kitchen Cabinet Grade | Level I | | Incl. |
| 10/29/05 | Kitchen Cabinet Price | 42" Timbrlk Level I | | |
| 10/29/05 | Stagger Cabinet above Range | Stagger Cabinet above Range | | Incl. |
| 10/29/05 | Kitchen Countertop | Corian - Level I | | Incl. |
| 10/29/05 | Kitchen Sink | Sterling 11400-4 SS Dbl | | Incl. |
| 10/29/05 | Kitchen Faucet | Salora Chrome #7570C | | Incl. |

Morrison Homes Sales Associate

(Signature shall not bind Morrison Homes until such time as the
Division President or other authorized divisional Manager signs.)

Grant Reid        Date

10·29·05

Morrison Homes Builder

Authorized Agent
Date:  11/2/05

Kathryn Reid        Date

10·29-05

Distribution Date  11-02-05  BW
FILE  ✓  PRODUCTION _____ ATTORNEY _____
LENDER  ✓  SALES  ✓ CO-OP ___ BUYER  ✓

*Morrison Homes*

## TAMPA DIVISION

PURCHASER: Jason Herbert                    Home Phone 813-786-6169     Work Phone 727-431-4436

PURCHASER: Shanique Young                   Home Phone          Work Phone

MAILING ADDRESS: 1927 Fiesta Ridge Court, Tampa, FL, 33604, US

SELLER:       MORRISON HOMES, INC., d/b/a MORRISON HOMES
              12802 Tampa Oaks Boulevard, Suite 100, Temple Terrace, Florida 33637
              Sales Office Phone #   Sales Associate   David McLaughlin

PROPERTY: Lot          164   Block   in section   phase
of (Platted Subdivision name)   which subdivision is also known as   Crystal Lakes 45
according to subdivision plat recorded in Plat Book,
Page   of the public records of
County, Florida, commonly known as   TBD, Palmetto, FL,34221.

| | | | | | |
|---|---|---|---|---|---|
| MODEL NAME: Bridgeford @ Crystal Lake | | | BASE PRICE: | $ | 280,990.00 |
| MODEL NUMBER:  1389BRIDGE | | | SITE PREMIUM: | $ | 6,000.00 |
| GARAGE SWING:  Right   Left | | | TOTAL BASE PRICE: $ | | 286,990.00 |
| (including site premium) | | | | | |
| EARNEST MONEY | $ | 10,000.00 | LENDER: | | |
| RECEIVED WITH CONTRACT | $ | 10,000.00 | LOAN APPROVAL : YES: ___ NO | | |
| REMAINING BALANCE | $ | 4,350.00 | | | |
| DUE DATE 10/25/05 | | | | | |

### AGREEMENT

Upon execution by Seller of this Agreement, Seller agrees to sell to Purchaser and Purchaser agrees to buy from Seller the property described above on the terms and conditions stated in this Agreement. The above purchase price is subject to changes via Addenda and/or Change Orders that are signed by both Purchaser(s) and Seller subsequent to execution of this Agreement and are made a part of this Agreement.

**1.    EARNEST MONEY**

At the time of signing this Agreement, Purchaser is placing on deposit Earnest Money in the amount indicated above which will be retained by the Seller until closing. The Remaining Balance, if any, shall be delivered to Seller no later than the date indicated above. The Earnest Money deposit will be applied against the Purchase Price or Closing Costs at the time of closing. If this transaction does not close, the Earnest Money deposit will be retained by the Seller or delivered to the Purchaser as provided in paragraph 19. THE PURCHASER OF A ONE-FAMILY OR TWO-FAMILY RESIDENTIAL DWELLING UNIT HAS THE RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10 PERCENT OF THE PURCHASE PRICE) DEPOSITED IN AN INTEREST BEARING ESCROW ACCOUNT. THIS RIGHT MAY BE WAIVED, IN WRITING, BY THE PURCHASER. BY EXECUTION OF THIS AGREEMENT, PURCHASER (PURCHASER) WAIVES THIS RIGHT. Seller's minimum Earnest Money requirement is irrespective of Purchaser's obligation under their selected mortgage financing and Seller may credit to Purchaser any excess deposits, as permitted by the Purchaser's Lender, at closing.

**In the event the Purchaser is unwilling or unable to obtain a mortgage loan commitment from Morrison Financial Services of Florida, LLC or is paying cash, an additional five percent (5%) Earnest Money Deposit will be required (total of ten percent (10%) or if greater one-third (33%) of the collective total of all options selected in the Agreement. Such Earnest Money Deposit is to be paid to Seller not later than 5 days after demand, or 45 days from the Effective Date, whichever occurs first. In the case that the Home is substantially complete at the time of this Agreement, any additional required Earnest Money Deposit is to be paid by Purchaser not later than 5 business days from the Effective Date. In the event the Purchaser does not provide additional Earnest Money Deposit, as described hereinabove, such failure(s) shall constitute a default of the Agreement with no grace period or cure period for such default. In such event, Seller may terminate this Agreement without notice and be entitled to retain all deposits and sums paid by the Purchaser as liquidated damages and both parties shall be relieved of any further obligation and liability.**

**2.    Purchaser acknowledges Broker named below is the only broker to provide services in this transaction**
         Real Estate Agent:  Real Estate Co:

**3.    COMPLETION**

The home is estimated to be substantially completed within 180 days of the issuance of all permits required to construct the home and receipt of all approvals including those required by the community Homeowners Association and committees, except as otherwise amended in separate Addenda. Any projected completion dates estimated by the Seller are based upon local conditions and capabilities of the Seller and the date of any estimates is subject to change. Completion may be delayed by adverse weather, shortages of materials or labor, acts of God or other events beyond the control of the Seller. If closing is delayed more than ninety (90) days beyond the planned closing date set forth by Seller in writing to the Purchaser prior to closing, Purchaser shall have ten (10) days from the ninetieth (90) day to rescind this Agreement in writing and receive back the Earnest Money. If Purchaser does not rescind the Agreement within such ten-day period, the Agreement will remain in effect. Seller shall not be responsible for any damage or loss suffered by Purchaser as a result of any delay in the closing of the house or change in the closing date. In any event, and in accordance with the

x____ x____ initials

Sarasota
Date:   10/10/05
Time:   11:24:28
S#:     20012081
C#:     1119359

Interstate Land Sales Act, Seller shall complete the house within two (2) years of the date of this Agreement.

Prior to closing, on the date and time scheduled by the Seller, Seller will demonstrate the home to the Purchaser, at which time Purchaser will sign a statement listing any workmanship, material or installation items, which the Purchaser considers defective. If any item listed is actually defective based upon the construction standards set forthby the Seller and generally adhered to in the locality for similar property, Seller will correct those items. Seller shall use it'ssole discretion in the determination of an item as defective and the appearance of an item on the list does not constitute agreementby the Seller to correct the item. It is the intent of the Seller to correct items prior to closing. Purchaser agrees that the existence of any uncorrected items does not constitute grounds for deferring or imposing any conditions, including the escrow or holdback of any closing funds, upon closing. Only the Seller, at its sole discretion, may delay closing to complete items and in that event Purchaser shall continue to be responsible for personal living accommodations including moving and storage costs.

4.   FINANCING

This Agreement is contingent upon Purchaser obtaining a mortgage loan commitment ("Loan") from Morrison Financial Services of Florida, LLC., which is a separate entity from Morrison Homes, Inc., but is a partly owned by Morrison Homes, Inc. This is the only contingency of this Agreement, unless modified by separate addendum. Purchaser may exercise this contingency by providing written notice of termination of this Agreement to Seller within 45 days of the date of this Agreement, after meeting the conditions specified below. In order to exercise the contingency, Purchaser must demonstrate that Purchaser 1) applied for and paid all fees required for the application of the Loan within five (5) business days of the date of this Agreement, 2) diligently pursued approval of the Loan qualified for regardless of terms or conditions, 3) delivered any information requested by the lender within ten (10) days of request, and 4) was unable to obtain a loan commitment due to no fault of Purchaser. If Purchaser satisfies the above conditions and exercises this contingency to terminate the Agreement, Seller shall return any deposit monies paid to the Seller less 1) the price of any contract options, professional services, real estate commissions or consulting fees, 2) governmental agency or proration fees for the request, submittal or receipt of applicable permits,and 3) a $250 contract processing fee, and both parties shall be relieved of further obligation or liability to the other. If the above conditions are not satisfied and the contingency exercised by Purchaser within 45 days, the contingency shall expire and be of no further effect.

Regardless of the above contingency, Purchaser may make financing application to any person or entity of Purchaser's choice. However, approval of such application shall not be a contingency of this Aggreement, and such application shall have no effect on the sole contingency specified above.

5.   DEED

A General Warranty Deed will be provided to Purchaser conveying marketable title free and clear of encumbrances and exceptions other than exceptions as to 1) future taxes, 2) municipal services unit assessments, 3) covenants, restrictions, easements and utility agreements, of record or shown on the plat, 4) zoning and development order conditions, and 5) impact fee, water and wastewater assessments. The lot will be assessed by the appropriate municipality for non-ad valorem water and wastewater capacity assessment unit.

6.   WARRANTY

Seller agrees to provide Purchaser with Morrison Homes Two-Year Blanket Warranty and a Ten Year Structural Warranty. Purchaser acknowledges receipt of specimen copies of such warranties and a copy of The Little Purple Book, which outlines the material and workmanship standards applicable to the Morrison Homes Two-Year Blanket Warranty. THE MORRISON HOMES TWO-YEAR BLANKET WARRANTY AND TEN-YEAR STRUCTURAL WARRANTY ARE ACCEPTED BY PURCHASER IN PLACE OF ALL OTHER WARRANTIES, EXPRESSED OR IMPLIED, WHETHER ARISING UNDER STATE LAW OR THE MAGNUSON-MOSS WARRANTY ACT, INCLUDING, BUT NOT LIMITED TO ALL IMPLIED WARRANTIES OF FITNESS, MERCHANTABILITY, OR HABITABILITY and Purchaser hereby waives all such implied or statutory warranties.

Purchaser agrees that Sellers sole responsibility after closing is to cover items under warranty as represented. Purchaser agrees that Seller shall not be responsible to compensate Purchaser in any manner unless otherwise contained herein and that in order for the Seller to maintain responsibility for the home warranty the Purchaser may experience some inconvenience and potential loss of income. Purchaser agrees that irregularities in the fit and finish of materials used in the construction of the property are inherent and Seller is not bound to correct these conditions. The Purchaser agrees and acknowledges that sod, landscaping, bushes, shrubbery and trees are warranted for 45 days from the date of closing and replacement thereafter is the Purchasers sole responsibility. Purchaser agrees that Sellers warranty on and the condition at installation for sod, landscaping, bushes, shrubberyand trees is predicated upon environmental conditions and restrictions imposed by controlling agencies, which often change from time to time, and that Seller, at its sole discretion may exclude or limit warranty on these items without notice to the Purchaser, anytime prior to closing. The Seller offers no warranties or representations regarding existing trees and natural foliage left on the lot and shall not be responsible at any time to care for, remove, prune, underbrush or otherwise address other than as required under Sellers ownership by governing law, code, ordinance or covenant. Purchaser and Seller mutually agree these conditions to the warranty survive the closing.

FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSRUCTION AGAINST A CONTRACTOR, SUBCONTRACTOR, SUPPLIER OR DESIGN PROFESSIONAL FOR AN ALLEGED CONSTRUCTION DEFECT IN YOUR HOME. SIXTY DAYS BEFORE YOU FILE YOUR LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONAL A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR AND ANY SUBCONTRACTORS, SUPPLIERS, OR DESIGN PROFESSIONALS THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS. YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR ANY SUBCONTRACTORS, SUPPLIERS, OR DESIGN PROFESSIONALS. THERE ARE STRICT DEADLINES AND PROCEDURES UNDER FLORIDA LAW.

7.   STANDARD RADON GAS DISCLOSURE

Radon is a naturally occurring radioactive gas that, when it has accumulated in a building in sufficient quantities, may present health risks to persons who are exposed to it over time. Levels of radon that exceed federal and state guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from the county health unit.

initials

Sarasota
Date:  10/10/05
Time:  11:24:28
S#:   20012081
C#:   1119359

Purchaser, at Purchaser's expense, may arrange for a test for radon at the residence indicated above. Of necessity, the test will be conducted upon completion of the construction, and will delay the closing date while the test is being conducted and the results are being compiled. Seller agrees to make the residence available for such test, and will communicate to Purchaser the earliest possible date the residence can be available for the test. Seller agrees that if the results of said test indicate that levels of radon exist in the residence measuring 4.0 picocuries/liter or greater, Seller will perform the required construction techniques to mitigate the effect of said radon, and the cost of retest, at a total cost to Seller not to exceed $2,000.00.

**8.    INSULATION NOTICE**

In order to comply with the Federal Trade Commissions Regulation 10CFR 460, dealing with labeling and advertising of home insulation, Seller shall disclose to Purchasers in writing prior to closing the type, thickness and R-value of insulation installed inthe dwelling.

1. Purchaser has the right to a disclosure of the subject property's energy efficiency rating (energy performance index).
2. Insulation will be or has been installed in the subject property as follows:
   a. All masonry exterior walls in the living area are insulated with Al Foil insulation, with a thickness of 1/2 inch. The thickness, according to the manufacturer, will yield an R-Value of 4.2.
   b. Exterior walls in the other rooms not on ground floor will be insulated with batted insulation with a thickness of 3 1/2 inches. The thickness, according to the manufacture will yieldan R-Value of 11.
   c. Flat ceilings in all areas will be insulated with blown insulation with a thickness of 10 inches. The thickness according to the manufacturer, will yield an R-Value of 30.
   d. Sloped ceilings will be insulated with batted insulation with a thickness of 12 inches. The thickness, according to the manufacturer, will yield and R-Value of 30.
3. Purchaser has not relied upon Sellers estimate of square feet of living space.

**9.    RECOVERY FUND**

You have certain rights under Florida law if you have suffered damages caused by a state-licensed contractor or a construction company with whom you have signed a contract. PAYMENT MAY BE AVAILABLE FROM THE CONSTRUCTION INDUSTRIES RECOVERY FUND IF YOU LOSE MONEY ON A PROJECT PERFORMED UNDER CONTRACT, WHERE THE LOSS RESULTS FROM SPECIFIED VIOLATIONS OF FLORIDA LAW BY A STATE-LICENSED CONTRACTOR, FOR INFORMATION ABOUT THE RECOVERY FUND AND FILING A CLAIM, CONTACT THE FLORIDA CONSTRUCTION INDUSTRY LICENSING BOARD AT THE FOLLOWING TELEPHONE NUMBER AND ADDRESS: 7980 Arlington Expressway, Suite 300, Jacksonville, FL. 32211-7457, Phone# (904) 359-6310.

**10.   SIGNATURE SELECTION**

Purchaser shall select interior decorating colors and other items from among the options offered by the Seller within fourteen (14) days from Purchaser's execution of this Agreement or the earliest date thereafter made available for an appointment by the Sellers Signature Selection Center. If Purchaser fails to comply with this condition then Seller, may at Sellers sole option make such selections or proceed with selection previously made by the Seller and adjust the closing date accordingly.

**11.   CHANGE ORDERS**

Seller retains the right, at is sole discretion, to reject any request for changes (**Change Order**) such as selections, options, upgrades, changes, and any additional items requested by the Purchaser subsequent to acceptance of the Agreement. Purchaser agrees that the Seller is not bound by any Change Order unless Seller executes the Change Order form and Purchaser verifies Sellers acceptance by receipt of a fully executed copy. Upon executing any change order increasing the purchase price of the home, the Purchaser agrees to increase the **Earnest Money Deposit** to the minimum **Earnest Money Deposit** set forth by the Seller or at least five (**5%**) percent of the contract price or one-third (**33%**) of the collective total of all options selected in the Agreement, exclusive of lot premiums, standard bonus room options, standard interior room configuration options and standard front elevation options, whichever is greater.

Following the date of the Purchase and Sale Agreement, Purchaser may not make major structural changes. which include but are not limited to  a) changes affecting the foundation, roof trusses or load bearing walls, b) moving, changing, adding/deleting windows or exterior doors, c) plumbing  i.e. hose bibs, bidets, laundry tubs, etc, d) changes to lot layout, location of the home on the lot or reverse power location, e) architectural changes  relocating interior walls, adding fireplaces, etc., f) electrical changes that must be shown on the plans, g) HVAC changes that effect energy calculations  i.e. zoning, upgraded seer ratings. Major structural changes should be considered before signing this Agreement. After the Owner Orientation Meeting, or issuance of a Building Permit, whichever occurs last, all other approved changes requested will require a $250 processing fee. Any approved changes after the application for building permit, and any other changes after the Owner Orientation Meeting could delay the completion date and additional fees in accordance with Paragraph 16. CLOSING.

**12.   JOB SITE ACCESS**

Prior to closing, Purchaser may not enter the Property without Sellers consent. Any entry on the Property by Purchaser shall be at Purchaser's own risk. Purchaser waives any and all claims against the Seller for any injury or loss resulting from such entry by Purchaser or any other person accompanying Purchaser. Purchaser hereby indemnifies Seller from and against any claims arising out of or in connection with any such entry. Purchaser may not store any goods or possessions on the Property prior to closing. Purchaser agrees not to perform or cause any work to be performed on the Property prior to closing without the written approval of Seller. Purchaser agrees that the selection, supervision and scheduling of work forces is the sole responsibly of Seller. Purchaser agrees to not interfere with or attempt to direct the activities of such work forces.

**13.   MODELS AND PLANS**

Sellers model homes are designed to show the quality and craftsmanship which will be utilized in the construction of the home. The home will be similar to but may not be exactly the same as the model and or drawings, renderings or plans viewed as examples by Purchaser. Seller reserves the right to make slight modifications to the size and design of the floor plans of the home and to substitute materials, fixtures, equipment and appliance of

x_____ x_____ initals

substantially equal quality and value as those utilized in the model homes or those specified in the plans and specifications. All model, plans, and design for the home shall be subject to state laws, local ordinances and binding provisions of the subdivision deed restrictions and architectural review provisions. Due to the interactions of these legal requirements, Seller may not be permitted to build the exact model, plan or features initially selected by Purchaser. If the initial selections by Purchaser can not be constructed for these reasons, Seller shall consult with Purchaser for the selection of equivalent options, which can be permitted and built. Purchaser and Seller agree that the Purchase Price shall be adjusted for any increase or decrease resulting from the new model, plan or options selection. However, if the nearest equivalent option cannot be constructed without an increase of five percent or more of the purchase price, elimination of an interior room, or a decrease of five percent or more in square footage, Purchaser may elect to terminate this Agreement, have the return of its Deposit, and neither party shall have further liability to the other.

### 14. LOTS

Each lot is unique in its size, shape and drainage characteristics. Purchaser understands and agrees that the size of the lot, the exact location of sidewalks and driveways (if any), and the drainage patterns of their lot will differ from the model home plans, drawings or renderings they have examined. Seller, at its sole discretion will determine placement of the home on the lot including positioning, preservation, removal and pruning of trees and natural landscape. It is difficult for the Seller to accurately determine in advance whether all plans and, or options fit each unique lot. Therefore, Seller may notify Purchaser anytime subsequent to acceptance of this agreement after the Surveyor has accurately determined dimensions, that the home and, or options selected may not suitably fit on the lot. In that event, Purchaser may select another plan, lot, or delete options by Change Order and the contract amount will be adjusted according to the Sellers then current price. If the Purchaser is unable to make other suitable selections, Purchaser may request a termination and refund of the Earnest Money.

### 15. REAL ESTATE TAXES / HOMEOWNERS ASSOCIATION DUES / ASSESSMENTS

Real Estate Taxes and similar governmental assessments, including, if applicable, community development district assessments, and homeowners association dues (if any) for the year of closing will be prorated through the date of closing based on the latest available assessment information. See the Community Development District Addendum, if applicable.

#### PROPERTY TAX DISCLOSURE SUMMARY

**BUYER SHOULD NOT RELY ON THE SELLER'S CURRENT PROPERTY TAXES AS THE AMOUNT OF PROPERTY TAXES THAT THE BUYER MAY BE OBLIGATED TO PAY IN THE YEAR SUBSEQUENT TO PURCHASE. A CHANGE OF OWNERSHIP OR PROPERTY IMPROVEMENTS TRIGGERS REASSESSMENTS OF THE PROPERTY THAT COULD RESULT IN HIGHER PROPERTY TAXES. IF YOU HAVE ANY QUESTIONS CONCERNING VALUATION, CONTACT THE COUNTY PROPERTY APPRAISER'S OFFICE FOR INFORMATION.**

### 16. CLOSING

Purchaser agrees that the closing of this sale will be held at the office of the selected title company on the date and time set by the Seller. Purchaser agrees to close accordingly, and under no circumstance will this be later than seven (7) days after the issuance of a certificate of occupancy unless so determined by the Seller. At closing, Purchaser shall (a) pay any funds due Seller at closing by cashiers check; (b) make, execute and deliver all documents, mortgages, notes, or other instruments required to close this transaction; (c) satisfy all requirements of any mortgage lender, if applicable; (d) pay necessary closing costs and prepaid expenses as detailed in the Morrison Homes Finance Addendum and, or Cash Addendum. If Purchasers are not ready, willing and able to close the purchase of the Property on the date set by Seller following substantial completion, as defined by the issuance of a certificate of occupancy and after satisfaction of Paragraph 4. Financing contained herein, the Seller may terminate this Agreement without notice and be entitled to retain all deposits and sums paid by the Purchaser as liquidated damages and both parties shall be relieved of any further obligation and liability.

The Purchaser agrees to pay the Seller, without further modification or addenda, the sum of $250 per day for any delays to closing for which the Purchaser is responsible, including but not limited to delays for Change Orders. Except as may be required by the FHA or VA, no portion of the Purchase Price may be withheld from Seller or deposited in escrow, on account of incomplete work upon the property at the time of closing Purchaser agrees that Seller may cause sufficient funds be placed in escrow for the cost to complete a pool and accessories, if applicable, and the Purchaser will execute the necessary instruments to close the sale as contained herein in this event. Seller agrees to complete all such work as soon after closing as is reasonably possible.

Contract Administration Fee. In addition to any other amounts due pursuant to this Agreement, Seller may charge Purchaser a Contract Administration Fee of Four Hundred Fifty Dollars ($450). The Contract Administration Fee shall be due to Seller only at Closing, but is related solely to Seller's contract administration prior to closing, and is not a closing-related expense or title-related expense.

### 17. EVIDENCE OF TITLE

At closing, the Seller shall provide Purchaser with a Title Insurance Commitment issued by a Florida licensed title insurer agreeing to issue to Purchaser, upon recording of the deed to Purchaser, an owners policy of title insurance in the amount of the purchase price, insuring Purchasers title to the real property, subject only to the items listed in paragraph 5 and those which shall be discharged by Morrison at or before closing.

### 18. MERGER

Purchaser acknowledges that Seller may have provided Purchaser with information made available to Seller regarding the community and subdivision in which the Property is located, including but not limited to nearby amenities, educational facilities, natural areas, views, adjacent homes and development, and recreational facilities. Purchaser acknowledges that the planning, completion and availability of such items is completely beyond the control of Seller. The plans of developers, governments, and adjacent property owners may, and often do, change. Purchaser does not rely, in the entry into this Agreement, on the maintenance, construction or completion of any area other than the lot, which comprises the Property under this Agreement This agreement contains the entire and only agreement between Seller and Purchaser with respect to the purchase of the property. There are no collateral or oral agreements or understandings. Seller shall not be bound by any statement, promise, condition or stipulation not specifically set forth in this Agreement. Purchaser agrees that no salesperson has any authority to make, and Purchaser has not relied on, any statement, agreements or

Initials

Sarasota
Date:   10/10/05
Time:   11:24:28
S#:    20012081
C#:    1119359

representations that modify, add to or change the terms and conditions of this Agreement.

**19.   REMEDIES**

If Purchaser fails to comply with the terms of this Agreement, Seller shall be entitled to terminate this Agreement, and receive all deposits as liquidated damages, as its sole remedy. Purchaser and Seller acknowledge and agree that the Deposit, any Additional Deposit and payment of options is a fair and reasonable estimate of the damages that Seller may incur due to Purchasers default and each party acknowledges that such damages would be impractical if not impossible to calculate and determine. Other than the recovery of the Deposit, Additional Deposit and payment options, Seller hereby waives all remedies with respect to a default related to Purchasers wrongful refusal to purchase the Property, including without limitation the right to enforce specific performance of this Contract or collect damages, whether direct, actual, special or consequential or otherwise. In the event that Seller shall fail to fully and timely perform any of its obligations hereunder, and such failure shall continue for ten (10) days following notice thereof from Purchaser, then Purchaser may, at its option, enforce specific performance of this contract, as its sole remedy, with the following exceptions. Should Seller fail to provide any item of construction required to be provided, Purchasers sole remedy against Seller will be to collect liquidated damages in an amount equal to Sellers cost for the item and for its installation had it been installed at the appropriate time during construction or in the case of options, non standard changes and upgrades, the price to Purchaser of the item. If Seller fails to deliver the house within two years from the date of this Agreement, Purchaser shall have all remedies at law and equity. Purchaser hereby waives all other remedies, with respect to a Sellers default, including without limitation, the right to collect special, incidental or consequential damages.

**20.   AGENCY DISCLOSURES**

The Sales Associate representing Morrison Homes in this transaction is known as a Sellers Agent who is engaged by the acts as the agent for the Seller.

**21.   USE RESTRICTIONS**

The Purchaser acknowledges that the Property is subject to the Declarations of Covenants, Conditions, and Restrictions and other recorded instruments of the community that result in certain restrictions and guidelines. By execution of this Agreement Purchaser acknowledges receipt of copies of the Declaration of Restrictions, Article of Incorporation of the Homeowners Association and By-Laws of the Homeowners Association for Crystal Lakes 45 (Community). Purchaser has been afforded the opportunity to read and understand these documents. Purchaser acknowledges that Purchase shall be subject to the terms and provisions of these documents, including but not limited to membership in the applicable Homeowner Association. As required by Section 720.601, Florida Statutes, the following disclosure summary is made:

DISCLOSURE SUMMARY FOR Crystal Lakes 45

The Purchaser acknowledges:

1.  AS A PURCHASER OF PROPERTY IN THIS COMMUNITY, YOU WILL BE OBLIGATED TO BE A MEMBER OF A HOMEOWNERS' ASSOCIATION.

2.  THERE HAVE BEEN OR WILL BE RECORDED RESTRICTIVE COVENANTS GOVERNING THE USE AND OCCUPANCY OF PROPERTIES IN THIS COMMINITY.

3.  YOU WILL BE OBLIGATED TO PAY ASSESSMENTS TO THE ASSOCIATION. ASSESSMENTS MAY BE SUBJECT TO PERIODIC CHANGE. IF APPLICABLE, THE CURRENT AMOUNT IS $ ___ PER YEAR. YOU WILL ALSO BE OBLIGATED TO PAY ANY SPECIAL ASSESSMENTS IMPOSED BY THE ASSOCIATION. SUCH SPECIAL ASSESSMENTS MAY BE SUBJECT TO CHANGE. IF APPLICABLE, THE CURRENT AMOUNT IS $ ___ PER INITIAL CLOSING.

4.  YOU MAY BE OBLIGATED TO PAY SPECIAL ASSESSMENTS TO THE RESPECTIVE MUNICIPALITY, COUNTY, OR SPECIAL DISTRICT. ALL ASSESSMENTS ARE SUBJECT TO PERIODIC CHANGE.

5.  YOUR FAILURE TO PAY SPECIAL ASSESSMENTS OR ASSESSMENTS LEVIED BY A MANDATORY HOMEOWNERS' ASSOCIATION COULD RESULT IN A LIEN ON YOUR PROPERTY.

6.  THERE MAY BE AN OBLIGATION TO PAY RENT OR LAND USE FEE FOR RECREATIONAL OR OTHER COMMONLY USED FACILITIES AS AN OBLIGATION OF MEMBERSHIP IN THE HOMEOWNERS' ASSOCIATION. IF APPLICABLE, THE CURRENT AMOUNT IS $ ___ PER ___

7.  THE DEVELOPER MAY HAVE THE RIGHT TO AMEND THE RESTRICTIVE COVENANTS WITHOUT THE APPROVAL OF THE ASSOCIATION MEMBERSHIP OR THE APPROVAL OF THE PARCEL OWNERS.

8.  THE STATEMENTS CONTAINED IN THIS DISCLOSURE FORM ARE ONLY SUMMARY IN NATURE, AND, AS A PROSPECTIVE PURCHASER, YOU SHOULD REFER TO THE COVENANTS AND THE ASSOCIATION GOVERNING DOCUMENTS BEBORE PURCHASING PROPERTY.

9.  THESE DOCUMENTS ARE EITHER MATTERS OF PUBLIC RECORD AND CAN BE OBTAINED FROM THE RECORD OFFICE IN THE COUNTY WHERE THE PROPERTY IS LOCATED, OR ARE NOT RECORDED AND CAN BE OBTAINED FROM THE DEVELOPER.

IF THE DISCLOSURE SUMMARY REQUIRED BY SECTION 720.601, FLORIDA STATUTES, HAS NOT BEEN PROVIDED TO THE PROSPECTIVE PURCHASER BEFORE EXECUTING THIS CONTRACT FOR SALE, THIS CONTRACT IS VOIDABLE BY PURCHASER BY DELIVERING TO SELLER OR SELLER'S AGENT OR REPRESENTATIVE WRITTEN NOTICE OF THE PURCHASER'S INTENTION TO CANCEL WITHIN 3 DAYS AFTER RECEIPT OF THE DISCLOSURE SUMMARY OR PRIOR TO CLOSING, WHICHEVER OCCURS FIRST. ANY PURPORTED WAIVER OF THIS VOIDABILITY RIGHT HAS NO EFFECT. PURCHASER'S RIGHT TO VOID THIS CONTRACT SHALL TERMINATE AT CLOSING.

initials

Sarasota
Date:   10/10/05
Time:   11:24:28
S#:     20012081
C#:     1119359

**Water/Wastewater Capacity Assessment::**   The property _____HAS  ☒  HAS NOT  been placed in a Water and/or Wastewater Capacity Assessment Unit by _N̲a̲p̲l̲e̲s̲_ County. This is a municipal services benefit unit assessment, which will appear on the homeowners yearly property tax bill from the _N̲a̲p̲l̲e̲s̲ C̲o̲_ County Tax Collector.

Purchaser should not execute the contract or agreement until they have read and understand the Disclosure Summary required by law.

## 22.   REPRESENTATIONS OF PURCHASERS

Purchasers represent and warrant that they have the financial ability to purchase the Property, with mortgage financing if a financing contingency is selected. This representation is a material inducement for Seller to enter into this Purchase and Sale Agreement and cease offering the Property to others. At any time during the term of this Agreement, Purchaser shall demonstrate to Seller one of the following items in writing, upon three business days demand by Seller: 1) possession and control of the amount of the Purchase Price in cash or liquid asset, or 2) a valid mortgage loan application which was received by a licensed mortgage broker within 5 days of the execution of this agreement, or 3) within 45 days of the date of execution of the Agreement, possession and control of the amount of a down payment and a pending application with licensed mortgage broker for the balance of the Purchase Price, or 4) after 45 days from the date of execution of the Agreement, a valid mortgage commitment from a licensed mortgage broker for the purchase of the Property. If Purchaser fails to demonstrate one of the preceding items, Purchaser shall fail to be in compliance with this Agreement and Seller will retain the Earnest Money as liquidated damages.

## 23. TERMINATION

**At any time during the pendency of this Contract and prior to Closing, and for any reason whatsoever or no reason, Seller may elect to terminate this Contract by providing written notice of such termination to Purchaser together with a full refund of Purchaser's Earnest Money Deposit and the payment of the sum of Five Hundred Dollars ($500) as a termination fee and/or liquidated damages, and both parties shall be relieved of any further obligation and liability. This clause shall not be deemed mutual and by signing the Contract, the Purchaser hereby acknowledges, agrees, understands the right of the Seller granted by this provision, and agrees that this liquidated damage amount is reasonable and that the ascertainment of any actual damage would be, difficult or impossible.**

## 24.   MISCELLANEOUS

a.   This agreement may not be assigned.

b.   Whenever the context shall so require, the singular shall include the plural, the masculine gender shall include the feminine and neuter, and vice versa.

c.   This Agreement may not be amended or modified except in writing executed by both parties.

d.   If two or more persons are identified as Purchasers in this Agreement, any one of them shall have the right and authority to bind the other(s) in all matters relating to this Agreement.

e.   This Agreement is binding upon the Seller only when executed by a duly authorized agent of the Seller.  The authorized agents are the Division President, Vice President of Operations, Vice President of Finance, and Vice President of Construction.

f.   Neither this Agreement nor any memorandum thereof shall be recorded in the public records of the County or State in which property is located.  Any attempt to record this Agreement or any memorandum thereof shall be a material breach of this Agreement.

g.   Time is of the essence, in terms, conditions and provisions of this Agreement relating to time.

h.   If this Agreement is a rewrite, as noted on page 1, this Agreement supercedes all previous Agreements written between the parties.

i.   **If Morrison is acquiring the title to this lot for home construction under a lot sales agreement with a developer, then Purchase and Sale Agreement is contingent upon the actual completion of all subdivision improvements by the developer and conveyance of the lot by the developer to Morrison as agreed.  If completion and conveyance to Morrison does not occur, Morrison shall notify Purchasers who shall have the option of canceling this agreement or entering into a new agreement for a different available lot.**

j.   Without limiting the nature of any provision of the Agreement, the Purchaser specifically notes they have reviewed Paragraph (3) Completion, Paragraph (4) Financing, Paragraph (10) Signature Selections, Paragraph (11) Change Orders, Paragraph (13) Models and Plans, Paragraph, (16) Closing and Paragraph, (18) Merger, (22) Representations of Purchasers, and (23) Miscellaneous.

Purchaser acknowledges and represents that Purchaser has read this agreement and all addenda and exhibits attached to it.  Purchaser agrees to be bound by all its terms and conditions.  Purchaser acknowledges that Purchaser is not relying on any statement, promise or commitment not expressly set forth in this Agreement.  Oral representations shall not be relied upon, and are not a part of this agreement.

David McLaughlin          Date          Jason Herbert          Date
                                        X 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
                                        SSN

Authorized Agent          Date          Shantaye Young          Date
                          10/14/05      X 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
                                        SSN

### Addendum to Contract and Restrictive Covenant

As a material inducement for Seller to enter into this contract, Buyer hereby affirmatively warrants and covenants that (s)he intends to occupy the home residence to be constructed pursuant to this contract or reservation as her(his) primary or secondary (vacation) residence, plans to reside therein, and does not plan to lease or sublet such residence to any other person. This warranty and covenant is effective at the time of execution of the reservation and sales agreement and at the time of the closing of any transaction thereunder, and for a period of two years after closing. This warranty is made by Buyer to induce Seller to enter into the reservation or sales contract and is agreed by Buyer and Seller to be material to this reservation or sales contract and subsequent closing thereunder.

Any breach of this warranty is a material breach by Buyer of such reservation or sales agreement, and any such breach made by Buyer prior to Closing will entitle Seller to terminate this reservation or sales agreement and retain any deposit made by Buyer as liquidated damages, subject to the following exceptions that shall be deemed to constitute hardship situations under which Buyer may sell, lease, or otherwise transfer (collectively "Transfer") its right, title, and interest in the Property prior to two years after Closing: a Transfer resulting from the death of Buyer; a Transfer resulting from a decree of dissolution of marriage or legal separation or from a property settlement agreement incident to such decree; a Transfer by Buyer (where Buyer is not self-employed) necessary to accommodate a mandatory job transfer required by Buyer's employer; a Transfer by Buyer after the death of Buyer's spouse; or a Transfer which, in the sole judgment of Seller, constitutes a hardship situation consistent with the intentions of this Addendum. A Transfer by Buyer's spouse as a co-owner with Buyer to the Buyer, a Transfer by Buyer into a revocable inter vivo trust in which Buyer is beneficiary, or a Transfer, conveyance, pledge, assignment, or other hypothecation of the Property to secure the performance of an obligation, which transfer, conveyance, pledge, assignment or hypothecation will be released or re-conveyed upon the completion of such performance shall also be deemed an exception constituting a hardship situation under which Buyer may Transfer its right, title, and interest in the Property prior to two years after Closing, and the provisions of this Addendum shall continue in full force and effect after such transfer. Buyer agrees to provide further assurances and reasonable documentation of the truthfulness of this warranty at any time during the pendancy of this reservation or sales agreement, until the transaction is terminated or closed.

Additionally, Buyer shall not assign this agreement, nor any rights herein, nor advertise, market, list for sale, sell, transfer, assign, gift or otherwise convey the Property, or any interest therein, for a period of two years after the date of closing. If Buyer shall breach this provision, or shall breach the warranty provided above during the first calendar year after closing, Buyer shall pay to Seller the greater of 1) any profit realized on the sale or transfer, or 2) Ten Thousand Dollars ($10,000), as liquidated damages; If Buyer shall breach this provision, or shall breach the warranty provided above during the second calendar year after closing, Buyer shall pay to Seller the greater of 1) 50% of any

profit realized on the sale or transfer, or 2) Twenty Thousand Dollars ($20,000), as liquidated damages

Buyer and Seller agree that the ascertainment of actual damages for such material breach either before or after closing, would be difficult or impossible, and agree to the amounts specified above as liquidated damages as reasonable and not a penalty.

The agreements made herein shall survive the c losing of the purchase a nd sale transaction, and at the option of Seller, may be recorded in the public records of the county where the Property is located.

This warranty and covenant is intended to encumber, and Buyer and Seller do hereby encumber the real property described as Lot _165 1648_ Block _____ of _Crystal Lakes_, as shown on the map or plat thereof recorded at Plat Book _47_, Page _1-14_ of the public records of _Manatee_ County, Florida. This warranty and covenant shall run with the land for its full term, and shall bind the heirs, successors and assigns of the parties hereto.

_____    _10/12/05_
Purchaser                          Date

_____    _10/12/05_
Purchaser                          Date

_____    _____
Sales Associate                    Date
Morrison Homes

_____    _10/14/05_
Authorized Agent                   Date
Morrison Homes

*Morrison Homes*

**Tampa Division**
**Finance Addendum**

This Addendum is made this 10 day of October, 2005, to the Purchase and Sale Agreement between Morrison Homes, Inc. d/b/a Morrison Homes (Seller) and Jason Herbett & Sharlene Young (Purchaser) dated 10/10/2005.

**REAL ESTATE CERTIFICATION:** The Seller, Borrower, Real Estate Broker or Agent involved in this transaction are certifying that the terms of the Purchase and Sale Agreement are true to the best of their knowledge and belief. Any other Agreement entered into by any of the following parties must be fully disclosed and attached to the Purchase and Sale Agreement. The Seller, Borrower, Real Estate Broker or Agent fully understands that it is a federal crime punishable by fine or imprisonment or both to knowingly make any false statement concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Sections 1012 and 1014.

Yes (No) **Cash Transaction:** Within five (5) business days from the date of this Agreement, Purchaser(s) shall provide Seller with proof of
(circle one) Purchasers' financial ability to close this sale, including providing Seller with verification of sufficient cash or funds. If Purchaser fails to so provide proof of financial responsibility satisfactory to Seller, Seller may terminate this Agreement and retain the Earnest Money and any payments made for extras or upgrade items, as liquidated damages. After termination of this Agreement under this paragraph, Seller and Purchaser will n ot h ave any f urther r ights or obligations under this Agreement. Purchaser(s) have received a discount of $_____ O _____ instead of a closing cost contribution. Therefore, the Purchaser(s) are responsible for any and all closing costs including but not limited to customary seller costs, stamps on the Deed, Owner's Title Insurance Policy, document preparation fees, and recording fees. This paragraph supercedes paragraph 4 of the Purchase and Sale Agreement.

(Yes) No **Financed Transaction:** This Agreement has a 45 day contingency for financing per paragraph 4 of the Purchase and Sale
(circle one) Agreement. When Purchaser(s) close with a loan issued through Morrison Financial Services, Seller shall, at Seller's expense and with a Title Insurer of Seller's choice, 1) provide Purchaser with an Owner's Title Insurance Policy after closing and recording of the deed, 2) pay Owners and Mortgagee Title Policy fees and related title fees (collectively the "Total Title Costs"), and 3) if the Total Title Costs are less than $ 300 , pay any and all additional closing costs of Purchaser up to a maximum of the difference between the Total Title Costs and $ 300 , with any additional closing costs in excess of this amount to be paid by Purchaser. When Purchaser(s) close with a loan issued through a lender other than Morrison Financial Services, Seller will contribute a maximum of $_____ O _____ toward closing costs, and Purchaser(s) shall pay all closing costs including but not limited to title insurance and related title services fees. Closing costs include but are not limited to customary seller fees, lender inspection fees, underwriting fees, recording fees, state taxes, stamps on the mortgage and deed, loan origination fees and discount points, MIP/PMI, VA funding fee, appraisal fees, credit reports fees, application fees, survey, termite inspections, Lender Title Insurance Policy and Owner's Title Insurance Policy. All prepaid expenses including escrows for real estate taxes, homeowner's insurance, interim interest on Purchaser's purchase money mortgage and Homeowners Association fees and capital contributions, if any, must be paid by Purchaser(s). The closing will occur with the Title Company of Seller's choice at the location of the Seller's choice. Purchaser(s) understands that any agreement to lock-in Purchaser(s) interest rate and loan terms must be determined between Purchaser and Purchaser's lender. Because of the unpredictability that sometimes exists during the building process which may result in delays of closing, Purchaser(s) shall not hold Seller responsible for any expired lock-in agreements. If Purchaser(s) locks-in an interest rate, Purchaser(s) does so at his/her own risk. Purchaser will furnish to any proposed lender(s) any credit information required in connection with the loan. If any lender to whom Purchaser submits a loan application refuses to make such loan, Purchaser agrees to submit an application to at least one other lender or lenders who may show an interest in making the loan. Purchaser further agrees to take all action necessary to comply with the requirements of the lender and to execute all instruments as may be necessary to close the loan.

Purchaser(s) hereby authorize Purchasers' credit history and financial status and hereby authorize and instruct all banks, savings and loan associations, mutual funds and other financial institutions with which Purchasers have accounts to disclose to Morrison Homes the balances in such accounts and Purchasers further authorize and instruct all creditors to who Purchasers are indebted to disclose to Morrison Homes all information requested by Morrison Homes. Additionally, Purchasers authorize any mortgage lender, banker, or broker with which Purchasers make application for a purchase money mortgage to disclose to Morrison Homes any information contained in Purchaser's loan application and any information concerning the status of the loan, processing, loan approval, or requirements Purchasers must satisfy for obtaining loan approval.

Yes (No) **VA Financing:** If Purchaser obtains VA Financing, then: It is expressly agreed that notwithstanding any other provisions of this
(circle one) contract, the Purchaser shall not incur any penalty by forfeiture of earnest money or otherwise be obligated to complete the purchase of the Property described herein, if the contract purchase price or cost exceeds the reasonable value of the Property established by the Veterans Administration. The Purchaser shall, however, have the privilege and option of proceeding with the consummation of this contract without regard to the amount of the reasonable value established by the Veterans Administration. If Purchaser elects to complete the purchase at a price in excess of the reasonable value established by VA, Purchaser shall pay such excess amount in cash from a source which Purchaser agrees to disclose to the VA and which Purchaser represents will not be from borrowed funds except as approved by VA. If VA reasonable value of the Property is less than the Sales Price, Seller may 1) reduce the Sales Price to an amount equal to the VA reasonable value and the parties to the sale shall close at such lower Sales Price with appropriate adjustments to the Purchase and Sales Agreement or 2) terminate the Agreement and return Purchasers earnest money deposit. Purchaser agrees to pay the VA funding fee, which may be financed by adding to the loan amount.

Yes (No) **FHA Financing:** If Purchaser is obtaining FHA financing: It is expressly agreed that notwithstanding any other provisions of
(circle one) this contract, the Purchaser shall not be obligated to complete the purchase of the Property described herein or to incur any penalty by forfeiture of earnest money deposits or otherwise unless the Lender has delivered to the Purchaser a written statement issued by the Federal Housing Commissioner or a Direct Endorsement lender setting forth the appraised value of the Property (excluding closing costs) of not less than $_____ which statement the Lender hereby agrees to deliver to the Purchaser promptly after such appraised value statement is made available to the Lender. The Purchaser shall, however, have the privilege and option of proceeding with consummation of the contract without regard to the amount of the appraised valuation. THE APPRAISED VALUATION IS ARRIVED AT TO DETERMINE THE MAXIMUM MORTGAGE THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT WILL INSURE. HUD DOES NOT WARRANT THE VALUE OR THE CONDITION OF THE PROPERTY. THE PURCHASER SHALL SATISFY HIMSELF/HERSELF THAT THE PRICE AND CONDITION OF THE PROPERTY ARE ACCEPTABLE.

Paragraphs adjacent to "Yes No" must be circled "Yes" to apply. This Addendum is not binding on Purchaser or Seller until executed by Authorized Agent of Morrison Homes, Inc.

X _____   X 10/10/05   X _____   X 10/10/05
Purchaser                         Date          Purchaser                    Date

_____   10/11/05
Authorized Agent, Morrison Homes, Inc.   Date

Revised 5/17/05 CBC028287

*Morrison Homes*

Sarasota
Date:   10/10/05
Time:   11:24:28
S#:    20012081
C#:    1119359

## Limited Structural Change Disclosure Addendum

This Addendum is made this day 10th of October, 2005 , to the Purchase and Sale Agreement between Morrison Homes, Inc., (Seller) and Jason Herbert & Shanique Young  (Purchaser) dated 10/10/05.

The parties agree as follows:

As of this agreement date, the following changes cannot be made regardless of verbal or written representation, unless otherwise expressed clearly on the Job Initiation Order Addendum of your Purchase and Sale Agreement.  These items directly impact the parmitting process of your home and must be finalized now.  They will not be approved at a later date.

- o  Total or living square footage

- o  Trusses or elevation

- o  Window or door location or size

- o  Plumbing location

- o  Load bearing walls

- o  Addition of Fireplaces

- o  Gas and/or Heating Ventilation and Air Conditioning

- o  Non load bearing walls or interior doors (Sarasota County Only)

- o  Garage Swing

A Signature Selection Meeting, for color selections, is required within 14 days of this agreement.

The undersigned Purchaser(s) hereby acknowledge that they are in receipt of a list of the standard options available on the  Bridgeford @ Crystal Lake plan, and agree to finalize all options, including colors, within 30 days of this agreement. We reserve the right to select colors in order to progress with contruction if these time frames are not met.  *Low voltage, security, integrated wiring , and pools (if offered in specific neighborhood) need to be selected within 30 days.*

PURCHASER WILL NEED TO CONTACT: (Circle one)
AVC Home Theatre 727-443-5816          Ranger American 813-886-0211          Cable Link 813-874-1500

Some changes may not be allowable if the home has already started in the construction process. An Owners Orientation meeting will be scheduled by your Sales Associate and will include a review of all your requested changes and a review of the electrical layout of your home.  Minor electrical additions ONLY will be allowed through a Change Order at that time.  If this meeting is after the 30 day timeframe, a Late Change Order Fee of $250.00 will apply if any of the changes are approved.

An Owners Orientation meeting is scheduled for  N O V 7 , 20 0 5.  This meeting will include a review of all your documented changes and a review of the electrical layout of your home.          11:00 A M .

X _____          X _____
Purchaser                                          Purchaser

_____          _____
Authorized Agent                                  Date
Morrison Homes, Inc.
CBC028287



## Morrison Homes®

### TWO-YEAR BLANKET WARRANTY

Morrison Homes warrants your home to be free from defects in materials and workmanship for a period of two years from date of closing. If a defect occurs in any item covered by the Morrison Homes Two-Year Blanket Warranty, Morrison Homes will repair or replace the item to meet or exceed the Materials and Workmanship Standards found in *the little purple book*.

The Morrison Homes Two-Year Blanket Warranty is in addition to any warranty provided to you by a manufacturer of a product installed in your home. Morrison Homes will provide you with copies of all written warranties for consumer products installed in your home. Some of your manufacturers' warranties state that they are for one year. Morrison Homes, however, has secured agreements from most of our suppliers to extend their warranties to at least two years. If a manufacturer does not honor this commitment, Morrison Homes will. The Morrison Homes warranty is fully transferrable.

**Limitations and Exclusions**

1. The Morrison Homes Two-Year Warranty will be interpreted in accordance with Morrison's Materials and Workmanship Standards, as set forth in *the little purple book*.

2. The Morrison Homes Two-Year Blanket Warranty shall not apply to any defect, loss or damage caused or contributed to by:
   - The negligence of anyone besides Morrison Homes and its employees or subcontractors.
   - Changes or alterations to your home by anyone other than Morrison Homes and its employees or subcontractors.
   - Changes or alterations in grading and drainage around your home by anyone other than Morrison Homes and its employees or subcontractors.
   - Lack of proper maintenance and normal wear and tear.
   - Acts of God and extreme weather, including lightning, hurricanes, tornadoes, windstorms, hail, floods, mud slides, earthquakes, and wind-driven rain (unless Morrison Homes has failed to comply with applicable building codes, in which event the Morrison Homes Two-Year Blanket Warranty shall apply).

3. The Morrison Homes Two-Year Blanket Warranty applies only to your home. It does not extend to claims for consequential damages or bodily injury or to damage to personal property.

4. Except as set forth above and in connection with the Morrison Homes Ten-Year Limited Structural Warranty, Morrison Homes makes no other warranties, express or implied.

Stewart M. Cline, President

**2/10**
EXCLUSIVE WARRANTY

x _____

x _____



## Morrison Homes

### TEN-YEAR LIMITED STRUCTURAL WARRANTY

Morrison Homes warrants your home against a Major Structural Defect for a period of ten years from date of closing. A Major Structural Defect is a defect which causes actual physical damage to the load-bearing elements of your home, which damage is caused by the failure of such load-bearing elements and is sufficiently severe to make your home unsafe or uninhabitable.

**Limitations and Exclusions**

1. The Ten-Year Limited Structural Warranty shall not apply to any defect, loss or damage caused or contributed to by:
   - The negligence of anyone besides Morrison Homes and its employees or subcontractors.
   - Changes or alterations to your home by anyone other than Morrison Homes and its employees or subcontractors.
   - Changes or alterations in grading and drainage around your home by anyone other than Morrison Homes and its employees or subcontractors.
   - Lack of proper maintenance and normal wear and tear.
   - Acts of God and extreme weather, including lightning, hurricanes, tornadoes, windstorms, hail, floods, mud slides, earthquakes, and wind-driven rain (unless Morrison Homes has failed to comply with applicable building codes, in which event the Ten-Year Limited Structural Warranty shall apply).

2. The Ten-Year Limited Structural Warranty applies only to your home. It does not extend to claims for consequential damages or bodily injury or to damage to personal property.

3. The Ten-Year Limited Structural Warranty covers only the load-bearing elements of your home as defined in *the little purple book*. The Structural Warranty does not cover non-load-bearing walls, dry-wall, flooring or roofing, nor does it cover plumbing, electrical or mechanical systems. The Structural Warranty does not apply to outbuildings or structures such as swimming pools, driveways, walkways, patios, decks, walls, fences, or landscaping.

4. The obligations of Morrison Homes under the Ten-Year Limited Structural Warranty are limited to the final sales price of your home. The repair of a Major Structural Defect is limited to repair of damage to the load-bearing portions of your home which is necessary to restore load-bearing function. Morrison Homes is entitled to repair such damage or pay you the fair value of repair costs.

5. Except as set forth above and in connection with the Morrison Homes Two-Year Blanket Warranty, Morrison Homes makes no other warranty, express or implied.

**Complete Warranty in *the little purple book***

This Certificate is NOT a warranty, but merely evidences your warranty coverage as fully described in *the little purple book*. Please consult *the little purple book* for complete details and warranty claims procedures. The Morrison Homes warranty is fully transferrable.

Stewart M. Cline, President

*Morrison Homes*

Sarasota
Date:  10/10/2005
Time:  11:24:28
S#:  20012081
C#  1119359

## AFFILIATED BUSINESS ARRANGEMENT
### DISCLOSURE STATEMENT
### NOTICE

To:  Purchasers          Property Address:
    Jason Herbert          TBD, Palmetto, FL 34221
    Shanique Young

From:  Morrison Homes, Inc.          Date: 10/10/2005

Re:  Morrison Financial Services of Florida, LLC

This is to give you notice that Morrison Homes, Inc., has a business relationship with Morrison Financial Services of Florida, LLC ("Morrison Financial Services").  Morrison Homes Inc., holds an ownership interest in Morrison Financial Services of Florida, LLC.  Because of this relationship, this referral may provide Morrison Homes a financial or other benefit.

Set forth is the estimated charge or range of charges by Morrison Financial Services.  You are not required to use Morrison Financial Services as a condition for purchase or settlement of the subject property.  THERE ARE FREQUENTLY OTHER SETTLEMENT SERVICE PROVIDERS AVAILABLE WITH SIMILAR SERVICES  YOU ARE FREE TO SHOP AROUND TO DETERMINE THAT YOU ARE RECEIVING THE BEST SERVICES AND THE BEST RATE FOR THESE

| SERVICES: | CONVENTIONAL LOANS | FHA/VA LOANS |
| --- | --- | --- |
| Application Fee | $370.00 | $0 |
| Appraisal Fee | $0 | $300 - $325 |
| Credit Report(each) | $0 | $50.00 |
| Tax Service Fee | $72.00 | $72.00 |
| Processing Fee | $275.00 | $275.00 |
| Administration Fee | $250.00 | $250.00 |
| Flood Certification | $14.00 | $14.00 |
| *Origination Fee | 0-1% of Loan Amt. | 0-1% of Loan Amt. |

*Borrower may choose rate with 0 origination or rates with origination and discount points.
Morrison Financial Services may require the use of an attorney, credit reporting agency or real estate appraiser chosen to represent its interest.

ACKNOWLEDGEMENT:
I/we have read this disclosure form, and understand that Morrison Homes is referring me/us to purchase the above
Described settlement services from Morrison Financial Services
Of Florida, LLC. And may receive a financial or other benefits as the result of this referral.

Acknowledged and executed this 10th day of October, 2005.

X _____          X _____
Purchaser          Purchaser

*Morrison Homes*

Sarasota
Date: 10/10/05
Time: 11:24:28
S#.  20012081
C#.  1119359

**Tampa Division**
**Lender Disclosure**

**Purchaser's Acknowledgement**

This Addendum is made this day 10th of October, 2005 to the Purchase and Sale Agreement between Morrison Homes, Inc., (Seller) and Jason Herbert & Shanique Young (Purchaser) dated 10/10/05.

Purchaser agrees to have the following information provided to Morrison Homes, Inc. if Purchasers elect to obtain financing from a lender other than Morrison Financial Services, LLC.

Purchaser understands that failure to apply for a mortgage within five (5) business days from the date of the execution of the Purchase and Sale Agreement to Morrison Financial Services, L.P. waives your right to a financing contingency per the Purchase and Sale Agreement. Purchaser further understands that obtaining financing with a lender other than Morrison Financial Services, L.P. may affect the closing cost contribution incentives per the separate Finance Addendum. In the event the Purchaser obtains a Government Loan, Morrison Homes may not contribute to Borrowers "non-allowable" fees.

Please note that per the Purchase and Sale Agreement, specifically paragraph 4, Purchaser is required to provide Morrison Homes with a commitment letter and a good faith estimate. This allows Morrison Homes the opportunity to review and insure that the lender fully understands the financial requirements per the Purchase and Sales Agreement.

In the event Purchaser elects not to obtain a loan through Morrison Financial Services, Inc. then Purchaser agrees to have the following information completed and returned to Morrison Homes, Inc. no later than 45 days prior to the estimated closing date. If the failure to return the below information is the cause of a delayed closing, the Purchaser will accept any and all penalties applicable per the Purchase and Sale Agreement.

X _____     X 10/12/05
Purchaser                      Date

X _____     X 10/12/05
Purchaser                      Date

Lender Acknowledgement

Please be prepared to close upon the Seller's date, time and location. Failure to be prepared to close per the terms of the Purchase and Sale Agreement will result in financial loss to the Purchaser.

Lenders often have unique closing requirements. Failure to disclose your requirements to the seller does not relieve the Purchaser from liability associated with a delayed closing. Please note below any and all special requirements needed.

_____ Does the certificate of occupancy need to be delivered prior to closing, and if
so, how many days?
_____ How many days notice do you need to close?
_____ Can appliances be purchased and installed after
Closing? If so, which appliances? _____
_____ Will an Offsite Improvement Letter be required?
_____ Do you require a final survey prior to closing,
and if so, how many days?
_____ We require the closing package to be delivered no
later than two business days in advance of the
closing date to insure timely disclosure to the
Purchaser of the cash to close requirements. Is
there any reason why you cannot fulfill this
requirement?
_____

_____ Other: _____
_____
_____

These items may be forwarded via fax to 813 910-3354 for contracts in the Tampa area or 941 371-7998 for contracts in the Sarasota/Manatee area.

We appreciate your efforts and look forward to a smooth closing and transition into your new Morrison Home!

CBC028287

*Morrison Homes*

## PRE-DEVELOPMENT DISCLOSURE

### Crystal Lakes

1. Purchaser agrees and accepts that the Sellers' and Purchasers' obligations are contingent upon receiving and reviewing a recorded copy of the Restrictive Covenants governing the use and occupancy of properties in this community. These documents are currently being amended and restated.

2. Purchaser understands that as a Purchaser in this community, you will be obligated to be a member of a Homeowners' Association. The amount of the obligation has not been determined at this time.

3. Purchaser agrees and accepts Seller is not able to define right or left hand garage orientation for homesite selected until the electric company has completed installation of power on the homesite, however, the Purchaser will select the desired orientation at time of contract. If the actual power supply is opposite of the desired, **the Purchaser understands that a Change Order will be required to add the "Reverse Electrical Service" option to their sales order and that a fee of $750.00 will be assessed.**

4. Purchaser agrees and accepts Seller cannot provide an estimated time of construction completion for the home based on the current development stage of the property.

Purchaser _____ Date _____     Purchaser _____ Date _____

Morrison Homes   Date
Sales Associate

CBC028287

*Morrison Homes*

## CHANGE ORDER/ SPECIAL STIPULATIONS
### ADDENDUM

CC# ____

| | |
|---|---|
| BUYER: | Jason Herbert |
| BUYER: | Shanique Young |
| COMMUNITY: | Crystal Lakes 45's | LOT: 164 |
| HOUSE PLAN: | Bridgeford @ Crystal Lake | ELEVATION: ELEV-A |
| ADDRESS: | 7207 53rd Place East, Palmetto FL 34221 |

| Date | Add'l<br>Del | Selection | Selection Description | Price Qty | Tot |
|---|---|---|---|---|---|
| | | | Carry Forward Total | | 302,204.00 |
| | | | Change Order Fee | | 0.0 |
| | | **SALES STIPULATIONS** | | | |
| 07/13/06 | Add | CLARIFICAT | Clarification | | |
| | | Please remove Shanique Young from Purchase & Sales Agreement | | | |
| | | | Change Order Total<br>Other | | 0.0 |
| | | | Elevation & Foundation<br>New Contract Total | | 302,264.00 |

Morrison Homes Sales Associate
(Signature should also have Morrison Homes counter-signature has Division President or other authorized the same Manager's signature)

Morrison Homes Builder

Authorized Agent
Date: 7/14/06

7/14/06
Date

7/14/06
Date
Shanique Young

Distribution Date
FILE _____ PRODUCTION _____ ATTORNEY _____
LENDER _____ SALES _____ CO-OP _____ BUYER _____

1. PAGE.01
** TOTAL PAGE.02 **



*Morrison Homes*

**CHANGE ORDER/ SPECIAL STIPULATIONS
ADDENDUM**

Sarasota
Date: 07/13/06
Time: 15:49:21
Page: 1 / 1
S#: 20012081
C#: 1119359

C.O.# _____

**BUYER:**   Jason Herbert

**BUYER:**   Shanique Young

**COMMUNITY:**   Crystal Lakes 45's          LOT: 164

**HOUSE PLAN:** Bridgeford @ Crystal Lake          ELEVATION: ELEV-A

**ADDRESS:**   7207 53rd Place East, Palmetto FL 34221

| Date | Add/ Del | Selection | Selection Description | Price Qty | Tota |
|------|----------|-----------|----------------------|-----------|------|
| | | | Carry Forward Total | | 302,264.00 |
| | | | Change Order Fee | | 0.00 |

**SALES STIPULATIONS**

| | | | | | |
|------|----------|-----------|----------------------|-----------|------|
| 07/13/06 | Add | CLARIFICAT | Clarification | | |

Please remove Shanique Young from Purchase & Sales Agreement.

| | | | | | |
|---|---|---|---|---|---|
| | | | Change Order Total | | 0.00 |
| | | | Other | | |
| | | | Elevation & Foundation | | |
| | | | New Contract Total | | 302,264.00 |

---

Morrison Homes Sales Associate
(Signature shall not bind Morrison Homes until such time as the
Division President or other authorized divisional Manager signs.)

Jason Herbert                           **Date**

Shanique Young                          **Date**

Morrison Homes Builder

Authorized Agent
Date: _____

Distribution Date _____
FILE _____ PRODUCTION _____ ATTORNEY _____
LENDER ____ SALES ____ CO-OP ____ BUYER ____



ACCEPTED

JUN 1 3 2006

*Morrison Homes*

**JOB INITIATION ORDER**

Recap

Sarasota
Date: 06/06/06
Time: 16:36:20
Page: 5 / 5
S#:  20012081
C#:  1119359

| Date | Selection | Selection Description | Price Qty | Total |
|------|-----------|----------------------|-----------|-------|

lvl 4 light in master bath (price not in system)
KP-SS-108-#69 PEWTER

| | OPTION TOTAL | 15,274.0 |
|--|-------------|----------|
| | CREDIT | 0.0 |
| | JOB INITIATION TOTAL | 302,264.0 |

REC'D JUN 1 2 2006

Morrison Homes Sales Associate
(Signature shall not bind Morrison Homes until such time as the
Division President or other authorized divisional Manager signs.)

Morrison Homes Builder

Authorized Agent
Date:  7/6/16

Jason Herbert                     6/6/06
                                  Date

Shanique Young                    6/6/06
                                  Date

Distribution Date _____ FILE_____
PRODUCTION_____ ATTORNEY/TITLE____
LENDER____ SALES ___CO-OP____ BUYER___

*Morrison Homes*

**JOB INITIATION ORDER**

Sarasota
Date: 06/06/06
Time: 16:36:20
Page: 4 / 5
S#:  20012081
C#:  1119359

| Date | Selection | Selection Description | Price | Qty | Tota |
|------|-----------|----------------------|-------|-----|------|
| 06/06/06 | Flooring for Zone 8 Style | Bellini 16" x 16" | | | |
| 06/06/06 | Flooring for Zone 8 Color | Beige W3076 | | | |
| 06/06/06 | Floor Grout Color Zone 8 | Bone 382 | | | |
| 06/06/06 | Flooring for Zone 12 Great Rm | Level II Tile - Diagonal | 2,378.00 | 1 | 2,378.( |
| 06/06/06 | Flooring for Zone 12 Style | Bellini 16" x 16" | | | |
| 06/06/06 | Flooring for Zone 12 Color | Beige W3076 | | | |
| 06/06/06 | Floor Grout Color Zone 12 | Bone 382 | | | |
| 06/06/06 | Flooring for Zone 17 Hall | Level II Tile - Diagonal | 680.00 | 1 | 680.( |
| 06/06/06 | Flooring for Zone 17 Style | Bellini 16" x 16" | | | |
| 06/06/06 | Flooring for Zone 17 Color | Beige W3076 | | | |
| 06/06/06 | Floor Grout Color Zone 17 | Bone 382 | | | |
| 06/06/06 | Flooring for Zone 30 | Level III Carpet | 100.00 | 1 | 100.C |
| 06/06/06 | Flooring for Zone 30 Style | Glory Days II | | | |
| 06/06/06 | Flooring for Zone 30 Color | Traildust 733 | | | |
| 06/06/06 | Flooring for Zone 32 Bedroom 2 | Level III Carpet | 95.00 | 1 | 95.C |
| 06/06/06 | Flooring for Zone 32 Style | Glory Days II | | | |
| 06/06/06 | Flooring for Zone 32 Color | Traildust 733 | | | |
| 06/06/06 | Flooring for Zone 33 Bedroom 3 | Level III Carpet | 70.00 | 1 | 70.0 |
| 06/06/06 | Flooring for Zone 33 Style | Glory Days II | | | |
| 06/06/06 | Flooring for Zone 33 Color | Traildust 733 | | | |
| 06/06/06 | Flooring for Zone 34 Bedroom 4 | Level III Carpet | 60.00 | 1 | 60.0 |
| 06/06/06 | Flooring for Zone 34 Style | Glory Days II | | | |
| 06/06/06 | Flooring for Zone 34 Color | Traildust 733 | | | |
| | | **LIGHTS** | | | |
| 06/06/06 | Dining Room Light Group | Group Two | | | |
| 06/06/06 | Dining Room Light Fixture | KP-1-5001-5-69 Pewter | 37.00 | 1 | 37.0( |
| 06/06/06 | Foyer Lighting Group | Group Three | | | |
| 06/06/06 | Foyer Light Fixture Color | KP-SS-111-3-69 Pewter | 61.00 | 1 | 61.0( |
| 06/06/06 | Bath Lighting Group Zone 2 | Group Four | | | |
| 06/06/06 | Bath Light Fixture Zone 2 | KP-SS-108-#-69 Pewter | 156.00 | 1 | 156.0( |
| 06/06/06 | Bath Lighting Group Zone 3 | Group One | | | Inc |
| 06/06/06 | Bath Light Fixture Zone 3 | KP-8-512-#-69 Pewter | | | Incl |
| 06/06/06 | Coach Light | Group One | | | Incl |
| 06/06/06 | Coach Light Color | 5-2090-72 Rustic Bronze | | | Incl |
| | | **ELECTRICAL** | | | |
| 06/06/06 | Security System Prewire | Option Selected | 340.00 | 1 | 340.0( |
| | | **CUSTOM OPTIONS** | | | |
| 06/06/06 | 1000015003 | OPR-220 dedicated outlet in ga | 625.00 | 1 | 625.0C |

```
Customer would like to add a 6-2 Wiring, 220 dedicated
70 watt fuse outlet to his garage to be placed next
 to the water heater in the garage.   Will be used
for a waterless hot water heater.
```

| Date | Selection | Selection Description | Price | Qty | Tota |
|------|-----------|----------------------|-------|-----|------|
| | | **CUSTOM OPTIONS** | | | |
| 06/06/06 | 1000014986 | OPR-Light lvl 4 master bath | 156.00 | 1 | 156.00 |

Morrison Homes Sales Associate
(Signature shall not bind Morrison Homes until such time as the
Division President or other authorized divisional Manager signs.)

Morrison Homes Builder

Authorized Agent
Date:

Jason Herbert                                    6/10/06
                                                  Date

Shanique Young                                   6/10/06
                                                  Date

Distribution Date _____   FILE_____
PRODUCTION _____ ATTORNEY/TITLE_____
LENDER___  SALES____CO-OP____BUYER_____

*Morrison Homes*

## JOB INITIATION ORDER

Sarasota
Date: 06/06/06
Time: 16:36:20
Page: 3 / 5
S#: 20012081
C#: 1119359

| Date | Selection | Selection Description | Price | Qty | Total |
|------|-----------|----------------------|-------|-----|-------|
| 06/06/06 | Wall Tile Style Zone 2 Alt | Bellini 8x10 | | | |
| 06/06/06 | Wall Tile Color Zone 2 Alt | Beige W4788 | | | |
| 06/06/06 | Shower Floor Color  Zone 2 | Bone Matte W8001 | | | Inc |
| 06/06/06 | Wall Grout Color Zone 2 | Bright White 381 | | | Inc |
| 06/06/06 | Wall Deco Zone 2 Set 1 | LEVEL II EACH | 21.00 | 5 | 105.0 |
| 06/06/06 | Wall Deco Zone 2 Sty Set 1 | BLNI810 | | | |
| 06/06/06 | Wall Deco Zone 2 Clr Set 1 | BGEW4789 | | | |
| 06/06/06 | Wall Deco Zone 2 Design | SEE DIAGRAM | | | |
| 06/06/06 | Zone 3  Cabinet Mfr | Timberlake | | | Inc |
| 06/06/06 | Zone 3  Cabinet Size | Standard Height Vanity | | | Inc |
| 06/06/06 | Zone 3  Cabinet Size/Mfr | ST Timberlake | | | |
| 06/06/06 | Zone 3  Cabinet Grade | Level IV | | | |
| 06/06/06 | Zone 3  Cabinet Price | Stnd Timbrlk Level IV | 142.00 | 1 | 142.0 |
| 06/06/06 | Zone 3  Cabinet Style | Sonoma Cherry | | | |
| 06/06/06 | Zone 3  Cab Mfr/Sz/Grd/Sty | ST TL IV SSNMAC | | | |
| 06/06/06 | Zone 3  Cabinet Color | Bordeaux | | | |
| 06/06/06 | Zone 3  Bath Hardware Grade | Level II | | | |
| 06/06/06 | Zone 3  Bath Door Hdwr Style | 3071-BA Brushed Steel Pull | | | |
| 06/06/06 | Zone 3  Bath Drwr Hdwr Style | 3071-BA Brushed Steel Pull | | | |
| 06/06/06 | Zone 3 Countertop | Laminate Level I | | | Inc |
| 06/06/06 | Zone 3 Countertop Color | Mystique Dawn 4762-60 | | | |
| 06/06/06 | Zone 3 Countertop Edg | Standard | | | Inc |
| 06/06/06 | Zone 3 Countertop Edge Style | Square | | | Inc |
| 06/06/06 | Zone 3 Sink | Sterling 19" 75020140 Biscuit | 25.00 | 1 | 25.0 |
| 06/06/06 | Bath Plumbing Fixtures Zone 3 | Villeta Chrome/Platnm #L4721PM | 185.00 | 1 | 185.0 |
| 06/06/06 | Zone 3 Commode | Sterling Windham 402215 Bis | 25.00 | 1 | 25.0 |
| 06/06/06 | Zone 3 Tub | Sterling Performa 7104 Bisque | 35.00 | 1 | 35.0 |
| 06/06/06 | Tub Wall Tile Level Zone 3 | Level I Wall Tile | | | Inc |
| 06/06/06 | Tub Wall Tile Style Zone 3 | Mercury 6x6 | | | |
| 06/06/06 | Tub Wall Tile Color Zone 3 | Bone W6205 Matte | | | |
| 06/06/06 | Wall Grout Color Zone 3 | Bright White 381 | | | Inc |
| | | **FLOORING** | | | |
| 06/06/06 | Carpet Pad | 7/16" 6LB Rebond Pad | | | Inc |
| 06/06/06 | Flooring for Zone 1 Foyer | Level II Tile - Diagonal | 45.00 | 1 | 45.0 |
| 06/06/06 | Flooring for Zone 1 Style | Bellini 16" x 16" | | | |
| 06/06/06 | Flooring for Zone 1 Color | Beige W3076 | | | |
| 06/06/06 | Floor Grout Color Zone 1 | Bone 382 | | | |
| 06/06/06 | Flooring for Zone 2 | Level II Tile - Diagonal | 86.00 | 1 | 86.0 |
| 06/06/06 | Flooring for Zone 2 Style | Bellini 16" x 16" | | | |
| 06/06/06 | Flooring for Zone 2 Color | Beige W3076 | | | |
| 06/06/06 | Floor Grout Color Zone 2 | Bone 382 | | | |
| 06/06/06 | Flooring for Zone 3 Hall Bath | Level II Tile - Diagonal | 74.00 | 1 | 74.0 |
| 06/06/06 | Flooring for Zone 3 Style | Bellini 16" x 16" | | | |
| 06/06/06 | Flooring for Zone 3 Color | Beige W3076 | | | |
| 06/06/06 | Floor Grout Color Zone 3 | Bone 382 | | | |
| 06/06/06 | Flooring for Zone 7 Utility Rm | Level II Tile - Diagonal | 130.00 | 1 | 130.0 |
| 06/06/06 | Flooring for Zone 7 Style | Bellini 16" x 16" | | | |
| 06/06/06 | Flooring for Zone 7 Color | Beige W3076 | | | |
| 06/06/06 | Floor Grout Color Zone 7 | Bone 382 | | | |
| 06/06/06 | Flooring for Zone 8 | Level II Tile - Diagonal | 562.00 | 1 | 562.0 |

Morrison Homes Sales Associate
(Signature shall not bind Morrison Homes until such time as the
Division President or other authorized divisional Manager signs.)

Jason Herbert                                  6/6/06
                                                Date

Shanique Young                                 6/6/06
                                                Date

Morrison Homes Builder

Authorized Agent
Date: 7/6/06

Distribution Date _____ FILE_____
PRODUCTION_____ ATTORNEY/TITLE_____
LENDER_____ SALES_____ CO-OP____ BUYER_____



Sarasota
Date: 06/08/06
Time: 16:36:20
Page: 2 / 5
S#:  20012081
C#:  1119359

## JOB INITIATION ORDER

| Date | Selection | Selection Description | Price | Qty | Tota |
|------|-----------|----------------------|-------|-----|------|
| 06/06/06 | Blind Color | White | | | 530.( |
| 06/06/06 | Int Door Select @ Den | 2'6"x6'8" Divided Lite Door | 530.00 | 1 | |
| | | **KITCHEN** | | | |
| 06/06/06 | Kitchen Cabinet Mfr | Timberlake | | | In |
| 06/06/06 | Kitchen Cabinet Size | 30" | | | In |
| 06/06/06 | Kitchen Cabinet Size/Mfr | 30" Timberlake | | | |
| 06/06/06 | Kitchen Cabinet Grade | Level II | | | |
| 06/06/06 | Kitchen Cabinet Price | 30" Timbrlk Level II | 540.00 | 1 | 540.( |
| 06/06/06 | Kitchen Cabinet Style | Cascade Maple | | | |
| 06/06/06 | Kitchen Cab Mfr/Sz/Grd/Sty | 30" TL II SCASCM | | | |
| 06/06/06 | Kitchen Cabinet Color | Spice | | | |
| 06/06/06 | Stagger Cabinet above Range | Stagger Cabinet above Range | | | Inc |
| 06/06/06 | Kitchen Cabinet Crown Molding | Traditional Crown Molding CM8 | 230.00 | 1 | 230.C |
| 06/06/06 | Kitchen Countertop | Corian - Level I | | | Inc |
| 06/06/06 | Kitchen Countertop Color | Bisque | | | |
| 06/06/06 | Kitchen Countertop Edge | Standard | | | |
| 06/06/06 | Kitchen Countertop Edge Sty | S-1 Roundover | | | |
| 06/06/06 | Kitchen Sink | Corian Integral 872 | 538.00 | 1 | 538.0 |
| 06/06/06 | Kitchen Sink Clr | Bisque | | | |
| 06/06/06 | Kitchen Faucet | Salora Ivory #7570V | 25.00 | 1 | 25.0 |
| 06/06/06 | Dishwasher | Whirlpool DU810SW | | | Inc |
| 06/06/06 | Dishwasher Color | White on White | | | |
| 06/06/06 | Range | Whirlpool RF378LX Elec | | | Inc |
| 06/06/06 | Range Color | White on White | | | |
| 06/06/06 | Over the Range Microwave | Whirlpool MH2155X | | | Inc |
| 06/06/06 | Over the Range Microwave Color | White on white | | | |
| | | **BATHROOMS** | | | |
| 06/06/06 | Zone 2  Cabinet Mfr | Timberlake | | | Inc |
| 06/06/06 | Zone 2  Cabinet Size | Standard Height Vanity | | | Inc |
| 06/06/06 | Zone 2  Cabinet Size/Mfr | ST Timberlake | | | |
| 06/06/06 | Zone 2  Cabinet Grade | Level IV | | | |
| 06/06/06 | Zone 2  Cabinet Price | Stnd Timbrlk Level IV | 142.00 | 1 | 142.0( |
| 06/06/06 | Zone 2  Cabinet Style | Sonoma Cherry 36" Height | | | |
| 06/06/06 | Zone 2  Cab Mfr/Sz/Grd/Sty | ST TL IV SSNMAC | | | |
| 06/06/06 | Zone 2  Cabinet Color | Bordeaux | | | |
| 06/06/06 | Zone 2  Bath Hardware Grade | Level II | | | |
| 06/06/06 | Zone 2  Bath Door Hdwr Style | 3071-BA Brushed Steel Pull | | | |
| 06/06/06 | Zone 2  Bath Drwr Hdwr Style | 3071-BA Brushed Steel Pull | | | |
| 06/06/06 | Zone 2 Countertop | Laminate Level I | | | Incl |
| 06/06/06 | Zone 2 Countertop Color | Mystique Dawn 4762-60 | | | |
| 06/06/06 | Zone 2 Countertop Edge Style | Square | | | Incl |
| 06/06/06 | Zone 2 Countertop Edg | Standard | | | Incl. |
| 06/06/06 | Zone 2 Sink | Sterling 19" 75020140 Biscuit | 25.00 | 1 | 25.00 |
| 06/06/06 | Bath Plumbing Fixtures Zn 2Alt | Monticello Chrm/Pltnm #4551PMC | 140.00 | 1 | 140.00 |
| 06/06/06 | Zone 2 Commode | Sterling Windham 402215 Bis | 25.00 | 1 | 25.00 |
| 06/06/06 | Zone 2 Tub | Sterling Performa 7104 Bisque | 35.00 | 1 | 35.00 |
| 06/06/06 | Shower Glass Style  Zone 2 | Clear | | | |
| 06/06/06 | Bth Window Glass Style  Zone 2 | Clear | | | |
| 06/06/06 | Wall Tile Level Zone 2 Alt | Level II Wall Tile | 100.00 | 1 | 100.00 |

Morrison Homes Sales Associate
(Signature shall not bind Morrison Homes until such time as the
Division President or other authorized divisional Manager signs.)

Morrison Homes Builder

Authorized Agent
Date: 7/6/06

Jason Herbert                    6/10/06
                                      Date

Shanique Young                  6/10/06
                                      Date

Distribution Date _____ FILE _____
PRODUCTION _____ ATTORNEY/TITLE _____
LENDER ____ SALES ____ CO-OP ____ BUYER ____

*Please Sign All Pages & Return!*

## Morrison Homes

### JOB INITIATION ORDER

Sarasota
Date: 06/06/06
Time: 16:36:20
Page: 1 / 5
S#: 20012081
C#: 1119359

**BUYER:** Jason Herbert

**BUYER:** Shanique Young

**COMMUNITY:** Crystal Lakes 45's          **LOT: 164**

**HOUSE PLAN:** Bridgeford @ Crystal Lake          **ELEVATION: ELEV-A**

**ADDRESS:** 7207 53rd Place East, Palmetto FL 34221

| Date | Selection | Selection Description | Price | Qty | Tota |
|------|-----------|----------------------|-------|-----|------|
| | | House Base Price | | | 280,990.( |
| | | Lot Premium | | | 6,000.( |
| | | **MISCELLANEOUS** | | | |
| 06/06/06 | Fascia Material Elev A | 2X4 Alum Fascia | | | |
| | | **STRUCTURAL** | | | |
| 06/06/06 | Foundation Type | Mono Slab | | | |
| 06/06/06 | Home Elevation | A | | | |
| 06/06/06 | House Swing | Right | | | |
| 06/06/06 | Garage Options | 2 Car Garage | | | |
| 06/06/06 | Extended Covered Lanai | Extended Covered Lanai | 1,344.00 | 1 | 1,344.0 |
| 06/06/06 | Hot Water Heater | 40 Gallon Electric | | | Inc |
| 06/06/06 | Master Bath Alternate | Master Bath Alternate | 1,960.00 | 1 | 1,960.0 |
| 06/06/06 | Alternate Den | Alternate Den | 420.00 | 1 | 420.0 |
| 06/06/06 | Kitchen Exterior Select | Sliding Glass Door | | | Inc |
| 06/06/06 | Pest Defense Tubes | Pest Defense Tubes | 190.00 | 1 | 190.0 |
| | | **EXTERIORS** | | | |
| 06/06/06 | Front Entry Options | Acrylic Decking on Entry | | | Inc |
| 06/06/06 | Entry Color | Shell | | | |
| 06/06/06 | Lanai Options | Acrylic Decking on Lanai | | | inc |
| 06/06/06 | Lanai Color | Shell | | | |
| 06/06/06 | 6'8" Front Door Options | 3068 S210 6 Panel Door | | | Inc |
| 06/06/06 | Roof Shingles | 30-Year Dimensional Shingles | | | Inc |
| 06/06/06 | Roof Shingle Color | GAF Driftwood Blend | | | |
| 06/06/06 | Garage Door Opener w/2 Remotes | 1/3 HP Opener | | | Inc |
| 06/06/06 | Exterior Paint Collections | Sarasola Classic Collection | | | Inc |
| 06/06/06 | Sarasola Scheme | Tampa Ext Scheme 7 | | | |
| 06/06/06 | Front Entry Door Color | Royal Garnet 8416N | | | |
| 06/06/06 | Radiant Barrier | Option Selected | 1,306.00 | 1 | 1,306.0 |
| 06/06/06 | Sarasola Trim Color | Brick Dust 8742 | | | |
| 06/06/06 | Front Door Hardware | Chelsea Stn Nckl/Lido Stn Nckl | 74.00 | 1 | 74.0 |
| 06/06/06 | Ext/Int Door Hardware Combo | Lido/Stn Nickl/Lido Stn Nickel | 250.00 | 1 | 250.0 |
| 06/06/06 | Master Bed/Bath Dr Hdwr Price | Satin Nickel | 5.00 | 1 | 5.0 |
| 06/06/06 | Sarasola Body Color | Barrister White 8740 | | | |
| | | **INTERIORS** | | | |
| 06/06/06 | Drywall Styles | Round Cornerbead/Formal Areas | | | Inc |
| 06/06/06 | Interior Door Style Selection | Colonist | | | |
| 06/06/06 | Int Dr Select@ Master Bed/Bath | 2'6"x6'8" Pocket Door | 270.00 | 1 | 270.0( |
| 06/06/06 | Interior Paint | Morrison Shell White | | | Inc |
| 06/06/06 | Window Blinds & SGD Verticals | 2" Faux House Pkg | 953.00 | 1 | 953.0( |

_____
Morrison Homes Sales Associate

(Signature shall not bind Morrison Homes until such time as the
Division President or other authorized divisional Manager signs.)

_____
Morrison Homes Builder

Authorized Agent
Date: ___7/6/66___

_____
Jason Herbert          6/6/06 Date

_____
Shanique Young          6/6/06 Date

Distribution Date _____  FILE_____
PRODUCTION_____ ATTORNEY/TITLE____
LENDER____ SALES____ CO-OP____ BUYER____



**CHANGE ORDER/ SPECIAL STIPULATIONS**
**ADDENDUM**

Morrison Homes
Date: 05/10/06
Time: 12:26:10
Page: 1 / 1
S#: 20012081
C#: 1119359

C.O.# _____

**BUYER:** Jason Herbert

**BUYER:** Shanique Young

**COMMUNITY:** Crystal Lakes 45's                **LOT: 164**

**HOUSE PLAN:** Bridgeford @ Crystal Lake        **ELEVATION: ELEV-A**

**ADDRESS:** 7207 53rd Place East, Palmetto FL 34221

| Date | Add/ Del | Selection | Selection Description | Price | Qty | Total |
|------|----------|-----------|----------------------|-------|-----|-------|
| | | | Carry Forward Total | | | 302,029.00 |
| | | | Change Order Fee | | | 0.00 |
| | | **EXTERIORS** | | | | |
| 05/10/06 | Add | Master Bed/Bath Dr Hdwr Price | Satin Nickel | 5.00 | 1 | 5.00 |
| 05/10/06 | Del | Master Bed/Bath Dr Hdwr Price | Lido Satin Nickel | -40.00 | 1 | -40.00 |
| | | **INTERIORS** | | | | |
| 05/10/06 | Add | Int Dr Select@ Master Bed/Bath | 2'6"x6'8" Pocket Door | 270.00 | 1 | 270.00 |
| 05/10/06 | Del | Int Dr Select@ Master Bed/Bath | 2'6"x6'8" Door | | 1 | Incl. |
| | | | Change Order Total | | | 235.00 |
| | | | Other | | | |
| | | | New Contract Total | | | 302,264.00 |

Morrison Homes Sales Associate
(Signature shall not bind Morrison Homes until such time as the
Division President or other authorized divisional Manager signs.)

Morrison Homes Builder

Authorized Agent
Date: 7/6/06

X _____ Jason Herbert        5/17/06 Date

X _____ Shanique Young        5/7/06 Date

Distribution Date _____
FILE_____ PRODUCTION_____ ATTORNEY_____
LENDER_____ SALES_____ CO-OP_____ BUYER_____

RECD MAY 2 3 2006

cc:construction

*Morrison Homes*

Morrison Homes
Date: 11/15/05
Time: 11:01:38
Page: 1 / 1
S#: 20012081
C#: 1119359

## CHANGE ORDER/ SPECIAL STIPULATIONS ADDENDUM

C.O.#

**BUYER:** Jason Herbert

**BUYER:** Shanique Young

RECD NOV 28 2005

**COMMUNITY:** Crystal Lakes 45s                                    **LOT:** 164

**HOUSE PLAN:** Bridgeford @ Crystal Lake                **ELEVATION:** ELEV-A

**ADDRESS:** 7207 53rd Place East, Palmetto FL 34221

| Date | Add/ Del | Selection | Selection Description | Price | Qty | Total |
|------|----------|-----------|----------------------|-------|-----|-------|
| | | | Carry Forward Total | | | 300,927.00 |
| | | | Change Order Fee | | | 0.00 |

**CUSTOM OPTIONS**

| Date | Add/ Del | Selection | Selection Description | Price | Qty | Total |
|------|----------|-----------|----------------------|-------|-----|-------|
| 11/15/05 | Add | 1000015003 | OPR-220 dedicated outlet in ga | 625.00 | 1 | 625.00 |

Customer would like to add a 6-2 Wiring, 220 dedicated
70 watt fuse outlet to his garage to be placed next
to the water heater in the garage.  Will be used
for a waterless hot water heater.

| | | |
|---|---|---|
| Change Order Total | | 625.00 |
| Other | | |
| New Contract Total | | 301,552.00 |

Morrison Homes Sales Associate
(Signature shall not bind Morrison Homes until such time as the
Division President or other authorized divisional Manager signs.)

Jason Herbert                    Date  4/18/05

Shanique Young                   Date

Morrison Homes Builder
Authorized Agent
Date: 11/30/05

Distribution Date _____
FILE _____ PRODUCTION _____ ATTORNEY _____
LENDER _____ SALES ✓ CO-OP _____ BUYER _____



**CHANGE ORDER/ SPECIAL STIPULATIONS ADDENDUM**

Morrison Homes
Date: 11/11/05
Time: 14:39:51
Page: 5 / 5
S#: 20012081
C#: 1119359

C.O.#

| Date | Add/ Del | Selection | Selection Description | Price Qty | Total |
|------|----------|-----------|----------------------|-----------|-------|
| 11/11/05 | Del | Foyer Lighting Group | Group One | | Incl. |
| 11/11/05 | Add | Foyer Light Fixture Color | KP-SS-111-3-69 Pewter | 61.00  1 | 61.00 |
| 11/11/05 | Del | Foyer Light Fixture Color | KP-6-507-2-69 Pewter | | Incl. |
| 11/11/05 | Add | Bath Lighting Group Zone 2 | Group Four | | |
| 11/11/05 | Del | Bath Lighting Group Zone 2 | Group One | | Incl. |
| 11/11/05 | Add | Bath Light Fixture Zone 2 | KP-SS-108-#-69 Pewter | | |
| 11/11/05 | Del | Bath Light Fixture Zone 2 | KP-8-512-#-69 Pewter | | Incl. |

**ELECTRICAL**

| Date | Add/ Del | Selection | Selection Description | Price Qty | Total |
|------|----------|-----------|----------------------|-----------|-------|
| 11/11/05 | Add | Security System Prewire | Option Selected | 340.00  1 | 340.00 |

Change Order Total      9,493.00

Other

New Contract Total      300,927.00

Morrison Homes Sales Associate
(Signature shall not bind Morrison Homes until such time as the
Division President or other authorized divisional Manager signs.)

Morrison Homes Builder
Authorized Agent
Date: __11/18/05__

Jason Herbert      Date

Shanique Young      Date

Distribution Date _____
FILE _____ PRODUCTION _____ ATTORNEY _____
LENDER _____ SALES _____ CO-OP _____ BUYER _____

*Morrison Homes*

Morrison Homes
Date: 11/11/05
Time: 14:39:51
Page: 4 / 5
S#: 20012081
C#: 1119359

## CHANGE ORDER/ SPECIAL STIPULATIONS
## ADDENDUM

C.O.# _____

| Date | Add/ Del | Selection | Selection Description | Price Qty | | Total |
|------|----------|-----------|----------------------|-----------|---|-------|
| 11/11/05 | Add | Flooring for Zone 7 Style | Bellini 16" x 16" | | | |
| 11/11/05 | Add | Flooring for Zone 7 Color | Beige W3076 | | | |
| 11/11/05 | Add | Floor Grout Color Zone 7 | Bone 382 | | | |
| 11/11/05 | Add | Flooring for Zone 8 | Level II Tile - Diagonal | 562.00 | 1 | 562.00 |
| 11/11/05 | Del | Flooring for Zone 8 | Level I Tile - Straight | | | Incl. |
| 11/11/05 | Add | Flooring for Zone 8 Style | Bellini 16" x 16" | | | |
| 11/11/05 | Add | Flooring for Zone 8 Color | Beige W3076 | | | |
| 11/11/05 | Add | Floor Grout Color Zone 8 | Bone 382 | | | |
| 11/11/05 | Add | Flooring for Zone 12 Great Rm | Level II Tile - Diagonal | 2,378.00 | 1 | 2,378.00 |
| 11/11/05 | Del | Flooring for Zone 12 Great Rm | Level II Carpet | | | Incl. |
| 11/11/05 | Add | Flooring for Zone 12 Style | Bellini 16" x 16" | | | |
| 11/11/05 | Add | Flooring for Zone 12 Color | Beige W3076 | | | |
| 11/11/05 | Add | Floor Grout Color Zone 12 | Bone 382 | | | |
| 11/11/05 | Add | Flooring for Zone 17 Hall | Level II Tile - Diagonal | 680.00 | 1 | 680.00 |
| 11/11/05 | Del | Flooring for Zone 17 Hall | Level II Carpet | | | Incl. |
| 11/11/05 | Add | Flooring for Zone 17 Style | Bellini 16" x 16" | | | |
| 11/11/05 | Add | Flooring for Zone 17 Color | Beige W3076 | | | |
| 11/11/05 | Add | Floor Grout Color Zone 17 | Bone 382 | | | |
| 11/11/05 | Add | Flooring for Zone 30 | Level III Carpet | 100.00 | 1 | 100.00 |
| 11/11/05 | Del | Flooring for Zone 30 | Level II Carpet | | | Incl. |
| 11/11/05 | Add | Flooring for Zone 30 Style | Glory Days II | | | |
| 11/11/05 | Add | Flooring for Zone 30 Color | Traildust 733 | | | |
| 11/11/05 | Add | Flooring for Zone 32 Bedroom 2 | Level III Carpet | 95.00 | 1 | 95.00 |
| 11/11/05 | Del | Flooring for Zone 32 Bedroom 2 | Level II Carpet | | | Incl. |
| 11/11/05 | Add | Flooring for Zone 32 Style | Glory Days II | | | |
| 11/11/05 | Add | Flooring for Zone 32 Color | Traildust 733 | | | |
| 11/11/05 | Add | Flooring for Zone 33 Bedroom 3 | Level III Carpet | 70.00 | 1 | 70.00 |
| 11/11/05 | Del | Flooring for Zone 33 Bedroom 3 | Level II Carpet | | | Incl. |
| 11/11/05 | Add | Flooring for Zone 33 Style | Glory Days II | | | |
| 11/11/05 | Add | Flooring for Zone 33 Color | Traildust 733 | | | |
| 11/11/05 | Add | Flooring for Zone 34 Bedroom 4 | Level III Carpet | 60.00 | 1 | 60.00 |
| 11/11/05 | Del | Flooring for Zone 34 Bedroom 4 | Level II Carpet | | | Incl. |
| 11/11/05 | Add | Flooring for Zone 34 Style | Glory Days II | | | |
| 11/11/05 | Add | Flooring for Zone 34 Color | Traildust 733 | | | |

### LIGHTS

| Date | Add/ Del | Selection | Selection Description | Price Qty | | Total |
|------|----------|-----------|----------------------|-----------|---|-------|
| 11/11/05 | Add | Dining Room Light Group | Group Two | | | Incl. |
| 11/11/05 | Del | Dining Room Light Group | Group One | | | |
| 11/11/05 | Add | Dining Room Light Fixture | KP-1-5001-5-69 Pewter | 37.00 | 1 | 37.00 |
| 11/11/05 | Del | Dining Room Light Fixture | KP-1-5005-5-69 Pewter | | | Incl. |
| 11/11/05 | Add | Foyer Lighting Group | Group Three | | | |

_____

Morrison Homes Sales Associate
(Signature shall not bind Morrison Homes until such time as the
Division President or other authorized divisional Manager signs.)

Morrison Homes Builder
Authorized Agent
Date: _____

Jason Herbert          Date 11/11/05

Shanique Young          Date 11/11/05

Distribution Date _____
FILE_____ PRODUCTION_____ ATTORNEY_____
LENDER_____ SALES_____ CO-OP_____ BUYER_____

*Morrison Homes*

Morrison Homes
Date: 11/11/05
Time: 14:39:51
Page: 3 / 5
S#: 20012081
C#: 1119359

## CHANGE ORDER/ SPECIAL STIPULATIONS
## ADDENDUM

C.O.# _____

| Date | Add/ Del | Selection | Selection Description | Price | Qty | Total |
|------|----------|-----------|----------------------|-------|-----|-------|
| 11/11/05 | Add | Wall Deco Zone 2 Sty Set 1 | BELLINI 8 X 10 | | | |
| 11/11/05 | Add | Wall Deco Zone 2 Clr Set 1 | Beige W4789 | | | |
| 11/11/05 | Add | Wall Deco Zone 2 Design | SEE DIAGRAM | | | |
| 11/11/05 | Add | Zone 3 Cabinet Grade | Level IV | | | |
| 11/11/05 | Del | Zone 3 Cabinet Grade | Level I | | | Incl. |
| 11/11/05 | Add | Zone 3 Cabinet Price | Stnd Timbrlk Level IV | 142.00 | 1 | 142.00 |
| 11/11/05 | Del | Zone 3 Cabinet Price | Stnd Timbrlk Level I | | | Incl. |
| 11/11/05 | Add | Zone 3 Cabinet Style | Sonoma Cherry | | | |
| 11/11/05 | Add | Zone 3 Cab Mfr/Sz/Grd/Sty | ST TL IV SSNMAC | | | |
| 11/11/05 | Add | Zone 3 Cabinet Color | Bordeaux | | | |
| 11/11/05 | Add | Zone 3 Bath Hardware Grade | Level II | | | |
| 11/11/05 | Add | Zone 3 Bath Door Hdwr Style | 3071-BA Brushed Steel Pull | | | |
| 11/11/05 | Add | Zone 3 Bath Drwr Hdwr Style | 3071-BA Brushed Steel Pull | | | |
| 11/11/05 | Add | Zone 3 Countertop Color | Mystique Dawn 4762-60 | | | |
| 11/11/05 | Add | Bath Plumbing Fixtures Zone 3 | Villeta Chrome/Platnm #L4721PM | 185.00 | 1 | 185.00 |
| 11/11/05 | Del | Bath Plumbing Fixtures Zone 3 | Chateau Polished Chrome | | | Incl. |
| 11/11/05 | Add | Zone 3 Commode | Sterling Windnam 402215 Bis | 25.00 | 1 | 25.00 |
| 11/11/05 | Del | Zone 3 Commode | Sterling Windham 402215 Wht | | | Incl. |
| 11/11/05 | Add | Zone 3 Tub | Sterling Performa 7104 Bisque | 35.00 | 1 | 35.00 |
| 11/11/05 | Del | Zone 3 Tub | Sterling Performa 7104 White | | | Incl. |
| 11/11/05 | Add | Tub Wall Tile Style Zone 3 | Mercury 6x6 | | | |
| 11/11/05 | Add | Tub Wall Tile Color Zone 3 | Bone W6205 Matte | | | |

### FLOORING

| Date | Add/ Del | Selection | Selection Description | Price | Qty | Total |
|------|----------|-----------|----------------------|-------|-----|-------|
| 11/11/05 | Add | Flooring for Zone 1 Foyer | Level II Tile - Diagonal | 45.00 | 1 | 45.00 |
| 11/11/05 | Del | Flooring for Zone 1 Foyer | Level I Tile - Straight | | | Incl. |
| 11/11/05 | Add | Flooring for Zone 1 Style | Bellini 16" x 16" | | | |
| 11/11/05 | Add | Flooring for Zone 1 Color | Beige W3076 | | | |
| 11/11/05 | Add | Floor Grout Color Zone 1 | Bone 382 | | | |
| 11/11/05 | Add | Flooring for Zone 2 | Level II Tile - Diagonal | 86.00 | 1 | 86.00 |
| 11/11/05 | Del | Flooring for Zone 2 | Level I Tile - Straight | | | Incl. |
| 11/11/05 | Add | Flooring for Zone 2 Style | Bellini 16" x 16" | | | |
| 11/11/05 | Add | Flooring for Zone 2 Color | Beige W3076 | | | |
| 11/11/05 | Add | Floor Grout Color Zone 2 | Bone 382 | | | |
| 11/11/05 | Add | Flooring for Zone 3 Hall Bath | Level II Tile - Diagonal | 74.00 | 1 | 74.00 |
| 11/11/05 | Del | Flooring for Zone 3 Hall Bath | Level I Tile - Straight | | | Incl. |
| 11/11/05 | Add | Flooring for Zone 3 Style | Bellini 16" x 16" | | | |
| 11/11/05 | Add | Flooring for Zone 3 Color | Beige W3076 | | | |
| 11/11/05 | Add | Floor Grout Color Zone 3 | Bone 382 | | | |
| 11/11/05 | Add | Flooring for Zone 7 Utility Rm | Level II Tile - Diagonal | 130.00 | 1 | 130.00 |
| 11/11/05 | Del | Flooring for Zone 7 Utility Rm | Level I Tile - Straight | | | Incl. |

Morrison Homes Sales Associate
(Signature shall not bind Morrison Homes until such time as the
Division President or other authorized divisional Manager signs.)

Morrison Homes Builder

Authorized Agent
Date: _____

Jason Herbert

Shanique Young

Date  4/1/05

Date  11/11/05

Distribution Date _____
FILE_____ PRODUCTION _____ ATTORNEY_____
LENDER ____ SALES ____ CO-OP ____ BUYER __

*Morrison Homes*

**CHANGE ORDER/ SPECIAL STIPULATIONS**
**ADDENDUM**

Morrison Homes
Date: 11/11/05
Time: 14:39:51
Page: 2 / 5
S#: 20012081
C#: 1119359

C.O.# _____

| Date | Add/ Del | Selection | Selection Description | Price | Qty | Total |
|------|----------|-----------|----------------------|-------|-----|-------|
| 11/11/05 | Add | Kitchen Cabinet Color | Spice | | | |
| 11/11/05 | Add | Kitchen Cabinet Crown Molding | Traditional Crown Molding CM8 | 230.00 | 1 | 230.00 |
| 11/11/05 | Add | Kitchen Countertop Color | Bisque | | | |
| 11/11/05 | Add | Kitchen Countertop Edge | Standard | | | |
| 11/11/05 | Add | Kitchen Countertop Edge Sty | S-1 Roundover | | | |
| 11/11/05 | Add | Kitchen Sink | Corian Integral 872 | 538.00 | 1 | 538.00 |
| 11/11/05 | Del | Kitchen Sink | Sterling 11400-4 SS Dbl | | | Incl. |
| 11/11/05 | Add | Kitchen Sink Clr | Bisque | | | |
| 11/11/05 | Add | Kitchen Faucet | Salora Ivory #7570V | 25.00 | 1 | 25.00 |
| 11/11/05 | Del | Kitchen Faucet | Salora Chrome | | | Incl. |
| 11/11/05 | Add | Dishwasher Color | White on White | | | |
| 11/11/05 | Add | Range Color | White on White | | | |
| 11/11/05 | Add | Over the Range Microwave | Whirlpool MH2155X | | | |
| 11/11/05 | Add | Over the Range Microwave Color | White on white | | | |

### BATHROOMS

| Date | Add/ Del | Selection | Selection Description | Price | Qty | Total |
|------|----------|-----------|----------------------|-------|-----|-------|
| 11/11/05 | Add | Zone 2  Cabinet Grade | Level IV | | | |
| 11/11/05 | Del | Zone 2  Cabinet Grade | Level I | | | Incl. |
| 11/11/05 | Add | Zone 2  Cabinet Price | Stnd Timbrlk Level IV | 142.00 | 1 | 142.00 |
| 11/11/05 | Del | Zone 2  Cabinet Price | Stnd Timbrlk Level I | | | |
| 11/11/05 | Add | Zone 2  Cabinet Style | Sonoma Cherry 36" Height | | | |
| 11/11/05 | Add | Zone 2  Cab Mfr/Sz/Grd/Sty | ST TL IV SSNMAC | | | |
| 11/11/05 | Add | Zone 2  Cabinet Color | Bordeaux | | | |
| 11/11/05 | Add | Zone 2  Bath Hardware Grade | Level II | | | |
| 11/11/05 | Add | Zone 2  Bath Door Hdwr Style | 3071-BA Brushed Steel Pull | | | |
| 11/11/05 | Add | Zone 2  Bath Drwr Hdwr Style | 3071-BA Brushed Steel Pull | | | |
| 11/11/05 | Add | Zone 2 Countertop Color | Mystique Dawn 4762-60 | | | |
| 11/11/05 | Add | Zone 2 Sink | Sterling 19" 75020140 Biscuit | 25.00 | 1 | 25.00 |
| 11/11/05 | Del | Zone 2 Sink | Sterling 19" 75020140 White | | | Incl. |
| 11/11/05 | Add | Bath Plumbing Fixtures Zn 2Alt | Monticello Chrm/Pltnm #4551PMC | | | |
| 11/11/05 | Add | Zone 2 Commode | Sterling Windham 402215 Bis | 25.00 | 1 | 25.00 |
| 11/11/05 | Del | Zone 2 Commode | Sterling Windham 402215 Wht | | | Incl. |
| 11/11/05 | Add | Zone 2 Tub | Sterling Performa 7104 Bisque | 35.00 | 1 | 35.00 |
| 11/11/05 | Add | Shower Glass Style  Zone 2 | Clear | | | |
| 11/11/05 | Add | Bth Window Glass Style  Zone 2 | Clear | | | |
| 11/11/05 | Add | Wall Tile Level Zone 2 Alt | Level II Wall Tile | 100.00 | 1 | 100.00 |
| 11/11/05 | Del | Wall Tile Level Zone 2 Alt | Level I Wall Tile | | | Incl. |
| 11/11/05 | Add | Wall Tile Style Zone 2 Alt | Bellini 8x10 | | | |
| 11/11/05 | Add | Wall Tile Color Zone 2 Alt | Beige W4788 | | | |
| 11/11/05 | Add | Shower Floor Color  Zone 2 | Bone Matte W8001 | | | |
| 11/11/05 | Add | Wall Deco Zone 2 Set 1 | LEVEL II EACH | 21.00 | 5 | 105.00 |

_____

Morrison Homes Sales Associate
(Signature shall not bind Morrison Homes until such time as the
Division President or other authorized divisional Manager signs.)

Morrison Homes Builder
_____
Authorized Agent
Date: _____

_____
Jason Herbert

_____
Shanique Young

_____
Date

_____
Date

Distribution Date _____
FILE _____ PRODUCTION _____ ATTORNEY _____
LENDER _____ SALES ___ CO-OP _____ BUYER ___

*Morrison Homes*

**CHANGE ORDER/ SPECIAL STIPULATIONS ADDENDUM**

Morrison Homes
Date: 11/11/05
Time: 14:39:51
Page: 1 / 5
S#: 20012081
C#: 1119359

C.O.# 1

**BUYER:** Jason Herbert

**BUYER:** Shanique Young

**COMMUNITY:** Crystal Lakes 45s  **LOT:** 164

**HOUSE PLAN:** Bridgeford @ Crystal Lake  **ELEVATION:** ELEV-A

**ADDRESS:** 7207 53rd Place East, Palmetto FL 34221

| Date | Add/ Del | Selection | Selection Description | Price Qty | Total |
|------|----------|-----------|----------------------|-----------|-------|
| | | | Carry Forward Total | | 291,434.00 |
| | | | Change Order Fee | | 0.00 |

### EXTERIORS

| Date | Add/Del | Selection | Selection Description | Price Qty | Total |
|------|---------|-----------|----------------------|-----------|-------|
| 11/11/05 | Add | Entry Color | Shell | | |
| 11/11/05 | Add | Lanai Color | Shell | | |
| 11/11/05 | Add | Roof Shingle Color | GAF Driftwood Blend | | |
| 11/11/05 | Add | Radiant Barrier | Option Selected | 1,306.00  1 | 1,306.00 |
| 11/11/05 | Add | Sarasota Scheme | Tampa Ext Scheme 7 | | |
| 11/11/05 | Add | Front Entry Door Color | Royal Garnet 8416N | | |
| 11/11/05 | Add | Front Door Color | Brick Dust 8742 | | |
| 11/11/05 | Add | Front Door Hardware | Chelsea Stn Nckl/Lido Stn Nckl | 74.00  1 | 74.00 |
| 11/11/05 | Del | Front Door Hardware | Chelsea Ant Brs/Polo Br Brass | | Incl. |
| 11/11/05 | Add | Ext/Int Door Hardware Combo | Lido/Stn Nickl/Lido Stn Nickel | 250.00  1 | 250.00 |
| 11/11/05 | Del | Ext/Int Door Hardware Combo | Polo Ant Brass/Polo Br Brass | | Incl. |
| 11/11/05 | Add | Master Bed/Bath Dr Hdwr Price | Lido Satin Nickel | 40.00  1 | 40.00 |
| 11/11/05 | Del | Master Bed/Bath Dr Hdwr Price | Polo Bright Brass | | |
| 11/11/05 | Add | Sarasota Body Color | Barrister White 8740 | | |

### INTERIORS

| 11/11/05 | Add | Interior Door Style Selection | Colonist | | |
| 11/11/05 | Del | Interior Door Style Selection | Classique | | Incl. |
| 11/11/05 | Add | Window Blinds & SGD Verticals | 2" Faux House Pkg | 953.00  1 | 953.00 |
| 11/11/05 | Add | Blind Color | White | | |

### KITCHEN

| 11/11/05 | Add | Kitchen Cabinet Grade | Level II | | |
| 11/11/05 | Del | Kitchen Cabinet Grade | Level I | | Incl. |
| 11/11/05 | Add | Kitchen Cabinet Price | 30" Timbrlk Level II | 540.00  1 | 540.00 |
| 11/11/05 | Del | Kitchen Cabinet Price | 30" Timbrlk Level I | | Incl. |
| 11/11/05 | Add | Kitchen Cabinet Style | Cascade Maple | | |
| 11/11/05 | Add | Kitchen Cab Mfr/Sz/Grd/Sty | 30" TL II SCASCM | | |

Morrison Homes Sales Associate
(Signature shall not bind Morrison Homes until such time as the Division President or other authorized divisional Manager signs.)

Morrison Homes Builder
Authorized Agent
Date: 11/8/05

Jason Herbert  Date 6/11/05
Shanique Young  Date 11/11/05

Distribution Date
FILE____ PRODUCTION____ ATTORNEY____
LENDER____ SALES ✓ CO-OP____ BUYER ✓

*Morrison Homes*

Sarasota
Date:   12/19/05
Time:   11:13:45
S#:     20013013
C#:     1125860

# TAMPA DIVISION

PURCHASER: Rob Hay          Home Phone <u>576-872-0831</u>     Work Phone

PURCHASER: Maria Hay        Home Phone          Work Phone

MAILING ADDRESS: <u>81 N. Terrace Place, Valley Stream, NY, 11580, US</u>

SELLER:   MORRISON HOMES, INC., d/b/a MORRISON HOMES
          12802 Tampa Oaks Boulevard, Suite 100, Temple Terrace, Florida 33637
          Sales Office Phone #   Sales Associate  Vickie Houston

PROPERTY: Lot      73  Block   in section  phase
of (Platted Subdivision name)  which subdivision is also known as  <u>Crystal Lakes 45</u>
according to subdivision plat recorded in Plat Book,
Page   of the public records of
County, Florida, commonly known as <u>7173 50th Ave Circle East, Palmetto, FL 34211.</u>

| | | | | |
|---|---|---|---|---|
| MODEL NAME: <u>Nottingham @ Crystal Lakes</u> | | BASE PRICE: | $ | <u>307,990.00</u> |
| MODEL NUMBER: <u>1383NOTTIN</u> | | SITE PREMIUM: | $ | <u>0.00</u> |
| GARAGE SWING: Right ) Left | | TOTAL BASE PRICE: $ | | <u>307,990.00</u> |
| (including site premium) | | | | |
| EARNEST MONEY | $ | <u>15,764.00</u> | LENDER: | |
| RECEIVED WITH CONTRACT | $ | <u>15,764.00</u> | LOAN APPROVAL : YES: ____  NO: ✓ |
| REMAINING BALANCE | $ | <u>0.00</u> | | |
| DUE DATE | | | | |

## AGREEMENT

Upon execution by Seller of this Agreement, Seller agrees to sell to Purchaser and Purchaser agrees to buy from Seller the property described above on the terms and conditions stated in this Agreement. The above purchase price is subject to changes via Addenda and/or Change Orders that are signed by both Purchaser(s) and Seller subsequent to execution of this Agreement and are made a part of this Agreement.

**1.   EARNEST MONEY**

At the time of signing this Agreement, Purchaser is placing on deposit Earnest Money in the amount indicated above which will be retained by the Seller until closing. The Remaining Balance, if any, shall be delivered to Seller no later than the date indicated above. The Earnest Money deposit will be applied against the Purchase Price or Closing Costs at the time of closing. If this transaction does not close, the Earnest Money deposit will be retained by the Seller or delivered to the Purchaser as provided in paragraph 19. THE PURCHASER OF A ONE-FAMILY OR TWO-FAMILY RESIDENTIAL DWELLING UNIT HAS THE RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10 PERCENT OF THE PURCHASE PRICE) DEPOSITED IN AN INTEREST BEARING ESCROW ACCOUNT. THIS RIGHT MAY BE WAIVED, IN WRITING, BY THE PURCHASER. BY EXECUTION OF THIS AGREEMENT, PURCHASER (PURCHASER) WAIVES THIS RIGHT. Seller's minimum Earnest Money requirement is irrespective of Purchaser's obligation under their selected mortgage financing and Seller may credit to Purchaser any excess deposits, as permitted by the Purchaser's Lender, at closing.

**In the event the Purchaser is unwilling or unable to obtain a mortgage loan commitment from Morrison Financial Services of Florida, LLC or is paying cash, an additional five percent (5%) Earnest Money Deposit will be required (total of ten percent (10%) or if greater one-third (33%) of the collective total of all options selected in the Agreement. Such Earnest Money Deposit is to be paid to Seller not later than 5 days after demand, or 45 days from the Effective Date, whichever occurs first. In the case that the Home is substantially complete at the time of this Agreement, any additional required Earnest Money Deposit is to be paid by Purchaser not later than 5 business days from the Effective Date. In the event the Purchaser does not provide additional Earnest Money Deposit, as described hereinabove, such failure(s) shall constitute a default of the Agreement with no grace period or cure period for such default. In such event, Seller may terminate this Agreement without notice and be entitled to retain all deposits and sums paid by the Purchaser as liquidated damages and both parties shall be relieved of any further obligation and liability.**

**2.   Purchaser acknowledges Broker named below is the only broker to provide services in this transaction**
          Real Estate Agent: <u>Denise Dienna</u> Real Estate Co: <u>Century 21 Alliance</u>

**3.   COMPLETION**

The home is estimated to be substantially completed within 180 days of the issuance of all permits required to construct the home and receipt of all approvals including those required by the community Homeowners Association and committees, except as otherwise amended in separate Addenda. Any projected completion dates estimated by the Seller are based upon local conditions and capabilities of the Seller and the date of any estimates is subject to change. Completion may be delayed by adverse weather, shortages of materials or labor, acts of God or other events beyond the control of the Seller. If closing is delayed more than ninety (90) days beyond the planned closing date set forth by Seller in writing to the Purchaser prior to closing, Purchaser shall have ten (10) days from the ninetieth (90) day to rescind this Agreement in writing and receive back the Earnest Money. If Purchaser does not rescind the Agreement within such ten-day period, the Agreement will remain in effect. Seller shall not be responsible for any damage or loss suffered by Purchaser as a result of any delay in the closing of the house or change in the closing date. In any event, and in accordance with the

*initials*

Interstate Land Sales Act, Seller shall complete the house within two (2) years of the date of this Agreement.

Prior to closing, on the date and time scheduled by the Seller, Seller will demonstrate the home to the Purchaser, at which time Purchaser will sign a statement listing any workmanship, material or installation items, which the Purchaser considers defective. If any item listed is actually defective based upon the construction standards set forthby the Seller and generally adhered to in the locality for similar property, Seller will correct those items. Seller shall use it'ssole discretion in the determination of an item as defective and the appearance of an item on the list does not constitute agreementby the Seller to correct the item. It is the intent of the Seller to correct items prior to closing. Purchaser agrees that the existence of any uncorrected items does not constitute grounds for deferring or imposing any conditions, including the escrow or holdback of any closing funds, upon closing. Only the Seller, at its sole discretion, may delay closing to complete items and in that event Purchaser shall continue to be responsible for personal living accommodations including moving and storage costs.

**4.    FINANCING**
This Agreement is contingent upon Purchaser obtaining a mortgage loan commitment ("Loan") from Morrison Financial Services of Florida, LLC., which is a separate entity from Morrison Homes, Inc., but is a partly owned by Morrison Homes, Inc. This is the only contingency of this Agreement, unless modified by separate addendum. Purchaser may exercise this contingency by providing written notice of termination of this Agreement to Seller within 45 days of the date of this Agreement, after meeting the conditions specified below. In order to exercise the contingency, Purchaser must demonstrate that Purchaser 1) applied for and paid all fees required for the application of the Loan within five (5) business days of the date of this Agreement, 2) diligently pursued approval of the Loan qualified for regardless of terms or conditions, 3) delivered any information requested by the lender within ten (10) days of request, and 4) was unable to obtain a loan commitment due to no fault of Purchaser. If Purchaser satisfies the above conditions and exercises this contingency to terminate the Agreement, Seller shall return any deposit monies paid to the Seller less 1) the price of any contract options, professional services, real estate commissions or consulting fees, 2) governmental agency or proration fees for the request, submittal or receipt of applicable permits,and 3) a $250 contract processing fee, and both parties shall be relieved of further obligation or liability to the other. If the above conditions are not satisfied and the contingency exercised by Purchaser within 45 days, the contingency shall expire and be of no further effect.

Regardless of the above contingency, Purchaser may make financing application to any person or entity of Purchaser's choice. However, approval of such application shall not be a contingency of this Aggreement, and such application shall have no effect on the sole contingency specified above.

**5.    DEED**
    A General Warranty Deed will be provided to Purchaser conveying marketable title free and clear of encumbrances and exceptions other than exceptions as to 1) future taxes, 2) municipal services unit assessments, 3) covenants, restrictions, easements and utility agreements, of record or shown on the plat, 4) zoning and development order conditions, and 5) impact fee, water and wastewater assessments. The lot will be assessed by the appropriate municipality for non-ad valorem water and wastewater capacity assessment unit.

**6.    WARRANTY**
    Seller agrees to provide Purchaser with Morrison Homes Two-Year Blanket Warranty and a Ten Year Structural Warranty. Purchaser acknowledges receipt of specimen copies of such warranties and a copy of The Little Purple Book, which outlines the material and workmanship standards applicable to the Morrison Homes Two-Year Blanket Warranty. THE MORRISON HOMES TWO-YEAR BLANKET WARRANTY AND TEN-YEAR STRUCTURAL WARRANTY ARE ACCEPTED BY PURCHASER IN PLACE OF ALL OTHER WARRANTIES, EXPRESSED OR IMPLIED, WHETHER ARISING UNDER STATE LAW OR THE MAGNUSON-MOSS WARRANTY ACT, INCLUDING, BUT NOT LIMITED TO ALL IMPLIED WARRANTIES OF FITNESS, MERCHANTABILITY, OR HABITABILITY and Purchaser hereby waives all such implied or statutory warranties.

    Purchaser agrees that Sellers sole responsibility after closing is to cover items under warranty as represented. Purchaser agrees that Seller shall not be responsible to compensate Purchaser in any manner unless otherwise contained herein and that in order for the Seller to maintain responsibility for the home warranty the Purchaser may experience some inconvenience and potential loss of income. Purchaser agrees that irregularities in the fit and finish of materials used in the construction of the property are inherent and Seller is not bound to correct these conditions. The Purchaser agrees and acknowledges that sod, landscaping, bushes, shrubbery and trees are warranted for 45 days from the date of closing and replacement thereafter is the Purchasers sole responsibility. Purchaser agrees that Sellers warranty on and the condition at installation for sod, landscaping, bushes, shrubberyand trees is predicated upon environmental conditions and restrictions imposed by controlling agencies, which often change from time to time, and that Seller, at its sole discretion may exclude or limit warranty on these items without notice to the Purchaser, anytime prior to closing. The Seller offers no warranties or representations regarding existing trees and natural foliage left on the lot and shall not be responsible at any time to care for, remove, prune, underbrush or otherwise address other than as required under Sellers ownership by governing law, code, ordinance or covenant. Purchaser and Seller mutually agree these conditions to the warranty survive the closing.

    FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSRUCTION AGAINST A CONTRACTOR, SUBCONTRACTOR, SUPPLIER OR DESIGN PROFESSIONAL FOR AN ALLEGED CONSTRUCTION DEFECT IN YOUR HOME, SIXTY DAYS BEFORE YOU FILE YOUR LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONAL A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR AND ANY SUBCONTRACTORS, SUPPLIERS, OR DESIGN PROFESSIONALS THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS. YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR ANY SUBCONTRACTORS, SUPPLIERS, OR DESIGN PROFESSIONALS. THERE ARE STRICT DEADLINES AND PROCEDURES UNDER FLORIDA LAW.

**7.    STANDARD RADON GAS DISCLOSURE**
    Radon is a naturally occurring radioactive gas that, when it has accumulated in a building in sufficient quantities, may present health risks to persons who are exposed to it over time. Levels of radon that exceed federal and state guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from the county health unit.

*✗ ℰD ✗ RH* initials

Purchaser, at Purchaser's expense, may arrange for a test for radon at the residence indicated above.  Of necessity, the test will be conducted upon completion of the construction, and will delay the closing date while the test is being conducted and the results are being compiled.  Seller agrees to make the residence available for such test, and will communicate to Purchaser the earliest possible date the residence can be available for the test. Seller agrees that if the results of said test indicate that levels of radon exist in the residence measuring 4.0 picocuries/liter or greater, Seller will perform the required construction techniques to mitigate the effect of said radon, and the cost of retest, at a total cost to Seller not to exceed $2,000.00.

**8.    INSULATION NOTICE**

In order to comply with the Federal Trade Commissions Regulation 10CFR 460, dealing with labeling and advertising of home insulation, Seller shall disclose to Purchasers in writing prior to closing the type, thickness and R-value of insulation installed inthe dwelling.

1. Purchaser has the right to a disclosure of the subject propertys energy efficiency rating (energy performance index).
2. Insulation will be or has been installed in the subject property as follows:
   a. All masonry exterior walls in the living area are insulated with Al Foil insulation, with a thickness of 1/2  inch. The thickness, according to the manufacturer, will yield an R-Value of 4.2.
   b. Exterior walls in the other rooms not on ground floor will be insulated with batted insulation with a thickness of 3 1/2 inches.  The thickness, according to the manufacture will yieldan R-Value of 11.
   c. Flat ceilings in all areas will be insulated with blown insulation with a thickness of 10 inches.  The thickness according to the manufacturer, will yield an R-Value of 30.
   d. Sloped ceilings will be insulated with batted insulation with a thickness of 12 inches.  The thickness, according to the manufacturer, will yield and R-Value of 30.
3. Purchaser has not relied upon Sellers estimate of square feet of living space.

**9.    RECOVERY FUND**

You have certain rights under Florida law if you have suffered damages caused by a state-licensed contractor or a construction company with whom you have signed a contract.  PAYMENT MAY BE AVAILABLE FROM THE CONSTRUCTION INDUSTRIES RECOVERY FUND IF YOU LOSE MONEY ON A PROJECT PERFORMED UNDER CONTRACT, WHERE THE LOSS RESULTS FROM SPECIFIED VIOLATIONS OF FLORIDA LAW BY A STATE-LICENSED CONTRACTOR, FOR INFORMATION ABOUT THE RECOVERY FUND AND FILING A CLAIM, CONTACT THE FLORIDA CONSTRUCTION INDUSTRY LICENSING BOARD AT THE FOLLOWING TELEPHONE NUMBER AND ADDRESS: 7980 Arlington Expressway, Suite 300, Jacksonville, FL. 32211-7457, Phone# (904) 359-6310.

**10.   SIGNATURE SELECTION**

Purchaser shall select interior decorating colors and other items from among the options offered by the Seller within fourteen (14) days from Purchaser's execution of this Agreement or the earliest date thereafter made available for an appointment by the Sellers Signature Selection Center.  If Purchaser fails to comply with this condition then Seller, may at Sellers sole option make such selections or proceed with selection previously made by the Seller and adjust the closing date accordingly.

**11.   CHANGE ORDERS**

Seller retains the right, at is sole discretion, to reject any request for changes (**Change Order**) such as selections, options, upgrades, changes, and any additional items requested by the Purchaser subsequent to acceptance of the Agreement.  Purchaser agrees that the Seller is not bound by any Change Order unless Seller executes the Change Order form and Purchaser verifies Sellers acceptance by receipt of a fully executed copy.  Upon executing any change order increasing the purchase price of the home, the Purchaser agrees to increase the **Earnest Money Deposit** to the minimum **Earnest Money Deposit** set forth by the Seller or at least five (**5%**) percent of the contract price or one-third (**33%**) of the collective total of all options selected in the Agreement, exclusive of lot premiums, standard bonus room options, standard interior room configuration options and standard front elevation options, whichever is greater.

Following the date of the Purchase and Sale Agreement, Purchaser may not make major structural changes. which include but are not limited to: a) changes affecting the foundation, roof trusses or load bearing walls, b) moving, changing, adding/deleting windows or exterior doors, c) plumbing  i.e. hose bibs, bidets, laundry tubs, etc, d) changes to lot layout, location of the home on the lot or reverse power location, e) architectural changes  relocating interior walls, adding fireplaces, etc., f) electrical changes that must be shown on the plans, g) HVAC changes that effect energy calculations  i.e. zoning, upgraded seer ratings.  Major structural changes should be considered before signing this Agreement. After the Owner Orientation Meeting, or issuance of a Building Permit, whichever occurs last, all other approved changes requested will require a $250 processing fee.  Any approved changes after the application for building permit, and any other changes after the Owner Orientation Meeting could delay the completion date and additional fees in accordance with Paragraph 16. CLOSING.

**12.   JOB SITE ACCESS**

Prior to closing, Purchaser may not enter the Property without Sellers consent.  Any entry on the Property by Purchaser shall be at Purchaser's own risk.  Purchaser waives any and all claims against the Seller for any injury or loss resulting from such entry by Purchaser or any other person accompanying Purchaser.  Purchaser hereby indemnifies Seller from and against any claims arising out of or in connection with any such entry. Purchaser may not store any goods or possessions on the Property prior to closing.  Purchaser agrees not to perform or cause any work to be performed on the Property prior to closing without the written approval of Seller.  Purchaser agrees that the selection, supervision and scheduling of work forces is the sole responsibly of Seller.  Purchaser agrees to not interfere with or attempt to direct the activities of such work forces.

**13.   MODELS AND PLANS**

Sellers model homes are designed to show the quality and craftsmanship which will be utilized in the construction of the home.  The home will be similar to but may not be exactly the same as the model and or drawings, renderings or plans viewed as examples by Purchaser.  Seller reserves the right to make slight modifications to the size and design of the floor plans of the home and to substitute materials, fixtures, equipment and appliance of

X RH initials

substantially equal quality and value as those utilized in the model homes or those specified in the plans and specifications. All model, plans, and design for the home shall be subject to state laws, local ordinances and binding provisions of the subdivision deed restrictions and architectural review provisions. Due to the interactions of these legal requirements, Seller may not be permitted to build the exact model, plan or features initially selected by Purchaser. If the initial selections by Purchaser can not be constructed for these reasons, Seller shall consult with Purchaser for the selection of equivalent options, which can be permitted and built. Purchaser and Seller agree that the Purchase Price shall be adjusted for any increase or decrease resulting from the new model, plan or options selection. However, if the nearest equivalent option cannot be constructed without an increase of five percent or more of the purchase price, elimination of an interior room, or a decrease of five percent or more in square footage, Purchaser may elect to terminate this Agreement, have the return of its Deposit, and neither party shall have further liability to the other.

**14.   LOTS**
 Each lot is unique in its size, shape and drainage characteristics. Purchaser understands and agrees that the size of the lot, the exact location of sidewalks and driveways (if any), and the drainage patterns of their lot will differ from the model home plans, drawings or renderings they have examined. Seller, at its sole discretion will determine placement of the home on the lot including positioning, preservation, removal and pruning of trees and natural landscape. It is difficult for the Seller to accurately determine in advance whether all plans and, or options fit each unique lot. Therefore, Seller may notify Purchaser anytime subsequent to acceptance of this agreement after the Surveyor has accurately determined dimensions, that the home and, or options selected may not suitably fit on the lot. In that event, Purchaser may select another plan, lot, or delete options by Change Order and the contract amount will be adjusted according to the Sellers then current price. If the Purchaser is unable to make other suitable selections, Purchaser may request a termination and refund of the Earnest Money.

**15.   REAL ESTATE TAXES / HOMEOWNERS ASSOCIATION DUES / ASSESSMENTS**
 Real Estate Taxes and similar governmental assessments, including, if applicable, community development district assessments, and homeowners association dues (if any) for the year of closing will be prorated through the date of closing based on the latest available assessment information. See the Community Development District Addendum, if applicable.

 <u>PROPERTY TAX DISCLOSURE SUMMARY</u>
 **BUYER SHOULD NOT RELY ON THE SELLER'S CURRENT PROPERTY TAXES AS THE AMOUNT OF PROPERTY TAXES THAT THE BUYER MAY BE OBLIGATED TO PAY IN THE YEAR SUBSEQUENT TO PURCHASE. A CHANGE OF OWNERSHIP OR PROPERTY IMPROVEMENTS TRIGGERS REASSESSMENTS OF THE PROPERTY THAT COULD RESULT IN HIGHER PROPERTY TAXES. IF YOU HAVE ANY QUESTIONS CONCERNING VALUATION, CONTACT THE COUNTY PROPERTY APPRAISER'S OFFICE FOR INFORMATION.**

**16.   CLOSING**
 **Purchaser agrees that the closing of this sale will be held at the office of the selected title company on the date and time set by the Seller.**  Purchaser agrees to close accordingly, and under no circumstance will this be later than seven (7) days after the issuance of a certificate of occupancy unless so determined by the Seller. At closing, Purchaser shall (a) pay any funds due Seller at closing by cashiers check; (b) make, execute and deliver all documents, mortgages, notes, or other instruments required to close this transaction; (c) satisfy all requirements of any mortgage lender, if applicable; (d) pay necessary closing costs and prepaid expenses as detailed in the Morrison Homes Finance Addendum and, or Cash Addendum.  **If Purchasers are not ready, willing and able to close the purchase of the Property on the date set by Seller following substantial completion, as defined by the issuance of a certificate of occupancy and after satisfaction of Paragraph 4. Financing contained herein, the Seller may terminate this Agreement without notice and be entitled to retain all deposits and sums paid by the Purchaser as liquidated damages and both parties shall be relieved of any further obligation and liability.**

 The Purchaser agrees to pay the Seller, without further modification or addenda, the sum of $250 per day for any delays to closing for which the Purchaser is responsible, including but not limited to delays for Change Orders. Except as may be required by the FHA or VA, no portion of the Purchase Price may be withheld from Seller or deposited in escrow, on account of incomplete work upon the property at the time of closing Purchaser agrees that Seller may cause sufficient funds be placed in escrow for the cost to complete a pool and accessories, if applicable, and the Purchaser will execute the necessary instruments to close the sale as contained herein in this event.  Seller agrees to complete all such work as soon after closing as is reasonably possible.

 <u>Contract Administration Fee</u>. In addition to any other amounts due pursuant to this Agreement, Seller may charge Purchaser a Contract Administration Fee of Four Hundred Fifty Dollars ($450). The Contract Administration Fee shall be due to Seller only at Closing, but is related solely to Seller's contract administration prior to closing, and is not a closing-related expense or title-related expense.

**17.   EVIDENCE OF TITLE**
 At closing, the Seller shall provide Purchaser with a Title Insurance Commitment issued by a Florida licensed title insurer agreeing to issue to Purchaser, upon recording of the deed to Purchaser, an owners policy of title insurance in the amount of the purchase price, insuring Purchasers title to the real property, subject only to the items listed in paragraph 5 and those which shall be discharged by Morrison at or before closing.

**18.   MERGER**
 Purchaser acknowledges that Seller may have provided Purchaser with information made available to Seller regarding the community and subdivision in which the Property is located, including but not limited to nearby amenities, educational facilities, natural areas, views, adjacent homes and development, and recreational facilities. Purchaser acknowledges that the planning, completion and availability of such items is completely beyond the control of Seller. The plans of developers, governments, and adjacent property owners may, and often do, change. Purchaser does not rely, in the entry into this Agreement, on the maintenance, construction or completion of any area other than the lot, which comprises the Property under this Agreement. This agreement contains the entire and only agreement between Seller and Purchaser with respect to the purchase of the property. There are no collateral or oral agreements or understandings. Seller shall not be bound by any statement, promise, condition or stipulation not specifically set forth in this Agreement. Purchaser agrees that no salesperson has any authority to make, and Purchaser has not relied on, any statement, agreements or

 _X LG_ _X RH_ Initials

Sarasota
Date:  12/19/05
Time:  11:13:45
S#:    20013013
C#:    1125850

representations that modify, add to or change the terms and conditions of this Agreement.

**19.   REMEDIES**

If Purchaser fails to comply with the terms of this Agreement, Seller shall be entitled to terminate this Agreement, and receive all deposits as liquidated damages, as its sole remedy.  Purchaser and Seller acknowledge and agree that the Deposit, any Additional Deposit and payment of options is a fair and reasonable estimate of the damages that Seller may incur due to Purchasers default and each party acknowledges that such damages would be impractical if not impossible to calculate and determine.  Other than the recovery of the Deposit, Additional Deposit and payment options, Seller hereby waives all remedies with respect to a default related to Purchasers wrongful refusal to purchase the Property, including without limitation the right to enforce specific performance of this Contract or collect damages, whether direct, actual, special or consequential or otherwise.  In the event that Seller shall fail to fully and timely perform any of its obligations hereunder, and such failure shall continue for ten (10) days following notice thereof from Purchaser, then Purchaser may, at its option, enforce specific performance of this contract, as its sole remedy, with the following exceptions: Should Seller fail to provide any item of construction required to be provided, Purchasers sole remedy against Seller will be to collect liquidated damages in an amount equal to Sellers cost for the item and for its installation had it been installed at the appropriate time during construction or in the case of options, non standard changes and upgrades, the price to Purchaser of the item.  If Seller fails to deliver the house within two years from the date of this Agreement, Purchaser shall have all remedies at law and equity.  Purchaser hereby waives all other remedies, with respect to a Sellers default, including without limitation, the right to collect special, incidental or consequential damages.

**20.   AGENCY DISCLOSURES**

The Sales Associate representing Morrison Homes in this transaction is known as a Sellers Agent who is engaged by the acts as the agent for the Seller.

**21.   USE RESTRICTIONS**

The Purchaser acknowledges that the Property is subject to the Declarations of Covenants, Conditions, and Restrictions and other recorded instruments of the community that result in certain restrictions and guidelines. By execution of this Agreement Purchaser acknowledges receipt of copies of the Declaration of Restrictions, Article of Incorporation of the Homeowners Association and By-Laws of the Homeowners Association for Crystal Lakes 45 (Community).  Purchaser has been afforded the opportunity to read and understand these documents.  Purchaser acknowledges that Purchase shall be subject to the terms and provisions of these documents, including but not limited to membership in the applicable Homeowner Association. As required by Section 720.601, Florida Statutes, the following disclosure summary is made:

DISCLOSURE SUMMARY FOR Crystal Lakes 45

The Purchaser acknowledges:

1.  AS A PURCHASER OF PROPERTY IN THIS COMMUNITY, YOU WILL BE OBLIGATED TO BE A MEMBER OF A HOMEOWNERS' ASSOCIATION.

2.  THERE HAVE BEEN OR WILL BE RECORDED RESTRICTIVE COVENANTS GOVERNING THE USE AND OCCUPANCY OF PROPERTIES IN THIS COMMINITY.

3.  YOU WILL BE OBLIGATED TO PAY ASSESSMENTS TO THE ASSOCIATION. ASSESSMENTS MAY BE SUBJECT TO PERIODIC CHANGE. IF APPLICABLE, THE CURRENT AMOUNT IS $ TBD  PER YEAR.  YOU WILL ALSO BE OBLIGATED TO PAY ANY SPECIAL ASSESSMENTS IMPOSED BY THE ASSOCIATION.  SUCH SPECIAL ASSESSMENTS MAY BE SUBJECT TO CHANGE.  IF APPLICABLE, THE CURRENT AMOUNT IS $ TBD  PER INITIAL CLOSING.

4.  YOU MAY BE OBLIGATED TO PAY SPECIAL ASSESSMENTS TO THE RESPECTIVE MUNICIPALITY, COUNTY, OR SPECIAL DISTRICT. ALL ASSESSMENTS ARE SUBJECT TO PERIODIC CHANGE.

5.  YOUR FAILURE TO PAY  SPECIAL ASSESSMENTS OR ASSESSMENTS LEVIED BY A MANDATORY HOMEOWNERS' ASSOCIATION COULD RESULT IN A LIEN ON YOUR PROPERTY.

6.  THERE MAY BE AN OBLIGATION TO PAY RENT OR LAND USE FEE FOR RECREATIONAL OR OTHER COMMONLY USED FACILITIES AS AN OBLIGATION OF MEMBERSHIP IN THE HOMEOWNERS' ASSOCIATION. IF APPLICABLE, THE CURRENT AMOUNT IS $ N/A  PER  N/A .

7.  THE DEVELOPER MAY HAVE THE RIGHT TO AMEND THE RESTRICTIVE COVENANTS WITHOUT THE APPROVAL OF THE ASSOCIATION MEMBERSHIP OR THE APPROVAL OF THE PARCEL OWNERS.

8.  THE STATEMENTS CONTAINED IN THIS DISCLOSURE FORM ARE ONLY SUMMARY IN NATURE, AND, AS A PROSPECTIVE PURCHASER, YOU SHOULD REFER TO THE COVENANTS AND THE ASSOCIATION GOVERNING DOCUMENTS BEBORE PURCHASING PROPERTY.

9.  THESE DOCUMENTS ARE EITHER MATTERS OF PUBLIC RECORD AND CAN BE OBTAINED FROM THE RECORD OFFICE IN THE COUNTY WHERE THE PROPERTY IS LOCATED, OR ARE NOT RECORDED AND CAN BE OBTAINED FROM THE DEVELOPER.

IF THE DISCLOSURE SUMMARY REQUIRED BY SECTION 720.601, FLORIDA STATUTES, HAS NOT BEEN PROVIDED TO THE PROSPECTIVE PURCHASER BEFORE EXECUTING THIS CONTRACT FOR SALE, THIS CONTRACT IS VOIDABLE BY PURCHASER BY DELIVERING  TO SELLER OR SELLER'S AGENT OR REPRESENTATIVE WRITTEN NOTICE OF THE PURCHASER'S INTENTION TO CANCEL WITHIN 3 DAYS AFTER RECEIPT OF THE DISCLOSURE SUMMARY OR PRIOR TO CLOSING, WHICHEVER OCCURS FIRST.  ANY PURPORTED WAIVER OF THIS VOIDABILITY RIGHT HAS NO EFFECT.  PURCHASER'S RIGHT  TO VOID THIS CONTRACT SHALL TERMINATE AT CLOSING.

_LRH_  initials

Sarasota
Date:  12/19/05
Time:  11:13:45
S#:    20013013
C#:    1125860

**Water/Wastewater Capacity Assessment::**   The property _____HAS __✓__ HAS NOT   been placed in a Water and/or Wastewater
'Capacity Assessment Unit by __Manatee__ County. This is a municipal services benefit unit assessment, which will appear on the homeowners
yearly property tax bill from the __Manatee__ County Tax Collector.

Purchaser should not execute the contract or agreement until they have read and understand the Disclosure Summary required by law.

**22.   REPRESENTATIONS OF PURCHASERS**

Purchasers represent and warrant that they have the financial ability to purchase the Property, with mortgage financing if a financing contingency is selected. This representation is a material inducement for Seller to enter into this Purchase and Sale Agreement and cease offering the Property to others. At any time during the term of this Agreement, Purchaser shall demonstrate to Seller one of the following items in writing, upon three business days demand by Seller: 1) possession and control of the amount of the Purchase Price in cash or liquid asset, or 2) a valid mortgage loan application which was received by a licensed mortgage broker within 5 days of the execution of this Agreement, or 3) within 45 days of the date of execution of the Agreement, possession and control of the amount of a down payment and a pending application with licensed mortgage broker for the balance of the Purchase Price, or 4) after 45 days from the date of execution of the Agreement, a valid mortgage commitment from a licensed mortgage broker for the purchase of the Property. If Purchaser fails to demonstrate one of the preceding items, Purchaser shall fail to be in compliance with this Agreement and Seller will retain the Earnest Money as liquidated damages.

**23. TERMINATION**

At any time during the pendency of this Contract and prior to Closing, and for any reason whatsoever or no reason, Seller may elect to terminate this Contract by providing written notice of such termination to Purchaser together with a full refund of Purchaser's Earnest Money Deposit and the payment of the sum of Five Hundred Dollars ($500) as a termination fee and/or liquidated damages, and both parties shall be relieved of any further obligation and liability. This clause shall not be deemed mutual and by signing the Contract, the Purchaser hereby acknowledges, agrees, understands the right of the Seller granted by this provision, and agrees that this liquidated damage amount is reasonable and that the ascertainment of any actual damage would be, difficult or impossible.

**24.   MISCELLANEOUS**

a.   This agreement may not be assigned.

b.   Whenever the context shall so require, the singular shall include the plural, the masculine gender shall include the feminine and neuter, and vice versa.

c.   This Agreement may not be amended or modified except in writing executed by both parties.

d.   If two or more persons are identified as Purchasers in this Agreement, any one of them shall have the right and authority to bind the other(s) in all matters relating to this Agreement.

e.   This Agreement is binding upon the Seller only when executed by a duly authorized agent of the Seller. The authorized agents are the Division President, Vice President of Operations, Vice President of Finance, and Vice President of Construction.

f.   Neither this Agreement nor any memorandum thereof shall be recorded in the public records of the County or State in which property is located. Any attempt to record this Agreement or any memorandum thereof shall be a material breach of this Agreement.

g.   Time is of the essence, in terms, conditions and provisions of this Agreement relating to time.

h.   If this Agreement is a rewrite, as noted on page 1, this Agreement supercedes all previous Agreements written between the parties.

i.   **If Morrison is acquiring the title to this lot for home construction under a lot sales agreement with a developer, then Purchase and Sale Agreement is contingent upon the actual completion of all subdivision improvements by the developer and conveyance of the lot by the developer to Morrison as agreed. If completion and conveyance to Morrison does not occur, Morrison shall notify Purchasers who shall have the option of canceling this agreement or entering into a new  agreement for a  different available lot.**

j.   Without limiting the nature of any provision of the Agreement, the Purchaser specifically notes they have reviewed Paragraph (3) Completion, Paragraph (4) Financing, Paragraph (10) Signature Selections, Paragraph (11) Change Orders, Paragraph (13) Models and Plans, Paragraph, (16) Closing and Paragraph, (18) Merger, (22) Representations of Purchasers, and (23) Miscellaneous.

Purchaser acknowledges and represents that Purchaser has read this agreement and all addenda and exhibits attached to it. Purchaser agrees to be bound by all its terms and conditions. Purchaser acknowledges that Purchaser is not relying on any statement, promise or commitment not expressly set forth in this Agreement. Oral representations shall not be relied upon, and are not a part of this agreement.

| | | | |
|---|---|---|---|
| _(signature)_ | _12/19/05_ | _(signature)_ Rob Hay | _12/20/05_ |
| **Vickie Houston** | **Date** | **SSN** X 113 64 8183 | **Date** |
| _(signature)_ | _12/29/05_ | _(signature)_ Maria Hay | _12/20/05_ |
| **Authorized Agent** | **Date** | **SSN** X 099 52 1739 | **Date** |

*Morrison Homes*

**Tampa Division**

**Finance Addendum**

This Addendum is made this 19 day of December, 20 05, to the Purchase and Sale Agreement between Morrison Homes, Inc. d/b/a Morrison Homes (Seller) and Ron & Maria Haas (Purchaser) dated 12/19/2005.

**REAL ESTATE CERTIFICATION:** The Seller, Borrower, Real Estate Broker or Agent involved in this transaction are certifying that the terms of the Purchase and Sale Agreement are true to the best of their knowledge and belief. Any other Agreement entered into by any of the following parties must be fully disclosed and attached to the Purchase and Sale Agreement. The Seller, Borrower, Real Estate Broker or Agent fully understands that it is a federal crime punishable by fine or imprisonment or both to knowingly make any false statement concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Sections 1012 and 1014.

Yes (No) **Cash Transaction:** Within five (5) business days from the date of this Agreement, Purchaser(s) shall provide Seller with proof of (circle one) Purchasers' financial ability to close this sale, including providing Seller with verification of sufficient cash or funds. If Purchaser fails to so provide proof of financial responsibility satisfactory to Seller, Seller may terminate this Agreement and retain the Earnest Money and any payments made for extras or upgrade items, as liquidated damages. After termination of this Agreement under this paragraph, Seller and Purchaser will n ot h ave any further rights or obligations under this Agreement. Purchaser(s) have received a discount of $_____ instead of a closing cost contribution. Therefore, the Purchaser(s) are responsible for any and all closing costs including but not limited to customary seller costs, stamps on the Deed, Owner's Title Insurance Policy, document preparation fees, and recording fees. This paragraph supercedes paragraph 4 of the Purchase and Sale Agreement.

(Yes) No **Financed Transaction:** This Agreement has a 45 day contingency for financing per paragraph 4 of the Purchase and Sale (circle one) Agreement. When Purchaser(s) close with a loan issued through Morrison Financial Services, Seller shall, at Seller's expense and with a Title Insurer of Seller's choice, 1) provide Purchaser with an Owner's Title Insurance Policy after closing and recording of the deed, 2) pay Owners and Mortgagee Title Policy fees and related title fees (collectively the "Total Title Costs") , and 3) if the Total Title Costs are less than $ 4000 , pay any and all additional closing costs of Purchaser up to a maximum of the difference between the Total Title Costs and $ 3000 , with any additional closing costs in excess of this amount to be paid by Purchaser. When Purchaser(s) close with a loan issued through a lender other than Morrison Financial Services, Seller will contribute a maximum of $ 0 toward closing costs, and Purchaser(s) shall pay all closing costs including but not limited to title insurance and related title services fees. Closing costs include but are not limited to customary seller fees, lender inspection fees, underwriting fees, recording fees, state taxes, stamps on the mortgage and deed, loan origination fees and discount points, MIP/PMI, VA funding fee, appraisal fees, credit reports fees, application fees, survey, termite inspections, Lender Title Insurance Policy and Owner's Title Insurance Policy. A ll prepaid expenses including escrows for real estate taxes, homeowner's insurance, interim interest on Purchaser's purchase money mortgage and Homeowners Association fees and capital contributions, if any, must be paid by Purchaser(s). The closing will occur with the Title Company o f Seller's choice at the location of the Seller's choice. Purchaser(s) understands that any agreement to lock-in Purchaser(s) interest rate and loan terms must be determined between Purchaser and Purchaser's lender. Because of the unpredictability that sometimes exists during the building process which may result in delays of closing, Purchaser(s) shall not hold Seller responsible for any expired lock-in agreements. If Purchaser(s) locks-in an interest rate, Purchaser(s) does so at his/her own risk. Purchaser will furnish to any proposed lender(s) any credit information required in connection with the loan. If any lender to whom Purchaser submits a loan application refuses to make such loan, Purchaser agrees to submit an application to at least one other lender or lenders who may show an interest in making the loan. Purchaser further agrees to take all action necessary to comply with the requirements of the lender and to execute all instruments as may be necessary to close the loan.

Purchaser(s) hereby authorize Morrison Homes to investigate Purchasers' credit history and financial status and hereby authorize and instruct all banks, savings and loan associations, mutual funds and other financial institutions with which Purchasers have accounts to disclose to Morrison Homes the balances in such accounts and Purchasers further authorize and instruct all creditors to who Purchasers are indebted to d isclose to M orrison H omes a ll i nformation requested by Morrison Homes. A dditionally, Purchasers authorize any mortgage lender, banker, or broker with which Purchasers make application for a purchase money mortgage to disclose to Morrison Homes any information contained in Purchaser's loan application and any information concerning the status of the loan, processing, loan approval, or requirements Purchasers must satisfy for obtaining loan approval.

Yes (No) **VA Financing:** If Purchaser obtains VA Financing, then: It is expressly agreed that notwithstanding any other provisions of this (circle one) contract, the Purchaser shall not incur any penalty by forfeiture of earnest money or otherwise be obligated to complete the purchase of the Property described herein, if the contract purchase price or cost exceeds the reasonable value of the Property established by the Veterans Administration. The Purchaser shall, however, have the privilege and option of proceeding with the consummation of this contract without regard to the amount of the reasonable value established by the Veterans Administration. If Purchaser elects to complete the purchase at a price in excess of the reasonable value established by VA, Purchaser shall pay such excess amount in cash from a source which Purchaser agrees to disclose to the VA and which Purchaser represents will not be from borrowed funds except as approved by VA. If VA reasonable value of the Property is less than the Sales Price, Seller may 1) reduce the Sales Price to an amount equal to the VA reasonable value and the parties to the sale shall close at such lower Sales Price with appropriate adjustments to the Purchase and Sales Agreement or 2) terminate the Agreement and return Purchasers earnest money deposit. Purchaser agrees to pay the VA funding fee, which may be financed by adding to the loan amount.

Yes / No **FHA Financing:** If Purchaser is obtaining FHA financing: It is expressly agreed that notwithstanding any other provisions of (circle one) this contract, the Purchaser shall not be obligated to complete the purchase of the Property described herein or to incur any penalty by forfeiture of earnest money deposits or otherwise unless the Lender has delivered to the Purchaser a written statement issued by the Federal Housing Commissioner o r a D irect Endorsement lender s etting forth the appraised value of the Property (excluding closing costs) of not less than $ _____ which statement the Lender hereby agrees to deliver to the Purchaser promptly after such appraised value statement is made available to the Lender. The Purchaser shall, however, have the privilege and option of proceeding with consummation of the contract without regard to the amount of the appraised valuation. THE APPRAISED VALUATION IS ARRIVED AT TO DETERMINE THE MAXIMUM MORTGAGE THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT WILL INSURE. HUD DOES NOT WARRANT THE VALUE OR THE CONDITION OF THE PROPERTY. THE PURCHASER SHALL SATISFY HIMSELF/HERSELF THAT THE PRICE AND CONDITION OF THE PROPERTY ARE ACCEPTABLE.

Paragraphs adjacent to "Yes No" must be circled "Yes" to apply. This Addendum is not binding on Purchaser or Seller until executed by an Authorized Agent of Morrison Homes, Inc.

X _____    X 12/20/05    X Maria Okey    X 12/20/05
Purchaser          Date              Purchaser         Date

_____    12/27/05
Authorized Agent, Morrison Homes, Inc.    Date

Revised 5/17/05    CBC028287

Shared Drive G/Sales and Marketing/Sales Contract/Finance Addendum – Title Company of Choice

*Morrison Homes*

Sarasota
Date:  12/19/2005
Time:  11:13:45
S#:    20013013
C#:    1125860

**Tampa Division**

**Broker Addendum**

This Addendum is made this <u>19th</u> day of <u>December, 2005</u> to the Purchase and
Sales Agreement between Morrison Homes, Inc.,d/b/a Morrison Homes (Seller) and
<u>Rob Hay & Maria Hay</u> (Purchaser) dated <u>12/19/2005</u>.
The parties agree as follows:

The Seller agrees to pay the broker shown below a commission of          <u>3.000</u>  percent.

The commission will be payable on the base home price plus elevation charge, excluding lot premium
and any options at the time that title to the home passes to the Purchaser and Seller receives payment
in full for the home. Broker will be entitled to the commission when the Purchase and Sale Agreement
described above actually closes by transfer of title.  If, for any reason, this sale is not closed and funded,
no commission will be due or payable.

This Addendum is not binding on Purchaser or Seller until executed by an Authorized Agent of Morrison
Homes, Inc.

Vickie Houston                                              Denise Dienna
_____               _____
**Morrison Homes Sales Associate**                    **Real Estate Agent\*\***

Century 21 Alliance                                        1383-A073
_____               _____
**Brokerage Firm Name\*\***                              **Job Number**

6207 Cortez Road West
Bradenton FL 34210
                                                          000-000-0000
_____               _____
**Brokerage Address (Optional)**                      **Brokerage Telephone (Optional)**

_a S un_____               _12/29/05_____
Authorized Agent                                          Date
**Morrison Homes, Inc.**

**ATTACH REAL ESTATE BUSINESS CARD HERE**
**(Please do not staple)**

*Morrison Homes*

Sarasota
Date:   12/19/05
Time:   11:13:45
S#:     20013013
C#:     1125860

## Tampa Division
## Lender Disclosure

**Purchaser's Acknowledgement**

This Addendum is made this day 19th of December, 2005 to the Purchase and Sale Agreement between Morrison Homes, Inc., (Seller) and Rob Hay & Maria Hay (Purchaser) dated 12/19/05.

Purchaser agrees to have the following information provided to Morrison Homes, Inc. if Purchasers elect to obtain financing from a lender other than Morrison Financial Services, LLC.

Purchaser understands that failure to apply for a mortgage within five (5) business days from the date of the execution of the Purchase and Sale Agreement to Morrison Financial Services, L.P. waives your right to a financing contingency per the Purchase and Sale Agreement. Purchaser further understands that obtaining financing with a lender other than Morrison Financial Services, L.P. may affect the closing cost contribution incentives per the separate Finance Addendum. In the event the Purchaser obtains a Government Loan, Morrison Homes may not contribute to Borrowers "non-allowable" fees.

Please note that per the Purchase and Sale Agreement, specifically paragraph 4, Purchaser is required to provide Morrison Homes with a commitment letter and a good faith estimate. This allows Morrison Homes the opportunity to review and insure that the lender fully understands the financial requirements per the Purchase and Sales Agreement.

In the event Purchaser elects not to obtain a loan through Morrison Financial Services, Inc. then Purchaser agrees to have the following information completed and returned to Morrison Homes, Inc. no later than 45 days prior to the estimated closing date. If the failure to return the below information is the cause of a delayed closing, the Purchaser will accept any and all penalties applicable per the Purchase and Sale Agreement..

X _____          V  12-20-05
Purchaser                          Date

X Maria Hay _____        X  12/20/05
Purchaser                          Date

Lender Acknowledgement

Please be prepared to close upon the Seller's date, time and location. Failure to be prepared to close per the terms of the Purchase and Sale Agreement will result in financial loss to the Purchaser.

Lenders often have unique closing requirements. Failure to disclose your requirements to the seller does not relieve the Purchaser from liability associated with a delayed closing. Please note below any and all special requirements needed.

_____   Does the certificate of occupancy need to be delivered prior to closing, and if
          so, how many days?
_____   How many days notice do you need to close?
_____   Can appliances be purchased and installed after
          Closing? If so, which appliances? _____
_____   Will an Offsite Improvement Letter be required?
_____   Do you require a final survey prior to closing,
          and if so, how many days?
_____   We require the closing package to be delivered no
          later than two business days in advance of the
          closing date to insure timely disclosure to the
          Purchaser of the cash to close requirements. Is
          there any reason why you cannot fulfill this
          requirement?
          _____

_____   Other: _____
          _____
          _____

These items may be forwarded via fax to 813 910-3354 for contracts in the Tampa area or 941 371-7998 for contracts in the Sarasota/Manatee area.

We appreciate your efforts and look forward to a smooth closing and transition into your new Morrison Home!

CBC028287

*Morrison Homes*

Sarasota
Date:  12/19/05
Time:  11:13:45
S#:    20013013
C#:    1125860

## Limited Structural Change Disclosure Addendum

This Addendum is made this day 19th of December, 2005 , to the Purchase and Sale Agreement between Morrison Homes, Inc., (Seller) and Rob Hay & Maria Hay  (Purchaser) dated 12/19/05.

The parties agree as follows:

As of this agreement date, the following changes cannot be made regardless of verbal or written representation, unless otherwise expressed clearly on the Job Initiation Order Addendum of your Purchase and Sale Agreement.  These items directly impact the permitting process of your home and must be finalized now.  They will not be approved at a later date.

o  Total or living square footage

o  Trusses or elevation

o  Window or door location or size

o  Plumbing location

o  Load bearing walls

o  Addition of Fireplaces

o  Gas and/or Heating Ventilation and Air Conditioning

o  Non load bearing walls or interior doors (Sarasota County Only)

o  Garage Swing

A Signature Selection Meeting, for color selections, is required within 14 days of this agreement.

The undersigned Purchaser(s) hereby acknowledge that they are in receipt of a list of the standard options available on the Nottingham @ Crystal Lakes plan, and agree to finalize all options, including colors, within 30 days of this agreement.  We reserve the right to select colors in order to progress with contruction if these time frames are not met.  *Low voltage, security, integrated wiring , and pools (if offered in specific neighborhood) need to be selected within 30 days.*

PURCHASER WILL NEED TO CONTACT: (Circle one)

AVC Home Theatre 727-443-5816        Ranger American 813-886-0211        Cable Link 813-874-1500

Some changes may not be allowable if the home has already started in the construction process. An Owners Orientation meeting will be scheduled by your Sales Associate and will include a review of all your requested changes and a review of the electrical layout of your home.  Minor electrical additions ONLY will be allowed through a Change Order at that time.  If this meeting is after the 30 day timeframe, a Late Change Order Fee of $250.00 will apply if any of the changes are approved.

An Owners Orientation meeting is scheduled for Jan 30 , 2006 .  This meeting will include a review of all your documented changes and a review of the electrical layout of your home. @ 11AM

X _____          X _Maria Hay_____
Purchaser                          Purchaser

_____          _12/21/05_____
Authorized Agent                 Date
Morrison Homes, Inc.
CBC028287



## *Morrison Homes®*

### TWO-YEAR BLANKET WARRANTY

Morrison Homes warrants your home to be free from defects in materials and workmanship for a period of two years from date of closing. If a defect occurs in any item covered by the Morrison Homes Two-Year Blanket Warranty, Morrison Homes will repair or replace the item to meet or exceed the Materials and Workmanship Standards found in *the little purple book.*

The Morrison Homes Two-Year Blanket Warranty is in addition to any warranty provided to you by a manufacturer of a product installed in your home. Morrison Homes will provide you with copies of all written warranties for consumer products installed in your home. Some of your manufacturers' warranties state that they are for one year. Morrison Homes, however, has secured agreements from most of our suppliers to extend their warranties to at least two years. If a manufacturer does not honor this commitment, Morrison Homes will. The Morrison Homes warranty is fully transferrable.

### Limitations and Exclusions

1. The Morrison Homes Two-Year Warranty will be interpreted in accordance with Morrison's Materials and Workmanship Standards, as set forth in *the little purple book.*

2. The Morrison Homes Two-Year Blanket Warranty shall not apply to any defect, loss or damage caused or contributed to by:
   - The negligence of anyone besides Morrison Homes and its employees or subcontractors.
   - Changes or alterations to your home by anyone other than Morrison Homes and its employees or subcontractors.
   - Changes or alterations in grading and drainage around your home by anyone other than Morrison Homes and its employees or subcontractors.
   - Lack of proper maintenance and normal wear and tear.
   - Acts of God and extreme weather, including lightning, hurricanes, tornadoes, windstorms, hail, floods, mud slides, earthquakes, and wind-driven rain (unless Morrison Homes has failed to comply with applicable building codes, in which event the Morrison Homes Two-Year Blanket Warranty shall apply).

3. The Morrison Homes Two-Year Blanket Warranty applies only to your home. It does not extend to claims for consequential damages or bodily injury or to damage to personal property.

4. Except as set forth above and in connection with the Morrison Homes Ten-Year Limited Structural Warranty, Morrison Homes makes no other warranties, express or implied.

Stewart M. Cline, President

2/10
EXCLUSIVE WARRANTY

X _Ralb n_

X _Maria Ney_



## Morrison Homes

### TEN-YEAR LIMITED STRUCTURAL WARRANTY

Morrison Homes warrants your home against a Major Structural Defect for a period of ten years from date of closing. A Major Structural Defect is a defect which causes actual physical damage to the load-bearing elements of your home, which damage is caused by the failure of such load-bearing elements and is sufficiently severe to make your home unsafe or uninhabitable.

**Limitations and Exclusions**

1. The Ten-Year Limited Structural Warranty shall not apply to any defect, loss or damage caused or contributed to by:
   - The negligence of anyone besides Morrison Homes and its employees or subcontractors.
   - Changes or alterations to your home by anyone other than Morrison Homes and its employees or subcontractors.
   - Changes or alterations in grading and drainage around your home by anyone other than Morrison Homes and its employees or subcontractors.
   - Lack of proper maintenance and normal wear and tear.
   - Acts of God and extreme weather, including lightning, hurricanes, tornadoes, windstorms, hail, floods, mud slides, earthquakes, and wind-driven rain (unless Morrison Homes has failed to comply with applicable building codes, in which event the Ten-Year Limited Structural Warranty shall apply).

2. The Ten-Year Limited Structural Warranty applies only to your home. It does not extend to claims for consequential damages or bodily injury or to damage to personal property.

3. The Ten-Year Limited Structural Warranty covers only the load-bearing elements of your home as defined in *the little purple book*. The Structural Warranty does not cover non-load-bearing walls, drywall, flooring or roofing, nor does it cover plumbing, electrical or mechanical systems. The Structural Warranty does not apply to outbuildings or structures such as swimming pools, driveways, walkways, patios, decks, walls, fences, or landscaping.

4. The obligations of Morrison Homes under the Ten-Year Limited Structural Warranty are limited to the final sales price of your home. The repair of a Major Structural Defect is limited to repair of damage to the load-bearing portions of your home which is necessary to restore load-bearing function. Morrison Homes is entitled to repair such damage or pay you the fair value of repair costs.

5. Except as set forth above and in connection with the Morrison Homes Two-Year Blanket Warranty, Morrison Homes makes no other warranty, express or implied.

**Complete Warranty in *the little purple book***

This Certificate is NOT a warranty, but merely evidences your warranty coverage as fully described in *the little purple book*. Please consult *the little purple book* for complete details and warranty claims procedures. The Morrison Homes warranty is fully transferrable.

Stewart W. Cline

Stewart M. Cline, President

2/98  6K

*Morrison Homes*

Sarasota
Date:  12/19/2005
Time:  11:13:45
S#:    20013013
C#:    1125860

## AFFILIATED BUSINESS ARRANGEMENT
## DISCLOSURE STATEMENT
## NOTICE

To: Purchasers

    Rob Hay

    Maria Hay

Property Address:

7173 50th Ave Circle East, Palmetto, FL 34221

From:  Morrison Homes, Inc.          Date: 12/19/2005

Re:  Morrison Financial Services of Florida, LLC

    This  is to give you notice that Morrison Homes, Inc., has a business relationship with Morrison Financial Services of Florida, LLC ("Morrison Financial Services"). Morrison Homes Inc., holds an ownership interest in Morrison Financial Services of Florida, LLC. Because of this relationship, this referral may provide Morrison Homes a financial or other benefit.

    Set forth is the estimated charge or range of charges by Morrison Financial Services. You are not required to use Morrison Financial Services as a condition for purchase or settlement of the subject property. THERE ARE FREQUENTLY OTHER SETTLEMENT SERVICE PROVIDERS AVAILABLE WITH SIMILAR SERVICES. YOU ARE FREE TO SHOP AROUND TO DETERMINE THAT YOU ARE RECEIVING THE BEST SERVICES AND THE BEST RATE FOR THESE

| SERVICES: | CONVENTIONAL LOANS | FHA/VA LOANS |
|---|---|---|
| Application Fee | $370.00 | $0 |
| Appraisal Fee | $0 | $300 - $325 |
| Credit Report(each) | $0 | $50.00 |
| Tax Service Fee | $72.00 | $72.00 |
| Processing Fee | $275.00 | $275.00 |
| Administration Fee | $250.00 | $250.00 |
| Flood Certification | $14.00 | $14.00 |
| *Origination Fee | 0-1% of Loan Amt. | 0-1% of Loan Amt. |

*Borrower may choose rate with 0 origination or rates with origination and discount points.
Morrison Financial Services may require the use of an attorney, credit reporting agency or real estate appraiser chosen to represent its interest.

ACKNOWLEDGEMENT:
I/we have read this disclosure form, and understand that Morrison Homes is referring me/us to purchase the above
Described settlement services from Morrison Financial Services
Of Florida, LLC. And may receive a financial or other benefits as the result of this referral.

Acknowledged and executed this 19th day of December, 2005.

X _____
Purchaser

X _____
Purchaser

# *Morrison Homes* BUYER PARTICIPATION CHECKLIST

Buying and building your home is a process that requires active participation from you. Many of the activities you will need to accomplish must be done during the normal work week, so please be prepared to make necessary arrangements. Since the process of completing your home is a busy and sometimes complex process, we have prepared the following checklist of activities. Your Sales Associate, Customer Care Associate and Builder will guide you through the process and indicate the time that each activity must be completed. Thank you for choosing Morrison Homes and following this guide so that we are better prepared to make your home buying experience exciting and enjoyable.

**DEADLINE**

- ☐  Complete the Purchase Agreement including all structural changes ____ *12/19/05*
- ☐  Schedule meeting with Mortgage Lender (within 5 days) ____
- ☐  Schedule appointment for Signature Selections (within 2 weeks) ____
- ☐  Schedule appointment with low voltage wiring partner (within 2 weeks) ____
- ☐  Prepare all information required for mortgage loan application ____
- ☐  Meet with lender to make application for mortgage loan ____
- ☐  Meet with low voltage wiring partner and make all selections ____
- ☐  Meet and complete all Signature Selections ____
- ☐  Supply additionally requested documents to lender ____
- ☐  Ensure lender has received copies of all change orders ____
- ☐  Verify deposit requirements of contract have been met ____
- ☐  Finalize allowable change orders and verify with Sales Associate prior to meeting the Builder for your Owners Orientation Meeting ____

- ☐  Meet for Owners Orientation Meeting ____
- ☐  Meet for Pre-Drywall Meeting ____
- ☐  Receive date for closing from Customer Care Associate ____
- ☐  Verify with lender all conditions of mortgage have been met ____
- ☐  Secure homeowners and flood insurance if necessary ____
- ☐  Ensure that funds to close are available and verifiable ____
- ☐  Meet for New Home Demonstration ____
- ☐  Establish deposits and accounts with utilities ____
- ☐  Obtain certified funds for closing ____
- ☐  Attend closing and pick up the keys to your new home! ☺ ____
- ☐  Ensure utilities are transferred to your name and activated before move ____
- ☐  Notify Customer Care of new phone number ____
- ☐  Complete the Homeowners Survey conducted by Woodland O'Brien and return as instructed. We trust we have earned your positive recommendation! ____

Please be aware that the **Signature Selection Center** will be open Monday thru Friday from 8am to 5pm for Selections **by Appointment Only**. On Mondays and Thursdays between the hours of 4pm and 7pm and the 2ⁿᵈ and 4ᵗʰ Saturdays of each month from 10am until 2pm, you will have the opportunity to stop in without an appointment to *"preview"* all of the available selections before attending your scheduled appointment. You should consult with your Sales Associate or the decorator we have provided to assist you with any questions. *Remember to bring the complete print out of option prices provided by your Sales Associate* as the Selection Center cannot go over specific prices during preview hours.

Thank you for choosing Morrison Homes. We appreciate your cooperation in completing the above items and will work hard to ensure your home buying experience with Morrison Homes is enjoyable. Please let us know if you have any questions or how we may be of further assistance.

x _~nt~_

Customer's Signature X _Maria Hu_ ____ Community/Lot, Block _1383-73_   *Crystal Lakes*

*Morrison Homes*

## PRE-DEVELOPMENT DISCLOSURE

### Crystal Lakes

X RH X Ø

1. Purchaser agrees and accepts that the Sellers' and Purchasers' obligations are contingent upon receiving and reviewing a recorded copy of the Restrictive Covenants governing the use and occupancy of properties in this community. These documents are currently being amended and restated.

X RH X

2. Purchaser understands that as a Purchaser in this community, you will be obligated to be a member of a Homeowners' Association. The amount of the obligation has not been determined at this time.

X RH X

3. Purchaser agrees and accepts Seller is not able to define right or left hand garage orientation for homesite selected until the electric company has completed installation of power on the homesite, however, the Purchaser will select the desired orientation at time of contract. If the actual power supply is opposite of the desired, the Purchaser understands that a Change Order will be required to add the "Reverse Electrical Service" option to their sales order and that a fee of $750.00 will be assessed.

X RH X

4. Purchaser agrees and accepts Seller cannot provide an estimated time of construction completion for the home based on the current development stage of the property.

X _____ X 12/20/05      X Maria Diaz      X 12/21/05
Purchaser     Date              Purchaser          Date

X _____ 12/19/05
Morrison Homes    Date
Sales Associate

CBC026287



## HOA ADDENDUM

This Addendum is made this 19 day of December, 2005. to the purchase and sale agreement between Morrison Homes, Inc. (Seller) and Rolf + Maria Hau , (Purchaser) dated 12-19-, 2005. The parties agree as follows:

The property for which you are purchasing is subject to a community Homeowners Association. The Homeowners Association assesses an Initial Contribution fee in the amount of $ TBD collected at the time of closing. The annual HOA assessment is $ TBD which equates to approximately $ TBD per month. This Assessment will be prorated at time of closing. In addition there may be a one time transfer fee in the amount of $ TBD .

By your signature below you acknowledge receipt of the community deed restrictions for your new community.


X Rolf Hau
Purchaser

X 12/20/05
Date


X Maria Hau
Purchaser

X 12/20/05
Date



**Tampa Division Model Disclosure**
**Worthington II Model**

## Exterior
Coach Light Package
Landscape Package
Pool and Pool Deck
Raised pool deck
Stone Facing on Home
Flood Lighting at Rear of Home

## Foyer
Wood Floor  Level 2
Beveled Glass Entry Doors
Duron Wall Paint
Lighting Fixture

## Living Room
Crown Molding
Trim Details
Level 4 Carpet
Duron Wall Paint

## Dining Room
Crown Molding
Trim Details
Level 4 Carpet
Lighting Package
Duron Wall Paint

## Kitchen
Level 2 Corian
Corian Integrated Sink
Tilt out panels at Sink
Wood Floor  Level 2
Level 2 Oak Cabinets
Cabinet Crown Molding
Glass Door w/ Mullions
Whirlpool Smooth Top Range
Whirlpool Microwave Hood
Whirlpool Refrigerator
Moen One Touch Faucet
Duron Wall Paint

## Kitchen cont.
Wallpaper

## Laundry Room
Level 3 Floor Tile
Level 2 Maple Wall Cabinets
Duron Wall Paint
Whirlpool Washer
Whirlpool Dryer

## Family Room
Wood Floor  Level 2
(4) Recess Can Lighting
Surround Sound including 4
speakers, Center Channel, and Sub-
woofer.
Ceiling Fan Prewire
Duron Wall Paint

## Master Bath
Level 2 Maple Cabinets
Cultured Marble Counter tops
Level 5 Floor Tile
Level 5 Wall Tile w/ Listello
Wallpaper

## Hall Bath
Level 2 Maple Cabinets
Level 3 Floor Tile
Level 2 Wall Tile with Accents
Wall Paper

## Pool Bath
Level 2 Maple Cabinets
Level 1 Floor Tile
Level 2 Wall Tile
Additional Sink
Duron Wall Paint

## Bedroom 2
Level 4 Carpet
Duron Wall Paint
Wall Paper
Built In Desk Unit
Ceiling Fan Pre-wire

## Bedroom 3
Level 4 Carpet
Duron Custom Paint
Ceiling Fan Pre-wire

## Bedroom 4
Level 4 Carpet
Duron Wall Paint
Bead Board on Walls
Ceiling Fan Pre-wire

## Owner's Bedroom
Wall Detail Above Bed
Single French Door
Recess Can Lighting
Ceiling Fan Pre-wire
Duron Wall Paint
Level 4 Carpet

## Bonus Room
Built In TV Unit
Wall Shelves
Level 4 Carpet
Recess Can Lighting
Duron Wall Paint
Sconces

## Other
All Furniture, wallpaper
Window Treatment & Accessories
Additional cable and TV outlets
Additional Fan Prewires
Optional Landscaping
Light fixtures throughout
Garage configuration with
office
Security System
Level 2 Wood Floor in Hallway

PURCHASER UNDERSTANDS
THAT THE ABOVE ITEMS AND
OR FEATURES ARE NOT
INCLUDED IN THE BASE PRICE
OF OUR HOMES BUILT AT
OAKLEY PLACE

X _Robert ____

X _Maria Day_



## Congratulations!

Thank you for choosing Morrison Homes as your builder! It is now time to schedule your Signature Selection Center appointment. Our Signature Selection Center offers many beautiful options that will enhance your new home and lifestyle. It includes everything from cabinet options to flooring, countertops to intercom systems, and more!

Once you have signed your contract, your appointment must be scheduled within 2 weeks. Most homes will require a 3-hour appointment. A Design Consultant will call you to schedule.

The Selection Center is available by appointment only. Appointments are scheduled Monday through Friday, during normal working hours. There are no evening or Sunday appointments. Your new home is a substantial investment and you should be prepared to take time off work for this appointment. Hours are as follows:

| | |
|---|---|
| Tuesday, Wednesday, & Friday | 8:00 a.m. – 5:00 p.m. |
| Monday and Thursday | 10:00 a.m. – 4:00 p.m. |

Preview Nights are on Monday & Thursday from 4pm to 7pm and the second & fourth Saturday of each month from 10am – 2pm, if you would like to see what options are available prior to your appointment. There is a Design Consultant from the Selection Center available during Preview to answer questions. PLEASE BE AWARE: THERE IS NO PRICING DONE DURING THIS TIME; and, there may be others previewing at the same time.

DURING THE APPOINTMENT:
1. Please leave small children with a sitter, as you will be making important decisions and your complete attention is required.
2. Please turn off cell phones and pagers during the appointment.
3. It is important that you ARRIVE ON TIME, as the Design Consultant may have another appointment with a homebuyer after yours. If you are more than 30 minutes late, you may have to reschedule. If you do have a schedule problem, please do let the Design Consultant know in advance so they may help you reschedule.

Once your appointment is complete, if you wish to make changes after your option cut-off date and if those changes are approved by management, a $250 change order fee will apply plus the cost of any changes.

We at the Selection Center are looking forward to meeting with you and assisting you with the many wonderful selections in your Morrison Home! Please let us know how we can help you! Our phone number is 813-630-5481.

DIRECTIONS:  9202 Florida Palm – Tampa, FL 33619

Take I-75 to SR 60. Go west (right) to Hwy 301. Go South (Left) on Hwy 301 approximately 3 blocks and turn Left onto Florida Palm Drive. We are located in the building on your left, in suite 1A.



X _Nort m_     X _12/20/05_  X _Maria Hay_     X _12/20/05_
Purchaser              Date        Purchaser              Date

Revised 4/24/05