# EXHIBIT "B"

*Morrison Homes*

Sarasota
Date: 06/11/07
Time: 17:24:00
S#:  20019605
C#:  1189232

## TAMPA DIVISION

PURCHASER: Kimberly A. Hair   Home Phone 941-371-7322    Work Phone
PURCHASER:                    Home Phone          Work Phone
MAILING ADDRESS: PO Box 881, Sarasota, FL, 34230, US

SELLER:   MORRISON HOMES, INC.,  d/b/a MORRISON HOMES
          12802 Tampa Oaks Boulevard, Suite 100, Temple Terrace, Florida  33637
          Sales Office Phone #   Sales Associate   Marie Miante

PROPERTY: Lot      59  Block    in section  phase
of (Platted Subdivision name)  which subdivision is also known as  Aberdeen 55's
according to subdivision plat recorded in Plat Book,Page   of the public records of  County, Florida,
commonly known as  3632 101st Avenue E,Parrish, FL,34219.

| | | | |
|---|---|---|---|
| MODEL NAME: Pinehurst @ Aberdeen 55's | | BASE PRICE:       $ | 290,990.00 |
| MODEL NUMBER: 1381PINEHU | | SITE PREMIUM:    $ | 0.00 |
| GARAGE SWING: Right   Left | | TOTAL BASE PRICE: $ | 290,990.00 |
| (including site premium) | | | |
| EARNEST MONEY          $ | 1,000.00 | LENDER: | |
| RECEIVED WITH CONTRACT $ | 1,000.00 | LOAN APPROVAL : YES:  ✓  NO:____ | |
| REMAINING BALANCE     $ | 0.00 | | |
| DUE DATE | | | |

### AGREEMENT

Upon execution by Seller of this Agreement, Seller agrees to sell to Purchaser and Purchaser agrees to buy from Seller the property described above on the terms and conditions stated in this Agreement.  The above purchase price is subject to changes via Addenda and/or Change Orders that are signed by both Purchaser(s) and Seller subsequent to execution of this Agreement and are made a part of this Agreement.

**1.   EARNEST MONEY**
At the time of signing this Agreement, Purchaser is placing on deposit Earnest Money in the amount indicated above which will be retained by the Seller until closing. The Remaining Balance, if any, shall be delivered to Seller no later than the date indicated above.  The Earnest Money deposit will be applied against the Purchase Price or Closing Costs at the time of closing.  If this transaction does not close, the Earnest Money deposit will be retained by the Seller or delivered to the Purchaser as provided in paragraph 19.  THE PURCHASER OF A ONE-FAMILY OR TWO-FAMILY RESIDENTIAL DWELLING UNIT HAS THE RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10 PERCENT OF THE PURCHASE PRICE) DEPOSITED IN AN INTEREST BEARING ESCROW ACCOUNT.  THIS RIGHT MAY BE WAIVED, IN WRITING, BY THE PURCHASER.  BY EXECUTION OF THIS AGREEMENT, PURCHASER (PURCHASER) WAIVES THIS RIGHT. Seller's minimum Earnest Money requirement is irrespective of Purchaser's obligation under their selected mortgage financing and Seller may credit to Purchaser any excess deposits, as permitted by the Purchaser's Lender, at closing.

**In the event the Purchaser is unwilling or unable to obtain a mortgage loan commitment from Morrison Home Funding, LLC or is paying cash, an additional five percent (5%) Earnest Money Deposit will be required (total of ten percent (10%) or if greater one-third (33%) of the collective total of all options selected in the Agreement. Such Earnest Money Deposit is to be paid to Seller not later than 5 days after demand, or 45 days from the Effective Date, whichever occurs first. In the case that the Home is substantially complete at the time of this Agreement, any additional required Earnest Money Deposit is to be paid by Purchaser not later than 5 business days from the Effective Date. In the event the Purchaser does not provide additional Earnest Money Deposit, as described hereinabove, such failure(s) shall constitute a default of the Agreement with no grace period or cure period for such default. In such event, Seller may terminate this Agreement without notice and be entitled to retain all deposits and sums paid by the Purchaser as liquidated damages and both parties shall be relieved of any further obligation and liability.**

**2.   Purchaser acknowledges Broker named below is the only broker to provide services in this transaction**
Real Estate Agent: Mark Longenecker Real Estate Co: New Homes of Tampa Bay, Inc.

**3.   COMPLETION**
The home is estimated to be substantially completed within 180 days of the issuance of all permits required to construct the home and receipt of all approvals including those required by the community Homeowners Association and committees, except as otherwise amended in separate Addenda. Any projected completion dates estimated by the Seller are based upon local conditions and capabilities of the Seller and the date of any estimates is subject to change.  Completion may be delayed by adverse weather, shortages of materials or labor, acts of God or other events beyond the control of the Seller.  If closing is delayed more than ninety (90) days beyond the planned closing date set forth by Seller in writing to the Purchaser prior to closing, Purchaser shall have ten (10) days from the ninetieth (90) day to rescind this Agreement in writing and receive back the Earnest Money.  If Purchaser does not rescind the Agreement within such ten-day period, the Agreement will remain in effect.  Seller shall not be responsible for any damage or loss suffered by Purchaser as a result of any delay in the closing of the house or change in the closing date.  In any event, and in accordance with the Interstate Land Sales Act, Seller shall complete the house within two (2) years of the date of this Agreement.

initials

Prior to closing, on the date and time scheduled by the Seller, Seller will demonstrate the home to the Purchaser, at which time Purchaser will sign a statement listing any workmanship, material or installation items, which the Purchaser considers defective. If any item listed is actually defective based upon the construction standards set forthby the Seller and generally adhered to in the locality for similar property, Seller will correct those items. Seller shall use it'ssole discretion in the determination of an item as defective and the appearance of an item on the list does not constitute agreementby the Seller to correct the item. It is the intent of the Seller to correct items prior to closing. Purchaser agrees that the existence of any uncorrected items does not constitute grounds for deferring or imposing any conditions, including the escrow or holdback of any closing funds, upon closing. Only the Seller, at its sole discretion, may delay closing to complete items and in that event Purchaser shall continue to be responsible for personal living accommodations including moving and storage costs.

**4.    FINANCING**

This Agreement is contingent upon Purchaser obtaining a mortgage loan commitment ("Loan") from Morrison Home Funding, LLC which is a separate entity from Morrison Homes, Inc., but is a partly owned by Morrison Homes, Inc. This is the only contingency of this Agreement, unless modified by separate addendum. Purchaser may exercise this contingency by providing written notice of termination of this Agreement to Seller within 45 days of the date of this Agreement, after meeting the conditions specified below. In order to exercise the contingency, Purchaser must demonstrate that Purchaser 1) applied for and paid all fees required for the application of the Loan within five (5) business days of the date of this Agreement, 2) diligently pursued approval of the Loan qualified for regardless of terms or conditions, 3) delivered any information requested by the lender within ten (10) days of request, and 4) was unable to obtain a loan commitment due to no fault of Purchaser. If Purchaser satisfies the above conditions and exercises this contingency to terminate the Agreement, Seller shall return any deposit monies paid to the Seller less 1) the price of any contract options, professional services, real estate commissions or consulting fees, 2) governmental agency or proration fees for the request, submittal or receipt of applicable permits,and 3) a $250 contract processing fee, and both parties shall be relieved of further obligation or liability to the other. If the above conditions are not satisfied and the contingency exercised by Purchaser within 45 days, the contingency shall expire and be of no further effect.

Regardless of the above contingency, Purchaser may make financing application to any person or entity of Purchaser's choice. However, approval of such application shall not be a contingency of this Aggreement, and such application shall have no effect on the sole contingency specified above.

**5.    DEED**

A General Warranty Deed will be provided to Purchaser conveying marketable title free and clear of encumbrances and exceptions other than exceptions as to 1) future taxes, 2) municipal services unit assessments, 3) covenants, restrictions, easements and utility agreements, of record or shown on the plat, 4) zoning and development order conditions, and 5) impact fee, water and wastewater assessments. The lot will be assessed by the appropriate municipality for non-ad valorem water and wastewater capacity assessment unit.

**6.    WARRANTY**

Seller agrees to provide Purchaser with Morrison Homes Two-Year Blanket Warranty and a Ten Year Structural Warranty. Purchaser acknowledges receipt of specimen copies of such warranties and a copy of The Little Purple Book, which outlines the material and workmanship standards applicable to the Morrison Homes Two-Year Blanket Warranty. THE MORRISON HOMES TWO-YEAR BLANKET WARRANTY AND TEN-YEAR STRUCTURAL WARRANTY ARE ACCEPTED BY PURCHASER IN PLACE OF ALL OTHER WARRANTIES, EXPRESSED OR IMPLIED, WHETHER ARISING UNDER STATE LAW OR THE MAGNUSON-MOSS WARRANTY ACT, INCLUDING, BUT NOT LIMITED TO ALL IMPLIED WARRANTIES OF FITNESS, MERCHANTABILITY, OR HABITABILITY and Purchaser hereby waives all such implied or statutory warranties.

Purchaser agrees that Sellers sole responsibility after closing is to cover items under warranty as represented. Purchaser agrees that Seller shall not be responsible to compensate Purchaser in any manner unless otherwise contained herein and that in order for the Seller to maintain responsibility for the home warranty the Purchaser may experience some inconvenience and potential loss of income. Purchaser agrees that irregularities in the fit and finish of materials used in the construction of the property are inherent and Seller is not bound to correct these conditions. The Purchaser agrees and acknowledges that sod, landscaping, bushes, shrubbery and trees are warranted for 45 days from the date of closing and replacement thereafter is the Purchasers sole responsibility. Purchaser agrees that Sellers warranty on and the condition at installation for sod, landscaping, bushes, shrubberyand trees is predicated upon environmental conditions and restrictions imposed by controlling agencies, which often change from time to time, and that Seller, at its sole discretion may exclude or limit warranty on these items without notice to the Purchaser, anytime prior to closing. The Seller offers no warranties or representations regarding existing trees and natural foliage left on the lot and shall not be responsible at any time to care for, remove, prune, underbrush or otherwise address other than as required under Sellers ownership by governing law, code, ordinance or covenant. Purchaser and Seller mutually agree these conditions to the warranty survive the closing.

FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSRUCTION AGAINST A CONTRACTOR, SUBCONTRACTOR, SUPPLIER OR DESIGN PROFESSIONAL FOR AN ALLEGED CONSTRUCTION DEFECT IN YOUR HOME. SIXTY DAYS BEFORE YOU FILE YOUR LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONAL A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR AND ANY SUBCONTRACTORS, SUPPLIERS, OR DESIGN PROFESSIONALS THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS. YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR ANY SUBCONTRACTORS, SUPPLIERS, OR DESIGN PROFESSIONALS. THERE ARE STRICT DEADLINES AND PROCEDURES UNDER FLORIDA LAW.

**7.    STANDARD RADON GAS DISCLOSURE**

Radon is a naturally occurring radioactive gas that, when it has accumulated in a building in sufficient quantities, may present health risks to persons who are exposed to it over time. Levels of radon that exceed federal and state guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from the county health unit.

initials

Sarasota
Date: 06/11/07
Time: 17:24:00
S#: 20019605
C#: 1189232

Purchaser, at Purchaser's expense, may arrange for a test for radon at the residence indicated above. Of necessity, the test will be conducted upon completion of the construction, and will delay the closing date while the test is being conducted and the results are being compiled. Seller agrees to make the residence available for such test, and will communicate to Purchaser the earliest possible date the residence can be available for the test. Seller agrees that if the results of said test indicate that levels of radon exist in the residence measuring 4.0 picocuries/liter or greater, Seller will perform the required construction techniques to mitigate the effect of said radon, and the cost of retest, at a total cost to Seller not to exceed $2,000.00.

**8. INSULATION NOTICE**

In order to comply with the Federal Trade Commissions Regulation 10CFR 460, dealing with labeling and advertising of home insulation, Seller shall disclose to Purchasers in writing prior to closing the type, thickness and R-value of insulation installed inthe dwelling.

   1. Purchaser has the right to a disclosure of the subject propertys energy efficiency rating (energy performance index).

   2. Insulation will be or has been installed in the subject property as follows:

      a. All masonry exterior walls in the living area are insulated with Al Foil insulation, with a thickness of 1/2 inch. The thickness, according to the manufacturer, will yield an R-Value of 4.2.

      b. Exterior walls in the other rooms not on ground floor will be insulated with batted insulation with a thickness of 3 1/2 inches. The thickness, according to the manufacture will yieldan R-Value of 11.

      c. Flat ceilings in all areas will be insulated with blown insulation with a thickness of 10 inches. The thickness according to the manufacturer, will yield an R-Value of 30.

      d. Sloped ceilings will be insulated with batted insulation with a thickness of 12 inches. The thickness, according to the manufacturer, will yield and R-Value of 30.

   3. Purchaser has not relied upon Sellers estimate of square feet of living space.

**9. RECOVERY FUND**

You have certain rights under Florida law if you have suffered damages caused by a state-licensed contractor or a construction company with whom you have signed a contract. PAYMENT MAY BE AVAILABLE FROM THE CONSTRUCTION INDUSTRIES RECOVERY FUND IF YOU LOSE MONEY ON A PROJECT PERFORMED UNDER CONTRACT, WHERE THE LOSS RESULTS FROM SPECIFIED VIOLATIONS OF FLORIDA LAW BY A STATE-LICENSED CONTRACTOR, FOR INFORMATION ABOUT THE RECOVERY FUND AND FILING A CLAIM, CONTACT THE FLORIDA CONSTRUCTION INDUSTRY LICENSING BOARD AT THE FOLLOWING TELEPHONE NUMBER AND ADDRESS: 7980 Arlington Expressway, Suite 300, Jacksonville, FL. 32211-7457, Phone# (904) 359-6310.

**10. SIGNATURE SELECTION**

Purchaser shall select interior decorating colors and other items from among the options offered by the Seller within fourteen (14) days from Purchaser's execution of this Agreement or the earliest date thereafter made available for an appointment by the Sellers Signature Selection Center. If Purchaser fails to comply with this condition then Seller, may at Sellers sole option make such selections or proceed with selection previously made by the Seller and adjust the closing date accordingly.

**11. CHANGE ORDERS**

Seller retains the right, at is sole discretion, to reject any request for changes (**Change Order**) such as selections, options, upgrades, changes, and any additional items requested by the Purchaser subsequent to acceptance of the Agreement. Purchaser agrees that the Seller is not bound by any Change Order unless Seller executes the Change Order form and Purchaser verifies Sellers acceptance by receipt of a fully executed copy. Upon executing any change order increasing the purchase price of the home, the Purchaser agrees to increase the **Earnest Money Deposit** to the minimum **Earnest Money Deposit** set forth by the Seller or at least five (**5%**) percent of the contract price or one-third (**33%**) of the collective total of all options selected in the Agreement, exclusive of lot premiums, standard bonus room options, standard interior room configuration options and standard front elevation options, whichever is greater.

Following the date of the Purchase and Sale Agreement, Purchaser may not make major structural changes. which include but are not limited to: a) changes affecting the foundation, roof trusses or load bearing walls, b) moving, changing, adding/deleting windows or exterior doors, c) plumbing i.e. hose bibs, bidets, laundry tubs, etc, d) changes to lot layout, location of the home on the lot or reverse power location, e) architectural changes relocating interior walls, adding fireplaces, etc., f) electrical changes that must be shown on the plans, g) HVAC changes that effect energy calculations i.e. zoning, upgraded seer ratings. Major structural changes should be considered before signing this Agreement. After the Owner Orientation Meeting, or issuance of a Building Permit, whichever occurs last, all other approved changes requested will require a $250 processing fee. Any approved changes after the application for building permit, and any other changes after the Owner Orientation Meeting could delay the completion date and additional fees in accordance with Paragraph 16. CLOSING.

**12. JOB SITE ACCESS**

Prior to closing, Purchaser may not enter the Property without Sellers consent. Any entry on the Property by Purchaser shall be at Purchaser's own risk. Purchaser waives any and all claims against the Seller for any injury or loss resulting from such entry by Purchaser or any other person accompanying Purchaser. Purchaser hereby indemnifies Seller from and against any claims arising out of or in connection with any such entry. Purchaser may not store any goods or possessions on the Property prior to closing. Purchaser agrees not to perform or cause any work to be performed on the Property prior to closing without the written approval of Seller. Purchaser agrees that the selection, supervision and scheduling of work forces is the sole responsibly of Seller. Purchaser agrees to not interfere with or attempt to direct the activities of such work forces.

**13. MODELS AND PLANS**

Sellers model homes are designed to show the quality and craftsmanship which will be utilized in the construction of the home. The home will be similar to but may not be exactly the same as the model and or drawings, renderings or plans viewed as examples by Purchaser. Seller reserves the right to make slight modifications to the size and design of the floor plans of the home and to substitute materials, fixtures, equipment and appliance of

initials

Sarasota
Date:   06/11/07
Time:   17:24:00
S#:     20019605
C#:     1189232

substantially equal quality and value as those utilized in the model homes or those specified in the plans and specifications.  All model, plans, and design for the home shall be subject to state laws, local ordinances and binding provisions of the subdivision deed restrictions and architectural review provisions.  Due to the interactions of these legal requirements, Seller may not be permitted to build the exact model, plan or features initially selected by Purchaser.  If the initial selections by Purchaser can not be constructed for these reasons, Seller shall consult with Purchaser for the selection of equivalent options, which can be permitted and built.  Purchaser and Seller agree that the Purchase Price shall be adjusted for any increase or decrease resulting from the new model, plan or options selection.  However, if the nearest equivalent option cannot be constructed without an increase of five percent or more of the purchase price, elimination of an interior room, or a decrease of five percent or more in square footage, Purchaser may elect to terminate this Agreement, have the return of its Deposit, and neither party shall have further liability to the other.

**14.   LOTS**

Each lot is unique in its size, shape and drainage characteristics.  Purchaser understands and agrees that the size of the lot, the exact location of sidewalks and driveways (if any), and the drainage patterns of their lot will differ from the model home plans, drawings or renderings they have examined.  Seller, at its sole discretion will determine placement of the home on the lot including positioning, preservation, removal and pruning of trees and natural landscape.  It is difficult for the Seller to accurately determine in advance whether all plans and, or options fit each unique lot.  Therefore, Seller may notify Purchaser anytime subsequent to acceptance of this agreement after the Surveyor has accurately determined dimensions, that the home and, or options selected may not suitably fit on the lot.  In that event, Purchaser may select another plan, lot, or delete options by Change Order and the contract amount will be adjusted according to the Sellers then current price.  If the Purchaser is unable to make other suitable selections, Purchaser may request a termination and refund of the Earnest Money.

**15.   REAL ESTATE TAXES / HOMEOWNERS ASSOCIATION DUES / ASSESSMENTS**

Real Estate Taxes and similar governmental assessments, including, if applicable, community development district assessments, and homeowners association dues (if any) for the year of closing will be prorated through the date of closing based on the latest available assessment information.  See the Community Development District Addendum, if applicable.

<u>PROPERTY **TAX** DISCLOSURE **SUMMARY**</u>

**BUYER SHOULD NOT RELY ON THE SELLER'S CURRENT PROPERTY TAXES AS THE AMOUNT OF PROPERTY TAXES THAT THE BUYER MAY BE OBLIGATED TO PAY IN THE YEAR SUBSEQUENT TO PURCHASE. A CHANGE OF OWNERSHIP OR PROPERTY IMPROVEMENTS TRIGGERS REASSESSMENTS OF THE PROPERTY THAT COULD RESULT IN HIGHER PROPERTY TAXES. IF YOU HAVE ANY QUESTIONS CONCERNING VALUATION, CONTACT THE COUNTY PROPERTY APPRAISER'S OFFICE FOR INFORMATION.**

**16.   CLOSING**

**Purchaser agrees that the closing of this sale may be held at the office of the selected title company on the date and time set by the Seller.**  Purchaser agrees to close accordingly, and under no circumstance will this be later than seven (7) days after the issuance of a certificate of occupancy unless so determined by the Seller.  At closing, Purchaser shall (a) pay any funds due Seller at closing by cashiers check; (b) make, execute and deliver all documents, mortgages, notes, or other instruments required to close this transaction; (c) satisfy all requirements of any mortgage lender, if applicable; (d) pay necessary closing costs and prepaid expenses as detailed in the Morrison Homes Finance Addendum and, or Cash Addendum.  **If Purchasers are not ready, willing and able to close the purchase of the Property on the date set by Seller following substantial completion, as defined by the issuance of a certificate of occupancy and after satisfaction of Paragraph 4.  Financing contained herein, the Seller may terminate this Agreement without notice and be entitled to retain all deposits and sums paid by the Purchaser as liquidated damages and both parties shall be relieved of any further obligation and liability.**

The Purchaser agrees to pay the Seller, without further modification or addenda, the sum of $250 per day for any delays to closing for which the Purchaser is responsible, including but not limited to delays for Change Orders.  Except as may be required by the FHA or VA, no portion of the Purchase Price may be withheld from Seller or deposited in escrow, on account of incomplete work upon the property at the time of closing Purchaser agrees that Seller may cause sufficient funds be placed in escrow for the cost to complete a pool and accessories, if applicable, and the Purchaser will execute the necessary instruments to close the sale as contained herein in this event.  Seller agrees to complete all such work as soon after closing as is reasonably possible.

<u>Contract **Administration** **Fee**</u>.  In addition to any other amounts due pursuant to this Agreement, Seller will charge Purchaser a Contract Administration Fee of Four Hundred Fifty Dollars ($450). The Contract Administration Fee shall be due to Seller only at Closing, but is related solely to Seller's contract administration prior to closing, and is not a closing-related expense or title-related expense.

**17.   EVIDENCE OF TITLE**

At closing, the Seller shall provide Purchaser with a Title Insurance Commitment issued by a Florida licensed title insurer agreeing to issue to Purchaser, upon recording of the deed to Purchaser, an owners policy of title insurance in the amount of the purchase price, insuring Purchasers title to the real property, subject only to the items listed in paragraph 5 and those which shall be discharged by Morrison at or before closing.

**18.   MERGER**

Purchaser acknowledges that Seller may have provided Purchaser with information made available to Seller regarding the community and subdivision in which the Property is located, including but not limited to nearby amenities, educational facilities, natural areas, views, adjacent homes and development, and recreational facilities.  Purchaser acknowledges that the planning, completion and availability of such items is completely beyond the control of Seller.  The plans of developers, governments, and adjacent property owners may, and often do, change.  Purchaser does not rely, in the entry into this Agreement, on the maintenance, construction or completion of any area other than the lot, which comprises the Property under this Agreement.  This agreement contains the entire and only agreement between Seller and Purchaser with respect to the purchase of the property.  There are no collateral or oral agreements or understandings.  Seller shall not be bound by any statement, promise, condition or stipulation not specifically set forth in this Agreement. Purchaser agrees that no salesperson has any authority to make, and Purchaser has not relied on, any statement, agreements or

initials

Sarasota
Date:  06/11/07
Time:  17:24:00
S#:  20019605
C#:  1189232

representations that modify, add to or change the terms and conditions of this Agreement.

**19.   REMEDIES**

    If Purchaser fails to comply with the terms of this Agreement, Seller shall be entitled to terminate this Agreement, and receive all deposits as liquidated damages, as its sole remedy. Purchaser and Seller acknowledge and agree that the Deposit, any Additional Deposit and payment of options is a fair and reasonable estimate of the damages that Seller may incur due to Purchasers default and each party acknowledges that such damages would be impractical if not impossible to calculate and determine. Other than the recovery of the Deposit, Additional Deposit and payment options, Seller hereby waives all remedies with respect to a default related to Purchasers wrongful refusal to purchase the Property, including without limitation the right to enforce specific performance of this Contract or collect damages, whether direct, actual, special or consequential or otherwise. In the event that Seller shall fail to fully and timely perform any of its obligations hereunder, and such failure shall continue for ten (10) days following notice thereof from Purchaser, then Purchaser may, at its option, enforce specific performance of this contract, as its sole remedy, with the following exceptions. Should Seller fail to provide any item of construction required to be provided, Purchasers sole remedy against Seller will be to collect liquidated damages in an amount equal to Sellers cost for the item and for its installation had it been installed at the appropriate time during construction or in the case of options, non standard changes and upgrades, the price to Purchaser of the item. If Seller fails to deliver the house within two years from the date of this Agreement, Purchaser shall have all remedies at law and equity. Purchaser hereby waives all other remedies, with respect to a Sellers default, including without limitation, the right to collect special, incidental or consequential damages.

**20.   AGENCY DISCLOSURES**

    The Sales Associate representing Morrison Homes in this transaction is known as a Sellers Agent who is engaged by the acts as the agent for the Seller.

**21.   USE RESTRICTIONS**

    The Purchaser acknowledges that the Property is subject to the Declarations of Covenants, Conditions, and Restrictions and other recorded instruments of the community that result in certain restrictions and guidelines. By execution of this Agreement Purchaser acknowledges receipt of copies of the Declaration of Restrictions, Article of Incorporation of the Homeowners Association and By-Laws of the Homeowners Association for <u>Aberdeen 55's</u> (Community). Purchaser has been afforded the opportunity to read and understand these documents. Purchaser acknowledges that Purchase shall be subject to the terms and provisions of these documents, including but not limited to membership in the applicable Homeowner Association. As required by Section 720.601, Florida Statutes, the following disclosure summary is made:

        DISCLOSURE SUMMARY FOR <u>Aberdeen 55's</u>

The Purchaser acknowledges:

1.  AS A PURCHASER OF PROPERTY IN THIS COMMUNITY, YOU WILL BE OBLIGATED TO BE A MEMBER OF A HOMEOWNERS' ASSOCIATION.
2.  THERE HAVE BEEN OR WILL BE RECORDED RESTRICTIVE COVENANTS GOVERNING THE USE AND OCCUPANCY OF PROPERTIES IN THIS COMMINITY.
3.  YOU WILL BE OBLIGATED TO PAY ASSESSMENTS TO THE ASSOCIATION. ASSESSMENTS MAY BE SUBJECT TO PERIODIC CHANGE. IF APPLICABLE, THE CURRENT AMOUNT IS $ _632_ PER YEAR.  YOU WILL ALSO BE OBLIGATED TO PAY ANY SPECIAL ASSESSMENTS IMPOSED BY THE ASSOCIATION.  SUCH SPECIAL ASSESSMENTS MAY BE SUBJECT TO CHANGE.  IF APPLICABLE, THE CURRENT AMOUNT IS $ _250_ PER INITIAL CLOSING.
4.  YOU MAY BE OBLIGATED TO PAY SPECIAL ASSESSMENTS TO THE RESPECTIVE MUNICIPALITY, COUNTY, OR SPECIAL DISTRICT. ALL ASSESSMENTS ARE SUBJECT TO PERIODIC CHANGE.
5.  YOUR FAILURE TO PAY  SPECIAL ASSESSMENTS OR ASSESSMENTS LEVIED BY A MANDATORY HOMEOWNERS' ASSOCIATION COULD RESULT IN A LIEN ON YOUR PROPERTY.
6.  THERE MAY BE AN OBLIGATION TO PAY RENT OR LAND USE FEE FOR RECREATIONAL OR OTHER COMMONLY USED FACILITIES AS AN OBLIGATION OF MEMBERSHIP IN THE HOMEOWNERS' ASSOCIATION. IF APPLICABLE, THE CURRENT AMOUNT IS $ _-0-_ PER _0-_
7.  THE DEVELOPER MAY HAVE THE RIGHT TO AMEND THE RESTRICTIVE COVENANTS WITHOUT THE APPROVAL OF THE ASSOCIATION MEMBERSHIP OR THE APPROVAL OF THE PARCEL OWNERS.
8.  THE STATEMENTS CONTAINED IN THIS DISCLOSURE FORM ARE ONLY SUMMARY IN NATURE, AND, AS A PROSPECTIVE PURCHASER, YOU SHOULD REFER TO THE COVENANTS AND THE ASSOCIATION GOVERNING DOCUMENTS BEBORE PURCHASING PROPERTY.
9.  THESE DOCUMENTS ARE EITHER MATTERS OF PUBLIC RECORD AND CAN BE OBTAINED FROM THE RECORD OFFICE IN THE COUNTY WHERE THE PROPERTY IS LOCATED, OR ARE NOT RECORDED AND CAN BE OBTAINED FROM THE DEVELOPER.

IF THE DISCLOSURE SUMMARY REQUIRED BY SECTION 720.601, FLORIDA STATUTES, HAS NOT BEEN PROVIDED TO THE PROSPECTIVE PURCHASER BEFORE EXECUTING THIS CONTRACT FOR SALE, THIS CONTRACT IS VOIDABLE BY PURCHASER BY DELIVERING  TO SELLER OR SELLER'S AGENT OR REPRESENTATIVE WRITTEN NOTICE OF THE PURCHASER'S INTENTION TO CANCEL WITHIN 3 DAYS AFTER RECEIPT OF THE DISCLOSURE SUMMARY OR PRIOR TO CLOSING, WHICHEVER OCCURS FIRST.  ANY PURPORTED WAIVER OF THIS VOIDABILITY RIGHT HAS NO EFFECT. PURCHASER'S RIGHT  TO VOID THIS CONTRACT SHALL TERMINATE AT CLOSING.

    **Water/Wastewater Capacity Assessment::**   The property _____HAS _____✓____HAS NOT  been placed in a Water and/or Wastewater Capacity Assessment Unit by _Manatee_ County.  This is a municipal services benefit unit assessment, which will appear on the homeowners yearly property tax bill from the _Manatee_ County Tax Collector.

    Purchaser should not execute the contract or agreement until they have read and understand the Disclosure Summary required by law.

                                       _____ initials

Sarasota
Date:  06/11/07
Time:  17:24:00
S#:    20019605
C#:    1189232

**22.   REPRESENTATIONS OF PURCHASERS**

Purchasers represent and warrant that they have the financial ability to purchase the Property, with mortgage financing if a financing contingency is selected.  This representation is a material inducement for Seller to enter into this Purchase and Sale Agreement and cease offering the Property to others.  At any time during the term of this Agreement, Purchaser shall demonstrate to Seller one of the following items in writing, upon three business days demand by Seller: 1) possession and control of the amount of the Purchase Price in cash or liquid asset, or 2) a valid mortgage loan application which was received by a licensed mortgage broker within 5 days of the execution of this agreement, or 3) within 45 days of the date of execution of the Agreement, possession and control of the amount of a down payment and a pending application with licensed mortgage broker for the balance of the Purchase Price, or 4) after 45 days from the date of execution of the Agreement, a valid mortgage commitment from a licensed mortgage broker for the purchase  of the Property.  If Purchaser fails to demonstrate one of the preceding items, Purchaser shall fail to be in compliance with this Agreement and Seller will retain the Earnest Money as liquidated damages.

**23. TERMINATION**

**At any time during the pendency of this Contract and prior to Closing, and for any reason whatsoever or no reason, Seller may elect to terminate this Contract by providing written notice of such termination to Purchaser together with a full refund of Purchaser's Earnest Money Deposit and the payment of the sum of Five Hundred Dollars ($500) as a termination fee and/or liquidated damages, and both parties shall be relieved of any further obligation and liability. This clause shall not be deemed mutual and by signing the Contract, the Purchaser hereby acknowledges, agrees, understands the right of the Seller granted by this provision, and agrees that this liquidated damage amount is reasonable and that the ascertainment of any actual damage would be, difficult or impossible.**

**24.   MISCELLANEOUS**

a.   This agreement may not be assigned.

b.   Whenever the context shall so require, the singular shall include the plural, the masculine gender shall include the feminine and neuter, and vice versa.

c.   This Agreement may not be amended or modified except in writing executed by both parties.

d.   If two or more persons are identified as Purchasers in this Agreement, any one of them shall have the right and authority to bind the other(s) in all matters relating to this Agreement.

e.   This Agreement is binding upon the Seller only when executed by a duly authorized agent of the Seller.  The authorized agents are the Divsion President, Vice President of Operations, Vice President of Finance, and Vice President of Construction.

f.   Neither this Agreement nor any memorandum thereof shall be recorded in the public records of the County or State in which property is located.  Any attempt to record this Agreement or any memorandum thereof shall be a material breach of this Agreement.

g.   Time is of the essence, in terms, conditions and provisions of this Agreement relating to time.

h.   If this Agreement is a rewrite, as noted on page 1, this Agreement supercedes all previous Agreements written between the parties.

i.   **If Morrison is acquiring the title to this lot for home construction under a lot sales agreement with a developer, then Purchase and Sale Agreement is contingent upon the actual completion of all subdivision improvements by the developer and conveyance of the lot by the developer to Morrison as agreed.  If completion and conveyance to Morrison does not occur, Morrison shall notify Purchasers who shall have the option of canceling this agreement or entering into a new  agreement for a  different available lot.**

j.   Without limiting the nature of any provision of the Agreement, the Purchaser specifically notes they have reviewed Paragraph (3) Completion, Paragraph (4) Financing, Paragraph (10) Signature Selections, Paragraph (11) Change Orders, Paragraph (13) Models and Plans, Paragraph, (16) Closing and Paragraph, (18) Merger, (22) Representations of Purchasers, and (23) Miscellaneous.

**Purchaser acknowledges and represents that Purchaser has read this agreement and all addenda and exhibits attached to it.  Purchaser agrees to be bound by all its terms and conditions.  Purchaser acknowledges that Purchaser is not relying on any statement, promise or commitment not expressly set forth in this Agreement.  Oral representations shall not be relied upon, and are not a part of this agreement.**

| | | | |
|---|---|---|---|
| Marie Miante | 6/12/07 | Kimberly G. Ham | 6/12/07 |
| Marie Miante | Date | | Date |
| | | SSN | |
| | | | |
| Authorized Agent | Date | | Date |
| | | SSN | |

*Morrison Homes*  **Sarasota Division**
**Finance Addendum**

This Addendum is made this ____ day of _____ 20 0__ , to the Purchase and Sale Agreement between Morrison Homes, Inc. d/b/a Morrison Homes (Seller) and _____ (Purchaser) dated _____ , 20 0__ .

REAL ESTATE CERTIFICATION: The Seller, Borrower, Real Estate Broker or Agent involved in this transaction are certifying that the terms of the Purchase and Sale Agreement are true to the best of their knowledge and belief. Any other Agreement entered into by any of the parties must be fully disclosed and attached to the Purchase and Sale Agreement. The Seller, Borrower, Real Estate Broker or Agent fully understands that it is a federal crime punishable by fine or imprisonment or both to knowingly make any false statement concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Sections 1012 and 1014.

Within 45 days from the date of execution of the Agreement, Purchaser shall demonstrate to Seller one of the following items in writing: 1) possession and control of the amount of the Purchase Price in cash or liquid asset, or 2) a valid mortgage commitment from a licensed mortgage originator for the purchase of the Property. If purchaser fails to demonstrate one of the preceding items, Purchaser shall fail to be in compliance with the Agreement and therefore be in default of the Agreement. Upon such default, at any time during the pendency of this Agreement and prior to Closing, Seller may elect to terminate this Agreement and retain the Earnest Money as liquidated damages.

It is the initial intent of the buyer to proceed with a ____ *Cash Transaction*, __✓__ *Financed Transaction*, ____ *VA Financing* or ____*FHA Financing*. The buyer understands that the initial intent does not relieve the buyer of responsibility to comply with all applicable terms of the addendum .

1.  Cash Transaction: (Here and after referred to as "cash transaction") within five (5) business days from the date of this Agreement, Purchaser(s) shall provide Seller with proof of Purchasers' financial ability to close this sale, including providing Seller with verification of sufficient cash or funds. If Purchaser fails to so provide proof of financial responsibility satisfactory to Seller, Seller may terminate this Agreement and retain the Earnest Money and any payments made for extras or upgrade items, as liquidated damages. After termination of this Agreement under this paragraph, Seller and Purchaser will not have any further rights or obligations under this Agreement. Purchaser(s) have received a discount of $ _____ instead of a closing cost contribution. Therefore, the Purchaser(s) are responsible for any and all closing costs including but not limited to customary seller costs, stamps on the Deed, Owner's Title Insurance Policy, document preparation fees, and recording fees. This paragraph super cedes paragraph 4 of the Purchase and Sale Agreement.

2.  Financed Transaction: (Here and after referred to as "financed transaction") When Purchaser(s) close with a loan issued through Morrison Home Funding, Seller shall, at Seller's expense and with the Title Insurer of Seller's choice, Pay up to ____ in closing costs. All additional closing costs will be paid by Purchaser. When Purchaser(s) close a loan issued through a lender other than Morrison Home Funding, Seller will contribute a maximum of $ ____ toward closing costs and Purchasers shall pay all closing costs including but not limited to title insurance and related title services fees. Closing costs include but are not limited to customary seller fees, lender inspection fees, underwriting fees, recording fees, state taxes, stamps on the mortgage deed, loan origination fees and discount points, MIP/PMI, VA funding fee, appraisal fees, credit reports fees, application fees, survey, termite inspections, Lender Title Insurance Policy and Owner's Title Insurance Policy. All prepaid expenses including escrows for real estate taxes, homeowner's insurance, interim interest on Purchaser's purchase money mortgage and Homeowners Association fees and capital contributions, if any, must be paid by Purchaser(s). The closing will occur with the Title Company of Seller's choice at the location of the Seller's choice. Purchaser(s) understands that any agreement to lock-in Purchaser(s) interest rate and loan terms must be determined between Purchaser and Purchaser's lender. Because of the unpredictability that sometimes exists during the building process which may result in delays of closing, Purchaser(s) shall not hold Seller responsible for any expired lock-in agreements. If Purchaser(s) locks in an interest rate, Purchaser(s) does so at his/her own risk. Purchaser will furnish to any proposed lender(s) any credit information required in connection with the loan. If any lender to whom Purchaser submits a loan application refuses to make such loan, Purchaser agrees to submit an application to at least one other lender or lenders who may show an interest in making the loan. Purchaser further agrees to take all action necessary to comply with the requirements of the lender and to execute all instruments as may be necessary to close the loan.

    Purchaser(s) hereby authorize Morrison Homes to investigate Purchasers' credit history and financial status and hereby authorize and instruct all banks, savings and loan associations, mutual funds and other financial institutions with which Purchasers have accounts to disclose to Morrison Homes the balances in such amounts and Purchasers further authorize and instruct all creditors to who Purchasers are indebted to disclose to Morrison Homes all information requested by Morrison Homes. Additionally, Purchasers authorize any mortgage lender, banker, or broker with which Purchasers make application for a purchase money mortgage to disclose to Morrison Homes any information contained in Purchaser's loan application and any information concerning the status of the loan, processing, loan approval, or requirements Purchasers must satisfy for obtaining loan approval.

3.  VA Financing: (Here and after referred to as "VA financing") if Purchaser obtains VA Financing, then: It is expressly agreed that notwithstanding any other provisions of this Agreement, the Purchaser shall not incur any penalty by forfeiture of earnest money or otherwise by obligated to complete the purchase of the Property described herein, if the Agreement purchase price or cost exceeds the reasonable value of the Property established by the Veterans Administration. The Purchaser shall, however, have the privilege and option of proceeding with the consummation of this Agreement without regard to the amount of the reasonable value established by the Veterans Administration. If Purchaser elects to complete the purchase at a price in excess of the reasonable value established by VA, Purchaser shall pay such excess amount in cash from a source which Purchaser agrees to disclose to the VA and which Purchaser represents will not b from borrowed funds except as approved by VA. If VA reasonable value of the Property is less than the Sales Price, Seller may 1) reduce the Sales Price to an amount equal to the VA reasonable value and the parties to the sale shall close at a such lower Sales Price with appropriate adjustments to the Purchase and Sales Agreement or 2) terminate the Agreement and return Purchasers earnest money deposit. Purchaser agrees to pay the VA funding fee, which may be financed by adding to the loan amount.

4.  FHA Financing: (Here and after referred to as "FHA financing") if Purchaser is obtaining FHA financing: It is expressly agreed that notwithstanding any other provisions of this Agreement, the Purchaser shall not be obligated to complete the purchase of the Property described herein or to incur any penalty by forfeiture of earnest money deposits or otherwise unless the Lender has delivered to the Purchaser a written statement issued by the Federal Housing commissioner or a Direct Endorsement lender setting forth the appraised value of the Property (excluding closing costs) of not less than $ ____ which statement the lender hereby agrees to deliver to the Purchaser promptly after such appraised value statement is made available to the Lender. The Purchaser shall, however, have the privilege and option of proceeding with consummation of the Agreement without regard to the amount of the appraised valuation. THE APPRAISED VALUATION IS ARRIVED AT TO DETERMINE THE MAIMUN MORTGAGE THE DEPARTMENT OF HOUSEING AND URBAN DEVELOPMENT WILL INSURE. HUD DOES NOT WARRANT THE VALUE OR THE CONDITION OF THE PROPERTY. THE PURCHASER SHALL SATISFY HIMSELF/HERSELF THAT THE PRICE AND CONDITION OF THE PROPERTY ARE ACCEPTABLE.

X _Kimberly a Hamle_ 6-12-0__ .
PURCHASER                          DATE                    PURCHASER                          DATE

_____
AUTHORIZED AGENT, MORRISON HOMES, INC.    DATE

Revised 6/9/06                                                                                          CBC 028287

*Morrison Homes*

Sarasota
Date:  06/11/2007
Time:  17:24:00
S#:  20019605
C#:  1189232

### Sarasota Division

### Broker Addendum

This Addendum is made this 12 day of June, 2007  to the Purchase and
Sales Agreement between Morrison Homes, Inc.,d/b/a  Morrison Homes (Seller) and
Kimberly Ham (Purchaser) dated 6/12/07
The parties agree as follows:

$ 9,400
+ Bonus

The Seller agrees to pay the broker shown below a commission of ___3.000___ percent. + Bonus

The commission will be payable on the total purchase price of home, excluding furnishings and pools
if applicable, at the time that title to the home passes to the Purchaser and Seller receives payment
in full for the home. Broker will be entitled to the commission when the Purchase and Sale Agreement
described above actually closes by transfer of title.  If, for any reason, this sale is not closed and funded,
no commission will be due or payable.

This Addendum is not binding on Purchaser or Seller until executed by an Authorized Agent of Morrison
Homes, Inc.

Marie Miante                                      Mark Longenecker

**Morrison Homes Sales Associate**               **Real Estate Agent\*\***

New Homes of Tampa Bay, Inc.                     1381-59

**Brokerage Firm Name\*\***                        **Job Number**

205 Apollo Beach Blvd, Suite 105
Apollo Beach FL 33572

                                                 813-645-2888

**Brokerage Address (Optional)**                  **Brokerage Telephone (Optional)**

Authorized Agent
**Morrison Homes,  Inc.**                         **Date**

ATTACH REAL ESTATE BUSINESS CARD HERE
**(Please do not staple)**

*Morrison Homes*®

## **Addendum to Contract and Restrictive Covenant**

As a material inducement for Seller to enter into this contract, Buyer hereby affirmatively warrants and covenants that (s)he intends to occupy the home residence to be constructed pursuant to this contract or reservation as her(his) primary or secondary (vacation) residence and plans to reside therein, or Buyer plans to lease or sublet such residence to another person. This warranty and covenant is effective at the time of execution of the reservation and sales agreement and at the time of the closing of any transaction thereunder, and for a period of **two years** after closing. This warranty is made by Buyer to induce Seller to enter into the reservation or sales contract and is agreed by Buyer and Seller to be material to this reservation or sales contract and subsequent closing thereunder.

Any breach of this warranty is a material breach by Buyer of such reservation or sales agreement, and any such breach made by Buyer prior to Closing will entitle Seller to terminate this reservation or sales agreement and retain any deposit made by Buyer as liquidated damages, subject to the following exceptions that shall be deemed to constitute hardship situations under which Buyer may sell or otherwise transfer (collectively "Transfer") its right, title, and interest in the Property prior to two years after Closing: a Transfer resulting from the death of Buyer; a Transfer resulting from a decree of dissolution of marriage or legal separation or from a property settlement agreement incident to such decree; a Transfer by Buyer (where Buyer is not self-employed) necessary to accommodate a mandatory job transfer required by Buyer's employer; a Transfer by Buyer after the death of Buyer's spouse; or a Transfer which, in the sole judgment of Seller, constitutes a hardship situation consistent with the intentions of this Addendum. A Transfer by Buyer's spouse as a co-owner with Buyer to the Buyer, a Transfer by Buyer into a revocable inter vivo trust in which Buyer is beneficiary, or a Transfer, conveyance, pledge, assignment, or other hypothecation of the Property to secure the performance of an obligation, which transfer, conveyance, pledge, assignment or hypothecation will be released or re-conveyed upon the completion of such performance shall also be deemed an exception constituting a hardship situation under which Buyer may Transfer its right, title, and interest in the Property prior to one year after Closing, and the provisions of this Addendum shall continue in full force and effect after such transfer. Buyer agrees to provide further assurances and reasonable documentation of the truthfulness of this warranty at any time during the pendancy of this reservation or sales agreement, until the transaction is terminated or closed.

Additionally, Buyer shall not assign this agreement, nor any rights herein, nor advertise, market, list for sale, sell, transfer, assign, gift or otherwise convey the Property, or any interest therein, for a period of **two years** after the date of closing. If Buyer shall breach this provision, or shall breach the warranty provided above during the first **two years** after closing, Buyer shall pay to Seller the greater of 1) any profit realized on the sale or transfer, or 2) Ten Thousand Dollars ($10,000), as liquidated damages.

Buyer and Seller agree that the ascertainment of actual damages for such material breach either before or after closing, would be difficult or impossible, and agree to the amounts specified above as liquidated damages as reasonable and not a penalty.

The agreements made herein shall survive the closing of the purchase and sale transaction, and at the option of Seller, may be recorded in the public records of the county where the Property is located.

Page 2

This warranty and covenant is intended to encumber, and Buyer and Seller do hereby encumber the real property described as Lot _5̲7̲_, Block _____ of _i̲b̲u̲d̲e̲s̲_ shown on the map or plat thereof recorded at Plat Book _____, Page _____ of the public records of _____ County, Florida.   This warranty and covenant shall run with the land for its full term, and shall bind the heirs, successors and assigns of the parties hereto.

X _Kimberly C. Ham_

Purchaser

X _6/13/07_

Date

_____        _____
Purchaser                                Date

State of        Florida
County of

The foregoing instrument was acknowledged before me this _____ day of _____, _____, by _____ He/She is personally known to me or has produced Drivers License as identification.

_____

(Seal)
Notary Public
Notary Printed Name: _____

My Commission Expires::

_____        _____
Authorized Agent                         Date
Morrison Homes
CBC028287

State of        Florida
County of

The foregoing instrument was acknowledged before me this _____ day of _____, _____, by _____ He/She is personally known to me or has produced Drivers License as identification.

_____

(Seal)
Notary Public
Notary Printed Name: _____

My Commission Expires::

*Morrison Homes*®

**Tampa Division**

### Inventory Addendum

This Addendum is made this 12 day of ____Nine____ , 2007, to the Purchase and Sale Agreement between Morrison Homes, Inc. d/b/a Morrison Homes (Seller) and _Kimberly A Ham_____ ( Purchaser) dated _6/13/07_ , 2006. The parties agree as follows:

~~2006~~ 2007

Purchaser acknowledges completion date on the Purchase & Sale Agreement is set with the understanding that preliminary loan approval and allowable color selections are received within two weeks from date of contract.

Purchaser understands that a delay in this process, may result in the completion date being adjusted accordingly.

This Addendum is not binding on Purchaser or Seller until executed by an Authorized Agent of Morrison Homes, Inc.

_____          _____  6-13-07
Morrison Homes Sales Associate      Purchaser                   Date

                                    _____  _____
                                    Purchaser                   Date

_____
Authorized Agent                    _____
Morrison Homes, Inc.                Date

CBC028287

*Morrison Homes*

Sarasota
Date:  06/11/07
Time:  17:24:00
S#:    20019605
C#:    1189232

## Limited Structural Change Disclosure Addendum

This Addendum is made this day  12 of June, 2007 , to the Purchase and Sale Agreement between Morrison Homes, Inc., (Seller) and Beverly Dodge (Purchaser) dated : 6|12|07

The parties agree as follows:

As of this agreement date, the following changes cannot be made regardless of verbal or written representation, unless otherwise expressed clearly on the Job Initiation Order Addendum of your Purchase and Sale Agreement.  These items directly impact the permitting process of your home and must be finalized now.  They will not be approved at a later date.

- o  Total or living square footage

- o  Trusses or elevation

- o  Window or door location or size

- o  Plumbing location

- o  Load bearing walls

- o  Addition of Fireplaces

- o  Gas and/or Heating Ventilation and Air Conditioning

- o  Non load bearing walls or interior doors (Sarasota County Only)

- o  Garage Swing

A Signature Selection Meeting, for color selections, is required within 14 days of this agreement.

The undersigned Purchaser(s) hereby acknowledge that they are in receipt of a list of the standard options available on the  Pinehurst @ Aberdeen 55's plan, and agree to **finalize all options, including colors, within 30 days of this agreement**.  We reserve the right to select colors in order to progress with contruction if these time frames are not met. *Low voltage, security, integrated wiring , and pools (if offered in specific neighborhood) need to be selected within 30 days.*

PURCHASER WILL NEED TO CONTACT: (Circle one)

Kabelink Electric 813-874-1500          Ranger American 813-886-0211          Onteriors 813-620-1110          S & S Electric 813-855-6692

Some changes may not be allowable if the home has already started in the construction process. An Owners Orientation meeting will be scheduled by your Sales Associate and will include a review of all your requested changes and a review of the electrical layout of your home.  Minor electrical additions ONLY will be allowed through a Change Order at that time.  If this meeting is after the 30 day timeframe, a Late Change Order Fee of $250.00 will apply if any of the changes are approved.

An Owners Orientation meeting is scheduled for _____ n|a _____, 20 _____.  This meeting will include a review of all your documented changes and a review of the electrical layout of your home.

X _Kimberly A. Fern_
Purchaser

_____
Purchaser

_____
Authorized Agent
Morrison Homes, Inc.
CBC028287

_____
Date



*Morrison Homes* ®

## TWO-YEAR BLANKET WARRANTY

Morrison Homes warrants your home to be free from defects in materials and workmanship for a period of two years from date of closing. If a defect occurs in any item covered by the Morrison Homes Two-Year Blanket Warranty, Morrison Homes will repair or replace the item to meet or exceed the Materials and Workmanship Standards found in *the little purple book.*

The Morrison Homes Two-Year Blanket Warranty is in addition to any warranty provided to you by a manufacturer of a product installed in your home. Morrison Homes will provide you with copies of all written warranties for consumer products installed in your home. Some of your manufacturers' warranties state that they are for one year. Morrison Homes, however, has secured agreements from most of our suppliers to extend their warranties to at least two years. If a manufacturer does not honor this commitment, Morrison Homes will. The Morrison Homes warranty is fully transferrable.

### Limitations and Exclusions

1. The Morrison Homes Two-Year Warranty will be interpreted in accordance with Morrison's Materials and Workmanship Standards, as set forth in *the little purple book.*

2. The Morrison Homes Two-Year Blanket Warranty shall not apply to any defect, loss or damage caused or contributed to by:
   • The negligence of anyone besides Morrison Homes and its employees or subcontractors.
   • Changes or alterations to your home by anyone other than Morrison Homes and its employees or subcontractors.
   • Changes or alterations in grading and drainage around your home by anyone other than Morrison Homes and its employees or subcontractors.
   • Lack of proper maintenance and normal wear and tear.
   • Acts of God and extreme weather, including lightning, hurricanes, tornadoes, windstorms, hail, floods, mud slides, earthquakes, and wind-driven rain (unless Morrison Homes has failed to comply with applicable building codes, in which event the Morrison Homes Two-Year Blanket Warranty shall apply).

3. The Morrison Homes Two-Year Blanket Warranty applies only to your home. It does not extend to claims for consequential damages or bodily injury or to damage to personal property.

4. Except as set forth above and in connection with the Morrison Homes Ten-Year Limited Structural Warranty, Morrison Homes makes no other warranties, express or implied.

Stewart M. Cline, President

Job#: 1381-59

Sign: Kimberly A Hass

*Morrison Homes®*

## TEN-YEAR LIMITED STRUCTURAL WARRANTY

Morrison Homes warrants your home against a Major Structural Defect for a period of ten years from date of closing. A Major Structural Defect is a defect which causes actual physical damage to the load-bearing elements of your home, which damage is caused by the failure of such load-bearing elements and is sufficiently severe to make your home unsafe or uninhabitable.

Limitations and Exclusions

1. The Ten-Year Limited Structural Warranty shall not apply to any defect, loss or damage caused or contributed to by:
   * The negligence of anyone besides Morrison Homes and its employees or subcontractors.
   * Changes or alterations to your home by anyone other than Morrison Homes and its employees or subcontractors.
   * Changes or alterations in grading and drainage around your home by anyone other than Morrison Homes and its employees or subcontractors.
   * Lack of proper maintenance and normal wear and tear.
   * Acts of God and extreme weather, including lightning, hurricanes, tornadoes, windstorms, hail, floods, mud slides, earthquakes, and wind-driven rain (unless Morrison Homes has failed to comply with applicable building codes, in which event the Ten-Year Limited Structural Warranty shall apply).

2. The Ten-Year Limited Structural Warranty applies only to your home. It does not extend to claims for consequential damages or bodily injury or to damage to personal property.

3. The Ten-Year Limited Structural Warranty covers only the load-bearing elements of your home as defined in *the little purple book*. The Structural Warranty does not cover non-load-bearing walls, drywall, flooring or roofing, nor does it cover plumbing, electrical or mechanical systems. The Structural Warranty does not apply to outbuildings or structures such as swimming pools, driveways, walkways, patios, decks, walls, fences, or landscaping.

4. The obligations of Morrison Homes under the Ten-Year Limited Structural Warranty are limited to the final sales price of your home. The repair of a Major Structural Defect is limited to repair of damage to the load-bearing portions of your home which is necessary to restore load-bearing function. Morrison Homes is entitled to repair such damage or pay you the fair value of repair costs.

5. Except as set forth above and in connection with the Morrison Homes Two-Year Blanket Warranty, Morrison Homes makes no other warranty, express or implied.

Complete Warranty in *the little purple book*

This Certificate is NOT a warranty, but merely evidences your warranty coverage as fully described in *the little purple book*. Please consult *the little purple book* for complete details and warranty claims procedures. The Morrison Homes warranty is fully transferrable.

Stewart M. Cline, President

2/98   SK

Job #: 1381-59

Sign: X Kimberly G. Hem

*Morrison Homes*

Sarasota
Date:   06/11/2007
Time:   17:24:00
S#:     20019605
C#:     1189232

## AFFILIATED BUSINESS ARRANGEMENT
## DISCLOSURE STATEMENT

To: Purchasers
Kimberly A. Ham

Property Address:
3632 101st Avenue E, Parrish, FL 34219

From:  Morrison Homes Inc.

Date: 6/12/07

Re:  Morrison Home Funding, LLC

This is to give you notice that Morrison Homes Inc. has a business relationship with Morrison Home Funding, LLC. Morrison Homes Inc. also holds ownership interest of at least 1% in Morrison Home Funding, LLC. Because of this relationship, this referral may provide a financial benefit to the owner of Morrison Homes.

Set forth below is the estimated charge or range of charges by Morrison Home Funding, LLC. Morrison Home Funding, LLC will provide a GoodFaith Estimate itemizing all fees typically charged in a residential mortgage transaction should you choose to apply for a mortgage loan with Morrison Home Funding, LLC.

| SERVICES: | CONVENTIONAL LOANS | FHA/VA LOANS |
|---|---|---|
| Application Fee | $395.00 | $0 |
| Appraisal Fee | $0 | $300 - $350 |
| Credit Report fee | $0 | $Actual cost($16 - 18.00) |
| Tax Service Fee | $78.00 | $78.00 |
| Processing Fee | $525.00 | $525.00 |
| Flood Certificate | $19.50 | $19.50 |
| *Origination Fee | $0-1% of Loan Amt. | $0-1% of Loan Amt. |

*Borrower may choose zero fee or lower interest rates but pay origination and/or discount points for the lower rate options.

YOU ARE NOT REQUIRED TO USE MORRISON HOMES FUNDING, LLC AS A CONDITION FOR [SETTLEMENT OF YOUR LOAN ON] [OR] [PURCHASE OR SALE OF] THE SUBJECT PROPERTY. THERE ARE FREQUENTLY OTHER SETTLEMENT SERVICE PROVIDERS AVAILABLE WITH SIMILAR SERVICES. YOU ARE FREE TO SHOP AROUND AND DETERMINE THAT YOU ARE RECEIVING THE BEST SERVICES AND THE BEST RATE FOR THESE SERVICES.

A LENDER IS ALLOWED TO REQUIRE THE USE OF AN ATTORNEY, CREDIT REPORTING AGENCY OR REAL ESTATE APPRAISER CHOSEN TO REPRESENT THE LENDER'S INTEREST.

ACKNOWLEDGEMENT:
I/we have read this disclosure form and understand its contents, as evidenced by my/our signature(s) below.

Acknowledged and executed this 12 day of June, 2007.

X _Kimberly G. Ham_
**Purchaser**

_____
**Purchaser**

*Morrison Homes*

Sarasota
Date:   06/11/07
Time:   17:24:00
S#:     20019605
C#:     1189232

## Tampa Division
## Lender Disclosure

**Purchaser's Acknowledgement**

This Addendum is made this day : 12 of June, 2007 to the Purchase and Sale Agreement between Morrison Homes, Inc., (Seller) and Beverly Dodge (Purchaser) dated 6/12/07

Purchaser agrees to have the following information provided to Morrison Homes, Inc. if Purchasers elect to obtain financing from a lender other than Morrison Home Funding, LLC.

Purchaser understands that failure to apply for a mortgage within five (5) business days from the date of the execution of the Purchase and Sale Agreement to Morrison Home Funding, LLC waives your right to a financing contingency per the Purchase and Sale Agreement. Purchaser further understands that obtaining financing with a lender other than Morrison Home Funding, LLC may affect the closing cost contribution incentives per the separate Finance Addendum. In the event the Purchaser obtains a Government Loan, Morrison Homes may not contribute to Borrowers "non-allowable" fees.

Please note that per the Purchase and Sale Agreement, specifically paragraph 4, Purchaser is required to provide Morrison Homes with a commitment letter and a good faith estimate. This allows Morrison Homes the opportunity to review and insure that the lender fully understands the financial requirements per the Purchase and Sales Agreement.

In the event Purchaser elects not to obtain a loan through Morrison Home Funding, LLC then Purchaser agrees to have the following information completed and returned to Morrison Homes, Inc. no later than 45 days prior to the estimated closing date. If the failure to return the below information is the cause of a delayed closing, the Purchaser will accept any and all penalties applicable per the Purchase and Sale Agreement..

_____
Purchaser

6/12/07
Date

_____
Purchaser

_____
Date

Lender Acknowledgement

Please be prepared to close upon the Seller's date, time and location. Failure to be prepared to close per the terms of the Purchase and Sale Agreement will result in financial loss to the Purchaser.

Lenders often have unique closing requirements. Failure to disclose your requirements to the seller does not relieve the Purchaser from liability associated with a delayed closing. Please note below any and all special requirements needed.

_____  Does the certificate of occupancy need to be delivered prior to closing, and if
        so, how many days?
_____  How many days notice do you need to close?
_____  Can appliances be purchased and installed after
        Closing? If so, which appliances? _____  _____
_____  Will an Offsite Improvement Letter be required?
_____  Do you require a final survey prior to closing,
        and if so, how many days?
_____  We require the closing package to be delivered no
        later than two business days in advance of the
        closing date to insure timely disclosure to the
        Purchaser of the cash to close requirements. Is
        there any reason why you cannot fulfill this
        requirement?
        _____

_____  Other: _____
        _____

These items may be forwarded via fax to 813 910-3354 for contracts in the Tampa area.

We appreciate your efforts and look forward to a smooth closing and transition into your new Morrison Home!

CBC028287

Tampa Division Model Disclosure
Aberdeen ~ Scarborougb Model

**Exterior**
Coach Light Package
Landscape Package
Custom Pool with Screen Enclosure

**Entry**
Level 2 Wood Flooring
Duron Wall Paint
Group 4 Lighting

**Living Room**
Wall Trim Detail
Custom Duron Paint on Walls
Level 2 Wood Flooring
Duron Wall Paint

**Dining Room**
Wall Trim Detail
Duron Wall Paint
Group 4 Lighting
Level 2 Wood Flooring

**Kitchen/Nook**
Level 3 Timberlake Cherry Cabinets
Tilt out panels at Sink
Level 2 Wood Flooring
SS Whirlpool Microwave Hood
SS Whirlpool Refrigerator
SS Whirlpool Range
SS Whirlpool Dishwasher
Level 2 Corian Counters
Duron Wall Paint
Moen One Touch Faucet
Group 4 Lighting in Nook

**Laundry Room**
Level 3 Floor Tile
Wall Paper
Whirlpool Washer
Whirlpool Dryer
Level 3 Laundry Cabinets With
WilsonArt Mica Counter Tops
Laundry Tub

**Family Room**
Level 2 Wood Flooring
(2) Recess Can Lighting
Surround Sound including 4
speakers, Center Channel, and Sub-
woofer.
Ceiling Fan Prewire
Custom Duron Wall Paint
Entertainment Center Built-In
With 2 Recess Cans

**Master Bath**
Level 3 Timberlake Cherry Cabinets
Level 3 Floor Tile
Level 3 Wall Tile w/ Level 2 Listello
Moen Monticello Fixtures

**Hall Bath**
Level 3 Timberlake Cherry Cabinets
Level 3 Floor Tile
Moen Monticello Fixtures
Wall Tile with Listello Detail

**Bedroom 2**
Ceiling Fan Pre-wire
Custom Duron Wall Paint
Paint Detail
Wall Décor

**Bedroom 3**
Custom Duron Wall Paint
Recess Can Lighting
Paint Detail
Wall Trim Detail
Custom Stage Detail

**Optional Owner's Suite Study**
Duron Custom Paint
Ceiling Fan Pre-wire
Recess Can Lighting

**Owner's Bedroom**
Recess Can Lighting
Ceiling Fan
Duron Wall Paint
Single French Door to Lanai
Surround Sound Speaker with
Volume Control

**Other**
All Furniture, wallpaper
Window Treatment & Accessories
Additional cable and TV outlets
Additional Fan Prewires
Optional Landscaping
Security System with Motion Sensor
Alternate Study

**PURCHASER UNDERSTANDS
THAT THE ABOVE ITEMS AND
OR FEATURES ARE NOT
INCLUDED IN THE BASE PRICE
OF OUR HOMES BUILT AT
ABERDEEN**

Jdo#: 1381-59
Sign: Kimberly E Ham

Tampa Division Model Disclosure
Aberdeen – Worthington II Model

Exterior
Coach Light Package
Landscape Package
Covered Lanai
Screen Enclosure of Lanai

Entry
Level 1 Ceramic Tile on Diagonal
Duron Wall Paint
Additional Light in Foyer

Family Room
Custom Duron Paint on Walls
Level 1 Ceramic Tile on Diagonal
Recess Can Lighting
Ceiling Fan
Surround Sound with 5 Speakers,
Center Channel and Sub-Woofer

Dining Room
Custom Duron Wall Paint
Customer Wall Trim

Living Room
Custom Duron Wall Paint
Custom Wall Trim

Kitchen
Tilt out panels at Sink
Level 2 Maple Cabinets
Cabinet Hardware
Moen Faucet Chateau Sand
Level 1 Ceramic Tile on Diagonal
Whirlpool Microwave Hood
Whirlpool Refrigerator
Whirlpool Gas Range
Duron Wall Paint
Wallpaper

Laundry Room
Level 1 Ceramic Tile on Diagonal
Duron Wall Paint
Whirlpool Washer
Whirlpool Dryer

Master Bath
Level 2 Maple Cabinets
Level 3 Wall Tile with Listello Detail
Wall Tile Design
Level 1 Ceramic Floor Tile
Additional Closet Organizers
Moen Faucet

Hall Bath
Level 1 Ceramic Floor Tile
Level 1 Wall Tile with Listello Detail
Level 2 Maple Cabinets
Moen Faucets
Wall paper

Bedroom 2/Den
Duron Custom Paint
Level 2 Cabinet Built-In
Recess Can Lighting

Bedroom 3
Custom Duron Wall Paint Detail
Recess Can Lighting
Bed Wall Treatment

Bedroom 4
Duron Custom Paint Detail
Recess Can Lighting

Pool Bath
Level 1 Ceramic Floor Tile
Level 1 Wall Tile with Listello Detail
Moen Faucet

Owner's Suite
Custom Trim Detail
Recess Can Lighting
Ceiling Fan Pre-wire
Duron Wall Paint Detail
Surround Sound Speakers with
Volume Control
Single French Door Leading to Lanai

Optional Bonus Room
Custom Wall Details
Custom Hand Rails

Other
All Furniture, wallpaper
Window Treatment & Accessories
Additional cable and TV outlets
Additional Fan Pre-wires
Optional Landscaping
Security System

PURCHASER UNDERSTANDS
THAT THE ABOVE ITEMS AND
OR FEATURES ARE NOT
INCLUDED IN THE BASE PRICE
OF OUR HOMES BUILT AT
ABERDEEN

Job#: 1381-59
Sign: Kimberly A Ham

Tampa Division Model Disclosure
Aberdeen – Bridgeford Model

**Exterior**
Coach Light Package
Landscape Package
Covered Lanai
Flood Lights

**Entry**
Level 2 Ceramic Tile on Diagonal
Duron Wall Paint

**Family Room**
Custom Duron Paint on Walls
Level 2 Ceramic Tile on Diagonal
Recess Can Lighting
Surround Sound with 5 Speakers
Center Channel and Sub-Woofer

**Breakfast Nook**
Custom Duron Wall Paint
Level 2 Ceramic Tile on Diagonal

**Kitchen**
Tilt out panels at Sink
Level 2 Ceramic Tile on Diagonal
Whirlpool Microwave Hood
Whirlpool Refrigerator
Whirlpool Gas Range
Duron Wall Paint Detail

**Laundry Closet**
Level 2 Ceramic Tile on Diagonal
Duron Wall Paint
Whirlpool Washer
Whirlpool Dryer

**Master Bath**
Wall Tile Design with Listello
Level 2 Congoleum Flooring

**Hall Bath**
Level 2 Congoleum Flooring

**Bedroom 2**
Recess Can Lighting
Custom Duron Wall Paint
Paint Detail
Wall Trim Detail

**Bedroom 3**
Recess Can Lighting
Bed Wall Detail

**Den**
Duron Custom Paint
Recess Can Lighting
Wall Trim Detail

**Owner's Suite**
Trim Detail with Wall Paper Insert
Recess Can Lighting
Ceiling Fan Pre-Wire
Duron Wall Paint
Surround Sound Speakers with
Volume Control

**Other**
All Furniture, wallpaper
Window Treatment & Accessories
Additional cable and TV outlets
Additional Fan Pre-wires
Optional Landscaping
Security System
Alternate Den

PURCHASER UNDERSTANDS
THAT THE ABOVE ITEMS AND
OR FEATURES ARE NOT
INCLUDED IN THE BASE PRICE
OF OUR HOMES BUILT AT
ABERDEEN

Job# 1381-59
Sign: X _Kimberly A. Han_

Buying and building your home is a process that requires active participation from you.  Many of the activities you will need to accomplish must be done **during the normal work week**, so please be prepared to make necessary arrangements.  Since the process of completing your home is a busy and sometimes complex process, we have prepared the following checklist of activities.   Your Sales Associate, Customer Care Associate and Builder will guide you through the process and indicate the time that each activity must be completed.  Thank you for choosing Morrison Homes and following this guide so that we are better prepared to make your home buying experience exciting and enjoyable.

<u>DEADLINE</u>

☑ Complete the Purchase Agreement including all structural changes  _____

❑ Schedule meeting with Mortgage Lender (within 5 days)  _____

❑ Schedule appointment for Signature Selections (within 2 weeks)  _____

❑ Schedule appointment with low voltage wiring partner (within 2 weeks)  _____

❑ Prepare all information required for mortgage loan application  _____

❑ Meet with lender to make application for mortgage loan  _____

❑ Meet with low voltage wiring partner and make all selections  _____

❑ Meet and complete all Signature Selections  _____

❑ Supply additionally requested documents to lender  _____

❑ Ensure lender has received copies of all change orders  _____

❑ Verify deposit requirements of contract have been met  _____

❑ Finalize allowable change orders and verify with Sales Associate
prior to meeting the Builder for your Owners Orientation Meeting

❑ Meet for Owners Orientation Meeting  _____

❑ Meet for Pre-Drywall Meeting  _____

❑ Receive date for closing from Customer Care Associate  _____

❑ Verify with lender all conditions of mortgage have been met  _____

❑ Secure homeowners and flood insurance if necessary  _____

❑ Ensure that funds to close are available and verifiable  _____

❑ Meet for New Home Demonstration  _____

❑ Establish deposits and accounts with utilities  _____

❑ Obtain certified funds for closing  _____

❑ Attend closing and pick up the keys to your new home! ☺  _____

❑ Ensure utilities are transferred to your name and activated before move  _____

❑ Notify Customer Care of new phone number  _____

❑ Complete the Homeowners Survey conducted by Woodland O'Brien and
return as instructed.  We trust we have earned your positive recommendation!  _____

Please be aware that the Signature Selection Center will be open Monday thru Friday from 8am to 5pm for Selections by **Appointment Only**.  On Mondays and Thursdays between the hours of 4pm and 7pm and the 2nd and 4th Saturdays of each month from 10am until 2pm, you will have the opportunity to stop in without an appointment to *"preview"* all of the available selections before attending your scheduled appointment.  You should consult with your Sales Associate or the decorator we have provided to assist you with any questions.  *Remember to bring the complete print out of option prices provided by your Sales Associate* as the Selection Center cannot go over specific prices during preview hours.

Thank you for choosing Morrison Homes.  We appreciate your cooperation in completing the above items

X _Kimberly G. Nam_

*Morrison Homes*

Sarasota
Date:  06/11/07
Time:  17:24:00
S#:  20019605
C#:  1189232

## TAMPA DIVISION

PURCHASER: Kimberly A. Hay\| Home Phone 941-371-7322    Work Phone
PURCHASER:                    Home Phone          Work Phone
MAILING ADDRESS: PO Box 881, Sarasota, FL, 34230, US

SELLER:    MORRISON HOMES, INC., d/b/a MORRISON HOMES
           12802 Tampa Oaks Boulevard, Suite 100, Temple Terrace, Florida  33637
           Sales Office Phone #   Sales Associate  Marie Miante

PROPERTY: Lot        59  Block    in section   phase
of (Platted Subdivision name)  which subdivision is also known as  Aberdeen 55's
according to subdivision plat recorded in Plat Book,Page   of the public records of County, Florida,
commonly known as  3632 101st Avenue E,Parrish, FL,34219.

| | | | | | |
|---|---|---|---|---|---|
| MODEL NAME: Pinehurst @ Aberdeen 55's | | | BASE PRICE: | $ | 290,990.00 |
| MODEL NUMBER: 1381PINEHU | | | SITE PREMIUM: | $ | 0.00 |
| GARAGE SWING: Right   Left | | | TOTAL BASE PRICE: $ | | 290,990.00 |
| (including site premium) | | | | | |
| EARNEST MONEY | $ | 1,000.00 | LENDER: | | |
| RECEIVED WITH CONTRACT | $ | 1,000.00 | LOAN APPROVAL : YES: | | NO: |
| REMAINING BALANCE | $ | 0.00 | | | |
| DUE DATE | | | | | |

### AGREEMENT

Upon execution by Seller of this Agreement, Seller agrees to sell to Purchaser and Purchaser agrees to buy from Seller the property described above on the terms and conditions stated in this Agreement.  The above purchase price is subject to changes via Addenda and/or Change Orders that are signed by both Purchaser(s) and Seller subsequent to execution of this Agreement and are made a part of this Agreement.

**1.   EARNEST MONEY**
At the time of signing this Agreement, Purchaser is placing on deposit Earnest Money in the amount indicated above which will be retained by the Seller until closing.  The Remaining Balance, if any, shall be delivered to Seller no later than the date indicated above.  The Earnest Money deposit will be applied against the Purchase Price or Closing Costs at the time of closing.  If this transaction does not close, the Earnest Money deposit will be retained by the Seller or delivered to the Purchaser as provided in paragraph 19.  THE PURCHASER OF A ONE-FAMILY OR TWO-FAMILY RESIDENTIAL DWELLING UNIT HAS THE RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10 PERCENT OF THE PURCHASE PRICE) DEPOSITED IN AN INTEREST BEARING ESCROW ACCOUNT.  THIS RIGHT MAY BE WAIVED, IN WRITING, BY THE PURCHASER.  BY EXECUTION OF THIS AGREEMENT, PURCHASER (PURCHASER) WAIVES THIS RIGHT.  Seller's minimum Earnest Money requirement is irrespective of Purchaser's obligation under their selected mortgage financing and Seller may credit to Purchaser any excess deposits, as permitted by the Purchaser's Lender, at closing.

**In the event the Purchaser is unwilling or unable to obtain a mortgage loan commitment from Morrison Home Funding, LLC or is paying cash, an additional five percent (5%) Earnest Money Deposit will be required (total of ten percent (10%) or if greater one-third (33%) of the collective total of all options selected in the Agreement. Such Earnest Money Deposit is to be paid to Seller not later than 5 days after demand, or 45 days from the Effective Data, whichever occurs first. In the case that the Home is substantially complete at the time of this Agreement, any additional required Earnest Money Deposit is to be paid by Purchaser not later than 5 business days from the Effective Date. In the event the Purchaser does not provide additional Earnest Money Deposit, as described hereinabove, such failure(s) shall constitute a default of the Agreement with no grace period or cure period for such default. In such event, Seller may terminate this Agreement without notice and be entitled to retain all deposits and sums paid by the Purchaser as liquidated damages and both parties shall be relieved of any further obligation and liability.**

**2.   Purchaser acknowledges Broker named below is the only broker to provide services in this transaction**
      Real Estate Agent: Mark Longenecker Real Estate Co: New Homes of Tampa Bay, Inc.

**3.   COMPLETION**
The home is estimated to be substantially completed within 180 days of the issuance of all permits required to construct the home and receipt of all approvals including those required by the community Homeowners Association and committees, except as otherwise amended in separate Addenda. Any projected completion dates estimated by the Seller are based upon local conditions and capabilities of the Seller and the date of any estimates is subject to change.  Completion may be delayed by adverse weather, shortages of materials or labor, acts of God or other events beyond the control of the Seller.  If closing is delayed more than ninety (90) days beyond the planned closing date set forth by Seller in writing to the Purchaser prior to closing, Purchaser shall have ten (10) days from the ninetieth (90) day to rescind this Agreement in writing and receive back the Earnest Money.  If Purchaser does not rescind the Agreement within such ten-day period, the Agreement will remain in effect.  Seller shall not be responsible for any damage or loss suffered by Purchaser as a result of any delay in the closing of the house or change in the closing date.  In any event, and in accordance with the Interstate Land Sales Act, Seller shall complete the house within two (2) years of the date of this Agreement.

initials

Prior to closing, on the date and time scheduled by the Seller, Seller will demonstrate the home to the Purchaser, at which time Purchaser will sign a statement listing any workmanship, material or installation items, which the Purchaser considers defective. If any item listed is actually defective based upon the construction standards set forthby the Seller and generally adhered to in the locality for similar property, Seller will correct those items. Seller shall use it'ssole discretion in the determination of an item as defective and the appearance of an item on the list does not constitute agreementby the Seller to correct the item. It is the intent of the Seller to correct items prior to closing. Purchaser agrees that the existence of any uncorrected items does not constitute grounds for deferring or imposing any conditions, including the escrow or holdback of any closing funds, upon closing. Only the Seller, at its sole discretion, may delay closing to complete items and in that event Purchaser shall continue to be responsible for personal living accommodations including moving and storage costs.

4.   **FINANCING**
This Agreement is contingent upon Purchaser obtaining a mortgage loan commitment ("Loan") from Morrison Home Funding, LLC which is a separate entity from Morrison Homes, Inc., but is a partly owned by Morrison Homes, Inc. This is the only contingency of this Agreement, unless modified by separate addendum. Purchaser may exercise this contingency by providing written notice of termination of this Agreement to Seller within 45 days of the date of this Agreement, after meeting the conditions specified below. In order to exercise the contingency, Purchaser must demonstrate that Purchaser 1) applied for and paid all fees required for the application of the Loan within five (5) business days of the date of this Agreement, 2) diligently pursued approval of the Loan qualified for regardless of terms or conditions, 3) delivered any information requested by the lender within ten (10) days of request, and 4) was unable to obtain a loan commitment due to no fault of Purchaser. If Purchaser satisfies the above conditions and exercises this contingency to terminate the Agreement, Seller shall return any deposit monies paid to the Seller less 1) the price of any contract options, professional services, real estate commissions or consulting fees, 2) governmental agency or proration fees for the request, submittal or receipt of applicable permits,and 3) a $250 contract processing fee, and both parties shall be relieved of further obligation or liability to the other. If the above conditions are not satisfied and the contingency exercised by Purchaser within 45 days, the contingency shall expire and be of no further effect.

Regardless of the above contingency, Purchaser may make financing application to any person or entity of Purchaser's choice. However, approval of such application shall not be a contingency of this Aggreement, and such application shall have no effect on the sole contingency specified above.

5.   **DEED**
     A General Warranty Deed will be provided to Purchaser conveying marketable title free and clear of encumbrances and exceptions other than exceptions as to 1) future taxes, 2) municipal services unit assessments, 3) covenants, restrictions, easements and utility agreements, of record or shown on the plat, 4) zoning and development order conditions, and 5) impact fee, water and wastewater assessments. The lot will be assessed by the appropriate municipality for non-ad valorem water and wastewater capacity assessment unit.

6.   **WARRANTY**
     Seller agrees to provide Purchaser with Morrison Homes Two-Year Blanket Warranty and a Ten Year Structural Warranty. Purchaser acknowledges receipt of specimen copies of such warranties and a copy of The Little Purple Book, which outlines the material and workmanship standards applicable to the Morrison Homes Two-Year Blanket Warranty. THE MORRISON HOMES TWO-YEAR BLANKET WARRANTY AND TEN-YEAR STRUCTURAL WARRANTY ARE ACCEPTED BY PURCHASER IN PLACE OF ALL OTHER WARRANTIES, EXPRESSED OR IMPLIED, WHETHER ARISING UNDER STATE LAW OR THE MAGNUSON-MOSS WARRANTY ACT, INCLUDING, BUT NOT LIMITED TO ALL IMPLIED WARRANTIES OF FITNESS, MERCHANTABILITY, OR HABITABILITY and Purchaser hereby waives all such implied or statutory warranties.

     Purchaser agrees that Sellers sole responsibility after closing is to cover items under warranty as represented. Purchaser agrees that Seller shall not be responsible to compensate Purchaser in any manner unless otherwise contained herein and that in order for the Seller to maintain responsibility for the home warranty the Purchaser may experience some inconvenience and potential loss of income. Purchaser agrees that irregularities in the fit and finish of materials used in the construction of the property are inherent and Seller is not bound to correct these conditions. The Purchaser agrees and acknowledges that sod, landscaping, bushes, shrubbery and trees are warranted for 45 days from the date of closing and replacement thereafter is the Purchasers sole responsibility. Purchaser agrees that Sellers warranty on and the condition at installation for sod, landscaping, bushes, shrubberyand trees is predicated upon environmental conditions and restrictions imposed by controlling agencies, which often change from time to time, and that Seller, at its sole discretion may exclude or limit warranty on these items without notice to the Purchaser, anytime prior to closing. The Seller offers no warranties or representations regarding existing trees and natural foliage left on the lot and shall not be responsible at any time to care for, remove, prune, underbrush or otherwise address other than as required under Sellers ownership by governing law, code, ordinance or covenant. Purchaser and Seller mutually agree these conditions to the warranty survive the closing.

     FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSTRUCTION AGAINST A CONTRACTOR, SUBCONTRACTOR, SUPPLIER OR DESIGN PROFESSIONAL FOR AN ALLEGED CONSTRUCTION DEFECT IN YOUR HOME. SIXTY DAYS BEFORE YOU FILE YOUR LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONAL A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR AND ANY SUBCONTRACTORS, SUPPLIERS, OR DESIGN PROFESSIONALS THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS. YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR ANY SUBCONTRACTORS, SUPPLIERS, OR DESIGN PROFESSIONALS. THERE ARE STRICT DEADLINES AND PROCEDURES UNDER FLORIDA LAW.

7.   **STANDARD RADON GAS DISCLOSURE**
     **Radon is a naturally occurring radioactive gas that, when it has accumulated in a building in sufficient quantities, may present health risks to persons who are exposed to it over time. Levels of radon that exceed federal and state guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from the county health unit.**

initials

Sarasota
Date:  06/11/07
Time:  17:24:00
S#:     20019605
C#:     1189232

Purchaser, at Purchaser's expense, may arrange for a test for radon at the residence indicated above.  Of necessity, the test will be conducted upon completion of the construction, and will delay the closing date while the test is being conducted and the results are being compiled.  Seller agrees to make the residence available for such test, and will communicate to Purchaser the earliest possible date the residence can be available for the test.  Seller agrees that if the results of said test indicate that levels of radon exist in the residence measuring 4.0 picocuries/liter or greater, Seller will perform the required construction techniques to mitigate the effect of said radon, and the cost of retest, at a total cost to Seller not to exceed $2,000.00.

**8.   INSULATION NOTICE**

In order to comply with the Federal Trade Commissions Regulation 10CFR 460, dealing with labeling and advertising of home insulation, Seller shall disclose to Purchasers in writing prior to closing the type, thickness and R-value of insulation installed inthe dwelling.

1. Purchaser has the right to a disclosure of the subject propertys energy efficiency rating (energy performance index).
2. Insulation will be or has been installed in the subject property as follows:
      a.  All masonry exterior walls in the living area are insulated with Al Foil insulation, with a thickness of 1/2  inch. The thickness, according to the manufacturer, will yield an R-Value of 4.2.
      b.  Exterior walls in the other rooms not on ground floor will be insulated with batted insulation with a thickness of 3 1/2 inches.  The thickness, according to the manufacture will yieldan R-Value of 11.
      c.  Flat ceilings in all areas will be insulated with blown insulation with a thickness of 10 inches.  The thickness according to the manufacturer, will yield an R-Value of 30.
      d.  Sloped ceilings will be insulated with batted insulation with a thickness of 12 inches.  The thickness, according to the manufacturer, will yield and R-Value of 30.
3. Purchaser has not relied upon Sellers estimate of square feet of living space.

**9.   RECOVERY FUND**

You have certain rights under Florida law if you have suffered damages caused by a state-licensed contractor or a construction company with whom you have signed a contract.  PAYMENT MAY BE AVAILABLE FROM THE CONSTRUCTION INDUSTRIES RECOVERY FUND IF YOU LOSE MONEY ON A PROJECT PERFORMED UNDER CONTRACT, WHERE THE LOSS RESULTS FROM SPECIFIED VIOLATIONS OF FLORIDA LAW BY A STATE-LICENSED CONTRACTOR, FOR INFORMATION ABOUT THE RECOVERY FUND AND FILING A CLAIM, CONTACT THE FLORIDA CONSTRUCTION INDUSTRY LICENSING BOARD AT THE FOLLOWING TELEPHONE NUMBER AND ADDRESS: 7980 Arlington Expressway, Suite 300, Jacksonville, FL. 32211-7457, Phone# (904) 359-6310.

**10.   SIGNATURE SELECTION**

Purchaser shall select interior decorating colors and other items from among the options offered by the Seller within fourteen (14) days from Purchaser's execution of this Agreement or the earliest date thereafter made available for an appointment by the Sellers Signature Selection Center.  If Purchaser fails to comply with this condition then Seller, may at Sellers sole option make such selections or proceed with selection previously made by the Seller and adjust the closing date accordingly.

**11.   CHANGE ORDERS**

Seller retains the right, at is sole discretion, to reject any request for changes (**Change Order**) such as selections, options, upgrades, changes, and any additional items requested by the Purchaser subsequent to acceptance of the Agreement.  Purchaser agrees that the Seller is not bound by any Change Order unless Seller executes the Change Order form and Purchaser verifies Sellers acceptance by receipt of a fully executed copy.  Upon executing any change order increasing the purchase price of the home, the Purchaser agrees to increase the **Earnest Money Deposit** to the minimum **Earnest Money Deposit** set forth by the Seller or at least five (**5%**) percent of the contract price or one-third (**33%**) of the collective total of all options selected in the Agreement, exclusive of lot premiums, standard bonus room options, standard interior room configuration options and standard front elevation options, whichever is greater.

Following the date of the Purchase and Sale Agreement, Purchaser may not make major structural changes. which include but are not limited to: a) changes affecting the foundation, roof trusses or load bearing walls, b) moving, changing, adding/deleting windows or exterior doors, c) plumbing  i.e. hose bibs, bidets, laundry tubs, etc, d) changes to lot layout, location of the home on the lot or reverse power location, e) architectural changes  relocating interior walls, adding fireplaces, etc., f) electrical changes that must be shown on the plans, g) HVAC changes that effect energy calculations  i.e. zoning, upgraded seer ratings.  Major structural changes should be considered before signing this Agreement.  After the Owner Orientation Meeting, or issuance of a Building Permit, whichever occurs last, all other approved changes requested will require a $250 processing fee.  Any approved changes after the application for building permit, and any other changes after the Owner Orientation Meeting could delay the completion date and additional fees in accordance with Paragraph 16. CLOSING.

**12.   JOB SITE ACCESS**

Prior to closing, Purchaser may not enter the Property without Sellers consent.  Any entry on the Property by Purchaser shall be at Purchaser's own risk.  Purchaser waives any and all claims against the Seller for any injury or loss resulting from such entry by Purchaser or any other person accompanying Purchaser.  Purchaser hereby indemnifies Seller from and against any claims arising out of or in connection with any such entry.  Purchaser may not store any goods or possessions on the Property prior to closing.  Purchaser agrees not to perform or cause any work to be performed on the Property prior to closing without the written approval of Seller.  Purchaser agrees that the selection, supervision and scheduling of work forces is the sole responsibly of Seller.  Purchaser agrees to not interfere with or attempt to direct the activities of such work forces.

**13.   MODELS AND PLANS**

Sellers model homes are designed to show the quality and craftsmanship which will be utilized in the construction of the home.  The home will be similar to but may not be exactly the same as the model and or drawings, renderings or plans viewed as examples by Purchaser.  Seller reserves the right to make slight modifications to the size and design of the floor plans of the home and to substitute materials, fixtures, equipment and appliance of

initials

Sarasota
Date:  06/11/07
Time:  17:24:00
S#:    20019605
C#:    1189232

substantially equal quality and value as those utilized in the model homes or those specified in the plans and specifications. All model, plans, and design for the home shall be subject to state laws, local ordinances and binding provisions of the subdivision deed restrictions and architectural review provisions. Due to the interactions of these legal requirements, Seller may not be permitted to build the exact model, plan or features initially selected by Purchaser. If the initial selections by Purchaser can not be constructed for these reasons, Seller shall consult with Purchaser for the selection of equivalent options, which can be permitted and built. Purchaser and Seller agree that the Purchase Price shall be adjusted for any increase or decrease resulting from the new model, plan or options selection. However, if the nearest equivalent option cannot be constructed without an increase of five percent or more of the purchase price, elimination of an interior room, or a decrease of five percent or more in square footage, Purchaser may elect to terminate this Agreement, have the return of its Deposit, and neither party shall have further liability to the other.

**14.  LOTS**

Each lot is unique in its size, shape and drainage characteristics. Purchaser understands and agrees that the size of the lot, the exact location of sidewalks and driveways (if any), and the drainage patterns of their lot will differ from the model home plans, drawings or renderings they have examined. Seller, at its sole discretion will determine placement of the home on the lot including positioning, preservation, removal and pruning of trees and natural landscape. It is difficult for the Seller to accurately determine in advance whether all plans and, or options fit each unique lot. Therefore, Seller may notify Purchaser anytime subsequent to acceptance of this agreement after the Surveyor has accurately determined dimensions, that the home and, or options selected may not suitably fit on the lot. In that event, Purchaser may select another plan, lot, or delete options by Change Order and the contract amount will be adjusted according to the Sellers then current price. If the Purchaser is unable to make other suitable selections, Purchaser may request a termination and refund of the Earnest Money.

**15.  REAL ESTATE TAXES / HOMEOWNERS ASSOCIATION DUES / ASSESSMENTS**

Real Estate Taxes and similar governmental assessments, including, if applicable, community development district assessments, and homeowners association dues (if any) for the year of closing will be prorated through the date of closing based on the latest available assessment information. See the Community Development District Addendum, if applicable.

<u>PROPERTY **TAX** DISCLOSURE SUMMARY</u>

**BUYER SHOULD NOT RELY ON THE SELLER'S CURRENT PROPERTY TAXES AS THE AMOUNT OF PROPERTY TAXES THAT THE BUYER MAY BE OBLIGATED TO PAY IN THE YEAR SUBSEQUENT TO PURCHASE. A CHANGE OF OWNERSHIP OR PROPERTY IMPROVEMENTS TRIGGERS REASSESSMENTS OF THE PROPERTY THAT COULD RESULT IN HIGHER PROPERTY TAXES. IF YOU HAVE ANY QUESTIONS CONCERNING VALUATION, CONTACT THE COUNTY PROPERTY APPRAISER'S OFFICE FOR INFORMATION.**

**16.  CLOSING**

**Purchaser agrees that the closing of this sale may be held at the office of the selected title company on the date and time set by the Seller.** Purchaser agrees to close accordingly, and under no circumstance will this be later than seven (7) days after the issuance of a certificate of occupancy unless so determined by the Seller. At closing, Purchaser shall (a) pay any funds due Seller at closing by cashiers check; (b) make, execute and deliver all documents, mortgages, notes, or other instruments required to close this transaction; (c) satisfy all requirements of any mortgage lender, if applicable; (d) pay necessary closing costs and prepaid expenses as detailed in the Morrison Homes Finance Addendum and, or Cash Addendum. **If Purchasers are not ready, willing and able to close the purchase of the Property on the date set by Seller following substantial completion, as defined by the issuance of a certificate of occupancy and after satisfaction of Paragraph 4. Financing contained herein, the Seller may terminate this Agreement without notice and be entitled to retain all deposits and sums paid by the Purchaser as liquidated damages and both parties shall be relieved of any further obligation and liability.**

The Purchaser agrees to pay the Seller, without further modification or addenda, the sum of $250 per day for any delays to closing for which the Purchaser is responsible, including but not limited to delays for Change Orders. Except as may be required by the FHA or VA, no portion of the Purchase Price may be withheld from Seller or deposited in escrow, on account of incomplete work upon the property at the time of closing Purchaser agrees that Seller may cause sufficient funds be placed in escrow for the cost to complete a pool and accessories, if applicable, and the Purchaser will execute the necessary instruments to close the sale as contained herein in this event. Seller agrees to complete all such work as soon after closing as is reasonably possible.

<u>Contract **Administration** Fee</u>. In addition to any other amounts due pursuant to this Agreement, Seller will charge Purchaser a Contract Administration Fee of Four Hundred Fifty Dollars ($450). The Contract Administration Fee shall be due to Seller only at Closing, but is related solely to Seller's contract administration prior to closing, and is not a closing-related expense or title-related expense.

**17.  EVIDENCE OF TITLE**

At closing, the Seller shall provide Purchaser with a Title Insurance Commitment issued by a Florida licensed title insurer agreeing to issue to Purchaser, upon recording of the deed to Purchaser, an owners policy of title insurance in the amount of the purchase price, insuring Purchasers title to the real property, subject only to the items listed in paragraph 5 and those which shall be discharged by Morrison at or before closing.

**18.  MERGER**

Purchaser acknowledges that Seller may have provided Purchaser with information made available to Seller regarding the community and subdivision in which the Property is located, including but not limited to nearby amenities, educational facilities, natural areas, views, adjacent homes and development, and recreational facilities. Purchaser acknowledges that the planning, completion and availability of such items is completely beyond the control of Seller. The plans of developers, governments, and adjacent property owners may, and often do, change. Purchaser does not rely, in the entry into this Agreement, on the maintenance, construction or completion of any area other than the lot, which comprises the Property under this Agreement. This agreement contains the entire and only agreement between Seller and Purchaser with respect to the purchase of the property. There are no collateral or oral agreements or understandings. Seller shall not be bound by any statement, promise, condition or stipulation not specifically set forth in this Agreement. Purchaser agrees that no salesperson has any authority to make, and Purchaser has not relied on, any statement, agreements or

initials

Sarasota
Date: 06/11/07
Time: 17:24:00
S#: 20019605
C#: 1189232

representations that modify, add to or change the terms and conditions of this Agreement.

**19. REMEDIES**

If Purchaser fails to comply with the terms of this Agreement, Seller shall be entitled to terminate this Agreement, and receive all deposits as liquidated damages, as its sole remedy. Purchaser and Seller acknowledge and agree that the Deposit, any Additional Deposit and payment of options is a fair and reasonable estimate of the damages that Seller may incur due to Purchasers default and each party acknowledges that such damages would be impractical if not impossible to calculate and determine. Other than the recovery of the Deposit, Additional Deposit and payment options, Seller hereby waives all remedies with respect to a default related to Purchasers wrongful refusal to purchase the Property, including without limitation the right to enforce specific performance of this Contract or collect damages, whether direct, actual, special or consequential or otherwise. In the event that Seller shall fail to fully and timely perform any of its obligations hereunder, and such failure shall continue for ten (10) days following notice thereof from Purchaser, then Purchaser may, at its option, enforce specific performance of this contract, as its sole remedy, with the following exceptions. Should Seller fail to provide any item of construction required to be provided, Purchasers sole remedy against Seller will be to collect liquidated damages in an amount equal to Sellers cost for the item and for its installation had it been installed at the appropriate time during construction or in the case of options, non standard changes and upgrades, the price to Purchaser of the item. If Seller fails to deliver the house within two years from the date of this Agreement, Purchaser shall have all remedies at law and equity. Purchaser hereby waives all other remedies, with respect to a Sellers default, including without limitation, the right to collect special, incidental or consequential damages.

**20. AGENCY DISCLOSURES**

The Sales Associate representing Morrison Homes in this transaction is known as a Sellers Agent who is engaged by the acts as the agent for the Seller.

**21. USE RESTRICTIONS**

The Purchaser acknowledges that the Property is subject to the Declarations of Covenants, Conditions, and Restrictions and other recorded instruments of the community that result in certain restrictions and guidelines. By execution of this Agreement Purchaser acknowledges receipt of copies of the Declaration of Restrictions, Article of Incorporation of the Homeowners Association and By-Laws of the Homeowners Association for <u>Aberdeen 55's</u> (Community). Purchaser has been afforded the opportunity to read and understand these documents. Purchaser acknowledges that Purchase shall be subject to the terms and provisions of these documents, including but not limited to membership in the applicable Homeowner Association.
As required by Section 720.601, Florida Statutes, the following disclosure summary is made:

DISCLOSURE SUMMARY FOR <u>Aberdeen 55's</u>

The Purchaser acknowledges:

1. AS A PURCHASER OF PROPERTY IN THIS COMMUNITY, YOU WILL BE OBLIGATED TO BE A MEMBER OF A HOMEOWNERS' ASSOCIATION.
2. THERE HAVE BEEN OR WILL BE RECORDED RESTRICTIVE COVENANTS GOVERNING THE USE AND OCCUPANCY OF PROPERTIES IN THIS COMMINITY.
3. YOU WILL BE OBLIGATED TO PAY ASSESSMENTS TO THE ASSOCIATION. ASSESSMENTS MAY BE SUBJECT TO PERIODIC CHANGE. IF APPLICABLE, THE CURRENT AMOUNT IS $ _632_ PER YEAR. YOU WILL ALSO BE OBLIGATED TO PAY ANY SPECIAL ASSESSMENTS IMPOSED BY THE ASSOCIATION. SUCH SPECIAL ASSESSMENTS MAY BE SUBJECT TO CHANGE. IF APPLICABLE, THE CURRENT AMOUNT IS $ _250_ PER INITIAL CLOSING.
4. YOU MAY BE OBLIGATED TO PAY SPECIAL ASSESSMENTS TO THE RESPECTIVE MUNICIPALITY, COUNTY, OR SPECIAL DISTRICT. ALL ASSESSMENTS ARE SUBJECT TO PERIODIC CHANGE.
5. YOUR FAILURE TO PAY SPECIAL ASSESSMENTS OR ASSESSMENTS LEVIED BY A MANDATORY HOMEOWNERS' ASSOCIATION COULD RESULT IN A LIEN ON YOUR PROPERTY.
6. THERE MAY BE AN OBLIGATION TO PAY RENT OR LAND USE FEE FOR RECREATIONAL OR OTHER COMMONLY USED FACILITIES AS AN OBLIGATION OF MEMBERSHIP IN THE HOMEOWNERS' ASSOCIATION. IF APPLICABLE, THE CURRENT AMOUNT IS $ _-0-_ PER _0-_ .
7. THE DEVELOPER MAY HAVE THE RIGHT TO AMEND THE RESTRICTIVE COVENANTS WITHOUT THE APPROVAL OF THE ASSOCIATION MEMBERSHIP OR THE APPROVAL OF THE PARCEL OWNERS.
8. THE STATEMENTS CONTAINED IN THIS DISCLOSURE FORM ARE ONLY SUMMARY IN NATURE, AND, AS A PROSPECTIVE PURCHASER, YOU SHOULD REFER TO THE COVENANTS AND THE ASSOCIATION GOVERNING DOCUMENTS BEBORE PURCHASING PROPERTY.
9. THESE DOCUMENTS ARE EITHER MATTERS OF PUBLIC RECORD AND CAN BE OBTAINED FROM THE RECORD OFFICE IN THE COUNTY WHERE THE PROPERTY IS LOCATED, OR ARE NOT RECORDED AND CAN BE OBTAINED FROM THE DEVELOPER.

IF THE DISCLOSURE SUMMARY REQUIRED BY SECTION 720.601, FLORIDA STATUTES, HAS NOT BEEN PROVIDED TO THE PROSPECTIVE PURCHASER BEFORE EXECUTING THIS CONTRACT FOR SALE, THIS CONTRACT IS VOIDABLE BY PURCHASER BY DELIVERING TO SELLER OR SELLER'S AGENT OR REPRESENTATIVE WRITTEN NOTICE OF THE PURCHASER'S INTENTION TO CANCEL WITHIN 3 DAYS AFTER RECEIPT OF THE DISCLOSURE SUMMARY OR PRIOR TO CLOSING, WHICHEVER OCCURS FIRST. ANY PURPORTED WAIVER OF THIS VOIDABILITY RIGHT HAS NO EFFECT. PURCHASER'S RIGHT TO VOID THIS CONTRACT SHALL TERMINATE AT CLOSING.

**Water/Wastewater Capacity Assessment::** The property ____HAS___ ✓ HAS NOT been placed in a Water and/or Wastewater Capacity Assessment Unit by _Manatee_ County. This is a municipal services benefit unit assessment, which will appear on the homeowners yearly property tax bill from the _Manatee_ County Tax Collector.

Purchaser should not execute the contract or agreement until they have read and understand the Disclosure Summary required by law.

_____ initials

Sarasota
Date: 06/11/07
Time: 17:24:00
S#: 20019605
C#: 1189232

**22. REPRESENTATIONS OF PURCHASERS**

Purchasers represent and warrant that they have the financial ability to purchase the Property, with mortgage financing if a financing contingency is selected. This representation is a material inducement for Seller to enter into this Purchase and Sale Agreement and cease offering the Property to others. At any time during the term of this Agreement, Purchaser shall demonstrate to Seller one of the following items in writing, upon three business days demand by Seller: 1) possession and control of the amount of the Purchase Price in cash or liquid asset, or 2) a valid mortgage loan application which was received by a licensed mortgage broker within 5 days of the execution of this agreement, or 3) within 45 days of the date of execution of the Agreement, possession and control of the amount of a down payment and a pending application with licensed mortgage broker for the balance of the Purchase Price, or 4) after 45 days from the date of execution of the Agreement, a valid mortgage commitment from a licensed mortgage broker for the purchase of the Property. If Purchaser fails to demonstrate one of the preceding items, Purchaser shall fail to be in compliance with this Agreement and Seller will retain the Earnest Money as liquidated damages.

**23. TERMINATION**

**At any time during the pendency of this Contract and prior to Closing, and for any reason whatsoever or no reason, Seller may elect to terminate this Contract by providing written notice of such termination to Purchaser together with a full refund of Purchaser's Earnest Money Deposit and the payment of the sum of Five Hundred Dollars ($500) as a termination fee and/or liquidated damages, and both parties shall be relieved of any further obligation and liability. This clause shall not be deemed mutual and by signing the Contract, the Purchaser hereby acknowledges, agrees, understands the right of the Seller granted by this provision, and agrees that this liquidated damage amount is reasonable and that the ascertainment of any actual damage would be, difficult or impossible.**

**24. MISCELLANEOUS**

a. This agreement may not be assigned.

b. Whenever the context shall so require, the singular shall include the plural, the masculine gender shall include the feminine and neuter, and vice versa.

c. This Agreement may not be amended or modified except in writing executed by both parties.

d. If two or more persons are identified as Purchasers in this Agreement, any one of them shall have the right and authority to bind the other(s) in all matters relating to this Agreement.

e. This Agreement is binding upon the Seller only when executed by a duly authorized agent of the Seller. The authorized agents are the Divsion President, Vice President of Operations, Vice President of Finance, and Vice President of Construction.

f. Neither this Agreement nor any memorandum thereof shall be recorded in the public records of the County or State in which property is located. Any attempt to record this Agreement or any memorandum thereof shall be a material breach of this Agreement.

g. Time is of the essence, in terms, conditions and provisions of this Agreement relating to time.

h. If this Agreement is a rewrite, as noted on page 1, this Agreement supercedes all previous Agreements written between the parties.

**i. If Morrison is acquiring the title to this lot for home construction under a lot sales agreement with a developer, then Purchase and Sale Agreement is contingent upon the actual completion of all subdivision improvements by the developer and conveyance of the lot by the developer to Morrison as agreed. If completion and conveyance to Morrison does not occur, Morrison shall notify Purchasers who shall have the option of canceling this agreement or entering into a new agreement for a different available lot.**

j. Without limiting the nature of any provision of the Agreement, the Purchaser specifically notes they have reviewed Paragraph (3) Completion, Paragraph (4) Financing, Paragraph (10) Signature Selections, Paragraph (11) Change Orders, Paragraph (13) Models and Plans, Paragraph, (16) Closing and Paragraph, (18) Merger, (22) Representations of Purchasers, and (23) Miscellaneous.

**Purchaser acknowledges and represents that Purchaser has read this agreement and all addenda and exhibits attached to it. Purchaser agrees to be bound by all its terms and conditions. Purchaser acknowledges that Purchaser is not relying on any statement, promise or commitment not expressly set forth in this agreement. Oral representations shall not be relied upon, and are not a part of this agreement.**

| | | | |
|---|---|---|---|
| _Marie Miante_ | 6/12/07 | X _Kimberly G Ham_ | 6/12/07 |
| **Marie Miante** | **Date** | _Kimberly Ham_ | **Date** |
| | | **SSN** | |
| | | | |
| _(signature)_ | | | |
| **Authorized Agent** | **Date** | | **Date** |
| | | **SSN** | |

*Morrison Homes*   **Sarasota Division**
**Finance Addendum**

This Addendum is made this _12_ day of _June_ 20 _07_ , to the Purchase and Sale Agreement between Morrison Homes, Inc. d/b/a Morrison Homes (Seller) and _Kimberly A. Hamm_ (Purchaser) dated _6/12_ , 20 _07_ .

REAL ESTATE CERTIFICATION: The Seller, Borrower, Real Estate Broker or Agent involved in this transaction are certifying that the terms of the Purchase and Sale Agreement are true to the best of their knowledge and belief. Any other Agreement entered into by any of the parties must be fully disclosed and attached to the Purchase and Sale Agreement. The Seller, Borrower, Real Estate Broker or Agent fully understands that it is a federal crime punishable by fine or imprisonment or both to knowingly make any false statement concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Sections 1012 and 1014.

Within 45 days from the date of execution of the Agreement, Purchaser shall demonstrate to Seller one of the following items in writing: 1) possession and control of the amount of the Purchase Price in cash or liquid asset, or 2) a valid mortgage commitment from a licensed mortgage originator for the purchase of the Property. If purchaser fails to demonstrate one of the preceding items, Purchaser shall fail to be in compliance with the Agreement and therefore be in default of the Agreement. Upon such default, at any time during the pendency of this Agreement and prior to Closing, Seller may elect to terminate this Agreement and retain the Earnest Money as liquidated damages.

It is the initial intent of the buyer to proceed with a ____ Cash Transaction, _✓_ Financed Transaction, ____ VA Financing or ____FHA Financing. The buyer understands that the initial intent does not relieve the buyer of responsibility to comply with all applicable terms of the addendum .

1.  Cash Transaction: (Here and after referred to as "cash transaction") within five (5) business days from the date of this Agreement, Purchaser(s) shall provide Seller with proof of Purchasers' financial ability to close this sale, including providing Seller with verification of sufficient cash or funds. If Purchaser fails to so provide proof of financial responsibility satisfactory to Seller, Seller may terminate this Agreement and retain the Earnest Money and any payments made for extras or upgrade items, as liquidated damages. After termination of this Agreement under this paragraph, Seller and Purchaser will not have any further rights or obligations under this Agreement. Purchaser(s) have received a discount of $ _____ instead of a closing cost contribution. Therefore, the Purchaser(s) are responsible for any and all closing costs including but not limited to customary seller costs, stamps on the Deed, Owner's Title Insurance Policy, document preparation fees, and recording fees. This paragraph super cedes paragraph 4 of the Purchase and Sale Agreement.

2.  Financed Transaction: (Here and after referred to as "financed transaction") When Purchaser(s) close with a loan issued through Morrison Home Funding, Seller shall, at Seller's expense and with the Title Insurer of Seller's choice, Pay up to _____ in closing costs. All additional closing costs will be paid by Purchaser. When Purchaser(s) close a loan issued through a lender other than Morrison Home Funding, Seller will contribute a maximum of $ _____ toward closing costs and Purchasers shall pay all closing costs including but not limited to title insurance and related title services fees. Closing costs include but are not limited to customary seller fees, lender inspection fees, underwriting fees, recording fees, state taxes, stamps on the mortgage deed, loan origination fees and discount points, MIP/PMI, VA funding fee, appraisal fees, credit reports fees, application fees, survey, termite inspections, Lender Title Insurance Policy and Owner's Title Insurance Policy. All prepaid expenses including escrows for real estate taxes, homeowner's insurance, interim interest on Purchaser's purchase money mortgage and Homeowners Association fees and capital contributions, if any, must be paid by Purchaser(s). The closing will occur with the Title Company of Seller's choice at the location of the Seller's choice. Purchaser(s) understands that any agreement to lock-in Purchaser(s) interest rate and loan terms must be determined between Purchaser and Purchaser's lender. Because of the unpredictability that sometimes exists during the building process which may result in delays of closing, Purchaser(s) shall not hold Seller responsible for any expired lock-in agreements. If Purchaser(s) locks in an interest rate, Purchaser(s) does so at his/her own risk. Purchaser will furnish to any proposed lender(s) any credit information required in connection with the loan. If any lender to whom Purchaser submits a loan application refuses to make such loan, Purchaser agrees to submit an application to at least one other lender or lenders who may show an interest in making the loan. Purchaser further agrees to take all action necessary to comply with the requirements of the lender and to execute all instruments as may be necessary to close the loan.

    Purchaser(s) hereby authorize Morrison Homes to Investigate Purchasers' credit history and financial status and hereby authorize and instruct all banks, savings and loan associations, mutual funds and other financial institutions with which Purchasers have accounts to disclose to Morrison Homes the balances in such amounts and Purchasers further authorize and instruct all creditors to who Purchasers are indebted to disclose to Morrison Homes all information requested by Morrison Homes. Additionally, Purchasers authorize any mortgage lender, banker, or broker with which Purchasers make application for a purchase money mortgage to disclose to Morrison Homes any information contained in Purchaser's loan application and any information concerning the status of the loan, processing, loan approval, or requirements Purehasers must satisfy for obtaining loan approval.

3.  VA Financing: (Here and after referred to as "VA financing") if Purchaser obtains VA Financing, then: It is expressly agreed that notwithstanding any other provisions of this Agreement, the Purchaser shall not incur any penalty by forfeiture of earnest money or otherwise by obligated to complete the purchase of the Property described herein, if the Agreement purchase price or cost exceeds the reasonable value of the Property established by the Veterans Administration. The Purchaser shall, however, have the privilege and option of proceeding with the consummation of this Agreement without regard to the amount of the reasonable value established by the Veterans Administration. If Purchaser elects to complete the purchase at a price in excess of the reasonable value established by VA, Purchaser shall pay such excess amount in cash from a source which Purchaser agrees to disclose to the VA and which Purchaser represents will not b from borrowed funds except as approved by VA. If VA reasonable value of the Property is less than the Sales Price, Seller may 1) reduce the Sales Price to an amount equal to the VA reasonable value and the parties to the sale shall close at a such lower Sales Price with appropriate adjustments to the Purchase and Sales Agreement or 2) terminate the Agreement and return Purchasers earnest money deposit. Purchaser agrees to pay the VA funding fee, which may be financed by adding to the loan amount.

4.  FHA Financing: (Here and after referred to as "FHA financing") if Purchaser is obtaining FHA financing: It is expressly agreed that notwithstanding any other provisions of this Agreement, the Purchaser shall not be obligated to complete the purchaser of the Property described herein or to incur any penalty by forfeiture of earnest money deposits or otherwise unless the Lender has delivered to the Purchaser a written statement issued by the Federal Housing commissioner or a Direct Endorsement lender setting forth the appraised value of the Property (excluding closing costs) of not less than $ _____ which statement the lender hereby agrees to deliver to the Purchaser promptly after such appraised value statement is made available to the Lender. The Purchaser shall, however, have the privilege and option of proceeding with consummation of the Agreement without regard to the amount of the appraised valuation.  THE APPRAISED VALUATION IS ARRIVED AT TO DETERMINE THE MAIMUN MORTGAGE THE DEPARTMENT OF HOUSEING AND URBAN DEVELOPMENT WILL INSURE. HUD DOES NOT WARRANT THE VALUE OR THE CONDITION OF THE PROPERTY. THE PURCHASER SHALL SATISFY HIMSELF/HERSELF THAT THE PRICE AND CONDITION OF THE PROPERTY ARE ACCEPTABLE.

X _Kimberly A. Hamm 6-12-07_ .

| PURCHASER | DATE | PURCHASER | DATE |

_[signature]_

AUTHORIZED AGENT, MORRISON HOMES, INC.      DATE

Revised 6/9/06                                                                                                CBC 028287

*Morrison Homes*

Sarasota
Date: 06/11/2007
Time: 17:24:00
S#: 20019605
C#: 1189232

### Sarasota Division

### Broker Addendum

This Addendum is made this _12_ day of June, 2007 to the Purchase and Sales Agreement between Morrison Homes, Inc.,d/b/a  Morrison Homes (Seller) and _Kimberly Ham_ (Purchaser) dated _6/12/07_
The parties agree as follows:

The Seller agrees to pay the broker shown below a commission of _3.000_ percent. + Bonus

# 9,400

The commission will be payable on the total purchase price of home, excluding furnishings and pools if applicable, at the time that title to the home passes to the Purchaser and Seller receives payment in full for the home. Broker will be entitled to the commission when the Purchase and Sale Agreement described above actually closes by transfer of title.  If, for any reason, this sale is not closed and funded, no commission will be due or payable.

This Addendum is not binding on Purchaser or Seller until executed by an Authorized Agent of Morrison Homes, Inc.

Marie Miante                                        Mark Longenecker
_____                    _____
**Morrison Homes Sales Associate**          **Real Estate Agent\*\***

New Homes of Tampa Bay, Inc.                  1381-59
_____                    _____
**Brokerage Firm Name\*\***                     **Job Number**

205 Apollo Beach Blvd, Suite 105
Apollo Beach FL 33572
                                                813-645-2888
_____                    _____
**Brokerage Address (Optional)**             **Brokerage Telephone (Optional)**

_____                    _____
Authorized Agent
**Morrison Homes,  Inc.**                        **Date**

**ATTACH REAL ESTATE BUSINESS CARD HERE**
**(Please do not staple)**

*Morrison Homes®*

## Addendum to Contract and Restrictive Covenant

As a material inducement for Seller to enter into this contract, Buyer hereby affirmatively warrants and covenants that (s)he intends to occupy the home residence to be constructed pursuant to this contract or reservation as her(his) primary or secondary (vacation) residence and plans to reside therein, or Buyer plans to lease or sublet such residence to another person. This warranty and covenant is effective at the time of execution of the reservation and sales agreement and at the time of the closing of any transaction thereunder, and for a period of **two years** after closing. This warranty is made by Buyer to induce Seller to enter into the reservation or sales contract and is agreed by Buyer and Seller to be material to this reservation or sales contract and subsequent closing thereunder.

Any breach of this warranty is a material breach by Buyer of such reservation or sales agreement, and any such breach made by Buyer prior to Closing will entitle Seller to terminate this reservation or sales agreement and retain any deposit made by Buyer as liquidated damages, subject to the following exceptions that shall be deemed to constitute hardship situations under which Buyer may sell or otherwise transfer (collectively "Transfer") its right, title, and interest in the Property prior to two years after Closing: a Transfer resulting from the death of Buyer; a Transfer resulting from a decree of dissolution of marriage or legal separation or from a property settlement agreement incident to such decree; a Transfer by Buyer (where Buyer is not self-employed) necessary to accommodate a mandatory job transfer required by Buyer's employer; a Transfer by Buyer after the death of Buyer's spouse; or a Transfer which, in the sole judgment of Seller, constitutes a hardship situation consistent with the intentions of this Addendum. A Transfer by Buyer's spouse as a co-owner with Buyer to the Buyer, a Transfer by Buyer into a revocable inter vivo trust in which Buyer is beneficiary, or a Transfer, conveyance, pledge, assignment, or other hypothecation of the Property to secure the performance of an obligation, which transfer, conveyance, pledge, assignment or hypothecation will be released or re-conveyed upon the completion of such performance shall also be deemed an exception constituting a hardship situation under which Buyer may Transfer its right, title, and interest in the Property prior to one year after Closing, and the provisions of this Addendum shall continue in full force and effect after such transfer. Buyer agrees to provide further assurances and reasonable documentation of the truthfulness of this warranty at any time during the pendancy of this reservation or sales agreement, until the transaction is terminated or closed.

Additionally, Buyer shall not assign this agreement, nor any rights herein, nor advertise, market, list for sale, sell, transfer, assign, gift or otherwise convey the Property, or any interest therein, for a period of **two years** after the date of closing. If Buyer shall breach this provision, or shall breach the warranty provided above during the first **two years** after closing, Buyer shall pay to Seller the greater of 1) any profit realized on the sale or transfer, or 2) Ten Thousand Dollars ($10,000), as liquidated damages.

Buyer and Seller agree that the ascertainment of actual damages for such material breach either before or after closing, would be difficult or impossible, and agree to the amounts specified above as liquidated damages as reasonable and not a penalty.

The agreements made herein shall survive the closing of the purchase and sale transaction, and at the option of Seller, may be recorded in the public records of the county where the Property is located.

Page 2

This warranty and covenant is intended to encumber, and Buyer and Seller do hereby encumber the real property described as Lot _5¹_, Block _____ of _Whidden_ shown on the map or plat thereof recorded at Plat Book _____, Page _____ of the public records of _____ County, Florida. This warranty and covenant shall run with the land for its full term, and shall bind the heirs, successors and assigns of the parties hereto.

X _Kimberly A. Ham_          X _6/13/07_

Purchaser                        Date

_____    _____
Purchaser                        Date

State of        Florida
County of

The foregoing instrument was acknowledged before me this _____ day of
_____, _____, by
_____ He/She is personally
known to me or has produced Drivers License as identification.

_____

(Seal)
Notary Public
Notary Printed Name: _____

My Commission Expires::


_____    _____

Authorized Agent                 Date
Morrison Homes
CBC028287

State of        Florida
County of

The foregoing instrument was acknowledged before me this _____ day of
_____, _____, by
_____ He/She is personally
known to me or has produced Drivers License as identification.

_____

(Seal)
Notary Public
Notary Printed Name: _____

My Commission Expires::



*Morrison Homes*®

**Tampa Division**

### Inventory Addendum

This Addendum is made this _12_ day of _June_, _2007_, to the Purchase and Sale Agreement between Morrison Homes, Inc. d/b/a Morrison Homes (Seller) and _Kimberly A. Ham_ ( Purchaser) dated _6/13/07_, ~~2006.~~ _2007_ The parties agree as follows:

Purchaser acknowledges completion date on the Purchase & Sale Agreement is set with the understanding that preliminary loan approval and allowable color selections are received within two weeks from date of contract.

Purchaser understands that a delay in this process, may result in the completion date being adjusted accordingly.

This Addendum is not binding on Purchaser or Seller until executed by an Authorized Agent of Morrison Homes, Inc.

_[signature]_                                    _Kimberly A. Ham_  _6-12-07_
Morrison Homes Sales Associate          Purchaser                  Date


                                                 _____  _____
                                                 Purchaser                  Date

_[signature]_                                    _____
Authorized Agent                                 Date
Morrison Homes, Inc.

CBC028287

*Morrison Homes*

Sarasota
Date:   06/11/07
Time:   17:24:00
S#:     20019605
C#:     1189232

## Limited Structural Change Disclosure Addendum

This Addendum is made this day  |2 of June, 2007 , to the Purchase and Sale Agreement between Morrison Homes, Inc., (Seller) and Beverly Dodge
(Purchaser) dated : 6|12|07

The parties agree as follows:
As of this agreement date, the following changes cannot be made regardless of verbal or written representation, unless otherwise expressed clearly on the Job Initiation Order Addendum of your Purchase and Sale Agreement.  These items directly impact the permitting process of your home and must be finalized now.  They will not be approved at a later date.

- o  Total or living square footage

- o  Trusses or elevation

- o  Window or door location or size

- o  Plumbing location

- o  Load bearing walls

- o  Addition of Fireplaces

- o  Gas and/or Heating Ventilation and Air Conditioning

- o  Non load bearing walls or interior doors (Sarasota County Only)

- o  Garage Swing

A Signature Selection Meeting, for color selections, is required within 14 days of this agreement.

The undersigned Purchaser(s) hereby acknowledge that they are in receipt of a list of the standard options available on the  Pinehurst @ Aberdeen 55's plan, and agree to **finalize all options, including colors, within 30 days of this agreement**.  We reserve the right to select colors in order to progress with contruction if these time frames are not met.  *Low voltage, security, integrated wiring , and pools (if offered in specific neighborhood) need to be selected within 30 days.*

PURCHASER WILL NEED TO CONTACT: (Circle one)
Kabelink Electric 813-874-1500          Ranger American 813-886-0211          Onteriors 813-620-1110          S & S Electric 813-855-6692

Some changes may not be allowable if the home has already started in the construction process.  An Owners Orientation meeting will be scheduled by your Sales Associate and will include a review of all your requested changes and a review of the electrical layout of your home.  Minor electrical additions ONLY will be allowed through a Change Order at that time.  If this meeting is after the 30 day timeframe, a Late Change Order Fee of $250.00 will apply if any of the changes are approved.

An Owners Orientation meeting is scheduled for _____ n |a _____ , 20 _____ .  This meeting will include a review of all your documented changes and a review of the electrical layout of your home.

X _____
Purchaser

_____
Purchaser

_____
Authorized Agent
Morrison Homes, Inc.
CBC028287

_____
Date



*Morrison Homes* ®

## TWO-YEAR BLANKET WARRANTY

Morrison Homes warrants your home to be free from defects in materials and workmanship for a period of two years from date of closing. If a defect occurs in any item covered by the Morrison Homes Two-Year Blanket Warranty, Morrison Homes will repair or replace the item to meet or exceed the Materials and Workmanship Standards found in *the little purple book.*

The Morrison Homes Two-Year Blanket Warranty is in addition to any warranty provided to you by a manufacturer of a product installed in your home. Morrison Homes will provide you with copies of all written warranties for consumer products installed in your home. Some of your manufacturers' warranties state that they are for one year. Morrison Homes, however, has secured agreements from most of our suppliers to extend their warranties to at least two years. If a manufacturer does not honor this commitment, Morrison Homes will. The Morrison Homes warranty is fully transferrable.

### Limitations and Exclusions

1. The Morrison Homes Two-Year Warranty will be interpreted in accordance with Morrison's Materials and Workmanship Standards, as set forth in *the little purple book.*

2. The Morrison Homes Two-Year Blanket Warranty shall not apply to any defect, loss or damage caused or contributed to by:
   - The negligence of anyone besides Morrison Homes and its employees or subcontractors.
   - Changes or alterations to your home by anyone other than Morrison Homes and its employees or subcontractors.
   - Changes or alterations in grading and drainage around your home by anyone other than Morrison Homes and its employees or subcontractors.
   - Lack of proper maintenance and normal wear and tear.
   - Acts of God and extreme weather, including lightning, hurricanes, tornadoes, windstorms, hail, floods, mud slides, earthquakes, and wind-driven rain (unless Morrison Homes has failed to comply with applicable building codes, in which event the Morrison Homes Two-Year Blanket Warranty shall apply).

3. The Morrison Homes Two-Year Blanket Warranty applies only to your home. It does not extend to claims for consequential damages or bodily injury or to damage to personal property.

4. Except as set forth above and in connection with the Morrison Homes Ten-Year Limited Structural Warranty, Morrison Homes makes no other warranties, express or implied.

Stewart M. Cline, President

2/10
EXCLUSIVE WARRANTY

Job#: 1381-59

Sign: Kimberly A Hasn

*Morrison Homes*®

## TEN-YEAR LIMITED STRUCTURAL WARRANTY

Morrison Homes warrants your home against a Major Structural Defect for a period of ten years from date of closing. A Major Structural Defect is a defect which causes actual physical damage to the load-bearing elements of your home, which damage is caused by the failure of such load-bearing elements and is sufficiently severe to make your home unsafe or uninhabitable.

Limitations and Exclusions

1. The Ten-Year Limited Structural Warranty shall not apply to any defect, loss or damage caused or contributed to by:
   - The negligence of anyone besides Morrison Homes and its employees or subcontractors.
   - Changes or alterations to your home by anyone other than Morrison Homes and its employees or subcontractors.
   - Changes or alterations in grading and drainage around your home by anyone other than Morrison Homes and its employees or subcontractors.
   - Lack of proper maintenance and normal wear and tear.
   - Acts of God and extreme weather, including lightning, hurricanes, tornadoes, windstorms, hail, floods, mud slides, earthquakes, and wind-driven rain (unless Morrison Homes has failed to comply with applicable building codes, in which event the Ten-Year Limited Structural Warranty shall apply).

2. The Ten-Year Limited Structural Warranty applies only to your home. It does not extend to claims for consequential damages or bodily injury or to damage to personal property.

3. The Ten-Year Limited Structural Warranty covers only the load-bearing elements of your home as defined in *the little purple book*. The Structural Warranty does not cover non-load-bearing walls, dry-wall, flooring or roofing, nor does it cover plumbing, electrical or mechanical systems. The Structural Warranty does not apply to outbuildings or structures such as swimming pools, driveways, walkways, patios, decks, walls, fences, or landscaping.

4. The obligations of Morrison Homes under the Ten-Year Limited Structural Warranty are limited to the final sales price of your home. The repair of a Major Structural Defect is limited to repair of damage to the load-bearing portions of your home which is necessary to restore load-bearing function. Morrison Homes is entitled to repair such damage or pay you the fair value of repair costs.

5. Except as set forth above and in connection with the Morrison Homes Two-Year Blanket Warranty, Morrison Homes makes no other warranty, express or implied.

Complete Warranty in *the little purple book*

This Certificate is NOT a warranty, but merely evidences your warranty coverage as fully described in *the little purple book*. Please consult *the little purple book* for complete details and warranty claims procedures. The Morrison Homes warranty is fully transferrable.

Stewart M. Cline, President

2/98 BK

Job#: 1381-59

Sign: X *Kimberly A. Ham*

*Morrison Homes*

Sarasota
Date: 06/11/2007
Time: 17:24:00
S#: 20019605
C#: 1189232

## AFFILIATED BUSINESS ARRANGEMENT
## DISCLOSURE STATEMENT

To: Purchasers
Kimberly A. Ham

Property Address:
3632 101st Avenue E, Parrish, FL 34219

From: Morrison Homes Inc.

Date: 6/12/07

Re: Morrison Home Funding, LLC

This is to give you notice that Morrison Homes Inc. has a business relationship with Morrison Home Funding, LLC. Morrison Homes Inc. also holds ownership interest of at least 1% in Morrison Home Funding, LLC. Because of this relationship, this referral may provide a financial benefit to the owner of Morrison Homes.

Set forth below is the estimated charge or range of charges by Morrison Home Funding, LLC. Morrison Home Funding, LLC will provide a GoodFaith Estimate itemizing all fees typically charged in a residential mortgage transaction should you choose to apply for a mortgage loan with Morrison Home Funding, LLC.

| SERVICES: | CONVENTIONAL LOANS | FHA/VA LOANS |
|---|---|---|
| Application Fee | $395.00 | $0 |
| Appraisal Fee | $0 | $300 - $350 |
| Credit Report fee | $0 | $Actual cost($16 - 18.00) |
| Tax Service Fee | $78.00 | $78.00 |
| Processing Fee | $525.00 | $525.00 |
| Flood Certificate | $19.50 | $19.50 |
| *Origination Fee | $0-1% of Loan Amt. | $0-1% of Loan Amt. |

*Borrower may choose zero fee or lower interest rates but pay origination and/or discount points for the lower rate options.

YOU ARE NOT REQUIRED TO USE MORRISON HOMES FUNDING, LLC AS A CONDITION FOR [SETTLEMENT OF YOUR LOAN ON] [OR] [PURCHASE OR SALE OF] THE SUBJECT PROPERTY. THERE ARE FREQUENTLY OTHER SETTLEMENT SERVICE PROVIDERS AVAILABLE WITH SIMILAR SERVICES. YOU ARE FREE TO SHOP AROUND AND DETERMINE THAT YOU ARE RECEIVING THE BEST SERVICES AND THE BEST RATE FOR THESE SERVICES.

A LENDER IS ALLOWED TO REQUIRE THE USE OF AN ATTORNEY, CREDIT REPORTING AGENCY OR REAL ESTATE APPRAISER CHOSEN TO REPRESENT THE LENDER'S INTEREST.

ACKNOWLEDGEMENT:
I/we have read this disclosure form and understand its contents, as evidenced by my/our signature(s) below.

Acknowledged and executed this 12 day of June, 2007.

X _Kimberly G. Ham_
**Purchaser**

_____
**Purchaser**

*Morrison Homes*

Sarasota
Date:   06/11/07
Time:   17:24:00
S#:     20019605
C#:     1189232

## Tampa Division
## Lender Disclosure

**Purchaser's Acknowledgement**

This Addendum is made this day ¡ _12_ of June, 2007 to the Purchase and Sale Agreement between Morrison Homes, Inc., (Seller) and Beverly Dodge (Purchaser) dated : _6/12/07_

Purchaser agrees to have the following information provided to Morrison Homes, Inc. if Purchasers elect to obtain financing from a lender other than Morrison Home Funding, LLC.

Purchaser understands that failure to apply for a mortgage within five (5) business days from the date of the execution of the Purchase and Sale Agreement to Morrison Home Funding, LLC waives your right to a financing contingency per the Purchase and Sale Agreement. Purchaser further understands that obtaining financing with a lender other than Morrison Home Funding, LLC may affect the closing cost contribution incentives per the separate Finance Addendum. In the event the Purchaser obtains a Government Loan, Morrison Homes may not contribute to Borrowers "non-allowable" fees.

Please note that per the Purchase and Sale Agreement, specifically paragraph 4, Purchaser is required to provide Morrison Homes with a commitment letter and a good faith estimate. This allows Morrison Homes the opportunity to review and insure that the lender fully understands the financial requirements per the Purchase and Sales Agreement.

In the event Purchaser elects not to obtain a loan through Morrison Home Funding, LLC then Purchaser agrees to have the following information completed and returned to Morrison Homes, Inc. no later than 45 days prior to the estimated closing date. If the failure to return the below information is the cause of a delayed closing, the Purchaser will accept any and all penalties applicable per the Purchase and Sale Agreement..

| | |
|---|---|
| X _Kimberly A. Hann_ | _6/12/07_ |
| Purchaser | Date |
| _____ | _____ |
| Purchaser | Date |

Lender Acknowledgement

Please be prepared to close upon the Seller's date, time and location. Failure to be prepared to close per the terms of the Purchase and Sale Agreement will result in financial loss to the Purchaser.

Lenders often have unique closing requirements. Failure to disclose your requirements to the seller does not relieve the Purchaser from liability associated with a delayed closing. Please note below any and all special requirements needed.

_____   Does the certificate of occupancy need to be delivered prior to closing, and if
         so, how many days?
_____   How many days notice do you need to close?
_____   Can appliances be purchased and installed after
         Closing? If so, which appliances? _____
_____   Will an Offsite Improvement Letter be required?
_____   Do you require a final survey prior to closing,
         and if so, how many days?
_____   We require the closing package to be delivered no
         later than two business days in advance of the
         closing date to insure timely disclosure to the
         Purchaser of the cash to close requirements. Is
         there any reason why you cannot fulfill this
         requirement?
         _____   _____

_____   Other: _____   _____
         _____   _____
         _____   _____

These items may be forwarded via fax to 813 910-3354 for contracts in the Tampa area.

We appreciate your efforts and look forward to a smooth closing and transition into your new Morrison Home!

CBC028287

Tampa Division Model Disclosure
Aberdeen – Scarborough Model

Exterior
Coach Light Package
Landscape Package
Custom Pool with Screen Enclosure

Entry
Level 2 Wood Flooring
Duron Wall Paint
Group 4 Lighting

Living Room
Wall Trim Detail
Custom Duron Paint on Walls
Level 2 Wood Flooring
Duron Wall Paint

Dining Room
Wall Trim Detail
Duron Wall Paint
Group 4 Lighting
Level 2 Wood Flooring

Kitchen/Nook
Level 3 Timberlake Cherry Cabinets
Tilt out panels at Sink
Level 2 Wood Flooring
SS Whirlpool Microwave Hood
SS Whirlpool Refrigerator
SS Whirlpool Range
SS Whirlpool Dishwasher
Level 2 Corian Counters
Duron Wall Paint
Moen One Touch Faucet
Group 4 Lighting in Nook

Laundry Room
Level 3 Floor Tile
Wall Paper
Whirlpool Washer
Whirlpool Dryer
Level 3 Laundry Cabinets With
WilsonArt Mica Counter Tops
Laundry Tub

Family Room
Level 2 Wood Flooring
(2) Recess Can Lighting
Surround Sound including 4
speakers, Center Channel, and Sub-
woofer.
Ceiling Fan Prewire
Custom Duron Wall Paint
Entertainment Center Built-In
With 2 Recess Cans

Master Bath
Level 3 Timberlake Cherry Cabinets
Level 3 Floor Tile
Level 3 Wall Tile w/ Level 2 Listello
Moen Monticello Fixtures

Hall Bath
Level 3 Timberlake Cherry Cabinets
Level 3 Floor Tile
Moen Monticello Fixtures
Wall Tile with Listello Detail

Bedroom 2
Ceiling Fan Pre-wire
Custom Duron Wall Paint
Paint Detail
Wall Décor

Bedroom 3
Custom Duron Wall Paint
Recess Can Lighting
Paint Detail
Wall Trim Detail
Custom Stage Detail

Optional Owner's Suite Study
Duron Custom Paint
Ceiling Fan Pre-wire
Recess Can Lighting

Owner's Bedroom
Recess Can Lighting
Ceiling Fan
Duron Wall Paint
Single French Door to Lanai
Surround Sound Speaker with
Volume Control

Other
All Furniture, wallpaper
Window Treatment & Accessories
Additional cable and TV outlets
Additional Fan Prewires
Optional Landscaping
Security System with Motion Sensor
Alternate Study

PURCHASER UNDERSTANDS
THAT THE ABOVE ITEMS AND
OR FEATURES ARE NOT
INCLUDED IN THE BASE PRICE
OF OUR HOMES BUILT AT
ABERDEEN

Job#: 1381-59
Sign: Kimberly A Ham

Tampa Division Model Disclosure
Aberdeen — Worthington II Model

Exterior
Coach Light Package
Landscape Package
Covered Lanai
Screen Enclosure of Lanai

Entry
Level 1 Ceramic Tile on Diagonal
Duron Wall Paint
Additional Light in Foyer

Family Room
Custom Duron Paint on Walls
Level 1 Ceramic Tile on Diagonal
Recess Can Lighting
Ceiling Fan
Surround Sound with 5 Speakers,
Center Channel and Sub-Woofer

Dining Room
Custom Duron Wall Paint
Customer Wall Trim

Living Room
Custom Duron Wall Paint
Custom Wall Trim

Kitchen
Tilt out panels at Sink
Level 2 Maple Cabinets
Cabinet Hardware
Moen Faucet Chateau Sand
Level 1 Ceramic Tile on Diagonal
Whirlpool Microwave Hood
Whirlpool Refrigerator
Whirlpool Gas Range
Duron Wall Paint
Wallpaper

Laundry Room
Level 1 Ceramic Tile on Diagonal
Duron Wall Paint
Whirlpool Washer
Whirlpool Dryer

Master Bath
Level 2 Maple Cabinets
Level 3 Wall Tile with Listello Detail
Wall Tile Design
Level 1 Ceramic Floor Tile
Additional Closet Organizers
Moen Faucet

Hall Bath
Level 1 Ceramic Floor Tile
Level 1 Wall Tile with Listello Detail
Level 2 Maple Cabinets
Moen Faucets
Wall paper

Bedroom 2/Den
Duron Custom Paint
Level 2 Cabinet Built-In
Recess Can Lighting

Bedroom 3
Custom Duron Wall Paint Detail
Recess Can Lighting
Bed Wall Treatment

Bedroom 4
Duron Custom Paint Detail
Recess Can Lighting

Pool Bath
Level 1 Ceramic Floor Tile
Level 1 Wall Tile with Listello Detail
Moen Faucet

Owner's Suite
Custom Trim Detail
Recess Can Lighting
Ceiling Fan Pre-wire
Duron Wall Paint Detail
Surround Sound Speakers with
Volume Control
Single French Door Leading to Lanai

Optional Bonus Room
Custom Wall Details
Custom Hand Rails

Other
All Furniture, wallpaper
Window Treatment & Accessories
Additional cable and TV outlets
Additional Fan Pre-wires
Optional Landscaping
Security System

PURCHASER UNDERSTANDS
THAT THE ABOVE ITEMS AND
OR FEATURES ARE NOT
INCLUDED IN THE BASE PRICE
OF OUR HOMES BUILT AT
ABERDEEN

Job #: 1381-59
Sign: *Kimberly G. Ham*

Tampa Division Model Disclosure
Aberdeen – Bridgeford Model

**Exterior**
Coach Light Package
Landscape Package
Covered Lanai
Flood Lights

**Entry**
Level 2 Ceramic Tile on Diagonal
Duron Wall Paint

**Family Room**
Custom Duron Paint on Walls
Level 2 Ceramic Tile on Diagonal
Recess Can Lighting
Surround Sound with 5 Speakers
Center Channel and Sub-Woofer

**Breakfast Nook**
Custom Duron Wall Paint
Level 2 Ceramic Tile on Diagonal

**Kitchen**
Tilt out panels at Sink
Level 2 Ceramic Tile on Diagonal
Whirlpool Microwave Hood
Whirlpool Refrigerator
Whirlpool Gas Range
Duron Wall Paint Detail

**Laundry Closet**
Level 2 Ceramic Tile on Diagonal
Duron Wall Paint
Whirlpool Washer
Whirlpool Dryer

**Master Bath**
Wall Tile Design with Listello
Level 2 Congoleum Flooring

**Hall Bath**
Level 2 Congoleum Flooring

**Bedroom 2**
Recess Can Lighting
Custom Duron Wall Paint
Paint Detail
Wall Trim Detail

**Bedroom 3**
Recess Can Lighting
Bed Wall Detail

**Den**
Duron Custom Paint
Recess Can Lighting
Wall Trim Detail

**Owner's Suite**
Trim Detail with Wall Paper Insert
Recess Can Lighting
Ceiling Fan Pre-Wire
Duron Wall Paint
Surround Sound Speakers with
Volume Control

**Other**
All Furniture, wallpaper
Window Treatment & Accessories
Additional cable and TV outlets
Additional Fan Pre-wires
Optional Landscaping
Security System
Alternate Den

**PURCHASER UNDERSTANDS
THAT THE ABOVE ITEMS AND
OR FEATURES ARE NOT
INCLUDED IN THE BASE PRICE
OF OUR HOMES BUILT AT
ABERDEEN**

Job#: 1381-59
Sign: X Kimberly A. Han

Buying and building your home is a process that requires active participation from you.  Many of the activities you will need to accomplish must be done **during the normal work week**, so please be prepared to make necessary arrangements.  Since the process of completing your home is a busy and sometimes complex process, we have prepared the following checklist of activities.   Your Sales Associate, Customer Care Associate and Builder will guide you through the process and indicate the time that each activity must be completed.  Thank you for choosing Morrison Homes and following this guide so that we are better prepared to make your home buying experience exciting and enjoyable.

<u>DEADLINE</u>

☑ Complete the Purchase Agreement including all structural changes    _____

☐ Schedule meeting with Mortgage Lender (within 5 days)    _____

☐ Schedule appointment for Signature Selections (within 2 weeks)    _____

☐ Schedule appointment with low voltage wiring partner (within 2 weeks)    _____

☐ Prepare all information required for mortgage loan application    _____

☐ Meet with lender to make application for mortgage loan    _____

☐ Meet with low voltage wiring partner and make all selections    _____

☐ Meet and complete all Signature Selections    _____

☐ Supply additionally requested documents to lender    _____

☐ Ensure lender has received copies of all change orders    _____

☐ Verify deposit requirements of contract have been met    _____

☐ Finalize allowable change orders and verify with Sales Associate
prior to meeting the Builder for your Owners Orientation Meeting    _____

☐ Meet for Owners Orientation Meeting    _____

☐ Meet for Pre-Drywall Meeting    _____

☐ Receive date for closing from Customer Care Associate    _____

☐ Verify with lender all conditions of mortgage have been met    _____

☐ Secure homeowners and flood insurance if necessary    _____

☐ Ensure that funds to close are available and verifiable    _____

☐ Meet for New Home Demonstration    _____

☐ Establish deposits and accounts with utilities    _____

☐ Obtain certified funds for closing    _____

☐ Attend closing and pick up the keys to your new home! ☺    _____

☐ Ensure utilities are transferred to your name and activated before move    _____

☐ Notify Customer Care of new phone number    _____

☐ Complete the Homeowners Survey conducted by Woodland O'Brien and
return as instructed.  We trust we have earned your positive recommendation!    _____

Please be aware that the Signature Selection Center will be open Monday thru Friday from 8am to 5pm for Selections by **Appointment Only**.   On Mondays and Thursdays between the hours of 4pm and 7pm and the 2nd and 4th Saturdays of each month from 10am until 2pm, you will have the opportunity to stop in without an appointment to *"preview"* all of the available selections before attending your scheduled appointment.  You should consult with your Sales Associate or the decorator we have provided to assist you with any questions.  *Remember to bring the complete print out of option prices provided by your Sales Associate* as the Selection Center cannot go over specific prices during preview hours.

Thank you for choosing Morrison Homes.  We appreciate your cooperation in completing the above items

X _Kimberly A. Ham_

# *Morrison Homes*

## JOB INITIATION ORDER
## WITH STANDARDS

Sarasota
Date: 06/15/07
Time: 08:49:39
Page: 5 / 5
S#:  20023394
C#:  1193939

| Date | Selection | Selection Description | Price | Qty | Total |
|------|-----------|----------------------|-------|-----|-------|
| 06/15/07 | Bath Light Fixture Zone 2 | KP-8-511-#-69 Pewter | 111.00 | 1 | 111.00 |
| 06/15/07 | Bath Lighting Group Zone 3 | Group Two | | | |
| 06/15/07 | Bath Light Fixture Zone 3 | KP-8-511-#-69 Pewter | 22.00 | 1 | 22.00 |
| 06/15/07 | Coach Light | Group One | | | |
| 06/15/07 | Coach Light Qty | 2 | | | |
| 06/15/07 | Coach Light Color | 5-2090-72 Rustic Bronze | 85.00 | 2 | 170.00 |
| | | **ELECTRICAL** | | | |
| 06/15/07 | Electrical Option | Television Outlet | 82.00 | 3 | 246.00 |
| 06/15/07 | Electrical Option | Prewire for Coach Light w/Sw | 146.00 | 1 | 146.00 |
| 06/15/07 | Electrical Option | Mini Spot Light (Bfor Shtrck) | 42.00 | 1 | 42.00 |
| 06/15/07 | Electrical Option | Mini Spot Lt w/Sw(Bfor Shtrck) | 29.00 | 1 | 29.00 |
| 06/15/07 | Electrical Option | Prewire for Ceiling Fan w/Sw | 82.00 | 3 | 246.00 |
| 06/15/07 | Electrical Option | Prewire for Coach Light | 59.00 | 1 | 59.00 |
| 06/15/07 | Electrical Option | Telephone Outlet | 82.00 | 1 | 82.00 |
| 06/15/07 | Phone Outlet Loc | SEE DIAGRAM DATED 12/19/2005 | | | |
| 06/15/07 | TV Outlet Loc | SEE DIAGRAM DATED 12/19/2005 | | | |
| 06/15/07 | Prewire Coach Light w/Sw Loc | SEE DIAGRAM DATED 12/19/2005 | | | |
| 06/15/07 | Prewire Coach Light Loc | SEE DIAGRAM DATED 12/19/2005 | | | |
| 06/15/07 | Prewire for C-Fan w/Sw Loc | SEE DIAGRAM DATED 12/19/2005 | | | |
| 06/15/07 | Mini Spot Lt w/Sw Loc | SEE DIAGRAM DATED 12/19/2005 | | | |
| 06/15/07 | Mini Spot Lt Loc | SEE DIAGRAM DATED 12/19/2005 | | | |
| | | **CUSTOM OPTIONS** | | | |
| 06/15/07 | 1000016805 | OPR-KITCHEN BACKSPLASH TILE | 524.00 | 1 | 524.00 |

```
FIELD: VIVIANI MULTI 2 x 2 MOSAIC W2788
BULLNOSE: VIVIANI BLUE 3 x 13 W2800
```

| | | **SALES STIPULATIONS** | | | |
|---|---|---|---|---|---|
| 06/15/07 | CLARIFICAT | Clarification | | | |

$72,796 is being deducted as an incentive. Buyer understands that incentive is contingent upon closing on or before June 20, 2007. Seller will contribute up to $15,600 for closing costs. Seller will install a blind package for entire house at no additional charge. Blind package to be selected by Morrison Homes.

|  |  |
|---|---|
| OPTION TOTAL | 41,806.00 |
| CREDIT | -72,796.00 |
| JOB INITIATION TOTAL | 260,000.00 |

---

_____
Morrison Homes Sales Associate
(Signature shall not bind Morrison Homes until such time as the
Division President or other authorized divisional Manager signs.)

_____
Morrison Homes Builder

_____
Authorized Agent
Date: _____

Kimberly A. Ham

_____    Date

_____    Date

Distribution Date _____ FILE_____
PRODUCTION_____ATTORNEY/TITLE_____
LENDER_____SALES_____CO-OP_____BUYER_____

# *Morrison Homes*

Sarasota
Date: 06/15/07
Time: 08:49:39
Page: 4 / 5
S#:  20023394
C#:  1193939

## JOB INITIATION ORDER
## WITH STANDARDS

| Date | Selection | Selection Description | Price | Qty | Total |
|------|-----------|----------------------|------:|----:|------:|
| 06/15/07 | Floor Grout Color Zone 10 | Quartz 101 | | | |
| 06/15/07 | Flooring for Zone 12 Great Rm | Level II Tile - Straight | 1,946.00 | 1 | 1,946.00 |
| 06/15/07 | Flooring for Zone 12 Style | Redondo 12X12 | | | |
| 06/15/07 | Flooring for Zone 12 Color | BIANCO W5069 | | | |
| 06/15/07 | Floor Grout Color Zone 12 | Quartz 101 | | | |
| 06/15/07 | Flooring for Zone 14 Ext Foyer | Level II Tile - Straight | 247.00 | 1 | 247.00 |
| 06/15/07 | Flooring for Zone 14 Style | Redondo 12X12 | | | |
| 06/15/07 | Flooring for Zone 14 Color | BIANCO W5069 | | | |
| 06/15/07 | Floor Grout Color Zone 14 | Quartz 101 | | | |
| 06/15/07 | Flooring for Zone 17 Hall | Level II Tile - Straight | 291.00 | 1 | 291.00 |
| 06/15/07 | Flooring for Zone 17 Style | Redondo 12X12 | | | |
| 06/15/07 | Flooring for Zone 17 Color | BIANCO W5069 | | | |
| 06/15/07 | Floor Grout Color Zone 17 | Quartz 101 | | | |
| 06/15/07 | Flooring for Zone 20 Walkway | Level II Tile - Straight | 533.00 | 1 | 533.00 |
| 06/15/07 | Flooring for Zone 20 Style | Redondo 12X12 | | | |
| 06/15/07 | Flooring for Zone 20 Color | BIANCO W5069 | | | |
| 06/15/07 | Floor Grout Color Zone 20 | Quartz 101 | | | |
| 06/15/07 | Flooring for Zone 21 Rotunda | Level II Tile - Straight | 489.00 | 1 | 489.00 |
| 06/15/07 | Flooring for Zone 21 Style | Redondo 12X12 | | | |
| 06/15/07 | Flooring for Zone 21 Color | BIANCO W5069 | | | |
| 06/15/07 | Floor Grout Color Zone 21 | Quartz 101 | | | |
| 06/15/07 | Flooring for Zone 30 | Level III Carpet | 49.00 | 1 | 49.00 |
| 06/15/07 | Flooring for Zone 30 Style | Glory Days II | | | |
| 06/15/07 | Flooring for Zone 30 Color | Mushroom Cap 735 | | | |
| 06/15/07 | Flooring Zone 31 M Bed Closet | Level III Carpet | 17.00 | 1 | 17.00 |
| 06/15/07 | Flooring for Zone 31 Style | Glory Days II | | | |
| 06/15/07 | Flooring for Zone 31 Color | Mushroom Cap 735 | | | |
| 06/15/07 | Flooring for Zone 32 Bedroom 2 | Level III Carpet | 31.00 | 1 | 31.00 |
| 06/15/07 | Flooring for Zone 32 Style | Glory Days II | | | |
| 06/15/07 | Flooring for Zone 32 Color | Mushroom Cap 735 | | | |
| 06/15/07 | Flooring for Zone 33 Bedroom 3 | Level III Carpet | 28.00 | 1 | 28.00 |
| 06/15/07 | Flooring for Zone 33 Style | Glory Days II | | | |
| 06/15/07 | Flooring for Zone 33 Color | Mushroom Cap 735 | | | |
| 06/15/07 | Flooring for Zone 43 Opt Den | Level III Carpet | 29.00 | 1 | 29.00 |
| 06/15/07 | Flooring for Zone 43 Style | Glory Days II | | | |
| 06/15/07 | Flooring for Zone 43 Color | Mushroom Cap 735 | | | |
| 06/15/07 | Flooring for Zn 45 Foyer Chnge | Level II Tile - Straight | 302.00 | 1 | 302.00 |
| 06/15/07 | Flooring for Zone 45 Style | Redondo 12X12 | | | |
| 06/15/07 | Flooring for Zone 45 Color | BIANCO W5069 | | | |
| 06/15/07 | Floor Grout Color Zone 45 | Quartz 101 | | | |
| 06/15/07 | Mosaic Floor Inlay | MILANO W3402 40 x 40 | 1,495.00 | 1 | 1,495.00 |
| 06/15/07 | Mosaic Floor Inlay Loc | SEE DIAGRAM | | | |
| | | **LIGHTS** | | | |
| 06/15/07 | Dining Room Light Group | Group Two | | | |
| 06/15/07 | Dining Room Light Fixture | KP-1-5001-5-69 Pewter | 39.00 | 1 | 39.00 |
| 06/15/07 | Breakfast Nook Light Group | Group One | | | |
| 06/15/07 | Breakfast Nook Light Fixture | KP-7-504-2-69 Pewter | | | Incl. |
| 06/15/07 | Foyer Lighting Group | Group Three | | | Incl. |
| 06/15/07 | Foyer Light Fixture Color | KP-SS-98-2-69 Pewter | 24.00 | 1 | 24.00 |
| 06/15/07 | Bath Lighting Group Zone 2 | Group Two | | | |

_____       *Kimberly A. Ham* _____
Morrison Homes Sales Associate                Kimberly A. Ham                Date
(Signature shall not bind Morrison Homes until such time as the
Division President or other authorized divisional Manager signs.)


_____       _____
Morrison Homes Builder                                                    Date

_____       _____
Authorized Agent                              Distribution Date _____ FILE _____
Date:                                          PRODUCTION _____ ATTORNEY/TITLE _____
                                               LENDER _____ SALES _____ CO-OP _____ BUYER _____

# *Morrison Homes*

Sarasota
Date: 06/15/07
Time: 08:49:39
Page: 3 / 5
S#:  20023394
C#:  1193939

## JOB INITIATION ORDER
## WITH STANDARDS

| Date | Selection | Selection Description | Price | Qty | Total |
|------|-----------|----------------------|-------|-----|-------|
| 06/15/07 | Wall Tile Level Zone 2 | Level II Wall Tile | 122.00 | 1 | 122.00 |
| 06/15/07 | Wall Tile Style Zone 2 | Bellini 8x10 | | | |
| 06/15/07 | Wall Tile Color Zone 2 | White W4784 | | | |
| 06/15/07 | Shower Floor Color  Zone 2 | Bone Matte W8001 | | | |
| 06/15/07 | Wall Grout Color Zone 2 | Bright White 381 | | | Incl. |
| 06/15/07 | Wall Deco Zone 2 Set 1 | LEVEL II EACH | 21.00 | 6 | 126.00 |
| 06/15/07 | Wall Deco Zone 2 Sty Set 1 | Belini 8x10 | | | |
| 06/15/07 | Wall Deco Zone 2 Clr Set 1 | WHTW4785 | | | |
| 06/15/07 | Wall Deco Zone 2 Design | SEE DIAGRAM | | | |
| 06/15/07 | Zone 3  Cabinet Mfr | Timberlake | | | Incl. |
| 06/15/07 | Zone 3  Cabinet Size | Standard Height Vanity | | | |
| 06/15/07 | Zone 3  Cabinet Size/Mfr | ST Timberlake | | | |
| 06/15/07 | Zone 3  Cabinet Grade | Level II | | | |
| 06/15/07 | Zone 3  Cabinet Price | Stnd Timbrlk Level II | 35.00 | 1 | 35.00 |
| 06/15/07 | Hall Bath Cabinet Style | Cascade Maple | | | |
| 06/15/07 | Zone 3  Cab Mfr/Sz/Grd/Sty | ST TL II SCASCM | | | |
| 06/15/07 | Zone 3  Cabinet Color | Honey | | | |
| 06/15/07 | Hall Bath Countertop | Cultured Marble | 270.00 | 1 | 270.00 |
| 06/15/07 | Hall Bath Countertop Color | LT100/A125 | | | |
| 06/15/07 | Zone 3 Cultured Marble Finish | Matte | 40.00 | 1 | 40.00 |
| 06/15/07 | Bath Plumbing Fixtures Zone 3 | Castleby Polished Chrome #4938 | 75.00 | 1 | 75.00 |
| 06/15/07 | Bath Tub/Commode Color Zone 3 | Bone | | | |
| 06/15/07 | Tub Wall Tile Level Zone 3 | Level I Wall Tile | | | Incl. |
| 06/15/07 | Tub Wall Tile Style Zone 3 | Mercury 6x6 | | | |
| 06/15/07 | Tub Wall Tile Color Zone 3 | Bone W6204 | | | |
| 06/15/07 | Bth Window Glass Style  Zone 2 | Clear | | | |
| 06/15/07 | Wall Grout Color Zone 3 | Bright White 381 | | | Incl. |
| 06/15/07 | Zone 24  Cabinet Size | Standard Height Vanity | | | |
| | | **FLOORING** | | | |
| 06/15/07 | Carpet Pad | 7/16" 6LB Rebond Pad | | | Incl. |
| 06/15/07 | Carpet Pad Upgrade/Opt Den Prc | 7/16" 6LB Rebond Pad | | | |
| 06/15/07 | Flooring for Zone 2 | Level II Tile - Straight | 554.00 | 1 | 554.00 |
| 06/15/07 | Flooring for Zone 2 Style | Bellini 12" x  12" | | | |
| 06/15/07 | Flooring for Zone 2 Color | White W3069 | | | |
| 06/15/07 | Floor Grout Color Zone 2 | Antique White 10 | | | |
| 06/15/07 | Flooring for Zone 3 Hall Bath | Level II Tile - Straight | 95.00 | 1 | 95.00 |
| 06/15/07 | Flooring for Zone 3 Style | Redondo 12X12 | | | |
| 06/15/07 | Flooring for Zone 3 Color | BIANCO W5069 | | | |
| 06/15/07 | Floor Grout Color Zone 3 | Quartz 101 | | | |
| 06/15/07 | Flooring for Zone 7 Utility Rm | Level II Tile - Straight | 224.00 | 1 | 224.00 |
| 06/15/07 | Flooring for Zone 7 Style | Redondo 12X12 | | | |
| 06/15/07 | Flooring for Zone 7 Color | BIANCO W5069 | | | |
| 06/15/07 | Floor Grout Color Zone 7 | Quartz 101 | | | |
| 06/15/07 | Flooring for Zone 8 | Level II Tile - Straight | 1,178.00 | 1 | 1,178.00 |
| 06/15/07 | Flooring for Zone 8 Style | Redondo 12X12 | | | |
| 06/15/07 | Flooring for Zone 8 Color | BIANCO W5069 | | | |
| 06/15/07 | Floor Grout Color Zone 8 | Quartz 101 | | | |
| 06/15/07 | Flooring for Zone 10 Dining Rm | Level II Tile - Straight | 992.00 | 1 | 992.00 |
| 06/15/07 | Flooring for Zone 10 Style | Redondo 12X12 | | | |
| 06/15/07 | Flooring for Zone 10 Color | BIANCO W5069 | | | |

_____
Morrison Homes Sales Associate
(Signature shall not bind Morrison Homes until such time as the
Division President or other authorized divisional Manager signs.)

_____
Kimberly A. Ham                                    Date

_____
Morrison Homes Builder

_____
Authorized Agent
Date: _____

_____
                                                   Date

Distribution Date _____ FILE_____
PRODUCTION_____ ATTORNEY/TITLE_____
LENDER_____ SALES_____ CO-OP_____ BUYER_____



Sarasota
Date: 06/15/07
Time: 08:49:39
Page: 2 / 5
S#: 20023394
C#: 1193939

## JOB INITIATION ORDER
## WITH STANDARDS

| Date | Selection | Selection Description | Price | Qty | Total |
|------|-----------|---------------------|-------|-----|-------|
| 06/15/07 | Interior Door Style Selection | Classique | | | Incl. |
| 06/15/07 | Int Door Select @ Den | 2-2'x6'8" Doors | | | |
| 06/15/07 | Interior Paint | "W' Color - 1 Color Throughout | 1,475.00 | 1 | 1,475.00 |
| 06/15/07 | Interior Paint W Color | Basketweave | | | |
| 06/15/07 | Window Blinds & SGD Verticals | 2" Faux House Pkg | 1,712.00 | 1 | 1,712.00 |
| 06/15/07 | Blind Color | White | | | |
| | **KITCHEN** | | | | |
| 06/15/07 | Kitchen Cabinet Mfr | Timberlake | | | Incl. |
| 06/15/07 | Kitchen Cabinet Size | 42" | | | |
| 06/15/07 | Kitchen Cabinet Size/Mfr | 42" Timberlake | | | |
| 06/15/07 | Kitchen Cabinet Grade | Level II | | | |
| 06/15/07 | Kitchen Cabinet Price | 42" Timbrlk Level II | 875.00 | 1 | 875.00 |
| 06/15/07 | Kitchen Cabinet Style | Cascade Maple | | | |
| 06/15/07 | Kitchen Cab Mfr/Sz/Grd/Sty | 42" TL II SCASCM | | | |
| 06/15/07 | Kitchen Cabinet Color | Honey | | | |
| 06/15/07 | Kitchen Cabinet Options 42" | Kitchen Drawer Base Cabinet | 160.00 | 1 | 160.00 |
| 06/15/07 | Stagger Cabinet above Range | Stagger Cabinet above Range | | | Incl. |
| 06/15/07 | Drawer Base Cabinet Loc | SEE DIAGRAM | | | |
| 06/15/07 | Kitchen Cabinet Crown Molding | Classic Crown Molding CCM8 | 776.00 | 1 | 776.00 |
| 06/15/07 | Classic Crown Molding Detail | Rope Molding Detail RM8 | 582.00 | 1 | 582.00 |
| 06/15/07 | Kitchen Countertop | Zodiac 3/4"-Level I | 4,412.00 | 1 | 4,412.00 |
| 06/15/07 | Kitchen Countertop Color | Smokey Topez | | | |
| 06/15/07 | Kitchen Countertop Edge | Standard | | | |
| 06/15/07 | Kitchen Countertop Edge Sty | Demi-Bull | | | |
| 06/15/07 | Kitchen Sink | Stainless Stl Undrmnt 501-106 | 544.00 | 1 | 544.00 |
| 06/15/07 | Kitchen Faucet | Camerist Stainless 7840SL | 105.00 | 1 | 105.00 |
| 06/15/07 | Dishwasher | Whirlpool GU2400XTKS | 383.00 | 1 | 383.00 |
| 06/15/07 | Dishwasher Color | Stainless Steel | | | |
| 06/15/07 | Range | Whirlpool GR478LXS Elec | 676.00 | 1 | 676.00 |
| 06/15/07 | Range Color | Stainless Steel | | | |
| 06/15/07 | Over the Range Microwave | Whirlpool GH4155XS | 820.00 | 1 | 820.00 |
| 06/15/07 | Over the Range Microwave Color | Stainless Steel | | | |
| 06/15/07 | Refrigerator | Whirlpool ED5FHEXS | 1,973.00 | 1 | 1,973.00 |
| 06/15/07 | Refrigerator Color | Stainless Steel | | | |
| | **BATHROOMS** | | | | |
| 06/15/07 | Zone 2  Cabinet Mfr | Timberlake | | | Incl. |
| 06/15/07 | Zone 2  Cabinet Size | Standard Height Vanity | | | |
| 06/15/07 | Zone 2  Cabinet Size/Mfr | ST Timberlake | | | |
| 06/15/07 | Zone 2  Cabinet Grade | Level II | | | |
| 06/15/07 | Zone 2  Cabinet Price | Stnd Timbrlk Level II | 95.00 | 1 | 95.00 |
| 06/15/07 | Master Bath Cabinet Style | Cascade Maple 36" Height | | | |
| 06/15/07 | Zone 2  Cab Mfr/Sz/Grd/Sty | ST TL II SCASCM | | | |
| 06/15/07 | Zone 2  Cabinet Color | Honey | | | |
| 06/15/07 | Master Bath Countertop | Cultured Marble | 1,161.00 | 1 | 1,161.00 |
| 06/15/07 | Master Bath Counter Color | LT100/A125 | | | |
| 06/15/07 | Zone 2 Cultured Marble Finish | Matte | 60.00 | 1 | 60.00 |
| 06/15/07 | Bath Plumbing Fixtures Zone 2 | Castleby Polished Chrome | 196.00 | 1 | 196.00 |
| 06/15/07 | Bath Tub/Commode Color Zone 2 | Bone | | | |
| 06/15/07 | Shower Glass Style  Zone 2 | Clear | | | |

_____

**Morrison Homes Sales Associate**
(Signature shall not bind Morrison Homes until such time as the
Division President or other authorized divisional Manager signs.)

Kimberly A. Harr                           **Date**

_____

**Morrison Homes Builder**

_____

**Authorized Agent**
Date: _____

_____    **Date**

Distribution Date _____ FILE _____
PRODUCTION _____ ATTORNEY/TITLE _____
LENDER _____ SALES _____ CO-OP ____ BUYER _____

# *Morrison Homes*

Sarasota
Date: 06/15/07
Time: 08:49:39
Page: 1 / 5
S#: 20023394
C#: 1193939

## JOB INITIATION ORDER
## WITH STANDARDS

**BUYER:** Kimberly A. Ham

**BUYER:**

**COMMUNITY:** Aberdeen 55's                    **LOT: 59 BLOCK:**

**HOUSE PLAN:** Pinehurst @ Aberdeen 55's        **ELEVATION: ELEV-C**

**ADDRESS:** 3632 101st Avenue E, Parrish  FL 34219

| Date | Selection | Selection Description | Price | Qty | Total |
|------|-----------|----------------------|-------|-----|-------|
| | | House Base Price | | | 290,990.00 |
| | | Lot Premium | | | 0.00 |
| | | **MISCELLANEOUS** | | | |
| 06/15/07 | Den | Option Selected | | | |
| 06/15/07 | Fascia Material Elev C | 2X6 Alum Fascia | | | |
| | | **STRUCTURAL** | | | |
| 06/15/07 | Foundation Type | Mono Slab | | | |
| 06/15/07 | Home Elevation | Elevation C | 1,500.00 | 1 | 1,500.00 |
| 06/15/07 | House Swing | Right | | | |
| 06/15/07 | Garage Options | 2 Car Garage | | | Incl. |
| 06/15/07 | Den | Den | 10,261.00 | 1 | 10,261.00 |
| 06/15/07 | Covered Lanai | Covered Lanai | | | Incl. |
| 06/15/07 | Hot Water Heater | 40 Gallon Gas | | | Incl. |
| 06/15/07 | Rotunda Detail with Lighting | Rotunda Detail with Lighting | 1,549.00 | 1 | 1,549.00 |
| 06/15/07 | Great Rm Exterior Select | Pocket Sliding Glass Door | | | |
| 06/15/07 | Pt Shelves not included in Kit | Pt Shelves not included in Kit | | | Incl. |
| | | **EXTERIORS** | | | |
| 06/15/07 | Front Entry Options | Acrylic Decking on Entry | | | Incl. |
| 06/15/07 | Entry Color | Oyster | | | |
| 06/15/07 | Lanai Options | Acrylic Decking on Lanai | | | Incl. |
| 06/15/07 | Lanai Color | Oyster | | | |
| 06/15/07 | Landscaping Package Selection | Landscape Package B | | | |
| 06/15/07 | 6'8" Front Door Options | 3068 S210 6 Panel Door | | | Incl. |
| 06/15/07 | 6'8" Front Sidelite Options | 12" S308SL 5 Lite Sidelite | | | Incl. |
| 06/15/07 | Roof Shingles | 30-Year Dimensional Shingles | | | Incl. |
| 06/15/07 | Roof Shingle Color | GAF Driftwood Blend | | | |
| 06/15/07 | Garage Door Opener w/2 Remotes | 1/3 HP Opener | 419.00 | 1 | 419.00 |
| 06/15/07 | 1/3 HP Opener Loc | 16' GARAGE, | | | |
| 06/15/07 | Acrylic Seal Garage Floor | 2 Car Garage | | | Incl. |
| 06/15/07 | Exterior Paint Collections | Sarasota Classic Collection | | | Incl. |
| 06/15/07 | Sarasota Scheme | Tampa Ext Scheme 8 | | | |
| 06/15/07 | Sarasota Body Color | Beach Grass 7751 | | | |
| 06/15/07 | Sarasota Trim Color | White | | | |
| 06/15/07 | Front Entry Door Color | Old Colonial Red | | | |
| 06/15/07 | Front Door Hardware | Chelsea Stn Nckl/Lido Stn Nckl | 12.00 | 1 | 12.00 |
| 06/15/07 | Ext/Int Door Hardware Combo | Lido/Stn Nickl/Lido Stn Nickel | 70.00 | 1 | 70.00 |
| 06/15/07 | Den Door Hdwr Price | Lido Satin Nickel | 30.00 | 1 | 30.00 |
| | | **INTERIORS** | | | |
| 06/15/07 | Drywall Styles | Round Cornerbead Throughout | 1,052.00 | 1 | 1,052.00 |

_____
Morrison Homes Sales Associate
(Signature shall not bind Morrison Homes until such time as the
Division President or other authorized divisional Manager signs.)

*Kimberly A. Ham*                    **Date**
Kimberly A. Ham

_____
Morrison Homes Builder

_____
Authorized Agent
Date:

_____ **Date**

Distribution Date _____ FILE_____
PRODUCTION_____ATTORNEY/TITLE_____
LENDER_____SALES____CO-OP____BUYER____

# *Morrison Homes*

## JOB INITIATION ORDER
## WITH STANDARDS

Sarasota
Date: 06/11/07
Time: 17:24:00
Page: 5 / 5
S#: ~~20019605~~ 2002384
C#: ~~1109232~~
1193939

| Date | Selection | Selection Description | Price Qty | Total |
|------|-----------|----------------------|-----------|-------|
| 06/11/07 | Bath Light Fixture Zone 2 | KP-8-511-#-69 Pewter | 111.00  1 | 111.00 |
| 06/11/07 | Bath Lighting Group Zone 3 | Group Two | | |
| 06/11/07 | Bath Light Fixture Zone 3 | KP-8-511-#-69 Pewter | 22.00  1 | 22.00 |
| 06/11/07 | Coach Light | Group One | | |
| 06/11/07 | Coach Light Qty | 2 | | |
| 06/11/07 | Coach Light Color | 5-2090-72 Rustic Bronze | 85.00  2 | 170.00 |
| | | **ELECTRICAL** | | |
| 06/11/07 | Electrical Option | Television Outlet | 82.00  3 | 246.00 |
| 06/11/07 | Electrical Option | Prewire for Coach Light w/Sw | 146.00  1 | 146.00 |
| 06/11/07 | Electrical Option | Mini Spot Light (Bfor Shtrck) | 42.00  1 | 42.00 |
| 06/11/07 | Electrical Option | Mini Spot Lt w/Sw(Bfor Shtrck) | 29.00  1 | 29.00 |
| 06/11/07 | Electrical Option | Prewire for Ceiling Fan w/Sw | 82.00  3 | 246.00 |
| 06/11/07 | Electrical Option | Prewire for Coach Light | 59.00  1 | 59.00 |
| 06/11/07 | Electrical Option | Telephone Outlet | 82.00  1 | 82.00 |
| 06/11/07 | Phone Outlet Loc | SEE DIAGRAM DATED 12/19/2005 | | |
| 06/11/07 | TV Outlet Loc | SEE DIAGRAM DATED 12/19/2005 | | |
| 06/11/07 | Prewire Coach Light w/Sw Loc | SEE DIAGRAM DATED 12/19/2005 | | |
| 06/11/07 | Prewire Coach Light Loc | SEE DIAGRAM DATED 12/19/2005 | | |
| 06/11/07 | Prewire for C-Fan w/Sw Loc | SEE DIAGRAM DATED 12/19/2005 | | |
| 06/11/07 | Mini Spot Lt w/Sw Loc | SEE DIAGRAM DATED 12/19/2005 | | |
| 06/11/07 | Mini Spot Lt Loc | SEE DIAGRAM DATED 12/19/2005 | | |
| | | **CUSTOM OPTIONS** | | |
| 06/11/07 | 1000016805 | OPR-KITCHEN BACKSPLASH TILE | 524.00  1 | 524.00 |

FIELD: VIVIANI MULTI 2 x 2 MOSAIC W2788
BULLNOSE: VIVIANI BLUE 3 x 13 W2800

**SALES STIPULATIONS**

06/11/07  CLARIFICAT     Incentive
#72,796
~~$71084~~ is being deducted as an incetive. Buyer understands that
incentive is contigent upon closing on or before 06/~~15~~20/2007. Seller
will contribute up to $15,600 for closing cost. . .

. . .        Seller will install a blind package for entire
house at no additional charge. Blind package to be selected by
Morrison Homes.

|  |  |
|--|--|
| OPTION TOTAL | 41,806.00 |
| CREDIT | -72,796.00 |
| JOB INITIATION TOTAL | 260,000.00 |

Marie Marie
Morrison Homes Sales Associate
(Signature shall not bind Morrison Homes until such time as the
Division President or other authorized divisional Manager signs.)

Kimberly A Han  4/13/07
Kimberly A. Han              Date

_____
Morrison Homes Builder

_____       Date
Authorized Agent
Date: _____

Distribution Date _____FILE_____
PRODUCTION_____ATTORNEY/TITLE_____
LENDER_____SALES_____CO-OP_____BUYER_____

# *Morrison Homes*

## JOB INITIATION ORDER
## WITH STANDARDS

Sarasota
Date: 06/11/07
Time: 17:24:00
Page: 4 / 5
S#:  20019605
C#:  1189232

| Date | Selection | Selection Description | Price | Qty | Total |
|------|-----------|----------------------|-------|-----|-------|
| 06/11/07 | Floor Grout Color Zone 10 | Quartz 101 | | | |
| 06/11/07 | Flooring for Zone 12 Great Rm | Level II Tile - Straight | 1,946.00 | 1 | 1,946.00 |
| 06/11/07 | Flooring for Zone 12 Style | Redondo 12X12 | | | |
| 06/11/07 | Flooring for Zone 12 Color | BIANCO W5069 | | | |
| 06/11/07 | Floor Grout Color Zone 12 | Quartz 101 | | | |
| 06/11/07 | Flooring for Zone 14 Ext Foyer | Level II Tile - Straight | 247.00 | 1 | 247.00 |
| 06/11/07 | Flooring for Zone 14 Style | Redondo 12X12 | | | |
| 06/11/07 | Flooring for Zone 14 Color | BIANCO W5069 | | | |
| 06/11/07 | Floor Grout Color Zone 14 | Quartz 101 | | | |
| 06/11/07 | Flooring for Zone 17 Hall | Level II Tile - Straight | 291.00 | 1 | 291.00 |
| 06/11/07 | Flooring for Zone 17 Style | Redondo 12X12 | | | |
| 06/11/07 | Flooring for Zone 17 Color | BIANCO W5069 | | | |
| 06/11/07 | Floor Grout Color Zone 17 | Quartz 101 | | | |
| 06/11/07 | Flooring for Zone 20 Walkway | Level II Tile - Straight | 533.00 | 1 | 533.00 |
| 06/11/07 | Flooring for Zone 20 Style | Redondo 12X12 | | | |
| 06/11/07 | Flooring for Zone 20 Color | BIANCO W5069 | | | |
| 06/11/07 | Floor Grout Color Zone 20 | Quartz 101 | | | |
| 06/11/07 | Flooring for Zone 21 Rotunda | Level II Tile - Straight | 489.00 | 1 | 489.00 |
| 06/11/07 | Flooring for Zone 21 Style | Redondo 12X12 | | | |
| 06/11/07 | Flooring for Zone 21 Color | BIANCO W5069 | | | |
| 06/11/07 | Floor Grout Color Zone 21 | Quartz 101 | | | |
| 06/11/07 | Flooring for Zone 30 | Level III Carpet | 49.00 | 1 | 49.00 |
| 06/11/07 | Flooring for Zone 30 Style | Glory Days II | | | |
| 06/11/07 | Flooring for Zone 30 Color | Mushroom Cap 735 | | | |
| 06/11/07 | Flooring Zone 31 M Bed Closet | Level III Carpet | 17.00 | 1 | 17.00 |
| 06/11/07 | Flooring for Zone 31 Style | Glory Days II | | | |
| 06/11/07 | Flooring for Zone 31 Color | Mushroom Cap 735 | | | |
| 06/11/07 | Flooring for Zone 32 Bedroom 2 | Level III Carpet | 31.00 | 1 | 31.00 |
| 06/11/07 | Flooring for Zone 32 Style | Glory Days II | | | |
| 06/11/07 | Flooring for Zone 32 Color | Mushroom Cap 735 | | | |
| 06/11/07 | Flooring for Zone 33 Bedroom 3 | Level III Carpet | 28.00 | 1 | 28.00 |
| 06/11/07 | Flooring for Zone 33 Siyie | Glory Days II | | | |
| 06/11/07 | Flooring for Zone 33 Color | Mushroom Cap 735 | | | |
| 06/11/07 | Flooring for Zone 43 Opt Den | Level III Carpet | 29.00 | 1 | 29.00 |
| 06/11/07 | Flooring for Zone 43 Style | Glory Days II | | | |
| 06/11/07 | Flooring for Zone 43 Color | Mushroom Cap 735 | | | |
| 06/11/07 | Flooring for Zn 45 Foyer Chnge | Level II Tile - Straight | 302.00 | 1 | 302.00 |
| 06/11/07 | Flooring for Zone 45 Style | Redondo 12X12 | | | |
| 06/11/07 | Flooring for Zone 45 Color | BIANCO W5069 | | | |
| 06/11/07 | Floor Grout Color Zone 45 | Quartz 101 | | | |
| 06/11/07 | Mosaic Floor Inlay | MILANO W3402 40 x 40 | 1,495.00 | 1 | 1,495.00 |
| 06/11/07 | Mosaic Floor Inlay Loc | SEE DIAGRAM | | | |
| | | **LIGHTS** | | | |
| 06/11/07 | Dining Room Light Group | Group Two | | | |
| 06/11/07 | Dining Room Light Fixture | KP-1-5001-5-69 Pewter | 39.00 | 1 | 39.00 |
| 06/11/07 | Breakfast Nook Light Group | Group One | | | Incl. |
| 06/11/07 | Breakfast Nook Light Fixture | KP-7-504-2-69 Pewter | | | Incl. |
| 06/11/07 | Foyer Lighting Group | Group Three | | | |
| 06/11/07 | Foyer Light Fixture Color | KP-SS-98-2-69 Pewter | 24.00 | 1 | 24.00 |
| 06/11/07 | Bath Lighting Group Zone 2 | Group Two | | | |

_____
Morrison Homes Sales Associate
(Signature shall not bind Morrison Homes until such time as the
Division President or other authorized divisional Manager signs.)


_____
Morrison Homes Builder

_____
Authorized Agent
Date: _____

_____ 6/13/07
Kimberly A. Ham                    **Date**


_____
**Date**

Distribution Date _____ FILE_____
PRODUCTION_____ATTORNEY/TITLE_____
LENDER_____ SALES_____ CO-OP_____ BUYER_____



**JOB INITIATION ORDER**
**WITH STANDARDS**

Sarasota
Date: 06/11/07
Time: 17:24:00
Page: 3 / 5
S#: 20019605
C#: 1189232

| Date | Selection | Selection Description | Price | Qty | Total |
|------|-----------|----------------------|-------|-----|-------|
| 06/11/07 | Wall Tile Level Zone 2 | Level II Wall Tile | 122.00 | 1 | 122.00 |
| 06/11/07 | Wall Tile Style Zone 2 | Bellini 8x10 | | | |
| 06/11/07 | Wall Tile Color Zone 2 | White W4784 | | | |
| 06/11/07 | Shower Floor Color  Zone 2 | Bone Matte W8001 | | | |
| 06/11/07 | Wall Grout Color Zone 2 | Bright White 381 | | | Incl. |
| 06/11/07 | Wall Deco Zone 2 Set 1 | LEVEL II EACH | 21.00 | 6 | 126.00 |
| 06/11/07 | Wall Deco Zone 2 Sty Set 1 | Belini 8x10 | | | |
| 06/11/07 | Wall Deco Zone 2 Clr Set 1 | WHTW4785 | | | |
| 06/11/07 | Wall Deco Zone 2 Design | SEE DIAGRAM | | | |
| 06/11/07 | Zone 3  Cabinet Mfr | Timberlake | | | Incl. |
| 06/11/07 | Zone 3  Cabinet Size | Standard Height Vanity | | | |
| 06/11/07 | Zone 3  Cabinet Size/Mfr | ST Timberlake | | | |
| 06/11/07 | Zone 3  Cabinet Grade | Level II | | | |
| 06/11/07 | Zone 3  Cabinet Price | Stnd Timbrlk Level II | 35.00 | 1 | 35.00 |
| 06/11/07 | Hall Bath Cabinet Style | Cascade Maple | | | |
| 06/11/07 | Zone 3  Cab Mfr/Sz/Grd/Sty | ST TL II SCASCM | | | |
| 06/11/07 | Zone 3  Cabinet Color | Honey | | | |
| 06/11/07 | Hall Bath Countertop | Cultured Marble | 270.00 | 1 | 270.00 |
| 06/11/07 | Hall Bath Countertop Color | LT100/A125 | | | |
| 06/11/07 | Zone 3 Cultured Marble Finish | Matte | 40.00 | 1 | 40.00 |
| 06/11/07 | Bath Plumbing Fixtures Zone 3 | Castleby Polished Chrome #4938 | 75.00 | 1 | 75.00 |
| 06/11/07 | Bath Tub/Commode Color Zone 3 | Bone | | | |
| 06/11/07 | Tub Wall Tile Level Zone 3 | Level I Wall Tile | | | Incl. |
| 06/11/07 | Tub Wall Tile Style Zone 3 | Mercury 6x6 | | | |
| 06/11/07 | Tub Wall Tile Color Zone 3 | Bone W6204 | | | |
| 06/11/07 | Bth Window Glass Style  Zone 2 | Clear | | | |
| 06/11/07 | Wall Grout Color Zone 3 | Bright White 381 | | | Incl. |
| 06/11/07 | Zone 24  Cabinet Size | Standard Height Vanity | | | |
| | | **FLOORING** | | | |
| 06/11/07 | Carpet Pad | 7/16" 6LB Rebond Pad | | | Incl. |
| 06/11/07 | Carpet Pad Upgrade/Opt Den Prc | 7/16" 6LB Rebond Pad | | | |
| 06/11/07 | Flooring for Zone 2 | Level II Tile - Straight | 554.00 | 1 | 554.00 |
| 06/11/07 | Flooring for Zone 2 Style | Bellini 12" x  12" | | | |
| 06/11/07 | Flooring for Zone 2 Color | White W3069 | | | |
| 06/11/07 | Floor Grout Color Zone 2 | Antique White 10 | | | |
| 06/11/07 | Flooring for Zone 3 Hall Bath | Level II Tile - Straight | 95.00 | 1 | 95.00 |
| 06/11/07 | Flooring for Zone 3 Style | Redondo 12X12 | | | |
| 06/11/07 | Flooring for Zone 3 Color | BIANCO W5069 | | | |
| 06/11/07 | Floor Grout Color Zone 3 | Quartz 101 | | | |
| 06/11/07 | Flooring for Zone 7 Utility Rm | Level II Tile - Straight | 224.00 | 1 | 224.00 |
| 06/11/07 | Flooring for Zone 7 Style | Redondo 12X12 | | | |
| 06/11/07 | Flooring for Zone 7 Color | BIANCO W5069 | | | |
| 06/11/07 | Floor Grout Color Zone 7 | Quartz 101 | | | |
| 06/11/07 | Flooring for Zone 8 | Level II Tile - Straight | 1,178.00 | 1 | 1,178.00 |
| 06/11/07 | Flooring for Zone 8 Style | Redondo 12X12 | | | |
| 06/11/07 | Flooring for Zone 8 Color | BIANCO W5069 | | | |
| 06/11/07 | Floor Grout Color Zone 8 | Quartz 101 | | | |
| 06/11/07 | Flooring for Zone 10 Dining Rm | Level II Tile - Straight | 992.00 | 1 | 992.00 |
| 06/11/07 | Flooring for Zone 10 Style | Redondo 12X12 | | | |
| 06/11/07 | Flooring for Zone 10 Color | BIANCO W5069 | | | |

Morrison Homes Sales Associate
(Signature shall not bind Morrison Homes until such time as the
Division President or other authorized divisional Manager signs.)

Kimberly A. Ham                          6/12/07
                                          **Date**

Morrison Homes Builder

Authorized Agent
Date:

Distribution Date _____FILE_____
PRODUCTION_____ATTORNEY/TITLE_____
LENDER_____SALES_____CO-OP_____BUYER_____

**Date**



## JOB INITIATION ORDER
## WITH STANDARDS

Sarasota
Date: 06/11/07
Time: 17:24:00
Page: 2 / 5
S#: 20019605
C#: 1189232

| Date | Selection | Selection Description | Price | Qty | Total |
|------|-----------|----------------------|-------|-----|-------|
| 06/11/07 | Interior Door Style Selection | Classique | | | Incl. |
| 06/11/07 | Int Door Select @ Den | 2-2'x6'8" Doors | | | |
| 06/11/07 | Interior Paint | "W" Color - 1 Color Throughout | 1,475.00 | 1 | 1,475.00 |
| 06/11/07 | Interior Paint W Color | Basketweave | | | |
| 06/11/07 | Window Blinds & SGD Verticals | 2" Faux House Pkg | 1,712.00 | 1 | 1,712.00 |
| 06/11/07 | Blind Color | White | | | |
| | **KITCHEN** | | | | |
| 06/11/07 | Kitchen Cabinet Mfr | Timberlake | | | Incl. |
| 06/11/07 | Kitchen Cabinet Size | 42" | | | |
| 06/11/07 | Kitchen Cabinet Size/Mfr | 42" Timberlake | | | |
| 06/11/07 | Kitchen Cabinet Grade | Level II | | | |
| 06/11/07 | Kitchen Cabinet Price | 42" Timbrlk Level II | 875.00 | 1 | 875.00 |
| 06/11/07 | Kitchen Cabinet Style | Cascade Maple | | | |
| 06/11/07 | Kitchen Cab Mfr/Sz/Grd/Sty | 42" TL II SCASCM | | | |
| 06/11/07 | Kitchen Cabinet Color | Honey | | | |
| 06/11/07 | Kitchen Cabinet Options 42" | Kitchen Drawer Base Cabinet | 160.00 | 1 | 160.00 |
| 06/11/07 | Stagger Cabinet above Range | Stagger Cabinet above Range | | | Incl. |
| 06/11/07 | Drawer Base Cabinet Loc | SEE DiAGRAM | | | |
| 06/11/07 | Kitchen Cabinet Crown Molding | Classic Crown Molding CCM8 | 776.00 | 1 | 776.00 |
| 06/11/07 | Classic Crown Molding Detail | Rope Molding Detail RM8 | 582.00 | 1 | 582.00 |
| 06/11/07 | Kitchen Countertop | Zodiac 3/4"-Level I | 4,412.00 | 1 | 4,412.00 |
| 06/11/07 | Kitchen Countertop Color | Smokey Topez | | | |
| 06/11/07 | Kitchen Countertop Edge | Standard | | | |
| 06/11/07 | Kitchen Countertop Edge Sty | Demi-Bull | | | |
| 06/11/07 | Kitchen Sink | Stainless Stl Undrmnt 501-106 | 544.00 | 1 | 544.00 |
| 06/11/07 | Kitchen Faucet | Camerist Stainless 7840SL | 105.00 | 1 | 105.00 |
| 06/11/07 | Dishwasher | Whirlpool GU2400XTKS | 383.00 | 1 | 383.00 |
| 06/11/07 | Dishwasher Color | Stainless Steel | | | |
| 06/11/07 | Range | Whirlpool GR478LXS Elec | 676.00 | 1 | 676.00 |
| 06/11/07 | Range Color | Stainless Steel | | | |
| 06/11/07 | Over the Range Microwave | Whirlpool GH4155XS | 820.00 | 1 | 820.00 |
| 06/11/07 | Over the Range Microwave Color | Stainless Steel | | | |
| 06/11/07 | Refrigerator | Whirlpool ED5FHEXS | 1,973.00 | 1 | 1,973.00 |
| 06/11/07 | Refrigerator Color | Stainless Steel | | | |
| | **BATHROOMS** | | | | |
| 06/11/07 | Zone 2  Cabinet Mfr | Timberlake | | | Incl. |
| 06/11/07 | Zone 2  Cabinet Size | Standard Height Vanity | | | |
| 06/11/07 | Zone 2  Cabinet Size/Mfr | ST Timberlake | | | |
| 06/11/07 | Zone 2  Cabinet Grade | Level II | | | |
| 06/11/07 | Zone 2  Cabinet Price | Stnd Timbrlk Level II | 95.00 | 1 | 95.00 |
| 06/11/07 | Master Bath Cabinet Style | Cascade Maple 36" Height | | | |
| 06/11/07 | Zone 2  Cab Mfr/Sz/Grd/Sty | ST TL II SCASCM | | | |
| 06/11/07 | Zone 2  Cabinet Color | Honey | | | |
| 06/11/07 | Master Bath Countertop | Cultured Marble | 1,161.00 | 1 | 1,161.00 |
| 06/11/07 | Master Bath Counter Color | LT100/A125 | | | |
| 06/11/07 | Zone 2 Cultured Marble Finish | Matte | 60.00 | 1 | 60.00 |
| 06/11/07 | Bath Plumbing Fixtures Zone 2 | Castleby Polished Chrome | 196.00 | 1 | 196.00 |
| 06/11/07 | Bath Tub/Commode Color Zone 2 | Bone | | | |
| 06/11/07 | Shower Glass Style  Zone 2 | Clear | | | |

Morrison Homes Sales Associate
(Signature shall not bind Morrison Homes until such time as the
Division President or other authorized divisional Manager signs.)

Kimberly A. Ham

**Date** 6/12/07

Morrison Homes Builder

Authorized Agent
Date:

**Date**

Distribution Date _____ FILE_____
PRODUCTION_____ATTORNEY/TITLE____
LENDER_____SALES_____CO-OP____BUYER____



**JOB INITIATION ORDER**
**WITH STANDARDS**

Sarasota
Date: 06/11/07
Time: 17:24:00
Page: 1 / 5
S#:   20019605
C#:   1189232

**BUYER:** *Kimberly A. Ham*

**BUYER:**

**COMMUNITY:  Aberdeen 55's**

**LOT: 59 BLOCK:**

**HOUSE PLAN: Pinehurst @ Aberdeen 55's**

**ELEVATION: ELEV-C**

**ADDRESS:    3632 101st Avenue E, Parrish  FL 34219**

| Date | Selection | Selection Description | Price | Qty | Total |
|------|-----------|----------------------|-------|-----|-------|
| | | House Base Price | | | 290,990.00 |
| | | Lot Premium | | | 0.00 |
| | | **MISCELLANEOUS** | | | |
| 06/11/07 | Den | Option Selected | | | |
| 06/11/07 | Fascia Material Elev C | 2X6 Alum Fascia | | | |
| | | **STRUCTURAL** | | | |
| 06/11/07 | Foundation Type | Mono Slab | | | |
| 06/11/07 | Home Elevation | Elevation C | 1,500.00 | 1 | 1,500.00 |
| 06/11/07 | House Swing | Right | | | |
| 06/11/07 | Garage Options | 2 Car Garage | | | Incl. |
| 06/11/07 | Den | Den | 10,261.00 | 1 | 10,261.00 |
| 06/11/07 | Covered Lanai | Covered Lanai | | | Incl. |
| 06/11/07 | Hot Water Heater | 40 Gallon Gas | | | Incl. |
| 06/11/07 | Rotunda Detail with Lighting | Rotunda Detail with Lighting | 1,549.00 | 1 | 1,549.00 |
| 06/11/07 | Great Rm Exterior Select | Pocket Sliding Glass Door | | | |
| 06/11/07 | Pt Shelves not included in Kit | Pt Shelves not included in Kit | | | Incl. |
| | | **EXTERIORS** | | | |
| 06/11/07 | Front Entry Options | Acrylic Decking on Entry | | | Incl. |
| 06/11/07 | Entry Color | Oyster | | | |
| 06/11/07 | Lanai Options | Acrylic Decking on Lanai | | | Incl. |
| 06/11/07 | Lanai Color | Oyster | | | |
| 06/11/07 | Landscaping Package Selection | Landscape Package B | | | |
| 06/11/07 | 6'8" Front Door Options | 3068 S210 6 Panel Door | | | Incl. |
| 06/11/07 | 6'8" Front Sidelite Options | 12" S308SL 5 Lite Sidelite | | | Incl. |
| 06/11/07 | Roof Shingles | 30-Year Dimensional Shingles | | | Incl. |
| 06/11/07 | Roof Shingle Color | GAF Driftwood Blend | | | |
| 06/11/07 | Garage Door Opener w/2 Remotes | 1/3 HP Opener | 419.00 | 1 | 419.00 |
| 06/11/07 | 1/3 HP Opener Loc | 16' GARAGE, | | | |
| 06/11/07 | Acrylic Seal Garage Floor | 2 Car Garage | | | Incl. |
| 06/11/07 | Exterior Paint Collections | Sarasota Classic Collection | | | Incl. |
| 06/11/07 | Sarasota Scheme | Tampa Ext Scheme 8 | | | |
| 06/11/07 | Sarasota Body Color | Beach Grass 7751 | | | |
| 06/11/07 | Sarasota Trim Color | White | | | |
| 06/11/07 | Front Entry Door Color | Old Colonial Red | | | |
| 06/11/07 | Front Door Hardware | Chelsea Stn Nckl/Lido Stn Nckl | 12.00 | 1 | 12.00 |
| 06/11/07 | Ext/Int Door Hardware Combo | Lido/Stn Nckl/Lido Stn Nickel | 70.00 | 1 | 70.00 |
| 06/11/07 | Den Door Hdwr Price | Lido Satin Nickel | 30.00 | 1 | 30.00 |
| | | **INTERIORS** | | | |
| 06/11/07 | Drywall Styles | Round Cornerbead Throughout | 1,052.00 | 1 | 1,052.00 |

_____

Morrison Homes Sales Associate
(Signature shall not bind Morrison Homes until such time as the
Division President or other authorized divisional Manager signs.)

*Kimberly A Ham*   6/12/07
**Date**

*Kimberly A Ham*

_____

Morrison Homes Builder

_____                                    **Date**

Authorized Agent
Date: _____

Distribution Date _____FILE_____
PRODUCTION_____ATTORNEY/TITLE_____
LENDER_____SALES____CO-OP_____BUYER____

# *Morrison Homes®*

www.morrisonhomes.com

## THE PINEHURST

3 BEDROOMS, 2 BATHS
1823 SQUARE FEET



C



D

E

ARTIST CONCEPTS



| | Sarasota |
|---|---|
| | Date: 05/22/07 |
| | Time: 16:23:41 |
| | Page: 5 / 5 |
| | S#: 20019605 |
| | C#: 1189232 |

## JOB INITIATION ORDER
## WITH STANDARDS

| Date | Selection | Selection Description | Price | Qty | Total |
|---|---|---|---|---|---|
| 05/22/07 | Bath Light Fixture Zone 2 | KP-8-511-#-69 Pewter | 111.00 | 1 | 111.00 |
| 05/22/07 | Bath Lighting Group Zone 3 | Group Two | | | |
| 05/22/07 | Bath Light Fixture Zone 3 | KP-8-511-#-69 Pewter | 22.00 | 1 | 22.00 |
| 05/22/07 | Coach Light | Group One | | | |
| 05/22/07 | Coach Light Qty | 2 | | | |
| 05/22/07 | Coach Light Color | 5-2090-72 Rustic Bronze | 85.00 | 2 | 170.00 |
| | | **ELECTRICAL** | | | |
| 05/22/07 | Electrical Option | Television Outlet | 82.00 | 3 | 246.00 |
| 05/22/07 | Electrical Option | Prewire for Coach Light w/Sw | 146.00 | 1 | 146.00 |
| 05/22/07 | Electrical Option | Mini Spot Light (Bfor Shtrck) | 42.00 | 1 | 42.00 |
| 05/22/07 | Electrical Option | Mini Spot Lt w/Sw(Bfor Shtrck) | 29.00 | 1 | 29.00 |
| 05/22/07 | Electrical Option | Prewire for Ceiling Fan w/Sw | 82.00 | 3 | 246.00 |
| 05/22/07 | Electrical Option | Prewire for Coach Light | 59.00 | 1 | 59.00 |
| 05/22/07 | Electrical Option | Telephone Outlet | 82.00 | 1 | 82.00 |
| 05/22/07 | Phone Outlet Loc | SEE DIAGRAM DATED 12/19/2005 | | | |
| 05/22/07 | TV Outlet Loc | SEE DIAGRAM DATED 12/19/2005 | | | |
| 05/22/07 | Prewire Coach Light w/Sw Loc | SEE DIAGRAM DATED 12/19/2005 | | | |
| 05/22/07 | Prewire Coach Light Loc | SEE DIAGRAM DATED 12/19/2005 | | | |
| 05/22/07 | Prewire for C-Fan w/Sw Loc | SEE DIAGRAM DATED 12/19/2005 | | | |
| 05/22/07 | Mini Spot Lt w/Sw Loc | SEE DIAGRAM DATED 12/19/2005 | | | |
| 05/22/07 | Mini Spot Lt Loc | SEE DIAGRAM DATED 12/19/2005 | | | |
| | | **CUSTOM OPTIONS** | | | |
| 05/22/07 | 1000016805 | OPR-KITCHEN BACKSPLASH TILE | 524.00 | 1 | 524.00 |

```
FIELD: VIVIANI MULTI 2 x 2 MOSAIC W2788
BULLNOSE: VIVIANI BLUE 3 x 13 W2800
```

| | | **SALES STIPULATIONS** | | | |
|---|---|---|---|---|---|
| 05/22/07 | CLARIFICAT | Incentive | | | |

```
$71084 is being deducted as an incetive. Buyer understands that
incentive is contigent upon closing on or before 06/28/2007. Seller
will contribute up to $15,600 for closing cost. Seller will install a
white 6' PVC privacy fence along property line behind lanai at no
additional charge. Seller will install a blind package for entire
house at no additional charge. Blind package to be selected by
Morrison Homes.
```

| | | | |
|---|---|---|---|
| | OPTION TOTAL | | 41,806.00 |
| | CREDIT | | -72,796.00 |
| | JOB INITIATION TOTAL | | 260,000.00 |

Morrison Homes Sales Associate
(Signature shall not bind Morrison Homes until such time as the
Division President or other authorized divisional Manager signs.)

Beverly Dodge          5/22/07          **Date**

Morrison Homes Builder          **Date**

Authorized Agent
Date: _____

Distribution Date _____FILE_____
PRODUCTION_____ATTORNEY/TITLE_____
LENDER_____SALES_____CO-OP_____BUYER_____

# *Morrison Homes*

Sarasota
Date: 05/05/07
Time: 17:08:08
Page: 5 / 5
S#: 20019605
C#: 1189232

## JOB INITIATION ORDER
## WITH STANDARDS

| Date | Selection | Selection Description | Price | Qty | Total |
|------|-----------|----------------------|-------|-----|-------|
| 05/05/07 | Bath Light Fixture Zone 3 | KP-8-511-#-69 Pewter | 22.00 | 1 | 22.00 |
| 05/05/07 | Coach Light | Group One | | | |
| 05/05/07 | Coach Light Qty | 2 | | | |
| 05/05/07 | Coach Light Color | 5-2090-72 Rustic Bronze | 85.00 | 2 | 170.00 |
| | | **ELECTRICAL** | | | |
| 05/05/07 | Electrical Option | Mini Spot Light (Bfor Shtrck) | 42.00 | 1 | 42.00 |
| 05/05/07 | Electrical Option | Prewire for Coach Light w/Sw | 146.00 | 1 | 146.00 |
| 05/05/07 | Electrical Option | Television Outlet | 82.00 | 3 | 246.00 |
| 05/05/07 | Electrical Option | Telephone Outlet | 82.00 | 1 | 82.00 |
| 05/05/07 | Electrical Option | Mini Spot Lt w/Sw(Bfor Shtrck) | 29.00 | 1 | 29.00 |
| 05/05/07 | Electrical Option | Prewire for Ceiling Fan w/Sw | 82.00 | 3 | 246.00 |
| 05/05/07 | Electrical Option | Prewire for Coach Light | 59.00 | 1 | 59.00 |
| 05/05/07 | Phone Outlet Loc | SEE DIAGRAM DATED 12/19/2005 | | | |
| 05/05/07 | TV Outlet Loc | SEE DIAGRAM DATED 12/19/2005 | | | |
| 05/05/07 | Prewire Coach Light w/Sw Loc | SEE DIAGRAM DATED 12/19/2005 | | | |
| 05/05/07 | Prewire Coach Light Loc | SEE DIAGRAM DATED 12/19/2005 | | | |
| 05/05/07 | Prewire for C-Fan w/Sw Loc | SEE DIAGRAM DATED 12/19/2005 | | | |
| 05/05/07 | Mini Spot Lt w/Sw Loc | SEE DIAGRAM DATED 12/19/2005 | | | |
| 05/05/07 | Mini Spot Lt Loc | SEE DIAGRAM DATED 12/19/2005 | | | |
| | | **CUSTOM OPTIONS** | | | |
| 05/05/07 | 1000016805 | OPR-KITCHEN BACKSPLASH TILE | 524.00 | 1 | 524.00 |

```
FIELD: VIVIANI MULTI 2 x 2 MOSAIC W2788
BULLNOSE: VIVIANI BLUE 3 x 13 W2800
```

| | | **SALES STIPULATIONS** | | | |
|------|-----------|----------------------|-------|-----|-------|
| 05/05/07 | CLARIFICAT | Incentive | | | |

$71084 is being deducted as an incetive. Buyer understands that
incentive is contigent upon closing on or before 05/25/2007. Seller
will contribute up to $20,000 for buy down and closing cost when buyer
uses Morrison Home Funding to attain financing. Seller will install a
white 6' PVC privacy fence along property line behind lanai at no
additional charge. Seller will install a blind package for entire
house at no additional charge. Blind package to be selected by
Morrison Homes.

| | | **SALES STIPULATIONS** | | | |
|------|-----------|----------------------|-------|-----|-------|
| 05/05/07 | CLARIFICAT | Clarification | | | |

Contract contingent upon buyer resolving current lease issues with
landlord to the satisfaction of buyer until May 14, 2007. As of May
15, 2007, contingency will automatically be removed from contract.

| | | |
|---|---|---|
| OPTION TOTAL | | 40,094.00 |
| CREDIT | | -71,084.00 |
| JOB INITIATION TOTAL | | 260,000.00 |

_____
Morrison Homes Sales Associate
(Signature shall not bind Morrison Homes until such time as the
Division President or other authorized divisional Manager signs.)

X _____ 5-4-07
Beverly Dodge                Date

_____
Morrison Homes Builder

_____
Authorized Agent
Date: _____

_____  Date
Distribution Date _____ FILE_____
PRODUCTION _____ ATTORNEY/TITLE_____
LENDER ____ SALES ____ CO-OP____ BUYER____

# *Morrison Homes*

Sarasota
Date: 05/05/07
Time: 17:08:08
Page: 4 / 5
S#:  20019605
C#:  1189232

## JOB INITIATION ORDER
## WITH STANDARDS

| Date | Selection | Selection Description | Price | Qty | Total |
|------|-----------|----------------------|-------|-----|-------|
| 05/05/07 | Flooring for Zone 12 Style | Redondo 12X12 | | | |
| 05/05/07 | Flooring for Zone 12 Color | BIANCO W5069 | | | |
| 05/05/07 | Floor Grout Color Zone 12 | Quartz 101 | | | |
| 05/05/07 | Flooring for Zone 14 Ext Foyer | Level II Tile - Straight | 247.00 | 1 | 247.00 |
| 05/05/07 | Flooring for Zone 14 Style | Redondo 12X12 | | | |
| 05/05/07 | Flooring for Zone 14 Color | BIANCO W5069 | | | |
| 05/05/07 | Floor Grout Color Zone 14 | Quartz 101 | | | |
| 05/05/07 | Flooring for Zone 17 Hall | Level II Tile - Straight | 291.00 | 1 | 291.00 |
| 05/05/07 | Flooring for Zone 17 Style | Redondo 12X12 | | | |
| 05/05/07 | Flooring for Zone 17 Color | BIANCO W5069 | | | |
| 05/05/07 | Floor Grout Color Zone 17 | Quartz 101 | | | |
| 05/05/07 | Flooring for Zone 20 Walkway | Level II Tile - Straight | 533.00 | 1 | 533.00 |
| 05/05/07 | Flooring for Zone 20 Style | Redondo 12X12 | | | |
| 05/05/07 | Flooring for Zone 20 Color | BIANCO W5069 | | | |
| 05/05/07 | Floor Grout Color Zone 20 | Quartz 101 | | | |
| 05/05/07 | Flooring for Zone 21 Rotunda | Level II Tile - Straight | 489.00 | 1 | 489.00 |
| 05/05/07 | Flooring for Zone 21 Style | Redondo 12X12 | | | |
| 05/05/07 | Flooring for Zone 21 Color | BIANCO W5069 | | | |
| 05/05/07 | Floor Grout Color Zone 21 | Quartz 101 | | | |
| 05/05/07 | Flooring for Zone 30 | Level III Carpet | 49.00 | 1 | 49.00 |
| 05/05/07 | Flooring for Zone 30 Style | Glory Days II | | | |
| 05/05/07 | Flooring for Zone 30 Color | Mushroom Cap 735 | | | |
| 05/05/07 | Flooring Zone 31 M Bed Closet | Level III Carpet | 17.00 | 1 | 17.00 |
| 05/05/07 | Flooring for Zone 31 Style | Glory Days II | | | |
| 05/05/07 | Flooring for Zone 31 Color | Mushroom Cap 735 | | | |
| 05/05/07 | Flooring for Zone 32 Bedroom 2 | Level III Carpet | 31.00 | 1 | 31.00 |
| 05/05/07 | Flooring for Zone 32 Style | Glory Days II | | | |
| 05/05/07 | Flooring for Zone 32 Color | Mushroom Cap 735 | | | |
| 05/05/07 | Flooring for Zone 33 Bedroom 3 | Level III Carpet | 28.00 | 1 | 28.00 |
| 05/05/07 | Flooring for Zone 33 Style | Glory Days II | | | |
| 05/05/07 | Flooring for Zone 33 Color | Mushroom Cap 735 | | | |
| 05/05/07 | Flooring for Zone 43 Opt Den | Level III Carpet | 29.00 | 1 | 29.00 |
| 05/05/07 | Flooring for Zone 43 Style | Glory Days II | | | |
| 05/05/07 | Flooring for Zone 43 Color | Mushroom Cap 735 | | | |
| 05/05/07 | Flooring for Zn 45 Foyer Chnge | Level II Tile - Straight | 302.00 | 1 | 302.00 |
| 05/05/07 | Flooring for Zone 45 Style | Redondo 12X12 | | | |
| 05/05/07 | Flooring for Zone 45 Color | BIANCO W5069 | | | |
| 05/05/07 | Floor Grout Color Zone 45 | Quartz 101 | | | |
| 05/05/07 | Mosaic Floor Inlay | MILANO W3402 40 x 40 | 1,495.00 | 1 | 1,495.00 |
| 05/05/07 | Mosaic Floor Inlay Loc | SEE DIAGRAM | | | |
| | **LIGHTS** | | | | |
| 05/05/07 | Dining Room Light Group | Group Two | | | |
| 05/05/07 | Dining Room Light Fixture | KP-1-5001-5-69 Pewter | 39.00 | 1 | 39.00 |
| 05/05/07 | Breakfast Nook Light Group | Group One | | | Incl. |
| 05/05/07 | Breakfast Nook Light Fixture | KP-7-504-2-69 Pewter | | | Incl. |
| 05/05/07 | Foyer Lighting Group | Group Three | | | |
| 05/05/07 | Foyer Light Fixture Color | KP-SS-98-2-69 Pewter | 24.00 | 1 | 24.00 |
| 05/05/07 | Bath Lighting Group Zone 2 | Group Two | | | |
| 05/05/07 | Bath Light Fixture Zone 2 | KP-8-511-#-69 Pewter | 111.00 | 1 | 111.00 |
| 05/05/07 | Bath Lighting Group Zone 3 | Group Two | | | |

_____
Morrison Homes Sales Associate
(Signature shall not bind Morrison Homes until such time as the
Division President or other authorized divisional Manager signs.)

X _____  S4-07
Beverly Dodge                Date

_____
Morrison Homes Builder

_____
Authorized Agent
Date: _____

_____   Date
Distribution Date _____ FILE _____
PRODUCTION _____ ATTORNEY/TITLE _____
LENDER _____ SALES _____ CO-OP _____ BUYER _____

# *Morrison Homes*

Sarasota
Date: 05/05/07
Time: 17:08:08
Page: 3 / 5
S#:  20019605
C#:  1189232

## JOB INITIATION ORDER
## WITH STANDARDS

| Date | Selection | Selection Description | Price | Qty | Total |
|------|-----------|----------------------|-------|-----|-------|
| 05/05/07 | Wall Tile Color Zone 2 | White W4784 | | | |
| 05/05/07 | Shower Floor Color  Zone 2 | Bone Matte W8001 | | | |
| 05/05/07 | Wall Grout Color Zone 2 | Bright White 381 | | | Incl. |
| 05/05/07 | Wall Deco Zone 2 Set 1 | LEVEL II EACH | 21.00 | 6 | 126.00 |
| 05/05/07 | Wall Deco Zone 2 Sty Set 1 | Belini 8x10 | | | |
| 05/05/07 | Wall Deco Zone 2 Clr Set 1 | WHTW4785 | | | |
| 05/05/07 | Wall Deco Zone 2 Design | SEE DIAGRAM | | | |
| 05/05/07 | Zone 3  Cabinet Mfr | Timberlake | | | Incl. |
| 05/05/07 | Zone 3  Cabinet Size | Standard Height Vanity | | | |
| 05/05/07 | Zone 3  Cabinet Size/Mfr | ST Timberlake | | | |
| 05/05/07 | Zone 3  Cabinet Grade | Level II | | | |
| 05/05/07 | Zone 3  Cabinet Price | Stnd Timbrlk Level II | 35.00 | 1 | 35.00 |
| 05/05/07 | Hall Bath Cabinet Style | Cascade Maple | | | |
| 05/05/07 | Zone 3  Cab Mfr/Sz/Grd/Sty | ST TL II SCASCM | | | |
| 05/05/07 | Zone 3  Cabinet Color | Honey | | | |
| 05/05/07 | Hall Bath Countertop | Cultured Marble | 270.00 | 1 | 270.00 |
| 05/05/07 | Hall Bath Countertop Color | LT100/A125 | | | |
| 05/05/07 | Zone 3 Cultured Marble Finish | Matte | 40.00 | 1 | 40.00 |
| 05/05/07 | Bath Plumbing Fixtures Zone 3 | Castleby Polished Chrome #4938 | 75.00 | 1 | 75.00 |
| 05/05/07 | Bath Tub/Commode Color Zone 3 | Bone | | | |
| 05/05/07 | Tub Wall Tile Level Zone 3 | Level I Wall Tile | | | Incl. |
| 05/05/07 | Tub Wall Tile Style Zone 3 | Mercury 6x6 | | | |
| 05/05/07 | Tub Wall Tile Color Zone 3 | Bone W6204 | | | |
| 05/05/07 | Bth Window Glass Style  Zone 2 | Clear | | | |
| 05/05/07 | Wall Grout Color Zone 3 | Bright White 381 | | | Incl. |
| 05/05/07 | Zone 24  Cabinet Size | Standard Height Vanity | | | |
| | | **FLOORING** | | | |
| 05/05/07 | Carpet Pad | 7/16" 6LB Rebond Pad | | | Incl. |
| 05/05/07 | Carpet Pad Upgrade/Opt Den Prc | 7/16" 6LB Rebond Pad | | | |
| 05/05/07 | Flooring for Zone 2 | Level II Tile - Straight | 554.00 | 1 | 554.00 |
| 05/05/07 | Flooring for Zone 2 Style | Bellini 12" x  12" | | | |
| 05/05/07 | Flooring for Zone 2 Color | White W3069 | | | |
| 05/05/07 | Floor Grout Color Zone 2 | Antique White 10 | | | |
| 05/05/07 | Flooring for Zone 3 Hall Bath | Level II Tile - Straight | 95.00 | 1 | 95.00 |
| 05/05/07 | Flooring for Zone 3 Style | Redondo 12X12 | | | |
| 05/05/07 | Flooring for Zone 3 Color | BIANCO W5069 | | | |
| 05/05/07 | Floor Grout Color Zone 3 | Quartz 101 | | | |
| 05/05/07 | Flooring for Zone 7 Utility Rm | Level II Tile - Straight | 224.00 | 1 | 224.00 |
| 05/05/07 | Flooring for Zone 7 Style | Redondo 12X12 | | | |
| 05/05/07 | Flooring for Zone 7 Color | BIANCO W5069 | | | |
| 05/05/07 | Floor Grout Color Zone 7 | Quartz 101 | | | |
| 05/05/07 | Flooring for Zone 8 | Level II Tile - Straight | 1,178.00 | 1 | 1,178.00 |
| 05/05/07 | Flooring for Zone 8 Style | Redondo 12X12 | | | |
| 05/05/07 | Flooring for Zone 8 Color | BIANCO W5069 | | | |
| 05/05/07 | Floor Grout Color Zone 8 | Quartz 101 | | | |
| 05/05/07 | Flooring for Zone 10 Dining Rm | Level II Tile - Straight | 992.00 | 1 | 992.00 |
| 05/05/07 | Flooring for Zone 10 Style | Redondo 12X12 | | | |
| 05/05/07 | Flooring for Zone 10 Color | BIANCO W5069 | | | |
| 05/05/07 | Floor Grout Color Zone 10 | Quartz 101 | | | |
| 05/05/07 | Flooring for Zone 12 Great Rm | Level II Tile - Straight | 1,946.00 | 1 | 1,946.00 |

Morrison Homes Sales Associate
(Signature shall not bind Morrison Homes until such time as the
Division President or other authorized divisional Manager signs.)

Beverly Dodge                          5-4-07
Date

Morrison Homes Builder

Authorized Agent
Date: _____

Date

Distribution Date _____FILE_____
PRODUCTION_____ATTORNEY/TITLE_____
LENDER____SALES____CO-OP____BUYER____

# *Morrison Homes*

Sarasota
Date: 05/05/07
Time: 17:08:08
Page: 2 / 5
S#:  20019605
C#:  1189232

## JOB INITIATION ORDER
## WITH STANDARDS

| Date | Selection | Selection Description | Price | Qty | Total |
|------|-----------|----------------------|-------|-----|-------|
| 05/05/07 | Interior Door Style Selection | Classique | | | Incl. |
| 05/05/07 | Int Door Select @ Den | 2-2'x6'8" Doors | | | |
| 05/05/07 | Interior Paint | "W" Color - 1 Color Throughout | 1,475.00 | 1 | 1,475.00 |
| 05/05/07 | Interior Paint W Color | Basketweave | | | |
| | **KITCHEN** | | | | |
| 05/05/07 | Kitchen Cabinet Mfr | Timberlake | | | Incl. |
| 05/05/07 | Kitchen Cabinet Size | 42" | | | |
| 05/05/07 | Kitchen Cabinet Size/Mfr | 42" Timberlake | | | |
| 05/05/07 | Kitchen Cabinet Grade | Level II | | | |
| 05/05/07 | Kitchen Cabinet Price | 42" Timbrlk Level II | 875.00 | 1 | 875.00 |
| 05/05/07 | Kitchen Cabinet Style | Cascade Maple | | | |
| 05/05/07 | Kitchen Cab Mfr/Sz/Grd/Sty | 42" TL II SCASCM | | | |
| 05/05/07 | Kitchen Cabinet Color | Honey | | | |
| 05/05/07 | Kitchen Cabinet Options 42" | Kitchen Drawer Base Cabinet | 160.00 | 1 | 160.00 |
| 05/05/07 | Stagger Cabinet above Range | Stagger Cabinet above Range | | | Incl. |
| 05/05/07 | Drawer Base Cabinet Loc | SEE DIAGRAM | | | |
| 05/05/07 | Kitchen Cabinet Crown Molding | Classic Crown Molding CCM8 | 776.00 | 1 | 776.00 |
| 05/05/07 | Classic Crown Molding Detail | Rope Molding Detail RM8 | 582.00 | 1 | 582.00 |
| 05/05/07 | Kitchen Countertop | Zodiac 3/4"-Level I | 4,412.00 | 1 | 4,412.00 |
| 05/05/07 | Kitchen Countertop Color | Smokey Topez | | | |
| 05/05/07 | Kitchen Countertop Edge | Standard | | | |
| 05/05/07 | Kitchen Countertop Edge Sty | Demi-Bull | | | |
| 05/05/07 | Kitchen Sink | Stainless Stl Undrmnt 501-106 | 544.00 | 1 | 544.00 |
| 05/05/07 | Kitchen Faucet | Camerist Stainless 7840SL | 105.00 | 1 | 105.00 |
| 05/05/07 | Dishwasher | Whirlpool GU2400XTKS | 383.00 | 1 | 383.00 |
| 05/05/07 | Dishwasher Color | Stainless Steel | | | |
| 05/05/07 | Range | Whirlpool GR478LXS Elec | 676.00 | 1 | 676.00 |
| 05/05/07 | Range Color | Stainless Steel | | | |
| 05/05/07 | Over the Range Microwave | Whirlpool GH4155XS | 820.00 | 1 | 820.00 |
| 05/05/07 | Over the Range Microwave Color | Stainless Steel | | | |
| 05/05/07 | Refrigerator | Whirlpool ED5FHEXS | 1,973.00 | 1 | 1,973.00 |
| 05/05/07 | Refrigerator Color | Stainless Steel | | | |
| | **BATHROOMS** | | | | |
| 05/05/07 | Zone 2  Cabinet Mfr | Timberlake | | | Incl. |
| 05/05/07 | Zone 2  Cabinet Size | Standard Height Vanity | | | |
| 05/05/07 | Zone 2  Cabinet Size/Mfr | ST Timberlake | | | |
| 05/05/07 | Zone 2  Cabinet Grade | Level II | | | |
| 05/05/07 | Zone 2  Cabinet Price | Stnd Timbrlk Level II | 95.00 | 1 | 95.00 |
| 05/05/07 | Master Bath Cabinet Style | Cascade Maple 36" Height | | | |
| 05/05/07 | Zone 2  Cab Mfr/Sz/Grd/Sty | ST TL II SCASCM | | | |
| 05/05/07 | Zone 2  Cabinet Color | Honey | | | |
| 05/05/07 | Master Bath Countertop | Cultured Marble | 1,161.00 | 1 | 1,161.00 |
| 05/05/07 | Master Bath Counter Color | LT100/A125 | | | |
| 05/05/07 | Zone 2 Cultured Marble Finish | Matte | 60.00 | 1 | 60.00 |
| 05/05/07 | Bath Plumbing Fixtures Zone 2 | Castleby Polished Chrome | 196.00 | 1 | 196.00 |
| 05/05/07 | Bath Tub/Commode Color Zone 2 | Bone | | | |
| 05/05/07 | Shower Glass Style  Zone 2 | Clear | | | |
| 05/05/07 | Wall Tile Level Zone 2 | Level II Wall Tile | 122.00 | 1 | 122.00 |
| 05/05/07 | Wall Tile Style Zone 2 | Bellini 8x10 | | | |

---

Morrison Homes Sales Associate
(Signature shall not bind Morrison Homes until such time as the
Division President or other authorized divisional Manager signs.)

X _____  5-4-07
Beverly Dodge                    **Date**

---

Morrison Homes Builder

Authorized Agent
Date: _____

_____  **Date**

Distribution Date _____ FILE_____
PRODUCTION_____ ATTORNEY/TITLE_____
LENDER____ SALES____ CO-OP____ BUYER____

# *Morrison Homes*

Sarasota
Date: 05/05/07
Time: 17:08:08
Page: 1 / 5
S#: 20019605
C#: 1189232

## JOB INITIATION ORDER
## WITH STANDARDS

**BUYER:** **Beverly Dodge**

**BUYER:**

**COMMUNITY: Aberdeen 55's**          **LOT: 59 BLOCK:**

**HOUSE PLAN: Pinehurst @ Aberdeen 55's**          **ELEVATION: ELEV-C**

**ADDRESS:    3632 101st Avenue E, Parrish  FL 34219**

| Date | Selection | Selection Description | Price | Qty | Total |
|------|-----------|----------------------|-------|-----|-------|
| | | House Base Price | | | 290,990.00 |
| | | Lot Premium | | | 0.00 |
| | | **MISCELLANEOUS** | | | |
| 05/05/07 | Den | Option Selected | | | |
| 05/05/07 | Fascia Material Elev C | 2X6 Alum Fascia | | | |
| | | **STRUCTURAL** | | | |
| 05/05/07 | Foundation Type | Mono Slab | | | |
| 05/05/07 | Home Elevation | Elevation C | 1,500.00 | 1 | 1,500.00 |
| 05/05/07 | House Swing | Right | | | |
| 05/05/07 | Garage Options | 2 Car Garage | | | Incl. |
| 05/05/07 | Den | Den | 10,261.00 | 1 | 10,261.00 |
| 05/05/07 | Covered Lanai | Covered Lanai | | | Incl. |
| 05/05/07 | Hot Water Heater | 40 Gallon Gas | | | Incl. |
| 05/05/07 | Rotunda Detail with Lighting | Rotunda Detail with Lighting | 1,549.00 | 1 | 1,549.00 |
| 05/05/07 | Great Rm Exterior Select | Pocket Sliding Glass Door | | | |
| 05/05/07 | Pt Shelves not included in Kit | Pt Shelves not included in Kit | | | Incl. |
| | | **EXTERIORS** | | | |
| 05/05/07 | Front Entry Options | Acrylic Decking on Entry | | | Incl. |
| 05/05/07 | Entry Color | Oyster | | | |
| 05/05/07 | Lanai Options | Acrylic Decking on Lanai | | | Incl. |
| 05/05/07 | Lanai Color | Oyster | | | |
| 05/05/07 | Landscaping Package Selection | Landscape Package B | | | |
| 05/05/07 | 6'8" Front Door Options | 3068 S210 6 Panel Door | | | Incl. |
| 05/05/07 | 6'8" Front Sidelite Options | 12" S308SL 5 Lite Sidelite | | | Incl. |
| 05/05/07 | Roof Shingles | 30-Year Dimensional Shingles | | | Incl. |
| 05/05/07 | Roof Shingle Color | GAF Driftwood Blend | | | |
| 05/05/07 | Garage Door Opener w/2 Remotes | 1/3 HP Opener | 419.00 | 1 | 419.00 |
| 05/05/07 | 1/3 HP Opener Loc | 16' GARAGE, | | | |
| 05/05/07 | Acrylic Seal Garage Floor | 2 Car Garage | | | Incl. |
| 05/05/07 | Exterior Paint Collections | Sarasota Classic Collection | | | Incl. |
| 05/05/07 | Sarasota Scheme | Tampa Ext Scheme 8 | | | |
| 05/05/07 | Sarasota Body Color | Beach Grass 7751 | | | |
| 05/05/07 | Sarasota Trim Color | White | | | |
| 05/05/07 | Front Entry Door Color | Old Colonial Red | | | |
| 05/05/07 | Front Door Hardware | Chelsea Stn Nckl/Lido Stn Nckl | 12.00 | 1 | 12.00 |
| 05/05/07 | Ext/Int Door Hardware Combo | Lido/Stn Nickl/Lido Stn Nickel | 70.00 | 1 | 70.00 |
| 05/05/07 | Den Door Hdwr Price | Lido Satin Nickel | 30.00 | 1 | 30.00 |
| | | **INTERIORS** | | | |
| 05/05/07 | Drywall Styles | Round Cornerbead Throughout | 1,052.00 | 1 | 1,052.00 |

_____

Morrison Homes Sales Associate
(Signature shall not bind Morrison Homes until such time as the
Division President or other authorized divisional Manager signs.)

X_____   5-4-07

Beverly Dodge          Date

_____

Morrison Homes Builder

_____

Authorized Agent
Date: _____

_____   Date

Distribution Date _____FILE_____
PRODUCTION_____ATTORNEY/TITLE_____
LENDER_____SALES_____ CO-OP_____ BUYER_____

# Morrison Homes®

www.morrisonhomes.com

# THE PINEHURST

3 BEDROOMS, 2 BATHS
1823 SQUARE FEET



C



D



1381-59

E

ARTIST CONCEPTS



PLAT BOOK _____ PAGE _____

SHEET 7 OF 12

SCALE 1" = 50'

GRAPHIC SCALE

0   25   50   100

CONTINUED ON SHEET 9 OF 12
MATCH LINE

MATCH LINE
CONTINUED ON SHEET 8 OF 12

C:\Westcoast Cadd LLC\...

# *Morrison Homes*

## JOB INITIATION ORDER
## WITH STANDARDS

Sarasota
Date: 06/15/07
Time: 08:49:39
Page: 5 / 5
S#: 20023394
C#: 1193939

| Date | Selection | Selection Description | Price | Qty | Total |
|------|-----------|----------------------|-------|-----|-------|
| 06/15/07 | Bath Light Fixture Zone 2 | KP-8-511-#-69 Pewter | 111.00 | 1 | 111.00 |
| 06/15/07 | Bath Lighting Group Zone 3 | Group Two | | | |
| 06/15/07 | Bath Light Fixture Zone 3 | KP-8-511-#-69 Pewter | 22.00 | 1 | 22.00 |
| 06/15/07 | Coach Light | Group One | | | |
| 06/15/07 | Coach Light Qty | 2 | | | |
| 06/15/07 | Coach Light Color | 5-2090-72 Rustic Bronze | 85.00 | 2 | 170.00 |
| | | **ELECTRICAL** | | | |
| 06/15/07 | Electrical Option | Television Outlet | 82.00 | 3 | 246.00 |
| 06/15/07 | Electrical Option | Prewire for Coach Light w/Sw | 146.00 | 1 | 146.00 |
| 06/15/07 | Electrical Option | Mini Spot Light (Bfor Shtrck) | 42.00 | 1 | 42.00 |
| 06/15/07 | Electrical Option | Mini Spot Lt w/Sw(Bfor Shtrck) | 29.00 | 1 | 29.00 |
| 06/15/07 | Electrical Option | Prewire for Ceiling Fan w/Sw | 82.00 | 3 | 246.00 |
| 06/15/07 | Electrical Option | Prewire for Coach Light | 59.00 | 1 | 59.00 |
| 06/15/07 | Electrical Option | Telephone Outlet | 82.00 | 1 | 82.00 |
| 06/15/07 | Phone Outlet Loc | SEE DIAGRAM DATED 12/19/2005 | | | |
| 06/15/07 | TV Outlet Loc | SEE DIAGRAM DATED 12/19/2005 | | | |
| 06/15/07 | Prewire Coach Light w/Sw Loc | SEE DIAGRAM DATED 12/19/2005 | | | |
| 06/15/07 | Prewire Coach Light Loc | SEE DIAGRAM DATED 12/19/2005 | | | |
| 06/15/07 | Prewire for C-Fan w/Sw Loc | SEE DIAGRAM DATED 12/19/2005 | | | |
| 06/15/07 | Mini Spot Lt w/Sw Loc | SEE DIAGRAM DATED 12/19/2005 | | | |
| 06/15/07 | Mini Spot Lt Loc | SEE DIAGRAM DATED 12/19/2005 | | | |
| | | **CUSTOM OPTIONS** | | | |
| 06/15/07 | 1000016805 | OPR-KITCHEN BACKSPLASH TILE | 524.00 | 1 | 524.00 |

```
FIELD: VIVIANI MULTI 2 x 2 MOSAIC W2788
BULLNOSE: VIVIANI BLUE 3 x 13 W2800
```

| | | **SALES STIPULATIONS** | | | |
|------|-----------|----------------------|-------|-----|-------|
| 06/15/07 | CLARIFICAT | Clarification | | | |

```
$72,796 is being deducted as an incentive. Buyer understands that
incentive is contingent upon closing on or before June 20, 2007.
Seller will contribute up to $15,600 for closing costs. Seller will
install a blind package for entire house at no additional charge.
Blind package to be selected by Morrison Homes.
```

| | | OPTION TOTAL | | | 41,806.00 |
|------|------|--------------|--|--|------------|
| | | CREDIT | | | -72,796.00 |
| | | JOB INITIATION TOTAL | | | 260,000.00 |

---

Morrison Homes Sales Associate
(Signature shall not bind Morrison Homes until such time as the
Division President or other authorized divisional Manager signs.)

Kimberly A. Ham                              Date

---

Morrison Homes Builder

Authorized Agent
Date: _____

Date

Distribution Date _____ FILE_____
PRODUCTION_____ ATTORNEY/TITLE_____
LENDER_____ SALES_____ CO-OP_____ BUYER_____

# *Morrison Homes*

## JOB INITIATION ORDER
## WITH STANDARDS

Sarasota
Date: 06/15/07
Time: 08:49:39
Page: 4 / 5
S#: 20023394
C#: 1193939

| Date | Selection | Selection Description | Price | Qty | Total |
|------|-----------|----------------------|-------|-----|-------|
| 06/15/07 | Floor Grout Color Zone 10 | Quartz 101 | | | |
| 06/15/07 | Flooring for Zone 12 Great Rm | Level II Tile - Straight | 1,946.00 | 1 | 1,946.00 |
| 06/15/07 | Flooring for Zone 12 Style | Redondo 12X12 | | | |
| 06/15/07 | Flooring for Zone 12 Color | BIANCO W5069 | | | |
| 06/15/07 | Floor Grout Color Zone 12 | Quartz 101 | | | |
| 06/15/07 | Flooring for Zone 14 Ext Foyer | Level II Tile - Straight | 247.00 | 1 | 247.00 |
| 06/15/07 | Flooring for Zone 14 Style | Redondo 12X12 | | | |
| 06/15/07 | Flooring for Zone 14 Color | BIANCO W5069 | | | |
| 06/15/07 | Floor Grout Color Zone 14 | Quartz 101 | | | |
| 06/15/07 | Flooring for Zone 17 Hall | Level II Tile - Straight | 291.00 | 1 | 291.00 |
| 06/15/07 | Flooring for Zone 17 Style | Redondo 12X12 | | | |
| 06/15/07 | Flooring for Zone 17 Color | BIANCO W5069 | | | |
| 06/15/07 | Floor Grout Color Zone 17 | Quartz 101 | | | |
| 06/15/07 | Flooring for Zone 20 Walkway | Level II Tile - Straight | 533.00 | 1 | 533.00 |
| 06/15/07 | Flooring for Zone 20 Style | Redondo 12X12 | | | |
| 06/15/07 | Flooring for Zone 20 Color | BIANCO W5069 | | | |
| 06/15/07 | Floor Grout Color Zone 20 | Quartz 101 | | | |
| 06/15/07 | Flooring for Zone 21 Rotunda | Level II Tile - Straight | 489.00 | 1 | 489.00 |
| 06/15/07 | Flooring for Zone 21 Style | Redondo 12X12 | | | |
| 06/15/07 | Flooring for Zone 21 Color | BIANCO W5069 | | | |
| 06/15/07 | Floor Grout Color Zone 21 | Quartz 101 | | | |
| 06/15/07 | Flooring for Zone 30 | Level III Carpet | 49.00 | 1 | 49.00 |
| 06/15/07 | Flooring for Zone 30 Style | Glory Days II | | | |
| 06/15/07 | Flooring for Zone 30 Color | Mushroom Cap 735 | | | |
| 06/15/07 | Flooring Zone 31 M Bed Closet | Level III Carpet | 17.00 | 1 | 17.00 |
| 06/15/07 | Flooring for Zone 31 Style | Glory Days II | | | |
| 06/15/07 | Flooring for Zone 31 Color | Mushroom Cap 735 | | | |
| 06/15/07 | Flooring for Zone 32 Bedroom 2 | Level III Carpet | 31.00 | 1 | 31.00 |
| 06/15/07 | Flooring for Zone 32 Style | Glory Days II | | | |
| 06/15/07 | Flooring for Zone 32 Color | Mushroom Cap 735 | | | |
| 06/15/07 | Flooring for Zone 33 Bedroom 3 | Level III Carpet | 28.00 | 1 | 28.00 |
| 06/15/07 | Flooring for Zone 33 Style | Glory Days II | | | |
| 06/15/07 | Flooring for Zone 33 Color | Mushroom Cap 735 | | | |
| 06/15/07 | Flooring for Zone 43 Opt Den | Level III Carpet | 29.00 | 1 | 29.00 |
| 06/15/07 | Flooring for Zone 43 Style | Glory Days II | | | |
| 06/15/07 | Flooring for Zone 43 Color | Mushroom Cap 735 | | | |
| 06/15/07 | Flooring for Zn 45 Foyer Chnge | Level II Tile - Straight | 302.00 | 1 | 302.00 |
| 06/15/07 | Flooring for Zone 45 Style | Redondo 12X12 | | | |
| 06/15/07 | Flooring for Zone 45 Color | BIANCO W5069 | | | |
| 06/15/07 | Floor Grout Color Zone 45 | Quartz 101 | | | |
| 06/15/07 | Mosaic Floor Inlay | MILANO W3402 40 x 40 | 1,495.00 | 1 | 1,495.00 |
| 06/15/07 | Mosaic Floor Inlay Loc | SEE DIAGRAM | | | |
| | | **LIGHTS** | | | |
| 06/15/07 | Dining Room Light Group | Group Two | | | |
| 06/15/07 | Dining Room Light Fixture | KP-1-5001-5-69 Pewter | 39.00 | 1 | 39.00 |
| 06/15/07 | Breakfast Nook Light Group | Group One | | | |
| 06/15/07 | Breakfast Nook Light Fixture | KP-7-504-2-69 Pewter | | | Incl. |
| 06/15/07 | Foyer Lighting Group | Group Three | | | |
| 06/15/07 | Foyer Light Fixture Color | KP-SS-98-2-69 Pewter | 24.00 | 1 | 24.00 |
| 06/15/07 | Bath Lighting Group Zone 2 | Group Two | | | |

_____
Morrison Homes Sales Associate
(Signature shall not bind Morrison Homes until such time as the
Division President or other authorized divisional Manager signs.)

_____
Kimberly A. Ham /        **Date**

_____
Morrison Homes Builder

_____
Authorized Agent
Date: _____

_____      **Date**

Distribution Date _____ FILE_____
PRODUCTION_____ATTORNEY/TITLE_____
LENDER_____SALES_____CO-OP_____BUYER_____

# Morrison Homes

Sarasota
Date: 06/15/07
Time: 08:49:39
Page: 3 / 5
S#: 20023394
C#: 1193939

## JOB INITIATION ORDER
## WITH STANDARDS

| Date | Selection | Selection Description | Price | Qty | Total |
|------|-----------|----------------------|-------|-----|-------|
| 06/15/07 | Wall Tile Level Zone 2 | Level II Wall Tile | 122.00 | 1 | 122.00 |
| 06/15/07 | Wall Tile Style Zone 2 | Bellini 8x10 | | | |
| 06/15/07 | Wall Tile Color Zone 2 | White W4784 | | | |
| 06/15/07 | Shower Floor Color  Zone 2 | Bone Matte W8001 | | | |
| 06/15/07 | Wall Grout Color Zone 2 | Bright White 381 | | | Incl. |
| 06/15/07 | Wall Deco Zone 2 Set 1 | LEVEL II EACH | 21.00 | 6 | 126.00 |
| 06/15/07 | Wall Deco Zone 2 Sty Set 1 | Belini 8x10 | | | |
| 06/15/07 | Wall Deco Zone 2 Clr Set 1 | WHTW4785 | | | |
| 06/15/07 | Wall Deco Zone 2 Design | SEE DIAGRAM | | | |
| 06/15/07 | Zone 3  Cabinet Mfr | Timberlake | | | Incl. |
| 06/15/07 | Zone 3  Cabinet Size | Standard Height Vanity | | | |
| 06/15/07 | Zone 3  Cabinet Size/Mfr | ST Timberlake | | | |
| 06/15/07 | Zone 3  Cabinet Grade | Level II | | | |
| 06/15/07 | Zone 3  Cabinet Price | Stnd Timbrlk Level II | 35.00 | 1 | 35.00 |
| 06/15/07 | Hall Bath Cabinet Style | Cascade Maple | | | |
| 06/15/07 | Zone 3  Cab Mfr/Sz/Grd/Sty | ST TL II SCASCM | | | |
| 06/15/07 | Zone 3  Cabinet Color | Honey | | | |
| 06/15/07 | Hall Bath Countertop | Cultured Marble | 270.00 | 1 | 270.00 |
| 06/15/07 | Hall Bath Countertop Color | LT100/A125 | | | |
| 06/15/07 | Zone 3 Cultured Marble Finish | Matte | 40.00 | 1 | 40.00 |
| 06/15/07 | Bath Plumbing Fixtures Zone 3 | Castleby Polished Chrome #4938 | 75.00 | 1 | 75.00 |
| 06/15/07 | Bath Tub/Commode Color Zone 3 | Bone | | | |
| 06/15/07 | Tub Wall Tile Level Zone 3 | Level I Wall Tile | | | Incl. |
| 06/15/07 | Tub Wall Tile Style Zone 3 | Mercury 6x6 | | | |
| 06/15/07 | Tub Wall Tile Color Zone 3 | Bone W6204 | | | |
| 06/15/07 | Bth Window Glass Style  Zone 2 | Clear | | | |
| 06/15/07 | Wall Grout Color Zone 3 | Bright White 381 | | | Incl. |
| 06/15/07 | Zone 24  Cabinet Size | Standard Height Vanity | | | |
| | | **FLOORING** | | | |
| 06/15/07 | Carpet Pad | 7/16" 6LB Rebond Pad | | | Incl. |
| 06/15/07 | Carpet Pad Upgrade/Opt Den Prc | 7/16" 6LB Rebond Pad | | | |
| 06/15/07 | Flooring for Zone 2 | Level II Tile - Straight | 554.00 | 1 | 554.00 |
| 06/15/07 | Flooring for Zone 2 Style | Bellini 12" x  12" | | | |
| 06/15/07 | Flooring for Zone 2 Color | White W3069 | | | |
| 06/15/07 | Floor Grout Color Zone 2 | Antique White 10 | | | |
| 06/15/07 | Flooring for Zone 3 Hall Bath | Level II Tile - Straight | 95.00 | 1 | 95.00 |
| 06/15/07 | Flooring for Zone 3 Style | Redondo 12X12 | | | |
| 06/15/07 | Flooring for Zone 3 Color | BIANCO W5069 | | | |
| 06/15/07 | Floor Grout Color Zone 3 | Quartz 101 | | | |
| 06/15/07 | Flooring for Zone 7 Utility Rm | Level II Tile - Straight | 224.00 | 1 | 224.00 |
| 06/15/07 | Flooring for Zone 7 Style | Redondo 12X12 | | | |
| 06/15/07 | Flooring for Zone 7 Color | BIANCO W5069 | | | |
| 06/15/07 | Floor Grout Color Zone 7 | Quartz 101 | | | |
| 06/15/07 | Flooring for Zone 8 | Level II Tile - Straight | 1,178.00 | 1 | 1,178.00 |
| 06/15/07 | Flooring for Zone 8 Style | Redondo 12X12 | | | |
| 06/15/07 | Flooring for Zone 8 Color | BIANCO W5069 | | | |
| 06/15/07 | Floor Grout Color Zone 8 | Quartz 101 | | | |
| 06/15/07 | Flooring for Zone 10 Dining Rm | Level II Tile - Straight | 992.00 | 1 | 992.00 |
| 06/15/07 | Flooring for Zone 10 Style | Redondo 12X12 | | | |
| 06/15/07 | Flooring for Zone 10 Color | BIANCO W5069 | | | |

_____

Kimberly A. Ham                                                    **Date**

Morrison Homes Sales Associate
(Signature shall not bind Morrison Homes until such time as the
Division President or other authorized divisional Manager signs.)

_____                    _____ **Date**

Morrison Homes Builder

_____

Authorized Agent
Date: _____

Distribution Date _____ FILE_____
PRODUCTION_____ATTORNEY/TITLE_____
LENDER_____SALES_____CO-OP_____BUYER_____

# Morrison Homes

Sarasota
Date: 06/15/07
Time: 08:49:39
Page: 2 / 5
S#: 20023394
C#: 1193939

## JOB INITIATION ORDER
## WITH STANDARDS

| Date | Selection | Selection Description | Price | Qty | Total |
|------|-----------|----------------------|-------|-----|-------|
| 06/15/07 | Interior Door Style Selection | Classique | | | Incl. |
| 06/15/07 | Int Door Select @ Den | 2-2'x6'8" Doors | | | |
| 06/15/07 | Interior Paint | "W" Color - 1 Color Throughout | 1,475.00 | 1 | 1,475.00 |
| 06/15/07 | Interior Paint W Color | Basketweave | | | |
| 06/15/07 | Window Blinds & SGD Verticals | 2" Faux House Pkg | 1,712.00 | 1 | 1,712.00 |
| 06/15/07 | Blind Color | White | | | |
| | | **KITCHEN** | | | |
| 06/15/07 | Kitchen Cabinet Mfr | Timberlake | | | Incl. |
| 06/15/07 | Kitchen Cabinet Size | 42" | | | |
| 06/15/07 | Kitchen Cabinet Size/Mfr | 42" Timberlake | | | |
| 06/15/07 | Kitchen Cabinet Grade | Level II | | | |
| 06/15/07 | Kitchen Cabinet Price | 42" Timbrlk Level II | 875.00 | 1 | 875.00 |
| 06/15/07 | Kitchen Cabinet Style | Cascade Maple | | | |
| 06/15/07 | Kitchen Cab Mfr/Sz/Grd/Sty | 42" TL II SCASCM | | | |
| 06/15/07 | Kitchen Cabinet Color | Honey | | | |
| 06/15/07 | Kitchen Cabinet Options 42" | Kitchen Drawer Base Cabinet | 160.00 | 1 | 160.00 |
| 06/15/07 | Stagger Cabinet above Range | Stagger Cabinet above Range | | | Incl. |
| 06/15/07 | Drawer Base Cabinet Loc | SEE DIAGRAM | | | |
| 06/15/07 | Kitchen Cabinet Crown Molding | Classic Crown Molding CCM8 | 776.00 | 1 | 776.00 |
| 06/15/07 | Classic Crown Molding Detail | Rope Molding Detail RM8 | 582.00 | 1 | 582.00 |
| 06/15/07 | Kitchen Countertop | Zodiac 3/4"-Level I | 4,412.00 | 1 | 4,412.00 |
| 06/15/07 | Kitchen Countertop Color | Smokey Topez | | | |
| 06/15/07 | Kitchen Countertop Edge | Standard | | | |
| 06/15/07 | Kitchen Countertop Edge Sty | Demi-Bull | | | |
| 06/15/07 | Kitchen Sink | Stainless Stl Undrmnt 501-106 | 544.00 | 1 | 544.00 |
| 06/15/07 | Kitchen Faucet | Camerist Stainless 7840SL | 105.00 | 1 | 105.00 |
| 06/15/07 | Dishwasher | Whirlpool GU2400XTKS | 383.00 | 1 | 383.00 |
| 06/15/07 | Dishwasher Color | Stainless Steel | | | |
| 06/15/07 | Range | Whirlpool GR478LXS Elec | 676.00 | 1 | 676.00 |
| 06/15/07 | Range Color | Stainless Steel | | | |
| 06/15/07 | Over the Range Microwave | Whirlpool GH4155XS | 820.00 | 1 | 820.00 |
| 06/15/07 | Over the Range Microwave Color | Stainless Steel | | | |
| 06/15/07 | Refrigerator | Whirlpool ED5FHEXS | 1,973.00 | 1 | 1,973.00 |
| 06/15/07 | Refrigerator Color | Stainless Steel | | | |
| | | **BATHROOMS** | | | |
| 06/15/07 | Zone 2  Cabinet Mfr | Timberlake | | | Incl. |
| 06/15/07 | Zone 2  Cabinet Size | Standard Height Vanity | | | |
| 06/15/07 | Zone 2  Cabinet Size/Mfr | ST Timberlake | | | |
| 06/15/07 | Zone 2  Cabinet Grade | Level II | | | |
| 06/15/07 | Zone 2  Cabinet Price | Stnd Timbrlk Level II | 95.00 | 1 | 95.00 |
| 06/15/07 | Master Bath Cabinet Style | Cascade Maple 36" Height | | | |
| 06/15/07 | Zone 2  Cab Mfr/Sz/Grd/Sty | ST TL II SCASCM | | | |
| 06/15/07 | Zone 2  Cabinet Color | Honey | | | |
| 06/15/07 | Master Bath Countertop | Cultured Marble | 1,161.00 | 1 | 1,161.00 |
| 06/15/07 | Master Bath Counter Color | LT100/A125 | | | |
| 06/15/07 | Zone 2 Cultured Marble Finish | Matte | 60.00 | 1 | 60.00 |
| 06/15/07 | Bath Plumbing Fixtures Zone 2 | Castleby Polished Chrome | 196.00 | 1 | 196.00 |
| 06/15/07 | Bath Tub/Commode Color Zone 2 | Bone | | | |
| 06/15/07 | Shower Glass Style  Zone 2 | Clear | | | |

_____
Morrison Homes Sales Associate
(Signature shall not bind Morrison Homes until such time as the
Division President or other authorized divisional Manager signs.)

_Kimberly A. Ham_
Kimberly A. Ham                    **Date**

_____
Morrison Homes Builder

_____                    **Date**

_____
Authorized Agent
Date: _____

Distribution Date _____ FILE_____
PRODUCTION_____ATTORNEY/TITLE_____
LENDER_____ SALES_____ CO-OP_____ BUYER_____

# *Morrison Homes*

Sarasota
Date: 06/15/07
Time: 08:49:39
Page: 1 / 5
S#:  20023394
C#:  1193939

## JOB INITIATION ORDER
## WITH STANDARDS

**BUYER:**        **Kimberly A. Ham**

**BUYER:**

**COMMUNITY:**  **Aberdeen 55's**                          **LOT: 59 BLOCK:**

**HOUSE PLAN:**  **Pinehurst @ Aberdeen 55's**          **ELEVATION: ELEV-C**

**ADDRESS:**      **3632 101st Avenue E, Parrish  FL 34219**

| Date | Selection | Selection Description | Price | Qty | Total |
|------|-----------|----------------------|-------|-----|-------|
| | | House Base Price | | | 290,990.00 |
| | | Lot Premium | | | 0.00 |
| | | **MISCELLANEOUS** | | | |
| 06/15/07 | Den | Option Selected | | | |
| 06/15/07 | Fascia Material Elev C | 2X6 Alum Fascia | | | |
| | | **STRUCTURAL** | | | |
| 06/15/07 | Foundation Type | Mono Slab | | | |
| 06/15/07 | Home Elevation | Elevation C | 1,500.00 | 1 | 1,500.00 |
| 06/15/07 | House Swing | Right | | | |
| 06/15/07 | Garage Options | 2 Car Garage | | | Incl. |
| 06/15/07 | Den | Den | 10,261.00 | 1 | 10,261.00 |
| 06/15/07 | Covered Lanai | Covered Lanai | | | Incl. |
| 06/15/07 | Hot Water Heater | 40 Gallon Gas | | | Incl. |
| 06/15/07 | Rotunda Detail with Lighting | Rotunda Detail with Lighting | 1,549.00 | 1 | 1,549.00 |
| 06/15/07 | Great Rm Exterior Select | Pocket Sliding Glass Door | | | |
| 06/15/07 | Pt Shelves not included in Kit | Pt Shelves not included in Kit | | | Incl. |
| | | **EXTERIORS** | | | |
| 06/15/07 | Front Entry Options | Acrylic Decking on Entry | | | Incl. |
| 06/15/07 | Entry Color | Oyster | | | |
| 06/15/07 | Lanai Options | Acrylic Decking on Lanai | | | Incl. |
| 06/15/07 | Lanai Color | Oyster | | | |
| 06/15/07 | Landscaping Package Selection | Landscape Package B | | | |
| 06/15/07 | 6'8" Front Door Options | 3068 S210 6 Panel Door | | | Incl. |
| 06/15/07 | 6'8" Front Sidelite Options | 12" S308SL 5 Lite Sidelite | | | Incl. |
| 06/15/07 | Roof Shingles | 30-Year Dimensional Shingles | | | Incl. |
| 06/15/07 | Roof Shingle Color | GAF Driftwood Blend | | | |
| 06/15/07 | Garage Door Opener w/2 Remotes | 1/3 HP Opener | 419.00 | 1 | 419.00 |
| 06/15/07 | 1/3 HP Opener Loc | 16' GARAGE, | | | |
| 06/15/07 | Acrylic Seal Garage Floor | 2 Car Garage | | | Incl. |
| 06/15/07 | Exterior Paint Collections | Sarasota Classic Collection | | | Incl. |
| 06/15/07 | Sarasota Scheme | Tampa Ext Scheme 8 | | | |
| 06/15/07 | Sarasota Body Color | Beach Grass 7751 | | | |
| 06/15/07 | Sarasota Trim Color | White | | | |
| 06/15/07 | Front Entry Door Color | Old Colonial Red | | | |
| 06/15/07 | Front Door Hardware | Chelsea Stn Nckl/Lido Stn Nckl | 12.00 | 1 | 12.00 |
| 06/15/07 | Ext/Int Door Hardware Combo | Lido/Stn Nickl/Lido Stn Nickel | 70.00 | 1 | 70.00 |
| 06/15/07 | Den Door Hdwr Price | Lido Satin Nickel | 30.00 | 1 | 30.00 |
| | | **INTERIORS** | | | |
| 06/15/07 | Drywall Styles | Round Cornerbead Throughout | 1,052.00 | 1 | 1,052.00 |

_____          *Kimberly A. Han*
Morrison Homes Sales Associate          Kimberly A. Ham                    **Date**
(Signature shall not bind Morrison Homes until such time as the
Division President or other authorized divisional Manager signs.)

_____          _____
                                                              **Date**
Morrison Homes Builder

_____
Authorized Agent                    Distribution Date _____ FILE_____
Date: _____              PRODUCTION_____ATTORNEY/TITLE_____
                                    LENDER____ SALES____ CO-OP____ BUYER____

*Morrison Homes*

**JOB INITIATION ORDER**

**WITH STANDARDS**

Sarasota
Date: 06/11/07
Time: 17:24:00
Page: 5 / 5
S#: ~~20019605~~ 20002384
C#: ~~1108232~~

1193939

| Date | Selection | Selection Description | Price | Qty | Total |
|------|-----------|----------------------|-------|-----|-------|
| 06/11/07 | Bath Light Fixture Zone 2 | KP-8-511-#-69 Pewter | 111.00 | 1 | 111.00 |
| 06/11/07 | Bath Lighting Group Zone 3 | Group Two | | | |
| 06/11/07 | Bath Light Fixture Zone 3 | KP-8-511-#-69 Pewter | 22.00 | 1 | 22.00 |
| 06/11/07 | Coach Light | Group One | | | |
| 06/11/07 | Coach Light Qty | 2 | | | |
| 06/11/07 | Coach Light Color | 5-2090-72 Rustic Bronze | 85.00 | 2 | 170.00 |
| | | **ELECTRICAL** | | | |
| 06/11/07 | Electrical Option | Television Outlet | 82.00 | 3 | 246.00 |
| 06/11/07 | Electrical Option | Prewire for Coach Light w/Sw | 146.00 | 1 | 146.00 |
| 06/11/07 | Electrical Option | Mini Spot Light (Bfor Shtrck) | 42.00 | 1 | 42.00 |
| 06/11/07 | Electrical Option | Mini Spot Lt w/Sw(Bfor Shtrck) | 29.00 | 1 | 29.00 |
| 06/11/07 | Electrical Option | Prewire for Ceiling Fan w/Sw | 82.00 | 3 | 246.00 |
| 06/11/07 | Electrical Option | Prewire for Coach Light | 59.00 | 1 | 59.00 |
| 06/11/07 | Electrical Option | Telephone Outlet | 82.00 | 1 | 82.00 |
| 06/11/07 | Phone Outlet Loc | SEE DIAGRAM DATED 12/19/2005 | | | |
| 06/11/07 | TV Outlet Loc | SEE DIAGRAM DATED 12/19/2005 | | | |
| 06/11/07 | Prewire Coach Light w/Sw Loc | SEE DIAGRAM DATED 12/19/2005 | | | |
| 06/11/07 | Prewire Coach Light Loc | SEE DIAGRAM DATED 12/19/2005 | | | |
| 06/11/07 | Prewire for C-Fan w/Sw Loc | SEE DIAGRAM DATED 12/19/2005 | | | |
| 06/11/07 | Mini Spot Lt w/Sw Loc | SEE DIAGRAM DATED 12/19/2005 | | | |
| 06/11/07 | Mini Spot Lt Loc | SEE DIAGRAM DATED 12/19/2005 | | | |
| | | **CUSTOM OPTIONS** | | | |
| 06/11/07 | 1000016805 | OPR-KITCHEN BACKSPLASH TILE | 524.00 | 1 | 524.00 |

```
FIELD: VIVIANI MULTI 2 x 2 MOSAIC W2788
BULLNOSE: VIVIANI BLUE 3 x 13 W2800
```

| | | **SALES STIPULATIONS** | | | |
|------|-----------|----------------------|-------|-----|-------|
| 06/11/07 | CLARIFICAT | Incentive | | | |

#72,796

```
$71084 is being deducted as an incetive. Buyer understands that
incentive is contigent upon closing on or before 06/20/2007. Seller
will contribute up to $15,600 for closing cost. .

            Seller will install a blind package for entire
house at no additional charge. Blind package to be selected by
Morrison Homes.
```

| | | | | |
|---|---|---|---|---|
| OPTION TOTAL | | | | 41,806.00 |
| CREDIT | | | | -72,796.00 |
| JOB INITIATION TOTAL | | | | 260,000.00 |

_____
Morrison Homes Sales Associate
(Signature shall not bind Morrison Homes until such time as the
Division President or other authorized divisional Manager signs.)

_____   _____
Kimberly A Han   **Date**
Kimberly A. Han

_____
Morrison Homes Builder

_____
Authorized Agent
Date: _____

_____   **Date**

Distribution Date _____   FILE_____
PRODUCTION_____ATTORNEY/TITLE_____
LENDER_____SALES_____CO-OP_____BUYER_____

*Morrison Homes*

## JOB INITIATION ORDER
## WITH STANDARDS

Sarasota
Date: 06/11/07
Time: 17:24:00
Page: 4 / 5
S#:  20019605
C#:  1189232

| Date | Selection | Selection Description | Price | Qty | Total |
|------|-----------|----------------------|------:|----:|------:|
| 06/11/07 | Floor Grout Color Zone 10 | Quartz 101 | | | |
| 06/11/07 | Flooring for Zone 12 Great Rm | Level II Tile - Straight | 1,946.00 | 1 | 1,946.00 |
| 06/11/07 | Flooring for Zone 12 Style | Redondo 12X12 | | | |
| 06/11/07 | Flooring for Zone 12 Color | BIANCO W5069 | | | |
| 06/11/07 | Floor Grout Color Zone 12 | Quartz 101 | | | |
| 06/11/07 | Flooring for Zone 14 Ext Foyer | Level II Tile - Straight | 247.00 | 1 | 247.00 |
| 06/11/07 | Flooring for Zone 14 Style | Redondo 12X12 | | | |
| 06/11/07 | Flooring for Zone 14 Color | BIANCO W5069 | | | |
| 06/11/07 | Floor Grout Color Zone 14 | Quartz 101 | | | |
| 06/11/07 | Flooring for Zone 17 Hall | Level II Tile - Straight | 291.00 | 1 | 291.00 |
| 06/11/07 | Flooring for Zone 17 Style | Redondo 12X12 | | | |
| 06/11/07 | Flooring for Zone 17 Color | BIANCO W5069 | | | |
| 06/11/07 | Floor Grout Color Zone 17 | Quartz 101 | | | |
| 06/11/07 | Flooring for Zone 20 Walkway | Level II Tile - Straight | 533.00 | 1 | 533.00 |
| 06/11/07 | Flooring for Zone 20 Style | Redondo 12X12 | | | |
| 06/11/07 | Flooring for Zone 20 Color | BIANCO W5069 | | | |
| 06/11/07 | Floor Grout Color Zone 20 | Quartz 101 | | | |
| 06/11/07 | Flooring for Zone 21 Rotunda | Level II Tile - Straight | 489.00 | 1 | 489.00 |
| 06/11/07 | Flooring for Zone 21 Style | Redondo 12X12 | | | |
| 06/11/07 | Flooring for Zone 21 Color | BIANCO W5069 | | | |
| 06/11/07 | Floor Grout Color Zone 21 | Quartz 101 | | | |
| 06/11/07 | Flooring for Zone 30 | Level II Carpet | 49.00 | 1 | 49.00 |
| 06/11/07 | Flooring for Zone 30 Style | Glory Days II | | | |
| 06/11/07 | Flooring for Zone 30 Color | Mushroom Cap 735 | | | |
| 06/11/07 | Flooring Zone 31 M Bed Closet | Level III Carpet | 17.00 | 1 | 17.00 |
| 06/11/07 | Flooring for Zone 31 Style | Glory Days II | | | |
| 06/11/07 | Flooring for Zone 31 Color | Mushroom Cap 735 | | | |
| 06/11/07 | Flooring for Zone 32 Bedroom 2 | Level III Carpet | 31.00 | 1 | 31.00 |
| 06/11/07 | Flooring for Zone 32 Style | Glory Days II | | | |
| 06/11/07 | Flooring for Zone 32 Color | Mushroom Cap 735 | | | |
| 06/11/07 | Flooring for Zone 33 Bedroom 3 | Level III Carpet | 28.00 | 1 | 28.00 |
| 06/11/07 | Flooring for Zone 33 Siyie | Glory Days II | | | |
| 06/11/07 | Flooring for Zone 33 Color | Mushroom Cap 735 | | | |
| 06/11/07 | Flooring for Zone 43 Opt Den | Level III Carpet | 29.00 | 1 | 29.00 |
| 06/11/07 | Flooring for Zone 43 Style | Glory Days II | | | |
| 06/11/07 | Flooring for Zone 43 Color | Mushroom Cap 735 | | | |
| 06/11/07 | Flooring for Zn 45 Foyer Chnge | Level II Tile - Straight | 302.00 | 1 | 302.00 |
| 06/11/07 | Flooring for Zone 45 Style | Redondo 12X12 | | | |
| 06/11/07 | Flooring for Zone 45 Color | BIANCO W5069 | | | |
| 06/11/07 | Floor Grout Color Zone 45 | Quartz 101 | | | |
| 06/11/07 | Mosaic Floor Inlay | MILANO W3402 40 x 40 | 1,495.00 | 1 | 1,495.00 |
| 06/11/07 | Mosaic Floor Inlay Loc | SEE DIAGRAM | | | |
| | **LIGHTS** | | | | |
| 06/11/07 | Dining Room Light Group | Group Two | | | |
| 06/11/07 | Dining Room Light Fixture | KP-1-5001-5-69 Pewter | 39.00 | 1 | 39.00 |
| 06/11/07 | Breakfast Nook Light Group | Group One | | | Incl. |
| 06/11/07 | Breakfast Nook Light Fixture | KP-7-504-2-69 Pewter | | | Incl. |
| 06/11/07 | Foyer Lighting Group | Group Three | | | |
| 06/11/07 | Foyer Light Fixture Color | KP-SS-98-2-69 Pewter | 24.00 | 1 | 24.00 |
| 06/11/07 | Bath Lighting Group Zone 2 | Group Two | | | |

Morrison Homes Sales Associate

(Signature shall not bind Morrison Homes until such time as the
Division President or other authorized divisional Manager signs.)

Kimberly A. Ham                    6/12/07
Kimberly A. Ham                    **Date**

Morrison Homes Builder

Authorized Agent
Date:

**Date**

Distribution Date _____  FILE_____
PRODUCTION_____  ATTORNEY/TITLE_____
LENDER_____  SALES_____  CO-OP_____  BUYER_____



**JOB INITIATION ORDER**
**WITH STANDARDS**

Sarasota
Date: 06/11/07
Time: 17:24:00
Page: 3 / 5
S#: 20019605
C#: 1189232

| Date | Selection | Selection Description | Price | Qty | Total |
|------|-----------|----------------------|-------|-----|-------|
| 06/11/07 | Wall Tile Level Zone 2 | Level II Wall Tile | 122.00 | 1 | 122.00 |
| 06/11/07 | Wall Tile Style Zone 2 | Bellini 8x10 | | | |
| 06/11/07 | Wall Tile Color Zone 2 | White W4784 | | | |
| 06/11/07 | Shower Floor Color  Zone 2 | Bone Matte W8001 | | | |
| 06/11/07 | Wall Grout Color Zone 2 | Bright White 381 | | | Incl. |
| 06/11/07 | Wall Deco Zone 2 Set 1 | LEVEL II EACH | 21.00 | 6 | 126.00 |
| 06/11/07 | Wall Deco Zone 2 Sty Set 1 | Belini 8x10 | | | |
| 06/11/07 | Wall Deco Zone 2 Clr Set 1 | WHTW4785 | | | |
| 06/11/07 | Wall Deco Zone 2 Design | SEE DIAGRAM | | | |
| 06/11/07 | Zone 3  Cabinet Mfr | Timberlake | | | Incl. |
| 06/11/07 | Zone 3  Cabinet Size | Standard Height Vanity | | | |
| 06/11/07 | Zone 3  Cabinet Size/Mfr | ST Timberlake | | | |
| 06/11/07 | Zone 3  Cabinet Grade | Level II | | | |
| 06/11/07 | Zone 3  Cabinet Price | Stnd Timbrlk Level II | 35.00 | 1 | 35.00 |
| 06/11/07 | Hall Bath Cabinet Style | Cascade Maple | | | |
| 06/11/07 | Zone 3  Cab Mfr/Sz/Grd/Sty | ST TL II SCASCM | | | |
| 06/11/07 | Zone 3  Cabinet Color | Honey | | | |
| 06/11/07 | Hall Bath Countertop | Cultured Marble | 270.00 | 1 | 270.00 |
| 06/11/07 | Hall Bath Countertop Color | LT100/A125 | | | |
| 06/11/07 | Zone 3 Cultured Marble Finish | Matte | 40.00 | 1 | 40.00 |
| 06/11/07 | Bath Plumbing Fixtures Zone 3 | Castleby Polished Chrome #4938 | 75.00 | 1 | 75.00 |
| 06/11/07 | Bath Tub/Commode Color Zone 3 | Bone | | | |
| 06/11/07 | Tub Wall Tile Level Zone 3 | Level I Wall Tile | | | Incl. |
| 06/11/07 | Tub Wall Tile Style Zone 3 | Mercury 6x6 | | | |
| 06/11/07 | Tub Wall Tile Color Zone 3 | Bone W6204 | | | |
| 06/11/07 | Bth Window Glass Style  Zone 2 | Clear | | | |
| 06/11/07 | Wall Grout Color Zone 3 | Bright White 381 | | | Incl. |
| 06/11/07 | Zone 24  Cabinet Size | Standard Height Vanity | | | |
| | | **FLOORING** | | | |
| 06/11/07 | Carpet Pad | 7/16" 6LB Rebond Pad | | | Incl. |
| 06/11/07 | Carpet Pad Upgrade/Opt Den Prc | 7/16" 6LB Rebond Pad | | | |
| 06/11/07 | Flooring for Zone 2 | Level II Tile - Straight | 554.00 | 1 | 554.00 |
| 06/11/07 | Flooring for Zone 2 Style | Bellini 12" x  12" | | | |
| 06/11/07 | Flooring for Zone 2 Color | White W3069 | | | |
| 06/11/07 | Floor Grout Color Zone 2 | Antique White 10 | | | |
| 06/11/07 | Flooring for Zone 3 Hall Bath | Level II Tile - Straight | 95.00 | 1 | 95.00 |
| 06/11/07 | Flooring for Zone 3 Style | Redondo 12X12 | | | |
| 06/11/07 | Flooring for Zone 3 Color | BIANCO W5069 | | | |
| 06/11/07 | Floor Grout Color Zone 3 | Quartz 101 | | | |
| 06/11/07 | Flooring for Zone 7 Utility Rm | Level II Tile - Straight | 224.00 | 1 | 224.00 |
| 06/11/07 | Flooring for Zone 7 Style | Redondo 12X12 | | | |
| 06/11/07 | Flooring for Zone 7 Color | BIANCO W5069 | | | |
| 06/11/07 | Floor Grout Color Zone 7 | Quartz 101 | | | |
| 06/11/07 | Flooring for Zone 8 | Level II Tile - Straight | 1,178.00 | 1 | 1,178.00 |
| 06/11/07 | Flooring for Zone 8 Style | Redondo 12X12 | | | |
| 06/11/07 | Flooring for Zone 8 Color | BIANCO W5069 | | | |
| 06/11/07 | Floor Grout Color Zone 8 | Quartz 101 | | | |
| 06/11/07 | Flooring for Zone 10 Dining Rm | Level II Tile - Straight | 992.00 | 1 | 992.00 |
| 06/11/07 | Flooring for Zone 10 Style | Redondo 12X12 | | | |
| 06/11/07 | Flooring for Zone 10 Color | BIANCO W5069 | | | |

Morrison Homes Sales Associate
(Signature shall not bind Morrison Homes until such time as the
Division President or other authorized divisional Manager signs.)

Kimberly A. Ham                                6/12/07
                                               **Date**

Morrison Homes Builder

Authorized Agent
Date:

                                               **Date**

Distribution Date _____          FILE_____
PRODUCTION_____ATTORNEY/TITLE_____
LENDER_____SALES_____CO-OP_____BUYER_____



## JOB INITIATION ORDER
## WITH STANDARDS

Sarasota
Date: 06/11/07
Time: 17:24:00
Page: 2 / 5
S#: 20019605
C#: 1189232

| Date | Selection | Selection Description | Price | Qty | Total |
|------|-----------|----------------------|-------|-----|-------|
| 06/11/07 | Interior Door Style Selection | Classique | | | Incl. |
| 06/11/07 | Int Door Select @ Den | 2-2'x6'8" Doors | | | |
| 06/11/07 | Interior Paint | "W" Color - 1 Color Throughout | 1,475.00 | 1 | 1,475.00 |
| 06/11/07 | Interior Paint W Color | Basketweave | | | |
| 06/11/07 | Window Blinds & SGD Verticals | 2" Faux House Pkg | 1,712.00 | 1 | 1,712.00 |
| 06/11/07 | Blind Color | White | | | |
| | **KITCHEN** | | | | |
| 06/11/07 | Kitchen Cabinet Mfr | Timberlake | | | Incl. |
| 06/11/07 | Kitchen Cabinet Size | 42" | | | |
| 06/11/07 | Kitchen Cabinet Size/Mfr | 42" Timberlake | | | |
| 06/11/07 | Kitchen Cabinet Grade | Level II | | | |
| 06/11/07 | Kitchen Cabinet Price | 42" Timbrlk Level II | 875.00 | 1 | 875.00 |
| 06/11/07 | Kitchen Cabinet Style | Cascade Maple | | | |
| 06/11/07 | Kitchen Cab Mfr/Sz/Grd/Sty | 42" TL II SCASCM | | | |
| 06/11/07 | Kitchen Cabinet Color | Honey | | | |
| 06/11/07 | Kitchen Cabinet Options 42" | Kitchen Drawer Base Cabinet | 160.00 | 1 | 160.00 |
| 06/11/07 | Stagger Cabinet above Range | Stagger Cabinet above Range | | | Incl. |
| 06/11/07 | Drawer Base Cabinet Loc | SEE DIAGRAM | | | |
| 06/11/07 | Kitchen Cabinet Crown Molding | Classic Crown Molding CCM8 | 776.00 | 1 | 776.00 |
| 06/11/07 | Classic Crown Molding Detail | Rope Molding Detail RM8 | 582.00 | 1 | 582.00 |
| 06/11/07 | Kitchen Countertop | Zodiac 3/4"-Level I | 4,412.00 | 1 | 4,412.00 |
| 06/11/07 | Kitchen Countertop Color | Smokey Topez | | | |
| 06/11/07 | Kitchen Countertop Edge | Standard | | | |
| 06/11/07 | Kitchen Countertop Edge Sty | Demi-Bull | | | |
| 06/11/07 | Kitchen Sink | Stainless Stl Undrmnt 501-106 | 544.00 | 1 | 544.00 |
| 06/11/07 | Kitchen Faucet | Camerist Stainless 7840SL | 105.00 | 1 | 105.00 |
| 06/11/07 | Dishwasher | Whirlpool GU2400XTKS | 383.00 | 1 | 383.00 |
| 06/11/07 | Dishwasher Color | Stainless Steel | | | |
| 06/11/07 | Range | Whirlpool GR478LXS Elec | 676.00 | 1 | 676.00 |
| 06/11/07 | Range Color | Stainless Steel | | | |
| 06/11/07 | Over the Range Microwave | Whirlpool GH4155XS | 820.00 | 1 | 820.00 |
| 06/11/07 | Over the Range Microwave Color | Stainless Steel | | | |
| 06/11/07 | Refrigerator | Whirlpool ED5FHEXS | 1,973.00 | 1 | 1,973.00 |
| 06/11/07 | Refrigerator Color | Stainless Steel | | | |
| | **BATHROOMS** | | | | |
| 06/11/07 | Zone 2  Cabinet Mfr | Timberlake | | | Incl. |
| 06/11/07 | Zone 2  Cabinet Size | Standard Height Vanity | | | |
| 06/11/07 | Zone 2  Cabinet Size/Mfr | ST Timberlake | | | |
| 06/11/07 | Zone 2  Cabinet Grade | Level II | | | |
| 06/11/07 | Zone 2  Cabinet Price | Stnd Timbrlk Level II | 95.00 | 1 | 95.00 |
| 06/11/07 | Master Bath Cabinet Style | Cascade Maple 36" Height | | | |
| 06/11/07 | Zone 2  Cab Mfr/Sz/Grd/Sty | ST TL II SCASCM | | | |
| 06/11/07 | Zone 2  Cabinet Color | Honey | | | |
| 06/11/07 | Master Bath Countertop | Cultured Marble | 1,161.00 | 1 | 1,161.00 |
| 06/11/07 | Master Bath Counter Color | LT100/A125 | | | |
| 06/11/07 | Zone 2 Cultured Marble Finish | Matte | 60.00 | 1 | 60.00 |
| 06/11/07 | Bath Plumbing Fixtures Zone 2 | Castleby Polished Chrome | 196.00 | 1 | 196.00 |
| 06/11/07 | Bath Tub/Commode Color Zone 2 | Bone | | | |
| 06/11/07 | Shower Glass Style  Zone 2 | Clear | | | |

Morrison Homes Sales Associate
(Signature shall not bind Morrison Homes until such time as the
Division President or other authorized divisional Manager signs.)

Kimberly A. Ham          6/12/07
                          **Date**

Morrison Homes Builder

Authorized Agent
Date:

Distribution Date _____ FILE_____
PRODUCTION_____ATTORNEY/TITLE_____
LENDER_____SALES_____CO-OP_____BUYER_____

**Date**



**JOB INITIATION ORDER**
**WITH STANDARDS**

Sarasota
Date: 06/11/07
Time: 17:24:00
Page: 1 / 5
S#: 20019605
C#: 1189232

**BUYER:** Kimberly A. Ham

**BUYER:**

**COMMUNITY:** Aberdeen 55's    **LOT: 59 BLOCK:**

**HOUSE PLAN: Pinehurst @ Aberdeen 55's**    **ELEVATION: ELEV-C**

**ADDRESS:**    **3632 101st Avenue E, Parrish  FL 34219**

| Date | Selection | Selection Description | Price | Qty | Total |
|------|-----------|----------------------|-------|-----|-------|
| | | House Base Price | | | 290,990.00 |
| | | Lot Premium | | | 0.00 |
| | | **MISCELLANEOUS** | | | |
| 06/11/07 | Den | Option Selected | | | |
| 06/11/07 | Fascia Material Elev C | 2X6 Alum Fascia | | | |
| | | **STRUCTURAL** | | | |
| 06/11/07 | Foundation Type | Mono Slab | | | |
| 06/11/07 | Home Elevation | Elevation C | 1,500.00 | 1 | 1,500.00 |
| 06/11/07 | House Swing | Right | | | |
| 06/11/07 | Garage Options | 2 Car Garage | | | Incl. |
| 06/11/07 | Den | Den | 10,261.00 | 1 | 10,261.00 |
| 06/11/07 | Covered Lanai | Covered Lanai | | | Incl. |
| 06/11/07 | Hot Water Heater | 40 Gallon Gas | | | Incl. |
| 06/11/07 | Rotunda Detail with Lighting | Rotunda Detail with Lighting | 1,549.00 | 1 | 1,549.00 |
| 06/11/07 | Great Rm Exterior Select | Pocket Sliding Glass Door | | | |
| 06/11/07 | Pt Shelves not included in Kit | Pt Shelves not included in Kit | | | Incl. |
| | | **EXTERIORS** | | | |
| 06/11/07 | Front Entry Options | Acrylic Decking on Entry | | | Incl. |
| 06/11/07 | Entry Color | Oyster | | | |
| 06/11/07 | Lanai Options | Acrylic Decking on Lanai | | | Incl. |
| 06/11/07 | Lanai Color | Oyster | | | |
| 06/11/07 | Landscaping Package Selection | Landscape Package B | | | |
| 06/11/07 | 6'8" Front Door Options | 3068 S210 6 Panel Door | | | Incl. |
| 06/11/07 | 6'8" Front Sidelite Options | 12" S308SL 5 Lite Sidelite | | | Incl. |
| 06/11/07 | Roof Shingles | 30-Year Dimensional Shingles | | | Incl. |
| 06/11/07 | Roof Shingle Color | GAF Driftwood Blend | | | |
| 06/11/07 | Garage Door Opener w/2 Remotes | 1/3 HP Opener | 419.00 | 1 | 419.00 |
| 06/11/07 | 1/3 HP Opener Loc | 16' GARAGE, | | | |
| 06/11/07 | Acrylic Seal Garage Floor | 2 Car Garage | | | Incl. |
| 06/11/07 | Exterior Paint Collections | Sarasota Classic Collection | | | Incl. |
| 06/11/07 | Sarasota Scheme | Tampa Ext Scheme 8 | | | |
| 06/11/07 | Sarasota Body Color | Beach Grass 7751 | | | |
| 06/11/07 | Sarasota Trim Color | White | | | |
| 06/11/07 | Front Entry Door Color | Old Colonial Red | | | |
| 06/11/07 | Front Door Hardware | Chelsea Stn Nckl/Lido Stn Nckl | 12.00 | 1 | 12.00 |
| 06/11/07 | Ext/Int Door Hardware Combo | Lido/Stn Nckl/Lido Stn Nickel | 70.00 | 1 | 70.00 |
| 06/11/07 | Den Door Hdwr Price | Lido Satin Nickel | 30.00 | 1 | 30.00 |
| | | **INTERIORS** | | | |
| 06/11/07 | Drywall Styles | Round Cornerbead Throughout | 1,052.00 | 1 | 1,052.00 |

_Maui Maute_
Morrison Homes Sales Associate
(Signature shall not bind Morrison Homes until such time as the
Division President or other authorized divisional Manager signs.)

_Kimberly A. Ham_    6/12/07
_Kimberly A. Ham_    **Date**

_____    _____
Morrison Homes Builder    **Date**

_____    Distribution Date _____ FILE_____
Authorized Agent    PRODUCTION_____ATTORNEY/TITLE_____
Date: _____    LENDER____SALES____CO-OP____BUYER____

# *Morrison Homes*®

www.morrisonhomes.com

# THE PINEHURST

3 BEDROOMS, 2 BATHS
1823 SQUARE FEET



C



D



E

ARTIST CONCEPTS



*Morrison Homes*

| Sarasota |
|---|
| Date: 05/22/07 |
| Time: 16:23:41 |
| Page: 5 / 5 |
| S#:   20019605 |
| C#:   1189232 |

## JOB INITIATION ORDER
## WITH STANDARDS

| Date | Selection | Selection Description | Price | Qty | Total |
|---|---|---|---|---|---|
| 05/22/07 | Bath Light Fixture Zone 2 | KP-8-511-#-69 Pewter | 111.00 | 1 | 111.00 |
| 05/22/07 | Bath Lighting Group Zone 3 | Group Two | | | |
| 05/22/07 | Bath Light Fixture Zone 3 | KP-8-511-#-69 Pewter | 22.00 | 1 | 22.00 |
| 05/22/07 | Coach Light | Group One | | | |
| 05/22/07 | Coach Light Qty | 2 | | | |
| 05/22/07 | Coach Light Color | 5-2090-72 Rustic Bronze | 85.00 | 2 | 170.00 |
| | | **ELECTRICAL** | | | |
| 05/22/07 | Electrical Option | Television Outlet | 82.00 | 3 | 246.00 |
| 05/22/07 | Electrical Option | Prewire for Coach Light w/Sw | 146.00 | 1 | 146.00 |
| 05/22/07 | Electrical Option | Mini Spot Light (Bfor Shtrck) | 42.00 | 1 | 42.00 |
| 05/22/07 | Electrical Option | Mini Spot Lt w/Sw(Bfor Shtrck) | 29.00 | 1 | 29.00 |
| 05/22/07 | Electrical Option | Prewire for Ceiling Fan w/Sw | 82.00 | 3 | 246.00 |
| 05/22/07 | Electrical Option | Prewire for Coach Light | 59.00 | 1 | 59.00 |
| 05/22/07 | Electrical Option | Telephone Outlet | 82.00 | 1 | 82.00 |
| 05/22/07 | Phone Outlet Loc | SEE DIAGRAM DATED 12/19/2005 | | | |
| 05/22/07 | TV Outlet Loc | SEE DIAGRAM DATED 12/19/2005 | | | |
| 05/22/07 | Prewire Coach Light w/Sw Loc | SEE DIAGRAM DATED 12/19/2005 | | | |
| 05/22/07 | Prewire Coach Light Loc | SEE DIAGRAM DATED 12/19/2005 | | | |
| 05/22/07 | Prewire for C-Fan w/Sw Loc | SEE DIAGRAM DATED 12/19/2005 | | | |
| 05/22/07 | Mini Spot Lt w/Sw Loc | SEE DIAGRAM DATED 12/19/2005 | | | |
| 05/22/07 | Mini Spot Lt Loc | SEE DIAGRAM DATED 12/19/2005 | | | |
| | | **CUSTOM OPTIONS** | | | |
| 05/22/07 | 1000016805 | OPR-KITCHEN BACKSPLASH TILE | 524.00 | 1 | 524.00 |

```
FIELD: VIVIANI MULTI 2 x 2 MOSAIC W2788
BULLNOSE: VIVIANI BLUE 3 x 13 W2800
```

| | | **SALES STIPULATIONS** | | | |
|---|---|---|---|---|---|
| 05/22/07 | CLARIFICAT | Incentive | | | |

```
$71084 is being deducted as an incetive. Buyer understands that
incentive is contigent upon closing on or before 06/28/2007. Seller
will contribute up to $15,600 for closing cost. Seller will install a
white 6' PVC privacy fence along property line behind lanai at no
additional charge. Seller will install a blind package for entire
house at no additional charge. Blind package to be selected by
Morrison Homes.
```

| OPTION TOTAL | 41,806.00 |
|---|---|
| CREDIT | -72,796.00 |
| JOB INITIATION TOTAL | 260,000.00 |

_____
Morrison Homes Sales Associate
(Signature shall not bind Morrison Homes until such time as the
Division President or other authorized divisional Manager signs.)

X _____   5/22/07
Beverly Dodge                        **Date**

_____
Morrison Homes Builder

_____
Authorized Agent
Date: _____

_____
                                         **Date**

Distribution Date _____ FILE_____
PRODUCTION_____ATTORNEY/TITLE_____
LENDER_____SALES_____CO-OP___BUYER____

# *Morrison Homes*

Sarasota
Date: 05/05/07
Time: 17:08:08
Page: 5 / 5
S#:  20019605
C#:  1189232

## JOB INITIATION ORDER
## WITH STANDARDS

| Date | Selection | Selection Description | Price | Qty | Total |
|------|-----------|----------------------|-------|-----|-------|
| 05/05/07 | Bath Light Fixture Zone 3 | KP-8-511-#-69 Pewter | 22.00 | 1 | 22.00 |
| 05/05/07 | Coach Light | Group One | | | |
| 05/05/07 | Coach Light Qty | 2 | | | |
| 05/05/07 | Coach Light Color | 5-2090-72 Rustic Bronze | 85.00 | 2 | 170.00 |
| | | **ELECTRICAL** | | | |
| 05/05/07 | Electrical Option | Mini Spot Light (Bfor Shtrck) | 42.00 | 1 | 42.00 |
| 05/05/07 | Electrical Option | Prewire for Coach Light w/Sw | 146.00 | 1 | 146.00 |
| 05/05/07 | Electrical Option | Television Outlet | 82.00 | 3 | 246.00 |
| 05/05/07 | Electrical Option | Telephone Outlet | 82.00 | 1 | 82.00 |
| 05/05/07 | Electrical Option | Mini Spot Lt w/Sw(Bfor Shtrck) | 29.00 | 1 | 29.00 |
| 05/05/07 | Electrical Option | Prewire for Ceiling Fan w/Sw | 82.00 | 3 | 246.00 |
| 05/05/07 | Electrical Option | Prewire for Coach Light | 59.00 | 1 | 59.00 |
| 05/05/07 | Phone Outlet Loc | SEE DIAGRAM DATED 12/19/2005 | | | |
| 05/05/07 | TV Outlet Loc | SEE DIAGRAM DATED 12/19/2005 | | | |
| 05/05/07 | Prewire Coach Light w/Sw Loc | SEE DIAGRAM DATED 12/19/2005 | | | |
| 05/05/07 | Prewire Coach Light Loc | SEE DIAGRAM DATED 12/19/2005 | | | |
| 05/05/07 | Prewire for C-Fan w/Sw Loc | SEE DIAGRAM DATED 12/19/2005 | | | |
| 05/05/07 | Mini Spot Lt w/Sw Loc | SEE DIAGRAM DATED 12/19/2005 | | | |
| 05/05/07 | Mini Spot Lt Loc | SEE DIAGRAM DATED 12/19/2005 | | | |
| | | **CUSTOM OPTIONS** | | | |
| 05/05/07 | 1000016805 | OPR-KITCHEN BACKSPLASH TILE | 524.00 | 1 | 524.00 |

```
FIELD: VIVIANI MULTI 2 x 2 MOSAIC W2788
BULLNOSE: VIVIANI BLUE 3 x 13 W2800
```

| | | **SALES STIPULATIONS** | | | |
|--|--|--|--|--|--|
| 05/05/07 | CLARIFICAT | Incentive | | | |

$71084 is being deducted as an incetive. Buyer understands that
incentive is contigent upon closing on or before 05/25/2007. Seller
will contribute up to $20,000 for buy down and closing cost when buyer
uses Morrison Home Funding to attain financing. Seller will install a
white 6' PVC privacy fence along property line behind lanai at no
additional charge. Seller will install a blind package for entire
house at no additional charge. Blind package to be selected by
Morrison Homes.

| | | **SALES STIPULATIONS** | | | |
|--|--|--|--|--|--|
| 05/05/07 | CLARIFICAT | Clarification | | | |

Contract contingent upon buyer resolving current lease issues with
landlord to the satisfaction of buyer until May 14, 2007. As of May
15, 2007, contingency will automatically be removed from contract.

| | | |
|--|--|--|
| OPTION TOTAL | | 40,094.00 |
| CREDIT | | -71,084.00 |
| JOB INITIATION TOTAL | | 260,000.00 |

_____
Morrison Homes Sales Associate
(Signature shall not bind Morrison Homes until such time as the
Division President or other authorized divisional Manager signs.)

_____
Beverly Dodge                    5-4-07
Date

_____
Morrison Homes Builder

_____
Authorized Agent
Date: _____

Date
Distribution Date _____ FILE_____
PRODUCTION _____ ATTORNEY/TITLE_____
LENDER _____ SALES _____ CO-OP _____ BUYER___

*Morrison Homes*

## JOB INITIATION ORDER
## WITH STANDARDS

Sarasota
Date: 05/05/07
Time: 17:08:08
Page: 4 / 5
S#:  20019605
C#:  1189232

| Date | Selection | Selection Description | Price | Qty | Total |
|------|-----------|----------------------|-------|-----|-------|
| 05/05/07 | Flooring for Zone 12 Style | Redondo 12X12 | | | |
| 05/05/07 | Flooring for Zone 12 Color | BIANCO W5069 | | | |
| 05/05/07 | Floor Grout Color Zone 12 | Quartz 101 | | | |
| 05/05/07 | Flooring for Zone 14 Ext Foyer | Level II Tile - Straight | 247.00 | 1 | 247.00 |
| 05/05/07 | Flooring for Zone 14 Style | Redondo 12X12 | | | |
| 05/05/07 | Flooring for Zone 14 Color | BIANCO W5069 | | | |
| 05/05/07 | Floor Grout Color Zone 14 | Quartz 101 | | | |
| 05/05/07 | Flooring for Zone 17 Hall | Level II Tile - Straight | 291.00 | 1 | 291.00 |
| 05/05/07 | Flooring for Zone 17 Style | Redondo 12X12 | | | |
| 05/05/07 | Flooring for Zone 17 Color | BIANCO W5069 | | | |
| 05/05/07 | Floor Grout Color Zone 17 | Quartz 101 | | | |
| 05/05/07 | Flooring for Zone 20 Walkway | Level II Tile - Straight | 533.00 | 1 | 533.00 |
| 05/05/07 | Flooring for Zone 20 Style | Redondo 12X12 | | | |
| 05/05/07 | Flooring for Zone 20 Color | BIANCO W5069 | | | |
| 05/05/07 | Floor Grout Color Zone 20 | Quartz 101 | | | |
| 05/05/07 | Flooring for Zone 21 Rotunda | Level II Tile - Straight | 489.00 | 1 | 489.00 |
| 05/05/07 | Flooring for Zone 21 Style | Redondo 12X12 | | | |
| 05/05/07 | Flooring for Zone 21 Color | BIANCO W5069 | | | |
| 05/05/07 | Floor Grout Color Zone 21 | Quartz 101 | | | |
| 05/05/07 | Flooring for Zone 30 | Level III Carpet | 49.00 | 1 | 49.00 |
| 05/05/07 | Flooring for Zone 30 Style | Glory Days II | | | |
| 05/05/07 | Flooring for Zone 30 Color | Mushroom Cap 735 | | | |
| 05/05/07 | Flooring Zone 31 M Bed Closet | Level III Carpet | 17.00 | 1 | 17.00 |
| 05/05/07 | Flooring for Zone 31 Style | Glory Days II | | | |
| 05/05/07 | Flooring for Zone 31 Color | Mushroom Cap 735 | | | |
| 05/05/07 | Flooring for Zone 32 Bedroom 2 | Level III Carpet | 31.00 | 1 | 31.00 |
| 05/05/07 | Flooring for Zone 32 Style | Glory Days II | | | |
| 05/05/07 | Flooring for Zone 32 Color | Mushroom Cap 735 | | | |
| 05/05/07 | Flooring for Zone 33 Bedroom 3 | Level III Carpet | 28.00 | 1 | 28.00 |
| 05/05/07 | Flooring for Zone 33 Style | Glory Days II | | | |
| 05/05/07 | Flooring for Zone 33 Color | Mushroom Cap 735 | | | |
| 05/05/07 | Flooring for Zone 43 Opt Den | Level III Carpet | 29.00 | 1 | 29.00 |
| 05/05/07 | Flooring for Zone 43 Style | Glory Days II | | | |
| 05/05/07 | Flooring for Zone 43 Color | Mushroom Cap 735 | | | |
| 05/05/07 | Flooring for Zn 45 Foyer Chnge | Level II Tile - Straight | 302.00 | 1 | 302.00 |
| 05/05/07 | Flooring for Zone 45 Style | Redondo 12X12 | | | |
| 05/05/07 | Flooring for Zone 45 Color | BIANCO W5069 | | | |
| 05/05/07 | Floor Grout Color Zone 45 | Quartz 101 | | | |
| 05/05/07 | Mosaic Floor Inlay | MILANO W3402 40 x 40 | 1,495.00 | 1 | 1,495.00 |
| 05/05/07 | Mosaic Floor Inlay Loc | SEE DIAGRAM | | | |
| | | **LIGHTS** | | | |
| 05/05/07 | Dining Room Light Group | Group Two | | | |
| 05/05/07 | Dining Room Light Fixture | KP-1-5001-5-69 Pewter | 39.00 | 1 | 39.00 |
| 05/05/07 | Breakfast Nook Light Group | Group One | | | Incl. |
| 05/05/07 | Breakfast Nook Light Fixture | KP-7-504-2-69 Pewter | | | Incl. |
| 05/05/07 | Foyer Lighting Group | Group Three | | | |
| 05/05/07 | Foyer Light Fixture Color | KP-SS-98-2-69 Pewter | 24.00 | 1 | 24.00 |
| 05/05/07 | Bath Lighting Group Zone 2 | Group Two | | | |
| 05/05/07 | Bath Light Fixture Zone 2 | KP-8-511-#-69 Pewter | 111.00 | 1 | 111.00 |
| 05/05/07 | Bath Lighting Group Zone 3 | Group Two | | | |

_____
Morrison Homes Sales Associate
(Signature shall not bind Morrison Homes until such time as the
Division President or other authorized divisional Manager signs.)

X _____  54-07
Beverly Dodge                    **Date**

_____
Morrison Homes Builder

_____
Authorized Agent
Date: _____

_____ **Date**

Distribution Date _____FILE_____
PRODUCTION_____ATTORNEY/TITLE_____
LENDER____SALES____CO-OP____BUYER____

# Morrison Homes

Sarasota
Date: 05/05/07
Time: 17:08:08
Page: 3 / 5
S#:  20019605
C#:  1189232

## JOB INITIATION ORDER
## WITH STANDARDS

| Date | Selection | Selection Description | Price | Qty | Total |
|------|-----------|----------------------|-------|-----|-------|
| 05/05/07 | Wall Tile Color Zone 2 | White W4784 | | | |
| 05/05/07 | Shower Floor Color  Zone 2 | Bone Matte W8001 | | | |
| 05/05/07 | Wall Grout Color Zone 2 | Bright White 381 | | | Incl. |
| 05/05/07 | Wall Deco Zone 2 Set 1 | LEVEL II EACH | 21.00 | 6 | 126.00 |
| 05/05/07 | Wall Deco Zone 2 Sty Set 1 | Belini 8x10 | | | |
| 05/05/07 | Wall Deco Zone 2 Clr Set 1 | WHTW4785 | | | |
| 05/05/07 | Wall Deco Zone 2 Design | SEE DIAGRAM | | | |
| 05/05/07 | Zone 3  Cabinet Mfr | Timberlake | | | Incl. |
| 05/05/07 | Zone 3  Cabinet Size | Standard Height Vanity | | | |
| 05/05/07 | Zone 3  Cabinet Size/Mfr | ST Timberlake | | | |
| 05/05/07 | Zone 3  Cabinet Grade | Level II | | | |
| 05/05/07 | Zone 3  Cabinet Price | Stnd Timbrlk Level II | 35.00 | 1 | 35.00 |
| 05/05/07 | Hall Bath Cabinet Style | Cascade Maple | | | |
| 05/05/07 | Zone 3  Cab Mfr/Sz/Grd/Sty | ST TL II SCASCM | | | |
| 05/05/07 | Zone 3  Cabinet Color | Honey | | | |
| 05/05/07 | Hall Bath Countertop | Cultured Marble | 270.00 | 1 | 270.00 |
| 05/05/07 | Hall Bath Countertop Color | LT100/A125 | | | |
| 05/05/07 | Zone 3 Cultured Marble Finish | Matte | 40.00 | 1 | 40.00 |
| 05/05/07 | Bath Plumbing Fixtures Zone 3 | Castleby Polished Chrome #4938 | 75.00 | 1 | 75.00 |
| 05/05/07 | Bath Tub/Commode Color Zone 3 | Bone | | | |
| 05/05/07 | Tub Wall Tile Level Zone 3 | Level I Wall Tile | | | Incl. |
| 05/05/07 | Tub Wall Tile Style Zone 3 | Mercury 6x6 | | | |
| 05/05/07 | Tub Wall Tile Color Zone 3 | Bone W6204 | | | |
| 05/05/07 | Bth Window Glass Style  Zone 2 | Clear | | | |
| 05/05/07 | Wall Grout Color Zone 3 | Bright White 381 | | | Incl. |
| 05/05/07 | Zone 24  Cabinet Size | Standard Height Vanity | | | |
| | **FLOORING** | | | | |
| 05/05/07 | Carpet Pad | 7/16" 6LB Rebond Pad | | | Incl. |
| 05/05/07 | Carpet Pad Upgrade/Opt Den Prc | 7/16" 6LB Rebond Pad | | | |
| 05/05/07 | Flooring for Zone 2 | Level II Tile - Straight | 554.00 | 1 | 554.00 |
| 05/05/07 | Flooring for Zone 2 Style | Bellini 12" x  12" | | | |
| 05/05/07 | Flooring for Zone 2 Color | White W3069 | | | |
| 05/05/07 | Floor Grout Color Zone 2 | Antique White 10 | | | |
| 05/05/07 | Flooring for Zone 3 Hall Bath | Level II Tile - Straight | 95.00 | 1 | 95.00 |
| 05/05/07 | Flooring for Zone 3 Style | Redondo 12X12 | | | |
| 05/05/07 | Flooring for Zone 3 Color | BIANCO W5069 | | | |
| 05/05/07 | Floor Grout Color Zone 3 | Quartz 101 | | | |
| 05/05/07 | Flooring for Zone 7 Utility Rm | Level II Tile - Straight | 224.00 | 1 | 224.00 |
| 05/05/07 | Flooring for Zone 7 Style | Redondo 12X12 | | | |
| 05/05/07 | Flooring for Zone 7 Color | BIANCO W5069 | | | |
| 05/05/07 | Floor Grout Color Zone 7 | Quartz 101 | | | |
| 05/05/07 | Flooring for Zone 8 | Level II Tile - Straight | 1,178.00 | 1 | 1,178.00 |
| 05/05/07 | Flooring for Zone 8 Style | Redondo 12X12 | | | |
| 05/05/07 | Flooring for Zone 8 Color | BIANCO W5069 | | | |
| 05/05/07 | Floor Grout Color Zone 8 | Quartz 101 | | | |
| 05/05/07 | Flooring for Zone 10 Dining Rm | Level II Tile - Straight | 992.00 | 1 | 992.00 |
| 05/05/07 | Flooring for Zone 10 Style | Redondo 12X12 | | | |
| 05/05/07 | Flooring for Zone 10 Color | BIANCO W5069 | | | |
| 05/05/07 | Floor Grout Color Zone 10 | Quartz 101 | | | |
| 05/05/07 | Flooring for Zone 12 Great Rm | Level II Tile - Straight | 1,946.00 | 1 | 1,946.00 |

Morrison Homes Sales Associate
(Signature shall not bind Morrison Homes until such time as the
Division President or other authorized divisional Manager signs.)

Beverly Dodge                              Date
5-4-07

Morrison Homes Builder

Authorized Agent
Date: _____

Date

Distribution Date _____ FILE_____
PRODUCTION_____ ATTORNEY/TITLE_____
LENDER_____ SALES_____ CO-OP____ BUYER_____

# *Morrison Homes*

Sarasota
Date: 05/05/07
Time: 17:08:08
Page: 2 / 5
S#:   20019605
C#:   1189232

## JOB INITIATION ORDER
## WITH STANDARDS

| Date | Selection | Selection Description | Price | Qty | Total |
|------|-----------|----------------------|-------|-----|-------|
| 05/05/07 | Interior Door Style Selection | Classique | | | Incl. |
| 05/05/07 | Int Door Select @ Den | 2-2'x6'8" Doors | | | |
| 05/05/07 | Interior Paint | "W" Color - 1 Color Throughout | 1,475.00 | 1 | 1,475.00 |
| 05/05/07 | Interior Paint W Color | Basketweave | | | |
| | | **KITCHEN** | | | |
| 05/05/07 | Kitchen Cabinet Mfr | Timberlake | | | Incl. |
| 05/05/07 | Kitchen Cabinet Size | 42" | | | |
| 05/05/07 | Kitchen Cabinet Size/Mfr | 42" Timberlake | | | |
| 05/05/07 | Kitchen Cabinet Grade | Level II | | | |
| 05/05/07 | Kitchen Cabinet Price | 42" Timbrlk Level II | 875.00 | 1 | 875.00 |
| 05/05/07 | Kitchen Cabinet Style | Cascade Maple | | | |
| 05/05/07 | Kitchen Cab Mfr/Sz/Grd/Sty | 42" TL II SCASCM | | | |
| 05/05/07 | Kitchen Cabinet Color | Honey | | | |
| 05/05/07 | Kitchen Cabinet Options 42" | Kitchen Drawer Base Cabinet | 160.00 | 1 | 160.00 |
| 05/05/07 | Stagger Cabinet above Range | Stagger Cabinet above Range | | | Incl. |
| 05/05/07 | Drawer Base Cabinet Loc | SEE DIAGRAM | | | |
| 05/05/07 | Kitchen Cabinet Crown Molding | Classic Crown Molding CCM8 | 776.00 | 1 | 776.00 |
| 05/05/07 | Classic Crown Molding Detail | Rope Molding Detail RM8 | 582.00 | 1 | 582.00 |
| 05/05/07 | Kitchen Countertop | Zodiac 3/4"-Level I | 4,412.00 | 1 | 4,412.00 |
| 05/05/07 | Kitchen Countertop Color | Smokey Topez | | | |
| 05/05/07 | Kitchen Countertop Edge | Standard | | | |
| 05/05/07 | Kitchen Countertop Edge Sty | Demi-Bull | | | |
| 05/05/07 | Kitchen Sink | Stainless Stl Undrmnt 501-106 | 544.00 | 1 | 544.00 |
| 05/05/07 | Kitchen Faucet | Camerist Stainless 7840SL | 105.00 | 1 | 105.00 |
| 05/05/07 | Dishwasher | Whirlpool GU2400XTKS | 383.00 | 1 | 383.00 |
| 05/05/07 | Dishwasher Color | Stainless Steel | | | |
| 05/05/07 | Range | Whirlpool GR478LXS Elec | 676.00 | 1 | 676.00 |
| 05/05/07 | Range Color | Stainless Steel | | | |
| 05/05/07 | Over the Range Microwave | Whirlpool GH4155XS | 820.00 | 1 | 820.00 |
| 05/05/07 | Over the Range Microwave Color | Stainless Steel | | | |
| 05/05/07 | Refrigerator | Whirlpool ED5FHEXS | 1,973.00 | 1 | 1,973.00 |
| 05/05/07 | Refrigerator Color | Stainless Steel | | | |
| | | **BATHROOMS** | | | |
| 05/05/07 | Zone 2  Cabinet Mfr | Timberlake | | | Incl. |
| 05/05/07 | Zone 2  Cabinet Size | Standard Height Vanity | | | |
| 05/05/07 | Zone 2  Cabinet Size/Mfr | ST Timberlake | | | |
| 05/05/07 | Zone 2  Cabinet Grade | Level II | | | |
| 05/05/07 | Zone 2  Cabinet Price | Stnd Timbrlk Level II | 95.00 | 1 | 95.00 |
| 05/05/07 | Master Bath Cabinet Style | Cascade Maple 36" Height | | | |
| 05/05/07 | Zone 2  Cab Mfr/Sz/Grd/Sty | ST TL II SCASCM | | | |
| 05/05/07 | Zone 2  Cabinet Color | Honey | | | |
| 05/05/07 | Master Bath Countertop | Cultured Marble | 1,161.00 | 1 | 1,161.00 |
| 05/05/07 | Master Bath Counter Color | LT100/A125 | | | |
| 05/05/07 | Zone 2 Cultured Marble Finish | Matte | 60.00 | 1 | 60.00 |
| 05/05/07 | Bath Plumbing Fixtures Zone 2 | Castleby Polished Chrome | 196.00 | 1 | 196.00 |
| 05/05/07 | Bath Tub/Commode Color Zone 2 | Bone | | | |
| 05/05/07 | Shower Glass Style  Zone 2 | Clear | | | |
| 05/05/07 | Wall Tile Level Zone 2 | Level II Wall Tile | 122.00 | 1 | 122.00 |
| 05/05/07 | Wall Tile Style Zone 2 | Bellini 8x10 | | | |

_____

Morrison Homes Sales Associate
(Signature shall not bind Morrison Homes until such time as the
Division President or other authorized divisional Manager signs.)

X _____  5-4-07

Beverly Dodge                     **Date**

_____

Morrison Homes Builder

_____                     **Date**

Authorized Agent
Date: _____

Distribution Date _____ FILE_____
PRODUCTION_____ATTORNEY/TITLE_____
LENDER_____SALES_____CO-OP_____BUYER_____

# *Morrison Homes*

Sarasota
Date: 05/05/07
Time: 17:08:08
Page: 1 / 5
S#:   20019605
C#:   1189232

## JOB INITIATION ORDER
## WITH STANDARDS

**BUYER:** **Beverly Dodge**

**BUYER:**

**COMMUNITY:** **Aberdeen 55's**          **LOT: 59 BLOCK:**

**HOUSE PLAN: Pinehurst @ Aberdeen 55's**     **ELEVATION: ELEV-C**

**ADDRESS:**  **3632 101st Avenue E, Parrish  FL 34219**

| Date | Selection | Selection Description | Price | Qty | Total |
|------|-----------|----------------------|-------|-----|-------|
|  |  | House Base Price |  |  | 290,990.00 |
|  |  | Lot Premium |  |  | 0.00 |
|  |  | **MISCELLANEOUS** |  |  |  |
| 05/05/07 | Den | Option Selected |  |  |  |
| 05/05/07 | Fascia Material Elev C | 2X6 Alum Fascia |  |  |  |
|  |  | **STRUCTURAL** |  |  |  |
| 05/05/07 | Foundation Type | Mono Slab |  |  |  |
| 05/05/07 | Home Elevation | Elevation C | 1,500.00 | 1 | 1,500.00 |
| 05/05/07 | House Swing | Right |  |  |  |
| 05/05/07 | Garage Options | 2 Car Garage |  |  | Incl. |
| 05/05/07 | Den | Den | 10,261.00 | 1 | 10,261.00 |
| 05/05/07 | Covered Lanai | Covered Lanai |  |  | Incl. |
| 05/05/07 | Hot Water Heater | 40 Gallon Gas |  |  | Incl. |
| 05/05/07 | Rotunda Detail with Lighting | Rotunda Detail with Lighting | 1,549.00 | 1 | 1,549.00 |
| 05/05/07 | Great Rm Exterior Select | Pocket Sliding Glass Door |  |  |  |
| 05/05/07 | Pt Shelves not included in Kit | Pt Shelves not included in Kit |  |  | Incl. |
|  |  | **EXTERIORS** |  |  |  |
| 05/05/07 | Front Entry Options | Acrylic Decking on Entry |  |  | Incl. |
| 05/05/07 | Entry Color | Oyster |  |  |  |
| 05/05/07 | Lanai Options | Acrylic Decking on Lanai |  |  | Incl. |
| 05/05/07 | Lanai Color | Oyster |  |  |  |
| 05/05/07 | Landscaping Package Selection | Landscape Package B |  |  |  |
| 05/05/07 | 6'8" Front Door Options | 3068 S210 6 Panel Door |  |  | Incl. |
| 05/05/07 | 6'8" Front Sidelite Options | 12" S308SL 5 Lite Sidelite |  |  | Incl. |
| 05/05/07 | Roof Shingles | 30-Year Dimensional Shingles |  |  | Incl. |
| 05/05/07 | Roof Shingle Color | GAF Driftwood Blend |  |  |  |
| 05/05/07 | Garage Door Opener w/2 Remotes | 1/3 HP Opener | 419.00 | 1 | 419.00 |
| 05/05/07 | 1/3 HP Opener Loc | 16' GARAGE, |  |  |  |
| 05/05/07 | Acrylic Seal Garage Floor | 2 Car Garage |  |  | Incl. |
| 05/05/07 | Exterior Paint Collections | Sarasota Classic Collection |  |  | Incl. |
| 05/05/07 | Sarasota Scheme | Tampa Ext Scheme 8 |  |  |  |
| 05/05/07 | Sarasota Body Color | Beach Grass 7751 |  |  |  |
| 05/05/07 | Sarasota Trim Color | White |  |  |  |
| 05/05/07 | Front Entry Door Color | Old Colonial Red |  |  |  |
| 05/05/07 | Front Door Hardware | Chelsea Stn Nckl/Lido Stn Nckl | 12.00 | 1 | 12.00 |
| 05/05/07 | Ext/Int Door Hardware Combo | Lido/Stn Nickl/Lido Stn Nickel | 70.00 | 1 | 70.00 |
| 05/05/07 | Den Door Hdwr Price | Lido Satin Nickel | 30.00 | 1 | 30.00 |
|  |  | **INTERIORS** |  |  |  |
| 05/05/07 | Drywall Styles | Round Cornerbead Throughout | 1,052.00 | 1 | 1,052.00 |

_____

Morrison Homes Sales Associate

(Signature shall not bind Morrison Homes until such time as the
Division President or other authorized divisional Manager signs.)

X _____   5-4-07

Beverly Dodge                       **Date**

_____

Morrison Homes Builder

_____

Authorized Agent

Date: _____

_____     **Date**

Distribution Date _____ FILE_____

PRODUCTION_____ ATTORNEY/TITLE_____

LENDER_____ SALES_____ CO-OP_____ BUYER_____



**THE PINEHURST**

3 BEDROOMS, 2 BATHS
1823 SQUARE FEET

www.morrisonhomes.com

C

D

1381-59

E

ARTIST CONCEPTS



PLAT BOOK _____ PAGE _____

SHEET 7 OF 12

C:\WestCoast Cadd LLC\...