# EXHIBIT "C"

RECD DEC 1 9 2005

CASSIA AT VASARI,
A CONDOMINIUM
RESIDENCE PURCHASE CONTRACT

Purchaser(s) _LARRY & LOURENE GALVIN_ (H&W)
Purchaser Address: _203 BURNING TREE, ABSECON, N.J. 08201_
Purchaser Phones: (Home) _609-407-0576_ FAX: _____ (Local) _____
Purchaser SS # /FEI # _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_
Residence (Unit)# _8 / 202_ Plan Type: _YBERRARA_

Please indicate how Purchaser desires to take title to the Unit by printing clearly the FULL names and marital status of Purchaser (or if applicable the name of Trustee, the Trust name and date):

_____ SAME _____

THIS RESIDENCE PURCHASE CONTRACT (the "Contract"), made and entered into on the date written below, by and between Taylor Woodrow Communities at Vasari, L.L.C., a Florida limited liability company, as Developer, ("Seller" or "Developer") and the above named person(s) ("Purchaser" or "Buyer").

WITNESSETH:

Seller agrees to sell and Purchaser agrees to purchase, upon the following terms and conditions, condominium, Building # _8_____, Unit # _202_, Plan Type: _YERRARA_ (the unit and the undivided share of common elements appurtenant to it, are hereinafter collectively the "Unit") in Cassia at Vasari, a condominium pursuant to the Declaration of Condominium to be recorded in the Public Records of Lee County, Florida.

ORAL REPRESENTATIONS CANNOT BE RELIED UPON AS CORRECTLY STATING THE REPRESENTATIONS OF THE DEVELOPER. FOR CORRECT REPRESENTATIONS, REFERENCE SHOULD BE MADE TO THIS CONTRACT AND THE DOCUMENTS REQUIRED BY SECTION 718.503, FLORIDA STATUTES, TO BE FURNISHED BY A DEVELOPER TO A BUYER OR LESSEE.

ANY PAYMENT IN EXCESS OF 10% OF THE PURCHASE PRICE MADE TO DEVELOPER PRIOR TO CLOSING PURSUANT TO THIS CONTRACT MAY BE USED FOR CONSTRUCTION PURPOSES BY THE DEVELOPER.

1.  **PURCHASE PRICE:**  Base Price:  $ _545, 900._ ‾
                         Options & Upgrades  $ _TBD._
                         TOTAL PURCHASE PRICE  $ _545, 900_ ·

The purchase price is payable in U.S. Dollars as follows:

$ _54, 590._ ‾     Initial Deposit due upon Purchaser's execution of this Contract (includes any reservation deposit);

$ _N/A_     Additional Deposit to equal 10% of the purchase price due on or before _____;

$ _54, 590._ ‾     Additional deposit due on or before _1/15/06_(date); [The Initial Deposit and Additional Deposit(s) are sometimes cumulatively referred to as the "Deposit"]

$ _436, 720._ ‾     The balance of the purchase price at closing by cash, cashier's check drawn on a financial institution having an office in Lee or Collier County, Florida, or wire transfer of funds (subject to adjustments and prorations described in this Contract).

The Seller has retained SunTrust Bank-Corporate Trust, Miami Office 777 Brickell Avenue, Miami, Florida 33131 to act as Escrow Agent (the "Escrow Agent") as required by Section 718.202, Florida Statutes. Purchaser will be given receipts for the deposits by the Escrow Agent. Deposit checks are to be made payable to Escrow Agent and are accepted subject to collection.

This Contract is not conditioned upon the Purchaser securing financing.

CASSIA AT VASARI- PURCHASE CONTRACT
Page 1

Seller's Initials

Purchaser's Initials

RECD DEC 13 2005

### AMENDMENT TO
### PURCHASE AND SALE AGREEMENT

**THIS AMENDMENT** (the **"Amendment"**) to the Vasari Country Club Purchase and Sale Agreement is made and entered into this _6th_ day of _December_ 200_5_, by and between **TAYLOR WOODROW COMMUNITIES AT VASARI, LLC,** a Florida limited liability _____ company  ("Seller"), and _Larry & Laurene Galvin._ ("Buyer").

### RECITALS:

A.     Seller and Buyer entered into that certain Purchase and Sale Agreement dated _Dec. 6th /_____, 200_5_ (the **"Agreement"**) relating to Buyer's purchase of the property known as ~~Lot~~ _Bldg 8 CASSIA_ _____, Unit _202_ and more particularly described in the Agreement.

B.     Seller and Buyer mutually desire to modify and amend the terms of the Agreement.

**NOW, THEREFORE,** in consideration of the premises, the mutual covenants set forth below and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Seller and Buyer agree as follows:

1.     **Recitals.** The recitals set forth above are true and correct and are part of this Amendment.

2.     **Definitions.** The terms used in this Amendment without definition shall have the same meaning as when used in the Agreement.

3.     **Scope of Amendment.** In the event of any conflicts between the terms and provisions of this Amendment and the terms and provisions of the Agreement, the terms and provisions of this Amendment shall control. Except where specifically modified by this Amendment, the Agreement shall remain unmodified and in full force and effect.

4.     _PURCHASER To RECEIVE A (1 %) $5,459.00_
_AS Credit AT CLOSING. BROKER To RECEIVE A_
_(2%) COMMISSION $10,918. - BASED ON A PURCHASE PRICE_
_OF $545,900. - BROKER APPROVAL LETTER DUE_
_ON OR BEFORE DEC. 10th, 05_

LGL4534   P&S-Amendment 1/02

RECD DEC 1 3 2005

     5.    **Execution**. This Amendment may be executed in any number of counterparts, all of which together shall constitute one instrument, and this Amendment may be executed by any party hereto by signing any counterpart. Executed documents sent by telefacsimile shall have the same force and effect as the delivery of an original executed document.

     Buyer and Seller have executed this Amendment on the day and year written above.

**BUYER:**              **SELLER:**

                             **TAYLOR WOODROW COMMUNITIES,**
                             **AT VASABI, LLC,** a Florida limited liability company

Print Name: _Larry Galva_     By: _____
Print Name: _Loreene Galvin_    Print Name: _Alan Smith_
                           Its: _President_
Date: _12/6/05_          Date: _12.14.05_

LGL4534   P&S-Amendment 1/02

2.   **CLOSING AND POSSESSION DATE:**

    A.    The closing will be at the location designated by Seller in written notification to Purchaser.

    B.    The Seller will deliver possession of the Unit to Purchaser at the closing.

    C.    The closing will take place following substantial completion of the improvements constituting the Unit and common elements appurtenant hereto (as evidenced by the recording of a surveyor's certificate of substantial completion pursuant to Section 718.104(4)(e), Florida Statutes) and the issuance of a certificate of occupancy for the condominium building by the appropriate governmental authority. Seller will deliver written notification of closing to Purchaser not less than twenty (20) days prior to the date of closing.

    D.    The Unit, as configured in Seller's Plans and Specifications for the Condominium, shall be completed not later than two (2) years from the date Purchaser signs this Contract. However, the date for completion may be extended by reason of delays incurred by circumstances beyond Seller's control, such as acts of God, casualty losses, labor strikes or material shortages or any other grounds cognizable in Florida contract law as impossibility or frustration of performance, including without limitation, governmental delays or moratoriums or delays occasioned by rain, wind and lightning storms. It is the intention of the parties that this sale qualify for the exemption provided by 15 U.S.C. Section 1702 (a)(2), and nothing herein contained shall be construed or operate as to any obligations of Seller or rights of Purchaser in a manner which would render said exception inapplicable.

    E.    When all units to be built in the Condominium have been constructed, the Seller shall record the survey and plot plan which will show the location of all items required by Section 718.104(4)(e), Florida Statutes, as amended.

    F.    Seller, as to the closing and closing documents, will have no obligation to any third parties (i.e., lenders or title insurance providers) and will be under no obligation to deal with any person or firm other than Purchaser and Purchaser's attorney.

3.   **CLOSING COSTS AND PRORATIONS:**

    A.    Seller shall provide for the survey contained in the condominium documents, water and sewer connection charges, and the cost of recording any documents necessary to create the Condominium.

    B.    Purchaser understands that, in addition to the payment of the purchase price and any other sums due under this Contract, Purchaser shall pay certain other fees or "closing costs" when Purchaser accepts title at closing. The closing costs to be paid by Purchaser and by Seller are set forth in the Closing Costs Addendum attached hereto as Exhibit "A". Notwithstanding anything contained herein to the contrary, Purchaser shall be solely responsible for all costs and fees associated with Purchaser's mortgage financing, if any. Purchaser shall also pay at closing a capital contribution assessment to the Vasari Country Club Master Association, Inc. (the "Club") and other Club dues.

    C.    Real property taxes, Vasari Community Development District assessments and maintenance and operation fees for the Club and the Cassia at Vasari Condominium Association, Inc., will be prorated as of the date of closing.

4.   **TITLE:**

    A.    Purchaser will be given fee simple title to the Unit by Condominium Special Warranty Deed (the "Deed"). Title to the Unit will be good, marketable and insurable, subject only to: usual title exceptions contained in an ALTA approved form of owner's policy of title insurance; zoning, subdivision, building and other ordinances and regulations of Lee County, Florida; matters of record provided same do not affect marketability of title; and other matters for which Purchaser could be granted affirmative title coverage.

    B.    Not less than five (5) days prior to the closing, the Seller shall deliver to Purchaser or Purchaser's attorney, a title insurance commitment (the "Commitment") issued by a title insurance company doing business in Lee or Collier County, agreeing to issue to Purchaser, upon recording of the deed to Purchaser, an Owner's policy of title insurance in the amount of the purchase price, insuring Purchaser's title to the Unit and the undivided share of the common elements appurtenant to it, subject only to those matters listed in Paragraph A above and insuring a legal means of ingress and egress to the condominium property from a public right-of-way. Unless Seller receives written notice from Purchaser within five (5) days after the date of this Contract or five (5) days prior to closing, whichever occurs first, Seller will direct the title agent and insurer referred to above to issue the title insurance commitment referred to above and a title insurance policy after closing. In the event Purchaser timely delivers such notice, (i) Seller shall have no obligation to deliver or cause to be delivered to Purchaser a title insurance commitment and title insurance policy; (ii) Purchaser shall

<div align="center">CASSIA AT VASARI- PURCHASE CONTRACT<br>Page 2</div>

Seller's Initials                                 Purchaser's Initials

be responsible for obtaining and delivering a title commitment to Seller a minimum of five (5) days prior to closing (if Purchaser fails to do so, Purchaser shall be deemed to waive Purchaser's right to make title and title related objections and Purchaser shall be deemed to accept title subject to the Permitted Exceptions, standard exceptions, matters common to property within Cassia at Vasari, and those encumbrances and other exceptions described in this Contract and all other matters affecting title); (iii) Purchaser shall be responsible for all costs and fees arising from or related to the title commitment, title policy and the closing of the transaction described herein the amounts of which may exceed those recited in the Closing Costs Addendum to this Contract (including the title search, title examination and Closing Fee); (iv) Seller shall have no obligation to provide Purchaser with any prior owner's title insurance policy, base title, certificates of good standing, corporate resolution of Seller, estoppel letters, etc.; and (v) Purchaser shall be responsible for all costs and expenses (including interest as described in the Default and Remedies section hereof) if closing is delayed as a result of the foregoing.

C.     Purchaser will have three (3) days from receipt of the Commitment for examination of the Commitment and of legal ingress and egress to the condominium property from a public right-of-way. If title or legal ingress or egress is found to be defective, Purchaser shall, within that time, notify Seller in writing specifying the defect(s). If the defect(s) render(s) title unmarketable, or Seller cannot deliver possession, or there is no legal ingress or egress in accordance with this Contract, the Seller shall have sixty (60) days from the receipt of the notice of defect(s) within which to remove the defect(s), but Seller is not obligated to do so. If Seller elects to correct the title defect(s), Purchaser's obligation hereunder shall remain in full force in effect during the sixty (60) day period. If Seller cannot, or will not correct the title defect(s) within said sixty (60) days, Purchaser shall elect one of the following two (2) options by written notice to Seller within ten (10) days after delivery of written demand by Seller:

(1)  Purchaser can accept the possession, ingress and egress, or title as Seller can provide without reduction of the purchase price, waiving any claims against Seller because of the defect(s); or

(2)  Purchaser can cancel this Contract in full settlement of all claims against Seller resulting from this Contract, and receive a full refund of the Deposit with such interest as may have been earned and would have been applied to the purchase price if Purchaser had closed the transaction contemplated by this Contract, whereupon both parties and the Escrow Agent shall be released from all obligations and liability hereunder.

D.     Title to the Unit will be considered marketable, within the terms of this Contract, if it is a title such as a title insurance underwriter authorized to do business in Florida will approve and insure.

5.     CONSTRUCTION:

A.     Purchaser acknowledges that there has been made available to him and he has examined the model and/or the model floor plans of the Condominium and the type of Unit being purchased by him hereunder, but that floor plan dimensions are approximate. Purchaser further acknowledges that Seller has made available to Purchaser in the sales office complete plans and specifications for the Unit and the improvements comprising the common elements of the Condominium. Purchaser understands that the Unit may be the reverse or mirror image of the floor plan of any model and/or model floor plans of the Condominium. Where this Contract is executed prior to the completion date, Seller agrees to construct the unit substantially in accordance with the model and/or the model floor plans and plans and specifications, subject, however, to: (i) job site changes and architectural changes required during construction; (ii) modifications required by changes in the law, including but not limited to federal, state and local laws and applicable building codes; and (iii) shortages in materials or supplies or substantial increases in the cost of same which, in the sole discretion of Seller, may require a substitution of materials or supplies or the cancellation of a supplier. In the event of substitution, Seller agrees, whenever reasonably possible, to use materials or supplies of similar quality; but in no event shall any materials or supplies be of lesser quality than required by applicable building codes or substantially change the product for which Purchaser has contracted.

B.     Except as provided in Paragraph 19 below, for reasons of safety and of requirements under policies of insurance held by Seller, neither Purchaser nor any agent of Purchaser shall enter the Unit or the Condominium until after Purchaser has closed this Contract and taken possession of his Unit, whereupon his rights shall be as set forth in the condominium documents. Purchaser agrees hereby to abide by such restriction and not to enter upon, nor interfere in any way with the construction of the Condominium or any other portion of Vasari. Purchaser may not order any work on the Unit until after the closing, other than options or extras that Seller agrees in writing to provide pursuant to Paragraph 6.

C.     Purchaser acknowledges that Purchaser has been made aware that under applicable building codes changes in the plans and specifications, sometimes called "Field Changes," are authorized by law and may be employed by Developer, the contractor and the subcontractors. Purchaser acknowledges that such Field Changes are not always required to be reflected in the plans and specifications and authorizes and approves such Field Changes as are contemplated by this Paragraph and as are otherwise lawful, whether or not

<div align="center">CASSIA AT VASARI- PURCHASE CONTRACT<br/>Page 3</div>

Seller's Initials



Purchaser's Initials

incorporated into the plans and specifications or the final set of plans and specifications given to the Association and agrees that such Field Changes as are not required by building codes to be so incorporated need not be so incorporated in the final plans and specifications. The issuance of a certificate of occupancy by the appropriate governmental authority for the building or Unit shall be deemed conclusive evidence that such building or Unit was constructed in compliance with applicable building codes.

### 6.   SELECTIONS, OPTIONS AND CHANGE ORDERS:

Any options, extras, alterations or improvements from the plans and specifications (collectively, "Options") desired by Purchaser shall be ordered, if approved by Seller, pursuant to an Options Addendum to this Contract specifically for such purchases. Purchaser shall have a reasonable time after the end of the recission period to make color and option selections with the Seller's Options Department. If Purchaser fails to do so within a reasonable time, Seller reserves the right to make those selections upon five (5) day written notice to Purchaser, and Purchaser has deemed to have accepted such selections as are made by Seller. A deposit of ten percent (10%) of the total costs of such Options purchased will be required and payable at the time the Options Addendum is executed, with the balance due as per this Contract. Any additional change orders shall be reflected in a separate Change Order which shall be an Addendum and shall be payable to Seller in full at such time as each separate Change Order is submitted by Purchaser. In addition to the payment for the costs associated with each separate Change Order, Purchaser expressly agrees to pay to Seller an administrative fee in an amount of $200.00 for each separate Change Order as consideration for Seller's agreement to such Addendum. Payment for such additional Options, and the administrative fee(s) are non-refundable unless Seller is unable to provide Purchaser with either a selection or a substitute selection of similar quality. Purchaser acknowledges that depending on the state of construction of the Unit, Purchaser's right to elect certain Options may be terminated and that Seller shall have the sole right to accept or reject Options Purchaser may request. If Purchaser does make selections pursuant to this Paragraph 6, Seller shall use Seller's best efforts to provide Purchaser with those selections. If Seller is unable to provide a selection to Purchaser, Seller's sole liability shall be a refund to Purchaser of all amounts paid therefor. If the Unit is completed or partially completed as of the date of this Contract, Purchaser shall be deemed to accept all selections previously made by Seller. Seller reserves the right to refuse acceptance of any and all Options requested after the execution of this Contract.

### 7.   DEFAULT AND REMEDIES:

A.   In the event Purchaser fails to close this transaction in the time established for reasons other than Seller's default or delay, and Seller agrees to extend the closing in accordance with this Paragraph 7.A., Purchaser shall be required to pay interest on the purchase price equal to eighteen (18%) percent per annum from the date on which the closing was originally scheduled, to and including the date on which the closing actually occurs. Further, all prorations shall be made as of the date closing was originally scheduled. Nothing in this Contract, however, shall require Seller to extend the closing beyond the time set forth in this Contract or prevent Seller from treating Purchaser as being in default if Purchaser fails to close within that time.

B.   Should Purchaser fail to make any of the payments herein above scheduled, or fail or refuse to execute the instruments required to close this transaction (including failure to promptly execute and file mortgage loan application documents, and all mortgage loan and real estate closing documents and to comply with the requirements of the mortgage lender, including providing any and all information as requested) or refuse to pay any costs or the sum required by this Contract, or otherwise default hereunder, and shall fail to correct such default within five (5) days after Seller has given Purchaser a written notice of such default, then Seller at its sole option, may (i) seek specific performance of this Contract; or (ii) declare this Contract terminated and retain the Deposit paid by Purchaser as liquidated and agreed-upon damages which Seller shall have sustained and suffered as a result of Purchaser's default, and thereupon the parties hereto will be released and relieved from all obligations hereunder. These provisions for liquidated and agreed-upon damages are bona fide provisions for such and are not a penalty, the parties understanding that by reason of the withdrawal of the Unit from sale to the general public at times when other parties would be interested in purchasing the Unit, Seller will have sustained damages if Purchaser defaults, which damages will be substantial but will not be capable of determination with mathematical precision and, therefore, as aforesaid, the provision for liquidated and agreed upon damages has been incorporated into this Contract as a provision beneficial to both parties.

C.   If Seller defaults in the performance of this Contract, Purchaser shall give Seller written notice of such default, and if Seller within seven (7) days from receipt of such written notice shall fail to take action that would cure the default within a reasonable period of time, and if Purchaser has performed all his obligations hereunder, Purchaser shall have the option to cancel this Contract by giving written notice thereof to Seller and upon such cancellation Seller shall refund to Purchaser all monies paid by Purchaser to Seller hereunder plus such interest as is prescribed by Chapter 718, Florida Statutes, in which event this Contract shall be terminated and neither party shall have any claim against the other. Nothing contained herein shall be

CASSIA AT VASARI- PURCHASE CONTRACT
Page 4

Seller's Initials                                                                Purchaser's Initials

deemed to restrict Purchaser's remedy of specific performance of this Contract or any other remedy if Purchaser shall be entitled to such remedy under applicable law.

### 8.   NEW UNIT:

The Unit is new and has not been previously occupied and is to be delivered vacant, except in the case of a model, if applicable.

### 9.   ASSIGNMENT:

This Contract is not assignable by Purchaser, except to Purchaser's spouse, individually or jointly with Purchaser or to Purchaser's family trust, existing or to be created and of which the Purchaser or Purchaser's spouse is the primary beneficiary. Any other purported assignment of this Contract by Purchaser shall be at the sole and absolute discretion of Seller. Seller, in Seller's sole and absolute discretion, may assign its rights under this Contract.

### 10.   DEPOSITS:

Deposits by Purchaser comprising the first ten percent (10%) of the aforestated total purchase price for the Unit shall earn interest at the rate paid by the depository institution on the accounts into which the funds are placed during the time that the deposit money is in such accounts. Deposits will earn interest only after Purchaser's fifteen (15) day recission period has elapsed. The interest, if any, will be paid to Seller at closing. Deposits in excess of such ten (10%) percent may be used for construction purposes as provided by 718.202, Florida Statutes and will not be earning interest. Seller intends to make an "Alternative Assurances" filing with the Division of Florida Land Sales, Condominiums and Mobile Homes. This filing, upon approval, will permit Seller to substitute an "Alternative Assurance" as defined in Rule 61B-17.009, Florida Administrative Code, for Purchaser's initial 10% deposit moneys held by the Escrow Agent and to use such money in the actual · construction of the Condominium.

### 11.   INSULATION:

A.   R-Values of insulation: Roof, fiberglass batts or blown R-30. Exterior masonry and interior masonry party wall, reflective foil R-4.1. Walls separating garage from living area, fiberglass batts R-11.

B.   Purchaser understands and acknowledges that insulation thickness may vary depending upon local conditions and construction factors, including, but not limited to, such items as wall openings and plumbing or other structures or obstructions within the walls which displace the insulation. Purchaser understands and agrees that the foregoing information regarding the thickness and R-value of the insulation is based upon information supplied by the insulation installer, and Seller makes no representation or warranty regarding same.

### 12. ·   ENERGY PERFORMANCE AND ENERGY EFFICIENCY RATING DISCLOSURE

A.   Energy Performance Level Display Card.   In accordance with Section 553.9085, Florida Statutes, a copy of an Energy Performance Level Display Card is attached to this Contract as Exhibit "B". At the time of completion of the Unit, the Seller will be able to complete and certify an Energy Performance Level Display Card which will be furnished to Purchaser upon request.

B.   General Information Brochure. A copy of the Florida Building Energy-Efficiency Rating System brochure prepared by the Florida Department of Community Affairs in accordance with Section 553.996, Florida Statutes, is attached hereto and made part of this Contract as Exhibit "C".

C.   Energy-Efficiency Rating Disclosure. Seller is providing this disclosure statement to Purchaser in compliance with Sections 553.9085 and 553.996, Florida Statutes. This disclosure statement is intended for the sole and exclusive use of the Purchaser for this transaction only and Seller shall not be liable or responsible to any third party who has relied upon the information contained herein.

### 13.   RADON GAS DISCLOSURE:

The following disclosure is required by Section 404.056(6), Florida Statutes, for all contracts for sale and purchase of any building in Florida: RADON GAS: Radon is a naturally occurring radioactive gas that, when it has accumulated in a building in sufficient quantities, may present health risks to persons who are exposed to it over time. Levels of radon that exceed federal and state guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your county public health unit.

Seller's Initials

Purchaser's Initials

14. **MOLD:**

Mold is a type of fungus occurring naturally in the environment. Condominium construction is not, and cannot be, designed to exclude mold spores. Whether or not Purchaser as a Unit Owner experiences mold growth depends largely on how Purchaser manages and maintains the Unit. Seller's responsibility is limited to things that it can control, and Seller will repair or replace defects in its construction only for the applicable periods designated in accordance with the provisions of Section 20 hereof. Purchaser agrees that the exclusive remedy for damages caused by mold or other fungi shall be limited to recovery in accordance with the provisions of Section 20 of this Contract.

15. **REAL ESTATE COMMISSIONS:**

Each party warrants, acknowledges and agrees that no broker(s) or salesperson(s) other than *TMYLOR Woodero REALTY SW* and *Rossi REAL ESTATE* have ever been involved in this transaction and each party covenants and agrees to indemnify and hold the other harmless from and against any and all claims made by any broker(s) or salesperson(s) seeking any commission or compensation for any loss, liability, costs or expense arising by, through or under said indemnifying party. Such indemnification shall include reimbursement of any attorneys' fees and costs, including those accruing from alternate dispute resolution proceedings, trial and appellate proceedings, incurred as a result of such claims made or such lawsuits filed. Seller is responsible for payment of compensation of the additional broker(s) named herein, if any.

16. **NOTICE:**

Whenever a notice is required to be sent under the terms of this Contract, the notice will be deemed to have been properly given or served when delivered in fact to the other party, or when delivered to and receipted for by a recognized air courier service (i.e., Federal Express, DHL), or when deposited with the United States Post Service with adequate postage prepaid and sent by certified mail, return receipt requested, and in all events addressed to the Purchaser at the address in this Contract and addressed to the Seller at 8430 Enterprise Circle, Suite 100, Bradenton, Florida 34202, Attn: Legal Department.

17. **RISK OF LOSS PRIOR TO CLOSING:**

Any loss and/or damage to the Condominium and/or the Unit between the date of this Contract and the date of closing will be at the Seller's sole risk and expense. Seller will have a reasonable time to complete repairs. The work will be judged by the same standards used to evaluate new construction. Purchaser will have no right to any reduction in the purchase price, nor any claim against Seller by reason of the loss and/or damage, and agrees to accept title on the date scheduled for closing.

18. **ADDENDUM OR RIDER:**

Any Rider or Addendum to this Contract will be deemed to be incorporated into this Contract as fully as if it were set forth at length herein. The terms and provisions of any such Rider or Addendum will control those of this Contract, but only to the extent necessary to give them full effect.

19. **INSPECTION PROCEDURE:**

A. Purchaser is required to conduct a personal inspection of the Unit with Seller's representative not later than the date established by Seller in written notification delivered to Purchaser, which date will be not less than fifteen (15) days after such notification is delivered.

B. If Purchaser is unable to conduct the personal inspection of the Unit with Seller on the date so established, Purchaser may designate a representative by written notice delivered to Seller not less than ten (10) days prior to such date. Purchaser will be bound by the actions of such representative.

C. During such personal inspection, the Purchaser or Purchaser's representative and the Seller (or Seller's representative) will complete a list of inspection items in the Unit, which require Seller's (or Seller's representative's) attention. Purchaser (or Purchaser's representative) and Seller shall sign the list as conclusive evidence of the agreed upon work to be performed. At such time as the agreed work has been performed (which shall be within a reasonable time considering the availability of materials and the nature of the work to be performed) it shall be deemed conclusive that Seller's obligations have been fulfilled and any additional items shall be the responsibility of the Purchaser.

D. Except as provided in Paragraph 19A. above, neither the Purchaser nor his agents or contractors shall have access or entry to the Unit, nor shall Purchaser store any of his possessions in or about

Seller's Initials

Purchaser's Initials

the Unit or the Condominium property prior to the closing of this transaction. Purchaser shall not interfere with workmen nor trespass upon the job site.

E.      It is agreed by the parties that the fact that the parties have not completed the inspection, or that items listed on the hereto inspection list have not been addressed by Seller, shall not entitle Purchaser to delay closing or to place in escrow or withhold money due Seller at closing, and a refusal to close as scheduled shall constitute a default by the Purchaser hereunder.  Seller's obligation to perform the work agreed upon in the list of inspection items shall survive closing.

F.      Failure of the Purchaser to conduct the personal inspection and complete and sign the list of inspection items by the date established in Paragraph 19 hereof shall be deemed to be: (1) conclusive of Purchaser's acceptance of the Unit as is; and (2) a complete waiver of all objections to defects in workmanship or materials.  This shall not be deemed to be a waiver of any warranties provided to Purchaser by law.

20.     LIMITATIONS OF WARRANTIES:

A.      Purchaser shall have the right, pursuant to paragraph 19, to inspect the Unit and the common elements prior to the closing.  Purchaser hereby agrees that from and after the closing, Purchaser shall not make or bring, and shall not support the bringing of such action by others, any claim or action whatsoever against Seller or Seller's agents with respect to the dimensions of the Unit or the common elements, the materials employed in the construction of the Unit or the common elements, or the quality of workmanship or the merchantability or fitness of the Unit or the common elements or fixtures or items of personal property sold pursuant to this Contract, or the merchantability or fitness thereof, except such claims or actions as may be permitted by Paragraph 20B. below.

B.      Purchaser acknowledges that at the time of execution of this Contract, Seller has no reason to know of any particular purpose of Purchaser in purchasing the Unit and items of personal property sold pursuant to this Contract other than for normal residential use.  Purchaser acknowledges and agrees that the only warranties applicable to the Condominium are those that may validly be imposed thereon by statutory law on the date thereof, as set forth in Section 718.203, Florida Statutes, as such section exists as of the date of this Agreement (hereinafter referred to as "Sole Warranties").  Purchaser further acknowledges and agrees that, to the extent allowed by law, Seller makes no other express or implied warranties whatsoever in regard to the Unit, the common elements, any fixtures or items of personal property sold pursuant to this Contract or any other real or personal property whatsoever sold hereby.

**Seller makes this warranty expressly in lieu of all other express or implied warranties concerning the Unit sold or to be constructed hereunder and the property sold hereunder or previously purchased from Seller, any other representations, statements or promises made by any person are unauthorized and are not binding upon Seller.  All other warranties with respect to the Unit and the property hereunder are hereby disclaimed, to the extent permitted by law, whether implied or arising by operation of law, course of dealing, custom and practice, or otherwise, including, but not limited to, any warranties of habitability, merchantability, and fitness for particular purpose; and Purchaser represents that Purchaser has read and understood this provision, and that Purchaser understands and agrees that, by entering into this Contract and accepting the benefits of the limited warranty described above, Purchaser has knowingly relinquished any and all other warranties of any kind or nature regarding the Unit and the property.   In no event shall Seller be liable to Purchaser or Cassia at Vasari Condominium Association, Inc. or any other person or entity for consequential or exemplary damages, or for personal injuries arising from any breach of the Sole Warranties.**

C.      Purchaser hereby acknowledges that: (i) the Sole Warranties shall not apply if the defective portion of the Unit, common elements, fixtures or any other real or personal property has resulted from or been caused by, in whole or in part, the misuse of same (whether intentional or unintentional) by any person, firm or entity other than Seller or from an accident, casualty or physical alteration or modification; and (ii) the Sole Warranties are further conditioned upon routine maintenance being performed unless such maintenance is an obligation of Seller or a Seller-controlled Association.

D.      CHAPTER 558, FLORIDA STATUTES CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY BRING ANY LEGAL ACTION FOR AN ALLEGED CONSTRUCTION DEFECT IN YOUR HOME.  SIXTY DAYS BEFORE YOU BRING ANY LEGAL ACTION, YOU MUST DELIVER TO THE OTHER PARTY TO THIS CONTRACT A WRITTEN NOTICE REFERRING TO CHAPTER 558 OF ANY CONSTRUCTION CONDITONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE SUCH PERSON THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND TO CONSIDER MAKING AN OFFER TO REPAIR OR PAY OFR THE ALLEGED CONSTRUCTION DEFECTS.  YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER WHICH MAY BE MADE.  THERE ARE STRICT DEADLINES AND PROCEDURES UNDER THIS FLORIDA LAW WHICH MUST BE MET AND FOLLOWED TO PROTECT YOUR INTERESTS.

CASSIA AT VASARI- PURCHASE CONTRACT

Page 7

Seller's Initials

Purchaser's Initials

E.    The provisions of this Section 20 shall survive the closing and delivery of the Deed.

21.    **PROSPECTUS:**

The condominium documents required by Section 718.504, Florida Statutes, to be provided by Seller to Purchaser are defined as the Prospectus together with all exhibits thereto. Purchaser shall acknowledge receipt of the Prospectus and all exhibits by execution of the Receipt for Condominium Documents in the form prescribed by DBPR Form CO 6006-6 as referenced in Rule 61B-18.004, Florida Administrative Code.

22.    **TIME:**

Time is of the essence for making all payments due pursuant to this Contract and for the closing of this Contract. Time otherwise may be made of the essence by not less than five (5) days advance written notice. Any time period measured in "days" means consecutive calendar days, except that the expiration of any time period measured in days that expires on a Saturday, Sunday, or nationally observed legal holiday automatically will be extended to the next day that is not a Saturday, Sunday, or nationally observed legal holiday.

23.    **VASARI COMMUNITY DEVELOPMENT DISTRICT:**

A.    Purchaser acknowledges that a uniform community development district, as defined in Chapter 190, Florida Statutes, known as the VASARI COMMUNITY DEVELOPMENT DISTRICT has been established for the Vasari community located in Lee County (hereinafter "CDD"). The CDD will provide certain urban community development services and will have the authority to levy and collect fees, rates, charges, taxes and assessments to pay for, finance and provide such services. The CDD is empowered to plan, establish, acquire, construct or reconstruct, enlarge or extend, equip, operate, and maintain systems and facilities for basic infrastructures which may include without limitation: (1) water management and control lands within the CDD and the connection of some or any of such facilities with roads and bridges; (2) roads and bridges; (3) potable water distribution; (4) sewage collection; and (5) waste water management. The CDD will impose taxes and/or assessments through a special taxing district. These taxes will pay for the construction, operation, and/or maintenance costs of certain public facilities within the CDD and will be set annually by the governing board of the CDD. These taxes and assessments are in addition to county and all other taxes and assessments provided for by law. These fees, rates, charges, taxes and assessments will appear on the annual real estate tax bill for each Owner (of property within the community served by the CDD, as further defined in the Declaration of Covenants, Conditions, Restrictions and Easements for Vasari Country Club) and they will be payable directly to the Lee County Tax Collector. All taxes of the CDD shall constitute a lien upon those portions of Vasari owned by any Owner. The CDD shall have the power to issue any types of bonds permitted by Chapter 190, Florida Statutes.

B.    The CDD's duties may include irrigation, water distribution, storm water management (drainage control), street lighting and limited access assurance services. The Purchaser acknowledges that other services may be added to the CDD's responsibilities from time to time.

C.    The Purchaser agrees, by acceptance of a deed or other instrument conveying title to the Unit, for itself, its successors and assigns, to pay any and all fees, rates, charges, taxes and assessments which may be imposed by the CDD upon such property being purchased by Purchaser, and further agrees to abide by all of the CDD's rules and regulations, as they may be amended from time to time. This provision shall survive the closing contemplated herein and the delivery of the Deed to the Purchaser.

24.    **PROVISIONS RELATING TO CONTRACTS SIGNED AFTER THE COMPLETION DATE:**

Checking the box at left indicates this Contract is executed after the Completion Date, and as such, the following provisions shall be applicable to this Contract. For purposes of this Contract, the term "Completion Date" shall mean the date that a Certificate of Occupancy is issued for the building containing the Unit and all other requirements for completion of improvements are met, as specified in the Condominium Act, Chapter 718, Florida Statutes.

A.    Paragraph 2D. shall not be applicable to this Contract.

B.    The provisions of Paragraph 5A. shall not be applicable to this Contract, and Purchaser acknowledges that there has been made available to him and that he has been shown the model and/or the model floor plans of the Condominium and the type of unit being purchased by him hereunder. Purchaser further acknowledges that Seller has made available to Purchaser complete plans and specifications for the Unit and the improvements comprising

<div align="center">CASSIA AT VASARI- PURCHASE CONTRACT<br>Page 8</div>

Seller's Initials

Purchaser's Initials

the common elements and that Purchaser has had the right and opportunity to examine the Unit and the Condominium.

C.   Any provision relating to the escrow of the Deposit, shall not be applicable to this Contract.

25.   **NOTICES OF COMMENCEMENT:**

Purchaser acknowledges that notices of commencement may be filed of record, and agrees that the same shall not be an objection to title, it being understood that the Unit will be released from the liens of such notices at or prior to the closing.

26.   **MULTIPLE PURCHASERS:**

If two (2) or more persons are named as Purchaser herein, any one (1) of them is authorized to act as agent for, with the right to bind, the other(s) in all matters and of every kind and nature with respect to this Contract. If the Purchaser is married, and the Purchaser's spouse is not named as a Purchaser herein, Purchaser shall be responsible and liable for such spouse executing the mortgage and other closing documents as required by lender and Seller. Failure of said spouse to do so shall constitute a default hereunder by Purchaser.

27.   **SELLER'S BUSINESS ORGANIZATION:**

Purchaser hereby expressly acknowledges and agrees that (i) a conversion by Seller of its form of business organization from a limited liability company to a corporation, (ii) a merger by Seller with any entity(ies) with the Seller being the surviving entity of such merger, or (iii) change of Seller's name or any or all of the above in combination, shall not be deemed to be a material or adverse change.

28.   **PLANNED DEVELOPMENT:**

Purchaser acknowledges that the property is a portion of a mixed-use, master planned community generally known as Vasari. Vasari is and shall be comprised of this Unit, other residential property, recreational amenities, and commercial land uses. Vasari is an expandable community, meaning that additional land may be added to Vasari from time to time, as provided for in the Governing Documents referenced below. Purchaser understands and acknowledges that the Unit shall be subject to recorded covenants, conditions, and restrictions which establish and provide for the governance structure of the master planned community, including, without limitation, the community association documents applicable to Vasari.

29.   **VASARI COUNTRY CLUB MASTER ASSOCIATION MEMBERSHIP:**

Upon acquisition of title to the Unit, Purchaser shall automatically become a member of Vasari Country Club Master Association and shall be subject to the assessment obligations and other provisions set forth in the Declaration of Covenants, Conditions, Restrictions and Easements for Vasari Country Club (the "Declaration").

30.   **MISCELLANEOUS PROVISIONS:**

A.   Entire Agreement:

**All prior understandings are superseded by and merged into this Contract. No oral representations, advertising, promotional activities, maps, artists' renderings, conceptual presentations or otherwise, made by Seller or Seller's agents shall in any way be binding on Seller and will be of no force or effect unless expressly set forth in this Contract or set forth in the documents required to be furnished to Purchaser by a Developer pursuant to Section 718.503, Florida Statutes as to either the Condominium property or the Unit including, without limitation, the workmanship and materials. Purchaser represents that he has not relied on any verbal or written statements, published by or under the authority of Seller in any advertising or promotional matter including, but not limited to, brochures, newspapers, and radio or television advertising, but has based his decision to purchase on personal investigation, observation and review of the condominium documents. This paragraph shall survive the closing contemplated herein and the delivery of the Deed to Purchaser.**

B.   Contract not Recordable; Persons Bound; and Notice:

Neither this Contract nor any notice of it shall be recorded in any Public Records; to do so is a substantive breach of this Contract. Execution of this Contract shall not create any lien or lien right in favor of the Purchaser, the Purchaser hereby expressly waiving and relinquishing any such lien or lien rights. This Contract shall bind and inure to the benefit of the parties hereto and their successors in interest, heirs and assigns. Notice given by or to the attorney for either party shall be as effective as if given by or to that party.

CASSIA AT VASARI- PURCHASE CONTRACT
Page 9

Seller's Initials

Purchaser's Initials

C.    Invalidity;

In case any one or more of the provisions contained in this Contract shall, for any reason, be held to be invalid, illegal or unenforceable in any respect, the invalidity, illegality, or unenforceability shall not affect any other provision, and this Contract shall be construed as if such invalid, illegal or unenforceable provision had never been contained in this Contract.

D.    Applicable Law:

This Contract and all documents executed pursuant to it shall be interpreted, construed, applied, and enforced in accordance with and governed by the laws of the State of Florida, regardless of where executed, delivered, performable or breached, or any suit or other proceeding involving this Contract is instituted or pending, or whether the laws of the State of Florida otherwise would apply the laws of another jurisdiction.

E.    Captions:

Captions of the paragraphs and subparagraphs of this Contract are for the convenience of reference only, are not to be considered a part hereof and will not limit nor otherwise affect any of the terms hereof.

F.    Amendments:

Neither this Contract nor any provision hereof may be changed, waived, discharged or terminated orally, but only by an instrument in writing signed by the party against whom enforcement of the change, waiver, discharge or termination is sought.

G.    Indemnification:

Indemnify means that the indemnitor will defend, indemnify and hold the indemnitee harmless from and against any and all claims, demands, losses, liabilities including strict liability, damages, injuries, and expenses, including attorney's fees for attorneys of the indemnitee's choice, costs of any settlement or judgment and claims of any and every kind whatsoever paid, incurred or suffered by, or asserted against the indemnitee by any person or entity or governmental agency for, with respect to, or as a direct result of the subject matter of the indemnity. The scope of any indemnity includes any costs and expenses, including reasonable attorney fees, incurred in defending any indemnified claim, or in enforcing the indemnity or both. Any express indemnities contained in this Contract survive the closing of the transaction it contemplates.

H.    Venue:

Purchaser waives any and all privileges and rights which it may have under Chapter 47, Florida Statutes, relating to venue, as it now exists or may hereafter be amended, and any comparable statute or administrative provision; and Purchaser further agrees that any legal action brought on this Contract shall be brought in the appropriate forum in Lee County, Florida.

I.    No Liens:

Prior to closing, Purchaser shall not place nor allow any lien to be placed on the Unit.

J.    Waiver:

The waiver of one or more defaults by any party to this Contract shall not be deemed a waiver of any subsequent default of that provision of this Contract or default under any other provision of this Contract. No waiver of the benefit of any provision of this Contract will be effective unless made in writing, signed by the party to be charged; and no such waiver is a waiver of any future event, unless it expressly so states.

K.    Sales Activities:

Purchaser acknowledges that Seller or a company or other entity affiliated with Seller shall have the right to utilize all of the common elements of the Condominium, all Association property (including roadways and recreational facilities) and any models and/or sales office located or to be located in Vasari and/or the Condominium in connection with the sale or lease of dwelling units in this or in other projects or developments within or outside of Vasari. This paragraph shall survive the closing contemplated herein and the delivery of the Deed to the Purchaser.

CASSIA AT VASARI- PURCHASE CONTRACT
Page 10

Seller's Initials

Purchaser's Initials

L.    Purchaser Representations:

Purchaser acknowledges and agrees that the representations made to Seller hereunder are a material inducement to Seller to enter into this Contract and that such representations shall survive the closing.

M.    Counterparts:

This Contract may be executed simultaneously in two or more counterparts, each of which will be deemed an original, but all of which together will constitute one and the same instrument.

N.    Gender:

The use of the singular includes the plural, the use of the male includes female and neuter and vise versa.

O.    Facsimile:

A facsimile (FAX) signature will be deemed to be an original. Offer and acceptance by facsimile is binding.

P.    Construction:

This Contract and all related documents, including without limitation the Deed, will not be construed more strongly against any party regardless of who was more responsible for its preparation.

Q.    COMMUNITY DISCLOSURE.

IF THE DISCLOSURE SUMMARY REQUIRED BY SECTION 720.401, FLORIDA STATUTES HAS NOT BEEN PROVIDED TO THE PROSPECTIVE PURCHASER BEFORE EXECUTING THIS CONTRACT FOR SALE, THIS CONTRACT IS VOIDABLE BY PURCHASER BY DELIVERING TO SELLER OR SELLER'S AGENT WRITTEN NOTICE OF THE PURCHASER'S INTENTION TO CANCEL WITHIN THREE (3) DAYS AFTER RECEIPT OF THE DISCLOSURE SUMMARY OR PRIOR TO CLOSING, WHICHEVER OCCURS FIRST. ANY PURPORTED WAIVER OF THIS VOIDABILITY RIGHT HAS NO EFFECT. BUYER'S RIGHT TO VOID THIS CONTRACT SHALL TERMINATE AT CLOSING.

R.    PROPERTY TAX DISCLOSURE SUMMARY.

BUYER SHOULD NOT RELY ON THE SELLER'S CURRENT PROPERTY TAXES AS THE AMOUNT OF PROPERTY TAXES THAT THE BUYER MAY BE OBLIGATED TO PAY IN THE YEAR SUBSEQUENT TO PURCHASE. A CHANGE OF OWNERSHIP OR PROPERTY IMPROVEMENTS TRIGGERS REASSESSMENTS OF THE PROPERTY THAT COULD RESULT IN HIGHER PROPERTY TAXES. IF YOU HAVE ANY QUESTIONS CONCERNING VALUATION, CONTACT THE COUNTY PROPERTY APPRAISER'S OFFICE FOR INFORMATION.

31.    ACCEPTANCE:

This Contract shall not become effective until Purchaser signs and delivers this Contract to Seller, and pays the Initial Deposit to Escrow Agent. This Contract shall not be considered approved and accepted by Seller until executed by Seller's authorized representative.

THIS AGREEMENT IS VOIDABLE BY BUYER BY DELIVERING WRITTEN NOTICE OF THE BUYER'S INTENTION TO CANCEL WITHIN FIFTEEN (15) DAYS AFTER THE DATE OF EXECUTION OF THIS AGREEMENT BY THE BUYER, AND RECEIPT BY BUYER OF ALL OF THE ITEMS REQUIRED TO BE DELIVERED TO HIM BY THE DEVELOPER UNDER SECTION 718.503, FLORIDA STATUTES. THIS AGREEMENT IS ALSO VOIDABLE BY BUYER BY DELIVERING WRITTEN NOTICE OF THE BUYER'S INTENTION TO CANCEL WITHIN FIFTEEN (15) DAYS AFTER THE DATE OF RECEIPT FROM THE DEVELOPER OF ANY AMENDMENT WHICH MATERIALLY ALTERS OR MODIFIES THE OFFERING IN A MANNER THAT IS ADVERSE TO THE BUYER. ANY PURPORTED WAIVER OF THESE VOIDABILITY RIGHTS SHALL BE OF NO EFFECT. BUYER MAY EXTEND THE TIME FOR CLOSING FOR A PERIOD OF NOT MORE THAN FIFTEEN (15) DAYS AFTER THE BUYER HAS RECEIVED ALL OF THE ITEMS REQUIRED. BUYER'S RIGHT TO VOID THIS AGREEMENT SHALL TERMINATE AT CLOSING.

CASSIA AT VASARI- PURCHASE CONTRACT

Page 11

Seller's Initials

Purchaser's Initials

| | |
|---|---|
| THE VASARI COMMUNITY DEVELOPMENT DISTRICT MAY IMPOSE AND LEVY TAXES OR ASSESSMENTS, OR BOTH TAXES AND ASSESSMENTS, ON THIS PROPERTY. THESE TAXES AND ASSESSMENTS PAY THE CONSTRUCTION, OPERATION, AND MAINTENANCE COSTS OF CERTAIN PUBLIC FACILITIES AND SERVICES OF THE DISTRICT AND ARE SET ANNUALLY BY THE GOVERNING BOARD OF THE DISTRICT. THESE TAXES AND ASSESSMENTS ARE IN ADDITION TO COUNTY AND OTHER LOCAL GOVERNMENTAL TAXES AND ASSESSMENTS AND OTHER TAXES AND ASSESSMENTS PROVIDED FOR BY LAW. | ANY PAYMENT IN EXCESS OF 10% OF THE PURCHASE PRICE MADE TO DEVELOPER PRIOR TO CLOSING PURSUANT TO THIS CONTRACT MAY BE USED FOR CONSTRUCTION PURPOSES BY THE DEVELOPER. |

SELLER:
TAYLOR WOODROW COMMUNITIES
AT VASARI, L.L.C., a Florida limited liability
company

By: _____
Its: PRESIDENT
8430 Enterprise Circle, Suite 100
Bradenton, Florida 34202
941-554-2000
941-554-3010 (FAX)

Date signed by Seller: 12·16·05

PURCHASER(S):

_____
Louis Ych

Date signed by Purchaser: 12/6/05

BROKER:

Rossi Real Estate Inc.
[Name of Company]
1865 Les Chateaux Blu. #203
[Address] Naples, 34109
Nancy Rossi / John Capos
Agent's Name

CASSIA AT VASARI- PURCHASE CONTRACT
Page 12

Seller's Initials

Purchaser's Initials

## LIST OF EXHIBITS

| | |
|---|---|
| Exhibit "A" | Closing Costs Addendum |
| Exhibit "B" | Energy Performance Level Display Card |
| Exhibit "C" | Florida Building Energy Efficiency Rating System |
| Exhibit "D" | Community Disclosure Summary |
| Exhibit "E" | Affiliated Business Arrangement Notice |

CASSIA AT VASARI- PURCHASE CONTRACT
Page 13

Seller's Initials

Purchaser's Initials

EXHIBIT "A"
CASSIA AT VASARI, a condominium
RESIDENCE PURCHASE CONTRACT
<u>CLOSING COSTS ADDENDUM</u>

THIS ADDENDUM to the Cassia at Vasari, a Condominium Residence Purchase Contract (the "Contract") made between Taylor Woodrow Communities at Vasari, L.L.C., a Florida limited liability company ("Seller"), and _Larry & Maurine Galvan_ ("Purchaser"), for the purchase of Unit _202_, Cassia at Vasari, a condominium is hereby entered into and made a part of said Contract as if fully set forth therein.

<u>W I T N E S S E T H:</u>

1. In the event of any conflict between the terms and provisions of this Addendum and any terms and provisions of the Contract, the terms and provisions of this Addendum shall control. Capitalized terms which are employed in this Addendum without definition but which are defined in the Contract shall have the same meaning in this Addendum as in the Contract.

2. <u>Closing Costs</u>: Purchaser understands that, in addition to the payment of the purchase price and any other sums due under the Contract, Purchaser shall pay certain other fees or "closing costs" when Purchaser accepts title at closing. The closing costs to be paid by Purchaser and by Seller are as follows:

| | PURCHASER | SELLER |
|---|---|---|
| The balance of the purchase price, plus any unpaid extras (i.e., Change Orders) | X | |
| Owner's Title Policy (Minimum Promulgated Rate) | X | |
| Search Fee | | $50.00 * |
| Title Exam Fee | | $80.00 * |
| Closing Fee (Cash Transaction) | $100.00† | $100.00 * |
| Documentary Stamps on Deed (a tax of 70 cents on each $100 or fraction thereof of the purchase price) | X | |
| Recording Conveyance Documents ($10.00 for the initial page, plus $8.50 for each additional page) | X | |
| Any deposits, installation charges or hook-up fees for utilities | X | |
| Purchaser's own hazard and liability insurance | X | |
| Attorney's fees for Purchaser's attorney, if any | X | |
| Default interest, delayed closing charges or penalties, if any | X | |
| Express mail and courier charges | X | |
| The prorata share of the assessments for Cassia at Vasari Condominium Association, Inc., and the Vasari Country Club Master Association, Inc. (the "Club") (collectively, the "Associations") for the Unit attributable to the days during the quarter in which the closing occurs and during which Purchaser holds title to the Unit. | X | |
| An initial capital contribution assessment to the Vasari Country Club Master Association, Inc. This contribution shall be collected for the use and benefit of the Club as provided in the Club documents. | X | |
| Real estate taxes, benefit taxes and special assessments, operation and maintenance assessments and Vasari Community Development District assessments for the then-current year on the Unit shall be prorated as of the closing date. If the real estate tax bill for the Unit is not available at the time of Closing, such real estate taxes and assessments will be prorated in a manner reasonably determined by Seller and an adjustment thereof shall be made upon Purchaser's request within thirty (30) days of Purchaser's delivery of a copy of the actual bill to Seller. | X | |

*If Purchaser obtains title from a title agent other than the title agent designated by Seller pursuant to Section 4 of the Contract, Purchaser shall be financially responsible for title search, title exam and the closing fee, which fees may be in excess of the amounts shown hereon, and Seller shall have no obligation to pay any portion of those fees.

† Amounts shown may be higher if Purchaser uses a title agent other than the agent designated by Seller pursuant to Section 4 of the Contract.

_____ Purchaser's Initials

_____ Seller's Initials

**IF PURCHASER OBTAINS A MORTGAGE, ADDITIONAL PURCHASER COSTS INCLUDE THE FOLLOWING:**

|  | PURCHASER | SELLER |
|---|---|---|
| Lender's title insurance policy, together with the title endorsements required by lender - Simultaneous issue rate of $25 plus $25 maximum per additional endorsement attached to loan policy (not including Florida Form 9 endorsement, which has a minimum charge of 10% of the owner and lender title policy premiums combined) . | $150.00 † | |
| Additional Closing Fee (Financed Transaction) | $125.00 † | |
| Mortgage Intangible tax – a one-time nonrecurring tax of 2 mills on each dollar of the just valuation of obligations for payment of money which are secured by mortgage, deed of trust, or other lien upon real property situated in the state of Florida. | X | |
| Mortgage Documentary Stamp tax – on mortgages or other evidences of indebtedness, a tax of 35 cents on each $100 or fraction thereof of the indebtedness | X | |
| Recording Lenders Documents  ($6.00 for the initial page, plus $4.50 for each addtl. page) | X | |
| Application fee | X | |
| Appraisal fee | X | |
| Credit report fee | X | |
| Escrow for taxes and/or insurance | X | |
| Tax service fee . | X | |
| Mortgage transfer or service fee | X | |
| Mortgage insurance | X | |
| Origination fee | X | |
| Underwriting fee | X | |
| Discount points | X | |
| Prepaid interest | X | |
| Flood insurance and certification fee, if required | X | |
| Termite inspection | X | |
| Photographs | X | |
| Courier and overnight mail charges | X | |
| Any other charges imposed by Purchaser's lender | X | |

Purchaser acknowledges that this Closing Costs Addendum was provided to Purchaser prior to Purchaser's execution of the Contract.

PURCHASER:

SELLER:
Taylor Woodrow Communities at Vasari, L.L.C.,
a Florida limited liability company

By: _____

As its Authorized Representative

DATE EXECUTED BY PURCHASER:

_____, 200__

DATE EXECUTED BY SELLER:

_____12 . 16 . 0 6_____, 200__

† Amounts shown may be higher if Purchaser uses a title agent other than the agent designated by Seller pursuant to Section 4 of the Contract.

_____ Purchaser's Initials

_____ Seller's Initials

EXHIBIT "C"



## Congratulations on your decision to purchase a home.

As you know, there are a lot of factors to consider before signing on the dotted line. By now, you've probably checked out the location of the home you like the best. You know how much the seller wants, how many bedrooms there are, whether your dining room table will fit, where you'll park your car and lots of other important things.

**But wait, there's still one more important thing you really ought to do.**

You wouldn't buy a car without asking how many miles-per-gallon it gets, would you? So why would you even think of buying a house without knowing how much the power bills will be? That's why now is the perfect time to get an **EnergyGauge®** rating on the house.

Since 1994, there has been a voluntary statewide energy-efficiency rating system for homes in Florida, and prospective home-owners just like you all around the state are getting their homes rated before they make their purchase. There are several very important reasons why.

- **Energy ratings give homebuyers a market-place yardstick that measures the benefits of energy-efficiency improvements.** You get detailed estimates of how much your energy use will cost.

- **Energy ratings give you clear and specific information that lets you compare similar homes on their energy use.** Two

homes might look similar, but one may be efficient and comfortable and the other an energy-guzzler with a very uncomfortable interior.

- Maybe most important of all, **the national Home Energy Rating System (HERS) score on the energy rating can qualify you for a number of special mortgage programs that offer lower interest rates, lower closing costs, and other benefits.** More and more lenders are coming into Florida with money-saving packages for buyers of energy-efficient homes.

**Before buying your next home, hire a Certified Energy Rater to do a rating.**

Your builder or Realtor can help you find a Certified Rater in your area. After the rating, you'll get an easy-to-understand Energy Guide that estimates how much it will cost to pay for energy used in that home, and will allow you to look at a number of separate areas of energy use throughout the house.

For many years, buyers have had home inspectors look over a home before making their purchase. This is a great way to find out about potential house problems before you make your purchase. Smart homebuyers around the country are now also asking for a home energy rating to look specifically at the energy-users in a home and determine their efficiency. Because energy costs can often equal house payments, the relatively small cost of a home energy rating can easily be offset by many years of lower energy payments.

---

Projected Rating Based on Improvements
Field Performance Test Required for Rating Confirmation

## FLORIDA
## BUILDING ENERGY RATING GUIDE

DCA Costa & Stancard, IA, solar
456 Example Way, Res FREE'97
Central Base, FL 32805

Class 1 Rating
Registration No. 0
Climate: Central Florida

| Best | | | | | Worst |
|---|---|---|---|---|---|
| $381 | ▶ | ◇ | $735 | | $2229 |

18 MBtu ◀ ◇ 30 MBtu 109 MBtu

▶ Improved Home
◇ HERS Reference Home[1]
    Savings = $368

Cost basis:
Central Default
Central Default
Statewide Prices

Electric Rate $0.082 /kWh
Gas Rate $1.077 /Therm
Oil $1.50/gal   LP Gas: $1.75/gal

As compared with other 1500 square foot, 3 bedroom homes without pool pumps.
**This Improved Home Qualifies for EPA's Energy Star Label[2]**
**This Improved Home Qualifies for an Energy Efficient Mortgage (EEM)**



| Cooling | 1679 $388 |
| Heating | 574 |
| Hot Water | 964 1199 |
| Refrig. | $128 |
| Dryer | 142 $62 |
| Stove | $85 $62 |
| Lighting | 589 $123 |
| Misc. | 635 |
| Pool | |

### HERS Score[3]
Reference: 80 ☆☆☆☆☆   Improved: 90 ★★★★★

I.M. Certified                              000000
Certified Rater                          I.D. Number

_____            _____
Signature                                        Date

This notice is provided to you by an individual certified by the Florida Department of Community Affairs to perform a building energy rating evaluation. For questions, comments, or complaints regarding the person or Agency performing the service may be directed to the Florida Department of Community Affairs, Building Energy Rating System Program, 2555 Shumard Oak Boulevard, Tallahassee, Florida, 32399-2100, (850)487-1824.

Form: 11B         EnergyGauge® (Version: FLR11PA-2.02)         Page 1/2

NOTES:
[1] The HERS Reference Home is constructed to comply with the 1993 CABO Model Energy Code (MEC) as a HERS score of 80 or greater.
[2] The home builder must have a signed Memorandum of Understanding with EPA as an Energy Star license partner.
[3] Home Energy Rating System (HERS) Score calculated in accordance with national HERS Guideline entry method.

Page 1/2

# Thinking About Buying a Home?

## Get An EnergyGauge® Rating!

### Consider the Benefits:

- More Home for Less Money
- Improved Mortgage Options
- Enhanced Indoor Comfort
- Superior Energy-Efficiency
- More Environmental Sustainability
- Tested Quality Construction
- Greater Resale Value

---

You're already familiar with the miles-per-gallon stickers on new automobiles, and the yellow EnergyGuide labels on home appliances. Shoppers use this information to figure out how much that car or appliance is really going to cost them. This information gives the buyer a good estimate of what it will cost to operate that car or use that appliance, over and above the purchase price. A car or product that is cheaper to buy can often be more expensive to operate, so this information can be very important to assure that you make the best purchase decision.

## Here's how the Florida EnergyGauge program works.

After the rating, you'll get an easy-to-read form like the one on the inside page. The Rating Guide has a scale that allows you to compare the specific home you're looking at with the most efficient and the least-efficient homes of the same size with the same number of bedrooms available in your part of the state today. And in addition to this overall estimate of energy use and comparisons, you get a detailed breakdown on the energy costs of the home's air-conditioning, space heating, water heating, refrigerator, clothes dryer, cooking costs, lighting, pool pumping and other miscellaneous equipment.

One of the keys to the success of this program is the uniformity of ratings, made possible by the use of the EnergyGauge® software developed by the Florida Solar Energy Center. It has been specially designed to let Raters input the key data on the home and obtain accurate information for comparison purposes. A unique optimization feature even lets Raters determine what energy-efficiency

features can be added to the home to maximize cost-savings and comfort-improvement.

## So how can a home energy rating help you reduce your energy use and save money?

That's easy. While the design and construction of your home and the efficiency of its appliances and equipment control the most significant portion of its energy use, occupant life-style will still have a big effect on exactly how much energy gets used. Your comfort preferences and personal habits - the level at which you set the thermostat, whether or not you turn off lights and fans when leaving a room, how much natural ventilation you use, and other factors - all will affect your home's actual monthly energy use.

## The Ratings program in Florida closely parallels national activities.

The U.S. Department of Energy has been working to set national standards for Home Energy Rating Systems, and Florida's system surpasses these standards. The Florida Building Energy Rating Guide provides a HERS score for the home. This national score enables homes to qualify for national mortgage financing options requiring a HERS score. This score is computed in accordance with proposed national guidelines, considering the heating, cooling, and hot water energy uses. HERS awards stars to the rating.

## Tell your Realtor or builder that you want to get the home rated before you buy it.

They can give you the names of Raters in your area. Additional information on the program is available from the Energy Gauge Program Office at 321-638-1492, or visit our website at www.fsec.ucf.edu.

## Who does Energy Ratings?

It is important to note that only State Certified Raters are allowed to perform ratings. These Raters have undergone rigorous training programs and have passed the required challenge exams. They are also required to undergo continuing education classes and further exams to keep their certifications current. An on-going quality control program also watches over their Ratings and their work. All their Ratings are submitted to a central Registry that checks them for accuracy and compiles generic building data.

## Energy Ratings In Florida

The Florida Building Energy-Efficiency Rating Act (Florida Statute 553.990) was passed by the State Legislature in 1993 and amended in 1994. It established a voluntary statewide energy-efficiency rating system for homes. The Rating System has been adopted by DCA Rule 9B-60.



The Florida Energy Gauge

The Florida Energy Gauge Program
*Florida's Building Energy Rating System*
1679 Clearlake Road
Cocoa, Florida 32922-5703
321-638-1402
Fax: 321-638-1010
E-Mail: EnGauge@fsec.ucf.edu
Website: www.fsec.ucf.edu

FSEC-EB-1                                    F1-04

EXHIBIT "D"
COMMUNITY DISCLOSURE SUMMARY
VASARI

1.  AS A PURCHASER OF PROPERTY IN THIS COMMUNITY, YOU WILL BE
    OBLIGATED TO BE A MEMBER OF A HOMEOWNERS' ASSOCIATION.

2.  THERE HAVE BEEN OR WILL BE RECORDED RESTRICTIVE COVENANTS
    GOVERNING THE USE AND OCCUPANCY OF PROPERTIES IN THE
    COMMUNITY.

3.  YOU WILL BE OBLIGATED TO PAY ASSESSMENTS TO THE ASSOCIATION.
    ASSESSMENTS MAY BE SUBJECT TO PERIODIC CHANGE. IF
    APPLICABLE, THE CURRENT AMOUNT IS $3,880.00 PER YEAR. YOU WILL
    ALSO BE OBLIGATED TO PAY ANY SPECIAL ASSESSMENTS IMPOSED BY
    THE ASSOCIATION. SUCH SPECIAL ASSESSMENTS MAY BE SUBJECT TO
    CHANGE. IF APPLICABLE, THE CURRENT AMOUNT IS $ N/A PER N/A .

4.  YOU MAY BE OBLIGATED TO PAY SPECIAL ASSESSMENTS TO THE
    RESPECTIVE MUNICIPALITY, COUNTY, OR SPECIAL DISTRICT. ALL
    ASSESSMENTS ARE SUBJECT TO PERIODIC CHANGE.

5.  YOUR FAILURE TO PAY SPECIAL ASSESSMENTS OR ASSESSMENTS
    LEVIED BY A MANDATORY HOMEOWNERS' ASSOCIATION COULD
    RESULT IN A LIEN ON YOUR PROPERTY.

6.  THERE MAY BE AN OBLIGATION TO PAY RENT OR LAND USE FEES FOR
    RECREATIONAL OR OTHER COMMONLY USED FACILITIES AS AN
    OBLIGATION OF MEMBERSHIP IN THE HOMEOWNERS' ASSOCIATION. IF
    APPLICABLE, THE CURRENT AMOUNT IS $ N/A PER N/A .

7.  THE DEVELOPER MAY HAVE THE RIGHT TO AMEND THE RESTRICTIVE
    COVENANTS WITHOUT THE APPROVAL OF THE ASSOCIATION
    MEMBERSHIP, OR THE APPROVAL OF THE PARCEL OWNERS.

8.  THE STATEMENTS CONTAINED IN THIS DISCLOSURE FORM ARE ONLY
    SUMMARY IN NATURE, AND, AS A PROSPECTIVE PURCHASER, YOU
    SHOULD REFER TO THE COVENANTS AND THE ASSOCIATION
    GOVERNING DOCUMENTS BEFORE PURCHASING PROPERTY.

9.  THESE DOCUMENTS ARE EITHER MATTERS OF PUBLIC RECORD AND
    CAN BE OBTAINED FROM THE RECORD OFFICE IN THE COUNTY WHERE
    THE PROPERTY IS LOCATED, OR ARE NOT RECORDED AND CAN BE
    OBTAINED FROM THE DEVELOPER.

Buyer's Signature
Buyer's Printed name
Buyer's Signature
Buyer's Printed name
Date:

**Affiliated Business Arrangement**
Notice

To: _Calvin_ Property: Unit 202 Bldg. 8 , CASSIA  AT VASARI
From: TAYLOR WOODROW COMMUNITIES AT VASARI, LLC          Date: 12/6/05

This is to give you notice that TAYLOR WOODROW COMMUNITIES AT VASARI, LLC has a business relationship with TAYLOR WOODROW MORTGAGE. TAYLOR WOODROW COMMUNITIES AT VASARI, LLC is an indirect wholly owned subsidiary of TAYLOR WOODROW, INC., which indirectly holds a 49.9% ownership interest in TAYLOR WOODROW MORTGAGE. Because of this relationship, this referral may provide TAYLOR WOODROW COMMUNITIES AT VASARI, LLC a financial or other benefit.

Set forth below is the estimated charge or range of charges for the settlement services listed. You are NOT required to use the listed provider(s) as a condition for purchase of the subject property. THERE ARE FREQUENTLY OTHER SETTLEMENT SERVICE PROVIDERS AVAILABLE WITH SIMILAR SERVICES. YOU ARE FREE TO SHOP AROUND TO DETERMINE THAT YOU ARE RECEIVING THE BEST SERVICES AND THE BEST RATE FOR THESE SERVICES.

TAYLOR WOODROW MORTGAGE for Mortgage Loan Services:
| | |
|---|---|
| Mortgage Lending | 0 up to 1% of the loan amount* |
| Processing Fee | $695 |
| Underwriting Fee | $0 |

*Specific charges are dependent upon a variety of factors including interest rate, size of loan, amount of down payment and whether the loan is guaranteed or insured under a government program

**ACKNOWLEDGMENT**

I/we have read this disclosure form, and understand that TAYLOR WOODROW COMMUNITIES AT VASARI, LLC is referring me/us to purchase the above-described settlement service(s) and may receive a financial or other benefit as the result of this referral.

Signature

LGL6048.cassiaA          12/20/04

Affiliated Business Arrangement
Notice

To: _Salria_____ Property: Unit 202 Bldg. 8 , CASSIA AT VASARI, a Condominium
From: TAYLOR WOODROW COMMUNITIES AT VASARI, LLC       Date: 12/6/05

This is to give you notice that TAYLOR WOODROW COMMUNITIES AT VASARI, LLC ("Taylor Woodrow") has a business relationship with Total Florida Title, Inc. ("Total Florida"). Taylor Woodrow is an indirect wholly-owned subsidiary of Taylor Woodrow Homes Florida, Inc., which owns Total Florida. Because of this relationship, this referral may provide Taylor Woodrow a financial or other benefit.

Set forth below is the estimated charge or range of charges for the settlement services listed. You are NOT required to use Total Florida as a condition for purchase of the subject property. THERE ARE FREQUENTLY OTHER SETTLEMENT SERVICE PROVIDERS AVAILABLE WITH SIMILAR SERVICES.   YOU ARE FREE TO SHOP AROUND TO DETERMINE THAT YOU ARE RECEIVING THE BEST SERVICES AND THE BEST RATE FOR THESE SERVICES.

Total Florida Estimated Fees and Charges:

| | |
|---|---|
| Title Search Fee | $50-$60 |
| Title Exam Fee | $50 |
| Title Insurance Premium Fee | [Minimum Promulgated Rate] |
| Mortgagee Title Insurance (Simultaneous Issue) | $150-$250 |
| Endorsements | [Minimum Promulgated Rate] |
| Closing Fee (Cash Transaction) | $100-$200 |
| Additional Closing Fee (Financed Transaction) | $125-$275 |
| Courier/Mailing Fees | $95 |

## ACKNOWLEDGMENT

I/we have read this disclosure form, and understand that Taylor Woodrow is referring me/us to purchase the above-described settlement service(s) and may receive a financial or other benefit as the result of this referral.

_____
Signature

NOTICE OF ESCROW DEPOSIT

Date: _12/06/05_

TO:    SunTrust Bank-Corporate Trust
        Miami Office 777 Brickell Avenue
        Miami, Florida 33131

Re:    Purchase of Building # __8__, Unit # _202_ Plan Type: _FERRARA_ CASSIA AT VASARI, A CONDOMINIUM to be developed in Lee County, Florida

Gentlemen:

The undersigned purchaser(s) hereby notify you that they have entered into a Residence Purchase Contract of the above condominium unit and deliver herewith a deposit of $_54,590._ in accordance with said Contract, an executed copy of which is attached to this notice.

Name of Purchaser(s) - PLEASE PRINT

_Mary Galvin_

_Lourene Galvin_

Signature of Purchaser:

Social Security Number:* _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_

Mailing Address: _205 Burning Tree Blvd_

*If Purchaser is not a
Natural Person, provide
Federal Tax Id. number:

RECEIPT FOR ESCROW DEPOSIT

Escrow Agent hereby acknowledges receipt of the above deposit, to be held pursuant to the requirements of Section 718.202, Florida Statutes, subject to clearance of funds.

SunTrust Bank -Corporate Trust

Date of Receipt:

By:_____
Printed Name:_____

## FREQUENTLY ASKED QUESTIONS AND ANSWERS SHEET

Cassia at Vasari Condominium Association, Inc.                                    As of June, 2005

Q:   What are my voting rights in the condominium association?
A:   The owner of each unit has one indivisible vote which may be cast in all matters which require a vote of the owners. Voting rights and procedures are described in Section 2 of the Bylaws of the Association.

Q:   What restrictions on my right to use my unit exist in the condominium documents?
A:   Each unit is restricted to residential single-family use. Additional restrictions on unit use are found in Section 12 of the Declaration of Condominium.

Q:   What restrictions on the leasing of my unit exist in the condominium documents?
A:   Prior approval by the Association of all leases is required. Units may not be leased for a period of less than thirty (30) consecutive days or more often than six (6) times per year. Other leasing restrictions are found in Section 13 of the Declaration of Condominium.

Q:   How much are my assessments to the condominium association for my unit type and when are they due?
A:   Regular assessments based on the Association's annual budget are payable quarterly, in advance, due on the first day of January, April, July and October. The 2005 assessment is $820.00 per quarter ($273.33 per month). The Developer will vote to waive reserves for the first two fiscal years of operation of the association beginning with the year in which the Declaration of Condominium is recorded or until turnover, whichever occurs first.

Q:   Do I have to be a member in any other association? If so, what is the name of the association and what are my voting rights in this association? Also, how much are my assessments?
A.   Each unit owner is required to be a member of the Vasari Country Club Master Association, Inc. (the "Club"). Each unit owner has one vote in the Club affairs which are cast as provided in the Club Documents. The assessments and annual fees levied against each unit for 2005 are estimated at $3,880.00 and are paid directly to the Club. Please refer to the Club Documents.

Q:   Am I required to pay rent or land use fees for recreational or other commonly used facilities? If so, how much am I obligated to pay annually?
A:   No.

Q:   Is the condominium association or other mandatory membership association involved in any court cases in which it may face liability in excess of $100,000? If so, identify each case.
A:   No.

## NOTE: THE STATEMENTS CONTAINED HEREIN ARE ONLY SUMMARY IN NATURE. A PROSPECTIVE PURCHASER SHOULD REFER TO ALL REFERENCES, EXHIBITS HERETO, THE SALES CONTRACT, AND THE CONDOMINIUM DOCUMENTS.

CASSIA AT VASARI "Q&A" SHEET
EXHIBIT "L"

### RECEIPT FOR CONDOMINIUM DOCUMENTS

The undersigned acknowledges that the documents checked below have been received or, as to plans and specifications, made available for inspection.

|                          |                                   |
|--------------------------|-----------------------------------|
| Name of Condominium:     | **Cassia at Vasari**              |
| Address of Condominium:  | [to be submitted as an amendment] |
|                          | Lee County, Florida               |

Place a check in the column by each document received or, for the plans and specifications, made available for inspection. If an item does not apply, place "N/A" in the column.

| DOCUMENT | RECEIVED |
|---|:---:|
| Prospectus Text | X |
| Declaration of Condominium | X |
| Articles of Incorporation | X |
| By-Laws | X |
| Estimated Operating Budget | X |
| Form of Agreement for Sale or Lease | X |
| Rules and Regulations | X |
| Covenants and Restrictions of Master Association | X |
| Ground Lease | N/A |
| Management and Maintenance Contracts for More than One Year | N/A |
| Renewable Management Contracts | N/A |
| Lease of Recreational and Other Facilities to be Used Exclusively by Unit Owners of Subject Condominiums | N/A |
| Form of Unit Lease if a Leasehold | N/A |
| Declaration of Servitude | N/A |
| Sales Brochures | X |
| Phase Development Description (see '718.503(2)(k) and 504(14)) | N/A |
| Lease of Recreational and Other Facilities to be Used by Unit Owners with Other Condominiums (See '718.503(2)(h)) | N/A |
| Description of Management for Single Management of Multiple Condominiums (See '718.503(2)(k)) | N/A |
| Conversion Inspection Report | N/A |
| Conversion Termite Inspection Report | N/A |
| Plot Plan | X |

Receipt for Condominium Documents                                         Page 1

| | |
|---|---|
| Floor Plan | X |
| Survey of Land and Graphic Description of Improvements | X |
| Membership Golf Club Membership Plan | N/A |
| Golf Club Membership Agreement | N/A |
| Executed Escrow Agreement | X |
| Phase Development Descriptions | N/A |
| Evidence of Developer's Ownership, Leasehold or Contractual Interest in the Land Upon Which the Condominium is to be Developed | X |
| Description of Management for Single Management of Multiple Condominiums | N/A |
| Frequently Asked Questions and Answers Sheet | X |
| Financial Information | N/A |
| State or Local Acceptance/Approval of Dock or Marina Facilities | N/A |
| Alternative Media Disclosure Statement | N/A |
| **MADE AVAILABLE** | |
| Plans and Specifications | X |

THE PURCHASE AGREEMENT IS VOIDABLE BY BUYER BY DELIVERING WRITTEN NOTICE OF THE BUYER'S INTENTION TO CANCEL WITHIN 15 DAYS AFTER THE DATE OF EXECUTION OF THE PURCHASE AGREEMENT BY THE BUYER AND RECEIPT BY THE BUYER OF ALL OF THE DOCUMENTS REQUIRED TO BE DELIVERED TO HIM BY THE DEVELOPER. THE AGREEMENT IS ALSO VOIDABLE BY THE BUYER BY DELIVERING WRITTEN NOTICE OF THE BUYER'S INTENTION TO CANCEL WITHIN 15 DAYS AFTER THE DATE OF RECEIPT FROM THE DEVELOPER OF ANY AMENDMENT WHICH MATERIALLY ALTERS OR MODIFIES THE OFFERING IN A MANNER THAT IS ADVERSE TO THE BUYER.   ANY PURPORTED WAIVER OF THESE VOIDABILITY RIGHTS SHALL BE OF NO EFFECT. BUYER MAY EXTEND THE TIME FOR CLOSING FOR A PERIOD OF NOT MORE THAN 15 DAYS AFTER THE BUYER HAS RECEIVED ALL OF THE DOCUMENTS REQUIRED.   BUYER'S RIGHT TO VOID THE PURCHASE AGREEMENT SHALL TERMINATE AT CLOSING.

Executed this _6_ day of _Dec_, 200_

Purchaser or Lessee

Purchaser or Lessee

Receipt for Condominium Documents                                      Page 2

# ENERGY PERFORMANCE LEVEL (EPL) DISPLAY CARD

## ESTIMATED ENERGY PERFORMANCE SCORE* = 83.9
The higher the score, the more efficient the home.

Taylor Woodrow, , Fort Myers, Fl,

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1. | New construction or existing | | New | __ | 12. | Cooling systems | |
| 2. | Single family or multi-family | | Multi-family | __ | | a. Central Unit | Cap: 34.0 kBtu/hr __ |
| 3. | Number of units, if multi-family | | 1 | __ | | | SEER: 12.00 |
| 4. | Number of Bedrooms | | 3 | __ | | b. Central Unit | Cap: 24.0 kBtu/hr __ |
| 5. | Is this a worst case? | | Yes | __ | | | SEER: 12.00 |
| 6. | Conditioned floor area (ft²) | | 2587 ft² | __ | | c. N/A | __ |
| 7. | Glass area & type | Single Pane | Double Pane | __ | | | |
| | a. Clear - single pane | 0.0 ft² | 0.0 ft² | __ | 13. | Heating systems | |
| | b. Clear - double pane | 406.8 ft² | 0.0 ft² | __ | | a. Electric Strip | Cap: 32.8 kBtu/hr __ |
| | c. Tint/other SHGC - single pane | 0.0 ft². | 0.0 ft² | __ | | | COP: 1.00 |
| | d. Tint/other SHGC - double pane | 0.0 ft² | 0.0 ft² | __ | | b. Electric Strip | Cap: 16.4 kBtu/hr __ |
| 8. | Floor types | | | __ | | | COP: 1.00 |
| | a. Raised Wood, Adjacent | | R=10.0, 446.0ft² | __ | | c. N/A | __ |
| | b. N/A | | | __ | | | |
| | c. N/A | | | __ | 14. | Hot water systems | |
| 9. | Wall types | | | __ | | a. Electric Resistance | Cap: 50.0 gallons __ |
| | a. Concrete, Int Insul, Exterior | | R=4.1, 1823.0 ft² | __ | | | EF: 0.90 |
| | b. Concrete, Int Insul, Adjacent | | R=10.0, 450.0 ft² | __ | | b. N/A | __ |
| | c. N/A | | | __ | | | |
| | d. N/A | | | __ | | c. Conservation credits | __ |
| | e. N/A | | | __ | | (HR-Heat recovery, Solar | |
| 10. | Ceiling types | | | __ | | DHP-Dedicated heat pump) | |
| | a. Under Attic | | R=30.0, 2587.0 ft² | __ | 15. | HVAC credits | MZ-C, PT, MZ-H __ |
| | b. N/A | | | __ | | (CF-Ceiling fan, CV-Cross ventilation, | |
| | c. N/A | | | __ | | HF-Whole house fan, | |
| 11. | Ducts | | | __ | | PT-Programmable Thermostat, | |
| | a. Sup: Unc. Ret: Unc. AH: Attic | | Sup. R=6.0, 50.0 ft | __ | | MZ-C-Multizone cooling, | |
| | b. Sup: Unc. Ret: Unc. AH: Attic | | Sup. R=6.0, 75.0 ft | | | MZ-H-Multizone heating) | |

I certify that this home has complied with the Florida Energy Efficiency Code For Building Construction through the above energy saving features which will be installed (or exceeded) in this home before final inspection. Otherwise, a new EPL Display Card will be completed based on installed Code compliant features.

Builder Signature: _____   Date: 11.8.06

Address of New Home: 11019 CARRARA CT.   City/FL Zip: Bonita Spgs FL 34135

*NOTE: The home's estimated energy performance score is only available through the FLA/RES computer program. This is *not* a Building Energy Rating. If your score is 80 or greater (or 86 for a US EPA/DOE EnergyStar™designation), your home may qualify for energy efficiency mortgage (EEM) incentives if you obtain a Florida Energy Gauge Rating. Contact the Energy Gauge Hotline at 321/638-1492 or see the Energy Gauge web site at www.fsec.ucf.edu for information and a list of certified Raters. For information about Florida's Energy Efficiency Code For Building Construction, contact the Department of Community Affairs at 850/487-1824.

EnergyGauge® (Version: FLRCSB v3.30)

**Taylor Woodrow**

**TAYLOR WOODROW COMMUNITIES**
**STANDARD FEATURES & SPECIFICATIONS**
**CASSIA AT VASARI COUNTRY CLUB**
November 29, 2005
Page 1 of 7

A.   The **FERRARA** plan is a second floor grand room residence with a total of 2587 square feet of living area including three bedrooms, a den, and 2 1/2 baths

B.   Garage to be a total of 466 square feet.

C.   Covered entry and rear covered patio to be a total of 525 square feet.

D.   Purchase price includes the following items:

**FOUNDATION**
Compacted Fill
Underslab and perimeter soil treatment for subterranean termites

**STRUCTURAL DESIGN PARAMETERS**
Structure has been designed in accordance with new 2001 Florida Building Code.
Design is per American Society of Civil Engineers ASCE standard (ASCE 7-98)
Minimum Design Loads for Buildings and other Structures.

The design parameters are:
Design:           Partially enclosed structure (per 6.0)
Wind Speed:       130 MPH, 3 second gusts (per figure 6-16)
Exposure:         Exposure B (per 6.5.6.2)
                  Category II (per Table 1-1)
Importance Factor:  1.00 (per Table 6-1)
Wind directionality factor:  Kd = 0.85 (if Kd = 1.00, multiply above by 1.18) (per Table 6-6)

Window protection or impact resistant glass is not required but the structure will resist the positive and negative pressure placed on the structure by wind loads associated with design parameters.

**EXTERIOR FINISHES**
(Steel joist Engineered Hambro™ floor system with 4" nominal concrete slab with wire mesh)
Reinforced concrete block with steel reinforced bond beam and lintels
Wood engineered roof trusses with 5/12 pitch
Frame knee walls anchored and reinforced as per code
Concrete roof tile
15/32" four-ply roof sheathing
Fascia to be roughsawn spruce 2" x 8" with 1" x 4" drip edge
30# felt dry-in
90# mineral roll roofing with hot mop application
Direct deck screw application of roof tile with 3" lap on roof tile
Off-ridge roof vents
Stucco vented soffit with crown moulding detail on front elevation
Stucco finish on exterior walls, porch and lanai ceilings
Sherwin Williams Loxon masonry sealer and Suncoast exterior acrylic flat paint on exterior walls
Sherwin Williams Suncoast exterior acrylic enamel paint on exterior trim, banding & doors
Entry Doors to be Therma-tru 3' x 8' one-lite fiberglass w/wood-grain texture, or equal
Rear covered lanai with bronze screen enclosure

THE FIRST FLOOR CEILING ASSEMBY FROM THE UNDERSIDE OF THE DRYWALL TO THE TOP OF THE CONCRETE ON THE SECOND FLOOR IS A UL 1 HR FIRE RATED ASSEMBLY.

AS SUCH, NO PENETRATIONS ARE ALLOWED IN THIS ASSEMBLY AFTER CLOSING WITHOUT REVIEWS BY PROFESSIONAL ENGINEER.

Initials: Buyers: _____ Sellers _____

## WINDOWS AND DOORS

8' high white aluminum frame, clear sliding glass doors (no screen door)
White aluminum frame single hung windows with tinted glass and screens
Colonial windows on front elevation only
White aluminum frame tinted fixed glass
16' wide by 8' high paneled metal garage door with exterior keypad
Caulking on all exterior doors and windows

## INSULATION

Ceilings to have R-30 fiberglass blown insulation over conditioned living areas
Exterior masonry wall to have R-4.1 Al-foil insulation
3-1/2" R-11 batt insulation on metal frame walls between bathroom and utility room
plumbing walls and main living areas
1-1/2" R-3 batt insulation on masonry common wall between units

## INTERIOR WALLS AND CEILINGS

NO CHANGES TO ANY
INTERIOR WALLS
WITH PLUMBING
LINES, ELECTRICAL
CONDUIT, AND/OR
MECHANICAL LINES
WILL BE ALLOWED

* 12' volume ceilings in grand room and dining room
* 9'4" ceilings in kitchen, bedrooms, den and gallery
* 22' max ceiling in foyer
1/2" drywall on all walls with skip trowel finish.
Ceilings to be ½" ceiling board drywall with skip trowel finish
Durarock board on perimeter of shower in master bath and Bath #2 tub to 8'-0"
above floor
Interior non-bearing wall to be fabricated with 2" x 4", 26 gauge metal studs, 16" on
center.  1" x 2" pressure treated furring strips on masonry walls at 16" on center
(16" on center in tub/shower areas)
1" x 4" pressure treated furring above exterior doors and windows extending 1 foot
beyond openings for drapery blocking
Wood blocking for cabinetry and accessibility requirements
Pest defense system

## INTERIOR FINISHES

Sherwin Williams Builder Finest washable latex interior paint on walls (two colors
from Taylor Woodrow Whites & Lights chart)
Sherwin Williams Master Hide paint on interior ceilings
Sherwin Williams Pro Classic interior latex enamel paint on doors and trim (same
color as ceilings)
Walls in baths may be specified by purchasers, to be unfinished with latex paint for
wallpaper installation
Interior stairs will have paint grade stringers, risers and balusters; Treads,
handrails and newel posts will be stain grade oak.  Upgrades on balusters and
newels will be available.
22"x36" attic access in garage and master closet
Garage floor painted Cantilever Tan
Garage walls to be finished with textured finish stucco and/or drywall
5-1/4"  #5180 (or equal) finger joint base moulding in all rooms
3-1/4" #445 (or equal) finger joint casing around doors
Colonial 8' high solid core interior doors
6'-8" flush steel fire-rated prehung door from garage to lower landing
Kwikset Delta interior antique brass lever hardware throughout with deadbolts on
all exterior doors
Kwikset antique brass handle with deadbolt on exterior and front entry doors,
interior and exterior hinges to be painted
Standard 12" vinyl shelving in all Bedroom closets (Master closets have double
hanging shelves on two side walls, single shelf on back wall, tight mesh vinyl
shelving in pantry, linen vinyl shelving in linen closet and bedroom #2 standard 12"
vinyl shelving
Bath wall tile will be approximately 8' above floor – No larger than specified below
laid straight from the following selections
Available selections from Taylor Woodrow: Bellini 8"x10" laid straight

Initials: Buyers: _____ _____  Sellers: _____

**\* Measurements may vary**

**INTERIOR FINISHES – Cont'd.**

Shower floors available in Appalachian 4"x4" or Roma 4"x4" with raised curb in shower

Ceramic bathroom accessories; soap dish, in tub/shower and shower areas (**towel bars and paper holders not included**)

Shower enclosure with chrome frame in Master Bath

60" high mirrors in master bath, bath #2

Grey Marble window sills on all operative windows

Medicine cabinets are excluded from standard features

**ELECTRICAL**

Minimum 125-amp service (for 1st floor residences) with circuit breakers (switches and receptacles white only), or as per electrical calculations

Minimum 150-amp service (for 2nd floor residences) with circuit breakers (switches and receptacles white only), or as per electrical calculations

Interior copper wiring throughout

Recessed lights supplied with white baffle trims and standard incandescent bulbs on interior lighting

White Decora light switches and standard receptacles

Two (2) exterior weatherproof electrical wall outlets (one on lanai, one at front entry)

Garage door opener with interior wall console switch, exterior door keypad and two transmitters programmed to allow gate access

Pre-wired for ceiling fans in grand room, den, lanai, bonus room and all bedrooms

Pre-wired for ceiling fixtures in nook, dining room, foyer, master bath ceiling, and two pre-wires in gallery (fixtures and installation not included)

Pre-wired for wall fixture over powder bath pedestal in powder room wall (fixtures and installation not included)

Fluorescent lighting in walk-in closets, pantry, garage and utility room

Cast aluminum exterior coach lights at garage and front door locations controlled by house panel

Interconnected electric smoke detectors with battery back-up (per code)

No floor outlets are standard

**STRUCTURED WIRING**

Structured wiring distribution center with cover includes basic TV and video module (9TV and 6 video)

Pre-wired with trimmed outlet of RG6 quad shield cable in grand room, den, and all bedrooms

Pre-wired with trimmed outlet of CAT5E phone line in kitchen, den, and all bedrooms

Pre-wire only without trim of RG6 quad shield cable to standard trimmed phone locations

Pre-wire only without trim of CAT5E phone line to standard trimmed cable locations

Additional pre-wire only without trim of CAT5E phone line and RG6 quad shield cable to grand room cable location.3

Security System with door and window contacts (monitoring by owner)

Initials: Buyers: _____ _____ Sellers: _____

## PLUMBING - (All Bath Faucets will be chrome: fixtures will be white)

### Master Bath
Sterling Windham white, elongated water closet with seat #402215
Two Moen Villeta chrome faucets #L4720 4" centers
Moen Villeta chrome roman tub #TL940
Moen Villeta chrome shower faucet #TL2302
Clarke Concentra II white drop-in acrylic tub

### Bath 2
Sterling Windham white, elongated water closet with seat #402215
Sterling Vikrell white bathtub
Moen Villeta chrome tub/shower faucet #TL2303
Moen Villeta chrome faucet #L4720 4" center

### Powder Bath
Kohler 3422 Weltworth white, elongated water closet
Moen Monticello chrome #T4570 8" widespread faucet
Kohler 2293-8 Pedestal Sink in White
**(Note: No mirror will be supplied)**

### Kitchen
Moen Extensa 7560 white integral sprayer faucet
Clark Britannia equal double bowl white drop-in sink
GE CFC720F ¾ H.P. disposal

### Misc. Plumbing
Plumbing system with PEX™ piping
Energy-efficient 60-gallon water heater
All waste lines in schedule 40 PVC
Icemaker supply line from Kitchen sink location
Pressure regulating shower valves
Mustee #10 fiberglass drop-in laundry tub with chrome faucet

> **NO MODIFICATIONS TO PLUMBING DESIGN WILL BE ALLOWED (I.e.: location of supply and venting)**

## HEATING AND AIR CONDITIONING
12 SEER (Seasonal Energy Efficient Rating) Energy efficient Carrier split air conditioning system with handler located in ceiling cavity above master bath, accessible from access door in utility room
Exterior venting for dryer
Air supply ducts in each interior room including walk-in closets and baths
Separate ducted air return for master suite, den, bedroom #2 and bedroom #3
Bath fans with separate switch in all bathrooms vented to exterior
Digital thermostat at no more than 48" above finished floor

## APPLIANCES - (General Electric Profile)

| | |
|---|---|
| GSS23WG | 22.6 c.f. Side-By-Side Refrigerator with Water & Ice Dispenser |
| JBP80TH | 30" Free-Standing Electric Glass Top Range with Self-Cleaning Oven |
| JVM1631WK | Spacemaker Microwave **(non-vented, re-circulating)** |
| GLD4200L | Quiet Power Dishwasher |
| WCSR4170D | Super Capacity Plus Washer |
| DBXR463ED | Extra-Large Capacity Dryer |

Kitchen appliances are available in white, bisque or black. Upgrade to stainless steel available at additional cost. Laundry appliances are available in White and Bisque.

Initials: Buyers:_____ Sellers:_____

FEATURES & SPECIFICATIONS (FERRARA MODEL)          11/29/05
PAGE 5 OF 7
**CABINETS & COUNTERTOPS:**

| Product Construction/ Feature Chart | Standard Cabinets in Kitchen & Baths |
|---|---|
| Type | Hanley or Belmont- Maple |
| Colors / Finishes | Pearl, Muslin, Natural, Honey Spice, Toffee & Chestnut |
| End Panels | 1/2" engineered wood |
| Wall Top & Bottom | 1/2" engineered wood |
| Base Bottoms | 1/2" engineered wood |
| Base Backs | 3/8" engineered wood |
| Shelves (Walls) | 3/4" engineered wood with vinyl edge banding; full depth and adjustable |
| Shelves (Base) | 3/4" engineered wood with vinyl edge banding; full depth and adjustable |
| Interior Finish | Viraguard |
| Hinge | Self-closing, concealed wrap-around hinge with multiple adjustments |
| Toe Kick | 1/2" engineered wood |
| Drawer Box | 3/4" hardwood, 4-sided dovetail drawer box with 3/16" plywood floor |
| Drawer Guide | DuraGlide Plus ball bearing action undermount |
| Doors | Solid maple door frame with recessed or raised panel; half overlay |
| Drawer Face | Flat panel maple with profile edge |
| Upgrade wood cabinets will have the same construction but will have varied door and drawer styles, features and may be available in cherry. | |

**Kitchen**
The upper cabinets will be raised or recessed panel, 42" high.  Countertop will be Corian® solid surface (available in Glacier White or Bisque) and S-1 edge treatment.

**Master Bath and Bath #2**
Both baths on the 1st floor will have a cabinet height (including 1½" Corian® Glacier White top with S-1 edge treatment) of 35" if wood is chosen and 32" if Thermafoil is chosen.  Both 2nd floor bath cabinet heights (including 1½" Corian® Glacier White top with S-1 edge treatment) will be 35".

**A choice of standard Cabinet hardware selections**

**Manufacturer's Product Disclaimer for Wood Cabinetry - Characteristics of Wood Finishes**

Wood is a product of nature. Wood from each tree varies in grain, pattern density and color. The effect of nature's original beauty on the final color is considered to be the distinctive character so highly sought after for generations.  Color match and grain variations will vary because of these materials characteristics and are not be considered as defects.

Color variations due to minerals and acids from the salt in which the tree was grown will enhance the various components used and will emphasize the different colors with each individual component.
Finishes that enhance these effects on natural wood:

> ➢ White translucent finishes mask the full range of colors from various grains found naturally in many wood species.  It provides a slight antique touch.

> ➢ Pearl finishes are more dense white finishes on wood that softens the grain effect but allows the wood natural color variations to be pronounced throughout its construction.  It produces a slightly pinkish tone.

> ➢ Natural and Light finishes are slightly toned stain to bring out the various grain characteristics of natural wood.

We call your attention to these characteristics because the effects presented in your home may be different from that you visualize from a display or sample cabinet.  Your design, lighting and the natural wood used will produce a personally developed beauty and will not be considered reasons for replacement or as defects in material and workmanship.

Initials: Buyers _____ Sellers _____

FEATURES & SPECIFICATIONS (FERRARA MODEL)          11/29/05
PAGE 6 OF 7

## UTILITY ROOM
Standard Utility Room Cabinets:
30" Upper Cabinets with Raised panel Thermafoil Cabinet Doors and rod box hanging
feature over laundry tub area in choice of White or Antique White

**Utility Room Cabinet Specifications**
- End Panels – 5/8" Melamine Particle Board
- Wall Top & Bottom - 5/8" Melamine Particle Board
- Base Bottoms - 5/8" Melamine Particle Board
- Base Backs – 1/8" Masonite w/white
- Shelves (Walls) – 5/8" Melamine Particle Board
- Shelves (Base) - 5/8" Melamine Particle Board
- Interior Finish – White Matte Melamine
- Hinge – Metal, self-closing, six-way adjustable
- Toe Kick – 5/8" Melamine Particle Board
- Drawer Box – Metal Drawer system 5/8" bottom (if applicable)
- Doors – Thermafoil over fiberboard
- Drawer Face – Flat, Profiled edge

## COUNTERTOPS (Utility Room)
**Top and backsplash available in Wilsonart Laminate Designer White, Beige
Pampas, Antique White and Alabaster**

## FLOORING - TILE
Mohawk Industries Regency Grande Series ceramic tile (standard selections
include 16"x16" Bellini, 16"x16" Meadowbrook and 16"x16" Sabatini II), **laid
straight**, in foyer (including hallway by utility room), utility room, kitchen, breakfast
nook, master bath, bath #2, powder bath and lanai.

**Note: Floor tile areas over conditioned 1st floor living space will receive Cork
underlayment.    Floor tile in Foyer will receive Proflex™ Crack Isolation
Membrane or equal.       Floor tile outside on Lanai will receive Strataflex
Waterproofing Anti-Fracture Membrene.**

## FLOORING – CARPET
A choice of carpet by Mohawk Industries Regency Grande Series with 3/8" 6 lb.
rebond padding in grand room, dining room, master bedroom, master bedroom
closets and vestibule, bedroom #2, bedroom #3 and den available in standard
selections (Beaten Path, Roxbury Park and LaFontain II).

## INTERLOCKING PAVERS
Driveway, exterior stairs, exterior landing and front walk (pre-selected colors and
pattern). Paver Module Euro-Kobble design

Initials: Buyers:_____ Sellers:_____

**NOTE:** Unless required by code, the building will not feature fire sprinklers

Seller reserves the right to make any modifications, changes or omissions to the home as long as they do not substantially and adversely affect the home or if they are required by code changes with any governmental authority, and to substitute materials, heating and plumbing equipment, cabinets, fixtures, appliances and/or floor coverings with items of similar or greater quality, utility, value and/or color.

Materials such as granite, marble, wood, wood grain, carpeting, paint, cabinets, cultured marble, tile, mica and the like are subject to shading and gradation and may vary from samples, models, and color charts. Seller will not be liable for such variation.
**Note:** There may be significant acceptable shade variations between wall tile, floor tile and bullnose of the same style and color. Some items may be applicable to only certain models.

Each model may contain interior designer items and furnishings, which are not standard. These may include, but are not limited to, custom mirrors, hanging light fixtures, wrought iron detailing, built-ins, furnishings, custom wall and ceiling colors, artificial, live and seasonal plants, etc. Seller does not supply and/or install any bath hardware, i.e. towel racks, paper holders, etc. Seller does not supply and/or install any buyer supplied light fixtures or fans. Interior live plants and their containers are leased; any live plant container is not included in the purchase price of the home. Plants will be removed upon termination of lease and turnover of residence to owner. Any optional fan has been installed by the Interior Designer and is not included in our standard option pricing above.
**Note:** Fans are an optional and extra item. All prices are subject to change without notice.

Buyer acknowledges that he/she fully understands that the Standard Features and Specifications are to clarify and describe all standard components that, together, comprise the home they are purchasing.

BLDG/UNIT #: _8 / 202_     DATE: _12.16.05_

PURCHASER:

_Louren Mohr_

SELLER:

# Cassia at Vasari Country Club Features

Taylor Woodrow Communities carefully selects the features and specifications of every home with the purchaser in mind. Using the finest materials and quality workmanship means more livability now and in years to come.

## DISTINCTIVE EXTERIORS

- Two car garage with 16' wide x 8' high doors
- Eight foot high, 3' x 8' one-lite fiberglass w/wood-grain texture, or equal front entry doors with high-security dead bolts
- Textured cementitious exterior wall and soffit finish with accent banding
- Brick paver driveways, exterior landing and front walkway
- Concrete roof tile
- Steel-paneled garage door with 2 transmitter openers and keyless entry outside garage door
- White aluminum finish on all windows and sliding glass doors
- Acrylic painted garage floors in Cantilever Tan color
- Screen enclosed lanai with tile floor

## KITCHEN CONVENIENCES

- Oversized ceramic tile in Kitchen and Breakfast Nook (minimum 16" x 16")
- Raised panel cabinetry with 42" upper cabinets in a choice of maple or thermafoil white finish with standard hardware
- Choice of White or Bisque color of Corian® solid surface countertop and equal double bowl top mount cast-acrylic sink with white pull-out faucet/sprayer
- White-on-White General Electric Appliances: 22.6 cubit foot "built-in style" side-by-side refrigerator with ice and water dispenser in door
  Self cleaning 30" Free standing glass top range
  Nautilus dishwasher
  Spacemaker non vented microwave oven
  Super Capacity Washer and Dryer
- 3/4 h.p. garbage disposal
- Pantry with pre-hung interior door

## LUXURIOUS BATHROOMS

- Raised panel cabinetry in a choice of maple or thermafoil white finish with standard hardware
- Oversized ceramic tile floors in all Bathrooms (minimum 16" x 16")
- Full-length 60" high mirrors over all vanity tops except Powder Bath
- Corian® Glacier White vanity top with undermount white sink
- Pressure regulating shower control valves
- Moen Villeta Polished Chrome Fixtures in Master Bath and Guest Bath #2
- Moen Monticello Polished Chrome Fixture in 2nd floor Powder Bath
- White acrylic non-jetted drop-in garden tub with ceramic tub deck, skirt and backsplash in Master Bath
- Oversized Ceramic wall tile shower walls 8 feet above floor
- White elongated water closets
- Master Bath Shower door with Chrome frame in choice of clear or obscure glass
- Exhaust fans on a separate switch in all baths vented to outside

## ENERGY SAVING FEATURES

- R-30 blown fiberglass over conditioned living areas (if applicable)
- Exterior masonry wall to have R-4.1 Al-foil insulation
- R-11 batt insulation on metal frame walls between bathroom and utility room plumbing walls and main living areas
- 60 gallon energy-efficient water heater
- Ceiling fan pre-wire in all Bedrooms, Grand Room, Den and Lanai
- Minimum 125-amp electrical service
- Tinted glass on all windows; clear glass on sliding glass door

## INTERIOR DETAILING

- Designer two-tone paint on walls, ceilings, doors and trim (two color choices from Taylor Woodrow Standard Whites and Lights Chart, 1 for walls and 2nd for ceilings, doors and trim )
- Designer two panel 8' high solid core interior doors with 3 ¼" colonial casing
- 5 ¼" colonial baseboards in main living areas
- Designer lever-style antique brass door hardware throughout includes painted hinges on all doors
- Structured wiring distribution center with cover includes basic TV and video module
- Pre-wired with trimmed outlet of RG6 quad shield cable in Grand Room, Den and all Bedrooms
- Pre-wired with trimmed outlet of CAT5E phone line in Kitchen, Den and all Bedrooms
- Pre-wire only without trim of RG6 quad shield cable to standard trimmed phone locations
- Pre-wire only without trim of CAT5E phone line to standard trimmed cable locations
- Additional pre-wire only without trim of CAT5E phone line and RG6 quad shield cable to Grand Room cable location.
- Security System with door and window contacts (monitoring by owner)
- Pre-wire for ceiling light fixtures in Dining Room, Kitchen Nook, Master Bath and Foyer
- Fluorescent lighting in Walk-in closets, Garage and Utility Room
- Skip trowel finish on ceilings and walls
- White Decora light switches
- Grey marble window sills
- 30" upper cabinetry in utility room with white raised panel Thermafoil doors, Utility sink in base cabinetry with rod box
- Easy to maintain vinyl-coated wire shelving in all closets, total slide vinyl shelving in Master Bedroom closets with double hanging arrangement
- Quality stain resistant wall to wall carpeting with high density padding
- Eight foot high sliding glass door from Grand Room to Lanai
- Pest defense system

Taylor Woodrow Communities' policy is of continual research and improvement. Specifications therefore are subject to change from time to time in the interest of quality. Comparable equipment may be substituted based on availability. Please consult with a Sales Associate for details.

All dimensions are approximate. Floor plans and elevations are artist's concept. Due to field requirements room dimensions may vary slightly.

**NOTE: ALL FEATURES ARE SUBJECT TO CHANGE WITHOUT NOTICE**



# The Ferrara

3 BEDROOMS, 2 BATHS
PLUS DEN

## 2ND FLOOR

Air Conditioned Living Area . . . . 2,587 sq. ft.
Entry . . . . . . . . . . . . . . . . . . . . . . 286 sq. ft.
Lanai . . . . . . . . . . . . . . . . . . . . . . 239 sq. ft.
Garage . . . . . . . . . . . . . . . . . . . . 466 sq. ft.

Total Area . . . . . . . . . . . . . . . . . 3,578 sq. ft.

*Reverse Plan*
*Bldg 8 # 202*

© 2001 Taylor Woodrow



CASSIA

CONSERVATION AREA

CARRARA COURT

CONSERVATION AREA

AREZZO

Bldg 8/202

CASSIA AT VASARI,
A CONDOMINIUM
RESIDENCE PURCHASE CONTRACT

RECD DEC 1 4 2005

Purchaser(s) ROBERT AKERS & CHRISTINE CARPENTER
Purchaser Address:  26 SAN REMO CIR,  NAPLES  FL.  34112-4116
Purchaser Phones: (Home)  784-1155        FAX:_____ (Local)_____
Purchaser SS # /FEI #_____
Residence (Unit)#  8-201        Plan Type:  FERRARA

Please indicate how Purchaser desires to take title to the Unit by printing clearly the FULL names and marital status of Purchaser (or if applicable the name of Trustee, the Trust name and date):

ROBERT AKERS, A SINGLE PERSON & CHRISTINE CARPENTER, A SINGLE PERSON

THIS RESIDENCE PURCHASE CONTRACT (the "Contract"), made and entered into on the date written below, by and between Taylor Woodrow Communities at Vasari, L.L.C., a Florida limited liability company, as Developer, ("Seller" or "Developer") and the above named person(s) ("Purchaser" or "Buyer").

WITNESSETH:

Seller agrees to sell and Purchaser agrees to purchase, upon the following terms and conditions, condominium, Building #   8   , Unit #  201  , Plan Type: FERRARA   (the unit and the undivided share of common elements appurtenant to it, are hereinafter collectively the "Unit") in Cassia at Vasari, a condominium pursuant to the Declaration of Condominium to be recorded in the Public Records of Lee County, Florida.

ORAL REPRESENTATIONS CANNOT BE RELIED UPON AS CORRECTLY STATING THE REPRESENTATIONS OF THE DEVELOPER. FOR CORRECT REPRESENTATIONS, REFERENCE SHOULD BE MADE TO THIS CONTRACT AND THE DOCUMENTS REQUIRED BY SECTION 718.503, FLORIDA STATUTES, TO BE FURNISHED BY A DEVELOPER TO A BUYER OR LESSEE.

ANY PAYMENT IN EXCESS OF 10% OF THE PURCHASE PRICE MADE TO DEVELOPER PRIOR TO CLOSING PURSUANT TO THIS CONTRACT MAY BE USED FOR CONSTRUCTION PURPOSES BY THE DEVELOPER.

| 1. | PURCHASE PRICE: | Base Price: | $ 545,900 |
| | | Options & Upgrades | $ TBD |
| | | TOTAL PURCHASE PRICE | $ 545,900 |

The purchase price is payable in U.S. Dollars as follows:

$ 54,590        Initial Deposit due upon Purchaser's execution of this Contract (includes any reservation deposit);

$ N|A        Additional Deposit to equal 10% of the purchase price due on or before_____;

$ 54,590        Additional deposit due on or before 12-20-05 (date); [The Initial Deposit and Additional Deposit(s) are sometimes cumulatively referred to as the "Deposit"]

$ 436,720        The balance of the purchase price at closing by cash, cashier's check drawn on a financial institution having an office in Lee or Collier County, Florida, or wire transfer of funds (subject to adjustments and prorations described in this Contract).

The Seller has retained SunTrust Bank-Corporate Trust, Miami Office 777 Brickell Avenue, Miami, Florida 33131 to act as Escrow Agent (the "Escrow Agent") as required by Section 718.202, Florida Statutes. Purchaser will be given receipts for the deposits by the Escrow Agent. Deposit checks are to be made payable to Escrow Agent and are accepted subject to collection.

This Contract is not conditioned upon the Purchaser securing financing.

CASSIA AT VASARI- PURCHASE CONTRACT
Page 1

Seller's Initials

Purchaser's Initials

2. **CLOSING AND POSSESSION DATE:**

   A.    The closing will be at the location designated by Seller in written notification to Purchaser.

   B.    The Seller will deliver possession of the Unit to Purchaser at the closing.

   C.    The closing will take place following substantial completion of the improvements constituting the Unit and common elements appurtenant hereto (as evidenced by the recording of a surveyor's certificate of substantial completion pursuant to Section 718.104(4)(e), Florida Statutes) and the issuance of a certificate of occupancy for the condominium building by the appropriate governmental authority. Seller will deliver written notification of closing to Purchaser not less than twenty (20) days prior to the date of closing.

   D.    The Unit, as configured in Seller's Plans and Specifications for the Condominium, shall be completed not later than two (2) years from the date Purchaser signs this Contract. However, the date for completion may be extended by reason of delays incurred by circumstances beyond Seller's control, such as acts of God, casualty losses, labor strikes or material shortages or any other grounds cognizable in Florida contract law as impossibility or frustration of performance, including without limitation, governmental delays or moratoriums or delays occasioned by rain, wind and lightning storms. It is the intention of the parties that this sale qualify for the exemption provided by 15 U.S.C. Section 1702 (a)(2), and nothing herein contained shall be construed or operate as to any obligations of Seller or rights of Purchaser in a manner which would render said exception inapplicable.

   E.    When all units to be built in the Condominium have been constructed, the Seller shall record the survey and plot plan which will show the location of all items required by Section 718.104(4)(e), Florida Statutes, as amended.

   F.    Seller, as to the closing and closing documents, will have no obligation to any third parties (i.e., lenders or title insurance providers) and will be under no obligation to deal with any person or firm other than Purchaser and Purchaser's attorney.

3. **CLOSING COSTS AND PRORATIONS:**

   A.    Seller shall provide for the survey contained in the condominium documents, water and sewer connection charges, and the cost of recording any documents necessary to create the Condominium.

   B.    Purchaser understands that, in addition to the payment of the purchase price and any other sums due under this Contract, Purchaser shall pay certain other fees or "closing costs" when Purchaser accepts title at closing. The closing costs to be paid by Purchaser and by Seller are set forth in the Closing Costs Addendum attached hereto as Exhibit "A". Notwithstanding anything contained herein to the contrary, Purchaser shall be solely responsible for all costs and fees associated with Purchaser's mortgage financing, if any. Purchaser shall also pay at closing a capital contribution assessment to the Vasari Country Club Master Association, Inc. (the "Club") and other Club dues.

   C.    Real property taxes, Vasari Community Development District assessments and maintenance and operation fees for the Club and the Cassia at Vasari Condominium Association, Inc., will be prorated as of the date of closing.

4. **TITLE:**

   A.    Purchaser will be given fee simple title to the Unit by Condominium Special Warranty Deed (the "Deed"). Title to the Unit will be good, marketable and insurable, subject only to: usual title exceptions contained in an ALTA approved form of owner's policy of title insurance; zoning, subdivision, building and other ordinances and regulations of Lee County, Florida; matters of record provided same do not affect marketability of title; and other matters for which Purchaser could be granted affirmative title coverage.

   B.    Not less than five (5) days prior to the closing, the Seller shall deliver to Purchaser or Purchaser's attorney, a title insurance commitment (the "Commitment") issued by a title insurance company doing business in Lee or Collier County, agreeing to issue to Purchaser, upon recording of the deed to Purchaser, an Owner's policy of title insurance in the amount of the purchase price, insuring Purchaser's title to the Unit and the undivided share of the common elements appurtenant to it, subject only to those matters listed in Paragraph A above and insuring a legal means of ingress and egress to the condominium property from a public right-of-way. Unless Seller receives written notice from Purchaser within five (5) days after the date of this Contract or five (5) days prior to closing, whichever occurs first, Seller will direct the title agent and insurer referred to above to issue the title insurance commitment referred to above and a title insurance policy after closing. In the event Purchaser timely delivers such notice, (i) Seller shall have no obligation to deliver or cause to be delivered to Purchaser a title insurance commitment and title insurance policy; (ii) Purchaser shall

CASSIA AT VASARI- PURCHASE CONTRACT
Page 2

Seller's Initials                                      Purchaser's Initials

be responsible for obtaining and delivering a title commitment to Seller a minimum of five (5) days prior to closing (if Purchaser fails to do so, Purchaser shall be deemed to waive Purchaser's right to make title and title related objections and Purchaser shall be deemed to accept title subject to the Permitted Exceptions, standard exceptions, matters common to property within Cassia at Vasari, and those encumbrances and other exceptions described in this Contract and all other matters affecting title); (iii) Purchaser shall be responsible for all costs and fees arising from or related to the title commitment, title policy and the transaction described herein the amounts of which may exceed those recited in the Closing Costs Addendum to this Contract (including the title search, title examination and Closing Fee); (iv) Seller shall have no obligation to provide Purchaser with any prior owner's title insurance policy, base title, certificates of good standing, corporate resolution of Seller, estoppel letters, etc.; and (v) Purchaser shall be responsible for all costs and expenses (including interest as described in the Default and Remedies section hereof) if closing is delayed as a result of the foregoing.

C.    Purchaser will have three (3) days from receipt of the Commitment for examination of the Commitment and of legal ingress and egress to the condominium property from a public right-of-way. If title or legal ingress or egress is found to be defective, Purchaser shall, within that time, notify Seller in writing specifying the defect(s). If the defect(s) render(s) title unmarketable, or Seller cannot deliver possession, or there is no legal ingress or egress in accordance with this Contract, the Seller shall have sixty (60) days from the receipt of the notice of defect(s) within which to remove the defect(s), but Seller is not obligated to do so. If Seller elects to correct the title defect(s), Purchaser's obligation hereunder shall remain in full force in effect during the sixty (60) day period. If Seller cannot, or will not correct the title defect(s) within said sixty (60) days, Purchaser shall elect one of the following two (2) options by written notice to Seller within ten (10) days after delivery of written demand by Seller:

(1) Purchaser can accept the possession, ingress and egress, or title as Seller can provide without reduction of the purchase price, waiving any claims against Seller because of the defect(s); or

(2) Purchaser can cancel this Contract in full settlement of all claims against Seller resulting from this Contract, and receive a full refund of the Deposit with such interest as may have been earned and would have been applied to the purchase price if Purchaser had closed the transaction contemplated by this Contract, whereupon both parties and the Escrow Agent shall be released from all obligations and liability hereunder.

D.    Title to the Unit will be considered marketable, within the terms of this Contract, if it is a title such as a title insurance underwriter authorized to do business in Florida will approve and insure.

5.    **CONSTRUCTION:**

A.    Purchaser acknowledges that there has been made available to him and he has examined the model and/or the model floor plans of the Condominium and the type of Unit being purchased by him hereunder, but that floor plan dimensions are approximate. Purchaser further acknowledges that Seller has made available to Purchaser in the sales office complete plans and specifications for the Unit and the improvements comprising the common elements of the Condominium. Purchaser understands that the Unit may be the reverse or mirror image of the floor plan of any model and/or model floor plans of the Condominium. Where this Contract is executed prior to the completion date, Seller agrees to construct the unit substantially in accordance with the model and/or the model floor plans and plans and specifications, subject, however, to: (i) job site changes and architectural changes required during construction; (ii) modifications required by changes in the law, including but not limited to federal, state and local laws and applicable building codes; and (iii) shortages in materials or supplies or substantial increases in the cost of same which, in the sole discretion of Seller, may require a substitution of materials or supplies or the cancellation of a supplier. In the event of substitution, Seller agrees, whenever reasonably possible, to use materials or supplies of similar quality; but in no event shall any materials or supplies be of lesser quality than required by applicable building codes or substantially change the product for which Purchaser has contracted.

B.    Except as provided in Paragraph 19 below, for reasons of safety and of requirements under policies of insurance held by Seller, neither Purchaser nor any agent of Purchaser shall enter the Unit or the Condominium until after Purchaser has closed this Contract and taken possession of his Unit, whereupon his rights shall be as set forth in the condominium documents. Purchaser agrees hereby to abide by such restriction and not to enter upon, nor interfere in any way with the construction of the Condominium or any other portion of Vasari. Purchaser may not order any work on the Unit until after the closing, other than options or extras that Seller agrees in writing to provide pursuant to Paragraph 6.

C.    Purchaser acknowledges that Purchaser has been made aware that under applicable building codes changes in the plans and specifications, sometimes called "Field Changes," are authorized by law and may be employed by Developer, the contractor and the subcontractors. Purchaser acknowledges that such Field Changes are not always required to be reflected in the plans and specifications and authorizes and approves such Field Changes as are contemplated by this Paragraph and as are otherwise lawful, whether or not

CASSIA AT VASARI- PURCHASE CONTRACT
Page 3

Seller's Initials

Purchaser's Initials

incorporated into the plans and specifications or the final set of plans and specifications given to the Association and agrees that such Field Changes as are not required by building codes to be so incorporated need not be so incorporated in the final plans and specifications. The issuance of a certificate of occupancy by the appropriate governmental authority for the building or Unit shall be deemed conclusive evidence that such building or Unit was constructed in compliance with applicable building codes.

## 6.   SELECTIONS, OPTIONS AND CHANGE ORDERS:

Any options, extras, alterations or improvements from the plans and specifications (collectively, "Options") desired by Purchaser shall be ordered, if approved by Seller, pursuant to an Options Addendum to this Contract specifically for such purchases. Purchaser shall have a reasonable time after the end of the recission period to make color and option selections with the Seller's Options Department. If Purchaser fails to do so within a reasonable time, Seller reserves the right to make those selections upon five (5) day written notice to Purchaser, and Purchaser has deemed to have accepted such selections as are made by Seller. A deposit of ten percent (10%) of the total costs of such Options purchased will be required and payable at the time the Options Addendum is executed, with the balance due as per this Contract. Any additional change orders shall be reflected in a separate Change Order which shall be an Addendum and shall be payable to Seller in full at such time as each separate Change Order is submitted by Purchaser. In addition to the payment for the costs associated with each separate Change Order, Purchaser expressly agrees to pay to Seller an administrative fee in an amount of $200.00 for each separate Change Order as consideration for Seller's agreement to such Addendum. Payment for such additional Options, and the administrative fee(s) are non-refundable unless Seller is unable to provide Purchaser with either a selection or a substitute selection of similar quality. Purchaser acknowledges that depending on the state of construction of the Unit, Purchaser's right to elect certain Options may be terminated and that Seller shall have the sole right to accept or reject Options Purchaser may request. If Purchaser does make selections pursuant to this Paragraph 6, Seller shall use Seller's best efforts to provide Purchaser with those selections. If Seller is unable to provide a selection to Purchaser, Seller's sole liability shall be a refund to Purchaser of all amounts paid therefor. If the Unit is completed or partially completed as of the date of this Contract, Purchaser shall be deemed to accept all selections previously made by Seller. Seller reserves the right to refuse acceptance of any and all Options requested after the execution of this Contract.

## 7.   DEFAULT AND REMEDIES:

A.     In the event Purchaser fails to close this transaction in the time established for reasons other than Seller's default or delay, and Seller agrees to extend the closing in accordance with this Paragraph 7.A., Purchaser shall be required to pay interest on the purchase price equal to eighteen (18%) percent per annum from the date on which the closing was originally scheduled, to and including the date on which the closing actually occurs. Further, all prorations shall be made as of the date closing was originally scheduled. Nothing in this Contract, however, shall require Seller to extend the closing beyond the time set forth in this Contract or prevent Seller from treating Purchaser as being in default if Purchaser fails to close within that time.

B.     Should Purchaser fail to make any of the payments herein above scheduled, or fail or refuse to execute the instruments required to close this transaction (including failure to promptly execute and file mortgage loan application documents, and all mortgage loan and real estate closing documents and to comply with the requirements of the mortgage lender, including providing any and all information as requested) or refuse to pay any costs or the sum required by this Contract, or otherwise default hereunder, and shall fail to correct such default within five (5) days after Seller has given Purchaser a written notice of such default, then Seller at its sole option, may (i) seek specific performance of this Contract; or (ii) declare this Contract terminated and retain the Deposit paid by Purchaser as liquidated and agreed-upon damages which Seller shall have sustained and suffered as a result of Purchaser's default, and thereupon the parties hereto will be released and relieved from all obligations hereunder. These provisions for liquidated and agreed-upon damages are bona fide provisions for such and are not a penalty, the parties understanding that by reason of the withdrawal of the Unit from sale to the general public at times when other parties would be interested in purchasing the Unit, Seller will have sustained damages if Purchaser defaults, which damages will be substantial but will not be capable of determination with mathematical precision and, therefore, as aforesaid, the provision for liquidated and agreed upon damages has been incorporated into this Contract as a provision beneficial to both parties.

C.     If Seller defaults in the performance of this Contract, Purchaser shall give Seller written notice of such default, and if Seller within seven (7) days from receipt of such written notice shall fail to take action that would cure the default within a reasonable period of time, and if Purchaser has performed all his obligations hereunder, Purchaser shall have the option to cancel this Contract by giving written notice thereof to Seller and upon such cancellation Seller shall refund to Purchaser all monies paid by Purchaser to Seller hereunder plus such interest as is prescribed by Chapter 718, Florida Statutes, in which event this Contract shall be terminated and neither party shall have any claim against the other. Nothing contained herein shall be

CASSIA AT VASARI- PURCHASE CONTRACT
Page 4

Seller's Initials                                                     Purchaser's Initials

deemed to restrict Purchaser's remedy of specific performance of this Contract or any other remedy if Purchaser shall be entitled to such remedy under applicable law.

## 8.   NEW UNIT:

The Unit is new and has not been previously occupied and is to be delivered vacant, except in the case of a model, if applicable.

## 9.   ASSIGNMENT:

This Contract is not assignable by Purchaser, except to Purchaser's spouse, individually or jointly with Purchaser or to Purchaser's family trust, existing or to be created and of which the Purchaser or Purchaser's spouse is the primary beneficiary. Any other purported assignment of this Contract by Purchaser shall be at the sole and absolute discretion of Seller. Seller, in Seller's sole and absolute discretion, may assign its rights under this Contract.

## 10.   DEPOSITS:

Deposits by Purchaser comprising the first ten percent (10%) of the aforestated total purchase price for the Unit shall earn interest at the rate paid by the depository institution on the accounts into which the funds are placed during the time that the deposit money is in such accounts. Deposits will earn interest only after Purchaser's fifteen (15) day recission period has elapsed. The interest, if any, will be paid to Seller at closing. Deposits in excess of such ten (10%) percent may be used for construction purposes as provided by 718.202, Florida Statutes and will not be earning interest. Seller intends to make an "Alternative Assurances" filing with the Division of Florida Land Sales, Condominiums and Mobile Homes. This filing, upon approval, will permit Seller to substitute an "Alternative Assurance" as defined in Rule 61B-17.009, Florida Administrative Code, for Purchaser's initial 10% deposit moneys held by the Escrow Agent and to use such money in the actual construction of the Condominium.

## 11.   INSULATION:

A.   R-Values of insulation: Roof, fiberglass batts or blown R-30. Exterior masonry and interior masonry party wall, reflective foil R-4.1. Walls separating garage from living area, fiberglass batts R-11.

B.   Purchaser understands and acknowledges that insulation thickness may vary depending upon local conditions and construction factors, including, but not limited to, such items as wall openings and plumbing or other structures or obstructions within the walls which displace the insulation. Purchaser understands and agrees that the foregoing information regarding the thickness and R-value of the insulation is based upon information supplied by the insulation installer, and Seller makes no representation or warranty regarding same.

## 12.   ENERGY PERFORMANCE AND ENERGY EFFICIENCY RATING DISCLOSURE

A.   Energy Performance Level Display Card.   In accordance with Section 553.9085, Florida Statutes, a copy of an Energy Performance Level Display Card is attached to this Contract as Exhibit "B". At the time of completion of the Unit, the Seller will be able to complete and certify an Energy Performance Level Display Card which will be furnished to Purchaser upon request.

B.   General Information Brochure.   A copy of the Florida Building Energy-Efficiency Rating System brochure prepared by the Florida Department of Community Affairs in accordance with Section 553.996, Florida Statutes, is attached hereto and made part of this Contract as Exhibit "C".

C.   Energy-Efficiency Rating Disclosure.   Seller is providing this disclosure statement to Purchaser in compliance with Sections 553.9085 and 553.996, Florida Statutes. This disclosure statement is intended for the sole and exclusive use of the Purchaser for this transaction only and Seller shall not be liable or responsible to any third party who has relied upon the information contained herein.

## 13.   RADON GAS DISCLOSURE:

The following disclosure is required by Section 404.056(6), Florida Statutes, for all contracts for sale and purchase of any building in Florida: RADON GAS: Radon is a naturally occurring radioactive gas that, when it has accumulated in a building in sufficient quantities, may present health risks to persons who are exposed to it over time. Levels of radon that exceed federal and state guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your county public health unit.

Seller's Initials                                                                            Purchaser's Initials

14. **MOLD:**

Mold is a type of fungus occurring naturally in the environment. Condominium construction is not, and cannot be, designed to exclude mold spores. Whether or not Purchaser as a Unit Owner experiences mold growth depends largely on how Purchaser manages and maintains the Unit. Seller's responsibility is limited to things that it can control, and Seller will repair or replace defects in its construction only for the applicable periods designated in accordance with the provisions of Section 20 hereof. Purchaser agrees that the exclusive remedy for damages caused by mold or other fungi shall be limited to recovery in accordance with the provisions of Section 20 of this Contract.

15. **REAL ESTATE COMMISSIONS:**

Each party warrants, acknowledges and agrees that no broker(s) or salesperson(s) other than _____ J̲ ̲A̲ ̲ and ṪAYLOR WOODROW REALTY SW, LLC have ever been involved in this transaction and each party covenants and agrees to indemnify and hold the other harmless from and against any and all claims made by any broker(s) or salesperson(s) seeking any commission or compensation for any loss, liability, costs or expense arising by, through or under said indemnifying party. Such indemnification shall include reimbursement of any attorneys' fees and costs, including those accruing from alternate dispute resolution proceedings, trial and appellate proceedings, incurred as a result of such claims made or such lawsuits filed. Seller is responsible for payment of compensation of the additional broker(s) named herein, if any.

16. **NOTICE:**

Whenever a notice is required to be sent under the terms of this Contract, the notice will be deemed to have been properly given or served when delivered in fact to the other party, or when delivered to and receipted for by a recognized air courier service (i.e., Federal Express, DHL), or when deposited with the United States Post Service with adequate postage prepaid and sent by certified mail, return receipt requested, and in all events addressed to the Purchaser at the address in this Contract and addressed to the Seller at 8430 Enterprise Circle, Suite 100, Bradenton, Florida 34202, Attn: Legal Department.

17. **RISK OF LOSS PRIOR TO CLOSING:**

Any loss and/or damage to the Condominium and/or the Unit between the date of this Contract and the date of closing will be at the Seller's sole risk and expense. Seller will have a reasonable time to complete repairs. The work will be judged by the same standards used to evaluate new construction. Purchaser will have no right to any reduction in the purchase price, nor any claim against Seller by reason of the loss and/or damage, and agrees to accept title on the date scheduled for closing.

18. **ADDENDUM OR RIDER:**

Any Rider or Addendum to this Contract will be deemed to be incorporated into this Contract as fully as if it were set forth at length herein. The terms and provisions of any such Rider or Addendum will control those of this Contract, but only to the extent necessary to give them full effect.

19. **INSPECTION PROCEDURE:**

A.      Purchaser is required to conduct a personal inspection of the Unit with Seller's representative not later than the date established by Seller in written notification delivered to Purchaser, which date will be not less than fifteen (15) days after such notification is delivered.

B.      If Purchaser is unable to conduct the personal inspection of the Unit with Seller on the date so established, Purchaser may designate a representative by written notice delivered to Seller not less than ten (10) days prior to such date. Purchaser will be bound by the actions of such representative.

C.      During such personal inspection, the Purchaser or Purchaser's representative and the Seller (or Seller's representative) will complete a list of inspection items in the Unit, which require Seller's (or Seller's representative's) attention. Purchaser (or Purchaser's representative) and Seller shall sign the list as conclusive evidence of the agreed upon work to be performed. At such time as the agreed work has been performed (which shall be within a reasonable time considering the availability of materials and the nature of the work to be performed) it shall be deemed conclusive that Seller's obligations have been fulfilled and any additional items shall be the responsibility of the Purchaser.

D.      Except as provided in Paragraph 19A. above, neither the Purchaser nor his agents or contractors shall have access or entry to the Unit, nor shall Purchaser store any of his possessions in or about

Seller's Initials

Purchaser's Initials

the Unit or the Condominium property prior to the closing of this transaction. Purchaser shall not interfere with workmen nor trespass upon the job site.

E.      It is agreed by the parties that the fact that the parties have not completed the inspection, or that items listed on the hereto inspection list have not been addressed by Seller, shall not entitle Purchaser to delay closing or to place in escrow or withhold money due Seller at closing, and a refusal to close as scheduled shall constitute a default by the Purchaser hereunder. Seller's obligation to perform the work agreed upon in the list of inspection items shall survive closing.

F.      Failure of the Purchaser to conduct the personal inspection and complete and sign the list of inspection items by the date established in Paragraph 19 hereof shall be deemed to be: (1) conclusive of Purchaser's acceptance of the Unit as is; and (2) a complete waiver of all objections to defects in workmanship or materials. This shall not be deemed to be a waiver of any warranties provided to Purchaser by law.

## 20.      LIMITATIONS OF WARRANTIES:

A.      Purchaser shall have the right, pursuant to paragraph 19, to inspect the Unit and the common elements prior to the closing. Purchaser hereby agrees that from and after the closing, Purchaser shall not make or bring, and shall not support the bringing of such action by others, any claim or action whatsoever against Seller or Seller's agents with respect to the dimensions of the Unit or the common elements, the materials employed in the construction of the Unit or the common elements, or the quality of workmanship or the merchantability or fitness of the Unit or the common elements or fixtures or items of personal property sold pursuant to this Contract, or the merchantability or fitness thereof, except such claims or actions as may be permitted by Paragraph 20B. below.

B.      Purchaser acknowledges that at the time of execution of this Contract, Seller has no reason to know of any particular purpose of Purchaser in purchasing the Unit and items of personal property sold pursuant to this Contract other than for normal residential use. Purchaser acknowledges and agrees that the only warranties applicable to the Condominium are those that may validly be imposed thereon by statutory law on the date thereof, as set forth in Section 718.203, Florida Statutes, as such section exists as of the date of this Agreement (hereinafter referred to as "Sole Warranties"). Purchaser further acknowledges and agrees that, to the extent allowed by law, Seller makes no other express or implied warranties whatsoever in regard to the Unit, the common elements, any fixtures or items of personal property sold pursuant to this Contract or any other real or personal property whatsoever sold hereby.

**Seller makes this warranty expressly in lieu of all other express or implied warranties concerning the Unit sold or to be constructed hereunder and the property sold hereunder or previously purchased from Seller, any other representations, statements or promises made by any person are unauthorized and are not binding upon Seller. All other warranties with respect to the Unit and the property hereunder are hereby disclaimed, to the extent permitted by law, whether implied or arising by operation of law, course of dealing, custom and practice, or otherwise, including, but not limited to, any warranties of habitability, merchantability, and fitness for particular purpose; and Purchaser represents that Purchaser has read and understood this provision, and that Purchaser understands and agrees that, by entering into this Contract and accepting the benefits of the limited warranty described above, Purchaser has knowingly relinquished any and all other warranties of any kind or nature regarding the Unit and the property.      In no event shall Seller be liable to Purchaser or Cassia at Vasari Condominium Association, Inc. or any other person or entity for consequential or exemplary damages, or for personal injuries arising from any breach of the Sole Warranties.**

C.      Purchaser hereby acknowledges that: (i) the Sole Warranties shall not apply if the defective portion of the Unit, common elements, fixtures or any other real or personal property has resulted from or been caused by, in whole or in part, the misuse of same (whether intentional or unintentional) by any person, firm or entity other than Seller or from an accident, casualty or physical alteration or modification; and (ii) the Sole Warranties are further conditioned upon routine maintenance being performed unless such maintenance is an obligation of Seller or a Seller-controlled Association.

D.      **CHAPTER 558, FLORIDA STATUTES CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY BRING ANY LEGAL ACTION FOR AN ALLEGED CONSTRUCTION DEFECT IN YOUR HOME. SIXTY DAYS BEFORE YOU BRING ANY LEGAL ACTION, YOU MUST DELIVER TO THE OTHER PARTY TO THIS CONTRACT A WRITTEN NOTICE REFERRING TO CHAPTER 558 OF ANY CONSTRUCTION CONDITONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE SUCH PERSON THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND TO CONSIDER MAKING AN OFFER TO REPAIR OR PAY OFR THE ALLEGED CONSTRUCTION DEFECTS.   YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER WHICH MAY BE MADE.   THERE ARE STRICT DEADLINES AND PROCEDURES UNDER THIS FLORIDA LAW WHICH MUST BE MET AND FOLLOWED TO PROTECT YOUR INTERESTS.**

CASSIA AT VASARI- PURCHASE CONTRACT

Seller's Initials

Purchaser's Initials

E.     The provisions of this Section 20 shall survive the closing and delivery of the Deed.

21.   **PROSPECTUS:**

The condominium documents required by Section 718.504, Florida Statutes, to be provided by Seller to Purchaser are defined as the Prospectus together with all exhibits thereto. Purchaser shall acknowledge receipt of the Prospectus and all exhibits by execution of the Receipt for Condominium Documents in the form prescribed by DBPR Form CO 6006-6 as referenced in Rule 61B-18.004, Florida Administrative Code.

22.   **TIME:**

Time is of the essence for making all payments due pursuant to this Contract and for the closing of this Contract. Time otherwise may be made of the essence by not less than five (5) days advance written notice. Any time period measured in "days" means consecutive calendar days, except that the expiration of any time period measured in days that expires on a Saturday, Sunday, or nationally observed legal holiday automatically will be extended to the next day that is not a Saturday, Sunday, or nationally observed legal holiday.

23.   **VASARI COMMUNITY DEVELOPMENT DISTRICT:**

A.     Purchaser acknowledges that a uniform community development district, as defined in Chapter 190, Florida Statutes, known as the VASARI COMMUNITY DEVELOPMENT DISTRICT has been established for the Vasari community located in Lee County (hereinafter "CDD"). The CDD will provide certain urban community development services and will have the authority to levy and collect fees, rates, charges, taxes and assessments to pay for, finance and provide such services. The CDD is empowered to plan, establish, acquire, construct or reconstruct, enlarge or extend, equip, operate, and maintain systems and facilities for basic infrastructures which may include without limitation: (1) water management and control lands within the CDD and the connection of some or any of such facilities with roads and bridges; (2) roads and bridges; (3) potable water distribution; (4) sewage collection; and (5) waste water management. The CDD will impose taxes and/or assessments through a special taxing district. These taxes will pay for the construction, operation, and/or maintenance costs of certain public facilities within the CDD and will be set annually by the governing board of the CDD. These taxes and assessments are in addition to county and all other taxes and assessments provided for by law. These fees, rates, charges, taxes and assessments will appear on the annual real estate tax bill for each Owner (of property within the community served by the CDD, as further defined in the Declaration of Covenants, Conditions, Restrictions and Easements for Vasari Country Club) and they will be payable directly to the Lee County Tax Collector. All taxes of the CDD shall constitute a lien upon those portions of Vasari owned by any Owner. The CDD shall have the power to issue any types of bonds permitted by Chapter 190, Florida Statutes.

B.     The CDD's duties may include irrigation, water distribution, storm water management (drainage control), street lighting and limited access assurance services. The Purchaser acknowledges that other services may be added to the CDD's responsibilities from time to time.

C.     The Purchaser agrees, by acceptance of a deed or other instrument conveying title to the Unit, for itself, its successors and assigns, to pay any and all fees, rates, charges, taxes and assessments which may be imposed by the CDD upon such property being purchased by Purchaser, and further agrees to abide by all of the CDD's rules and regulations, as they may be amended from time to time. This provision shall survive the closing contemplated herein and the delivery of the Deed to the Purchaser.

24.   **PROVISIONS RELATING TO CONTRACTS SIGNED AFTER THE COMPLETION DATE:**

Checking the box at left indicates this Contract is executed after the Completion Date, and as such, the following provisions shall be applicable to this Contract. For purposes of this Contract, the term "Completion Date" shall mean the date that a Certificate of Occupancy is issued for the building containing the Unit and all other requirements for completion of improvements are met, as specified in the Condominium Act, Chapter 718, Florida Statutes.

A.     Paragraph 2D. shall not be applicable to this Contract.

B.     The provisions of Paragraph 5A. shall not be applicable to this Contract, and Purchaser acknowledges that there has been made available to him and that he has been shown the model and/or the model floor plans of the Condominium and the type of unit being purchased by him hereunder. Purchaser further acknowledges that Seller has made available to Purchaser complete plans and specifications for the Unit and the improvements comprising

CASSIA AT VASARI- PURCHASE CONTRACT
Page 8

Seller's Initials

Purchaser's Initials

the common elements and that Purchaser has had the right and opportunity to examine the Unit and the Condominium.

C.   Any provision relating to the escrow of the Deposit, shall not be applicable to this Contract.

## 25.   NOTICES OF COMMENCEMENT:

Purchaser acknowledges that notices of commencement may be filed of record, and agrees that the same shall not be an objection to title, it being understood that the Unit will be released from the liens of such notices at or prior to the closing.

## 26.   MULTIPLE PURCHASERS:

If two (2) or more persons are named as Purchaser herein, any one (1) of them is authorized to act as agent for, with the right to bind, the other(s) in all matters and of every kind and nature with respect to this Contract. If the Purchaser is married, and the Purchaser's spouse is not named as a Purchaser herein, Purchaser shall be responsible and liable for such spouse executing the mortgage and other closing documents as required by lender and Seller. Failure of said spouse to do so shall constitute a default hereunder by Purchaser.

## 27.   SELLER'S BUSINESS ORGANIZATION:

Purchaser hereby expressly acknowledges and agrees that (i) a conversion by Seller of its form of business organization from a limited liability company to a corporation, (ii) a merger by Seller with any entity(ies) with the Seller being the surviving entity of such merger, or (iii) change of Seller's name or any or all of the above in combination, shall not be deemed to be a material or adverse change.

## 28.   PLANNED DEVELOPMENT:

Purchaser acknowledges that the property is a portion of a mixed-use, master planned community generally known as Vasari.  Vasari is and shall be comprised of this Unit, other residential property, recreational amenities, and commercial land uses. Vasari is an expandable community, meaning that additional land may be added to Vasari from time to time, as provided for in the Governing Documents referenced below. Purchaser understands and acknowledges that the Unit shall be subject to recorded covenants, conditions, and restrictions which establish and provide for the governance structure of the master planned community, including, without limitation, the community association documents applicable to Vasari.

## 29.   VASARI COUNTRY CLUB MASTER ASSOCIATION MEMBERSHIP:

Upon acquisition of title to the Unit, Purchaser shall automatically become a member of Vasari Country Club Master Association and shall be subject to the assessment obligations and other provisions set forth in the Declaration of Covenants, Conditions, Restrictions and Easements for Vasari Country Club (the "Declaration").

## 30.   MISCELLANEOUS PROVISIONS:

A.   Entire Agreement:

**All prior understandings are superseded by and merged into this Contract.  No oral representations, advertising, promotional activities, maps, artists' renderings, conceptual presentations or otherwise, made by Seller or Seller's agents shall in any way be binding on Seller and will be of no force or effect unless expressly set forth in this Contract or set forth in the documents required to be furnished to Purchaser by a Developer pursuant to Section 718.503, Florida Statutes as to either the Condominium property or the Unit including, without limitation, the workmanship and materials. Purchaser represents that he has not relied on any verbal or written statements, published by or under the authority of Seller in any advertising or promotional matter including, but not limited to, brochures, newspapers, and radio or television advertising, but has based his decision to purchase on personal investigation, observation and review of the condominium documents. This paragraph shall survive the closing contemplated herein and the delivery of the Deed to Purchaser.**

B.   Contract not Recordable; Persons Bound; and Notice:

Neither this Contract nor any notice of it shall be recorded in any Public Records; to do so is a substantive breach of this Contract. Execution of this Contract shall not create any lien or lien right in favor of the Purchaser, the Purchaser hereby expressly waiving and relinquishing any such lien or lien rights.  This Contract shall bind and inure to the benefit of the parties hereto and their successors in interest, heirs and assigns.  Notice given by or to the attorney for either party shall be as effective as if given by or to that party.

CASSIA AT VASARI- PURCHASE CONTRACT
Page 9

Seller's Initials

Purchaser's Initials

C. Invalidity:

In case any one or more of the provisions contained in this Contract shall, for any reason, be held to be invalid, illegal or unenforceable in any respect, the invalidity, illegality, or unenforceability shall not affect any other provision, and this Contract shall be construed as if such invalid, illegal or unenforceable provision had never been contained in this Contract.

D. Applicable Law:

This Contract and all documents executed pursuant to it shall be interpreted, construed, applied, and enforced in accordance with and governed by the laws of the State of Florida, regardless of where executed, delivered, performable or breached, or any suit or other proceeding involving this Contract is instituted or pending, or whether the laws of the State of Florida otherwise would apply the laws of another jurisdiction.

E. Captions:

Captions of the paragraphs and subparagraphs of this Contract are for the convenience of reference only, are not to be considered a part hereof and will not limit nor otherwise affect any of the terms hereof.

F. Amendments:

Neither this Contract nor any provision hereof may be changed, waived, discharged or terminated orally, but only by an instrument in writing signed by the party against whom enforcement of the change, waiver, discharge or termination is sought.

G. Indemnification:

Indemnify means that the indemnitor will defend, indemnify and hold the indemnitee harmless from and against any and all claims, demands, losses, liabilities including strict liability, damages, injuries, and expenses, including attorney's fees for attorneys of the indemnitee's choice, costs of any settlement or judgment and claims of any and every kind whatsoever paid, incurred or suffered by, or asserted against the indemnitee by any person or entity or governmental agency for, with respect to, or as a direct result of the subject matter of the indemnity. The scope of any indemnity includes any costs and expenses, including reasonable attorney fees, incurred in defending any indemnified claim, or in enforcing the indemnity or both. Any express indemnities contained in this Contract survive the closing of the transaction it contemplates.

H. Venue:

Purchaser waives any and all privileges and rights which it may have under Chapter 47, Florida Statutes, relating to venue, as it now exists or may hereafter be amended, and any comparable statute or administrative provision; and Purchaser further agrees that any legal action brought on this Contract shall be brought in the appropriate forum in Lee County, Florida.

I. No Liens:

Prior to closing, Purchaser shall not place nor allow any lien to be placed on the Unit.

J. Waiver:

The waiver of one or more defaults by any party to this Contract shall not be deemed a waiver of any subsequent default of that provision of this Contract or default under any other provision of this Contract. No waiver of the benefit of any provision of this Contract will be effective unless made in writing, signed by the party to be charged; and no such waiver is a waiver of any future event, unless it expressly so states.

K. Sales Activities:

Purchaser acknowledges that Seller or a company or other entity affiliated with Seller shall have the right to utilize all of the common elements of the Condominium, all Association property (including roadways and recreational facilities) and any models and/or sales office located or to be located in Vasari and/or the Condominium in connection with the sale or lease of dwelling units in this or in other projects or developments within or outside of Vasari. This paragraph shall survive the closing contemplated herein and the delivery of the Deed to the Purchaser.

Seller's Initials

Purchaser's Initials

L.    Purchaser Representations:

Purchaser acknowledges and agrees that the representations made to Seller hereunder are a material inducement to Seller to enter into this Contract and that such representations shall survive the closing.

M.    Counterparts:

This Contract may be executed simultaneously in two or more counterparts, each of which will be deemed an original, but all of which together will constitute one and the same instrument.

N.    Gender:

The use of the singular includes the plural, the use of the male includes female and neuter and vise versa.

O.    Facsimile:

A facsimile (FAX) signature will be deemed to be an original. Offer and acceptance by facsimile is binding.

P.    Construction:

This Contract and all related documents, including without limitation the Deed, will not be construed more strongly against any party regardless of who was more responsible for its preparation.

Q.    COMMUNITY DISCLOSURE.

IF THE DISCLOSURE SUMMARY REQUIRED BY SECTION 720.401, FLORIDA STATUTES HAS NOT BEEN PROVIDED TO THE PROSPECTIVE PURCHASER BEFORE EXECUTING THIS CONTRACT FOR SALE, THIS CONTRACT IS VOIDABLE BY PURCHASER BY DELIVERING TO SELLER OR SELLER'S AGENT WRITTEN NOTICE OF THE PURCHASER'S INTENTION TO CANCEL WITHIN THREE (3) DAYS AFTER RECEIPT OF THE DISCLOSURE SUMMARY OR PRIOR TO CLOSING, WHICHEVER OCCURS FIRST. ANY PURPORTED WAIVER OF THIS VOIDABILITY RIGHT HAS NO EFFECT. BUYER'S RIGHT TO VOID THIS CONTRACT SHALL TERMINATE AT CLOSING.

R.    PROPERTY TAX DISCLOSURE SUMMARY.

BUYER SHOULD NOT RELY ON THE SELLER'S CURRENT PROPERTY TAXES AS THE AMOUNT OF PROPERTY TAXES THAT THE BUYER MAY BE OBLIGATED TO PAY IN THE YEAR SUBSEQUENT TO PURCHASE. A CHANGE OF OWNERSHIP OR PROPERTY IMPROVEMENTS TRIGGERS REASSESSMENTS OF THE PROPERTY THAT COULD RESULT IN HIGHER PROPERTY TAXES. IF YOU HAVE ANY QUESTIONS CONCERNING VALUATION, CONTACT THE COUNTY PROPERTY APPRAISER'S OFFICE FOR INFORMATION.

31.    ACCEPTANCE:

This Contract shall not become effective until Purchaser signs and delivers this Contract to Seller, and pays the Initial Deposit to Escrow Agent. This Contract shall not be considered approved and accepted by Seller until executed by Seller's authorized representative.

THIS AGREEMENT IS VOIDABLE BY BUYER BY DELIVERING WRITTEN NOTICE OF THE BUYER'S INTENTION TO CANCEL WITHIN FIFTEEN (15) DAYS AFTER THE DATE OF EXECUTION OF THIS AGREEMENT BY THE BUYER, AND RECEIPT BY BUYER OF ALL OF THE ITEMS REQUIRED TO BE DELIVERED TO HIM BY THE DEVELOPER UNDER SECTION 718.503, FLORIDA STATUTES. THIS AGREEMENT IS ALSO VOIDABLE BY BUYER BY DELIVERING WRITTEN NOTICE OF THE BUYER'S INTENTION TO CANCEL WITHIN FIFTEEN (15) DAYS AFTER THE DATE OF RECEIPT FROM THE DEVELOPER OF ANY AMENDMENT WHICH MATERIALLY ALTERS OR MODIFIES THE OFFERING IN A MANNER THAT IS ADVERSE TO THE BUYER. ANY PURPORTED WAIVER OF THESE VOIDABILITY RIGHTS SHALL BE OF NO EFFECT. BUYER MAY EXTEND THE TIME FOR CLOSING FOR A PERIOD OF NOT MORE THAN FIFTEEN (15) DAYS AFTER THE BUYER HAS RECEIVED ALL OF THE ITEMS REQUIRED. BUYER'S RIGHT TO VOID THIS AGREEMENT SHALL TERMINATE AT CLOSING.

Seller's Initials

Purchaser's Initials

| | |
|---|---|
| THE VASARI COMMUNITY DEVELOPMENT DISTRICT MAY IMPOSE AND LEVY TAXES OR ASSESSMENTS, OR BOTH TAXES AND ASSESSMENTS, ON THIS PROPERTY. THESE TAXES AND ASSESSMENTS PAY THE CONSTRUCTION, OPERATION, AND MAINTENANCE COSTS OF CERTAIN PUBLIC FACILITIES AND SERVICES OF THE DISTRICT AND ARE SET ANNUALLY BY THE GOVERNING BOARD OF THE DISTRICT. THESE TAXES AND ASSESSMENTS ARE IN ADDITION TO COUNTY AND OTHER LOCAL GOVERNMENTAL TAXES AND ASSESSMENTS AND OTHER TAXES AND ASSESSMENTS PROVIDED FOR BY LAW. | ANY PAYMENT IN EXCESS OF 10% OF THE PURCHASE PRICE MADE TO DEVELOPER PRIOR TO CLOSING PURSUANT TO THIS CONTRACT MAY BE USED FOR CONSTRUCTION PURPOSES BY THE DEVELOPER. |

SELLER:
TAYLOR WOODROW COMMUNITIES
AT VASARI, L.L.C., a Florida limited liability company

By: _____
Its: _____
8430 Enterprise Circle, Suite 100
Bradenton, Florida 34202
941-554-2000
941-554-3010 (FAX)

Date signed by Seller: _____

PURCHASER(S):

Date signed by Purchaser: _____

BROKER:

[Name of Company]

[Address]

Agent's Name

Seller's Initials

Purchaser's Initials

LIST OF EXHIBITS

| | |
|---|---|
| Exhibit "A" | Closing Costs Addendum |
| Exhibit "B" | Energy Performance Level Display Card |
| Exhibit "C" | Florida Building Energy Efficiency Rating System |
| Exhibit "D" | Community Disclosure Summary |
| Exhibit "E" | Affiliated Business Arrangement Notice |

CASSIA AT VASARI- PURCHASE CONTRACT
Page 13

Seller's Initials

Purchaser's Initials

EXHIBIT "A"
CASSIA AT VASARI, a condominium
RESIDENCE PURCHASE CONTRACT
CLOSING COSTS ADDENDUM

THIS ADDENDUM to the Cassia at Vasari, a Condominium Residence Purchase Contract (the "Contract") made between Taylor Woodrow Communities at Vasari, L.L.C., a Florida limited liability company ("Seller"), and ROBERT AVERS & CHRISTINE CARPENTER ("Purchaser"), for the purchase of Unit B-201, Cassia at Vasari, a condominium is hereby entered into and made a part of said Contract as if fully set forth therein.

WITNESSETH:

1. In the event of any conflict between the terms and provisions of this Addendum and any terms and provisions of the Contract, the terms and provisions of this Addendum shall control. Capitalized terms which are employed in this Addendum without definition but which are defined in the Contract shall have the same meaning in this Addendum as in the Contract.

2. Closing Costs: Purchaser understands that, in addition to the payment of the purchase price and any other sums due under the Contract, Purchaser shall pay certain other fees or "closing costs" when Purchaser accepts title at closing. The closing costs to be paid by Purchaser and by Seller are as follows:

| | PURCHASER | SELLER |
|---|---|---|
| The balance of the purchase price, plus any unpaid extras (i.e., Change Orders) | X | |
| Owner's Title Policy (Minimum Promulgated Rate) | X | |
| Search Fee | | $50.00 * |
| Title Exam Fee | | $80.00 * |
| Closing Fee (Cash Transaction) | $100.00† | $100.00 * |
| Documentary Stamps on Deed (a tax of 70 cents on each $100 or fraction thereof of the purchase price) | X | |
| Recording Conveyance Documents ($10.00 for the initial page, plus $8.50 for each additional page) | X | |
| Any deposits, installation charges or hook-up fees for utilities | X | |
| Purchaser's own hazard and liability insurance | X | |
| Attorney's fees for Purchaser's attorney, if any | X | |
| Default interest, delayed closing charges or penalties, if any | X | |
| Express mail and courier charges | X | |
| The prorata share of the assessments for Cassia at Vasari Condominium Association, Inc., and the Vasari Country Club Master Association, Inc. (the "Club") (collectively, the "Associations") for the Unit attributable to the days during the quarter in which the closing occurs and during which Purchaser holds title to the Unit. | X | |
| An initial capital contribution assessment to the Vasari Country Club Master Association, Inc. This contribution shall be collected for the use and benefit of the Club as provided in the Club documents. | X | |
| Real estate taxes, benefit taxes and special assessments, operation and maintenance assessments and Vasari Community Development District assessments for the then-current year on the Unit shall be prorated as of the closing date. If the real estate tax bill for the Unit is not available at the time of Closing, such real estate taxes and assessments will be prorated in a manner reasonably determined by Seller and an adjustment thereof shall be made upon Purchaser's request within thirty (30) days of Purchaser's delivery of a copy of the actual bill to Seller. | X | |

*If Purchaser obtains title from a title agent other than the title agent designated by Seller pursuant to Section 4 of the Contract, Purchaser shall be financially responsible for title search, title exam and the closing fee, which fees may be in excess of the amounts shown hereon, and Seller shall have no obligation to pay any portion of those fees.

† Amounts shown may be higher if Purchaser uses a title agent other than the agent designated by Seller pursuant to Section 4 of the Contract.

Purchaser's Initials

Seller's Initials

**IF PURCHASER OBTAINS A MORTGAGE, ADDITIONAL PURCHASER COSTS INCLUDE THE FOLLOWING:**

| | PURCHASER | SELLER |
|---|---|---|
| Lender's title insurance policy, together with the title endorsements required by lender - Simultaneous issue rate of $25 plus $25 maximum per additional endorsement attached to loan policy (not including Florida Form 9 endorsement, which has a minimum charge of 10% of the owner and lender title policy premiums combined) | $150.00 † | |
| Additional Closing Fee (Financed Transaction) | $125.00 † | |
| Mortgage Intangible tax – a one-time nonrecurring tax of 2 mills on each dollar of the just valuation of obligations for payment of money which are secured by mortgage, deed of trust, or other lien upon real property situated in the state of Florida. | X | |
| Mortgage Documentary Stamp tax – on mortgages or other evidences of indebtedness, a tax of 35 cents on each $100 or fraction thereof of the indebtedness | X | |
| Recording Lenders Documents ($6.00 for the initial page, plus $4.50 for each addtl. page) | X | |
| Application fee | X | |
| Appraisal fee | X | |
| Credit report fee | X | |
| Escrow for taxes and/or insurance | X | |
| Tax service fee | X | |
| Mortgage transfer or service fee | X | |
| Mortgage insurance | X | |
| Origination fee | X | |
| Underwriting fee | X | |
| Discount points | X | |
| Prepaid interest | X | |
| Flood insurance and certification fee, if required | X | |
| Termite inspection | X | |
| Photographs | X | |
| Courier and overnight mail charges | X | |
| Any other charges imposed by Purchaser's lender | X | |

Purchaser acknowledges that this Closing Costs Addendum was provided to Purchaser prior to Purchaser's execution of the Contract.

PURCHASER:

*(signature)*

SELLER:
Taylor Woodrow Communities at Vasari, L.L.C.,
a Florida limited liability company

By: *(signature)*

As its Authorized Representative

DATE EXECUTED BY PURCHASER:
DECEMBER 10 , 200 5

DATE EXECUTED BY SELLER:
12.10.5. , 200

† Amounts shown may be higher if Purchaser uses a title agent other than the agent designated by Seller pursuant to Section 4 of the Contract.

*(initials)* Purchaser's Initials
*(initials)* Seller's Initials

EXHIBIT C

# FLORIDA
# BUILDING ENERGY RATING GUIDE

**Field Performance Test Required for Rating Confirmation**

Projected Rating Based on Improvements

Class 1 Rating
Registration No.: 0
Climate: Central Florida

DCA Codes & Standards, 1A. estar
456 Example Way, Rm. FREE '97
Central Base, FL 32605

**Congratulations on your decision to purchase a home.**

As you know, there are a lot of factors to consider before signing on the dotted line. By now, you've probably checked out the location of the home you'd like the best. You know how the seller wants, how many bedrooms there are, whether your dining room table will fit where you'll park your car and lots of other important things.

But wait, there's still one more important thing you really ought to do.

You wouldn't buy a car without asking how many miles per-gallon it gets, would you? So why would you even think of buying a house without knowing how much the power bills will be? That's why now is the perfect time to get an EnergyGauge® rating on the house.

Since 1994, there has been a voluntary statewide energy-efficiency rating system for homes in Florida and prospective home-owners just like you all around the state are getting their homes rated before they make their purchase. There are several very important reasons why:

**Energy ratings give homebuyers a market-place yardstick that measures the benefits of energy-efficiency improvements.** You get detailed estimates of how much your energy use will cost.

**Energy ratings give you clear and specific information that lets you compare similar homes on their energy use.** Two

homes might look similar, but one may be efficient and comfortable and the other an energy-guzzler with a very uncomfortable interior.

Maybe most important of all, **the national Home Energy Rating System (HERS) score on the energy rating can qualify you for a number of special mortgage programs that offer lower interest rates, lower closing costs, and other benefits.** More and more lenders are coming into Florida with money-saving packages for buyers of energy-efficient homes.

**Before buying your next home, hire a Certified Energy Rater to do a rating.**

Your builder or Realtor can help you find a Certified Rater in your area. After the rating, you'll get an easy-to-understand Energy Guide that estimates how much it will cost to pay for energy used in that home, and will allow you to look at a number of separate areas of energy use throughout the house.

For many years, buyers have had home inspectors look over a home before making their purchase. This is a great way to find out about potential house problems before you make your purchase. Smart homebuyers around the country are now also asking for a home energy rating to look specifically at the energy-efficiency. Because energy costs can often equal house payments, the relatively small cost of a home energy rating can easily be offset by many years of lower energy payments.



Cost basis:

| | Central Default | Central Default | Statewide Prices |
|---|---|---|---|
| | Electric Rate | Gas Rate | Oil: $1.50/gal |
| | $0.082 /kWh | $1.077 /Therm | LP Gas: $1.75/gal |

**Best**
$381

Improved Home ▲
HERS Reference Home¹ ◇
Savings = $368

18 MBtu ▲

30 MBtu ◇

109 MBtu

**Worst**
$2229

| | | | |
|---|---|---|---|
| Cooling | $45 | | |
| Heating | $56 | $74 | |
| Hot Water | | $90 | $176 |
| Rating | $128 | | |
| Dryer | $62 | | |
| Stove | $22 | | |
| Lighting | $41 | $123 | $136 |
| Misc | | | $838 |
| Pool | | | |

**HERS Score³**
Reference: 80
☆☆☆☆☆
Improved: 90
★★★★★

EnergyGauge® (Version: FLRIPx-2.02)

This Improved Home Qualifies for EPA's Energy Star Label¹

As compared with other 1500 square foot, 3 bedroom homes without pool pumps.

This notice is provided to you by an individual certified by the Florida Department of Community Affairs to perform a building energy rating evaluation. Any questions or concerns regarding the person or Agency performing this service may be directed to the Florida Department of Community Affairs, Building Energy Rating System Program, 2555 Shumard Oak Boulevard, Tallahassee, Florida, 32399-2100, (850-487-1824).

I.M. Certified
Certified Rater

Signature

000000
I.D. Number

Date

Form 118

NOTES:
¹The HERS Reference Home is constructed to comply with the 1992 CABO Model Energy Code (MEC) at a HERS score of 80 or greater.
²The Home Builder must have a signed Memorandum of Understanding with EPA as an Energy Star Home partner.
³Home Energy Rating System (HERS) Score calculated in accordance with national HERS Guideline rating method

Page 1/2



You're already familiar with the miles-per-gallon stickers on new automobiles, and the yellow Energy-Guide labels on home appliances. Shoppers use this information to figure out how much that car or appliance is really going to cost them. This information gives the buyer a good estimate of what it will cost to operate that car or use that appliance, over and above the purchase price. A car or product that is cheaper to buy can often be more expensive to operate, so this information can be very important to assure that you make the best purchase decision.

## Here's how the Florida EnergyGauge program works.

After the rating, you'll get an easy-to-read form like the one on the inside page. The Rating Guide has a scale that allows you to compare the specific home you're looking at with the most efficient and the least-efficient homes of the same size with the same number of bedrooms available in your part of the state today. And in addition to this overall estimate of energy use and comparisons, you get a detailed breakdown on the energy costs of the home's air-conditioning, space heating, water heating, refrigerator, clothes dryer, cooking costs, lighting, pool pumping and other miscellaneous equipment.

One of the keys to the success of this program is the uniformity of ratings, made possible by the use of the **EnergyGauge®** software developed by the Florida Solar Energy Center. It has been specially designed to let Raters input the key data on the home and obtain accurate information for comparison purposes. A unique optimization feature even lets Raters determine what energy-efficiency

features can be added to the home to maximize cost-savings and comfort-improvement.

## So how can a home energy rating help you reduce your energy use and save money?

That's easy. While the design and construction of your home and the efficiency of its appliances and equipment control the most significant portion of its energy use, occupant life-style will still have a big effect on exactly how much energy gets used. Your comfort preferences and personal habits - the level at which you set the thermostat, whether or not you turn off lights and fans when leaving a room, how much natural ventilation you use, and other factors - all will affect your home's actual monthly energy use.

## The Ratings program in Florida closely parallels national activities.

The U.S. Department of Energy has been working to set national standards for Home Energy Rating Systems, and Florida's system surpasses these standards. The Florida Building Energy Rating Guide provides a HERS score for the home. This national score enables homes to qualify for national mortgage financing options requiring a HERS score. This score is computed in accordance with proposed national guidelines, considering the heating, cooling, and hot water energy uses. HERS awards stars to the rating.

## Tell your Realtor or builder that you want to get the home rated before you buy it.

They can give you the names of Raters in your area. Additional information on the program is available from the Energy Gauge Program Office at 321-638-1492, or visit our website at www.fsec.ucf.edu

## Who does Energy Ratings?

It is important to note that only State Certified Raters are allowed to perform ratings. These Raters have undergone rigorous training programs and have passed the required challenge exams. They are also required to undergo continuing education classes and further exams to keep their certifications current. An on-going quality control program also watches over their Ratings and their work. All their Ratings are submitted to a central Registry that checks them for accuracy and compiles generic building data.

## Energy Ratings in Florida

The Florida Building Energy-Efficiency Rating Act (Florida Statute 553.990) was passed by the State Legislature in 1993 and amended in 1994. It established a voluntary statewide energy-efficiency rating system for homes. The Rating System has been adopted by DCA Rule 9B-60.



The Florida Energy Gauge

The Florida Energy Gauge Program
*Florida's Building Energy Rating System*
1679 Clearlake Road
Cocoa, Florida 32922-5703
321-638-1492
Fax: 321-638-1010
E-Mail: EnGauge@fsec.ucf.edu
Website: www.fsec.ucf.edu



# Thinking About Buying a Home?

# Get An EnergyGauge® Rating!

## Consider the Benefits:

- More Home for Less Money
- Improved Mortgage Options
- Enhanced Indoor Comfort
- Superior Energy-Efficiency
- More Environmental Sustainability
- Tested Quality Construction
- Greater Resale Value



# ENERGY PERFORMANCE LEVEL (EPL) DISPLAY CARD

### ESTIMATED ENERGY PERFORMANCE SCORE* = 83.9
**The higher the score, the more efficient the home.**

Taylor Woodrow, , Fort Myers, Fl,

| | | | | |
|---|---|---|---|---|
| 1. | New construction or existing | | New | |
| 2. | Single family or multi-family | | Multi-family | |
| 3. | Number of units, if multi-family | | 1 | |
| 4. | Number of Bedrooms | | 3 | |
| 5. | Is this a worst case? | | Yes | |
| 6. | Conditioned floor area (ft²) | | 2587 ft² | |
| 7. | Glass area & type | Single Pane | Double Pane | |
| | a. Clear - single pane | 0.0 ft² | 0.0 ft² | |
| | b. Clear - double pane | 406.8 ft² | 0.0 ft² | |
| | c. Tint/other SHGC - single pane | 0.0 ft² | 0.0 ft² | |
| | d. Tint/other SHGC - double pane | | | |
| 8. | Floor types | | | |
| | a. Raised Wood, Adjacent | | R=10.0, 446.0ft² | |
| | b. N/A | | | |
| | c. N/A | | | |
| 9. | Wall types | | | |
| | a. Concrete, Int Insul, Exterior | | R=4.1, 1823.0 ft² | |
| | b. Concrete, Int Insul, Adjacent | | R=10.0, 450.0 ft² | |
| | c. N/A | | | |
| | d. N/A | | | |
| | e. N/A | | | |
| 10. | Ceiling types | | | |
| | a. Under Attic | | R=30.0, 2587.0 ft² | |
| | b. N/A | | | |
| | c. N/A | | | |
| 11. | Ducts | | | |
| | a. Sup: Unc. Ret: Unc. AH: Attic | | Sup. R=6.0, 50.0 ft | |
| | b. Sup: Unc. Ret: Unc. AH: Attic | | Sup. R=6.0, 75.0 ft | |

| | | |
|---|---|---|
| 12. | Cooling systems | |
| | a. Central Unit | Cap: 34.0 kBtu/hr |
| | | SEER: 12.00 |
| | b. Central Unit | Cap: 24.0 kBtu/hr |
| | | SEER: 12.00 |
| | c. N/A | |
| 13. | Heating systems | |
| | a. Electric Strip | Cap: 32.8 kBtu/hr |
| | | COP: 1.00 |
| | b. Electric Strip | Cap: 16.4 kBtu/hr |
| | | COP: 1.00 |
| | c. N/A | |
| 14. | Hot water systems | |
| | a. Electric Resistance | Cap: 50.0 gallons |
| | | EF: 0.90 |
| | b. N/A | |
| | c. Conservation credits | |
| | (HR-Heat recovery, Solar | |
| | DHP-Dedicated heat pump) | |
| 15. | HVAC credits | MZ-C, PT, MZ-H |
| | (CF-Ceiling fan, CV-Cross ventilation, | |
| | HF-Whole house fan, | |
| | PT-Programmable Thermostat, | |
| | MZ-C-Multizone cooling, | |
| | MZ-H-Multizone heating) | |

I certify that this home has complied with the Florida Energy Efficiency Code For Building Construction through the above energy saving features which will be installed (or exceeded) in this home before final inspection. Otherwise, a new EPL Display Card will be completed based on installed Code compliant features.

Builder Signature: _____  Date: 11.8.06

Address of New Home: _____  City/FL Zip: _____

*NOTE: The home's estimated energy performance score is only available through the FLA/RES computer program. This is not a Building Energy Rating. If your score is 80 or greater (or 86 for a US EPA/DOE EnergyStar™designation), your home may qualify for energy efficiency mortgage (EEM) incentives if you obtain a Florida Energy Gauge Rating. Contact the Energy Gauge Hotline at 321/638-1492 or see the Energy Gauge web site at www.fsec.ucf.edu for information and a list of certified Raters. For information about Florida's Energy Efficiency Code For Building Construction, contact the Department of Community Affairs at 850/487-1824.

EnergyGauge® (Version: FLRCSB v3.30)

EXHIBIT "D"
COMMUNITY DISCLOSURE SUMMARY
VASARI

1.  AS A PURCHASER OF PROPERTY IN THIS COMMUNITY, YOU WILL BE
    OBLIGATED TO BE A MEMBER OF A HOMEOWNERS' ASSOCIATION.

2.  THERE HAVE BEEN OR WILL BE RECORDED RESTRICTIVE COVENANTS
    GOVERNING THE USE AND OCCUPANCY OF PROPERTIES IN THE
    COMMUNITY.

3.  YOU WILL BE OBLIGATED TO PAY ASSESSMENTS TO THE ASSOCIATION.
    ASSESSMENTS MAY BE SUBJECT TO PERIODIC CHANGE.          IF
    APPLICABLE, THE CURRENT AMOUNT IS $3,880.00 PER YEAR. YOU WILL
    ALSO BE OBLIGATED TO PAY ANY SPECIAL ASSESSMENTS IMPOSED BY
    THE ASSOCIATION. SUCH SPECIAL ASSESSMENTS MAY BE SUBJECT TO
    CHANGE. IF APPLICABLE, THE CURRENT AMOUNT IS $ N/A PER N/A .

4.  YOU MAY BE OBLIGATED TO PAY SPECIAL ASSESSMENTS TO THE
    RESPECTIVE MUNICIPALITY, COUNTY, OR SPECIAL DISTRICT. ALL
    ASSESSMENTS ARE SUBJECT TO PERIODIC CHANGE.

5.  YOUR FAILURE TO PAY SPECIAL ASSESSMENTS OR ASSESSMENTS
    LEVIED BY A MANDATORY HOMEOWNERS' ASSOCIATION COULD
    RESULT IN A LIEN ON YOUR PROPERTY.

6.  THERE MAY BE AN OBLIGATION TO PAY RENT OR LAND USE FEES FOR
    RECREATIONAL OR OTHER COMMONLY USED FACILITIES AS AN
    OBLIGATION OF MEMBERSHIP IN THE HOMEOWNERS' ASSOCIATION. IF
    APPLICABLE, THE CURRENT AMOUNT IS $ N/A PER N/A .

7.  THE DEVELOPER MAY HAVE THE RIGHT TO AMEND THE RESTRICTIVE
    COVENANTS WITHOUT THE APPROVAL OF THE ASSOCIATION
    MEMBERSHIP, OR THE APPROVAL OF THE PARCEL OWNERS.

8.  THE STATEMENTS CONTAINED IN THIS DISCLOSURE FORM ARE ONLY
    SUMMARY IN NATURE, AND, AS A PROSPECTIVE PURCHASER, YOU
    SHOULD REFER TO THE COVENANTS AND THE ASSOCIATION
    GOVERNING DOCUMENTS BEFORE PURCHASING PROPERTY.

9.  THESE DOCUMENTS ARE EITHER MATTERS OF PUBLIC RECORD AND
    CAN BE OBTAINED FROM THE RECORD OFFICE IN THE COUNTY WHERE
    THE PROPERTY IS LOCATED, OR ARE NOT RECORDED AND CAN BE
    OBTAINED FROM THE DEVELOPER.

Buyer's Signature
ROBERT AKERS
Buyer's Printed name

Buyer's Signature
CHRISTINE CARPENTER
Buyer's Printed name

Date: 12 · 10 · 05

Affiliated Business Arrangement
Notice

ROBERT AYERS

To: _CHRISTINE CARPENTER_   Property: Unit _201_, Bldg. _6_  , CASSIA   AT VASARI

From: TAYLOR WOODROW COMMUNITIES AT VASARI, LLC        Date: _12 · 16 · 05_

This is to give you notice that TAYLOR WOODROW COMMUNITIES AT VASARI, LLC has a business relationship with TAYLOR WOODROW MORTGAGE. TAYLOR WOODROW COMMUNITIES AT VASARI, LLC is an indirect wholly owned subsidiary of TAYLOR WOODROW, INC., which indirectly holds a 49.9% ownership interest in TAYLOR WOODROW MORTGAGE. Because of this relationship, this referral may provide TAYLOR WOODROW COMMUNITIES AT VASARI, LLC a financial or other benefit.

Set forth below is the estimated charge or range of charges for the settlement services listed. You are NOT required to use the listed provider(s) as a condition for purchase of the subject property. THERE ARE FREQUENTLY OTHER SETTLEMENT SERVICE PROVIDERS AVAILABLE WITH SIMILAR SERVICES. YOU ARE FREE TO SHOP AROUND TO DETERMINE THAT YOU ARE RECEIVING THE BEST SERVICES AND THE BEST RATE FOR THESE SERVICES.

TAYLOR WOODROW MORTGAGE for Mortgage Loan Services:

| | |
|---|---|
| Mortgage Lending | O up to 1% of the loan amount* |
| Processing Fee | $695 |
| Underwriting Fee | $0 |

*Specific charges are dependent upon a variety of factors including interest rate, size of loan, amount of down payment and whether the loan is guaranteed or insured under a government program

ACKNOWLEDGMENT

I/we have read this disclosure form, and understand that TAYLOR WOODROW COMMUNITIES AT VASARI, LLC is referring me/us to purchase the above-described settlement service(s) and may receive a financial or other benefit as the result of this referral.

Signature

Affiliated Business Arrangement
Notice

ROBERT AKERS
To: CHRISTINE CARPENTER    Property: Unit 201, Bldg. 8 , CASSIA AT VASARI, a Condominium
From: TAYLOR WOODROW COMMUNITIES AT VASARI, LLC     Date:  12-10-05

This is to give you notice that TAYLOR WOODROW COMMUNITIES AT VASARI, LLC ("Taylor Woodrow") has a business relationship with Total Florida Title, Inc. ("Total Florida"). Taylor Woodrow is an indirect wholly-owned subsidiary of Taylor Woodrow Homes Florida, Inc., which owns Total Florida.  Because of this relationship, this referral may provide Taylor Woodrow a financial or other benefit.

Set forth below is the estimated charge or range of charges for the settlement services listed. You are NOT required to use Total Florida as a condition for purchase of the subject property. THERE ARE FREQUENTLY OTHER SETTLEMENT SERVICE PROVIDERS AVAILABLE WITH SIMILAR SERVICES.   YOU ARE FREE TO SHOP AROUND TO DETERMINE THAT YOU ARE RECEIVING THE BEST SERVICES AND THE BEST RATE FOR THESE SERVICES.

Total Florida Estimated Fees and Charges:

| | |
|---|---|
| Title Search Fee | $50-$60 |
| Title Exam Fee | $50 |
| Title Insurance Premium Fee | [Minimum Promulgated Rate] |
| Mortgagee Title Insurance (Simultaneous Issue) | $150-$250 |
| Endorsements | [Minimum Promulgated Rate] |
| Closing Fee (Cash Transaction) | $100-$200 |
| Additional Closing Fee (Financed Transaction) | $125-$275 |
| Courier/Mailing Fees | $95 |

## ACKNOWLEDGMENT

I/we have read this disclosure form, and understand that Taylor Woodrow is referring me/us to purchase the above-described settlement service(s) and may receive a financial or other benefit as the result of this referral.

Signature

# CASSIA AT VASARI

**WIRING INSTRUCTIONS**

PLEASE PRESENT THESE INSTRUCTIONS TO YOUR BANK.

SunTrust Bank
Account Name: Taylor Woodrow at Vasari, L.L.C.
ABA# 061000104
**Deposit Account No. 0014000251070**
Purchaser (your name):_____
Your Address:_____
Your Telephone #:_____
File Name: Cassia at Vasari Unit #._____

**FOR YOUR ADDITIONAL DEPOSITS** (Remainder of the 10% deposit, or the additional 10% deposit)

SunTrust Bank
Account Name: Taylor Woodrow at Vasari, L.L.C.
ABA# 061000104
**Deposit Account No. 0014000251070**
Purchaser (your name):_____
Your Address:_____
Your Telephone Number:_____
File Name: Cassia at Vasari Unit #_____

**TO PAY BY CHECK:**

**Make check payable to SUNTRUST BANK**

PLEASE MAIL TO:

_____
_____
_____

If you have any questions, please call us at (941) 554-2000

NOTICE OF ESCROW DEPOSIT

Date: 12·16·05

TO: SunTrust Bank-Corporate Trust
Miami Office 777 Brickell Avenue
Miami, Florida 33131

Re: Purchase of Building # 8 , Unit # 201 , Plan Type: FERRARA CASSIA AT VASARI, A CONDOMINIUM to be developed in Lee County, Florida

Gentlemen:

The undersigned purchaser(s) hereby notify you that they have entered into a Residence Purchase Contract of the above condominium unit and deliver herewith a deposit of $ 54,590 in accordance with said Contract, an executed copy of which is attached to this notice.

Name of Purchaser(s) - PLEASE PRINT

ROBERT AKERS

CHRISTINE CARPENTER

Signature of Purchaser: _____

Social Security Number:* 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 / 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

Mailing Address: 26 SAN REMO CIR.
NAPLES, FL. 34112-9116

*If Purchaser is not a
Natural Person, provide
Federal Tax Id. number:

RECEIPT FOR ESCROW DEPOSIT

Escrow Agent hereby acknowledges receipt of the above deposit, to be held pursuant to the requirements of Section 718.202, Florida Statutes, subject to clearance of funds.

SunTrust Bank -Corporate Trust

Date of Receipt:

_____ By: _____
Printed Name: _____

## FREQUENTLY ASKED QUESTIONS AND ANSWERS SHEET

Cassia at Vasari Condominium Association, Inc.                                    As of June, 2005

Q:   **What are my voting rights in the condominium association?**
A:   The owner of each unit has one indivisible vote which may be cast in all matters which require a vote of the owners. Voting rights and procedures are described in Section 2 of the Bylaws of the Association.

Q:   **What restrictions on my right to use my unit exist in the condominium documents?**
A:   Each unit is restricted to residential single-family use. Additional restrictions on unit use are found in Section 12 of the Declaration of Condominium.

Q:   **What restrictions on the leasing of my unit exist in the condominium documents?**
A:   Prior approval by the Association of all leases is required. Units may not be leased for a period of less than thirty (30) consecutive days or more often than six (6) times per year. Other leasing restrictions are found in Section 13 of the Declaration of Condominium.

Q:   **How much are my assessments to the condominium association for my unit type and when are they due?**
A:   Regular assessments based on the Association's annual budget are payable quarterly, in advance, due on the first day of January, April, July and October. The 2005 assessment is $820.00 per quarter ($273.33 per month). The Developer will vote to waive reserves for the first two fiscal years of operation of the association beginning with the year in which the Declaration of Condominium is recorded or until turnover, whichever occurs first.

Q:   **Do I have to be a member in any other association? If so, what is the name of the association and what are my voting rights in this association? Also, how much are my assessments?**
A:   Each unit owner is required to be a member of the Vasari Country Club Master Association, Inc. (the "Club"). Each unit owner has one vote in the Club affairs which are cast as provided in the Club Documents. The assessments and annual fees levied against each unit for 2005 are estimated at $3,880.00 and are paid directly to the Club. Please refer to the Club Documents.

Q:   **Am I required to pay rent or land use fees for recreational or other commonly used facilities? If so, how much am I obligated to pay annually?**
A:   No.

Q:   **Is the condominium association or other mandatory membership association involved in any court cases in which it may face liability in excess of $100,000? If so, identify each case.**
A:   No.

## NOTE: THE STATEMENTS CONTAINED HEREIN ARE ONLY SUMMARY IN NATURE. A PROSPECTIVE PURCHASER SHOULD REFER TO ALL REFERENCES, EXHIBITS HERETO, THE SALES CONTRACT, AND THE CONDOMINIUM DOCUMENTS.

CASSIA AT VASARI "Q&A" SHEET
EXHIBIT "L"

X ℞ ᴬᶜ

## RECEIPT FOR CONDOMINIUM DOCUMENTS

The undersigned acknowledges that the documents checked below have been received or, as to plans and specifications, made available for inspection.

Name of Condominium: **Cassia at Vasari**
Address of Condominium: [to be submitted as an amendment]
Lee County, Florida

Place a check in the column by each document received or, for the plans and specifications, made available for inspection. If an item does not apply, place "N/A" in the column.

| DOCUMENT | RECEIVED |
|---|---|
| Prospectus Text | X |
| Declaration of Condominium | X |
| Articles of Incorporation | X |
| By-Laws | X |
| Estimated Operating Budget | X |
| Form of Agreement for Sale or Lease | X |
| Rules and Regulations | X |
| Covenants and Restrictions of Master Association | X |
| Ground Lease | N/A |
| Management and Maintenance Contracts for More than One Year | N/A |
| Renewable Management Contracts | N/A |
| Lease of Recreational and Other Facilities to be Used Exclusively by Unit Owners of Subject Condominiums | N/A |
| Form of Unit Lease if a Leasehold | N/A |
| Declaration of Servitude | N/A |
| Sales Brochures | X |
| Phase Development Description (see '718.503(2)(k) and 504(14)) | N/A |
| Lease of Recreational and Other Facilities to be Used by Unit Owners with Other Condominiums (See '718.503(2)(h)) | N/A |
| Description of Management for Single Management of Multiple Condominiums (See '718.503(2)(k)) | N/A |
| Conversion Inspection Report | N/A |
| Conversion Termite Inspection Report | N/A |
| Plot Plan | X |

Receipt for Condominium Documents

Page 1

x 𝒜𝒞 𝓡𝓡

| Floor Plan | X |
|---|---|
| Survey of Land and Graphic Description of Improvements | X |
| Membership Golf Club Membership Plan | N/A |
| Golf Club Membership Agreement | N/A |
| Executed Escrow Agreement | X |
| Phase Development Descriptions | N/A |
| Evidence of Developer's Ownership, Leasehold or Contractual Interest in the Land Upon Which the Condominium is to be Developed | X |
| Description of Management for Single Management of Multiple Condominiums | N/A |
| Frequently Asked Questions and Answers Sheet | X |
| Financial Information | N/A |
| State or Local Acceptance/Approval of Dock or Marina Facilities | N/A |
| Alternative Media Disclosure Statement | N/A |
| **MADE AVAILABLE** | |
| Plans and Specifications | X |

THE PURCHASE AGREEMENT IS VOIDABLE BY BUYER BY DELIVERING WRITTEN NOTICE OF THE BUYER'S INTENTION TO CANCEL WITHIN 15 DAYS AFTER THE DATE OF EXECUTION OF THE PURCHASE AGREEMENT BY THE BUYER AND RECEIPT BY THE BUYER OF ALL OF THE DOCUMENTS REQUIRED TO BE DELIVERED TO HIM BY THE DEVELOPER. THE AGREEMENT IS ALSO VOIDABLE BY THE BUYER BY DELIVERING WRITTEN NOTICE OF THE BUYER'S INTENTION TO CANCEL WITHIN 15 DAYS AFTER THE DATE OF RECEIPT FROM THE DEVELOPER OF ANY AMENDMENT WHICH MATERIALLY ALTERS OR MODIFIES THE OFFERING IN A MANNER THAT IS ADVERSE TO THE BUYER. ANY PURPORTED WAIVER OF THESE VOIDABILITY RIGHTS SHALL BE OF NO EFFECT. BUYER MAY EXTEND THE TIME FOR CLOSING FOR A PERIOD OF NOT MORE THAN 15 DAYS AFTER THE BUYER HAS RECEIVED ALL OF THE DOCUMENTS REQUIRED. BUYER'S RIGHT TO VOID THE PURCHASE AGREEMENT SHALL TERMINATE AT CLOSING.

Executed this 10 day of DECEMBER, 200 5 .

Purchaser or Lessee

Purchaser or Lessee

Receipt for Condominium Documents

Page 2

**Taylor Woodrow**

**TAYLOR WOODROW COMMUNITIES
STANDARD FEATURES & SPECIFICATIONS
CASSIA AT VASARI COUNTRY CLUB
November 22, 2005
Page 1 of 7**

A.    The **FERRARA** plan is a second floor grand room residence with a total of 2587 square feet of living area including three bedrooms, a den, and 2 1/2 baths

B.    Garage to be a total of 466 square feet.

C.    Covered entry and rear covered patio to be a total of 525 square feet.

D.    Purchase price includes the following items:

## FOUNDATION
Compacted Fill
Underslab and perimeter soil treatment for subterranean termites

## STRUCTURAL DESIGN PARAMETERS
Structure has been designed in accordance with new 2001 Florida Building Code.
Design is per American Society of Civil Engineers ASCE standard (ASCE 7-98)
Minimum Design Loads for Buildings and other Structures.

The design parameters are:
Design:              Partially enclosed structure (per 6.0)
Wind Speed:      130 MPH, 3 second gusts (per figure 6-16)
Exposure:          Exposure B (per 6.5.6.2)
                         Category II (per Table 1-1)
Importance Factor:  1.00 (per Table 6-1)
Wind directionality factor:  Kd = 0.85 (if Kd = 1.00, multiply above by 1.18) (per Table 6-6)

Window protection or impact resistant glass is not required but the structure will resist the positive and negative pressure placed on the structure by wind loads associated with design parameters.

## EXTERIOR FINISHES
(Steel joist Engineered Hambro™ floor system with 4" nominal concrete slab with wire mesh)
Reinforced concrete block with steel reinforced bond beam and lintels
Wood engineered roof trusses with 5/12 pitch
Frame knee walls anchored and reinforced as per code
Concrete roof tile
15/32" four-ply roof sheathing
Fascia to be roughsawn spruce 2" x 8" with 1" x 4" drip edge
30# felt dry-in
90# mineral roll roofing with hot mop application
Direct deck screw application of roof tile with 3" lap on roof tile
Off-ridge roof vents
Stucco vented soffit with crown moulding detail on front elevation
Stucco finish on exterior walls, porch and lanai ceilings
Sherwin Williams Loxon masonry sealer and Suncoast exterior acrylic flat paint on exterior walls
Sherwin Williams Suncoast exterior acrylic enamel paint on exterior trim, banding & doors
Entry Doors to be Therma-tru 3' x 8' one-lite fiberglass w/wood-grain texture, or equal
Rear covered lanai with bronze screen enclosure

THE FIRST FLOOR CEILING ASSEMBY FROM THE UNDERSIDE OF THE DRYWALL TO THE TOP OF THE CONCRETE ON THE SECOND FLOOR IS A UL 1 HR FIRE RATED ASSEMBLY.

AS SUCH, NO PENETRATIONS ARE ALLOWED IN THIS ASSEMBLY AFTER CLOSING WITHOUT REVIEWS BY PROFESSIONAL ENGINEER.

Initials: Buyers: _____  Sellers: _____

FEATURES & SPECIFICATIONS (FERRARA MODEL)          11/22/05
PAGE 2 OF 7

## WINDOWS AND DOORS

8' high white aluminum frame, clear sliding glass doors (no screen door)
White aluminum frame single hung windows with tinted glass and screens
Colonial windows on front elevation only
White aluminum frame tinted fixed glass
16' wide by 8' high paneled metal garage door with exterior keypad
Caulking on all exterior doors and windows

## INSULATION

Ceilings to have R-30 fiberglass blown insulation over conditioned living areas
Exterior masonry wall to have R-4.1 Al-foil insulation
3-1/2" R-11 batt insulation on metal frame walls between bathroom and utility room
plumbing walls and main living areas
1-1/2" R-3 batt insulation on masonry common wall between units

## INTERIOR WALLS AND CEILINGS

```
NO CHANGES TO ANY
INTERIOR WALLS
WITH PLUMBING
LINES, ELECTRICAL
CONDUIT, AND/OR
MECHANICAL LINES
WILL BE ALLOWED
```

* 12' volume ceilings in grand room and dining room
* 9'4" ceilings in kitchen, bedrooms, den and gallery
* 22' max ceiling in foyer
1/2" drywall on all walls with skip trowel finish.
Ceilings to be ½" ceiling board drywall with skip trowel finish
Durarock board on perimeter of shower in master bath and Bath #2 tub to 8'-0"
above floor
Interior non-bearing wall to be fabricated with 2" x 4", 26 gauge metal studs, 16" on
center.  1" x 2" pressure treated furring strips on masonry walls at 16" on center
(16" on center in tub/shower areas)
1" x 4" pressure treated furring above exterior doors and windows extending 1 foot
beyond openings for drapery blocking
Wood blocking for cabinetry and accessibility requirements
Pest defense system

## INTERIOR FINISHES

Sherwin Williams Builder Finest washable latex interior paint on walls (two colors
from Taylor Woodrow Whites & Lights chart)
Sherwin Williams Master Hide paint on interior ceilings
Sherwin Williams Pro Classic interior latex enamel paint on doors and trim (same
color as ceilings)
Walls in baths may be specified by purchasers, to be unfinished with latex paint for
wallpaper installation
Interior stairs will have paint grade stringers, risers and balusters; Treads,
handrails and newel posts will be stain grade oak.  Upgrades on balusters and
newels will be available.
22"x36" attic access in garage and master closet
Garage floor painted Cantilever Tan
Garage walls to be finished with textured finish stucco and/or drywall
5-1/4" #5180 (or equal) finger joint base moulding in all rooms
3-1/4" #445 (or equal) finger joint casing around doors
Colonial 8' high solid core interior doors
6'-8" flush steel fire-rated prehung door from garage to lower landing
Kwikset Delta interior antique brass lever hardware throughout with deadbolts on
all exterior doors
Kwikset antique brass handle with deadbolt on exterior and front entry doors,
interior and exterior hinges to be painted
Standard 12" vinyl shelving in all Bedroom closets (Master closets have double
hanging shelves on two side walls, single shelf on back wall, tight mesh vinyl
shelving in pantry, linen vinyl shelving in linen closet and bedroom #2 standard 12"
vinyl shelving
Bath wall tile will be approximately 8' above floor – No larger than specified below
laid straight from the following selections
Available selections from Taylor Woodrow: Bellini 8"x10" **laid straight**

Initials: Buyers: _____  Sellers _____

**\* Measurements may vary**

FEATURES & SPECIFICATIONS (FERRARA MODEL)          11/22/05
PAGE 3 OF 7

## INTERIOR FINISHES – Cont'd.

Shower floors available in Appalachian 4"x4" or Roma 4"x4" with raised curb in shower

Ceramic bathroom accessories; soap dish, in tub/shower and shower areas (**towel bars and paper holders not included**)

Shower enclosure with chrome frame in Master Bath

60" high mirrors in master bath, bath #2

Grey Marble window sills on all operative windows

Medicine cabinets are excluded from standard features

## ELECTRICAL

Minimum 125-amp service (for 1st floor residences) with circuit breakers (switches and receptacles white only), or as per electrical calculations

Minimum 150-amp service (for 2nd floor residences) with circuit breakers (switches and receptacles white only), or as per electrical calculations

Interior copper wiring throughout

Recessed lights supplied with white baffle trims and standard incandescent bulbs on interior lighting

White Decora light switches and standard receptacles

Two (2) exterior weatherproof electrical wall outlets (one on lanai, one at front entry)

Garage door opener with interior wall console switch, exterior door keypad and two transmitters programmed to allow gate access

Pre-wired for ceiling fans in grand room, den, lanai, bonus room and all bedrooms

Pre-wired for ceiling fixtures in nook, dining room, foyer, master bath ceiling, and two pre-wires in gallery (fixtures and installation not included)

Pre-wired for wall fixture over powder bath pedestal in powder room wall (fixtures and installation not included)

Fluorescent lighting in walk-in closets, pantry, garage and utility room

Cast aluminum exterior coach lights at garage and front door locations controlled by house panel

Interconnected electric smoke detectors with battery back-up (per code)

No floor outlets are standard

## STRUCTURED WIRING

Structured wiring distribution center with cover includes basic TV and video module (9TV and 6 video)

Pre-wired with trimmed outlet of RG6 quad shield cable in grand room, den, and all bedrooms

Pre-wired with trimmed outlet of CAT5E phone line in kitchen, den, and all bedrooms

Pre-wire only without trim of RG6 quad shield cable to standard trimmed phone locations

Pre-wire only without trim of CAT5E phone line to standard trimmed cable locations

Additional pre-wire only without trim of CAT5E phone line and RG6 quad shield cable to grand room cable location.3

Security System with door and window contacts (monitoring by owner)

Initials: Buyers: _____ _____   Sellers: _____ _____

FEATURES & SPECIFICATIONS (FERRARA MODEL)          11/22/05
PAGE 4 OF 7

## PLUMBING - (All Bath Faucets will be chrome: fixtures will be white)
### Master Bath
Sterling Windham white, elongated water closet with seat #402215
Two Moen Villeta chrome faucets #L4720 4" centers
Moen Villeta chrome roman tub #TL940
Moen Villeta chrome shower faucet #TL2302
Clarke Concentra II white drop-in acrylic tub

### Bath 2
Sterling Windham white, elongated water closet with seat #402215
Sterling Vikrell white bathtub
Moen Villeta chrome tub/shower faucet #TL2303
Moen Villeta chrome faucet #L4720 4" center

### Powder Bath
Kohler 3422 Wellworth white, elongated water closet
Moen Monticello chrome #T4570 8" widespread faucet
Kohler 2293-8 Pedestal Sink in White
**(Note: No mirror will be supplied)**

### Kitchen
Moen Extensa 7560 white integral sprayer faucet
Clark Britannia equal double bowl white drop-in sink
GE CFC720F ¾ H.P. disposal

### Misc. Plumbing
Plumbing system with PEX™ piping
Energy-efficient 60-gallon water heater
All waste lines in schedule 40 PVC
Icemaker supply line from Kitchen sink location
Pressure regulating shower valves
Mustee #10 fiberglass drop-in laundry tub with chrome faucet

> **NO MODIFICATIONS TO PLUMBING DESIGN WILL BE ALLOWED (i.e.: location of supply and venting)**

## HEATING AND AIR CONDITIONING
12 SEER (Seasonal Energy Efficient Rating) Energy efficient Carrier split air
conditioning system with handler located in ceiling cavity above master bath,
accessible from access door in utility room
Exterior venting for dryer
Air supply ducts in each interior room including walk-in closets and baths
Separate ducted air return for master suite, den, bedroom #2 and bedroom #3
Bath fans with separate switch in all bathrooms vented to exterior
Digital thermostat at no more than 48" above finished floor

## APPLIANCES - (General Electric Profile)

| | |
|---|---|
| GSS22WGP | 21.8 c.f. Side-By-Side Refrigerator with Water & Ice Dispenser |
| JBP80TF | 30" Free-Standing Electric Glass Top Range with Self-Cleaning Oven |
| JVM1631WB | Spacemaker Microwave **(non-vented, re-circulating)** |
| GSD3600GWW | Nautilus Dishwasher |
| WCSE4160B | Super Capacity Plus Washer |
| DBXR463EB | Extra-Large Capacity Dryer |

Kitchen appliances are available in white, bisque or black. Upgrade to stainless steel
available at additional cost. Laundry appliances are available in White and Bisque.

Initials: Buyers: _____ Sellers: _____

FEATURES & SPECIFICATIONS (FERRARA MODEL)          11/22/05
PAGE 5 OF 7

## CABINETS & COUNTERTOPS:

| Product Construction/ Feature Chart | Standard Cabinets in Kitchen & Baths |
|---|---|
| Type | Hanley or Belmont- Maple |
| Colors / Finishes | Pearl, Muslin, Natural, Honey Spice, Toffee & Chestnut |
| End Panels | 1/2" engineered wood |
| Wall Top & Bottom | 1/2" engineered wood |
| Base Bottoms | 1/2" engineered wood |
| Base Backs | 3/8" engineered wood |
| Shelves (Walls) | 3/4" engineered wood with vinyl edge banding; full depth and adjustable |
| Shelves (Base) | 3/4" engineered wood with vinyl edge banding; full depth and adjustable |
| Interior Finish | Viraguard |
| Hinge | Self-closing, concealed wrap-around hinge with multiple adjustments |
| Toe Kick | 1/2" engineered wood |
| Drawer Box | 3/4" hardwood, 4-sided dovetail drawer box with 3/16" plywood floor |
| Drawer Guide | DuraGlide Plus ball bearing action undermount |
| Doors | Solid maple door frame with recessed or raised panel; half overlay |
| Drawer Face | Flat panel maple with profile edge |
| Upgrade wood cabinets will have the same construction but will have varied door and drawer styles, features and may be available in cherry. | |

### Kitchen
**The upper cabinets will be raised or recessed panel, 42" high.  Countertop will be Corian® solid surface (available in Glacier White or Bisque) and S-1 edge treatment.**

### Master Bath and Bath #2
**Both baths on the 1ˢᵗ floor will have a cabinet height (including 1½" Corian® Glacier White top with S-1 edge treatment) of 35" if wood is chosen and 32" if Thermafoil is chosen.  Both 2ⁿᵈ floor bath cabinet heights (including 1½" Corian® Glacier White top with S-1 edge treatment) will be 35".**
**A choice of standard Cabinet hardware selections**

**Manufacturer's Product Disclaimer for Wood Cabinetry - Characteristics of Wood Finishes**

Wood is a product of nature.  Wood from each tree varies in grain, pattern density and color.  The effect of nature's original beauty on the final color is considered to be the distinctive character so highly sought after for generations.  Color match and grain variations will vary because of these materials characteristics and are not be considered as defects.

Color variations due to minerals and acids from the salt in which the tree was grown will enhance the various components used and will emphasize the different colors with each individual component.
Finishes that enhance these effects on natural wood:

- ➢ White translucent finishes mask the full range of colors from various grains found naturally in many wood species.  It provides a slight antique touch.

- ➢ Pearl finishes are more dense white finishes on wood that softens the grain effect but allows the wood natural color variations to be pronounced throughout its construction.  It produces a slightly pinkish tone.

- ➢ Natural and Light finishes are slightly toned stain to bring out the various grain characteristics of natural wood.

We call your attention to these characteristics because the effects presented in your home may be different from that you visualize from a display or sample cabinet.  Your design, lighting and the natural wood used will produce a personally developed beauty and will not be considered reasons for replacement or as defects in material and workmanship.

Initials: Buyers: _____ _____  Sellers: _____

FEATURES & SPECIFICATIONS (FERRARA MODEL)                    11/22/05
PAGE 6 OF 7
## UTILITY ROOM
Standard Utility Room Cabinets:
30" Upper Cabinets with Raised panel Thermafoil Cabinet Doors and rod box hanging
feature over laundry tub area in choice of White or Antique White

**Utility Room Cabinet Specifications**
- End Panels – 5/8" Melamine Particle Board
- Wall Top & Bottom - 5/8" Melamine Particle Board
- Base Bottoms - 5/8" Melamine Particle Board
- Base Backs – 1/8" Masonite w/white
- Shelves (Walls) – 5/8" Melamine Particle Board
- Shelves (Base) - 5/8" Melamine Particle Board
- Interior Finish – White Matte Melamine
- Hinge – Metal, self-closing, six-way adjustable
- Toe Kick – 5/8" Melamine Particle Board
- Drawer Box – Metal Drawer system 5/8" bottom (if applicable)
- Doors – Thermafoil over fiberboard
- Drawer Face – Flat, Profiled edge


## COUNTERTOPS (Utility Room)
Top and backsplash available in Wilsonart Laminate Designer White, Beige
Pampas, Antique White and Alabaster

## FLOORING - TILE
Mohawk Industries Regency Grande Series ceramic tile (standard selections
include16"x16" Bellini, 16"x16" Meadowbrook and 16"x16" Sabatini II), laid
straight, in foyer (including hallway by utility room), utility room, kitchen, breakfast
nook, master bath, bath #2, powder bath and lanai.

**Note: Floor tile areas over conditioned 1st floor living space will receive Cork
underlayment. Floor tile in Foyer will receive Proflex™ Crack Isolation
Membrane or equal.   Floor tile outside on Lanai will receive Strataflex
Waterproofing Anti-Fracture Membrane.**


## FLOORING – CARPET
A choice of carpet by Mohawk Industries Regency Grande Series with 3/8" 6 lb.
rebond padding in grand room, dining room, master bedroom, master bedroom
closets and vestibule, bedroom #2, bedroom #3 and den available in standard
selections (Beaten Path, Roxbury Park and LaFontain II).

## INTERLOCKING PAVERS
Driveway, exterior stairs, exterior landing and front walk  (pre-selected colors and
pattern). Paver Module Euro-Kobble design

Initials: Buyers_____ _____   Sellers:_____

**NOTE:** Unless required by code, the building will not feature fire sprinklers

Seller reserves the right to make any modifications, changes or omissions to the home as long as they do not substantially and adversely affect the home or if they are required by code changes with any governmental authority, and to substitute materials, heating and plumbing equipment, cabinets, fixtures, appliances and/or floor coverings with items of similar or greater quality, utility, value and/or color.

Materials such as granite, marble, wood, wood grain, carpeting, paint, cabinets, cultured marble, tile, mica and the like are subject to shading and gradation and may vary from samples, models, and color charts. Seller will not be liable for such variation.
**Note:** There may be significant acceptable shade variations between wall tile, floor tile and bullnose of the same style and color. Some items may be applicable to only certain models.

Each model may contain interior designer items and furnishings, which are not standard. These may include, but are not limited to, custom mirrors, hanging light fixtures, wrought iron detailing, built-ins, furnishings, custom wall and ceiling colors, artificial, live and seasonal plants, etc. Seller does not supply and/or install any bath hardware, i.e. towel racks, paper holders, etc. Seller does not supply and/or install any buyer supplied light fixtures or fans. Interior live plants and their containers are leased; any live plant container is not included in the purchase price of the home. Plants will be removed upon termination of lease and turnover of residence to owner. Any optional fan has been installed by the Interior Designer and is not included in our standard option pricing above. **Note:** Fans are an optional and extra item. All prices are subject to change without notice.

Buyer acknowledges that he/she fully understands that the Standard Features and Specifications are to clarify and describe all standard components that, together, comprise the home they are purchasing.

BLDG/UNIT #: _B - 201_          DATE: _12 · 6 · 05_

PURCHASER:                      SELLER:



# The Ferrara

### 3 Bedrooms, 2 Baths
### plus Den

## 2nd Floor

| | |
|---|---|
| Air Conditioned Living Area | 2,587 sq. ft. |
| Entry | 286 sq. ft. |
| Lanai | 239 sq. ft. |
| Garage | 466 sq. ft. |
| **Total Area** | **3,578 sq. ft.** |

CASSIA

8        9

7      10      11

CONSERVATION
AREA

XDC Rd

6                        12

5                        13

4            15

3

16

2

1        17

WAY

20   21   22

62      106
63      105
64      104
103    AREZZO
65      102
66      101
67

CASSIA AT VASARI,
A CONDOMINIUM
RESIDENCE PURCHASE CONTRACT

Purchaser(s) _____
Purchaser Address: _____
Purchaser Phones: (Home) _____ FAX: _____ (Local) _____
Purchaser SS # /FEI # _____
Residence (Unit)# _____ Plan Type: _____

Please indicate how Purchaser desires to take title to the Unit by printing clearly the FULL names and marital status of Purchaser (or if applicable the name of Trustee, the Trust name and date):
_____

THIS RESIDENCE PURCHASE CONTRACT (the "Contract"), made and entered into on the date written below, by and between Taylor Woodrow Communities at Vasari, L.L.C., a Florida limited liability company, as Developer, ("Seller" or "Developer") and the above named person(s) ("Purchaser" or "Buyer").

WITNESSETH:

Seller agrees to sell and Purchaser agrees to purchase, upon the following terms and conditions, condominium, Building # _____, Unit # _____, Plan Type: _____ (the unit and the undivided share of common elements appurtenant to it, are hereinafter collectively the "Unit") in Cassia at Vasari, a condominium pursuant to the Declaration of Condominium to be recorded in the Public Records of Lee County, Florida.

ORAL REPRESENTATIONS CANNOT BE RELIED UPON AS CORRECTLY STATING THE REPRESENTATIONS OF THE DEVELOPER. FOR CORRECT REPRESENTATIONS, REFERENCE SHOULD BE MADE TO THIS CONTRACT AND THE DOCUMENTS REQUIRED BY SECTION 718.503, FLORIDA STATUTES, TO BE FURNISHED BY A DEVELOPER TO A BUYER OR LESSEE.

ANY PAYMENT IN EXCESS OF 10% OF THE PURCHASE PRICE MADE TO DEVELOPER PRIOR TO CLOSING PURSUANT TO THIS CONTRACT MAY BE USED FOR CONSTRUCTION PURPOSES BY THE DEVELOPER.

I.   **PURCHASE PRICE:**   Base Price:          $ _____
                          Options & Upgrades   $ _____
                          TOTAL PURCHASE PRICE $ _____

The purchase price is payable in U.S. Dollars as follows:

$ _____   Initial Deposit due upon Purchaser's execution of this Contract (includes any reservation deposit);

$ _____   Additional Deposit to equal 10% of the purchase price due on or before _____;

$ _____   Additional deposit due on or before _____ (date); [The Initial Deposit and Additional Deposit(s) are sometimes cumulatively referred to as the "Deposit"]

$ _____   The balance of the purchase price at closing by cash, cashier's check drawn on a financial institution having an office in Lee or Collier County, Florida, or wire transfer of funds (subject to adjustments and prorations described in this Contract).

The Seller has retained SunTrust Bank-Corporate Trust, Miami Office 777 Brickell Avenue, Miami, Florida 33131 to act as Escrow Agent (the "Escrow Agent") as required by Section 718.202, Florida Statutes. Purchaser will be given receipts for the deposits by the Escrow Agent. Deposit checks are to be made payable to Escrow Agent and are accepted subject to collection.

**This Contract is not conditioned upon the Purchaser securing financing.**

CASSIA AT VASARI- PURCHASE CONTRACT
Page 1

Seller's Initials

Purchaser's Initials

2. **CLOSING AND POSSESSION DATE:**

   A.   The closing will be at the location designated by Seller in written notification to Purchaser.

   B.   The Seller will deliver possession of the Unit to Purchaser at the closing.

   C.   The closing will take place following substantial completion of the improvements constituting the Unit and common elements appurtenant hereto (as evidenced by the recording of a surveyor's certificate of substantial completion pursuant to Section 718.104(4)(e), Florida Statutes) and the issuance of a certificate of occupancy for the condominium building by the appropriate governmental authority. Seller will deliver written notification of closing to Purchaser not less than twenty (20) days prior to the date of closing.

   D.   The Unit, as configured in Seller's Plans and Specifications for the Condominium, shall be completed not later than two (2) years from the date Purchaser signs this Contract. However, the date for completion may be extended by reason of delays incurred by circumstances beyond Seller's control, such as acts of God, casualty losses, labor strikes or material shortages or any other grounds cognizable in Florida contract law as impossibility or frustration of performance, including without limitation, governmental delays or moratoriums or delays occasioned by rain, wind and lightning storms. It is the intention of the parties that this sale qualify for the exemption provided by 15 U.S.C. Section 1702 (a)(2), and nothing herein contained shall be construed or operate as to any obligations of Seller or rights of Purchaser in a manner which would render said exception inapplicable.

   E.   When all units to be built in the Condominium have been constructed, the Seller shall record the survey and plot plan which will show the location of all items required by Section 718.104(4)(e), Florida Statutes, as amended.

   F.   Seller, as to the closing and closing documents, will have no obligation to any third parties (i.e., lenders or title insurance providers) and will be under no obligation to deal with any person or firm other than Purchaser and Purchaser's attorney.

3. **CLOSING COSTS AND PRORATIONS:**

   A.   Seller shall provide for the survey contained in the condominium documents, water and sewer connection charges, and the cost of recording any documents necessary to create the Condominium.

   B.   Purchaser understands that, in addition to the payment of the purchase price and any other sums due under this Contract, Purchaser shall pay certain other fees or "closing costs" when Purchaser accepts title at closing. The closing costs to be paid by Purchaser and by Seller are set forth in the Closing Costs Addendum attached hereto as Exhibit "A". Notwithstanding anything contained herein to the contrary, Purchaser shall be solely responsible for all costs and fees associated with Purchaser's mortgage financing, if any. Purchaser shall also pay at closing a capital contribution assessment to the Vasari Country Club Master Association, Inc. (the "Club") and other Club dues.

   C.   Real property taxes, Vasari Community Development District assessments and maintenance and operation fees for the Club and the Cassia at Vasari Condominium Association, Inc., will be prorated as of the date of closing.

4. **TITLE:**

   A.   Purchaser will be given fee simple title to the Unit by Condominium Special Warranty Deed (the "Deed"). Title to the Unit will be good, marketable and insurable, subject only to: usual title exceptions contained in an ALTA approved form of owner's policy of title insurance; zoning, subdivision, building and other ordinances and regulations of Lee County, Florida; matters of record provided same do not affect marketability of title; and other matters for which Purchaser could be granted affirmative title coverage.

   B.   Not less than five (5) days prior to the closing, the Seller shall deliver to Purchaser or Purchaser's attorney, a title insurance commitment (the "Commitment") issued by a title insurance company doing business in Lee or Collier County, agreeing to issue to Purchaser, upon recording of the deed to Purchaser, an Owner's policy of title insurance in the amount of the purchase price, insuring Purchaser's title to the Unit and the undivided share of the common elements appurtenant to it, subject only to those matters listed in Paragraph A above and insuring a legal means of ingress and egress to the condominium property from a public right-of-way. Unless Seller receives written notice from Purchaser within five (5) days after the date of this Contract or five (5) days prior to closing, whichever occurs first, Seller will direct the title agent and insurer referred to above to issue the title insurance commitment referred to above and a title insurance policy after closing. In the event Purchaser timely delivers such notice, (i) Seller shall have no obligation to deliver or cause to be delivered to Purchaser a title insurance commitment and title insurance policy; (ii) Purchaser shall

Seller's Initials

Purchaser's Initials

be responsible for obtaining and delivering a title commitment to Seller a minimum of five (5) days prior to closing (if Purchaser fails to do so, Purchaser shall be deemed to waive Purchaser's right to make title and title related objections and Purchaser shall be deemed to accept title subject to the Permitted Exceptions, standard exceptions, matters common to property within Cassia at Vasari, and those encumbrances and other exceptions described in this Contract and all other matters affecting title); (iii) Purchaser shall be responsible for all costs and fees arising from or related to the title commitment, title policy and the closing of the transaction described herein the amounts of which may exceed those recited in the Closing Costs Addendum to this Contract (including the title search, title examination and Closing Fee); (iv) Seller shall have no obligation to provide Purchaser with any prior owner's title insurance policy, base title, certificates of good standing, corporate resolution of Seller, estoppel letters, etc.; and (v) Purchaser shall be responsible for all costs and expenses (including interest as described in the Default and Remedies section hereof) if closing is delayed as a result of the foregoing.

C. Purchaser will have three (3) days from receipt of the Commitment for examination of the Commitment and of legal ingress and egress to the condominium property from a public right-of-way. If title or legal ingress or egress is found to be defective, Purchaser shall, within that time, notify Seller in writing specifying the defect(s). If the defect(s) render(s) title unmarketable, or Seller cannot deliver possession, or there is no legal ingress or egress in accordance with this Contract, the Seller shall have sixty (60) days from the receipt of the notice of defect(s) within which to remove the defect(s), but Seller is not obligated to do so. If Seller elects to correct the title defect(s), Purchaser's obligation hereunder shall remain in full force in effect during the sixty (60) day period. If Seller cannot, or will not correct the title defect(s) within said sixty (60) days, Purchaser shall elect one of the following two (2) options by written notice to Seller within ten (10) days after delivery of written demand by Seller:

(1) Purchaser can accept the possession, ingress and egress, or title as Seller can provide without reduction of the purchase price, waiving any claims against Seller because of the defect(s); or

(2) Purchaser can cancel this Contract in full settlement of all claims against Seller resulting from this Contract, and receive a full refund of the Deposit with such interest as may have been earned and would have been applied to the purchase price if Purchaser had closed the transaction contemplated by this Contract, whereupon both parties and the Escrow Agent shall be released from all obligations and liability hereunder.

D. Title to the Unit will be considered marketable, within the terms of this Contract, if it is a title such as a title insurance underwriter authorized to do business in Florida will approve and insure.

5. **CONSTRUCTION:**

A. Purchaser acknowledges that there has been made available to him and he has examined the model and/or the model floor plans of the Condominium and the type of Unit being purchased by him hereunder, but that floor plan dimensions are approximate. Purchaser further acknowledges that Seller has made available to Purchaser in the sales office complete plans and specifications for the Unit and the improvements comprising the common elements of the Condominium. Purchaser understands that the Unit may be the reverse or mirror image of the floor plan of any model and/or model floor plans of the Condominium. Where this Contract is executed prior to the completion date, Seller agrees to construct the unit substantially in accordance with the model and/or the model floor plans and plans and specifications, subject, however, to: (i) job site changes and architectural changes required during construction; (ii) modifications required by changes in the law, including but not limited to federal, state and local laws and applicable building codes; and (iii) shortages in materials or supplies or substantial increases in the cost of same which, in the sole discretion of Seller, may require a substitution of materials or supplies or the cancellation of a supplier. In the event of substitution, Seller agrees, whenever reasonably possible, to use materials or supplies of similar quality; but in no event shall any materials or supplies be of lesser quality than required by applicable building codes or substantially change the product for which Purchaser has contracted.

B. Except as provided in Paragraph 19 below, for reasons of safety and of requirements under policies of insurance held by Seller, neither Purchaser nor any agent of Purchaser shall enter the Unit or the Condominium until after Purchaser has closed this Contract and taken possession of his Unit, whereupon his rights shall be as set forth in the condominium documents. Purchaser agrees hereby to abide by such restriction and not to enter upon, nor interfere in any way with the construction of the Condominium or any other portion of Vasari. Purchaser may not order any work on the Unit until after the closing, other than options or extras that Seller agrees in writing to provide pursuant to Paragraph 6.

C. Purchaser acknowledges that Purchaser has been made aware that under applicable building codes changes in the plans and specifications, sometimes called "Field Changes," are authorized by law and may be employed by Developer, the contractor and the subcontractors. Purchaser acknowledges that such Field Changes are not always required to be reflected in the plans and specifications and authorizes and approves such Field Changes as are contemplated by this Paragraph and as are otherwise lawful, whether or not

Seller's Initials

Purchaser's Initials

incorporated into the plans and specifications or the final set of plans and specifications given to the Association and agrees that such Field Changes as are not required by building codes to be so incorporated need not be so incorporated in the final plans and specifications. The issuance of a certificate of occupancy by the appropriate governmental authority for the building or Unit shall be deemed conclusive evidence that such building or Unit was constructed in compliance with applicable building codes.

## 6.    SELECTIONS, OPTIONS AND CHANGE ORDERS:

Any options, extras, alterations or improvements from the plans and specifications (collectively, "Options") desired by Purchaser shall be ordered, if approved by Seller, pursuant to an Options Addendum to this Contract specifically for such purchases. Purchaser shall have a reasonable time after the end of the recission period to make color and option selections with the Seller's Options Department. If Purchaser fails to do so within a reasonable time, Seller reserves the right to make those selections upon five (5) day written notice to Purchaser, and Purchaser has deemed to have accepted such selections as are made by Seller. A deposit of ten percent (10%) of the total costs of such Options purchased will be required and payable at the time the Options Addendum is executed, with the balance due as per this Contract. Any additional change orders shall be reflected in a separate Change Order which shall be an Addendum and shall be payable to Seller in full at such time as each separate Change Order is submitted by Purchaser. In addition to the payment for the costs associated with each separate Change Order, Purchaser expressly agrees to pay to Seller an administrative fee in an amount of $200.00 for each separate Change Order as consideration for Seller's agreement to such Addendum. Payment for such additional Options, and the administrative fee(s) are non-refundable unless Seller is unable to provide Purchaser with either a selection or a substitute selection of similar quality. Purchaser acknowledges that depending on the state of construction of the Unit, Purchaser's right to elect certain Options may be terminated and that Seller shall have the sole right to accept or reject Options Purchaser may request. If Purchaser does make selections pursuant to this Paragraph 6, Seller shall use Seller's best efforts to provide Purchaser with those selections. If Seller is unable to provide a selection to Purchaser, Seller's sole liability shall be a refund to Purchaser of all amounts paid therefor. If the Unit is completed or partially completed as of the date of this Contract, Purchaser shall be deemed to accept all selections previously made by Seller. Seller reserves the right to refuse acceptance of any and all Options requested after the execution of this Contract.

## 7.    DEFAULT AND REMEDIES:

A.    In the event Purchaser fails to close this transaction in the time established for reasons other than Seller's default or delay, and Seller agrees to extend the closing in accordance with this Paragraph 7.A., Purchaser shall be required to pay interest on the purchase price equal to eighteen (18%) percent per annum from the date on which the closing was originally scheduled, to and including the date on which the closing actually occurs. Further, all prorations shall be made as of the date closing was originally scheduled. Nothing in this Contract, however, shall require Seller to extend the closing beyond the time set forth in this Contract or prevent Seller from treating Purchaser as being in default if Purchaser fails to close within that time.

B.    Should Purchaser fail to make any of the payments herein above scheduled, or fail or refuse to execute the instruments required to close this transaction (including failure to promptly execute and file mortgage loan application documents, and all mortgage loan and real estate closing documents and to comply with the requirements of the mortgage lender, including providing any and all information as requested) or refuse to pay any costs or the sum required by this Contract, or otherwise default hereunder, and shall fail to correct such default within five (5) days after Seller has given Purchaser a written notice of such default, then Seller at its sole option, may (i) seek specific performance of this Contract; or (ii) declare this Contract terminated and retain the Deposit paid by Purchaser as liquidated and agreed-upon damages which Seller shall have sustained and suffered as a result of Purchaser's default, and thereupon the parties hereto will be released and relieved from all obligations hereunder. These provisions for liquidated and agreed-upon damages are bona fide provisions for such and are not a penalty, the parties understanding that by reason of the withdrawal of the Unit from sale to the general public at times when other parties would be interested in purchasing the Unit, Seller will have sustained damages if Purchaser defaults, which damages will be substantial but will not be capable of determination with mathematical precision and, therefore, as aforesaid, the provision for liquidated and agreed upon damages has been incorporated into this Contract as a provision beneficial to both parties.

C.    If Seller defaults in the performance of this Contract, Purchaser shall give Seller written notice of such default, and if Seller within seven (7) days from receipt of such written notice shall fail to take action that would cure the default within a reasonable period of time, and if Purchaser has performed all his obligations hereunder, Purchaser shall have the option to cancel this Contract by giving written notice thereof to Seller and upon such cancellation Seller shall refund to Purchaser all monies paid by Purchaser to Seller hereunder plus such interest as is prescribed by Chapter 718, Florida Statutes, in which event this Contract shall be terminated and neither party shall have any claim against the other. Nothing contained herein shall be

Seller's Initials                                                                                                    Purchaser's Initials

deemed to restrict Purchaser's remedy of specific performance of this Contract or any other remedy if Purchaser shall be entitled to such remedy under applicable law.

8.  **NEW UNIT:**

The Unit is new and has not been previously occupied and is to be delivered vacant, except in the case of a model, if applicable.

9.  **ASSIGNMENT:**

This Contract is not assignable by Purchaser, except to Purchaser's spouse, individually or jointly with Purchaser or to Purchaser's family trust, existing or to be created and of which the Purchaser or Purchaser's spouse is the primary beneficiary. Any other purported assignment of this Contract by Purchaser shall be at the sole and absolute discretion of Seller. Seller, in Seller's sole and absolute discretion, may assign its rights under this Contract.

10.  **DEPOSITS:**

Deposits by Purchaser comprising the first ten percent (10%) of the aforestated total purchase price for the Unit shall earn interest at the rate paid by the depository institution on the accounts into which the funds are placed during the time that the deposit money is in such accounts. Deposits will earn interest only after Purchaser's fifteen (15) day recission period has elapsed. The interest, if any, will be paid to Seller at closing. Deposits in excess of such ten (10%) percent may be used for construction purposes as provided by 718.202, Florida Statutes and will not be earning interest. Seller intends to make an "Alternative Assurances" filing with the Division of Florida Land Sales, Condominiums and Mobile Homes. This filing, upon approval, will permit Seller to substitute an "Alternative Assurance" as defined in Rule 61B-17.009, Florida Administrative Code, for Purchaser's initial 10% deposit moneys held by the Escrow Agent and to use such money in the actual construction of the Condominium.

11.  **INSULATION:**

A.  R-Values of insulation: Roof, fiberglass batts or blown R-30.  Exterior masonry and interior masonry party wall, reflective foil R-4.1.  Walls separating garage from living area, fiberglass batts R-11.

B.  Purchaser understands and acknowledges that insulation thickness may vary depending upon local conditions and construction factors, including, but not limited to, such items as wall openings and plumbing or other structures or obstructions within the walls which display the insulation. Purchaser understands and agrees that the foregoing information regarding the thickness and R-value of the insulation is based upon information supplied by the insulation installer, and Seller makes no representation or warranty regarding same.

12.  **ENERGY PERFORMANCE AND ENERGY EFFICIENCY RATING DISCLOSURE**

A.  Energy Performance Level Display Card.  In accordance with Section 553.9085, Florida Statutes, a copy of an Energy Performance Level Display Card is attached to this Contract as Exhibit "B". At the time of completion of the Unit, the Seller will be able to complete and certify an Energy Performance Level Display Card which will be furnished to Purchaser upon request.

B.  General Information Brochure.  A copy of the Florida Building Energy-Efficiency Rating System brochure prepared by the Florida Department of Community Affairs in accordance with Section 553.996, Florida Statutes, is attached hereto and made part of this Contract as Exhibit "C".

C.  Energy-Efficiency Rating Disclosure.  Seller is providing this disclosure statement to Purchaser in compliance with Sections 553.9085 and 553.996, Florida Statutes. This disclosure statement is intended for the sole and exclusive use of the Purchaser for this transaction only and Seller shall not be liable or responsible to any third party who has relied upon the information contained herein.

13.  **RADON GAS DISCLOSURE:**

The following disclosure is required by Section 404.056(6), Florida Statutes, for all contracts for sale and purchase of any building in Florida: RADON GAS: Radon is a naturally occurring radioactive gas that, when it has accumulated in a building in sufficient quantities, may present health risks to persons who are exposed to it over time. Levels of radon that exceed federal and state guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your county public health unit.

Seller's Initials

Purchaser's Initials

14.  **MOLD:**

Mold is a type of fungus occurring naturally in the environment. Condominium construction is not, and cannot be, designed to exclude mold spores. Whether or not Purchaser as a Unit Owner experiences mold growth depends largely on how Purchaser manages and maintains the Unit. Seller's responsibility is limited to things that it can control, and Seller will repair or replace defects in its construction only for the applicable periods designated in accordance with the provisions of Section 20 hereof. Purchaser agrees that the exclusive remedy for damages caused by mold or other fungi shall be limited to recovery in accordance with the provisions of Section 20 of this Contract.

15.  **REAL ESTATE COMMISSIONS:**

Each party warrants, acknowledges and agrees that no broker(s) or salesperson(s) other than *Rybicki, Lori Troy, F.L.L.I.C.* and *Howard Zucker, P.A. F.L.L.I.C.* have ever been involved in this transaction and each party covenants and agrees to indemnify and hold the other harmless from and against any and all claims made by any broker(s) or salesperson(s) seeking any commission or compensation for any loss, liability, costs or expense arising by, through or under said indemnifying party. Such indemnification shall include reimbursement of any attorneys' fees and costs, including those accruing from alternate dispute resolution proceedings, trial and appellate proceedings, incurred as a result of such claims made or such lawsuits filed. Seller is responsible for payment of compensation of the additional broker(s) named herein, if any.

16.  **NOTICE:**

Whenever a notice is required to be sent under the terms of this Contract, the notice will be deemed to have been properly given or served when delivered in fact to the other party, or when delivered to and receipted for by a recognized air courier service (i.e., Federal Express, DHL), or when deposited with the United States Post Service with adequate postage prepaid and sent by certified mail, return receipt requested, and in all events addressed to the Purchaser at the address in this Contract and addressed to the Seller at 8430 Enterprise Circle, Suite 100, Bradenton, Florida 34202, Attn: Legal Department.

17.  **RISK OF LOSS PRIOR TO CLOSING:**

Any loss and/or damage to the Condominium and/or the Unit between the date of this Contract and the date of closing will be at the Seller's sole risk and expense. Seller will have a reasonable time to complete repairs. The work will be judged by the same standards used to evaluate new construction. Purchaser will have no right to any reduction in the purchase price, nor any claim against Seller by reason of the loss and/or damage, and agrees to accept title on the date scheduled for closing.

18.  **ADDENDUM OR RIDER:**

Any Rider or Addendum to this Contract will be deemed to be incorporated into this Contract as fully as if it were set forth at length herein. The terms and provisions of any such Rider or Addendum will control those of this Contract, but only to the extent necessary to give them full effect.

19.  **INSPECTION PROCEDURE:**

A.      Purchaser is required to conduct a personal inspection of the Unit with Seller's representative not later than the date established by Seller in written notification delivered to Purchaser, which date will be not less than fifteen (15) days after such notification is delivered.

B.      If Purchaser is unable to conduct the personal inspection of the Unit with Seller on the date so established, Purchaser may designate a representative by written notice delivered to Seller not less than ten (10) days prior to such date. Purchaser will be bound by the actions of such representative.

C.      During such personal inspection, the Purchaser or Purchaser's representative and the Seller (or Seller's representative) will complete a list of inspection items in the Unit, which require Seller's (or Seller's representative's) attention. Purchaser (or Purchaser's representative) and Seller shall sign the list as conclusive evidence of the agreed upon work to be performed. At such time as the agreed work has been performed (which shall be within a reasonable time considering the availability of materials and the nature of the work to be performed) it shall be deemed conclusive that Seller's obligations have been fulfilled and any additional items shall be the responsibility of the Purchaser.

D.      Except as provided in Paragraph 19A. above, neither the Purchaser nor his agents or contractors shall have access or entry to the Unit, nor shall Purchaser store any of his possessions in or about

Seller's Initials

Purchaser's Initials

the Unit or the Condominium property prior to the closing of this transaction. Purchaser shall not interfere with workmen nor trespass upon the job site.

E.      It is agreed by the parties that the fact that the parties have not completed the inspection, or that items listed on the hereto inspection list have not been addressed by Seller, shall not entitle Purchaser to delay closing or to place in escrow or withhold money due Seller at closing, and a refusal to close as scheduled shall constitute a default by the Purchaser hereunder. Seller's obligation to perform the work agreed upon in the list of inspection items shall survive closing.

F.      Failure of the Purchaser to conduct the personal inspection and complete and sign the list of inspection items by the date established in Paragraph 19 hereof shall be deemed to be: (1) conclusive of Purchaser's acceptance of the Unit as is; and (2) a complete waiver of all objections to defects in workmanship or materials. This shall not be deemed to be a waiver of any warranties provided to Purchaser by law.

20.     **LIMITATIONS OF WARRANTIES:**

A.      Purchaser shall have the right, pursuant to paragraph 19, to inspect the Unit and the common elements prior to the closing. Purchaser hereby agrees that from and after the closing, Purchaser shall not make or bring, and shall not support the bringing of such action by others, any claim or action whatsoever against Seller or Seller's agents with respect to the dimensions of the Unit or the common elements, the materials employed in the construction of the Unit or the common elements, or the quality of workmanship or the merchantability or fitness of the Unit or the common elements or fixtures or items of personal property sold pursuant to this Contract, or the merchantability or fitness thereof, except such claims or actions as may be permitted by Paragraph 20B. below.

B.      Purchaser acknowledges that at the time of execution of this Contract, Seller has no reason to know of any particular purpose of Purchaser in purchasing the Unit and items of personal property sold pursuant to this Contract other than for normal residential use. Purchaser acknowledges and agrees that the only warranties applicable to the Unit are those that may validly be imposed thereon by statutory law on the date thereof, as set forth in Section 718.203, Florida Statutes, as such section exists as of the date of this Agreement (hereinafter referred to as "Sole Warranties"). Purchaser further acknowledges and agrees that, to the extent allowed by law, Seller makes no other express or implied warranties whatsoever in regard to the Unit, the common elements, any fixtures or items of personal property sold pursuant to this Contract or any other real or personal property whatsoever sold hereby.

**Seller makes this warranty expressly in lieu of all other express or implied warranties concerning the Unit sold or to be constructed hereunder and the property sold hereunder or previously purchased from Seller, any other representations, statements or promises made by any person are unauthorized and are not binding upon Seller. All other warranties with respect to the Unit and the property hereunder are hereby disclaimed, to the extent permitted by law, whether implied or arising by operation of law, course of dealing, custom and practice, or otherwise, including, but not limited to, any warranties of habitability, merchantability, and fitness for particular purpose; and Purchaser represents that Purchaser has read and understood this provision, and that Purchaser understands and agrees that, by entering into this Contract and accepting the benefits of the limited warranty described above, Purchaser has knowingly relinquished any and all other warranties of any kind or nature regarding the Unit and the property.   In no event shall Seller be liable to Purchaser or Cassia at Vasari Condominium Association, Inc. or any other person or entity for consequential or exemplary damages, or for personal injuries arising from any breach of the Sole Warranties.**

C.      Purchaser hereby acknowledges that:  (i) the Sole Warranties shall not apply if the defective portion of the Unit, common elements, fixtures or any other real or personal property has resulted from or been caused by, in whole or in part, the misuse of same (whether intentional or unintentional) by any person, firm or entity other than Seller or from an accident, casualty or physical alteration or modification; and (ii) the Sole Warranties are further conditioned upon routine maintenance being performed unless such maintenance is an obligation of Seller or a Seller-controlled Association.

D.      CHAPTER 558, FLORIDA STATUTES CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY BRING ANY LEGAL ACTION FOR AN ALLEGED CONSTRUCTION DEFECT IN YOUR HOME.  SIXTY DAYS BEFORE YOU BRING ANY LEGAL ACTION, YOU MUST DELIVER TO THE OTHER PARTY TO THIS CONTRACT A WRITTEN NOTICE REFERRING TO CHAPTER 558 OF ANY CONSTRUCTION CONDITONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE SUCH PERSON THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND TO CONSIDER MAKING AN OFFER TO REPAIR OR PAY OFR THE ALLEGED CONSTRUCTION DEFECTS.  YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER WHICH MAY BE MADE.  THERE ARE STRICT DEADLINES AND PROCEDURES UNDER THIS FLORIDA LAW WHICH MUST BE MET AND FOLLOWED TO PROTECT YOUR INTERESTS.

CASSIA AT VASARI- PURCHASE CONTRACT

Page 7

Seller's Initials

Purchaser's Initials

E.      The provisions of this Section 20 shall survive the closing and delivery of the Deed.

21.   **PROSPECTUS:**

The condominium documents required by Section 718.504, Florida Statutes, to be provided by Seller to Purchaser are defined as the Prospectus together with all exhibits thereto. Purchaser shall acknowledge receipt of the Prospectus and all exhibits by execution of the Receipt for Condominium Documents in the form prescribed by DBPR Form CO 6006-6 as referenced in Rule 61B-18.004, Florida Administrative Code.

22.   **TIME:**

Time is of the essence for making all payments due pursuant to this Contract and for the closing of this Contract. Time otherwise may be made of the essence by not less than five (5) days advance written notice. Any time period measured in "days" means consecutive calendar days, except that the expiration of any time period measured in days that expires on a Saturday, Sunday, or nationally observed legal holiday automatically will be extended to the next day that is not a Saturday, Sunday, or nationally observed legal holiday.

23.   **VASARI COMMUNITY DEVELOPMENT DISTRICT:**

A.      Purchaser acknowledges that a uniform community development district, as defined in Chapter 190, Florida Statutes, known as the VASARI COMMUNITY DEVELOPMENT DISTRICT has been established for the Vasari community located in Lee County (hereinafter "CDD"). The CDD will provide certain urban community development services and will have the authority to levy and collect fees, rates, charges, taxes and assessments to pay for, finance and provide such services. The CDD is empowered to plan, establish, acquire, construct or reconstruct, enlarge or extend, equip, operate, and maintain systems and facilities for basic infrastructures which may include without limitation: (1) water management and control lands within the CDD and the connection of some or any of such facilities with roads and bridges; (2) roads and bridges; (3) potable water distribution; (4) sewage collection; and (5) waste water management. The CDD will impose taxes and/or assessments through a special taxing district. These taxes will pay for the construction, operation, and/or maintenance costs of certain public facilities within the CDD and will be set annually by the governing board of the CDD. These taxes and assessments are in addition to county and all other taxes and assessments provided for by law. These fees, rates, charges, taxes and assessments will appear on the annual real estate tax bill for each Owner (of property within the community served by the CDD, as further defined in the Declaration of Covenants, Conditions, Restrictions and Easements for Vasari Country Club) and they will be payable directly to the Lee County Tax Collector. All taxes of the CDD shall constitute a lien upon those portions of Vasari owned by any Owner. The CDD shall have the power to issue any types of bonds permitted by Chapter 190, Florida Statutes.

B.      The CDD's duties may include irrigation, water distribution, storm water management (drainage control), street lighting and limited access assurance services. The Purchaser acknowledges that other services may be added to the CDD's responsibilities from time to time.

C.      The Purchaser agrees, by acceptance of a deed or other instrument conveying title to the Unit, for itself, its successors and assigns, to pay any and all fees, rates, charges, taxes and assessments which may be imposed by the CDD upon such property being purchased by Purchaser, and further agrees to abide by all of the CDD's rules and regulations, as they may be amended from time to time. This provision shall survive the closing contemplated herein and the delivery of the Deed to the Purchaser.

24.   **PROVISIONS RELATING TO CONTRACTS SIGNED AFTER THE COMPLETION DATE:**

Checking the box at left indicates this Contract is executed after the Completion Date, and as such, the following provisions shall be applicable to this Contract. For purposes of this Contract, the term "Completion Date" shall mean the date that a Certificate of Occupancy is issued for the building containing the Unit and all other requirements for completion of improvements are met, as specified in the Condominium Act, Chapter 718, Florida Statutes.

A.      Paragraph 2D. shall not be applicable to this Contract.

B.      The provisions of Paragraph 5A. shall not be applicable to this Contract, and Purchaser acknowledges that there has been made available to him and that he has been shown the model and/or the model floor plans of the Condominium and the type of unit being purchased by him hereunder. Purchaser further acknowledges that Seller has made available to Purchaser complete plans and specifications for the Unit and the improvements comprising

CASSIA AT VASARI- PURCHASE CONTRACT
Page 8

Seller's Initials

Purchaser's Initials

the common elements and that Purchaser has had the right and opportunity to examine the Unit and the Condominium.

C.   Any provision relating to the escrow of the Deposit, shall not be applicable to this Contract.

## 25.   NOTICES OF COMMENCEMENT:

Purchaser acknowledges that notices of commencement may be filed of record, and agrees that the same shall not be an objection to title, it being understood that the Unit will be released from the liens of such notices at or prior to the closing.

## 26.   MULTIPLE PURCHASERS:

If two (2) or more persons are named as Purchaser herein, any one (1) of them is authorized to act as agent for, with the right to bind, the other(s) in all matters and of every kind and nature with respect to this Contract. If the Purchaser is married, and the Purchaser's spouse is not named as a Purchaser herein, Purchaser shall be responsible and liable for such spouse executing the mortgage and other closing documents as required by lender and Seller. Failure of said spouse to do so shall constitute a default hereunder by Purchaser.

## 27.   SELLER'S BUSINESS ORGANIZATION:

Purchaser hereby expressly acknowledges and agrees that (i) a conversion by Seller of its form of business organization from a limited liability company to a corporation, (ii) a merger by Seller with any entity(ies) with the Seller being the surviving entity of such merger, or (iii) change of Seller's name or any or all of the above in combination, shall not be deemed to be a material or adverse change.

## 28.   PLANNED DEVELOPMENT:

Purchaser acknowledges that the property is a portion of a mixed-use, master planned community generally known as Vasari. Vasari is and shall be comprised of this Unit, other residential property, recreational amenities, and commercial land uses. Vasari is an expandable community, meaning that additional land may be added to Vasari from time to time, as provided for in the Governing Documents referenced below. Purchaser understands and acknowledges that the Unit shall be subject to recorded covenants, conditions, and restrictions which establish and provide for the governance structure of the master planned community, including, without limitation, the community association documents applicable to Vasari.

## 29.   VASARI COUNTRY CLUB MASTER ASSOCIATION MEMBERSHIP:

Upon acquisition of title to the Unit, Purchaser shall automatically become a member of Vasari Country Club Master Association and shall be subject to the assessment obligations and other provisions set forth in the Declaration of Covenants, Conditions, Restrictions and Easements for Vasari Country Club (the "Declaration").

## 30.   MISCELLANEOUS PROVISIONS:

A.   Entire Agreement:

**All prior understandings are superseded by and merged into this Contract. No oral representations, advertising, promotional activities, maps, artists' renderings, conceptual presentations or otherwise, made by Seller or Seller's agents shall in any way be binding on Seller and will be of no force or effect unless expressly set forth in this Contract or set forth in the documents required to be furnished to Purchaser by a Developer pursuant to Section 718.503, Florida Statutes as to either the Condominium property or the Unit including, without limitation, the workmanship and materials. Purchaser represents that he has not relied on any verbal or written statements, published by or under the authority of Seller in any advertising or promotional matter including, but not limited to, brochures, newspapers, and radio or television advertising, but has based his decision to purchase on personal investigation, observation and review of the condominium documents. This paragraph shall survive the closing contemplated herein and the delivery of the Deed to Purchaser.**

B.   Contract not Recordable; Persons Bound; and Notice:

Neither this Contract nor any notice of it shall be recorded in any Public Records; to do so is a substantive breach of this Contract. Execution of this Contract shall not create any lien or lien right in favor of the Purchaser, the Purchaser hereby expressly waiving and relinquishing any such lien or lien rights. This Contract shall bind and inure to the benefit of the parties hereto and their successors in interest, heirs and assigns. Notice given by or to the attorney for either party shall be as effective as if given by or to that party.

Seller's Initials

Purchaser's Initials

C. Invalidity:

In case any one or more of the provisions contained in this Contract shall, for any reason, be held to be invalid, illegal or unenforceable in any respect, the invalidity, illegality, or unenforceability shall not affect any other provision, and this Contract shall be construed as if such invalid, illegal or unenforceable provision had never been contained in this Contract.

D. Applicable Law:

This Contract and all documents executed pursuant to it shall be interpreted, construed, applied, and enforced in accordance with and governed by the laws of the State of Florida, regardless of where executed, delivered, performable or breached, or any suit or other proceeding involving this Contract is instituted or pending, or whether the laws of the State of Florida otherwise would apply the laws of another jurisdiction.

E. Captions:

Captions of the paragraphs and subparagraphs of this Contract are for the convenience of reference only, are not to be considered a part hereof and will not limit nor otherwise affect any of the terms hereof.

F. Amendments:

Neither this Contract nor any provision hereof may be changed, waived, discharged or terminated orally, but only by an instrument in writing signed by the party against whom enforcement of the change, waiver, discharge or termination is sought.

G. Indemnification:

Indemnify means that the indemnitor will defend, indemnify and hold the indemnitee harmless from and against any and all claims, demands, losses, liabilities including strict liability, damages, injuries, and expenses, including attorney's fees for attorneys of the indemnitee's choice, costs of any settlement or judgment and claims of any and every kind whatsoever paid, incurred or suffered by, or asserted against the indemnitee by any person or entity or governmental agency for, with respect to, or as a direct result of the subject matter of the indemnity. The scope of any indemnity includes any costs and expenses, including reasonable attorney fees, incurred in defending any indemnified claim, or in enforcing the indemnity or both. Any express indemnities contained in this Contract survive the closing of the transaction it contemplates.

H. Venue:

Purchaser waives any and all privileges and rights which it may have under Chapter 47, Florida Statutes, relating to venue, as it now exists or may hereafter be amended, and any comparable statute or administrative provision; and Purchaser further agrees that any legal action brought on this Contract shall be brought in the appropriate forum in Lee County, Florida.

I. No Liens:

Prior to closing, Purchaser shall not place nor allow any lien to be placed on the Unit.

J. Waiver:

The waiver of one or more defaults by any party to this Contract shall not be deemed a waiver of any subsequent default of that provision of this Contract or default under any other provision of this Contract. No waiver of the benefit of any provision of this Contract will be effective unless made in writing, signed by the party to be charged; and no such waiver is a waiver of any future event, unless it expressly so states.

K. Sales Activities:

Purchaser acknowledges that Seller or a company or other entity affiliated with Seller shall have the right to utilize all of the common elements of the Condominium, all Association property (including roadways and recreational facilities) and any models and/or sales office located or to be located in Vasari and/or the Condominium in connection with the sale or lease of dwelling units in this or in other projects or developments within or outside of Vasari. This paragraph shall survive the closing contemplated herein and the delivery of the Deed to the Purchaser.

Seller's Initials

Purchaser's Initials

L.    Purchaser Representations:

Purchaser acknowledges and agrees that the representations made to Seller hereunder are a material inducement to Seller to enter into this Contract and that such representations shall survive the closing.

M.    Counterparts:

This Contract may be executed simultaneously in two or more counterparts, each of which will be deemed an original, but all of which together will constitute one and the same instrument.

N.    Gender:

The use of the singular includes the plural, the use of the male includes female and neuter and vise versa.

O.    Facsimile:

A facsimile (FAX) signature will be deemed to be an original. Offer and acceptance by facsimile is binding.

P.    Construction:

This Contract and all related documents, including without limitation the Deed, will not be construed more strongly against any party regardless of who was more responsible for its preparation.

Q.    COMMUNITY DISCLOSURE.

IF THE DISCLOSURE SUMMARY REQUIRED BY SECTION 720.401, FLORIDA STATUTES HAS NOT BEEN PROVIDED TO THE PROSPECTIVE PURCHASER BEFORE EXECUTING THIS CONTRACT FOR SALE, THIS CONTRACT IS VOIDABLE BY PURCHASER BY DELIVERING TO SELLER OR SELLER'S AGENT WRITTEN NOTICE OF THE PURCHASER'S INTENTION TO CANCEL WITHIN THREE (3) DAYS AFTER RECEIPT OF THE DISCLOSURE SUMMARY OR PRIOR TO CLOSING, WHICHEVER OCCURS FIRST. ANY PURPORTED WAIVER OF THIS VOIDABILITY RIGHT HAS NO EFFECT. BUYER'S RIGHT TO VOID THIS CONTRACT SHALL TERMINATE AT CLOSING.

R.    PROPERTY TAX DISCLOSURE SUMMARY.

BUYER SHOULD NOT RELY ON THE SELLER'S CURRENT PROPERTY TAXES AS THE AMOUNT OF PROPERTY TAXES THAT THE BUYER MAY BE OBLIGATED TO PAY IN THE YEAR SUBSEQUENT TO PURCHASE. A CHANGE OF OWNERSHIP OR PROPERTY IMPROVEMENTS TRIGGERS REASSESSMENTS OF THE PROPERTY THAT COULD RESULT IN HIGHER PROPERTY TAXES. IF YOU HAVE ANY QUESTIONS CONCERNING VALUATION, CONTACT THE COUNTY PROPERTY APPRAISER'S OFFICE FOR INFORMATION.

31.    ACCEPTANCE:

This Contract shall not become effective until Purchaser signs and delivers this Contract to Seller, and pays the Initial Deposit to Escrow Agent. This Contract shall not be considered approved and accepted by Seller until executed by Seller's authorized representative.

THIS AGREEMENT IS VOIDABLE BY BUYER BY DELIVERING WRITTEN NOTICE OF THE BUYER'S INTENTION TO CANCEL WITHIN FIFTEEN (15) DAYS AFTER THE DATE OF EXECUTION OF THIS AGREEMENT BY THE BUYER, AND RECEIPT BY BUYER OF ALL OF THE ITEMS REQUIRED TO BE DELIVERED TO HIM BY THE DEVELOPER UNDER SECTION 718.503, FLORIDA STATUTES. THIS AGREEMENT IS ALSO VOIDABLE BY BUYER BY DELIVERING WRITTEN NOTICE OF THE BUYER'S INTENTION TO CANCEL WITHIN FIFTEEN (15) DAYS AFTER THE DATE OF RECEIPT FROM THE DEVELOPER OF ANY AMENDMENT WHICH MATERIALLY ALTERS OR MODIFIES THE OFFERING IN A MANNER THAT IS ADVERSE TO THE BUYER. ANY PURPORTED WAIVER OF THESE VOIDABILITY RIGHTS SHALL BE OF NO EFFECT. BUYER MAY EXTEND THE TIME FOR CLOSING FOR A PERIOD OF NOT MORE THAN FIFTEEN (15) DAYS AFTER THE BUYER HAS RECEIVED ALL OF THE ITEMS REQUIRED.   BUYER'S RIGHT TO VOID THIS AGREEMENT SHALL TERMINATE AT CLOSING.

Seller's Initials                                                                        Purchaser's Initials

                                                                                          $A CAN$

| THE VASARI COMMUNITY DEVELOPMENT DISTRICT MAY IMPOSE AND LEVY TAXES OR ASSESSMENTS, OR BOTH TAXES AND ASSESSMENTS, ON THIS PROPERTY. THESE TAXES AND ASSESSMENTS PAY THE CONSTRUCTION, OPERATION, AND MAINTENANCE COSTS OF CERTAIN PUBLIC FACILITIES AND SERVICES OF THE DISTRICT AND ARE SET ANNUALLY BY THE GOVERNING BOARD OF THE DISTRICT. THESE TAXES AND ASSESSMENTS ARE IN ADDITION TO COUNTY AND OTHER LOCAL GOVERNMENTAL TAXES AND ASSESSMENTS AND OTHER TAXES AND ASSESSMENTS PROVIDED FOR BY LAW. | ANY PAYMENT IN EXCESS OF 10% OF THE PURCHASE PRICE MADE TO DEVELOPER PRIOR TO CLOSING PURSUANT TO THIS CONTRACT MAY BE USED FOR CONSTRUCTION PURPOSES BY THE DEVELOPER. |
|---|---|

SELLER:
TAYLOR WOODROW COMMUNITIES
AT VASARI, L.L.C., a Florida limited liability
company

By: _____

Its: __PRESIDENT__

  8430 Enterprise Circle, Suite 100
  Bradenton, Florida 34202
  941-554-2000
  941-554-3010 (FAX)

Date signed by Seller: __12-1-05__

PURCHASER(S):

_____

_____

Date signed by Purchaser: __11/28/05__

BROKER:

_____
[Name of Company]

_____
[Address]
_____
Agent's Name

LIST OF EXHIBITS

| | |
|---|---|
| Exhibit "A" | Closing Costs Addendum |
| Exhibit "B" | Energy Performance Level Display Card |
| Exhibit "C" | Florida Building Energy Efficiency Rating System |
| Exhibit "D" | Community Disclosure Summary |
| Exhibit "E" | Affiliated Business Arrangement Notice |

CASSIA AT VASARI- PURCHASE CONTRACT
Page 13

Seller's Initials

Purchaser's Initials


EXHIBIT "A"
CASSIA AT VASARI, a condominium
RESIDENCE PURCHASE CONTRACT
CLOSING COSTS ADDENDUM

THIS ADDENDUM to the Cassia at Vasari, a Condominium Residence Purchase Contract (the "Contract") made between Taylor Woodrow Communities at Vasari, L.L.C., a Florida limited liability company ("Seller"), and _Bradley_ _Christian_ _A_ _Nicole_ _M_ ("Purchaser"), for the purchase of Unit _741_, Cassia at Vasari, a condominium is hereby entered into and made a part of said Contract as if fully set forth therein.

## WITNESSETH:

1.  In the event of any conflict between the terms and provisions of this Addendum and any terms and provisions of the Contract, the terms and provisions of this Addendum shall control. Capitalized terms which are employed in this Addendum without definition but which are defined in the Contract shall have the same meaning in this Addendum as in the Contract.

2.  Closing Costs:  Purchaser understands that, in addition to the payment of the purchase price and any other sums due under the Contract, Purchaser shall pay certain other fees or "closing costs" when Purchaser accepts title at closing.  The closing costs to be paid by Purchaser and by Seller are as follows:

| | PURCHASER | SELLER |
|---|---|---|
| The balance of the purchase price, plus any unpaid extras (i.e., Change Orders) | X | |
| Owner's Title Policy (Minimum Promulgated Rate) | X | |
| Search Fee | | $50.00 * |
| Title Exam Fee | | $80.00 * |
| Closing Fee (Cash Transaction) | $100.00+ | $100.00 * |
| Documentary Stamps on Deed (a tax of 70 cents on each $100 or fraction thereof of the purchase price) | X | |
| Recording Conveyance Documents ($10.00 for the initial page, plus $8.50 for each additional page) | X | |
| Any deposits, installation charges or hook-up fees for utilities | X | |
| Purchaser's own hazard and liability insurance | X | |
| Attorney's fees for Purchaser's attorney, if any | X | |
| Default interest, delayed closing charges or penalties, if any | X | |
| Express mail and courier charges | X | |
| The prorata share of the assessments for Cassia at Vasari Condominium Association, Inc., and the Vasari Country Club Master Association, Inc. (the "Club") (collectively, the "Associations") for the Unit attributable to the days during the quarter in which the closing occurs and during which Purchaser holds title to the Unit. | X | |
| An initial capital contribution assessment to the Vasari Country Club Master Association, Inc.  This contribution shall be collected for the use and benefit of the Club as provided in the Club documents. | X | |
| Real estate taxes, benefit taxes and special assessments, operation and maintenance assessments and Vasari Community Development District assessments for the then-current year on the Unit shall be prorated as of the closing date.  If the real estate tax bill for the Unit is not available at the time of Closing, such real estate taxes and assessments will be prorated in a manner reasonably determined by Seller and an adjustment thereof shall be made upon Purchaser's request within thirty (30) days of Purchaser's delivery of a copy of the actual bill to Seller. | X | |

\* If Purchaser obtains title from a title agent other than the title agent designated by Seller pursuant to Section 4 of the Contract, Purchaser shall be financially responsible for title search, title exam and the closing fee, which fees may be in excess of the amounts shown hereon, and Seller shall have no obligation to pay any portion of those fees.

+ Amounts shown may be higher if Purchaser uses a title agent other than the agent designated by Seller pursuant to Section 4 of the Contract.

Purchaser's Initials

Seller's Initials

IF PURCHASER OBTAINS A MORTGAGE, ADDITIONAL PURCHASER COSTS INCLUDE THE FOLLOWING:

| | PURCHASER | SELLER |
|---|---|---|
| Lender's title insurance policy, together with the title endorsements required by lender - Simultaneous issue rate of $25 plus $25 maximum per additional endorsement attached to loan policy (not including Florida Form 9 endorsement, which has a minimum charge of 10% of the owner and lender title policy premiums combined) | $150.00 † | |
| Additional Closing Fee (Financed Transaction) | $125.00 † | |
| Mortgage Intangible tax – a one-time nonrecurring tax of 2 mills on each dollar of the just valuation of obligations for payment of money which are secured by mortgage, deed of trust, or other lien upon real property situated in the state of Florida. | X | |
| Mortgage Documentary Stamp tax – on mortgages or other evidences of indebtedness, a tax of 35 cents on each $100 or fraction thereof of the indebtedness | X | |
| Recording Lenders Documents ($6.00 for the initial page, plus $4.50 for each addtl. page) | X | |
| Application fee | X | |
| Appraisal fee | X | |
| Credit report fee | X | |
| Escrow for taxes and/or insurance | X | |
| Tax service fee | X | |
| Mortgage transfer or service fee | X | |
| Mortgage insurance | X | |
| Origination fee | X | |
| Underwriting fee | X | |
| Discount points | X | |
| Prepaid interest | X | |
| Flood insurance and certification fee, if required | X | |
| Termite inspection | X | |
| Photographs | X | |
| Courier and overnight mail charges | X | |
| Any other charges imposed by Purchaser's lender | X | |

Purchaser acknowledges that this Closing Costs Addendum was provided to Purchaser prior to Purchaser's execution of the Contract.

PURCHASER:

SELLER:
Taylor Woodrow Communities at Vasari, L.L.C.,
a Florida limited liability company
By:

As its Authorized Representative

DATE EXECUTED BY PURCHASER:
_Novem.br  28_ , 2005

DATE EXECUTED BY SELLER:
_12.1.01_ , 200_

† Amounts shown may be higher if Purchaser uses a title agent other than the agent designated by Seller pursuant to Section 4 of the Contract.

_____ Purchaser's Initials
_____ Seller's Initials

EXHIBIT "C"

## Congratulations on your decision to purchase a home.

As you know, there are a lot of factors to consider before signing on the dotted line. By now, you've probably checked out the location of the home you like the best. You know how ... th the seller wants, how many bedrooms th... re, whether your dining room table will ... t, where you'll park your car and lots of other important things.

But wait, there's still one more important thing you really ought to do.

You wouldn't buy a car without asking how many miles-per-gallon it gets, would you? So why would you even think of buying a house without knowing how much the power bills will be? That's why now is the perfect time to look at an EnergyGauge® rating on the house.

Since 1994, there has been a voluntary statewide energy-efficiency rating system for ...s in Florida, and prospective home-...wers just like you all around the state are ...tting their homes rated before they make ...heir purchase. There are several very impor-...ant reasons why.

**Energy ratings give homebuyers a market-place yardstick that measures the benefits of energy-efficiency improvements.** You get detailed estimates of how much your energy use will cost.

**Energy ratings give you clear and specific information that lets you compare similarities in their energy use.** Two homes might look similar, but one may be efficient and comfortable and the other an energy-guzzler with a very uncomfortable interior.

• **Maybe most important of all, the national Home Energy Rating System (HERS) score on the energy rating can qualify you for a number of special mortgage programs that offer lower interest rates, lower closing costs, and other benefits.** More and more lenders are coming into Florida with money-saving packages for buyers of energy-efficient homes.

**Before buying your next home, hire a Certified Energy Rater to do a rating.**

Your builder or Realtor can help you find a Certified Rater in your area. After the rating, you'll get an easy-to-understand Energy Guide that estimates how much it will cost to pay for energy used in that home, and will allow you to look at a number of separate areas of energy use throughout the house.

For many years, buyers have had home inspectors look over a home before making their purchase. This is a great way to find out about potential house problems before you make your purchase. Smart homebuyers around the country are now also asking for a home energy rating to look specifically at the energy-users in a home and determine their efficiency. Because energy costs can often equal house payments, the relatively small cost of a home energy rating can easily be offset by many years of lower energy payments.

---

**Projected Rating Based on Improvements**
**Field Performance Test Required for Rating Confirmation**

# FLORIDA
# BUILDING ENERGY RATING GUIDE

Class 1 Rating
Registration No.: 0
Climate: Central Florida

DCA, Codes & Standards, IA-estar
456 Example Way, Res FREE'97
Central Base, FL 32805

| | Best | | | Worst |
|---|---|---|---|---|
| | $381 | | | $2229 |

18 MBtu ▲ Improved Home ◆ HERS Reference Home¹   Savings = $388

30 MBtu   $735

109 MBtu

As compared with other 1500 square foot, 3 bedroom homes without pool pumps.

**This Improved Home Qualifies for EPA's Energy Star Label¹**
**This Improved Home Qualifies for an Energy Efficient Mortgage (EEM)**

| Cost basis: | | |
|---|---|---|
| Central Default | Electric Rate | $0.082 /kWh |
| Central Default | Gas Rate | $1.077 /Therm |
| Statewide Prices | Oil $1.50/gal | LP Gas $1.75/gal |

| | |
|---|---|
| Cooling | $174 |
| Heating | $45 |
| Hot Water | $64 |
| Rating | $562 / $190 / $228 |
| Dryer | $202 / $228 |
| Stove | $82 |
| Lighting | $130 / $123 |
| Misc | $150 / $135 |
| Pool | $339 |

**HERS Score³**
Reference: 80 ★★★★
Improved: 90 ★★★★★

EnergyGauge ( Version: FLR19x-2.02)



I.M. Certified / Certified Rater
I.D. Number: 000000

_____     _____
Signature                                      Date

This report is provided to you by an individual certified by the Florida Department of Community Affairs to perform building energy rating evaluation. Any questions, comments, or complaints regarding the person or agency performing the services may be directed to the Florida Department of Community Affairs, Building Energy Rating System Program, 2555 Shumard Oak Boulevard, Tallahassee, Florida, 32399-2100, (850) 487-1824.

NOTES:
The HERS Reference home is constructed to comply with the 1992 CABO Model Energy Code (MEC) at a HERS score of 80 or greater.
¹ The home qualifies for EPA's Energy Star if rated home has separate Memorandum of Understanding with EPA as an Energy Star Homes partner
² Home Energy Rating System (HERS) Score calculated in accordance with national HERS guideline rating method.

Form 11B

Page 1/2

# Thinking About Buying a Home?



## Get An EnergyGauge® Rating

### Consider the Benefits.

- More Home for Less Money
- Improved Mortgage Options
- Enhanced Indoor Comfort
- Superior Energy-Efficiency
- More Environmental Sustainability
- Tested Quality Construction
- Greater Resale Value

---

## Who does Energy Ratings?

It is important to note that only State Certified Raters are allowed to perform ratings These Raters have undergone rigorous training programs and have passed the required challenge exams. They are also required to undergo continuing education classes and further exams to keep their certifications current. An on-going quality control program also watches over their Ratings and their work. All their Ratings are submitted to a central Registry that checks them for accuracy and complies generic building data.

### Energy Ratings in Florida

The Florida Building Energy-Efficiency Rating Act (Florida Statute 553.990) was passed by the State Legislature in 1993 and amended in 1994. It established a voluntary statewide energy-efficiency rating system for homes. The Rating System has been adopted by DCA Rule 9B-60.

The Florida Energy Gauge

**The Florida Energy Gauge Program**
*Florida's Building Energy Rating System*
1679 Clearlake Road
Cocoa, Florida 32922-5703
321-638-1402
Fax: 321-638-1010
E-Mail: EnGauge@fsec.ucf.edu
Website: www.fsec.ucf.edu

FSEC-EB-1                                F1-04

---

You're already familiar with the miles-per-gallon stickers on new automobiles, and the yellow EnergyGuide labels on home appliances. Shoppers use this information to figure out how much that car or appliance is really going to cost them. This information gives the buyer a good estimate of what it will cost to operate that car or use that appliance. over and above the purchase price. A car or product that is cheaper to buy can often be more expensive to operate, so this information can be very important to assure that you make the best purchase decision.

### Here's how the Florida EnergyGauge program works.

After the rating, you'll get an easy-to-read form like the one on the inside page. The Rating Guide has a scale that allows you to compare the specific home you're looking at with the most efficient and the least-efficient homes of the same size with the same number of bedrooms available in your part of the state today. And in addition to this overall estimate of energy use and comparisons, you get a detailed breakdown on the energy costs of the home's air-conditioning, space heating, water heating, refrigerator, clothes dryer, cooking costs lighting, pool pumping and other miscellaneous equipment.

One of the keys to the success of this program is the uniformity of ratings, made possible by the use of the **EnergyGauge®** software developed by the Florida Solar Energy Center. It has been specially designed to let Raters input the key data on the home and obtain accurate information for comparison purposes. A unique optimization feature even lets Raters determine what energy-efficiency

features can be added to the home to maximize cost-savings and comfort-improvement.

### So how can a home energy rating help you reduce your energy use and save money?

That's easy. While the design and construction of your home and the efficiency of its appliances and equipment control the most significant portion of its energy use, occupant life-style will still have a big effect on exactly how much energy gets used. Your comfort preferences and personal habits - the level at which you set the thermostat. whether or not you turn off lights and fans when leaving a room. how much natural ventilation you use. and other factors - all will affect your home's actual monthly energy use.

### The Ratings program in Florida closely parallels national activities.

The U.S. Department of Energy has been working to set national standards for Home Energy Rating Systems, and Florida's system surpasses these standards. The Florida Building Energy Rating Guide provides a HERS score for the home. This national score enables homes to qualify for national mortgage financing options requiring a HERS score. This score is computed in accordance with proposed national guidelines, considering the heating, cooling, and hot water energy uses. HERS awards stars to the rating.

### Tell your Realtor or builder that you want to get the home rated before you buy it.

They can give you the names of Raters in your area. Additional information on the program is available from the Energy Gauge Program Office at 321-638-1492 or visit our website at www.fsec.ucf.edu.

EXHIBIT "D"
COMMUNITY DISCLOSURE SUMMARY
VASARI

1.  AS A PURCHASER OF PROPERTY IN THIS COMMUNITY, YOU WILL BE
    OBLIGATED TO BE A MEMBER OF A HOMEOWNERS' ASSOCIATION.

2.  THERE HAVE BEEN OR WILL BE RECORDED RESTRICTIVE COVENANTS
    GOVERNING THE USE AND OCCUPANCY OF PROPERTIES IN THE
    COMMUNITY.

3.  YOU WILL BE OBLIGATED TO PAY ASSESSMENTS TO THE ASSOCIATION.
    ASSESSMENTS MAY BE SUBJECT TO PERIODIC CHANGE.       IF
    APPLICABLE, THE CURRENT AMOUNT IS $3,880.00 PER YEAR. YOU WILL
    ALSO BE OBLIGATED TO PAY ANY SPECIAL ASSESSMENTS IMPOSED BY
    THE ASSOCIATION. SUCH SPECIAL ASSESSMENTS MAY BE SUBJECT TO
    CHANGE. IF APPLICABLE, THE CURRENT AMOUNT IS $ N/A PER N/A .

4.  YOU MAY BE OBLIGATED TO PAY SPECIAL ASSESSMENTS TO THE
    RESPECTIVE MUNICIPALITY, COUNTY, OR SPECIAL DISTRICT.    ALL
    ASSESSMENTS ARE SUBJECT TO PERIODIC CHANGE.

5.  YOUR FAILURE TO PAY SPECIAL ASSESSMENTS OR ASSESSMENTS
    LEVIED BY A MANDATORY HOMEOWNERS' ASSOCIATION COULD
    RESULT IN A LIEN ON YOUR PROPERTY.

6.  THERE MAY BE AN OBLIGATION TO PAY RENT OR LAND USE FEES FOR
    RECREATIONAL OR OTHER COMMONLY USED FACILITIES AS AN
    OBLIGATION OF MEMBERSHIP IN THE HOMEOWNERS' ASSOCIATION. IF
    APPLICABLE, THE CURRENT AMOUNT IS $ N/A PER N/A .

7.  THE DEVELOPER MAY HAVE THE RIGHT TO AMEND THE RESTRICTIVE
    COVENANTS WITHOUT THE APPROVAL OF THE ASSOCIATION
    MEMBERSHIP, OR THE APPROVAL OF THE PARCEL OWNERS.

8.  THE STATEMENTS CONTAINED IN THIS DISCLOSURE FORM ARE ONLY
    SUMMARY IN NATURE, AND, AS A PROSPECTIVE PURCHASER, YOU
    SHOULD REFER TO THE COVENANTS AND THE ASSOCIATION
    GOVERNING DOCUMENTS BEFORE PURCHASING PROPERTY.

9.  THESE DOCUMENTS ARE EITHER MATTERS OF PUBLIC RECORD AND
    CAN BE OBTAINED FROM THE RECORD OFFICE IN THE COUNTY WHERE
    THE PROPERTY IS LOCATED, OR ARE NOT RECORDED AND CAN BE
    OBTAINED FROM THE DEVELOPER.

Buyer's Signature
ALLAN W. NEUMAN
Buyer's Printed name

Buyer's Signature
CHRISTIE REGNIER
Buyer's Printed name

Date: 11-28-05

Affiliated Business Arrangement
Notice

To: _Hill_ _____ Property: Unit _ , Bldg. _ , CASSIA    AT VASARI
From: TAYLOR WOODROW COMMUNITIES AT VASARI, LLC          Date: _11 - 2 8 - 04_

This is to give you notice that TAYLOR WOODROW COMMUNITIES AT VASARI, LLC has a business relationship with TAYLOR WOODROW MORTGAGE. TAYLOR WOODROW COMMUNITIES AT VASARI, LLC is an indirect wholly owned subsidiary of TAYLOR WOODROW, INC., which indirectly holds a 49.9% ownership interest in TAYLOR WOODROW MORTGAGE. Because of this relationship, this referral may provide TAYLOR WOODROW COMMUNITIES AT VASARI, LLC a financial or other benefit.

Set forth below is the estimated charge or range of charges for the settlement services listed. You are NOT required to use the listed provider(s) as a condition for purchase of the subject property. THERE ARE FREQUENTLY OTHER SETTLEMENT SERVICE PROVIDERS AVAILABLE WITH SIMILAR SERVICES. YOU ARE FREE TO SHOP AROUND TO DETERMINE THAT YOU ARE RECEIVING THE BEST SERVICES AND THE BEST RATE FOR THESE SERVICES.

TAYLOR WOODROW MORTGAGE for Mortgage Loan Services:

| | |
|---|---|
| Mortgage Lending | O up to 1% of the loan amount* |
| Processing Fee | $695 |
| Underwriting Fee | $0 |

*Specific charges are dependent upon a variety of factors including interest rate, size of loan, amount of down payment and whether the loan is guaranteed or insured under a government program

ACKNOWLEDGMENT

I/we have read this disclosure form, and understand that TAYLOR WOODROW COMMUNITIES AT VASARI, LLC is referring me/us to purchase the above-described settlement service(s) and may receive a financial or other benefit as the result of this referral.

_____
Signature

Affiliated Business Arrangement
Notice

To: _____ Property: Unit __, Bldg __ , CASSIA AT VASARI, a Condominium
From: TAYLOR WOODROW COMMUNITIES AT VASARI, LLC          Date: _____

This is to give you notice that TAYLOR WOODROW COMMUNITIES AT VASARI, LLC ("Taylor Woodrow") has a business relationship with Total Florida Title, Inc. ("Total Florida"). Taylor Woodrow is an indirect wholly-owned subsidiary of Taylor Woodrow Homes Florida, Inc., which owns Total Florida.   Because of this relationship, this referral may provide Taylor Woodrow a financial or other benefit.

Set forth below is the estimated charge or range of charges for the settlement services listed. You are NOT required to use Total Florida as a condition for purchase of the subject property. THERE ARE FREQUENTLY OTHER SETTLEMENT SERVICE PROVIDERS AVAILABLE WITH SIMILAR SERVICES.   YOU ARE FREE TO SHOP AROUND TO DETERMINE THAT YOU ARE RECEIVING THE BEST SERVICES AND THE BEST RATE FOR THESE SERVICES.

Total Florida Estimated Fees and Charges:

| | |
|---|---|
| Title Search Fee | $50-$60 |
| Title Exam Fee | $50 |
| Title Insurance Premium Fee | [Minimum Promulgated Rate] |
| Mortgagee Title Insurance (Simultaneous Issue) | $150-$250 |
| Endorsements | [Minimum Promulgated Rate] |
| Closing Fee (Cash Transaction) | $100-$200 |
| Additional Closing Fee (Financed Transaction) | $125-$275 |
| Courier/Mailing Fees | $95 |

## ACKNOWLEDGMENT

I/we have read this disclosure form, and understand that Taylor Woodrow is referring me/us to purchase the above-described settlement service(s) and may receive a financial or other benefit as the result of this referral.

_____
Signature

# CASSIA AT VASARI

**WIRING INSTRUCTIONS**

PLEASE PRESENT THESE INSTRUCTIONS TO YOUR BANK.

SunTrust Bank
Account Name: Taylor Woodrow at Vasari, L.L.C.
ABA# 061000104
**Deposit Account No. 0014000251070**
Purchaser (your name): _____
Your Address: _____
Your Telephone #: _____
File Name: Cassia at Vasari Unit #._____

**FOR YOUR ADDITIONAL DEPOSITS** (Remainder of the 10% deposit, or the additional 10% deposit)

SunTrust Bank
Account Name: Taylor Woodrow at Vasari, L.L.C.
ABA# 061000104
**Deposit Account No. 0014000251070**
Purchaser (your name): _____
Your Address: _____
Your Telephone Number: _____
File Name: Cassia at Vasari Unit # _____

---

**TO PAY BY CHECK:**

**Make check payable to SUNTRUST BANK**

PLEASE MAIL TO: _____
_____

---

If you have any questions, please call us at (941) 554-2000

NOTICE OF ESCROW DEPOSIT

Date: _____

TO:     SunTrust Bank-Corporate Trust
        Miami Office 777 Brickell Avenue
        Miami, Florida 33131

Re:     Purchase of Building # _____, Unit # _____, Plan Type: _____ CASSIA AT
VASARI, A CONDOMINIUM to be developed in Lee County, Florida

Gentlemen:

The undersigned purchaser(s) hereby notify you that they have entered into a Residence Purchase Contract of the above condominium unit and deliver herewith a deposit of $ _____ in accordance with said Contract, an executed copy of which is attached to this notice.

Name of Purchaser(s) - PLEASE PRINT

_____

_____

Signature of Purchaser: _____

Social Security Number:* 37_ 3_ 2 75_3

Mailing Address: _____

*If Purchaser is not a
Natural Person, provide
Federal Tax Id. number:

RECEIPT FOR ESCROW DEPOSIT

Escrow Agent hereby acknowledges receipt of the above deposit, to be held pursuant to the requirements of Section 718.202, Florida Statutes, subject to clearance of funds.

SunTrust Bank -Corporate Trust

Date of Receipt:

_____        By: _____
                       Printed Name: _____

# FREQUENTLY ASKED QUESTIONS AND ANSWERS SHEET

Cassia at Vasari Condominium Association, Inc.                              As of June, 2005

Q:   What are my voting rights in the condominium association?
A:   The owner of each unit has one indivisible vote which may be cast in all matters which require a vote of the owners.  Voting rights and procedures are described in Section 2 of the Bylaws of the Association.

Q:   What restrictions on my right to use my unit exist in the condominium documents?
A:   Each unit is restricted to residential single-family use.  Additional restrictions on unit use are found in Section 12 of the Declaration of Condominium.

Q:   What restrictions on the leasing of my unit exist in the condominium documents?
A:   Prior approval by the Association of all leases is required.  Units may not be leased for a period of less than thirty (30) consecutive days or more often than six (6) times per year.  Other leasing restrictions are found in Section 13 of the Declaration of Condominium.

Q:   How much are my assessments to the condominium association for my unit type and when are they due?
A:   Regular assessments based on the Association's annual budget are payable quarterly, in advance, due on the first day of January, April, July and October.  The 2005 assessment is $820.00 per quarter ($273.33 per month).  The Developer will vote to waive reserves for the first two fiscal years of operation of the association beginning with the year in which the Declaration of Condominium is recorded or until turnover, whichever occurs first.

Q:   Do I have to be a member in any other association?  If so, what is the name of the association and what are my voting rights in this association?  Also, how much are my assessments?
A:   Each unit owner is required to be a member of the Vasari Country Club Master Association, Inc. (the "Club").  Each unit owner has one vote in the Club affairs which are cast as provided in the Club Documents.  The assessments and annual fees levied against each unit for 2005 are estimated at $3,880.00 and are paid directly to the Club.  Please refer to the Club Documents.

Q:   Am I required to pay rent or land use fees for recreational or other commonly used facilities?  If so, how much am I obligated to pay annually?
A:   No.

Q:   Is the condominium association or other mandatory membership association involved in any court cases in which it may face liability in excess of $100,000?  If so, identify each case.
A:   No.

## NOTE: THE STATEMENTS CONTAINED HEREIN ARE ONLY SUMMARY IN NATURE.  A PROSPECTIVE PURCHASER SHOULD REFER TO ALL REFERENCES, EXHIBITS HERETO, THE SALES CONTRACT, AND THE CONDOMINIUM DOCUMENTS.

CASSIA AT VASARI "Q&A" SHEET

EXHIBIT "L"

**RECEIPT FOR CONDOMINIUM DOCUMENTS**

The undersigned acknowledges that the documents checked below have been received or, as to plans and specifications, made available for inspection.

| | |
|---|---|
| Name of Condominium: | **Cassia at Vasari** |
| Address of Condominium: | [to be submitted as an amendment] |
| | Lee County, Florida |

Place a check in the column by each document received or, for the plans and specifications, made available for inspection. If an item does not apply, place "N/A" in the column.

| DOCUMENT | RECEIVED |
|---|:---:|
| Prospectus Text | X |
| Declaration of Condominium | X |
| Articles of Incorporation | X |
| By-Laws | X |
| Estimated Operating Budget | X |
| Form of Agreement for Sale or Lease | X |
| Rules and Regulations | X |
| Covenants and Restrictions of Master Association | X |
| Ground Lease | N/A |
| Management and Maintenance Contracts for More than One Year | N/A |
| Renewable Management Contracts | N/A |
| Lease of Recreational and Other Facilities to be Used Exclusively by Unit Owners of Subject Condominiums | N/A |
| Form of Unit Lease if a Leasehold | N/A |
| Declaration of Servitude | N/A |
| Sales Brochures | X |
| Phase Development Description (see '718.503(2)(k) and 504(14)) | N/A |
| Lease of Recreational and Other Facilities to be Used by Unit Owners with Other Condominiums (See '718.503(2)(h)) | N/A |
| Description of Management for Single Management of Multiple Condominiums (See '718.503(2)(k)) | N/A |
| Conversion Inspection Report | N/A |
| Conversion Termite Inspection Report | N/A |
| Plot Plan | X |

Receipt for Condominium Documents                                    Page 1

| | |
|---|---|
| Floor Plan | X |
| Survey of Land and Graphic Description of Improvements | X |
| Membership Golf Club Membership Plan | N/A |
| Golf Club Membership Agreement | N/A |
| Executed Escrow Agreement | X |
| Phase Development Descriptions | N/A |
| Evidence of Developer's Ownership, Leasehold or Contractual Interest in the Land Upon Which the Condominium is to be Developed | X |
| Description of Management for Single Management of Multiple Condominiums | N/A |
| Frequently Asked Questions and Answers Sheet | X |
| Financial Information | N/A |
| State or Local Acceptance/Approval of Dock or Marina Facilities | N/A |
| Alternative Media Disclosure Statement | N/A |
| **MADE AVAILABLE** | |
| Plans and Specifications | X |

THE PURCHASE AGREEMENT IS VOIDABLE BY BUYER BY DELIVERING WRITTEN NOTICE OF THE BUYER'S INTENTION TO CANCEL WITHIN 15 DAYS AFTER THE DATE OF EXECUTION OF THE PURCHASE AGREEMENT BY THE BUYER AND RECEIPT BY THE BUYER OF ALL OF THE DOCUMENTS REQUIRED TO BE DELIVERED TO HIM BY THE DEVELOPER. THE AGREEMENT IS ALSO VOIDABLE BY THE BUYER BY DELIVERING WRITTEN NOTICE OF THE BUYER'S INTENTION TO CANCEL WITHIN 15 DAYS AFTER THE DATE OF RECEIPT FROM THE DEVELOPER OF ANY AMENDMENT WHICH MATERIALLY ALTERS OR MODIFIES THE OFFERING IN A MANNER THAT IS ADVERSE TO THE BUYER.  ANY PURPORTED WAIVER OF THESE VOIDABILITY RIGHTS SHALL BE OF NO EFFECT. BUYER MAY EXTEND THE TIME FOR CLOSING FOR A PERIOD OF NOT MORE THAN 15 DAYS AFTER THE BUYER HAS RECEIVED ALL OF THE DOCUMENTS REQUIRED.  BUYER'S RIGHT TO VOID THE PURCHASE AGREEMENT SHALL TERMINATE AT CLOSING.

Executed this _2⁴_ day of _November_, 200_5_ _____

Purchaser or Lessee

_____

Purchaser or Lessee

Receipt for Condominium Documents                                                    Page 2





# The Dolce

2 BEDROOMS, 2 BATHS
PLUS DEN

### 1ST FLOOR

Air Conditioned Living Area . . . . 2,034 sq. ft.
Entry . . . . . . . . . . . . . . . . . . . . . . . 51 sq. ft.
Lanai . . . . . . . . . . . . . . . . . . . . . . 239 sq. ft.
Garage . . . . . . . . . . . . . . . . . . . . 460 sq. ft.

**Total Area . . . . . . . . . . . . . . . . 2,784 sq. ft.**





Taylor Woodrow

**TAYLOR WOODROW COMMUNITIES**
**STANDARD FEATURES & SPECIFICATIONS**
**CASSIA at VASARI COUNTRY CLUB**
**November 22, 2005**
**Page 1 of 6**

A. The **DOLCE** plan is a first floor residence (grand room and dining room) with a total of 2034 square feet of living area including two bedrooms, a den and 2 baths

B. Garage to be a total of 460 square feet.

C. Covered entry and rear covered patio to be a total of 290 square feet.

D. Purchase price includes the following items:

## FOUNDATION
Compacted Fill
Underslab and perimeter soil treatment for subterranean termites

## STRUCTURAL DESIGN PARAMETERS
Structure has been designed in accordance with new 2001 Florida Building Code.
Design is per American Society of Civil Engineers ASCE standard (ASCE 7-98)
Minimum Design Loads for Buildings and other Structures.

The design parameters are:
| | |
|---|---|
| Design: | Partially enclosed structure (per 6.0) |
| Wind Speed: | 130 MPH, 3 second gusts (per figure 6-16) |

Exposure:  Exposure B (per 6.5.6.2)
Category II (per Table 1-1)
Importance Factor: 1.00 (per Table 6-1)
Wind directionality Factor: Kd = 0.85 (if Kd = 1.00, multiply above by 1.18)  (per Table 6-6)

**Window protection or impact resistant glass is not required but the structure will resist the positive and negative pressure placed on the structure by wind loads associated with design parameters.**

THE FIRST FLOOR CEILING ASSEMBY FROM THE UNDERSIDE OF THE DRYWALL TO THE TOP OF THE CONCRETE ON THE SECOND FLOOR IS A UL 1 HR FIRE RATED ASSEMBLY.

AS SUCH, NO PENETRATIONS ARE ALLOWED IN THIS ASSEMBLY AFTER CLOSING WITHOUT REVIEWS BY PROFESSIONAL ENGINEER.

## EXTERIOR FINISHES
(Steel joist Engineered Hambro™ floor system with 4"
nominal concrete slab with wire mesh)
Reinforced concrete block with steel reinforced bond beam and lintels
Wood engineered roof trusses with 5/12 pitch
Frame knee walls anchored and reinforced as per code
Concrete roof tile
15/32" four-ply roof sheathing
Fascia to be roughsawn spruce 2" x 8" with 1" x 4" drip edge
30# felt dry-in
90# mineral roll roofing with hot mop application
Direct deck screw application of roof tile with 3" lap on roof tile
Off-ridge roof vents
Stucco vented soffit with crown moulding detail on front elevation
Stucco finish on exterior walls, porch and lanai ceilings
Sherwin Williams Loxon masonry sealer and Suncoast exterior acrylic flat paint on exterior walls
Sherwin Williams Suncoast exterior acrylic enamel paint on exterior trim, banding & doors
Entry Doors to be Therma-tru or equal 3' x 8' one-lite fiberglass w/wood-grain texture
Rear covered lanai with bronze screen enclosure and 3'0" screen door on first floor units

Initials: Buyers: _____  Sellers: _____

FEATURES & SPECIFICATIONS (DOLCE MODEL)    11/22/05
PAGE 2 OF 6

## WINDOWS AND DOORS

8' high white aluminum frame, clear sliding glass doors (no screen door)
White aluminum frame single hung windows with tinted glass and screens
Colonial windows on front elevation only
16' wide by 8' high paneled metal garage door with exterior keypad
Caulking on all exterior doors and windows

## INSULATION

Metal frame wall between storage area and home and all exterior frame walls to
have R-11 batt insulation
Exterior masonry wall to have R-4.1 Al-foil insulation
3-1/2" R-11 batt insulation on metal frame walls between bathroom and utility room
plumbing walls and main living areas
1-1/2" R-3 batt insulation on masonry common wall between units

## INTERIOR WALLS AND CEILINGS

NO CHANGES TO ANY
INTERIOR WALLS
WITH PLUMBING
LINES, ELECTRICAL
CONDUIT, AND/OR
MECHANICAL LINES
WILL BE ALLOWED

* 9'-4" volume ceilings
* 8'-8" ceiling in foyer
1/2" drywall on all walls with skip trowel finish
Ceilings to be ½" ceiling board drywall with skip trowel finish
Durarock board on perimeter of shower in master bath and in Bath #2
tub to 8'-0" above floor
Interior non-bearing wall to be fabricated with 2" x 4", 26 gauge metal studs, 16" on
center. 1" x 2" pressure treated furring strips on masonry walls at 16" on center
(16" on center in tub/shower areas)
1" x 4" pressure treated furring above exterior doors and windows extending 1 foot
beyond openings for drapery blocking
Wood blocking for cabinetry and accessibility requirements
Pest defense system

## INTERIOR FINISHES

Sherwin Williams Builder Finest washable latex interior paint on walls (two colors
from Taylor Woodrow Whites & Lights chart)
Sherwin Williams Master Hide paint on interior ceilings
Sherwin Williams Pro Classic interior latex enamel paint on doors and trim (same
color as ceilings)
Walls in baths may be specified by purchasers, to be unfinished with latex paint for
wallpaper installation
Garage floor painted Cantilever Tan
Garage walls to be finished with textured finish stucco and/or drywall over framed
walls   and ceilings
5-1/4" #5180 (or equal) finger joint base moulding in all rooms
3-1/4" #445 (or equal) finger joint casing around doors
Colonial 8' high solid core interior doors
6'-8" flush steel fire-rated prehung door from garage to utility and garage to storage
area
Kwikset Delta interior antique brass lever hardware throughout with deadbolts on
all exterior doors
Kwikset antique brass handle with deadbolt on exterior and front entry doors,
interior and exterior hinges to be painted
Standard 12" vinyl shelving in all Bedroom closets (Master closets have double
hanging shelves on two side walls, single shelf on back wall, tight mesh vinyl
shelving in pantry, linen vinyl shelving in linen closet and bedroom #2 standard 12"
vinyl shelving **(Note: storage closet does not come with shelving)**
Bath wall tile will be approximately 8' above floor – No larger than specified below
laid straight from the following selections
Available selections from Taylor Woodrow: Bellini 8"x10" **laid straight**
Shower floors available in Appalachian 4"x4" or Roma 4"x4" with raised curb in
shower
Ceramic bathroom accessories; soap dish, in tub/shower and shower areas (**towel
bars and paper holders not included**)
Shower enclosure with chrome frame in Master Bath

Initials: Buyers_____    Sellers:_____

**\* Measurements may vary**

FEATURES & SPECIFICATIONS (DOLCE MODEL)                     11/22/05
PAGE 3 OF 6

## INTERIOR FINISHES (CONT'D)

> 60" high mirrors in master bath, bath #2
> Grey Marble window sills on all operative windows
> Medicine cabinets are excluded from standard features

## ELECTRICAL

> Minimum 125-amp service (for 1st floor residences) with circuit breakers
> (switches and receptacles white only), or as per electrical calculations
> Minimum 150-amp service (for 2nd floor residences) with circuit breakers
> (switches and receptacles white only), or as per electrical calculations
> Interior copper wiring throughout
> Recessed lights supplied with white baffle trims and standard incandescent bulbs
> on interior lighting
> White Decora light switches and standard receptacles
> Two (2) exterior weatherproof electrical wall outlets (one on lanai, one at front
> entry)
> Garage door opener with interior wall console switch, exterior door keypad and two
> transmitters programmed to allow gate access
> Pre-wired for ceiling fans in grand room, den, lanai, bonus room and all bedrooms
> Pre-wired for ceiling fixtures in nook, dining room, foyer, master bath ceiling, and
> gallery (fixtures and installation not included)
> Pre-wired for wall fixture over powder bath pedestal in powder room wall (fixtures
> and installation not included)
> Fluorescent lighting in walk-in closets, pantry, garage and utility room
> Cast aluminum exterior coach lights at garage and front door locations controlled
> by house panel
> Interconnected electric smoke detectors with battery back-up (per code)
> No floor outlets are standard

## STRUCTURED WIRING/SECURITY

> Structured wiring distribution center with cover includes basic TV and video
> module (9TV and 6 video)
> Pre-wired with trimmed outlet of RG6 quad shield cable in grand room, den, and all
> bedrooms
> Pre-wired with trimmed outlet of CAT5E phone line in kitchen, den, and all
> bedrooms
> Pre-wire only without trim of RG6 quad shield cable to standard trimmed phone
> locations
> Pre-wire only without trim of CAT5E phone line to standard trimmed cable
> locations
> Additional pre-wire only without trim of CAT5E phone line and RG6 quad shield
> cable to grand room cable location.
> Security System with door and window contacts (monitoring by owner)

## PLUMBING - (All Bath Faucets will be chrome: fixtures will be white)

### Master Bath

> Sterling Windham white, elongated water closet with seat #402215
> Two Moen Villeta chrome faucets #L4720
> Moen Villeta chrome roman tub #TL940
> Moen Villeta chrome shower faucet #TL2302
> Clarke Concentra II white drop-in acrylic tub

### Bath 2

> Sterling Windham white, elongated water closet with seat #402215
> Sterling Vikrell white bathtub
> Moen Villeta chrome tub/shower faucet #TL2303
> Moen Villeta chrome faucet #L4720

### Kitchen

> Moen Extensa 7560 white integral sprayer faucet
> Clark Britannia equal double bowl white sink
> GE CFC720F ¾ H.P. disposal

### Misc. Plumbing

> Plumbing system with PEX™ piping
> Energy-efficient 60-gallon water heater
> All waste lines in schedule 40 PVC
> Icemaker supply line from Kitchen sink location
> Pressure regulating shower valves
> Mustee #10 fiberglass drop-in laundry tub with chrome faucet

> **NO MODIFICATIONS TO PLUMBING DESIGN WILL BE ALLOWED (i.e.: location of supply and venting)**

Initials: Buyers: _____ _____   Sellers: _____

FEATURES & SPECIFICATIONS (DOLCE MODEL)                11/22/05
PAGE 4 OF 6

## HEATING AND AIR CONDITIONING

12 SEER (Seasonal Energy Efficient Rating) Energy efficient Carrier split air conditioning system with handler located in ceiling cavity above master bath, accessible from access door in utility room
Exterior venting for dryer
Air supply ducts in each interior room including walk-in closets and baths
Separate ducted air return for master suite, den, bedroom #2 and bonus room.
Bath fans with separate switch in all bathrooms vented to exterior
Digital thermostat at no more than 48" above finished floor

## APPLIANCES - (General Electric Profile)

| | |
|---|---|
| GSS22WGP | 21.8 c.f. Side-By-Side Refrigerator with Water & Ice Dispenser |
| JBP80TF | 30" Free-Standing Electric Glass Top Range with Self-Cleaning Oven |
| JVM1631WB | Spacemaker Microwave (non-vented, re-circulating) |
| GSD3600GWW | Nautilus Dishwasher |
| WCSE4160B | Super Capacity Plus Washer |
| DBXR463EB | Extra-Large Capacity Dryer |

Kitchen appliances are available in white, bisque or black. Upgrade to stainless steel available at additional cost. Laundry appliances are available in White and Bisque.

## CABINETS & COUNTERTOPS:

| Product Construction/ Feature Chart | Standard Cabinets in Kitchen & Baths |
|---|---|
| Type | Hanley or Belmont - Maple |
| Colors / Finishes | Pearl, Muslin, Natural, Honey Spice, Toffee & Chestnut |
| End Panels | 1/2" engineered wood |
| Wall Top & Bottom | 1/2" engineered wood |
| Base Bottoms | 1/2" engineered wood |
| Base Backs | 3/8" engineered wood |
| Shelves (Walls) | 3/4" engineered wood with vinyl edge banding; full depth and adjustable |
| Shelves (Base) | 3/4" engineered wood with vinyl edge banding; full depth and adjustable |
| Interior Finish | Viraguard |
| Hinge | Self-closing, concealed wrap-around hinge with multiple adjustments |
| Toe Kick | 1/2" engineered wood |
| Drawer Box | 3/4" hardwood, 4-sided dovetail drawer box with 3/16" plywood floor |
| Drawer Guide | DuraGlide Plus ball bearing action undermount |
| Doors | Solid maple door frame with raised panel or recessed panel; half overlay |
| Drawer Face | Flat panel maple with profile edge |
| | **Upgrade wood cabinets will have the same construction but will have varied door and drawer styles, features and may be available in cherry.** |

### Kitchen
**The upper cabinets will be raised or recessed panel, 42" high. Countertop will be Corian® solid surface (available in Glacier White or Bisque) and S-1 edge treatment.**

### Master Bath and Bath #2
**Both baths on the 1st floor will have a cabinet height (including 1½" Corian® Glacier White top with S-1 edge treatment) of 35" if wood is chosen and 32" if Thermafoil is chosen. Both 2nd floor bath cabinet heights (including 1½" Corian® Glacier White top with S-1 edge treatment) will be 35".**

A choice of standard Cabinet hardware selections

Initials: Buyers: _____ Sellers: _____

FEATURES & SPECIFICATIONS (DOLCE MODEL)                        11/22/05
PAGE 5 OF 6
**Manufacturer's Product Disclaimer for Wood Cabinetry - Characteristics of Wood Finishes**

Wood is a product of nature. Wood from each tree varies in grain, pattern density and color. The effect of nature's original beauty on the final color is considered to be the distinctive character so highly sought after for generations. Color match and grain variations will vary because of these materials characteristics and are not be considered as defects.

Color variations due to minerals and acids from the salt in which the tree was grown will enhance the various components used and will emphasize the different colors with each individual component.
Finishes that enhance these effects on natural wood:

> White translucent finishes mask the full range of colors from various grains found naturally in many wood species. It provides a slight antique touch.

> Pearl finishes are more dense white finishes on wood that softens the grain effect but allows the wood natural color variations to be pronounced throughout its construction. It produces a slightly pinkish tone.

> Natural and Light finishes are slightly toned stain to bring out the various grain characteristics of natural wood.

**We call your attention to these characteristics because the effects presented in your home may be different from that you visualize from a display or sample cabinet. Your design, lighting and the natural wood used will produce a personally developed beauty and will not be considered reasons for replacement or as defects in material and workmanship.**

## UTILITY ROOM
Standard Utility Room Cabinets:
30" Upper Cabinets with Raised panel Thermafoil Cabinet Doors and rod box hanging feature over laundry tub area in choice of White or Antique White

**Utility Room Cabinet Specifications**
- End Panels – 5/8" Melamine Particle Board
- Wall Top & Bottom - 5/8" Melamine Particle Board
- Base Bottoms - 5/8" Melamine Particle Board
- Base Backs – 1/8" Masonite w/white
- Shelves (Walls) – 5/8" Melamine Particle Board
- Shelves (Base) - 5/8" Melamine Particle Board
- Interior Finish – White Matte Melamine
- Hinge – Metal, self-closing, six-way adjustable
- Toe Kick – 5/8" Melamine Particle Board
- Drawer Box – Metal Drawer system 5/8" bottom (if applicable)
- Doors – Thermafoil over fiberboard
- Drawer Face – Flat, Profiled edge

## COUNTERTOPS (Utility Room)
**Top and backsplash available in Wilsonart Laminate Designer White, Beige Pampas, Antique White and Alabaster**

## FLOORING - TILE
Mohawk Industries Regency Grande Series ceramic tile (standard selections include16"x16" Bellini, 16"x16" Meadowbrook and 16"x16" Sabatini II), **laid straight**, in foyer, utility room, kitchen, breakfast nook, master bath, bath #2 and lanai.

**Note:   Floor tile areas in air-conditioned living space will receive Proflex™ Crack Isolation Membrane or equal.   Floor tile outside on Lanai will receive Strataflex Waterproofing Anti-Fracture Membrane or equal.**

## FLOORING – CARPET
A choice of carpet by Mohawk Industries Regency Grande Series with 3/8" 6 lb. rebond padding in great room, dining room, master bedroom, master bedroom closets and vestibule, bedroom #2 and den available in standard selections (Beaten Path, Roxbury Park and La Fontain II).

Initials: Buyers:_____     Sellers:_____

FEATURES & SPECIFICATIONS (DOLCE MODEL)     11/22/05
PAGE 6 OF 6

**INTERLOCKING PAVERS**
Driveway, exterior stairs, exterior landing and front walk  (pre-selected colors and pattern). Paver Module Euro-Kobble design

Seller reserves the right to make any modifications, changes or omissions to the home as long as they do not substantially and adversely affect the home or if they are required by code changes with any governmental authority, and to substitute materials, heating and plumbing equipment, cabinets, fixtures, appliances and/or floor coverings with items of similar or greater quality, utility, value and/or color.

Materials such as granite, marble, wood, wood grain, carpeting, paint, cabinets, cultured marble, tile, mica and the like are subject to shading and gradation and may vary from samples, models, and color charts.  Seller will not be liable for such variation.  **Note:** There may be significant acceptable shade variations between wall tile, floor tile and bullnose of the same style and color.  Some items may be applicable to only certain models.

Each model may contain interior designer items and furnishings, which are not standard. These may include, but are not limited to, custom mirrors, hanging light fixtures, wrought iron detailing, built-ins, furnishings, custom wall and ceiling colors, artificial, live and seasonal plants, etc.  Seller does not supply and/or install any bath hardware, i.e. towel racks, paper holders, etc.  Seller does not supply and/or install any buyer supplied light fixtures or fans.  Interior live plants and their containers are leased; any live plant container is not included in the purchase price of the home. Plants will be removed upon termination of lease and turnover of residence to owner.  Any optional fan has been installed by the Interior Designer and is not included in our standard option pricing above. **Note:** Fans are an optional and extra item.  All prices are subject to change without notice.

Buyer acknowledges that he/she fully understands that the Standard Features and Specifications are to clarify and describe all standard components that, together, comprise the home they are purchasing.

BLDG/UNIT #:_____     DATE:_____

PURCHASER:_____     SELLER:_____

_____

# ENERGY PERFORMANCE LEVEL (EPL) DISPLAY CARD

## ESTIMATED ENERGY PERFORMANCE SCORE* = 83.6

**The higher the score, the more efficient the home.**

Taylor Woodrow, , Fort Myers, Fl,

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. | New construction or existing | | New | | 12. Cooling systems | |
| 2. | Single family or multi-family | | Multi-family | | a. Central Unit | Cap: 34.0 kBtu/hr |
| 3. | Number of units, if multi-family | | 1 | | | SEER: 12.00 |
| 4. | Number of Bedrooms | | 2 | | b. N/A | |
| 5. | Is this a worst case? | | Yes | | . | |
| 6. | Conditioned floor area (ft²) | | 2034 ft² | | c. N/A | |
| 7. | Glass area & type | Single Pane | Double Pane | | 13. Heating systems | |
| a. | Clear - single pane | 0.0 ft² | 0.0 ft² | | a. Electric Strip | Cap: 32.8 kBtu/hr |
| b. | Clear - double pane | 333.8 ft² | 0.0 ft² | | | COP: 1.00 |
| c. | Tint/other SHGC - single pane | 0.0 ft² | 0.0 ft² | | b. N/A | |
| d. | Tint/other SHGC - double pane | | | | c. N/A | |
| 8. | Floor types | | | | 14. Hot water systems | |
| a. | Slab-On-Grade Edge Insulation | | R=0.0, 198.0(p) ft | | a. Electric Resistance | Cap: 50.0 gallons |
| b. | N/A | | | | | EF: 0.90 |
| c. | N/A | | | | b. N/A | |
| 9. | Wall types | | | | c. Conservation credits | |
| a. | Concrete, Int Insul, Adjacent | | R=10.0, 714.0 ft² | | (HR-Heat recovery, Solar | |
| b. | Concrete, Int Insul, Exterior | | R=4.1, 716.0 ft² | | DHP-Dedicated heat pump) | |
| c. | N/A | | | | 15. HVAC credits | |
| d. | N/A | | | | (CF-Ceiling fan, CV-Cross ventilation, | |
| e. | N/A | | | | HF-Whole house fan, | |
| 10. | Ceiling types | | | | PT-Programmable Thermostat, | |
| a. | N/A | | | | MZ-C-Multizone cooling, | |
| b. | N/A | | | | MZ-H-Multizone heating) | |
| c. | N/A | | | | | |
| 11. | Ducts | | | | | |
| a. | Sup: Unc. Ret: Con. AH: Garage | | Sup. R=6.0, 50.0 ft | | | |
| b. | N/A | | | | | |

I certify that this home has complied with the Florida Energy Efficiency Code For Building Construction through the above energy saving features which will be installed (or exceeded) in this home before final inspection. Otherwise, a new EPL Display Card will be completed based on installed Code compliant features.

Builder Signature: _____   Date: __11·8·05__

Address of New Home: _____   City/FL Zip: _____

*NOTE: The home's estimated energy performance score is only available through the FLA/RES computer program. This is not a Building Energy Rating. If your score is 80 or greater (or 86 for a US EPA/DOE EnergyStar™designation), your home may qualify for energy efficiency mortgage (EEM) incentives if you obtain a Florida Energy Gauge Rating. Contact the Energy Gauge Hotline at 321/638-1492 or see the Energy Gauge web site at www.fsec.ucf.edu for information and a list of certified Raters. For information about Florida's Energy Efficiency Code For Building Construction, contact the Department of Community Affairs at 850/487-1824.

EnergyGauge® (Version: FLRCSB v3.30)

CASSIA AT VASARI,
A CONDOMINIUM
**RECD FEB 28 2006**
RESIDENCE PURCHASE CONTRACT

Purchaser(s) _Patrick De Nitto & Hevanilson Magalhaes_
Purchaser Address: _18 **NORTH** WOOD RD ' NIDDLETON, MA 01949_
Purchaser Phones: (Home) _978 - 777 - 7195_ FAX: _____ (Local) _____
Purchaser SS # /FEI # _018 34 7048_ _032 . 22 . 9116_
Residence (Unit)# _15 - 102_ Plan Type: _DOLCE_

Please indicate how Purchaser desires to take title to the Unit by printing clearly the FULL names and marital status of Purchaser (or if applicable the name of Trustee, the Trust name and date):
_PATRICK De NITTO & Hevanilson Magalhaes_

THIS RESIDENCE PURCHASE CONTRACT (the "Contract"), made and entered into on the date written below, by and between Taylor Woodrow Communities at Vasari, L.L.C., a Florida limited liability company, as Developer, ("Seller" or "Developer") and the above named person(s) ("Purchaser" or "Buyer").

WITNESSETH:

Seller agrees to sell and Purchaser agrees to purchase, upon the following terms and conditions, condominium, Building # _15_, Unit # _102_, Plan Type: _DOLCE_ (the unit and the undivided share of common elements appurtenant to it, are hereinafter collectively the "Unit") in Cassia at Vasari, a condominium pursuant to the Declaration of Condominium to be recorded in the Public Records of Lee County, Florida.

ORAL REPRESENTATIONS CANNOT BE RELIED UPON AS CORRECTLY STATING THE REPRESENTATIONS OF THE DEVELOPER. FOR CORRECT REPRESENTATIONS, REFERENCE SHOULD BE MADE TO THIS CONTRACT AND THE DOCUMENTS REQUIRED BY SECTION 718.503, FLORIDA STATUTES, TO BE FURNISHED BY A DEVELOPER TO A BUYER OR LESSEE.

ANY PAYMENT IN EXCESS OF 10% OF THE PURCHASE PRICE MADE TO DEVELOPER PRIOR TO CLOSING PURSUANT TO THIS CONTRACT MAY BE USED FOR CONSTRUCTION PURPOSES BY THE DEVELOPER.

1.  **PURCHASE PRICE:**     Base Price:                $ _550, 900_
                            Options & Upgrades         $ _TBD_
                            TOTAL PURCHASE PRICE       $ _550, 900_

The purchase price is payable in U.S. Dollars as follows:

$ _55,090_       Initial Deposit due upon Purchaser's execution of this Contract (includes any reservation deposit);

$ _—_            Additional Deposit to equal 10% of the purchase price due on or before _____;

$ _55,090_       Additional deposit due on or before _MARCH_ (date); [The Initial Deposit and Additional Deposit(s) are sometimes cumulatively referred to as the "Deposit"]

$ _440 720_      The balance of the purchase price at closing by cash, cashier's check drawn on a financial institution having an office in Lee or Collier County, Florida, or wire transfer of funds (subject to adjustments and prorations described in this Contract).

The Seller has retained SunTrust Bank-Corporate Trust, Miami Office 777 Brickell Avenue, Miami,. Florida 33131 to act as Escrow Agent (the "Escrow Agent") as required by Section 718.202, Florida Statutes. Purchaser will be given receipts for the deposits by the Escrow Agent. Deposit checks are to be made payable to Escrow Agent and are accepted subject to collection.

**This Contract is not conditioned upon the Purchaser securing financing.**

CASSIA AT VASARI- PURCHASE CONTRACT
Page 1

Seller's Initials

Purchaser's Initials
_SM PD_

2. **CLOSING AND POSSESSION DATE:**

A. The closing will be at the location designated by Seller in written notification to Purchaser.

B. The Seller will deliver possession of the Unit to Purchaser at the closing.

C. The closing will take place following substantial completion of the improvements constituting the Unit and common elements appurtenant hereto (as evidenced by the recording of a surveyor's certificate of substantial completion pursuant to Section 718.104(4)(c), Florida Statutes) and the issuance of a certificate of occupancy for the condominium building by the appropriate governmental authority. Seller will deliver written notification of closing to Purchaser not less than twenty (20) days prior to the date of closing.

D. The Unit, as configured in Seller's Plans and Specifications for the Condominium, shall be completed not later than two (2) years from the date Purchaser signs this Contract. However, the date for completion may be extended by reason of delays incurred by circumstances beyond Seller's control, such as acts of God, casualty losses, labor strikes or material shortages or any other grounds cognizable in Florida contract law as impossibility or frustration of performance, including without limitation, governmental delays or moratoriums or delays occasioned by rain, wind and lightning storms. It is the intention of the parties that this sale qualify for the exemption provided by 15 U.S.C. Section 1702 (a)(2), and nothing herein contained shall be construed or operate as to any obligations of Seller or rights of Purchaser in a manner which would render said exception inapplicable.

E. When all units to be built in the Condominium have been constructed, the Seller shall record the survey and plot plan which will show the location of all items required by Section 718.104(4)(e), Florida Statutes, as amended.

F. Seller, as to the closing and closing documents, will have no obligation to any third parties (i.e., lenders or title insurance providers) and will be under no obligation to deal with any person or firm other than Purchaser and Purchaser's attorney.

3. **CLOSING COSTS AND PRORATIONS:**

A. Seller shall provide for the survey contained in the condominium documents, water and sewer connection charges, and the cost of recording any documents necessary to create the Condominium.

B. Purchaser understands that, in addition to the payment of the purchase price and any other sums due under this Contract, Purchaser shall pay certain other fees or "closing costs" when Purchaser accepts title at closing. The closing costs to be paid by Purchaser and by Seller are set forth in the Closing Costs Addendum attached hereto as Exhibit "A". Notwithstanding anything contained herein to the contrary, Purchaser shall be solely responsible for all costs and fees associated with Purchaser's mortgage financing, if any. Purchaser shall also pay at closing a capital contribution assessment to the Vasari Country Club Master Association, Inc. (the "Club") and other Club dues.

C. Real property taxes, Vasari Community Development District assessments and maintenance and operation fees for the Club and the Cassia at Vasari Condominium Association, Inc., will be prorated as of the date of closing.

4. **TITLE:**

A. Purchaser will be given fee simple title to the Unit by Condominium Special Warranty Deed (the "Deed"). Title to the Unit will be good, marketable and insurable, subject only to: usual title exceptions contained in an ALTA approved form of owner's policy of title insurance; zoning, subdivision, building and other ordinances and regulations of Lee County, Florida; matters of record provided same do not affect marketability of title; and other matters for which Purchaser could be granted affirmative title coverage.

B. Not less than five (5) days prior to the closing, the Seller shall deliver to Purchaser or Purchaser's attorney, a title insurance commitment (the "Commitment") issued by a title insurance company doing business in Lee or Collier County, agreeing to issue to Purchaser, upon recording of the deed to Purchaser, an Owner's policy of title insurance in the amount of the purchase price, insuring Purchaser's title to the Unit and the undivided share of the common elements appurtenant to it, subject only to those matters listed in Paragraph A above and insuring a legal means of ingress and egress to the condominium property from a public right-of-way. Unless Seller receives written notice from Purchaser within five (5) days after the date of this Contract or five (5) days prior to closing, whichever occurs first, Seller will direct the title agent and insurer referred to above to issue the title insurance commitment referred to above and a title insurance policy after closing. In the event Purchaser timely delivers such notice, (i) Seller shall have no obligation to deliver or cause to be delivered to Purchaser a title insurance commitment and title insurance policy; (ii) Purchaser shall

CASSIA AT VASARI- PURCHASE CONTRACT
Page 2

Seller's Initials

Purchaser's Initials

be responsible for obtaining and delivering a title commitment to Seller a minimum of five (5) days prior to closing (if Purchaser fails to do so, Purchaser shall be deemed to waive Purchaser's right to make title and title related objections and Purchaser shall be deemed to accept title subject to the Permitted Exceptions, standard exceptions, matters common to property within Cassia at Vasari, and those encumbrances and other exceptions described in this Contract and all other matters affecting title); (iii) Purchaser shall be responsible for all costs and fees arising from or related to the title commitment, title policy and the closing of the transaction described herein the amounts of which may exceed those recited in the Closing Costs Addendum to this Contract (including the title search, title examination and Closing Fee); (iv) Seller shall have no obligation to provide Purchaser with any prior owner's title insurance policy, base title, certificates of good standing, corporate resolution of Seller, estoppel letters, etc.; and (v) Purchaser shall be responsible for all costs and expenses (including interest as described in the Default and Remedies section hereof) if closing is delayed as a result of the foregoing.

C.     Purchaser will have three (3) days from receipt of the Commitment for examination of the Commitment and of legal ingress and egress to the condominium property from a public right-of-way. If title or legal ingress or egress is found to be defective, Purchaser shall, within that time, notify Seller in writing specifying the defect(s). If the defect(s) render(s) title unmarketable, or Seller cannot deliver possession, or there is no legal ingress or egress in accordance with this Contract, the Seller shall have sixty (60) days from the receipt of the notice of defect(s) within which to remove the defect(s), but Seller is not obligated to do so. If Seller elects to correct the title defect(s), Purchaser's obligation hereunder shall remain in full force in effect during the sixty (60) day period. If Seller cannot, or will not correct the title defect(s) within said sixty (60) days, Purchaser shall elect one of the following two (2) options by written notice to Seller within ten (10) days after delivery of written demand by Seller:

(1)  Purchaser can accept the possession, ingress and egress, or title as Seller can provide without reduction of the purchase price, waiving any claims against Seller because of the defect(s); or

(2)  Purchaser can cancel this Contract in full settlement of all claims against Seller resulting from this Contract, and receive a full refund of the Deposit with such interest as may have been earned and would have been applied to the purchase price if Purchaser had closed the transaction contemplated by this Contract, whereupon both parties and the Escrow Agent shall be released from all obligations and liability hereunder.

D.     Title to the Unit will be considered marketable, within the terms of this Contract, if it is a title such as a title insurance underwriter authorized to do business in Florida will approve and insure.

5.    **CONSTRUCTION:**

A.     Purchaser acknowledges that there has been made available to him and he has examined the model and/or the model floor plans of the Condominium and the type of Unit being purchased by him hereunder, but that floor plan dimensions are approximate. Purchaser further acknowledges that Seller has made available to Purchaser in the sales office complete plans and specifications for the Unit and the improvements comprising the common elements of the Condominium. Purchaser understands that the Unit may be the reverse or mirror image of the floor plan of any model and/or model floor plans of the Condominium. Where this Contract is executed prior to the completion date, Seller agrees to construct the unit substantially in accordance with the model and/or the model floor plans and plans and specifications, subject, however, to: (i) job site changes and architectural changes required during construction; (ii) modifications required by changes in the law, including but not limited to federal, state and local laws and applicable building codes; and (iii) shortages in materials or supplies or substantial increases in the cost of same which, in the sole discretion of Seller, may require a substitution of materials or supplies or the cancellation of a supplier. In the event of substitution, Seller agrees, whenever reasonably possible, to use materials or supplies of similar quality; but in no event shall any materials or supplies be of lesser quality than required by applicable building codes or substantially change the product for which Purchaser has contracted.

B.     Except as provided in Paragraph 19 below, for reasons of safety and of requirements under policies of insurance held by Seller, neither Purchaser nor any agent of Purchaser shall enter the Unit or the Condominium until after Purchaser has closed this Contract and taken possession of his Unit, whereupon his rights shall be as set forth in the condominium documents. Purchaser agrees hereby to abide by such restriction and not to enter upon, nor interfere in any way with the construction of the Condominium or any other portion of Vasari. Purchaser may not order any work on the Unit until after the closing, other than options or extras that Seller agrees in writing to provide pursuant to Paragraph 6.

C.     Purchaser acknowledges that Purchaser has been made aware that under applicable building codes changes in the plans and specifications, sometimes called "Field Changes," are authorized by law and may be employed by Developer, the contractor and the subcontractors. Purchaser acknowledges that such Field Changes are not always required to be reflected in the plans and specifications and authorizes and approves such Field Changes as are contemplated by this Paragraph and as are otherwise lawful, whether or not

Seller's Initials

Purchaser's Initials

incorporated into the plans and specifications or the final set of plans and specifications given to the Association and agrees that such Field Changes as are not required by building codes to be so incorporated need not be so incorporated in the final plans and specifications. The issuance of a certificate of occupancy by the appropriate governmental authority for the building or Unit shall be deemed conclusive evidence that such building or Unit was constructed in compliance with applicable building codes.

## 6.    SELECTIONS, OPTIONS AND CHANGE ORDERS:

Any options, extras, alterations or improvements from the plans and specifications (collectively, "Options") desired by Purchaser shall be ordered, if approved by Seller, pursuant to an Options Addendum to this Contract specifically for such purchases. Purchaser shall have a reasonable time after the end of the recission period to make color and option selections with the Seller's Options Department. If Purchaser fails to do so within a reasonable time, Seller reserves the right to make those selections upon five (5) day written notice to Purchaser, and Purchaser has deemed to have accepted such selections as are made by Seller. A deposit of ten percent (10%) of the total costs of such Options purchased will be required and payable at the time the Options Addendum is executed, with the balance due as per this Contract. Any additional change orders shall be reflected in a separate Change Order which shall be an Addendum and shall be payable to Seller in full at such time as each separate Change Order is submitted by Purchaser. In addition to the payment for the costs associated with each separate Change Order, Purchaser expressly agrees to pay to Seller an administrative fee in an amount of $200.00 for each separate Change Order as consideration for Seller's agreement to such Addendum. Payment for such additional Options, and the administrative fee(s) are non-refundable unless Seller is unable to provide Purchaser with either a selection or a substitute selection of similar quality. Purchaser acknowledges that depending on the state of construction of the Unit, Purchaser's right to elect certain Options may be terminated and that Seller shall have the sole right to accept or reject Options Purchaser may request. If Purchaser does make selections pursuant to this Paragraph 6, Seller shall use Seller's best efforts to provide Purchaser with those selections. If Seller is unable to provide a selection to Purchaser, Seller's sole liability shall be a refund to Purchaser of all amounts paid therefor. If the Unit is completed or partially completed as of the date of this Contract, Purchaser shall be deemed to accept all selections previously made by Seller. Seller reserves the right to refuse acceptance of any and all Options requested after the execution of this Contract.

## 7.    **DEFAULT AND REMEDIES:**

A.    In the event Purchaser fails to close this transaction in the time established for reasons other than Seller's default or delay, and Seller agrees to extend the closing in accordance with this Paragraph 7.A., Purchaser shall be required to pay interest on the purchase price equal to eighteen (18%) percent per annum from the date on which the closing was originally scheduled, to and including the date on which the closing actually occurs. Further, all prorations shall be made as of the date closing was originally scheduled. Nothing in this Contract, however, shall require Seller to extend the closing beyond the time set forth in this Contract or prevent Seller from treating Purchaser as being in default if Purchaser fails to close within that time.

B.    Should Purchaser fail to make any of the payments herein above scheduled, or fail or refuse to execute the instruments required to close this transaction (including failure to promptly execute and file mortgage loan application documents, and all mortgage loan and real estate closing documents and to comply with the requirements of the mortgage lender, including providing any and all information as requested) or refuse to pay any costs or the sum required by this Contract, or otherwise default hereunder, and shall fail to correct such default within five (5) days after Seller has given Purchaser a written notice of such default, then Seller at its sole option, may (i) seek specific performance of this Contract; or (ii) declare this Contract terminated and retain the Deposit paid by Purchaser as liquidated and agreed-upon damages which Seller shall have sustained and suffered as a result of Purchaser's default, and thereupon the parties hereto will be released and relieved from all obligations hereunder. These provisions for liquidated and agreed-upon damages are bona fide provisions for such and are not a penalty, the parties understanding that by reason of the withdrawal of the Unit from sale to the general public at times when other parties would be interested in purchasing the Unit, Seller will have sustained damages if Purchaser defaults, which damages will be substantial but will not be capable of determination with mathematical precision and, therefore, as aforesaid, the provision for liquidated and agreed upon damages has been incorporated into this Contract as a provision beneficial to both parties.

C.    If Seller defaults in the performance of this Contract, Purchaser shall give Seller written notice of such default, and if Seller within seven (7) days from receipt of such written notice shall fail to take action that would cure the default within a reasonable period of time, and if Purchaser has performed all his obligations hereunder, Purchaser shall have the option to cancel this Contract by giving written notice thereof to Seller and upon such cancellation Seller shall refund to Purchaser all monies paid by Purchaser to Seller hereunder plus such interest as is prescribed by Chapter 718, Florida Statutes, in which event this Contract shall be terminated and neither party shall have any claim against the other. Nothing contained herein shall be

CASSIA AT VASARI- PURCHASE CONTRACT
Page 4

Seller's Initials

Purchaser's Initials
初始 PD

deemed to restrict Purchaser's remedy of specific performance of this Contract or any other remedy if Purchaser shall be entitled to such remedy under applicable law.

8. **NEW UNIT:**

The Unit is new and has not been previously occupied and is to be delivered vacant, except in the case of a model, if applicable.

9. **ASSIGNMENT:**

This Contract is not assignable by Purchaser, except to Purchaser's spouse, individually or jointly with Purchaser or to Purchaser's family trust, existing or to be created and of which the Purchaser or Purchaser's spouse is the primary beneficiary. Any other purported assignment of this Contract by Purchaser shall be at the sole and absolute discretion of Seller. Seller, in Seller's sole and absolute discretion, may assign its rights under this Contract.

10. **DEPOSITS:**

Deposits by Purchaser comprising the first ten percent (10%) of the aforestated total purchase price for the Unit shall earn interest at the rate paid by the depository institution on the accounts into which the funds are placed during the time that the deposit money is in such accounts. Deposits will earn interest only after Purchaser's fifteen (15) day recission period has elapsed. The interest, if any, will be paid to Seller at closing. Deposits in excess of such ten (10%) percent may be used for construction purposes as provided by 718.202, Florida Statutes and will not be earning interest. Seller intends to make an "Alternative Assurances" filing with the Division of Florida Land Sales, Condominiums and Mobile Homes. This filing, upon approval, will permit Seller to substitute an "Alternative Assurance" as defined in Rule 61B-17.009, Florida Administrative Code, for Purchaser's initial 10% deposit moneys held by the Escrow Agent and to use such money in the actual construction of the Condominium.

11. **INSULATION:**

A. R-Values of insulation: Roof, fiberglass batts or blown R-30. Exterior masonry and interior masonry party wall, reflective foil R-4.1. Walls separating garage from living area, fiberglass batts R-11.

B. Purchaser understands and acknowledges that insulation thickness may vary depending upon local conditions and construction factors, including, but not limited to, such items as wall openings and plumbing or other structures or obstructions within the walls which displace the insulation. Purchaser understands and agrees that the foregoing information regarding the thickness and R-value of the insulation is based upon information supplied by the insulation installer, and Seller makes no representation or warranty regarding same.

12. **ENERGY PERFORMANCE AND ENERGY EFFICIENCY RATING DISCLOSURE**

A. Energy Performance Level Display Card. In accordance with Section 553.9085, Florida Statutes, a copy of an Energy Performance Level Display Card is attached to this Contract as Exhibit "B". At the time of completion of the Unit, the Seller will be able to complete and certify an Energy Performance Level Display Card which will be furnished to Purchaser upon request.

B. General Information Brochure. A copy of the Florida Building Energy-Efficiency Rating System brochure prepared by the Florida Department of Community Affairs in accordance with Section 553.996, Florida Statutes, is attached hereto and made part of this Contract as Exhibit "C".

C. Energy-Efficiency Rating Disclosure. Seller is providing this disclosure statement to Purchaser in compliance with Sections 553.9085 and 553.996, Florida Statutes. This disclosure statement is intended for the sole and exclusive use of the Purchaser for this transaction only and Seller shall not be liable or responsible to any third party who has relied upon the information contained herein.

13. **RADON GAS DISCLOSURE:**

The following disclosure is required by Section 404.056(6), Florida Statutes, for all contracts for sale and purchase of any building in Florida: RADON GAS: Radon is a naturally occurring radioactive gas that, when it has accumulated in a building in sufficient quantities, may present health risks to persons who are exposed to it over time. Levels of radon that exceed federal and state guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your county public health unit.

<div align="center">CASSIA AT VASARI- PURCHASE CONTRACT<br>Page 5</div>

Seller's Initials

Purchaser's Initials
$\underline{\mathscr{J}\mathscr{h}\mathscr{l}\ PD}$

14.  **MOLD:**

Mold is a type of fungus occurring naturally in the environment. Condominium construction is not, and cannot be, designed to exclude mold spores. Whether or not Purchaser as a Unit Owner experiences mold growth depends largely on how Purchaser manages and maintains the Unit. Seller's responsibility is limited to things that it can control, and Seller will repair or replace defects in its construction only for the applicable periods designated in accordance with the provisions of Section 20 hereof. Purchaser agrees that the exclusive remedy for damages caused by mold or other fungi shall be limited to recovery in accordance with the provisions of Section 20 of this Contract.

15.  **REAL ESTATE COMMISSIONS:**

Each party warrants, acknowledges and agrees that no broker(s) or salesperson(s) other than _TAYLOR WOODROW REALTY LLC_ and _SUN REALTY_ _____ · have ever been involved in this transaction and each party covenants and agrees to indemnify and hold the other harmless from and against any and all claims made by any broker(s) or salesperson(s) seeking any commission or compensation for any loss, liability, costs or expense arising by, through or under said indemnifying party. Such indemnification shall include reimbursement of any attorneys' fees and costs, including those accruing from alternate dispute resolution proceedings, trial and appellate proceedings, incurred as a result of such claims made or such lawsuits filed. Seller is responsible for payment of compensation of the additional broker(s) named herein, if any.

16.  **NOTICE:**

Whenever a notice is required to be sent under the terms of this Contract, the notice will be deemed to have been properly given or served when delivered in fact to the other party, or when delivered to and receipted for by a recognized air courier service (i.e., Federal Express, DHL), or when deposited with the United States Post Service with adequate postage prepaid and sent by certified mail, return receipt requested, and in all events addressed to the Purchaser at the address in this Contract and addressed to the Seller at 8430 Enterprise Circle, Suite 100, Bradenton, Florida 34202, Attn: Legal Department.

17.  **RISK OF LOSS PRIOR TO CLOSING:**

Any loss and/or damage to the Condominium and/or the Unit between the date of this Contract and the date of closing will be at the Seller's sole risk and expense. Seller will have a reasonable time to complete repairs. The work will be judged by the same standards used to evaluate new construction. Purchaser will have no right to any reduction in the purchase price, nor any claim against Seller by reason of the loss and/or damage, and agrees to accept title on the date scheduled for closing.

18.  **ADDENDUM OR RIDER:**

Any Rider or Addendum to this Contract will be deemed to be incorporated into this Contract as fully as if it were set forth at length herein. The terms and provisions of any such Rider or Addendum will control those of this Contract, but only to the extent necessary to give them full effect.

19.  **INSPECTION PROCEDURE:**

A.  Purchaser is required to conduct a personal inspection of the Unit with Seller's representative not later than the date established by Seller in written notification delivered to Purchaser, which date will be not less than fifteen (15) days after such notification is delivered.

B.  If Purchaser is unable to conduct the personal inspection of the Unit with Seller on the date so established, Purchaser may designate a representative by written notice delivered to Seller not less than ten (10) days prior to such date. Purchaser will be bound by the actions of such representative.

C.  During such personal inspection, the Purchaser or Purchaser's representative and the Seller (or Seller's representative) will complete a list of inspection items in the Unit, which require Seller's (or Seller's representative's) attention. Purchaser (or Purchaser's representative) and Seller shall sign the list as conclusive evidence of the agreed upon work to be performed. At such time as the agreed work has been performed (which shall be within a reasonable time considering the availability of materials and the nature of the work to be performed) it shall be deemed conclusive that Seller's obligations have been fulfilled and any additional items shall be the responsibility of the Purchaser.

D.  Except as provided in Paragraph 19A. above, neither the Purchaser nor his agents or contractors shall have access or entry to the Unit, nor shall Purchaser store any of his possessions in or about

Seller's Initials

Purchaser's Initials
_§/ill PD_

the Unit or the Condominium property prior to the closing of this transaction. Purchaser shall not interfere with workmen nor trespass upon the job site.

E.    It is agreed by the parties that the fact that the parties have not completed the inspection, or that items listed on the hereto inspection list have not been addressed by Seller, shall not entitle Purchaser to delay closing or to place in escrow or withhold money due Seller at closing, and a refusal to close as scheduled shall constitute a default by the Purchaser hereunder. Seller's obligation to perform the work agreed upon in the list of inspection items shall survive closing.

F.    Failure of the Purchaser to conduct the personal inspection and complete and sign the list of inspection items by the date established in Paragraph 19 hereof shall be deemed to be: (1) conclusive of Purchaser's acceptance of the Unit as is; and (2) a complete waiver of all objections to defects in workmanship or materials. This shall not be deemed to be a waiver of any warranties provided to Purchaser by law.

## 20.    LIMITATIONS OF WARRANTIES:

A.    Purchaser shall have the right, pursuant to paragraph 19, to inspect the Unit and the common elements prior to the closing. Purchaser hereby agrees that from and after the closing, Purchaser shall not make or bring, and shall not support the bringing of such action by others, any claim or action whatsoever against Seller or Seller's agents with respect to the dimensions of the Unit or the common elements, the materials employed in the construction of the Unit or the common elements, or the quality of workmanship or the merchantability or fitness of the Unit or the common elements or fixtures or items of personal property sold pursuant to this Contract, or the merchantability or fitness thereof, except such claims or actions as may be permitted by Paragraph 20B. below.

B.    Purchaser acknowledges that at the time of execution of this Contract, Seller has no reason to know of any particular purpose of Purchaser in purehasing the Unit and items of personal property sold pursuant to this Contract other than for normal residential use. Purchaser acknowledges and agrees that the only warranties applicable to the Condominium are those that may validly be imposed thereon by statutory law on the date thereof, as set forth in Section 718.203, Florida Statutes, as such section exists as of the date of this Agreement (hereinafter referred to as "Sole Warranties"). Purchaser further acknowledges and agrees that, to the extent allowed by law, Seller makes no other express or implied warranties whatsoever in regard to the Unit, the common elements, any fixtures or items of personal property sold pursuant to this Contract or any other real or personal property whatsoever sold hereby.

**Seller makes this warranty expressly in lieu of all other express or implied warranties concerning the Unit sold or to be constructed hereunder and the property sold hereunder or previously purchased from Seller, any other representations, statements or promises made by any person are unauthorized and are not binding upon Seller. All other warranties with respect to the Unit and the property hereunder are hereby disclaimed, to the extent permitted by law, whether implied or arising by operation of law, course of dealing, custom and practice, or otherwise, including, but not limited to, any warranties of habitability, merchantability, and fitness for particular purpose; and Purchaser represents that Purchaser has read and understood this provision, and that Purchaser understands and agrees that, by entering into this Contract and accepting the benefits of the limited warranty described above, Purchaser has knowingly relinquished any and all other warranties of any kind or nature regarding the Unit and the property.    In no event shall Seller be liable to Purchaser or Cassia at Vasari Condominium Association, Inc. or any other person or entity for consequential or exemplary damages, or for personal injuries arising from any breach of the Sole Warranties.**

C.    Purchaser hereby acknowledges that: (i) the Sole Warranties shall not apply if the defective portion of the Unit, common elements, fixtures or any other real or personal property has resulted from or been caused by, in whole or in part, the misuse of same (whether intentional or unintentional) by any person, firm or entity other than Seller or from an accident, casualty or physical alteration or modification; and (ii) the Sole Warranties are further conditioned upon routine maintenance being performed unless such maintenance is an obligation of Seller or a Seller-controlled Association.

D.    **CHAPTER 558, FLORIDA STATUTES CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY BRING ANY LEGAL ACTION FOR AN ALLEGED CONSTRUCTION DEFECT IN YOUR HOME. SIXTY DAYS BEFORE YOU BRING ANY LEGAL ACTION, YOU MUST DELIVER TO THE OTHER PARTY TO THIS CONTRACT A WRITTEN NOTICE REFERRING TO CHAPTER 558 OF ANY CONSTRUCTION CONDITONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE SUCH PERSON THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND TO CONSIDER MAKING AN OFFER TO REPAIR OR PAY OFR THE ALLEGED CONSTRUCTION DEFECTS. YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER WHICH MAY BE MADE. THERE ARE STRICT DEADLINES AND PROCEDURES UNDER THIS FLORIDA LAW WHICH MUST BE MET AND FOLLOWED TO PROTECT YOUR INTERESTS.**

CASSIA AT VASARI- PURCHASE CONTRACT

Page 7

Seller's Initials

Purchaser's Initials

E.    The provisions of this Section 20 shall survive the closing and delivery of the Deed.

## 21.    PROSPECTUS:

The condominium documents required by Section 718.504, Florida Statutes, to be provided by Seller to Purchaser are defined as the Prospectus together with all exhibits thereto.  Purchaser shall acknowledge receipt of the Prospectus and all exhibits by execution of the Receipt for Condominium Documents in the form prescribed by DBPR Form CO 6006-6 as referenced in Rule 61B-18.004, Florida Administrative Code.

## 22.    TIME:

Time is of the essence for making all payments due pursuant to this Contract and for the closing of this Contract.  Time otherwise may be made of the essence by not less than five (5) days advance written notice.  Any time period measured in "days" means consecutive calendar days, except that the expiration of any time period measured in days that expires on a Saturday, Sunday, or nationally observed legal holiday automatically will be extended to the next day that is not a Saturday, Sunday, or nationally observed legal holiday.

## 23.    VASARI COMMUNITY DEVELOPMENT DISTRICT:

A.    Purchaser acknowledges that a uniform community development district, as defined in Chapter 190, Florida Statutes, known as the VASARI COMMUNITY DEVELOPMENT DISTRICT has been established for the Vasari community located in Lee County (hereinafter "CDD").  The CDD will provide certain urban community development services and will have the authority to levy and collect fees, rates, charges, taxes and assessments to pay for, finance and provide such services.  The CDD is empowered to plan, establish, acquire, construct or reconstruct, enlarge or extend, equip, operate, and maintain systems and facilities for basic infrastructures which may include without limitation: (1) water management and control lands within the CDD and the connection of some or any of such facilities with roads and bridges; (2) roads and bridges; (3) potable water distribution; (4) sewage collection; and (5) waste water management.  The CDD will impose taxes and/or assessments through a special taxing district.  These taxes will pay for the construction, operation, and/or maintenance costs of certain public facilities within the CDD and will be set annually by the governing board of the CDD.  These taxes and assessments are in addition to county and all other taxes and assessments provided for by law.  These fees, rates, charges, taxes and assessments will appear on the annual real estate tax bill for each Owner (of property within the community served by the CDD, as further defined in the Declaration of Covenants, Conditions, Restrictions and Easements for Vasari Country Club) and they will be payable directly to the Lee County Tax Collector.  All taxes of the CDD shall constitute a lien upon those portions of Vasari owned by any Owner.  The CDD shall have the power to issue any types of bonds permitted by Chapter 190, Florida Statutes.

B.    The CDD's duties may include irrigation, water distribution, storm water management (drainage control), street lighting and limited access assurance services.  The Purchaser acknowledges that other services may be added to the CDD's responsibilities from time to time.

C.    The Purchaser agrees, by acceptance of a deed or other instrument conveying title to the Unit, for itself, its successors and assigns, to pay any and all fees, rates, charges, taxes and assessments which may be imposed by the CDD upon such property being purchased by Purchaser, and further agrees to abide by all of the CDD's rules and regulations, as they may be amended from time to time.  This provision shall survive the closing contemplated herein and the delivery of the Deed to the Purchaser.

## 24.    PROVISIONS RELATING TO CONTRACTS SIGNED AFTER THE COMPLETION DATE:

Checking the box at left indicates this Contract is executed after the Completion Date, and as such, the following provisions shall be applicable to this Contract.  For purposes of this Contract, the term "Completion Date" shall mean the date that a Certificate of Occupancy is issued for the building containing the Unit and all other requirements for completion of improvements are met, as specified in the Condominium Act, Chapter 718, Florida Statutes.

A.    Paragraph 2D. shall not be applicable to this Contract.

B.    The provisions of Paragraph 5A. shall not be applicable to this Contract, and Purchaser acknowledges that there has been made available to him and that he has been shown the model and/or the model floor plans of the Condominium and the type of unit being purchased by him hereunder.  Purchaser further acknowledges that Seller has made available to Purchaser complete plans and specifications for the Unit and the improvements comprising

CASSIA AT VASARI- PURCHASE CONTRACT
Page 8

Seller's Initials

Purchaser's Initials
ᏩᎥᎥ PD

the common elements and that Purchaser has had the right and opportunity to examine the Unit and the Condominium.

C.  Any provision relating to the escrow of the Deposit, shall not be applicable to this Contract.

## 25.  NOTICES OF COMMENCEMENT:

Purchaser acknowledges that notices of commencement may be filed of record, and agrees that the same shall not be an objection to title, it being understood that the Unit will be released from the liens of such notices at or prior to the closing.

## 26.  MULTIPLE PURCHASERS:

If two (2) or more persons are named as Purchaser herein, any one (1) of them is authorized to act as agent for, with the right to bind, the other(s) in all matters and of every kind and nature with respect to this Contract. If the Purchaser is married, and the Purchaser's spouse is not named as a Purchaser herein, Purchaser shall be responsible and liable for such spouse executing the mortgage and other closing documents as required by lender and Seller. Failure of said spouse to do so shall constitute a default hereunder by Purchaser.

## 27.  SELLER'S BUSINESS ORGANIZATION:

Purchaser hereby expressly acknowledges and agrees that (i) a conversion by Seller of its form of business organization from a limited liability company to a corporation, (ii) a merger by Seller with any entity(ies) with the Seller being the surviving entity of such merger, or (iii) change of Seller's name or any or all of the above in combination, shall not be deemed to be a material or adverse change.

## 28.  PLANNED DEVELOPMENT:

Purchaser acknowledges that the property is a portion of a mixed-use, master planned community generally known as Vasari. Vasari is and shall be comprised of this Unit, other residential property, recreational amenities, and commercial land uses. Vasari is an expandable community, meaning that additional land may be added to Vasari from time to time, as provided for in the Governing Documents referenced below. Purchaser understands and acknowledges that the Unit shall be subject to recorded covenants, conditions, and restrictions which establish and provide for the governance structure of the master planned community, including, without limitation, the community association documents applicable to Vasari.

## 29.  VASARI COUNTRY CLUB MASTER ASSOCIATION MEMBERSHIP:

Upon acquisition of title to the Unit, Purchaser shall automatically become a member of Vasari Country Club Master Association and shall be subject to the assessment obligations and other provisions set forth in the Declaration of Covenants, Conditions, Restrictions and Easements for Vasari Country Club (the "Declaration").

## 30.  MISCELLANEOUS PROVISIONS:

A.  Entire Agreement:

**All prior understandings are superseded by and merged into this Contract. No oral representations, advertising, promotional activities, maps, artists' renderings, conceptual presentations or otherwise, made by Seller or Seller's agents shall in any way be binding on Seller and will be of no force or effect unless expressly set forth in this Contract or set forth in the documents required to be furnished to Purchaser by a Developer pursuant to Section 718.503, Florida Statutes as to either the Condominium property or the Unit including, without limitation, the workmanship and materials. Purchaser represents that he has not relied on any verbal or written statements, published by or under the authority of Seller in any advertising or promotional matter including, but not limited to, brochures, newspapers, and radio or television advertising, but has based his decision to purchase on personal investigation, observation and review of the condominium documents. This paragraph shall survive the closing contemplated herein and the delivery of the Deed to Purchaser.**

B.  Contract not Recordable; Persons Bound; and Notice:

Neither this Contract nor any notice of it shall be recorded in any Public Records; to do so is a substantive breach of this Contract. Execution of this Contract shall not create any lien or lien right in favor of the Purchaser, the Purchaser hereby expressly waiving and relinquishing any such lien or lien rights. This Contract shall bind and inure to the benefit of the parties hereto and their successors in interest, heirs and assigns. Notice given by or to the attorney for either party shall be as effective as if given by or to that party.

CASSIA AT VASARI- PURCHASE CONTRACT
Page 9

Seller's Initials

Purchaser's Initials
_Ghll PD_

C. Invalidity:

In case any one or more of the provisions contained in this Contract shall, for any reason, be held to be invalid, illegal or unenforceable in any respect, the invalidity, illegality, or unenforceability shall not affect any other provision, and this Contract shall be construed as if such invalid, illegal or unenforceable provision had never been contained in this Contract.

D. Applicable Law:

This Contract and all documents executed pursuant to it shall be interpreted, construed, applied, and enforced in accordance with and governed by the laws of the State of Florida, regardless of where executed, delivered, performable or breached, or any suit or other proceeding involving this Contract is instituted or pending, or whether the laws of the State of Florida otherwise would apply the laws of another jurisdiction.

E. Captions:

Captions of the paragraphs and subparagraphs of this Contract are for the convenience of reference only, are not to be considered a part hereof and will not limit nor otherwise affect any of the terms hereof.

F. Amendments:

Neither this Contract nor any provision hereof may be changed, waived, discharged or terminated orally, but only by an instrument in writing signed by the party against whom enforcement of the change, waiver, discharge or termination is sought.

G. Indemnification:

Indemnify means that the indemnitor will defend, indemnify and hold the indemnitee harmless from and against any and all claims, demands, losses, liabilities including strict liability, damages, injuries, and expenses, including attorney's fees for attorneys of the indemnitee's choice, costs of any settlement or judgment and claims of any and every kind whatsoever paid, incurred or suffered by, or asserted against the indemnitee by any person or entity or governmental agency for, with respect to, or as a direct result of the subject matter of the indemnity. The scope of any indemnity includes any costs and expenses, including reasonable attorney fees, incurred in defending any indemnified claim, or in enforcing the indemnity or both. Any express indemnities contained in this Contract survive the closing of the transaction it contemplates.

H. Venue:

Purchaser waives any and all privileges and rights which it may have under Chapter 47, Florida Statutes, relating to venue, as it now exists or may hereafter be amended, and any comparable statute or administrative provision; and Purchaser further agrees that any legal action brought on this Contract shall be brought in the appropriate forum in Lee County, Florida.

I. No Liens:

Prior to closing, Purchaser shall not place nor allow any lien to be placed on the Unit.

J. Waiver:

The waiver of one or more defaults by any party to this Contract shall not be deemed a waiver of any subsequent default of that provision of this Contract or default under any other provision of this Contract. No waiver of the benefit of any provision of this Contract will be effective unless made in writing, signed by the party to be charged; and no such waiver is a waiver of any future event, unless it expressly so states.

K. Sales Activities:

Purchaser acknowledges that Seller or a company or other entity affiliated with Seller shall have the right to utilize all of the common elements of the Condominium, all Association property (including roadways and recreational facilities) and any models and/or sales office located or to be located in Vasari and/or the Condominium in connection with the sale or lease of dwelling units in this or in other projects or developments within or outside of Vasari. This paragraph shall survive the closing contemplated herein and the delivery of the Deed to the Purchaser.

CASSIA AT VASARI- PURCHASE CONTRACT
Page 10

Seller's Initials

Purchaser's Initials

L.   Purchaser Representations:

Purchaser acknowledges and agrees that the representations made to Seller hereunder are a material inducement to Seller to enter into this Contract and that such representations shall survive the closing.

M.   Counterparts:

This Contract may be executed simultaneously in two or more counterparts, each of which will be deemed an original, but all of which together will constitute one and the same instrument.

N.   Gender:

The use of the singular includes the plural, the use of the male includes female and neuter and vise versa.

O.   Facsimile:

A facsimile (FAX) signature will be deemed to be an original.   Offer and acceptance by facsimile is binding.

P.   Construction:

This Contract and all related documents, including without limitation the Deed, will not be construed more strongly against any party regardless of who was more responsible for its preparation.

Q.   COMMUNITY DISCLOSURE.

IF THE DISCLOSURE SUMMARY REQUIRED BY SECTION 720.401, FLORIDA STATUTES HAS NOT BEEN PROVIDED TO THE PROSPECTIVE PURCHASER BEFORE EXECUTING THIS CONTRACT FOR SALE, THIS CONTRACT IS VOIDABLE BY PURCHASER BY DELIVERING TO SELLER OR SELLER'S AGENT WRITTEN NOTICE OF THE PURCHASER'S INTENTION TO CANCEL WITHIN THREE (3) DAYS AFTER RECEIPT OF THE DISCLOSURE SUMMARY OR PRIOR TO CLOSING, WHICHEVER OCCURS FIRST. ANY PURPORTED WAIVER OF THIS VOIDABILITY RIGHT HAS NO EFFECT. BUYER'S RIGHT TO VOID THIS CONTRACT SHALL TERMINATE AT CLOSING.

R.   PROPERTY TAX DISCLOSURE SUMMARY.

BUYER SHOULD NOT RELY ON THE SELLER'S CURRENT PROPERTY TAXES AS THE AMOUNT OF PROPERTY TAXES THAT THE BUYER MAY BE OBLIGATED TO PAY IN THE YEAR SUBSEQUENT TO PURCHASE. A CHANGE OF OWNERSHIP OR PROPERTY IMPROVEMENTS TRIGGERS REASSESSMENTS OF THE PROPERTY THAT COULD RESULT IN HIGHER PROPERTY TAXES. IF YOU HAVE ANY QUESTIONS CONCERNING VALUATION, CONTACT THE COUNTY PROPERTY APPRAISER'S OFFICE FOR INFORMATION.

31.   **ACCEPTANCE:**

This Contract shall not become effective until Purchaser signs and delivers this Contract to Seller, and pays the Initial Deposit to Escrow Agent. This Contract shall not be considered approved and accepted by Seller until executed by Seller's authorized representative.

THIS AGREEMENT IS VOIDABLE BY BUYER BY DELIVERING WRITTEN NOTICE OF THE BUYER'S INTENTION TO CANCEL WITHIN FIFTEEN (15) DAYS AFTER THE DATE OF EXECUTION OF THIS AGREEMENT BY THE BUYER, AND RECEIPT BY BUYER OF ALL OF THE ITEMS REQUIRED TO BE DELIVERED TO HIM BY THE DEVELOPER UNDER SECTION 718.503, FLORIDA STATUTES. THIS AGREEMENT IS ALSO VOIDABLE BY BUYER BY DELIVERING WRITTEN NOTICE OF THE BUYER'S INTENTION TO CANCEL WITHIN FIFTEEN (15) DAYS AFTER THE DATE OF RECEIPT FROM THE DEVELOPER OF ANY AMENDMENT WHICH MATERIALLY ALTERS OR MODIFIES THE OFFERING IN A MANNER THAT IS ADVERSE TO THE BUYER. ANY PURPORTED WAIVER OF THESE VOIDABILITY RIGHTS SHALL BE OF NO EFFECT. BUYER MAY EXTEND THE TIME FOR CLOSING FOR A PERIOD OF NOT MORE THAN FIFTEEN (15) DAYS AFTER THE BUYER HAS RECEIVED ALL OF THE ITEMS REQUIRED.   BUYER'S RIGHT TO VOID THIS AGREEMENT SHALL TERMINATE AT CLOSING.

CASSIA AT VASARI- PURCHASE CONTRACT

Page 11

Seller's Initials

Purchaser's Initials

| | |
|---|---|
| THE VASARI COMMUNITY DEVELOPMENT DISTRICT MAY IMPOSE AND LEVY TAXES OR ASSESSMENTS, OR BOTH TAXES AND ASSESSMENTS, ON THIS PROPERTY. THESE TAXES AND ASSESSMENTS PAY THE CONSTRUCTION, OPERATION, AND MAINTENANCE COSTS OF CERTAIN PUBLIC FACILITIES AND SERVICES OF THE DISTRICT AND ARE SET ANNUALLY BY THE GOVERNING BOARD OF THE DISTRICT. THESE TAXES AND ASSESSMENTS ARE IN ADDITION TO COUNTY AND OTHER LOCAL GOVERNMENTAL TAXES AND ASSESSMENTS AND OTHER TAXES AND ASSESSMENTS PROVIDED FOR BY LAW. | ANY PAYMENT IN EXCESS OF 10% OF THE PURCHASE PRICE MADE TO DEVELOPER PRIOR TO CLOSING PURSUANT TO THIS CONTRACT MAY BE USED FOR CONSTRUCTION PURPOSES BY THE DEVELOPER. |

SELLER:
TAYLOR WOODROW COMMUNITIES
AT VASARI, L.L.C., a Florida limited liability
company

By:

Its:

8430 Enterprise Circle, Suite 100
Bradenton, Florida 34202
941-554-2000
941-554-3010 (FAX)

Date signed by Seller: **3·6·06**

PURCHASER(S):

_Margaılıcıı_

Date signed by Purchaser: C2/17/06

BROKER:

S V N REALTY
[Name of Company]
3757 Tamıamı TRAIL NORTH
NAPLES FL 34103
[Address]
CALLIE KITIS
Agent's Name

Seller's Initials                    Purchaser's Initials

## LIST OF EXHIBITS

| | |
|---|---|
| Exhibit "A" | Closing Costs Addendum |
| Exhibit "B" | Energy Performance Level Display Card |
| Exhibit "C" | Florida Building Energy Efficiency Rating System |
| Exhibit "D" | Community Disclosure Summary |
| Exhibit "E" | Affiliated Business Arrangement Notice |

CASSIA AT VASARI- PURCHASE CONTRACT
Page 13

Seller's Initials

Purchaser's Initials

EXHIBIT "A"
CASSIA AT VASARI, a condominium
RESIDENCE PURCHASE CONTRACT
CLOSING COSTS ADDENDUM

THIS ADDENDUM to the Cassia at Vasari, a Condominium Residence Purchase Contract (the "Contract") made between Taylor Woodrow Communities at Vasari, L.L.C., a Florida limited liability company ("Seller"), and _PATRICK DE NITTO + HEVGNULSON MAGGLTHGES_ ("Purchaser"), for the purchase of Unit 5-102, Cassia at Vasari, a condominium is hereby entered into and made a part of said Contract as if fully set forth therein.

## WITNESSETH:

1. In the event of any conflict between the terms and provisions of this Addendum and any terms and provisions of the Contract, the terms and provisions of this Addendum shall control. Capitalized terms which are employed in this Addendum without definition but which are defined in the Contract shall have the same meaning in this Addendum as in the Contract.

2. Closing Costs: Purchaser understands that, in addition to the payment of the purchase price and any other sums due under the Contract, Purchaser shall pay certain other fees or "closing costs" when Purchaser accepts title at closing. The closing costs to be paid by Purchaser and by Seller are as follows:

| | PURCHASER | SELLER |
|---|---|---|
| The balance of the purchase price, plus any unpaid extras (i.e., Change Orders) | X | |
| Owner's Title Policy (Minimum Promulgated Rate) | X | |
| Search Fee | | $50.00 ★ |
| Title Exam Fee | | $80.00 ★ |
| Closing Fee (Cash Transaction) | $100.00† | $100.00 ★ |
| Documentary Stamps on Deed (a tax of 70 cents on each $100 or fraction thereof of the purchase price) | X | |
| Recording Conveyance Documents ($10.00 for the initial page, plus $8.50 for each additional page) | X | |
| Any deposits, installation charges or hook-up fees for utilities | X | |
| Purchaser's own hazard and liability insurance | X | |
| Attorney's fees for Purchaser's attorney, if any | X | |
| Default interest, delayed closing charges or penalties, if any | X | |
| Express mail and courier charges | X | |
| The prorata share of the assessments for Cassia at Vasari Condominium Association, Inc., and the Vasari Country Club Master Association, Inc. (the "Club") (collectively, the "Associations") for the Unit attributable to the days during the quarter in which the closing occurs and during which Purchaser holds title to the Unit. | X | |
| An initial capital contribution assessment to the Vasari Country Club Master Association, Inc. This contribution shall be collected for the use and benefit of the Club as provided in the Club documents. | X | |
| Real estate taxes, benefit taxes and special assessments, operation and maintenance assessments and Vasari Community Development District assessments for the then-current year on the Unit shall be prorated as of the closing date. If the real estate tax bill for the Unit is not available at the time of Closing, such real estate taxes and assessments will be prorated in a manner reasonably determined by Seller and an adjustment thereof shall be made upon Purchaser's request within thirty (30) days of Purchaser's delivery of a copy of the actual bill to Seller. | X | |

★If Purchaser obtains title from a title agent other than the title agent designated by Seller pursuant to Section 4 of the Contract, Purchaser shall be financially responsible for title search, title exam and the closing fee, which fees may be in excess of the amounts shown hereon, and Seller shall have no obligation to pay any portion of those fees.

† Amounts shown may be higher if Purchaser uses a title agent other than the agent designated by Seller pursuant to Section 4 of the Contract.

Purchaser's Initials

Seller's Initials

IF PURCHASER OBTAINS A MORTGAGE, ADDITIONAL PURCHASER COSTS INCLUDE THE FOLLOWING:

| | PURCHASER | SELLER |
|---|---|---|
| Lender's title insurance policy, together with the title endorsements required by lender - Simultaneous issue rate of $25 plus $25 maximum per additional endorsement attached to loan policy (not including Florida Form 9 endorsement, which has a minimum charge of 10% of the owner and lender title policy premiums combined) | $150.00 † | |
| Additional Closing Fee (Financed Transaction) | $125.00 † | |
| Mortgage Intangible tax -- a one-time nonrecurring tax of 2 mills on each dollar of the just valuation of obligations for payment of money which are secured by mortgage, deed of trust, or other lien upon real property situated in the state of Florida. | X | |
| Mortgage Documentary Stamp tax – on mortgages or other evidences of indebtedness, a tax of 35 cents on each $100 or fraction thereof of the indebtedness | X | |
| Recording Lenders Documents ($6.00 for the initial page, plus $4.50 for each addtl. page) | X | |
| Application fee | X | |
| Appraisal fee | X | |
| Credit report fee | X | |
| Escrow for taxes and/or insurance | X | |
| Tax service fee | X | |
| Mortgage transfer or service fee | X | |
| Mortgage insurance | X | |
| Origination fee | X | |
| Underwriting fee | X | |
| Discount points | X | |
| Prepaid interest | X | |
| Flood insurance and certification fee, if required | X | |
| Termite inspection | X | |
| Photographs | X | |
| Courier and overnight mail charges | X | |
| Any other charges imposed by Purchaser's lender | X | |

Purchaser acknowledges that this Closing Costs Addendum was provided to Purchaser prior to Purchaser's execution of the Contract.

PURCHASER:

SELLER:
Taylor Woodrow Communities at Vasari, L.L.C.,
a Florida limited liability company

By: _____

As its Authorized Representative

DATE EXECUTED BY PURCHASER:
_____ 02|17 _____, 2006

DATE EXECUTED BY SELLER:
_____ 3.6.04 _____, 200_

† Amounts shown may be higher if Purchaser uses a title agent other than the agent designated by Seller pursuant to Section 4 of the Contract.



Purchaser's Initials
Seller's Initials

# CASSIA AT VASARI

**WIRING INSTRUCTIONS**

PLEASE PRESENT THESE INSTRUCTIONS TO YOUR BANK.

SunTrust Bank
Account Name: Taylor Woodrow at Vasari, L.L.C.
ABA# 061000104
**Deposit Account No. 0014000251070**
Purchaser (your name):_____
Your Address:_____
Your Telephone #:_____
File Name: Cassia at Vasari Unit #._____

**FOR YOUR ADDITIONAL DEPOSITS** (Remainder of the 10% deposit, or the additional 10% deposit)

SunTrust Bank
Account Name: Taylor Woodrow at Vasari, L.L.C.
ABA# 061000104
**Deposit Account No. 0014000251070**
Purchaser (your name): _Patrick DiNitto ₊ Hevanilson magalhaes_
Your Address: _18 Northwood Rd  middleton, mA 01949_
Your Telephone Number: _978-777-7195_
File Name: Cassia at Vasari Unit # _15-102_

---

**TO PAY BY CHECK:**

**Make check payable to SUNTRUST BANK**

PLEASE MAIL TO:
_11021 CORSIA TRIESTE WAY_
_NAPLES, FL 34135_

If you have any questions, please call us at (941) 554-2000

EXHIBIT "C"

# Congratulations on your decision to purchase a home.

As you know, there are a lot of factors to consider before signing on the dotted line. By now, you've probably checked out the location of the home you like the best. You know how much the seller wants, how many bedrooms there are, whether your dining room table will fit, where you'll park your car and lots of other important things.

You wouldn't buy a car without asking how many miles-per-gallon it gets, would you? So why would you even think of buying a house without knowing how much the power bills will be? That's why now is the perfect time to get an EnergyGauge® rating on the house.

Since 1994, there has been a voluntary statewide energy-efficiency rating system for homes in Florida. and prospective home buyers just like you all around the state are getting their homes rated before they make their purchase. There are several very important reasons why:

**Energy ratings give homebuyers a marketplace yardstick that measures the benefits of energy-efficiency improvements.** You get detailed estimates of how much your energy use will cost.

**Energy ratings give you clear and specific information that lets you compare similar homes on their energy use.** Two homes might look similar, but one may be efficient and comfortable and the other an energy-guzzler with a very uncomfortable interior.

- Maybe most important of all, the **national Home Energy Rating System (HERS) score on the energy rating can qualify you for a number of special mortgage programs that offer lower interest rates, lower closing costs, and other benefits.** More and more lenders are coming into Florida with money-saving packages for buyers of energy-efficient homes.

**Before buying your next home, hire a Certified Energy Rater to do a rating.**

Your builder or Realtor can help you find a Certified Rater in your area. After the rating, you'll get an easy-to-understand Energy Guide that estimates how much it will cost to pay for energy used in that home, and will allow you to look at a number of separate areas of energy use throughout the house.

For many years, buyers have had home inspectors look over a home before making their purchase. This is a great way to find out about potential house problems before you make your purchase. Smart homebuyers around the country are now also asking for a home energy rating to look specifically at the energy-users in a home and determine their efficiency. Because energy costs can often equal house payments, the relatively small cost of a home energy rating can easily be offset by many years of lower energy payments.

---

DCA Codes & Standards, VA-estar
456 Example Way, Res FRE737
Central Black, FL 32805

Projected Rating Based on Improvements
Field Performance Test Required for Rating Confirmation

Class 1 Rating
Registration No. 0
Climate: Central Florida

# FLORIDA BUILDING ENERGY RATING GUIDE

Best
$381

Worst
$2229

18 MBtu
▲ Improved Home¹
◇ HERS Reference Home¹
Savings = $388

30 MBtu
$735

109 MBtu
$2229

Cost basis:
Central Default
Central Default
Statewide Prices

Electric Rate $0.082 /kWh
Gas Rate $1.077 /Therm
Oil: $1.50/gal   LP Gas: $1.75/gal

As compared with other 1500 square foot, 3 bedroom homes without pool pumps.
This Improved Home Qualifies for EPA's Energy Star Label²
This Improved Home Qualifies for an Energy Efficient Mortgage (EEM)

| | Improved | Reference |
|---|---|---|
| Cooling | | $176 |
| Heating | $95 | $74 |
| Hot Water | $56 | $190 |
| Rating | $42 | $128 |
| Dryer | $42 | $128 |
| Stove | $32 | $50 |
| Lighting | $150 | $122 |
| Misc | $123 / $136 | $338 |
| Pool | | |

HERS Score³
Reference: 80   ★★★★
Improved: 90   ★★★★★

I.M. Certified
Certified Rater

Signature _____  Date _____
I.D. Number 000000

This notice is provided to you by an individual certified by the Florida Department of Community Affairs to perform a building energy rating evaluation. Any questions concerning a complaint regarding the person or Agency performing the service may be directed to the Florida Department of Community Affairs, Building Energy Rating System Program, 2555 Shumard Oak Boulevard, Tallahassee, Florida, 32399-2100, (850) 487-1824.

NOTES:
¹ The HERS Reference Home is constructed to comply with the 1997 CABO Model Energy Code (MEC) at a HERS score of 80 or greater.
² The home builder must have a signed Memorandum of Understanding with EPA, let an Energy Star home be rated.
³ Home Energy Rating System (HERS) Score calculated in accordance with national HERS Guideline rating method.

Form 11B

EnergyGauge® (Version: FLRFPA-2.02)

Page 1/2

You're already familiar with the miles-per-gallon stickers on new automobiles, and the yellow EnergyGuide labels on home appliances. Shoppers use this uniformity to figure out how much that car or appliance is really going to cost them. This information gives the buyer a good estimate of what it will cost to operate that car or use that appliance, over and above the purchase price. A car or product that is cheaper to buy can often be more expensive to operate, so this information can be very important to assure that you make the best purchase decision.

## Here's how the Florida EnergyGauge program works.

After the rating, you'll get an easy-to-read form like the one on the inside page. The Rating Guide has a scale that allows you to compare the specific home you're looking at with the most efficient and the least-efficient homes of the same size with the same number of bedrooms available in your part of the state today. And in addition to this overall estimate of energy use and comparisons, you get a detailed breakdown on the energy costs of the home's air-conditioning, space heating, water heating, refrigerator, clothes dryer, cooking costs, lighting, pool pumping and other miscellaneous equipment.

One of the keys to the success of this program is the uniformity of ratings, made possible by the use of the **EnergyGauge®** software developed by the Florida Solar Energy Center. It has been specially designed to let Raters input the key data on the home and obtain accurate information for comparison purposes. A unique optimization feature even lets Raters determine what energy-efficiency features can be added to the home to maximize cost-savings and comfort-improvement.

## So how can a home energy rating help you reduce your energy use and save money?

That's easy. While the design and construction of your home and the efficiency of its appliances and equipment control the most significant portion of its energy use, occupant life-style will still have a big effect on exactly how much energy gets used. Your comfort preferences and personal habits - the level at which you set the thermostat, whether or not you turn off lights and fans when leaving a room, how much natural ventilation you use, and other factors - all will affect your home's actual monthly energy use.

## The Ratings program in Florida closely parallels national activities.

The U.S. Department of Energy has been working to set national standards for Home Energy Rating Systems, and Florida's system surpasses these standards. The Florida Building Energy Rating Guide provides a HERS score for the home. This national score enables homes to qualify for national mortgage financing options requiring a HERS score. This score is computed in accordance with proposed national guidelines, considering the heating, cooling, and hot water energy uses. HERS awards stars to the rating.

## Tell your Realtor or builder that you want to get the home rated before you buy it.

They can give you the names of Raters in your area. Additional information on the program is available from the Energy Gauge Program Office at 321-638-1492, or visit our website at www.fsec.ucf.edu.

## Who does Energy Ratings?

It is important to note that only State Certified Raters are allowed to perform ratings. These Raters have undergone rigorous training programs and have passed the required challenge exams. They are also required to undergo continuing education classes and further exams to keep their certifications current. An on-going quality control program also watches over their Ratings and their work. All their Ratings are submitted to a central Registry that checks them for accuracy and compiles generic building data.

## Energy Ratings in Florida

The Florida Building Energy-Efficiency Rating Act (Florida Statute 553.990) was passed by the State Legislature in 1993 and amended in 1994. It established a voluntary statewide energy-efficiency rating system for homes. The Rating System has been adopted by DCA Rule 9B-60.



The Florida Energy Gauge

**The Florida Energy Gauge Program**
*Florida's Building Energy Rating System*
1679 Clearlake Road
Cocoa, Florida 32922-5703
321-638-1492
Fax: 321-638-1010
E-Mail: EnGauge@fsec.ucf.edu
Website: www.fsec.ucf.edu

# Thinking About Buying a Home?

# Get An EnergyGauge® Rating!

## Consider the Benefits:

- More Home for Less Money
- Improved Mortgage Options
- Enhanced Indoor Comfort
- Superior Energy-Efficiency
- More Environmental Sustainability
- Tested Quality Construction
- Greater Resale Value



EXHIBIT "D"
**COMMUNITY DISCLOSURE SUMMARY**
**VASARI**

1.  AS A PURCHASER OF PROPERTY IN THIS COMMUNITY, YOU WILL BE OBLIGATED TO BE A MEMBER OF A HOMEOWNERS' ASSOCIATION.

2.  THERE HAVE BEEN OR WILL BE RECORDED RESTRICTIVE COVENANTS GOVERNING THE USE AND OCCUPANCY OF PROPERTIES IN THE COMMUNITY.

3.  YOU WILL BE OBLIGATED TO PAY ASSESSMENTS TO THE ASSOCIATION. ASSESSMENTS MAY BE SUBJECT TO PERIODIC CHANGE.     IF APPLICABLE, THE CURRENT AMOUNT IS $3,880.00 PER YEAR.  YOU WILL ALSO BE OBLIGATED TO PAY ANY SPECIAL ASSESSMENTS IMPOSED BY THE ASSOCIATION.  SUCH SPECIAL ASSESSMENTS MAY BE SUBJECT TO CHANGE. IF APPLICABLE, THE CURRENT AMOUNT IS $ N/A PER  N/A .

4.  YOU MAY BE OBLIGATED TO PAY SPECIAL ASSESSMENTS TO THE RESPECTIVE MUNICIPALITY, COUNTY, OR SPECIAL DISTRICT.    ALL ASSESSMENTS ARE SUBJECT TO PERIODIC CHANGE.

5.  YOUR FAILURE TO PAY SPECIAL ASSESSMENTS OR ASSESSMENTS LEVIED BY A MANDATORY HOMEOWNERS' ASSOCIATION COULD RESULT IN A LIEN ON YOUR PROPERTY.

6.  THERE MAY BE AN OBLIGATION TO PAY RENT OR LAND USE FEES FOR RECREATIONAL OR OTHER COMMONLY USED FACILITIES AS AN OBLIGATION OF MEMBERSHIP IN THE HOMEOWNERS' ASSOCIATION. IF APPLICABLE, THE CURRENT AMOUNT IS $ N/A PER  N/A .

7.  THE DEVELOPER MAY HAVE THE RIGHT TO AMEND THE RESTRICTIVE COVENANTS WITHOUT THE APPROVAL OF THE ASSOCIATION MEMBERSHIP, OR THE APPROVAL OF THE PARCEL OWNERS.

8.  THE STATEMENTS CONTAINED IN THIS DISCLOSURE FORM ARE ONLY SUMMARY IN NATURE, AND, AS A PROSPECTIVE PURCHASER, YOU SHOULD REFER TO THE COVENANTS AND THE ASSOCIATION GOVERNING DOCUMENTS BEFORE PURCHASING PROPERTY.

9.  THESE DOCUMENTS ARE EITHER MATTERS OF PUBLIC RECORD AND CAN BE OBTAINED FROM THE RECORD OFFICE IN THE COUNTY WHERE THE PROPERTY IS LOCATED, OR ARE NOT RECORDED AND CAN BE OBTAINED FROM THE DEVELOPER.

Buyer's Signature
Patrick DiNitto
Buyer's Printed name
_Jacqueline_
Buyer's Signature
Hexanilson d Magulmes
Buyer's Printed name

Date:  02/17/06

Affiliated Business Arrangement
Notice

To: *PATRICK DiNitto & HEVANSON NAGAIHAS* Property: Unit /62, Bldg. /5 , CASSIA AT VASARI
From: TAYLOR WOODROW COMMUNITIES AT VASARI, LLC       Date: 2-14-06

This is to give you notice that TAYLOR WOODROW COMMUNITIES AT VASARI, LLC has a business relationship with TAYLOR WOODROW MORTGAGE. TAYLOR WOODROW COMMUNITIES AT VASARI, LLC is an indirect wholly owned subsidiary of TAYLOR WOODROW, INC., which indirectly holds a 49.9% ownership interest in TAYLOR WOODROW MORTGAGE. Because of this relationship, this referral may provide TAYLOR WOODROW COMMUNITIES AT VASARI, LLC a financial or other benefit.

Set forth below is the estimated charge or range of charges for the settlement services listed. You are NOT required to use the listed provider(s) as a condition for purchase of the subject property. THERE ARE FREQUENTLY OTHER SETTLEMENT SERVICE PROVIDERS AVAILABLE WITH SIMILAR SERVICES. YOU ARE FREE TO SHOP AROUND TO DETERMINE THAT YOU ARE RECEIVING THE BEST SERVICES AND THE BEST RATE FOR THESE SERVICES.

TAYLOR WOODROW MORTGAGE for Mortgage Loan Services:

| Mortgage Lending | O up to 1% of the loan amount* |
| Processing Fee | $695 |
| Underwriting Fee | $0 |

*Specific charges are dependent upon a variety of factors including interest rate, size of loan, amount of down payment and whether the loan is guaranteed or insured under a government program

### ACKNOWLEDGMENT

I/we have read this disclosure form, and understand that TAYLOR WOODROW COMMUNITIES AT VASARI, LLC is referring me/us to purchase the above-described settlement service(s) and may receive a financial or other benefit as the result of this referral.

Signature

LGL6048.cassiaA                12/20/04

Affiliated Business Arrangement
Notice

To: PATRICK DiNito + Hevanylson Magalhaes
Property: Unit /0-, Bldg. / 5 , CASSIA AT VASARI, a Condominium
From: TAYLOR WOODROW COMMUNITIES AT VASARI, LLC        Date:  2 - /4 - 0 6

This is to give you notice that TAYLOR WOODROW COMMUNITIES AT VASARI, LLC
("Taylor Woodrow") has a business relationship with Total Florida Title, Inc. ("Total Florida").
Taylor Woodrow is an indirect wholly-owned subsidiary of Taylor Woodrow Homes Florida, Inc.,
which owns Total Florida.   Because of this relationship, this referral may provide Taylor
Woodrow a financial or other benefit.

Set forth below is the estimated charge or range of charges for the settlement services
listed. You are NOT required to use Total Florida as a condition for purchase of the subject
property. THERE ARE FREQUENTLY OTHER SETTLEMENT SERVICE PROVIDERS
AVAILABLE WITH SIMILAR SERVICES.   YOU ARE FREE TO SHOP AROUND TO
DETERMINE THAT YOU ARE RECEIVING THE BEST SERVICES AND THE BEST RATE
FOR THESE SERVICES.

Total Florida Estimated Fees and Charges:

| | |
|---|---|
| Title Search Fee | $50-$60 |
| Title Exam Fee | $50 |
| Title Insurance Premium Fee | [Minimum Promulgated Rate] |
| Mortgagee Title Insurance (Simultaneous Issue) | $150-$250 |
| Endorsements | [Minimum Promulgated Rate] |
| Closing Fee (Cash Transaction) | $100-$200 |
| Additional Closing Fee (Financed Transaction) | $125-$275 |
| Courier/Mailing Fees | $95 |

## ACKNOWLEDGMENT

I/we have read this disclosure form, and understand that Taylor Woodrow is referring me/us to
purchase the above-described settlement service(s) and may receive a financial or other benefit
as the result of this referral.

Magalhaes

Signature

NOTICE OF ESCROW DEPOSIT

Date: _2/14/06_

TO:   SunTrust Bank-Corporate Trust
      Miami Office 777 Brickell Avenue
      Miami, Florida 33131

Re:   Purchase of Building # _15_ , Unit # _102_ , Plan Type: _Dolce_ _____ CASSIA AT
VASARI, A CONDOMINIUM to be developed in Lee County, Florida

      Gentlemen:

The undersigned purchaser(s) hereby notify you that they have entered into a Residence Purchase Contract of
the above condominium unit and deliver herewith a deposit of $_35,090_ in accordance with said
Contract, an executed copy of which is attached to this notice.

      Name of Purchaser(s) - PLEASE PRINT

      _PATRICK D. NITTO_

      _HEGALHAES MAGALHAES_

      Signature of Purchaser: _____         _Magalhaes f_

      Social Security Number:* _018 34 7048_         _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_

      Mailing Address: _18 NORTHWOOD RD_
                  _MIDDLETON, MA 01949_


      *If Purchaser is not a
      Natural Person, provide
      Federal Tax Id. number:


RECEIPT FOR ESCROW DEPOSIT

      Escrow Agent hereby acknowledges receipt of the above deposit, to be held pursuant to the
requirements of Section 718.202, Florida Statutes, subject to clearance of funds.

                  SunTrust Bank -Corporate Trust

Date of Receipt:

_____         By:_____
                  Printed Name:_____

## FREQUENTLY ASKED QUESTIONS AND ANSWERS SHEET

Cassia at Vasari Condominium Association, Inc.                              As of June, 2005

Q:   What are my voting rights in the condominium association?
A:   The owner of each unit has one indivisible vote which may be cast in all matters which require a vote of the
     owners.  Voting rights and procedures are described in Section 2 of the Bylaws of the Association.

Q:   What restrictions on my right to use my unit exist in the condominium documents?
A:   Each unit is restricted to residential single-family use.  Additional restrictions on unit use are found in
     Section 12 of the Declaration of Condominium.

Q:   What restrictions on the leasing of my unit exist in the condominium documents?
A:   Prior approval by the Association of all leases is required.  Units may not be leased for a period of less than
     thirty (30) consecutive days or more often than six (6) times per year.  Other leasing restrictions are found
     in Section 13 of the Declaration of Condominium.

Q:   How much are my assessments to the condominium association for my unit type and when are they
     due?
A:   Regular assessments based on the Association's annual budget are payable quarterly, in advance, due on the
     first day of January, April, July and October.  The 2005 assessment is $820.00 per quarter ($273.33 per
     month).  The Developer will vote to waive reserves for the first two fiscal years of operation of the
     association beginning with the year in which the Declaration of Condominium is recorded or until turnover,
     whichever occurs first.

Q:   Do I have to be a member in any other association?  If so, what is the name of the association and
     what are my voting rights in this association?  Also, how much are my assessments?
A.   Each unit owner is required to be a member of the Vasari Country Club Master Association, Inc. (the
     "Club").  Each unit owner has one vote in the Club affairs which are cast as provided in the Club
     Documents.  The assessments and annual fees levied against each unit for 2005 are estimated at
     $3,880.00 and are paid directly to the Club.  Please refer to the Club Documents.

Q:   Am I required to pay rent or land use fees for recreational or other commonly used facilities?  If
     so, how much am I obligated to pay annually?
A:   No.

Q:   Is the condominium association or other mandatory membership association involved in any
     court cases in which it may face liability in excess of $100,000?  If so, identify each case.
A:   No.

## NOTE: THE STATEMENTS CONTAINED HEREIN ARE ONLY SUMMARY IN NATURE.  A PROSPECTIVE PURCHASER SHOULD REFER TO ALL REFERENCES, EXHIBITS HERETO, THE SALES CONTRACT, AND THE CONDOMINIUM DOCUMENTS.

                    CASSIA AT VASARI "Q&A" SHEET
                                       EXHIBIT "L"

**RECEIPT FOR CONDOMINIUM DOCUMENTS**

The undersigned acknowledges that the documents checked below have been received or, as to plans and specifications, made available for inspection.

Name of Condominium:    **Cassia at Vasari**

Address of Condominium:    [to be submitted as an amendment]

Lee County, Florida

Place a check in the column by each document received or, for the plans and specifications, made available for inspection. If an item does not apply, place "N/A" in the column.

| DOCUMENT | RECEIVED |
|---|---|
| Prospectus Text | X |
| Declaration of Condominium | X |
| Articles of Incorporation | X |
| By-Laws | X |
| Estimated Operating Budget | X |
| Form of Agreement for Sale or Lease | X |
| Rules and Regulations | X |
| Covenants and Restrictions of Master Association | X |
| Ground Lease | N/A |
| Management and Maintenance Contracts for More than One Year | N/A |
| Renewable Management Contracts | N/A |
| Lease of Recreational and Other Facilities to be Used Exclusively by Unit Owners of Subject Condominiums | N/A |
| Form of Unit Lease if a Leasehold | N/A |
| Declaration of Servitude | N/A |
| Sales Brochures | X |
| Phase Development Description (see '718.503(2)(k) and 504(14)) | N/A |
| Lease of Recreational and Other Facilities to be Used by Unit Owners with Other Condominiums (See '718.503(2)(h)) | N/A |
| Description of Management for Single Management of Multiple Condominiums (See '718.503(2)(k)) | N/A |
| Conversion Inspection Report | N/A |
| Conversion Termite Inspection Report | N/A |
| Plot Plan | X |

Receipt for Condominium Documents                                                                    Page 1

| | |
|---|---|
| Floor Plan | X |
| Survey of Land and Graphic Description of Improvements | X |
| Membership Golf Club Membership Plan | N/A |
| Golf Club Membership Agreement | N/A |
| Executed Escrow Agreement | X |
| Phase Development Descriptions | N/A |
| Evidence of Developer's Ownership, Leasehold or Contractual Interest in the Land Upon Which the Condominium is to be Developed | X |
| Description of Management for Single Management of Multiple Condominiums | N/A |
| Frequently Asked Questions and Answers Sheet | X |
| Financial Information | N/A |
| State or Local Acceptance/Approval of Dock or Marina Facilities | N/A |
| Alternative Media Disclosure Statement | N/A |
| **MADE AVAILABLE** | |
| Plans and Specifications | X |

THE PURCHASE AGREEMENT IS VOIDABLE BY BUYER BY DELIVERING WRITTEN NOTICE OF THE BUYER'S INTENTION TO CANCEL WITHIN 15 DAYS AFTER THE DATE OF EXECUTION OF THE PURCHASE AGREEMENT BY THE BUYER AND RECEIPT BY THE BUYER OF ALL OF THE DOCUMENTS REQUIRED TO BE DELIVERED TO HIM BY THE DEVELOPER. THE AGREEMENT IS ALSO VOIDABLE BY THE BUYER BY DELIVERING WRITTEN NOTICE OF THE BUYER'S INTENTION TO CANCEL WITHIN 15 DAYS AFTER THE DATE OF RECEIPT FROM THE DEVELOPER OF ANY AMENDMENT WHICH MATERIALLY ALTERS OR MODIFIES THE OFFERING IN A MANNER THAT IS ADVERSE TO THE BUYER. ANY PURPORTED WAIVER OF THESE VOIDABILITY RIGHTS SHALL BE OF NO EFFECT. BUYER MAY EXTEND THE TIME FOR CLOSING FOR A PERIOD OF NOT MORE THAN 15 DAYS AFTER THE BUYER HAS RECEIVED ALL OF THE DOCUMENTS REQUIRED. BUYER'S RIGHT TO VOID THE PURCHASE AGREEMENT SHALL TERMINATE AT CLOSING.

Executed this 17 day of Feb, 2006

_____
Purchaser or Lessee

_____
Purchaser or Lessee

Receipt for Condominium Documents                                    Page 2



**TAYLOR WOODROW COMMUNITIES**
**STANDARD FEATURES & SPECIFICATIONS**
**CASSIA at VASARI COUNTRY CLUB**
**November 29, 2005**
**Page 1 of 6**

---

A.  The **DOLCE** plan is a first floor residence (grand room and dining room) with a total of 2034 square feet of living area including two bedrooms, a den and 2 baths

B.  Garage to be a total of 460 square feet.

C.  Covered entry and rear covered patio to be a total of 290 square feet.

D.  Purchase price includes the following items:

## FOUNDATION
Compacted Fill
Underslab and perimeter soil treatment for subterranean termites

## STRUCTURAL DESIGN PARAMETERS
Structure has been designed in accordance with new 2001 Florida Building Code.
Design is per American Society of Civil Engineers ASCE standard (ASCE 7-98)
Minimum Design Loads for Buildings and other Structures.

The design parameters are:
Design:            Partially enclosed structure (per 6.0)
Wind Speed:        130 MPH, 3 second gusts (per figure 6-16)

Exposure:          Exposure B (per 6.5.6.2)
                   Category II (per Table 1-1)
Importance Factor: 1.00 (per Table 6-1)
Wind directionality Factor: Kd = 0.85 (if Kd = 1.00, multiply above by 1.18)  (per Table 6-6)

**Window protection or impact resistant glass is not required but the structure will resist the positive and negative pressure placed on the structure by wind loads associated with design parameters.**

## EXTERIOR FINISHES
(Steel joist Engineered Hambro™ floor system with 4" nominal concrete slab with wire mesh)
Reinforced concrete block with steel reinforced bond beam and lintels
Wood engineered roof trusses with 5/12 pitch
Frame knee walls anchored and reinforced as per code
Concrete roof tile
15/32" four-ply roof sheathing
Fascia to be roughsawn spruce 2" x 8" with 1" x 4" drip edge
30# felt dry-in
90# mineral roll roofing with hot mop application
Direct deck screw application of roof tile with 3" lap on roof tile
Off-ridge roof vents
Stucco vented soffit with crown moulding detail on front elevation
Stucco finish on exterior walls, porch and lanai ceilings
Sherwin Williams Loxon masonry sealer and Suncoast exterior acrylic flat paint on exterior walls
Sherwin Williams Suncoast exterior acrylic enamel paint on exterior trim, banding & doors
Entry Doors to be Therma-tru or equal 3' x 8' one-lite fiberglass w/wood-grain texture
Rear covered lanai with bronze screen enclosure and 3'0" screen door on first floor units

**THE FIRST FLOOR CEILING ASSEMBY FROM THE UNDERSIDE OF THE DRYWALL TO THE TOP OF THE CONCRETE ON THE SECOND FLOOR IS A UL 1 HR FIRE RATED ASSEMBLY.**

**AS SUCH, NO PENETRATIONS ARE ALLOWED IN THIS ASSEMBLY AFTER CLOSING WITHOUT REVIEWS BY PROFESSIONAL ENGINEER.**



FEATURES & SPECIFICATIONS (DOLCE MODEL)                    11/29/05
PAGE 2 OF 6

## WINDOWS AND DOORS

8' high white aluminum frame, clear sliding glass doors (no screen door)
White aluminum frame single hung windows with tinted glass and screens
Colonial windows on front elevation only
16' wide by 8' high paneled metal garage door with exterior keypad
Caulking on all exterior doors and windows

## INSULATION

Metal frame wall between storage area and home and all exterior frame walls to
have R-11 batt insulation
Exterior masonry wall to have R-4.1 Al-foil insulation
3-1/2" R-11 batt insulation on metal frame walls between bathroom and utility room
plumbing walls and main living areas
1-1/2" R-3 batt insulation on masonry common wall between units

## INTERIOR WALLS AND CEILINGS

NO CHANGES TO ANY
INTERIOR WALLS
WITH PLUMBING
LINES, ELECTRICAL
CONDUIT, AND/OR
MECHANICAL LINES
WILL BE ALLOWED

* 9'-4" volume ceilings
* 8'-8" ceiling in foyer
1/2" drywall on all walls with skip trowel finish
Ceilings to be ½" ceiling board drywall with skip trowel finish
Durarock board on perimeter of shower in master bath and in Bath #2
tub to 8'-0" above floor
Interior non-bearing wall to be fabricated with 2" x 4", 26 gauge metal studs, 16" on
center. 1" x 2" pressure treated furring strips on masonry walls at 16" on center
(16" on center in tub/shower areas)
1" x 4" pressure treated furring above exterior doors and windows extending 1 foot
beyond openings for drapery blocking
Wood blocking for cabinetry and accessibility requirements
Pest defense system

## INTERIOR FINISHES

Sherwin Williams Builder Finest washable latex interior paint on walls (two colors
from Taylor Woodrow Whites & Lights chart)
Sherwin Williams Master Hide paint on interior ceilings
Sherwin Williams Pro Classic interior latex enamel paint on doors and trim (same
color as ceilings)
Walls in baths may be specified by purchasers, to be unfinished with latex paint for
wallpaper installation
Garage floor painted Cantilever Tan
Garage walls to be finished with textured finish stucco and/or drywall over framed
walls  and ceilings
5-1/4"  #5180 (or equal) finger joint base moulding in all rooms
3-1/4" #445 (or equal) finger joint casing around doors
Colonial 8' high solid core interior doors
6'-8" flush steel fire-rated prehung door from garage to utility and garage to storage
area
Kwikset Delta interior antique brass lever hardware throughout with deadbolts on
all exterior doors
Kwikset antique brass handle with deadbolt on exterior and front entry doors,
interior and exterior hinges to be painted
Standard 12" vinyl shelving in all Bedroom closets (Master closets have double
hanging shelves on two side walls, single shelf on back wall, tight mesh vinyl
shelving in pantry, linen vinyl shelving in linen closet and bedroom #2 standard 12"
vinyl shelving **(Note: storage closet does not come with shelving)**
Bath wall tile will be approximately 8' above floor – No larger than specified below
laid straight from the following selections
Available selections from Taylor Woodrow: Bellini 8"x10" **laid straight**
Shower floors available in Appalachian 4"x4" or Roma 4"x4" with raised curb in
shower
Ceramic bathroom accessories; soap dish, in tub/shower and shower areas **(towel
bars and paper holders not included)**
Shower enclosure with chrome frame in Master Bath

Initials: Buyers: _VW̶ PD_     Sellers

**\* Measurements may vary**

FEATURES & SPECIFICATIONS (DOLCE MODEL)                    11/29/05
PAGE 3 OF 6

## INTERIOR FINISHES [CONT'D]

    60" high mirrors in master bath, bath #2
    Grey Marble window sills on all operative windows
    Medicine cabinets are excluded from standard features

## ELECTRICAL

    Minimum 125-amp service (for 1st floor residences) with circuit breakers
    (switches and receptacles white only), or as per electrical calculations
    Minimum 150-amp service (for 2nd floor residences) with circuit breakers
    (switches and receptacles white only), or as per electrical calculations
    Interior copper wiring throughout
    Recessed lights supplied with white baffle trims and standard incandescent bulbs
    on interior lighting
    White Decora light switches and standard receptacles
    Two (2) exterior weatherproof electrical wall outlets (one on lanai, one at front
    entry)
    Garage door opener with interior wall console switch, exterior door keypad and two
    transmitters programmed to allow gate access
    Pre-wired for ceiling fans in grand room, den, lanai, bonus room and all bedrooms
    Pre-wired for ceiling fixtures in nook, dining room, foyer, master bath ceiling, and
    gallery (fixtures and installation not included)
    Pre-wired for wall fixture over powder bath pedestal in powder room wall (fixtures
    and installation not included)
    Fluorescent lighting in walk-in closets, pantry, garage and utility room
    Cast aluminum exterior coach lights at garage and front door locations controlled
    by house panel
    Interconnected electric smoke detectors with battery back-up (per code)
    No floor outlets are standard

## STRUCTURED WIRING/SECURITY

    Structured wiring distribution center with cover includes basic TV and video
    module (9TV and 6 video)
    Pre-wired with trimmed outlet of RG6 quad shield cable in grand room, den, and all
    bedrooms
    Pre-wired with trimmed outlet of CAT5E phone line in kitchen, den, and all
    bedrooms
    Pre-wire only without trim of RG6 quad shield cable to standard trimmed phone
    locations
    Pre-wire only without trim of CAT5E phone line to standard trimmed cable
    locations
    Additional pre-wire only without trim of CAT5E phone line and RG6 quad shield
    cable to grand room cable location.
    Security System with door and window contacts (monitoring by owner)

## PLUMBING - (All Bath Faucets will be chrome; fixtures will be white)

### Master Bath

    Sterling Windham white, elongated water closet with seat #402215
    Two Moen Villeta chrome faucets #L4720
    Moen Villeta chrome roman tub #TL940
    Moen Villeta chrome shower faucet #TL2302
    Clarke Concentra II white drop-in acrylic tub

### Bath 2

    Sterling Windham white, elongated water closet with seat #402215
    Sterling Vikrell white bathtub
    Moen Villeta chrome tub/shower faucet #TL2303
    Moen Villeta chrome faucet #L4720

### Kitchen

    Moen Extensa 7560 white integral sprayer faucet
    Clark Britannia equal double bowl white sink
    GE CFC720F ¾ H.P. disposal

### Misc. Plumbing

    Plumbing system with PEX™ piping
    Energy-efficient 60-gallon water heater
    All waste lines in schedule 40 PVC
    Icemaker supply line from Kitchen sink location
    Pressure regulating shower valves
    Mustee #10 fiberglass drop-in laundry tub with chrome faucet

> NO
> MODIFICATIONS
> TO PLUMBING
> DESIGN WILL
> BE ALLOWED
> (i.e.: location of
> supply and
> venting)

Initials: Buyers:_____ Sellers:_____

FEATURES & SPECIFICATIONS (DOLCE MODEL)                    11/29/05
PAGE 4 OF 6
## HEATING AND AIR CONDITIONING

12 SEER (Seasonal Energy Efficient Rating) Energy efficient Carrier split air conditioning system with handler located in ceiling cavity above master bath, accessible from access door in utility room

Exterior venting for dryer

Air supply ducts in each interior room including walk-in closets and baths

Separate ducted air return for master suite, den, bedroom #2 and bonus room.

Bath fans with separate switch in all bathrooms vented to exterior

Digital thermostat at no more than 48" above finished floor

## APPLIANCES - (General Electric Profile)

| | |
|---|---|
| GSS23WG | 22.6 c.f. Side-By-Side Refrigerator with Water & Ice Dispenser |
| JBP80TH | 30" Free-Standing Electric Glass Top Range with Self-Cleaning Oven |
| JVM1631WK | Spacemaker Microwave (non-vented, re-circulating) |
| GLD4200L | Quiet Power Dishwasher |
| WCSR4170D | Super Capacity Plus Washer |
| DBXR463ED | Extra-Large Capacity Dryer |

Kitchen appliances are available in white, bisque or black. Upgrade to stainless steel available at additional cost. Laundry appliances are available in White and Bisque.

## CABINETS & COUNTERTOPS:

| Product Construction/ Feature Chart | Standard Cabinets in Kitchen & Baths |
|---|---|
| Type | Hanley or Belmont - Maple |
| Colors / Finishes | Pearl, Muslin, Natural, Honey Spice, Toffee & Chestnut |
| End Panels | 1/2" engineered wood |
| Wall Top & Bottom | 1/2" engineered wood |
| Base Bottoms | 1/2" engineered wood |
| Base Backs | 3/8" engineered wood |
| Shelves (Walls) | 3/4" engineered wood with vinyl edge banding; full depth and adjustable |
| Shelves (Base) | 3/4" engineered wood with vinyl edge banding; full depth and adjustable |
| Interior Finish | Viraguard |
| Hinge | Self-closing, concealed wrap-around hinge with multiple adjustments |
| Toe Kick | 1/2" engineered wood |
| Drawer Box | 3/4" hardwood, 4-sided dovetail drawer box with 3/16" plywood floor |
| Drawer Guide | DuraGlide Plus ball bearing action undermount |
| Doors | Solid maple door frame with raised panel or recessed panel; half overlay |
| Drawer Face | Flat panel maple with profile edge |
| | Upgrade wood cabinets will have the same construction but will have varied door and drawer styles, features and may be available in cherry. |

### Kitchen
The upper cabinets will be raised or recessed panel, 42" high. Countertop will be Corian® solid surface (available in Glacier White or Bisque) and S-1 edge treatment.

### Master Bath and Bath #2
Both baths on the 1st floor will have a cabinet height (including 1½" Corian® Glacier White top with S-1 edge treatment) of 35" if wood is chosen and 32" if Thermafoil is chosen. Both 2nd floor bath cabinet heights (including 1½" Corian® Glacier White top with S-1 edge treatment) will be 35".

A choice of standard Cabinet hardware selections

Initials: Buyers: _____ PD     Sellers: _____

FEATURES & SPECIFICATIONS (DOLCE MODEL)                    11/29/05
PAGE 5 OF 6
**Manufacturer's Product Disclaimer for Wood Cabinetry - Characteristics of Wood Finishes**

Wood is a product of nature. Wood from each tree varies in grain, pattern density and color. The effect of nature's original beauty on the final color is considered to be the distinctive character so highly sought after for generations. Color match and grain variations will vary because of these materials characteristics and are not be considered as defects.

Color variations due to minerals and acids from the salt in which the tree was grown will enhance the various components used and will emphasize the different colors with each individual component.
Finishes that enhance these effects on natural wood:

> White translucent finishes mask the full range of colors from various grains found naturally in many wood species. It provides a slight antique touch.

> Pearl finishes are more dense white finishes on wood that softens the grain effect but allows the wood natural color variations to be pronounced throughout its construction. It produces a slightly pinkish tone.

> Natural and Light finishes are slightly toned stain to bring out the various grain characteristics of natural wood.

**We call your attention to these characteristics because the effects presented in your home may be different from that you visualize from a display or sample cabinet. Your design, lighting and the natural wood used will produce a personally developed beauty and will not be considered reasons for replacement or as defects in material and workmanship.**

## UTILITY ROOM
Standard Utility Room Cabinets:
30" Upper Cabinets with Raised panel Thermafoil Cabinet Doors and rod box hanging feature over laundry tub area in choice of White or Antique White

**Utility Room Cabinet Specifications**
- End Panels – 5/8" Melamine Particle Board
- Wall Top & Bottom - 5/8" Melamine Particle Board
- Base Bottoms - 5/8" Melamine Particle Board
- Base Backs – 1/8" Masonite w/white
- Shelves (Walls) – 5/8" Melamine Particle Board
- Shelves (Base) - 5/8" Melamine Particle Board
- Interior Finish – White Matte Melamine
- Hinge – Metal, self-closing, six-way adjustable
- Toe Kick – 5/8" Melamine Particle Board
- Drawer Box – Metal Drawer system 5/8" bottom (if applicable)
- Doors – Thermafoil over fiberboard
- Drawer Face – Flat, Profiled edge

## COUNTERTOPS (Utility Room)
**Top and backsplash available in Wilsonart Laminate Designer White, Beige Pampas, Antique White and Alabaster**

## FLOORING - TILE
Mohawk Industries Regency Grande Series ceramic tile (standard selections include16"x16" Bellini, 16"x16" Meadowbrook and 16"x16" Sabatini II), **laid straight**, in foyer, utility room, kitchen, breakfast nook, master bath, bath #2 and lanai.

**Note: Floor tile areas in air-conditioned living space will receive Proflex™ Crack Isolation Membrane or equal. Floor tile outside on Lanai will receive Strataflex Waterproofing Anti-Fracture Membrane or equal.**

## FLOORING – CARPET
A choice of carpet by Mohawk Industries Regency Grande Series with 3/8" 6 lb. rebond padding in great room, dining room, master bedroom, master bedroom closets and vestibule, bedroom #2 and den available in standard selections (Beaten Path, Roxbury Park and La Fontain II).

Initials: Buyers: _____ Sellers: _____

FEATURES & SPECIFICATIONS (DOLCE MODEL)          11/29/05
PAGE 6 OF 6

**INTERLOCKING PAVERS**
> Driveway, exterior stairs, exterior landing and front walk  (pre-selected colors and pattern). Paver Module Euro-Kobble design

Seller reserves the right to make any modifications, changes or omissions to the home as long as they do not substantially and adversely affect the home or if they are required by code changes with any governmental authority, and to substitute materials, heating and plumbing equipment, cabinets, fixtures, appliances and/or floor coverings with items of similar or greater quality, utility, value and/or color.

Materials such as granite, marble, wood, wood grain, carpeting, paint, cabinets, cultured marble, tile, mica and the like are subject to shading and gradation and may vary from samples, models, and color charts.  Seller will not be liable for such variation.  **Note:** There may be significant acceptable shade variations between wall tile, floor tile and bullnose of the same style and color.  Some items may be applicable to only certain models.

Each model may contain interior designer items and furnishings, which are not standard. These may include, but are not limited to, custom mirrors, hanging light fixtures, wrought iron detailing, built-ins, furnishings, custom wall and ceiling colors, artificial, live and seasonal plants, etc.  Seller does not supply and/or install any bath hardware, i.e. towel racks, paper holders, etc.  Seller does not supply and/or install any buyer supplied light fixtures or fans.   Interior live plants and their containers are leased; any live plant container is not included in the purchase price of the home. Plants will be removed upon termination of lease and turnover of residence to owner.  Any optional fan has been installed by the Interior Designer and is not included in our standard option pricing above. **Note:** Fans are an optional and extra item.  All prices are subject to change without notice.

Buyer acknowledges that he/she fully understands that the Standard Features and Specifications are to clarify and describe all standard components that, together, comprise the home they are purchasing.

BLDG/UNIT #: _15 - 102_                   DATE: _Feb 17, 2006_

PURCHASER:                                 SELLER:

# ENERGY PERFORMANCE LEVEL (EPL) DISPLAY CARD

**ESTIMATED ENERGY PERFORMANCE SCORE\* = 83.6**

The higher the score, the more efficient the home.

Taylor Woodrow, , Fort Myers, Fl,

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. | New construction or existing | | New | | 12. Cooling systems | |
| 2. | Single family or multi-family | | Multi-family | | a. Central Unit | Cap: 34.0 kBtu/hr |
| 3. | Number of units, if multi-family | | 1 | | | SEER: 12.00 |
| 4. | Number of Bedrooms | | 2 | | b. N/A | |
| 5. | Is this a worst case? | | Yes | | c. N/A | |
| 6. | Conditioned floor area (ft²) | | 2034 ft² | | | |
| 7. | Glass area & type | Single Pane | Double Pane | | 13. Heating systems | |
| a. Clear - single pane | 0.0 ft² | 0.0 ft² | | a. Electric Strip | Cap: 32.8 kBtu/hr |
| b. Clear - double pane | 333.8 ft² | 0.0 ft² | | | COP: 1.00 |
| c. Tint/other SHGC - single pane | 0.0 ft² | 0.0 ft² | | b. N/A | |
| d. Tint/other SHGC - double pane | | | | c. N/A | |
| 8. | Floor types | | | | 14. Hot water systems | |
| a. Slab-On-Grade Edge Insulation | | R=0.0, 198.0(p) ft | | a. Electric Resistance | Cap: 50.0 gallons |
| b. N/A | | | | | EF: 0.90 |
| c. N/A | | | | b. N/A | |
| 9. | Wall types | | | | c. Conservation credits | |
| a. Concrete, Int Insul, Adjacent | | R=10.0, 714.0 ft² | | (HR-Heat recovery, Solar | |
| b. Concrete, Int Insul, Exterior | | R=4.1, 716.0 ft² | | DHP-Dedicated heat pump) | |
| c. N/A | | | | 15. HVAC credits | |
| d. N/A | | | | (CF-Ceiling fan, CV-Cross ventilation, | |
| e. N/A | | | | HF-Whole house fan, | |
| 10. | Ceiling types | | | | PT-Programmable Thermostat, | |
| a. N/A | | | | MZ-C-Multizone cooling, | |
| b. N/A | | | | MZ-H-Multizone heating) | |
| c. N/A | | | | | |
| 11. | Ducts | | | | | |
| a. Sup: Unc. Ret: Con. AH: Garage | | Sup. R=6.0, 50.0 ft | | | |
| b. N/A | | | | | |

I certify that this home has complied with the Florida Energy Efficiency Code For Building Construction through the above energy saving features which will be installed (or exceeded) in this home before final inspection. Otherwise, a new EPL Display Card will be completed based on installed Code compliant features.

Builder Signature: _____   Date: __11·8·05__

Address of New Home: _28474  ALTESSA WAy_  City/FL Zip: _BONITA SPRINGS FL 34135_

\*NOTE: The home's estimated energy performance score is only available through the FLA/RES computer program. This is not a Building Energy Rating. If your score is 80 or greater (or 86 for a US EPA/DOE EnergyStar™ designation), your home may qualify for energy efficiency mortgage (EEM) incentives if you obtain a Florida Energy Gauge Rating. Contact the Energy Gauge Hotline at 321/638-1492 or see the Energy Gauge web site at www.fsec.ucf.edu for information and a list of certified Raters. For information about Florida's Energy Efficiency Code For Building Construction, contact the Department of Community Affairs at 850/487-1824.

EnergyGauge® (Version: FLRCSB v3.30)

# The Dolce

## 2 BEDROOMS, 2 BATHS PLUS DEN

### 1ST FLOOR

Air Conditioned Living Area . . . . 2,034 sq. ft.
Entry . . . . . . . . . . . . . . . . . . . . . . . 51 sq. ft.
Lanai . . . . . . . . . . . . . . . . . . . . . . 239 sq. ft.
Garage . . . . . . . . . . . . . . . . . . . . 460 sq. ft.

Total Area . . . . . . . . . . . . . . . . 2,784 sq. ft.



© 2001 Taylor Woodrow

reverse d plan







**Change Order Addendum**

Vasari Cassia
Dolce Base Plan
Sequence#: 1

| Division Name: |
| --- |
| Florida Southwestern - Homebuilding |
| 2950 Immokalee Road |
| Naples, FL 34110 |

The information contained in this Addendum constitutes a part of the Purchase and Sale Agreement between Buyer and Seller ("Agreement"). Further, Buyer understands this Addendum shall serve as a request for changes to the subject property and will not be binding until signed by the Seller as provided below.

Buyer: Patrick DiNitto & Hevanilson A. Magalhaes

Design Center Representative: Carolyn Tonachio

Homesite: 150102

Contract Date: 02/17/2006

Date Issued: 4/12/2006

Expiration Date: 4/30/2006

| Product Code | Description | Amount | Qty | Subtotal | Accept | Reject |
| --- | --- | --- | --- | --- | --- | --- |
| **Category: Appliances** | | | | | | |
| **Subcategory: Oven** | | | | | | |
| Item No.: 38 | | | | | | |
| APRA0004 | Delete Standard Range | -625.00 | 1 | -625.00 | | _____ |
| | Item Total: | | | -625.00 | | |
| **Subcategory: Refrigerator** | | | | | | |
| Item No.: 39 | | | | | | |
| APRF0000 | Delete Standard Refrigerator | -850.00 | 1 | -850.00 | | _____ |
| | Item Total: | | | -850.00 | | |
| **Category: Cabinets** | | | | | | |
| **Subcategory: Cabinets** | | | | | | |
| Item No.: 3 | | | | | | |
| CBBA2100 | Std. Glazed Cabinets Bath #2 | 220.00 | 1 | 220.00 | | _____ |
| | Item Total: | | | 220.00 | | |
| Item No.: 4 | | | | | | |
| CBCR1100 | Crown Molding Cabinets MapleGl | 1,280.00 | 1 | 1,280.00 | | _____ |
| | Item Total: | | | 1,280.00 | | |
| Item No.: 5 | | | | | | |
| CBKN0100 | Std. Glazed Cabinets Kitchen | 2,275.00 | 1 | 2,275.00 | | _____ |
| | Item Total: | | | 2,275.00 | | |
| Item No.: 6 | | | | | | |
| CBLC1000 | Light Cove Cabs. Maple Glaze | 905.00 | 1 | 905.00 | | _____ |
| | Item Total: | | | 905.00 | | |

Buyers:

## Vasari Cassia. Dolce Base Plan. Sequence#: 1. Homesite: 150102 (Contd.)

| Product Code | Description | Amount | Qty | Subtotal | Accept | Reject |
|---|---|---|---|---|---|---|
| **Category: Cabinets** | | | | | | |
| **Subcategory: Cabinets** | | | | | | |
| Item No.: 7 | | | | | | |
| CBMB0100 | Std. Glazed Cabs. Master Bath | 450.00 | 1 | 450.00 | | _____ |
| | **Item Total:** | | | 450.00 | | |
| **Category: Countertops/Surrounds** | | | | | | |
| **Subcategory: Granite Countertop/Surround** | | | | | | |
| Item No.: 12 | | | | | | |
| CTGB2500 | Granite Countertop Bath #2 | 690.00 | 1 | 690.00 | | _____ |
| | **Item Total:** | | | 690.00 | | |
| Item No.: 10 | | | | | | |
| CTGK0000 | Granite Top Kitchen | 4,660.00 | 1 | 4,660.00 | | _____ |
| | **Item Total:** | | | 4,660.00 | | |
| Item No.: 11 | | | | | | |
| CTGM0000 | Granite Countertop Master Bath | 1,640.00 | 1 | 1,640.00 | | _____ |
| | **Item Total:** | | | 1,640.00 | | |
| **Category: Custom** | | | | | | |
| **Subcategory: Custom** | | | | | | |
| Item No.: 37 | | | | | | |
| CUST0001 | Custom | 705.00 | 1 | 705.00 | | _____ |
| | Master Closets - Install Level 1 Tile on diagonal | | | | | |
| | **Item Total:** | | | 705.00 | | |
| Item No.: 40 | | | | | | |
| CUST0001 | Custom | -225.00 | 1 | -225.00 | | _____ |
| | Delete Standard Microwave. | | | | | |
| | **Item Total:** | | | -225.00 | | |
| Item No.: 43 | | | | | | |
| CUST0001 | Custom | 0.00 | 1 | 0.00 | | _____ |
| | Great Room - Raise Cable to 48" above floor. | | | | | |
| | **Item Total:** | | | 0.00 | | |
| **Category: Electrical** | | | | | | |
| **Subcategory: Electrical** | | | | | | |
| Item No.: 45 | | | | | | |
| ELEO0000 | Additional Electric Outlet | 50.00 | 1 | 50.00 | | _____ |
| | Great Room - Add outlet at 48" above floor by th eadded cable. | | | | | |
| | **Item Total:** | | | 50.00 | | |
| Item No.: 8 | | | | | | |
| ELFO0000 | Floor Outlet Pol. Brass Trim | 370.00 | 1 | 370.00 | | _____ |

Buyers: _____

## Vasari Cassia. Dolce Base Plan. Sequence#: 1. Homesite: 150102 (Contd.)

| Product Code | Description | Amount | Qty | Subtotal | Accept | Reject |
|---|---|---|---|---|---|---|
| **Category: Electrical** | | | | | | |
| **Subcategory: Electrical** | | | | | | |
| | Great Room as Builders Electrical Plan. | | | | | |
| | Item Total: | | | 370.00 | | |
| **Item No.: 33** | | | | | | |
| ELGO0000 | Additional GFI Outlet | 65.00 | 1 | 65.00 | | |
| | Lanai - Center below the Nook Window. | | | | | |
| | Item Total: | | | 65.00 | | |
| **Item No.: 9** | | | | | | |
| ELUC2001 | U/C Lighting Without Valance | 655.00 | 1 | 655.00 | | |
| | Kitchen - Florescent Lighting under the upper kitchen cabinets. | | | | | |
| | Item Total: | | | 655.00 | | |
| **Category: Flooring** | | | | | | |
| **Subcategory: Tile** | | | | | | |
| **Item No.: 16** | | | | | | |
| FTFB0001 | Tile Floor Foyer/Bath Lvl. #1 | 200.00 | 1 | 200.00 | | |
| | Item Total: | | | 200.00 | | |
| **Item No.: 17** | | | | | | |
| FTFB0005 | Tile Floor Foyer/Bath Diagonal | 120.00 | 1 | 120.00 | | |
| | Item Total: | | | 120.00 | | |
| **Item No.: 18** | | | | | | |
| FTKN0001 | Tile Floor Kitchen Lvl. #1 | 360.00 | 1 | 360.00 | | |
| | Item Total: | | | 360.00 | | |
| **Item No.: 19** | | | | | | |
| FTKN0005 | Tile Floor Kitchen Diagonal | 215.00 | 1 | 215.00 | | |
| | Item Total: | | | 215.00 | | |
| **Item No.: 20** | | | | | | |
| FTLA0001 | Tile Fl. Laundry Rm. Lvl. #1 | 80.00 | 1 | 80.00 | | |
| | Item Total: | | | 80.00 | | |
| **Item No.: 21** | | | | | | |
| FTLA0005 | Tile Fl. Laundry Rm. Diag. | 50.00 | 1 | 50.00 | | |
| | Item Total: | | | 50.00 | | |
| **Item No.: 22** | | | | | | |
| FTLD0001 | Tile Floor LR/DR Lvl. #1 | 4,105.00 | 1 | 4,105.00 | | |
| | Item Total: | | | 4,105.00 | | |

Item No.: 23

Buyers:

## Vasari Cassia. Dolce Base Plan. Sequence#: 1. Homesite: 150102 (Contd.)

| Product Code | Description | Amount | Qty | Subtotal | Accept | Reject |
|---|---|---|---|---|---|---|
| **Category: Flooring** | | | | | | |
| **Subcategory: Tile** | | | | | | |
| FTLD0005 | Tile Floor LR/DR Diagonal | 455.00 | 1 | 455.00 | | _____ |
| | Item Total: | | | 455.00 | | |
| **Item No.: 24** | | | | | | |
| FTLN0001 | Tile Floor Lanai Lvl. #1 | 315.00 | 1 | 315.00 | | _____ |
| | Item Total: | | | 315.00 | | |
| **Item No.: 25** | | | | | | |
| FTLN0005 | Tile Floor Lanai Diagonal | 190.00 | 1 | 190.00 | | _____ |
| | Item Total: | | | 190.00 | | |
| **Item No.: 26** | | | | | | |
| FTMB0001 | Tile Floor Master Bath Lvl. #1 | 155.00 | 1 | 155.00 | | _____ |
| | Item Total: | | | 155.00 | | |
| **Item No.: 27** | | | | | | |
| FTMB0005 | Tile Flr. Master Bath Diagonal | 100.00 | 1 | 100.00 | | _____ |
| | Item Total: | | | 100.00 | | |
| **Item No.: 28** | | | | | | |
| FTMV0001 | Tile Floor Master Vestibule Lvl. #1 | 225.00 | 1 | 225.00 | | _____ |
| | Item Total: | | | 225.00 | | |
| **Item No.: 29** | | | | | | |
| FTMV0005 | Tile Flr. Master Vestibule Diagonal | 25.00 | 1 | 25.00 | | _____ |
| | Item Total: | | | 25.00 | | |
| **Subcategory: Wall Tile** | | | | | | |
| **Item No.: 30** | | | | | | |
| WTBA2001 | Bath 2 Wall Tile #1 | 120.00 | 1 | 120.00 | | _____ |
| | Item Total: | | | 120.00 | | |
| **Item No.: 31** | | | | | | |
| WTMB0001 | Master Bath Wall Tile #1 | 195.00 | 1 | 195.00 | | _____ |
| | Item Total: | | | 195.00 | | |
| **Item No.: 15** | | | | | | |
| WTSN0000 | Shampoo Niche | 175.00 | 1 | 175.00 | | _____ |
| | Master Bath Shower | | | | | |
| | Item Total: | | | 175.00 | | |
| **Category: Interior Specialties** | | | | | | |
| **Subcategory: Closet Shelving** | | | | | | |
| **Item No.: 44** | | | | | | |
| SHDM0000 | Delete Master Bedroom Shelving | -120.00 | 1 | -120.00 | | _____ |

Buyers: _____

## Vasari Cassia, Dolce Base Plan, Sequence#: 1, Homesite: 150102 (Contd.)

| Product Code | Description | Amount | Qty | Subtotal | Accept | Reject |
|---|---|---|---|---|---|---|
| **Category: Interior Specialties** | | | | | | |
| **Subcategory: Closet Shelving** | | | | | | |
| | Item Total: | | | -120.00 | | |
| **Subcategory: Molding** | | | | | | |
| Item No.: 36 | | | | | | |
| ICFY0000 | Crown Molding In Foyer | 490.00 | 1 | 490.00 | *SHM* | |
| | Item Total: | | | 490.00 | | |
| Item No.: 34 | | | | | | |
| ICLD0000 | Crown Molding In Living/Dining | 2,005.00 | 1 | 2,005.00 | *SHM* | |
| | Includes the Kitchen and Nook Areas. | | | | | |
| | Item Total: | | | 2,005.00 | | |
| **Category: Plumbing** | | | | | | |
| **Subcategory: Drop-In Tub** | | | | | | |
| Item No.: 13 | | | | | | |
| PBJT0001 | Acrylic Jetted Tub - White | 895.00 | 1 | 895.00 | *SHM* | |
| | Item Total: | | | 895.00 | | |
| **Subcategory: Plumbing** | | | | | | |
| Item No.: 14 | | | | | | |
| POKF6000 | Pull-Out Kit Faucet Stainless | 65.00 | 1 | 65.00 | *SHM* | |
| | Item Total: | | | 65.00 | | |
| **Category: Specialties** | | | | | | |
| **Subcategory: Structured Wiring** | | | | | | |
| Item No.: 46 | | | | | | |
| SWPW0000 | Whole House Audio System Package A | 375.00 | 1 | 375.00 | *SHM* | |
| | Great Room - Master Bedroom | | | | | |
| | Item Total: | | | 375.00 | | |
| Item No.: 41 | | | | | | |
| SWTV0000 | Additional Cable Outlet | 105.00 | 1 | 105.00 | *SHM* | |
| | Lanai - Add Cable beside Standard GFI. | | | | | |
| | Item Total: | | | 105.00 | | |
| | | | Total | 23,165.00 | | |

Buyers: *SHM*

Vasari Cassia, Dolce Base Plan, Sequence#: 1, Homesite: 150102 (Contd.)

In the event of Buyer's default under the Agreement, the total monies paid by the Buyer for change order items shall be non-refundable and shall be retained by Seller as aditional liquidated charges.

_____
Authorized Agent

_____
Buyer

4 - 12 - 06
_____
Date

_____
Buyer

_____
Buyer

4/12/06
_____
Date