UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: SEAN AND BETH PAYTON, et al. vs. KNAUF GIPS, DG, et al. CASE NO. 2:09cv-07628 _____/ | JUDGE FALLON MAG. JUDGE WILKINSON |

### REQUEST FOR ORAL ARGUMENT OF DEFENDANTS MORRISON HOMES, INC., TAYLOR MORRISON OF FLORIDA, INC., AND TAYLOR WOODROW COMMUNITIES AT VASARI, LLC.'S, RULE 12(B)(6) MOTION TO DISMISS

**NOW INTO COURT**, through the undersigned counsel, comes Mover and Defendant, Morrison Homes, Inc., n/k/a Taylor Morrison Services, Inc., Taylor Morrison of Florida, Inc., and Taylor Woodrow Communities at Vasari, LLC., (collectively "Taylor") in the above-numbered and entitled action, who, pursuant to Local Rule 78.1E, respectfully requests oral argument on the Rule 12 (b)(6) Federal Rules of Civil Procedure, Motion to Dismiss the Omnibus Class Action Complaint set for hearing before this Honorable Court on the **8th day of April, 2010, at 9:00 a.m., a notice hearing dated for Section L or at a time set by this court** to more fully address any questions the court may have concerning Taylor's, Motion to Dismiss Plaintiffs' lawsuit with prejudice.

1

Respectfully submitted,

/s/ Neal A. Sivyer
Neal A. Sivyer
Florida Bar No. 373745
**SIVYER BARLOW & WATSON, P.A.**
401 E. Jackson Street, Suite 2225
Tampa, Florida  33602
Telephone:  (813) 221-4242
Facsimile:   (813) 227-8598

## CERTIFICATE OF SERVICE

I HEREBY certify that on March 22, 2010, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller by U.S. Mail and email or by hand delivery and email upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No.: 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/ Neal A. Sivyer
Neal A. Sivyer

2