Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)

Service of Process by



**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   101729-0316

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--McDowell Builders, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

,State of: _LOUISIANA_ ) ss.
Parish County of: _LIVINGSTON_ )

**Name of Server:** _TOM CASSISA_ , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _4th_ day of _FEBRUARY_ , 20 _10_, at _4:29_ o'clock _P_ M

**Place of Service:** at _36156 Pleasant Hill Court_ , in _Prairieville, LA  70769_

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**McDowell Builders, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and
title is: _Niki McDowell, Owner_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _Blond_ ; Facial Hair _N/A_
Approx. Age _40 y0_; Approx. Height _5'5"_ ; Approx. Weight _110 lbs_

[X] To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury
that the foregoing is true and correct.

_Tom Cassisa_

Signature of Server

Subscribed and sworn to before me this
_4th_ day of _February_ , 20 _10_

_Jane Delude_ 4/29/18

Notary Public        (Commission Expires)

**APS International, Ltd.**