Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0292

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Lynch Builders, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Louisiana_ ) ss.
Parish of: _Livingston_ )

**Name of Server:** _Tom Cassisa_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _2nd_ day of _February_, 20 _10_, at _2:21_ o'clock _P_ M

**Place of Service:** at _8034 Jefferson Hwy._, in _Baton Rouge, LA 70809_

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Lynch Builders, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _William R. Mullins, III, Attorney_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_; Skin Color _White_; Hair Color _Gray_; Facial Hair _None_
Approx. Age _60 yrs_ Approx. Height _6'0"_; Approx. Weight _200 lbs_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Tom Cassisa_
Signature of Server

Subscribed and sworn to before me this _2nd_ day of _February_, 20 _10_

_Jana Ballard_   _4/29/13_
Notary Public        (Commission Expires)

**APS International, Ltd.**