Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0101

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Legend Custom Builders, Inc, Forrester Hart Belisle & Whitaker, PL
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Lee )

Name of Server: Raymond V. Laakso, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 4th day of February, 20 10, at 3:30 o'clock P M

Place of Service: at 1429 Colonial Boulevard, Ste. 201, in Fort Myers, FL 33907

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Legend Custom Builders, Inc, Forrester Hart Belisle & Whitaker, PL**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Eric Belisle of Forrester Hart Belisle + Whitaker PL, Registered Agent

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M; Skin Color white; Hair Color Black; Facial Hair ___
Approx. Age 50; Approx. Height 5'10"; Approx. Weight 150

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 14th day of February, 20 10

Notary Public    (Commission Expires)

**APS International, Ltd.**



Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012