Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0240

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Keith Warrick Drywall, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Santa Rosa )

Name of Server: **Mark Shrout**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **9** day of **Feburary**, 20 **10**, at **12:10** o'clock **P** M

Place of Service: at **2690 Settlers Colony Blvd.**, in **Gulf Breeze, FL 32563**

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Keith Warrick Drywall, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Laura Warrick, Secretary**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Black**; Facial Hair **N/A**
Approx. Age **35**; Approx. Height **5'7"**; Approx. Weight **135**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **11** day of **Feburary**, 20 **10**

Notary Public    **11/29/2013** (Commission Expires)

LISA GONZALES
NOTARY PUBLIC
STATE OF FLORIDA
Comm# DD0943013
Expires 11/29/2013

**APS International, Ltd.**