U. S. DISTRICT COURT
Eastern District of Louisiana

FILED  MAR - 1 2010

LORETTA G. WHYTE
Clerk

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SEAN AND BETH PAYTON, ET AL  PLAINTIFF

VERSUS  CIVIL ACTION NO.: 09-7628  L(2)

KNAUF GIPS KG, ET AL  DEFENDANT

## MOTION FOR TIME

COMES NOW, the DEFENDANT, RAY GAVINS, *pro se* and files this her Motion for Time to Respond to the Complaint filed by the Plaintiffs herein, and in support thereof would show unto this Honorable Court the following to wit:

1. That the Defendant, Ray Gavins, was served in the State of Mississippi with this complaint on February 5, 2010.

2. That due to advanced age and bad health, the Defendant has been unable to seek counsel in Louisiana to assist him with this cause.

3. That the Defendant respectfully requests additional time to respond to the complaint filed herein, and that this Motion is not for delay and/or harassment.

WHEREFORE PREMISES CONSIDERED the Defendant respectfully requests additional time to respond to the Complaint filed herein. Defendant prays for such other relief to which he may be entitled in the premises.

RESPECTFULLY SUBMITTED this the 25th day of February, 2010.

RAY GAVINS

*/s/ Ray Gavins*

TENDERED FOR FILING

MAR - 1 2010

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee _____
___ Process _____
_X_ Dktd _____
_X_ CtRmDep _____
___ Doc No. _____

## CERTIFICATE OF SERVICE

I hereby certify this date, I have electronically filed the foregoing pleading with the Clerk of Court via United States Postal Service, first class mail, postage prepaid to the following persons:

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
504-561-6024

So Certified this the 25th day of February, 2010.

RAY GAVINS