IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SEAN AND BETH PAYTON, ET AL                                    PLAINTIFF

VERSUS                                                                      CIVIL ACTION NO.: 09-7628

KNAUF GIPS KG, ET AL                                                 DEFENDANT

## AMENDED MOTION FOR TIME

COMES NOW, the DEFENDANT, RAY GAVINS, *pro se* and files this his Amended Motion for Time to Respond to the Complaint filed by the Plaintiffs herein, and in support thereof would show unto this Honorable Court the following to wit:

1. That the Defendant, Ray Gavins, was served in the State of Mississippi with this complaint on February 5, 2010.

2. That due to advanced age and bad health, the Defendant has been unable to seek counsel in Louisiana to assist him with this cause.

3. That the Defendant respectfully requests additional time to respond to the complaint filed herein, and that this Motion is not for delay and/or harassment.

WHEREFORE PREMISES CONSIDERED the Defendant respectfully requests additional time to respond to the Complaint filed herein. Defendant prays for such other relief to which he may be entitled in the premises.

RESPECTFULLY SUBMITTED this the 15th day of March, 2010.

RAY GAVINS

*Ray Gavins* (signature)
RAY GAVINS
GAVINS CONSTRUCTION
960 Riverview Drive
Biloxi, MS 39532-3302
(228)392-4826

TENDERED FOR FILING

MAR 17 2010

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

## CERTIFICATE OF SERVICE

I hereby certify this date, I have electronically filed the foregoing pleading with the Clerk of Court via United States Postal Service, first class mail, postage prepaid to the following persons:

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
504-561-6024

So Certified this the 15TH day of MARCH, 2010.

_____
RAY GAVINS

Ray Gavins
Gavins Construction Company
960 Riverview Drive
Biloxi, MS 39532-3302

United States District Court
Eastern District of Louisiana
500 Poydras Street Ste C151
New Orleans LA 70130-3367



$0.440
US POSTAGE
FIRST-CLASS
FROM 39564
FEB 26 2010
stamps.com