IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SEAN AND BETH PAYTON, ET AL            PLAINTIFF

VERSUS            CIVIL ACTION NO.: 09-7628

KNAUF GIPS KG, ET AL            DEFENDANT

### ORDER FOR TIME

This cause came on for hearing on the motion of the Defendant, Ray Gavins, d/b/a Gavins Construction, and the Court being fully advised in the premises finds as follows:

1. That the motion is well taken and is hereby granted.

2. That the Defendant shall have _____ days to obtain counsel of record and to file an answer in this cause.

SO ORDERED, ADJUDGED AND DECREED this the ____ day of _____, 20__.

_____
DISTRICT COURT JUDGE