UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL           MDL NO. 2047
PRODUCTS LIABILITY LITIGATION                 SECTION: L

THIS DOCUMENT RELATES TO:                     JUDGE FALLON

*Sean and Beth Payton, et al. v. Knauff Gips, KG, et al.*   MAG. JUDGE WILKINSON
Case No. 2:09-cv-07628-EEF-JCW

___

**MOTION FOR EXTENSION OF TIME TO COMPLETE BUILDER PROFILE FORMS**

Defendant LPR Builders, Inc. moves this Honorable Court for an extension of time by which it must serve Plaintiffs' Liaison Counsel with the Builder Defendant Profile Forms in the above-captioned matter, and in support thereof state as follows[1]:

1.  On or about February 3, 2010, LPR Builders, Inc. was served with the Omnibus Class Action Complaint.

2.  On or about March 9, 2010, this Court entered Pretrial Order 1F, ordering that Defendant Profile Forms be filed forty-days (40) from service of process.

3.  Undersigned counsel has been diligently working to obtain the necessary information to complete the Builder Defendant Profile Forms. Additional time is needed, however, to obtain the information required therein and to verify its accuracy.

4.  Defendant therefore requests that the deadline for its Builder Defendant Profile Forms be extended until April 1, 2010.

5.  This extension will neither prejudice any of the parties, nor delay this matter.

6.  Pursuant to Rule 6, Fed. R. Civ. P., this Court has the authority to grant the relief requested herein.

---

[1] Defendant LPR Builders, Inc. fully reserves its right to assert any and all defenses at a later date.

WHEREFORE, Defendant LPR Builders, Inc., respectfully requests this Court grant it a brief extension of time, until April 1, 2010, to serve Plaintiffs' Liaison Counsel with the Builder Defendant Profile Forms.

/s/ Regen J. Shanzer
Regen J. Shanzer, Esq.
TEW CARDENAS, L.L.P.
Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 536-1112
Facsimile: (305) 536-1116
Email: rjs@tewlaw.com

- 3 -

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 22th day of March, 2010.

                                            /s/ Regen J. Shanzer
                                                Regen J. Shanzer, Esq.

540307.1