UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | ) | CIVIL ACTION NO. 09-2047 |
| DRYWALL PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | JUDGE FALLON |
| _____ | ) | |
| This Document Relates to: | | MAGISTRATE WILKINSON |
| David Gross, et al v. Knauf Gips, et al, | | |
| Case No. 09-6690 (E.D. La) | | |

**ANSWER AND AFFIRMATIVE DEFENSES
ON BEHALF OF INTERIOR EXTERIOR**

**NOW INTO COURT**, through undersigned counsel, come Interior/Exterior Building Supply, L.P. and Interior/Exterior Enterprises, LLC. ("Interior Exterior") without waiving any rights, objections, defenses or causes of action that Defendants may possess, who respectfully answer to plaintiffs' Class Action Complaint and Amended Class Action Complaint as follows:

**FIRST AFFIRMATIVE DEFENSE**

Interior Exterior affirmatively avers that it is not a manufacturer of any product complained in the Petition for Damages and therefore is not liable under La. R.S. 9:2800.52.

**SECOND AFFIRMATIVE DEFENSE**

Interior Exterior affirmatively avers that it is a good faith seller pursuant to La. Civil Code Article 2531.

**THIRD AFFIRMATIVE DEFENSE**

Interior Exterior avers that plaintiffs' damages and/or injuries complained in plaintiff's Petition for Damages were caused either in whole or part by plaintiffs' own negligence, and therefore, plaintiffs are barred in whole or in part from recovery.

**FOURTH AFFIRMATIVE DEFENSE**

Interior Exterior avers that plaintiff's alleged damages and/or injuries were caused by the fault and/or negligence of third parties and/or non-parties for whom Interior Exterior is not responsible and over whom Interior Exterior exercised no control. These entities include, but are not limited to, all of the Knauf entities named in plaintiffs' complaint and Metro Resources Corporation.

**FIFTH AFFIRMATIVE DEFENSE**

This action and/or relief sought by plaintiff against Interior Exterior is or may be barred, in whole or in part, due to additional affirmative defenses that cannot now be articulated by Interior Exterior; as such, Interior Exterior reserves its right to supplement this answer and raise additional defenses as may become applicable upon further amplification of plaintiffs' claims and discovery of information presently unknown to Interior Exterior.

**SIXTH AFFIRMATIVE DEFENSE**

Interior Exterior did not have actual or constructive notice of any defect.

**SEVENTH AFFIRMATIVE DEFENSE**

Interior Exterior avers that plaintiffs fail to state a claim upon which relief may be granted.

**EIGHTH AFFIRMATIVE DEFENSE**

Interior Exterior avers that plaintiffs' claims have prescribed.

## NINTH AFFIRMATIVE DEFENSE

Interior Exterior avers that plaintiffs do not have a viable claim for punitive damages.

## TENTH AFFIRMATIVE DEFENSE

Interior Exterior avers that plaintiffs' recovery of some or all of the damages alleged are barred by the economic loss doctrine.

**And now answering the Class Action Complaint:**

1.

The allegations of paragraphs 1-2 are denied for lack of sufficient information to justify a belief therein.

2.

The allegations of paragraphs 3-14 are denied for lack of sufficient information to justify a belief therein.

3.

The allegations of paragraphs 15-84 do not require a response from Interior Exterior. However, should a response be required the allegations in paragraphs 15-84 are denied for lack of sufficient information to justify a belief therein.

4.

The allegations in paragraph 85 concerning the corporate status of Interior Exterior are admitted. All other allegations contained in paragraph 85 are denied for lack of sufficient information to justify a belief therein.

5.

The allegations in paragraph 86 concerning the corporate status of Interior Exterior are admitted. All other allegations contained in paragraph 86 are denied for lack of sufficient information to justify a belief therein.

6.

The allegations of paragraphs 87-111 do not require a response from Interior Exterior. However, should a response be required, the allegations in paragraphs 87-111 are denied for lack of sufficient information to justify a belief therein.

7.

The allegations of paragraphs 112-117 of plaintiffs Class Action Complaint directed at Interior Exterior are denied. To the extent that the allegations are directed to other defendants, responses are not required from Interior Exterior. However, should responses be required, the allegations in paragraphs 112-117 are denied for lack of sufficient information to justify a belief therein.

8.

The allegations of paragraphs118-130 of plaintiffs' Class Action Complaint directed at Interior Exterior are denied. To the extent that the allegations are directed to other defendants, responses are not required from Interior Exterior. However, should responses be required, the allegations in paragraphs 118-130 are denied for lack of sufficient information to justify a belief therein.

9.

The allegations of paragraphs 131-140 do not require a response from Interior Exterior. However, should a response be required, the allegations in paragraphs 131-140 are denied for lack of sufficient information to justify a belief therein.

10.

The allegations of paragraphs 141-191 do not require a response from Interior Exterior. However, should a response be required, the allegations in paragraphs 141-191 are denied for lack of sufficient information to justify a belief therein.

11.

The allegations of paragraphs 192-204 are denied.

12.

The allegations of paragraphs 205-212 of plaintiffs' Class Action Complaint directed at Interior Exterior are denied. To the extent that the allegations are directed to other defendants, responses are not required from Interior Exterior. However, should responses be required, the allegations in paragraphs 205-212 are denied for lack of sufficient information to justify a belief therein.

13.

The allegations of paragraphs 213-218 of plaintiffs' Class Action Complaint directed at Interior Exterior are denied. To the extent that the allegations are directed to other defendants, responses are not required from Interior Exterior. However, should responses be required, the allegations in paragraphs 213-218 are denied for lack of sufficient information to justify a belief therein.

14.

The allegations of paragraphs 219-226 of plaintiffs' Class Action Complaint directed at Interior Exterior are denied. To the extent that the allegations are directed to other defendants, responses are not required from Interior Exterior. However, should responses be required, the allegations in paragraphs 219-226 are denied for lack of sufficient information to justify a belief therein.

15.

The allegations of paragraphs 227-233 of plaintiffs' Class Action Complaint directed at Interior Exterior are denied. To the extent that the allegations are directed to other defendants, responses are not required from Interior Exterior. However, should responses be required, the allegations in paragraphs 227-233 are denied for lack of sufficient information to justify a belief therein.

16.

The allegations of paragraphs 234-240 of plaintiffs' Class Action Complaint directed at Interior Exterior are denied. To the extent that the allegations are directed to other defendants, responses are not required from Interior Exterior. However, should responses be required, the allegations in paragraphs 234-240 are denied for lack of sufficient information to justify a belief therein.

17.

The allegations of paragraphs 241-244 of plaintiffs' Class Action Complaint directed at Interior Exterior are denied. To the extent that the allegations are directed to other defendants, responses are not required from Interior Exterior. However, should responses be required, the

allegations in paragraphs 241-244 are denied for lack of sufficient information to justify a belief therein.

18.

The allegations of paragraphs 245-262 of plaintiffs' Class Action Complaint directed at Interior Exterior are denied. To the extent that the allegations are directed to other defendants, responses are not required from Interior Exterior. However, should responses be required, the allegations in paragraphs 245-262 are denied for lack of sufficient information to justify a belief therein.

## JURY DEMAND

Interior Exterior prays for trial by jury.

**And Now Answering the Amended Class Action Complaint:**

19.

Interior Exterior re-avers and reiterates all previous responses to the allegations asserted herein.

20.

The allegations of paragraphs 1 and 2 of plaintiffs Amended Class Action Complaint are denied.

21.

The allegations of paragraphs 3-14 of plaintiffs Amended Class Action Complaint are denied for lack of sufficient information to justify a belief therein.

22.

The allegations of paragraphs 15-97 of plaintiffs' Amended Class Action Complaint do not require a response from Interior Exterior. However, should a response be required, the allegations in paragraphs 15-97 are denied for lack of sufficient information to justify a belief therein.

23.

The allegations in paragraph 98 of plaintiffs' Amended Class Action Complaint concerning the corporate status of Interior Exterior are admitted. All other allegations contained in paragraph 98 are denied for lack of sufficient information to justify a belief therein.

24.

The allegations in paragraph 99 of plaintiffs' Amended Class Action Complaint concerning the corporate status of Interior Exterior are admitted. All other allegations contained in paragraph 99 are denied for lack of sufficient information to justify a belief therein.

25.

The allegations of paragraphs 100-146 of plaintiffs' Amended Class Action Complaint do not require a response from Interior Exterior. However, should a response be required, the allegations in paragraphs 100-146 are denied for lack of sufficient information to justify a belief therein.

26.

The allegations of paragraphs 147-152 of plaintiffs' Amended Class Action Complaint directed at Interior Exterior are denied. To the extent that the allegations are directed to other defendants, responses are not required from Interior Exterior. However, should responses be required, the allegations in paragraphs 147-152 are denied for lack of sufficient information to justify a belief therein.

27.

The allegations of paragraphs 153-165 of plaintiffs' Amended Class Action Complaint directed at Interior Exterior are denied. To the extent that the allegations are directed to other defendants, responses are not required from Interior Exterior.  However, should responses be required, the allegations in paragraphs 153-165 are denied for lack of sufficient information to justify a belief therein.

28.

The allegations of paragraphs 166-175 of plaintiffs' Amended Class Action Complaint directed at Interior Exterior are denied. To the extent that the allegations are directed to other defendants, responses are not required from Interior Exterior.  However, should responses be required, the allegations in paragraphs 166-175 are denied for lack of sufficient information to justify a belief therein.

29.

The allegations of paragraphs 176-225 of plaintiffs' Amended Class Action Complaint directed at Interior Exterior are denied. To the extent that the allegations are directed to other defendants, responses are not required from Interior Exterior.  However, should responses be required, the allegations in paragraphs 176-225 are denied for lack of sufficient information to justify a belief therein.

30.

The allegations of paragraphs 226-239 of plaintiffs' Amended Class Action Complaint are denied.

31.

The allegations of paragraphs 240-247 of plaintiffs' Amended Class Action Complaint directed at Interior Exterior are denied. To the extent that the allegations are directed to other defendants, responses are not required from Interior Exterior. However, should responses be required, the allegations in paragraphs 240-247 are denied for lack of sufficient information to justify a belief therein.

32.

The allegations of paragraphs 248-253 of plaintiffs' Amended Class Action Complaint directed at Interior Exterior are denied. To the extent that the allegations are directed to other defendants, responses are not required from Interior Exterior. However, should responses be required, the allegations in paragraphs 248-253 are denied for lack of sufficient information to justify a belief therein.

33.

The allegations of paragraphs 254-261 of plaintiffs' Amended Class Action Complaint directed at Interior Exterior are denied. To the extent that the allegations are directed to other defendants, responses are not required from Interior Exterior. However, should responses be required, the allegations in paragraphs 254-261 are denied for lack of sufficient information to justify a belief therein.

34.

The allegations of paragraphs 262-268 of plaintiffs' Amended Class Action Complaint directed at Interior Exterior are denied. To the extent that the allegations are directed to other defendants, responses are not required from Interior Exterior. However, should responses be

required, the allegations in paragraphs 262-268 are denied for lack of sufficient information to justify a belief therein.

35.

The allegations of paragraphs 269-275 of plaintiffs' Amended Class Action Complaint directed at Interior Exterior are denied. To the extent that the allegations are directed to other defendants, responses are not required from Interior Exterior. However, should responses be required, the allegations in paragraphs 269-275 are denied for lack of sufficient information to justify a belief therein.

36.

The allegations of paragraphs 276-279 of plaintiffs' Amended Class Action Complaint directed at Interior Exterior are denied. To the extent that the allegations are directed to other defendants, responses are not required from Interior Exterior. However, should responses be required, the allegations in paragraphs 276-279 are denied for lack of sufficient information to justify a belief therein.

37.

The allegations of paragraphs 280-284 of plaintiffs' Amended Class Action Complaint directed at Interior Exterior are denied. To the extent that the allegations are directed to other defendants, responses are not required from Interior Exterior. However, should responses be required, the allegations in paragraphs 280-284 are denied for lack of sufficient information to justify a belief therein.

38.

The allegations of paragraphs 285-297 of plaintiffs' Amended Class Action Complaint directed at Interior Exterior are denied. To the extent that the allegations are directed to other

defendants, responses are not required from Interior Exterior. However, should responses be required, the allegations in paragraphs 285-297 are denied for lack of sufficient information to justify a belief therein.

## JURY DEMAND

Interior Exterior prays for trial by jury.

WHEREFORE, Interior/Exterior Building Supply, L.P. and Interior/Exterior Enterprises, LLC pray for judgment in their favor dismissing the claims of plaintiffs with prejudice, at plaintiffs' sole cost and for all general and equitable relief, including but not limited to, all reasonable attorney's fees.

Respectfully submitted,

<u>Richard G. Duplantier, Jr.   /s/</u>

Richard G. Duplantier, Jr. (# 18874)
Lambert J. Hassinger, Jr. (# 21683)
Carlina C. Eiselen, (# 28524)
Jeffrey P. Green (# 30531)
GALLOWAY, JOHNSON, TOMPKINS,
    BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone:  (504) 525-6802
Facsimile:   (504) 525-2456
rduplantier@gjtbs.com;
jhassinger@gjtbs.com
ceiselen@gjtbs.com;
jgreen@gjtbs.com
*Counsel for Defendant, Interior Exterior*

**Certificate of Service**

   The undersigned certifies that this document has been served on Plaintiffs' liaison counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 22nd day of March, 2010.

              Richard G. Duplantier, Jr.   /s/
              _____
              Richard G. Duplantier, Jr