Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  101729-0???

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--J. Helms Construction, Inc., d/b/a Sundown Development
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Florida_ ) ss.
County of: _Palm Beach_
Name of Server: _James Brogan_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _8_ day of _February_, 20 _10_, at _9:55_ o'clock _a_ M

Place of Service: at _1025 W. Indiantown Rd, Suite 101_ ~~8297 Southeast Country Estates Way~~ , in Jupiter, FL  33458

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**J. Helms Construction, Inc., d/b/a Sundown Development**
By delivering them into the hands of an officer or managing agent whose name and title is: _Mr. J. Helms, Owner/Managing Agent_

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex _M_ ; Skin Color _White_ ; Hair Color _Bald_ ; Facial Hair ___
Approx. Age _50_ ; Approx. Height _6'1"_ ; Approx. Weight _190_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this _14_ day of _February_, 20 _10_

Notary Public     (Commission Expires)

NOTARY PUBLIC STATE OF FLORIDA
Jonathan Levy
Commission # DD759719
Expires: MAR. 13, 2012
BONDED THRU ATLANTIC BONDING CO., INC.