Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0213

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Intervest Construction, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _FLORIDA_ ) ss.
County of: _VOLUSIA_ )

**Name of Server:** _PAUL STRICKLAND_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _8TH_ day of _FEBRUARY_, 20 _10_, at _10_ o'clock _A_ M

**Place of Service:** at _2379 Beville Road_, in _Daytona Beach, FL 32119_

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Intervest Construction, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _ANDY HAGAN R.A. GENERAL COUNSEL_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_; Skin Color _WHITE_; Hair Color _BLOND_; Facial Hair _NONE_
Approx. Age _35_; Approx. Height _5' 10"_; Approx. Weight _180_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this _10_ day of _February_, 20 _10_

Notary Public (Commission Expires)

APS International, Ltd.

CHRISTIN ERJAVEC
Commission # DD 933371
Expires October 15, 2013
Bonded Thru Troy Fain Insurance 800-385-7019