Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0418

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

--George Meza
Court Case No. 09-7628

State of:_____ ) ss.

County of:_____ )

**Name of Server:** _Chris Harper_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _10_ day of _Feb_, 20 _10_, at _3_ o'clock _P_ M

**Place of Service:** at _4824 Belle Drive_, in _Metairie, LA 70006_

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**George Meza**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Ingrid Meza_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _Spanish_ ; Hair Color _black_ ; Facial Hair _____
Approx. Age _40_ ; Approx. Height _5'3_ ; Approx. Weight _146_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Christoph → Harp_
Signature of Server

Subscribed and sworn to before me this
_17t_ day of _February_, 20 _10_

_Brandi_____
Notary Public    (Commission Expires)

_BRANDI F. ERMON #26631_

**APS International, Ltd.**