Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0288

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
  --Font Builders, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __LOUISIANA__ ) ss.
Parish County of: __LIVINGSTON__ )

**Name of Server:** __Carol Cassisa__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __2__ day of __February__, 20 __10__, at __3:45__ o'clock __p__ M

**Place of Service:** at __15411 White Tail Court__, in __Baton Rouge, LA  70817__

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Font Builders, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Peggy Font, Owner__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __W__ ; Hair Color __Bwn__ ; Facial Hair __N/A__
Approx. Age __35__ ; Approx. Height __5'6"__ ; Approx. Weight __140 lbs__

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

__Carol A Cassisa__
Signature of Server

Subscribed and sworn to before me this __2nd__ day of __February__, 20 __10__

__James Dallon__  4/29/13
Notary Public         (Commission Expires)

**APS International, Ltd.**