Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0015

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Excel Construction of S.W. Florida, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Lee )

**Name of Server:** Barbara Gray, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 10th day of February, 20 10, at 11:05 o'clock A M

**Place of Service:** at 2217 SW 43rd Street, in Cape Coral, FL 33914

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Excel Construction of S.W. Florida, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Anthony Stirp, Registered Agent

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M; Skin Color White; Hair Color Brown; Facial Hair ___
Approx. Age 45-50; Approx. Height 5'9"; Approx. Weight 170

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

X /s/ Barbara Gray
Signature of Server

Subscribed and sworn to before me this 10th day of February, 20 10

/s/ Elena Alvarado
Notary Public    (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012