Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0014

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
 --Enchanted Homes, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Lee )

**Name of Server:** Richard Chard, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 5th day of February, 20 10, at 1:42 o'clock P M

**Place of Service:** at 11915 King James Court, in Cape Coral, FL  33991

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Enchanted Homes, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Charles Frazier, President

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color white ; Hair Color Short/Light Facial Hair No
Approx. Age 52-55 ; Approx. Height 6'0" ; Approx. Weight 225 lbs

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this 10th day of February, 20 10

Marcia L. McEvers
Notary Public           (Commission Expires)

MARCIA L. MCEVERS
MY COMMISSION # DD 515428
EXPIRES: March 3, 2010
Bonded Thru Budget Notary Services