Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)

Service of Process by



**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   101729-0285

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Ed Price Building Materials
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Louisiana_ ) ss.
Parish County of: _Livingston_ )

Name of Server: _Tom Cassisa_ , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _2nd_ day of _February_ , 20 _10_, at _2:11_ o'clock _P_ M

Place of Service: at   8550 United Plaza Building II Suite 305   , in   Baton Rouge, LA  70809

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Ed Price Building Materials**

Person Served, and
Method of Service: By delivering them into the hands of an officer or managing agent whose name and
title is: _Ms. Shawna Smith, Capitol Corporate Services_

Description of
Person Receiving
Documents: The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _Brown_ ; Facial Hair _N/A_
Approx. Age _38_ ; Approx. Height _5'6"_ ; Approx. Weight _120 lbs_

☒ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury   Subscribed and sworn to before me this
that the foregoing is true and correct.   _2nd_ day of _February_ , 20 _10_

_Tom Cassisa_   _Jans Ballah_   _4/29/13_
Signature of Server   Notary Public   (Commission Expires)

**APS International, Ltd.**