U. S. DISTRICT COURT
Eastern District of Louisiana

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED FEB 25 2010

LORETTA G. WHYTE
Clerk

SEAN AND BETH PAYTON, et al

    Plaintiff

Civil Action No. 09 - 7628   L (3)

v.

KNAUF GIPS KG, et al

    Defendants
_____/

## GUILLERMO PERMUY'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

The defendant, Mr. Guillermo Permuy, hereby moves the Court for an extension of time of thirty days within which to file his response to the complaint in this action and states:

1. Mr. Permuy is a resident of Miami-Dade County, Florida.

2. Mr. Permuy was served with the summons and complaint in this action on or about February 8, 2010.

3. The time demanded by the summons for a response to the complaint is twenty days from the date of service. Therefore, Mr. Permuy's response is due on or about February 24, 2010.

4. Mr. Permuy needs about an additional thirty days in order to try to secure local counsel and to prepare an intelligent response to the complaint.

5. Mr. Permuy files this motion in good faith and is not attempting to unduly delay these proceedings.

TENDERED FOR FILING

FEB 25 2010

U.S. DISTRICT COURT
Eastern District of Louisiana

___ Fee _____
___ Process _____
_X_ Dktd _____
_X_ CtRmDep _____
___ Doc. No. _____

Wherefore, Mr. Permuy respectfully prays for an order granting him up to, and including, March 1, 2010, within which to file a response to the complaint.

Guillermo Permuy
10830 S. W. 57 Terrace
Miami, Florida 33171
PH: (786) 277 - 2615

## Certificate of Service

I certify that the foregoing was sent by fax and by mail on February 19, 2010, to

Russ M. Herman, Esq.
Herman, Herman, Katz & Collar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Fax: (504) 561 - 6024

By: _____
Guillermo Permuy



The Clerk of the Court
U.S. District Court
Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130