Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  101729-0061

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--E.B. Developers, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

---

State of: _Florida_ ) ss.
County of: _Broward_ )

Name of Server: _Jonathan Levy_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _3_ day of _February_, 20 _10_, at _4:22_ o'clock _P_ M

Place of Service: at   Kodsi Law Firm PA                     , in   Fort Lauderdale, FL 33309
701 W. Cypress Creek Road, 3rd Floor

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**E.B. Developers, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Steven Amster, Esquire , Registered Agent_

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex _M_ ; Skin Color _White_ ; Hair Color _Brown_ ; Facial Hair _Yes_
Approx. Age _50_ ; Approx. Height _5'8"_ ; Approx. Weight _185_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
**APS International, Ltd.**

Subscribed and sworn to before me this
_11_ day of _February_, 20 _10_

Notary Public          (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Lynne Gewant
Commission # DD610026
Expires: OCT. 30, 2010
BONDED    THRU ATLANTIC BONDING CO., INC.