UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U. S. DISTRICT COURT
Eastern District of Louisiana
FILED FEB 2 5 2010
LORETTA G. WHYTE
Clerk

SEAN AND BETH PAYTON, et al

    Plaintiff

v.

    Civil Action No. 09 - 7628   L(3)

KNAUF GIPS KG, et al

    Defendants

_____/

## FRANCISCO TOMAS PERMUY'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

The defendant, Mr. Francisco Tomas Permuy, hereby moves the Court for an extension of time of thirty days within which to file his response to the complaint in this action and states:

1.    Mr. Permuy is a resident of Miami-Dade County, Florida.

2.    Mr. Permuy was served with the summons and complaint in this action on or about February 8, 2010.

3.    The time demanded by the summons for a response to the complaint is twenty days from the date of service. Therefore, Mr. Permuy's response is due on or about February 24, 2010.

4.    Mr. Permuy needs about an additional thirty days in order to try to secure local counsel and to prepare an intelligent response to the complaint.

TENDERED FOR FILING
FEB 25 2010
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee_____
___ Process_____
_X_ Dktd_____
_X_ CtRmDep____
___ Doc. No.____

5.     Mr. Permuy files this motion in good faith and is not attempting to unduly delay these proceedings.

Wherefore, Mr. Permuy respectfully prays for an order granting him up to, and including, March 1, 2010, within which to file a response to the complaint.

*Francisco Permuy*
521 S.W. 127 Avenue
Miami, Florida 33184
PH: (305) 542 - 0335

## Certificate of Service

I certify that the foregoing was sent by fax and by mail on February 19, 2010, to

Russ M. Herman, Esq.
Herman, Herman, Katz & Collar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Fax: (504) 561 - 6024

By: *Francisco Permuy*

2

7012304533367

The Clerk of the Court
U.S. District Court
Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

$000.61°
PITNEY BOWES
02 1P
0003340021 FEB 19 2010
MAILED FROM ZIP CODE 33146