Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0284

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Dupree Contractors, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Louisiana_ ) ss.
Parish ~~County~~ of: _Livingston_ )

**Name of Server:** _Tom Cassisa_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _2nd_ day of _February_, 20 _10_, at _3:67_ o'clock _P_ M

**Place of Service:** at _10626 Timberlake Ave._, in _Baton Rouge, LA  70810_

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Dupree Contractors, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Ms Julia Hebert, General Manager_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _Bt White_ Hair Color _Brown_ ; Facial Hair _N/A_
Approx. Age _41 yo_ ; Approx. Height _5'5"_ ; Approx. Weight _120 lbs_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Tom Cassisa_
Signature of Server

Subscribed and sworn to before me this _2nd_ day of _February_, 20 _10_

_Jons Dollador_  4/29/13
Notary Public            (Commission Expires)

**APS International, Ltd.**