Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0336

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Dunn Wright Construction, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _LOUISIANA_ ) ss.
Parish of: _LIVINGSTON_ )

Name of Server: _Tom Cassisa_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _4th_ day of _FEBRUARY_, 20 _10_, at _1:31_ o'clock _A_ M

Place of Service: at _23746 Jacocks Rd_ ~~19993 Tucker Road, Ste. B~~, in _Slaughter, LA 70777_ ~~Zachary, LA 70791~~

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Dunn Wright Construction, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Margaret Moore, Owner_

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _Blond_ ; Facial Hair _N/A_
Approx. Age _30 yrs_ ; Approx. Height _5'4"_ ; Approx. Weight _110 lbs_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Tom Cassisa_
Signature of Server

Subscribed and sworn to before me this _4th_ day of _February_, 20 _10_

_[signature]_  4/29/13
Notary Public    (Commission Expires)

**APS International, Ltd.**