Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0197

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Duncan Construction of South West Florida, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Lee )

Name of Server: Raymond V. Laakso, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 4th day of February, 20 10, at 7:30 o'clock P M

Place of Service: at 17280 Frank Road, in Alva, FL 33920

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Duncan Construction of South West Florida, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: David Duncan, Registered Agent

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color white ; Hair Color Black ; Facial Hair ___
Approx. Age 60 ; Approx. Height 5'9" ; Approx. Weight 170

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 11th day of February, 20 10

_Raymond V Laakso_
Signature of Server

_Elena Alvarado_
Notary Public      (Commission Expires)

**APS International, Ltd.**



Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012