UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEAN AND BETH PAYTON, individually, and on behalf of all others similarly situated, [Additional Plaintiffs Listed on Schedule of Plaintiffs, Attached Hereto as Exhibit "A"], <br><br>Plaintiffs <br><br>VERSUS <br><br>KNAUF GIPS KG, KNAUF PLASTERBOARD (TIANJIN) CO., LTD.; KNAUF PLASTERBOARD (WUHU) CO., LTD.; KNAUF PLASTERBOARD (DONGGUAN) CO., LTD.; [Additional Defendants Listed on Schedule of Defendants, Attached Hereto as Exhibit "B"], <br><br>Defendants. | CIVIL ACTION NO. 09-7628 <br><br>SECT. L., MAG. 3 |

## DEFENDANT STEPHEN SHIVERS' NOTICE OF HEARING OF 12(b) MOTION

COMES NOW the Defendant, STEPHEN SHIVERS, pro se, and files this Notice of Hearing of his Motion filed pursuant to Fed. R. Civ. P. 12(b)(1), (2), (3), (5), (6) and (7) in response to Plaintiffs Omnibus Class Action Complaint (1) filed by Sean Payton, et. al, and would respectfully notice the hearing of said Motion before the Hon. Eldon E. Fallon in his courtroom located at the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, at 9:00 a.m. on ~~January 19, 2011~~ APRIL 7, 2010.

RESPECTFULLY SUBMITTED, this the 16 day of March, 2010.

BY: _____
Stephen Shivers, Pro Se Defendant
375 Teagarden Road
Gulfport, Mississippi 39507
Tel. No.: 228.896.6000
Fax No.: 228.896.7766

TENDERED FOR FILING

MAR 18 2010

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

## CERTIFICATE OF SERVICE

I hereby certify to this Court that on this day, I have served a copy of this pleading upon counsel for Plaintiffs at the following address by U.S. Mail, postage prepaid in full:

Russ M. Herman
Herman, Herman, Katz & Cotler
820 O'Keefe Avenue
New Orleans, LA 70113
Fax No.: 504.561.6024

SO CERTIFIED, this the 16 day of March, 2010.

_____
Stephen Shivers



$0.610
US POSTAGE
FIRST-CLASS
FROM 39501
FEB 23 2010
stamps.com

0625000747196'

Loretta G. Whyte
Clerk of Court
U.s. District Court, Eastern District Of
500 Poydras Street Ste C151
New Orleans LA 70130-3367

Stephen Shivers
375 Teagarden Road
Gulfport, MS 39507