UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DEAN and DAWN AMATO, individually, and on behalf of all others similarly situated,** | **MDL NO. 2047** |
| **Plaintiffs,** | **SECTION "L"** |
| | **JUDGE FALLON** |
| v. | **MAG. JUDGE WILKINSON** |
| **LIBERTY MUTUAL INSURANCE COMPANY,** | |
| **Defendants.** | |

**THIS APPLIES ONLY TO SANDRA QUILIO
CASE NO. 10-932, SECTION L, MAG. 2
_____/**

### MOTION TO DISMISS SANDRA QUILIO

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Sandra Quilio, who files the instant Motion to Dismiss. Plaintiff, Sandra Quilio, wishes to dismiss without prejudice her claims brought in the Amato et al v. Liberty Mutual Insurance Company, et al class action complaint.

Respectfully Submitted,

**MARTZELL & BICKFORD**

  __/s/ Lawrence J. Centola, III__
**SCOTT R. BICKFORD T.A. (#1165)**
**LAWRENCE J. CENTOLA, III (#27402)**
338 Lafayette Street
New Orleans, Louisiana 70130
(504) 581-9065 (Phone)
(504) 581-7635 (Fax)
Email:  lcentola@mbfirm.com
Attorneys for Plaintiff, Sandra Quilio

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing  Motion to Dismiss Sandra Quilio, has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd  day of March, 2010.

*Original signed document filed with the Court.*

*/s/ Lawrence J. Centola, III*