# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DEAN and DAWN AMATO, individually, and on behalf of all others similarly situated, ,** | **MDL NO.  2047** |
| **Plaintiffs,** | **SECTION:  L** |
| | **JUDGE FALLON** |
| v. | **MAG. JUDGE WILLKINSON** |
| **LIBERTY MUTUAL INSURANCE COMPANY,** | |
| **Defendants.** | |

**THIS APPIES ONLY TO SANDRA QUILIO CASE NO. 10-932, SECTION L, MAG. 2**
_____/

## ORDER

Considering the forgoing Motion to Dismiss:

**IT IS ORDERED, ADJUDGED, and DECREED** that the claims of Plaintiff, Sandra Quilio, brought in the Amato, et al v. Liberty Mutual Insurance Company, et al class action Complaint are hereby dismissed without prejudice.

_____
UNITED STATES DISTRICT JUDGE