| | |
|---|---|
| Sean and Beth Payton, et al., et. al., Plaintiff(s) vs. KNAUF GIPS KG, et al., et. al., Defendant(s) | Service of Process by<br>**APS International, Ltd.**<br>**1-800-328-7171**<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439-3122 |



APS File #: 101729-0334

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--DC Builders, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **LOUISIANA** ) ss.
Parish/~~County~~ of: **LIVINGSTON** )

**Name of Server:** **Tom Cassisa**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **4th** day of **FEBRUARY**, 20 **10**, at **11 47** o'clock **A** M

**Place of Service:** at ~~9109 Greenwell Springs Port Hudson Road~~ **5500 Firestation Rd**, in Zachary, LA 70791

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**DC Builders, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Pat Hughes, Secretary**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F** ; Skin Color **White** ; Hair Color **Brown** ; Facial Hair **N/A**
Approx. Age **50 yrs** ; Approx. Height **5'6"** ; Approx. Weight **175 lbs**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Tom Cassisa*
Signature of Server

Subscribed and sworn to before me this **4th** day of **February**, 20 **10**

*James Galladay*    **4/29/13**
Notary Public    (Commission Expires)

**APS International, Ltd.**