Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**



APS International Plaza
**7800 Glenroy Road**
Minneapolis, MN 55439-3122

APS File #:  101729-0160

**AFFIDAVIT OF SERVICE -- Corporate**

Service of Process on:
--Corner Stone Construction of S.W. Florida, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Florida_ ) ss.
County of: _Collier_ )

**Name of Server:** _Nicholas Kroencher_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _10th_ day of _February_, 20 _10_, at _1:40_ o'clock _P_ M

**Place of Service:** at _8416 Mallow Lane_, in _Naples, FL 34113_

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Corner Stone Construction of S.W. Florida, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of _Ashley Russetto_ whose title is: _daughter/corresident of Registered Agent Daniel Rusetto_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _white_ ; Hair Color _Brown_ ; Facial Hair
Approx. Age _20_ ; Approx. Height _5'5"_ ; Approx. Weight _140_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

X _____
Signature of Server

Subscribed and sworn to before me this _12_ day of _February_, 20 _10_

_____
Notary Public          (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012