Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0279

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Building Supply House, L.L.C.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: LOUISIANA ) ss.
Parish County of: LIVINGSTON )

**Name of Server:** CAROL CASSISA, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 4th day of FEBRUARY, 20 10, at 12:25 o'clock P M

**Place of Service:** at 8550 United Plaza Blvd, Suite 1001, in Baton Rouge, LA 70809

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Building Supply House, L.L.C.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Ms. Barbara Gahn, Clerical Asst.

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Black ; Facial Hair N/A
Approx. Age 35yr ; Approx. Height 5'3" ; Approx. Weight 130 lbs
[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.
Carol A Cassisa
Signature of Server

Subscribed and sworn to before me this 4th day of February, 20 10
_____ 4/29/13
Notary Public      (Commission Expires)

**APS International, Ltd.**