Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 101729-0464

## AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Brian Papania
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: MS ) ss.
County of: Jones

**Name of Server:** _Chris Broudus_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 9 day of February, 20 10, at 11:00 o'clock A M

**Place of Service:** at ~~22074 Family Lane~~ Corner of 603 + I-10, in Pass Christian, MS 39521

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Brian Papania**

**Person Served, and Method of Service:**
[X] By personally delivering them into the hands of the person to be served.
[ ] By delivering them into the hands of _____, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Brian Papania** at the place of service, and whose relationship to the person is: _____

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color Grayish ; Facial Hair Y
Approx. Age 45-50 ; Approx. Height Sitting ; Approx. Weight Sitting

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Chris Broudus_
Signature of Server
**APS International, Ltd.**

Subscribed and sworn to before me this 11 day of Feb, 20 10

_Michelle Murray_
Notary Public      (Commission Expires)
Exp 1-23-11

[Notary Seal: MICHELLE MURRAY, JONES COUNTY NOTARY PUBLIC]