Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0313

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Bill Gregory Drywall
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Georgia ) ss.
County of: Gwinnett )

Name of Server: **Mark Maphet**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 5th day of February, 20 10, at 7:30 o'clock P. M

Place of Service: at 3775 Creekwood Circle, in Loganville, GA 30052

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Bill Gregory Drywall**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **MR. Bill Gregory**

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color Grey ; Facial Hair Beard.
Approx. Age 60's ; Approx. Height 5'8" ; Approx. Weight 200lb.
☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 8th day of Feb, 2010

Notary Public, Gwinnett County (Georgia)
My Commission Expires Dec. 30, 2011

**APS International, Ltd.**