Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0071

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Albanese-Popkin The Oaks Development Group, LP
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Palm Beach )
Name of Server: __Jonathan Levy__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __3__ day of __February__, 20__10__, at __10:00__ o'clock __a__ M

Place of Service: at  1200 S. Rogers Circle, #11 , in  Boca Raton, FL  33487

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Albanese-Popkin The Oaks Development Group, LP**
By delivering them into the hands of an officer or managing agent whose name and title is: __Donna Sandberg (Executive Vice President)__

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __White__ ; Hair Color __Blonde__ ; Facial Hair __Glasses__
Approx. Age __40__ ; Approx. Height __5'6"__ ; Approx. Weight __135 lbs__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this __4__ day of __February__, 20__10__

Notary Public      10-30-2010 (Commission Expires)

Lynne Gewant

NOTARY PUBLIC-STATE OF FLORIDA
Lynne Gewant
Commission #DD6100?
Expires: OCT. 30, 20__
ATLANTIC BONDING CO.

NOTARY PUBLIC-STATE OF FLORIDA
Lynne Gewant
Commission #DD6100?
Exp: OCT. 30, 20__
BONDED … ATLANTIC BONDING CO., INC.