Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0233

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Adams Homes of North West Florida, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Santa Rosa__ )

Name of Server: __Mark Shrout__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __9__ day of __February__, 20 __10__, at __11:58__ o'clock __A__ M

Place of Service: at __3000 Gulf Breeze Parkway__, in __Gulf Breeze, FL 32563__

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Adams Homes of North West Florida, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __Shelly Sepulveda, Administrative Assistant__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __White__ ; Hair Color __Blonde__ ; Facial Hair __n/a__
Approx. Age __45__ ; Approx. Height __5'6"__ ; Approx. Weight __135__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this __11__ day of __February__, 20 __10__

Notary Public    __11/29/2013__ (Commission Expires)

**APS International, Ltd.**

LISA GONZALES
NOTARY PUBLIC
STATE OF FLORIDA
Comm# DD0943013
Expires 11/29/2013