Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  101729-0328

LEVIN, FISHBEIN, ET AL

**Ms. Jennifer Lascio**
**510 Walnut St., Ste. 500**
**Philadelphia, PA  19106-3697**

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Acadian Builders and Contractors, LLC
**Court Case No. 09-7628**

State of: _LOUISIANA_ ) ss.
Parish
~~County~~ of: _LIVINGSTON_ )

**Name of Server:**  _Tom Cassisa_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:**  that on the _4th_ day of _FEBRUARY_, 20 _10_, at _3:45_ o'clock _P_ M

**Place of Service:**  at  _6473 Highway 44, Suite 201_, in  _Gonzales, LA  70737_

**Documents Served:**  the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:**  A true and correct copy of the aforesaid document(s) was served on:
**Acadian Builders and Contractors, LLC**

**Person Served, and Method of Service:**  By delivering them into the hands of an officer or managing agent whose name and title is:  _Thomas Black, Supervisor_

**Description of Person Receiving Documents:**  The person receiving documents is described as follows:
Sex _M_ ; Skin Color _White_ ; Hair Color _Brown_; Facial Hair _N/A_
Approx. Age _35 yrs_; Approx. Height _6'1"_ ; Approx. Weight _225_
_X_ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**  Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Tom Cassisa_
Signature of Server

Subscribed and sworn to before me this
_4th_ day of _February_, 20 _10_

_James Dollada_  4/29/13
Notary Public          (Commission Expires)

**APS International, Ltd.**