Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0302

**AFFIDAVIT OF SERVICE -- Corporate**

Service of Process on:
--84 Lumber Company, CT Corporation System
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Louisiana** ) ss.
Parish ~~County~~ of: **Livingston**

Name of Server: **Tom Cassisa**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **2nd** day of **February**, 20 **10**, at **2:45** o'clock **P** M

Place of Service: at **5615 Corporate Blvd., Suite 400B**, in **Baton Rouge, LA 70808**

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**84 Lumber Company, CT Corporation System**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Ms. Lynette Bass, Corp. Operations Specialist**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **White** ; Hair Color **Brown** ; Facial Hair **N/A**
Approx. Age **32** ; Approx. Height **5'6"** ; Approx. Weight **121 lbs**

**X** To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Tom Cassisa*
Signature of Server

Subscribed and sworn to before me this **2nd** day of **February**, 20 **10**

*James Halladay*  4/29/13
Notary Public   (Commission Expires)

**APS International, Ltd.**