Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0247

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Maronda Homes, Inc. of Florida
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Seminole )

**Name of Server:** J. N. Meadows, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 5 day of February, 2010, at 9:45 o'clock A M

**Place of Service:** at 3993 West First Street, in Sanford, FL 32771

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Maronda Homes, Inc. of Florida**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Jane Forest, Executive Administrative Assistant

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Dark ; Facial Hair No
Approx. Age 40's ; Approx. Height 5'8" ; Approx. Weight 140

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury    Subscribed and sworn to before me this
that the foregoing is true and correct.                                    8 day of February, 2010

2-8-10

Signature of Server                                                        Notary Public      (Commission Expires)
J. N. Meadows
APS International, Ltd.    # 423 Mea

NOTARY PUBLIC-STATE OF FLORIDA
Karen S. Hernandez
Commission # DD859349
Expires:   MAY 22, 2013
BONDED THRU ATLANTIC BONDING CO., INC.

Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
# APS International, Ltd.
# 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0247

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Maronda Homes, Inc. of Florida
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Seminole )

**Name of Server:** J. N. Meadows, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 5 day of February, 2010, at 9:45 o'clock A M

**Place of Service:** at 3993 West First Street, in Sanford, FL 32771

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Maronda Homes, Inc. of Florida**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Jane Forest, Executive Administrative Assistant.

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Dark ; Facial Hair No
Approx. Age 40's ; Approx. Height 5'8" ; Approx. Weight 140

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 8 day of February, 2010

2-8-10

Signature of Server
J. N. Meadows
APS International, Ltd. # 423 Mea

Notary Public (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Karen S. Hernandez
Commission # DD859349
Expires: MAY 22, 2013
BONDED THRU ATLANTIC BONDING CO., INC