Sean and Beth Payton, et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0524

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Lawrence Migliar LLJ Construction
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: FLORIDA ) ss.
County of: Hillsborough )

Name of Server: **Jamie Snyder**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **22** day of **February**, 20 **10**, at **8:30** o'clock **P** M

Place of Service: at **4936 W. San Rafael Street**, in **Tampa, FL 33629**

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Lawrence Migliar LLJ Construction**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Lawrence Migliar (aka Migliara)**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **Cauc**; Hair Color **Brown**; Facial Hair **No**
Approx. Age **35-40 ish**; Approx. Height **5'10"**; Approx. Weight **160 lbs**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **23** day of **February**, 20 **10**

Signature of Server

Notary Public                (Commission Expires)

**APS International, Ltd.**

SEAN SEGEL
MY COMMISSION # DD 897202
EXPIRES: June 8, 2013
Bonded Thru Notary Public Underwriters

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

SEAN AND BETH PAYTON, et al )
)
_____ )
*Plaintiff* )
v. ) Civil Action No. 09-7628
)
KNAUF GIPS KG, et al )
)
_____ )
*Defendant* )

**SUMMONS IN A CIVIL ACTION**
(Migliara)

To: *(Defendant's name and address)* Lawrence Migliar LLJ Construction
~~3510 South Sterling Avenue~~
Tampa, FL 33629

4936 W. San Rafael St
Tampa, FL 33629

[Served stamp: APSIN 2.19.10 185199 / JMS SERVED / DATE: 8:30 AM 8:30 PM / TIME: 2/19/10 2/23/10 / WHO: Personal]

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Date: _____Jan 07 2010_____