Sean and Beth Payton, et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0527

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Millennium Homes and Development, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Palm Beach__ )

**Name of Server:** __Michael Rocco__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __24th__ day of __February__, 20 __10__, at __10:02__ o'clock __A__ M

**Place of Service:** at  1599 S.W. 21st St  , in  Boca Raton, FL  33486

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Millennium Homes and Development, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Andrea "Doe" Co-Resident & Co-Owner__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __F__ ; Skin Color __Brown__ ; Hair Color __Black__ ; Facial Hair ____
Approx. Age __50__ ; Approx. Height __5'5"__ ; Approx. Weight __140__

[✓] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
__Michael Rocco__
APS International, Ltd.

Subscribed and sworn to before me this __25__ day of __February__, 20__10__

Notary Public                (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Jonathan Levy
Commission # DD759719
Expires:  MAR. 13, 2012
BONDED THRU ATLANTIC BONDING CO., INC.