Sean and Beth Payton, et al., et al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et al., Defendant(s)

Service of Process by

APS International, Ltd.
1-800-328-7171

## AFFIDAVIT OF SERVICE ON A CORPORATION
--Mariner Village Townhomes, Inc..
Court Case No. 09-7628

Law Firm Requesting Service:
LEVIN, FISHBEIN, ET AL.
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697
Customer File:

State of: Florida ) ss.
County of: DADE )

Name of Server: Carlos Aguirre, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

Date/Time of Service: that on 15-Feb-2010 12:12 pm

Place of Service: at 7975 NW 154th St., Suite 400, city of Miami Lakes, state of FL

Documents Served: the undersigned served the documents described as:
Summons and Complaint; Exhibits

Service of Process on, Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
Mariner Village Townhomes, Inc..
By delivering them into the hands of an officer or managing agent whose name and title is
Jenny Losa, Head of Accounting

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color white ; Hair Color blonde ; Facial Hair N/A
Approx. Age 25 ; Approx. Height 5'07" ; Approx. Weight 125

✓ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

Subscribed and sworn to before me this 19th day of FEB, 2010

Notary Public        (Commission Expires)

APS File: 101729-237

ISABELLE C. FERNANDEZ-ARANDA
Notary Public - State of Florida
My Commission Expires Feb 27, 2010
Commission # DD 522663
Bonded By National Notary Assn.