Service of Process by

APS International, Ltd.
1-800-328-7171

Sean and Beth Payton, et al., et al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et al., Defendant(s)

Law Firm Requesting Service:
LEVIN, FISHBEIN, ET AL.
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697
Customer File:

**AFFIDAVIT OF SERVICE ON A CORPORATION**
--United Homes, Inc.
Court Case No. 09-7628

State of: __Florida__ ) ss.
County of: __DADE__ )

| | |
|---|---|
| Name of Server: | Carlos Aguirre, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action. |
| Date/Time of Service: | that on 15-Feb-2010 12:12 pm |
| Place of Service: | at   7975 NW 154th St, Suite 400   , city of   Miami Lakes   , state of  FL |
| Documents Served: | the undersigned served the documents described as: Summons and Complaint; Exhibits |
| Service of Process on, Person Served, and Method of Service: | A true and correct copy of the aforesaid document(s) was served on: United Homes, Inc. By delivering them into the hands of an officer or managing agent whose name and title is Jenny Losa, Head of Accounting |
| Description of Person Receiving Documents: | The person receiving documents is described as follows: Sex  F  ; Skin Color  white  ; Hair Color  blonde  ; Facial Hair  N/A  Approx. Age  25  ; Approx. Height  5'07"  ; Approx. Weight  125  ✓ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| Signature of Server: | Undersigned declares under penalty of perjury that the foregoing is true and correct. Signature of Server |

Subscribed and sworn to before me this
19th day of FEB, 2010

Notary Public     (Commission Expires)

APS International, Ltd.
APS International Plaza • 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File: 101729-235

ISABELLE C. FERNANDEZ-MIRANDA
Notary Public - State of Florida
My Commission Expires Feb 20, 2010
Commission # DD 62263
Bonded By National Notary Assn.