Sean and Beth Payton, et al., et al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et al., Defendant(s)

Service of Process by

APS International, Ltd.
1-800-328-7171

## AFFIDAVIT OF SERVICE ON A CORPORATION
-- United Homes International, Inc., Peter M. Hodkin, Esquire

Court Case No. 09-7628

Law Firm Requesting Service:
LEVIN, FISHBEIN, ET AL.
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697
Customer File:

State of: Florida
County of: DADE

| | |
|---|---|
| Name of Server: | Carlos Aguirre, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action; |
| Date/Time of Service: | that on: 15-Feb-2010 12:12 pm |
| Place of Service: | at 7975 NW 154th St., Suite 400, city of Miami Lakes, state of FL |
| Documents Served: | the undersigned served the documents described as: Summons and Complaint; Exhibits |
| Service of Process on, Person Served, and Method of Service: | A true and correct copy of the aforesaid document(s) was served on: United Homes International, Inc., Peter M. Hodkin, Esquire By delivering them into the hands of an officer or managing agent whose name and title is: Jenny Losa, Head of Accounting |
| Description of Person Receiving Documents: | The person receiving documents is described as follows: Sex F ; Skin Color white ; Hair Color blonde ; Facial Hair N/A Approx. Age 25 ; Approx. Height 5'07" ; Approx. Weight 125 ✓ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| Signature of Server: | Undersigned declares under penalty of perjury that the foregoing is true and correct. Signature of Server | Subscribed and sworn to before me this 19th day of FEB, 2010 Notary Public   (Commission Expires) |

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File: 101729-236

ISABELLE J. HERNANDEZ-MENDEZ
Notary Public - State of Florida
Commission Expires Feb 27, 2013
Commission # DD 822663
Bonded By National Notary Assn