UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL    MDL NO. 09-2047
PRODUCTS LIABILITY LITIGATION

        SECTION L
        JUDGE FALLON
        MG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

*Sean and Beth Payton, et al v. Knauf Gips KG, et al.,*
*Case No. 09-7628*
_____/

## MOTION FOR EXTENSION OF TIME TO SERVE
## BUILDER PROFILE FORMS

    Defendant, Albanese-Popkin The Oaks Development Group, L.P. ("Albanese"), fully reserving any and all defenses, including jurisdiction, move this Honorable Court for an extension of time by which they must serve Plaintiffs' Liaison Counsel with the Builder Defendant Profile Forms in the above-caption matter, and in support thereof, states as follows:

    1.    On or about February 2, 2010, Albanese, was served with the Omnibus Class Action Complaint.

    2.    On or about March 9, 2010, the court entered Pretrial Order 1F, providing that Defendant Profile Form are to be filed forty-days from service of process.

    3.    The undersigned has been diligently working to obtain all the information and documents necessary to complete the Builder Defendant Profile Forms. Additional time, however, is needed to ascertain all information and documentation required.

    4.    Therefore, Albanese requests an extension of time, through and including April 1, 2010, to serve its profile forms.

    5.    The extension will neither prejudice any of the parties, nor delay this matter.

6.      Pursuant to Fed. R. Civ. P. 6, this Court has the authority to grant the relief requested herein.

WHEREFORE, Defendant, Albanese-Popkin The Oaks Development Group, L.P., respectfully requests this Court grant it an extension of time, through and including April 1, 2010, to serve its Defendant Builder Profile Forms.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of March, 2010.

SACHS SAX CAPLAN
Attorneys for Defendant, Albanese-Popkin The Oaks
Development Group, L.P.
6111 Broken Sound Parkway NW, Suite 200
Boca Raton, Florida 33487
Tele:   (561) 994-4499
Fax:    (561) 994-4985

By:      /s/ Brett A. Duker
         Lysa M. Friedlieb
         Florida Bar No. 898538
         lfriedlieb@ssclawfirm.com
         Brett A. Duker
         Florida Bar No. 0021609
         bduker@ssclawfirm.com