**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : | MDL No. 2047<br><br>SECTION:  L<br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | : : | MAG. JUDGE WILKINSON |
| Sean and Beth Payton, et al. v. Knauf Gips KG, et al. Case No. 09-7628 (E.D.La.) | : : : | |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF ALL PAPERS AND PLEADINGS**

**COME NOW** Warren Horn, Drew R. Ballina, and the law firm of Heller, Draper, Hayden, Patrick & Horn, L.L.C., who hereby appear as attorneys for GMI Construction, Inc. in the matter entitled *Sean and Beth Payton, et al. v. Knauf Gips KG, et al.*, bearing Civil Action No. 09-7628, and request:  (1) that their names at the address listed below be added to the matrix; and (2) that they be served with copies of all notices, orders, reports, notices of hearings, motions and any and all papers and pleadings filed in the above-referenced case.  The address for notice and service is as follows:

    GMI Construction, Inc.
    c/o  Warren Horn, Esq.
       Drew R. Ballina, Esq.
    **HELLER, DRAPER, HAYDEN,**
      **PATRICK & HORN, L.L.C.**
    650 Poydras Street, Suite 2500
    New Orleans, LA  70130
    Phone:  504.299.3300
    E-mail:  whorn@hellerdraper.com

3376.18820.301831.1

Respectfully submitted,

**HELLER, DRAPER, HAYDEN PATRICK & HORN, L.L.C.**

/s/ Drew R. Ballina
Warren Horn (La. Bar #14380)
Drew R. Ballina (LA Bar #01704)
650 Poydras Street, Suite 2500
New Orleans, Louisiana  70130
Telephone: (504) 568-1888
Facsimile: (504) 522-0949
**COUNSEL FOR GMI CONSTRUCTION, HOMES, INC.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing *Notice of Appearance and Request for Service of All Papers and Pleadings* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and the Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of March 2010.

/s/ Drew R. Ballina
**DREW R. BALLINA**