UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL      MDL NO. 09-2047
PRODUCTS LIABILITY LITIGATION

        SECTION L
        JUDGE FALLON
        MG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

*Sean and Beth Payton, et al v. Knauf Gips KG, et al.,*
*Case No. 09-7628*
_____/

## MOTION FOR EXTENSION OF TIME TO SERVE
## BUILDER PROFILE FORMS

Defendant, Stonebrook Estates, Inc. ("Stonebrook"), fully reserving any and all defenses, including jurisdiction, moves this Honorable Court for an extension of time by which it must serve Plaintiffs' Liaison Counsel with the Builder Defendant Profile Forms in the above-caption matter, and in support thereof, states as follows:

1. On or about February 3, 2010, Stonebrook, was served with the Omnibus Class Action Complaint.

2. On or about March 9, 2010, the court entered Pretrial Order 1F, providing that Defendant Profile Form are to be filed forty-days from service of process.

3. The undersigned has been diligently working to obtain all the information and documents necessary to complete the Builder Defendant Profile Forms. Additional time, however, is needed to ascertain all information and documentation required.

4. Therefore, Stonebrook requests an extension of time, through and including April 1, 2010, to serve its profile forms.

5. The extension will neither prejudice any of the parties, nor delay this matter.

6.     Pursuant to Fed. R. Civ. P. 6, this Court has the authority to grant the relief requested herein.

WHEREFORE, Defendant, Stonebrook Estates, Inc., respectfully requests this Court grant it an extension of time, through and including April 1, 2010, to serve its Defendant Builder Profile Forms.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of March, 2010.

        SACHS SAX CAPLAN
        Attorneys for Defendant, Stonebrook Estates, Inc.
        6111 Broken Sound Parkway NW, Suite 200
        Boca Raton, Florida 33487
        Tele:   (561) 994-4499
        Fax:    (561) 994-4985

        By:    /s/ Brett A. Duker
             Lysa M. Friedlieb
             Florida Bar No. 898538
             lfriedlieb@ssclawfirm.com
             Brett A. Duker
             Florida Bar No. 0021609
             bduker@ssclawfirm.com