Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0499

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Andrews Hardware Company, Inc., dba Andrews Ace Hardware
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _____ ) ss.
County of: _____ )

Name of Server: __Christin Haynes__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __10th__ day of __February__, 20 __10__, at __2:07__ o'clock __P__ M

Place of Service: at __19750 North 3rd St.__, in __Citronelle, AL 36522-3060__

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Andrews Hardware Company, Inc., dba Andrews Ace Hardware**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __Bruce Andrews, President of Store__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __W__ ; Hair Color __Gray__ ; Facial Hair __0__
Approx. Age __50__ ; Approx. Height __6' 1"__ ; Approx. Weight __192 lbs__

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

__Christin Haynes__
Signature of Server

Subscribed and sworn to before me this __12th__ day of __February__, 20 __10__

__MJT__  3/22/10
Notary Public    (Commission Expires)

**APS International, Ltd.**