Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0004

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
 --Aranda Homes, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Lee__ )

Name of Server: __Barbara Gray__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __16th__ day of __February__, 20 __10__, at __11:15__ o'clock __A__ M

Place of Service: at __1310 Southwest 4th Terrace__, in __Cape Coral, FL 33910__

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Aranda Homes, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: __Dominick Izzo, Director__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __White__ ; Hair Color __Black__ ; Facial Hair _____
Approx. Age __40-45__ ; Approx. Height __5'9"__ ; Approx. Weight __180__

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

X __Barbara Gray__
Signature of Server  15715?

Subscribed and sworn to before me this __18th__ day of __February__, 20 __10__

__Tena Alvarado__
Notary Public      (Commission Expires)

**APS International, Ltd.**

Public State of Florida
T. Alvarado
Commission DD775441
Expires 06/08/2012