Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0006

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Aubuchon Homes, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Lee )

Name of Server: Barbara Gray, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 16th day of February, 2010, at 4:55 o'clock P M

Place of Service: at 4707 SE 9th Place, in Cape Coral, FL 33904

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on:
Person Served, and
Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**Aubuchon Homes, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: Jim Aubuchon, Vice President

Description of Person Receiving Documents:

The person receiving documents is described as follows:
Sex M ; Skin Color white ; Hair Color Bald ; Facial Hair ____
Approx. Age 45-50 ; Approx. Height 5'9" ; Approx. Weight 185

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:

Undersigned declares under penalty of perjury that the foregoing is true and correct.

X Barbara Gray
Signature of Server 157153

Subscribed and sworn to before me this 16th day of February, 20 10

Elena Alvarado
Notary Public        (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012