Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  101729-0485

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Bass Homes, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _____ ) ss.
County of: _____ )

**Name of Server:** Christin Haynes, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 10th day of February, 20 10, at 10:24 o'clock A M

**Place of Service:** at  34661 State Highway 59 , in  Stapleton, AL  36478

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Bass Homes, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Bill Bass

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color Grey ; Facial Hair ____
Approx. Age 50's ; Approx. Height 6'1" ; Approx. Weight 190lb

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 12th day of February, 20 10

3/22/10
Notary Public         (Commission Expires)

**APS International, Ltd.**