Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0012

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Cape Cement & Supply, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Lee__ )

**Name of Server:** __Barbara Gray__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __16th__ day of __February__, 20 __10__, at __11:35__ o'clock __A__ M

**Place of Service:** at __645 Commercial Park Place__, in __Cape Coral, FL  33991__

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Cape Cement & Supply, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Johnny Matthews, Registered Agent / CFO__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__ ; Skin Color __white__ ; Hair Color __Grey__ ; Facial Hair ____
Approx. Age __50-55__ ; Approx. Height __5'9"__ ; Approx. Weight __180__

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

__Barbara Gray__
Signature of Server  157153

Subscribed and sworn to before me this __18__ day of __February__, 20 __10__

__Elena Alvarado__
Notary Public    (Commission Expires)

APS International, Ltd.



Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012