# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO: 2047 |
| | SECTION: L |
| This document relates to: David Gross, et al v. Knauf Gips KG, et al Case No. 2:09cv06690 (E.D. La.) | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rules of Civil Procedure Rule 7.1, defendant, DEVON INTERNATIONAL TRADING, INC., who through undersigned counsel, states the following.

Devon International Trading, Inc. is a privately held corporation organized under the laws of the State of Pennsylvania, and there is no publicly held corporation that owns 10% or more of its stock.

Respectfully submitted,

WOODLEY, WILLIAMS LAW FIRM, L.L.C.

BY: /s/ Donald C. Brown
DONALD C. BROWN (#3549)
P. O. Box 3731
Lake Charles, LA 70602-3731
Telephone: (337) 433-6328
Facsimile: (337) 433-7513
E-mail: dcbrown@woodleywilliams.com
Attorney for defendant, **DEVON INTERNATIONAL TRADING, INC.**

## CERTIFICATE OF SERVICE

       I hereby certify that a copy of the above and foregoing Defendant Devon International Trading, Inc.'s Rule 7.1 Corporate Disclosure Statement has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECG System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of March, 2010.

                        WOODLEY, WILLIAMS LAW FIRM, L.L.C.

BY:   **/s/ Donald C. Brown**
        DONALD C. BROWN (#3549)
        P. O. Box 3731
        Lake Charles, LA  70602-3731
        Telephone:  (337) 433-6328
        Facsimile:  (337) 433-7513
        E-mail:  dcbrown@woodleywilliams.com