UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | )<br>)<br>)  MDL NO:  2047<br>)<br>)  SECTION:  L<br>) |
| This document relates to: | )  JUDGE FALLON |
| David Gross, et al v. Knauf Gips KG, et al | ) |
| Case No. 2:09cv06690 (E.D. La.) | )  MAG. JUDGE WILKINSON |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rules of Civil Procedure Rule 7.1, defendant, TMO GLOBAL LOGISTICS, LLC., who through undersigned counsel, states the following.

TMO Global Logistics, LLC is a privately held corporation organized under the laws of the State of Virginia, and there is no publicly held corporation that owns 10% or more of its stock.

Respectfully submitted,

WOODLEY, WILLIAMS LAW FIRM, L.L.C.

BY:   /s/ **Donald C. Brown**
       DONALD C. BROWN (#3549)
       P. O. Box 3731
       Lake Charles, LA  70602-3731
       Telephone:  (337) 433-6328
       Facsimile: (337) 433-7513
       E-mail: dcbrown@woodleywilliams.com
Attorney for defendant, **TMO GLOBAL LOGISTICS, LLC.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Defendant TMO Global Logistics, LLC's Rule 7.1 Corporate Disclosure Statement has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECG System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of March, 2010.

WOODLEY, WILLIAMS LAW FIRM, L.L.C.


BY:   /s/  Donald C. Brown
      DONALD C. BROWN (#3549)
      P. O. Box 3731
      Lake Charles, LA  70602-3731
      Telephone:  (337) 433-6328
      Facsimile:  (337) 433-7513
      E-mail:  dcbrown@woodleywilliams.com