Sean and Beth Payton, et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0523

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

--Caribe Homes Corp.
Court Case No. 09-7628

State of: Florida ) ss.
County of: DADE )

Name of Server: **CARLOS AGUIRRE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 22 day of February, 20 10, at 11:40 o'clock A M

Place of Service: at 5901 SW 74TH ST #411, in Miami, FL 33143

Documents Served: the undersigned served the documents described as:
Summons and Complaint; Exhibits

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Caribe Homes Corp.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Eliana Castro Executive Assistant

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color BROWN ; Facial Hair ____
Approx. Age 46 ; Approx. Height 5'2 ; Approx. Weight 120

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this 22 day of FEB, 20 10

Notary Public    (Commission Expires)

ISABELLE C. FERNANDEZ-MIRANDA
Notary Public - State of Florida
My Commission Expires Feb 27, 2010
Commission # DD 522663
Bonded By National Notary Assn.