Sean and Beth Payton, et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0544

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
—Centerline Homes at Vizcaya, Inc
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL.
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Broward )

**Name of Server:** Michael Rocco, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 26th day of February, 20 10, at 12:20 o'clock P. M

**Place of Service:** at 825 Coral Ridge Drive, in Coral Springs, FL 33076

**Documents Served:** the undersigned served the documents described as:
Summons and Complaint; Exhibits

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
Centerline Homes at Vizcaya, Inc
By delivering them into the hands of an officer or managing agent whose name and title is: Diane "Doe" Office Manager (declined to provide last name but was agreeable)

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Blonde ; Facial Hair
Approx. Age 40 ; Approx. Height 5'3" ; Approx. Weight 140

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Michael Rocci
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this 27th day of February, 2010

Jonathan Levy
Notary Public          (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Jonathan Levy
Commission #DD759719
Expires: MAR. 13, 2012
BONDED THRU ATLANTIC BONDING CO., INC.