Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0089

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Danal Homes Development, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Broward** )

Name of Server: **Jonathan Levy**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action:

Date/Time of Service: that on the **26** day of **February**, 20 **10**, at **11:40** o'clock **A** M

Place of Service: at **2500 Weston Road, Ste 404**, in **Weston, FL 33331**

Documents Served: the undersigned served the documents described as:
Summons and Complaint; Exhibits

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Danal Homes Development, Inc.

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Roy D. Oppenheimer, Registered Agent/Attorney**

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Brown**; Facial Hair ____
Approx. Age **50**; Approx. Height **5'5"**; Approx. Weight **160**

**✓** To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this **26** day of **February**, 20**10**

Notary Public          (Commission Expires)

NOTARY PUBLIC-STATE OF FL
Lynne Gewant
Commission # DD610...
Exp: OCT. 30, 2010
BONDED THRU ATLANTIC BONDING CO., INC.