Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0474

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Gulf Coast Engineering, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Charlotte )

CPS 157183

Name of Server: Bonita Yocum-Wiskowski, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 8 day of February, 2010, at 3:07 o'clock P M

Place of Service: at 18401 Murdock Circle, in Port Charlotte, FL 33948-1088

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Gulf Coast Engineering, LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Miko Gunderson  R/A

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color BRN ; Facial Hair ___
Approx. Age 35 ; Approx. Height 5'7" ; Approx. Weight 150

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this 18 day of February, 2010

Notary Public      (Commission Expires)

WILLIAM C. FRAZZETTA
MY COMMISSION # DD 750211
EXPIRES: May 18, 2012
Bonded Thru Budget Notary Services