Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)

Case 2:09-md-02047-EEF-MBN   Document 2012   Filed 03/23/10   Page 1 of 1

**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 101729-0355

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Gwen Core
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **LOUISIANA** ) ss.
County of: **JEFFERSON** )

**Name of Server:** _Chris Hopper_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **23** day of **Febuary**, 20 **10**, at **4** o'clock **P** M

**Place of Service:** at **44 Park Lane**, in **Folsom, LA 70137**

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Gwen Core**

**Person Served, and Method of Service:**
☐ By personally delivering them into the hands of the person to be served.
☐ By delivering them into the hands of _Eric Core_, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with
**Gwen Core**
at the place of service, and whose relationship to the person is: _____

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _W_ ; Hair Color _brown_ ; Facial Hair _____
Approx. Age _18_ ; Approx. Height _5'11_ ; Approx. Weight _170_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Christopher Hays_
Signature of Server
**APS International, Ltd.**

Subscribed and sworn to before me this **25st** day of **February**, 20 **10**

_Brandi Ermon_
Notary Public     (Commission Expires)
BRANDI F. ERMON   # 26631