U. S. DISTRICT COURT
Eastern District of Louisiana

FILED FEB 25 2010

LORETTA G. WHYTE
Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SEAN AND BETH PAYTON, et al

    Plaintiff

v.

KNAUF GIPS KG, et al

    Defendants

Civil Action No. 09 - 7628 L(2)

09-MD-2047 L(2)

## MANNY GARCIA'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

The defendant, Mr. Manny Garcia, hereby moves the Court for an extension of time of thirty days within which to file his response to the complaint in this action and states:

1. Mr. Garcia is a resident of Miami-Dade County, Florida.

2. Mr. Garcia was served with the summons and complaint in this action on February 4, 2010.

3. The time demanded by the summons for a response to the complaint is twenty days from the date of service. Therefore, Mr. Garcia's response is due on February 24, 2010.

4. Mr. Garcia needs an additional thirty days from February 24, 2010, in order to try to secure local counsel and to prepare an intelligent response to the complaint.

5. Mr. Garcia files this motion in good faith and is not attempting to unduly delay these proceedings.

TENDERED FOR FILING

FEB 25 2010

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee _____
___ Process _____
_X_ Dktd _____
_X_ CtRmDep _____
___ Doc No. _____

Wherefore, Mr. Garcia respectfully prays for an order granting him up to, and including, March 1, 2010, within which to file a response to the complaint.

_____
Manny Garcia
10501 S.W. 127 Street
Miami, Florida, 33176
PH: (786) 295 - 9118

## Certificate of Service

I hereby certify that the foregoing was sent by fax and by mail on _____ to

Russ M. Herman, Esq.
Herman, Herman, Katz & Collar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

By: _____
Manny Garcia

2