UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SEAN AND BETH PAYTON, et al

    Plaintiff

v.

    Civil Action No. 09 - 7628

KNAUF GIPS KG, et al

    Defendants

_____/

## MANNY GARCIA'S CORRECTED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

The defendant, Mr. Manny Garcia, hereby files this corrected motion and again moves the Court for an extension of time within which to file his response to the complaint in this action and states:

1. Mr. Garcia is a resident of Miami-Dade County, Florida.

2. Mr. Garcia was served with the summons and complaint in this action on February 4, 2010.

3. The time demanded by the summons for a response to the complaint is twenty days from the date of service. Therefore, Mr. Garcia's response is due on February 24, 2010.

4. Mr. Garcia needs an additional thirty days from February 24, 2010, in order to try to secure local counsel and to prepare an intelligent response to the complaint.

5. Mr. Garcia files this motion in good faith and is not attempting to unduly delay these proceedings.

TENDERED FOR FILING

MAR 12 2010

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

6. A proposed order is being submitted with this motion.

Wherefore, Mr. Garcia respectfully prays for an order granting him up to, and including, March 30, 2010, within which to file a response to the complaint.

_____
Manny Garcia
10501 S.W. 127 Street
Miami, Florida, 33176
PH: (786) 295 - 9118

### Certificate of Service

I hereby certify that the foregoing was sent by fax and by mail on March 8, 2010 to

Russ M. Herman, Esq.
Herman, Herman, Katz & Collar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

By: _____
Manny Garcia

### ORDER

The foregoing motion for extension is granted. The defendant shall have up to, and including, March 30, 2010, within which to file his response to the complaint

Dated: _____   By: _____
UNITED STATES DISTRICT JUDGE

2

7013 0420 0003 3367

The Clerk of the Court
U.S. District Court
Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130



02 1P
0003340021  FEB 19 2010
MAILED FROM ZIP CODE 33146
$000.61⁰
PITNEY BOWES
UNITED STATES POSTAGE