UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SEAN AND BETH PAYTON, et al

          Plaintiff

                                    Civil Action No. 09 - 7628

v.

KNAUF GIPS KG, et al

          Defendants
_____/

## ORDER GRANTING DEFENDANT GARCIA'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

      This cause came before the court on Defendant Manny Garcia's Corrected Motion for Extension of Time to Respond to Complaint and the Court, being fully advised in the premises, it is hereby

      ORDERED and ADJUDGED that the motion is granted.  This defendant shall have up to, and including, March 30, 2010, to serve its response to the complaint.

      Done and ordered in chambers on _____.


                    By: _____
                         UNITED STATES DISTRICT JUDGE

cc:    Counsel of record