UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 20427<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| SEAN AND BETH PAYTON, individually and on beahalf of all others similarly situated,<br>    Plaintiffs | MAG. JUDGE WILKINSON |

v.

KNAUF GIPS KG, et al
Case No. 2:09-CV-7628
    Defendants

### DEFENDANT, O.C.D. OF S. FLORIDA, INC.'S, EX PARTE MOTION FOR EXTENSION OF TIME TO COMPLETE PROFILE FORMS

Defendant, O.C.D. of S. Florida, Inc., fully reserving any and all defenses, moves this Honorable Court for an extension of time by which it must serve Plaintiffs' Liaison Counsel with Defendant Contractor/Installer Profile Forms in the above-captioned matter, and in support thereof states as follows:

1. On or about February 3, 2010, O.C.D. of S. Florida, Inc. was served with the Omnibus Class Action Complaint.

2. The Court entered Pretrial Order 1F on March 9, 2010, providing that Defendant Profile Forms are to be filed forty (40) days from service of process.

3. The undersigned has been diligently working to obtain the information necessary to complete the Defendant Contractor/Installer Profile Forms. Additional time is needed, however, to verify the information required and confirm its accuracy.

4. Defendant therefore requests that the deadline for completing its Defendant Profile Forms be extended until April 5, 2010.

5. This extension will neither prejudice any of the parties, nor delay this matter.

6. Pursuant to Rule 6, Fed. R. Civ. P., this Court has the authority to grant the relief requested herein.

WHEREFORE, Defendant O.C.D. of S. Florida, Inc., respectfully requests this Court grant its extension of time, until April 5, 2010, to serve Plaintiffs' Liaison Counsel with the Defendant Contractor/Installer Profile Forms.

> PETERSON BERNARD
> Attorneys for Defendants Global Home Builders, Inc., and O.C.D. of S. Florida, Inc.
> 416 Flamingo Ave.
> Stuart, FL 34996
> Phone: (772) 286-9881
> Fax:   (772) 220-1784
>
> By: /s/ Sarah M. Vazquez
>     SARAH M. VAZQUEZ
>     Florida Bar No.: 0662526
>     E-mail: sarahvazquez@stuart-law.net
>     EDWIN E. MORTELL, III
>     Florida Bar No.: 832758
>     E-mail: edwinmortell@stuart-law.net

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 23, 2010 this document was served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and by e-mail on all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will generate a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/ Sarah M. Vazquez

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 20427<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| SEAN AND BETH PAYTON, individually and on beahalf of all others similarly situated,<br>  Plaintiffs | MAG. JUDGE WILKINSON |

v.

KNAUF GIPS KG, et al
Case No. 2:09-CV-7628
  Defendants

### ORDER ON DEFENDANT, O.C.D. OF S. FLORIDA, INC.'S EX PARTE MOTION FOR EXTENSION OF TIME

Upon consideration of the Ex Parte Motion for Extension of Time to serve Defendant Contractor/Installer Profile Forms filed by Defendant, O.C.D. of S. Florida, Inc.,

IT IS HEREBY ORDERED that the Ex Parte Motion for Extension of Time be and same is hereby GRANTED; and IT IS FURTHER ORDERED that Defendant, O.C.D. of S. Florida, Inc., be granted an extension of time until April 5, 2010 to serve upon Plaintiff Liaison Counsel the required Defendant Contractor/Installer Profile Forms.

New Orleans, Louisiana, this _____ day of _____, 2010.

                                              _____
                                              Honorable Eldon E. Fallon
                                              United States District Judge