UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> **THIS DOCUMENT RELATES TO:** ) <br> ) <br> SEAN AND BETH PAYTON, ET AL. ) <br> ) <br> V. ) <br> ) <br> KNAUF GIPS KG, ET AL. ) <br> _____/ | MDL NO. 2047 <br><br> SECTION L <br><br> JUDGE FALLON <br> MAG. JUDGE WILKINSON <br><br> CIVIL ACTION NO. 09-7628 |

## KOLTER HOMES, LLC'S SECOND CONSENT MOTION
## FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Defendant, Kolter Homes, LLC ("Kolter"), pursuant to Rule 7.9 of the Local Rules of the U.S. District Court for the Eastern District of Louisiana, moves this Honorable Court for an Order enlarging the time by which it must respond to Plaintiffs' Omnibus (I) Class Action Complaint filed in the above-captioned matter, Civil Action No. 09-7628, within MDL No. 2047 (the "Complaint"), and in support thereof states as follows:

1.  On or about February 4, 2010, Kolter was served with the Complaint. Kolter subsequently filed a Consent Motion for Enlargement of Time to Respond to the Complaint [DE 1313] on February 24, 2010, which the Court subsequently granted [DE 1412] on February 26, 2010 (the "Order").

2.  Pursuant to the Order, Kolter's response to the Complaint is due on or before March 26, 2010.

3.  The undersigned has conferred with Ervin Gonzalez, Esq., counsel for certain plaintiffs, regarding plaintiffs dropping Kolter from this case. Mr. Gonzalez has authorized the undersigned to represent to the Court that, as a result of those discussions, the Plaintiffs Steering

Committee ("PSC") has confirmed that Kolter will be dropped from this case as soon as possible and that a response to the Complaint is not necessary; however, the PSC cannot confirm that Kolter will be dropped from the case before its response to the Complaint comes due on March 26, 2010.

4.  Although the PSC has confirmed that Kolter will be dropped from this case, Kolter, in an abundance of caution, files this motion seeking an additional thirty (30) days to respond to the Complaint, to avoid violating the Court's Order requiring Kolter's response by March 26, 2010.

5.  This is Kolter's second motion for an extension of time to respond to the Complaint. Good cause exists for granting this motion, as granting the motion will allow Kolter to avoid the time and expense of preparing an otherwise unnecessary response to the Complaint, given that the PSC has confirmed that Kolter will be dropped from the case.

6.  The requested extension of time will neither prejudice any of the parties, nor delay the case.

WHEREFORE, Defendant, Kolter Homes, LLC, respectfully requests that this Court grant it an extension of thirty (30) days, until April 26, 2010, to respond to Plaintiffs' Omnibus Class Action Complaint (I), filed in the above captioned matter, Civil Action No. 09-7628, within MDL No. 2047.

> Respectfully submitted,
>
> /s/ Christopher N. Dawson
> Jaime A. Bianchi
> Florida Bar No. 908533
> Christopher N. Dawson
> Florida Bar No. 617636
> White & Case LLP
> 200 South Biscayne Boulevard, Suite 4900
> Miami, Florida 33131
> Telephone: (305) 371-2700
> Facsimile: (305) 358-5744/5766
> *Counsel for Kolter Homes, LLC*

## CERTIFICATE REQUIRED BY LOCAL RULES 7.4.1W AND 7.9W

I HEREBY CERTIFY that the undersigned has conferred with Plaintiffs Liaison Counsel regarding the extension of time requested herein, and that Plaintiffs Liaison Counsel does not oppose the requested extension of time.

> /s/Christopher N. Dawson

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Second Consent Motion for Extension of Time to Respond to Complaint has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of March, 2010.

> /s/Christopher N. Dawson