UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> **THIS DOCUMENT RELATES TO:** ) <br> ) <br> SEAN AND BETH PAYTON, ET AL. ) <br> ) <br> V. ) <br> ) <br> KNAUF GIPS KG, ET AL. ) <br> _____/ | MDL NO. 2047 <br><br> SECTION L <br><br> JUDGE FALLON <br> MAG. JUDGE WILKINSON <br><br> CIVIL ACTION NO. 09-7628 |

## [PROPOSED] ORDER

THIS MATTER came before the Court upon consideration of Kolter Homes, LLC's ("Kolter") Second Consent Motion for Extension of Time to Respond to the Complaint (the "Motion"), and the Court, having considered the Motion, the consent of the PSC, and being otherwise duly advised in the premises,

IT IS HEREBY ORDERED that the Motion be and the same is hereby GRANTED; and,

IT IS FURTHER ORDERED that Kolter Homes, LLC is granted an additional thirty (30) days to respond to Plaintiffs' Omnibus Class Action Complaint, filed in the above-captioned matter, Civil Action No. 09-7628, within MDL No. 2047 (the "Complaint"), up through and including until April 26, 2010.

New Orleans, Louisiana, this _____ day of _____, 2010.

                                                 _____
                                                 Honorable Eldon E. Fallon
                                                 United States District Judge