UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | |
| Sean and Beth Payton, et al. v. Knauff Gips, KG, et al. | JUDGE FALLON |
| Case No.: 2:09-cv-07628-EEF-JCW | MAG. JUDGE WILKINSON |

### MARONDA HOMES, INC. OF FLORIDA'S
### MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STAY

Defendant Maronda Homes, Inc. of Florida ("Maronda"), by and through its undersigned counsel, moves this Court to dismiss this action pursuant to Fed.R.Civ.P. 12(b)(1), (2) and (6) for the reasons articulated below. Specifically, Maronda is not subject to, nor has it submitted to, the jurisdiction of this Court. In the alternative, Maronda moves to dismiss or stay this action pursuant to the 9 U.S.C. § 3 pending arbitration and/or pursuant to Florida Statutes §§ 558.003 and 558.004 pending compliance with the requirements set forth therein and for all the reasons set forth in the accompanying Memorandum of Law, which is incorporated herein by reference.

Respectfully submitted,

*/s/ Robert D. Finkel*
Robert D. Finkel, Esquire
rfinkel@mmlpc.com
Pa. I.D. No. 71130
MANION MCDONOUGH & LUCAS, P.C.
600 Grant Street, Suite 1414
Pittsburgh, PA 15219
(412) 232-0200
(412) 232-0206
Firm I.D. No. 786

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2010.

/s/ *Robert D. Finkel*
Robert D. Finkel, Esquire
Pa. I.D. No. 71130
rfinkel@mmlpc.com
MANION McDONOUGH & LUCAS, P.C.
600 Grant Street, Suite 1414
Pittsburgh, Pennsylvania 15219
(412) 232-0200
(412) 232-0206
Firm I.D. No. 786