UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | |
| Sean and Beth Payton, et al. v. Knauff Gips, KG, et al. | JUDGE FALLON |
| Case No.: 2:09-cv-07628-EEF-JCW | MAG. JUDGE WILKINSON |

------------------------------------------------------------

## ORDER OF COURT

On this _____ day of _____, 2010, upon consideration of Maronda Homes, Inc. of Florida's Motion to Dismiss and supporting Memorandum, it is hereby ORDERED, ADJUDGED and DECREED that the Motion is granted and this action is hereby dismissed.

_____
United States District Judge