OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2010 MAR 18  PM 1:03

LORETTA G. WHYTE
CLERK

Date: _3-18-10_____

_Vickers, et al_____

vs.

_Knauf GIPS KG, et al_____

Case No. _09-4117_ Section _L_

_MDL 2047_

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) _Guangdong Knauf New Building Material Products Co., Ltd._
   (address) _No. 2 Xingang Development Zone, PC-528147, Guangdong, China_
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for _____

Address _____

Fee _____
✓ Process _____
X Dktd _____
__ CtRmDep _____
__ Doc. No. _____