OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA   70130

Date: 3/4/10

Gross, et al

vs.

Knauf Gips KG, et al

Case No. 09-6690 Section L

Dear Sir:

Please ~~(issue)~~ (re-issue) summons on the ~~(complaint)~~ (amended complaint) (  amended complaint) ~~(third party complaint)~~ (other: _____) to the following:

1. (name) North Pacific Lumber
   (address) 10200 SW Greenburg Road
2. ~~(name)~~ Portland, OR 97208
   (address) _____
3. (name) Gaangdong Knauf New Bld. Materials Product Co. Ltd
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for Plaintiff
Address Levin, Fishbein, Sedran & Berman
510 Walnut St. - Ste 500
Phila., PA 19106