UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * | MDL NO. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO ALL ACTIONS | * * | JUDGE FALLON MAG. JUDGE WILKINSON |

****************************************************************

## NOTICE OF APPEARANCE
## MDL 2047 COUNSEL CONTACT INFORMATION FORM

For defendant, C. Adams Construction and Design, LLC, CA No: 09-7628

Raymond A. Pelleteri, Jr. 10391
Claudette L. Bienvenu #20422
Pelleteri & Wiedorn, LLC
636 Carondelet Street
New Orleans, LA 70130
(504) 523-2650
(504) 523-2141 fax
rpelleteri@pwclawfirm.com
clbienvenu@yahoo.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 23rd day of March, 2010 a copy of the foregoing has been forwarded to liaison counsel Russ Herman at drywall@hhkc.com; kmiller@frilot.com and pwittmann@stonepigmann.com and all counsel of record by filing electronically with the Clerk of Court using the CM/ECF system and via Lexis/Neix.com/fileandserve.

*s/ Claudette L. Bienvenu*

RAYMOND A. PELLETERI, JR.
CLAUDETTE L. BIENVENU