UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 MAR 22 PM 1: 22

LORETTA G. WHYTE
CLERK

SEAN AND BETH PAYTON, et al

    Plaintiff

Civil Action No. 09 - 7628

v.

KNAUF GIPS KG, et al

    Defendants

                    /

## FRANCISCO PERMUY'S ANSWER TO COMPLAINT

The defendant, Mr. Francisco Permuy, files this answer to the complaint in this action:

1.    This defendant denies all allegations against this defendant and demands strict proof of all allegations against him.

### Affirmative Defenses

1.    This court is without personal jurisdiction over this defendant as this defendant has had no contact whatsoever with the forum in which this action has been brought.

2.    This action must be dismissed for lack of subject matter jurisdiction because the plaintiff, Tania Martinez and all of the other defendants who are associated with Tania Martinez,' claim are citizens of the State of Florida.

3.    This action must be dismissed as this defendant is neither a manufacturer, distributor, or designer of drywall (Chinese or any other) and is therefore not properly included as a defendant in this class action away from his forum state of Florida. This

Fee _____
Process _____
x Dktd _____
CtRmDep _____
Doc. No. _____

defendant's only contact with any member of the class of plaintiffs is that he is the cousin of Guillermo Permuy who sold a single family residence in the State of Florida only to Tania Martinez and none other.

4.     This action must be dismissed as the plaintiff, Tania Martinez, has previously brought the identical action against this defendant in the State of Florida and that action is still pending and is actively being litigated by her.

### Demand for Jury

This defendant demands a trial by jury on all issues so triable.

WHEREFORE, this defendant demands judgment for costs and for fees from both Tania Martinez and her counsel for having brought this frivolous class action against this defendant without conducting the requisite pre-filing investigation of the claim.

Francisco Permuy
110 Merrick Way
Suite 3-B
Coral Gables, Florida 33134
(305) 661 - 7859

## Certificate of Service

I certify that the foregoing was sent by fax and by mail on *March 18, 2010* , to:

Russ M. Herman, Esq.
Herman, Herman, Katz & Collar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Fax: (504) 561 - 6024

By: _____
Francisco Permuy

```
┌─────────────────────────────────────────┐
│   TRANSMISSION VERIFICATION REPORT       │
└─────────────────────────────────────────┘

                              TIME  : 03/18/2010 17:39
                              NAME  :
                              FAX   : +056664601
                              TEL   :
                              SER.# : 000D7J564066

┌──────────────────────────────────────────────────────────────────┐
│                                                                    │
│   DATE,TIME                      03/18  17:39                       │
│   FAX NO./NAME                   15045616024                        │
│   DURATION                       00:00:32                           │
│   PAGE(S)                        03                                 │
│   RESULT                         OK                                 │
│   MODE                           STANDARD                           │
│                                  ECM                                │
│                                                                    │
└──────────────────────────────────────────────────────────────────┘
```

03/17/2010  11:14    +056664601                                    PAGE  05/07

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

SEAN AND BETH PAYTON, et al

     Plaintiff

                             Civil Action No. 09 - 7628

v.

KNAUF GIPS KG, et al

     Defendants

_____ /

## FRANCISCO PERMUY'S ANSWER TO COMPLAINT

The defendant, Mr. Francisco Permuy, files this answer to the complaint in this action:

   1.    This defendant denies all allegations against this defendant and demands strict proof of all allegations against him.

### Affirmative Defenses

   1.    This court is without personal jurisdiction over this defendant as this defendant has had no contact whatsoever with the forum in which this action has been brought.