UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2:09-md-02047 |
| | | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAGISTRATE WILKINSON |
| SEAN AND BETH PAYTON, et al VS. KNAUF GIPS, et al CASE NO. 2:09-cv-7628 | * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR EXTENSION TO RESPOND TO PLAINTIFF'S OMNIBUS CLASS ACTION COMPLAINT

Defendant, Dupree Contractors, L.L.C., erroneously named herein as Dupree Contractors, Inc., by and though undersigned counsel, pursuant to Local Rule 7.9E, hereby moves for an extension of time within which to respond to Plaintiff's Omnibus Class Action Complaint, and in support thereof state:

1.

Dupree Contractors, LLC was served with process in the above-referenced action on February 2, 2010.

2.

Undersigned counsel avers that an Affidavit of Service was filed on March 23, 2010 noting service of Defendant on February 2, 2010.

3.

As per Pre Trial Order 1F, Defendant has fifty (50) from the date of service in which to file a responsive pleading. Undersigned counsel avers that it was recently retained to represent Defendant, Dupree Contractors, L.L.C. and requires additional time in which to review all file materials and formulate a response to Plaintiff's Complaint.

4.

Dupree Contractors, L.L.C.. hereby seeks an additional thirty (30) day extension of time from the date the responsive pleadings would be due as per Pre Trial Order 1F, March 24, 2010 to April 24, 2010 within which to respond to the Complaint.

5.

Dupree Contractors, L.L.C . has not sought any previous extensions of time in this matter.

WHEREFORE, Defendant, Dupree Contractors, Inc. hereby respectfully requests a 30-day extension of time or until April 24, 2010 with in which to respond to Plaintiff's Omnibus Class Action Complaint.

Respectfully Submitted:

**LAWRENCE & ASSOCIATES**

By: ___/John S. Lawrence, Jr.___
John S. Lawrence Jr., a P.L.C. (#19678)
David P. Curlin (#20771)
Matthew L. Devereaux (#32125)
225 St. Ann Drive
Mandeville, Louisiana 70471
Telephone: (985) 674-4446
Facsimile: (985) 674-4450
*Counsel for Defendant, Dupree Contractors, L.L.C.*

## CERTIFICATE OF SERVICE

I, hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March 2010.

___/John S. Lawrence, Jr.___
John S. Lawrence, Jr.