UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 2:09-md-02047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | JUDGE FALLON |
| | * | |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE WILKINSON |
| | * | |
| SEAN AND BETH PAYTON, et al | * | |
| VS. | * | |
| KNAUF GIPS, et al | * | |
| CASE NO. 2:09-cv-7628 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER ON MOTION FOR EXTENSION TO RESPOND TO PLAINTIFF'S OMNIBUS CLASS ACTION COMPLAINT

**Given the foregoing:**

**IT IS HEREBY ORDERED,** that Defendant, Dupree Contractors, L.L.C., is

hereby granted a 30-day extension of time or until April 24, 2010 within which to

respond to Plaintiffs' Omnibus Class Action Complaint.

New Orleans, Louisiana this _____ day of _____, 2010.

_____
J U D G E