UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2:09-md-02047 |
| THIS DOCUMENT RELATES TO: | * * * | JUDGE FALLON |
| | | MAGISTRATE WILKINSON |
| SEAN AND BETH PAYTON, et al VS. KNAUF GIPS, et al CASE NO. 2:09-cv-7628 | * * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Given the foregoing Exparte Motion for Extension of Time to Submit Profile Forms:

**IT IS HEREBY ORDERED**, that Defendant, Dupree Contractors, L.L.C., is hereby granted a thirty (30) day extension of time, or until April 24, 2010, in which to complete and submit the appropriate Profile Form.

New Orleans, Louisiana this _____ day of _____, 2010.

_____
JUDGE