UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION          MDL NO. 09-2047

THIS DOCUMENT RELATES TO:              JUDGE FALLON
SEAN AND BETH PAYTON, ET AL. V. KNAUF GIPS KG, ET AL.
CASE NO. 2:09-CV-07628 (E.D. LA.)

---

STATE OF TEXAS
COUNTY OF TARRANT

### AFFIDAVIT OF DAVID MORICE

Before me, the undersigned notary public for and in the State and County aforesaid came and appeared David Morice, who, being duly sworn did state:

1. I am the Vice President and Legal Counsel of D.R. Horton, Inc.

2. All statements herein are made of my own personal knowledge of the affairs of D.R. Horton, Inc.

3. I am over the age of 18 years of age and am otherwise competent to testify.

4. D.R. Horton, Inc. is a corporation organized under the laws of the State of Delaware and has its principle place of business in Fort Worth, Texas.

5. D.R. Horton, Inc. is a home builder that contracts with third parties for the construction of single-family homes and/or sells completed single family homes.

6. D.R. Horton, Inc. has never built a residence in Louisiana or had any contracts or subcontracts with other companies to build residences in Louisiana.

7. D.R. Horton, Inc. has never been licensed to do business in Louisiana.

8. D.R. Horton, Inc. has never been registered to do business in Louisiana.

9. D.R. Horton, Inc. has never had an office in Louisiana.

10. D.R. Horton, Inc. has never had employees in Louisiana.

11. D.R. Horton, Inc. does not have an agent for service of process in Louisiana.

528335.1

12. D.R. Horton, Inc. does not own any property in Louisiana.

13. According to Schedule 3 attached to Plaintiffs' Complaint, D.R. Horton, Inc. allegedly built 2 homes in Louisiana and 4 homes in Florida. D.R. Horton, Inc. did not build any of the Louisiana homes.

14. No Louisiana plaintiff had a contract with D.R. Horton, Inc. to build a home in Louisiana.

15. D.R. Horton, Inc.—Gulf Coast, a separate legal entity from D.R. Horton, Inc., built the Louisiana homes and is licensed and registered to conduct business in Louisiana.

16. All advertising or operations in Louisiana is conducted by D.R. Horton, Inc.—Gulf Coast, not D.R. Horton, Inc.

17. D.R. Horton, Inc. and D.R. Horton, Inc.—Gulf Coast observe separate corporate formalities.

18. D.R. Horton, Inc. and D.R. Horton, Inc.—Gulf Coast maintain separate accounting.

19. D.R. Horton, Inc. does not exercise complete authority over D.R. Horton, Inc.—Gulf Coast general policy.

20. D.R. Horton, Inc.—Gulf Coast controls daily operations in Louisiana.

21. D.R. Horton, Inc. does not maintain a telephone line in Louisiana, and does not have a mailing address in Louisiana.

22. D.R. Horton, Inc. has never anticipated it would be subject to the jurisdiction of any court, whether state or federal, in Louisiana.

THUS DONE, READ AND PASSED in the above described County and State, before the undersigned Notary Public and competent witnesses this 23RD day of March, 2010.

WITNESSES:

_Laura Sears_
LauRa SeaRS
(please print name)

_Pam Jones_
PAm Jones
(please print name)

_Shari Hightower_
Notary Public
3/23/10

SHARI HIGHTOWER
Notary Public, State of Texas
My Commission Expires
February 20, 2013

2

528335.1