UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL

PRODUCTS LIABILITY LITIGATION          MDL NO. 09-2047

THIS DOCUMENT RELATES TO:               JUDGE FALLON

SEAN AND BETH PAYTON, ET AL. V. KNAUF GIPS KG, ET AL.

CASE NO. 2:09-CV-07628 (E.D. LA.)

## ORDER

Considering Defendant, D.R. Horton, Inc's *Motion to Dismiss for Lack of Personal Jurisdiction under Fed. R. Civ. Pro. 12(b)(2) and Improper Venue under Fed. R. Civ. Pro. 12(b)(3)*;

IT IS HEREBY ORDERED that Defendant's Motion be set for hearing on Wednesday April 21, 2010 at 9:00 a.m.

New Orleans, Louisiana, this _____ day of March, 2005.

                                                **District Judge**
                                         **Eastern District of Louisiana**