IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>Payton, et al. v. Knauf Gips KG, et al.,<br>Case No. 09-cv-7628 (E.D. La.)<br><br>THIS DOCUMENT APPLIES TO ALL CASES | )<br>)<br>)<br>) MDL Docket No. 2047<br>)<br>)<br>) SECTION L<br>) JUDGE FALLON<br>) MAG. JUDGE WILKINSON<br>)<br>) |

## ANSWER AND AFFIRMATIVE DEFENSES OF GREGG NIEBERG, INC.

**COMES NOW** the Defendant named as Gregg Nieberg, Inc. and answers the Plaintiffs' complaint as follows:

1. Denied.

2. Denied.

3. Denied.

4. This Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph No. 4 of the Complaint and, therefore, denies same.

Averment No. 5 through Averment No. 2,072:  This Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph No. 5 through Paragraph No. 2,072 of the Complaint and, therefore, denies same.

Averment No. 2074 through Averment No. 2,516:  This Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph No. 2,074 through Paragraph No. 2,526 of the Complaint and, therefore, denies same.

1817411 v1

Averment No. 2,517 through Averment No. 2,552:  This Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph No. 2,517 through Paragraph No. 2,552 of the Complaint and, therefore, denies same.

Averment No. 2,553:   Denied.

Averment No. 2,554 through Averment No. 2,609:   This Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph No. 2,554 through Paragraph No. 2,609 of the Complaint and, therefore, denies same.

Averment No. 2,610 through Averment No. 2,770:   Denied.

Prayer for Relief:  Denied.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

This Defendant denies that it is guilty in the matters alleged in the Complaint and demands strict proof thereof.  Furthermore, this Defendant denies the averments of the Plaintiffs' Complaint that are not expressly admitted and asserts the defenses as set out previously.

### SECOND DEFENSE

The applicable statute of limitations bars the Plaintiffs' cause.

### THIRD DEFENSE

The Complaint fails to state a claim against the Defendant upon which relief may be granted.

### FOURTH DEFENSE

The Defendant pleads superseding cause.

**FIFTH DEFENSE**

The Defendant pleads intervening cause.

**SIXTH DEFENSE**

Waiver.

**SEVENTH DEFENSE**

The Defendant pleads comparative negligence.

**EIGHTH DEFENSE**

The Defendant pleads assumption of risk.

**NINTH DEFENSE**

The Defendant pleads that nothing done by any of its agents or servants caused or contributed to the Plaintiffs' alleged injuries.

**TENTH DEFENSE**

Release.

**ELEVENTH DEFENSE**

Plaintiffs lack capacity to bring this suit.

**TWELFTH DEFENSE**

Failure to join one or more parties under F.R.C.P. 19.

**THIRTEENTH DEFENSE**

This Defendant has no custody or control over the guilty parties.

**FOURTEENTH DEFENSE**

This Defendant denies that this action is appropriate for class action status as to this Defendant.

**FIFTEENTH DEFENSE**

Plaintiffs' alleged damages were unknown and unforeseeable as to this Defendant.

**SIXTEENTH DEFENSE**

This Defendant denies that it is a manufacturer or distributor of Chinese Drywall.

**SEVENTEENTH DEFENSE**

The Plaintiffs are not entitled to punitive damages.

**EIGHTEENTH DEFENSE**

Plaintiffs' claims for punitive damages cannot be upheld to the extent these claims violate or contravene the holdings of the United States Supreme Court in BMW v. Gore, 116 S.Ct. 1589 (1996); State Farm Mut. Auto. Ins. Co. v. Campbell, 123 S.Ct. 1513 (2003); and Phillip Morris USA v. Williams, 127 S.Ct. 1057 (2007).

**NINETEENTH DEFENSE**

Plaintiffs' claims for punitive damages are barred to the extent that it seeks the admission into evidence of this Defendant's net worth in determining whether punitive damages are to be awarded and/or in what amount they are to be awarded, because punitive damages are a form of punishment that is grounded in this Defendant's status rather than in specific misconduct, and thus has the effect of treating classes of citizens unequally in violation of the Equal Protection Clause of the Fifth and Fourteenth Amendments to the United States Constitution.

**TWENTIETH DEFENSE**

To permit the imposition of punitive damages against this Defendant on a joint and several liability basis would impermissibly punish this Defendant for the conduct of other persons or companies and would deprive this Defendant of due process of law under the Fourteenth Amendment of the United States Constitution.

## TWENTY-FIRST DEFENSE

Contributory Negligence.

## TWENTY-SECOND DEFENSE

Estoppel.

## TWENTY-THIRD DEFENSE

This Defendant denies that it designed, manufactured, exported, imported, distributed, delivered, supplied, marketed or sold any Chinese drywall to any of the alleged class members.

## TWENTY-FOURTH DEFENSE

This Defendant avers that there exist no privity between this Defendant and any of the alleged class members.

## TWENTY-FIFTH DEFENSE

There is a lack of personal jurisdiction over this Defendant.

## TWENTY-SIXTH DEFENSE

This Defendant's investigation into the matters alleged in Plaintiffs' complaint is ongoing, and this Defendant therefore reserves the right to assert other or different defenses to Plaintiffs' claims as additional facts or information are discovered.

s/ S. Greg Burge
S. Greg Burge (AL Bar# ASB-0558-B37S)
gburge@burr.com

Attorney for Defendant
GREGG NIEBERG, INC.

OF COUNSEL:
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

1817411 v1                                5

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2010.

                                          /s/ S. Greg Burge
                                          OF COUNSEL