UNITED STATES DISTRICT COURT

EASTERN OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | CIVIL ACTION NO.: 09-MDL-2047 SECTION: "L" – JUDGE FALLON |
| THIS DOCUMENT RELATES TO: Sean and Beth Payton, individually on an behalf of all others similarly situated v. Knauf Gips KG, et al Civil Action No. 09-07628 | * * * * * * * * * | MAGISTRATE: "2" - JUDGE WILKINSON |

*****************************************************************************

**<u>NOTICE OF HEARING</u>**

PLEASE TAKE NOTICE that counsel for Mover and Defendant herein, DMH Development, Co. will bring its Motions to Dismiss under Rules 12 (b)(2) and 12 (b)(3) of the Federal Rules of Civil Procedure before the Honorable Judge Eldon Fallon at the United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on the 12th day of May, 2010 at 9:00 a.m., or as soon thereafter as counsel may be heard.

Respectfully submitted,

s/ Glenn B. Adams
GLENN B. ADAMS (2316)
DENIA S. AIYEGBUSI (31549)
Porteous, Hainkel & Johnson, L.L.P.
704 Carondelet Street
New Orleans, LA  70130
Telephone:  (504) 581-3838
Email: gadams@phjlaw.com
Email: daiyegbusi@phjlaw.com
*Attorneys for DMH Development, Co.*

## CERTIFICATE OF SERVICE

I hereby certify that DMH Development, Co.'s above and foregoing Motions to Dismiss Pursuant to Federal Rules 12(b)(2) and 12(b)(3), Answer to Plaintiffs' Omnibus Class Action Complaint, and Affirmative Defenses has been served upon Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhk.com and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com and upon all parties by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 20010.

s/ Glenn B. Adams
GLENN B. ADAMS
DENIA S. AIYEGBUSI