Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0491

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Highland Lakes, LLC, dba Eddleman Homes, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Alabama ) ss.
County of: Jefferson )

Name of Server: **Paul H. Ivey**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 9th day of February, 20 10, at 12:50 o'clock P M

Place of Service: at 2700 Hwy 280, Suite 425, in Birmingham, AL 35223

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Highland Lakes, LLC, dba Eddleman Homes, LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Brandy K. Parsons**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color Bn ; Facial Hair ___
Approx. Age 35-40 ; Approx. Height 5'3 ; Approx. Weight 150

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Paul H. Ivey_
Signature of Server

Subscribed and sworn to before me this 9th day of February, 20 10

_Notary Public_    3-22-10 (Commission Expires)

**APS International, Ltd.**

_Brandy K. Parsons_