Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0492

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--HPH Homes
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Alabama** ) ss.
County of: **Jefferson** )

Name of Server: **Carl H. Ivy**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **9th** day of **February**, 20 **10**, at **12:30** o'clock **P** M

**Place of Service:** at **2236 Cahaba Valley Dr., Ste 100**, in **Birmingham, AL 33542**

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**HPH Homes**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Beth Staggs**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F** ; Skin Color **W** ; Hair Color **Bro.** ; Facial Hair ___
Approx. Age **25** ; Approx. Height **5'5** ; Approx. Weight **135lbs**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Carl H. Ivy_
Signature of Server

Subscribed and sworn to before me this **9th** day of **February**, 20 **10**

_[Notary signature]_     **3/22/10**
Notary Public     (Commission Expires)

**APS International, Ltd.**

_Beth Staggs_