Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  101729-0376

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Interior/Exterior Building Supply, LP
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **LOUISIANA** ) ss.
County of: **JEFFERSON** )

Name of Server: **Darren J. Harper**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **19** day of **February**, 20 **10**, at **11:00** o'clock **A** M

Place of Service: at **727 South Cortez Street**, in **New Orleans, LA  70119**

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Interior/Exterior Building Supply, LP**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Terry Lamonte**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **W**; Hair Color **Brn**; Facial Hair ___
Approx. Age **35**; Approx. Height **5'4"**; Approx. Weight **120**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **22nd** day of **February**, 20 **10**

Notary Public         (Commission Expires)

BRANDI F. ERMAN  #26631

**APS International, Ltd.**