UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *Sean and Beth Payton, et al. v. Knauff Gips, KG, et al.*<br>Case No. 2:09-cv-07628-EEF-JCW | MAG. JUDGE WILKINSON |

# ORDER

Upon consideration of the Motion for Extension of Time to serve Builder Defendant Profile Forms filed by Defendant LPR Builders, Inc.,

IT IS HEREBY ORDERED that the Unopposed Motion for Extension of Time be and same is hereby GRANTED; and

IT IS FURTHER ORDERED that Defendant LPR Builders, Inc. shall be granted an extension of time until April 1, 2010 to serve upon Plaintiff Liaison Counsel the required Builder Defendant Profile Forms.

New Orleans, Louisiana, this 23rd day of March, 2010.

_____
Honorable Eldon E. Fallon
United States District Judge

540311.1