UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE WILKINSON

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :
**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

Manufacturer Defendants filed a Request for Certificate of Appealability (Rec. Doc. No. 996), regarding this Court's Order issued on January 13, 2010 (Rec. Doc. No. 741). Distributor Defendants subsequently were granted joinder in the Manufacturers' Request (Rec. Doc. No. 1868). The Plaintiffs' Steering Committee filed a Response to the Request for Certificate of Appealability (Rec. Doc. No. 1165).

This Court has jurisdiction pursuant to 28 U.S.C. § 1292(b) to certify to the United States Court of Appeals for the Fifth Circuit an interlocutory order. The decision to permit such an appeal is in the discretion of this Court. *Cheney v. U.S. Dist. Court for Dist. Of Columbia*, 542 U.S. 367, 405 (2004). The Court has considered the arguments raised in the parties' briefs, and the applicable facts and law. Accordingly, IT IS ORDERED that the Manufacturer Defendants' Request for Certificate of Appealability (Rec. Doc. No. 996)**,** is DENIED.

New Orleans, Louisiana, this 23rd day of March 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE