UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2:09-md-02047 |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| SEAN AND BETH PAYTON, et al VS. KNAUF GIPS, et al CASE NO. 2:09-cv-7628 | * * * * * | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Given the foregoing Exparte Motion for Extension of Time to Submit Profile Forms:

**IT IS HEREBY ORDERED,** that Defendant, E. Jacob Construction, Inc., is hereby granted a thirty (30) day extension of time, or until April 22, 2010, in which to complete and submit the appropriate Profile Form.

New Orleans, Louisiana this 24th day of March, 2010.

_____
JUDGE