UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2:09-md-02047 |
| | | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAGISTRATE JUDGE WILKINSON |
| SEAN AND BETH PAYTON, et al VS. KNAUF GIPS, et al Case No. 2:09-cv-7628 | * * * * | |

## *EX PARTE* CONSENT MOTION FOR EXTENSION OF TIME

NOW INTO COURT, through undersigned counsel, appearing specifically herein, comes D & B Framing, Inc., sought to be made defendant herein, which requests that this Court grant it a 20 day extension of time to file responsive pleadings to the Complaint herein on the following grounds:

1. D & B Framing, Inc. was served with the Complaint in this case on February 4, 2010.

2. D & B Framing, Inc. requests an additional 20 days to investigate the allegations in the Complaint and prepare appropriate responsive pleadings.

3. Plaintiffs' Liaison Counsel has stated to counsel for D & B Framing, Inc. that plaintiffs have no objection to this request for an extension of time.

4. Mover certifies that this is its first request for extension of time filed in connection with filing a response to the Complaint, and that this request is not interposed for purposes of delay.

5. Mover preserves all of its rights and defenses in this matter (including defenses based on personal jurisdiction), and waives none of those.

Respectfully Submitted:

PITTMAN LAW FIRM

By: _____
John F. Crawford II (#31409)
Eric L. Pittman (#10648)
1930 Florida Ave. S.W.
Denham Springs, LA 70726
Phone: (225) 664-9500
Fax: (225) 664-2117
*Counsel for D & B Framing, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Ex Parte* Consent Motion for Extension of Time of D & B Framing, Inc., has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Ste. 100, New Orleans, LA 70113 (rherman@hhkc.com) and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., 1100 Poydras Street, Ste. 3700, New Orleans, LA 70163 (kmiller@frilot.com) by U. S. Mail and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court, of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2010.

_____
John F. Crawford II