UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

: MDL NO. 2047
: SECTION: L
: JUDGE FALLON
: MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

SAMUEL LEDFORD, individually and on behalf of others similarly situated,

  Plaintiff,

v.

KNAUF GIPS KG; KNAUF PLASTERBOARD TIANJIN CO., LTD.; and MAZER SUPER DISCOUNT STORE et al.,

  Defendants.

No. CV-09-4292

# Mazer's Discount Home Centers, Inc.'s Motion for Leave to File Third-Party Complaint Against Devon International, Inc.
### (Filed March 25, 2010)

Mazer's Discount Home Centers, Inc., incorrectly designated in Samuel Ledford's Complaint as Mazer Super Discount Store (hereinafter "Mazer"), requests leave to file a third-party complaint against Devon International, Inc. ("Devon") in accordance with Rule 1(a)(1), Fed. R. Civ. P. Devon is the party that supplied the

drywall at issue to Mazer for sale at retail, and Mazer seeks to assert a claim of indemnity against Devon should Mazer be found liable to the Plaintiff or any class the Plaintiff seeks to represent.  Mazer delayed in filing the third-party complaint to attempt to work out an agreement with Devon, but Mazer now believes it is necessary to file the third-party complaint to protect its rights.  Attached are copies of the proposed third-party complaint, summons and proposed order.

Respectfully submitted and filed on March 25, 2010, using one of the below-listed attorneys' CM/ECF user log-in and password as a signature in accordance with Rule 8 of the Court's Administrative Procedures for Electronic Case Filing,

 s/ *Larry S. Logsdon*
Larry S. Logsdon
Voice:    (205) 874-0341
Fax:       (205) 874-3241
E-mail: llogsdon@wallacejordan.com

 s/ *Michael L. Jackson*
Michael L. Jackson
Voice:    (205) 874-0315
Fax:       (205) 874-3251
E-mail: mjackson@wallacejordan.com

Attorneys for the Defendant designated as Mazer Super Discount Store

2

Of Counsel:

Wallace, Jordan, Ratliff & Brandt, L.L.C.
Post Office Box 530910
Birmingham, Alabama 35253
Voice:  (205) 870-0555

                                                Christopher A. Bottcher
E-mail: cbottcher@sirote.com

Mary Blanche Hankey
E-mail: mhankey@sirote.com

C. Lee Reeves
E-mail: lreeves@sirote.com

Attorneys for the Defendant designated as Mazer Super Discount Store

Of Counsel:

Sirote & Permutt, P.C.
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Voice:     (205) 930-5100
Fax:        (205) 930-5101

## Certificate of Service

I certify that on March 25, 2010, the above and foregoing *Mazer's Discount Home Centers, Inc.'s Motion for Leave to File Third-Party Complaint Against Devon International, Inc.* was served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendant's Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

    s/ *Michael L. Jackson*
Michael L. Jackson
Wallace, Jordan, Ratliff & Brandt, L.L.C.
Voice:  (205) 874-0315
Fax:     (205) 874-3251
E-mail:  mjackson@wallacejordan.com