UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL  :  MDL NO. 2047
  PRODUCTS LIABILITY LITIGATION      :  SECTION: L
                                     :
                                     :  JUDGE FALLON
                                     :  MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

SAMUEL LEDFORD V. KNAUF GIPS KG et al., No. CV-09-4292

## Order Granting Mazer's Discount Home Centers, Inc.'s Motion for Leave to File Third-Party Complaint Against Devon International, Inc.

The motion by Mazer's Discount Home Centers, Inc. for leave to file a third-party complaint against Devon International, Inc. is hereby GRANTED.

DONE and ORDERED this ____ day of _____, 2010

_____
Eldon E. Fallon
United States District Judge