UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

MDL NO. 09-2047

SECTION L
JUDGE FALLON
MG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

*Sean and Beth Payton, et al. v. Knauf Gips KG, et al.,*
Case No. 09-7628
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that GAIL C. BRADFORD, ESQUIRE, Bell and Roper, P.A. hereby enters an appearance as counsel of record on behalf of Defendant, TWIN LAKES RESERVE AND GOLF CLUB, INC. *MICHAEL J. ROPER, ESQUIRE, Bell and Roper, P.A. also previously entered an appearance on behalf of TWIN LAKE RESERVE AND GOLF CLUB, INC. on February 19, 2010.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 25th day of March, 2010.

GAIL C. BRADFORD, ESQUIRE
Florida Bar No.: 0295980
MICHAEL J. ROPER, ESQUIRE
Florida Bar No.: 0473227
BELL AND ROPER, P.A.
2707 East Jefferson Street
Orlando, FL 32803
Telephone: (407) 897-5150
Facsimile: (407) 897-3332
*Attorneys for Twin Lakes Reserve and Golf Club, Inc.*