THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEAN AND BETH PAYTON, et al | * | Civil Action No. 09-7628 |
| Plaintiffs | * | Judge Eldon E. Fallon |
| V. | * | |
| KNAUF GIPS KG, et al | * | Magistrate Judge Joseph C. Wilkerson, Jr. |
| Defendants | * | Section L |

### REQUEST FOR ORAL ARGUMENT

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Sun Construction, LLC, who, pursuant to Local Rule 78.1E, respectfully request oral argument on its Motion to Compel Arbitration and Stay the Proceedings Pending Arbitration. The Motion request a hearing on April 21st, at 9:00 a.m. before Honorable Judge Eldon E. Fallon, in the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130. Sun Construction, LLC represents that the Motion to Compel Arbitration and Stay the Proceedings Pending Arbitration presents unique issues that need to be discussed in open court.

Respectfully submitted,

**COUHIG PARTNERS, L.L.C.**

BY: _____
DAVID C. LOEB (LA Bar No. 8660)
DANIEL E. ZELENKA (LA Bar No. 17874)
643 MAGAZINE STREET, SUITE 300
NEW ORLEANS, LA 70130
Telephone 504-588-1288
Facsimile 504-588-9750
dloeb@couhigpartners.com
dzelenka@couhigpartners.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Request for Oral Argument has been served on Plaintiffs' Liaison Counsel, Russ Hermann at Drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at Kmiller@frilot.com, and Homebuilder Sterring Committees' Liaison Counsel Phillip A. Wittmann at pwittman@stonepigman.com and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on the 24 day of March, 2010

_____
DAVID C. LOEB