UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL      MDL NO. 09-2047
PRODUCTS LIABILITY LITIGATION

                                              SECTION L
                                              JUDGE FALLON
                                              MG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

*Sean and Beth Payton, et al v. Knauf Gips KG, et al.,*
*Case No. 09-7628*
_____/

### ORDER

Upon consideration of the Motion for Extension of Time to Serve Builder Profile Forms filed by Defendant, Oakbrook Building & Design, Inc., it is hereby

ORDERED and ADJUDGED that said Motion is hereby GRANTED; and it is further

ORDERED and ADJUDGED that Defendant, Oakbrook Building and Design, Inc., shall be granted an extension of time, through and including, April 1, 2010, in which to serve its Defendant Builder Profile Forms.

DONE and ORDERED in New Orleans, Louisiana, this  24th  day of  March , 2010.

                                                                            *[signature]*
                                                  Honorable Eldon E. Fallon
                                                  United States District Judge