UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL　　　　MDL NO. 09-2047
PRODUCTS LIABILITY LITIGATION

                                                                          SECTION L
                                                                          JUDGE FALLON
                                                                          MG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

*Sean and Beth Payton, et al v. Knauf Gips KG, et al.,*
Case No. 09-7628
_____/

### ORDER

      Upon consideration of the Motion for Extension of Time to Serve Builder Profile Forms filed by Defendant, Stonebrook Estates, Inc., it is hereby

      ORDERED and ADJUDGED that said Motion is hereby GRANTED; and it is further

      ORDERED and ADJUDGED that Defendant, Stonebrook Estates, Inc., shall be granted an extension of time, through and including, April 1, 2010, in which to serve its Defendant Builder Profile Forms.

      DONE and ORDERED in New Orleans, Louisiana, this  24th  day of   March  , 2010.

                                                                        _____
                                                                       Honorable Eldon E. Fallon
                                                                       United States District Judge