UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION L |
| **THIS DOCUMENT RELATES TO:** | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |
| SEAN AND BETH PAYTON, ET AL. | |
| | CIVIL ACTION NO. 09-7628 |
| V. | |
| KNAUF GIPS KG, ET AL. | |

## ORDER

THIS MATTER came before the Court upon consideration of Kolter Homes, LLC's ("Kolter") Second Consent Motion for Extension of Time to Respond to the Complaint (the "Motion"), and the Court, having considered the Motion, the consent of the PSC, and being otherwise duly advised in the premises,

IT IS HEREBY ORDERED that the Motion be and the same is hereby GRANTED; and,

IT IS FURTHER ORDERED that Kolter Homes, LLC is granted an additional thirty (30) days to respond to Plaintiffs' Omnibus Class Action Complaint, filed in the above-captioned matter, Civil Action No. 09-7628, within MDL No. 2047 (the "Complaint"), up through and including until April 26, 2010.

New Orleans, Louisiana, this 24th day of March 2010.

Honorable Eldon E. Fallon
United States District Judge