# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

**DEAN and DAWN AMATO, individually, and on behalf of all others similarly situated, ,**

    **Plaintiffs,**

v.

**LIBERTY MUTUAL INSURANCE COMPANY,**

    **Defendants.**

**THIS APPIES ONLY TO SANDRA QUILIO CASE NO. 10-932, SECTION L, MAG. 2**
_____/

**MDL NO. 2047**

**SECTION: L**

**JUDGE FALLON**

**MAG. JUDGE WILLKINSON**

# ORDER

Considering the forgoing Motion to Dismiss:

**IT IS ORDERED, ADJUDGED, and DECREED** that the claims of Plaintiff, Sandra Quilio, brought in the Amato, et al v. Liberty Mutual Insurance Company, et al class action Complaint are hereby dismissed without prejudice.

New Orleans, Louisiana, this 24th day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE