Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)

Case 2:09-md-02047-EEF-MBN   Document 2066   Filed 03/25/10   Page 1 of 1

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 101729-0484

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Jonathan Scott Shewmake
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Alabama ) ss.
County of: _____ )

**Name of Server:** Christin Haynes, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 10th day of February, 20 10, at 8:30 o'clock PM

**Place of Service:** at ~~6489 Lakeview Ct.~~ 9530 Celeste Rd, in Saraland, AL 36571

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Jonathan Scott Shewmake**

☒ By personally delivering them into the hands of the person to be served.

☐ By delivering them into the hands of _____, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Jonathan Scott Shewmake** at the place of service, and whose relationship to the person is: _____

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color Brown ; Facial Hair 0
Approx. Age 40's ; Approx. Height 5'0" ; Approx. Weight 190 lbs

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Christin Haynes_
Signature of Server
**APS International, Ltd.**

Subscribed and sworn to before me this 12th day of February, 20 10
_MJT_  3/22/10
Notary Public   (Commission Expires)