Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0388

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--JST Properties, LLC of Mississippi
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: LOUISIANA ) ss.
County of: JEFFERSON )

**Name of Server:** Chris Harper, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 22 day of February, 20 10, at 10 o'clock A M

**Place of Service:** at 229 Leed Street, in Slidell, LA 70461

**Documents Served:** the undersigned served the documents described as:
Summons and Complaint; Exhibits

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
JST Properties, LLC of Mississippi

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: James Tolander

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color Brown ; Facial Hair ___
Approx. Age 40 ; Approx. Height 6'1 ; Approx. Weight 170

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Christoph J Harper
Signature of Server

Subscribed and sworn to before me this 25st day of February, 20 10

Notary Public          (Commission Expires)
BRANDI F. ERMON # 26631

**APS International, Ltd.**