Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  101729-0026

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Rickelman Construction, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

Name of Server: **Barbara Gray**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **16th** day of **February**, 20 **10**, at **8:05** o'clock **P** M

Place of Service: at **3237 Deliah Drive**, in **Cape Coral, FL  33993**

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Rickelman Construction, Inc.**

Person Served, and Method of Service: By delivering them **to** an officer or managing agent whose name and title is: **David Rickelman as Registered Agent by drop service**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **white**; Hair Color **Brown**; Facial Hair ____
Approx. Age **50-55**; Approx. Height **5'10"**; Approx. Weight **250**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

X **Barbara Gray**
Signature of Server **1571S3**

Subscribed and sworn to before me this **19th** day of **February**, 20 **10**

**Elena Alvarado**
Notary Public             (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012