UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 20427<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |
| SEAN AND BETH PAYTON, individually, and on behalf of all others similarly situated, [ADDITIONAL PLAINTIFFS LISTED ON SCHEDULE OF PLAINTIFFS, ATTACHED HERETO AS EXHIBIT "A"], | |
| Plaintiffs, | |
| v. | |
| KNAUF GIPS KG; KNAUF PLASTERBOARD (TIANJIN) CO., LTD; KNAUF PLASTERBOARD (WUHU) CO., LTD; KNAUF PLASTERBOARD (DONGGUAN) CO., LTD; [ADDITIONAL DEFENDANTS LISTED ON SCHEDULE OF DEFENDANTS, ATTACHED HERETO AS EXHIBIT "B"], | |
| Defendants. | |
| CASE NO.: 09-7628 _____/ | |

**DEFENDANT, KLEPK BROS. DRYWALL, INC.'S, EX PARTE CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT**

Defendant, Klepk Bros. Drywall, Inc., fully reserving any and all defenses, moves this Honorable Court for an extension of time by which it must serve its response to Plaintiffs' Omnibus Class Action Complaint in the above-captioned matter, and in support thereof states as follows:

1. On or about February 3, 2010, Klepk Bros. Drywall, Inc. was served with the Omnibus Class Action Complaint.

2. The Court entered Pretrial Order 1F on March 9, 2010, providing that Defendant had fifty (50) days from the date of service to respond to the Omnibus Class Action Complaint.

3. Klepk Bros. Drywall, Inc. requests an additional twenty (20) days to respond to Plaintiffs' Omnibus Class Action Complaint in order to continue to investigate and analyze the allegations contained within the Omnibus Class Action Complaint and prepare appropriate responsive pleading(s).

4. Plaintiffs' Liaison Counsel stated that Plaintiffs have no objection to this requested extension.

5. The undersigned certifies that this is the first request for an extension of time filed by Klepk Bros. Drywall, Inc. in this action and this request is not intended for purposes of delay.

6. Klepk Bros. Drywall, Inc. also preserves all of its rights and defenses in this matter, including defenses based on personal jurisdiction, and waives none.

7. This extension will neither prejudice any of the parties, nor delay this matter.

8. Pursuant to Rule 6, Fed. R. Civ. P., this Court has the authority to grant the relief requested herein.

WHEREFORE, Defendant, Klepk Bros. Drywall, Inc., respectfully requests this Court grant its extension of time, until April 15, 2010, to serve its responsive pleading(s) to Plaintiffs' Omnibus Class Action Complaint.

By: /s/ Tammy B. Denbo
**TAMMY B. DENBO, ESQUIRE**
Florida Bar No. 0163597
Masten, Lyerly, Peterson & Denbo, LLC

|  |  |
|---|---|
| TBD/dam | 6906 West Linebaugh Avenue, Suite 101<br>Tampa, FL 33625<br>(813) 418-6400/office<br>(813) 217-9367/fax<br>Attorneys for Defendants, KLEPK BROS. DRYWALL, INC. and NU WAY DRYWALL, LLC |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 25 day of March, 2010 this document was served on Plaintiffs' Liaison Counsel, **Russ Herman, Esquire**; Defendants' Liaison Counsel, **Kerry Miller, Esquire**; and Homebuilders'/Installers' Liaison Counsel, **Phillip A. Wittmann, Esquire**, by e-mail and by e-mail on all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will generate a notice of electronic filing in accordance with the procedures established in MDL 2047.

By: /s/ Tammy B. Denbo