UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEAN AND BETH PAYTON, et al<br>Plaintiff | CIVIL ACTION |
| | NO. 09-7628 |
| versus | |
| | JUDGE FALLON (Sect. L) |
| KNAUF GIPS KG, et al<br>Defendant | MAG. WILKINSON (2) |

## CONSENT MOTION FOR LIMITED APPEARANCE TO EXTEND DEADLNE TO FILE RESPONSIVE PLEADINGS

**NOW INTO COURT,** through undersigned counsel, come defendants, Diamond Court Construction Company, Steven R. Carter, Inc., Excel Construction of S.W. Florida, Inc., Empire Construction LLC and Alpha Homes f/k/a Suarez Housing Corporation ("Movers"), who make this limited appearance solely to move this Court to extend the deadline to file responsive pleadings until April 9, 2010.

Plaintiffs' counsel has been contacted and consents to the requested extension. Undersigned counsel is making a limited appearance solely for the purpose of obtaining the extension of time to file responsive pleadings, Movers reserve the right to raise any and all defenses and affirmative defenses, specifically, but not limited to, defenses related to venue or jurisdiction.

Respectfully Submitted,

ADAMS AND REESE LLP

BY: s/Christopher A. D'Amour
LA. Bar # 26252
David C. Coons
LA. Bar # 32403
4500 One Shell Square
New Orleans, LA 70139
504-585-3234
504-585-0327 direct
504-566-0210 fax
chris.damour@arlaw.com
david.coons@arlaw.com

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 25th day of March, 2010.

s/Christopher A. D'Amour