UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEAN AND BETH PAYTON, et al<br>Plaintiff | CIVIL ACTION |
| | NO. 09-7628 |
| versus | |
| | JUDGE FALLON (Sect. L) |
| KNAUF GIPS KG, et al<br>Defendant | MAG. WILKINSON (2) |

## ORDER

Considering the foregoing Consent Motion for Limited Appearance to Extend Deadline to File Responsive Pleadings,

**IT IS ORDERED** that the deadline to file responsive pleadings on behalf of the defendants, Diamond Court Construction Company, Steven R. Carter, Inc., Excel Construction of S.W. Florida, Inc., Empire Construction LLC and Alpha Homes f/k/a Suarez Housing Corporation ("Movers"), be extended until April 9, 2010 with Movers preserving all rights and defenses.

New Orleans, Louisiana, this _____ day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE