UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABIITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL 2047 SECTION L JUDGE FALLON MAGISTRATE JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: CIVIL ACTION NO. 09-7628 | | |

**MOTION FOR EXTENSION TO RESPOND TO PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT**

Defendant, Triumph Construction, L.L.C., by and through undersigned counsel, pursuant to Local Rule 7.9E, hereby moves for an extension of time within which to respond to Plaintiffs' Omnibus Class Action Complaint, and in support thereof state:

1. Triumph Construction, L.L.C. was served with process in the above-referenced action on February 3, 2010.

2. Pursuant to Pre-Trial Order 1F, Defendant has fifty (50) days from the date of service in which to file a responsive pleading. Undersigned counsel it avers it was recently retained to represent Defendant, Triumph Construction, L.L.C. and requires additional time in which to review all file materials and formulate a response to Plaintiffs' Complaint.

3. Triumph Construction, L.L.C., hereby requests an additional thirty (30) day extension of time from the date the responsive pleadings would be due as per Pre-Trial Order 1F, March 25, 2010 to April 26, 2010 within which to respond to the Complaint.

4. Triumph Construction, L.L.C. has not sought any previous extension of time in this matter.

WHEREFORE, Defendant, Triumph Construction, L.L.C., hereby respectfully requests a 30-day extension of time or until April 26, 2010 within which to respond to Plaintiffs' Omnibus Class Action Complaint.

Respectfully Submitted:

s/ Gregory Webb
Gregory Webb, Bar Roll #32004

Gregory Webb
Attorney at Law
17487 Old Jefferson Hwy, Suite C
Prairieville, Louisiana 70769
Tel:  (225) 744-0089
Fax:  (225) 313-6190

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing MOTION FOR EXTENSION TO RESPOND TO PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 25th day of March, 2010.

s/Gregory Webb