## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABIITY LITIGATION | ) ) ) ) ) ) ) ) ) ) |
| | MDL 2047 |
| | SECTION L |
| | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | |
| | MAGISTRATE JUDGE WILKINSON |
| CIVIL ACTION NO. 09-7628 | |

**ORDER ON MOTION FOR EXTENSION TO RESPOND TO PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT**

Considering the foregoing:

IT IS HEREBY ORDERED, that Defendant, Triumph Construction, L.L.C., is hereby granted a 30-day extension of time or until April 26, 2010 within which to respond to Plaintiffs' Omnibus Class Action Complaint.

New Orleans, Louisiana this _____ day of _____, 2010

_____
JUDGE