UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   CHINESE MANUFACTURED  DRYWALL PRODUCTS  LIABILITY LITIGATION  This Document Relates to:  **Pate** – No. 09-7791 | MDL NO.: 09-2047  JUDGE FALLON  MAGISTRATE JUDGE WILKINSON |

### *EX PARTE* CONSENT MOTION FOR FURTHER EXTENSION OF TIME

Defendant Old Republic Insurance Company ("Old Republic"), by its undersigned counsel, hereby moves for a extension of time to file its responsive pleading to the First Amended Complaint in the above-captioned action, and in support thereof states as follows:

1. This action was commenced on December 23, 2009 by Robert C. Pate, in his capacity as Trustee for the Chinese Drywall Trust (the "Plaintiff"), an entity created by the United States Bankruptcy Court for the District of Delaware as a component of the Chapter 11 plan of reorganization of WCI Communities, Inc. and a number of its subsidiaries (collectively, the "WCI Debtors"). As concerns Old Republic, this action pertains to the potential proceeds of a commercial general liability policy (Policy No. MWZY 56761) issued by Old Republic to WCI Communities, Inc. and certain additional Named Insureds, with an aggregate policy limit of $3,000,000.00 (the "Policy"). In the First Amended Complaint, filed on March 15, 2010, Plaintiff asserts his entitlement to pursue collection of these alleged insurance proceeds as a result of the bankruptcy court order confirming the WCI Debtors' plan of reorganization. (*See* First Amended Complaint ¶¶ 32-35, 38.)

2. Old Republic has recently reached agreement in principle regarding a proposed settlement agreement with both Plaintiff and WCI Communities, Inc., the reorganized debtor that emerged from the Chapter 11 case in the Delaware Bankruptcy Court, which is also asserting its entitlement to pursue collection of the alleged proceeds of the Policy.  The settlement agreement is currently being drafted, must still be negotiated by the parties and, due to its nature, will require approval of the Delaware Bankruptcy Court before becoming final.

3. Because the First Amended Complaint was filed on March 15, 2010, Old Republic would normally have fourteen days, or until March 29, 2010, to file its responsive pleading; however, because this Court had previously granted Old Republic an extension until March 31, 2010 to file its responsive pleading to the initially filed Complaint (*see* MDL No. 09-2047 Docket Entry 1007), this later date is the date that Old Republic's responsive pleading to the First Amended Complaint is currently due.  *See* Fed. R. Civ. P. 15(a)(3) ("Unless the court orders otherwise, any required response to an amended pleading must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later.").

4. By this motion, Old Republic seeks an extension of time, up to and including June 30, 2010, to answer or otherwise respond to the First Amended Complaint (including by way of motion filed pursuant to Rule 12(b)).  Old Republic submits that the granting of this extension will permit the parties sufficient time to finalize negotiation of the settlement agreement and obtain approval of it by the United States Bankruptcy Court for the District of Delaware, potentially resulting in the resolution of Plaintiff's claims against Old Republic without the necessity of this Court's intervention.

5. Old Republic has informed Plaintiff of its intent to seek the extension of time requested by this motion, and Plaintiff has indicated that he supports the requested extension.

WHEREFORE, Defendant Old Republic Insurance Company seeks entry of an order granting it an extension of time, up to and including June 30, 2010, to answer or otherwise respond to the First Amended Complaint (including by way of motion filed pursuant to Rule 12(b)).

Respectfully submitted,

　　/s/ Kevin P. Kress　　　　　
MICHAEL R. SISTRUNK (12111)
PETER J. WANEK (23353)
KEVIN P. KRESS (31490)
MCCRANIE, SISTRUNK, ANZELMO,
HARDY, MCDANIEL & WELCH
400 Lafayette Street, Suite 100
New Orleans, Louisiana 70130
Telephone: (504) 831-0946
Facsimile: (504) 529-9796

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Ex Parte Consent Motion for Further Extension of Time has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2010.

　　/s/ Kevin P. Kress