UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED<br>         DRYWALL PRODUCTS<br>         LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>**Pate** – No. 09-7791 | MDL NO.: 09-2047<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE WILKINSON |

## ORDER

The Court, having considered Defendant Old Republic Insurance Company's *Ex Parte* Consent Motion for Extension of Time, HEREBY ORDERS:

Old Republic Insurance Company shall have up to and including June 30, 2010, to answer or otherwise respond to the First Amended Complaint (including by way of motion filed pursuant to Rule 12(b)).

New Orleans, Louisiana, this _____ day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE