IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED | MDL NO.: 2047 |
| DRYWALL PRODUCTS LIABILITY LITIGATION | SECTION: L |
| (This Document Relates to Case No. 2:09-CV-7628) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## DEFENDANT K. HOVNANIAN FIRST HOMES, LLC'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Defendant K. Hovnanian First Homes, LLC, a Florida limited liability company ("KHFH"), pursuant to Rule 12(b)(2), Federal Rules of Civil Procedure, hereby files its Motion to Dismiss For Lack of Personal Jurisdiction. As more specifically set forth in the accompanying Memorandum in support of this Motion, KHFH is not within the personal jurisdiction of this Court.[1]

WHEREFORE, Defendant, KHFH, respectfully requests that this Court issue an Order dismissing Plaintiffs' claims against KHFH for lack of personal jurisdiction, together with such other and further relief that this Court deems just, appropriate, and fair.

---

[1] Defendant, KHFH, brings the instant Motion to Dismiss For Lack of Personal Jurisdiction, and the accompanying Memorandum of Law in support of same, reserving all rights with respect to all claims and defenses including, but not limited to, the right to compel arbitration.

BILZIN SUMBERG BAENA PRICE & AXELROD LLP
200 SOUTH BISCAYNE BOULEVARD, SUITE 2500 • MIAMI, FLORIDA 33131-5340

Dated March 25, 2010

Respectfully submitted,

BILZIN SUMBERG BAENA PRICE
& AXELROD LLP
Attorneys for Defendant, KHFH
2500 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Tel.: (305)374-7580   Fax: (305)374-7593

BY:   /s/ *Melissa Pallett-Vasquez*
ROBERT W. TURKEN, ESQ.
Florida Bar No. 306355
rturken@bilzin.com
ADAM F. HAIMO, ESQ.
Florida Bar No. 502731
ahaimo@bilzin.com
MELISSA PALLETT-VASQUEZ, ESQ.
Florida Bar No. 715816
mpallett@bilzin.com

### CERTIFICATE OF SERVICE

I hereby certify that this Motion to Dismiss For Lack of Personal Jurisdiction has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 25th day of March, 2010.

By: /s/ *Melissa Pallett-Vasquez*
Melissa Pallett-Vasquez