IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED           MDL NO.: 2047

DRYWALL PRODUCTS LIABILITY
LITIGATION                             SECTION: L

                                       JUDGE FALLON
(This Document Relates to Case No. 2:09-CV-7628)   MAG. JUDGE WILKINSON
_____/

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Defendant K. Hovnanian First Homes, LLC ("KHFH"), has filed the attached Motion to Dismiss for Lack of Personal Jurisdiction, and that the Motion will be heard on April 21, 2010 at 9:00 a.m. before the Honorable Eldon E. Fallon.

Dated: March 25, 2010           Respectfully submitted,

                                BILZIN SUMBERG BAENA PRICE
                                & AXELROD LLP
                                Attorneys for Defendant, KHFH
                                2500 Wachovia Financial Center
                                200 South Biscayne Boulevard
                                Miami, Florida 33131
                                Tel.: (305)374-7580   Fax: (305)374-7593

                                BY:    /s/ *Melissa Pallett-Vasquez*
                                       ROBERT W. TURKEN, ESQ.
                                       Florida Bar No. 306355
                                       rturken@bilzin.com
                                       ADAM F. HAIMO, ESQ.
                                       Florida Bar No. 502731
                                       ahaimo@bilzin.com
                                       MELISSA PALLETT-VASQUEZ, ESQ.
                                       Florida Bar No. 715816
                                       mpallett@bilzin.com

## CERTIFICATE OF SERVICE

    I hereby certify that this Notice of Hearing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 25th day of March, 2010.

By: /s/ *Melissa Pallett-Vasquez*
Melissa Pallett-Vasquez