IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED　　　　　　　MDL NO.: 2047

DRYWALL PRODUCTS LIABILITY
LITIGATION　　　　　　　　　　　　　　　　　　SECTION: L

　　　　　　　　　　　　　　　　　　　　　　　　JUDGE FALLON
(This Document Relates to Case No. 2:09-CV-7628)　MAG. JUDGE WILKINSON
_____/

**DEFENDANT K. HOVNANIAN FIRST HOMES, LLC'S
MOTION TO STAY DISCOVERY PENDING RESOLUTION OF ITS MOTION TO
DISMISS FOR LACK OF PERSONAL JURISDICTION**

　　Defendant K. Hovnanian First Homes, LLC ("KHFH"), reserving all rights and defenses,[1] including specifically its objection to the jurisdiction of this Court as set forth in its Motion to Dismiss For Lack of Personal Jurisdiction [DE 2090], hereby moves to be relieved of the requirement of completing the Homebuilder Profile Form, and for a stay of any other discovery with regard to KHFH, for the reasons more specifically set forth in the accompanying Memorandum of Law.

　　WHEREFORE, Defendant, KHFH, respectfully requests that this Court issue an Order granting its Motion to Stay Discovery Pending the Resolution of its Motion to Dismiss for Lack of Personal Jurisdiction, together with such other and further relief that this Court deems just, appropriate, and fair.

---

[1] KHFH brings the instant Motion, and the accompanying Memorandum of Law in support of same, reserving all rights with respect to all claims and defenses, including but not limited to, the right to compel arbitration.

Dated: March 25, 2010

Respectfully submitted,

BILZIN SUMBERG BAENA PRICE
& AXELROD LLP
Attorneys for Defendant, KHFH
2500 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Tel.: (305)374-7580   Fax: (305)374-7593

BY:   /s/ *Melissa Pallett-Vasquez*
ROBERT W. TURKEN, ESQ.
Florida Bar No. 306355
rturken@bilzin.com
ADAM F. HAIMO, ESQ.
Florida Bar No. 502731
ahaimo@bilzin.com
MELISSA PALLETT-VASQUEZ, ESQ.
Florida Bar No. 715816
mpallett@bilzin.com

## CERTIFICATE OF SERVICE

I hereby certify that this Motion to Stay has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 25th day of March, 2010.

By: /s/ *Melissa Pallett-Vasquez*
Melissa Pallett-Vasquez