40765

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2047 |
| | SECTION L |
| | DISTRICT JUDGE FALLON |
| This Document Relates to: Payton et al. v. Knauf Gips KG et al.; Docket No. 2:09-cv-07628-EEF-JCW | MAGISTRATE JUDGE WILKINSON |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
OF ALL DOCUMENTS AND PLEADINGS**


COME NOW, J. Scott Loeb and Jonas Baker of the law firm Loeb & Loeb, LLC and R.

Ethan Penn and Amanda H. Aucoin of the law firm Musgrave, McLachlan and Penn, LLC, and

hereby enroll as co-counsel on behalf of SOUTHERN STAR CONSTRUCTION COMPANY,

INC., defendants in Payton, et al. v. Knauf Gips KG et al., United States District Court, Eastern

District of Louisiana, Case No. 09-07628.  It is respectfully requested that all future pleadings,

orders, notices, motions, documents and correspondence be served upon them in connection with

this action.

Respectfully submitted,
**LOEB & LOEB, L.L.C.**

 /s/ J. Scott Loeb_____
J. Scott Loeb, Bar No. 25771
225 St. Ann Drive
Mandeville, LA 70471
Telephone:      (985) 778-0220
Facsimile:      (985) 674-4450
Email: sloeb@loeb-loeb.com
*Attorneys for Southern Star Construction Company, Inc.*


**MUSGRAVE, McLACHLAN & PENN, L.L.C.**


/s/ Ethan N. Penn_____
Ethan N. Penn, Bar No. 24596
Amanda H. Aucoin, Bar No. 31197
1515 Poydras St., Suite 2380
New Orleans, LA  70112
Telephone: (504) 799-4300
Facsimile: (504) 799-4301
*Attorneys for Southern Star Construction Company, Inc.*


## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2010, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notice of Electronic Filing genrearted by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notice of Electronic Filing.


/s/ Ethan N. Penn_____
 Ethan N. Penn