IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO. 2047 |
| DRYWALL PRODUCTS LITIGATION | * | |
| | * | |
| _____ | * | SECTION: "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| Payton, et al. v. Knauf GIPS KG, et al. | * | |
| | * | JUDGE FALLON |
| Case No. 09-7628, Sect. L MAG. 2 | * | MAG. JUDGE WILKINSON |
| | * | |
| | * | |

******************************************

### TUSCAN-HARVEY ESTATE HOMES, INC.'S MOTION TO DISMISS PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT

NOW INTO COURT, through special appearance of undersigned counsel appearing only for the purposes of this Motion to Dismiss, comes Defendant, Tuscan-Harvey Estate Homes, Inc. ("Tuscan-Harvey"), who moves this Court for an Order dismissing Plaintiffs' Omnibus Complaint and claims due to lack of personal jurisdiction over Tuscan-Harvey under Rule 12(b)(2), failure to join necessary and indispensible parties pursuant to Rule 12(b)(7), and due to Plaintiffs' failure to state a claim for which relief can be granted under Rule 12(b)(6).

WHEREFORE, Defendant, Tuscan-Harvey Estate Homes, Inc., respectfully prays that its Motion to Dismiss pursuant to Fed. R. Civ. Proc. Rules 12(b)(2), 12(b)(7), and 12(b)(6) be granted, and that this Court dismiss Plaintiffs' claims against Tuscan-Harvey Estate Homes, Inc.

          **Respectfully submitted,**

          **KUCHLER POLK SCHELL WEINER & RICHESON, LLC**

BY:   /s/ Leigh Ann Schell
        LEIGH ANN SCHELL (La. Bar No. 19811)
        MICHELE HALE DESHAZO (La. Bar No. 29893)
        1615 Poydras St., Suite 1300
        New Orleans, LA 70112
        Telephone: (504) 592-0691
        Facsimile: (504) 592-0696

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing document has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 26th day of March, 2010.

        /s/ Leigh Ann Schell
        LEIGH ANN SCHELL