IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED<br>DRYWALL PRODUCTS LITIGATION | * <br> * | MDL NO. 2047 |
| | * <br> * | SECTION: "L" |
| THIS DOCUMENT RELATES TO:<br>Payton, et al. v. Knauf GIPS KG, et al. | * <br> * <br> * | JUDGE FALLON |
| Case No. 09-7628, Sect. L MAG. 2 | * <br> * <br> * | MAG. JUDGE WILKINSON |

*********************************************

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared:

David B. Harvey

a person of the full age of majority, who, being duly sworn, deposed and stated as follows:

1. David B. Harvey is the President for Tuscan-Harvey Estate Homes, Inc. ("Tuscan Harvey"), and has held this job for 17 years.

2. As a result of the above-referenced work for Tuscan-Harvey, David B. Harvey has personal knowledge regarding the following information based on a review of records maintained by Tuscan-Harvey in the regular course of business operations.



EXHIBIT "A"

3. Tuscan-Harvey is a corporation organized under the laws of the State of Florida; its principal place of business is Boca Raton, Florida.

4. Tuscan-Harvey builds homes in Florida.

5. Tuscan-Harvey has never built a home in the State of Louisiana.

6. Tuscan-Harvey does not have a store or office in Louisiana.

7. Tuscan-Harvey does not own any property in Louisiana.

8. Tuscan-Harvey does not employee any workers in Louisiana.

9. Tuscan-Harvey does not have a bank account in Louisiana.

10. Tuscan-Harvey does not have a post office box in Louisiana.

11. Tuscan-Harvey does not have a registered Louisiana agent for service of process.

12. Tuscan-Harvey does not solicit business in Louisiana.

13. Tuscan-Harvey has never received any business from any contacts in Louisiana.

14. Tuscan-Harvey did not foresee being haled into court in Louisiana.

_____
David B. Harvey

SWORN TO AND SUBSCRIBED

BEFORE ME THIS 25 DAY OF MARCH, 2010.

_____
NOTARY PUBLIC

NOTARY PUBLIC-STATE OF FLORIDA
Laura A. Mallard
Commission # DD580031
Expires: SEP. 13, 2010
BONDED THRU ATLANTIC BONDING CO., INC.