ADDENDUM D

<u>INDOOR ENVIRONMENTAL QUALITY DISCLOSURE</u>

There are many different types of indoor environmental contaminants, such as pet dander, dust mites and molds. Molds and other potential contaminants have been a part of our environment for millions of years. Contaminants are everywhere, indoors and outdoors. Therefore, everyone is exposed to some contaminants on a daily basis without evident harm. Due to a number of factors, including the fact that sensitivities to various types of molds and other potential contaminants vary from person to person, there are no state or federal standards concerning acceptable levels of exposure to mold. According to the Consumer Product Safety Commission and the American Lung Association, some diseases or illnesses have been linked with biological pollutants in the indoor environment, including some forms of mold. However, many of these conditions also have causes unrelated to the indoor environment. Therefore, it is unknown how many potential health problems relate exclusively to poor indoor air. You should determine for yourself whether you, your family members or any other individuals who will occupy or use the home have special needs or increased risk to these conditions. You should carefully monitor the conditions in your home for mold growth and other contaminants.

When excessive moisture or water accumulates indoors, mold growth can and will occur, particularly if the moisture problem remains unaddressed. There is no practical way to eliminate all molds or mold spores in an indoor environment. The key to controlling indoor mold growth is to control moisture.

There are many ways to help control moisture in and beneath your home. The U.S. Environmental Protection Agency, the Consumer Product Safety Commission, the American Lung Association and others recommend taking measures such as those listed below to help control moisture in and beneath your home. The following list is not meant to be all inclusive.

- Fix leaking plumbing and any other source of unwanted water immediately.
- Maintain proper indoor humidity. Equipment that conditions the air, such as air conditioners, humidifiers and ventilation systems must be operated year round.
- Raise the temperature in areas where moisture condenses on surfaces and open doors between rooms to increase air circulation in the home, including doors to closets.
- Have major appliances, such as furnaces, heat pumps, central air conditioners, window air conditioning units, ventilation systems and furnace attached humidifiers inspected, cleaned and serviced regularly by a qualified professional
- Clean and dry refrigerator, air conditioner and dehumidifier drip pans and filters regularly and make sure that your refrigerator and freezer doors seal properly.
- Keep water away from your foundation by maintaining required slopes, drainage and keeping plantings and sprinklers the proper distance from your home.
- If you have a sump pump, inspect it regularly to ensure that is it properly operating.
- If you have a crawl space or structural sub-floor, inspect the ground beneath your floor on a regular basis to make sure there is no standing or excessive water. If there is standing or excessive water, seek professional assistance to remove the water. If you are interested in finishing the basement, only do so after consulting an expert to determine the suitability of the basement for a finished area.

The following are suggestions that may assist you in preventing and addressing mold growth in your home.

- **Do not operate your air conditioning systems with intent to cool the ambient air temperature by more than fifteen (15) degrees. Never set your thermostat below 72 degrees F. when the ambient air temperature is fifteen degrees or more warmer. (These parameters are established by the Florida Energy Code for Palm Beach County, FL)**

- It is imperative that you respond promptly when you see signs of moisture or mold.
- Do not allow moisture to stand or make contact with carpet, furniture and cellulose-based materials, such as wood, drywall or other non-tile, non-plastic or non-metal materials.
- Dry all water damaged areas and items immediately to prevent mold growth.
- If mold develops, clear up the mold by washing off hard surfaces with detergent and water and completely dry the surface.
- Depending upon the nature and extent of the mold infestation, trained professionals may be needed to assist in the remediation effort.
- Mold that is not properly and adequately removed may reappear.

Proper Maintenance and cleaning of the home is the responsibility of each homeowner and will lessen the potential for water intrusion and help to control environmental contaminants. Further, it is the responsibility of each homeowner to monitor their home on a continual basis for excessive moisture, water and mold accumulation. If you discover accumulation of water or moisture in, around or under your home, immediately seek to control the source of the water or moisture. Failing to control the source could result in additional damage and the growth of mold. Plumbing leaks and water penetrations that are covered by the ~~Limited~~ Warranty during the term of the warranty must be reported to us immediately. If your warranty has expired ~~or the Limited Warranty does not cover the specific problem~~, you should not delay in haveing professionals address the problem. We will not be responsible for and you hold us harmless from, water-related damages, including personal injuries or property damage caused by mold, but only to the extent that the damages are caused by (A) your negligence, (B) your failure to promptly take appropriate corrective measures and minimizes any damages caused by the water or moisture, or (C) your failure to promptly provide us with notice of the water or moisture and give us opportunity to dry the water or moisture and remediate, if necessary, any moisture conditions in your home caused by improper construction. You also agree to waive all rights of subrogation for damages resulting from (A) your negligence, (B) your failure to promptly take appropriate corrective measures and minimize any damages caused by the water or moisture, or (C) your failure to promptly provide us with notice of the water or moisture and give us opportunity to dry the water or moisture and remediate, if necessary, any moisture conditions in your home ~~caused by improper construction~~.

THIS DISCLOSURE ADDENDUM IS EXECUTED AS OF THE SAME DATE AS THE AGREEMENT BETWEEN THE PARTIES HERETO, AND IS HEREBY INCORPORATED INTO AND IS PART OF SUCH AGREEMENT.

_____ 8/10/07
BUYER           DATE

_____ 8/10/07              _____  _____
BUYER           DATE                    SELLER           DATE

[insert legal description]

FTL 328272.2

Case 2:09-md-02047-EEF-MBN   Document 2094-4   Filed 03/26/10   Page 3 of 8
[insert legal description]
FTL 328272.2

**EXHIBIT B**

**FEATURES & SPECIFICATIONS**
Lot 20 L'Hermitage
**FRENCHMAN'S RESERVE**

The plan to be a total of approximately 5927 square feet of living area including 5 bedrooms, library, 5 full baths, powder room, cabana bath and 3 car garage and single car garage (total 4), Purchase price to include the following:

FOUNDATION:
- Chemically treated slab, guaranteed for one year against subterranean termites
- Steel reinforced monolithic poured 3000 PSI 4" thick concrete slab
- Visqueen vapor barrier under all concrete

EXTERIOR FINISHES:
- Two story reinforced concrete block with tie columns and tie beam
- Cast stone columns on rear elevation supporting second story deck
- Aluminum balcony railings (standard selections) front and rear elevation second story decks
- Sone or brick covered second floor balcony decks
- Wood engineered trusses with 5/12 pitch
- Stucco to be Mediterranean texture
- Decorative stone, foam or cast stone, columns, sills, moldings, quoins, crown moldings, balustrades, bands, corbels, as per elevations
- Cement "S" tile roof tile
- Rough Sawn Cedar fascia detail with 1" x 2" pressure treated drip edge
- Two (2) coats of acrylic latex paint on stucco, choice of one color
- Two (2) coats of acrylic latex paint on stucco bands, choice of one color
- Two (2) coats of latex enamel paint on exterior doors and frames, choice of one color
- Front door to receive Sikkens stain and sealer
- Straps and anchors shall be galvanized metal and hurricane clips installed per code
- Summer kitchen to be complete with gas DCS BBQ 27", marble tile top. Gas line to natural gas meter (appliance from allowance)

WINDOWS AND DOORS:
- All aluminum windows and doors to be impact resistant glazing in standard sizes and configuration by PGT or equal
- 8' high white or bronze aluminum, bronze tinted glass sliding doors in family room
- White or bronze aluminum windows with bronze tinted glass and screens
- White or bronze aluminum frame transoms and fixed glass with bronze tinted glass
- Double Mahogany Entry wood french doors (stained)
- 8' high solid core doors with moldings applied (painted)
- 8' high divided-lite metal French doors
- 2- 9' x 8', 1-16' x 8' steel insulated garage doors with moldings applied from standard selections

INSULATION:
- Ceilings to have R-20 Icynene foam insulation over living areas
- Walls between garage and home and all exterior frame walls to have R-11 batts
- Exterior masonry walls to have R-4.2 Alfol insulation

INTERIOR WALLS AND CEILINGS:
- Coffered ceiling in living room with stained crown moldings
- Painted Crown moldings, dining room coffer and perimeter, master bedroom perimeter, master bath, powder room, family room and kitchen
- Coffer ceiling in Foyer with crown molding
- Numerous coffer ceilings per plan
- 1/2" drywall on non-bearing walls, 5/8" drywall on bearing walls Ceilings to be 5/8"
- Interior bearing walls to be either 2" x 4" or 2" x 6", wood frame, 16" on center
- Interior non-bearing walls to be fabricated with 2" x 4", 25 gauge metal studs, 16" on center

# FEATURES & SPECIFICATIONS
## Lot 20 L'Hermitage
## FRENCHMAN'S RESERVE

### INTERIOR FINISHES:

- Areas around master bath tub deck to receive 1/2" cement durarock underlayment
- Fire-rated drywall walls between garage and main house
- Garage walls to be finished with sand finish stucco over concrete block and drywall over framed walls
- Brazilian walnut natural finish treads and ~~painted wood risers~~ STONE RISERS TO MATCH FLOOR
- Custom stair and loft railings
- Two (2) coats of latex paint on walls and ceilings, choice of one color
- 7-1/4" standard profile (paint grade) base in all rooms
- 3-1/4" standard profile (paint grade) casing around all doors
- Emtek hardware or equal as per Model with deadbolts on all exterior swing doors,
- Clear or obscure glass enclosure with chrome trim on all shower stalls
- Frameless shower enclosure master showers (standard frameless selections)
- 1/4" plate glass clear mirrors to ceiling or 10' height maximum or within cased moldings
- Painted wood window sills throughout
- **Panelled library shall be altered from plans on site to raise the contemplated desk area to 36" counter height with the addition of an undercounter wine cooler and cabinets with shelves and doors**
- **Buyers may select stone hearth and surround for library from Seller's standard choices**

### ELECTRICAL:

- Two (2) 200 amp electrical panels with circuit breakers
- Copper wiring throughout
- Electrical and fan fixtures as installed
- Telephone, and TV outlets as wired
- Phone lines are prewired for future phone system (system not part of contract)
- Recessed hi-hat fixtures with white baffle trims as installed
- Decora light switches and receptacles
- One main alarm panel, three (3) 16 zone L.C.D. keypads, magnetic contacts on all exterior

# FEATURES & SPECIFICATIONS
## Lot 20 L'Hermitage
## FRENCHMAN'S RESERVE

### APPLIANCES:
- See list ~~attached~~ BELOW *LW*

### FLOORING AND WET AREA TILE AND MARBLE:
- Carpet allowance of $30.00 per yard (ten percent waste over actual square footage)
- **Master bedroom and closets to be Brazilian Walnut as installed elsewhere in the house**

### SWIMMING POOL/SPA:
- Swimming pool as installed with natural gas heater to spa.
- 4' high bronze aluminum fencing with two (2) gates across rear of property line to enclosed pool per code, and as per model

### GAS SERVICE TO INCLUDE:
- Lines to BBQ, and range (cooktop, BBQ, spa or pool heater, fireplace)
- Metered natural gas provided

### LANDSCAPING:
- Architecturally designed landscape package
- Fully sodded homesite with St. Augustine floratam sod

Full coverage automatic irrigation system with fully automated time clock and rain sensor on city water

### INTERLOCKING PAVERS:
Pavers for driveway, front walk, front and rear covered areas and pool deck (selection from Contractor's standard selections) as installed

## APPLIANCE LISTING

| Brand | Model# | Color | Description |
|---|---|---|---|
| Sub-Zero | 700TR-RH | Panel | 27" Refrigerator |
| Sub-Zero | 700TFI-LH | Panel | 27" Freezer |
| Sub-Zero | TTDUAL | | Installation Kit |
| Wolf | DF486G NG | SS | 48" Dual Fuel Range |
| Wolf | KNBBLK/DF48 | | BLK Knobs |
| Wolf | W482418S | SS | 48" Wall Hood 24" Deep |
| Wolf | WBL120INT | | 1200 CFM Blower |
| Maytag | MAH8700AWW | WH | 27" Front Load Washer |
| Maytag | MDE9700AYW | WH | 27" Electric Dryer |
| Maytag | MAL1800AXW | WH | Pedestals for Washer/Dryer |
| Miele | G2170SCV1 | Panel | 24" Integrated D/W Cold Hup |
| Monogram | ZEM200SF | SS | Microwave |
| KitchenAid | KCDI250X | | 3/4 HP Disposal |
| DCS | BGB30BQARS | SS | 30" BBQ NG |
| U-Line | 2175RB | BLK | 24" Refrigerator |
| U-Line | U-OL2175B | Panel | Overlay Kit |
| U-Line | 2175WCOL | Built-in w/panel | Echelon 48 BTL Wine Cooler with Matching Panels |
| TBD | TBD | TBD | CENTRAL VACUUM SYSTEM *LW* |

**EXHIBIT C**

**FIXTURES & SPECIFICATIONS**
Lot 20 L'Hermitage
**FRENCHMAN'S RESERVE**

ALLOWANCES INCLUDE LABOR, MATERIAL AND SALES TAX

Builder/Seller reserves the right to make any modifications, changes or omissions to the home as long as they do not substantially and adversely affect the home or if they are required by code changes with any governmental authority, and to substitute materials, heating and plumbing equipment, cabinets, fixtures, appliances and/or floor coverings with items of similar or greater quality, utility, value and /or color. Materials such as brick, wood, wood grain, carpeting, paint, cabinets, cultured marble, tile, mica, pavers, granite, all stone material, marble and the like are subject to shading and gradation and may vary from samples, models or color charts. Pavers that are installed in the "old-world" style, wherein the pavers are laid top side down, will cause certain degradation of the pavers consistent with the style such as chipping, breaking, cracking...etc. Builder will not be responsible for replacing such pavers. Touch-up areas, cut-in areas and slight imperfections in the drywall, may be visible when dark paint colors are selected. Builder does not supply but will install any standard bath accessory, i.e. towel bars, paper holders, robe hooks ... etc. Builder does not supply but will install any hanging fixtures or sconce lights. Note: Certain fixtures may involve an extra charge for assembly and hanging if of a complex nature requiring extraordinary time for hanging and/or assembly. Any upgrade or extra not included in these specifications shall be billed at Seller's cost plus 25%. Buyer shall pay for one-half of any upgrade or extra at approval of a change order by Buyer and Seller for same, and shall pay the remaining one-half at the time of installation or completion of said upgrade or extra. These contractual specifications shall prevail in the event a discrepancy exists between these contractual specifications and the final architectural blueprints.

Buyer acknowledges that he/she fully understands the Standard Features and Specifications are to clarify and describe all standard components, that together, comprise the home they are contracting to build.

LOT # 20                                Date:

BUYER                                   BUILDER/SELLER

_[signature]_ 8/10/07

_[signature]_ 8/10/07

**EXHIBIT D**

**RADON GAS**
**INSULATION RIDER**

Lot ___20___, L'Hermitage, Frenchmans' Reserve

**RADON GAS.** Radon is a naturally occurring radioactive gas that, when it has accumulated in a building in sufficient quantities, may present health risks to persons who are exposed to it over time. Levels of radon that exceed federal and state guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your county health unit.

**INSULATION:**

| Type | Thickness | R-Value | Location |
|---|---|---|---|
| Icynene | 6" | R-20 | Ceilings |
| Fiberglass Batt | 4" | R-11 | Between garage and A/C living space |
| Alfol | 3/4" | R-4.2 | Exterior Block Walls |

Case 2:09-md-02047-EEF-MBN   Document 2094-4   Filed 03/26/10   Page 8 of 8
RADON GAS
INSULATION RIDER

