## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED  * | MDL NO. 2047 |
| DRYWALL PRODUCTS LITIGATION  * | |
| _____  * | SECTION: "L" |
| * | |
| THIS DOCUMENT RELATES TO:  * | |
| Payton, et al. v. Knauf GIPS KG, et al.  * | |
| * | JUDGE FALLON |
| Case No. 09-7628, Sect. L MAG. 2  * | MAG. JUDGE WILKINSON |
| * | |
| * | |

******************************************

## NOTICE OF HEARING

PLEASE TAKE NOTICE that counsel for Mover and Defendants, Tuscan-Harvey Estate Homes, Inc., has requested to bring on for hearing its Motion to Dismiss the Omnibus Class Action before Honorable Eldon E. Fallon, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, C-456, New Orleans, LA 70130 on the 21st day of April, 2010, at 9:00 a.m., a notice hearing dated for Section L or a time set by this Court.

                          **Respectfully submitted,**

                          **KUCHLER POLK SCHELL WEINER & RICHESON, LLC**

BY:   /s/ Leigh Ann Schell
        LEIGH ANN SCHELL (La. Bar No. 19811)
        MICHELE HALE DESHAZO (La. Bar No. 29893)
        1615 Poydras St., Suite 1300
        New Orleans, LA  70112
        Telephone:  (504) 592-0691
        Facsimile: (504) 592-0696

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing document has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 26th day of March, 2010.

                          /s/ Leigh Ann Schell
                          LEIGH ANN SCHELL