UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | SECTION L |
| | JUDGE FALLON |
| Sean and Beth Payton, et al., v. Knauf Gips, KG, et al. Case No. 2:09-cv-07628-EEF-JCW | MAG. JUDGE WILKINSON |

--------------------------------------------------------------------

**JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

    Pursuant to Rule 41(a)(1)(A), Federal Rules of Civil Procedure, Plaintiffs NEIL DEHENES and ALLISON DEHENES (improperly named Neil DeHenese and Yolanda Dehenese) and Defendant, SUAREZ HOUSING CORPORATION, n/k/a ALPHA HOMES, INC., hereby jointly stipulate to the dismissal of all of the Dehenes' claims in Plaintiffs' Complaint, with prejudice.  Each party is to bear its own attorneys' fees and costs.

| MORGAN & MORGAN, P.A. | SHUMAKER, LOOP & KENDRICK, LLP |
|---|---|
| By:  /s/ Scott Wm Weinstein | By:  /s/C. Philip Campbell, Jr., Esq. |
|    SCOTT WM WEINSTEIN, ESQ. |    C. PHILIP CAMPBELL, JR., ESQ. |
|    Florida Bar No. 563080 |    Florida Bar No. 0160973 |
|    Morgan & Morgan, P.A. |    BRIAN R. LAMBERT, ESQ. |
|    P.O. Box 9504 |    Florida Bar No. 0613401 |
|    Fort Myers, FL 33906 |    101 East Kennedy Boulevard, Suite 2800 |
|    PH:    (239) 433-6880 |    Tampa, Florida  33602 |
|    FAX:  (239) 433-6836 |    PH:    (813) 229-7600 |
|    Attorneys for Neil and Allison DeHenes |    FAX:   (813) 229-1660 |
| |    Attorneys for Suarez Housing Corporation, n/k/a Alpha Homes, Inc. |
| Date:March 26, 2010 | Date:March 26, 2010 |

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing **Joint Stipulation for Voluntary Dismissal the Claims of Neil Dehenes and Allison Dehenes** has been served on Plaintiffs' Liaision Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this **26th day of March, 2010**.

/s/Scott Wm Weinstein