IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED<br>DRYWALL PRODUCTS LITIGATION | *<br>* | MDL NO. 2047 |
| _____ | * | SECTION: "L" |
| | * | |
| THIS DOCUMENT RELATES TO:<br>Payton, et al. v. Knauf GIPS KG, et al. | *<br>* | |
| | * | JUDGE FALLON |
| Case No. 09-7628, Sect. L MAG. 2 | * | MAG. JUDGE WILKINSON |
| | * | |
| | * | |

******************************************

### REQUEST FOR ORAL ARGUMENT OF DEFENDANT, TUSCAN-HARVEY ESTATE HOMES, INC.'S RULE 12(B) MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes Mover and Defendant, Tuscan-Harvey Estate Homes, Inc. ("Tuscan-Harvey"), who, pursuant to Local Rule 78.1E, requests oral argument on the Motion to Dismiss the Omnibus Class Action Complaint set for hearing before this Court on the 21st day of April, 2010, at 9:00 a.m., a notice hearing dated for Section L or at a time set by this Court to answer any questions the Court may have regarding Tuscan-Harvey's Motion to Dismiss.

                                **Respectfully submitted,**

                                **KUCHLER POLK SCHELL WEINER & RICHESON, LLC**

BY:   /s/ Leigh Ann Schell
        LEIGH ANN SCHELL (La. Bar No. 19811)
        MICHELE HALE DESHAZO (La. Bar No. 29893)
        1615 Poydras St., Suite 1300
        New Orleans, LA  70112
        Telephone:  (504) 592-0691
        Facsimile: (504) 592-0696

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing document has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 26th day of March, 2010.

                                  /s/ Leigh Ann Schell
                                  LEIGH ANN SCHELL