# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

# ADMINISTRATIVE PROCEDURES
# FOR ELECTRONIC CASE FILING

**October 2009**

**Rule 1- Scope of Electronic Filing**

Except as expressly provided in these rules or as ordered by the court, and in exceptional circumstances preventing a Filing User from filing electronically, all pleadings and documents required to be filed with the court in a civil case must be electronically filed.

**Rule 2- Eligibility, Registration, Password**

Attorneys admitted to the bar of this court, including those admitted pro hac vice and attorneys authorized to represent the United States, shall register as Filing Users of the court's Electronic Filing System. Registration is in a form prescribed by the clerk and requires the Filing User's name, address, telephone number, Internet e-mail address, and a declaration that the attorney is admitted to the bar of this court and has completed ECF training either in this court or in another United States District Court or who has been actively engaged in electronic filing in another United States District Court.

If the court permits, a party to a pending civil action who is not represented by an attorney may register as a Filing User in the Electronic Filing System solely for purposes of the action. Registration is in a form prescribed by the clerk and requires identification of the action as well as the name, address, telephone number and Internet e-mail address of the party. If, during the course of the action, the party retains an attorney who appears on the party's behalf, the attorney must advise the clerk to terminate the party's registration as a Filing User upon the attorney's appearance.

Registration as a Filing User constitutes consent to electronic service of all documents as provided in these rules in accordance with the Federal Rules of Civil Procedure.

Once registration is completed, the Filing User will receive notification of the user log-in and password. Filing Users agree to protect the security of their passwords and immediately notify the clerk if they learn that their password has been compromised. Users may be subject to sanctions for failure to comply with this provision.

**Rule 3-Consequences of Electronic Filing**

Electronic transmission of a document to the Electronic Filing System consistent with these rules, together with the transmission of a Notice of Electronic Filing from the court, constitutes filing of the document for all purposes of the Federal Rules of Civil Procedure and the local rules of this court, and constitutes entry of the document on the docket kept by the clerk under Fed.R.Civ.P. 58 and 79.

Before filing a scanned document with the court, a Filing User must verify its legibility.

When a document has been filed electronically, the official record is the electronic recording of the document as stored by the court, and the filing party is bound by the document as filed. A document filed electronically is deemed filed at the date and time stated on the Notice of Electronic Filing from the court.

Filing a document electronically does not alter the filing deadline for that document. Filing must be completed before midnight local time where the court is located in order to be considered timely filed that day.

.

**Rule 4- Entry of Court-Issued Documents**

All orders, decrees, judgments, and proceedings of the court will be filed in accordance with these rules which will constitute entry on the docket kept by the clerk under Fed.R.Civ.P. 58 and 79. All signed orders will be filed electronically by the court or court personnel. Any order or other court-issued document filed electronically without the original signature of a judge or clerk has the same force and effect as if the judge or clerk had signed a paper copy of the order and it had been entered on the docket in a conventional manner.

Orders may also be issued as "text-only" entries on the docket, without an attached document. Such orders are official and binding.

The court may sign, seal and issue a summons electronically, although a summons may not be served electronically.

Proposed Orders must be submitted as an attachment to an Electronically Filed Document.

**Rule 5- Attachments and Exhibits**

Filing Users must submit in electronic form all documents referenced as exhibits or attachments, unless the court permits conventional filing. A Filing User must submit as exhibits or attachments only those excerpts of the referenced documents that are directly germane to the matter under consideration by the court. Excerpted material must be clearly and prominently identified as such. Filing Users who file excerpts of documents as exhibits or attachments under this rule do so without prejudice to their right to timely file additional excerpts or the complete document. Responding parties may timely file additional excerpts or the complete document that they believe are directly germane. The court may require parties to file additional excerpts or the complete document.

**Rule 6-Sealed Documents**

Documents ordered to be placed under seal must be filed conventionally. A motion to file documents under seal and the order of the court authorizing the filing of documents under seal may be filed electronically unless the motion and/or order are also to be kept under seal. If filed conventionally, a paper copy of the order authorizing sealing must be attached to the documents under seal and delivered to the clerk.

**Rule 7- Retention Requirements**

Documents that are electronically filed and require original signatures other than that of the Filing User must be maintained in paper form by the Filing User until one year after all time periods for appeals expire. On request of the court, the Filing User must provide original documents for review.

**Rule 8- Signatures**

The user log-in and password required to submit documents to the Electronic Filing System serve as the Filing User's signature on all electronic documents filed with the court. They also serve as a signature for purposes of Fed.R.Civ.P. 11, the Federal Rules of Civil Procedure, the local rules of this court, and any other purpose for which a signature is required in connection with proceedings before the court. Electronically filed documents must include a signature block and must set forth the name, address, telephone number and the attorney's Louisiana bar roll number, if applicable. In addition, the name of the Filing User

under whose log-in and password the document is submitted must be preceded by an "s/" and typed in the space where the signature would otherwise appear or as a scanned image.

No Filing User or other person may knowingly permit or cause to permit a Filing User's password to be used by anyone other than an authorized agent of the Filing User.

Documents containing the signature of non-Filing Users are to be filed electronically with the signature represented by a "s/" and the name typed in the space where a signature would otherwise appear, or as a scanned image.

Documents requiring signatures of more than one party, including pleadings filed by attorneys admitted pro hac vice must be electronically filed by representing the consent of the other parties and/or local counsel on the document unless otherwise ordered by the court. Other parties and/or local counsel may challenge the authenticity of their consent within ten days of the filing.

**Rule 9- Service of Documents by Electronic Means**

The "Notice of Electronic Filing" that is automatically generated by the court's Electronic Filing System, except as provided below, constitutes service of the filed document on Filing Users. Parties who are not Filing Users must be served with a copy of any pleading or other document filed electronically in accordance with the Federal Rules of Civil Procedure and the local rules.

Sealed filings do not produce a Notice of Electronic Filing, and therefore, service by the filer of any sealed document must be in accordance with the Federal Rules and the Local Rules of this court.

By filing electronically, you are certifying that service was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules of Civil Procedure and the local rules.

**Rule 10- Notice of Court Orders and Judgments**

Immediately upon the entry of an order or judgment, the clerk will transmit to Filing Users in the case and any other attorney or pro se litigant who has so consented, in electronic form, a Notice of Electronic Filing. Electronic transmission of the Notice of Electronic Filing constitutes the notice required by Fed.R.Civ.P. 77(d). The clerk must give notice in paper form to a person who is not a Fling User in accordance with the Federal Rules of Civil Procedure.

**Rule 11- Technical Failures**

A Filing User whose filing is made untimely as the result of a technical failure may seek appropriate relief from the court.

**Rule 12- Public Access**

In compliance with the policy of the Judicial Conference of the United States, and the E-Government Act of 2002, and in order to promote electronic access to case files while also protecting personal privacy and other legitimate interests, parties shall refrain from including, or shall partially redact where inclusion is necessary, the following personal data identifiers from all pleadings filed with the court, including exhibits thereto, whether filed electronically or in paper, unless otherwise ordered by the Court.

a. **Social Security numbers.** If an individual's Social Security number must be included in a pleading, only the last four digits of that number should be used.

b. **Names of minor children.** If the involvement of a minor child must be mentioned, only the initials of that child should be used.

c. **Dates of birth.** If an individual's date of birth must be included in a pleading, only the year should be used.

d. **Financial account numbers.** If financial account numbers are relevant, only the last four digits of these numbers should be used.

e. **Home Addresses** of those defendants, victims or witnesses in a criminal case.

In compliance with the E-Government Act of 2002, a party wishing to file a document containing the personal data identifiers listed above may

    a.  file an unredacted version of the document under seal, or

    b.  file a reference list under seal. The reference list shall contain the complete personal data identifier(s) and the redacted identifier(s) used in its(their) place in the filing. All references in the case to the redacted identifiers included in the reference list will be construed to refer to the corresponding complete personal data identifier. The reference list must be filed under seal, and may be amended as of right.

The unredacted version of the document or the reference list shall be retained by the court as part of the record. The court may, however, still require the party to file a redacted copy for the public file.

The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk will not review each pleading for compliance with this rule.

### Rule 13– Hyperlinks

Electronically filed documents may contain the following types of hyperlinks:

(A)    Hyperlinks to other portions of the same document; and

(B)    Hyperlinks to a location on the Internet that contains a source document for a citation.

Hyperlinks to cited authority may not replace standard citation format.  Complete citations must be included in the text of the filed document.  Neither a hyperlink, nor any site to which it refers, shall be considered part of the record.  Hyperlinks are simply convenient mechanisms for accessing material cited in a filed document.

The court accepts no responsibility for, and does not endorse, any product, organization, or content at any hyperlinked site, or at any site to which that site may be linked. The court accepts no responsibility for the availability or functionality of any hyperlink.