UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURERS DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO: Case No.: 09-7628**
**Sean and Beth Payton, et al. Vs. Knauf Gips KG, et al.**

## NOTICE OF APPEARANCE

COMES NOW, PEREZ & RODRIGUEZ, P.A., and enters its appearance on behalf of the Defendant, CONTINENTAL DRYWALL, and requests that all future pleadings be forwarded to Perez & Rodriguez, P.A., 95 Merrick Way, Suite 600, Miami, Florida 33134.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing motion was filed electronically with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this _____ day of March, 2010.

PEREZ & RODRIGUEZ, P.A.
Attorneys for Defendants, MAVIED CORP. and
  CONTINENTAL DRYWALL
95 Merrick Way, Suite 610
Coral Gables, Florida 33134
(305) 667-9878

By:_____/s/ Luis N. Perez_____
        LUIS N. PEREZ
        Florida Bar No.: 438685