UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 20427<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| SEAN AND BETH PAYTON, individually and on behalf of all others similarly situated,<br>    Plaintiffs | MAG. JUDGE WILKINSON |

v.

KNAUF GIPS KG, et al
Case No. 2:09-CV-7628
    Defendants

### DEFENDANT, GLOBAL HOME BUILDERS, INC.'S, EX PARTE MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant, GLOBAL HOME BUILDERS, INC., (hereinafter "Global Homes") fully reserving any and all defenses, moves this Honorable Court for a 20 day extension of time to file a responsive pleading to the Complaint in the above-captioned matter, and in support thereof states as follows:

1. Global Home Builders, Inc. was served with the Complaint in this case on February 6, 2010.

2. On March 9, 2010, the Court entered Pretrial Order 1F providing that Defendant had fifty (50) days from the date of service to respond to the Omnibus Class Action Complaint.

3. Global Homes requests an additional twenty (20) days to respond to Plaintiffs' Omnibus Class Action Complaint in order to continue to investigate and analyze the allegations contained within the Omnibus Class Action Complaint and prepare appropriate responsive pleading(s).

4. The undersigned certifies that this is the first request for an extension of time filed by Global Homes in this action, and this request is not intended for purposes of delay.

5. Global Homes preserves all of its rights and defenses in this matter, including defenses based on personal jurisdiction, and waives none.

6. This extension will neither prejudice any of the parties, nor delay this matter.

7. Pursuant to Rule 6, Fed. R. Civ. P., this Court has the authority to grant the relief requested herein.

WHEREFORE, Defendant, Global Home Builders, Inc., respectfully requests this Court grant its extension of time, until April 18, 2010, to serve its responsive pleading(s) to Plaintiffs' Omnibus Class Action Complaint.

PETERSON BERNARD
Attorneys for Defendants Global Home
Builders, Inc., and O.C.D. of S. Florida, Inc.
416 Flamingo Ave.
Stuart, FL 34996
Phone: (772) 286-9881
Fax: (772) 220-1784

By: /s/ Sarah M. Vazquez
SARAH M. VAZQUEZ
Florida Bar No.: 0662526
email: sarahvazquez@stuart-law.net
EDWIN E. MORTELL, III
Florida Bar No.: 832758
email: edwinmortell@stuart-law.net

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 26, 2010 this document was served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and by e-mail on all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will generate a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/ Sarah M. Vazquez