UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 20427 SECTION "L" |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| SEAN AND BETH PAYTON, individually and on behalf of all others similarly situated,  Plaintiffs | MAG. JUDGE WILKINSON |
| v. | |
| KNAUF GIPS KG, et al Case No. 2:09-CV-7628  Defendants | |

## ORDER ON DEFENDANT, GLOBAL HOME BUILDERS INC.'S, EX PARTE MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Upon consideration of Defendant Global Home Builders, Inc.'s Ex Parte Motion for Extension of Time to Respond to Plaintiffs' Omnibus Class Action Complaint, IT IS HEREBY ORDERED that the Ex Parte Motion for Extension of Time be and same is hereby GRANTED; and IT IS FURTHER ORDERED that Defendant, Global Home Builders, Inc., be granted an extension of time until April 18, 2010 to serve its responsive pleading(s) to Plaintiffs' Omnibus Class Action Complaint.

New Orleans, Louisiana, this ____ day of _____, 2010.

_____
Honorable Eldon E. Fallon
United States District Judge