UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 2:09-md-02047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | JUDGE FALLON |
| | * | |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE WILKINSON |
| | * | |
| SEAN AND BETH PAYTON, et al | * | |
| VS. | * | |
| KNAUF GIPS, et al | * | |
| CASE NO. 2:09-cv-7628 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## MOTION AND ORDER TO SUBSTITUTE AS COUNSEL OF RECORD

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Sun

Construction, L.L.C., Sunrise Construction and Development, L.L.C. d/b/a Sunrise

Homes, who moves this Honorable Court for an Order allowing John S. Lawrence, Jr.

(Bar Roll No. 19678) and David P. Curlin (Bar Roll No. 20771) and Matthew

L. Devereaux (Bar Roll #32125) of the firm Lawrence & Associates, to be

substituted as counselors of record in the above captioned matter for David C. Loeb,

Daniel E. Zelenka, II and Lisa L. Maher of the firm Couhig Partners, L.L.C.

**WHEREFORE,** Defendant, Sun Construction, L.L.C., Sunrise Construction and

Development, L.L.C. d/b/a Sunrise Homes prays that John S. Lawrence, Jr. and David P.

Curlin and Matthew L. Devereaux of the firm Lawrence & Associates be substituted as

counsel of record enrolled for David C. Loeb, Daniel E. Zelenka, II and Lisa Maher of

the firm Couhig Partners, L.L.C.

Respectfully Submitted:

**COUHIG PARTNERS, L.L.C.**

By: ___*/David C. Loeb*___
David C. Loeb (#8660)
Lisa L. Maher (#21326)
Daniel E. Zelenka, II (#17874)
643 Magazine Street, Suite #300
New Orleans, Louisiana 70130
Telephone (504) 588-1288
Facsimile (504) 588-9750

AND

**LAWRENCE & ASSOCIATES**

By: ___*/John S. Lawrence, Jr.*___
John S. Lawrence Jr., a P.L.C. (#19678)
David P. Curlin  (#20771)
Matthew L. Devereaux (#32125)
225 St. Ann Drive
Mandeville, Louisiana 70471
Telephone: (985) 674-4446
Facsimile:  (985) 674-4450
*Counsel for Defendant, Sunrise Construction, L.L.C.,*
*Sunrise Construction and Development, L.L.C. d/b/a*
*Sunrise Homes*

## CERTIFICATE OF SERVICE

I, hereby certify that the above and foregoing has been served on Plaintiffs'

Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S.

Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically

uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No.

6, and that the foregoing was electronically filed with the Clerk of Court of the United

States District Court for the Eastern District of Louisiana by using the CM/ECF System,

which will send a notice of electronic filing in accordance with the procedures

established in MDL 2047, on this _____ day of _____, 2010.


                              */John S. Lawrence, Jr.*
                              John S. Lawrence, Jr.