UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2:09-md-02047 |
| | | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAGISTRATE WILKINSON |
| SEAN AND BETH PAYTON, et al VS. KNAUF GIPS, et al CASE NO. 2:09-cv-7628 | * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing:

**IT IS HEREBY ORDERED** that John S. Lawrence, Jr. Esq. (Bar Roll No. 19678) and David P. Curlin, Esq. (Bar Roll No. 20771) and Matthew L. Devereaux (Bar Roll #32125) of the firm Lawrence & Associates be substituted as counselors of record in the above captioned matter for David C. Loeb, Daniel E. Zelenka, II and Lisa Maher of the firm Couhig Partners, L.L.C.

New Orleans, Louisiana this _____ day of _____, 2010

_____
**J U D G E**