**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | ) | |
| DRYWALL PRODUCTS LIABILITY | ) | MDL NO. 2047 |
| LITIGATION | ) | |
| | ) | SECTION: L |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | JUDGE FALLON |
| McDuffie, et al. v. Knauf Gips KG, et al., | ) | |
| CASE NO.: 2:10-CV-00333 | ) | MAG. JUDGE WILKINSON |
| | ) | |

**MOTION TO AMEND ANSWERS OF USG CORPORATION AND**
**L&W SUPPLY CORPORATION d/b/a/ SEACOAST SUPPLY**

Now come the Defendants USG Corporation and L&W Supply Corporation d/b/a Seacoast Supply (collectively "Defendants") and move the Court, with the consent of the Plaintiffs' counsel, for leave to file a Second Amended Answer, copies of which are attached as Exhibit A (L&W Supply Corporation) and Exhibit B (USG Corporation)hereto.

[SIGNATURE BLOCK ON NEXT PAGE]

1

                              /s/  W. David Conner
                              W. David Conner (SC Bar # 66358; Fed. # 5986)
                              Moffatt G. McDonald (SC Bar # 3784; Fed. # 2805)
                              Charles Sprinkle (SC Bar # 70630; Fed. # 9712)
                              Christopher B. Major (SC Bar # 72872; Fed. # 9382)
                              P.O. Box 2048
                              Greenville, SC  29602
                              (864) 240-3226
                              (864) 240-3300 (fax)
                              dconner@hsblawfirm.com
                              mgmcdonald@hsblawfirm.com
                              csprinkle@hsblawfirm.com
                              cmajor@hsblawfirm.com

                              Robert E. Kerrigan, Jr.
                              DEUTSCH KERRIGAN & STILES
                              755 Magazine Street
                              New Orleans, LA  70131
                              Tel: (504) 593-0619
                              Fax: (504) 566-1201
                              rkerrigan@dkslaw.com

                              Attorneys for Defendant L&W Supply Corporation
                              Attorneys for Defendant USG Corporation


March 26, 2010

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing **MOTION FOR ADDITIONAL TIME TO ANSWER OF USG CORPORATION AND L&W SUPPLY CORPORATION d/b/a/ SEACOAST SUPPLY** has been served on Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at Kmiller@frilot.com, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 26th day of March, 2010.


          /s/   W. David Conner_____