# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: McDuffie, et al. v. Knauf Gips KG, et al., CASE NO.: 2:10-CV-00333 | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

## ORDER

**CONSIDERING** the Motion to Amend filed by Defendants USG Corporation and L&W Supply Corporation d/b/a Seacoast Supply, which was consented to by Plaintiffs' counsel in this matter.

**IT IS HEREBY ORDERED** that the motion is GRANTED and that Defendants be allowed to file the Second Amended Answers exhibited to the Motion to Amend.

New Orleans, Louisiana, this ___ day of March, 2010

_____
U.S. District Judge

1