## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 2:09-md-02047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | JUDGE FALLON |
| | * | |
| THIS DOCUMENT RELATES TO | * | MAGISTRATE WILKINSON |
| | * | |
| SEAN AND BETH PAYTON, et al. | * | |
| VS. | * | |
| KNAUF GIPS, et al. | * | |
| CASE NO. 2:09-cv-7628 | * | |

**************************************

## NOTICE OF APPEARANCE

      Keely Y. Scott, Leigh F. Groves, and Cathy S. St. Pierre, of the law firm of **CRAWFORD LEWIS, P.L.L.C.**, give notice of their appearance as counsel of record for D&B FRAMING, INC., in this case, reserving all rights and defenses. It is respectfully requested that all future pleadings, documents and correspondence be served upon the undersigned in connection with this order. Defendant, D&B Framing, Inc., further avers that this Notice does not constitute a waiver of service.

      Respectfully Submitted:

      **CRAWFORD LEWIS, P.L.L.C.**

      By:    /s/Keely Y. Scott
              Keely Y. Scott (#23932)
              Leigh F. Groves (#23737)
              Cathy S. St. Pierre (#18419)
              450 Laurel Street, Suite 1600
              Post Office Box 3656
              Baton Rouge, LA  70821
              Telephone: (225) 343-5290
              Facsimile: (225) 383-5508
      Attorneys for D&B Framing, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, Defendants' Liaison Counsel, Kerry Miller, and Homebuilders and Installers Liaison Counsel, Phillip A. Wittmann, by U.S. Mail, e-mail or by hand delivery and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 26th day of March, 2010.

By: /s/Keely Y. Scott
Keely Y. Scott