

# Online Court Records - Detail

🏠 Home   ✉ Contact Us   🔒 Privacy Notice/Disclaimer   🖶 Printer-Friendly Version

Logged in as PUBLIC ACCESS

🔲 Site Search:

- Basic Information
- Departments
- Employment Opportunities
- Fees
- Forms and Documents
- Frequently Asked Questions
- Online Services
- Locations
- Other Sites

## Search Criteria

Fill in one or more boxes. Empty boxes are allowed.

| | | | |
|---|---|---|---|
| Last Name: | GAY | Start Date: | Party Type: "All" |
| First Name / Middle Init: | DIANA | End Date: | Case Type: "All" |
| Date of Birth: | | Examples: 2/1/02  0221/2002 | Case Group: "All" |
| Driver's License State: | "All" | ◉ File Date | Status: "All" |
| Driver's License #: | | ○ Disposition Date | Action Type (Civil): "All" |
| Company: | | ○ Latest Activity Date | Docket Limit: 10 |
| Traffic Ticket #: | | | Sort Preference: ◉ By name, status |
| Case Number: | | | ○ By name, case number |
| Example: 2000 CA 001234 | | | ○ By case number only |
| How to convert a case number to this format | | | |

[ Search ]   [ Clear ]

### Case Summary

**2009 CA 004725 -- GAY, DIANA E et al vs. PALM STATE CONSTRUCTION INC et al**

Judge: BRIGGS, DON F   Date Filed: 8/10/2009
Case Type: Circuit Civil Jury   Case Status: Open

### Parties

| Plaintiff | Defendant |
|---|---|
| GAY, DIANA E | PALM STATE CONSTRUCTION INC |
| Attorney: DURKEE, C DAVID | Attorney: PASKERT, JEFFREY M |
| [ Details for all 2 Plaintiffs ] | [ Details for all 3 Defendants ] |

### Disposition(s)

| Status | Status Date | Disposition Code | Disposition Date | Action Code |
|---|---|---|---|---|
| Open | 8/10/2009 | UNDISPOSED | | PL Product Liability |

### Events

(None)

### Costs

| Date | Docket Application | Owed | Paid | Dismissed | Due |
|---|---|---|---|---|---|
| 8/10/2009 | FILING FEE | $400.00 | $400.00 | $0.00 | $0.00 |
| 8/11/2009 | SERVICE CHARGES | $20.00 | $20.00 | $0.00 | $0.00 |
| 1/25/2010 | FILING FEE | $100.00 | $100.00 | $0.00 | $0.00 |
| | Total Fees | $520.00 | $520.00 | $0.00 | $0.00 |

### Additional Fields

(None)

### Docket

| Date | Ref. | Docket Text | Images |
|---|---|---|---|
| 1/25/2010 | | ATTORNEY APPEARING PRO HAC VICE Receipt: 217389 Date: 01/25/2010 | |
| 1/20/2010 | 47 | VERIFIED MOTION FOR ADMISSION TO APPEAR PRO HAC VICE | |
| 1/20/2010 | 46 | COVER LETTER DATED 011910 TO CLERK RE: MOTION FOR PRO HAC VICE | |
| 1/11/2010 | 45 | DEFT TWIN LAKES RESERVE AND GOLF CLUB INC'S ANSWER AND AFFIRMATIVE DEFENSES TO FIRST AMENDED COMPLAINT | |
| 1/7/2010 | 44 | DEFT, TWIN LAKES RESERVE & GOLF CLUB INC'S MOTION TO COMPEL BETTER DISCOVERY RESPONSES FROM PLTF JAMES HENSON | |
| 1/7/2010 | 43 | DEFT TWIN LAKES RESERVE & GOLF CLUB INC'S MOTION TO COMPEL BETTER DISCOVERY RESPONSES FROM PLTF DIANA GAY | |
| 12/31/2009 | 42 | NOTICE OF HEARING SET FOR 010710 AT 9:30AM RE: DEFT TWIN LAKES RESERVE & GOLF CLUB INC'S MOTION TO COMPEL DIRECTED TO PLTF | |
| 12/30/2009 | 41.01 | COVER LETTER DATED 122909 TO CLERK RE: FILING MOTION FOR ADMISSION TO APPEAR PRO HAC VICE // WAITING FOR $100 FEE | |
| 12/23/2009 | 41 | DEFT TWIN LAKES RESERVE & GOLF CLUB INC'S NOTICE OF ENTRY UPON LAND FOR INSPECTION AND OTHER PURPOSES | |
| 12/18/2009 | 40 | AGREED ORDER ON PLAINTIFF'S MOTION TO AMEND COMPLAINT SIGNED BY JUDGE BRIGGS ON 121809 | |
| 12/18/2009 | 39 | COVER LETTER DATED 121109 FROM C DAVID DURKEE FILING AGREED ORDER GRANTING PLAINTIFF'S MOTION TO AMEND COMPLAINT | |

| 12/17/2009 | 38 | RE-NOTICE OF HEARING SET FOR 010710 AT 9:30AM ON PLAINTIFF'S MOTION FOR SCHEDULING ORDER AND FOR EXPEDITED AND SPECIAL TRIAL SETTING | |
| 12/7/2009 | 37 | PLTF JAMES HENSON'S RESPONSE TO REQUEST FOR ADMISSIONS | |
| 12/7/2009 | 36 | PLTF DIANA GAY'S RESPONSE TO REQUEST FOR ADMISSIONS | |
| 12/7/2009 | 35 | PLTF JAMES HENSON NOTICE OF SERVICE OF ANSWERS TO DEFT TWIN LAKES RESERVE & GOLF CLUB INC'S INITIAL INTERROGATORIES | |
| 12/7/2009 | 34 | PLTF DIANA GAY'S NOTICE OF SERVICE OF ANSWERS TO DEFT TWIN LAKES RESERVE & GOLF CLUB INC'S INITIAL INTERROGATORIES | |
| 12/7/2009 | 33 | PLTF DIANA GAY'S RESPONSE TO REQUEST FOR PRODUCTION | |
| 12/7/2009 | 32 | PLTF JAMES HENSON'S RESPONSE TO REQUEST FOR PRODUCTION | |
| 11/30/2009 | 31 | NOTICE OF APPEARANCE OF JEFFREY M PASKERT ESQ AS COUNSEL FOR PALM STATE CONSTRUCTION INC | |
| 11/24/2009 | 30 | NOTICE OF HEARING SET FOR 120809 AT 2:15PM ON MOTION TO COMPEL | |
| 11/13/2009 | 29 | DEFT TWIN LAKES RESERVE & GOLF CLUB INC'S MOTION TO COMPEL | |
| 11/6/2009 | 28 | NOTICE OF HEARING SET FOR 120809 AT 2 15PM ON PNTF'S MOTION FOR SCHEDULING ORDER AND FOR EXPEDITED AND SPECIAL TRIAL SETING PURSUANT TO FLA STAT 415.1115 | |
| 11/6/2009 | 27 | PNTF'S MOTION FOR SCHEDULING ORDER AND FOR EXPEDITED AND SPECIAL TRIAL SETING PURSUANT TO FLA STAT 415.1115 | |
| 10/26/2009 | 26 | PLAINTIFF'S MOTION TO AMEND COMPLAINT | |
| 10/26/2009 | 25 | NOTICE OF HEARING SET FOR 120809 AT 2:15PM ON PLAINTIFF'S MOTION TO AMEND COMPLAINT | |
| 10/23/2009 | 24 | DEFT TWIN LAKES RESERVE & GOLF CLUB INC'S RESPONSE TO PNTFS' REQUEST FOR PRODUCTION SERVED WITH SUMMONS & COMPLAINT | |
| 9/28/2009 | 23 | RESPONSE OF DEFT PALM STATE CONSTRUCTION INC TO PLTF'S REQUEST FOR PRODUCTION | |
| 9/28/2009 | 22 | COVER LETTER DATED 092409 FILING RESPONSE TO PLTF'S REQUESTN FOR PRODUCTION | |
| 9/24/2009 | 21 | ANSWER AND AFFIRMATIVE DEFENSES / ANSWER OF DEFT PALM STATE CONSTRUCTION INC | |
| 9/24/2009 | 20 | COVER LETTER DATED SEP 23, 2009 FROM STEPHEN J BRAUN ESQ TO CLERK Re: FILING | |
| 9/21/2009 | 19 | DEFT TWIN LAKES RESERVE & GOLF CLUB INC'S NOTICE OF SERVICE OF INITIAL INTERROGATORIES TO JAMES M. HENSON | |
| 9/21/2009 | 18 | DEFT TWIN LAKES RESERVE & GOLF CLUB INC'S NOTICE OF SERVICE OF INITIAL INTERROGATORIES TO DIANA E. GAY | |
| 9/21/2009 | 17 | DEFT TWIN LAKES RESERVE & GOLF CLUB INC'S INITIAL REQUEST TO PRODUCE TO PLTF DIANA E. GAY | |
| 9/21/2009 | 16 | DEFT TWIN LAKES RESERVE & GOLF CLUB INC'S INITIAL REQUEST TO PRODUCE TO PLTF JAMES M. HENSON | |
| 9/21/2009 | 15 | DEFT TWIN LAKES RESERVE & GOLF CLUB INC'S INITIAL REQUEST FOR ADMISSIONS TO JAMES M. HENSON | |
| 9/21/2009 | 14 | DEFT TWIN LAKES RESERVE & GOLF CLUB INC'S INITIAL REQUEST FOR ADMISSIONS TO DIANE E. GAY | |
| 9/17/2009 | 13 | ORDER EXTENDING TIME TO FILE ANSWER / NO LATER THAN 092509 / SIGNED 091609 | |
| 9/16/2009 | 12 | DEFT TWIN LAKE RESERVE & GOLF CLUB INC'S ***ANSWER*** AND AFFIRMATIVE DEFENSES TO ORIGINAL COMPLAINT | |
| 9/14/2009 | 11 | SUMMONS RETURNED SERVED AS TO PALM STATE CONSTRUCTION INC ON AUG 24, 2009 / SERVED PATTI DAVIES | |
| 9/14/2009 | 10 | SUMMONS RETURNED SERVED AS TO TWIN LAKES RESERVE AND GOLF CLUB INC ON AUG 24, 2009 / SERVED LORA L BOND | |
| 9/4/2009 | 9 | JOINT STIPULATION TO EXTEND TIME FOR FILING ANSWER TO COMPLAINT | |
| 9/4/2009 | 8 | COVER LETTER DATED SEP 4, 2009 FROM STEPHEN J BRAUN ESQ TO CLERK R:e FILING STIP AND PROPOSED ORDER | |
| 8/12/2009 | 7 | SUMMONS ISSUED TO TWIN LAKES RESERVE & GOLF CLUB INC // MAILED TO ATTORNEY BY FEDEX | |
| 8/12/2009 | 6 | SUMMONS ISSUED TO PALM STATE CONSTRUCTION INC // MAILED TO ATTORNEY BY FEDEX | |
| 8/11/2009 | | ISSUING SUMMONS / CIRCUIT CIVIL Receipt: 200660 Date: 08/11/2009 | |
| 8/10/2009 | 5 | PLTF'S REQUEST FOR PRODUCTION TO DEF TWIN LAKES RESERVE & GOLF CLUB INC | |
| 8/10/2009 | 4 | PLTF'S REQUEST FOR PRODUCTION TO DEF PALM STATE CONSTRUCTION INC | |
| 8/10/2009 | 3 | COVER LETTER DATED 8/7/09 FILING NEW CASE | |
| 8/10/2009 | 2 | CIVIL COVER SHEET | |
| 8/10/2009 | 1 | COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL | |
| 8/10/2009 | | FILING FEE ASSESSED-CIVIL ACTION Receipt: 200660 Date: 08/11/2009 | |