IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE MANUFACTURED
DRYWALL PRODUCTS LIABILITY                    : MDL No. 2047
LITIGATION                                    : Section L

_____/

This Document Relates to:                     : JUDGE FALLON
Payton, 09-7628                               : MAG. JUDGE WILKINSON

---

## AFFIDAVIT OF SALOMON H. ABADI

STATE OF FLORIDA          )
                          ) SS:
COUNTY OF MIAMI-DADE      )

BEFORE ME the undersigned authority, personally appeared SALOMON H.
ABADI who, after first being duly sworn under oath, deposes and says:

1)      My name is Salomon H. Abadi, and I am the president and sole owner of
both La Suprema Enterprise, Inc. and La Suprema Trading, Inc. (collectively, "La
Suprema"). I make the within Affidavit based upon my personal knowledge.

2)      Both La Suprema entities are Florida corporations which maintain their
only offices in Miami-Dade County, Florida.

3)      La Suprema is not authorized to conduct business in Louisiana.

4)      La Suprema has never imported, sold, distributed, consigned, brokered or
otherwise conveyed drywall in, to or from the state of Louisiana.

5)      La Suprema has never imported, sold, distributed, consigned, brokered or
otherwise conveyed drywall to or from a distributor, retailer or other entity within the
chain of distribution situated in or conducting business in the state of Louisiana.

6)      La Suprema has never advertised in the state of Louisiana.

7)      La Suprema has never owned, leased, operated or maintained real property in the state of Louisiana.

8)      La Suprema has never purposely availed itself of the privilege of conducting business in or purposely directed its activities towards the state of Louisiana.

9)      La Suprema has never placed drywall into the stream of commerce with the expectation that it will reach the state of Louisiana, nor would it be reasonably foreseeable for any drywall imported, sold, distributed, consigned, brokered or otherwise conveyed by La Suprema to reach the state of Louisiana.

10)     I am unaware of any drywall imported, sold, distributed, consigned, brokered or otherwise conveyed by La Suprema reaching the state of Louisiana.

FURTHER AFFIANT SAYETH NAUGHT.

_____
SALOMON H. ABADI, *Affiant*

Sworn to and subscribed before me this _3rd_ day of _March_,
2010, by SALOMON H. ABADI, who is [X] personally known to me or [ ] who produced _____ as identification.

_____
NOTARY PUBLIC, State of Florida
My Commission expires

NOTARY PUBLIC-STATE OF FLORIDA
Terrance Allen
Commission # DD568341
Expires: JUNE 26, 2010
BONDED THRU ATLANTIC BONDING CO., INC.