UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISINA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIBILITY LITIGATION | * * * * | MDL NO. 2:09-md-02047 |
| | | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAGISTRATE WILKINSON |
| SEAN AND BETH PAYTON, et al VS. KNAUF GIPS, et al CASE NO. 2:09-cv-7628 | * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## EXPARTE MOTION FOR EXTENTION OF TIME TO RESPOND TO PLAINTIFF'S OMNIBUS CLASS ACTION COMPLAINT

Defendant, RCR HOLDINGS II, LLC (herein after "RCR"), fully reserving any and all defenses, moves this honorable Court for an Extension of Time by which it must serve it's response to Plaintiffs' Omnibus Class Action Complaint in the above captioned matter, and in support thereof states as follows:

1. On or about February 4, 2010 RCR was served with the Omnibus Class Action Complaint.

2. On March 9, 2010, this Court entered pretrial order 1F providing the Defendants 50 days from the date of service to respond to the Plaintiffs' Omnibus Class Action Complaint.

3. RCR Holdings II, LLC request an additional 20 days to respond to Plaintiffs' Omnibus Class Action Complaint in order to continue to investigate and analyzed the allegations contained in the Omnibus Class Action Complaint and prepare appropriate responsive pleading.

4. The undersigned verifies that this is the first request for an extension of time to respond to the Plaintiffs' Omnibus Complaint filed by RCR in this action, and this request is not intended for purposes of delay.

5. Plaintiffs' liaison counsel stated that Plaintiff's have no objections to the request for the extension.

6. RCR also preserves all of its right and defenses in this matter including defense based on personal jurisdiction and waives none.

7. This extension will neither prejudice any of the parties nor delay this matter.

8. Pursuant to rule 6 said Fed. R. Civ. P. this Court has the authority to grant the request to relief herein.

**WHEREFORE**, Defendant, RCR HOLDING II, LLC, respectfully request this Court grant it an extension of time of twenty (20) days, until April 15, 2010, to serve its responsive pleading to Plaintiffs' Omnibus Class Action Complaint.

Respectfully Submitted:

**LUKS, SANTANIELLO**
**PEREZ, PETRILLO, GOLD & JONES**

By: ___*/s/ Sherri L. Bauer*
Sherri L. Bauer (#531871)
Stonegate Bank Plaza

301 Yamato Road, Suite 1234
Boca Raton, FL 33431
Telephone: (561) 893-9088
Facsimile: (561) 893-9048

## SERVICE LIST

I, hereby certify that on this **26**[th] day of **March**, 2010, the foregoing has been served on Plaintiffs' Liaison Counsel, **Russ Herman**; Defendants' Liaison Counsel, **Kerry Miller** and Homebuilders'/Installers' Liaison Counsel, **Phillip A. Wittman** by e-mail; and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/ Sherri L. Bauer
SHERRI L. BAUER, ESQUIRE
Florida Bar No.: 531871
LUKS, SANTANIELLO,
  PEREZ, PETRILLO, GOLD & JONES
Attorneys for RCR
301 Yamato Road, Suite 1234
Boca Raton, FL 33431
Telephone: (561) 893-9088
Facsimile: (561) 893-9048