UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISINA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIBILITY LITIGATION | * * * * | MDL NO. 2:09-md-02047 |
| | | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAGISTRATE WILKINSON |
| SEAN AND BETH PAYTON, et al VS. KNAUF GIPS, et al CASE NO. 2:09-cv-7628 | * * * * * | |

* * * * * * * * * * * * * * * * * * *

## ORDER

Upon consideration of the Ex-parte Motion for Extension of Time to respond to Plaintiffs' Omnibus Class Action Complaint filed by Defendant, RCR Holdings II, LLC.,

IT IS HEREBY ORDERED that the Ex-parte Motion for extension of time be and same is hereby GRANTED; and

IT IS FURTHER ORDERED that RCR Holdings II, LLC, shall be granted an additional twenty (20) days, until April 15, 2010 to serve its responsive pleading to Plaintiffs' Omnibus Class Action Complaint.

New Orleans, Louisiana, this _____ day of March, 2010.

_____
Honorable Eldon E. Fallon
United States District Judge