IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ------------------------------------------------------ | x | ------------------------------------------------ |
| | x | |
| IN RE: CHINESE-MANUFACTURED | x | MDL NO. 2047 |
| | | (Case No.: 09-7628) |
| DRYWALL PRODUCTS LIABILITY | x | |
| LITIGATION | x | SECTION: L |
| | x | |
| | x | JUDGE FALLON |
| THIS DOCUMENT APPLIES TO ALL | x | |
| CASES | | MAG. JUDGE WILKINSON |
| | | |
| ------------------------------------------------------ | x | ------------------------------------------------ |

## ORDER

Upon consideration of the Second Consent Motion to Extend Time to Respond to the Payton Complaint and Incorporated Memorandum and Local Rule 7.9 Certificate, filed herein by C.A. Steelman, Inc.,

IT IS HEREBY ORDERED that the Second Consent Motion to Extend Time to Respond to the Payton Complaint be and the same is hereby GRANTED; and

IT IS FURTHER ORDERED that Defendant C.A. Steelman, Inc. shall be granted until April 12, 2010 within which to respond to Plaintiffs' Omnibus Class Action Complaint (1), filed in the above-captioned matter, Civil Action No. 09-7628, within MDL No. 2047 ("the

2

Payton Complaint").

New Orleans, Louisiana, this _____ day of March, 2010.

_____<br>
Honorable Eldon E. Fallon<br>
United States District Judge

1019275