# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SEAN AND BETH PAYTON,** *et al.*, **individually, and on behalf of all others similarly situated,** | **MDL No. 2047** |
| | **SECTION: "L"** |
| **Plaintiffs,** | **JUDGE FALLON** |
| **v.** | **MAG. JUDGE WILKINSON** |
| **KNAUF GIPS KG; KNAUF PLASTERBOARD (TIANJIN) CO., LTD.; KNAUF PLASTERBOARD (WUHU), CO., LTD.; KNAUF PLASTERBOARD (DONGGUAN) CO., LTD.;** *et al.*, | **JURY TRIAL DEMAND** |
| **Home Depot.** | |
| **CASE NO. 2:09-CV-7628** | |

## ANSWER AND DEFENSES TO PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (I)

Defendant The Home Depot U.S.A., Inc. ("Home Depot"), pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, submits its Answer and Defenses to "Plaintiffs' Omnibus Class Action Complaint (I)" (the "Complaint") filed by Plaintiffs Sean and Beth Payton, *et al.* (collectively, "Plaintiffs").

- 1 -

## JURISDICTION, PARTIES, AND VENUE

1.

Home Depot admits the allegations in this paragraph.

2.

Home Depot admits the allegations in this paragraph.

3.

Home Depot denies the allegations in this paragraph.

## PLAINTIFFS

4.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

5.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

6.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

7.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

8.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

9.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

10.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

11.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

12.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

13.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

14.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

15.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

16.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

17.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

18.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

19.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

20.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

21.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

22.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

23.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

24.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

25.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

26.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

27.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

28.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

29.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

30.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

31.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

32.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

33.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

34.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

35.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

36.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

37.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

38.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

39.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

40.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

41.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

42.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

43.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

44.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

45.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

46.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

47.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

48.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

49.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

50.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

51.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

52.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

53.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

54.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

55.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

56.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

57.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

58.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

59.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

60.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

61.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

62.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

63.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

64.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

65.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

66.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

67.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

68.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

69.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

70.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

71.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

72.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

73.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

74.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

75.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

76.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

77.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

78.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

79.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

80.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

81.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

82.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

83.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

84.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

85.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

86.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

87.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

88.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

89.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

90.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

91.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

92.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

93.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

94.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

95.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

96.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

97.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

98.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

99.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

100.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

101.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

102.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

103.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

104.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

105.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

106.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

107.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

108.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

109.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

110.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

111.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

112.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

113.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

114.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

115.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

116.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

117.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

118.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

119.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

120.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

121.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

122.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

123.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

124.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

125.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

126.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

127.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

128.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

129.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

130.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

131.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

132.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

133.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

134.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

135.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

136.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

137.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

138.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

139.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

140.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

141.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

142.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

143.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

144.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

145.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

146.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

147.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

148.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

149.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

150.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

151.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

152.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

153.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

154.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

155.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

156.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

157.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

158.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

159.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

160.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

161.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

162.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

163.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

164.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

165.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

166.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

167.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

168.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

169.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

170.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

171.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

172.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

173.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

174.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

175.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

176.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

177.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

178.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

179.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

180.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

181.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

182.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

183.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

184.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

185.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

186.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

187.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

188.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

189.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

190.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

191.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

192.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

193.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

194.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

195.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

196.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

197.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

198.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

199.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

200.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

201.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

202.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

203.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

204.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

205.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

206.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

207.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

208.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

209.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

210.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

211.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

212.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

213.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

214.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

215.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

216.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

217.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

218.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

219.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

220.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

221.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

222.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

223.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

224.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

225.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

226.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

227.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

228.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

229.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

230.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

231.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

232.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

233.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

234.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

235.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

236.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

237.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

238.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

239.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

240.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

241.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

242.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

243.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

244.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

245.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

246.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

247.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

248.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

249.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

250.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

251.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

252.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

253.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

254.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

255.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

256.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

257.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

258.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

259.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

260.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

261.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

262.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

263.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

264.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

265.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

266.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

267.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

268.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

269.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

270.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

271.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

272.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

273.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

274.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

275.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

276.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

277.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

278.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

279.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

280.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

281.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

282.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

283.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

284.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

285.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

286.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

287.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

288.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

289.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

290.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

291.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

292.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

293.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

294.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

295.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

296.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

297.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

298.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

299.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

300.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

301.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

302.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

303.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

304.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

305.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

306.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

307.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

308.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

309.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

310.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

311.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

312.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

313.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

314.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

315.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

316.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

317.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

318.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

319.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

320.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

321.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

322.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

323.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

324.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

325.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

326.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

327.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

328.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

329.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

330.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

331.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

332.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

333.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

334.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

335.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

336.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

337.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

338.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

339.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

340.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

341.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

342.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

343.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

344.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

345.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

346.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

347.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

348.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

349.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

350.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

351.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

352.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

353.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

354.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

355.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

356.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

357.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

358.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

359.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

360.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

361.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

362.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

363.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

364.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

365.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

366.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

367.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

368.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

369.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

370.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

371.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

372.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

373.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

374.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

375.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

376.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

377.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

378.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

379.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

380.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

381.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

382.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

383.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

384.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

385.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

386.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

387.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

388.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

389.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

390.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

391.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

392.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

393.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

394.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

395.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

396.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

397.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

398.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

399.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

400.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

401.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

402.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

403.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

404.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

405.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

406.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

407.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

408.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

409.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

410.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

411.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

412.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

413.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

414.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

415.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

416.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

417.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

418.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

419.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

420.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

421.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

422.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

423.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

424.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

425.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

426.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

427.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

428.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

429.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

430.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

431.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

432.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

433.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

434.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

435.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

436.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

437.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

438.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

439.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

440.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

441.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

442.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

443.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

444.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

445.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

446.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

447.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

448.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

449.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

450.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

451.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

452.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

453.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

454.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

455.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

456.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

457.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

458.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

459.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

460.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

461.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

462.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

463.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

464.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

465.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

466.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

467.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

468.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

469.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

470.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

471.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

472.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

473.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

474.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

475.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

476.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

477.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

478.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

479.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

480.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

481.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

482.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

483.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

484.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

485.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

486.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

487.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

488.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

489.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

490.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

491.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

492.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

493.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

494.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

495.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

496.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

497.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

498.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

499.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

500.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

501.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

502.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

503.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

504.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

505.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

506.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

507.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

508.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

509.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

510.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

511.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

512.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

513.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

514.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

515.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

516.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

517.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

518.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

519.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

520.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

521.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

522.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

523.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

524.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

525.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

526.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

527.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

528.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

529.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

530.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

531.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

532.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

533.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

534.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

535.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

536.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

537.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

538.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

539.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

540.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

541.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

542.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

543.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

544.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

545.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

546.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

547.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

548.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

549.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

550.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

551.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

552.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

553.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

554.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

555.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

556.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

557.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

558.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

559.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

560.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

561.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

562.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

563.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

564.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

565.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

566.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

567.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

568.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

569.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

570.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

571.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

572.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

573.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

574.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

575.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

576.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

577.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

578.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

579.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

580.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

581.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

582.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

583.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

584.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

585.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

586.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

587.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

588.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

589.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

590.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

591.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

592.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

593.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

594.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

595.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

596.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

597.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

598.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

599.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

600.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

601.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

602.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

603.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

604.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

605.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

606.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

607.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

608.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

609.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

610.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

611.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

612.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

613.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

614.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

615.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

616.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

617.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

618.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

619.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

620.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

621.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

622.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

623.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

624.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

625.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

626.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

627.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

628.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

629.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

630.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

631.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

632.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

633.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

634.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

635.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

636.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

637.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

638.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

639.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

640.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

641.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

642.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

643.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

644.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

645.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

646.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

647.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

648.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

649.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

650.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

651.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

652.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

653.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

654.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

655.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

656.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

657.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

658.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

659.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

660.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

661.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

662.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

663.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

664.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

665.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

666.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

667.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

668.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

669.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

670.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

671.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

672.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

673.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

674.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

675.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

676.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

677.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

678.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

679.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

680.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

681.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

682.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

683.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

684.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

685.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

686.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

687.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

688.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

689.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

690.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

691.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

692.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

693.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

694.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1