695.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

696.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

697.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

698.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

699.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

700.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

701.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

702.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

703.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

704.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

705.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

706.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

707.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

708.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

709.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

710.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

711.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

712.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

713.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

714.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

715.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

716.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

717.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

718.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

719.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

720.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

721.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

722.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

723.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

724.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

725.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

726.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

727.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

728.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

729.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

730.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

731.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

732.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

733.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

734.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

735.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

736.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

737.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

738.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

739.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

740.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

741.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

742.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

743.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

744.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

745.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

746.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

747.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

748.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

749.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

750.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

751.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

752.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

753.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

754.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

755.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

756.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

757.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

758.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

759.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

760.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

761.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

762.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

763.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

764.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

765.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

766.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

767.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

768.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

769.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

770.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

771.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

772.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

773.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

774.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

775.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

776.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

777.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

778.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

779.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

780.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

781.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

782.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

783.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

784.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

785.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

786.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

787.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

788.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

789.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

790.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

791.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

792.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

793.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

794.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

795.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

796.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

797.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

798.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

799.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

800.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

801.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

802.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

803.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

804.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

805.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

806.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

807.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

808.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

809.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

810.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

811.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

812.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

813.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

814.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

815.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

816.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

817.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

818.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

819.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

820.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

821.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

822.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

823.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

824.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

825.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

826.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

827.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

828.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

829.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

830.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

831.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

832.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

833.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

834.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

835.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

836.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

837.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

838.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

839.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

840.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

841.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

842.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

843.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

844.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

845.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

846.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

847.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

848.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

849.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

850.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

851.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

852.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

853.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

854.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

855.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

856.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

857.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

858.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

859.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

860.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

861.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

862.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

863.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

864.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

865.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

866.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

867.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

868.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

869.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

870.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

871.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

872.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

873.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

874.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

875.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

876.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

877.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

878.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

879.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

880.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

881.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

882.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

883.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

884.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

885.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

886.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

887.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

888.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

889.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

890.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

891.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

892.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

893.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

894.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

895.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

896.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

897.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

898.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

899.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

900.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

901.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

902.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

903.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

904.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

905.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

906.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

907.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

908.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

909.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

910.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

911.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

912.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

913.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

914.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

915.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

916.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

917.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

918.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

919.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

920.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

921.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

922.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

923.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

924.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

925.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

926.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

927.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

928.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

929.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

930.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

931.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

932.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

933.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

934.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

935.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

936.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

937.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

938.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

939.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

940.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

941.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

942.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

943.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

944.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

945.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

946.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

947.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

948.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

949.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

950.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

951.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

952.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

953.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

954.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

955.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

956.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

957.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

958.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

959.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

960.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

961.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

962.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

963.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

964.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

965.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

966.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

967.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

968.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

969.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

970.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

971.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

972.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

973.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

974.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

975.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

976.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

977.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

978.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

979.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

980.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

981.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

982.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

983.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

984.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

985.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

986.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

987.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

988.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

989.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

990.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

991.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

992.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

993.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

994.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

995.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

996.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

997.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

998.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

999.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1000.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1001.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1002.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1003.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1004.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1005.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1006.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1007.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1008.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1009.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1010.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1012.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1013.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1014.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1015.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1016.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1017.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1018.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1019.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1020.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1021.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1022.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1023.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1024.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1025.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1026.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1027.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1028.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1029.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1030.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1031.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1032.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1033.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1034.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1035.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1036.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1037.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1038.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1039.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1040.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1041.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1042.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1043.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1044.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1045.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1046.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1047.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1048.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1049.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1050.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1051.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1052.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1053.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1054.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1055.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1056.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1057.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1058.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1059.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1060.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1061.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1062.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1063.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1064.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1065.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1066.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1067.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1068.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1069.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1070.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1071.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1072.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1073.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1074.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1075.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1076.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1077.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1078.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1079.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1080.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1081.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1082.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1083.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1084.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1085.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1086.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1087.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1088.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1089.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1090.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1091.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1092.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1093.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1094.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1095.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1096.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1097.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1098.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1099.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1100.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1101.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1102.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1103.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1104.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1105.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1106.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1107.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1108.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1109.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1110.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1111.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1112.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1113.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1114.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1115.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1116.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1117.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1118.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1119.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1120.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1121.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1122.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1123.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1124.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1125.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1126.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1127.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1128.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1129.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1130.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1131.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1132.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1133.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1134.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1135.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1136.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1137.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1138.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1139.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1140.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1141.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1142.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1143.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1144.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1145.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1146.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1147.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1148.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1149.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1150.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1151.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1152.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1153.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1154.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1155.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1156.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1157.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1158.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1159.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1160.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1161.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1162.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1163.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1164.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1165.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1166.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1167.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1168.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1169.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1170.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1171.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1172.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1173.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1174.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1175.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1176.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1177.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1178.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1179.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1180.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1181.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1182.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1183.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1184.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1185.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1186.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1187.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1188.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1189.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1190.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1191.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1192.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1193.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1194.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1195.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1196.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1197.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1198.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1199.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1200.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1201.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1202.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1203.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1204.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1205.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1206.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1207.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1208.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1209.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1210.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1211.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1212.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1213.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1214.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1215.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1216.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1217.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1218.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1219.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1220.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1221.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1222.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1223.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1224.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1225.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1226.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1227.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1228.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1229.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1230.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1231.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1232.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1233.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1234.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1235.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1236.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1237.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1238.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1239.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1240.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1241.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1242.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1243.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1244.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1245.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1246.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1247.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1248.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1249.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1250.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1251.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1252.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1253.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1254.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1255.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1256.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1257.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1258.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1259.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1260.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1261.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1262.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1263.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1264.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1265.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1266.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1267.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1268.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1269.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1270.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1271.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1272.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1273.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1274.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1275.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1276.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1277.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1278.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1279.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1280.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1281.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1282.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1283.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1284.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1285.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1286.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1287.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1288.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1289.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1290.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1291.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1292.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1293.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1294.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1295.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1296.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1297.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1298.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1299.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1300.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1301.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1302.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1303.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1304.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1305.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1306.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1307.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1308.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1309.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1310.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1311.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1312.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1313.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1314.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1315.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1316.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1317.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1318.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1319.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1320.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1321.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1322.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1323.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1324.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1325.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1326.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1327.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1328.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1329.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1330.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1331.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1332.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1333.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1334.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1335.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1336.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1337.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1338.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1339.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1340.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1341.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1342.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1343.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1344.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1345.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1346.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1347.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1348.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1349.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1350.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1351.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1352.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1353.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1354.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1355.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1356.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1357.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1358.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1359.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1360.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1361.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1362.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1363.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1364.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1365.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1366.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1367.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1368.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1369.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1370.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1371.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1372.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1373.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1374.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1375.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1376.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1377.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1378.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1379.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1380.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1381.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1382.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1383.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1384.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1385.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1386.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1387.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1388.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1389.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1390.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1391.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1392.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1393.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1394.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1